kumentverweis besteht wie bisher aus einem Dokument-Tabelle-Eintrag, einer Headline und einem Filename-Tabelle-Eintrag. Konzeptuell existieren also zu jedem Feld ein Wörterbuch, das den schnellen Zugriff auf die Terme des Feldes ermöglicht, und eine invertierte Datei, die die Postings der Terme des Feldes verwaltet. Für jedes Feld werden daher eine Wörterbuch- und eine invertierte Datei separat erzeugt. So können wir eine Dateistruktur des WAIS-Index aus Abbildung 4.4 vorstellen.



Abbildung 4.4: Dateistruktur des WAIS-Index für Felder: Eine Wörterbuch- und invertierte Datei für jedes Feld

Möchte man beispielsweise Dokumente finden, die im $Feld_1$ einen Term $t$ enthalten, so wird zuerst im Wörterbuch von $Feld_1$ nach dem Term $t$ gesucht und dann auf die invertierte Datei von $Feld_1$ zugegriffen.

Im Rahmen der Entwicklung eines Feldkonzepts soll auch die numerische Suche unterstützt werden, bei der es sich um die Suche nach Zahlen handelt. Dementsprechend werden statt Terme Zahlen im Wörterbuch und in der invertierten Datei gespeichert. Alle Einträge dort werden in numerischer Ordnung, d.h. aufsteigend nach Zahlen sortiert, während sie in dem anderen Fall lexikalisch nach Termen sortiert sind. Zahlen können aus dem Bereich der Integerzahlen, ganzen Zahlen oder reellen Zahlen sein.

Man kann sich aber auch eine einzige invertierte Datei vorstellen, die die Einträge von *allen* Feldern enthält. Jedoch ist von der Verwendung dieser Lösung abzuraten, weil der Reorganisationsaufwands zu groß wird, und zwar aus dem Grund, daß alle Wörterbücher der einzelnen Felder bei einer Einfügung neu aufgebaut

FUHRNDCA630-00000106

werden müssen. Das bedeutet gleichzeitig, daß die gesamte invertierte Datei vom Anfang bis Ende durchlaufen werden muß.

2. Das zweite Verfahren basiert auf dem gleichen Prinzip des ersten. Es existieren weiterhin zu jedem Feld ein Wörterbuch und eine invertierte Datei. Allerdings gibt es zu jedem Wörterbuch eines Feldes keine separate Datei mehr, sondern die Wörterbücher der einzelnen Feldern werden in einer einzigen Wörterbuch-Datei durch einen sogenannten *Feld-Index* verwaltet. Ein Eintrag im Feld-Index ist eindeutig und von der Form $(feldname, dp)$, wobei *feldname* der Name eines Feldes und *dp* (dictionary pointer) ein Zeiger auf ein Wörterbuch eines Feldes ist. Die Einträge im Feld-Index sind nicht sortiert und treten jeweils für jedes Feld genau einmal in beliebiger Reihenfolge auf. Der Feld-Index kann beliebig viele Einträge enthalten. Man kann aber davon ausgehen, daß es nicht so viele Felder geben wird, so daß eine Speicherung der Feld-Indexeinträge in einer beliebigen Reihenfolge die Suchzeit nicht beeinflußt. Wie beim ersten Verfahren wird hier auch für jedes Feld eine invertierte Datei erzeugt. Die Einträge von einem numerischen Feld werden numerisch aufsteigend sortiert. Abbildung 4.5 stellt die zweite Dateistruktur des WAIS-Index vor. Für die Realisierung wird die Größe eines Eintrags im Feld-Index gleich 25 Bytes gewählt (Feldname = $20+1$, $dp = 4$).

Eine Feldsuche beginnt mit dem Einlesen des gesamten Feld-Index in den Hauptspeicher. Sobald der Feld-Index im Hauptspeicher ist, erfolgt dann die Lokalisierung eines Feld-Indexeintrags über die Suche nach dem Feldnamen. Dabei wird ein einfaches lineares Suchverfahren angewendet. Wird der gesuchte Feldname gefunden, so kann mit Hilfe eines *dp* (dictionary pointer) der Zugriff auf das Wörterbuch dieses Feldes erfolgen. Somit beschränkt sich die Feldsuche nur auf das Wörterbuch dieses Feldes. Dann geht die Suche weiter wie oben beschrieben vor – erst der Zugriff auf eine invertierte Datei dieses Feldes, dann auf die Dokument-Tabelle, Headline-Tabelle und schließlich auf die Filename-Tabelle. Auch hier ist von der Verwendung einer einzigen invertierten Datei für alle Felder aus demselben Grund wie oben abzuraten.

3. In den beiden ersten Verfahren hat jedes Feld separat ein Wörterbuch und eine invertierte Datei. Ein bisheriger Eintrag im Wörterbuch hat einen Term als Suchschlüssel. Nun wird eine andere Art von Feldorganisation betrachtet. Bei diesem dritten Verfahren bilden ein Term eines Feldes und ein Feldname einen Suchschlüssel. So muß bei dieser Möglichkeit hinter einem Term ein Feldname angehängt werden, so daß die Zeichenkette der Form *Term:Feldname* einen Suchschlüssel bildet, der als einen manipulierten Term betrachtet werden kann - gesucht wird also nicht mehr nach einem Term im engen Sinne, sondern nach einer Zeichenkette der Form *Term:Feldname*. Auf diese Weise können wir Felder als „Terme" verwalten. Im Falle einer Freitext-Suche, bei der kein Feldname angegeben wird, wird einfach nur nach den Anfragetermen gesucht.

85

FUHRNDCA630-00000107



Abbildung 4.5: Dateistruktur des WAIS-Index für Felder: Eine einzige Wörterbuch-Datei für alle Felder und eine separate invertierte Datei für jedes Feld

FUHRNDCA630-00000108

Alle Einträge des Wörterbuchs und der invertierten Datei werden lexikalisch nach den Zeichenketten sortiert. Für ein numerisches Feld werden separat eine Wörterbuch- und invertierte Datei erzeugt, da es sich hier um Zahlen handelt. Die numerische Suche erfolgt dann in diesen beiden Dateien. Allgemein geht man aber bei einer Suche nach einer Zeichenkette dieser Form wie bei einer gewöhnlichen Suche nach einem Term vor.

Durch das zusätzliche Anhängen von einem Feldnamen hinter einen Term wird die gesamte Zeichenkette länger als der ursprüngliche Term. Bei der Realisierung wird die Länge eines Termes in diesem Fall nicht mehr gleich der maximalen Länge eines Termes $max\_term\_length$, sondern gleich $max\_term\_length +$ |Feldname| $+ 1$ gesetzt. Die maximale Länge eines Feldnamen wird gleich 10 Zeichen gewählt.

## 4.2.3   Vergleich der drei Verfahren

Der Vergleich der drei Verfahren bezüglich der Suchzeit ist aus der Tabelle 4.1 zu entnehmen. Als Testkollektion habe ich die JOURNALS-Kollektion gewählt. Ingesamt werden sechs Felder indexiert.

| Verfahren | Durchschnittliche Suchzeit (Sek.) | Gesamte Suchzeit (Sek.) |
|:---:|:---:|:---:|
| 1 | 0.67 | 13.5 |
| 2 | 0.46 | 9.27 |
| 3 | 0.49 | 9.83 |

Tabelle 4.1: Vergleich der Suchzeiten zwischen drei Verfahren bei 20 Anfragen

Im folgenden möchte ich die Vor- bzw. Nachteile der drei Verfahren nennen.

### 4.2.3.1   Erstes Verfahren

**Vorteil:**
- Wenig Reorganisationsaufwand aufgrund der Aufteilung der Daten in mehreren Dateien.

**Nachteil:**
- Datei-Overhead, wenn viele Felder erzeugt werden.

### 4.2.3.2   Zweites Verfahren

**Vorteil:**
- Wenig Reorganisationsaufwand aufgrund der Aufteilung der Daten in mehreren Dateien und der Änderung nur in bestimmten Wörterbüchern der Felder.

FUHRNDCA630-00000109

- Weniger Datei-Overhead als bei dem ersten Verfahren, weil man hier eine einzige globale Wörterbuch-Datei hat, die die Wörterbucher der einzelnen Felder verwaltet.

**Nachteil:**
- Der Datei-Overhead besteht immer noch, weil für jedes Feld eine invertierte Datei erzeugt wird.

### 4.2.3.3   Drittes Verfahren

**Vorteil:**
- Kein Datei-Overhead, weil es für alle Felder außer numerischen Feldern eine einzige globale Wörterbuch- und invertierte Datei gibt. Es sind sicher mehr Terme zu verwalten als bei den beiden anderen Verfahren.
- Durch das Verschmelzen von einem Term mit einem Feldnamen wird der gesamte Term länger. Wenn viele kurzen Terme sowie Feldnamen vorkommen, bedeutet dies eine große Speicherplatzverschwendung, weil die vorher reservierten Speicherplätze für die Terme nicht optimal ausgenutzt werden können.
- Die Zugriffszeit kann schneller als bei den beiden ersten Verfahren ausfallen, weil weniger Dateien geöffnet werden müssen. Muß aber nicht sein, wenn der Index des Wörterbuchs zu groß wird.

**Nachteil:**
- Großer Reorganisationsaufwand bei Einfügungen, da die gesamte Wörterbuch-Datei sowie invertierte Datei neu organisiert werden müssen.
- Der Index des Wörterbuchs kann sehr groß werden, so daß zum einen bei der Suche die Allokierung von Speicherplatz für ihn im Hauptspeicher problematisch und zum anderen die Suche sogar verlangsamt wird. Das ist allerdings sehr selten der Fall, wenn man bedenkt, daß bei 10 Mio Datensätzen der Index des Wörterbuchs erst 283 KB groß ist. Es ist aber sehr unwahrscheinlich, daß so viele Datensätze in einer Kollektion vorkommen.

### 4.2.3.4   Auswahl

Die ersten beiden Verfahren sind sicherlich besser als das dritte Verfahren aufgrund des geringeren Reorganisationsaufwands und der eventuellen schnelleren Suchzeit. Aber das Hauptargument, das gegen das dritte Verfahren spricht, ist der damit verbundene große Aufwand bei der Neuorganisation der invertierten Datei und des Wörterbuchs. Es sei denn, man findet für die beiden Dateien eine Datenstruktur, die diesen Aufwand reduziert, wie in Abschnitt 4.9.2 erläutert wird.

Bei den beiden ersten Verfahren ist jedoch der Datei-Overhead zu bedenken, wenn sehr viele Felder erzeugt werden sollen. Das zweite Verfahren ist besser als das erste,

FUHRNDCA630-00000110

was der Datei-Overhead betrifft. Für die Suchzeit kann man aus der Tabelle 4.1 lesen, daß die durchschnittliche Suchzeit am besten ausfällt.

### 4.2.4  Erzeugung des WAIS-Index für Felder

Die Erzeugung eines WAIS-Index, der die Feldsuche ermöglicht, ist die Aufgabe der Feldindexierung. Eine Menge von Dokumenten, die von jedem Format sein können, soll indexiert werden. Es gibt aber viele unterschiedlichen Dokumentformate, deren Strukturen man vorher jedoch noch nicht festlegen kann. Es ist daher notwendig, eine globale Dokumentstruktur, nach der sich alle Dokumente von unterschiedlichen Formaten zu richten haben, zu definieren. Ein Dokument mit der globalen Struktur dient als Basis für die Feldindexierung.



Abbildung 4.6: Der Feldindexierungsprozeß

#### 4.2.4.1  Definition einer globalen Dokumentstruktur für Felder

Die Definition einer globalen Dokumentstruktur ist dafür da, daß jedes Originaldokument vor der Indexierung zunächst in diese Struktur abzubilden ist. Bisher wird ein Dokument durch eine Headline, einen Indexierungsinhalt und einen Separator beschrieben, wobei es sich bei dem Indexierungsinhalt entweder um ein Originaldokument oder ein leeres Dokument handelt. Für die Feldindexierung wird zusätzlich der Indexierungsinhalt eines Dokuments in ein oder mehrere Felder zerlegt. So bilden nun eine Headline, ein Dokumentseparator und ein oder mehrere Felder die globale Struktur eines Dokuments bei der Feldindexierung.

Der Feldindexierungsprozeß muß daher auch in zwei Phasen unterteilt werden: die erste Phase ist das Parsing, bei dem man die Feldstruktur eines Dokuments interpretiert wird, um ein Dokument in die globale Dokumentstruktur abzubilden; die zweite Phase ist die eigentliche Indexierung der einzelnen Felder. Der Feldindexierungsprozeß wird konzeptuell in Abbildung 4.6 dargestellt.

Der Parsing- und Indexierungsprozeß werden nun näher betrachtet.

89

FUHRNDCA630-00000111

### 4.2.4.2   Parsing

Die Aufgabe des Parsings ist es, ein Originaldokument in ein Dokument mit der oben beschriebenen globalen Struktur abzubilden. Der Parsingprozeß gliedert sich wiederum in zwei Phasen (Abbildung 4.7) : die erste Phase ist das Format-Parsing; die zweite Phase ist das Feld-Parsing.



Abbildung 4.7: Der Parsingprozeß für Felder

In der ersten Phase wird das Originaldokument in ein Dokument mit der Struktur, die sich nur aus einer Headline, einem Dokumentseparator und einem Indexierungsinhalt zusammensetzt. Diese Aufgabe wird vom Global-Formatparser erledigt.
In der zweiten Phase wird der Indexierungsinhalt dann in ein oder mehrere Felder und somit in die endgültige globale Dokumentstruktur abgebildet. Wie sieht nun der Feld-Parsingprozeß aus?

### 4.2.4.2.1   Feld-Parsing

Das Konzept des Feld-Parsings ist ähnlich dem Konzept des Format-Parsings, das in Abschnitt 4.1 erläutert wurde. Es existiert ein Feldparser, der die Feldstruktur eines Dokuments interpretiert. Für die Interpretation benötigt er Feldinformationen, d.h. Informationen über die Feldstruktur eines Dokuments. Diese Feldinformationen, die im nächsten Abschnitt festgelegt werden, werden in einer sogenannten *Feldspezifikationsdatei* mit Hilfe einer *Feld-Beschreibungssprache* spezifiziert. Abbildung 4.8 stellt den Feld-Parsingprozeß dar.

### 4.2.4.2.1.1   Festlegung von Feldinformationen

Mit der in Abschnitt 4.2.1 beschriebenen Feld-Definition können Feldinformationen nun festgelegt werden. Ein Feld enthält folgende Feldinformationen: Anfangs- und Endemarkierung eines Feldes im Dokumenttext, Art eines Feldes (numerisch oder textuell), Feldname und Art der Indexierung (SOUNDEX, PHONIX, TEXT). Es geht also darum, bei der Analyse der Feldstruktur eines Dokuments zu erkennen, an welcher Stelle ein Feld anfängt bzw. aufhört, welchen Namen ein Feld hat, ob es sich um ein numerisches oder textuelles Feld handelt, und wie ein Feld zu indexieren ist.

FUHRNDCA630-00000112



Abbildung 4.8: Der Feld-Parsingprozeß

91

FUHRNDCA630-00000113

Bei der TEXT-Indexierung werden einfach Terme wie bisher beschrieben indexiert. Die SOUNDEX- und PHONIX-Indexierung wird in Abschnitt 4.4.4 behandelt.

### 4.2.4.2.1.2   Feldparser

Die Funktionsweise des Feldparsers wird in Abbildung 4.8 dargestellt. Die Aufgabe eines Global-Formatparsers ist es, ein Dokument jeden Formats in eine Struktur abzubilden, die aus einer Headline, einem Indexierungsinhalt und einem Dokumentseparator besteht. Nun hat ein Feldparser die Aufgabe, den Indexierungsinhalt (Originaldokument) eines Dokuments in ein oder mehrere Felder zu zerlegen, wenn der Indexierungsinhalt nicht leer ist. Dafür benötigt der Feldparser Feldinformationen, die in Abschnitt 4.2.4.2.1.1 definiert worden sind. Mit Hilfe der Feldinformationen kann der Feldparser bestimmte Textabschnitte aus einem Dokument selektieren und an die Indexierung übegeben. Wie können nun Feldinformationen gewonnen werden?

### 4.2.4.2.1.3   Feld-Beschreibungssprache in einer Feldspezifikationsdatei

Feldinformationen werden mit der Feld-Beschreibungssprache in einer Feldspezifikationsdatei spezifiziert. Um Spezifikationsfreiheit zu ermöglichen, sind reguläre Ausdrücke zugelassen. Für eine Feld-Beschreibungssprache wird folgende Syntax definiert, die in Abbildung 4.9 dargestellt ist. In Anhang A.3.1 ist dazu ein Beispiel zu finden.

```
<field>   /Feldanfangmarkierung/ /Lese-nach-Markierung/
Feldname₁ "Beschreibung₁"...Feldnameₙ"Beschreibungₙ"
Option
Indexierungsart₁ Inhaltlokalisierung₁
  ...
Indexierungsartₖ Inhaltlokalisierungₖ
<end>   /Feldendemarkierung/
  ⋮
<field>   /Feldanfangmarkierung/ /Lese-nach-Markierung/
Feldname₁ "Beschreibung₁"...Feldnameₙ"Beschreibungₙ"
Option
Indexierungsart₁ Inhaltlokalisierung₁
  ...
Indexierungsartₖ Inhaltlokalisierungₖ
<end>   /Feldendemarkierung/
```

Abbildung 4.9: Die Syntax einer Feld-Beschreibungssprache

FUHRNDCA630-00000114

*Feldanfangmarkierung:* Der Anfang eines Feldes wird durch diese Markierung in einer Zeile gekennzeichnet.

*Lese-nach-Markierung:* Ein Textabschnitt soll nach dieser Markierung gelesen werden. Die Angabe dieser Markierung ist optional. Fehlt diese Angabe, so wird der Textabschnitt von Anfang an gelesen.

*Feldname:* Name eines Feldes, das erzeugt werden soll. Ein Feldname ist maximal 20 Zeichen lang.

*Beschreibung:* Eine Beschreibung des Feldes, z.B. au = AUTOR, wird in die Datenbankbeschreibung geschrieben. Die Beschreibung ist optional.

*Option:* Es gibt zwei Optionen:

1. <numeric>

   */Lese-vom-letzten-Zeichen-der-Markierung/*
   *Maximale-Anzahl-von-Ziffern*

   - <numeric> weist auf ein numerisches Feld hin.
   - *Lese-vom-letzten-Zeichen-der-Markierung* (optional)
     Eine Zahl soll ab dem letzten Zeichen dieser Markierung gelesen werden.
   - *Maximale-Anzahl-von-Ziffern* (optional)
     Diese Spezifikation gibt an, aus wievielen Zeichen (Ziffern und eventuell einem Kommata- oder Punkt-Zeichen) eine Zahl maximal besteht. Sie ist sinnvoll für Zahlen, die länger als die maximale Wortlänge sind.

2. **stemming**

   - **stemming** gibt an, daß die Stammformreduktion der Terme, die in Abschnitt 4.3 behandelt wird, bei der Indexierung verwendet werden.

*Indexierungsart:* Bei der Art der Indexierung handelt es sich um die Möglichkeit der SOUNDEX-, bzw. PHONIX-Indexierung, bei der jeder Term in einen Soundex- bzw. Phonix-Code umgewandelt wird, und der TEXT-Indexierung, die einer normalen Textindexierung entspricht.

*Inhaltlokalisierung:* Bei der Inhaltlokalisierung geht es darum, wo die indexierten Terme eines Textabschnittes eingetragen werden sollen. Dafür gibt es drei Schlüsselwörter **LOCAL**, **GLOBAL** und **BOTH**.

- **LOCAL**: Wenn die indexierten Terme eines Textabschnittes nur in ein bestimmtes Feld eingefügt werden sollen.
- **GLOBAL**: Wenn die indexierten Terme eines Textabschnittes nur in die gemeinsame Datenbank eingefügt werden sollen.
- **BOTH**: Wenn die indexierten Terme eines Textabschnittes sowohl in ein bestimmtes Feld als auch in die gemeinsame Datenbank eingefügt werden sollen.

*Feldendemarkierung:* Das Ende eines Feldes wird durch diese Markierung gekennzeichnet.

93

FUHRNDCA630-00000115

#### 4.2.4.2.1.4   Feldspezifikation-Parser

Ein Feldspezifikation-Parser hat die Aufgabe, eine Feldspezifikationsdatei zu lesen und
ihre syntaktische Korrektheit zu überprüfen. Die Ausgaben sind die Feldinformatio-
nen, die an den Feldparser übergeben werden. Dafür wird der LEX/YACC-Parser
verwendet.

#### 4.2.4.2.2   Vereinfachung des Parsingprozesses

Wenn man die Abbildung 4.8 anschaut, gibt es einen Formatspezifikation-Parser für
die Analyse einer Formatspezifikationsdatei und einen Feldspezifikation-Parser für
die Analyse einer Feldspezifikationsdatei. Beide Parser können nun zu einem einzigen
Parser, der als Dokumentspezifikationsparser bezeichnet wird, zusammengefaßt wer-
den. Dementsprechend werden eine Format- und Feldspezifikationsdatei zu einer ein-
zigen Dokumentspezifikationsdatei zusammengefaßt, in der sowohl Format- als auch
Feldinformationen spezifiziert werden. Die Ausgaben des Dokumentspezifikationspar-
sers sind Formatinformationen für den Global-Formatparser und Feldinformationen
für den Feldparser. Abbildung 4.10 zeigt eine Vereinfachung des Parsingprozesses.



Abbildung 4.10: Vereinfachung des Parsingprozesses

94

### 4.2.4.3   Indexierung

Ein Dokument besteht nun aus mehreren Feldern, die für sich allein indexiert werden. Jedes Feld durchläuft die Textindexierung, die in Abschnitt 3.3.3 besprochen wurde. Für einen numerischen Term oder eine Zahl wird definiert, daß er oder sie sich lediglich aus Ziffern und eventuell nur *einem* Kommata- oder Punkt-Zeichen für reelle Zahl zusammensetzt. Daher besteht die Aufgabe der bisherigen lexikalischen Analyse zusätzlich darin, bei der Indexierung eines numerischen Feldes zu erkennen, welches Zeichen zu einem numerischen Term gehört. Das Ergebnis des Indexierungsprozesses sind ein WAIS-Index, der die Feldsuche unterstützt, ein Katalog und eine Datenbankbeschreibung. In die Datenbankbeschreibung werden während der Indexierung zusätzlich Beschreibungen der indexierten Felder geschrieben. Abbildung 4.11 zeigt den WAIS-Index der freigegebenen FreeWAIS-sf-Version, in dem für jedes Feld separat eine Wörterbuch- und invertierte Datei erzeugt wird.



Abbildung 4.11: Die Feldindexierung

FUHRNDCA630-00000117

## 4.3   Stemming

Stemming wird auch als *Stammformreduktion* bezeichnet. Bei der Stammformreduktion werden die Wörter auf ihren Stamm reduziert, indem die Devirationsendungen entfernt werden. So werden zum Beispiel „analysis", „analyzing" auf „analy" reduziert. Die Stammformreduktion dient zum einen dazu, den Recall (Zahl der nachgewiesenen relevanten Dokumente/Zahl aller Dokumente in der Kollektion, siehe auch Abschnitt 1.1) zu steigern, und zum anderen dazu, den Bezug auf alle möglichen Erscheinungsformen der Wörter bei der Suche zu beschränken. Weiterhin wird durch Stemming der Speicherplatzverbrauch vom WAIS-Index reduziert.

Der um Stemming erweiterte Indexierungsprozeß wird in Abbildung 4.12 dargestellt.



Abbildung 4.12: Der Indexierungsprozeß mit Stemming

Die Möglichkeit der Stammformreduktion ist optional. Jeder Term, der aus der lexikalischen Analyse entsteht, wird auf seine Stammform reduziert. Der in WAIS

96

FUHRNDCA630-00000118

verwendete Algorithmus von [Porter 80] zur Generierung von Wortstämmen basiert nur auf englischen Texten.

Bei der Suche werden die Anfrageterme auf ihre Stammformen zurückgeführt. Es wird dann nach den reduzierten Termen gesucht. Abbildung 4.13 veranschaulicht den Suchprozeß.



Abbildung 4.13: Der Suchprozeß mit Stemming

## 4.4    Neue Suchanfragemöglichkeiten

Es geht hier um die möglichen Erweiterungen zur Formulierung einer Anfrage. Eine Anfragesyntax wird in Abschnitt 4.5.1 definiert. Der Zweck dieser einzelnen Suchmöglichkeiten wurde bereits in Abschnitt 2.8 erläutert.

### 4.4.1    Boolesche Anfrage

In einer Booleschen Anfrage werden Suchbegriffe miteinander verknüpft. Mit Hilfe der booleschen Logik können Suchbegriffe in einer Anfrage verknüpft werden. Die Verknüpfung von Suchbegriffen baut auf den Booleschen Operatoren AND, OR und AND-NOT auf. Der AND- bzw. OR-Operator bildet eine Schnitt- bzw. Vereinigungsmenge. Eine Restmenge wird durch den AND-NOT-Operator gebildet. Die Aufgabe

97

FUHRNDCA630-00000119

ist es nun diese Booleschen Operatoren zu implementieren und in den Search-Engine zu integrieren.

### 4.4.1.1  Bildung einer Schnittmenge

*Anfrage:* TERM$_1$ AND TERM$_2$

*Verfahren:*

1. Durchsuche das Wörterbuch nach TERM$_1$ und finde dazu eine Liste von Dokument-IDs. Bezeichne diese Liste von Dokument-IDs als Menge 1.
2. Durchsuche das Wörterbuch nach TERM$_2$ und finde dazu eine Liste von Dokument-IDs. Bezeichne diese Liste von Dokument-IDs als Menge 2.
3. Bestimme die Schnittmenge aus der Menge 1 und 2. Dabei wird eine Menge von Dokument-IDs (Menge 3) bestimmt, die in der Menge 1 und 2 vorhanden sind.
4. Führe den Suchprozeß mit den Dokument-IDs aus der Menge 3 weiter.

### 4.4.1.2  Bildung einer Vereinigungsmenge

*Anfrage:* TERM$_1$ OR TERM$_2$

*Verfahren:*

Die Menge 1 und 2 werden wie oben bestimmt. Dann wird eine Vereinigungsmenge aus den beiden Mengen 1 und 2 bestimmt. Die Vereinigungsmenge enthält entweder Elemente der Menge 1 oder Elemente der Menge 2 oder Elemente beider Mengen. Die Vereinigungsmenge wird als Menge 3 bezeichnet. Dann wird der Suchprozeß mit den Dokument-IDs der Menge 3 fortgefahren.

### 4.4.1.3  Bildung einer Restmenge

*Anfrage:* TERM$_1$ AND-NOT TERM$_2$

*Verfahren:*

1. Bestimme die Menge 1 von Dokument-IDs für TERM$_1$ wie oben.
2. Bestimme die Menge 2 von Dokument-IDs für TERM$_2$ wie oben.
3. Bilde die Restmenge (Menge 3), indem sämtliche Elemente der Menge 1, die auch Elemente der Menge 2 sind, gelöscht werden.
4. Führe den Suchprozeß mit den Dokument-IDs aus der Menge 3 weiter.

FUHRNDCA630-00000120

### 4.4.2 Literal-Anfrage

Eine Literal-Anfrage enthält Suchbegriffe, die im Originaltext der Dokumente vor-
kommen. Eine Literal-Anfrage wird so formuliert, daß die benutzten Suchbegriffe
direkt hintereinander und in der angegebenen Reihenfolge im Text des Dokuments
auftreten.

*Anfrage:* 'TERM$_1$ TERM$_2$ $\cdots$ TERM$_n$'

*Verfahren:*

1. Durchsuche im Wörterbuch solange, bis ein Term in der Literal-Zeichenkette
   gefunden wird, sonst ist die Suche erfolglos.
2. Finde zu dem Term eine Liste von Positionsangaben des Termes innerhalb der
   einzelnen gefundenen Originaldokumenten.
3. Durchsuche in den Originaldokumenten, die den gefundenen Term enthalten,
   mit Hilfe einer String-Suche nach der gesamten Zeichenfolge der Suchanfrage,
   wobei die Startposition die Textposition des gefundenen Termes innerhalb des
   jeweiligen Originaldokuments minus die Länge der Zeichenkette vor diesem
   Term.

*Realisierung:*

Bisher wird zu einem Term nur eine Characterposition in der invertierten Datei gespei-
chert. Da ein Term mehrmals in einem Dokument vorkommen kann, ist es notwendig
alle Characterpositionen des Termes dieses Dokuments abzuspeichern – wenn ab der
ersten Characterposition ein String nicht „gematcht" wird, dann wird ab der nächsten
Characterposition die String-Suche durchgeführt usw. Ein Posting in der invertierten
Datei muß daher geändert werden. Bisher besteht es aus einer Dokument-ID, einer
Characterposition und einem Gewicht. Nun setzt sich ein neues Posting aus einer
Dokument-ID, einer Termhäufigkeit im Dokument, einem Gewicht, dessen Gewich-
tungsfunktion in Abschnitt 4.6.2 wird, und einer Liste von Characterpositionen zu-
sammen. Die Anzahl der Elemente in der Liste von Characterpositionen entpricht der
Termhäufigkeit im Dokument. Alternativ können statt Characterpositionen Abstände
zur vorherigen Characterposition in einem Posting gespeichert werden. So besteht ein
Posting aus einer Dokument-ID, Größe der Character-Liste in Bytes, einem Gewicht,
einer Characterposition und einer Liste von Abständen zur vorherigen Characterpo-
sition, die in der Regel durch wenige Bits dargestellt werden können. Implementiert
wird die zweite Alternative, da sie durch die Möglichkeit der komprimierten Speiche-
rung den Speicherplatz effizienter verbraucht. Die komprimierte Speicherung sieht
vor, daß eine Zahl byteweise gespeichert wird, wobei die ersten 7 Bits eines Bytes
die Zahl darstellt, während das letzte Bit kennzeichnet, ob diese Zahl eventuell durch
weiteren 7 Bits dargestellt wird, usw. Es wird also nur soviel Speicherplatz reserviert,
wie es benötigt wird. Eine Zahl darf also maximal $2^{7*4} = 268435456$ groß sein.

FUHRNDCA630-00000121

### 4.4.3    Wildcard-Anfrage

In einer Wildcard-Anfrage wird ein Suchbegriff rechtstrunkiert, z.B. **Info***. Das Such-
verfahren ist recht einfach. Man sucht im Wörterbuch nach allen Termen, die genau
der Zeichenkette vor dem Trunkierungssymbol entspricht. Sämtliche Zeichen nach
dem Trunkierungssymbol sind uninteressant für das Matching.

### 4.4.4    Phonetische Suche

Die Aufgabe der phonetischen Suche besteht darin, alle Wörter, die zwar zu einem
Wort in der Anfrage eine unterschiedliche Schreibweise besitzen, jedoch ähnlich diesem
Wort ausgesprochen werden, zu finden. Zur Lösung dieses Problem gibt es zwei
Algorithmen, SOUNDEX und PHONIX, die in [Poersch 93] ausführlich beschrieben
sind. PHONIX ist eine verbesserte Version von SOUNDEX. Sie haben die Aufgaben,
einen Term in einen Soundex- oder Phonix-Code abzubilden.

Um eine phonetische Suche zu ermöglichen, muß zuerst jeder Suchbegriff in einen pho-
netischen Code abgebildet werden. Gesucht wird dann im WAIS-Index nach diesem
phonetischen Code (Abbildung 4.14). Das bedeutet, daß schon bei der Indexierung
jeder zu indexierende Term in einen phonetischen Code abzubilden ist. Dieser Code
wird dann indexiert. Der Indexierungsprozeß wird in Abbildung 4.15 beschrieben.



Abbildung 4.14: SOUNDEX-, PHONIX-Suche

FUHRNDCA630-00000122

Abbildung 4.15: SOUNDEX-, PHONIX-Indexierung

FUHRNDCA630-00000123

## 4.5   Definition von Anfrage-Syntax und Anfrage-Parser

Aufgrund der Erweiterungen um die Boolesche, Literal-, Wildcard-, phonetische und Feldanfrage wird die Struktur einer Anfrage komplexer. Die Definition einer Anfrage-Syntax ist daher notwendig. Die Syntax einer Anfrage wird von einem Anfrage-Parser analysiert.

| | | |
|---|---|---|
| query | → | expression |
| expression | → | term |
| | | expression OR term |
| | | expression term |
| term | → | factor |
| | | term AND factor |
| | | term NOT factor |
| factor | → | WORD |
| | | phonix \| soundex WORD |
| | | (expression) |
| | | FIELD = (s_expression) |
| | | FIELD = WORD |
| | | FIELD = phonix \| soundex WORD |
| | | FIELD == WORD |
| | | FIELD < WORD |
| | | FIELD > WORD |
| s_expression | → | s_term |
| | | s_expression OR s_term |
| | | s_expression s_term |
| s_term | → | s_factor |
| | | s_term AND s_factor |
| | | s_term NOT s_factor |
| s_factor | → | WORD |
| | | phonix \| soundex WORD |
| | | (s_expression) |

Abbildung 4.16: Die Anfragesyntax

### 4.5.1   Anfrage-Syntax

Eine Anfrage in WAIS-sf hat die in Abbildung 4.16 dargestellte Syntax. Eine Anfrage ist ein Ausdruck, der entweder ein *term* oder ein weiterer Ausdruck und ein

102

FUHRNDCA630-00000124

*term* vernknüpft mit dem OR-Operator oder ein weiterer Ausdruck gefolgt von einem *term*. Dabei wird ein *term* durch einen *factor* oder einen weiteren *term* verknüpft mit dem AND- oder NOT-Operator beschrieben. Der *factor* wiederum ist ein *WORD* oder ein weiterer von Klammern eingeschlossener Ausdruck oder ein Feldausdruck, der durch einen Feldnamen *FIELD* gefolgt von den Operatoren, wie '=', '==' (für numerischer Ausdruck, wobei '=' auch dafür gilt.), '>' oder '<', und einem *WORD* oder einem weiteren Unterausdruck, definiert wird. Ein Unterausdruck ist wie ein normaler Ausdruck definiert, nur mit dem einzigen Unterschied, daß sein Unterfaktor *s_factor* keinen Feldausdruck enthält. Ein *WORD* ist ein regulärer Ausdruck.

### 4.5.2 Anfrage-Parser

Ein Anfrage-Parser liest eine Suchanfrage, interpretiert sie auf syntaxtische Korrekheit und liefert eine Fehlermeldung, wenn eine Suchanfrage falsch formuliert ist. Bei einer Booleschen Anfrage liefert der Anfrage-Parser eine neue Anfrage in der Postfix-Notation. Er wird durch den LEX/JACC-Parser realisiert. Der Search-Engine wird also um den Anfrage-Parser erweitert, wie in Abbildung 4.17 dargestellt wird.



Abbildung 4.17: Integration des Anfrage-Parsers in den Search-Engine

FUHRNDCA630-00000125

### 4.5.3   Anfragebeispiele

1. `information retrieval`
   Freie Textanfrage: Suche nach Dokumenten, die entweder den Term `informa-tion` oder den Term `retrieval` oder beide Terme enthalten.
2. `information or retrieval`
   Boolesche Anfrage: wie oben.
3. `ti = information retrieval`
   Feldanfrage und freie Textanfrage: Suche nach Dokumenten, die im Feld Titel den Term `information` oder im ganzen Dokument den Term `retrieval` enthält.
4. `(ti = information retrieval)` Feldanfrage und freie Textanfrage: wie oben.
5. `(ti = information) or retrieval`
   Feldanfrage und freie Textanfrage mit Boolescher Operation: wie oben.
6. `(ti = information or retrieval)`
   Feldanfrage und freie Textanfrage mit Boolescher Operation: wie oben.
7. `ti = (information retrieval)`
   Feldanfrage: Suche nach Dokumenten, die im Feld Titel entweder den Term `information` oder den Term `retrieval` oder beide Terme enthalten.
8. `ti = (information or retrieval)`
   Feldanfrage mit Boolescher Operation: wie oben.
9. `ti = (information and retrieval)`
   Suche nach Dokumenten, die im Feld Titel beide Terme `information` und `retrieval` enthalten.
10. `ti = (information not retrieval)`
    Suche nach Dokumenten, die im Feld Titel den Term `information` aber nicht den Term `retrieval` enthalten.
11. `py = 1990 oder py == 1990`
    Numerische Anfrage: Suche nach Dokumenten, die im Jahr 1990 erschienen sind.
12. `py > 1990`
    Numerische Anfrage: Suche nach Dokumenten, die nach 1990 erschienen sind.
13. `py < 1990`
    Numerische Anfrage: Suche nach Dokumenten, die vor 1990 erschienen sind.
14. `au = (soundex meier)`
    Soundex-Anfrage: Suche nach Dokumenten, die im Feld Autor Terme enthalten, die eine ähnliche Aussprache wie der Term `meier` besitzen, z.B. mayer.
15. `ti = ('information retrieval')`
    Literal-Anfrage: Suche nach Dokumenten, die im Feld Titel genau die Zeichen-kette `'information retrieval'` enthalten.

104

FUHRNDCA630-00000126

16. ti = (information system*)
    Wildcard-Anfrage: Suche nach Dokumenten, die im Feld Titel entweder den
    Term information oder alle Terme, die mit der Zeichenkette system beginnen
    und mit beliebigen Zeichen aufhören, oder beide enthalten.

**Bemerkung:** Es gibt keine Einschränkung, ob eine Anfrage groß oder klein geschrieben wird.

## 4.6 Termgewichtung

Die Termgewichte eines Dokuments geben die potentielle Bedeutsamkeit der Terme innerhalb dieses Dokuments wieder. Im folgenden wird die in WAIS verwendete Gewichtungsfunktion auf Schwachpunkte untersucht. Dann wird eine neue Gewichtungsfunktion vorgestellt, die eine bessere Retrievaleffektivität bietet.

### 4.6.1 Bewertung der WAIS-Gewichtungsfunktion

Für die Gewichtungsfunktion definiert WAIS folgende Formel:

$$w_{dk} = ((\log(tf_{dk}) + 10) * idf_k)/d_T.$$

$tf_{dk}$ = Vorkommenshäufigkeit von Term $t_k$ im Dokument $D$. $tf_{dk}$ wird mit 5 initialisiert. Danach wird $tf_{dk}$ bei jedem Vorkommen um 1 erhöht. Falls der Term $t_k$ in der Headline vorkommt, wird $tf_{dk}$ zusätzlich mit 10 addiert. $tf_{dk}$ ist maximal 127.

$idf_k$ = $1/\sum_{i=1}^n tf_{ik}$ – die inverse Dokumenthäufigkeit von Term $t_k$ in einer Kollektion mit $n$ Dokumenten.

$d_T$ = $\sum_{i=1}^t tf_{di}$ – Menge der im Dokument $D$ vorkommenden Terme.

**Kritik an dieser Formel:**

- Hat eine Kollektion beispielsweise 10 Dokumente. Ein Term $t_k$ kommt 10-mal vor und erscheint jeweils 1-mal in einem Dokument. So ist die inverse Dokumenthäufigkeit von Term $t_k$ $idf_k = 1/10$. Wenn der gleiche Term $t_k$ jedoch 10-mal in einem einzigen Dokument vorkommt, ist seine inverse Dokumenthäufigkeit auch $idf_k = 1/10$. Der Precisionwert ist in beiden Fällen gleich, obwohl im ersten Fall der Term $t_k$ nicht zur Unterscheidung zwischen den relevanten und den nichtrelevanten Dokumenten dienen kann, während man im zweiten Fall sagen kann, daß ein einziges Dokument relevant ist und die 9 restlichen Dokumente nicht relevant sind. Im zweiten Fall müßte dem Term $t_k$ ein höherer Precisionwert zugewiesen werden als im ersten Fall.

105

FUHRNDCA630-00000127

- Der zweite kritische Punkt ist zum einen die Verwendung von $d_T$ als Normalisierungsfaktor. Allgemein liegt ein Gewicht $\alpha_{dk} = ((\log(tf_{dk} + 10) * idf_d)$ häufig zwischen 0 und 1, während $d_T$ eine Zahl ist, die weit über 1 liegt, z.B. 10, 100 oder mehr ist nicht selten der Fall. Daher ist die Verhältnissetzung zur Berechnung des Gesamtgewichts $w_{dk} = \alpha_{dk}/d_T$ nicht berechtigt. Zum anderen gibt es zu einem Dokument zwei unterschiedlichen Vektordarstellungen, nämlich: auf der einen Seite wird ein Dokument durch einen Dokumentvektor der Form $D = <w_{d1}, \ldots, w_{dn}>$, wobei $w_{dk}$ das Gewicht des Terms $t_k$ im Dokument $D$ ist, repräsentiert; auf der anderen Seite ist der Dokumentvektor von der Form $D = <tf_{d1}, \ldots, tf_{dn}>$, wobei die Summe der einzelnen $tf$'s als Vektorlänge berechnet wird. Das ist natürlich unsinnig.
- Zwei Terme, die unterschiedlich oft jedoch jeweils mehr als 127-mal vorkommen, haben den gleichen Relevanzwert.
- Diese Gewichtungsfunktion hat keinen gerechtfertigten theoretischen Hintergrund.

## 4.6.2   Neue Gewichtungsfunktion

Es gibt sehr viele Varianten von Gewichtungsfunktionen, die experimentell untersucht und vorgeschlagen wurden. Die hier verwendete neue Gewichtungsformel, die auf dem Vektorraummodell (Abschnitt 4.6) basiert und von Salton vorgeschlagen wurde, ist eine Variante davon, deren gute Retrievalqualität durch experimentelle Untersuchungen in [Salton & Buckley 88] nachgewiesen wurde.

Wie in Abschnitt 4.6 wird ein Dokument als ein $n$-dimensionaler Dokumentvektor $D$ und eine Anfrage als ein $n$-dimensionaler Anfragevektor $Q$ aufgefaßt und ist von der Form

$$D = <w_{d1}, \ldots, w_{dn}>$$

und

$$Q = <w_{q1}, \ldots, w_{qn}>$$

wobei $w_{dk}$ ein Gewicht des Terms $t_k$ im Dokument $D$ und $w_{qk}$ ein Gewicht des Terms $t_k$ in der Anfrage $Q$ repräsentiert.

Die Ähnlichkeit zwischen einem bestimmten Dokumentvektor und einem Suchanfragevektor ist das Skalaprodukt

$$similarity(Q, D) = \sum_{k=1}^{n} w_{qk}.w_{dk} = 1.$$

Zur Berechnung des Gewichts $w_{dk}$ sind folgende Faktoren wichtig:

- $d_T$: Menge der im Dokument $D$ vorkommenden Terme.
- $tf_{dk}$: Vorkommenshäufigkeit von Term $t_k$ im Dokument $D$ (Termhäufigkeit).
- $max\_tf_d$: Maximale Termhäufigkeit $tf_{dk}$ aller Terme $t_k \in d_T$.

106

FUHRNDCA630-00000128

- $idf_k$: $\log\left(\frac{N}{n_k}\right)$ – Inverse Dokumenthäufigkeit von Term $t_k$, wobei $N$ die Anzahl der Dokumente in der Kollektion und $n_k$ die Anzahl der Dokumente, in denen der Term $t_k$ vorkommt.

Ein Gewicht $w_{dk}$ des Terms $t_k$ im Dokument $D$ läßt sich wie folgt berechnen:

$$w_{dk} = \frac{\alpha_{dk}}{\beta_d},$$

wobei das unnormierte Indexierungsgewicht

$$\alpha_{dk} = idf_k * \left(0.5 + \frac{0.5 * tf_{dk}}{max\_tf_d}\right)$$

das Produkt der *inversen Dokumenthäufigkeit* $idf_k$ mit der *normalisierten Vorkommenshäufigkeit* darstellt. $\beta_d = \sqrt{\sum_{t_k \in d_T} \alpha_{dk}^2}$ ist die Vektorlänge. Die inverse Dokumenthäufigkeit $idf_k$ wird aufgrund der dynamischen Kollektion, bei der die Anzahl der Dokumente $N$ ständig verändert wird, zur Retrievalzeit berechnet.

Die normalisierte Vorkommenshäufigkeit liegt im Intervall zwischen 0.5 und 1. Das Gewicht $w_{dk}$ variiert zwischen 0 und 1. Ist ein Gewicht $w_{dk}$ nah bei 0, dann hat der Term $t_k$ keinen großen Relevanzwert. Umgekehrt hat ein Term $t_k$ einen großen Relevanzwert, wenn sein Gewicht $w_{dk}$ nah bei 1 liegt.

Auf die gleiche Art und Weise werden die Gewichte $w_{qk}$ für die Terme $t_k$ in der Anfrage $Q$ berechnet. Dabei wird angenommen, daß die Termhäufigkeit von Term $t_k$ in der Anfrage $Q$ $tf_{qk} = 1$ ist. So ist das Gewicht des Terms $t_k$ in der Anfrage $Q$ $w_{qk} = idf_k$. Die in dieser Gewichtungsfunktion verwendeten Faktoren – die Termhäufigkeit $tf_{dk}$, die inverse Dokumenthäufigkeit $idf_k$ und die Vektorlänge $\beta_d$ – erfüllen dieselben Zwecke, wie sie in Abschnitt 3.3.3.4 bereits erläutert wurden.

### 4.6.3 Termgewichtung bei Boolescher Anfrage

Um die Nachteile des konventionellen Booleschen Retrieval zu vermeiden, das beispielsweise bei einer Anfrage $t_1$ AND $t_2$ AND $t_3$ alle Dokumente mit zwei gefundenen Termen wie solche mit 0 zurückweist, wird eine Boolesche Anfrage wie folgt gewichtet:
Gegeben seien die Anfragen (A OR B), (A AND B) und (A NOT B) und ein Dokument $X$ mit den Gewichten $d_A(X)$ und $d_B(X)$ für die Terme A und B. Dann gelten folgende Retrievalwerte:

- $d_A(X) + d_B(X)$ für die Anfrage (A OR B).
- $\min(d_A(X), d_B(X))$ für die Anfrage (A AND B).
- $\min(d_A(X), 1 - d_B(X))$ für die Anfrage (A NOT B).

107

FUHRNDCA630-00000129

## 4.7   Neue Struktur der invertierten Datei

Zu jedem Term in der invertierten Datei gibt es eine Liste von Postings, wobei ein Posting aus einer Dokument-ID, einer Characterposition und einem Gewicht besteht. Da
jetzt eine neue Gewichtungsfunktion verwendet wird und die Literal-Suche ermöglicht
werden soll, muß die Struktur des Postings geändert werden. Wie bereits in Abschnitt
4.4.2 erwähnt wurde, setzt sich ein Posting des Terms $t_k$ nun aus einer Dokument-ID,
Größe der Character-Liste in Bytes, einem Gewicht, einer Characterposition und einer
Liste von Abständen zur vorherigen Characterposition eines Termes in einem Dokument zusammen. Für die Realisierung zeigt die Tabelle 4.2 die Größe der einzelnen
Elemente aus einem Posting.

| Bezeichnung | Größe (in Bytes) |
|---|---|
| Doc-ID | 4 |
| Größe der | |
| Character-Liste | 4 |
| Gewicht | 4 |
| Characterposition | 3 |

Tabelle 4.2: Größe der einzelnen Elemente aus einem Posting

## 4.8   Automatische Generierung von Stoppwörtern

**Motivation:** Ein Term, der bei der WAIS-Indexierung zu häufig vorkommt, wird
ignoriert. Dabei beschränkt sich die maximale Vorkommenshäufigkeit $max\_kh$ auf
20000 Terme. Diese Zahl kann jedoch vom Indexierer bestimmt werden. Stellt man
sich nun vor, daß ein Term im WAIS-Index schon 20000 mal vorkommt, so führt die
Einfügung dieses Termes bei der Reindexierung dazu, daß seine $max\_kh$ in der Kollektion überschritten und damit dieser Term aus dem Wörterbuch und der invertierten
Datei gelöscht wird. Erfolgt irgendwann eine zweite Reindexierung, bei der der gleiche Term in den WAIS-Index einzufügen ist. Dieser Term existiert jedoch nicht mehr,
weil er vorher schon aus dem WAIS-Index gelöscht wurde und wird deshalb jetzt als
ein neuer Term aufgefaßt und eingetragen. Kommt beispielsweise dieser Term in jedem neuen Dokument sehr häufig vor, jedoch wird $max\_kh$ noch nicht überschritten,
so hat dieser Term auf einmal für die neuen Dokumente einen sehr hohen Relevanzwert, obwohl er überall in der Kollektion vorkommt. Als Beispiel kann man sich
vorstellen, daß der Term 'Computer' keinen hohen Relevanzwert in einer Kollektion
über Computer haben kann.
Dieses Problem wird dadurch gelöst, daß jeder Term, der einmal mehr als $max\_kh$
vorkommt, als ein Stoppwort interpretiert und automatisch in die Stoppwortliste ein-

FUHRNDCA630-00000130

getragen wird, die in einer externen ASCII-Datei mit dem bereits in Abschnitt 3.3.3.2 vorgestellten Format abgespeichert ist. Bei jeder Indexierung wird diese Datei für die Stoppworteliminierung automatisch eingelesen. Kommt beispielsweise der oben beschriebene Fall vor, so wird der Term als ein Stoppwort erkannt und ignoriert.

Bei der automatischen Einfügung von neuen Stoppwörtern bleiben alle vorher in der Datei vorhandenen Stopwörter natürlich erhalten. Denn die Einfügung erfolgt immer am Ende der Datei, so daß es auch möglich ist, eigene Stopwörter dort einzutragen. Bei der automatischen Generierung der Stoppwortliste wird auch die fest codierte Stoppwortliste in WAIS benutzt. Sie kann jedoch über eine Option ausgeschaltet werden.

## 4.9   Datenorganisation

Obwohl im Rahmen dieser Arbeit nicht vorgesehen, möchte ich jedoch auf den wichtigen Aspekt der Datenorganisation in WAIS näher eingehen und dabei verschiedene Datenstrukturen zur effizienten Verwaltung der Daten im externen Speicher vorstellen und bewerten, um einen Vergleich ziehen zu können. Die Untersuchungen erfolgen allerdings nur auf einer theoretischen Basis. Die Implementierung der verschiedenen Datenstrukturen kann leider aus Zeitgründen nicht durchgeführt werden.

Die Effizienz der Informationssuche und des Retrievals wird in hohem Maße von der Art der Datenorganisation innerhalb des Retrievalsystems beeinflußt. Im folgenden wird die von WAIS verwendete Datenstruktur zur Organisation der Daten im WAIS-Index untersucht. Dabei spielt die externe Speicherzugriffszeit eine große Rolle. Der Grund dafür ist, daß ein externer Speicherzugriff mehr Zeit in Anspruch nimmt als ein interner Speicherzugriff. Das liegt daran, daß der Zugriff auf ein Datum im externen Speicher mit der Einstellung des Lese-Schreibkopfes auf den entsprechenden Zylinder beginnt. Dann muß gewartet werden, bis der gesuchte Sektor unter dem Schreib-Lesekopf hindurchläuft. Danach beginnt die Übertragung der Daten seitenweise. Eine Seite liegt in der Regel zwischen 512 und 8192 Bytes. Die Zugriffszeit setzt sich zusammen aus der *Einstellzeit* (Zeit zum Positionieren des Lese-Schreibarms, also zum Auffinden des Zylinders), der *Latenzzeit* (Zeit bis sich der gesuchte Sektoranfang unter dem Schreib-Lesekopf befindet) und der *Übertragungszeit*

So ist es gleich teuer, ein Byte oder eine ganze Seite anzufordern. Daher ist es sinnvoller, mehrere Seiten gleichzeitig anzufordern, wenn sie auf einem Zylinder liegen. Man muß also versuchen, mehrere Seiten nebeneinander so anzuordnen, daß sie auf einem Zylinder liegen. Die Latenzzeit würde so minimiert, weil sich die Sektoren auf einem Zylinder mit einer einzigen Einstellung des Armes erreichen lassen.

Damit heißt das Ziel bei der Wahl einer effizienten Datenstruktur zur Organisation der Daten im externen Speicher, die Anzahl der externen Speicherzugriffe zu minimieren.

FUHRNDCA630-00000131

### 4.9.1   Analyse des Zugriffsverfahrens im Wörterbuch

Die Suche nach den Dokumentverweisen eines Termes beginnt mit der Suche nach einem Term im Wörterbuch. Das im Wörterbuch verwendete Zugriffsverfahren braucht für jeden Term drei externe Speicherzugriffe. Beim ersten Zugriff wird die Anzahl der Blöcke im Wörterbuch gelesen. Der zweite Zugriff lädt den gesamten Index in den Hauptspeicher, um einen Block zu lokalisieren. Beim dritten Zugriff wird dann der lokalisierte Block gelesen.

Bei der Einfügung von neuen Dokumenten müssen das gesamte Wörterbuch und die gesamte invertierte Datei neu organisiert werden, weil zwischen einem Datensatz im Wörterbuch und einem Eintrag in der invertierten Datei eine physikalische gegenseitige Abhängigkeit besteht. Ein Datensatz im Wörterbuch enthält einen Hinweiszeiger, der die physikalischen Adresse eines Eintrags in der invertierten Datei entspricht. Eine Einfügung oder Löschung eines Termes bedeutet die Verschiebung der Einträge in der invertierten Datei, um die lexikalische Ordnung aufrecht zu erhalten, und somit auch die Veränderung der physikalischen Adressen dieser Einträge. Die Hinweiszeiger in den Datensätzen des Wörterbuchs werden daher ungültig. Ein Term wird aus dem WAIS-Index gelöscht, wenn die maximale Vorkommenshäufigkeit eines Termes bei der Einfügung überschritten wird.

#### Vorteile und Nachteile

**Vorteile:**
- Eine Suche nach einem Term im Wörterbuch mit $n$ Termen braucht grundsätzlich nur drei externe Speicherzugriffe.
- Durch die nebeneinander Anordnung mehrerer physikalischen Seiten in einem Block, können mehrere physikalischen Seiten auf einmal gelesen werden.
- Die Speicherausnutzung geht gegen 100%; denn alle links vom aktuellen Datenblock $B_i$ stehenden Datenblöcke $B_1 \ldots B_{i-1}$ müssen voll ausgefüllt sein, bevor der aktuelle Datenblock $B_i$ neue Einträge aufnimmt.

**Nachteile:**
- Großer Reorganisationsaufwand bei dem Wörterbuch und der invertierten Datei, wenn ein Term eingefügt wird. Der Aufwand ist linear.
- Wenn das Wörterbuch zu viele Terme enthält, so daß der Index im Wörterbuch zu groß wird, kann es dazu führen, daß bei der Bufferallokierung für den Index nicht mehr genügend Speicherplatz im Hauptspeicher zu Verfügung steht. Das ist aber selten der Fall, wenn man bedenkt, daß bei 10 Mio Datensätzen (ein Datensatz pro Term) nur eine Buffergröße von 283 KB ($\approx$ 290000 Bytes) für den Index reserviert werden muß, und daß ein Wörterbuch so viele Datensätze enthält, ist sehr unwahrscheinlich.

110

FUHRNDCA630-00000132

- Ein Indexeintrag ist 29 Bytes groß. Davon sind 4 Bytes nicht nutzbar. Sinnvoll ist also, diese 4 Bytes gar nicht in jeden Eintrag aufzunehmen. Damit wird die Größe eines Indexeintrags auf 25 Bytes reduziert.
- Die Länge eines Termes ist auf 20 Bytes festgelegt. Wenn aber ein Term beispielsweise nur 4 Bytes lang ist, dann bleiben die restlichen 16 Zeichen ungenutzt. Umgekehrt ist die Termlänge mehr als 20 Bytes, so kann nur ein Teil des Termes gespeichert werden. Der letzte Fall kommt aber durch die Stammformreduktion nur selten vor.

### 4.9.2  Reduzierung des Reorganisationsaufwands

Das Hauptargument, das gegen die in WAIS verwendete Organisationsform der Daten spricht, ist der große Reorganisationsaufwand bei der Reindexierung. Zur Lösung dieses Problems müssen nun für die invertierte Datei und das Wörterbuch neue Möglichkeiten überlegt werden, die sowohl eine effiziente Such-Operation als auch eine Einfügen- sowie Lösch-Operation anbieten.

#### 4.9.2.1  Änderung der Struktur der invertierten Datei



Abbildung 4.18: Neue Organisation der invertierten Datei zur Reduzierung des Reorganisationsaufwands

Der Reorganisationsaufwand kann dadurch reduziert werden, wenn man in der invertierten Datei einen freien Speicherplatz für die Liste der Postings zu einem Eintrag

111

FUHRNDCA630-00000133

vorher reserviert und die lexikalische Ordnung aufhebt. Konkret heißt es, daß eine Liste der Postings im Eintrag einer invertierten Datei eine feste Größe besitzt. Am Ende der Liste wird ein Zeiger auf die nächste Liste verwaltet. Bei der Einfügung eines neuen Posting in die invertierte Datei wird zunächst im Wörterbuch überprüft, ob der neue Term bereits im Wörterbuch existiert. Wenn der neue Term schon im Wörterbuch vorhanden ist, wird anhand des Hinweiszeigers im Datensatz dieses Termes der dazugehörige Eintrag in der invertierten Datei lokalisiert und das neue Posting in den noch vorhandenen Speicherplatz direkt hinter das letzte Posting in der Liste eingefügt. In dem Fall, daß der reservierte Speicherplatz voll ist, wird der Speicherplatz für eine neue Liste am Ende der invertierten Datei reserviert. Das neue Posting wird dort eingetragen. Wenn aber der neue Term noch nicht im Wörterbuch vorkommt, wird der neue Eintrag am Ende der invertierten Datei eingetragen. Abbildung 4.18 stellt die neue Organisation der Einträge in der invertierten Datei dar. Die entsprechende physikalische Adresse des Eintrags wird dem neuen Datensatz für das Wörterbuch zugeordnet. Dieser Datensatz wird dann in das Wörterbuch an der entsprechenden Stelle eingefügt. Hierbei wird angenommen, daß für das Wörterbuch eine Datenstruktur existiert, die das Suchen, Einfügen und Löschen effizient unterstützt. Der Abschnitt 4.9.2.2 wird die Untersuchung von neuen Datenstrukturen für das Wörterbuch behandeln.

Wird bei der Einfügung von neuen Termen die maximale Vorkommenshäufigkeit einiger Terme überschritten, so müssen diese Terme aus dem WAIS-Index gelöscht und in die Stoppwortliste eingetragen werden. Das bedeutet, daß die einzelnen Einträge der Terme im Wörterbuch und der invertierten Datei entfernt werden müssen. Beim Löschen wird wie folgt vorgegangen: Wenn bei der Eintragung eines Termes im Wörterbuch festgestellt wird, daß seine maximale Vorkommenshäufigkeit überschritten ist, so wird einfach der entsprechende Eintrag dieses Termes aus dem Wörterbuch mit einer Lösch-Operation entfernt. Ein Verschieben der Einträge in der invertierten Datei ist nicht mehr notwendig, da der zu löschende Eintrag zunächst noch dort bleibt. Auf diese Weise wird aber die Struktur der invertierten Datei nach einigen Lösch-Operationen sehr stark fragmentiert. So kann aber eine Reorganisation der invertierten Datei bei einer späteren Gelegenheit vorgenommen werden. Dabei wird jeder einzelne Eintrag im Wörterbuch durchlaufen und der dazugehörige Hinweiszeiger gelesen. Mit Hilfe des Hinweiszeigers wird der entsprechende Eintrag in der invertierten Datei in die neue invertierte Datei kopiert. Die neue physikalische Adresse dieses Eintrags in der neuen invertierten Datei wird dem aktuellen Eintrag im Wörterbuch zugeordnet. Sobald alle Einträge im Wörterbuch durchlaufen worden sind, wird die alte invertierte Datei durch eine neue ersetzt. Auf diese Weise werden alle Einträge der Terme in der alten invertierten Datei, deren maximale Vorkommenshäufigkeit überschritten wurde, ignoriert. Nach der Reorganisation sind alle Einträge in der invertierten Datei lexikalisch geordnet wie im Wörterbuch. Die lexikalische Ordnung wird aber später durch Einfügungen aufgehoben.

FUHRNDCA630-00000134

Die Reduzierung des Reorganisationsaufwands wird dadurch erreicht, daß zunächst für das Wörterbuch eine Datenstruktur existiert (siehe Abschnitt 4.9.2.2), die neben einer effizienten Such-Operation auch eine effiziente Einfüge- und Lösch-Operation anbietet, und die Neuorganisation der gesamten invertierten Datei erst notwendig ist, wenn das Einfügen das Löschen eines Elements verursacht. Das Löschen eines Elements aus der invertierten Datei und dem Wörterbuch kommt nur dadurch zustande, wenn die maximale Vorkommenshäufigkeit eines Termes in der Kollektion überschritten wird. Durch die automatische Generierung von Stoppwörtern kommt das Löschen nach wenigen Reindexierungsvorgängen allerdings nur noch selten oder gar nicht mehr vor.

Das Problem dieser Lösung besteht aber in der Wahl einer geeigneten Länge für die Liste der Postings. Ideal wäre es, wenn man die erwartete Länge der Liste zu einem Term berechnen könnte. Das ist aber leider nicht der Fall, weil nicht nur eine einzige Kollektion, sondern viele und unterschiedliche Kollektionen indexiert werden. So kann man vorher nicht feststellen, welche Terme oft bzw. sehr selten auftreten. Wenn man jetzt für die Länge einer Liste die maximale Vorkommenshäufigkeit eines Terms in der Kollektion wählt, kann es in einigen Fällen vorkommen, daß viele Terme nur sehr selten oder nur einmal auftreten und die Liste nur ein Posting enthält. Der restliche Speicherplatz wird ungenutzt bleiben. Dies stellt eine ungeheuere Speicherplatzverschwendung dar.

Es ist also sinnvoll vor jeder Indexierung einer Kollektion Statistiken über die erwartete Länge der Liste durchzuführen, indem man prozentual bestimmt, wieviele Terme eine bestimmte Vorkommenshäufigkeit in der gesamten Kollektion haben. Dafür ist ein Programm zu schreiben, das dies automatisch durchführt. Die daraus berechnete erwartete Länge wird der Indexierung zugeführt.

### 4.9.2.2   Andere Datenstrukturen für das Wörterbuch

Bei der ursprünglichen Datenstruktur für das Wörterbuch in WAIS erfolgt der Zugriff auf einen Datensatz bei hundertprozentiger Speicherplatzausnutzung nur in drei Schritten. Allerdings sind die Kosten für die Reorganisation bei der Einfügung eines Termes zu groß. Nun wird versucht, eine Datenstruktur für das Wörterbuch zu finden, die neben einer effizienten Such-Operation auch eine effizientere Einfüge- und Lösch-Operation anbietet, um den Reorganisationsaufwand zu reduzieren. Zunächst möchte ich aber auf das Problem der Termlänge eingehen.

### 4.9.2.1   Variable Termlängen

Die Nachteile bei der Verwendung einer festen Termlänge wurden schon oben erläutert. Sollen nun Terme variabler Längen zugelassen werden, dann muß die Struktur eines Index- und Datenblocks modifiziert werden. Da ein Block nun Terme unterschiedli-

FUHRNDCA630-00000135

cher Längen enthalten soll, ist man bei der Suche in diesem Block gezwungen, ein lineares Suchverfahren anzuwenden, was nicht effizienter als ein binäres Suchverfahren ist. Um jedoch binäres Suchen zu ermöglichen, wird am Ende eines Blocks ein sogenannter *Blockindex* benutzt. Der Blockindex enthält nur die physikalischen Adressen der Einträge der einzelnen Terme in der Reihenfolge, in der die physikalische Adresse des Datensatzes mit dem lexikalisch kleinsten Term als Ende des Blockindex auftritt, dann folgt die physikalische Adresse des Datensatzes mit dem lexikalisch zwei kleinsten Term usw. Zusätzlich muß man zu einem Eintrag in einem Block die Länge eines Termes mitführen. Abbildung 4.19 stellt einen entsprechenden Block mit einem Blockindex dar.



Abbildung 4.19: Ein Block mit einem Blockindex für Terme variabler Länge

Bei der Einfügung wird ein Term einfach in den freien Platz eingetragen. Der Blockindex muß dann dementsprechend modifiziert werden. Soll ein Term gelöscht werden, so wird nur die entsprechende physikalische Adresse des Termes aus dem Blockindex entfernt. Treten in einem Block viele Lösch-Operationen auf, wird dieser Block stark fragmentiert. Er kann aber später reorganisiert werden.

### 4.9.2.2.2   Verbesserter Wörterbuch-Index

Zur Lösung des Problems, daß der Index zu groß wird, kann in diesem Fall der Index in Blöcke aufgeteilt werden, wie in Abbildung 4.20 dargestellt wird, wobei jeder Block $k$ (hier: $k = 3$) Indexeinträge enthält.



Abbildung 4.20: Aufteilung des Index vom Wörterbuch in mehrere Blöcke

Es gibt verschiedene Suchstrategien für den Index. Die einfachste ist das *lineare* Suchen. Um beispielsweise nach einem Term $t$ zu suchen, sucht man im Index solange,

114

FUHRNDCA630-00000136

bis ein Paar $(t, p)$ oder das erste Paar $(u, p)$ mit $u > t$ gefunden wird. Im zweiten Fall gilt für das dem Paar $(u, p)$ vorgehende Paar $(v, p')$ $v < t$. Der Term $t$ muß in dem Block $p'$ sein. Das lineare Suchverfahren ist aber nur für einen kleinen Index zu empfehlen.

Eine schnellere Suchmethode ist das *binäre* Suchen. Seien $b_1, b_2, \ldots, b_n$ Indexblöcke. Um nach einem Term $t$ zu suchen, beginnt man die Suche im mittleren Indexblock $b_{\lceil n/2 \rceil}$ und vergleicht $t$ mit $u$ im ersten Paar dieses Indexblocks. Wenn $t < u$ ist, wiederholt man die Suche in den Blöcken $b_1, b_2, \ldots, b_{\lceil n/2 \rceil - 1}$. Wenn $t \geq u$ aber $t$ kleiner als der erste Term im Block $b_{\lceil n/2 \rceil + 1}$ (oder wenn $n = 1$ ist, gibt es keinen solchen Block) ist, wird im Block $b_{\lceil n/2 \rceil}$ nach $t$ gesucht. Andernfalls erfolgt die Suche in den Blöcken $b_{\lceil n/2 \rceil + 1}, b_{\lceil n/2 \rceil + 2}, \ldots, b_n$.

Für das spätere Einfügen wird im Index- sowie Datenblock etwas Speicherplatz vorher reserviert. Angenommen, wir haben $B_1, B_2, \ldots, B_m$ Datenblöcke. Um einen neuen Term in einen Datenblock einzufügen, wird zuerst überprüft, welcher Datenblock $B_i$ den neuen Term enthalten soll. Wenn der Datenblock $B_i$ den neuen Term aufnehmen soll und genügend Speicherplatz hat, wird der neue Term in der richtigen Reihenfolge dort eingetragen. Eventuell muß das entsprechende Indexpaar modifiziert werden, wenn der neue Term der erste Term im Datenblock ist. Sei $(u, j)$ das entprechende Indexpaar und $t$ der neue und kleinste Term im Datenblock $B_j$, dann heißt $(t, j)$ das neue Indexpaar.

Wenn der Datenblock $B_i$ jedoch keinen freien Speicherplatz mehr hat, geht man zum Datenblock $B_{i+1}$, um festzustellen, ob dieser Block noch freien Speicherplatz hat. Es sind zwei Fälle zu beachten:

1. Wenn $B_{i+1}$ noch genügend freien Speicherplatz hat, wird der letzte Term des Datenblocks $B_i$ in den Datenblock $B_{i+1}$ „geschoben". Der neue Term wird dann in $B_i$ eingetragen. Das Indexpaar von $B_{i+1}$ muß entsprechend modifiziert werden. Eventuell muß auch das Indexpaar von $B_i$ geändert werden, wenn der neue Term der kleinste Term in $B_i$ ist.

2. Wenn $B_{i+1}$ voll oder $B_i$ der letzte Datenblock ist $(i = m)$, wird ein neuer Datenblock erzeugt. Wenn der neue Term das größte Element in $B_i$ ist, wird er in den neuen Block eingetragen. Andernfalls wird der letzte Term von $B_i$ in den neuen Datenblock eingetragen, um Platz für den neuen Term im $B_i$ freizumachen.

Beim Löschen wird zunächst über den Term nach dem Datensatz gesucht, der entfernt werden soll. Gibt es in einem Datenblock mehrere Datensätze, so wird der entsprechende Datensatz ausgesucht und gelöscht. Eventuell muß ein Indexpaar modifiziert werden. Ist jedoch der zu löschende Datensatz der einzige im Datenblock, so werden dieser Datenblock und der dazugehörige Indexblock entfernt. Der Zeiger des Vorgängers des gelöschten Indexblocks zeigt nun auf seinen Nachfolger.

Sei $k$ die Anzahl der Datensätze in einem Datenblock, $k'$ die Anzahl der Indexeinträge in einem Indexblock und $n$ die Anzahl der Datensätze, dann braucht man für das binäre Suchen, Einfügen und Löschen $2 + \log(n/kk')$ Plattenzugriffe. Der worst-

FUHRNDCA630-00000137

case ist $n/kk' + k$. Er tritt auf, wenn alle Datenblöcke voll sind, dann muß ein Datensatz vom ersten Datenblock bis zum letzten geschoben werden. Dabei werden $n/kk'$ Indexblöcke gelesen und modifiziert. Das worst-case-Verhalten dieses Verfahren ist sehr schlecht. Diese Situation kann allerdings verbessert werden, wie der nächste Abschnitt zeigen wird.

### 4.9.2.2.3   B$^+$-Baum

Bisher verwaltet jeder Indexblock mehrere Datenblöcke. Dabei zeigt jedes Indexpaar auf einen Datenblock. Das gleiche Prinzip kann man jetzt für die Indexblöcke anwenden. Statt mehrere Indexblöcke hintereinander als eine Liste anzuordnen und darauf das binäre Suchverfahren anzuwenden, werden sie nun hierarchisch angeordnet, d.h. ein Indexblock kann nun entweder mehrere Daten- oder Indexblöcke verwalten. Auf der untersten Ebene der Hierarchie sind die Datenblöcke, während die Indexblöcke sich in den oberen Ebenen befinden. Abbildung 4.21 stellt die entsprechende Hierarchie der Indexe dar.



Abbildung 4.21: Index-Hierarchie

Diese Form der Datenstruktur ist auch unter dem Namen *B$^+$-Baum* bekannt. Er ist eine Verbesserung des B-Baums und verwaltet die Datensätze nur in den Blättern, während bei einem B-Baum die Datensätze auch in den Knoten vorkommen. Um den Sachverhalt zu verdeutlichen, erfolgt jetzt eine Definition des B-Baums.

Ein Baum heißt *B-Baum* der Ordnung $m$, falls die folgenden Eigenschaften gelten:

1. Jeder Knoten enthält höchstens $2m$ Schlüssel.
2. Jeder Knoten (mit Ausnahme der Wurzel) enthält mindestens $m$ Schlüssel.
3. Ein Knoten mit $k$ Schlüsseln hat genau $k + 1$ Söhne oder keinen Sohn.
4. Alle Knoten, die keine Söhne haben, befinden sich auf der gleichen Ebene.

116

FUHRNDCA630-00000138

5. Sind $s_1, s_2, \ldots, s_k$ mit $m \leq k \leq 2m$ die Schlüssel eines Knotens $x$, dann sind alle Schlüssel des ersten Sohnes von $x$ kleiner als $s_1$, alle Schlüssel des (k+1)-ten Sohnes größer als $s_k$ und alle Schlüssel des $i$-ten Sohnes, $1 < i < k+1$, größer als $s_{i-1}$ und kleiner als $s_i$.

Der B-Baum wurde von [Bayer & McCreight 72] entwickelt. Abbildung 4.22 zeigt einen B-Baum der Ordnung 2.



Abbildung 4.22: B-Baum der Ordnung 2

Aus der Abbildung 4.22 kann man sich die Struktur einer B-Baum-Seite, etwa wie in Abbildung 4.23 dargestellt, vorstellen:



Abbildung 4.23: Die Struktur einer B-Baum-Seite mit $m$ Datensätzen

Ein Eintrag in einer B-Baum-Seite enthält einen Zeiger $p$ auf eine andere B-Baum-Seite, einen Schlüssel $k$ und Zusatzinformationen $d$. Im Vergleich zu unserer Anwendung entspricht der Zeiger $p$ einem Zeiger auf einen Block, der Schlüssel $k$ einem Term und die Zusatzinformation $d$ der Vorkommenshäufigkeit sowie der Termlänge .

Die wichtigen Operationen auf der Datenstruktur B-Baum sind das Suchen, das Einfügen und das Löschen eines Schlüssels.

*Suchen:* Die Suche nach einem Schlüssel $s$ in einem B-Baum startet mit der Prüfung beginnend bei der Wurzel, ob $s$ im gerade betrachteten Knoten $x$ enthalten ist; falls dies zutrifft, ist man fertig. Andernfalls wird geprüft, ob $x$ ein Blatt ist; falls ja, dann endet die Suche erfolglos, falls nein, dann stellt man fest, zwischen welchen Schlüsseln $s_{i-1}$ und $s_i$ des Knotens $x$ der Schlüssel $s$ liegt (bzw. ob $s < s_i$ oder ob $s > s_i$ ist) und setzt die Suche danach beim Knoten $x.sohn[i]$ fort. Die Anzahl der Plattenzugriffe hängt also von der Höhe $h$ des Baumes ab, da man von der Wurzel bis zum Blatt läuft und dabei einen Knoten besucht oder eine Seite in den Hauptspeicher lädt. Das Ziel ist also die Höhe des Baumes möglichst gering zu halten, indem man die Ordnung $m$ relativ groß wählt. Wie groß kann die Höhe eines B-Baums minimal bzw. maximal sein? Dazu betrachten wir folgende Ergebnisse aus [Bayer & McCreight 72]:

FUHRNDCA630-00000139

- Minimale Anzahl von Einträgen in einem B-Baum:

$$I_{min} = 1 + m\left(2\frac{(m+1)^{h-1} - 1}{m}\right) = 2(m+1)^{h-1} - 1; h \geq 1 \qquad (4.1)$$

- Maximale Anzahl von Einträgen in einem B-Baum:

$$I_{max} = 2m\left(\frac{(2m+1)^h - 1}{2m}\right) = (2m+1)^h - 1; \ h \geq 1 \qquad (4.2)$$

Aus den Gleichungen 4.1 und 4.2 ergibt es sich für $h$:

$$\log_{2m+1}(I+1) \leq h \leq 1 + \log_{m+1}\left(\frac{I+1}{2}\right); \ I \geq 1; \ I = 0: \ h = 0. \qquad (4.3)$$

Seien $r_{min}$ ($r_{max}$) die minimale (maximale) Anzahl der gelesenen Seiten und $w_{min}$ ($w_{max}$) die minimale (maximale) Anzahl der geschriebenen Seiten. Dann ist bei einer Such-Operation

$$r_{min} = 1 \text{ und } r_{max} = h; \quad w_{min} = w_{max} = 0.$$

*Einfügen:* Das Einfügen von Schlüsseln geschieht grundsätzlich in den Blättern. Man durchläuft mit dem neu einzutragenden Schlüssel den B-Baum wie beim Suchen, bis man auf ein Blatt stößt, wo der Schlüssel einzutragen ist. Da die Zahl der Schlüssel je Knoten (Wurzel ausgenommen) zwischen $m$ und $2m$ liegen muß, kann das Einfügen einen Überlauf verursachen. Das Blatt enthält dann $2m + 1$ Schlüssel. In diesem Fall wird der Knoten in zwei Knoten zu je $m$ Schlüssel aufgeteilt. Der mittlere Schlüssel des Knotens wird vom Vater aufgenommen. Falls auch der Vaterknoten überläuft, muß er ebenfalls in zwei Knoten aufgeteilt und sein mittlerer Schlüssel nach oben an seinen Vaterknoten weitergereicht werden. Im B-Baum ist die Länge des Weges von der Wurzel zu einem Blatt aufgrund des Wachstums zur Wurzel hin immer gleich. Als Beispiel werden die Schlüssel 34, 23, 44 und 24 in den in Abbildung 4.22 dargestellten B-Baum eingefügt. Abbildung 4.24 stellt den entprechenden neuen B-Baum dar.



Abbildung 4.24: Der durch Einfügen entstehende B-Baum der Ordnung 2

Was kostet nun eine Einfüge-Operation im best-, worst- und average-case?

118

FUHRNDCA630-00000140

**best-case** Im best-case tritt eine Aufteilung der Seiten nicht auf. So sind

$$r_{min} = h \text{ und } w_{min} = 1,$$

wobei $h$ die Höhe des B-Baums und gleichzeitig die Anzahl der zu lesenden Seiten bedeutet.

**worst-case** Im worst-case setzt sich die Aufteilung bis zur Wurzel fort. Auf jeder Ebene wird eine Seite gelesen ($h$-mal). Durch die Aufteilung einer Seite in zwei Seiten sind zwei Schreibzugriffe ($2h$-mal) und ein Schreibzugriff für die neu entstandene Wurzel notwendig, so sind

$$r_{max} = h \text{ und } w_{max} = 2h + 1.$$

**average-case** Für den average-case wird angenommen, daß nur Einfüge-Operationen vorkommen. Dabei sind

$$r_a = h \text{ und } w_a = 1 + \frac{2}{m}.$$

Diese Analyse findet sich in [Bayer & McCreight 72] wieder. Wie bereits oben erläutert, treten Lösch-Operationen durch die automatische Erfassung von Stoppwörtern nachher nur noch selten oder gar nicht mehr auf, so daß die Annahme beim average-Verhalten für diese Anwendung realistisch ist.

*Löschen:* Beim Löschen eines Schlüssel $s$ sucht man zunächst den Knoten $x$, in dem $s$ enthalten ist. Falls $x$ ein Blatt ist, dann löscht man $s$. Falls $x$ kein Blatt ist, dann ermittelt man den nächstgrößeren Schlüssel $s'$ zu $s$ im Baum. $s'$ steht in einem Blatt, und zwar ist $s'$ der linkeste Schlüssel im linkesten Blatt des Unterbaumes, zu dem die hinter $s$ in $x$ stehende Kante führt. In Abbildung 4.24 ist z.B. 26 der nächstgrößere Schlüssel zu 24. Man ersetzt nun $s$ durch $s'$ und löscht $s'$ im Blatt. Ob $x$ ein Blatt ist oder nicht, das Löschen von $s$ führt in jedem Fall zum Löschen eines Schlüssels in einem Blatt $x'$.

Wenn das Blatt $x'$ weiterhin mindestens $m$ Schlüssel besitzt, ist das Löschen beendet. Stehen in dem Blatt $x'$ dagegen nur noch $(m-1)$ Schlüssel, so spricht man von einem *Unterlauf*. Man versucht dann, $x'$ mit Hilfe der Schlüssel eines Nachbarknotens aufzufüllen.

Falls der Nachbarknoten mindestens $(m+1)$ Schlüssel erhält, ist nun das Löschen beendet. Besitzt der Nachbarknoten jedoch genau $m$ Schlüssel, dann verschmilzt man ihn mit dem untergelaufenen Blatt und fügt noch den dazugehörigen Schlüssel des Vaterknotens hinzu, so daß ein Blatt mit $2m$ Schlüsseln entsteht. Abbildung 4.25 stellt das durch Löschen von den Schlüsseln 24, 44, 23 entstandenen B-Baum dar.

Die Kosten für das Löschen eines Schlüssels in einem B-Baum lauten:

**best-case** Hier treten keine Verschmelzung oder Konkatenationen auf. So sind

$$r_{min} = h \text{ und } w_{min} = 1.$$

119

FUHRNDCA630-00000141



Abbildung 4.25: Der durch Löschen entstehende B-Baum der Ordnung 2

Falls ein Schlüssel in einem Knoten vorkommt, dann sind

$$r_{min} = h \text{ und } w_{min} = 2.$$

**worst-case** Hier erfolgt die Verschmelzung bis zur Wurzel. Dementsprechend sind

$$r_{max} = 2h - 1 \text{ und } w_{max} = h + 1.$$

**average-case** Die durchschnittlichen Kosten betragen unter der Annahme, daß nur Lösch-Operationen vorkommen, für

$$r_a < h + 1 + \frac{1}{m} \text{ und } w_a = 4 + \frac{2}{m}.$$

Diese Analyse wird auch in [Bayer & McCreight 72] erläutert.

Die Speicherplatzausnutzung des B-Baums beträgt mindestens 50%, weil jede Seite mindestens $m$ von $2m$ Datensätzen enthält.

Bei einer Seitengröße von 29000 Bytes – das ist der in WAIS verwendete Wert – und einer Eintragsgröße von 34 Bytes (Term = 20[1], Termlänge = 1, Vorkommenshäufigkeit = 4, Zeiger auf einen Eintrag in der invertierten Datei = 4, Zeiger auf eine andere B-Baum-Seite = 4) können wir nun $m$ berechnen: $m = 29000/2 * 34 = 426$. Die minimale und maximale Anzahl der Einträge in einem B-Baum bei einer bestimmten Höhe für $m = 426$ erhalten wir aus der Tabelle 4.3.

So braucht man beispielsweise in einem extremen Beispiel bei 155.708 Mio Datensätzen vier Plattenzugriffe, während die in Abbildung 4.20 dargestellten Datenstruktur bei einer Eintragsgröße von 29 Bytes (Term = 20, Termlänge = 1, Vorkommenshäufigkeit = 4, Hinweiszeiger = 4) und 1000 Einträgen pro Block ($k = k' = 1000$) $2 + \log(n/kk') = 2 + \log(156) = 9$ Plattenzugriffe erfordert. Entscheidend ist aber die Tatsache, daß der B-Baum neben einer effizienten Such-Operation auch eine sehr effiziente Einfügen- und Lösch-Operation anbietet.

---

[1]Für die Länge eines Termes wird die in WAIS festgelegte Termlänge gewählt, um zu sehen, wieviele Terme der B-Baum damit im Vergleich zu der in WAIS verwendeten Datenstruktur aufnehmen kann. Eine Berechnung der durchschnittlichen Termlänge ist aufgrund der vielen unterschiedlichen Kollektionen nicht möglich.

FUHRNDCA630-00000142

| $h$ | $I_{min}$ | $I_{max}$ |
|---|---|---|
| 1 | 1 | 852 |
| 2 | 853 | 727608 |
| 3 | 364657 | 620650000 |
| 4 | 155708000 | 529414000000 |

Tabelle 4.3: Minimale und maximale Einträge in einem B-Baum

Man kann dieses Ergebnis sogar verbessern, wenn dafür gesorgt wird, daß die Knoten des B-Baums nur die Schlüssel der Datensätze enthalten, während die Datensätze nur in den Blättern vorkommen. Auf diese Weise kommt man durch den modifizierten B-Baum dann zu dem erwähnten B$^+$-Baum. Somit läßt sich die minimale und maximale Anzahl der Einträge in einem B$^+$-Baum wie folgt berechnen, wobei $b$ bzw. $m$ als die Anzahl der Datensätze in einem Blatt bzw. Knoten bezeichnet wird. Wenn $h = 0$ ist, hat der Baum nur einen Knoten.

$$I_{min} = 2b(m+1)^{h-2}, \text{für } h \leq 2. \tag{4.4}$$

$$I_{max} = 2b(2m+1)^{h-1}, \text{für } h \leq 1. \tag{4.5}$$

Aus den Gleichungen 4.4 und 4.5 ergibt sich für $h$:

$$1 + \log_{2m+1}\left(\frac{I}{2b}\right) \leq h \leq 2 + \log_{m+1}\left(\frac{I}{2b}\right); \ I \geq 1; \ I = 0 : \ h = 0. \tag{4.6}$$

Um die minimale und maximale Anzahl der Einträge in einem B$^+$-Baum für unsere Anwendung zu berechnen, müssen die $b$- und $m$-Werte ermittelt werden. Die Seitengröße ist 29000 Bytes. Ein Eintrag im Knoten ist jetzt ohne Zusatzinformation 25 Bytes groß (Term = 20, Termlänge = 1, Zeiger auf eine andere B$^+$-Baum-Seite = 4). Daraus folgt $m = 29000/2 * 25 = 580$. Bei einer Eintragsgröße von 29 Bytes (Term = 20, Termlänge = 1, Vorkommenshäufigkeit = 4, Zeiger auf einen Eintrag in der invertierten Datei = 4) im Blatt ohne dem Zeiger auf eine andere B$^+$-Baum-Seite ist $b = 29000/2 * 29 = 500$. Die minimale und maximale Anzahl der Einträge in einem B$^+$-Baum bei bestimmter Höhe für $m = 580$ und $b = 500$ können aus der Tabelle 4.4 entnommen werden.

Bei einem Vergleich zwischen den Tabellen 4.3 und 4.4 läßt sich feststellen, daß der B$^+$-Baum wesentlich mehr Datensätze als der B-Baum aufnehmen kann und daher auch weniger Plattenzugriffe (vergleiche die Gleichungen 4.3 und 4.6) braucht.

Der einzelne Index eines B$^+$Baums kann aber mehr Einträge aufnehmen, wenn man nicht den ganzen Term im Index speichert, dafür aber nur sein Präfix. So spricht man auch vom Präfix-B-Baum ([Bayer & Unterauer 77], [Comer 79]). Wenn man aber die Tabelle 4.4 anschaut, betragen die minimalen Einträge in dem B$^+$-Baum bei Höhe

121

FUHRNDCA630-00000143

| $h$ | $I_{min}$ | $I_{max}$ |
|---|---|---|
| 1 | 1 | 1000 |
| 2 | 1000 | 1161000 |
| 3 | 581000 | 1347920000 |
| 4 | 337561000 | 1564930000000 |

Tabelle 4.4: Minimale und maximale Einträge in einem B$^+$-Baum

4 schon 337.561 Mio, so daß eine weitere Verbesserung, spricht der Präfix-B-Baum, dieser Anwendung keinen wesentlichen Vorteil mehr bringt; denn so viele Datensätze wird es in einer Kollektion nicht geben. Ich möchte deshalb nicht mehr auf diese Datenstruktur eingehen.

#### 4.9.2.2.4   Andere Datenstrukturen

Es sind sicherlich noch andere Datenstrukturen für das Wörterbuch denkbar, wie beispielsweise der binäre Baum, AVL-Baum und das Hashingverfahren. Hier möchte ich auf die ausführlichen Erläuterungen dieser Datenstrukturen verzichten und auf die entsprechenden Literatur hinweisen ([Wirth 83], [Knuth 73]). Im folgenden konzentriere ich mich nur darauf, zu begründen, warum diese Datenstrukturen für unsere Anwendung nicht geeignet sind:

- Ein Binärbaum braucht $\log(n+1)$ Suchschritte, wenn er balanciert ist. Ein AVL-Baum ist ein balancierter Binärbaum, bei dem, wenn der Baum aus der Balance gerät, Rebalancierungsoperationen ausgeführt werden, um den Baum wieder in die Balance zu bringen. Wenn man aber betrachtet, daß die in Abbildung 4.20 dargestellte Datenstruktur mit $2 + \log(n/kk')$ Suchschritten im Vergleich zu $\log(n+1)$ Suchschritten mit dem balancierten Binärbaum immer noch effizienter ist, obwohl man dort auch binäres Suchverfahren verwendet hat. Der Grund liegt darin, daß man je Zugriff nicht einen einzelnen Knoten, sondern ein ganzes Teilstück von der Platte in den Hauptspeicher überträgt und innerhalb dieses Teilstücks sucht.
- Das Hashingverfahren hat ein best-case-Verhalten von $O(1)$, ein worst-case-Verhalten von $O(n)$ und ein sehr gutes average-Verhalten (siehe [Wirth 83] und [Knuth 73]). Trotz dieser Tatsache ist es nicht für unsere Anwendung geeignet, weil wir uns in einer dynamischen Umgebung von Informationen befinden. Eine dynamische Informationsumgebung führt beim Hashingverfahren zu folgenden Problemen:
  - Die Größe der Hashtabelle kann vorher nicht festgelegt werden;
  - Die Wahl einer geeigneten Hashfunktion ist aufgrund der möglicherweisen ständig wachsenden Anzahl von Termen nicht möglich;

122

FUHRNDCA630-00000144

> – Die Wahrscheinlichkeit von Kollisionen ist sehr groß, so daß viele Platten-
> zugriffe erforderlich sind.

Das Hashingverfahren ist sicherlich eine sehr gute Datenstruktur für die stati-
sche Informationsumgebung.

### 4.9.2.3   Bemerkungen

Der $B^+$-Baum hat eine sehr effiziente Such-, Einfüge- und Lösch-Operation. Dadurch
kann der Reorganisationsaufwand bei Einfügungen reduziert werden. Allerdings liegt
die Speicherplatzausnutzung bei dieser Datenstruktur nur etwas mehr als bei 50% im
Durchschnitt, während bei der in WAIS verwendeten Datenstruktur der Speicherplatz
hundertprozentig ausgenutzt werden kann. Dafür weist sie aber einen sehr großen
Aufwand bei der Reorganisation der Daten auf. Aufgrund der oben durchgeführten
Analyse spricht alles für den $B^+$-Baum.

Das in Abschnitt 4.2.3 beschriebene dritte Verfahren ist bei der Verwendung des $B^+$-
Baums und der oben beschriebenen Struktur der invertierten Datei den beiden an-
deren vorzuziehen, da hier der Datei-Overhead nicht mehr vorkommt und die damit
verbundene schnellere Suche ermöglicht wird. Der große Aufwand bei der Reorga-
nisation der Daten tritt durch die automatische Erfassung von Stoppwörtern nach
wenigen Reindexierungen nur noch selten oder gar nicht mehr auf.

FUHRNDCA630-00000145

# Kapitel 5

# Vergleich zwischen WAIS-sf und WAIS

Dieses Kapitel befaßt sich mit dem Leistungsvergleich von WAIS-sf und WAIS. Beim Vergleich zweier Retrievalsysteme werden zwei Arten von Systembewertung berücksichtigt: *Retrievaleffizienz* und *Retrievaleffektivität*. Bei der Effizienz eines Retrievalsystems werden Kosten und Zeit, die bei der Ausführung bestimmter Systemoperationen nötig sind, gemessen. Die Retrievaleffektivität eines Systems bezeichnet die Fähigkeit eines Systems, relevante Dokumente von den irrelevanten Dokumenten zu trennen. Aus [Salton & McGill 83] sind folgende Kriterien für die Systembewertung besonders wichtig:

- Retrievaleffizienz:
  1. Die *Zeit*, die bis zur Repräsentation der Suchergebnisse für eine Suchanfrage gebraucht wird. In diesem Zusammenhang wird hier nur die Suchzeit berücksichtigt.
  2. Der *Aufwand*, physischer Aufwand bei der Formulierung einer Anfrage, der Durchführung einer Informationssuche und der Interpretation der Suchergebnisse.
- Retrievaleffektivität:
  1. Der *Recall*, Anzahl der nachgewiesenen relevanten Dokumente.
  2. Die *Precision*, Anzahl der relevanten Dokumente aus den nachgewiesenen Dokumenten.

## 5.1   Retrievaleffizienz

### 5.1.1   Suchzeit

Für die Suchzeit werden zwei Kollektionen JOURNALS und CACM als Testkollektionen gewählt. Die JOURNALS- bzw. CACM-Kollektion enthält 399432 bzw. 261977

FUHRNDCA630-00000146

Terme. In einer Anfrage bei der JOURNALS- bzw. CACM-Kollektion kommen durchschnittlich 9 bzw. 27 Terme vor. Aus der Tabelle 5.1 läßt sich die durchschnittliche Suchzeit von WAIS-sf, WAIS-0.2 und WAIS-0.3 entnehmen.

| Version | Durchnittliche Laufzeit (Sek.) | | Gesamte Laufzeit (Sek.) | |
| --- | --- | --- | --- | --- |
| | JOURNALS (206 Anfragen) | CACM (64 Anfragen) | JOURNALS (206 Anfragen) | CACM (64 Anfragen) |
| WAIS-sf | 0.481 | 0.279 | 99.149 | 17.083 |
| WAIS-0.2 | 1.165 | 0.738 | 240.033 | 47.216 |
| WAIS-0.3 | 1.184 | 0.790 | 244 | 50.583 |

Tabelle 5.1: Vergleich zwischen WAIS-sf, WAIS-0.2 und WAIS-0.3 bezüglich der Suchzeit

### 5.1.2 Aufwand

Der physische Aufwandvergleich zwischen WAIS-sf und WAIS-0.2 ist sicherlich ein interessanter Aspekt. Mit WAIS-sf hat der Benutzer die unterschiedlichsten Möglichkeiten, seine Anfragen zu formulieren und zu präzisieren, z.B. Boolesche oder Feldanfrage etc. Das Suchergebnis kann dadurch auf kleinere Mengen beschränkt werden und läßt sich auch leichter interpretieren. Zugleich liefert die neue Gewichtungsfunktion eine bessere Rangordnung der Suchergebnisse aufgrund der in Abschnitt 4.6.1 erwähnten Nachteile der Gewichtungsfunktion von WAIS-0.2.

Durch die Möglichkeit, Format- und Feldinformationen in einer Spezifikationsdatei zu spezifizieren, ist der Indexierer von der Last befreit, neue C-Funktionen für neue Dokumentformate schreiben zu müssen und das Indexierungssystem zu rekompelieren.

## 5.2 Retrievaleffektivität

Experimentelle Retrievalergebnisse bezüglich der Recall- und Precision-Werte zu der neuen Gewichtungsfunktion sind in [Salton & Buckley 88] zu finden. Die in WAIS-0.2 verwendete Gewichtungsfunktion kann sicherlich aufgrund der erwähnten Nachteile keine besseren Retrievalergebnisse liefern.

## 5.3 Weitere Vorteile von WAIS-sf

Neben allen Funktionalitäten von WAIS unterstützt WAIS-sf zusätzlich die oben beschriebenen Erweiterungen. WAIS-sf hat folgende Vorteile gegenüber WAIS:

FUHRNDCA630-00000147

- Dokumentabschnitte können jetzt ausgewählt und für ein oder mehrere Felder indexiert werden. Unwichtige Dokumentabschnitte können ausgefiltert werden. Dadurch können Speicherplatzverbrauch gesenkt und die Retrievaleffektivität gesteigert werden.
- Die neue Gewichtungsfunktion bietet eine bessere Retrievaleffektivität als die in WAIS verwendete Gewichtungsfunktion. Die gesamte Gewichtung wird zur Indexierungszeit ausgeführt.
- Die Möglichkeit der Feldsuche steigert die Retrievaleffektivität. Beliebig viele Felder können definiert werden. Felder können sich überlappen, d.h. ein Feld kann mehrere Felder abdecken.
- Numerische Suchmöglichkeit.
- Durch die Stemming-Option kann festgelegt werden, ob Terme von einem oder mehreren Dokumentabschnitten auf ihre Stammform reduziert werden sollen.
- Die Art der Indexierung, ob es sich um SOUNDEX-, PHONIX- oder TEXT-Indexierung handelt, kann ausgesucht werden.
- WAIS-sf unterstützt 8-Bit-Zeichen.
- Der Indexierungsprozeß kann durch eine Dokumentspezifikationsdatei von außen gesteuert werden.

126

FUHRNDCA630-00000148

# Kapitel 6

# Zusammenfassung und Ausblick

Nachdem das WAIS-Konzept und die Ziele dieser Diplomarbeit erläutert wurde, werden die internen Arbeitsweisen des WAIS-Systems untersucht. Dabei werden auf die Komponenten WAIS-Server, WAIS-Datenbank und WAIS-Indexierung ausführlich eingegangen, während für das WAIS-Protokoll und den WAIS-Client nur die konzeptionellen Arbeitsweisen beschrieben werden. Der nächste Schritt befaßt sich mit den Erweiterungen. Dabei werden das Feldkonzept, der Global-Formatparser, die Integration der neuen Gewichtungsfunktion, Stemming, Soundex, Phonix und andere Aufgaben wie Literal-, Wildcard- und Boolesche Suche sowie die automatische Stoppwort-Erfassung behandelt. Bei der Entwicklung eines Feldkonzepts und des Global-Formatparsers wird eine Dokumentstruktur-Beschreibungssprache definiert, mit der der Indexierer die Struktur eines Dokuments bezüglich des Formats und der Feldstruktur problemlos in einer Datei spezifizieren kann. Somit entfällt die Definition eines Formatparsers für jedes individuelle Dokumentformat und die Rekompelierung des Indexierungssystems. Die Aufnahme der neuen Gewichtungsfunktion läßt sich durch die Analyse der in WAIS-0.2 verwendeten Gewichtungsfunktion, die sehr viele Nachteile aufweist, rechtfertigen. Die Integration von Stemming, Soundex und Phonix erfolgt problemlos an den entsprechenden Stellen im Indexierungs- und Suchprozeß. Zusätzlich zu dieser Arbeit wird der Aspekt der Datenorganisation in WAIS-0.2 näher betrachtet. Dabei werden die Schwachstellen der verwendeten Verfahren zur Organisation der Daten im externen Speicher in dieser Version deutlich. So kommt es zu einigen Lösungsvorschlägen, um eine effizientere Datenstruktur für die invertierte Datei und das Wörterbuch zu finden, insbesondere um den Reorganisationsaufwand bei Einfügungen zu reduzieren. Für das Wörterbuch ist der $B^+$-Baum die beste Datenstruktur, die eine sehr effiziente Such-, Einfüge- und Lösch-Operation bietet. Für die invertierte Datei wird eine verkette Liste der Posting-Listen verwendet. Dabei spielt die lexikalische Ordnung der Einträge keine Rolle mehr. Die Reorganisation findet erst statt, wenn bei der Einfügung ein Eintrag gelöscht wird. Die Lösch-Operation tritt aber durch die automatische Erfassung der Stoppwörter nach wenigen Reinde-

FUHRNDCA630-00000149

xierungsvorgängen nur noch selten oder gar nicht mehr auf. Auf diese Weise wird
der Aufwand bei der Reorganisation der Daten auf ein erhebliches Maß reduziert.
Ansonsten wird ein Eintrag einfach nach dem vorgestellten Algorithmus eingefügt.
Schließlich wurde zwischen WAIS-0.2 und WAIS-sf verglichen. Dabei wurde festge-
stellt, daß WAIS-sf konzeptionell WAIS-0.2 und WAIS-0.3 weit voraus ist.
Bisher basierte eine Suche nur auf Texten. Die Suche nach inhomogenen Objekten
wird vom FreeWAIS-Server nicht unterstützt. Für die Erweiterungen ist dies ein sehr
interessanter zu untersuchender Aspekt. In diesem Zusammenhang möchte ich einige
weiteren möglichen Erweiterungen am FreeWAIS-Server aufzählen:

- Neue Suchmöglichkeiten, z.B. Suche nach regulären Ausdrücken,
- Grundformreduktion sowohl für englische als auch für deutsche Texte,
- Stammformreduktion für deutsche Texte,
- Linkstrunkierung,
- Query-Report,
- Erweiterung der Beschreibungssprache für weitere Anwendungen,
- Implementierung des $B^+$-Baums für das Wörterbuch,
- Eine graphische Indexierung-Benutzeroberfläche soll die Vorbereitung zur Inde-
  xierung erleichtern. Diese soll unter anderem die Möglichkeit bieten, die Spezi-
  fikation von Dokumentspezifikationsdateien interaktiv unterstützen.

Mit dem WAIS-System wird eine neue Form des Informationsaustauschs angebo-
ten. Erzeugte Informationen können relativ leicht verbreitet werden. Jedermann
mit einem Computer, einer Netzwerkverbindung und den zu verbreiteten Informatio-
nen kann ein Informationsanbieter sein. Zeitschriften, Bücher oder wissenschaftliche
Veröffentlichungen sind von nun an online verfügbar. Der Weg zum Katalog der Bi-
bliotheken ist weniger oder sogar nicht mehr erforderlich. Autor und Leser sind nun
am Informationsmarkt durch direkte Kommunikation näher zusammengerückt. Ver-
lage können beispielsweise ihre neuen Literaturerscheinungen problemlos auf diesem
schnellen Weg online zur Verfügung stellen.
Der ständig steigende Trend für die Benutzung des WAIS-Systems zeichnet sich durch
seine Aktualität aus. Seine zukünftigen Chancen liegen sicherlich darin, daß Infor-
mationen dezentral organisiert werden, die Verwendung eines Standards als Kommu-
nikationsmittel die Offenheit des Systems ermöglicht und eine einheitliche Benutzer-
schnittstelle eine einfache Benutzbarkeit anbietet.

FUHRNDCA630-00000150

# Anhang A

# Benutzung von WAIS-sf

## A.1   Software

Die WAIS-sf-Software wurde auf folgenden Plattformen installiert (Diese Liste ist allerdings noch nicht vollständig):

| OS | Version | Hardware | Compiler |
|----|---------|----------|----------|
| A/UX | 3.1 | mc68040 | gcc 2.5.7 |
| AIX | 2 | 0000001964 | cc |
| AIX | 2 | 0000008314 | cc |
| AIX | 2 | 0000024535 | cc |
| AIX | 2 | 000003085C | cc |
| AIX | 2 | 0000052366 | cc |
| AIX | 2 | 0000056118 | cc |
| AIX | 2 | 0000061138 | cc |
| AIX | 2 | 0000080931 | cc |
| AIX | 2 | 0000091446 | cc |
| AIX | 2 | 0000195011 | cc |
| AIX | 2 | 0000201518 | cc |
| AIX | 2 | 0000261834 | cc |
| AIX | 2 | 0000298037 | cc |
| AIX | 2 | 0000334735 | cc |
| AIX | 2 | 0000420476 | cc |
| AIX | 2 | 0000603735 | cc |
| AIX | 2 | 0000610646 | cc |
| AIX | 2 | 0000826246 | cc |
| AIX | 2 | 0000840341 | cc |
| AIX | 2 | 0002048547 | cc |
| AIX | 2 | 0003809731 | cc |

FUHRNDCA630-00000151

| | | | |
|---|---|---|---|
| BSD/386 | 1.0 | i386 | gcc |
| BSD/386 | 1.1 | i386 | gcc |
| FreeBSD | 1.1.5(RELE | i386 | gcc |
| FreeBSD | 1.1.5.1(RE | i386 | gcc |
| HP-UX | A.09.00 | 9000/822 | gcc 2.5.6 |
| HP-UX | A.09.01 | 9000/720 | gcc 2.5.8 |
| HP-UX | A.09.01 | 9000/755 | gcc 2.5.8 |
| HP-UX | A.09.04 | 9000/816 | gcc 2.5.8 |
| HP-UX | A.09.04 | 9000/887 | gcc 2.3.3 |
| HP-UX | A.09.05 | 9000/715 | cc |
| IRIX | 4.0.5F | IP20 | gcc 2.5.2 |
| IRIX | 5.2 | IP19 | cc |
| IRIX | 5.2 | IP22 | gcc 2.5.8 |
| Linux | 1.0.8 | i486 | gcc 2.5.8 |
| Linux | 1.0.9 | i486 | gcc 2.5.8 |
| Linux | 1.1.18 | i486 | gcc 2.5.8 |
| Linux | 1.1.18 | i586 | gcc 2.5.8 |
| Linux | 1.1.33 | i486 | gcc 2.5.7 |
| Linux | 1.1.45 | i486 | gcc 2.6.0 |
| Linux | 1.1.47 | i486 | gcc 2.5.8 |
| Linux | 1.1.49 | i486 | gcc 2.5.8 |
| Linux | 1.1.50 | i486 | gcc 2.5.8 |
| Linux | 1.1.51 | i486 | gcc 2.5.8 |
| Linux | 1.1.52 | i486 | gcc 2.6.0 |
| Linux | 1.1.55 | i486 | gcc 2.5.8 |
| Linux | 1.1.57 | i486 | gcc 2.5.8 |
| Linux | 1.1.59 | i486 | gcc 2.5.8 |
| Linux | 1.1.60 | i486 | gcc 2.5.8 |
| Linux | 1.1.61 | i486 | gcc 2.5.8 |
| Linux | 1.1.62 | i486 | gcc 2.5.7 |
| Linux | 1.1.64 | i486 | gcc 2.5.8 |
| Linux | 1.1.65 | i486 | gcc 2.5.8 |
| Linux | 1.1.70 | i486 | gcc 2.5.8 |
| OSF1 | V2.0 | alpha | cc |
| OSF1 | V2.0 | alpha | gcc 2.5.4 |
| OSF1 | V2.1 | alpha | cc |
| OSF1 | V2.1 | alpha | gcc 2.5.8 |
| OSF1 | V2.1 | alpha | gcc 2.6.0 |
| OSF1 | V3.0 | alpha | cc |
| SunOS | 4.1.1 | sun4c | cc |
| SunOS | 4.1.1 | sun4c | gcc 2.5.8 |

130

FUHRNDCA630-00000152

| SunOS | 4.1.1     | sun4c | gcc 2.6.1 |
|-------|-----------|-------|-----------|
| SunOS | 4.1.1-JL  | sun4c | gcc 2.6.2 |
| SunOS | 4.1.2     | sun4  | cc        |
| SunOS | 4.1.2     | sun4  | gcc 2.5.8 |
| SunOS | 4.1.2     | sun4c | cc        |
| SunOS | 4.1.2     | sun4c | gcc 2.2.2 |
| SunOS | 4.1.2     | sun4c | gcc 2.4.2 |
| SunOS | 4.1.2     | sun4c | gcc 2.4.5 |
| SunOS | 4.1.2     | sun4c | gcc 2.5.8 |
| SunOS | 4.1.3     | sun4  | gcc 2.5.8 |
| SunOS | 4.1.3     | sun4c | cc        |
| SunOS | 4.1.3     | sun4c | gcc 2.3.3 |
| SunOS | 4.1.3     | sun4c | gcc 2.5.5 |
| SunOS | 4.1.3     | sun4c | gcc 2.5.8 |
| SunOS | 4.1.3     | sun4m | acc       |
| SunOS | 4.1.3     | sun4m | cc        |
| SunOS | 4.1.3     | sun4m | gcc 2.3.2 |
| SunOS | 4.1.3     | sun4m | gcc 2.3.3 |
| SunOS | 4.1.3     | sun4m | gcc 2.5.6 |
| SunOS | 4.1.3     | sun4m | gcc 2.5.7 |
| SunOS | 4.1.3     | sun4m | gcc 2.5.8 |
| SunOS | 4.1.3     | sun4m | gcc 2.6.1 |
| SunOS | 4.1.3-JL  | sun4c | gcc 2.5.8 |
| SunOS | 4.1.3C    | sun4m | gcc 2.5.8 |
| SunOS | 4.1.3_Axil| sun4m | gcc 2.6.0 |
| SunOS | 4.1.3_U1  | sun4c | gcc 2.4.5 |
| SunOS | 4.1.3_U1  | sun4c | gcc 2.5.8 |
| SunOS | 4.1.3_U1  | sun4m | cc        |
| SunOS | 4.1.3_U1  | sun4m | gcc       |
| SunOS | 4.1.3_U1  | sun4m | gcc 2.4.2 |
| SunOS | 4.1.3_U1  | sun4m | gcc 2.5.7 |
| SunOS | 4.1.3_U1  | sun4m | gcc 2.5.8 |
| SunOS | 4.1.3_U1  | sun4m | gcc 2.6.0 |
| SunOS | 5.2       | sun4c | gcc 2.5.6 |
| SunOS | 5.2       | sun4m | gcc 2.5.6 |
| SunOS | 5.3       | sun4c | gcc 2.5.6 |
| SunOS | 5.3       | sun4c | gcc 2.5.8 |
| SunOS | 5.3       | sun4d | gcc 2.4.5 |
| SunOS | 5.3       | sun4d | gcc 2.5.6 |
| SunOS | 5.3       | sun4d | gcc 2.5.7 |
| SunOS | 5.3       | sun4d | gcc 2.5.8 |

131

FUHRNDCA630-00000153

| | | | |
|---|---|---|---|
| SunOS | 5.3 | sun4m | acc |
| SunOS | 5.3 | sun4m | gcc |
| SunOS | 5.3 | sun4m | gcc 2.4.5 |
| SunOS | 5.3 | sun4m | gcc 2.5.6 |
| SunOS | 5.3 | sun4m | gcc 2.5.7 |
| SunOS | 5.3 | sun4m | gcc 2.5.8 |
| SunOS | 5.3 | sun4m | gcc 2.6.0 |
| SunOS | 5.3 | sun4m | gcc 2.6.1 |
| SunOS | 5.4 | i86pc | gcc 2.5.8 |
| ULTRIX | 4.2 | RISC | gcc 2.5.6 |
| ULTRIX | 4.3 | RISC | gcc 2.5.6 |
| ULTRIX | 4.3 | RISC | gcc 2.5.8 |
| ULTRIX | 4.3 | RISC | gcc 2.6.1 |
| ULTRIX | 4.4 | RISC | gcc 2.6.3 |
| dgux | 5.4R2.10 | AViiON | gcc |
| dgux | 5.4R2.10 | AViiON | gcc 2.4.1 |

Das Software-Paket ist auf dem anonymous ftp-Server verfügbar:

*ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/freeWAIS-sf-1.0.tgz*

## A.2   Installation

Die Installtion erfolgt mit *sh-script*. Dabei muß man nur bestimmte Fragen beanworten. Das sh-script wird durch das GNU autoconf[1] Tool erzeugt. Auf diese Weise ist ein Makefile für jedes individuelle System nicht mehr notwendig. Für die Installation gibt es folgende Aufrufe:

**configure** Dabei müssen folgende Fragen interaktiv beantwortet werden:

```
Do you want to use your systems regexp.h (no)?

Ok, will use my own regxep.h
Will you have HEADLINE files greater than 16 MB (no)?

Ok, no huge headlines; old indexes remain valid

You can compile freeWAIS-sf with it's own ctype package. You
should do this, if you want to use special (country specific)
chars, which are not supported by your systems ctype.
Use your systems ctype (no)?
```

---

[1]ftp://hpcsos.col.hp.com/mirrors/.hpib0/gnu/autoconf-1.10.tar.gz

FUHRNDCA630-00000154

Ok, will use my own ctype

I will now ask for your special letters. If you do not want
to give the now, edit Default.tmpl after this configure run.
Input your upper case letters in the same order than your
lower case letters. toupper() and tolower() depend on this
order. Input letters wich are upper and lower case in both
strings.
what are your lower case letters ()?

what are your upper case letters ()?


You can compile and link the clients with the capability to
search index files directely. So you need not to install a
server, for local searches. The clients will be greater, but
faster with local searches.
You can not run the test without the switch
Do you want to compile with -DLOCAL_SEARCH (yes)?

Ok, will compile with the -DLOCAL_SEARCH switch

You can modify the URL document type, to put the URL of the
indexed in the document id instead of the headline. If you
use this modification you can customize the headline (e.g.
with the -t fields option). Also it is not required to keep
a copy of the documents for retrieval with the wais server.
But currently only SFgate can handle this modified docids.
Normal clients will not correctely interpret the docids and
try to retrieve the document from a wais instead of the
correspondig http server.

Do you want to use the modified URL handling (no)?

Ok, will use the original doctype URL
Where should the installation go (/usr/local/ls6/wais)?

Ok, will install in /usr/local/ls6/wais


I added a patch from Alberto Accomazzi for speeding up usage

133

FUHRNDCA630-00000155

of synonym files. He writes about his patch:

For those of you who have fairly large synonym files (> 10Kb)
and are running the software on a machine that supports shared
memory (your machine does) enabling this feature will speed up
the waisserver response time by a significant factor.

For those of you who do not have shared memory, I have
rewritten the memory allocation part of synonym.c so that
bigger memory chunks are allocated and used rather than
allocating memory for each word and synonym, so the code
should be a little faster for you too.

Do you want to use shm cache (no)?

Ok. Will not compile the shared memory support.


As distributed, freeWAIS-sf Release 1.1 will send an UDP packet
to my workstation every time waisserver reindexes his info
database, containing your (numeric) UID, your operating system,
your compiler version and the freeWAIS-sf version.

This is JUST because I would like to get an idea of to which
systems/compilers freeWAIS-sf has be ported and how many
people use it, and keep on using it (rather than tried it
once folks). It will NEVER become a licensing scheme or some
crazy thing like that. But, you can disable it by answering
'yes' to the following question. If you do that, please let
me know, if you are running freeWAIS-sf on a system/compiler,
which is not mentioned in the README.

Disable the UDP packet sending (no)?

Ok. Thank you for your trust.

**make** bildet das System und erzeugt Testläufe.
**make install** installiert die Binaries und Scripts.
**make install.man** installiert das Manualpage.
**make install.lib** installiert die Libraries.
**make clean** löscht alle Objectfiles, Libraries, Backups etc.

FUHRNDCA630-00000156

**make veryclean** löscht alle durch flex, bison, dvips, latex generierten Dateien.

## A.3   Benutzung

Im folgenden werde ich einige Hauptprogramme der WAIS-sf-Software vorstellen.
- Für die Indexierung: waisindex.
- Für die Suche: waissearch, waisq, xwais. Dabei muß man die Datenbankbe-
  schreibungen (alle Dateien mit dem Suffix .src) haben, um die Suche durchführen
  zu können. Die Suche erfolgt entweder im spezifizierten globalen Verzeichnis
  oder in /wais-sources.
- Der Server: waisserver.

### A.3.1   waisindex

Das Programm **waisindex** führt die Indexierung durch. Zu diesem Programm gibt
es folgende Optionen:

**-d** index-filename

    Das ist der Name der Datenbank, die erzeugt werden soll.

**-a** Fügt neue Terme in den bereits existierenden WAIS-Index ein. Es handelt sich
    um die Reindexierung.

**-r** Rekursive Indexierung. Diese Option wird bei der Indexierung von Verzeichnissen
    verwendet.

**-mem** mbytes

    Diese Größe legt fest, wieviel an Hauptspeicherplatz während der Indexierung
    benutzt werden soll. Die Indexierungsgeschwindigkeit wird durch diese Größe
    sehr stark beeinflußt.

**-register** Eine Datenbank wird auf dem Directory-of-Servers registriert.

**-export** Die Datenbankbeschreibung enthält bei dieser Option den Hostnamen und
    den TCP-Port. Andernfalls enthält sie keine Verbindungsinformationen und ist
    nur auf lokale Suche beschränkt. Diese Option wird in Zusammenhang mit der
    Option **-register** verwendet.

**-e** filename

    Fehlermeldungen werden auf die Datei umgeleitet.

**-l** log-level

    Es gibt gegenwärtig 4 Log-Level, 0, 1, 5 und 10. Auf Level 0 wird kein Logfile
    erzeugt. Auf Level 1 werden Fehlermeldungen und Warnungen aufbewahrt.
    Auf Level 5 werden Filenameinformationen aufgezeichnet. Level 10 zeichnet
    alles auf.

135

FUHRNDCA630-00000157

**-pos** Diese Option erzeugt mehrere Postings für einen Term in einem Dokument, wenn er dort mehrmals vorkommt. Diese Option soll generell nicht benutzt werden, weil der Speicherplatz bzw. die Suche dadurch nur verschwendet bzw. verlangsamt wird.

**-nopos** Nur ein Posting für jeden Term (Default).

**-pairs** Bildung von Wortpaaren (Default).

**-nopairs** Keine Bildung von Wortpaaren. Die Benutzung dieser Option ist bei jeder Indexierung zu empfehlen, da man mehr als 50% Speicherplatz sparen kann.

**-nocat** Keine Erzeugung eines Katalogs. Diese Option ist bei einer großen Menge von Dokumenten zu empfehlen. Default wird bei jeder Indexierung ein Katalog erzeugt.

**-contents** Der Inhalt der Datei soll indexiert werden. Der Dateiname und die Headline werden immer indexiert (Default).

**-nocontents** Der Inhalt der Datei soll nicht indexiert werden, sondern nur der Dateiname und die Headline.

**-T** type
Der Typ eines Dokuments oder das Display-Format, z.B. postscript, giff, dvi etc.

**-M** type,type
Für Multiple-Type Dokumente.

**-keywords** "<string>"
Schlüsselwörter für die Indexierung jedes Dokuments

**-keyword_file** filename
Eine Datei von Schlüsselwörtern.

**-stemm** Stammformreduktion.

**-stop** Nur die externe Stoppwortliste wird benutzt. Der Dateiname der Stoppwortliste ist von der Form: *database.stop*. In diese Datei werden auch automatisch generierte Stoppwörter geschrieben. Sie wird standardmäßig automatisch zusammen mit der fest codierten Stoppwortliste gelesen.

**-t** parseformat
Unterschiedliche Parseformate, die zum größten Teil in Abbschnitt 3.3.2 vorgestellt wurden, sind in der ircfiles.c Datei definiert.
Auf die Benutzung dieser Parseformate kann man verzichten, wenn man als Parseformat -t *fields* benutzt. Mit dieser Option ist eine Feldindexierung möglich. Es muß aber vorher eine sogenannte Dokumentspezifikationsdatei *database.fmt* erzeugt werden, deren Syntax bereits in den Abschnitten 4.1.4 und 4.2.4.2.1.3 vorgestellt wurde. Zusätzlich kann optional eine Datei *database.fde* für die Beschreibung der einzelnen Felder erzeugt werden. Diese Beschreibungen finden sich in der Datenbankbeschreibung wieder.

**-nfields** Dies ist die Möglichkeit zur Erzeugung von neuen Feldern. Die Feldspezifikation erfolgt in der Dokumentspezifikationsdatei.

136

FUHRNDCA630-00000158

**Filename, Filename, ..., Filename** Name der Datei, die indexiert werden soll.
Durch den Aufruf **waisindex** werden alle Optionen auf einen Blick aufgelistet.

## Beispiele

In diesem Beispiel sollen einige Felder erzeugt werden. Dafür muß man vorher eine
Dokumentspezifikationsdatei definieren. Eine Kollektion namens TEST, die aus zwei
Dokumenten mit folgendem Dokumentformat besteht, steht zur Verfügung:

```
CK: Ait-Kaci/etal:90
AU: Ait-Kaci, Hassan; Nasr, Roger; Seo, Jungyun
TI: Implementing a Knowledge-Based Library Information System
    with Typed Horn Logic.
JT: Information processing & management.
VO: 26
ED: 1-JAN-1994
PY: 1990
NO: 2
PP: 249
^L
CK: Shepard/etal:90
AU: Shepard, Michael A.; Watters, C. R..; Cai, Yao
TI: Transient Hypergraphs for Citation Networks.
JT: Information processing & management.
VO: 26
PY: 1990
NO: 3
PP: 395
^L
```

137

FUHRNDCA630-00000159

Die entsprechende Dokumentspezifikation sieht folgendermaßen aus:

```
<record-end> /^L/

<layout>
<headline> /^PY: / /^[A-Z][A-Z]:/ 5 /^PY: */
<headline> /^AU: / /^[A-Z][A-Z]:/ 21 /AU: */
<headline> /^TI: / /^[A-Z][A-Z]:/ 41 /TI: */
<date> /^ED: / /%d-%3s-%d/ day month string year /^ED: [^ ]/
<end>

<field> /^CK: /
ck "Citation Code" TEXT BOTH
<end> /^[A-Z][A-Z]:/

<field> /^PY: /
py "Publication Year" <numeric> /^PY: [^ ]/ 4 TEXT LOCAL
<end> /^[A-Z][A-Z]:/

<field> /^AU: /
au "Author" SOUNDEX LOCAL TEXT BOTH
<end> /^[A-Z][A-Z]:/

<field> /^TI: /
ti "Title" stemming TEXT BOTH
<end> /^[A-Z][A-Z]:/

<field> /^JT: /
TEXT GLOBAL
<end> /^[A-Z][A-Z]:/

<field> /^JT: /
jt "Journal Title" ti stemming TEXT BOTH
<end> /^[A-Z][A-Z]:/
```

Der Programmaufruf lautet:
```
waisindex -d test -t fields TEST
```

## A.3.2   waissearch

Das Programm **waissearch** ist eine Shell-Benutzerschnittstelle, mit der ein Benutzer
eine Informationssuche starten kann. Waissearch unterstützt kein Relevance Feed-

138

FUHRNDCA630-00000160

back. Es hat folgende Optionen:

**-h** <u>host-machine</u>
    Name der Server-Maschine als IP-Name. Default ist die lokale Maschine.
**-p** <u>service-or-port</u>
    Beispielsweise bei dem *Service* Z39.50 ist *Port* 210 der Default.
**-m** <u>max-results</u>
    Maximale Anzahl von Dokumenten, die zurückgeliefert werden sollen. Default
    sind 40 Dokumente.
**-d** <u>database</u>
    Name der Datenbank.
**-v** Versionsnummer und Datum des Programms.
**Wort, Wort, . . . , Wort** Suchwort.

## Beispiele

Suchen auf der Datenbank directory-of-servers der Server-Maschine quake.think.com
nach Dokumenten über tcp:
```
waissearch -h ls6-www.informatik.uni-dortmund.de
-d directory-of-servers -p 210 tcp
```

Welche tcp-Datenbanken gibt es auf einem bestimmten Server:
```
waissearch -h ls6-www.informatik.uni-dortmund.de -d INFO -p 210 tcp
```

Hilfe:
```
waissearch -h ls6-www.informatik.uni-dortmund.de
-d directory-of-servers -p 210 help
```

## A.3.3   waisq

Das Programm **waisq** ist eine Shell-Schnittstelle, die eine sogenannte *Anfragestruktur*
liest, die unter einem Dateinamen gespeichert ist. Die Anfragestruktur hat die gleiche
Syntax wie bei der Datenbankbeschreibung und wird auch von *xwais* gelesen. Beim
Retrieval wird die Anfragestruktur benutzt, um Originaldokumente zu selektieren.
Waisq hat folgende Optionen:

**-f** <u>question file</u>
    Dateiname der Anfragestruktur. Wenn der Dateiname ein *dash* (-) ist, wird
    keine Anfragestruktur gelesen. In diesem Fall muß die Option -S <u>sourcename</u>
    benutzt und Suchwörter spezifiziert werden. Dadurch wird eine Anfragestruktur
    erzeugt und in den Standard-Output geschrieben.
**-s** <u>sourcedir</u>
    Ein Verzeichnis, wo sich die Datenbankbeschreibung befindet. Die Angabe des
    Verzeichnisnamen muß mit '/' enden. Wenn kein Verzeichnisname angegeben

FUHRNDCA630-00000161

ist, wird die Datenbankbeschreibung automatisch von /wais-sources/ gelesen.
Oder es wird von common_sourcedir gelesen, wenn es existiert. Alle Dateinamen
der Datenbankbeschreibung enden mit .src.

-S sourcename

Pfadname der Datenbankbeschreibung, die entweder in sourcedir oder common
_sourcedir ist.

-c common_sourcedir

globales Verzeichnis für die Datenbankbeschreibungen (optional).

-m maxDocs

Anzahl von Ergebnissen. Default sind 40 Dokumente.

-v document_number

Nummer des Dokuments in der Ergebnismenge, von dem man das Originaldo-
kument sehen will. Zum Retrieval von Originaldokumenten kann entweder eine
Anfragestruktur oder Suchwörter mit der Option -g benutzt werden.

-t sourcename

Testen der Datenbankbeschreibung, ob sie syntaktisch korrekt ist.

-g Mit dieser Option wird eine Anfrage ausgeführt. Die Spezifikation dieser Option ist
notwendig, wenn keine Anfragestruktur angegeben ist. Sie wird nicht benutzt,
wenn eine Anfragestruktur bei einer Anfrage angegeben ist.

-V Anzeigen der Versionsnummer und Datum des Programms.

word ... optionale Suchwörter.

Wenn das erste Argument ein *dash* (-) ist, ist waisq im Interaktive-Mode. Eine
Anfragestruktur wird von dem Standard-Input gelesen. Das Ergebnis wird wie-
der in einer Struktur in den Standard-Output geschrieben. Beim Retrieval wird
das Originaldokument in den Standard-Ouput geschrieben. Der Interaktive-
Mode ist solange aktiviert, bis ein end-of-file auftritt.

## Beispiele

Erzeugen einer Anfragestruktur und gleichzeitiges Ausführen einer Anfrage:
```
waisq -f -- -S sourcename -g word1 word2 > my_question
```

Ausführen einer Anfrage mit einer Anfragestruktur:
```
waisq -f question_name -g
```

Retrieval des ersten Dokuments in der Ergebnismenge:
```
waisq -f question_name -v 1
```

140

FUHRNDCA630-00000162

## A.3.4   waisserver

Das Programm **waisserver** bedient WAIS-Anforderungen. Es nimmt die Anforde-rungen entweder von TCP-Port oder von dem Standard-Input entgegen und liefert entsprechende Ergebnisse zurück. Wenn der Name des Kommandos *waisserver.d* ist, läuft das Programm als Dämon-Prozeß unter *inetd* und benutzt den Standard-Input für seine I/O-Sockets. Beispiele findet man in *inetd.conf.*

Zusätzlich kann waisserver einen FTP-Server simulieren, wenn bei einer Anfrage die Dokumente vom Typ FTP sind. Das Ergebnis der Anfrage ist eine Liste von Datei-namen, die im FTP-Verzeichnis vorkommen.

Waisserver hat folgende Optionen:

**-p** port
>    TCP-Portnummer. Default ist 210 die Z39.50 Portnummer.

**-s** Interaktive-Mode vom Standard-Input.

**-d** directory
>    Verzeichnisname der WAIS-Datenbanken. Wenn beispielsweise der Verzeichnis-name /usr/local und der Datenbankname foo ist, wird die Datenbank foo in /usr/local/foo gefunden.

**-e** filename
>    Umleiten von Fehlermeldungen nach filename oder nach /dev/null. Default wer-den alle Fehlermeldungen in den Standard-Error geschrieben, wenn die Option **-s** nicht angegeben ist.

**-l** log_level
>    Es gibt gegenwärtig vier Log-Levels, 0, 1, 5, 10. Siehe auch waisindex.

**-u** user
>    Server-uid auf user-uid setzen. Es wird nur verwendet, wenn der Server als root gestartet wird.

**-v** Anzeigen der Versionsnummer und des Datums des Programms.

## Beispiele

Der Wais-Server soll als *standalone* Server mit TCP-Port 8000 laufen. Das Server-Verzeichnis ist wais-sources. Fehlermeldungen sollen in die Datei server.log geschrie-ben werden.

```
waisserver -p 8000 -d wais-sources -e server.log
```

Wais-Server als Dämon-Prozeß:

hpux 7.0/800, Interactive/386 2.2.1:

```
z3950 stream tcp nowait root /etc/waisserver waisserver.d
-d /wais-sources -e /server.log
```

141

Unir  IF B Informatk 20.03.19° '37;59:19

FUHRNDCA630-00000163

Ultrix 4.1:

```
z3950 stream tcp nowait /etc/waisserver waisserver.d
-d /wais-sources -e /server.log
```

Folgende Zeile sollen in /etc/services Verzeichnis eingetragen werden:
`z3950 210/tcp # wide area information server (wais)`

## A.3.5   swais

**Swais** ist eine Benutzerschnittstelle auf einem einfachen ASCII-Terminal. Das Programm hat folgende Optionen:

-C  common_sourcedir

    Globales Verzeichnis für die Datenbankbeschreibungen (optional).

-S  sourcedir

    Ein Verzeichnis, wo sich die Datenbankbeschreibung befindet. Die Angabe vom Verzeichnisnamen muß mit '/' enden. Wenn kein Verzeichnisname angegeben ist, wird die Datenbankbeschreibung automatisch von /wais-sources/ gelesen. Oder es wird von common_sourcedir gelesen, wenn es existiert. Alle Dateinamen der Datenbankbeschreibungen enden mit .src.

-s  sourcename

    Der Pfadname der Datenbankbeschreibung, die sich entweder im Verzeichnis sourcedir oder common_sourcedir befindet.

-h  Auflisten aller Optionen.

Es gibt zu swais drei Screens: eine für die Selektion der gewünschten Datenbank und Formulierung einer Anfrage (Abbildung A.1), eine für die Anzeige von Suchergebnissen (Abbildung A.2) und eine für die Anzeige von Dokumenten (Abbildung A.3). Diese Schnittstelle unterstützt nicht Relevance Feedback.

## A.3.6   xwais

*Xwais* ist eine graphische Benutzerschnittstelle, mit der ein Benutzer interaktiv eine Informationssuche durchführen kann. Xwais läuft unter X-Windows. Dokumente von unterschiedlichen Dokumenttypen können durch entsprechende Spezifikationen in X-Resources angezeigt werden. Beispielsweise kann ein Dokument vom Typ Postscript durch die Benutzung von *ghostview* angezeigt werden. Xwais verwendet Athena Widget und Xt X Toolkit Intrinsics in X11R4 von MIT. Die xwais-Anwendung gliedert sich in zwei einzelne Anwendungen: xwais, die einfache Schnittstelle zur Auswahl von Datenbankbeschreibungen und gespeicherten Anfragen; und xwaisq, eine Schnittstelle, mit der ein Benutzer die eigentliche Informationssuche durchführen kann.
Xwais unterstützt Suchanfragen, Relevance Feedback, Dokumentdisplay und Datenbankselektion. Die Abbildung A.4 zeigt die Benutzerschnittstelle xwais.

FUHRNDCA630-00000164

Abbildung A.1: Swais: Anfrage-Screen



Abbildung A.2: Swais: Screen zur Anzeige von Suchergebnissen

143

FUHRNDCA630-00000165



Abbildung A.3: Swais: Screen zur Anzeige von Dokumenten

Abbildung A.4: xwais

144

FUHRNDCA630-00000166



Abbildung A.5: Anfragefenster oder xwaisq

Die Buttons von xwais aus Abbildung A.4 haben folgende Funktionen: Mit dem Button New in der oberen Hälfte des Fensters öffnet man das Anfragefenster, das in Abbildung A.5 dargestellt ist. Das Anklicken des Buttons Open öffnet das Anfragefenster mit einer vorher gewählten Anfragestruktur, z.B. wais_report aus Abbildung A.4. Der Delete Button löscht die gewählte Anfrage. Diese Buttons gelten analog für die untere Hälfte des Fenster. Hier handelt es sich um die Datenbankbeschreibungen. Um im Anfragefenster aus Abbildung A.5 mit der Suche beginnen zu können, muß vorher mit dem Button Add Source die gewünschte Datenbank gewählt werden, z.B. journal.src. Dann wird eine Anfrage, z.B. 'information and retrieval', formuliert. Das Klicken auf den Search Button aktiviert die Suche. Das Ergebnis, das aus den Headlines besteht, wird in dem unteren großen Fenster angezeigt. Beim Relevance Feedback selektiert man eine Headline und klickt auf das Button Add Document. Die selektierte Headline wird in das entsprechende Relevance-Feedback-Fenster geladen. Das Klicken auf den Search Button aktiviert das Relevance Feedback. Mit dem View Button wird ein Originaldokument beim Retrieval angezeigt (Abbildung A.6). Ein bestimmter Textabschnitt kann aus dem Originaldokument für Relevance Feedback markiert werden. Mit dem Button Add Section (Abbildung A.6) wird der markierte Textabschnitt in das Relevance-Feedback-Fenster geladen. Der Button Find Key findet im Originaldokument alle in der Suchanfrage vorkommenden Suchbegriffe.

145

FUHRNDCA630-00000167

```
^L
CK: Agosti:93
AU: Agosti, Maristella
TI: Hypertext and Information Retrieval.
JT: Information processing & management.
PY: 1993
VO: 29
NO: 3
PP: 283
```

`Find Key` `Add Section` `Next` `Previous` `Save To File` `Done`

Abbildung A.6: Dokumentdisplay mit xwais

## A.3.7   Suchen nach Datenbankbeschreibungen

Möchte man beispielsweise nach einer Datenbankbeschreibung über FreeWAIS-sf su-
chen, so kann die Suche durch die beiden folgenden Abbildungen veranschaulicht
werden.



Abbildung A.7: Suchen auf der Datenbank directory-of-servers

FUHRNDCA630-00000168



Abbildung A.8: Die Datenbankbeschreibung der Datenbank bibdb-html

## A.4   SFgate

SFgate, von Ulrich Pfeifer entwickelt und implementiert, ist ein CGI (Common Gateway Interface) Script, das als Schnittstelle zum WAIS-Server dient. Ein CGI ist eine Schnittstelle zu externen Programmen order Gateways, die unter einem Informationsserver laufen. Gegenwärtig sind es HTTP Server. Gateways sind Programme, die Informationsanforderungen bearbeiten und entsprechende Dokumente zurückliefern oder sie auf dem Weg in ein entsprechendes Format generieren. Auf diese Weise kann ein Server Informationen zur Verfügung stellen, die normalerweise nicht in einem lesbaren Format für den Client sind.

*Beispiele:*
- CGI konvertiert auf dem Weg systemsspezifische Manual-Pages in HTML-Format und sendet es in HTML-Format an den Client.
- CGI bietet eine Schnittstelle zu WAIS- oder Archie-Datenbanken und konvertiert die Ergebnisse in HTML-Format, die dann an den Client geschickt werden.

SFgate ist spezial geeignet für freeWAIS-sf Server und auch für alle anderen freWAIS Server und hat folgende Eigenschaften:
- Beschreibungen über den Server in den WAIS-Datenbankbeschreibungen können gesucht werden. Das Ergebnis wird auf dem Weg in HTML-Format umgewandelt und beim Client angezeigt.
- Ein Aufruf von waisq oder waissearch ist nicht notwendig. SFgate verbindet den Client mit dem WAIS-Server.
- Mosaic wird gewöhnlich als Client-Schnittstelle benutzt.
- SFgate kann die Suche in mehreren WAIS-Datenbanken gleichzeitig koordinieren. Über sogenannte Mosaic Icons können die gewünschten WAIS-Datenbanken

147

FUHRNDCA630-00000169

selektiert werden.

- Feldsuche wird unterstützt. Es wird ein Formular zur Feldsuche angeboten.
- Headlines und Dokumente können durch SFgate in einem Schritt angezeigt werden.
- Zur Weiterverarbeitung kann das Ergebnis einer Suche auch in ein entsprechendes Format konvertiert werden, wie z.B. die Konvertierung eines Dokuments in Bibtex-Format für die Weiterverarbeitung mit $\LaTeX$.
- SFgate ist in perl geschrieben.

SFgate Dokumentation und Demos finden sich bei
*http://ls6-www.informatik.uni-dortmund.de/SFgate/SFgate.*

FUHRNDCA630-00000170

# Anhang B

# Die Module

Gemäß dem Ziel meiner Arbeit, den WAIS-Server um die bereits vorgestellten Konzepte zu erweitern, werde ich mich in diesem Kapitel nur auf die Beschreibung und Erläuterung der Parsingmodule, des Indexierungs-, Stemming-, Soundex-, Phonix-Moduls und Servermodule konzentrieren. Die Implementierung des WAIS-Protokolls sind in den Dateien wprot.[ch] und zprot.[ch] enthalten. Auf die Beschreibung dieses Protokolls möchte ich aufgrund der Komplexität verzichten und auf die Spezifikationen verweisen. In den Verzeichnissen freeWAIS-sf/ui bzw. freeWAIS-sf/x sind die Programme zum WAIS-Client zu finden.

Weitestgehend wurden in meiner Arbeit die in WAIS bereits existierenden Module erweitert und optimiert. Für das Format-Parsing bei der Indexierung wurde ein neues Modul implementiert. Und für das Feldkonzept wurde das Feld-Parsing-Modul implementiert. Zusätzlich wurde für die neuen Anfragenmöglichkeit ein Modul für den Anfrage-Parser realisiert. Abbildung B.1 stellt die Abhängigkeit der für die Indexierung wichtigen Modulen dar, wobei ein Pfeil von A nach B darauf hinweist, daß Modul A die Funktionen von Modul B benutzt. Auf die Beschreibung der Include-Dateien möchte ich hier verzichten.



Abbildung B.1: Abhängigkeit der Module bei der Indexierung

149

FUHRNDCA630-00000171

## B.1   Fehlermodul

Das Fehlermodul besteht aus der Datei panic.c. Die Fehlerfunktion heißt *panic*. Alle nachfolgend beschriebene Module benutzen dieses Fehlermodul zur Ausgabe der Fehlermeldungen. Ansonsten werden Meldungen durch die Funktion *waislog* in der Datei cutil.c in den Standard-Ouput oder in eine Log-Datei geschrieben.

SYNTAX:   void panic(char* format, ...)
     IN:   char* format – Fehlermeldung
  OUT:   Fehlermeldung
WERT:   —

Die Funktion erwartet eine Fehlermeldung und gibt sie aus.

### B.1.1   Include-Dateien

- panic.h
- futil.h

## B.2   Parsingmodule

Die Parsingmodule haben die Aufgabe, die Dokumentstrukturen durch die Dokumentspezifikationen in der Dokumentspezifikationsdatei zu analysieren. Es handelt sich um den Parsingprozeß, der aus dem Format- und Feld-Parsing-Modul besteht. Die Parsingmodule bestehen aus folgenden Dateien:

- **field_y.c**
- **ircfiles.c**
- **field_index.c**

Abbildung B.1 stellt die Abhängigkeit dieser Dateien dar.

### B.2.1   field_y.c

Bei dieser Datei handelt es sich um den Dokumentspezifikationparser. Er besteht aus der Funktion *init_add_fields*.

#### B.2.1.1   Vorgehensweise

Der Dokumentspezifikationsparser liest die Dokumentspezifikationsdatei und analysiert sie auf syntaktische Korrekheit. Die Ergebnisse der Analyse sind die Format- und Feldinformationen, die in den globalen Strukturen *Ltable* und *Ftable* gespeichert werden. Die Definitionen dieser Strukturen sind in der Datei irfiles.h enthalten.

FUHRNDCA630-00000172

### B.2.1.2   init_add_fields

SYNTAX:   long init_add_fields(char* name,
                              boolean* global_dictionary_exists,
                              database* db)

    IN:   char* name – Name der Datenbank;
                              boolean* global_dictionary_exists – *true*, wenn die globale Datenbank existiert;
                              database* db – Interne Struktur zur Speicherung von Termen.

OUT:   —

WERT:   −1, falls syntaktischer Fehler in der Datei auftritt.

Diese Funktion beschreibt den Dokumentspezifikationsparser. Eine Datei namens *database.fmt* wird eingelesen und auf syntaktische Korrektheit überprüft. Ist die Syntax der Datei nicht in Ordnung, wird eine entsprechende Fehlermeldung zurückgeliefert.

### B.2.1.3   Include-Dateien

- cutil.h
- futil.h
- field_index.h
- field_y.h

## B.2.2   ircfiles.c

Bei diesem Modul handelt es sich um den Global-Formatparser, der die Aufgabe hat, unterschiedliche Parseformate bei der Indexierung zu analysieren. Das Modul besteht aus folgenden Funktionen:

- *fields_separator_function*
- *fields_header_function*
- *fields_finish_header_function*
- *fields_date_function*
- *fields_getdate*

### B.2.2.1   Vorgehensweise

Die Formatinformationen, die vom Dokumentspezifikationparser ausgegeben und in der globalen Struktur *Ltable* gespeichert sind, werden von diesen Funktionen gelesen, um zu überprüfen, ob eine gelesene Zeile eine der Formatinformationen enthält.

FUHRNDCA630-00000173

### B.2.2.2   fields_separator_function

SYNTAX:   boolean fields_separator_function(char* line)
     IN:   char* line – Die zu analysierende Zeile;
    OUT:   —
  WERT:   *true*, wenn die Zeile einen Dokumentseparator enhält,
            *false*, wenn der Dokumentseparator nicht in der Zeile vorkommt.

Die Funktion fields_separator_function hat die Aufgabe, einen Dokumentseparator in einer Zeile zu erkennen. Der Dokumentseparator ist in der globalen Variable *Ltable→field_record_end_pos* gespeichert. Es handelt sich dabei um einen regulären Ausdruck, mit dem beim Aufruf der Funktion in der als Parameter übergegebenen Zeile auf Enthaltensein überprüft wird.

### B.2.2.3   fields_header_function

SYNTAX:   void fields_header_function(char* line)
     IN:   char* line – Die zu analysierende Zeile;
    OUT:   —
  WERT:   —

Die Aufgabe der Funktion fields_header_function ist es, eine Headline zu erzeugen, die in einer globalen Variable *fields_header* vom Typ char* mit maximal 100 Zeichen gespeichert wird. Es wird überprüft, ob die als Parameter übergegebene Zeile eine der Headline-Markierungen (siehe auch Abschnitt 4.1.4) enthält. Dabei werden alle Headline-Markierungen in der Reihenfolge, in der die Headline-Spezifikationen in der Dokumentspezifikationsdatei angegeben sind, solange gelesen, bis entweder eine oder keine der Headline-Markierungen mit der Zeile matcht. Die gematchten Textabschnitte werden einfach in der globalen *fields_header*-Variable hintereinander gehängt. Die Konstante MAX_HEADLINE_LENGTH = 100 in den Dateien freewais-sf/Default.tmpl.in und freewais-sf/Default.tmpl.top legt die maximale Länge der Headline fest. Diese Variable bestimmt zum größten Teil die Größe eines Dokumentverweises. Wird sie zu groß gewählt, werden nur bei wenigen Dokumentverweisen die vereinbarte Messagegröße überschritten, so daß man nicht genügend Dokumente als Antwort bekommt. Default wird die Messagegröße durch die Konstante BUFSIZ in der Datei ir/server.h auf 100000 Bytes gesetzt.

### B.2.2.4   fields_finish_header_function

SYNTAX:   void fields_finish_header_function(char* header)
     IN:   char* header – Hierhin soll eine Headline kopiert werden;
    OUT:   —
  WERT:   —

FUHRNDCA630-00000174

Die Funktion fields_finish_header_function kopiert eine Headline, die in der globalen Variable *fields_header* gespeichert ist, in das Parameter *header*. Danach wird die globale Variable *fields_header* wieder auf NULL gesetzt.

### B.2.2.5   fields_date_function

SYNTAX:   long fields_date_function(char* line)
     IN:   char* line – Die zu analysierende Zeile;
   OUT:   ——
  WERT:   $n \geq 0$, wenn die Zeile gematcht wird,
           $-1$, sonst.

Die Aufgabe der Funktion fields_date_function besteht darin, zu überprüfen, ob die als Parameter übergegebene Zeile die Date-Markierungen (siehe auch Abschnitt 4.1.4) enthält. Wenn ein Textabschnitt in der Zeile gematcht wird, dann wird er an die Funktion fields_getdate übergeben, die eine Zeichenkette in eine Zahl umwandelt und zurückgibt.

### B.2.2.6   fields_getdate

SYNTAX:   long fields_getdate(char* s)
     IN:   char* s – Ein String;
   OUT:   ——
  WERT:   Eine Zahl vom Typ long

Wie oben bereits erwähnt wurde, wandelt die Funktion fields_getdate eine Zeichenkette in eine Zahl um und gibt sie zurück. Die Funktion wird von der Funktion fields_date_function aufgerufen.

### B.2.2.7   Include-Dateien

- cutil.h
- ircfiles.h
- field_index.h

## B.2.3   field_index.c

Diese Datei beschreibt den Feldparser, der aus den Funktionen
- *how_index_line*
- *index_line_section*
besteht.

153

FUHRNDCA630-00000175

### B.2.3.1   Vorgehensweise

Der Dokumentspezifikationsparser liest die Dokumentspezifikationsdatei und analysiert sie auf syntaktische Korrektheit. Das Ergebnis der Analyse besteht aus Format- und Feldinformationen, die in den globalen Strukturen *Ltable* und *Ftable* gespeichert werden.

Bei der Feldindexierung werden die Feldinformationen aus der Struktur *Ftable* vom Feldparser gelesen. Dabei bestimmt der Feldparser anhand der Informationen, welcher Textabschnitt einer eingelesenen Zeile zu einem Feld gehört.

### B.2.3.2   init_index_fields

SYNTAX:  boolean
        init_index_fields(boolean adding_to_existing_index,
                boolean* create_new_fields,
                boolean field_adding_to_existing_index,
                long number_of_fields, database* db)

   IN:  boolean* adding_to_existing_index – *true*, wenn neue Terme in die bereits existierende globale Datenbank eingefügt werden sollen;
        boolean* create_new_fields – *true*, wenn neue Felder erzeugt werden sollen;
        boolean field_adding_to_existing_index – *true*, wenn neue Terme in bereits existierende Felder eingefügt werden sollen;
        long number_of_fields – Anzahl der Felder;
        database* db – Interne Struktur zur Speicherung von Termen.
OUT:  ---
WERT  *true*, wenn erfolgreich.

Diese Funktion schreibt die Format- bzw. Feldinformationen in die globale Struktur *Ltable* bzw. *Ftable*.

### B.2.3.3   how_index_line

SYNTAX:  long how_index_line(long field_id, char* line,
                boolean number_of_not_ended_section,
                long document_id, long weight,
                long file_position_before_line,
                long line_length, boolean* newline_terminated,
                database* db,
                wordfunc* wordfunction1,
                wordfunc* wordfunction2,
                boolean word_position, boolean word_pairs,
                long minwordlen, char* type)

FUHRNDCA630-00000176

IN:  long field_id -- Feldnummer;
     char* line -- Zu analysierende Zeile;
     long* number_of_not_ended_section -- Anzahl noch nicht fertig indexierter
     Abschnitte;
     long document_id -- Dokumentnummer;
     long weight -- wird auf 1 gesetzt;
     long file_position_before_line -- Gegenwärtige Position in der Datei;
     long *line_length -- Anzahl der Terme;
     boolean *newline_terminated -- *true*, wenn eine Zeile mit \n endet;
     database* db -- Interne Struktur zur Speicherung von Termen;
     wordfunc* wordfunction1 -- Funktion add_word_before_pairs;
     wordfunc* wordfunction2 -- Funktion field_add_word_before_pairs;
     boolean word_position -- *true*, wenn mehrere Postings für einen Term
     eines Dokuments in der invertierten Datei gespeichert werden sollen;
     boolean word_pairs -- *true*, wenn Wortpaare gebildet werden sollen;
     int minwordlen -- Minimale Wortlänge;
     char* type -- Display-Format

OUT:  —

WERT:  Anzahl von Termen.

Diese Funktion hat die Aufgabe eines Feldparsers. Eine Zeile wird analysiert. Dabei
wird ein Textabschnitt der Zeile ausgewählt, der indexiert werden soll.

### B.2.3.4   index_line_section

SYNTAX:  long index_line_section(long field_id, long fpos,
                          char* line, long document_id, long weight,
                          long file_position_before_line, long line_length,
                          boolean newline_terminated, database* db,
                          wordfunc* wordfunction1,
                          wordfunc* wordfunction2,
                          boolean word_position, boolean word_pairs,
                          long minwordlen, char* type)

IN:  long field_id -- Feldnummer;
     long fpos -- Position eines Feldes innerhalb des Feldarray;
     char* line -- Zu indexierender Textabschnitt;
     long document_id -- Dokumentnummer;
     long weight -- wird auf 1 gesetzt;
     long file_position_before_line -- Gegenwärtige Position in der Datei;
     long *line_length -- Anzahl von Termen;
     boolean *newline_terminated -- *true*, wenn die Zeile mit \n endet;
     database* db -- Interne Struktur zur Speicherung von Termen;

155

FUHRNDCA630-00000177

wordfunc* wordfunction1 – Funktion add_word_before_pairs;
wordfunc* wordfunction2 – Funktion field_add_word_before_pairs;
boolean word_position – $true$, wenn mehrere Postings für einen Term
eines Dokuments in der invertierten Datei gespeichert werden sollen;
boolean word_pairs – $true$, wenn Wortpaare gebildet werden sollen;
int minwordlen – Minimale Wortlänge;
char* type – Display-Format.

OUT: —
WERT: Anzahl von Termen.

In dieser Funktion wird ein als Parameter übergegebener Textabschnitt indexiert.
Funktionen aus den Indexierungsmodulen werden benutzt.

### B.2.3.5  Include-Dateien

- cdialect.h
- futil.h
- field_index.h
- irhash.h

# B.3  Indexierungsmodul

Das Indexierungsmodul führt die eigentliche Indexierung durch. Dazu gehören 2
Hauptdateien **irtfiles.c** und **irinv.c**. Bei der Feldindexierung wird ein Feld nach dem
anderen indexiert, so daß Funktionen dieser beiden Dateien bei jeder Indexierung eines
Feldes benutzt werden. Die Abhängigkeit dieser zwei Dateien wird in Abbildung B.1
dargestellt.

## B.3.1  Konstanten

Folgende Konstanten sind wichtig für die Indexierung:

**INDEX_BLOCK_SIZE_SIZE = 4:** Diese Konstante legt die maximale Größe ei-
ner Posting-Liste in der invertierten Datei ($2^{4*8} = 4$ GBytes) fest und wird in
der Datei irfiles.h definiert.

**DOC_TAB_ELEMENT_SIZE = 25 (oder 26):** Diese Konstante legt die Größe
eines Eintrags in der Dokument-Tabelle fest (default 25). Wenn WAIS-sf aber
mit dem Flag HUGE_HEADLINES kompeliert wird, wird sie auf 26 gesetzt.
Sie ist in der Datei irfiles.c definiert.

**DOC_TAB_ENTRY_FILENAME_ID_SIZE = 3:** Diese Konstante legt die ma-
ximale Größe der Filename-Tabelle ($2^{3*8} = 16$ MBytes) fest und wird in der

FUHRNDCA630-00000178

Datei irfiles.c definiert. Wenn die Variable geändert wird, muß auch die Variable DOC_TAB_ELEMENT_SIZE geändert werden.

**DOC_TAB_ENTRY_HEADLINE_ID_SIZE = 3:** Diese Konstante legt die maximale Größe der Headline-Tabelle ($2^{3*8}$ = 16 MBytes) fest und wird in der Datei irfiles.c definiert. Wenn die Variable geändert wird, muß auch die Variable DOC_TAB_ELEMENT_SIZE geändert werden.

**DICTIONARY_TOTAL_SIZE_WORD:** Diese Konstante wird bei 8 Bits Zeichen auf '\377\377\377' gesetzt. Default wird sie auf "{}" gesetzt.

**MAX_OCCURANCES = 20000:** Maximale Vorkommenshäufigkeit eines Termes in der Kollektion.

**MAX_WORD_LENGTH = 20:** Maximale Länge eines Termes. Sie wird in den Dateien Default.tmpl.in und Default.tmpl.top definiert.

## B.3.2    irtfiles.c

Dieses Modul bietet die Möglichkeit der Textindexierung, die in Abschnitt 3.3.3 besprochen wurde. Es benutzt die Funktionen aus den Dateien ircfiles.c und field_index.c und hat folgende Funktionen:

- *add_word_before_pairs*
- *map_over_words*
- *finish_document*
- *index_text_file*
- *index_directory*

### B.3.2.1    Vorgehensweise

Es soll eine oder mehrere Dateien oder ein Verzeichnis von Dateien indexiert werden. Jedesmal wird aber nur eine Datei gelesen. Im Fall eines Verzeichnisses erfolgt der Zugriff auf die einzelnen Dateien in der Reihenfolge, in der sie im Dateisystem gespeichert sind. Bei jedem Zugriff auf eine Datei, wird der Dateiname zusammen mit dem Typ der Datei in die Filename-Tabelle-Datei eingetragen.

Eine Datei, die indexiert werden soll, wird zeilenweise eingelesen. Mit jeder eingelesenen Zeile werden eine Parseformat- und eine Feldanalyse durchgeführt. Mit jeder eingelesenen Zeile wird überprüft,

- ob das Ende eines Dokuments schon erreicht ist,
- ob sie eine Headline bildet,
- ob sie ein Datum bildet,
- ob sie bei der Feldindexierung zu dem gerade zu indexierenden Feld gehört.

157

FUHRNDCA630-00000179

Um zu erkennen, wo ein Dokument aufhört, welche Zeilen die Headline und das Datum für ein Dokument bilden sollen, werden die entsprechenden Funktionen aus der Datei ircfiles.c aufgerufen. Liefert der Aufruf der Funktion fields_separator_function mit der eingelesenen Zeile als Parameter einen True-Wert, so ist das Ende des Dokuments erreicht. Ein Dokument-Tabelle- und Headline-Tabelle-Eintrag werden in die dazugehörigen externen Dateien *database.doc* und *database.hl* geschrieben. Eine Dokument-ID wird mit 1 initialisiert. Nach einem Dokumentseparator wird die nächste Dokument-ID, die einfach um 1 aufaddiert wird, vergeben.

Jede eingelesene Zeile durchläuft dann die lexikalische Analyse und wird in einzelne Terme zerlegt. Für diese Terme werden die Characterpositionen und Termhäufigkeiten ermittelt und dann die Gewichte berechnet. Die Berechnung der Gewichte erfolgt in drei Schritten. Im ersten Schritt wird die Termhäufigkeit für jeden Term ermittelt. Der zweite Schritt berechnet dann die Vektorlänge, wenn das Ende eines Dokuments erreicht ist. Schließlich kann das endgültige Gewicht durch Division berechnet werden. Um den effizienten Zugriff auf die Terme zu ermöglichen, wird im Hauptspeicher eine Hashtabelle verwendet. Alle Terme werden in die Hashtabelle eingetragen. Zu jedem Term wird eine Liste von (Dokument-ID, Gewicht, Termhäufigkeit, Liste von Characterpositionen)-Tupeln, die auch als eine Liste von Postings bezeichnet wird, zugeordnet. Am Ende des Indexierungsprozesses werden alle Terme mit den Postings in lexikalisch sortierter Reihenfolge in die invertierte Datei geschrieben. Die Größe der Hashtabelle wird vorher durch die globale Variable *db→flush_after_n_words* festgelegt. Standardmäßig kann die Hashtabelle insgesamt 300000 Terme enthalten. Die Hashtabelle enthält höchstens 65536 Buckets. Jedes Bucket enthält einen Term. Ist die Größe der Hashtabelle oder die maximale Anzahl der Buckets in der Hashtabelle überschritten, so werden alle darin gespeicherten Daten in eine vorläufige externe invertierte Datei geschrieben. Jedesmal, wenn das Speichervolumen der Hashtabelle überschritten wird, werden alle Daten darin in eine vorläufige invertierte Datei geschrieben. Später werden dann alle vorläufigen invertierten Dateien zusammen in einer einzigen invertierten Datei geschmolzen.

### B.3.2.2   add_word_before_pairs

SYNTAX:   static long add_word_before_pairs(char* word, long char_pos,
                                            long line_pos,
                                            long weight,
                                            long doc_id,
                                            time_t date,
                                            boolean capitalized,
                                            database* db,
                                            boolean word_position,
                                            boolean word_pairs)

FUHRNDCA630-00000180

IN    long char_pos – Characterposition eines Wortes;
      long line_pos – wird nicht verwendet;
      long weight – wird auf 1 gesetzt;
      long doc_id – Dokument-ID;
      long date – Datum;
      boolean capitalized – *true*, wenn das Wort mit einem großen Buchsta-
      ben anfängt;
      database* db – Interne Struktur zur Speicherung von Termen;
      boolean word_position – *true*, wenn mehrere Postings für einen Term
      eines Dokuments in der invertierten Datei gespeichert werden sollen;
      boolean word_pairs – *true*, wenn Wortpaare gebildet werden sollen;
OUT:  —
WERT: 0

Die Funktion add_word_before_pairs fügt ein Wort in eine Hashtabelle ein. Wenn der
Parameter word_pairs auf *true* gesetzt ist, dann wird ein Wortpaar der maximalen
Länge von 20 Zeichen zwischen dem aktuellen Wort und dem letzten vorherigen Wort
gebildet. Das daraus entstandene Wort wird dann in der Hashtabelle eingetragen.

### B.3.2.3   map_over_words

SYNTAX:  long map_over_words(char* line, long document_id,
                            long weight, long file_position_before_line,
                            long line_length, boolean* newline_terminated,
                            database* db, wordfunc* wordfunction,
                            boolean word_position, boolean word_pairs,
                            long minwordlen, char* type)
IN:   char* line – Zu indexierende Zeile;
      long document_id – Dokumentnummer;
      long weight – wird auf 1 gesetzt;
      long file_position_before_line – Gegenwärtige Position in der Datei;
      long *line_length – Anzahl von Termen;
      boolean *newline_terminated – *true*, wenn eine Zeile mit \n endet;
      database* db – interne Struktur zur Speicherung von Termen;
      wordfunc *wordfunction – Funktion add_word_before_pairs;
      boolean word_position – *true*, wenn mehrere Postings für einen Term
      eines Dokuments in der invertierten Datei gespeichert werden sollen;
      boolean word_pairs – *true*, wenn Wortpaare gebildet werden sollen;
      int minwordlen – Minimale Wortlänge;
      char* type – Display-Format.
OUT:  —
WERT: Anzahl von Termen

159

FUHRNDCA630-00000181

Diese Funktion hat die Aufgabe, eine als Parameter übergegebene Zeile in Terme zu zerlegen. Dabei werden Metazeichen, wie z.B. Blanks, '–', '?' etc., ignoriert. Ein Term muß mindestens die Länge 2 haben. Jeder Term wird dann durch den Aufruf der Funktion add_word_before_pairs in die Hashtabelle eingetragen.

### B.3.2.4  finish_document

SYNTAX:   static void
          finish_document(boolean recountHeader, char* header,
                          char* line, long document_id,
                          document_table_entry* the_document_table_entry,
                          long file_position_before_line,
                          long file_position_before_document,
                          database* db,
                          boolean word_position, boolean word_pairs,
                          int minwordlen, char* type)

IN:     boolean recountHeader – Extra Gewicht für Terme (i.d.R. 10), die
        in der Headline vorkommen, wird allerdings bei der Feldindexierung
        nicht verwendet;
        char* header – Headline;
        char* line – Dokumentseparator;
        long document_id – Dokumentnummer;
        document_table_entry* the_document_table_entry – Struktur zur Spei-
        cherung eines Eintrags in der Dokument-Tabelle;
        long file_position_before_line – Gegenwärtige Position in der Datei;
        long file_position_before_document – Position vor dem nächsten
        Dokument;
        database* db – Interne Struktur zur Speicherung von Termen;
        boolean word_position – *true*, wenn mehrere Postings für einen Term
        eines Dokuments in der invertierten Datei gespeichert werden sollen;
        boolean word_pairs – *true*, wenn Wortpaare gebildet werden sollen;
        char* type – Display-Format.

OUT:    —
WERT:   —

Diese Funktion wird aufgerufen, wenn das Ende eines Dokuments erreicht ist. Hier werden ein Headline- und Dokument-Tabelle-Eintrag in die externen Dateien *data-base.hl* und *database.doc* geschrieben. Die nächste Dokument-ID wird vergeben.

160

FUHRNDCA630-00000182

### B.3.2.5   index_text_file

SYNTAX:   void index_text_file(char* filename, dataopsrec* dataops,
database* db, boolean check_for_text_file,
boolean check_for_file_already_indexed,
boolean word_position, boolean word_pairs,
long field_id)

IN:   char* filename – Dateiname;
dataopsrec* dataops – Eine Struktur, deren Komponenten die Funk-
tionen des Global-Formatparsers, die minimale Wortlänge und der
Typ der Indexierung sind;
database* db – Interne Struktur zur Speicherung von Termen;
boolean check_for_text_file – *true*, wenn die zu indexierende Datei eine
Textdatei ist;
boolean check_for_file_already_indexed – *true*, wenn die Datei bereits
indexiert worden ist;
boolean word_position – *true*, wenn mehrere Postings für einen Term
eines Dokuments in der invertierten Datei gespeichert werden sollen;
boolean word_pairs – *true*, wenn Wortpaare gebildet werden sollen;
long field_id – Feldnummer;

OUT:   —

WERT:   —

Die Funktion index_text_file, die für jede Datei aufgerufen wird, führt die Textinde-
xierung durch. Sie trägt vorher den Dateinamen und die Liste der Display-Formate
in die Filename-Tabelle ein. Die zu indexierende Datei mit dem als Parameter über-
gegebenen Dateinamen wird zeilenweise eingelesen. Dann wird wie folgt vorgegangen:
Die Funktionen aus der Datei ircfiles.c werden aufgerufen, um festzustellen, ob das
Ende eines Dokuments schon erreicht worden ist, und um die Headline zu erzeugen.
Eine Zeile wird durch den Aufruf der Funktion map_over_words in Terme zerlegt
und in die Hashtabelle eingetragen. Wenn das Ende eines Dokuments erreicht ist,
werden die endgültigen Gewichte der einzelnen Terme berechnet und die Funktion
finish_document aufgerufen, um die Informationen eines Dokuments in die Daten-
basis zu schreiben. Für die nächsten Dokumente wird der gleiche Vorgang solange
wiederholt, bis das Ende der Datei erreicht ist.
Bei der Feldindexierung durchläuft jede eingelesene Zeile aus der zu indexierenden
Datei den Feldparser, um festzustellen, ob sie zu dem gegenwärtigen Feld gehört und
wie sie zu indexieren ist.

161

FUHRNDCA630-00000183

### B.3.2.6   field_index_text_file

SYNTAX:  long

        field_index_text_file(char* filename, dataopsrec* dataops,
                    database* db, boolean check_for_text_file,
                    booelan check_for_file_already_indexed,
                    boolean word_position, boolean word_pairs,
                    long field_id)

dataopsrec* dataops – Eine Struktur, deren Komponenten die Funktionen des Global-Formatparsers, die minimale Wortlänge und der Typ der Indexierung sind;
database* db – Interne Struktur zur Speicherung von Termen;
boolean check_for_text_file – *true*, wenn die zu indexierende Datei eine Textdatei ist;
boolean check_for_file_already_indexed – *true*, wenn die Datei bereits indexiert worden ist;
boolean word_position – *true*, wenn mehrere Postings für einen Term eines Dokuments in der invertierten Datei gespeichert werden sollen;
boolean word_pairs – *true*, wenn Wortpaare gebildet werden sollen;
long field_id – Feldnummer;

OUT:  —
WERT:  —

Diese Funktion hat die gleiche Funktionsweise wie die Funktion index_text_file. Der einzige Unterschied liegt darin, daß hier nicht mehr Informationen eines Dokuments erzeugt werden. Dazu gehören Einträge in der Headline- und Dokument-Tabelle. Diese Tabellen und die Filename-Tabelle werden vorher schon durch die Funktion index_text_file erzeugt.

### B.3.2.7   index_directory

SYNTAX:  void index_directory(char* file,
                      dataopsrec* dataops,
                      database* db,
                      boolean check_for_text_file,
                      booelan check_for_file_already_indexed,
                      boolean word_position,
                      boolean word_pairs,
                      long field_id)

FUHRNDCA630-00000184

IN:   char* file – Verzeichnisname;
      dataopsrec* dataops – Eine Struktur, deren Komponenten die Funk-
      tionen des Global-Formatparsers, die minimale Wortlänge und der
      Typ der Indexierung sind;
      database* db – Interne Struktur zur Speicherung von Termen;
      boolean check_for_text_file – *true*, wenn die zu indexierende Datei eine
      Textdatei ist;
      boolean check_for_file_already_indexed – *true*, wenn die Datei bereits
      indexiert worden ist;
      boolean word_position – *true*, wenn mehrere Postings für einen Term
      eines Dokuments in der invertierten Datei gespeichert werden sollen;
      boolean word_pairs – *true*, wenn Wortpaare gebildet werden sollen;
      long field_id – Feldnummer;

OUT:  —

WERT: —

Diese Funktion wird zur Indexierung von Verzeichnissen aufgerufen. Dabei wird eine
Datei nach der anderen aus einem Verzeichnis gelesen. Die Indexierung wird durch
die Funktionen index_text_file bzw. field_index_text_file durchgeführt.

### B.3.2.8   Include-Dateien

- panic.h
- irdirent.h
- irhash.h
- cutil.h
- futil.h
- irfiles.h
- irtfiles.h
- ircfiles.h
- stemmer.h
- field_index.h
- weight.h
- soundex.h

## B.3.3   irinv.c

Die Aufgabe dieses Moduls besteht darin, die Terme und die dazugehörigen Postings,
die in der Hashtabelle im Hauptspeicher gespeichert sind, in die invertierte Datei und
das Wörterbuch zu schreiben. Es gibt zwei Hauptfunktionen: *finished_add_word* und
*flush_memory_to_disk*.

163

Uni/ FB Informatik 20.03.19' 3γ7:49:19

FUHRNDCA630-00000185

### B.3.3.1   Vorgehensweise

Nachdem alle Terme aus der Kollektion berücksichtigt worden sind, werden sie zusammen mit den Postings von der Hashtabelle in lexikalisch sortierter Reihenfolge in eine invertierte Datei geschrieben. Die Buckets der Hashtabelle werden vorher intern lexikalisch nach Termen sortiert. Dann wird überprüft, ob weitere invertierte Dateien existieren. Wenn das nicht der Fall ist, dann wird ein Eintrag nach dem anderen von der einen invertierten Datei in die endgültige invertierte Datei eingefügt. Bei jeder Einfügung wird die physikalische Adresse des Eintrags in der invertierten Datei einem Datensatz des Wörterbuchs zugeordnet, der dann in das Wörterbuch eingefügt wird. Im Falle, daß mehrere invertierte Dateien existieren, werden sie nach folgendem Schema zu einer einzigen invertierten Datei zusammengeschmolzen:

Level 1:   merge $0, 1 \rightarrow 0; 2, 3 \rightarrow 2; 4, 5 \rightarrow 4; 6, 7 \rightarrow 6$;
Level 2:   merge $0, 2 \rightarrow 0; 4, 6 \rightarrow 4$;
Level 3:   merge $0, 4 \rightarrow 0$;

Wenn danach nur noch eine einzige invertierte Datei existiert, wird wie im obigen Fall, daß es nur eine einzige invertierte Datei gibt, vorgegangen.

### B.3.3.2   flush_memory_to_disk

SYNTAX:   void flush_memory_hashtable_to_disk(database* db,boolean completely
long not_flush_doc_id)

    IN:   database *db – Alle Informationen der Hashtabelle aus dieser Struktur
werden in die invertierte Datei geschrieben.
boolean completely – *true*, wenn die endgültige invertierte Datei und
das Wörterbuch erzeugt werden;
long not_flush_doc_id – Nummer des Dokuments, dessen Terme noch
nicht in die invertierte Datei geschrieben werden sollen.

  OUT:   —
WERT:   —

Diese Funktion erzeugt die invertierte Datei und das Wörterbuch. Dabei werden alle Daten in der Hashtabelle in eine invertierte Datei geschrieben. Wenn mehrere invertierte Dateien existieren, werden sie nach dem oben vorgestellten Schema zusammgeschmolzen. Am Ende, wenn es nur noch eine einzige invertierte Datei gibt, werden alle Einträge daraus in die endgültige invertierte Datei geschrieben. Dabei wird vom jedem Eintrag die physikalische Adresse in der invertierten Datei für einen Datensatz des Wörterbuchs ermittelt.

Falls während der Indexierung die Hashtabelle oder der Speicherplatz voll ist, werden alle Terme der bisher fertig gelesenen Dokumente in die invertierte Datei geschrieben. Terme von einem noch fertig gelesenen Dokument mit der Dokument-ID not_flush_doc_id werden vorläufig in einer externen Datei gesichert, bis die anderen

164

FUHRNDCA630-00000186

schon geschrieben sind, dann werden sie wieder eingelesen und in der Hashtabelle abgespeichert.

### B.3.3.3   finished_add_word

SYNTAX:   long finished_add_word(database* db)
IN:   database *db – Alle Informationen der Hashtabelle aus dieser Struktur werden in die invertierte Datei geschrieben.
OUT:   —
WERT:   0, erfolgreich

Diese Funktion beendet den Textindexierungsprozeß und bewirkt die Erzeugung der invertierten Datei und des Wörterbuchs. Dabei wird die Funktion flush_memory_to _disk aufgerufen.

### B.3.3.4   field_flush_memory_hashtable_to_disk

SYNTAX:   void field_flush_memory_hashtable_to_disk(database* db,
                                                   boolean completely,
                                                   not_flush_doc_id
                                                   long field_id)
IN:   database *db – Alle Informationen der Hashtabelle aus dieser Struktur werden in die invertierte Datei geschrieben;
boolean completely – *true*, wenn die endgültige invertierte Datei und das Wörterbuch erzeugt werden;
long not_flush_doc_id – Nummer des Dokuments, dessen Terme noch nicht in die invertierte Datei geschrieben werden sollen.
long field_id – Feldnummer.
OUT:   —
WERT:   —

Die Funktionsweise dieser Funktion ist wie bei der Funktion flush_memory_hashtable _to_disk. Sie erzeugt die invertierte Datei und das Wörterbuch für das Feld mit der Feld-ID.

### B.3.3.5   field_finished_add_word

SYNTAX:   long field_finished_add_word(database* db, long field_id)
IN:   database *db – Alle Informationen der Hashtabelle aus dieser Struktur werden in die invertierte Datei geschrieben;
long field_id – Feldnummer.
OUT:   —
WERT:   —

165

FUHRNDCA630-00000187

Diese Funktion beendet den Textindexierungsprozeß für ein Feld und bewirkt die Erzeugung der invertierten Datei und des Wörterbuchs für dieses Feld. Dabei wird die Funktion field_flush_memory_to_disk aufgerufen.

### B.3.3.6 Include-Dateien

- cutil.h
- futil.h
- irhash.h
- hash.h
- panic.h
- irfiles.h
- irext.h

## B.4 Stemming-Modul

Das Modul Stemming ist in der Datei stemmer.c enthalten. Es hat die Aufgabe, die Wörter auf ihre Stammformen zu reduzieren. Dies geschieht durch den Aufruf der Funktion *stemmer* in dieser Datei.

SYNTAX: char* stemmer(char* word)
    IN: char* word – Auf eine Stammform zu reduzierendes Wort
  OUT: —
 WERT: Auf eine Stammform reduziertes Wort

Diese Funktion führt die Stammformreduktion aus. Das Ergebnis ist ein auf die Stammform reduziertes Wort.

### B.4.1 Include-Dateien

- cutil.h
- panic.h
- futil.h
- stemmer.h

FUHRNDCA630-00000188

## B.5    Soundex- und Phonix-Modul

Dieses Modul hat die Aufgabe ein Wort auf den entsprechenden Soundex- oder Phonix-Code abzubilden. Die Datei soundex.c beschreibt dieses Modul. Zwei wesentliche Funktionen sind *SoundexCode* und *PhonixCode*.

SYNTAX:   void SoundexCode(char* Name, char* Key)
    IN:   char* Name – Abzubildendes Wort;
          char* Key – enthält den Soundex-Code;
  OUT:   —
WERT:   —

SYNTAX:   void PhonixCode(char* Name, char* Key)
    IN:   char* Name – Abzubildendes Wort;
          char* Key – enthält den Phonix-Code;
  OUT:   —
WERT:   —

### B.5.1    Include-Dateien

* cdialect.h

## B.6    Synonym-Modul

Dieses Modul erfaßt Synonyme. Dabei wird eine externe Synonym-Datei (Abschnitt 3.3.3.3) gelesen. Das Synonym wird in den WAIS-Index eingetragen. Die Funktionen *syn_ReadFile* und *lookup_Synonym* sind die zwei wesentlichen Funktionen.

### B.6.1    syn_ReadFile

SYNTAX:   void syn_ReadFile (char* fn, t_Synonym** ptr,
                     int* syn_Table_Size)
    IN:   char* fn – Name der Synonym-Datei;
          t_Synonym** ptr – Synonym-Tabelle;
          int* syn_Table_Size – Größe der Synonym-Tabelle;
  OUT:   —
WERT:   —

Diese Funktion liest die Synonym-Datei ein und speichert die Synonyme in einer Synonym-Tabelle.

167

FUHRNDCA630-00000189

### B.6.2    lookup_Synonym

SYNTAX:   char* lookup_Synonym(char* word, t_Synonym* syn_Table,
                          int syn_Table_Size)

   IN:   char* word – vom Dokument gelesenes Wort;
         t_Synonym* syn_Table – Synonym-Tabelle;
         int syn_Table_Size – Größe der Synonym-Tabelle;

  OUT:   —

 WERT:   Synonym-Wort

Diese Funktion schaut in der Synonym-Tabelle nach, ob zu einem Wort ein entsprechendes Synonym existiert. Wenn ja, wird das Wort durch ein Synonym ersetzt, das dann zurückgegeben wird. Ansonsten wird das ursprüngliche Wort zurückgegeben.

### B.6.3    Include-Dateien

- synonym.h
- cutil.h

## B.7    Servermodule

Der Server hat die Aufgabe, alle Anforderungen vom Client zu bearbeiten. Dabei handelt es sich um den Austausch von Vereinbarungen zwischen dem Client und dem Server und die Bearbeitung von Such-, Relevance-Feedback- und Retrievalanfragen. Die Servermodule bestehen aus folgenden Dateien:

- **ir.c**
- **irsearch.c**
- **sersrch.c**
- **query_y.c**

Die Dateien irsearch.c und sersrch.c bilden den Search-Engine. Abbildung B.2 stellt das Zusammenspiel der Dateien dar.



Abbildung B.2: Abhängigkeit der Servermodule

168

**FUHRNDCA630-00000190**

## B.7.1   ir.c

Dieses Modul hat die Aufgabe, eine Message (Z39.50 APDU), die in einem Buffer abgelegt ist, zu interpretieren und zu verarbeiten. Es besteht aus den folgenden Funktionen:

- *interpret_buffer*
- *handleInit*
- *handleSearch,*
- *handleRelevanceFeedbackSearch,*
- *handleElementRetrieval.*

### B.7.1.1   Vorgehensweise

Jede beim Server ankommende Message, die in einem Buffer abgelegt ist, wird interpretiert. Handelt es sich dabei um eine Kommunikationsinitialisierung, so wird die Größe einer Message, die durch die Konstante BUFSIZ in der Datei ir/server.h auf 100000 Bytes gesetzt ist, festgelegt und die vom Client verlangten Dienstleistungen überprüft. Die vom Server vorgeschlagene Größe einer Message ist entweder kleiner oder gleich der vom Client. Ist die Message eine Anfrage, wird der Anfragetyp überprüft, ob es sich um eine Anfrage vom Typ 1 (Retrievalanfrage) oder 3 (Such- oder Relevance Feedback-Anfrage) handelt. Die Anfrage wird dementsprechend behandelt. Das Ergebnis nach jeder Verarbeitung einer Message wird in einen Buffer abgelegt und an den Client zurückgesendet.

### B.7.1.2   interpret_buffer

SYNTAX:   long interpret_buffer( char* receiveBuffer, long receiveBufLen,
char* sendBuffer, long sendBufLen,
long* maxBufferSize, long waisProtocolVersion,
char* index_directory)

IN:   char* receiveBuffer – Der Buffer, der die zu interpretie- rende Message enthält;
long receiveBufLen – Wie groß ist die Message;
char* sendBuffer – Der Buffer, der die Anwort-Message enthält;
long sendBufLen – Größe des Sendbuffers;
long* maxBufferSize – Maximale Buffergröße;
long waisProtocolVersion – Version des WAIS-Protokolls;
char *index_directory – Der Verzeichnisname der Datenbank.

AUSGABE   —
WERT:   Anzahl von geschriebenen Bytes.

Eine Message, die in einem Buffer gespeichert wird, wird von dieser Funktion interpretiert, ob es sich um eine Initialisierung oder um eine Anfrage handelt.

FUHRNDCA630-00000191

### B.7.1.3   handleInit

SYNTAX:   static void handleInit (char\*\* recBuf, char\*\* sendBuf,
long\* sendBufLen, long\* maxBufLen)

  IN:   char\*\* recBuf – Der Buffer, der die Message enthält;
char\*\* sendBuf – Der Buffer, der die Antwort-Message enthält;
long\* sendBufLen – Größe des Sendbuffers;
long\* maxBufLen – Maximale Buffergröße.

OUT:  —

WERT:  —

Handelt es sich um eine Initialisierung, so wird diese Funktion aufgerufen. Hier schlägt
der Server dem Client die Größe einer Message vor und überprüft, ob der Client die
Present- oder Delete-Dienstleistungen verwenden will. Wenn das der Fall ist, dann
teilt der Server dem Client mit, daß der weitere Datenaustausch nicht stattfinden
kann. Standardmäßig liegt die Größe einer Message bei 100000 Bytes. Sie wird vom
Client festgelegt.

### B.7.1.4   handleSearch

SYNTAX:   static void handleSearch (char\*\* recBuf, char\*\* sendBuf,
long\* sendBufLen, long waisProtocolVersion,
char \*index_directory)

  IN:   char\*\* recBuf – Der Buffer, der die Message enthält;
char\*\* sendBuf – Der Buffer, der die Antwort-Message enthält;
long\* sendBufLen – Größe des Sendbuffers;
long waisProtocolVersion – Version des WAIS-Protokolls;
char \*index_directory – Der Verzeichnisname der Datenbank.

OUT:  —

WERT:  —

Die in recBuf gespeicherte Message wird zunächst in eine Z39.50 APDU umgewandelt.
Die Datenbankspezifikation wird überprüft, ob es sich um eine Datenbank handelt,
die auf einem anderen Server liegt. Dann wird die Zugriffssicherheit überprüft. Die
Z39.50 APDU wird interpretiert, ob es sich um eine Such-, Relevance-Feedback- oder
Retrievalanfrage handelt. Bei einer Such- und Relevance-Feedback- bzw. Retrieval-
anfrage wird die Funktion handleRelevanceFeedbackSearch bzw. handleElementRet-
rieval benutzt.

170

FUHRNDCA630-00000192

### B.7.1.5   forwardSearch

SYNTAX:   static void forwardSearch( SearchAPDU* aSearch,
                                             char** sendBuf,
                                             long* sendBufLen,
                                             long waisProtocolVersion)

     IN:   SearchAPDU* aSearch – Eine SearchAPDU, die eine Suchanfrage
enthält;
char** sendBuf – enthält das Suchergebnis;
long* sendBufLen – Buffergröße;
long waisProtocolVersion – Version des WAIS-Protokolls;

OUT:   —

WERT:   —

### B.7.1.6   handleRelevanceFeedbackSearch

SYNTAX:   static void
handleRelevanceFeedbackSearch(SearchAPDU* search,
                                             char** sendBuf, long* sendBufLen,
                                             long waisProtocolVersion,
                                             char*index_directory)

     IN:   SearchAPDU* search – Z39.50 SearchAPDU;
char** sendBuf – enthält das Suchergebnis;
long* sendBufLen – Buffergröße;
long waisProtocolVersion – Version des WAIS-Protokolls;
char *index_directory – Der Verzeichnisname der Datenbank.

OUT:   —

WERT:   —

Eine Such- oder Relevance-Feedback-Anfrage ist in der Z39.50 SearchAPDU enthal-
ten. Handelt es sich bei der Suchanfrage um eine spezielle Suchanfrage, wie beispiels-
weise *all*, *help*, *HELP*, *Help*, *?* oder *\**, so wird die Suche in der *Info* Datenbank
erfolgen. Ansonsten erfolgt die Suche in der spezifizierten Datenbank. Das Ergebnis
der Suche wird in das WAISSearchResponse-Objekt dann in die Z39.50 SearchRes-
ponseAPDU umgewandelt. Schließlich wird die Z39.50 SearchResponseAPDU in
den Buffer sendBuff geschrieben. Handelt es sich bei einer Suchanfrage um Doku-
mente vom Typ *TEXT-FTP* oder *FTP-DIR*, wird die Funktion handleFTPSearch,
die jetzt behandelt wird, aufgerufen.

FUHRNDCA630-00000193

### B.7.1.7   handleFTPSearch

SYNTAX:   static void handleFTPSearch( SearchAPDU* aSearch,
                                      char** sendBuf, long* sendBufLen,
                                      long waisProtocolVersion,
                                      char* index_directory)

    IN:   SearchAPDU* search – SearchAPDU, die in der Anfrage spezifizierte
Dokumentverweise enthält;
char** sendBuf – enthält Suchergebnis;
long* sendBufLen – Länge des Buffers;
long waisProtocolVersion – Version des WAIS-Protokolls;
char *index_directory – Der Verzeichnisname der Datenbank.

OUT:   —
WERT:   —

Diese Funktion liefert alle in den vom Client gesendeten Dokumentverweisen spezifizierten Pfadnamen als Headlines. Es wird dabei kein Ranking durchgeführt. Das Ergebnis ist eine Menge von Dokumentverweisen, die nach der Umwandlung in Z39.50 APDU im Sendebuffer gespeichert werden.

### B.7.1.8   handleElementRetrieval

SYNTAX:   static void
handleElementRetrieval(SearchAPDU* search,
                       char** sendBuf, long* sendBufLen,
                       long waisProtocolVersion,
                       char* index_directory)

    IN:   SearchAPDU* search – SearchAPDU, die eine Retrievalanfrage
enthält;
char** sendBuf – enthält das Suchergebnis;
long* sendBufLen – Buffergröße;
long waisProtocolVersion – Version des WAIS-Protokolls;
char *index_directory – Der Verzeichnisname der Datenbank.

OUT:   —
WERT:   —

Diese Funktion holt ein Originaldokument aus der Kollektion. Die Anfragesyntax in der SearchAPDU ist vom Typ *Type-1*. Diese APDU wird interpretiert. Das Ergebnis des Retrievalprozesses wird in dem WAISSearchResponse-Objekt und dann in eine Z39.50 SearchReponseAPDU umgewandelt. Schließlich wird die Z39.50 SearchReponseAPDU in den Sendebuffer geschrieben.

172

FUHRNDCA630-00000194

### B.7.1.9   Include-Dateien

- server.h
- ir.h
- wprot.h
- irsearch.h
- docid.h
- cutil.h
- irfiles.h
- irretrvl.h
- sockets.h
- panic.h

## B.7.2   sersrch.c

Diese Datei sersrch.c führt die Suche nach Dokument-IDs über einzelne Terme durch.
Die Hauptfunktion dieser Datei ist die Funktion *search_word*.

### B.7.2.1   Vorgehensweise

Für jeden Term wird auf das Wörterbuch zugegriffen, um festzustellen, ob der Term
in der Datenbank vorhanden ist. Ist das der Fall, erfolgt über den mit dem zu einem
Term gehörigen Hinweiszeiger der direkter Zugriff auf den entsprechenden Eintrag in
der invertierten Datei. Das Ähnlichkeitsmaß zwischen einem Dokument und einer
Anfrage wird berechnet. Das Endergebnis nach der Bearbeitung aller Terme ist eine
Liste von Gewichten, die aufsteigend nach Dokument-IDs sortiert ist. Die Gewichte
der einzelnen Dokumente werden in der globalen Variable *document_score_array* ge-
speichert.

### B.7.2.2   search_word

SYNTAX:   long search_word(char *word, char* field_name, long char_pos,
                  long line_pos, long weight, long doc_id,
                  long word_pair, database *db)

   IN:   char *word – Zu suchendes Wort;
         char* field_name – Feldname bei der Feldsuche;
         char* char_pos – Startposition des Wortes;
         long line_pos – wird nicht benutzt;
         long weight – enthält spezifischen Wert für Literal-, Wildcard- und
         numerische Suche;

   OUT:   —
   WERT:   -1, wenn Fehler auftritt.

173

FUHRNDCA630-00000195

Die Aufgabe dieser Funktion ist, über den im Parameter *word* spezifizierten Term eine Liste Dokument-IDs in der invertierten Datei zu finden. Es wird zunächst nach dem Term im Wörterbuch gesucht, dann erfolgt der direkte Zugriff auf die invertierte Datei. Bei einer Feldsuche wird explizit nur auf das Wörterbuch und die invertierte Datei des im Parameter *feld_name* spezifizierten Feld gesucht. Das endgültige Gewicht eines Dokuments zu einer Anfrage wird durch Addition aller Gewichte des Dokuments zu einem Term berechnet. Bei einer Literal-Anfrage enthält der Parameter *word* die ganze Zeichenkette. Es wird aber nur nach dem ersten Term in der Zeichenkette gesucht. Wenn der Term gefunden ist, wird zu der Position des Terms in einer Dokumentdatei gesprungen und mit Hilfe einer String-Suche nach der restlichen Zeichenkette gesucht. Bei einer Wildcard-Anfrage wird nur nach der vor dem Trunkationszeichen stehenden Zeichenfolge gesucht.

### B.7.2.3   Include-Dateien

- cutil.h
- irfiles.h
- irtfiles.h
- irsearch.h
- irext.h
- byte_order.h
- stemmer.h
- boolean_op.h
- field_search.h
- weight.h

## B.7.3   query_y.c

Bei diesem Modul handel es sich um den Anfrageparser. Seine Aufgabe besteht darin eine Anfrage auf syntaktische Korrektheit zu analysieren. Die Funktion *analyse_string* führt diese Aufgabe durch.

### B.7.3.1   analyse_string

SYNTAX:   char* analyse_string( char* string, long* number_of_fields,
                                                   int* global_dictionary_exists)

    IN:   char* string – Die zu analysierende Anfrage;
          long* number_of_fields – Anzahl der Felder;
          int* global_dictionary_exists – 1, wenn in der globalen Datenbank gesucht werden soll;

  OUT:   —

WERT:   Eine neue Anfrage, gegebenfalls in Postfix-Notation

FUHRNDCA630-00000196

Diese Funktion analysiert eine Anfrage und wandelt sie gegebenfalls in eine neue Anfrage in Postfix-Notation um.

### B.7.3.2   Include-Dateien

- cutil.h

## B.7.4   irsearch.c

Die Hauptfunktionen in dieser Datei sind *run_search* und *search_for_words*.

### B.7.4.1   Vorgehensweise

Die Funktion run_search koordiniert die Suche im WAIS-Index. Eine Anfrage wird zunächst auf syntaktische Korrekheit überprüft. Diese Aufgabe wird durch den Aufruf des Anfrageparsers erledigt. Hat die Anfrage einen Syntaxfehler, dann wird die Suche abgebrochen und eine entsprechende Fehlermeldung zurückgeliefert. Sonst wird die bereits analysierte Anfrage an die Funktion search_for_words übergeben. Diese Funktion zerlegt die Anfrage in einzelne Terme und ruft die Funktion *search_word* aus der Datei sersrch.c auf. Alle gefundenen Dokument-IDs in der globalen Variable *document_score_arrray* werden nun nach Gewichten sortiert. Standardmäßig werden die besten 40 Dokumente in die Ergebnismenge aufgenommen. Werden die Dokument-IDs der 40 besten Dokumente festgelegt, erfolgt für jede Dokument-ID der Zugriff zunächst auf die Dokument-Tabelle dann auf die Headline und schließlich auf die Filename-Tabelle. Daraus wird für jede Dokument-ID ein Dokumentverweis gebildet. Ist die Größe der Menge der Dokumentverweise größer als die festgelegte Größe einer Message, so werden die Dokumentverweise mit dem niedrigsten Gewicht so lange aus der Ergebnismenge entfernt, bis ihre Größe stimmt.

### B.7.4.2   run_search

SYNTAX:   boolean run_search(SearchAPDU* aSearch,
                    WAISDocumentHeader** headers,
                    diagnosticRecord*** diags,
                    char *index_directory,
                    char **seed_words_used,
                    long waisProtocolVersion,
                    long *headerNum)

FUHRNDCA630-00000197

IN:  SearchAPDU* aSearch – SearchAPDU, die eine Such- oder Relevance
     Feedback-Anfrage enthält;
     WAISDocumentHeader** headers – Liste von Suchergebnissen
     (Dokumentverweisen);
     diagnosticRecord*** diags – Liste von Diagnostics;
     char *index_directory – Der Verzeichnisname der Datenbank.
     char **seed_words_used – Suchanfrage;
     long waisProtocolVersion – Version des WAIS-Protokolls;
     long *headerNum – Anzahl von Dokumentverweisen;
OUT:  —
WERT: FALSE, wenn Fehler auftritt.

run_search koordiniert eine Suche. Hier wird auch überprüft, ob die Größe der Ergebnismenge die festgelegte Größe einer Message überschritten hat. Ist das der Fall wird wie oben beschrieben vorgegangen.

### B.7.4.3   search_for_words

SYNTAX: boolean search_for_words(char* words,
                                 database* db,
                                 long doc_id)
IN:  char* words – Suchanfrage, die in mehrere Wörter zerlegt wird;
     database *db – Struktur zur internen Verwaltung der Datenbank
     long doc_id – $\neq 0$, wenn es sich um Terme aus einem Dokument beim
     Relevance Feedback handelt;
WERT: -1, wenn Fehler auftritt.

Eine Anfrage wird durch die lexikalische Analyse in Wörter zerlegt, nach denen die Suche erfolgen soll.

### B.7.4.4   Include-Dateien

- cutil.h
- irfiles.h
- irtfiles.h
- irext.h
- irsearch.h
- docid.h
- irretrvl.h
- soundex.h
- analyse_str.h
- field_search.h
- trie.h

FUHRNDCA630-00000198

# Literaturverzeichnis

**Adie, C.** (1993). *Network Access to Multimedia Information.* Technischer report, Edinburgh University Computing Service, Great Britain.

**Bayer, R.; McCreight, E.** (1972). Organisation and Maintenance of Large Ordered Indexes. *Acta Informatica 1*, S. 173–189.

**Bayer, R.; Unterauer, K.** (1977). Prefix B-Trees. *ACM Transactions on Database Systems 2(1)*, S. 11–26.

**Berners-Lee, T.** (1992). *The HTTP Protocol as Implemented in W3.* Technischer report. URL=ftp://info.cern.ch/pub/www/doc/http.txt

**Berners-Lee, T.** (1993). *Hypertext Markup Language (HTML).* Technischer report. URL=ftp://info.cern.ch/pub/www/doc/html-spec.ps

**Berners-Lee, T.** (1993). *Protocol for the Retrieval and Manipulation of Textual and Hypermedia Information.* Technischer report. URL=ftp://info.cern.ch/pub/www/doc/http-spec.ps

**Berners-Lee, T.** (1993). *Uniform Resource Locators.* Technischer report. URL=ftp://info.cern.ch/pub/ietf/url4.ps

**Comer, D.** (1979). The Ubiquitous B-Tree. *ACM Computing Surveys 11(2)*, S. 121–137.

**Comer, D.** (1991). *Internetworking with TCP/IP*, Band 1. Prentice-Hall.

**Davies, F.; Kahle, B.; Morris, H.; Salem, J.; Shen, T.; Wang, R.; SuiJ. Grinbaum, M.** (1990). *WAIS Interface Protocol.* Technischer report, Thinking Machine Corporation. URL=ftp://quake.think.com/wais/doc/protspec.txt

**Fuhr, N.** (1993). *Information Retrieval – Skriptum zur Vorlesung im WS 91/92.* Technischer report, Universität Dortmund, FB Informatik, Informationssytem LS6.

**Kahle, B.** (1989). *Wide Area Information Server Concepts.* Technischer report, Thinking Machines Corporation. URL=ftp://wais.com/pub/wais-inc-doc/wais-concepts.txt

**Kahle, B.; Morris, H.; Goldman, J.; Erickson, T.; Curran, J.** (1993). Interfaces for Distributed Systems of Information Servers. *Journal of the American Society for Information Science 44(8)*, S. 453–467.

**Knuth, D.** (1973). *The Art of the Computer Programming – Sorting and Searching*, Band 3. Addison-Wesley.

Unic  FB Informatik 20.03.19  P7b9e10

FUHRNDCA630-00000199

**Lynch, C.** (1991). The Z39-50 information retrieval protocol: an overview and status report. *ACM computer Communications Review 21(1)*.

**Lynch, C.** *The Z39.50 Protocol in Plain English.* Technischer report. URL=ftp://wais.com/pub/protocol/plain.english.txt

**Lynch, C.** (1995). *Using the Z39.50 Information Retrieval Protocol in the Internet Environment.* Technischer report. URL=ftp://wais.com/pub/protocol/draft-ietf-iiir-z3950-over-tcp-00.txt

**Marshall, P.** (1992). *WAIS: The Wide Area Information Server or Anonymous What???* Technischer report, The University of Western Ontario. URL=ftp://wais.com/pub/wais-doc/UWO-wais-paper.ps

**Morris, H.** (1990). *WAIS Protocol Users Manual Release 1.0.1.* Technischer report, Thinking Machines Corporation.

**Poersch, T.** (1993). *Design and Implementation of Access Pathes for String Similarity Searches.* Diploma thesis, Universität Dortmund.

**Porter, M. F.** (1980). An Algorithm for Suffix Stripping. *Program 14*, S. 130–137.

**Salton, G.; Buckley, C.** (1988). On the Use of Spreading Activation Methods in Automatic Information Retrieval. In: Chiaramella, Y. (Hrsg.): *11th International Conference on Research & Development in Information Retrieval*, S. 147–160. Presses Universitaires de Grenoble, Grenoble, France.

**Salton, G.; McGill, M. J.** (1983). *Introduction to Modern Information Retrieval.* McGraw-Hill, New York.

**Tanenbaum, A.S.** (1990). *Computer-Netzwerke.* Wolfram

**Thinking Machines Corporation** (1991). *Massively Parallel Information Retrieval for Wide Area Information Servers.* Technischer report, Thinking Machines Corporation.

**WAIS Inc** (1993). *Technical Description of WAIS 2.0.* Technischer report, WAIS Inc. URL=http://server.wais.com/newhomepages/techtalk.html

**Wirth, N.** (1983). *Algorithmen und Datenstrukturen.* Teubner, Stuttgart.

FUHRNDCA630-00000200

# EXHIBIT 2

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **MANUAL FILING NOTIFICATION FOR EXHIBIT 2 TO THE DECLARATION OF NORBERT FUHR IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:  December 12, 2013<br>Time:  1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Honorable Lucy H. Koh |
| Defendants. | |

## <u>MANUAL FILING NOTIFICATION</u>

Regarding Exhibit 2 to the Declaration of Norbert Fuhr In Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment.

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[**X**] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal in Criminal Case

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

DATED:  November 1, 2013          QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By */s/ Victoria F. Maroulis* _____
                                      Charles K. Verhoeven
                                      Kevin P.B. Johnson
                                      Victoria F. Maroulis
                                      William C. Price

                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                      INC., and SAMSUNG
                                      TELECOMMUNICATIONS AMERICA, LLC

## ATTESTATION OF E-FILED SIGNATURE

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file Samsung's Manual Filing Notification For The Declaration of Norbert Fuhr In Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment.  In compliance with Civil L.R. 5-1(i), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  November 1, 2013                          */s/ Patrick D. Curran*
                                                   Patrick D. Curran

# EXHIBIT 3

# FTP directory /pub/src/freeWAIS-sf/ at ftp.is.informatik.uni-duisburg.de

To view this FTP site in Windows Explorer: press Alt, click **View**, and then click **Open FTP Site in Windows Explorer**.

Up to higher level directory

```
04/07/1998  12:00AM          978,451  freeWAIS-sf-2.0.65.tar.gz
04/07/1998  12:00AM          999,241  freeWAIS-sf-2.2.10.tar.gz
02/25/1999  12:00AM          998,767  freeWAIS-sf-2.2.11.tar.gz
04/16/1999  12:00AM        1,002,974  freeWAIS-sf-2.2.12.tar.gz
01/05/2000  12:00AM        1,003,273  freeWAIS-sf-2.2.13.tar.gz
06/08/2000  12:00AM          969,938  freeWAIS-sf-2.2.14.tar.gz
04/07/1998  12:00AM           37,010  fwsf.dvi.gz
04/07/1998  12:00AM           25,767  fwsf.info.gz
04/07/1998  12:00AM           84,339  fwsf.ps.gz
04/07/1998  12:00AM           26,623  fwsf.texi.gz
10/20/2000  12:00AM            2,101  README
10/10/2000  12:00AM            2,384  README~
```

SAMNDCA630-07601359

# EXHIBIT 4

| From: | Ulrich Pfeifer <pfeifer@bastet.informatik.uni-dortmund.de> |
| Sent: | Friday, March 14, 1997 12:59 AM |
| To: | fhur@bastet.informatik.uni-dortmund.de; goevert@bastet.informatik.uni-dortmund.de; pfeifer@bastet.informatik.uni-dortmund.de |
| Subject: | freeWAIS-sf (hosts) |

```
US Educational      337
US Commercial       272
Germany             250
France              229
Japan               191
US Government       144
Network             113
United Kingdom       97
Canada               87
Non-Profit           82
Italy                68
Netherlands          53
Sweden               41
Spain                36
Australia            33
Finland              30
United States        28
Switzerland          28
Belgium              19
Mexico               18
US Military          17
Soviet Union         17
Russian Federation   17
Poland               14
Austria              14
Norway               13
Korea (South)        13
Czech Republic       10
China                 9
Hong Kong             8
Singapore             7
Taiwan                7
Ukraine               7
Argentina             6
Denmark               6
Malaysia              5
Estonia               5
Portugal              5
Romania               4
Israel                4
```

1

Confidential                                                          PFEIFERNDCA630-00004625

| | |
|---|---|
| Greece | 4 |
| Brazil | 4 |
| Chile | 3 |
| Lithuania | 3 |
| Indonesia | 3 |
| South Africa | 3 |
| Slovenia | 3 |
| New Zealand | 2 |
| Turkey | 2 |
| Hungary | 2 |
| Luxembourg | 2 |
| Iceland | 1 |
| India | 1 |
| Thailand | 1 |
| Unresolved | 389 |
| Local | 17 |
| = total = | 2784 |

2

**Confidential**

**PFEIFERNDCA630-00004626**