

Figure 16
Push Synchronization

APL630DEF-WH-A0000039570



Figure
17

US 6,671,757 B1

**1**

## DATA TRANSFER AND SYNCHRONIZATION SYSTEM

### LIMITED COPYRIGHT WAIVER

A portion of the disclosure of this patent document contains material to which the claim of copyright protection is made. The copyright owner has no objection to the facsimile reproduction by any person of the patent document or the patent disclosure, as it appears in the U.S. Patent and Trademark Office file or records, but reserves all other rights whatsoever

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to the transference of data between two systems independent of the form in which the data is kept on the respective systems, and in particular to providing an efficient means of communicating data between systems and devices.

2. Description of the Related Art

The growth of computing-related devices has not been limited to personal computers or work stations. The number of personal computing devices has grown substantially in both type and format. Small, hand-held computers carry a multitude of contact, personal, document, and other information and are sophisticated enough to allow a user to fax, send e-mails, and communicate in other ways wirelessly. Even advanced cellular phones carry enough memory and processing power to store contact information, surf the web, and provide text messaging. Along with the growth in the sophistication of these devices, the need to transfer information between them has grown significantly as well.

With a multitude of different device types on the market, keeping information between the different devices synchronized has become increasingly problematic. For example, if an individual keeps a calendar of information on a personal computer in his or her office using a particular personal information manager application, the individual would generally like to have the same information available in a cellular phone, hand-held organizer, and perhaps a home personal computer. The individual may additionally have a notebook computer which requires synchronizing file data such as presentations or working documents between the notebook and the office computer.

Until now, synchronization between both documents and personal information managers has occurred through direct connection between the devices, and generally directly between applications such as a personal information manager in one device and a personal information manager in another device or using an intermediary sync-mapping program.

One example of this is the prevalent use of the 3Com Palm® OS-based organizer, such as the 3Com Palm® series of computing devices, which uses its own calendaring system, yet lets users synchronize the data therein with a variety of different personal information manager software packages, such as Symantec's ACT!™, Microsoft's Outlook®, and other systems. In this example, an intermediary synchronization program such as Puma Technology, Inc.'s Intellisync® is required. Intellisync® is an application program which runs on both the hand-held device and the computer which stores the information data and maps data systems between non-uniform data records. In other cases, direct transfer between applications such as transfer between

**2**

Microsoft's Outlook® computer-based client and Microsoft's Windows CE "Pocket Outlook" application, is possible. Nevertheless, in both cases, synchronization occurs through direct connection between a personal computer and the personal computing device. While this connection is generally via a cable directly connecting, for example, Palm® device in a cradle to the personal computer, the connection may be wireless as well.

One component of these synchronization systems is that the synchronization process must be able to delineate between when changes are made to specific databases and must make a decision about whether to replace the changed field. Normally, this is measured by a change in one database, and no-change in a second database. In some cases, both databases will have changed between syncs. In this case, the sync operation must determine which of the two changes which has been made is to "win" and replace the other during the sync. Generally, this determinant of whether a conflict exists allows some means for letting the user resolve the conflict.

In a technical sense, synchronization in this manner is generally accomplished by the copying of full records between systems. At some level, a user is generally required to map data fields from one application to another and specify which data fields are assigned to which corresponding field in a different device. Less mapping is required where developers more robustly support various platforms of applications.

In many instances, the data to be synchronized is generally in the form of text data such as records of addresses, contact information, calendar information, notes and other types of contact information. In certain instances, data to be synchronized will be binary format of executable files or word processor-specific documents. In many cases where document synchronization is required, the synchronization routine simply determines whether or not the documents in question have changed, and uses a time-based representation to determine which of the two files is newer, and replaces the older file with the newer file to achieve synchronization, as long as the older of the two files was in fact not changed. This is the model used in the familiar "Briefcase" function in Microsoft Windows-based systems. If both files have changed, then the synchronization routine presents the option of conflict resolution to the user.

Such synchronization schemes are generally relatively inefficient since they require full band-width of the document or binary file to be transferred via the synchronization link. In addition, at some level the synchronization programs require interaction by the user to map certain fields between different programs.

One of the difficulties in providing synchronization between different computing devices is that the applications and platforms are somewhat diverse.

Nevertheless, all synchronization programs generally require certain functions in order to be viable for widespread usage. In particular, synchronization programs must work with popular applications on various platforms. Sync applications must allow for conflicts resolution when changes are made to the same information on different devices between syncing events. They must provide synchronization for all types of formats of data, whether it be text data in the form of contacts, e-mails, calendar information, memos or other documents, or binary data in the form of documents or programs in particular types of formats.

In a broader sense, applications which efficiently synchronize data between disparate types of devices can provide

APL630DEF-WH-A0000039572

US 6,671,757 B1

3

advantages in applications beyond synchronizing individual, personal information between, for example, a personal information manager hardware device such as a Palm® computing device, and a personal computer. The same objectives which are prevalent in developing data transfer between personal information management (PIM) devices and desktop systems lend themselves to furthering applications requiring data transfer between other types of devices, on differing platforms. These objectives include speed, low bandwidth, accuracy, and platform independence.

For example, current e-mail systems use a system which is somewhat akin to the synchronization methods used for disparate devices in that an entire message or file is transferred as a whole between different systems. When a user replies to an e-mail, generally the entire text of the original message is returned to the sender, who now has two copies of the e-mail text he/she originally sent out. The same is true if an e-mail attachment is modified and returned. All of the text which is the same between both systems is essentially duplicated on the originator's system.

## SUMMARY OF THE INVENTION

The invention comprises a system and method for efficiently, quickly and easily synchronizing devices which can couple to the Internet, or any network. Synchronization of the devices can occur at independent times using an intervening network based storage server to store changes to data for all the different devices in the system in a data independent format, and provide the data on request to the device requesting a sync at the time requested. Hence, two devices need not be coupled to each other to perform a sync.

In one aspect the invention comprises a system for synchronizing data between a first system and a second system. The system includes a first sync engine on the first system interfacing with data on the first system to provide difference information. A data store is coupled to network and in communication with the first and second systems. A second sync engine is provided on the second system coupled to receive the difference information from the data store via the network, and interfacing with data on the second system to update said data on the second system with said difference information.

Difference information is transmitted to the data store by the first sync engine and received from the data store from the second sync engine. The difference information is transmitted to the data store at a first point in time, and received from the data store at a second, subsequent point in time. In a further aspect, the second sync engine can interface with said data on the second system to provide second difference information to the data store and the first sync engine may thereafter couple to the data store to retrieve the second difference information and interface with the data on the first system to update said data on the first system with said second difference information.

The system may include a management server coupled to the network and in communication with the first sync engine, the second sync engine and the data store.

In a further aspect, the system may include a first device, coupled to the first system via the network, providing said data to the first system. In such instance, the first system may be a sync server.

The system may include a plurality of sync engines on a respective plurality of systems, each of said plurality of engines being coupled to receive difference information from each of said first, second and plurality of sync engines from the data store via the network. Each said engine

4

interfaces with data on the system on which it resides to update said data on said system on which it resides with said difference information, and interfaces with data on said system on which it resides to provide difference information from the system on which it resides to the data store.

In a further embodiment, the invention comprises a system including a first device, a data store and a second device. The first device includes at least a first data file and first differencing code having an input and an output coupled to a network to receive first device data change transactions, based on said at least one data file, from and provide change transactions to, said network. The data store is coupled to the network and has at least one data structure coupled to store change transactions. The second device includes at least a second data file and second differencing code having an input and an output coupled to the network to receive said first device data change transactions, and provide second change transactions based on said at least second data file to said data store.

In a further embodiment, the invention comprises a method for synchronizing at least a first and a second resident on a first and a second systems, respectively, coupled to the Internet, respectively. The method includes the steps of: determining difference data resulting from changes to the first file on the first system; transmitting the difference data to a server via the Internet; querying the server from a second system to determine whether difference data exists for files on the second system; retrieving the difference data to the second system; and updating the second file on the second system with the difference data.

In a still further aspect, the invention comprises an Internet synchronization system. The system includes a storage server having an Internet connection; a first device coupled to the Internet and including a device sync engine; and a second device coupled to the Internet and including a second device sync engine. A management server may further be provided. In this aspect, each device sync engine may comprise an application object, an application object store, and a delta engine.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be described with respect to the particular embodiments thereof. Other objects, features, and advantages of the invention will become apparent with reference to the specification and drawings in which:

FIGS. 1–7 are block diagrams of various configurations of the system of the present invention utilizing the differencing routines of the present invention.

FIG. 8 is an overview of one embodiment of the system architecture in accordance with the present invention.

FIG. 9A is a block diagram of the desktop device engine of the present invention.

FIG. 9B is a block diagram of the configuration of server side device engines utilized in accordance with the present invention.

FIG. 10 is a block diagram of one embodiment of the device engine in an operating system such as Windows.

FIG. 11 is a block diagram of an application object incorporated into the device engine of the present invention.

FIG. 12 is a diagram of storage object hierarchy of a universal data format utilized with the system of the present invention.

FIG. 13 is a listing of exemplary item objects used in accordance with the routines of the present invention.

FIG. 14 is a block diagram of a management storage server architecture for used in the system of the present invention.

US 6,671,757 B1

5

FIG. **15** is a flow diagram illustrating a pull synchronization in accordance with the system of the present invention.

FIG. **16** is a flow diagram illustrating a push synchronization in accordance with the system of the present invention.

FIG. **17** is a diagram of the management server architecture in accordance with the present invention.

DETAILED DESCRIPTION

The present invention includes a system and a method for transferring data between two devices which require information to be shared between them. In accordance with the discussion herein, a "device" is defined as a collection of elements or components organized for a common purpose, and may include hardware components of a computer system, personal information devices, hand-held computers, notebooks, or any combination of hardware which may include a processor and memory which is adapted to receive or provide information to another device; or any software containing such information residing on a single collection of hardware or on different collections of hardware. Such software might include applications such as personal information managers, which include contact data and other such information, e-mail systems, and file systems, such as those utilized by Microsoft Windows NT operating systems, Unix operating systems, Linux operating systems, or other systems capable of storing file types having binary formats which translate to application formats of differing types.

In one embodiment, the invention comprises a set of programs specifically designed to transmit and/or receive differencing data from one device to another device, irrespective of the type of file system, data, content, or system hardware configuration.

In a further aspect, the system comprises store and forward technology which utilizes the differencing technology to implement services via a public or private network, such as the Internet.

The system of the present invention finds particular usages in synchronizing personal contact information between different systems, but it will be readily apparent to one of average skill in the art that the present invention provides advantages having broader applicability than merely synchronizing various types of systems. For example, replying and forwarding e-mail can be made more efficient by forwarding only the differences in e-mails between systems. As a further example, updates to systems software via a network can be made more efficient where, for example, instead of completely replacing different modules of an application, only the differences of the modules need be forwarded, resulting in more efficient use of existing bandwidth.

System Overview

FIGS. 1–7 show various configuration alternatives of the present invention.

FIG. **1** shows an embodiment of the present invention in a basic configuration. In FIG. 1, a first system or device, system A, and a second system or device, system B, are coupled by a communication line **110**. It should be readily understood that communication line may be any direct coupling of the two systems which allows data to pass between the systems such as, for example, by means of serial ports, parallel ports, an Ethernet connection or other type of network, or an infrared link, or the like. System A includes a functional block **100** representing a differencing transmitter in accordance with the present invention. System B

6

includes a functional block **102** representing the differencing receiver in accordance with the present invention.

The differencing transmitter **100**, upon receipt of a control signal enabling operation of the transmitter, examines a specified data structure of information which is to be transmitted to system B. Differencing transmitter **100** extracts such information from System A and converts the information extracted into difference information Δ. Difference information Δ comprises only the changes to System B's data which have occurred on System B and instructions for implementing those changes. Hence, if the data to be transferred is a change to a file which exists on system B, difference information Δ comprises only the differences in such file and where such differences occur. If the data does not exist at all on System B, the difference information Δ will be the entire file. Difference information Δ received by differencing receiver **102** at System B is reconstructed at System B, and the changes reflected therein are updated on System B.

For example, if System A and System B are two computers and an update for certain binary files on System A is required, the differencing transmitter on System A will extract the differences in the file known to exist on System B and any new files, and transmit only those differences (an instructions for where to insert those differences) to the differencing receiver **102**. Differencing receiver **102** will interpret the difference information (Δ) and reconstruct the binary files on System B. In this manner, the information on System B is updated without the need to transfer the entire binary files between the Systems.

FIG. **2** shows a second example of the system of the present invention. In FIG. 2, both System A and System B include functional blocks **104**, each representing a differencing synchronizer. The function of the synchronizer **104** is similar to that of the transmitter and receiver combined; the synchronizer will allow difference information Δ to be both transmitted and received. For example, System A and System B are a portable computer and a desktop computer, respectively, where information such as contact information needs to be synchronized between the two, the differencing synchronizer **104** will extract changes made to the contact information on either System A or System B and at predetermined times, transmit the information Δ between the systems, and reconstruct the data on the receiving system to update information from the sending system, in order to ensure that both systems contain the same data.

FIG. **3** shows yet another alternative embodiment of the system of the present invention. In FIG. 3, System A again includes a differencing transmitter and System B includes a differencing receiver **102**. In this embodiment, a storage server **300** is coupled between System A and System B. Storage server **300** may store a separate database of the difference information Δ provided by System A, which allows System A to provide its difference information Δ to the storage server **300** at a first point in time, and storage server **300** to provide the same difference information Δ to System B at a second point in time, but not the same as the first point in time. In addition, multiple sets of difference information Δ may be provided at different points in time, and stored for later retrieval by System B. Still further, the difference information sets may be maintained on server **300** to allow data on either System A or System B to be returned to a previous state.

Once again, the storage server **300** is coupled by a direct connection **110** to both System A and System B. Storage server **300** may be a server specifically adapted to receive differencing information Δ from the receiver **100** and pro-

APL630DEF-WH-A0000039574

US 6,671,757 B1

7

vide it to the transmitter **102**. In one embodiment, server **300** includes specific functional routines for enabling this transfer. Alternatively, server **300** comprises standard information server types which respond to standard Internet communication protocols such as file transfer protocol (FTP), or hypertext transfer protocol (HTTP).

FIG. **4** shows yet another alternative embodiment of the system of the present invention wherein System A and System B, once again coupled directly to a storage server **300** by a direct connection line **110**, each include a differencing synchronizer **104**. Difference information Δ can be passed to and from System A through synchronizer **104** to and from the storage server **300** at a first point in time, and to and from System B at a second point in time. In this embodiment, storage server **300** may include routines, described below, for resolving conflicts between data which has changed on both System A and System B independently after the last point in times when the systems were synchronized.

FIG. **5** shows yet another alternative embodiment of the present invention including four systems: System A which includes a differencing synchronizer **104**; System B which includes a differencing receiver **102**; System C which also includes a differencing synchronizer **104**; and System D which includes a differencing transmitter **100**. Each is directly coupled to a storage server **300**, allowing control of transmission of differencing data Δ between the various systems. Server **300** may include routines, described in further detail below, to track the various types of systems which comprise System A through System D, and which control the transmission of various components of the difference information Δ to each of the various systems. For example, since System B includes only differencing receiver **102**, the difference information $\Delta_2$ which is provided to it may be a sub-component of that which is transferred between System A in the storage server **300**, or may be simply receiving broadcast information $\Delta_4$ from System D. In one embodiment of the system of the present invention, server **300** does not itself route the difference information derived from each receiver/transmitter/synchronizer. Server **300** acts as a repository for the information, and the determination of which difference information Δ is attributed to which receiver/transmitter/synchronizer is made by each receiver/transmitter/synchronizer.

FIG. **6** shows yet another alternative embodiment of the present invention. In FIG. **6**, a synchronizer is provided in storage server **300**. It should be recognized that a forwarder and/or receiver may be provided in server **300** as well. The particular embodiment shown herein may be advantageous where device processing power and memory are limited, such as cases where the device is a cell phone. It should be noted that the data transferred between system A and the device engine **104a** in such an embodiment may or may not be difference information, depending on whether System A has the capacity to detect and output difference information. Each of the devices may include a differencing receiver, a differencing transmitter, or a differencing synchronizer. It should be understood that a portion of the differencing synchronizer **104a** may reside on System A and another portion may reside on server **300**.

FIG. **7** shows yet another alternative embodiment of the present invention wherein the devices shown in FIG. **6** may be coupled to a combination of public or private networks **700** such as, for example, the Internet. The network **700** may include one or more storage servers $300_1,300_2$, and in such cases the difference information Δ transmitted between each such device **602–610** via intermediate storage on one of such

8

servers. Network **700** may couple the devices to one or more specialized function servers, such as servers designed to include a differencing forwarder, receiver or synchronizer. Such devices may comprise, by way of example and without limitation, a personal office PC **602**, a smart telephone **604**, a user's office PC **606**, a personal information Palm® computing device **608**, a telephone or cellular phone **604**, a home personal computer **606**, or a web browser **610**. Each differencing receiver, differencing transmitter, or differencing synchronizer present in devices **602–610** includes means to poll the data stored on storage servers $300_1,300_2$ to determine whether the data present at storage server $300_1,300_2$ includes difference information which the particular receiver or synchronizer is required to have to synchronize the data on the device on which it resides.

In the following description, an embodiment wherein the differencing receiver, transmitter, and synchronizer are described will be discussed with respect to its use in synchronizing contact information, calendar information, and binary file information between a plurality of different devices in the context of data synchronization. It will be readily understood that the system of the present invention is not limited to synchronization applications, or applications dependent upon specific types of data, such as contact information or scheduling information. In particular, it will be readily understood that the transmission of data comprising only the differences in data between two systems via routines which extract the data and reassemble data on the various systems, represents a significant advancement in the efficient transmission of data. The present invention allows for optimization in terms of a reduction in the bandwidth utilized to transmit data between two systems, since only changes to data are transferred. This consequently increases the speed at which such transactions can take place since the data which needs to be transmitted is substantially smaller than it would be were entire files transferred between the systems.

In a particular embodiment of the present invention, the ability of devices to connect to the Internet is leveraged to manage data transfer between the systems. In essence, each particular device which requires information access which can connect to the Internet may become part of the system of the present invention, and synchronize its data with other devices defined by a user as being part of the system.

Generally, the system comprises client software which provides the functions of the differencing transmitter **100**, differencing receiver **102**, and differencing synchronizer **104** in the form of a device engine. The device engine includes at least one component particular to the type of device on which the device engine runs, which enables extraction of information from the device and conversion of the information to difference information, and transmission of the difference information to the storage server. This allows the replication of information across all systems coupled to the system of the present invention. Although the storage servers **300** utilized in the system of the present invention may be any type of storage server, such as an Internet server or an FTP server, and may be provided from any source, such as any Internet service provider (ISP), particular aspects of a storage server which may be useful and which may be customized to optimize transfer of information between systems coupled as part of the present invention will be described below. Synchronization of devices utilizing the synchronization system of the present invention is possible as long as an Internet connection between the devices is available.

APL630DEF-WH-A0000039575

US 6,671,757 B1

9

In a key aspect of the invention, the Internet connection between the devices or between the devices and a server, need not exist at the same point in time, and new devices may be added to the system of the present invention at any point in time without the loss of information. The system provides totally transparent access to information and the device engine on each device provides an operating system independent extension which allows seamless integration of the personal information services in accordance with the present invention.

In a particular unique aspect of the present invention, only those changes to the information which are required to be forwarded to other systems on the system of the present invention are transmitted to enable exceptionally fast response times. In a still further aspect of the invention, information which is transferred in this manner is encrypted to ensure security over the public portions of the Internet.

Architecture Overview

FIG. 8 shows an overview of the architecture of the system of the present invention utilized for synchronizing or "syncing" information on different types of devices. In the embodiment hereinafter described, the system of the present invention allows the coupling of a collection of personal devices and applications one uses when working with personal information. Nevertheless, the system may be used to broadcast public or private information to various device types. System software in the form of a device engine for each device which is declared a part of the system of the invention is distributed across the collection of devices to enable synchronization. Distribution of the device engines may occur via, for example, an installation package forwarded over an Internet connection. In essence, the device engine software of the present invention forms a distributed processing network which maintains consummate synchronization of all information in the system. The processing load associated with delivering this service is pushed to the end-point devices which provides for easy scaling of the system to ever-larger applications.

The present invention contemplates the use of two types of device engine: one totally embodied on the server which outputs change data to the server; and a second totally embodied on the server receiving device generated change information from the device. In addition, a hybrid of the two, having a portion of the device engine on the device and a portion on the server, is disclosed.

As shown in FIG. 8, any number and type of devices 802–808 may be utilized in association with the system of the present invention. A telephone 802 may comprise a cellular phone or a standard POTS-connected telephone. Telephone 802 may include contact information and, as is supported with a newer generation of cellular telephones, appointments and task data stored in a data structure 812. The application 812 which utilizes the application data 822 comprising such information is all stored in the telephone unit 802. Likewise, a personal digital assistant such as a Palm® computing device 804 includes application 814 and application data 824 which may include information such as contacts, appointments and tasks, and may also include file information such as documents which are created and stored on the PDA 804. Device 806 is represented as a Windows personal computer running an operating system such as Microsoft Windows 95, 98, NT or 2000. Applications 816 which may be running on device 806 include the Windows operating system itself, Microsoft Outlook, Symantec's ACT Personal Information Manager, Goldmine Software's Goldmine, Lotus Organizer, Microsoft's Internet Explorer web browser, Netscape's Communicator Suite, Qualcomm's

10

Eudora e-mail, and various other programs, each of which has its own set of application data 826 which is required to be synchronized not only with devices outside the system 806, but also between devices and applications within the system itself. Finally, a dedicated web browser client 808 is shown which couples via the Internet to web portal applications 816 which have their own set of application data 828. Unlike devices 806 which store the application and application data substantially in their own hardware, web portal applications are provided on a separate server and provided to browser 808 via an Internet connection. Nevertheless, the web portal application stored on the portal application provider includes a set of application data 828 which a user may wish to synchronize. For example, a large web portal such as Yahoo! and Snap.com provide services such as free e-mail and contact storage to their users. A user may wish to synchronize this with applications running on their cellular phone, PDA, or Windows devices.

In order to access the specific application data of each of the systems shown in FIG. 8, a device engine is associated with each type of device. A cellular device engine 862 communicates and incorporates itself with the application data 822 of the cellular phone. Likewise, a PDA device engine 864 is provided, which may be based on either the Palm® operating system, Windows CE operating system, or other PDA-type operating systems as necessary. A Windows-based device engine 866 includes a mechanism, discussed below, for extracting application data 826 from supported Windows applications 816, and a web services device engine 868 incorporates to extract application data 828 from web portal applications 818.

As shown in FIG. 8, some device engines are provided entirely on the device (and are referred to herein as desktop device engines), while others include components a the back end server (which may comprise storage server 850 or a specialized server, as shown in FIG. 9B.) This is illustrated generally by lines 832, 834,836, and 838 in FIG. 8. Also, in FIG. 8, elements above dashed line 855 are provided by an administrator or service provider of the system of the present invention. Each of the device engines 862, 864, 866 and 868 is configured relative to the type of device on which it resides. For example, the Cell phone device engine 862 includes one or more components arranged on the phone while others are on server 850. Conversely, device engine 866 resides entirely on the windows device 806.

Data from each of the devices is coupled via an Internet connection 710 with a storage server 850. As noted above, storage server 850 may be a generic storage server or it may be a storage server specifically adapted for use with the system of the present invention as discussed below. One or more of the storage servers 850 are used to communicate transactions amongst the collection of systems 802, 804, 806, 808. It should be readily recognized that any number of different types of systems 802, 804, 806, 808 may be provided in accordance with the present invention and incorporated into the system. However, for brevity, not all the different types of commercially available computing devices which are currently in use or in development, in which the system of the present invention may be incorporated, are listed.

In its simplest embodiment, the storage server 850 is simply a dumb storage server and each of the device engines transmits only difference information thereto to be stored in a particular location accessible by other device engines in the system. In one embodiment, each device engine implements all processing required to keep all the systems fully synchronized. Only one device engine needs to be coupled

APL630DEF-WH-A0000039576

11

to the storage server 850 at one particular point in time. This permits synchronization of multiple systems in a disconnected fashion. Each device engine will download all transactions encapsulating changes that have occurred since the last synchronization from the server and apply them to the particular device.

The change or difference information (Δ) is provided in one or more data packages, the structure of which is described herein. Each data package describes changes to any and all transfer information across all device engines, including but not limited to application data, files, folders, application settings, and the like. Each device engine can control the download of data packages that include classes of information that apply to the specified local device 802, 804, 806 or 808 attached to that specific device engine. For example, device engine 862 will only need to work with changes to information describing contact names and phone numbers in application data 822, while device engine 866 will be required to work with changes to e-mail, changes to document files, notes, as well as contact and address information since the application data 826 is much more extensive than application data 822.

Each device engine includes compression/decompression and encryption/decryption components which allow encryption and/or compression of the data packages transmitted across Internet connection 710. It should be recognized that compression and encryption of the data packages may be optionally provided. It is not required in accordance with the present invention. Each device engine performs mapping and translation steps necessary for applying the data packages to the local format required for that type of information in the application data stores 822–828. The device engine also includes components which allow it to track ambiguous updates in cases where users have changed data to a particular data field on two different systems simultaneously since the last update. In this case, the device engine includes a mechanism for drawing this to the attention of the user and allowing the user to resolve the conflict.

Device Engine Architecture

FIG. 9A illustrates a single device engine utilized with a generic application 810 and a generic storage server 850. FIG. 9A illustrates a desktop device engine, since all processing occurs on the device and only difference information is transmitted to server 850. Nevertheless, an understanding of the desktop device engine will aid in understanding server side devices engines, hereinafter described. Shown in FIG. 9 are the functional components of a device engine in block form and their interrelationship to each other. The device engine 860 is equivalent to the functional block of a differencing sequencer 104 shown in FIGS. 1–7.

While the invention will be described with respect to the embodiment of the invention as a differencing synchronizer 104, it will be readily understood that portions of the functionality are utilized as needed in a forward-only (a differencing transmitter) or a receive-only (a differencing receiver) capacity as required by the particular application.

As noted above, a device engine exists for each and every device that makes up a user's personal information network of devices in the system. As shown in FIG. 9A, each device engine 860 includes an application object 910. The application object 910 is specific to each particular application 810 and provides a standard interface between the device engine and the balance of the data transmission system of the invention, and the application 810. Details of the application object will be described in further detail below. The application object is a pluggable architecture which supports a wide variety of vendor-unique applications. The job of the

12

application object is to map data from the application into a temporary or "universal" data structure by connecting to the application via any number of standard interfaces to gain access to the applications data. The data structure of the application object puts the data in a generic or "universal data" format which may be used by the device engine components to generate data packages for provision to the storage server.

Also provided is an application object store (AOS) 920 which includes a copy of the device's data at a point just after the previous data extraction and synchronization occurred. Application object store 920 is a mirrored interface which stores a snapshot of the previous state of the data from the application object 910 in the device engine. The size of the AOS will depend on the data being collected by each device engine.

The generic output of the application object is provided to a delta module 950. Delta module 950 is a differencing engine which calculates differences in data between the output of the application object 910 and the copy of the data which is provided in an application object store (AOS) 920. The actual differencing and patch routine can comprise a routine such as XDelta or YDelta. The delta module 950 will be referred to herein alternatively in certain portions of the description as "C StructuredDelta." In addition, the difference information is alternatively referred to herein as a "change log." Each change log (or set of difference information) is a self describing series of sync transactions. As described below, the change log may be encrypted and compressed before output to the network.

Hence, during a sync, the Application Object will, using a mechanism discussed below, extract the data of each application in the device and convert it to a universal data format. The delta module will then generate a difference set by comparing the output of the Application Object and the AOS. This difference information is forwarded to the encryption and compression routines for output to the storage server 850 in the form of a data package. Alternatively, the data from one application can be used to synchronize to data in another application in, for example, a windows environment, as shown by arrow 1050 in FIG. 10.

It should be specifically noted that the application object may interface directly unstructured binary data or with structured application data. The differencing routine supports both uses of the delta module 950 in comparison generation.

In some cases, operation of the application object and delta module is simplified by the fact that some applications, such as PDA's, have the ability to output changes to its data. In such cases, the delta module 950 need only provide the data into the data package, since comparison to an AOS is not required—the application already includes a mechanism for tracking changes made to its own data. However, in many cases the applications provide, at most, a standard interface to access the data, such as Microsoft's OBDC interface, the Microsoft standard Application Programming Interface (API), or other similar standard interfaces.

Device engine 860 further includes a versioning module which applies a version number per object in the data package. As explained further below, each object in the data package is assigned a universally unique ID (UUID). Hence, unlike many prior synchronization systems, the system of the present invention does not sync data solely by comparing time stamps of two sets of data. Versioning module 915 allows each device engine to check the state of the last synchronization against data packs which have been provided to the storage server to determine which data packages

US 6,671,757 B1

13

to apply. This allows the device engine to sync itself independently of the number of times another device engine uploads changes to the storage server. In other words, a first device engine does not care how many times a second device engine uploads data packages to the server.

An events module 925 controls synchronization initialization events. Items such as when to sync, how to sync, trigger the delta module 950 to perform a synchronization operation.

A user interface 930 is provided to allow additional functional features to a system user of the particular device to which the device engine 860 is coupled. The user interface is coupled to a conflict resolution module 940, a filtering module 945, and a field mapping module 935. Each of the modules provides the functionality both necessary for all synchronization programs, and which users have come to expect.

Filtering module 945 allows filtering for types of content based on, for example, a field level content search. The field mapping module 935 allows for the user to re-map certain interpretations of items which were provided in the document stream. For example, if the device engine 860 is operating on a personal computer, and a synchronization is occurring between the personal computer and a notebook computer, and the user has a "my documents" directory on the personal computer which he wishes to map to a different directory on the notebook computer, the field mapping module 935 allows for this re-mapping to occur. It should be recognized that the field mapping module allows for changes in directing the output of the data package. The field mapping module 935 is not necessary to map particular data fields of, for example, contact information from one application, such as Microsoft Outlook, to a different application, such as Symantec's ACT, as is the traditional use of field mapping and synchronizing applications.

Delta module 950 is further coupled to a compression module 970 and an encryption module 960. It should be recognized that the compression encryption modules need not be enabled. Any type of compression module 970, such as the popular PK Zip or Winzip modules, or those available from HiFn Corporation may be utilized in accordance with the invention. Moreover, any type of encryption algorithms, such as MD5, RCH 6, Two Fish, or Blowfish, or any other symmetric encryption algorithm, may be utilized. In one embodiment of the invention, encryption without compression is used. In a second embodiment of the invention, compression without encryption is used. In a third embodiment of the invention, neither compression or encryption is used, and in a fourth embodiment of the invention, both compression and encryption are used.

Versioning module 915 also allows the device engine 860 to support multiple users with distinct synchronization profiles. This allows multiple users accessing the same machine to each synchronize their own data set using the same device engine. For example, if the application 810 on a particular device comprises Microsoft Outlook on a personal computer, coupled to a Microsoft Exchange server, and Outlook is configured to have multiple user profiles, versioning module 915 will track the data applied through the device engine when a sync request occurs. This allows two users of the same Outlook client software which access different data sets, either in the client computer or on a separate server, to utilize the same device engine and the system of the present invention via the same machine. In a further embodiment, a particular device engine supports the use of foreign devices accessing the system via the same connection. Palm® devices, for example, use a cradle to

14

connect to a computer and/or Internet connection. If a particular user wishes to allow another user to use his Palm® pilot cradle connection to synchronize the other user's Palm® pilot, the device engine can generate data packages to update the local application object store for the foreign device. The application object store can therefore be used as a temporary storage for cases allowing synchronization of foreign devices.

The output of the device engine 900 comprises a data package which is output to storage server 850. As noted above, only one device engine need be connected to the storage server 850 at a given time. The data package can be stored on the storage server 850 until a request is made to a particular location of the storage server by another device engine. Likewise, delta engine 900 can query alternative locations on the storage server for access to synchronized data within the system of the present invention. Access to areas of the storage server is controlled by a management server (MS) described more fully below. In one embodiment, each sync operation requires that the device engine for each device login to the management server to authenticate the device and provide the device engine with the location of the individual device's data packages on the storage server.

Data packages may be advantageously provided to the device engine from the storage server in a streaming format, allowing processing to occur using a minimum of bandwidth and storage in the devices. The device engine 860 and particularly the delta module 950 interpret data packages based on the versioning information and the mirrored data present in the application object store 920. When data is returned to the delta module 950 from the storage server 850, the delta module returns differenced data to the application object 910 for the particular application which then translates the delta information into the particular interface utilized for application 810. Once a device engine has been fully applied all data packages from an input stream, it generates a series of data packages that describe the changes made on the local system. The device engine uses the local application object store 920 to keep track of the last synchronized version of each application's actual data, which is then used for the next data comparison by the delta module on the next sync request. Generated data packages can include operations and encode changes generated from resolving ambiguous cases as described above.

FIG. 9B depicts how server based device engines may be provided in the system of the present invention. The Palm® device example is shown in this embodiment, where the Palm® device has the capability of connecting directly to the Internet and a service provider's data center 900. The data center includes a firewall 975 to prevent unauthorized communications with servers resident in the data center 900 and protect integrity of the data. The storage server 850 may communicate directly through the firewall as may the management server (MS) 1410.

Shown therein are two sync servers 982 and 984 each of which is dedicated to syncing one particular type of application. Sync server 982 is dedicated to the Palm® device, while sync server 980 is dedicated to, for example, a portal application (Portal1).

Since the Palm® Device 804a includes a mechanism for transmitting changes to its data directly, data may be transmitted using HTTP request and response via the firewall 975 to the sync server 982 where differencing and updating of data in the AOS can occur, after which changes can be downloaded to the Palm® 804a.

The synchronization server is an application handles concurrent synchronization of user's data. Each Sync Server

US 6,671,757 B1

15

includes plug-in support for multiple devices to be synchronized using the same sync server executable. Each device type has it's own device name that identifies which AO/AOS components will be used during the sync.

The sync server uses the concept of a universal data record in its internal sync differencing engine and when sending data to and retrieving from external entities such as the AOS and AO. Hence, in the Palm® application, the job of a server AO is simply to take the device-specific format of its record and convert into a universal record format.

The Sync Server has a plug-in architecture so that 3rd party application partners can easily add their services into the server. Currently, if the server is operated in a Microsoft Windows NT Server, the sync server discovers the sync components via the Windows NT registry. In alternative embodiments, this function is performed in a Component Manger which operates on each sync server to manage processing by each of the AO and AOS on the server. Each AO and AOS are implemented as a stand-alone DLL that the Sync Server loads at initialization time, or when adding a new component via the Component Manager.

Each sync server is shown as dedicated to a single application. However, a sync server may handle multiple device types.

In the embodiment of FIG. 9B, it should be noted that, depending on the device type, there are different configurations for the AOS and AO's. For example, the Palm®'s AO data store **1050** resides on the Palm® device **804***a* itself and a separate AOS data store **1052** exists for this configuration (an Oracle database). In the case of Portal1, the AOS and AO use the data store **1054**.

Device engines can generate additional data packages intended to resolve synchronization problems in other systems. For example, interfacing with the conflict resolution module **940**, if the user makes a change to a particular data store on an application object on his Palm® pilot, then makes an additional change to a personal information manager (PIM) application on his personal computer, the user can specify that the change made on the personal computer will "win" when the conflict is detected by the Δ engine and the versioning information between the two devices. This is essentially a definition that one particular set of data is correct and should replace the second set of data.

FIG. 10 shows a specific embodiment of a desktop device engine utilized in, for example, a Microsoft Windows-based operating system environment.

As shown in FIG. 10, a Windows operating system may have at least three specific applications which may require synchronization. In FIG. 10, the system includes Netscape Communicator application **1040** having data such as bookmarks **1021**, contacts **1022**, and e-mail **1023**; a Microsoft Outlook application **1042** which includes contact information **1024**, calendar information **1025**, e-mail information **1026**, note information **1027**, and tasks information **1028**; and Windows operating system **1044** information including Favorites data **1029**, file system information **1030**, and individual files **1031**.

Each particular application **1040**, **1042**, **1044** has an associated application object **1010**, **1012**, **1014**. Each of the respective application objects provides data back to delta module **950** in a generic format which is usable by the delta module in accordance with the foregoing description of the apparatus shown in FIG. 9A. From FIG. 10, it will be additionally seen how the delta module **950** may be utilized to synchronize data between applications running on the same particular server. The device engine hence does an intra-system sync such as, for example, between the contact

16

information **1022** from Netscape and the contact information **1024** from Outlook.

FIG. 10 further illustrates the modularity of the system of the present invention allowing the device engine to include any number of different application objects to be provided on a single device to incorporate all applications run on that device.

In operation, during an installation of a device engine into a particular system, the installation program may be tailored to provide application objects which may be present on a given system. For example, and with reference to FIG. 10, the installation program for a Windows machine will carry any number of application objects for systems and applications which may be present on a Windows machine. The installer will check for the presence of given applications, and allow the user to add additional applications which may be installed in locations that are not the normal default installation areas for application support by the application objects which the installer is carrying, or de-select certain applications which, for one reason or another, the user may not wish to install an application object for and render a part of the system of the present invention.

Application Object Structure

FIG. 11 is a conceptual depiction of the structure of an application object. As noted above, the application object is a pluggable architecture which supports a wide variety of vendor-unique applications. The consistent and scalable architecture of the system of the present invention for device engines is maintained by encapsulating system-dependent knowledge in a single component, i.e. the application object. As noted above, every application object supports a standard set of interfaces that every device engine understands. Each application object maps these standard interfaces of the capabilities of a particular vendor application. Hence, there will be as many application objects as there are application types.

As noted above, there are different types of server and desktop device engines, some having application objects entirely on the server, while others have application objects entirely on the desktop.

Each application object will include a connector **1110** which may comprise a generic interface to the particular application for which the application object store has been designed. For example, when connecting to a Palm® device, the connector will be an HTTP protocol request routine which interfaces with the Palm® device's own built-in synchronization manager, which provides an output of records which have been changed on the Palm® device. As in FIG. 9B, since the Palm® outputs all the changes to its data via its own sync manager, in the Palm® application, the job of a server AO is simply to take the device-specific format of its record and convert into a universal record format.

The connector provides access for the application object to remove the data field from a particular application and convert it to a universal record structure. In the desktop AO, where, for example the application object is designed for a Windows interface, the connector may be the Windows API and the job of the AO will be to translate data from, for example, the windows file system to a universal data format. This universal data structure is then used by the delta module **950** to build data packages to be used in synchronization between components of the systems provided in the network system of the present invention.

Universal data structure mapping, used on desktop application objects, and universal data record mapping, used by the server device engines, is further detailed below.

APL630DEF-WH-A0000039579

US 6,671,757 B1

17

### Desktop Application Object

Each Application Object (AO) is a software component that interfaces with the third party application APIs (Application Programming Interface) to provide the programming services to the delta module for extraction and deposition of information data from and to the third party application domain during synchronization. In addition, the AO maps the third party application data fields to system's domain.

The AO service is a collection of COM (Component Object Model) objects that can be developed in conjunction with the third party Windows application APIs as a form of a DLL (Dynamic Linked Library) in C or C++. The DLL is loaded on demand at runtime during synchronization. It should be recognized that the application object need not be implemented using the COM model, but may be developed with other distributed object models.

There are a number of the related subsystems and documents that the developer must be familiar with and this document has made many references to those subsystems during the course of presenting the AO.

Change Log (CL) (or differencing information), a data file which contains a series of synchronization transactions.

DataPack, a compacted and encrypted Change Log.

StructuredDelta, the delta module differentiation engine that generates differences between Application Objects and Change Log and AOS.

AOS, a database which resides locally on, for example, a windows machine.

MS, a management server that manages users' accounts.

SS, an FTP or storage server that manages data packs.

User Manager, a standalone Windows client UI program that manages the synchronization process.

ePortal, a web-based PIM portal site.

pio_types.h, a header file which contains the definitions of the system's supported data fields known as tags.

Def.h, a header file contains the definitions of the system's constants.

interfaces.h, a COM interface file contains AO interface definitions.

Each AO has a COM interface-based design built-in. That is, instead of providing a set of traditional APIs as programming services, it provides a set of interface-based objects as programming services.

StructuredDelta, the delta module, the primary intended user of each AO. StructuredDelta instantiates these COM objects and uses them throughout the synchronization session exclusively through the COM interfaces on those objects to interface with the third party application database.

Each AO component consists of a set of objects that translate the third party application data into the universal data middle format which underpins the entire spectrum of PIM data regardless of which third-party application the data comes from. The objects in universal data format are device, (application) data class, store, folder, item, and data fields. The AO digests the third party application data of any kind and reduces it into a few handful simple objects and field types. These objects and field types are fed into StructuredDelta engine and are compared by StructuredDelta in order of their hierarchy. The resulting differences (add, delete, modify) are logged as transactions in the difference information. The data packs are transported to a storage server that may be actively managed by a management server for each individual user account and devices.

StructuredDelta uses AO objects to access and modify the individual AO objects and data fields. AO objects serve as a

18

buffer between individual application data and StructuredDelta so that StructuredDelta does not require knowledge of each application and database. All AO objects are temporary and created in the space of each AO by StructuredDelta through COM interfaces. AO objects are referenced when they are in use and they are freed when StructuredDelta stops using them. One can think of AO objects as merely placeholders of each application objects for StructuredDelta to access. Once StructuredDelta has a particular Application's data, StructuredDelta would free AO objects immediately without storing them internally.

### AppObj

AppObj is a root object of each AO component and there is one and only one per AO. AppObj provides an entry point into the individual application's database. StructuredDelta instantiates it and holds it on during the entire synchronization session and releases it afterward. AppObj offers a number of services such as what class of data it supports. The C++ example of AppObj's definition is shown below:

```
class CMyF1AppObj :
        public      Item,
        public      AppObj,
        protected   ModuleIdentity,
        protected   DataClassInfo,
        protected   ItemTypeInfo,
        protected   ItemFieldMap,
        protected   FolderInfo,
        protected   DataFileInfo,
        protected   SynchNotify,
        protected   ErrorMsg,
        protected   EnumItems,
        protected   FindItem,
        protected   ModifyItem
{
        public:
                CMyAppObj ( HWND hWndParent ) ;
                ~CMyFppObj () ;
};
```

AppObj can contain children objects. They are Store objects. EnumItems interface is used to enumerate Store objects. FindItem interface is used to find the contained objects. ModifyItem interface enables AppObj to create a new Store object. AppObj is created by StructuredDelta calling CreateAppObject(HWND hWndParent, AppObj **ppObj).

### Store

The Store object represents a database of the individual application information. If the individual application can handle multiple databases at same time, one needs multiple Store objects. One can think of Store object as a specialized Folder object, the root folder of each particular application data domain. The C++ example of Store's definition is shown below:

```
class CMyStore :
        public      Item,
        public      ItemContainer,
        protected   EnumItems,
        protected   FindItem,
        protected   FindItemByData,
        protected   ModifyItem,
        protected   ReadWrite
```

APL630DEF-WH-A0000039580

US 6,671,757 B1

19

-continued

```
{
        CMyStore ();
        ~CMystore ();
};
```

Store is a container of Folder objects. EnumItems inter-
face enables the enumeration of its contained folders while
FindItem and FindItemByData interface is used to find
contained Folders or Item objects. ModifyItem and Read-
Write interface enables the modification of each application
database.

Folder

Folder object is a specific data class of each individual
application such as a table in the relational database or a
collection of data records in each application. For example,
the applications contact collection can be thought as a Folder
object. The C++ example of Folder's definition is shown
below:

```
class CMyFolder :
        public          Item,
        public          ItemContainer,
        protected       EnumItems,
        protected       FindItem,
        protected       FindItemByData,
        protected       ModifyItem,
        protected       ReadWrite
{
        public:

                CMyFolder();
                ~CMyFolder();
};
```

Folder object is also container. It can contain Item objects
as well as Folder objects. EnumItem interface allows the
enumeration of either Folder objects or Item objects or both.
FindItem and FindItemByData interface is used to find
contained Folder objects or Item objects. ModifyItem and
ReadWrite interface enables the modification of an applica-
tion's data tables.

Item

Item object represents an individual entity of each appli-
cation's domain specific data. Item object can be thought as
a record of each application's relational table. For example,
a contact, email, calendar, to-do item in the particular

20

application can be thought as an Item object. The C++
example of Item's definition is shown below:

```
class CMyItem :
        public          Item,
        protected       EnumItems,
        protected       FindItem,
        protected       ModifyItem,
        protected       ReadWrite
{
        public:

                CMyItem();
                ~CMyItem();
};
```

Item can contain Attachment objects only. EnumItems
interface enables the enumeration of Attachment objects if
any. ModifyItem and ReadWrite interface enables the modi-
fication of an application's records or data fields.

Attachment

Attachment object is a specialized Item object that encap-
sulates an attachment data or relationship. Only Item can
have Attachment objects. Attachment object can be thought
as attachment data such as attached-email files. Attachment
can also be thought as attachment relationship to other Item
objects. The example of that is the distribution list (Item
object) can contain contacts (Item objects). The C++
example of Item's definition is shown below:

```
class CMyItemAttachment
        public Item,
        protected       ReadWrite,
        protected       ModifyItem
{
        public:

                CMyItemAttachment();
                ~CMyItemAttachment();
};
```

Variant

Variant object represents a data field of each particular
application data. For example, a 'first name' of a contact or
the birthday date of a contact can be thought as Variant
object. StructuredDelta only understands Variant object and
the types of data fields it encapsulated. Variant object can
contain any one of the following data field type:

```
struct Variant
{
        enumFieldTag            tag;
        enumFieldDataFlag       flag;           // flags item fields as not
known or otherwise special
        union
        {
                short int:       i;              // eFieldType__WORD
                LONG             l;              // eFieldType__LONG
                DWORD            dw;             // eFieldType__DWORD
                unsigned___int64 qw;            // eFieldType__QWORD
                UUID             uuid;           // eFieldType__UUID
                DATE             time;           // eFieldType__DATE
                LPTSTR           psz;
eFieldType__String
                Binary           bin;            // eFieldType__Binary
                Float            flt;            // eFieldType__Float
                Double           dbl;            //
```

21

22

-continued

```
eFieldType_Double
                    F1Collection           coll;       //
eFieldType_Collection
          } Value;
          Stream*                 strm;    // eFieldType_Stream
};
```

Variant::tag is an identification tag of data field and variant::flag specifies the type of data field while Variant::value member variable stores each application's field value. One data field type is Collection. Collection object is an array of Variant objects. It can be used to represent a compound data fields.

```
struct Collection
{
          ULONG            cValues;
          struct_Variant**  paVar;         // This array really
contains cValues entries
};
```

Another data field type that is worth exploring is Binary. Binary object can be used to represent a binary data as it is.

```
struct Binary
{
          ULONG            cb;
          LPBYTE           lpb;
};
```

### AO Interfaces

Each AO object has an AO COM interface. Each object must implement some of those interfaces to create certain capability or desired behavior that are expected by StructuredDelta.

#### IItem

This is the base interface of all application objects. It provides the identification service to StructuredDelta. Every object must have a unique ID, parent unique ID, display name, and item type information (eItemType_FOLDER, eItemType_CONTACT, etc). The unique ID is a unique string only in a given device. It is not persistent cross the Internet to other devices. The ID usually comes from the third party application database domain such a unique ID of a record.

```
interface IItem : IUnknown
{
          STDMETHOD_(LPCTSTR, GetUniqueID) () const PURE;
          STDMETHOD_(LPCTSTR, GetParentUniqueID) () const PURE;
          STDMETHOD_(LPCTSTR, GetDisplayName) () const PURE;
          STDMETHOD_(enumItemType, GetItemType) () const PURE;
          STDMETHOD_(BOOL, IsContainer) () const PURE;
          STDMETHOD_(DATE, GetLastModificationTime) () const PURE;
          STDMETHOD_(QWORD, GetSize) () const PURE;
          STDMETHOD_(DWORD, GetFlags) () const PURE;
};
```

#### IItemContainer

This is the base interface of all application container objects (store, folder). These container objects must have this interface implemented so that StructuredDelta would recursively descend in them if they have IItemContainer capability.

```
interface IItemContainer : IItem
{
          STDMETHOD_(BOOL, ContainsItemType) ( enumItemType eItemType ) PURE;
          STDMETHOD_(BOOL, ContainsDataClass) ( enumDataClass eDataClass
PURE;
          STDMETHOD_(enumSpecialFolderType, GetSpecialFolderType) () PURE;
          STDMETHOD_(GUID, GetMappingGUID) () PURE;
};
```

#### IErrorMsg

This is an error-reporting interface for every application object. It is used by StructuredDelta to query the error string after a failure. The AO should implement this on every object after the error occurs and before returning the control to StructuredDelta.

```
interface IErrorMsg : IUnknown
{
          STDMETHOD(GetErrorString) ( LPTSTR pszError, int iBufLen
} const PURE;
};
```

#### IEnumItems

This is an interface for collection enumeration, used by StructuredDelta to enumerate the objects of the third party application database. IEItemEnumFlags (eItemEnumFlags_FOLDER, eItemEnumFlags_ITEM, and eItemEnumFlags_ATTACHMENT) is used to enumerate only the requested type of objects.

APL630DEF-WH-A0000039582

US 6,671,757 B1

23

```
interface IEnumItems : IUnknown
{
        STDMETHOD(ItemQueryStart) ( enumItemType type, long
&1Count, eItemEnumFlags dwFlags ) PURE;
        STDMETHOD(ItemQueryNext) ( Item **ppItem ) PURE;
        STDMETHOD(ItemQueryFinish) () PURE;
};
```

**IFindItem**

This is an interface for recursively finding object within the third party application database, used by StructuredDelta to find application object by its unique ID.

```
    interface IFindItem : IUnknown
{
        STDMETHOD(FindStoreByID) ( LPCTSTR pszUniqueID,
        ItemContainer **ppFolder ) PURE;
        STDMETHOD(FindFolderByID) ( LPCTSTR pszUniqueID,
        ItemContainer **ppFolder ) PURE;
        STDMETHOD(FindItemByID) ( LPCTSTR pszUniqueID, Item
        **ppItem ) PURE;
};
```

**IFindItemByData**

This is an interface for recursively finding the object that matches the search criteria data. The search criteria are represented as Collection that allows the multiple search field keys to be used during the search. The multiple objects may be found that match the search criteria. The interface also provides enumeration capability of the search results.

```
interface IFindItemByData : IUnknown
{
    STDMETHOD(FindByDataStart) ( enumItemType type, Variant*
    pSearchKey, int* pnFound ) PURE;
    STDMETHOD(FindByDataNext) ( LPTSTR pszEntryID, int
    cbBufSize ) PURE;
    STDMETHOD(FindByDataFinish) ( ) PURE;
};
```

**IModifyItem**

This is an interface for StructuredDelta to add, delete, and re-parent application data in the third party database during synchronization.

```
    interface IModifyItem : IUnknown
{
    STDMETHOD(Add) ( BOOL bFolder, enumItemType type, Item
    **ppItem ) PURE;
    STDMETHOD(Delete) ( ) PURE;
    STDMETHOD(Move) ( ItemContainer * pDestFolder ) PURE;
    };
```

**IReadWrite**

This is an interface for accessing, writing, and mapping the third party application data fields by StructuredDelta. It provides the capability of read and write data fields from and to the third party application database and the capability of mapping data field of the third party application to universal data format of the system of the present invention. Any object that has data fields and require field level synchronization must implement this interface.

24

```
interface IReadWrite : IUnknown
{
    STDMETHOD(Read) ( ) PURE;
    STDMETHOD(Commit) ( ) PURE;
    STDMETHOD(GetFieldData) ( enumFieldTag fieldTag, Variant
**ppVariant ) PURE;
    STDMETHOD(ReleaseFieldData) ( Variant *pVariant ) PURE;
    STDMETHOD(SetFieldData) ( const Variant *pVariant )
PURE;
    };
```

**IAppObj**

This is an AppObj only interface. It provides the capability of logon and logoff to the third party applications during synchronization. The data class filter mechanism is used by StructuredDelta to filter the enumeration of contained data classes (eDataClass__CONTACT, eDataClass__CALENDAR, etc).

```
interface IAppObj : IUnknown
{
    STDMETHOD(Logon) ( HWND hWndParent ) PURE;
    STDMETHOD(Logoff) ( ) PURE;
    STDMETHOD(SetFilter) ( const VOID* pFilter, int BufLen )
        PURE;
    STDMETHOD__(int, GetFilter) ( VOID* pFilter, int BufLen )
        PURE;
};
```

**IModuleIdentity**

This is an AppObj only interface. It provides DLL module identification information to the Manager object such as the name of the third party application, enum ID of this application, and the application installation detection support.

```
    interface IModuleIdentity : IUnknown
{
        STDMETHOD(GetName) ( LPTSTR pszName, int iBufLen ) const
PURE;
        STDMETHOD(GetAppId) ( AppId *pAppId ) const PURE;
        STDMETHOD(IsInstalled) ( BOOL *bIsInstalled ) const
PURE;
        };
```

**IItemTypeInfo**

This is an AppObj only interface. It provides the information on the number of item types supported by AO, what type items are supported and the capabilities for a specific item type. This returns a DWORD containing bits set.

```
interface IItemTypeInfo : IUnknown
{
    STDMETHOD(GetSupportedTypeCount) ( int &iCount ) PURE;
    STDMETHOD(GetSupportedTypeInfo) ( int iIndex,
enumItemType &type, LPTSTR pszTypeName, int iBufLen ) PURE;
    STDMETHOD(GetItemTypeCaps) ( enumItemType type, DWORD
&dwFlags ) PURE;
};
```

**IDataClassInfo**

This is a CAppObj only interface. It provides the information on the number of data classes that are supported by the application object and what the data classes are supported

US 6,671,757 B1

25                                          26

```
interface IDataClassInfo : IUnknown
{
    STDMETHOD(GetCount) ( int *piCount ) PURE;
    STDMETHOD(GetDataClass) ( int iIndex, enumDataClass
*peDataClass ) PURE;
};
```

### IDataFileInfo

This is a CAppObj only interface, it provides information on the number of database files and database filenames supported by AO to avoid being synched twice by application sync and file-set sync.

```
interface IDataFileInfo : IUnknown
{
    STDMETHOD(GetDataFileCount) ( int *piCount ) PURE;
    STDMETHOD(GetDataFilePath) ( int iIndex, LPTSTR
pszFilepath, int iBufLen ) PURE;
};
```

### IItemFieldMap

This is a CAppObj only interface that is used by StructuredDelta to query the data fields of given application object. For example, what are data fields in application object called eItemType__CONTACT?

```
interface IItemFieldMap : IUnknown
{
    STDMETHOD(FieldQueryStart) ( const enumItemType &type,
int &iCount ) PURE;
    STDMETHOD(FieldQueryNext) ( enumItemTag &field, LPTSTR
pszName, int iBufLen, LPTSTR pszType, int iTypeBufLen )PURE;
    STDMETHOD(FieldQueryFinish) ( ) PURE;
};
```

### IFolderInfo

This is a CAppObj only interface, used by StructuredDelta to obtain the special and default folders' unique IDs and UUIDs.

```
interface IFolderInfo : IUnknown
{
    STDMETHOD(GetSpecialFolderID) ( enumSpecialFolderType
eFolder, LPTSTR pszUniqueID, int iBufLen ) PURE;
    STDMETHOD(GetDefaultFolderID) ( enumItemType type,
LPTSTR pszUniqueID, int iBufLen ) PURE;
    STDMETHOD(MapFolderGUID) ( UUID uuidFolder, LPTSTR
pszUniqueID, int iBufLen ) PURE;
};
```

### IFastSync

This is a CAppObj only interface that is used by StructuredDelta to query if the given AO also provides FastSync service or not. FastSync is a DLL component that is written using the third party APIs and loaded into the third party application to receive the changes in database while users are operating the application. It is used to speed up the synchronization performance by syncing only the objects that are known to IFastSync component.

```
interface IFastSync : IUnknown
{
    STDMETHOD(GetFastSync) ( enumDataClass eDataClass, BOOL*
pbFastSync ) PURE;
};
```

### SynchNotify

This is a CAppObj only interface that is called by Manager to notify the third party application the state of synchronization: start, finished, or reset so that the application can prepare itself accordingly.

```
interface ISynchNotify : IUnknown
{
    STDMETHOD(SynchNotify) ( enumSyncNotify eNotify ) PURE;
};
```

Server Application Objects share many characteristics with desktop application objects, including support for reading and mapping to the universal record structure set forth above.

Nevertheless, among various devices incorporated into the system of the present invention, each application object database will be quite different. For example, the Palm® database on the device is really just a memory space with records laid out sequentially in memory. In a web portal-type application, the application object may be an Oracle database. Server application objects may generally have less difficult tasks since the applications supported are generally either devices providing their own change data output, (such as Palm®-type PDA's), or which do not have a great deal of data to export (such as cell phones, having only name and number information).

Nevertheless, each application object must support all calls defined in a class interface definition as follows:

| FUNCTION | DESCRIPTION |
|---|---|
| Open | Perform an initialization of the device before data retrieval functions are called. |
| Close | Done with database calls, cleanup if necessary. |
| Get First Modified Record | Get the first modified record from the device and insert into application object. |
| Get Next Modified Record | Get the next modified record from the device and insert into the application object. |
| Add Record | Add a record into the application object database. |
| Update Record | Update a record |
| Delete Record | Delete a record in the application object database. |
| Set Device Records | A function called during the synchronization manager to send a bytestream to the application object for interpretation. The bytestream will contain a list of records to add to the application object modified records list. At a later point in time, such records will be retrieved by the Get First Modified Record/Get Next Modified Record functions. |
| Get Device Records | For records bound to the device, this call gets a bytestream that contains a list of records to add back to the device. There is an outbound record list that is saved until this call is finished, at which time the sync |

US 6,671,757 B1

27

-continued

| FUNCTION | DESCRIPTION |
|---|---|
| | server will be finished with the application object. |
| Set Device Response | A function used to modify or repair a record input saved in the application object store that was sent to the device in the Get Device Records call, such as a record ID for a record. If 10 records were sent to the device during the Get Device Records call, one would expect to see 10 records coming back in during this function call. |

As noted above, because each application object database is different, the calling convention and the application object itself will likewise be different. The calling convention for a Palm® device's sync manager application object is given in the following pseudo-code:

```
Call AO::Open
Call AO::WriteRecords
Start synchronization process
While more records in AO Data Object
        Call AO::GetFirstModifiedRecord( )
        Call AO::GetNextModifiedRecord( )
END
IF new records THEN
        Call AO::AddRecord( )
IF deleted records THEN
        Call AO::DeleteRecord( )
IF update record THEN
        CALL AO::UpdateRecord( )
Call AO::Close
```

As shown therein, the calling convention is designed to be integrated with the Palm's® own sync manager.

A second example provided below shows mapping of a portion of a web portal's contact database:

```
MappingItem CContactTable::m_FieldMap[ ] =
{
    {1, eFieldTag_Contact_FirstName,     "firstname"},
    {1, eFieldTag_Contact_MiddleName,    "middlename"},
    {1, eFieldTag_Contact_LastName,      "lastname"},
    {1, eFieldTag_Contact_Title,         "title"},
    {1, eFieldTag_Contact_Suffix,        "suffix"},
    {1, eFieldTag_Contact_Anniversary,   "anniversary"},
    {1, eFieldTag_Contact_Birthday,      "birthday"},
    {1, eFieldTag_Contact_AssistantName, "assistantname"},
    {1, eFieldTag_Contact_Children,      "children"},
    {1, eFieldTag_Contact_CompanyName,   "companyname"},
    {1, eFieldTag_Contact_Department,    "department"},
    {1, eFieldTag_Contact_FTPSite,       "ftpsite"},
    {1, eFieldTag_Contact_Gender,        "gender"},
    {1, eFieldTag_Contact_JobTitle,      "jobtitle"},
    {1, eFieldTag_Contact_ManagerName,   "managername"},
    {1, eFieldTag_Contact_NickName,      "nickname"},
    {1, eFieldTag_Contact_Office,        "office"},
    {1, eFieldTag_Contact_Profession,    "profession"},
    {1, eFieldTag_Contact_Spouse,        "spouse"},
    {1, eFieldTag_Contact_SelectedMailingAddress,
        "selectedmailingaddress"}
};
int CContactTable::m_nNumFields =
sizeof(m_FieldMap)/sizeof(MappingItem);
HRESULT CPortalAddrOCI::InsertRecord( MappingItem theMap[ ], int
numFields, CDataAccessor *pInsertItem, CFIItemUniversal *pUnivItem,
bool bForceCreate )
{
    bool bHasData = SetRecordFields( theMap, numFields,
```

28

-continued

```
pInsertItem,   pUnivItem );
    if( bHasData || bForceCreate )
    {
        // Insert the record into the database and execute the command
        pInsertItem->InsertRow(0);
        pInsertItem->Exec( );
    }
    return S_OK;
}
```

The above example of mapping the contact field files maps contact fields from a particular web contact information database to fields in the universal record format from the master list headerfile (pio_types.h) in the system of the present invention. This mapping is for a specific contact table and it should be understood that other information, such as phone numbers, e-mail addresses, and other contact information may be stored in a separate table.

Once data is extracted from a particular application, the server application object must then convert the information into the universal record format which can be utilized by other server device engines to take content information into their own particular application.

Universal Record Format

The universal record format is used by each server device engine to handle various tasks of encapsulating records in a common format, comparing records, creating and holding differences between records, and other tasks of synchronization.

The universal record format allows the application objects to support a wide range of extensible application item types such as contacts, calendar, mail, bookmarks, and the like. Flexible type name and value associations permit synchronization without regard to individual vendor application information formats. Each application object encapsulates mapped knowledge from the vendor unique format to the universal format of the present invention. As such, an application object can be designed to support any combination of application and binary information types. In essence, application objects can be designed to support a vendor application using only binary file synchronization if the internal format of the application is not known.

Server application objects can also be designed to create collections. For example, if the user wishes to create a "my pictures" collection which consists of some collection of information and synchronize this collection of information, such an arbitrary grouping of classes of information is supported.

Because the connector layer of the interfaces to the actual storage with a vendor application varies with application type, application access methods can include, but are not limited to, disk or database access, network protocols, wireless device protocols, and the like.

The Universal Records Format and the Universal Field Format class definitions are given below:

```
typedef map < enumFieldTag, CUniversalField, less_enumFieldTag >
UniversalRecordMap;
typedef UniversalRecordMap::value_type UniversalRecordPair;
typedef UniversalRecordMap::iterator UniversalRecordIterator;
typedef UniversalRecordMap::const_iterator
ConstUniversalRecordIterator;
class CUniversalRecord
{
```

US 6,671,757 B1

29

30

-continued

```
private:
    UniversalRecordMap recordMap_;
Public:
    bool conflicts(const CUniversalRecord& rhs);
    bool add(const CUniversalRecord &rhs);
    bool subtract(const CUniversalRecord& rhs);
    CUniversalRecord( );
    CUniversalRecord( const CUniversalRecord& rhs );
    virtual ~CUniversalRecord( );
    // add this element
    HRESULT insert( enumFieldTag eId, long value,
enumFieldDataFlag flag = eFieldDataFlag_Normal);
    HRESULT insert( enumFieldTag eId, LPCTSTR value,
enumFieldDataFlag flag = eFieldDataFlag_Normal);
    HRESULT insert( enumFieldTag eId, DATE value,
enumFieldDataFlag flag = eFieldDataFlag_Normal);
    HRESULT insert( enumFieldTag eId, string value,
enumFieldDataFlag flag = eFieldDataFlag_Normal);
    HRESULT insert( UniversalRecordPair p );
    CUniversalRecord exclusiveLeftWins( CUniversalRecord& rhs );
    CUniversalRecord inclusiveLeftWins( CUniversalRecord& rhs );
    bool removeSame(const CUniversalRecord &rhs);
    bool Find( const enumFieldTag eId, CUniversalField &field );
    UniversalRecordMap::iterator find( const enumFieldTag eId ) {
    return recordMap_.find(eId); }
    UniversalRecordMap::iterator begin( )      { return
recordMap_.begin( ); }
    UniversalRecordMap::iterator end( )      { return
recordMap_.end( ); }
    bool empty( )         { return
recordMap_.empty( ); }
    long size( )         { return
recordMap_.size( ); }
    UniversalRecordMap::iterator erase(UniversalRecordMap::iterator&
it)
        { return recordMap_.erase(it); }
    void clear( )         { recordMap_.clear( ); }
};
```

The UniversalField Structure

```
class CUniversalField
{
public:
    enum eUniversalField
    {
        eUF_Unknown,
        eUF_Long,
        eUF_String,
        eUF_Date,
        eUF_Blob
    };
protected:
    eUniversalField         typeId_;
    enumFieldTag         fieldId_;
    enumFieldDataFlag      flag_;
    size_t            len_;
    union
    {
        long         l;
        DATE         d;
        TCRAR*         pCh;
    } value_;
public:
    CUniversalField( );
    CUniversalField( const CUniversalField& rhs );
    CUniversalField( enumFieldTag itemId, long value,
enumFieldDataFlag flag = eFieldDataFlag_Normal);
    CUniversalField( enumFieldTag itemId, DATE value,
enumFieldDataFlag flag = eFieldDataFlag_Normal);
    CUniversalField( enumFieldTag itemId, LPCTSTR value,
        enumFieldDataFlag flag = eFieldDataFlag_Normal);
    CUniversalField( enumFieldTag itemId, string blob,
enumFieldDataFlag flag = eFieldDataFlag_Normal);
    ~CUniversalField( );
```

```
    bool operator==( const CUniversalField& rhs ) const;
    bool operator!=( const CUniversalField& rhs ) const { return
        !operator==(rhs); }
    CUniversalField& operator=( const CUniversalField& rhs);
    eUniversalField getType( ) const      { return typeId_; }
    enumFieldTag getFieldID( ) const      { return fieldId_; }
    enumFieldDataFlag getFlag( ) const      { return flag_; }
    size_t getLength( ) const         { return len_; }
    LPCTSTR getString( ) const      { ASSERT( eUF_String ==
        typeId_); return value_.pCh; }
    long getLong( ) const         { ASSERT( eUF_Long ==
        typeId_); return value_.l; }
    DATE getDate( ) const         { ASSERT( eUF_Date ==
        typeId_); return value_.d; }
    string getBlob( ) const         { ASSERT( eUF_Blob ==
        typeId_); return string(value_.pCh, len_); }
    void get( LPCTSTR& p ) const      { ASSERT( eUF_String ==
        typeId_); p = value_.pCh; }
    void get( long& l) const         { ASSERT( eUF_Long ==
        typeId_); l = value_.l; }
    void get( DATE& d) const         { ASSERT( eUF_Date ==
        typeId_); d = value_.d; }
    void get( string& b) const { ASSERT( eUF_Blob ==
typeId_); b.assign(value_.pCh, len_); }
    bool isString( ) const      ( return typeId_ ==
            eUF_String; }
    bool isLong( ) const         ( return typeId_ == eUF_
                Long; }
    bool isDate( ) const         ( return typeId_ == eUF_
                Date; }
    bool isBlob( ) const         ( return typeId_ == eUF_
                Blob; }
};
```

EXAMPLE

An example of how data is removed from one particular application data type and converted into the universal record format is given below for an Oracle database:

```
#include "stdafx.h"
#include <string>
using namespace std;
#include "F1ItemUniversal.h"
#include "oci.h"
#include "OCIDefs.h"
#include "OCIConnect.h"
#include "OCISession.h"
#include "OCIColumn.h"
#include "OCICursor.h"
#include "DataAccessor.h"
#include "UniversalMapper.h"
#include "UniversalRecord.h"
#include "F1Util.h"
#include "BaseAOSTableOCI.h"
/*
* Function: MapFields
* Description: Map fields from an Oracle database record into an
UniversalRecord format.
*/
void CBaseAOSTableOCI::MapFields( CDataAccessor *pAccessor,
MappingItem
theMap[ ], int numFields, CUniversalRecord &univRec )
{
    string sValue;
    DATE      dtvalue;
    LONG      lvalue;
    double      dvalue;
    for( int inx=0; inx<numFields; inx++ )
    {
        enumFieldTag fieldID = theMap[inx].m_universalFieldID;
        switch( F1PropType( fieldID ) )
        {
```

US 6,671,757 B1

**31**

-continued

```
        case eFieldType__Binary:
            {
// to fill properly, 1st name and last name should already be assigned
                CUniversalField emailField;
                string sValue;
                if ( SUCCEEDED(BuildEmailField( pAccessor,
sValue, emailField )) )
                    univRec. insert ( fieldID,
emailField.getBlob( ) );
                break;
            }
        case eFieldType__String:
            if( pAccessor->GetFieldValue( fieldID, sValue
) )
                {
                    if ( 0 == ::_tcslen(sValue.c__str( )) )
                        continue;
                    univRec.insert( fieldID, sValue.c__str( )
);
                }
            break;
        case eFieldType__DATE:
            if( pAccessor->GetFieldValue( fieldID, dtValue
) )
                univRec.insert( fieldID, dtValue );
            break;
        case eFieldType__DWORD:
            if( pAccessor->GetFieldValue( fieldID, lValue
) )
                univRec.insert( fieldID, lValue );
            break;
        case eFieldType__Double:
            if( pAccessor->GetFieldValue( fieldID, dValue
) )
                univRec.insert( fieldID, dValue );
            break;
        }
    }
}
HRESULT CBaseAOSTableOCI::InsertRecord( MappingItem theMap[ ],
int
numFields, CDataAccessor *pInsertItem, CF1ItemUniversal *pUnivItem, )
bool bForceCreate )
{
    bool bHasData = SetRecordFields( theMap, numFields, pInsertItem,
pUnivItem );
    if( bHasData || bForceCreate )
        {
            pInsertItem->InsertRow(0);
            pForceCreate )
        }
    return S__OK;
}
/*
 * Function: SetRecordFields
 * Description: Map fields from an UniversalRecord format into an
   Oracle database record (pInsertItem)
 */
bool CBaseAOSTableOCI::SetRecordFields( MappingItem theMap[ ], int
numFields, CDataAccessor *pInsertItem, CF1ItemUniversal *pUnivItem
{
    bool bHasData = false;
    CUniversalField field;
    for( int inx=0; inx<numFields; inx++ )
        {
            enumFieldTag fieldID = theMap[inx].m__universalFieldID;
            BOOL bExists = pUnivItem->m__record.Find( fieldID, field );
            if( bExists )
                {
                    bHasData = true;
                    if( field.isBlob( ) )
                        {
                            string blob = field.getBlob( );
                            LPCTSTR szEmailAddr =
GetAddressFromRecipients((F1RECIPIENTS*)blob.c__str( ));
                            if( szEmailAddr && *szEmailAddr != NULL )
                                pInsertItem->SetFieldValue( fieldID,
(string) szEmailAddr );
                            else
```

**32**

-continued

```
                            {
                                bHasData = false;
                                continue;
                            }
                        }
                    else if( field.isString( ) )
                        {
                            string sValue = field.getString( );
                            if( !sValue.empty( ) )
                                pInsertItem->SetFieldValue ( fieldID,
sValue );
                        }
                    else if( field.isLong( ) )
                        {
                            LONG nValue = field.getLong( );
                            pInsertItem->SetFieldValue( fieldID, nValue);
                        }
                    else if( field.isDate( ) )
                        {
                            DATE dValue = field.getDate( );
                            if( dValue )
                                pInsertItem->SetFieldValue( fieldID,
dValue );
                        }
                }  // if( bExists )
        }  // For all fields
    return bHasData;
}
```

While the above-identified code is specific to, for example, an Oracle database, one of average skill in the art will readily recognize that the technique utilized above may be adapted to other types of databases containing records and fields of interest. In the above code examples, all fields which are mapped from a particular application are mapped to fields in the master mapping file.

Management Server

In order to provide security and identification of particular users in an Internet-implemented synchronization system, a management server may be provided in the system of the present invention. The management server is a centralized server which controls behavior and characteristics of the entire network of device engines across all users.

FIG. 14 shows the general representation of how a management server 1410 integrates itself into the system of the present invention. Shown in FIG. 14 is an exemplary device engine 1450 which has HTTP links to both a management server 1410, a storage server 1415, and a generic FTP server 1420. As will be discussed hereinafter with reference to the process of the present invention, and the specific implementation of the data below shown in FIGS. 15–17, the management server interacts with the device engine to control authorized access to information on the storage server, or a generic FTP server 1420,1425 to access device-specific information storage 1430 in accordance with the system of the present invention. This allows any device coupling to the Internet to have access to management protocols and to retain user information across all platforms which the data which is being synched by the system of the present invention must access.

The management server communicates using hypertext transfer protocol (HTTP) which may be implemented with a secure sockets layer (SSL) to ensure security.

In particular, the management server supports an authentication interface that requires each device engine to authenticate with the management server before performing synchronization. Certain storage server implementations may utilize locking semantics to control read and write access to storage for multiple device engines. For example, in a generic FTP request, if two device engines attempt to

33

connect to the same data at the same time, there must be some form of locking control to prevent device engines accessing the same data at the same time. In this instance, the management server controls the device engine acquisition, renewal, and releasing of locks against data stored in the network.

Each device engine is uniquely identified and tracked by the management server. This allows for tailoring behavior between the management server and specific types of storage systems and device engine components. All device engine components are tagged and version stamped for management via the management server.

Device actions can request updated copies of individual device engine components, permitting self-update and configuration of device engine systems. This permits minimal download designs for device engines that are on low bandwidth connections enabling the device engines to download additional required components at a later time.

In a further aspect of the system, a value added component may be provided where the management server can support client's advertising mechanisms, enabling the display of banner or similar advertising on a device engine system without the need for a web browser. Cycling of advertisements, statistic collection, and the like, are managed via management server protocols. Online purchase and subscription mechanisms are also supported using the management server protocol.

The management server further supports the accounting, sign-up registration, device edition, storage server selection, and similar functions for each user in the system. In one embodiment, the management server may retain password and encryption information for a given user account. In a second embodiment, such information is not retained. The second embodiment provides the advantage that users may feel more secure if the maintainer of the management server is not in possession of the password to access data in the user's account.

Further information with respect to the management server and the data flow from the management server to other components of the system of the present invention will become apparent with respect to the discussion of the process flow and data flow diagrams in FIGS. 15–17.

FIG. 17 shows a general depiction of the data flow and the functional specification of the management server utilized in accordance with the present invention.

As shown in FIG. 17, following a welcome request **1710**, a user is allowed to sign out which enables an add user module **1712**, and subsequently enables an add device module **1714**. If sign-up is not requested, information may be provided via module **1718**.

As indicated in FIG. 17, the add user module **1712** adds user records to the user in device database **1750**. Additionally, the add device module **1714** adds users and devices to the user device database **1750**. A device list **1720**, and a device engine download and update database **1722**, provide selection data for the add device module **1714**. The account authentication module **1724** receives input both directly from a user log-in from the welcome screen at **1710** and from the add device module **1714**.

Once an account is authenticated and confirmed, the administrator of the system of the present invention having a private data store at **1770** may choose to provide a web desktop **1754** which allows access to a user's records such as file **1756**, e-mail **1758**, calendar **1760**, contacts **1762**, notes **1764**, and tasks **1766**. The information will be culled from a provider database **1752** which will be synched in accordance with the system of the present invention as

34

previously described. In essence, the provider database **1752** accesses data from the device engines **1780**, which include, as discussed above, the storage server, each individual device engine **1785**, and a settings database **1787**.

Other portions of the management server include the locking modules for beginning a sync **1732**, continuing a sync **1734**, and ending a sync **1736**, and for updating user information including modifying a user **1742**, adding devices **1744**, removing devices **1746**, and modifying devices **1748**.

Storage Server

Shown in FIG. 14 is the storage server **1415**. While storage server **1415** may include a generic storage model accessible through any number of standard Internet protocols, in accordance with the present invention, a flexible storage architecture is provided that permits various standard implementations of the system of the present invention. This allows deployment of network services without installation of new server applications and can be responsible for communicating change information between multiple device engines in a consistent fashion.

One or more storage servers **1415** may be used to communicate transaction amongst a collection of devices. Each user's personal information network is represented by a unique account within its own data package storage section. The storage server **1415** maintains persistent store collection of data packages which is, at a minimum, enough data packages to be capable of synchronizing the most out-of-date system in a user's given information network or add information to new devices which are provided in the network. Additional data packages can be maintained to permit rollback of previous versions of information. The storage server can automatically dispose of older data package storage and can support aging of an inactive accounts.

Each storage server **1415** may be implemented using a variety of implementations including a standard FTP server for any operating system platform. The storage server can be implemented using HTTP protocols for increased efficiency and firewall avoidance. The storage server may be implemented using techniques for local storage such as database access or single file storage of a user's entire file system tree. The storage server **1415** may utilize the stored foreign protocol model for moving copies of data packages to other storage servers in the system. In one embodiment, the storage server can allow tunneling of information using an alternative protocol to other storage servers in cases where firewall prevents originating protocol. For example, a storage server can relay an FTP traffic inside an HTTP protocol. Storage servers may include their own locking semantics to arbitrate multiple device engine access to the same server without the need for a separate management server. Each device engine can access only a specific user's data package storage area even though the storage server **1415** may maintain a larger number of data packages across a large number of users. This allows for increased scaling when the storage server is implemented using file system techniques.

In one aspect, the storage server is implemented using standard FTP or HTTP connections for each operation. HTTP is composed of request response pairs. All requests are supposed to be posting commands. Parameters can be set in the form known as "application/X-WWW-form-URLENCODED". The encoding is specified as in RFC1866. Functions for the storage server include testing if the storage server can reach other users which will retrieve a simple text string, a "get" command which transfers the contents of a file as in a binary stream of byes; a put command as a binary stream of data to the storage server, a

US 6,671,757 B1

35

directory listing command, a remove command, a rename command, an exist command, and the like.

Pull Synchronization

FIG. 15 represents a "pull" synchronization process in accordance with the present invention. Both the pull synchronization illustrated in FIG. 15 and the push synchronization illustrated in FIG. 16 are done from the perspective of the device engine.

A pull synchronization as illustrated in FIG. 15 is always performed prior to a push synchronization. This allows the device engine to know whether synchronization of its own data is necessary.

Each device has its own triggering mechanism for initiating synchronization. Some devices, such as Windows clients and Palm® pilots are triggered manually when the user presses a "sync" button. Other devices, such as a cellular telephone, may be triggered automatically after another device completes a sync. Regular, time-based triggers are supported as well. A web-based application portal will sync when a user logs into the website security authorization mechanism, and may optionally sync on a log-out of the user or on the session time-out, but only if the user has changed data during the session.

For each sync, the triggering event specifies which application types are to sync for the device. This enables a triggering event to trigger only a sync for a particular application type. The management server can specify that no sync is needed for a particular type of application to minimize traffic to the storage server. Syncs may be triggered via an HTTP request to the server. This request holds information about which device to sync and the user log-in information is bounced to the management server for authorization and validation. Syncs may be triggered by sending an HTTP request to the server and passing the authentication information in the data portion of the request to the management server. Each device may include a servlet that is responsible for retrieving the request and ensuring its proper format before passing the synchronization request on to the server.

The device name and device class uniquely identify a particular device type that is being synchronized, and is contained in the management server. Each user has one or more device entries in the management server authorization records and each device name is unique for this user's space. For example, if a user has five devices with his or her own personal identification number, there will be five device authorization records. There may be two Windows devices, two different Palm® devices and a web service portal, each having their own personal identification number.

As shown in FIG. 15, the pull synchronization process starts at an idle state 1405 when the triggering event, described above, triggers a synchronization request. The synchronization request is confirmed at 1410 and if the request is verified, a connection is made to the storage server at step 1415. Once a connection is established, the connection to the management server is made at step 1420 to authenticate the user identification via the management server. If authentication is successful, the management server may initiate a management server lock on the storage server so that no conflicting device engines may couple to the same data at the same time. A failure at any of the steps 1410–1425 will return the system to its idle state 1405. Once the engine server lock is acquired, the storage server will be checked to determine whether a new version of the data exists on the storage server at step 1430. If no new version exists, the synchronization process ends.

If a new version of the data exists, the device engine will retrieve the difference information at step 1435 "to get Δ."

36

Once a Δ is retrieved, conflicts are resolved at step 1450. The resolve conflicts step allows a user to resolve conflicts to multiple types of data which have been changed on both the server portion of the device and in the local data.

Once the conflicts have been resolved at step 1450, the Δ's are applied at step 1455. The apply Δ step 1455 allows for filters and mappings to be accounted for on the local device engine side of the system. As shown at steps 1460, 1465, 1470, and 1475, the Δ may include updates at the item level 1460, application level 1465, device level 1470, or network level 1475. In each of the aforementioned steps, a loop back to the Δ retrieval step 1435 is provided. When no further Δ's are available, the management server lock is released at step 1440.

The foregoing description of a pull synchronization is further described in the following pseudo-code:

```
*SymbolicSyncEngine::Sync
    Download Remote File System
    For each Symbolic app in the file system's list of symbolic apps
        CFDESymbolicSyncEngine::SyncSymbolicApp
            Create a structured delta object -- CStructuredDelta
delta( . . . )
            Compare local and remote versions of deltas SODs),
            if not the same then
                while localVersion != remoteVersion
                    download remote version
                    // apply delta (change log)
                    delta.ApplyChangeLog
                    // See details below
                    increment local version
                end while
            else
                nothing to do
            end if
            if any local items (change logs) are unsent then
                delta->ApplyUnsentItems (Reads the changes
[JCL where applied?]
            end if
            // Generate a new change log for the device:
            delta->delta.GenerateChangeLog( . . . strChangeLogFile
 . . . ) // See details below
            FTP it back up to Storage Server
            Update the local version number
        end // SymbolicSyncEngine::SyncSymbolicApp
end // CFDESymbolicSyncEngine::Sync
CStructuredDelta::ApplyChangeLog
    Set up m_pAppObj;        // IFAO pointer
    Set up m_pAOS;           // IAOS pointer
    Other set up (statistics, time to complete, etc.)
    Read the change log and . . .
    ApplyChangeListToAOS (f1Changes)
        for each item in list
            ApplyItemToAOS // (Does
m_pAOS . . . AddRecord/UpdateRecord/DeleteRecord)
        end for
    end // ApplyChangeListToAOS
    If not doing a full sync, also add changes from this file to
apply these to m_F1Changes
end //CStructuredDelta::ApplyChangeLog
CStructuredDelta::GenerateChangeLog
    Set up m_pAppObj;        // IFAO pointer
    Set up m_pAOS;           // IAOS pointer
    Other set up (statistics, time to complete, etc.)
    // Set up m_deviceChanges by call to:
    CStructuredDelta::CreateDeviceChangeList
        Create a CF1Item* pItem
        // Iterate FAO modifications:
        for (m_pAppObj->GetFirstModified(pItem),
m_pAppObj->GetNextModified(pItem))
            cast pItem to --> CF1ItemUniversal* pUniItem
            // Do certain things based on whether the operation
is an add, delete, or update.
            // Then in each case, call:
            CStructuredDelta::GetMatchingItemFromAOS
                // First get by F1ID
```

US 6,671,757 B1

37

-continued

```
            m_pAOS->GetRecordByF1ID
            // See if we have an AppID, if so:
            m_pAOS->GetRecordByAppID
            // If we can build search key on it
            iterate m_pAOS->GetFirstMatchingRecord
/ m_pAOS->GetNextMatchingRecord
            end //
CStructuredDelta:: GetMatchingItemFromAOS
        end for
    end // CStructuredDelta::CreateDeviceChangeList
    if m_deviceChanges is not empty
        // reconcile (compare) change lists while writing to AOS
        CStructuredDelta::ReconcileChangeLists
        For each item in m_deviceChanges . . .
            If we can find it in m_F1Changes
                Reconcile the device item and the f1
item
        end if
            ApplyItemToAOS // (Does
m_pAOS . . . AddRecord/UpdateRecord/DeleteRecord)
        end for
    end // CStructuredDelta::ReconcileChangeLists
    // Create a new change log (F1 delta package)
    ApplyChangeListToF1 (m_deviceChanges)
        m_deviceChange.Store
            // Fires off its own whole world, see
F1ItemList.cpp
        end // m_deviceChange.Store
    end // ApplyChangeListToF1 (m_deviceChanges)
    report stats
    end if
    // Switch (SyncMode)
    If SyncMode = full
        ApplyAOSToDevice
        iterate
m_pAOS->GetFirstRecord . . . m_pAOS->GetNextRecord
            Add or update the corresponding FAO record.
    (Note. Never delete based on what's in AOS, apparently).
        end // ApplyAOSToDevied
    else
        ApplyChangeListToDevice(m_f1Changes);
End // CStructuredDelta::GenerateChangeLog
```

Push Synchronization

FIG. 16 shows a push synchronization in accordance with
the system and method of the present invention. Beginning
at idle state 1505, a synchronization event occurs and if
confirmed at step 1510, $\Delta$'s are checked at step 1515.
Depending on which type of changes occurred, a network $\Delta$
1520, device $\Delta$ 1525, location $\Delta$ 1530, or item $\Delta$ 1535 will
be created.

Once the $\Delta$'s for a given application have been created, the
method of the present invention continues at step 1540,
which enables a connection to a storage server. Upon
connection to the storage server, a further connection to
management server 1545 will occur to authenticate the user
in the system. Failure at any of the aforementioned points
will result in returning to idle state 1505. Upon
authentication, a management server lock is enabled to
ensure that multiple device engines do not connect to the
same data at the same time.

Once a lock is acquired at step 1555, $\Delta$'s are uploaded to
the system. As shown, this may include uploading an item $\Delta$
1575, an application $\Delta$ 1570, uploading a device $\Delta$ 1565, or
a network $\Delta$ 1560. Once $\Delta$'s have been uploaded to the
server, management lock server 1580 is released, and the
connection to the storage server is terminated at step 1585.

It should be recognized that such a push synchronization
need not occur directly to a server, but may occur directly to
a second device engine in accordance with the depiction of
the multiple embodiments of the invention in FIGS. 1–7.
Data Package Specification

Once information is provided into the universal data
format, the device engine organizes the format into a data

38

package. Each data package thus includes a description of
changes to any and all information for particular application,
and a collection of data packages describes changes across
all device engines including all different types of data. With
encoding and compression, data packages can become very
compact to minimize bandwidth and storage requirements
across the system of the present invention.

In one particular aspect of the present invention, encoding
of the data packages may be provided in a streaming format
to allow processing by the device engines with minimal
storage and memory configuration at the device engine
level.

The device engine can read the stream and determine
which records from which applications it needs to update the
particular information present on the system on which it
resides.

Data packages can be provided in a binary data format.
This allows data packages to encode changes to non-
application data at a bite level. Hence, if a single bit on a
system changes, the system of the present invention allows
synchronization of that bit on another system. Changes are
described as a sequence of bite-level change operations. One
such encoding is using a sequence of insert and copy
operations. Insert and copy operations generally define a
particular "insertion" of a number of bites from a source file,
then how many bites of a changed source file must be
inserted to a particular file, then how many bites to insert
from a particular new file, with a differencing engine taking
the bites in the stream and inserting them into the new file
to create the new version of the file.

As will be readily understood by one of average skill in
the art, this allows a user to, for example, change a binary
file such as a word processing document or other type of
attachment, and synchronize such an attachment at the
binary level. Specifically, if one forwards an e-mail of a
word document to a second individual, the second individual
modifies it and wishes to return this document with modi-
fications to the first individual, because the first individual
has the original file on his system, if both systems are
enabled in the system of the present invention, the second
system need only send the changes or the difference infor-
mation back to the first system in order for the first system
to reconstruct the document on the second system using this
change data to create the document as intended by the
second user.

Multiple caching of both the generation and application of
data packages can be utilized to deal with communication
issues in accordance with the system of the present inven-
tion. It should be further recognized that data packages can
be merged into larger meta-data packages. Such meta-data
information, such as the organization of multiple device
packages, may be encoded into a larger system package.
Each system package is essentially an encoded sequence of
data packages.

FIG. 12 shows the general format of the data package and
universal data format an object stream hierarchy used in
accordance with the present invention. With reference to
FIGS. 11 and 12, one will note that each item in a particular
application data structure will have a particular
classification, such as a file, folder, contact, e-mail, calendar,
etc. as shown in FIG. 13. The universal data structure
contains a mapped item field for each type of data possible
from each application supported by the system. Hence a
"master" list of every data field mapping possible will
contain a large number of items. Each application object
requires a subset of such fields. One exception is an appli-
cation object used for a Web portal application which

US 6,671,757 B1

**39**

provides access to all information available on all devices, including other Web portals.

Particular examples of item fields **1260** which may be included for any given item **1250** are shown in FIG. **13**. These exemplary item objects may, for example, be from an allocation such as Microsoft Outlook. Outlook allows for note items **1310**, e-mail items **1320**, task items **1330**, calendar items **1340**, bookmark items **1350**, file items **1360**, channel items **1370**, folder items **1380**, and contact items **1390**, all of which have fields such as those represented in FIG. **13**.

The data format also contains folder information **1240** which allows the classification of items and consequently their associated item fields into particular categories.

Application objects **1230** include information on the types of applications from which information in the stream is included. Device objects **1220** include information on the origin type of device which the information is originating from. Network objects **1210** include information on a user level to define that the information in the data stream is coming from a particular user.

As detailed above, each application object supports a folder store interface that permits management of collections of information on a folder level, and permits management of folder hierarchies of information. The application object also includes an item interface that permits management of individual information entries such as records or files or components of information entries such as fields within records. Each application object further supports an interface for detection of a vendor application.

A DataPack essentially contains a sequence of transactions describing changes to information. This information can span two basic types: structured or application data, and unstructured or binary file data.

Transactions are encoded using an efficient streaming format with tags to represent the actual content objects. This technique permits the continuous extension of the DataPack format as new content is supported.

The general architecture of the package provides for transactions, application data, file data, files, objects and identifiers to be carried in the data package. Generally, transactions, application data, file data, and files have previously been described.

The first portion of the data package will be the data package identifier. Each transaction has a basic architecture of objects and operations. Each piece of content is referred to as an object and is uniquely represented with a Universally Unique Identifier (UUID). Objects typically are represented by a dynamically generated UUID, but more common objects are represented by static UUIDs. The following static UUIDs are defined:

| |
|---|
| UUID_GenericDefaultFolder |
| UUID_DefaultContactFolder |
| UUID_DefaultInboxFolder |
| UUID_DefaultOutboxFolder |
| UUID_DefaultDraftsFolder |
| UUID_DefaultTrashFolder |
| UUID_DefaultSentFolder |
| UUID_DefaultCalendarFolder |
| UUID_DefaultTaskFolder |
| UUID_DefaultNoteFolder |
| UUID_DefaultJournalFolder |
| UUID_DefaultFavoriteFolder |
| UUID_DefaultCookieFolder |
| UUID_DefaultHistoryFolder |
| UUID_DefaultChannelFolder |

**40**

| -continued |
|---|
| UUID_DefaultFileFolder |
| UUID_DefaultCallFolder |

Each UUID has a unique 128 bit value which may be assigned by the system provider.

Transactions are broken down into manageable blocks in the form of individual files. These files are then optionally compressed and encrypted and prefixed with appropriate headers. Transactions are grouped into specific files based on the following rules:

Transactions related to account information are grouped into a DataPack file.

Transactions related to a specific data class are grouped into a DataPack file.

Transactions referring to binary data are grouped into separate DataPack files for each file object.

A DataPack file is identified using specific rules based on the file name. The file name is of the form "UUID.VER" where UUID is the identifier for the specific object and VER is the transaction version number. The version number is of the form "D0001" with additional digits used for large version numbers. The "D000" value may be reserved for the base version for the object.

The UUID for the user account is generated by the Management Server (MS). The MS also maintains a current table of UUID values and version numbers that provides the root structure for understanding the DataPack files within a user account. The MS also provides necessary locking semantics needed to maintain consistency when multiple device engines attempt to synchronize.

All DataPacks are prefixed with a standardized header that provides basic content information regarding the Data-Pack. Compression and encryption headers follow the Data-Pack header if needed.

The data package header information will include version signature, applied versioning information, content type, Δ engine type, compression type, encryption type, applied size, encrypted size, compressed size, raw data size, and other data useful for the device engine in decrypting the data stream to provide the data into a format usable for the application.

The header may optionally have the format:

| Type | Bytes |
|---|---|
| Version | 4 |
| Signature | 4 |
| AppliedVersion | 8 |
| ContentType | 4 |
| DeltaType | 4 |
| CompressionType | 4 |
| EncryptionType | 4 |
| AppliedSize | 4 |
| EncryptedSize | 4 |
| CompressedSize | 4 |
| RawSize | 4 |
| Reserved | TBD |

APL630DEF-WH-A0000039591

US 6,671,757 B1

41

The following ContentType values are permissible:

| Field | Comment |
|---|---|
| DP__CONTENT__RAW | Raw |
| DP__CONTENT__COMPRESSED | Compressed |
| DP__CONTENT__ENCRYPTED | Encrypted |

The DeltaType encodes the type of binary file differencing used. The following DeltaType values are permissible using DataPackageDeltaType:

| Field | Comment |
|---|---|
| PackageDeltaTypeUninitialized | Uninitialized |
| PackageDeltaTypeRawData | Raw binary data |
| PackageDeltaTypeDeltaXDelta | Xdelta binary difference |
| PackageDeltaTypeDeltaBDiff | Bdiff binary difference |

The compression type specifies whether the DataPack has been compressed. A DataPack compression header follows the DataPack header if a compression type is specified. The following CompressionType values are permissible using DataPackageCompressionType:

| Field | Comment |
|---|---|
| PackageCompressionTypeUninitialized | Uninitialized |
| PackageCompressionTypeNone | None |
| PackageCompressionTypePK | PKZip format |
| PackageCompressionTypeLZS | LZS format |

The encryption type specifies whether the DataPack has been encrypted. A DataPack encryption header follows the DataPack header if an encryption type is specified. The following EncryptionType values are permissible using DataPackageEncryptionType:

| Field | Comment |
|---|---|
| PackageEncryptionTypeUninitialized | Uninitialized |
| PackageEncryptionTypeNone | None |
| PackageEncryptionTypeXORTest | XOR masked data |
| PackageEncryptionTypeBlowFish | Blowfish |
| PackageEncryptionTypeTwoFish | Twofish |

All DataPack compression headers are encoded using the following format:

| Field | Size (bytes) | Comment |
|---|---|---|
| Size | 4 | Size of data including this header |
| Version | 4 | Version (1) |
| Signature | 4 | Signature (4271) |
| HeaderType | 4 | Header type (HeaderTypeCompression) |
| Reserved | 12 | Reserved |
| DecompressedSize | 4 | Decompressed size |
| Reserved | 50 | Reserved |
| Reserved | 12 | Reserved |

42

The following HeaderType values are permissible using DataPackageHeaderType:

| Field | Comment |
|---|---|
| HeaderTypeUninitialized | Uninitialized |
| HeaderTypeEncryption | Encryption header |
| HeaderTypeCompression | Compression header |
| HeaderTypeRaw | Raw header |

All DataPack encryption headers are encoded using the following format:

| Field | Size (bytes) | Comment |
|---|---|---|
| Size | 4 | Size of data including this header |
| Version | 4 | Version (6) |
| Signature | 4 | Signature (4270) |
| HeaderType | 4 | Header type (HeaderTypeEncryption) |
| Reserved | 12 | Reserved |
| DecryptedSize | 4 | Decrypted size |
| InitValue | 16 | TBD |
| KeyLength | 4 | TBD |
| ClearTextKeyBits | 4 | TBD |
| Salt | 4 | TBD |
| PadBytes | 4 | TBD |
| HMAC | 20 | TBD |
| Reserved | 12 | Reserved |

The data package transaction format may take a number of forms. One example is the following:

```
DataPack transaction format - header - info - objects and operations
Diagram
    transaction ::= fileData | Header + InfoList + TransactionList
    fileData::= raw binary file data | binary difference data
    Header ::= ID + DataPackID + DataPackVersion
    ID ::= FUSE
    DataPackID ::= CLOG
    InfoList ::= FieldList
    TransactionList ::= Operation + [ItemInfo + [FieldList]]
    Operation ::= see table below
    ItemInfo ::= ItemType + ItemFlags + EntryID + ParentEntryID
    ItemType ::= same as enumItemType
    ItemFlags ::= same as enumF1ItemFlags
    EntryID ::= UUID
    ParentEntryID ::= UUID
    UUID ::= 128-bit UUID as defined by standard
    FieldList ::= [FieldTag + FieldData] + ListEnd
    FieldTag ::= same as enumFieldTag
    FieldData ::= FieldDataType + [FieldDataLen + [FieldDataData]]
    FieldDataLen ::= length as required by FieldDataType
    FieldDataData ::= data as required by FieldDataType
    ListEnd ::= DWORD(0)
```

The following Operation values are permissible using the Operation class:

| Field | Comment |
|---|---|
| clNop | None |
| clAdd | Add |

APL630DEF-WH-A0000039592

US 6,671,757 B1

**43**

-continued

| Field | Comment |
|---|---|
| clDelete | Delete |
| clChange | Change |
| clMove | Move |
| clRename | Rename |
| clForceChange | Force change without conflict |

The following FieldDataType values are permissible using clDataType:

| Field | Comment |
|---|---|
| clInvalidType | TBD |
| clString | Unicode String bytes with a 32-bit length prefix |
| clString8 | Unicode String bytes with an 8-bit length prefix |
| clString16 | Unicode String bytes with a 16-bit length prefix |
| clEmpty String | TBD |
| clBlob | 32-bit length followed by a byte stream |
| clBlob8 | 8-bit length followed by a byte stream |
| clBlob16 | 16-bit length followed by a byte stream |
| clEmptyBlob | TBD |
| clByte | 8-bit value |
| clShort | 16-bit value |
| clDword | 32-bit value |
| clQword | 64-bit value |
| clDate | DATE type (double) |
| clDouble | 8 byte real |
| clFloat | 4 byte real |
| clUuid | 16 byte uuid |
| clZero | Zero value |
| clOne | One value |
| clUnspecified | Unspecified value |
| clDefault | Default value |
| clCollection | Collection with 32-bit length |
| clCollection8 | Collection with 8-bit length |
| clCollection 16 | Collection with 16-bit length |
| clEmptyCollection | Collection with no length |

Data package objects are organized into a hierarchy as follows:

Account::=DeviceList+DataClassList

DeviceList::={Device}

DataClassList::={DataClass}+ProviderList

ProviderList::={Provider}+DataStoreList

DataStoreList::={Folder}+ItemList

ItemList::={Item}+FieldList

FieldList::={Field}

An account is the root structure, which identifies information about the user's account. It may have exemplary field tags (eFieldTag_[NAME]) such as Name, Password, UserName and Version. The FieldTag ItemType value is specified as ItemType_PIN using enumItemType.

A device is a system identified as part of an account. Examples include PCs, handhelds, Web sites, and so on. It may have tags (eFieldTag_[Name]) such as: "name" and "type" and item type values (eDevice_[Name]) such as Portal, Palm, Windows, CellPhone.

A data class is a grouping of similar information types. Many data classes may be represented for a particular account. The data class may contain field tags (eFieldTag_ [Name]) such as: Name; ItemType; SubType; IsManaged; Provider; Filter and Version.

The following ItemType values are permissible using enumDataClass (eDataClass_[Name]):

**44**

| Tag | Description |
|---|---|
| UNKNOWN | Unknown |
| CONTACT | Contact/address book |
| EMAIL | Electronic mail |
| CALENDAR | Calendar |
| TASK | Task/to do |
| NOTE | Note/memo |
| JOURNAL | Journal |
| BROWSER | Web browser favorites, cookies, etc. |
| FILESET | Collection of files |
| PIN | Account information |
| DEVICE | Device information |
| FILEBODY | Contents of file |

A Provider is the application that maintains specific information within a data class. There can be more than one provider for a particular data class. Field tags include: Name, AppObjID, Password, Username and Version. Examples of provider tags permissible for the provider (eProvider[Name]) include: Portal, Palm®, MicrosoftOutlook®, Lotus Organizer, Microsoft Internet Explorer, Microsoft Windows, and so on.

Data stores are the containers for storing information within a provider. There can be more than one data store for a particular provider. Folders represent structural organization of information within a data store. Data stores are not required to support folders. Tags (eFieldTag_[Name]) supported for each data store include: Name, ItemType, IsManaged and OriginalPath. Item types permissible for the data store include: unknown; Folder; MAPI; Database and Store_File.

Folders represent structural organization of information within a data store. Data stores are not required to support folders. A folder is represented by a UUID and may contain any of the following field tags (eFieldTag_[Name]): Name; ItemType; IsManaged; FileAttributes; CreationDate; ModificationDate; AccessDate; SpecialFolderType.

The eFieldTag_ItemType value is specified as eItemType_FOLDER using enumItemType.

Items are individual informational components consisting of the actual user data. They may contain field tags such as: Name, ItemType, IsManaged, and Version.

File items typically have the following additional field tags (eFieldTag_[Name]):

FileAttributes

CreationDate

ModificationDate

AccessDate

FileSize

FileBody

DeltaSize

Hash

Item types may take the format (eItemType_[Name]) and may include: extended; folder; attachment; contact; distlist; email; calendar; task; call; note; post; journal; form; script; rule; favorites; subscription; common_favorites; desktop; common_desktop; startmenu; common_startmenu; channels; cookies; programs; common_programs; startup; common_startup; sendto; recent; internet_cache; history; mapped_drives; printers; docs; doctemplates; fonts; window_settings; app_data_folder; app_settings; fileset; pin; device; data_store; file; provider; and data_class; internal.

US 6,671,757 B1

45

A field is based on one of a set of base type definitions. All field tag information is encoded using the following format:

| Field | Size (bits) | Comment |
|---|---|---|
| FieldTag | 16 | Unique tag number |
| FieldType | 6 | Field base type |
| FieldSubType | 10 | Field sub-type |

A number of Field types are possible, including: unknown; long; dword; date; string; binary; float; double; collection; uniqueid; qword; uuid; file; invalid. LONG is a four byte value encoded in big-endian format. FieldType DWORD is a four byte value encoded in big-endian format. FieldType String is a sequence of Unicode characters followed by a single NULL byte. Interfaces are provided with an MBCS value. FieldType Binary is a sequence of bytes. FieldType UniqueID is a sequence of bytes as defined by the Universally Unique Identifier (UUID) standard. AO interfaces are provided with a Locally Unique Identifier (LUID) value FieldType QWORD is an eight byte value encoded in big-endian format. FieldType File is a UUID that references a separate DataPack containing the file body data. AO interfaces are provided with a sequence of Unicode characters followed by a single NULL byte that describes the full path name for the file.

Any number of filed sub types are possible. Each of the sub-types includes all of the possible data types from all of the supported user applications. As should be well understood, the possibilities in the number of sub-types is quite large, and dynamic as each new application supported by the system of the present invention is added. Examples of sub-types include:

| SubField Description | Description |
|---|---|
| Base | No sub-type specified |
| EmailAddress | Email address |
| EmailAddressList | Email address list |
| SearchKey | Search key |
| CategoryList | Category list |
| StringList | String list |
| DistributionList | Distribution list |
| Gender | Gender (enumGender) |
| TimeZone | Time zone (enumTimeZone) |
| Boolean | Boolean (TBD) |
| NonZeroBool | Boolean with non-zero value (enumNonZeroBool) |
| Priority | Priority |
| Sensitivity | Sensitivity (enumSensitivity) |
| Importance | Importance (enumImportance) |
| SelectedMailingAddr | Selected mailing address (enumSelectedMailingAddr) |
| TaskStatus | Task status (enumTaskStatus) |
| FlagStatus | Flag status (enumFlagStatus) |
| RecurrenceType | Recurrence type (enumRecurrenceType) |
| DayOfWeek | Day of week (enumDayOfWeek) |
| DayOfMonth | Day of month (1 through 31) |
| InstanceOfMonth | Instance of month (enumInstanceOfMonth) |
| MonthOfYear | Month of year (enumMonthOfYear) |
| BusyStatus | Busy status (enumBusyStatus) |
| AttachmentType | Attachment type (enumAttachmentType) |
| MailBodyType | Mail body type (enumMailBodyType) |
| RGB | RGB color value |
| ManagedState | Managed state (enumManagedState) |
| FaoId | FAO ID for provider |
| SpecialFolderType | Special folder type (enumspecialFolderType) |

46

-continued

| SubField Description | Description |
|---|---|
| ResponseState | Response state (TBD) |
| ResponseStatus | Response status (TBD) |
| JournalStatus | Journal status |
| PageStyle | Page style |
| PageNumberMethod | Page number method |
| DelegationState | Delegation state |
| MeetingStatus | Meeting status |
| MeetingInvitation | Meeting invitation |
| CalendarType | calendar type |
| DateOnly | Date only |
| TimeOnly | Time only |
| PhoneNumber | Phone number |
| URL | URL |
| FilePath | File path |
| PopMessageID | POP message ID |
| MIMEType | MIME type |
| INVALID | All values must be below this |

The aforementioned invention provides a user-centric model of communication to deliver personal information via network services. This model accommodates devices that are disconnected from the network, such as the Internet, at various times. Personal information can continue to exist locally rather than imposing a server-centric model on existing information.

In accordance with the foregoing, a store and forward information broadcast is utilized. Changes to existing information are replicated to an Internet storage server and changes are then retrieved by other devices on the network at device-specific times. In this manner, direct client communication is accomplished without requiring one-to-one communication. While one communication is supported by the system of the present invention, it need not be required.

Although the present invention has been presented in the form of an Internet store and forward broadcast for the purposes of synchronizing personal information amongst various types of devices, it will be readily recognized that synchronization need not be accomplished as the only application for the aforementioned system. In particular, the system can be utilized to efficiently broadcast changes to information in so-called "push" type information applications where only portions of the data need to be changed on a client application. For example, in a system where information such as changes in a stock price need to be broadcast to a plurality of users, a client application implementing the aforementioned technology can be updated by only changing specific portions of the data in the client application relative to that particular stock price. This can be done using a smaller bandwidth than has previously been determined with other devices.

The many objects and advantages of the present invention will be readily apparent to one of average skill in the art. All such objects and advantages are intended to be within the scope of the invention as defined by the written description and drawings presented herein.

What is claimed is:

1. A system for synchronizing data between a first system and a second system, comprising:

a first sync engine on the first system interfacing with data on the first system to provide difference information in a difference transaction;

a data store coupled to the network and in communication with the first and second systems; and

a second sync engine on the second system coupled to receive the difference information in the difference

US 6,671,757 B1

47

transaction from the data store via the network, and interfacing with data on the second system to update said data on the second system with said difference information;

wherein each said sync engine comprises a data interface, a copy of a previous state of said data, and a difference transaction generator.

**2.** The apparatus of claim **1** wherein the first system and second system are coupled to the server via a private network.

**3.** The apparatus of claim **1** wherein the first system and second system are coupled to the server via an Internet connection.

**4.** The apparatus of claim **1** wherein the difference information is transmitted to the data store by the first sync engine and received from the data store from the second sync engine.

**5.** The apparatus of claim **4** wherein the difference information is transmitted to the data store at a first point in time, and received from the data store at a second, subsequent point in time.

**6.** The apparatus of claim **1** wherein said second sync engine interfaces with said data on the second system to provide second difference information to the data store.

**7.** The apparatus of claim **6** wherein the first sync engine couples to the data store to retrieve the second difference information and interfaces with the data on the first system to update said data on the first system with said second difference information.

**8.** The apparatus of claim **1** further including a management server coupled to the network and in communication with the first sync engine, the second sync engine and the data store.

**9.** The apparatus of claim **8** wherein said management server authorizes access of difference information on the data store by the first and second sync engines.

**10.** The apparatus of claim **8** wherein said management server locks access to difference information on the data store during communication with the first and the second sync engines.

**11.** The apparatus of claim **1** further including a first device, coupled to the first system via the network, providing said data to the first system.

**12.** The apparatus of claim **11** wherein the first system is a sync server.

**13.** The apparatus of claim **11** wherein said data comprises changes to a previous state of the data, and said difference information comprises said changes in an encoded, universal format.

**14.** The apparatus of claim **1** wherein said data on said first system comprises application data having a plurality of application specific formats, and said difference information is provided for each of said formats in a universal format to said data store.

**15.** The apparatus of claim **1** further including:

a plurality of sync engines on a respective plurality of systems, each of said plurality of engines being coupled to receive difference information from each of said first, second and plurality of sync engines from the data store via the network, and each said engine interfacing with data on the system on which it resides to update said data on said system on which it resides with said difference information, and interface with data on said system on which it resides to provide difference data information from the system on which it resides to the data store.

48

**16.** A system, comprising:

a first device including at least a first data file and first differencing code, the first device having an input and an output coupled to a network to receive first device data change transactions from, and provide change transactions generated by the first differencing code based on said at least one data file to, said network;

a data store coupled to the network having at least one data structure coupled to store change transactions; and

a second device including at least a second data file and second differencing code, the second device having an input and an output coupled to the network to receive said first device data change transactions from, and provide second change transactions generated by the second differencing code based on said at least second data file to, said data store;

wherein said first differencing code includes a first sync engine having a first data interface, a first copy of a previous state of said data, and a first difference transaction generator, and said second differencing code includes a second sync engine having a second data interface, a second copy of a previous state of said data, and a second difference transaction generator.

**17.** The apparatus of claim **16** wherein the first device and second device are coupled to the data store via an Internet connection.

**18.** The apparatus of claim **16** wherein the first change transactions are transmitted to the data store by the first device at a first point in time and received from the data store by the second device at a second, subsequent point in time.

**19.** The apparatus of claim **16** wherein the first differencing code receives second change transactions from the data store and interfaces with at least the first data file to update said data with said second change transactions.

**20.** The apparatus of claim **16** further including a management server coupled to the network and in communication with the first sync engine, the second sync engine and the data store.

**21.** The apparatus of claim **16** wherein said management server authorizes access of difference information on the data store by the first and second differencing code.

**22.** The apparatus of claim **16** wherein the first device is a sync server.

**23.** The apparatus of claim wherein said differencing code comprises:

an application object;

an application object store; and

a delta engine.

**24.** An Internet synchronization system, comprising:

a storage server having an Internet connection;

a first device coupled to the Internet and including a first device sync engine interfacing with data on the first device, the first device in communication with at least the storage server; and

a second device coupled to the Internet and including a second device sync engine interfacing with data on the second device, the second device in communication with at least the storage server;

wherein each said device sync engine comprises a data interface, a copy of a previous state of said data, and a difference transaction generator.

**25.** The Internet synchronization system of claim **24** further including:

a management server.

APL630DEF-WH-A0000039595

US 6,671,757 B1

49

50

**26**. The Internet synchronization system of claim **24** wherein communications between the first device, the second device and the storage server are encoded and compressed.

**27**. The Internet synchronization system of claim **24** wherein data transfer between the first device, the second device and the storage server comprises difference transactions.

**28**. The Internet synchronization system of claim **24** wherein each device includes applications having data in an application specific format, and wherein communication between the first device, the second device and the storage server include changes to said data in an application independent format.

**29**. The Internet synchronization system of claim **24** wherein each device sync engine comprises:

an application object;

an application object store; and

a delta engine.

\* \* \* \* \*

APL630DEF-WH-A0000039596

# EXHIBIT D
# FILED UNDER SEAL

# EXHIBIT E
# FILED UNDER SEAL

# EXHIBIT F
# FILED UNDER SEAL

# EXHIBIT G
# FILED UNDER SEAL

# EXHIBIT H
# FILED UNDER SEAL

# EXHIBIT I
# FILED UNDER SEAL

# EXHIBIT J
# FILED UNDER SEAL

# EXHIBIT K
# FILED UNDER SEAL

# EXHIBIT L
# FILED UNDER SEAL

# EXHIBIT M
# FILED UNDER SEAL

# EXHIBIT N
# FILED UNDER SEAL

# EXHIBIT O
# FILED UNDER SEAL

# EXHIBIT P
# FILED UNDER SEAL

# EXHIBIT Q
# FILED UNDER SEAL

# EXHIBIT R
# FILED UNDER SEAL

# EXHIBIT S
# FILED UNDER SEAL

# EXHIBIT T
# FILED UNDER SEAL

# EXHIBIT U
# FILED UNDER SEAL

# EXHIBIT V
# FILED UNDER SEAL

# EXHIBIT W
# FILED UNDER SEAL

# EXHIBIT X
# FILED UNDER SEAL

# EXHIBIT Y
# FILED UNDER SEAL

# EXHIBIT Z
# FILED UNDER SEAL

# EXHIBIT AA
# FILED UNDER SEAL

# EXHIBIT BB
# FILED UNDER SEAL

# EXHIBIT CC
# FILED UNDER SEAL

# EXHIBIT DD
# FILED UNDER SEAL

# EXHIBIT EE
# FILED UNDER SEAL

# EXHIBIT FF

US008323040B2

(12) **United States Patent**
Prest

(10) Patent No.: **US 8,323,040 B2**
(45) Date of Patent: **Dec. 4, 2012**

(54) **DOCKING STATION WITH MOVEABLE CONNECTOR FOR HAND-HELD ELECTRONIC DEVICE**

(75) Inventor: **Chris Prest**, Cupertino, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 899 days.

(21) Appl. No.: **12/205,801**

(22) Filed: **Sep. 5, 2008**

(65) **Prior Publication Data**

US 2010/0062615 A1    Mar. 11, 2010

(51) **Int. Cl.**
*H01R 13/60*    (2006.01)

(52) **U.S. Cl.** ...................................... **439/131**; 439/165

(58) **Field of Classification Search** ................. 439/131, 439/341, 165, 142; 361/679.01, 679.41 478.44
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,144,290 A * | 9/1992 | Honda et al. | 345/156 |
| 5,230,016 A * | 7/1993 | Yasuda | 455/573 |
| 5,535,093 A | 7/1996 | Noguchi et al. | |
| 5,686,810 A * | 11/1997 | Yasui | 320/113 |
| 6,203,363 B1 | 3/2001 | Yanaura | |
| 6,315,582 B1 * | 11/2001 | Nishio et al. | 439/131 |
| 6,438,229 B1 * | 8/2002 | Overy et al. | 379/446 |
| 6,898,080 B2 | 5/2005 | Yin et al. | |
| 6,926,130 B2 | 8/2005 | Skowronski | |
| 7,014,486 B1 | 3/2006 | Wu | |
| 7,352,567 B2 | 4/2008 | Hotelling et al. | |
| 7,503,011 B2 * | 3/2009 | Wilkinson et al. | 715/765 |
| 7,511,954 B2 * | 3/2009 | Tsai et al. | 361/679.41 |

| | | | |
|---|---|---|---|
| 7,538,792 B2 * | 5/2009 | Takahashi | 348/207.1 |
| 2004/0109722 A1 | 6/2004 | Huang | |
| 2004/0224638 A1 | 11/2004 | Fadell et al. | |
| 2005/0265569 A1 | 12/2005 | Langberg et al. | |
| 2006/0061958 A1 | 3/2006 | Soloman et al. | |
| 2006/0250764 A1 | 11/2006 | Howarth et al. | |
| 2006/0274910 A1 | 12/2006 | Schul et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

GB    2127235 A    4/1984

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 12/652,018, filed Jan. 4, 2010 (Hayashida et al.).

(Continued)

*Primary Examiner* — Xuong Chung Trans
(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

A dock includes a moveable connector to allow connection to a handheld electronic device. Generally, the connector moves between a closed position and an open position where the connector is placed in at least one substantially upright position for receiving a handheld electronic device. The connector may be hidden from view or lie flush relative to the body of the dock, thereby making the dock more portable and easily organized with other objects, e.g. in stacking. Various motions can be used to move the connector. Examples include one or more rotations, translations, and/or the like. Various retention mechanisms may be employed to retain the connector in an open position when connected to the media player. Also, various electrical mechanisms can be used to couple the movable connector to a fixed printed circuit board (PCB) contained inside the body of the dock.

**16 Claims, 10 Drawing Sheets**



EXHIBIT 5
WIT: WYSOCKI
DATE: 6-27-13
SUSAN MAGEE, CSR #11661

**US 8,323,040 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2006/0285710 | A1 | 12/2006 | DeVesto |
| 2007/0073952 | A1 | 3/2007 | Tsai et al. |
| 2007/0230723 | A1 | 10/2007 | Hobson et al. |
| 2007/0273327 | A1 | 11/2007 | Daniel et al. |
| 2008/0259550 | A1 | 10/2008 | Lien |
| 2009/0009957 | A1 | 1/2009 | Crooijmans et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2351187 A | 12/2000 |
| GB | 2433845 A | 7/2007 |
| WO | WO 2005/047052 A | 5/2005 |
| WO | WO 2008/061040 A2 | 5/2008 |
| WO | WO 2009/024749 A1 | 2/2009 |

## OTHER PUBLICATIONS

International Search Report from related PCT/US2010/061577, dated Apr. 28, 2011 (10 pages).

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B







FIG. 5A



FIG. 5B               FIG. 5C



FIG. 6A



FIG. 6B



**FIG. 7A**



**FIG. 7B**



FIG. 8A



FIG. 8B



FIG. 8C



FIG. 9



FIG. 10A



FIG. 10B

US 8,323,040 B2

1

# DOCKING STATION WITH MOVEABLE CONNECTOR FOR HAND-HELD ELECTRONIC DEVICE

## BACKGROUND

The present invention relates to apparatus and methods for a docking station for a media player. More particularly, the present invention relates to a docking station having a rotatable connector.

Media players allow consumers to listen to music, look at pictures, and/or watch videos. These media players are typically hand-held, thus allowing portability. When people are mobile, the consumer holds the media player in one's hand or in a pocket. However, holding the media player in one's hand can be tiresome, and holding the media player in one's pocket may prevent some functionality of the media player from being accessed, e.g., watching a video.

Additionally, people often use a media player when they are at home or at some other stationary location. When stationary, docking stations are available for connecting the media player, e.g., to a sound system. In this manner, songs on the media player may be listed to as one resides in the same room, but without having to use headphones.

The docking stations available today have a stationary connector that sits at a fixed angle and that sticks out of a depression in the docking station. Such fixed connectors limit the usefulness of the docking stations, particularly if such docking stations are desired to be portable. Furthermore, the depression is often sized and dimensions for a specific device and thus docking stations may be limited to a specific device.

Therefore, it is desirable to have a docking station with a more functional connector.

## BRIEF SUMMARY

Embodiments relate to a dock (also called a docking station) that includes a connector that moves out of the body of the dock in order to allow connection to a handheld electronic device (e.g., an iPod® or an iPhone®). Generally, the moveable connector moves between a first position (e.g. a closed position) to a second position (e.g. an open position) where the connector is designed to interface with the handheld electronic device. For example, the connector may be placed in at least one substantially upright position relative to the body such that it can properly receive a handheld electronic device.

In the first position, the connector may be hidden from view, or one or more of its surfaces may lie flush relative to the body of the dock (thereby improving functionality when the dock is being transported since the connector is not protruding). Various motions can be used to move the connector including but not limited to rotations, translations, flexing, and/or the like. Various retention mechanisms can be used to secure and position the connector in its closed and/or open position(s).

According to one exemplary embodiment, a docking station for receiving a hand-held electronic device has a housing and a connector bay. A connector assembly is adapted to reside in the connector bay and is adapted to connect to the receptacle connector of the hand-held electronic device. The connector assembly includes a connector plug that connects with a receptacle connector of the hand-held electronic device. A pivot mechanism is coupled with the connector plug and is configured to rotate the connector plug between a closed position and one or more open positions. When in an open position, the connector plug is configured to connect to the receptacle connector. When in a closed position, a side of

2

the connector plug is substantially flush or below a top surface of the housing. A retention mechanism is coupled with the pivot mechanism and is adapted to hold the connector plug in an open position when connected with the hand-held electronic device. Also, a circuit board electrically is coupled with the electrical contacts of the connector plug.

According to another exemplary embodiment, a docking station for receiving a hand-held electronic device has a housing and a connector bay. A connector assembly is adapted to reside in the connector bay and is adapted to connect to the receptacle connector of the hand-held electronic device. The connector assembly includes a connector plug that connects with a receptacle connector of the hand-held electronic device. A pivot mechanism is coupled with the connector plug and is configured to rotate the connector plug between a closed position and a plurality of open positions. When in an open position, the connector plug is configured to connect to the receptacle connector. When in the closed position, a side of the connector plug is substantially flush or below a top surface of the housing. A releasable locking mechanism is associated with each open position and holds the connector plug in a respective open position when the locking mechanism is in an unreleased state.

According to another exemplary embodiment, a docking station for receiving a hand-held electronic device has a housing and a connector bay. A connector assembly is adapted to reside in the connector bay and includes a connector plug adapted to connect to the receptacle connector of the handheld electronic device. The connector plug is movable between a closed position in which the connector plug is entirely disposed within the connector bay and at least one open position in which an end of the connector plug is exposed for coupling with the receptacle connector. A first force profile for moving the connector plug from an open position to the closed position includes an increase in the force profile.

According to another exemplary embodiment, a docking station for receiving a handheld electronic device includes one or more electronic circuits and a body that encloses the electronic circuits. A moveable connector has one or more contacts that are electrically coupled with the electronic circuits and is adapted to connect to a corresponding connector of the hand-held electronic device. The moveable connector moves from a first position in the body to at least one second position out of the body. When in the first position, the moveable connector is incapable of electrically connecting with the handheld electronic device. When in the second position, the moveable connector is capable of electrically connecting with the handheld electronic device.

A better understanding of the nature and advantages of the present invention may be gained with reference to the following detailed description and the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A and 1B are simplified diagrams of a docking station 10 in accordance with one embodiment of the present invention.

FIGS. 2A and 2B show a portable docking station 100 for receiving a hand-held electronic device (such as a media player) according to an embodiment of the present invention.

FIGS. 3A-3D show side views of a docking station 200 having a connector 230 that rotates according to an embodiment of the present invention.

FIGS. 4A-4D is a cross-sectional view of a docking station showing electrical connections of a PCB to the connector 230 according to an embodiment of the present invention.

US 8,323,040 B2

3

FIG. 5A shows a retention mechanism 420 for continuous open positions of the connector according to an embodiment of the present invention.

FIGS. 5B and 5C shows a retention mechanism 460 that disengages for continuous open positions of the connector according to an embodiment of the present invention.

FIG. 6A shows a retention mechanism 520 for discrete open positions of the connector according to an embodiment of the present invention.

FIG. 6B shows a retention mechanism 570 for discrete open positions of the connector according to another embodiment of the present invention.

FIG. 7A illustrates a magnetic detent according to an embodiment of the present invention.

FIG. 7B shows a resulting magnetic force profile according to an embodiment of the present invention.

FIGS. 8A-8C shows a connector assembly 700 with a force profile according to an embodiment of the present invention.

FIG. 9 shows a connector assembly 800 having a spring that provides a force profile according to an embodiment of the present invention.

FIG. 10A-10B show a connector assembly 900 with a pivot mechanism 955 according to an embodiment of the present invention.

DETAILED DESCRIPTION

The invention pertains to a docking station or dock that provides a more functional connector assembly. For example, a connector on the dock may be configured to move out of a body or housing of the dock in order to allow connection to a handheld electronic device. This may be accomplished by moving the connector from a closed position to at least one open position where the connector rises above and thus out of the body. Various movement mechanisms may be employed to move the connector between positions (e.g., pivot, sliding, and/or flexing mechanisms). Various retention mechanisms may be employed to retain the connector in an open position when connected to the hand held electronic device (e.g., detents, ratchets, friction couplings, cams, linkages, latches, locks, snaps, buttons, sliders, springs, or the like, and any combinations thereof). Also, various electrical mechanisms can be used to operatively couple the movable connector to internal electronics such as a fixed printed circuit board (PCB) contained inside the body of the dock (e.g., swiping contacts, wires, flex circuits, etc.).

For purposes of discussion, a hand-held electronic device is of such size and proportion that it may be held in the hand of a person (thus highly portable). Note that the handheld electronic device does not need to be fully enclosed in that person's hand. Thus, any handheld electronic device that may be held, grabbed, or otherwise controlled with a hand of a person is a hand-held handheld electronic device. Examples of hand-held electronic devices include but are not limited to media players that play or otherwise transmit audio and/or visual (video or picture) signals (e.g., iPod) and phones that allow users to communicate remotely through wireless connections. Hand held electronic devices may also correspond to mini-computers, PDAs, internet or email based devices. In fact, hand held electronic devices may be a combination of specific or dedicated devices mentioned above (e.g., Smart phone such as the iPhone)

Embodiments of the invention are discussed below with reference to FIGS. 1-9. However, those skilled in the art will readily appreciate that the detailed description given herein with respect to these figures is for explanatory purposes as the invention extends beyond these limited embodiments.

4

FIGS. 1A and 1B are simplified diagrams of a docking station 10 in accordance with one embodiment of the present invention. The docking station 10 provides a platform for quickly and easily coupling a hand held electronic device 12 to another system or device as for example a computer, a power source, or peripheral devices such as a monitor, a keyboard, speakers, etc. The handheld device 12 may for example include media players, cellular phones, internet/email devices, PDAs, and the like. Examples of handheld electronic devices may be any of those iPhones or iPods manufactured by Apple Inc. of Cupertino Calif.

The docking station 10 may be a stand alone unit that communicates with other devices or systems through wired (e.g., cables) or wireless (e.g., Bluetooth) connections, or alternatively, the docking station 10 may be integrated directly into the other devices or systems. In one particular embodiment, the docking station 10 is a portable stand alone unit. In on example, it may be sized for carrying in a user's pocket.

In order to provide communications to other devices or systems, the docking station 10 also includes a connector 14 that engages a corresponding connector 16 on the handheld electronic device thereby providing data and/or power communications therebetween. In the case of a stand alone unit, the connector 14 may be coupled to other connectors, ports, jacks transceivers or cables of the docking station thereby providing external connections to the other devices or systems. In the case of an integrated docking station, the connector 14 may be wired directly to the components of the host device or system. In some cases, the connector is substantially on its own while in other cases the connector may be part of a module that includes a secondary structure, such as a housing.

The connector 14 may be widely varied. It may generally correspond to USB, Firewire, or other standardized connector formats. In one example, the connector 14 is a 30 pin connector as described in U.S. patent application Ser. No. 10/423,490 entitled "Media Player System" by Fadell et al. which is incorporated by reference in its entirety. In one embodiment, the hand-held electronic device has a female connector receptacle that connects with a male connector plug of the dock. In alternate embodiments, the hand-held electronic device has a male connector receptacle that connects with a female connector plug of the dock. In this embodiment, the female receptacle may be situated in a housing.

In accordance with one embodiment, the connector 14 is configured to move relative to a body 18 of the docking station 10. The connector may for example be configured to translate, rotate, flex, and the like relative to any surface of the body of the docking station (e.g., side, top, bottom, front, back). The movement is generally provided to extend the connector 14 away from the body such that the connector 14 can properly engage the corresponding connector 16. For example, the connector 14 may move between a closed position and one or more open positions for engaging the corresponding connector 16. In one embodiment, the corresponding connector 16 is incapable of engaging the connector 14 in the closed position.

In one example, the connector translates between closed and open positions. For example, it may slide relative to the body. In another example, the connector rotates between closed and open positions. For example, it may pivot around an axis. In yet another example, the connector may flex between closed and open positions. For example, it may include a flexure that allows a bending action. In some cases, the connector movement may be a combination of different movements such as for example translate and rotate.

US 8,323,040 B2

| 5 | 6 |

The closed position (as shown in FIG. 1A) may place the connector 14 at least partially within the confines of the body and in some cases entirely within the confines of the body (as shown). The connector 14 may be housed in a recess or void or cavity 20 in the body 18 when the connector 14 is in the closed position. In some cases, the arrangement may provide a substantially flush surface on the side of the body 18 where the connector is located when the connector 14 is in the closed position. This may be beneficial in portable docking stations (reduces or substantially eliminates protrusions that can get caught on objects such as a pocket and that are aesthetical unpleasing). In addition, in some arrangements, the connector 14 may even be hidden from view giving the device a more pleasing aesthetical appearance (the body has a more uniform look).

The open position (as shown in FIG. 1B), on the other hand, places the connector 14 away from the body 18 of the docking station 10. That is, the connector 14 extends outwardly from the surface of the body 18 where the connector 14 is located. This may be beneficial in that the connector 14 is completely exposed outside of the body, and thus any handheld device that includes a corresponding connector can couple with the docking station. Although the term open position may be a single position, in some cases, it may refer to a plurality of open positions. For example, the connector may have multiple open positions that place the connector at different orientations/locations/distance away from the body. These positions may be at a number of designated points or placed at any point between two end points.

The moving connector 14 may be connected to other electronics 22 housed within the body 18 via a flexible or movable enabled connection 24 such as swiping contacts, wires, traces, flexible circuits and/or the like. Some of these examples may include slack so that the connector can move between positions. The electronics 22 may be widely varied. The electronics may for example include circuit boards, controllers, connectors, and the like. In most cases, the electronics are fixed within the body. However, in some situations some may also be configured to be movable to help manage the connection between the electronics and the connector. For example, a printed circuit board may slide along rails. Certain embodiments are described in more detail below.

The docking station 10 may also include a retention/release mechanism 26. The retention/release mechanism 26 may be configured to hold the connector in the first position and release the connector when it is desired to be used. The mechanism 26 may for example include a spring that continuously biases the connector 14 outwardly and a lock that holds it against the bias force until it is released. The lock may for example be released via a button positioned on one of the surfaces of the body 18. Once released, the connector 14 may be repositioned within the body by simply forcing the connector 14 back into the body against the spring force until the lock reengages the connector.

Actuation buttons 28 may be provided that enable the connector 14 to be moved when the button 28 is actuated by the user. The connector 14 may be spring-biased to help urge the connector to one or more or its positions. In one embodiment, a cam based horizontal translation may be used. In one embodiment, a ratchet slide mechanism may be used. In one embodiment, a cam detent may be used to hold positions of connector.

In one particular embodiment, the connector 14 is configured to at least rotate relative to the body 18. A rotatable connector 14 allows the dock thinner, more portable, and protects the connector against damage when the dock is being transported. The connector may rotate about a pivot mechanism that links the connector and body together. This pivot mechanism may be any assembly that allows the connector to rotate, e.g., about an axis that is part of the pivot mechanism. The connector and pivot mechanism may be formed into a single integral unit. The amount of rotation that is provided may be widely varied and generally depends on the desired orientation of the handheld electronic device when it is docked.

The amount of rotation is generally set to place the hand-held electronic device in a substantially upright position (therefore exposing its UI). The amount of rotation may for example be between 90 and 135 degrees and more specifically about 105 degrees relative to the closed position. In one embodiment, the rotation is at least greater than 90 degrees to ensure proper force balance (e.g., 105 degrees). In some embodiments, the dock is configured such that a force profile required to rotate the connector from an open position to a closed position includes an increase in the force profile. Moreover, in some embodiments, the connector is also configured to translate such that the connector slides out and rotates about a pivot. Certain embodiments are described in more detail below.

FIGS. 2A and 2B show a portable docking station 100 for receiving a hand-held electronic device (such as a media player) according to an embodiment of the present invention. The portable docking station 100 may generally correspond to the docking station shown in FIG. 1.

As shown, the docking station 100 includes a housing 110, which may be made of any suitable material, e.g., plastic and/or metal. The housing 110 is configured to enclose various internal components of the docking station 100 including various electronics and possibly a ballast for stabilizing the docking station. The shape of the housing, which can help define the ornamental appearance of the docking station, may be widely varied. It may for example include rectilinear and/or curvilinear shapes.

In general, the housing 110 is configured to support a handheld device thereon and thus provide a substantial base to keep it from rocking or falling over. In the example shown, the housing extends substantially longitudinally. It may for example, have a low profile height, a width that is greater than its height, and a length that is greater than its width. Further, it may have a flat bottom portion(s) that can easily rest on a flat surface such as a desk. Although a specific shape is shown, it should be appreciated that the housing may be larger, have different shapes, and have a different orientation with respect to any of its features.

The docking station 100 includes a mating region 112 adapted to receive and support the hand-held electronic device in its desired position relative to the housing 110 (Both mechanically and electronically). The mating region 112 may be widely varied. The mating region 112 may be applied to any surface of the housing. In the illustrated embodiment, the mating region 112 is situated at a top surface of the housing 110.

The mating region 112 may include at least a movable connector 130 that is adapted to connect to a corresponding connector of the hand-held electronic device. The moveable connector 130 may be equivalent to or part of a moveable connector assembly. The moveable connector (or connector assembly) 130 may provide all or some of the physical support of the mated handheld device. In one example, the connector 130 is a male plug connector that fits into the female receptacle connector on the handheld electronic device.

The movement of the movable connector 130 may be widely varied. In the illustrated embodiment, the moveable

US 8,323,040 B2

7

connector 130 is configured to rotate relative to the housing 110 between a closed position where it lies substantially parallel with the top surface of the housing 110 (such that the electronic device cannot mate therewith) and one or more open positions where it extends up and outwardly from the top surface of the housing 110 (such that the electronic device can mate therewith). In essence, when in the open position, the moveable connector 130 becomes a protruding member for engaging the corresponding connector of the handheld electronic device; and when in the closed position, the moveable connector 130 becomes a surface member, which may be made to be incapable of being engaged by the corresponding connector of the handheld electronic device. In one embodiment, the connector 130 may lie adjacent on the top surface of the housing 110 when in the closed position. In another embodiment, as shown, the connector 130 may reside within a connector bay 120 formed within the top surface of the housing 110.

Referring to this embodiment specifically, many different configurations of the connector bay 120 and the connector 130 are possible. For example, the connector 130 may rotate from any side of the connector bay 120. Furthermore, the shape and dimensions of the connector bay 120 may be widely varied relative to the shape and dimensions of the connector. Generally speaking, the connector bay has an outer peripheral shape and dimension that are larger than that of the connector 130 (such that the connector can reside therein). For many reasons, it may be desirable to reduce gaps found between the connector and the sides of the connector bay while still allowing rotation therefrom (e.g., aesthetics, dust prevention).

In one embodiment, the connector bay 120 may be of substantially the same width as the end of the connector 130. Additionally or alternatively, the connector bay 120 may be of substantially the same length as the side of the connector 130. Also for many reasons, it may be desirable to place one of the surfaces of the connector substantially flush with the top surface of the housing (e.g., aesthetics, prevent jagged edges). Thus, the connector bay 120 may be of substantially the same height as the thickness of the connector 130. Alternatively, the height of the connector bay may be larger than the thickness of the connector, but include a stop that places the outer surface in the closed position level or flush with the top surface of the housing. In either case, the docking station has substantially uniformly continuous top surface when the connector is in a closed position (e.g., flat). In one aspect, when the connector is hidden or flush, a surface of the housing may be advantageously used to set objects as the surface is relatively flat (i.e. no connector protruding).

Generally, in one embodiment, the shape and dimension of the connector bay may be made similar to the shape and dimension of the connector. Put another way, the outer peripheral form of the connector bay may generally coincide with the outer peripheral form of the connector. It should be appreciated, however, that because the connector moves, some tolerance gaps may need to be provided about its sides. Moreover, it should be appreciated that in some cases the connector may not be flush but rather recessed or resting above the plane of the top surface of the housing.

In order to create a flush appearance, in one embodiment, the exposed side of the connector in the closed position and the top surface of the housing have a shape that matches each other contour whether rectilinear (flat) or curvilinear (rounded) while still allowing the connector to mate with the corresponding connector of the handheld electronic device.

In one embodiment, the connector 130 includes an engagement end 133 and an attachment end opposite the engagement

8

end. The engagement end 133 receives and mates with the corresponding connector of the handheld electronic device. The attachment end is the location where the connector includes an interface for operatively coupling with electronics inside the docking station. The connector also includes a pivot mechanism that provides a rotating functionality, thereby providing a rotatable connector assembly. The pivot mechanism is configured to rotate the connector 130 between the closed position and one or more open positions. The pivot mechanism may be situated between the engagement end and the attachment end. However, in order to keep the connector bay low profile (thin), the pivot mechanism may be located closer to and more likely proximate the attachment end (e.g., the connector bay does not have to compensate for a swinging attachment end). In some cases, the pivot mechanism may utilize a portion of the connector. For example, the connector may include openings that receive pivot pins situated on the side walls of the connector bay, or alternatively, the connector may include pins that engage openings in the side walls of the connector bay. Alternatively, the pivot mechanism may also be provided by a frame that is attached to the connector (e.g., connector assembly).

The connector 130 may be widely varied. It may include a series of spatially separated contacts (e.g. at end 133), which can be laid out side by side or that can be grouped in a variety of shapes or matrices. In one embodiment, at least some of the electrical contacts provide a electrical connection with the interfacing connector of the hand held electronic device. The number of contacts may also be widely varied and typically depends on the needs of the system. In one embodiment, the connector is a connector with at least 30 pins, and more specifically at least pins that are laid out side by side thus providing a substantially low profile planar connector.

The electrical connection between the attachment end of the connector and the electronics inside the docking station may be widely varied. In one embodiment, the connection is made via a set of wires or traces. The wires may run through the pivot point or through a slot in the connector bay in order to get inside the housing. In one embodiment, the connection is made via a flex circuit that may also run through a slot in the connector bay in order to get inside the housing. In one embodiment, the connection is made via a series of swiping contacts.

In one example, the pivot arm may include a series of annular contacts spaced longitudinally about the arm that extends within the housing and contacts that interface with corresponding contacts of the pivot arm. The dock 100 may include a print circuit board (PCB) inside the housing. In one aspect, the PCB may be electrically connected with any number of contacts of the connector 130. The connection between the contacts and the PCB will be described in greater detail below.

In one embodiment, the PCB is connected with one or more secondary connectors 140, which may be on any accessible surface of the housing 110. In one aspect, the secondary connectors provide an electrical connection to the hand-media player via the connector 130 and the PCB. A secondary connector 140 may be, for example, a USB, Firewire (or other data connector), composite video or other video connector, audio headphone jack, digital audio connector, or other audio connector, which may allow a connection to another electronic device. For example, the audio jack may be used to connect the media player to an amplifier and speakers.

Besides secondary connectors 140, the dock 100 may have electronic devices built into the dock. For example, the dock 110 may have speakers 150 that play music. Another example

US 8,323,040 B2

9 | 10

is a screen for showing picture or video (e.g. a screen that is bigger than one that may be found on the media player).

In one embodiment, once or as the connector **130** is put or being put into the closed position, an operation of the docking station **100** is turned off. For example, at some point in the movement from an open position to a closed position, power is turned off. The point at which the power is turned off may be when the connector **130** is secured by mechanisms mentioned herein or by a switch that is activated by the motion past a certain point. The power may be received from a battery or from a wall outlet, but after being turned off, the power level drawn becomes zero or severely reduced.

The connector can have multiple methods of actuation, such as a pull out/push back, or a button that allows the connector to deploy/retract automatically. For example, a button could be depressed, causing the connector to rotate out of the dock's main body. The connector could be returned to it's original position by pressing another button, or by pushing the connector back into the dock. In one embodiment, the connector may be hidden under one or more flappable doors (e.g. a pair) and in some cases may be attached to one of the flappable doors. In one aspect, a flappable door includes a pivot mechanism about which the connector **130** rotates.

In one embodiment, the connector may pop up from the connector bay **120**. For instance, the connector bay **120** be vertical in position (as opposed to the horizontal position shown in FIG. 1A), and the connector **120** may pop up from the open end of the connector bay **120**. In another embodiment, the connector may slide into the connector bay (e.g. from an interior wall), thus providing at least a temporary residence of the connector in the connector bay. The connector may also slide out from one of these ends of the connector bay **120**.

FIGS. 3A–3D show side views of a docking station **200** having a connector **230** that rotates according to an embodiment of the present invention. The housing **210** includes a connector bay **220** in which the connector **230** resides. The connector **230** has an electrical connection **247** at a second end for connecting to the PCB **245**. When a plurality of locations at a first end **243** of connector **230** have an electrical contact (pin), then connection **247** may have a separate connection for each of these contacts. Thus, each contact may be coupled with a wire, trace, or other connection that carries a signal to the PCB **245**. In an embodiment where the connection **247** is a wire, the wire may be made with enough slack to accommodate movement of the connector **230**.

A pivot mechanism **255** (pivot) provides for a rotation of the connector **230**. In one embodiment, the pivot mechanism consists of an axle and a bearing within a hole in the connector. Each end of the pivot mechanism **255** may be fastened to the housing **210**. In one embodiment, a flexible circuit board is used as the PCB **245** to accommodate the moving connector.

The rotation of the pivot **255** may pass 90 degrees (relative to the closed position—e.g. horizontal) to ensure proper force balance. For example, at a rotation of 105 degrees (e.g. counterclockwise), the weight of the media player acts rotate the connector **230** even more in the counterclockwise direction, thus preventing an accidental rotation to the closed position. A stopper, which may be the housing **110**, may be used to stop further rotation past 105 degrees, or whatever degree is chosen as being a maximum value. Thus, as the degree is greater than 90 degrees, the connector cannot rotate more and its position is retained. Accordingly, this may be termed a retention mechanism.

FIG. 3B shows the connector **230** in a different open position. The different open positions may be used depending on

the viewing angle and direction of the user. For example, the angle used in FIG. 3A may be used when the consumer is on the right of the dock **200**. For the angle used in FIG. 3B, the user may be to the left of the dock **200**. A different retention mechanism may be used to keep the connector in this open position compared to the retention mechanism used for the open position of FIG. 3A.

FIG. 3C shows the connector in a non-retained position going towards a closed position. That is the connector **230** shown in FIG. 3C is in motion or a temporary position that is not retained (e.g. locked), although in other embodiments it may be retained. In embodiments where this position is not retained, the angle of the position of FIG. 3C generally would not be used by the consumer during operation of dock **200**.

FIG. 3D shows the connector **230** in a closed position. In one embodiment, in the closed position, a side **235** of the connector plug is substantially flush or below a top surface **215** of the dock **200**. Thus, the surface **215**, including the connector bay, is substantially flat, which, for example, allows objects to be securely placed onto the surface **215** and/or allows the dock **200** to be conveniently placed in storage (e.g. a pocket or bag).

In one embodiment, the connector **230** may slide, in addition or in alternative, to the rotation. The connector may slide out into the connector bay (which provides for a residing of the connector **230** in the connector bay), and then the rotation may be actuated. Alternatively, the connector could translate vertically out of the dock.

The connection to the PCB **245** may occur in any number of suitable ways. Below are a few examples.

FIGS. 4A–4D is a cross-sectional view of a docking station showing electrical connections of a PCB to the connector **230** according to an embodiment of the present invention. The connections may be made via any conductive materials, e.g. copper, gold, metallic alloys, etc. In one aspect, the contacts at the first end (e.g. end **133** that is not shown here), which connects with the media player, are electrically coupled with a conductive element (e.g. **365a**–**365d**) that travels from a point of contact on the connector assembly **230** to the PCB board. The point of contact on the connector assembly **230** may occur at any point on the connector **230**. In one embodiment, the point of contact is made at electrical contacts at the second end (i.e. nearest the PCB **245**), where these second electrical contacts are electrically coupled with the contacts at the first end that are configured to connect to the media player.

In FIG. 4A, connector **230** has a plurality of second contacts **370** (such as conductive traces, wires, plates, or other such elements) at the second end of the connector. There may be a one to one correspondence with each first contact that appears at the other end of the connector **230**. For example, the second contacts **370** may be multiple parallel strips.

In one aspect, a conductive element **365a** stays in contact with the second contacts **370** as the connector moves since the contacts **370** are long. As the connector moves, different parts of the contacts **370** will be touching the element **365a** so an electrical connection may be maintained. In one embodiment, the conductive element **365a** includes a spring to ensure that a stable connection is always made with the second contacts **370**. This may be particularly useful when the contacts **370** do not form a semi-circle and thus may be different distances from the axis of rotation of the connector **230**. The second contacts **370** may be considered swiping contacts in that the contacts swipe by the conductive element **365a**.

In FIG. 4B, a wire **365b** or multiple wires are connected to respective second contacts **370b**. In one aspect, a wire **365b** is fixed to a particular point on a contact **370b**. However, there

US 8,323,040 B2

| 11 | 12 |

exists enough slack on the wire 365b that the connection continues regardless of the position of the connector 230.

In FIG. 4C, the conductive element 365c has long strips, e.g., one for each corresponding first contact. In this embodiment, the second contacts 370c may have long strips or may be a single point contact. As the connector 230 moves, at least one part of the second contacts 370C stays connected with the conductive element 365c. The conductive element 365c may reside on a support (not shown). The curved part of the conductive element 365c can be connected directly to the PCB 245 or have an additional segment that connects to the PCB 245. The conductive element 365c may be considered swiping contacts in that they are swiped by the second contacts 370c.

In FIG. 4D, the conductive element 365d couples with a part of the connector assembly 230 that does not move up or down. For instance, the axis 358 of the pivot mechanism 255 does not move when the connector rotates. In embodiments connected to parts that do move correspond to the embodiment of FIG. 4A. Again, a different wire, trace, or other element may be used for each first contact at the front (first) end of the connector. Note that the wires 365d may be bundled into a single outer casing. Also, a portion of the wires (e.g. half) could come from one end (shown) of the connector, and the remaining portion from the opposite end (not shown).

Once the connector 230 is in an open position, the media player may be connected with the connector 230, thus allowing a desired operation angle (e.g. for proper viewing and operation of the controls). Once the media player is connected, it is often desirable to have the connector stay in the present open position, e.g., for continued operation. Thus, embodiments provide for a retention mechanism to hold the connector in position when connected with the media player.

The number of open positions for the connector 230 may be continuous. In other words, the connector is not locked into particular positions. However, embodiments still have a retention mechanism to hold the connector in a selected position when connected with the media player. Other embodiments have a discrete number of positions.

FIG. 5A shows a retention mechanism 420 for continuous open positions of the connector according to an embodiment of the present invention. Here, the retention mechanism 420 is a device that presses against the pivot 410, thus causing a retention force. In other words, there is enough friction that the weight of the media player, by itself, would not cause a movement of the connector. However, the force may be overcome by pushing or pulling the connector, particularly when the fulcrum is large, such as when the media player is connected with the connector.

In one embodiment, the retention mechanism is directly attached to the pivot 410 and moves in relation to a wall 430, which may be a wall of the housing 110. In another embodiment, the retention mechanism may be attached to the wall 430 and the seam between the pivot 410 and the retention mechanism may be where the movement occurs. The retention mechanism may be larger or smaller than the diameter of the pivot 410. Such a mechanism may wear out, and thus other mechanism that engage and disengage may be optimal for continuous open positions.

In yet another embodiment, a compression spring 405 provides a force to keep the pivot 410 pressed against the retention mechanism 420. The spring may be compressed by a user, thus relieving the force and allowing more freedom (e.g. less friction) of movement to the pivot 410.

FIGS. 5B and 5C shows a retention mechanism 460 that disengages for continuous open positions of the connector according to an embodiment of the present invention. In FIG.

5B, the retention mechanism 460 is disengaged (released) from the pivot 410. Thus, the pivot 410 is allowed to rotated relatively freely, i.e. with the minimal friction. The retention mechanism also may be of any suitable size. As the diameter of the pivot 410. Note that as the pivot 410 may be stopped in any position, the number of open positions is continuous, and not discrete.

In FIG. 5C, the retention mechanism 460 engages the pivot 410 and acts as a clamp to restrict rotation of the pivot 410. The restriction of movement may be obtained through the friction of the clamp pressing against the pivot 410. The motion of the retention mechanism 460 may be actuated by a button or lever, as described herein.

In other embodiments, the number of open positions for the connector 230 are not continuous, but discrete. In other words, the connector is locked into particular positions.

FIG. 6A shows a retention mechanism 520 for discrete open positions of the connector according to an embodiment of the present invention. A pivot mechanism 510 may be attached to the connector 230 as shown in FIGS. 3A-3D, as is pivot mechanism 255. In one embodiment, an additional support (axis) rod may be placed through the pivot mechanism 510 and the retention mechanism 520.

As shown, the retention mechanism 520 is shown not engaged with the pivot mechanism 510. In this configuration, the pivot mechanism may rotate and/or allow rotation of the connector 230 to which it is coupled. The retention mechanism 520 has any number of fingers 527 that fit into a corresponding number of holes 523. Once the retention mechanism 520 engages the pivot mechanism 510, the fingers 527 will fit into the holes 523, thus preventing rotation. Note that the retention mechanism 520 is fixed, at least temporarily when the rotation is prevented. For example, the retention mechanism may be fixed to part of the housing 110 of the dock 100 so that the rotation is prevented. As the retention mechanism may engage and disengage, the retention mechanism 520 may be termed a releasable locking mechanism.

The retention mechanism 520 may be moved into and out of engagement with the pivot mechanism in any number of suitable ways. The retention mechanism 520 could be directly grabbed or pulled away. A lever could be activated to pry the retention mechanism apart, which could be by pulling on the retention mechanism 520 or pushing the pivot mechanism 510. Each or both could be coupled with a spring which acts to cause engagement after the pivot 510 is rotated to the desired position. In one aspect, the push or the pull is activated by a button on the housing 110, thus causing the separation.

In another embodiment, the connector and/or the pivot 510 moves laterally supported by a spring. For example, the matching parts of the rotatable hub of the pivot mechanism 510 and of the frame (i.e. retention mechanism 520) lock the connector in its current place. When the connector is laterally moved and the parts of the hub become disengaged, then the connector can be opened or closed. The spring acts to bring the matching parts back into engagement.

FIG. 6B shows a retention mechanism 570 for discrete open positions of the connector according to another embodiment of the present invention. Here, a follower 570 is used to hold the connector in position, thus providing a ratchet mechanism. As shown, the follower 570 is shown engaged with the pivot mechanism 555 by fitting into divots (teeth) 558 in the pivot 555. In this configuration (i.e. position), the pivot mechanism 555 may not rotate and/or allow rotation of the connector 230 to which it is coupled.

In order to release the follower 570, a lever 580 may be used to depress the follower 570 to disengage the follower 570 from the pivot 555. The lever 580 may be accessed from

US 8,323,040 B2

13

outside the housing 110 by pressing on the lever 580. Once, the lever (button) is pressed, the connector 230 may be rotated. In one embodiment, the follower 570 may be or include a spring.

In one aspect, the connector is pulled open (from the closed position) until the ratchet teeth 558 engage the locking spring, which locks the connector in the open position. The unlock button 580 can be used to push the locking spring 570 out of the ratchet teeth so as to allow the connector to be pushed down into the closed position.

The retention mechanisms may be referred to as detents. In one embodiment, magnetic detents may be used to secure the connector 230 in specific open positions. U.S. patent application Ser. No. 11/759,499 entitled "Multi-Position Magnetic Detents", by Christopher D. Prest, filed Jun. 7, 2007 provides a description of magnetic detents usable in the present invention. These magnetic detents may thus be used to secure the connector 230 when connected with the media player. In some embodiments, actuations elements (such as buttons) may be used to disengage the magnetic detents. In other embodiments, where disengagement is not performed, the magnetic detents allow rotation when a large force (such as by one's hand) is used.

FIG. 7A illustrates a magnetic detent according to an embodiment of the present invention. Depicted in FIG. 7A is detent 600 comprising a first body 601 and second body 602. In this example, first detent body 601 and second detent body 602 are adapted to rotate about a common axis of rotation 605. FIG. 7A depicts detent 600 in two detent positions 603 and 604. When detent bodies 601 and 602 are in one of the two detent positions, they are in a configuration of relative stability with respect to each other.

FIG. 7B shows a resulting magnetic force (energy) profile for the positions 603 and 604 according to an embodiment of the present invention. As one can see, the position 603 is at an energy minimum, and the position 604 is at an energy maximum. By energetic principles, energetic minimums are favored, and objects typically will fall naturally into the energy minimums. In one embodiment, each trough is an open position.

Depending on the strength of magnetic forces holding detent body 601 and detent body 602 in a detent position, a small perturbation of an external force on either bodies may not move the detent bodies out of a detent position (e.g. position 603). If a small enough force is applied, a self-aligning force will arise to move the detent bodies 601 and 602 back to the initial detent position (e.g. position 603).

A larger perturbation of an external force on either body may however overcome the self-aligning force to move the bodies out of the initial detent position (e.g. 603) and into another position (e.g. 604). In the example shown in FIG. 7A, if detent positions 603 and 604 are the only detent positions provided by detent 600, an application of a large external force will move the detent bodies successively between detent positions 603 and 604. Note that the two bodies may have more corners than four (e.g. star shaped), and thus the force profile will have more than four energy minimums (i.e. open positions).

As mentioned above, U.S. patent application Ser. No. 11/759,499 provides additional embodiments for the magnetic detents. Also, in one embodiment, the closed position may be at an energy minimum of the force profile. In another embodiment, the closed position is not at an energy minimum (e.g. an energy maximum), where a locking mechanism retains the connector in the closed position. In yet another embodiment, the magnetic detents (or even the force profile itself) may not be reached until the connector is in an open

14

position. For example, the two bodies may not be near each other (or couple to the connector) until an open position is reached.

Force profiles may be generated in other ways besides using magnetic forces. For example, mechanical (including gravitational forces) may be used.

FIGS. 8A-8C shows a connector assembly 700 with a force profile according to an embodiment of the present invention. The connector 730 rotates via a pivot mechanism 755. A force element 770 is connected to the connector 730, e.g., at the pivot 755. In one embodiment, the force element 770 is or includes a spring. At the opposite end, the force element 770 includes a rolling mechanism 773 (e.g. a ball or cylinder) that moves along a contour surface 750. This surface provides the force profile for the movement of the connector 730.

In FIG. 8A, the force element 770 is positioned along a point of relative stability (energy minimum) of the contour surface 750. For example, the contour 750 has a surface that increase in height from the point shown for the roller 773. Thus energy (force) must be imparted to move the connector from the present position, thus stability is provided, and an open position is maintained. When the media player is connected with the connector 730, the connector may move some, but not enough to overcome the peaks 780 or 785.

In one embodiment, the spring 770 glides along the contour 750 (e.g. an undulated surface) in the bottom of the frame (housing). As the connector is rotated about the pivot point (e.g. part of the pivot mechanism 755), the spring 770 contacts different parts of the

In FIG. 8B, the connector 730 has been moved toward the closed position. Due to the peak 785, a force must be imparted onto the connector, e.g., by a consumer's hand. Accordingly, the connector does not close when the media player is connected to the connector 730. The peak 785 should be high enough to prevent such an accidental closing, but low enough to allow for a manageable closing action.

In FIG. 8C, the connector 730 is shown in the closed position. As shown, the closed position puts the rolling mechanism 773 below the peak 785. Thus, toward the end of the closing process, the slope on the back end of the peal 785 assists in the closing of the connector 730. Note that other peaks may be provided so that multiple open positions may be obtained.

In one embodiment, a spring 790 provides a force to overcome the peak 785 in the opening process, i.e. a traverse of the roller 773 over the peak 785 coming from the left. A latch 795 may be used to keep the connector 730 in the closed position. When the latch 795 is disengaged from the connector 730, the spring 790 would then push the connector over a first peak 785. The latch may be configured in many different ways as would be known to one skilled in the art. In one embodiment, the connector may include a cantilever press button that is or is coupled with the latch. In another embodiment, a second spring or force dampener is coupled with the force element 770 and is used to resist or aid in the opening/closing of the connector.

A spring may be used with other retention mechanism as well. For example, a force profile may have a single minimum.

FIG. 9 shows a connector assembly 800 having a spring that provides a force profile according to an embodiment of the present invention. A spring 870 provides a force profile 850 between a closed position and a fully open position. As shown the force profile is symmetrical between these two positions: however, note that the force profile 850 may be non-symmetrical. The force from the spring 870 brings the connector 830 to the bottom part of the force profile 850. The

US 8,323,040 B2

15

closed position is depicted on the left as that is the relative position of the end **873** of the spring **870**.

Starting from the closed position, the spring **870** would pull the bottom end **873** of the spring (and the thus that end of the connector **830**) to the right. As depicted, this pull from the spring **870** provides a counterclockwise rotation of the connector **830**. This pull also assists in the placing of the connector **830** in an open position. A latch may be used similarly as in FIG. 8C to keep the connector **830** in a closed position.

In one embodiment, in the open position, the connector **830** can be opened past 90 degrees so that stays open under the weight of the attached media player. The gravitational force of the media player is larger than the restorative force of the spring to reach the energy minimum, which, for example, may be at 90 degrees.

In one embodiment, the spring **870** may be anchored to the housing on the left side of the connector **870**. In this embodiment, the spring may act to pull the connector closed. Again, the weight of the media player may be used to keep the connector **830** in place. A push button may release the connector from its open position, at which time the spring pulls the connector back into the frame such that it lies flat.

In any of the embodiments, the spring **870** may be in the pivot mechanism **855** as opposed to the longitudinal configuration as shown. In one embodiment, the pivot mechanism has two pieces, where the inside piece is connected to the spring, and the outside connector piece is rotatable relative to the inside piece to an open position.

As there is a single and rather wide minimum in the force profile **850**, the connector may not be positioned accurately to the liking of a consumer by just using the spring. Also, multiple open positions may be desired. Thus, in one embodiment, a retention mechanism such as that of FIGS. 5-7 may be used with the spring **870** of FIG. 9.

In another embodiment, a dampening spring hinge may be used. Also, besides pivot mechanisms where the connector rotates around an axis of rotation, other pivot mechanisms may be used.

FIG. 10A-10B show a connector assembly **900** with a pivot mechanism **955** according to an embodiment of the present invention. The pivot mechanism **955** includes two pegs **955a**, **955b** on a side of the connector **930**. The other side of the connector **930** may also have identical pegs. The pivot mechanism **955** also includes two slots **955c**, **955d** that the pegs **955a**, **955n** respectively fit into. Note that in other embodiments one peg may be used, or additional pegs may be used.

FIG. 10A shows the connector **930** in an open position. In one embodiment, the spring **970** pulls the connector **930** into the open position because the equilibrium position for the spring **970** is close to the length achieved when the in the open position. Thus, the spring **970** will retain the connector **930** in the open position. Here, the spring force counteracts the weight of the media player **930**, which would make the connector **930** rotate clockwise.

FIG. 10B shows the connector **930** in the closed position. The pegs **955a-b** have respectively slid through the slots **955c-d** and reside at an opposite end of the slots. In one embodiment, the spring **970** is stretched past its equilibrium in the closed position. Thus, a latch mechanism may be used to keep the connector **930** in the closed position for this embodiment.

In other embodiments, the connector **930** may be held in position by clamping or otherwise locking the legs **955a**, **955b**. In one embodiment, the respective ends may have a small entrance so that the pegs lock into place once a force is imparted to squeeze the pegs through the entrance. In another

16

embodiment, an actuated element may be moved into and out of position to block movement of the pegs in the slots.

The specific details of the specific aspects of the present invention may be combined in any suitable manner without departing from the spirit and scope of embodiments of the invention. However, other embodiments of the invention may be directed to specific embodiments relating to each individual aspects, or specific combinations of these individual aspects.

Moreover, the invention may also provide other features of docking stations as described in co-pending U.S. patent application Ser. No. 10/423,490 entitled "Media Player System" by Fadell et al; Ser. No. 11/212,302 entitled "Docking Station for Hand Held Electronic Devices" by Crooijmans et al.; and Ser. No. 11/125,883 entitled "Universal Docking Station for Hand-Held Electronic Devices" by Howarth et al., which are herein incorporated by reference.

The above description of exemplary embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form described, and many modifications and variations are possible in light of the teaching above. The embodiments were chosen and described in order to best explain the principles of the invention and its practical applications to thereby enable others skilled in the art to best utilize the invention in various embodiments and with various modifications as are suited to the particular use contemplated.

What is claimed is:

1. A docking station for receiving a hand-held electronic device, the hand-held electronic device having a receptacle connector, the docking station comprising:

a housing;

a connector bay formed in the housing; and

a connector assembly that is configured to reside in the connector bay and that includes a connector plug configured to connect to the receptacle connector of the hand-held electronic device, and

wherein the connector plug is movable between a closed position in which the connector plug is entirely disposed within the connector bay and at least one open position in which an end of the connector plug is exposed for coupling with the receptacle connector, wherein a first force profile for moving the connector plug from the at least one open position to the closed position includes a maximum between the at least one open position and the closed position.

2. The docking station of claim 1, wherein the connector plug has electrical contacts at a first end for connecting with the receptacle connector of the hand-held electronic device, further comprising:

a circuit board electrically coupled with the electrical contacts of the connector plug.

3. The docking station of claim 1, further comprising a retention mechanism configured to hold the connector plug in the at least one open position when connected with the hand-held electronic device, wherein the at least one open position occurs at an angle greater than 90 degrees relative to the closed position, and wherein the retention mechanism includes a stopper that prevents the connector plug from rotating further when the electronic device is connected with the connector plug.

4. The docking station of claim 1, further comprising a retention mechanism configured to hold the connector plug in the at least one open position when connected with the hand-held electronic device, and wherein the retention mechanism includes a releasable locking mechanism that is associated

US 8,323,040 B2

17

with each open position and that holds the connector plug in a respective open position when the locking mechanism is in an unreleased state.

5. The docking station of claim 4, wherein the number of open positions of the connector plug is continuous.

6. The docking station of claim 4, wherein the releasable locking mechanism includes a ratchet that is releasable via an element accessible on the housing.

7. The docking station of claim 4, further comprising a pivot mechanism coupled with the connector plug, wherein the releasable locking mechanism includes an element with fingers that lock into holes of the pivot mechanism during an unreleased state.

8. The docking station of claim 1, further comprising a pivot mechanism coupled with the connector plug, wherein the pivot mechanism includes at least one peg on a side of the connector plug and at least one corresponding slot through which the at least one peg slides during a rotation of the connector plug.

9. The docking station of claim 1, wherein the first force profile is created by magnetic detents.

10. The docking station of claim 1, wherein the first force profile is at a minimum in the at least one open position.

11. The docking station of claim 10, wherein the first force profile is at a minimum in each open position.

12. A docking station as in claim 1, wherein the connector plug moves between an open position and the closed position via one or more rotations and/or translations.

18

13. The docking station of claim 1, further comprising:
a spring that biases the connector plug toward the closed position or the at least one open position.

14. The docking station of claim 13, further comprising a latch that locks the connector plug into the closed position or the at least one open position.

15. The docking station of claim 1, further comprising a switch coupled to the connector plug, wherein the switch is activated when the connector plug is in the closed position.

16. A docking station for receiving a hand-held electronic device, the hand-held electronic device having a receptacle connector, the docking station comprising:
a housing;
a connector bay formed in the housing;
a connector assembly that is adapted to reside in the connector bay and that includes a connector plug adapted to connect to the receptacle connector of the hand-held electronic device; and
a force element that includes a rolling mechanism coupled with the connector plug, wherein the rolling mechanism moves over an undulated surface when the connector plug rotates,
wherein the connector plug is movable between a closed position in which the connector plug is entirely disposed within the connector bay and at least one open position in which an end of the connector plug is exposed for coupling with the receptacle connector, wherein a first force profile for moving the connector plug from an open position to the closed position includes an increase in the force profile.

* * * * *

# EXHIBIT GG
# FILED UNDER SEAL