QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO EXCLUDE CERTAIN UNRELIABLE AND INADMISSIBLE SAMSUNG EXPERT TESTIMONY** |

Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal the following documents or portions thereof relating to Samsung's Opposition to Apple's Motion to Exclude Certain Unreliable and Inadmissible Samsung Expert Testimony:

1. The confidential, unredacted version of Samsung's Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony.

2. Exhibit B to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript to the October 3, 2013 Deposition of Judith A. Chevalier, Ph.D.

3. Exhibit C to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, Exhibit 97 to the September 13, 2013 Expert Report of Judith A. Chevalier, Ph.D.

4. Exhibit D to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

5. Exhibit E to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript of the April 4, 2012 deposition of Steven Sinclair.

6. Exhibit F to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript of the June 25, 2013 deposition of Arthur Rangel.

7. Exhibit G to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript of the July 23, 2013 deposition of Philip Schiller.

8. Exhibit H to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript of the April 17, 2012 deposition of Greg Joswiak.

9. Exhibit I to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript of the July 9, 2013 deposition of Greg Joswiak.

10. Exhibit J to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert

|   |   |   |
|---|---|---|
|   |   | Testimony, an excerpted Expert Report of Christopher Vellturo in *VirnetX Inc.* v. *Cisco Systems, Inc., et al.*, Case No. 6:10-cv-417 (E.D. Tex.). |
|   | 11. | Exhibit M to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted March 22, 2012 Expert Report of Terry L. Musika, CPA. |
|   | 12. | Exhibit N to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted June 24, 2013 Expert Report of Julie L. Davis, CPA. |
|   | 13. | Exhibit II to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript of the October 4, 2013 Deposition of James R. Kearl, Ph.D. |
|   | 14. | Exhibit OO to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted September 25, 2013 Deposition of Christopher Vellturo, Ph.D. |
|   | 15. | Exhibit RR to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted September 27, 2013 Deposition of Richard Taylor. |
|   | 16. | Exhibit SS to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted September 13, 2013 Expert Report of Richard Newton Taylor, Ph.D. Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,577,757. |
|   | 17. | Exhibit TT to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted August 12, 2013 Report of Dan Schonfeld, Ph.D Regarding Infringement of U.S. Patent Nos. 5,579,239 and 7,577,757. |
|   | 18. | Exhibit UU to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted October 4, 2013 Deposition of Daniel Schonfeld, Ph.D. |
|   | 19. | Exhibit VV to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted October 3, 2013 Deposition of Daniel Schonfeld, Ph.D. |

Samsung has established good cause to permit filing these documents under seal through the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Inadmissible Samsung Expert Testimony and the Consolidated Declaration

1  of Daniel Wooseob Shim in Support of Samsung's Administrative Motions to File Under Seal,
2  filed herewith.  In short, the above documents discuss and refer to material designated as
3  "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or
4  ""HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the
5  Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or
6  otherwise deemed confidential.  Samsung accordingly requests that the Court order the
7  information filed under seal, and expects that Apple will comply with L.R. 79-5(d) by filing an
8  appropriate declaration with the Court for those portions and documents that reference Apple-
9  designated information.  Samsung's entire filing will be filed with the Court pursuant to L.R. 79-5
10 and served on all parties.

11       Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel
12 regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File
13 Documents Under Seal Relating to Samsung's Opposition to Apple Inc.'s Motion to Exclude
14 Certain Unreliable and Impermissible Samsung Expert Testimony as a procedural mechanism for
15 filing portions of Samsung's Opposition and supporting documents under seal.  Apple reserves the
16 right to challenge any proposed redactions to the extent it believes those redactions improperly
17 seal non-confidential information.

DATED: November 1, 2013            QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By */s/ Michael L. Fazio*
                                       Charles K. Verhoeven
                                       Kevin P.B. Johnson
                                       Victoria F. Maroulis
                                       William C. Price

                                       Attorneys for Defendants
                                       SAMSUNG ELECTRONICS CO., LTD.,
                                       SAMSUNG ELECTRONICS AMERICA, INC.,
                                       and SAMSUNG TELECOMMUNICATIONS
                                       AMERICA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 1, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.