QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO EXCLUDE CERTAIN UNRELIABLE AND INADMISSIBLE SAMSUNG EXPERT TESTIMONY** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits its motion for an order to seal the following documents or portions thereof relating to Samsung's Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Inadmissible Samsung Expert Testimony in order to protect information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential:

3. The confidential, unredacted version of Samsung's Opposition to Apple's Motion to Exclude Certain Unreliable and Inadmissible Samsung Expert Testimony, portions of which Samsung has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case. Samsung's Opposition also contains information that Samsung understands Apple considers confidential and that Apple will file a declaration with additional details regarding the information that Apple considers confidential. Samsung's Opposition also contains information that Samsung understands Google considers confidential and that Google may file a declaration with additional details regarding the information that Google considers confidential.

4. Exhibit B to the Declaration of Michael L. Fazio in Support of Opposition to Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript to the October 3, 2013 deposition of Judith Chevalier, Ph.D. Samsung has designated this document as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case. The deposition contains information that Samsung

1  understands Apple considers confidential and that Apple will file a declaration on that, and a
2  redacted copy will be filed after Apple submits its declaration with additional details regarding the
3  information that Apple considers confidential.

4      5.    Exhibit C to the Declaration of Michael L. Fazio in Support of Opposition to
5  Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony,
6  Exhibit 97 to the September 13, 2013 Expert Report of Judith A. Chevalier, Ph.D.  Samsung has
7  designated this document as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under
8  the Protective Order entered in this case.  Exhibit 97 also refers to and cites documents that Apple
9  has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the
10 Protective Order entered in this case.

11     6.    Exhibit D to the Declaration of Michael L. Fazio in Support of Opposition to
12 Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the
13 excerpted August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.  Apple has
14 designated this document as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under
15 the Protective Order entered in this case.  This Exhibit also refers to and cites documents and
16 testimony that Samsung has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES
17 ONLY" under the Protective Order entered in this case.

18     7.    Exhibit E to the Declaration of Michael L. Fazio in Support of Opposition to
19 Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the
20 excerpted transcript of the April 4, 2012 deposition of Steven Sinclair.  Apple has designated this
21 transcript as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective
22 Order entered in this case.

23     8.    Exhibit F to the Declaration of Michael L. Fazio in Support of Opposition to
24 Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the
25 excerpted transcript of the June 25, 2013 deposition of Arthur Rangel.  Apple has designated this
26 transcript as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective
27 Order entered in this case.

28

9. Exhibit G to the Declaration of Michael L. Fazio in Support of Opposition to Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript of the July 23, 2013 deposition of Philip Schiller.  Apple has designated this transcript as "HIGHLY CONFIDENTIAL" under the Protective Order entered in this case.

10. Exhibit H to the Declaration of Michael L. Fazio in Support of Opposition to Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript of the April 17, 2012 deposition of Greg Joswiak.  Apple has designated this transcript as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

11. Exhibit I to the Declaration of Michael L. Fazio in Support of Opposition to Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript of the July 9, 2013 deposition of Greg Joswiak.  Apple has designated this transcript as "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

12. Exhibit J to the Declaration of Michael L. Fazio in Support of Opposition to Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, an excerpted Expert Report of Christopher Vellturo in *VirnetX Inc.* v. *Cisco Systems, Inc., et al.*, Case No. 6:10-cv-417 (E.D. Tex.).  Apple has designated the document "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

13. Exhibit M to the Declaration of Michael L. Fazio in Support of Opposition to Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted March 22, 2012 Expert Report of Terry L. Musika, CPA.  Apple has designated the document "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Protective Order entered in *Apple Inc. v. Samsung Elecs. Co. Ltd*, Case No. 11-cv-1846-LHK (N.D. Cal.).  The Report also includes information that Samsung considers confidential.

14. Exhibit N to the Declaration of Michael L. Fazio in Support of Opposition to Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted June 24, 2013 Expert Report of Julie L. Davis, CPA.  Apple has designated the

1  document "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Protective
2  Order entered in *Apple Inc. v. Samsung Elecs. Co. Ltd*, Case No. 11-cv-1846-LHK (N.D. Cal.).
3  The Report also includes information that Samsung considers confidential.
4      15.   Exhibit II to the Declaration of Michael L. Fazio in Support of Opposition to Apple
5  Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the
6  excerpted transcript of the October 4, 2013 Deposition of James R. Kearl, Ph.D.  Samsung
7  designated this document "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the
8  Protective Order entered in this case.  The deposition contains information that we understand
9  Apple may consider confidential and that Apple will file a declaration on that, and a redacted copy
10 will be filed after Apple submits its declaration with additional details on what Apple considers
11 confidential.
12     16.   Exhibit OO to the Declaration of Michael L. Fazio in Support of Opposition to
13 Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the
14 excerpted September 25, 2013 Deposition of Christopher Vellturo, Ph.D.  This transcript has been
15 designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" by Samsung under
16 the Protective Order entered in this case. The exhibit contains information that we understand
17 Apple may consider confidential and that Apple will file a declaration on that, and a redacted copy
18 will be filed after Apple submits its declaration with additional details on what it considers
19 confidential.
20     17.   Exhibit RR to the Declaration of Michael L. Fazio in Support of Opposition to
21 Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the
22 excerpted September 27, 2013 Deposition of Richard Taylor.  Portions of this deposition were
23 marked "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" under the Protective Order
24 entered in this case.  The deposition contains information that we understand Apple considers
25 confidential and that Apple will file a declaration on that, and a redacted copy will be filed after
26 Apple submits its declaration with additional details on what Apple considers confidential.
27     18.   Exhibit SS to the Declaration of Michael L. Fazio in Support of Opposition to
28 Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the

excerpted of the September 13, 2013 Expert Report of Richard Newton Taylor, Ph.D. Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,577,757.  Apple designated the report as containing "HIGHLY CONFIDENTIAL INFORMATION."  This document contains information that we understand Apple considers confidential and that Apple will file a declaration on that, and a redacted copy will be filed after Apple submits its declaration with additional details on what Apple considers confidential.

19. Exhibit TT to the Declaration of Michael L. Fazio in Support of Opposition to Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted August 12, 2013 Report of Dan Schonfeld, Ph.D Regarding Infringement of U.S. Patent Nos. 5,579,239 and 7,577,757.  This document has been designated "HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION" by Samsung.  This document also contains information that we understand Apple considers confidential and that Apple will file a declaration on that, and a redacted copy will be filed after Apple submits its declaration with additional details on what Apple considers confidential.

20. Exhibit UU to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted October 4, 2013 Deposition of Daniel Schonfeld, Ph.D.  Apple designated this transcript "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Protective Order in this case.

21. Exhibit VV to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted October 3, 2013 Deposition of Daniel Schonfeld, Ph.D.  Apple designated this transcript "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Protective Order in this case.

22. Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has been filed electronically with the Court and served on all parties.

23. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

1 | I declare under penalty of perjury that the foregoing is true and correct.

2 | Executed on November 1, 2013, at Los Angeles, California.

4 | */s/ Michael L. Fazio*

5 | Michael L. Fazio