1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10   APPLE INC., a California corporation,        CASE NO. 12-CV-00630-LHK

11              Plaintiff,                        **[PROPOSED] ORDER GRANTING
                                                  SAMSUNG'S ADMINISTRATIVE
12         vs.                                    MOTION TO FILE DOCUMENTS
                                                  UNDER SEAL RELATING TO
13   SAMSUNG ELECTRONICS CO., LTD., a             SAMSUNG'S OPPOSITION TO APPLE
     Korean business entity; SAMSUNG              INC.'S MOTION TO EXCLUDE
14   ELECTRONICS AMERICA, INC., a New             CERTAIN UNRELIABLE AND
     York corporation; SAMSUNG                    IMPERMISSIBLE SAMSUNG EXPERT
15   TELECOMMUNICATIONS AMERICA,                  TESTIMONY**
     LLC, a Delaware limited liability company,
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2  Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion

3  to File Documents Under Seal.  The Court finds that Samsung's sealing request is narrowly

4  tailored and justified.  Therefore, the following documents or portions thereof may be filed under

5  seal consistent with Samsung's requests:

6      1.    The confidential, unredacted version of Samsung's Opposition to Apple Inc.'s
              Motion to Exclude Certain Unreliable and Impermissible Samsung Expert
7             Testimony.

8      2.    Exhibit B to the Declaration of Michael L. Fazio in Support of Opposition to Apple
              Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert
9             Testimony, the excerpted transcript to the October 3, 2013 Deposition of Judith A.
              Chevalier, Ph.D.
10

       3.    Exhibit C to the Declaration of Michael L. Fazio in Support of Opposition to Apple
11            Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert
              Testimony, Exhibit 97 to the September 13, 2013 Expert Report of Judith A.
12            Chevalier, Ph.D.

13     4.    Exhibit D to the Declaration of Michael L. Fazio in Support of Opposition to Apple
              Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert
14            Testimony, the excerpted August 12, 2013 Opening Expert Report of Christopher
              A. Vellturo, Ph.D.
15

       5.    Exhibit E to the Declaration of Michael L. Fazio in Support of Opposition to Apple
16            Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert
              Testimony, the excerpted transcript of the April 4, 2012 deposition of Steven
17            Sinclair.

18     6.    Exhibit F to the Declaration of Michael L. Fazio in Support of Opposition to Apple
              Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert
19            Testimony, the excerpted transcript of the June 25, 2013 deposition of Arthur
              Rangel.
20

       7.    Exhibit G to the Declaration of Michael L. Fazio in Support of Opposition to Apple
21            Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert
              Testimony, the excerpted transcript of the July 23, 2013 deposition of Philip
22            Schiller.

23     8.    Exhibit H to the Declaration of Michael L. Fazio in Support of Opposition to Apple
              Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert
24            Testimony, the excerpted transcript of the April 17, 2012 deposition of Greg
              Joswiak.
25

       9.    Exhibit I to the Declaration of Michael L. Fazio in Support of Opposition to Apple
26            Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert
              Testimony, the excerpted transcript of the July 9, 2013 deposition of Greg Joswiak.
27

       10.   Exhibit J to the Declaration of Michael L. Fazio in Support of Opposition to Apple
28            Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert

Testimony, an excerpted Expert Report of Christopher Vellturo in *VirnetX Inc.* v. *Cisco Systems, Inc., et al.*, Case No. 6:10-cv-417 (E.D. Tex.).

11.  Exhibit M to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted March 22, 2012 Expert Report of Terry L. Musika, CPA.

12.  Exhibit N to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted June 24, 2013 Expert Report of Julie L. Davis, CPA.

13.  Exhibit II to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted transcript of the October 4, 2013 Deposition of James R. Kearl, Ph.D.

14.   Exhibit OO to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted September 25, 2013 Deposition of Christopher Vellturo, Ph.D.

15.  Exhibit RR to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted September 27, 2013 Deposition of Richard Taylor.

16.  Exhibit SS to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted September 13, 2013 Expert Report of Richard Newton Taylor, Ph.D. Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,577,757.

17.  Exhibit TT to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted August 12, 2013 Report of Dan Schonfeld, Ph.D Regarding Infringement of U.S. Patent Nos. 5,579,239 and 7,577,757.

18.  Exhibit UU to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted October 4, 2013 Deposition of Daniel Schonfeld, Ph.D.

19.  Exhibit VV to the Declaration of Michael L. Fazio in Support of Opposition to Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, the excerpted October 3, 2013 Deposition of Daniel Schonfeld, Ph.D.

[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL

1       Accordingly, for good cause shown, the Court HEREBY ORDERS that these documents

2  may be filed under seal.

3

4  DATED:  _____     _____

                                      The Honorable Lucy H. Koh

5                                      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28