QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO EXCLUDE CERTAIN UNRELIABLE AND IMPERMISSIBLE SAMSUNG EXPERT TESTIMONY**<br><br>Date:  January 23, 2014<br>Time:  1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

1    I, Michael L. Fazio, declare as follows:

2    1.    I am a member of the bar of the State of California, admitted to practice before this

3    Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants

4    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5    Telecommunications America, LLC (collectively, "Samsung") in this action. I make this

6    declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and

7    would testify as set forth below.

8    2.    Attached hereto as Exhibit A is a true and correct copy of Exhibit 1 to the

9    September 13, 2013 Expert Report of Judith A. Chevalier, Ph.D.

10    3.    Attached hereto as Exhibit B is a true and correct copy of the excerpted transcript

11    to the October 3, 2013 Deposition of Judith Chevalier, Ph.D.

12    4.    Attached hereto as Exhibit C is a true and correct copy of Exhibit 97 to the

13    September 13, 2013 Expert Report of Judith A. Chevalier, Ph.D.

14    5.    Attached hereto as Exhibit D is a true and correct copy of the excerpted August 12,

15    2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

16    6.    Attached hereto as Exhibit E is a true and correct copy of the excerpted transcript

17    of the April 4, 2012 deposition of Steven Sinclair.

18    7.    Attached hereto as Exhibit F is a true and correct copy of the excerpted transcript of

19    the June 25, 2013 deposition of Arthur Rangel.

20    8.    Attached hereto as Exhibit G is a true and correct copy of the excerpted transcript

21    of the July 23, 2013 deposition of Phillip Schiller.

22    9.    Attached hereto as Exhibit H is a true and correct copy of the excerpted transcript

23    of the April 17, 2012 deposition of Greg Joswiak.

24    10.    Attached hereto as Exhibit I is a true and correct copy of the excerpted transcript of

25    the July 9, 2013 deposition of Greg Joswiak.

26    11.    Attached hereto as Exhibit J is a true and correct copy of the excerpted Expert

27    Report of Christopher Vellturo in *VirnetX Inc.* v. *Cisco Systems, Inc., et al.*, Case No. 6:10-cv-417

28    (E.D. Tex.).

12. Attached hereto as Exhibit K is a true and correct copy of the excerpted 2009 book by Dr. Richard Razgaitis, *Valuation & Dealmaking of Technology-Based Intellectual Property*.

13. Attached hereto as Exhibit L is a true and correct copy of the excerpted transcript of the October 17, 2013 hearing in *Apple Inc. v. Samsung Elecs. Co. Ltd*, Case No. 11-cv-1846-LHK (N.D. Cal.).

14. Attached hereto as Exhibit M is a true and correct copy of the excerpted March 22, 2012 Expert Report of Terry L. Musika, CPA.

15. Attached hereto as Exhibit N is a true and correct copy of the excerpted June 24, 2013 Expert Report of Julie L. Davis, CPA.

16. Attached hereto as Exhibit O is a true and correct copy of the excerpted transcript of the August 10, 2012 trial testimony of Boris Teksler in *Apple Inc. v. Samsung Elecs. Co. Ltd*, Case No. 11-cv-1846-LHK (N.D. Cal.).

17. Attached hereto as Exhibit P is a true and correct copy of the March 2009 article by Bryan Orme, *Using Calibration Questions to Obtain Absolute Scaling in MaxDiff*.

18. Attached hereto as Exhibit Q is a true and correct copy of the 2009 article by Michael S. Garver, *A Maximum Difference Scaling Application for Customer Satisfaction Researchers*.

19. Attached hereto as Exhibit R is a true and correct copy of the 2009 article by Eli Cohen, *Applying Best-Worst Scaling to Wine Marketing*.

20. Attached hereto as Exhibit S is a true and correct copy of the 2012 article by Carl Johan Lagerkvist et al., *Anchored vs. Relative Best–Worst Scaling and Latent Class vs. Hierarchical Bayesian Analysis of Best–Worst Choice Data*.

21. Attached hereto as Exhibit T is a true and correct copy of the 2012 article by Jack Horne, *How Anchored Tradeoffs Reveal Customer Preferences*.

22. Attached hereto as Exhibit U is a true and correct copy of the 2012 article from RTi Research, *Anchored MaxDiff Scaling – "Absolute-ly" More Power!*.

23.     Attached hereto as Exhibit V is a true and correct copy of the 2013 article by Jordan Louviere et al., *An Introduction to the Application of (Case 1), Best-Worst Scaling in Marketing Research.*

24.     Attached hereto as Exhibit W is a true and correct copy of the 1994 article by L.L. Thurstone, *A Law of Comparative Judgment.*

25.     Attached hereto as Exhibit X is a true and correct copy of the 2013 article from the Sawtooth Software Technical Paper Series, *The MaxDiff System Technical Paper.*

26.     Attached hereto as Exhibit Y is a true and correct copy of the 2010 article by Paul Richard McCullough, *Is Max/Diff Really All That*?

27.     Attached hereto as Exhibit Z is a true and correct copy of the April 22, 2013 excerpted article by MD Analytics, *Improved Capabilities in Healthcare Marketing Research with MaxDiff Exercises.*

28.     Attached hereto as Exhibit AA is a true and correct copy of the 2005 article by Dr. Steven Goodman et al., *Best-Worst Scaling: A Simple Method to Determine Drinks and Wine Style Preferences.*

29.     Attached hereto as Exhibit BB is a true and correct copy of the 2011 article by Tim R. Coltman et al., *Best-Worst Scaling Approach to Predict Customer Choice for 3PL Services.*

30.     Attached hereto as Exhibit CC is a true and correct copy of the 2013 article by Christopher A. Wolf and Glynn T. Tonsor, *Dairy Farmer Policy Preferences.*

31.     Attached hereto as Exhibit DD is a true and correct copy of an October 4, 2013 email from Elise Miller to Stephen Swedlow bearing the subject line: RE: Apple/Samsung NDCA2 - Rossi Deposition.

32.     Attached hereto as Exhibit EE is a true and correct copy of the excerpted February 1993 article by Paul F. Vellemen and Leland Wilkinson, *Nominal, Ordinal, Interval, and Ratio Typologies Are Misleading.*

33.     Attached hereto as Exhibit FF is a true and correct copy of the excerpted transcript of the October 1, 2013 Deposition of Sanjay Rao, Ph.D.

34.     Attached hereto as Exhibit GG is a true and correct copy of the excerpted 2010 article by Wendy J. Umberger et al., *Using Best-Worst Scaling to Determine Market Channel Choice by Small Farmers in Indonesia.*

35.     Attached hereto as Exhibit HH is a true and correct copy of the excerpted 1980 article by John Gaito, *Measurement Scales and Statistics: Resurgence of an Old Misconception.*

36.     Attached hereto as Exhibit II is a true and correct copy of the excerpted transcript of the October 4, 2013 Deposition of James R. Kearl, Ph.D.

37.     Attached hereto as Exhibit JJ is a true and correct copy of the excerpted 1973 book by Fred N. Kerlinger, *Foundations of Behavioral Research.*

38.     Attached hereto as Exhibit KK is a true and correct copy of the excerpted September 2002 article by Steve Cohen and Paul Markowitz, *Renewing Marketing Segmentation.*

39.     Attached hereto as Exhibit LL is a true and correct copy of the excerpted 2009 book by Robert S. Pindyck and Daniel L. Rubenfeld, *Microeconomics.*

40.     Attached hereto as Exhibit MM is a true and correct copy of Table 28 from the August 19, 2013 Corrected Expert Report of Dr. James R. Kearl.

41.     Attached hereto as Exhibit NN is a true and correct copy of the excerpted transcript of the July 31, 2013 hearing in *Apple Inc. v. Samsung Elecs. Co. Ltd*, No. 12-cv-00630-LHK (N.D. Cal.).

42.     Attached hereto as Exhibit OO is a true and correct copy of the excerpted transcript of the September 25, 2013 Deposition of Christopher Vellturo, Ph.D.

43.     Attached hereto as Exhibit PP is a true and correct copy of the excerpted August 12, 2013 Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 AND 7,761,414.

44.     Attached hereto as Exhibit QQ is a true and correct copy of the Order re: Objections to Greg Joswiak, Tim Sheppard, Michael Wagner, Tony Blevins, Paul Dourish, Tony Givargis, Dan Dzuban, Emilie Kim, Richard Lutton Order re: Samsung's Motion to Exclude Emilie Kim, Greg Chapman, and Sony Custodian of Records from *Apple Inc. v. Samsung Elecs. Co. Ltd.,* Case No. 11-cv-1846-LHK (N.D. Cal. Aug. 15, 2012).

1       45.     Attached hereto as Exhibit RR is a true and correct copy of the excerpted

2   September 27, 2013 Deposition of Richard Taylor.

3       46.     Attached hereto as Exhibit SS is a true and correct copy of the excerpted of the

4   September 13, 2013 Expert Report of Richard Newton Taylor, Ph.D. Regarding Noninfringement

5   of the Asserted Claims of U.S. Patent No. 7,577,757.

6       47.     Attached hereto as Exhibit TT is a true and correct copy of the excerpted August

7   12, 2013 Report of Dan Schonfeld, Ph.D Regarding Infringement of U.S. Patent Nos. 5,579,239

8   and 7,577,757.

9       48.     Attached hereto as Exhibit UU is a true and correct copy of the excerpted October

10  4, 2013 Deposition of Daniel Schonfeld, Ph.D.

11      49.     Attached hereto as Exhibit VV is a true and correct copy of the excerpted October

12  3, 2013 Deposition of Daniel Schonfeld, Ph.D.

13      I declare under penalty of perjury under the laws of the State of California that the

14  foregoing is true and correct.

15

16

17  DATED: November 1, 2013          QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

18

19                         By */s/ Michael L. Fazio*

20                           Michael L. Fazio

21                         Charles K. Verhoeven

22                         Kevin P.B. Johnson
                       Victoria F. Maroulis

23                         Michael T. Zeller
                       Attorneys for SAMSUNG ELECTRONICS CO.,

24                         LTD., SAMSUNG ELECTRONICS AMERICA,
                       INC., and SAMSUNG

25                         TELECOMMUNICATIONS AMERICA, LLC

26

27

28

DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION
TO EXCLUDE