# EXHIBIT A

# EXHIBIT 1

**Curriculum Vitae**
Judith A. Chevalier

**Home:**
236 Edwards St.
New Haven, CT 06511
(203) 787-6518

**Email:** judith.chevalier@yale.edu

**Office:**
School of Management
Yale University
135 Prospect Street
New Haven, CT 06520
(203) 432-3122

**Primary Positions:**

September 2007-June 2009, Deputy Provost for Faculty Development, Yale University.

February 2005-present, William S. Beinecke Professor of Economics and Finance, Yale School of Management.

June 2001- February 2005, Yale University School of Management, Professor of Finance and Economics.

July 1999-May 2001, University of Chicago, Graduate School of Business, Professor of Economics.

July 1997-June 1999, University of Chicago, Graduate School of Business, Associate Professor of Economics.

July 1994-June 1997, University of Chicago, Graduate School of Business, Assistant Professor of Economics.

July 1993 - June 1994, Harvard University, Department of Economics, Assistant Professor of Economics.

**Other Positions:**

Presidential Search Committee, Yale University, 2012.

Honors and Awards Committee, American Economic Association, 2012- .

Co-editor, *Rand Journal of Economics*, May 2009-March 2013.

Prize committee, Fisher Black Prize, American Finance Association, 2008.

National Science Foundation, Economics Review Panel, 2007-2009.

Editorial Board, *Journal of Industrial Economics*, 2006-2011.

Nominating Committee, American Economic Association, 2007-2008.

Nominating Committee, American Academy of Arts and Sciences, 2006, 2009, 2010.

Co-Editor, *American Economic Review*, November 2004-June 2007.

Yale University Budget Committee, Co-chair, 2012-

Steering Committee, Committee on Yale College Education, 2010- .

# EXHIBIT 1

Advisory Board, Journal of Economic Perspectives, 2009-2012.

Chair, Faculty Section and Steering Committee, Committee on Yale Reaccreditation, 2008-2010.

Search Committee, American Economics Association committee for the editor of the AEA Journal of Microeconomics, Fall 2006.

Executive Committee, American Economic Association, January 2005- January 2008. Member of the finance committee, audit committee, and ad hoc committee on journals.

Visiting Committee, MIT Economics Department, February 2005, February 2007, March 2011.

Member, Dean Search Committee, Yale School of Management, 2004- 2005, 2009-2010.

Chair, Yale University Committee on Cooperative Research, 2003-2006.  Member, 2002-2003.

Member, Provost's Committee on Sexual Misconduct, 2009-2010

Member, Council of the Women's Faculty Forum, Yale University, 2003-2009.

Member, Board of the Chief Executive Leadership Institute, 2005-present.

January 2002-December 2004. Board member, Committee on the Status of Women in the Economics Profession (CSWEP), American Economic Association.

January 2002-present.  Fellow, Davenport College, Yale University.   Member, Summer 2005, search committee for Davenport College Dean.

February 2003- October 2004.  Editor, The B.E. Journals in Economic Analysis and Policy.

AEA Search Committee for Editor of the Journal of Economic Literature, 2003.

January 2002-2009.  Advisory Board, *Quantitative Marketing and Economics*.

January 2001-July 2002.  Associate Editor, *American Economic Review*.

March 2000-September 2004. Associate Editor, The *Journal of Finance*.

American Finance Association nominating committee, 1999.

July 1999 – July 2002, Associate Editor, *Review of Financial Studies*.

January 1999 – December 2003, Associate Editor, *Quarterly Journal of Economics*.

January 1999 – December 2003, Associate Editor, *Journal of Economic Perspectives*.

July 1997-October 2004, Associate Editor, *Journal of Industrial Economics*.

January 1996-October 2004, Associate Editor, *Rand Journal of Economics*.

September 1999-present, Research Associate, National Bureau of Economic Research.

**EXHIBIT 1**

September 1993-September 1999, Faculty Research Fellow, National Bureau of Economic Research.

Consortium Faculty, Cardean University, Unext.com, 1999-2001. Consulted on design of web-based strategy course.

**Research Interests:**

Time use. Competition in high technology industries and telecommunications. Competition and regulation in retail industries; implications of retail pricing behavior for macroeconomics. Competition on the Internet and for information goods. The problems facing durable goods manufacturers. The interaction between firm capital structure and product market competition. The impact of liquidity constraints on markup, inventory, and capital expenditure cyclicality. Testing models of agency and career concerns. The impact of "noise traders" on financial markets. Cross-subsidization of activities within conglomerate firms.

**Education:**

May, 1993, Ph.D., Economics, Massachusetts Institute of Technology.

May, 1989, B.A., *summa cum laude*, Yale University, Distinction in the Major, Economics.

**Honors and Awards:**

National Science Foundation research grant for 2011-2014, SBR 1128322, "Strategic Shoppers."

William F. O'Dell Award, *Journal of Marketing Research*, 2011. For paper published in the *Journal of Marketing Research*, August 2006.

Elected member, American Academy of Arts and Sciences, 2006-present.

nominated paper, Smith Breeden prize, Journal of Finance, 1999. For paper published in the Journal of Finance, June 1999.

recipient, first annual Elaine Bennett Research Prize. This prize is intended to recognize research by a young woman in any area of economics. The prize is administered by the American Economic Association Committee on the Status of Women in the Economics Profession. Presented January 1999.

Alfred P. Sloan Foundation, Sloan Research Fellow, Awarded for 1997-1998, and 1998-1999 academic years.

Smith Breeden "Distinguished Paper" prize, *Journal of Finance*, 1995. Prize awarded for paper published in the *Journal of Finance*, September 1995.

National Science Foundation research grant SBR 94-14141 for 1994-1996.

Review of Economic Studies tour (one of seven doctoral students presenting work at conferences in Europe and Israel), Summer, 1993.

National Science Foundation Graduate Fellowship, 1989-1992.

Dickerman Prize, Yale University, for Best Senior Thesis in Economics, 1989.

EXHIBIT 1

**Publications:**
With Jonathan Baker, "The Competitive Consequences of Most Favored Nations Provisions", *Antitrust Magazine*, Spring 2013.

With Keith Chen, "Are Women Overinvesting in Education? Evidence from the medical profession," *Journal of Human Capital,* Summer 2012.

With Austan Goolsbee, "Are Durable Goods Consumers Forward Looking?  Evidence from the College Textbook Market", *Quarterly Journal of Economics* vol 124, November 2009.

With Keith Chen, "The Taste for Leisure, Career Choice, and the Returns to Education", *Economics Letters*  Vol. 99, May 2008, 353-356.

With Fiona Scott Morton, "State Casket Seller Restrictions:  A Pointless Undertaking?", *Journal of Law and Economics*, August 2008.

With Dina Mayzlin, "The Effect of Word of Mouth on Sales:  Online Book Reviews", *Journal of Marketing Research*, August 2006.

"What Do We Know About Cross-subsidization? Evidence from Merging Firms.", *Advances in Economic Analysis & Policy* 2004: Vol. 4: No. 1, Article 3.
http://www.bepress.com/bejeap/advances/vol4/iss1/art3

with Austan Goolsbee,  "Valuing Internet Retailers:  Amazon and Barnes and Noble", *Advances in Applied Microeconomics* 12:  Organizing the New Industrial Economy, 2003.

with Austan Goolsbee, "Measuring prices and price competition online:  Amazon vs. Barnes and Noble," *Quantitative Marketing and Economics* I (2), June 2003.

with Anil Kashyap and Peter Rossi, "Why don't price rise during periods of peak demand? Evidence from scanner data," *American Economic Review,* March 2003.

with Dennis Carlton, "Free riding and sales strategies on the internet,"  *Journal of Industrial Economics*, December 2001.

with Chris Avery, "Identifying Investor Sentiment from Price Paths:
The Case of Football Betting," *Journal of Business*, October 1999.

with Glenn Ellison, "Are Some Mutual Fund Managers Better than Others?  Cross-sectional Patterns in Behavior and Performance", *Journal of Finance*, June 1999.

with Chris Avery, "Herding over the Career," *Economics Letters*, June 1999.

with Glenn Ellison, "Career Concerns of Mutual Fund Managers," *Quarterly Journal of Economics*, May 1999.

with Chris Avery and Scott Schaefer, "Why Do Managers Undertake Acquisitions?:  an Analysis of Internal and External Rewards to Acquisitiveness",  *Journal of Law, Economics, and Organization*, April 1998.

**EXHIBIT 1**

with Glenn Ellison, "Risk Taking by Mutual Funds as a Response to Incentives," *Journal of Political Economy*, December 1997. Reprinted in P.L. Joskow and M. Waterson, eds., *Empirical Industrial Organization*, Edward Elgar, 2004.

with David S. Scharfstein, "Capital Market Imperfections and Countercyclical Markups: Theory and Evidence," *American Economic Review*, September 1996.

"Do LBO Supermarkets Charge More? An Empirical Analysis of the Effects of LBOs on Supermarket Pricing," *Journal of Finance*, September 1995.

"Capital Structure and Product Market Competition: Empirical Evidence from the Supermarket Industry," *American Economic Review*, June 1995. Reprinted in P.L. Joskow and M. Waterson, eds., *Empirical Industrial Organization*, Edward Elgar, 2004.

with David S. Scharfstein, "Liquidity Constraints and the Cyclical Behavior of Markups," *American Economic Review Papers and Proceedings*, May 1995.

**Working Papers/Work in Progress:**

With Dina Mayzlin and Yaniv Dover, "Promotional Reviews: An Empirical Investigation of Online Review Manipulation", May 2013. Conditionally Accepted, *American Economic Review*.

With Veronica Guerrieri and Anil Kashyap, "Consumer Search and Monetary Policy Non-Neutrality", work in progress.

With Chris Avery and Richard Zeckhauser, "The CAPS Prediction System and Stock Market Returns", NBER Working Paper 17298, May 2013. In revision.

With Anil Kashyap, "Best Prices: Price Discrimination and Consumer Substitution ", May 2013, Prior version: NBER Working Paper 16680.

With Fiona Scott Morton and David Harrington, "Regulating Direct Cremations: The Cost of Seemingly Small Regulatory Changes", January 2011.

With Fiona Scott Morton and David Harrington, "Differentiated to Death? Examining the Roles of Proximity and Preference in the Patronage of Co-Ethnic Businesses", Yale School of Management working paper, February 2013.

with Austan Goolsbee, "Entry and Market Size: The College Textbook Market."

**Popular Publications/ Teaching Cases:**

With Dina Mayzlin and Yaniv Dover, "Who Gave that Hotel Five Stars? The Concierge", *Harvard Business Review*, September 2012.

With Keith Chen, "Is Medical School a Worthwhile Investment for Women?", the Atlantic Online Edition, July 23 2012.

With Jaan Elias, "Potash Corporation of Saskatchewan", Yale Case 11-031, October 2011.

*New York Times*, "A Carbon Cap that Starts in Washington", 12/16/07.

**EXHIBIT 1**

*New York Times*, "In Search of Wireless Wiggle Room", 10/21/07.

*New York Times*, "Welcome Stranger, Here's a Speeding Ticket", 9/2/07.

*Slate*, "Oversell" 12/12/06.

*Financial Times*, ."The Pros and Cons of Entering a Market," *Financial Times Mastering Strategy Series*, November 1, 1999. Reprinted in Mastering Strategy, Prentice Hall, 2000

*Financial Times*, "When it Can be Good to Burn your Boats," *Financial Times Mastering Strategy Series*, October 25, 1999. Reprinted in Mastering Strategy, Prentice Hall, 2000

**Teaching:**   "Competitor", Core class, Yale School of Management, Fall 2011, Fall 2012.

"Technology Strategy", Yale School of Management, Fall 2009.

"Business, Public Policy, and the Information Economy", Yale School of Management, Spring 2012, Fall 2010, Spring 2007, Spring 2006, Spring 2005.

Undergraduate "Business, Public Policy, and the Information Economy", Yale University, Spring 2013, Spring 2012, Spring 2010, Spring 2008, Spring 2007, Spring 2006, Spring 2005, Spring 2004.

PhD. level Industrial Organization, Yale Economics Department, Spring 2003.

Competitive Strategy, Yale School of Management.  2002-2011.

Competitive Strategy, Graduate School of Business, University of Chicago.  Two sections, Winter 2001.  Three sections, Winter 2000.  Two sections, Autumn 1996; three sections, Autumn 1997; three sections, Autumn 1998.

Competitive Strategy, Executive MBA Program (XP), University of Chicago.  One section, Winter 2001.

PhD. Industrial Organization, Graduate School of Business, University of Chicago.  Co-taught with Dennis Carlton and Josef Perktold, Autumn 1996 and Winter 1997.

Economics of the Firm, Graduate School of Business, University of Chicago, Executive MBA course.  Taught in domestic executive program in Autumn 1995, taught in international executive program in Barcelona, July-August 1996.

Microeconomics, Graduate School of Business, University of Chicago, MBA course.  Seven sections, 1994-1995.  One section, Autumn 1999.

Industrial Organization, Department of Economics, Harvard University, Ph.D. course, Spring, 1994.  Co-taught with Glenn Ellison.

Corporate Finance, Department of Economics, Harvard University, Ph.D. course, Spring, 1994.  Co-taught with Andrei Shleifer.

# EXHIBIT 1

Corporate Control and Governance, Department of Economics, Harvard University, Undergraduate Course, Spring, 1994.

Strategy teaching for the Business Advisor program for RSM McGladrey, Inc., Graduate School of Business, University of Chicago.  Autumn 1999, Spring 2001, Spring 2002.

**Research/Seminar Presentations:**
    ABA Section of Antitrust Spring Meeting, Washington DC.
    American Economic Association (4)
    American Finance Association (2)
    American Institute for Economic Research
    Boston University, Department of Economics (2)
    Brigham Young University Department of Economics
    Brown University Department of Economics
    Carnegie Mellon University GSIA (2)
    Center for Research in Securities Prices, University of Chicago
    Chief Executive Leadership Institute
    Columbia University Business School (2)
    Columbia University, Department of Economics (2)
    Cornell University, Applied Economics and Management
    Cornell University Business School
    Cornell University Department of Economics
    Dartmouth College, Tuck School of Business (2)
    Dartmouth College, Department of Economics.
    Duke University, Department of Economics(2)
    Duke University, Fuqua School of Business (2)
    Econometric Society Winter Meetings
    Federal Reserve Bank of New York
    Free University of Brussels
    Georgia Finance Forum
    Harvard Business School (2)
    Harvard University Department of Economics (3)
    Harvard University, Kennedy School of Government
    Harvard University Law School
    International Industrial Organization Society (2)
    Johns Hopkins University, Department of Economics
    London School of Economics
    Massachusetts Institute of Technology, Economics Department (4)
    Massachusetts Institute of Technology, Sloan School of Management (2)
    Milton Friedman Institute, University of Chicago.
    National Bureau of Economic Research, Corporate Finance Group (3)
    National Bureau of Economic Research, Economics of Digitization Group (2)
    National Bureau of Economic Research, Ecommerce Group.
    National Bureau of Economic Research, Economic Fluctuations (2)
    National Bureau of Economic Research, Industrial Organization Group (5)
    National Bureau of Economic Research, Monetary Economics Group (2)
    New York University, Stern School of Business (3)
    Northwestern University, Kellogg School of Business (3)
    Northwestern University, Department of Economics
    Ohio State University, Department of Economics (2)
    Princeton University, Department of Economics and Woodrow Wilson School (2)
    Purdue University, Department of Economics
    QME Conference
    Rutgers University, Department of Finance
    Stanford University, Graduate School of Business (4)

# EXHIBIT 1

    Tel Aviv University
    Texas A&M University, Department of Economics
    U. des Sciences Sociales (Toulouse, France)
    United States Department of Justice (3)
    United States Federal Communications Commission
    United States Federal Trade Commission (2)
    University of Arizona, Finance Department
    University of British Columbia, Summer industrial organization meeting
    University of California at Berkeley, Haas School of Business (5)
    University of California at Berkeley, Department of Economics
    University of California at Los Angeles, Department of Economics
    University of Chicago, Graduate School of Business (5)
    University of Connecticut, Department of Agricultural Economics
    University of Delaware, Department of Economics
    University of Florida, College of Business Administration
    University of Illinois, Department of Commerce and Business Administration (2)
    University of Illinois at Chicago, Finance Department.
    University of Indiana, Business School (2)
    University of Maryland, College of Business and Management
    University of Maryland, Department of Economics
    University of Michigan, Department of Economics (2)
    University of Michigan, School of Business Administration (2)
    University of Minnesota, Department of Economics
    University of Notre Dame, College of Business
    University of Oregon, College of Business Administration
    University of Pennsylvania, Wharton School (2)
    University of Rochester, Simon School of Business
    University of Southern California, School of Law
    University of Toronto, Department of Economics
    University of Wisconsin, Department of Economics
    Washington University in St. Louis
    Yale University, Department of Economics (3)
    Yale University, School of Management (5)
    Yale University, Law School (2)

**Non-academic positions:**
    Board member, the Foote School, 2005-present.  Co-Treasurer and Chair of Audit Committee, 2006- 2008.  Treasurer and Chair of Finance Committee, 2009-present.