# EXHIBIT B

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

```
 1            IN UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   APPLE, INC., a California        )
     corporation,                     )
 5                                    )CASE NO.
                   Plaintiff,         )12-CV-00630-LHK
 6                                    )
     vs.                              )
 7                                    )
     SAMSUNG ELECTRONICS, CO., LTD.,  )
 8   a Korean corporation; SAMSUNG    )
     ELECTRONICS AMERICA, INC., a     )
 9   New York corporation; SAMSUNG    )
     TELECOMMUNICATIONS AMERICA,      )
10   LLC, a Delaware limited          )
     liability company,               )
11                                    )
                   Defendants.        )
12   -------------------------------- )
13
14
15       ***CONFIDENTIAL - ATTORNEYS' EYES ONLY***
16
17
18
19       CONFIDENTIAL VIDEOTAPED DEPOSITION OF
              JUDITH CHEVALIER, Ph.D.
20                New York, New York
             Thursday, October 3, 2013
21
22
23
24   Reported by:
     JOMANNA DeROSA, CSR
25   JOB NO. 66560
```

Confidential - Attorneys' Eyes Only

Page 20

1    that you made reference to?                           08:12AM
2           A.    So, I teach a class -- well, my          08:12AM
3    classes have changed somewhat over the years.  The    08:12AM
4    most recent class that I teach is I teach a class     08:12AM
5    called the Economics of the Information Economy,      08:12AM
6    and it contains a fair bit of discussion about        08:12AM
7    copyrights and patents and the economics thereof.     08:12AM
8                 Previously I taught more general         08:12AM
9    technology strategy type classes that also had        08:12AM
10   content regarding intellectual property.              08:12AM
11          Q.    And as Chair with respect to the         08:12AM
12   cooperative research group at Yale, what were your    08:13AM
13   duties?                                               08:13AM
14          A.    So, the Committee for Cooperative        08:13AM
15   Research -- I guess I was a member, and then I was    08:13AM
16   Chair.  The committee oversees the office that        08:13AM
17   undertakes Yale's licensing.  And so, as Chair --     08:13AM
18   I mean, the committee in general, but as Chair in     08:13AM
19   particular, we were called upon to advise the         08:13AM
20   provost in setting policy for that office.            08:13AM
21                There would be some specific             08:13AM
22   situations of potential licensing agreements that     08:13AM
23   were discussed at the committee.  The general         08:13AM
24   charge for the committee was to oversee the office    08:13AM
25   and make sure that the licensing was taking place     08:13AM

Confidential - Attorneys' Eyes Only

Page 21

| | | |
|---|---|---|
| 1 | in the best interest of Yale. | 08:13AM |
| 2 | Q. At that time there was an entire | 08:13AM |
| 3 | staff for the committee. Is that correct? | 08:14AM |
| 4 | MR. WATSON: Objection. Vague and | 08:14AM |
| 5 | ambiguous. | 08:14AM |
| 6 | A. The office had a staff. | 08:14AM |
| 7 | Q. And did the Director of Licensing | 08:14AM |
| 8 | head that staff? | 08:14AM |
| 9 | MR. WATSON: I'm sorry. Head that? | 08:14AM |
| 10 | MR. THOMASCH: Head that staff. | 08:14AM |
| 11 | A. There was -- that's not the | 08:14AM |
| 12 | person's title. I don't quite recall the person's | 08:14AM |
| 13 | title, but there is a head of the Office of | 08:14AM |
| 14 | Cooperative Research. | 08:14AM |
| 15 | Q. When you were there, there was no | 08:14AM |
| 16 | director of licensing? | 08:14AM |
| 17 | MR. WATSON: Objection. Vague and | 08:14AM |
| 18 | ambiguous. | 08:14AM |
| 19 | A. I -- I really don't recall the | 08:14AM |
| 20 | exact title of the person who chaired that office, | 08:14AM |
| 21 | but his duties would encompass directing the | 08:14AM |
| 22 | licensing arrangements. | 08:14AM |
| 23 | Q. In your service on the committee, | 08:14AM |
| 24 | did you engage in any licensing negotiations with | 08:14AM |
| 25 | third parties, individuals outside of Yale? | 08:14AM |





[redacted]

Confidential - Attorneys' Eyes Only

Page 288

1    THE VIDEOGRAPHER:  Seven hours and          04:37PM
2  two minutes.                                  04:37PM
3    MR. WATSON.  Then, no, I am not.            04:37PM
4  Thank you.                                    04:37PM
5    MR. THOMASCH:  Thank you, Doctor.           04:37PM
6    THE WITNESS:  Thank you.                    04:37PM
7    THE VIDEOGRAPHER:  The time is 4:39         04:37PM
8  p.m., and this completes tape No. 5, as well  04:37PM
9  as the videotape deposition of Dr. Judith     04:37PM
10 Chevalier.                                    04:37PM
11       (Time Ended:  4:37 p.m.)
12
13       _____
14       JUDITH CHEVALIER, Ph.D.
15
16 Subscribed and sworn to
17 before me this     day
18 of October, 2013.
19
20 _____
21
22
23
24
25

Confidential - Attorneys' Eyes Only

Page 291

1           CERTIFICATE

2  STATE OF NEW YORK )

3                    )ss:

4  COUNTY OF NEW YORK)

5           I, JOMANNA DeROSA, a Certified

6  Shorthand Reporter and Notary Public within

7  and for the States of New York, New Jersey,

8  California and Arizona, do hereby certify:

9           That JUDITH CHEVALIER, Ph.D., the

10 witness whose deposition is hereinbefore set

11 forth, was duly sworn by me and that such

12 deposition is a true record of the testimony

13 given by such witness.

14          I further certify that I am not

15 related to any of the parties to this action

16 by blood or marriage, and that I am in no

17 way interested in the outcome of this

18 matter.

19          In witness whereof, I have hereunto

20 set my hand this 3rd day of October, 2013.

21

22                       _____

                         JOMANNA DeROSA

23

24

25