# EXHIBIT D

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC<br><br>Defendants. | CASE NO.12-cv-00630-LHK |

# OPENING EXPERT REPORT OF
# CHRISTOPHER A. VELLTURO, PH.D.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

e. Conclusion

452.  INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

**Factor 2: The rates paid by the licensee for the use of other patents comparable to the Asserted Patents**

453.  I have reviewed the licenses that Samsung has produced in this matter and determined that none is informative as to royalties that Samsung would agree to pay Apple for licenses to the Asserted Patents.

454.  ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[731] See: Deposition of Heung-Mo Lee, Deposition Exhibit 21 ████████████████████████████████████



455. ███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████

456. ███████████████████████████████████


---

[732] ████████████████████████████ SAMNDCA630-07672907; SAMNDCA630-07674037; SAMNDCA630-07603329; SAMNDCA630-07603464; SAMNDCA630-07603458; SAMNDCA630-07603479; SAMNDCA630-04269543; SAMNDCA630-07872132; SAMNDCA630-07872102; SAMNDCA630-07872119; SAMNDCA630-07603880; SAMNDCA630-04262248; SAMNDCA630-07604005; SAMNDCA630-00835386.

[733] Deposition of Heung-Mo Lee, Transcript, July 17, 2013, at 10-11, 18-19; Deposition of Heung-Mo Lee, Exh. 3, July 17, 2013.

[734] Deposition of Heung-Mo Lee, Transcript, July 17, 2013, at 21-24, 28.

[735] 

[736] Deposition of Heung-Mo Lee, Transcript, July 17, 2013, at 32-33.

[737] Deposition of Heung-Mo Lee, Transcript, July 17, 2013, at 38-39.

457. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**Factor 3: The nature and scope of the license, as exclusive or non-exclusive; or as restricted or non-restricted in terms of territory or with respect to whom the manufactured product may be sold**

458.  INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

## VI. CONCLUSION

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

August 12, 2013                              _____
                                             Dr. Christopher A. Vellturo

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD