# EXHIBIT O

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5
     APPLE INC., A CALIFORNIA      ) C-11-01846 LHK
 6   CORPORATION,                  )
                                   ) SAN JOSE, CALIFORNIA
 7              PLAINTIFF,         )
                                   ) AUGUST 10, 2012
 8          VS.                    )
                                   ) VOLUME 6
 9   SAMSUNG ELECTRONICS CO.,      )
     LTD., A KOREAN BUSINESS       ) PAGES 1638-1988
10   ENTITY; SAMSUNG               )
     ELECTRONICS AMERICA,          )
11   INC., A NEW YORK              )
     CORPORATION; SAMSUNG          )
12   TELECOMMUNICATIONS            )
     AMERICA, LLC, A DELAWARE      )
13   LIMITED LIABILITY             )
     COMPANY,                      )
14                                 )
                DEFENDANTS.        )
15   _____

16              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17            UNITED STATES DISTRICT JUDGE

18

19

20             APPEARANCES ON NEXT PAGE

21

22

23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595
24

25
```

1    WITH THEM TO RELAY OUR CONCERN.
2            MS. MAROULIS:  YOUR HONOR, I MOVE TO
3    STRIKE FOR LACK OF FOUNDATION ON THAT RESPONSE.
4            THE COURT:  YOU'RE GOING TO HAVE TO LAY A
5    FOUNDATION HOW HE KNOWS THAT.
6    BY MR. MUELLER:
7    Q    SURE.  MR. TEKSLER, WERE YOU AT APPLE AT THAT
8    TIME?
9    A    I WAS.
10   Q    WHAT WAS YOUR POSITION AT THAT TIME?
11   A    I WAS THE DIRECTOR OF APPLE I.P. AND STRATEGY.
12   Q    YES OR NO, WERE YOU PRIVY TO CONVERSATIONS
13   INVOLVING SAMSUNG?
14   A    YES, I WAS.
15           MR. MUELLER:  YOUR HONOR, I'VE LAID A
16   FOUNDATION.
17   Q    COULD YOU PLEASE TURN TO TAB 1 IN YOUR BINDER,
18   THAT'S PLAINTIFF'S EXHIBIT 52.
19           THE COURT:  I DON'T HAVE THE DIRECT
20   EXHIBITS TO MR. TEKSLER.  I THOUGHT THEY WERE
21   COMING.
22           MR. MUELLER:  I'M SORRY.  I THOUGHT YOU
23   HAD A BINDER.  I APOLOGIZE, YOUR HONOR.  THIS IS
24   TAB 1, PLAINTIFF'S EXHIBIT 52.
25   Q    MR. TEKSLER, DO YOU KNOW WHAT THIS DOCUMENT

```
 1    IS?
 2    A    I DO.
 3    Q    WHAT IS IT?
 4    A    IT'S A PRESENTATION THAT WAS GIVEN TO SAMSUNG
 5    IN AUGUST OF 2010.  IT'S ONE THAT I HELPED AUTHOR
 6    AND CREATE.
 7              MR. MUELLER:  YOUR HONOR, I OFFER IT.
 8              MS. MAROULIS:  YOUR HONOR, NO FURTHER
 9    OBJECTION, BUT YOUR HONOR RULED THAT THE WITNESS
10    WOULD NOT BE ALLOWED TO TESTIFY ABOUT THE MEETING
11    ITSELF.
12              THE COURT:  AND I'LL CONTINUE THAT
13    RULING.  IT'S ADMITTED.
14              (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER
15              52, HAVING BEEN PREVIOUSLY MARKED FOR
16              IDENTIFICATION, WAS ADMITTED INTO
17              EVIDENCE.)
18              THE COURT:  GO AHEAD.
19    BY MR. MUELLER:
20    Q    MR. TEKSLER, WE'RE PUTTING PLAINTIFF'S EXHIBIT
21    52 ON THE SCREEN.  THIS IS TITLED "SAMSUNG'S USE OF
22    APPLE PATENT IN SMARTPHONES."
23              AND COULD YOU REMIND US WHAT THIS
24    DOCUMENT IS?  IT'S A PRESENTATION?
25    A    YES, IT'S A PRESENTATION GIVEN TO SAMSUNG IN
```

1   A    I AM, YES.
2   Q    SO NOWHERE IN THIS PRESENTATION IS THERE
3   MENTION OF A REGISTERED TRADE DRESS FOR AN IPHONE;
4   CORRECT?
5   A    I AGREE THAT THERE IS NOT.
6   Q    AND THERE'S NO MENTION OF UNREGISTERED TRADE
7   DRESS FOR IPHONE AS WELL; CORRECT?
8   A    I AGREE THAT IT'S NOT WRITTEN ON THE SLIDES.
9   Q    AND THERE'S NO UNREGISTERED TRADE DRESS FOR
10  IPAD; CORRECT?
11  A    I AGREE.
12  Q    EXHIBIT 52 DOESN'T SAY ANYWHERE THAT APPLE
13  WOULD NOT LICENSE ITS DESIGN PATENTS TO SAMSUNG; IS
14  THAT RIGHT?
15  A    I AGREE.
16  Q    AND THE PRESENTATION DOES NOT IDENTIFY ANY
17  UTILITY PATENTS THAT APPLE WOULD NOT LICENSE TO
18  SAMSUNG; IS THAT RIGHT?
19  A    I AGREE.
20  Q    PLEASE TAKE A LOOK AT EXHIBIT DX 586 IN YOUR
21  BINDER.  THIS IS A PRESENTATION THAT YOU MADE TO
22  SAMSUNG IN OCTOBER 2010; CORRECT?
23  A    YES, THAT'S CORRECT.
24  Q    YOU PREPARED IT YOURSELF?
25  A    I DID.

1  Q   AS PART OF DOING BUSINESS AS A LICENSING
2  OFFICER AT APPLE; CORRECT?
3  A   YES, THAT'S CORRECT.
4           MS. MAROULIS:  YOUR HONOR, I MOVE EXHIBIT
5  586 INTO EVIDENCE.
6           MR. MUELLER:  NO FURTHER OBJECTIONS, YOUR
7  HONOR, SUBJECT TO THE LIMITING INSTRUCTION THAT
8  YOUR HONOR MENTIONED.
9           THE COURT:  RIGHT.  AND THERE IS A --
10 THIS IS ADMITTED.
11           (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER
12           586, HAVING BEEN PREVIOUSLY MARKED FOR
13           IDENTIFICATION, WAS ADMITTED INTO
14           EVIDENCE.)
15           THE COURT:  YOU MAY CONSIDER THIS -- YOU
16 MAY NOT CONSIDER THIS EVIDENCE TO PROVE OR DISPROVE
17 THE VALIDITY OR INVALIDITY OF THE CLAIM OR THE
18 AMOUNT OF THE DISPUTED CLAIM.
19           HOWEVER, YOU MAY CONSIDER THIS EVIDENCE
20 FOR SOME OTHER PURPOSE, FOR EXAMPLE, WHETHER OR NOT
21 SAMSUNG LACKED NOTICE OF APPLE'S INFRINGEMENT
22 CLAIMS.
23           OKAY.  GO AHEAD, PLEASE.
24 BY MS. MAROULIS:
25 Q   MR. TEKSLER, NOWHERE IN EXHIBIT 586 DOES APPLE

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

/S/
_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: AUGUST 11, 2012