# EXHIBIT S

Food Quality and Preference 25 (2012) 29–40



Contents lists available at SciVerse ScienceDirect

# Food Quality and Preference

journal homepage: www.elsevier.com/locate/foodqual



# Anchored vs. relative best–worst scaling and latent class vs. hierarchical Bayesian analysis of best–worst choice data: Investigating the importance of food quality attributes in a developing country

Carl Johan Lagerkvist [a,*], Julius Okello [b], Nancy Karanja [c]

[a] Department of Economics, Swedish University of Agricultural Sciences, P.O. Box 7013, Uppsala 750 07, Sweden
[b] Department of Agricultural Economics, University of Nairobi, P.O. Box 30197, Nairobi 00100, Kenya
[c] Department of Land Resource Management & Agricultural Technology, University of Nairobi, P.O. Box 30197, Nairobi 00100, Kenya

### A R T I C L E   I N F O

*Article history:*
Received 19 November 2010
Received in revised form 7 January 2012
Accepted 7 January 2012
Available online 21 January 2012

*Keywords:*
Food quality
Anchored best–worst scaling
Peri-urban farming
Hierarchical Bayesian estimation
Latent class

### A B S T R A C T

Applying best–worst (BW) scaling to a multifaceted feature, e.g. food quality, is challenging as attribute non-attendance or lack of attribute discrimination risks invalidating the transformation of choice data to unidimensional scale. The relativism of BW scaling also typically prevents distinction of respondents or groups of respondents based on similarities to the study object. A dual-response BW scaling method employed here to obtain an anchored scale allowed comparisons of importance ratings across individuals. Attribute importance ratings and rankings obtained were compared with those from relative BW scaling. Latent class (LC) and hierarchical Bayesian (HB) analyses of individual specific BW choice data were also compared for ability to consider within- and between-respondent choice heterogeneity. Personal interviews with 449 consumers provided data on the importance of 16 food quality attributes of kale produced in peri-urban farming in Kenya. Major findings were that the anchoring model improved individual choice predictions compared with conventional relativistic BW scaling, i.e. was more reliable in measuring consumer preferences, and that HB analysis fitted the data better than LC analysis. HB analysis also successfully obtained individual parameter estimates from sparse data and is thus a promising tool for analysis of BW choices in sensory and consumer-orientated research.

© 2012 Elsevier Ltd. All rights reserved.

## 1. Introduction

### 1.1. Background

There is growing use of best–worst (BW) scaling to investigate preferences for products and programmes in consumer research (e.g. Jaeger & Cardello 2009; Jaeger, Danaher, & Brodie, 2009; Jaeger, Jørgensen, Aaslyng, & Bredie, 2008) and in several other disciplines, including health treatment (e.g. Lancsar, Louviere, & Flynn, 2007), social care (Potoglu et al., 2011) and value research (Lee, Soutar, & Louviere, 2008). Among methods for the measurement of consumer preferences and product attribute importance, BW scaling can generate greater consumer discrimination in sensory testing, although it is viewed by panellists as the most demanding method (Hein, Jaeger, Carr, & Delahunty, 2008).

In a standard BW scaling approach, a number of attributes take a particular level and for a series of choice sets, respondents are asked to evaluate and select the attributes perceived to be farthest apart on an underlying latent scale. Fig. 1 illustrates the BW choice

set used to collect data for this study. Methods to analyse BW data are well developed (e.g. Jaeger et al., 2008) and typically relate all estimated differences to provide a form with ratios of scale values (attribute importance) for each attribute relative to a single (arbitrary) attribute for which the importance cannot be estimated to avoid linear dependency. This then acts as the reference attribute.

The BW scaling approach to a multifaceted feature such as food quality can be challenging, as it results in a unidimensional scale. Food quality and choice are dynamic, multi-dimensional aspects linked to the concept of consumer acceptability (Issanchou, 1996). In addition, food quality includes a consumer perception-related subjective dimension (Grunert, 2005). Presence of attribute non-attendance or lack of discrimination among attributes risks invalidating the transformation of choice data into the unidimensional scale. The relativism of BW scaling is also considered a limitation (Jaeger et al., 2008) and typically excludes the possibility to distinguish respondents or groups of respondents based on similarities to the subject under measurement. Against this background, this study sought to: (1) introduce the dual-response anchored BW scaling method and compare it with the relative BW scaling approach in order to determine whether the anchored approach warrants inclusion as a tool in consumer research due to its internal validity and respondent segmentation qualities, (2)

* Corresponding author. Tel.: +46 18 671783; fax: +46 18 673502.
  E-mail address: carl-johan.lagerkvist@slu.se (C.J. Lagerkvist).

0950-3293/$ - see front matter © 2012 Elsevier Ltd. All rights reserved.
doi:10.1016/j.foodqual.2012.01.002

C.J. Lagerkvist et al./Food Quality and Preference 25 (2012) 29–40

| Least Important | Feature | Most Important |
|---|---|---|
| | The price paid for the product offers 'value for money' | |
| | The product bought is washed and sprinkled with running tap water at the market | |
| | The product is transported to the market in a hygienic way (covered and in a clean container) | |
| | Pesticides have been applied using the recommended dosage for a given symptom | |

*Considering only these four features, which is the <u>Most Important</u> and which is the <u>Least Important</u>?*

**Considering just these four features…**

- ⊙ **None of these four is important**
- ⊙ **Some are important, some are not**
- ⊙ **All four are important**

**Fig. 1.** Example of anchored best–worst (BW) questions used in the consumer survey.

compare latent class and hierarchical Bayesian analyses of individual specific BW choice data based on their capacity to consider within- and between-respondent choice heterogeneity, and (3) present a case study investigating the importance to consumers of a range of quality issues for leafy vegetables produced by farmers in peri-urban areas (within 20 km of the city centre) in a developing country context.

Sections 1.2 and 1.3 introduce the methodology of anchored BW scaling, considering in particular the theoretical and applied aspects of introducing a dual-response choice format and a no-choice option, and the use of a Bayesian approach to estimate BW data. Sections 1.4 and 1.5 introduce the measures used to assess the performance of the models in terms of reliability, fit and predictive accuracy. The empirical study examining the importance to consumers of food quality attributes of fresh vegetables is introduced in Section 1.6. The methodology is described in Section 2 and the results are presented and discussed in Section 3, which also includes a food policy-orientated discussion of the findings.

*1.2. Relative versus anchored dual-format best–worst scaling*

BW scaling as a technique was originally devised to allow respondents to make trade-offs in their choices between the relevant food safety issues that compete for their concern (Finn & Louviere, 1992). Being based on the theory of paired comparisons (Thurstone, 1927), BW scaling is related to a generally accepted theory of human decision-making and may thus overcome the potential response biases typical of rating scales (e.g. social desirability bias, acquiescence bias, extreme response bias), as identified by Paulhus (1991). The method has gained popularity and has been used e.g. to measure the importance of product benefits (Cohen & Markowitz, 2002), and to identify the relative importance of 11 general food values (Lusk & Briggeman, 2009).

The standard (relative) BW approach has several advantages over conventional rating scales (Flynn, Louviere, Peters, & Coast, 2007; Jaeger et al., 2008; Lusk & Briggeman, 2009), which together with its benefits with respect to potential response biases typical of rating scales motivated its use in this study. The methodology is generally easily understood by the respondents, while at the same time stressing the trade-offs between the importances of issues. In addition, compared with rating techniques, use of BW scaling may overcome cultural equivalence problems (e.g. those relating to terms of gradation).

However, there are two methodological remedies of the standard BW scaling approach that are relevant to address in sensory and consumer-orientated research.

Firstly, relating to the multi-faceted nature of consumers' perception of food quality, a basic axiom in choice modelling is that of unlimited substitutability between the attributes tapping the latent construct. In a technical sense, continuity is needed to ensure that for any choice set in a B–W study, there exists some probability such that the respondent is indifferent between the "best" and the "worst" attributes, while substitutability requires that respondents would be indifferent between two choice sets which offer these attributes with equal probabilities, if the choice sets are identical in every other way. Continuity is a key issue in transforming BW choice data to a unidimensional probability scale, but the transformation has external validity if, and only if, individual respondents have made accurate and continuous trade-offs between all attributes.

In studying food decision-making this may represent too strong an assumption, since consumers are known to be highly influenced by habitual and emotional aspects, as well as being characterised by low levels of involvement for routine purchases (see e.g. Costa, Schoolmeester, Dekker, & Jongen, 2003; Helsop, 2007). Mantel and Kardes (1999) found that product attributes (qualities such as

C.J. Lagerkvist et al. / Food Quality and Preference 25 (2012) 29–40

price, size, nutritional value, durability, etc.) are often compared disproportionately, i.e. one is the subject of more intense comparison, thus eliciting more consideration when the consumer decides which attribute is the best. Mantel and Kardes also found that purchase decisions are not always made on the basis of an attribute-by-attribute comparison (attribute-based processing). Instead, consumers also make decisions based on an overall evaluation of their impressions, intuition and knowledge based on past experience, or attitude-based processing.

A growing body of literature is emerging around how individuals evaluate a set of attributes associated with ordered or unordered choice alternatives. The findings suggest that individuals make use of a number of different processing rules to arrive at choice outcome (Hensher & Greene, 2010). The effect of information processing strategies and attribute processing rules on choice outcomes is relevant to consider in a BW context, especially what if a respondent were to cancel, ignore or exclude a certain attribute, or a set of attributes (attribute aggregation), for example the washing and sprinkling attribute displayed in Fig. 1 in choice sets where this attribute occurs? This could be due to e.g. non-interest or lack of attribute attractiveness/relevance and, depending on the choice context, could originate from reference dependence, through lack of knowledge or uncertainty (Fenichel, Lupi, Hoehn, & Kaplowitz, 2009). Effectively, this would qualify as attribute non-attendance. However, what if a respondent were to lack the ability to fully discriminate between attributes because of task similarity (Tversky & Shafir, 1992), e.g. in responding to a set in which the respondent cannot make a sufficient distinction between the attributes. For example, the respondent(s) could be unable to disentangle how the two food safety attributes in Fig. 1 (washing and sprinkling versus use of pesticides) differ with respect to food quality. In addition, lack of discrimination could exist because of task attractiveness or complexity (Hensher, 2006) in responding to a set in which the cognitive burden of deciding upon importance becomes too difficult when all attributes are considered vital).

Attribute non-attendance or lack of discrimination implies that respondents do not make trade-offs between all attributes included, potentially invoking attribute discontinuity and non-substitutability. Persistently disregarding from one, or several, attributes means there exists no probability that the respondent will be indifferent between the best and worst attributes within choice sets in which these attributes appear, or indifferent between any pair of choice sets where these attributes appear. Attribute discontinuity is of particular relevance in a BW scaling context, since the method aims to induce respondents to discriminate between attributes. Thus, if some respondents consider all attributes while others consider only a subset, leading to discontinuous preference orderings, the pooling of such choice-based data into an aggregated model for estimation of attribute importances may generate biased estimates.

The issue of attribute non-attendance or lack of discrimination and its relationship to attribute discontinuity in BW scaling remains largely unexplored within the sensory and consumer-orientated research related to food quality. In order to address the influence of non-attendance, past research within discrete choice-based modelling has either used self-reporting in collecting data on the attributes given non-attention by respondents (e.g. Hensher, 2008) through asking questions such as: 'Did you disregard any (and if so which) attribute/level in choosing between these alternatives?' either after each choice set, or at the end of the questionnaire. The benefit to the analyst of such control questions has recently been challenged. Evidence suggests that respondents claiming to have ignored a certain attribute have actually assigned it less importance (Hess & Hensher, 2010). Another strand of the literature has developed specific entropy estimation methods to account for attribute non-attendance when data on

self-reported attribute non-attendance are not available, or sought (Scarpa, Gilbride, Campell, & Hensher, 2009). In the latter approach there is no requirement to have the respondent report back on attribute ignorance. Instead, the estimation technique is able to detect and adjust for this aspect.

Secondly, standard BW scaling measures relative, rather than absolute, preferences. Relating differences for each attribute to a single reference attribute removes the common origin of individual scales. The basic problem then, like that in traditional rating approaches, is that the concept of 'best' or 'worst' is only comparable within a respondent, but not across respondents. Bacon, Lenk, Seryakova, and Veccia (2008) argue that the relativism within discrete, choice-based methods excludes meaningful information that distinguishes respondents or groups of respondents.

In order to overcome these methodological shortcomings of the standard BW approach, here we adopted an anchored dual-response format, in line with suggestions within business marketing research (Sawtooth Software, 2009a,b). While being based on a self-reporting approach the dual-response approach brings additional important information features. First, in comparison with the non-attention approach, the level of information obtained is higher, since the respondent indicates the discrimination (i.e. the trade-offs being considered) within each choice set along the full range of best-to-worst. Secondly, asking for an additional discrimination among the attributes within choice sets relates to the discovered preference hypothesis (Plott, 1996) in the assessment of attribute importance. In this approach, people gain successive experience with the particular context, and the dual-response question may make respondents consider the choices within each choice set in a more analytical decision-making mode, because of the request to indicate three alternative relationships among attributes within sets. Proceeding along the choice sets, respondents may then become more observant of the connections between attributes. To our knowledge, no previous study has applied the anchored dual response format methodology of BW scaling in a food quality context. The novel contribution of this work lies in the evaluation and comparison of relative and anchored dual-format BW scaling.

To implement the anchored dual-response format, as shown in Fig. 1, respondents were first asked to choose the BW attribute combination and then choose between the available attributes and an elaborated no-choice alternative. This dual response question was used as a fifth choice option in the subsequent analysis. The response 'Some are important, some are not' represented the anchor between important and unimportant, and indicated that the anchor was perceived as either 'best' or 'worst'. From this question a common scale origin exists (theoretically) with the utility of the anchor being zero. Moreover, a response 'None of these four is important' was taken to indicate that this alternative was viewed as being preferable to the other attributes within the choice set, i.e. representing the 'best' alternative (to indicate that the offered attributes failed to meet some importance threshold of the respondent). Thus, instead of ignoring the choice set and leaving it unanswered, or through lack of other way of expression providing a choice within a set of irrelevant attributes, the respondent could indicate this lack of importance directly. This anchoring alternative is therefore the same as a 'None of these' option in the choice literature. On the other hand, the response 'All four are important' was taken to indicate that all four attributes were preferred to the anchor and that the fifth attribute was the 'worst' alternative. This indicates a potential lack of attribute discrimination. Importantly for the analysis of the B–W data, use of this alternative takes out choice of the attribute that is the least important.

Although this anchoring approach generates degrees of importance that are scaled relative to a common anchor, there is still the possibility of heterogeneity among respondents in their

32                                C.J. Lagerkvist et al./Food Quality and Preference 25 (2012) 29–40

conception of the anchor, as the definition of importance or unimportance can differ between individuals. The benefit of this approach is the potential information gain at the individual level allowing for discontinuity in attribute attendance to be detected and for further segmenting of respondents depending on their responses to the dual-response questions. An important caveat to the anchored dual-format approach could be if a new bias were to be introduced to the choice setting by the inclusion of this additional choice alternative, i.e. if the responses under the dual-response format violated the independence from irrelevant alternatives (IIA). This would be the case if the addition of the dual response task drew proportionately from each of the available alternatives.

Figs. 2a and 2b illustrate the coding of responses of the anchored BW choice task as presented in Fig. 1. Data were coded in relation to the design matrix format (see Appendix A) with number of columns (16) equal to the total number of attributes included. The presence of a given attribute in the choice set was dummy-coded. There was one data matrix for each choice of most important (with dummies as +1) (Fig. 2a) and one matrix for each choice of least important (dummies as −1) (Fig. 2b). Each matrix had seven rows, with rows two to five being associated with the presence of the quality attribute in the BW part of the choice set, while row six indicated the presence of the additional anchoring question. The illustration displays the coding when the respondent first chose alternative 3 (attribute 6: 'Pesticides have been applied using the recommended dosage for a given symptom') as 'Most important' and then alternative 2 (attribute 14: 'The product bought is washed and sprinkled with running tap water at the market') as 'Least important', while in the anchoring question selecting the alternative 'All four are important'.

### 1.3. Analysing individual choices from best–worst data

A general problem in analysing choice data in general, including data from BW scaling, is the relative scarcity of data, i.e. frequency counts for individuals, which has motivated the use of aggregated methods for analysis. For BW data, little is known concerning the risk of declining attention or cognitive burden on respondents from including more choice sets in a study. Cohen and Orme (2004) reported that more time was needed to complete a BW choice experiment than a rating experiment, while Hein et al. (2008) found BW scaling to be more demanding for respondents than other methods.

When the aim of the analysis is to generate individual specific information for, say, segmenting purposes, the potential conflict between more extensive data needed to obtain accuracy on one hand, and study design on the other, is still challenging. Marley and Louviere (2005) recently formulated probabilistic models for BW choice data that can be used to obtain distributions of individual BW choices: Formally, let the $q$-dimensional vector $x_{kj}$ represent the level of attribute $j$ in choice set $k$ and let the $q$-dimensional vector $\beta$ contain the coefficients for degree of importance of the $q$ food quality attributes to be elicited. In a situation with $N$ respondents deciding simultaneously and independently, where $p_{BW_{kii'}}$ denotes the joint probability of choosing which alternative $i$ is the best and which alternative $i'$ is the worse in a choice set $k$ out of $K$ choice sets, the log-likelihood function can be expressed as (Vermulen, Goos, & Vandebroek, 2010, p. 1428):

$$\ln\left(L_k(\beta)\right) = \sum_{n=1}^{N} \sum_{k=1}^{K} \sum_{i=1}^{J} \sum_{\substack{i'=1 \\ i' \neq i}}^{J} y_{nkii'} \ln\left(p_{BW_{kii'}}\right) \tag{1}$$

where $y_{nkii'}$ is a dummy variable which equals one if respondent n chooses attributes $i$ and $i'$ as the best and worst alternative, respectively, and zero otherwise. Eq. (1) can then be used to obtain the maximum likelihood estimate of the degree of attribute importance $\beta$. Conventional estimation methods to obtain individuals' importance parameters from Eq. (1) include the random parameter model (RPL) (Train, 2003). Lusk and Briggeman (2009) provided a comparison between RPL and MNL for BW data. Although the RPL model allows preferences to vary due to unknown characteristics across

| Row | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 1 | | | | | | | | | | | | | | |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | 3 | 99 | | | | | | | | | | | | | | |

**Fig. 2a.** Coding the choice of most important attribute. Row 1 indicates a set of five attributes, one of which is chosen. Rows 2-5 represent the design matrix indicating the presence of attribute 10, 14, 6 and 3, respectively, as available in the choice set (see Fig. 1). Row 6 indicates the presence of the dual-response threshold alternative. Row 7 indicates that alternative 3 (i.e. attribute 6) was chosen as most important. Number 99 is a delimiter. Note: Setting alternative 5 as the actual choice in the last row would correspond to a choice of the alternative 'None of these four is important' in the dual response question. This would suggest that this anchoring alternative is better (more important) than the other four alternatives in the choice set.

| Row | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 1 | | | | | | | | | | | | | | |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | 0 | 0 |
| 4 | 0 | 0 | 0 | 0 | 0 | -1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 0 | 0 | -1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | 5 | 99 | | | | | | | | | | | | | | |

**Fig. 2b.** Coding the choice of least important attribute. Structure identical to Fig. 2a. Row 7 now indicates that the alternative 'All four are important' was chosen in the dual-response question. This indicates that all four of the alternatives (actual attributes) are preferred to the threshold alternative.

C.J. Lagerkvist et al./Food Quality and Preference 25 (2012) 29–40

respondents, it requires conditioning individual heterogeneity on a pre-specified functional form. The results obtained relate to the degree to which the data are consistent with the imposed constraint on parameter space. There is thus a risk that the quality of choice data is lost in estimating the model. Furthermore, the RPL model does not reveal any information about the source of heterogeneity (Boxall & Adamowicz, 2002). In addition, in cases where there is a strong pattern of homogeneity within groups and heterogeneity between groups, the use of an RPL model is not recommended, as identification of parameters with discrete support is difficult. Exogenous segmentation criteria have been used to resolve this identification issue (Rigby & Burton, 2005), but such criteria typically lack theoretical support.

In the presence of between-respondent variation, a latent class (LC) model can deal with individual heterogeneity by implicitly grouping individuals that exhibit similar (unobservable to the analyst) preferences into specific classes. Latent class methods allow each respondent to belong to more than one segment, and solve simultaneously for the elements of $\beta$ for each segment and for each respondent's probability of belonging to each segment. The elements of $\beta$ are, however, just obtained as point estimates (averages) for each segment. In comparing several methods for segmenting respondents based on choice data Moore, Gray-Lee, and Louviere (1996) found that the LC method generated more accurate results than aggregated or clustering methods. When latent constructs are assumed to affect the choices made by respondents, exogenous indicator variables can be used to determine class membership to improve the LC estimation. The problems with such approaches are similar to those for the RPL model.

Hierarchical Bayesian (HB) models have recently been used to handle the presence of within- and between-respondent choice heterogeneity. Note that both the LC and the HB approach investigate the probability distribution of the parameters given the data, instead of the opposite in the RPL model, which means that data quality is not lost in estimating either the LC or HB model. A further advantage of HB is the ability to generate individual specific data from sparse data sets. Duineveld and Meyners (2008) analyse

discrimination rates in replicated triangle sets and review the hierarchical approach to Bayesian estimation. In addition, business marketing research has developed a HB approach that considers within- and between-respondent variations in choice data (Sawtooth Software, 2009a, 2009b). This HB framework introduces two levels of analysis: (1) at an overall level the prior probabilities of an individual's degrees of attribute importance (means and standard deviations) are drawn from an overall multivariate normal distribution of means and standard deviations. Using Gibbs sampling and a Metropolis Hastings Algorithm, iterative draws are made of the individual parameters of $\beta$ until convergence is obtained. The first step conditions the individual parameters to the population mean and thus relates to the between-respondent variation. (2) After convergence, successive draws of $\beta$ for each individual are continued while considering the relative density of the individual $\beta$s and while assuming the logit rule for individual choices providing the likelihoods. This step recognises within-respondent variation in $\beta$. Taken together, by using information concerning $\beta$ pooled across respondents, individual estimates of $\beta$ can be obtained even from sparse choice data.

To our knowledge, no previous study has compared the LC and HB methods for analysing the degrees of food quality attribute importance. The second novel contribution of this work lies in the evaluation and comparison of LC and HB for relative and anchored dual-format BW scaling data.

### 1.4. Aggregate multinomial logit model

Because of the aim of this work was to compare latent class and hierarchical Bayesian estimation of BW data, the data were also analysed using multinomial logit (MNL) regression as a benchmark for ranking quality attributes and model fit. Jaeger et al. (2008) reported that MNL parameter estimates are proportional to results obtained from analysing BW scores. Such standard BW scores, by which counting the number of times an attribute is chosen as most important is related to the number of times it is considered least important, were not directly applicable

**Table 1**
Sample properties.

| Demographic variables | Market type | | | | Kruskal–Wallis test | Sig. level (two-tailed) |
|---|---|---|---|---|---|---|
| | Road-side | Open-air | Super-market | Specialty store | | |
| Number of years of schooling | 11.7 | 11.7 | 13.4 | 16 | 75.7 | <0.001 |
| No. of children between 6-15 years | 0.43 | 0.61 | 0.85 | 1.01 | 16.7 | 0.001 |
| Sum of monthly household income (khs) | 36,061 | 20,791 | 100,788 | 322,622 | 199.05 | <0.001 |
| Age of respondent | 28.9 | 28.8 | 36.6 | 33.1 | 37.9 | <0.001 |
| Consumption of Kale (mean) | 3.98 | 4.01 | 4.03 | 3.54 | 22.9 | <0.001 |
| *Employment status of respondent (as frequencies)* | | | | | 46.2 | <0.001 |
| Full-time employee | 0.226 | 0.321 | 0.619 | 0.703 | | |
| Part-time employee | 0.06 | 0.084 | 0.106 | 0.027 | | |
| Self employed | 0.476 | 0.293 | 0.106 | 0.108 | | |
| Student | 0.095 | 0.088 | 0.097 | 0.081 | | |
| Retired | 0.012 | 0.191 | 0.053 | 0.027 | | |
| Unemployed | 0.131 | 0.023 | 0.018 | 0.054 | | |
| *Marital status of respondent (as frequencies)* | | | | | 8.48 | 0.037 |
| Married | 0.548 | 0.414 | 0.549 | 0.486 | | |
| Married but spouse is away | 0.012 | 0.019 | 0.035 | 0.108 | | |
| Separated | 0.012 | 0.019 | 0.009 | 0.027 | | |
| Single (never married) | 0.429 | 0.53 | 0.389 | 0.35 | | |
| Widower | 0 | 0.019 | 0.009 | 0.027 | | |
| *Familiarity with farming (as frequencies)* | | | | | 10.8 | 0.013 |
| I have/my parents grow vegetables for sale | 0.488 | 0.414 | 0.398 | 0.189 | | |
| My grandparents or relatives grew vegetables for sale | 0.071 | 0.107 | 0.159 | 0.135 | | |
| I grow vegetables in my own garden | 0.095 | 0.079 | 0.115 | 0.054 | | |
| I do not have any experience of growing vegetables | 0.345 | 0.40 | 0.327 | 0.622 | | |
| *Area of living (as frequencies)* | | | | | 72.5 | <0.001 |
| Urban | 0.429 | 0.819 | 0.894 | 0.919 | | |
| Peri-urban | 0.571 | 0.177 | 0.106 | 0.081 | | |
| Rural | 0 | 0.005 | 0 | 0 | | |

as a benchmark here, since the design meant that attributes were presented a different number of times. Instead, a joint MNL model was estimated for choices of most and least important attributes. The benchmark of a MNL model can only be used with respect to the results generated by the relative BW scaling models, since in each of these models parameters can be estimated relative to the same reference attribute.

### 1.5. Measures of performance

We used several measures to assess the performance of the models in terms of attribute importance ranking, goodness of fit and predictive accuracy. Attribute ranking was compared to control for reversals in attribute importances between the anchored and the relative BW scaling method. Stability in ranking is an indicator of comparative reliability of the different methodological variants of the BW procedure. In comparing the LC and HB models, the average percentage certainty measure (Hauser, 1978), obtained as the difference between the log likelihood of each model and the log likelihood of a chance model, was used to assess model fit. In addition, a chance ratio measure (average percentage certainty divided by the chance) was used to compare the predictive accuracy between relative B–W scaling and anchored B–W scaling. In relative B–W scaling, a chance model has a predictive power of 25% (one out of four choice options) whereas in anchored B–W scaling it has a predictive power of 20% (one out of five choice options).

### 1.6. Empirical application

Throughout the developing world, food quality and safety have become increasingly important attributes, driven by middle and high income consumers changing their lifestyles and their ability to pay more for food (Mergenthaler, Weinberger, & Qaim, 2009). Food produce safety, aesthetics, appearance and presentation and personal trust in vendor-consumer interactions have been identified as important issues in this change (Rheinländer et al., 2008). However, consumer concerns about the quality and safety of products such as vegetables have arisen owing to an increase in foodborne illnesses (Huda, Muzaffar, & Ahmed, 2009) and problems with heavy metal contamination and the presence of pesticide and fertiliser residues in food (Ikeda et al., 2000). Intake of fresh vegetables is being promoted in developing countries to improve public health, and an increasing proportion of middle and high income groups is consuming fresh produce (especially leafy vegetables) in the form of raw salads, or as part of prepared meals. The middle and high income consumers generally, but not exclusively, tend to purchase their fresh vegetables from supermarkets or specialist retail outlets. Meanwhile, many low income households depend on leafy vegetables, which they purchase in informal markets because they are generally less expensive.

In this study, kale (*Brassica oleracea* O.) from peri-urban farming for consumption within Nairobi was selected as the study object. Kale is the most important green leafy vegetable consumed by households in Nairobi, and peri-urban farming supplies the full range of market outlets from traditional to more recent speciality stores. Kale grown for domestic consumption does not undergo the same type of production certification as kale for export. Kale plays an important role in the nutritional balance in developing countries (World Health Organization, 2004). Analyses were carried out for four major food retail market categories in order to encompass potential variations in the importance of food quality attributes among consumers. A metropolitan area (Nairobi) was chosen as the study site, since such areas usually play a leading

role in transformation of the food system of a country (Pingali, 2007).

## 2. Methodology

### 2.1. Food quality attributes

Food quality was defined here in line with Grunert (2005) to include all the desirable properties a food product is perceived to possess according to the consumer. Food safety was considered to be part of food quality, because health-related and process-related quality attributes typically represent credence qualities (Grunert, 2005). Previous studies suggest that safety, sensory quality, price, environmental friendliness, convenience, hygiene and handling and nutrition can all affect the level of perceived quality. Previous examinations of the importance of food quality attributes have therefore been kept at this more abstract level (Brunsø, Fjord, & Grunert, 2002; Lusk & Briggeman, 2009), or have considered specific safety aspects in isolation (Finn & Louviere, 1992). In order to cover a broad range of quality constructs while also obtaining a reasonable trade-off between constructs, a series of attributes for these constructs were defined here. Qualitative interviews with actors in the food chain (including consumers, traders, vendors and representatives from food retailing) and existing literature guided the establishment of the set of 16 attributes listed in Table 2. The selected attributes were expressed at a low to intermediate level of abstraction in order to allow more detailed understanding of how consumers form the quality construct. The set of attributes selected represented the seven categories considered, namely: safety; hygiene and handling; sensory quality; environmental impact of production; convenience; value for money; and nutrition. The imbalanced numbers of attributes within each category reflect the concerns expressed about food quality during our interviews. Value for money was taken as representative of the relationship between quality and price (Zeithaml, 1998).

### 2.2. Design of best-worst questionnaire

The MaxDiff designer v.2.0.2 (Sawtooth Software) was used to assign the 16 food quality attributes to two versions of the questionnaire, each comprising nine subsets and with each subset including four attributes (see Appendix A). The design meant that each attribute was used on average 4.5 times and that each pair of attributes appeared together on average 0.9 times (standard deviation 0.3). Overall, this is a nearly balanced design. Methods such as LC and HB do not require perfect balance. A two-way balance was favoured in the design, which means that it was directed towards how often paired combinations of the attributes appeared together. This feature of the design is important, both since BW scaling rests on paired comparisons and since it relates to the continuity axiom and therefore should allow for assessment of trade-offs over the whole range of attributes. Within a two-way balanced design the choice of two versions rather than one enlarges the total number of choice sets, while keeping the number of choice sets presented within each version manageable for the respondent. This increases the variation in how attributes are combined in sets and the number of paired comparisons included, which can reduce non-attendance bias induced by attribute similarities, or attractiveness. The choice of four attributes, as well as the number of displays of attributes within each version, was based on research by Orme (2005). Note that the likelihood of the dual response alternatives 'Some are important, some are not' and 'None of these four is important' being chosen is probably related to the number of attributes shown per choice set. Choice of the alternative 'Some are

C.J. Lagerkvist et al./Food Quality and Preference 25 (2012) 29–40                                                                                                    35

**Table 2**
Category and description of the 16 food quality attributes used in the survey. Importance ranking estimated with MNL regression, latent class (Model 1 without anchoring) and the hierarchical Bayesian approach (Model 3 without anchoring). Mean of importance as percentage and ranking.

| Category | Food quality attribute | MNL | | Model 1 | | Model 3 | |
|---|---|---|---|---|---|---|---|
| | | Mean | Rank | Mean | Rank | Mean | Rank |
| Safety | Clean water has been used for irrigation of the crop | 6.9 | (5) | 7.4 | (5) | 10.3 | (4) |
| Safety | Pesticides are only applied upon evidence of infestation by insects | 2.7 | (12) | 2.6 | (12) | 1.2 | (14) |
| Safety | Pesticides are applied according to the recommended dosage for a given symptom | 4.8 | (9) | 4.9 | (9) | 3.2 | (8) |
| Safety | The pre-harvest quarantine periods for specific pesticides are observed to minimise residues in the harvested produce | 8.3 | (4) | 8.5 | (4) | 6.0 | (6) |
| Safety | The amounts of contaminants originating from use of chemical pesticides/fertilisers and from water sources are within acceptable levels from a human health perspective | 15.9 | (2) | 15.7 | (2) | 15.6 | (2) |
| Hygiene, handling | The product is transported to market in a hygienic way (covered and in a clean container) | 3.4 | (10) | 3.4 | (10) | 1.6 | (12) |
| Sensory | The colour of the product is appealing | 5.1 | (7) | 5.2 | (7) | 3.8 | (7) |
| Sensory | The texture of product is appealing (leaves free of insect damage and wrinkles) | 5.0 | (8) | 5.1 | (8) | 2.6 | (10) |
| Sensory | The product will probably taste good | 2.0 | (15) | 1.9 | (15) | 0.06 | (15) |
| Value | The price paid for the product offers 'value for money'. | 2.2 | (14) | 2.1 | (14) | 1.4 | (13) |
| Environmental | Manure and compost are incorporated into the soil before planting the vegetable. This prevents loss of nutrients to the air and improves plant uptake | 2.8 | (11) | 2.9 | (11) | 2.8 | (9) |
| Environmental | Bio-pesticides and/or organic fertilisers are used instead of chemicals | 6.2 | (6) | 6.9 | (6) | 9.8 | (5) |
| Convenience | The product is pre-prepared for cooking (sliced and packaged in a bag) | 0.06 | (16) | 0.01 | (16) | 0.05 | (16) |
| Safety | The product is washed and sprinkled with running tap water at the market | 2.4 | (13) | 2.3 | (13) | 1.6 | (11) |
| Hygiene, handling | The product is hygienically stored, handled and presented. | 10.0 | (3) | 10.5 | (3) | 11.2 | (3) |
| Nutrition | The product is nutritious and provides essential vitamins and fibre | 21.8 | (1) | 19.9 | (1) | 28.0 | (1) |
| Average percentage explained | | n.a. | | 18.1 | | 58.2 | |
| (Standard deviation of percentage explained) | | n.a. | | n.a. | | (10.5) | |
| Chance-ratio | | n.a. | | 0.73 | | 2.38 | |

important, some are not' would probably increase as more attributes are shown per choice set and choice of 'None of these' would decrease. It was therefore decided to keep the number of attributes per choice set to a lower level to avoid challenging the balance between these dual-response alternatives. The number of choice sets was decided after focus group testing of the questionnaire, which revealed that the initial 12 sets used per version induced fatigue.

### 2.3. Sample

As part of a larger study related to food safety, perceived risks and quality, personal interviews in the local language were conducted in Nairobi, Kenya, with a sample of 449 people at the time and point of purchase of kale. Collecting choice data from consumers in a situation where an actual purchase decision has been made can be expected to affect the involvement, understanding and affective judgment (i.e. the sense of overall goodness or badness) in relation to the choice situation. Each interview lasted for 45–60 min. Respondents were not compensated for their participation. The interviews were conducted at four different market types: (i) *roadside market* (Githurai) (*n* = 84), (ii) *open-air market* (Kawangware and Kangemi) (*n* = 215), (iii) *supermarket* (Uchumi stores in Buruburu and Westlands) (*n* = 113), and (iv) *specialist shop* (The Zucchini Greengrocer chain) (*n* = 37). Probability proportionate to size (market type) sampling was used based on a pre-survey indicating that approximately 25% of consumers purchase kale in the supermarket. Similarly, Neven, Reardon, Chege, and Wang (2006, p. 109) found that approximately 30% of middle income households in Nairobi buy fresh fruits and vegetables in supermarkets. The roadside market sample was taken as being representative of more informal outlets. Study areas were selected to obtain geographical coverage. Representativeness was sought within a convenience sampling setting. The sampling procedure

encompassed systematic selection of every third person until the quota for the market segment was reached. In roadside and open air markets, a zoning sampling method was applied. Enumerators (7 in total), specifically trained for the questionnaire, were placed in different zones in the markets and sampled every third person from that zone. To avoid biases related to time and day of purchase, the survey was conducted at each location on at least one weekday and one weekend day and at randomised times. The survey was conducted between April and May 2010 following pre-testing of the questionnaire in all market segments and adjustment/revision before being distributed.

The Githurai roadside market is located along the main Nairobi-Thika road and traders are attracted to it because of accessibility to the city centre. Roadside markets take advantage of busy consumers who do not have the time or opportunity to go to City Council markets. The open-air markets at Kawangware and Kangemi are located in densely populated areas with low income earners in western Nairobi, around 15 and 6 km from the city centre, respectively. Roadside and open-air markets generally have poor hygiene and sanitation, with exposure to vehicle fumes and road dust. Poorer people in Nairobi have been found to buy most of their vegetables at traditional markets for reasons of lower price and convenience, as well as lack of access to refrigerators to keep perishables (Neven et al., 2006). Zucchini Greengrocer shops are perceived by their customers to be highly dependable for a wide range of clean vegetables. This chain enforces a system of quality and processing control on its farm suppliers and has a detailed food safety/quality protocol for handling fresh produce.

### 2.4. Statistical analysis

Data analysis was performed in SPSS, version 18.0. Latent Class models were applied using Latent Class v.4.0.8. and HB models

*C.J. Lagerkvist et al./Food Quality and Preference 25 (2012) 29–40*

using CBCHB v.5.0.4 (www.sawtoothsoftware.com). To analyse the conditional (upon the sample mean) individual specific probability distribution of the importance ratings given the data, the Bayesian model assumes that individual degrees of attribute importance (pooled across respondents) have the multivariate normal distribution $\beta_i Normal(\alpha, D)$, where $\alpha$ represents a vector of means of the distribution of individuals' degrees of importance, and $D$ is a matrix of covariances of the distribution of degrees of importance across individuals. The model is estimated through an iterative process in a Monte Carlo Markov Chain approach to obtain convergence. The estimation was carried out with 10,000 iterations before the results were used and then with an additional 10,000 iterations to calculate importance weights for each interviewee.

In expressing the degree of attribute importance for the parameters of the LC and HB models to be estimated, $p_i(k)$ represents the probability of an individual $i$ choosing attribute $k$ as most important in a particular choice set involving $J$ attributes, where $\beta_i$ represents the observed (estimated) location of attribute $i$ on the underlying interval scale of importance, and $\beta j$ denotes the estimated location of the attributes within the choice set ($j = 1,...,i,...,J$) so that $\beta_j = 0 \forall j \neq i$. Then by the logit rule: $p_i(k) = e^{\beta_i}/\sum_{j=1}^{J} e^{\beta_j}$. The importance weighting of attribute $k$ over the full set of attributes $n = (1,...,N)$ is obtained on a common ratio scale as the fraction $w_k = p_k/\sum_{n=1}^{N} p_n$ with $\sum_{n=1}^{N} w_k = 1$.

The MNL parameters were transformed to a probability scale for choices of most and least important using the relationship $P = 100(e^{U_i}/\sum e^{U_i})$ where $U_i$ is the MNL coefficient for the $i$th attribute (Jaeger & Cardello, 2009).

## 3. Results and discussion

### 3.1. Sample descriptions

A series of Kruskal–Wallis tests of independent samples was performed to test for differences in socio-demographic classification between respondents per market outlet. Table 1 presents a description of the sample of kale consumers surveyed and variables for which equality across market types was rejected. The frequency of Kale consumption scale (Table 1) had the alternatives: *daily* (5), 2–3 times per week (4), at least once per week (2), seldom (1), or never (0). Product use frequency is generally important in explaining consumers response linked to food or beverage. No difference between outlets were found for distributions of gender (38.5% male, 61.2% female), number of children between 0 and 2 years (mean 0.21) or between 2 and 5 years (mean 0.37), or total number of household members (mean 3.2).

### 3.2. Use of dual-response anchoring

Interestingly, in the dual-response anchored model the option 'None of these four is important' was selected in total only 16 times out of 4041 responses (0.39%) on the threshold question. This extremely low use of the 'None of these is important' response should indicate less concern with issues related to attribute ignorance. The anchoring alternative was selected in total 1390 times (34.4%), leaving 2635 (65%) responses to 'All four are important'.

Seeking to understand the determinants of the use of the anchored dual-response format, further analysis was performed. We calculated the Spearman rank-order correlation coefficient between the socio-demographic variables (Table 1) and the use of the dual-response alternatives. Higher levels of own experience of growing vegetables ($r = -0.182$, $P < 0.001$) and lower total income ($r = -0.183$, $P < 0.001$) were related to the use of the anchoring alternative, while less experience of growing vegetables ($r = 0.18$, $P < 0.001$) and higher total income ($r = 0.181$, $P < 0.001$) were re-

lated to a more predominant use of the 'All four are important' alternative. No other significant relationships were found. In summary, higher levels of own experience from growing vegetables may contribute to an ability to discriminate between attributes based on importance, leading to higher use of the anchoring alternative 'Some are important, some are not'. In contrast, lower levels of experience from growing vegetables seem to result in less discrimination. Decision uncertainty related to lower levels of inexperience may therefore provide an explanation for the higher use of the 'All four' alternative and may affect the estimates obtained from a anchored BW analysis.

A high proportion of the anchoring alternative 'All four are important' draws on the number of 'Least important' observations available for analysis. Within a HB model this also implies that the estimations of degrees of attribute importance may be influenced and especially that degree of importance for individuals with a high use of this anchoring alternative will draw more on the conditional probability distribution of the sample. The LC analysis, on the other hand, will be less sensitive to high use of this anchoring alternative, since attribute importances are just point estimates (averages) for the sample.

### 3.3. Comparing relative versus dual-response absolute best–worst scaling using latent class and hierarchical Bayesian models with an aggregate MNL model as benchmark

Table 2 shows the importance of each of the 16 food quality attributes as estimated without the use of the dual-response anchored approach with a one-group LC model (Model 1) and with the HB model (Model 3).

Table 3 shows the importance of each of the 16 attributes as estimated with the dual-response anchoring approach with a one-group LC model (Model 2), and with the HB model (Model 4).

In Models 1 and 3, the degree of importance of each food quality attribute was expressed relative to the last attribute for which $\beta_i$ was set at zero (attribute 16) to avoid linear dependence. In the anchored Models 2 and 4, however, the importance of each attribute could be obtained without the relativism inherent within the nonanchored approach.

The first column in Tables 2 and 3 gives the parameters of the MNL model for observed paired choices of most and least important per attribute. The model fitted the data reasonably well (log-likelihood −8.446, likelihood ratio chi-square 12.193, df = 434, $P < 0.0001$). The model was found to predict 2141 out of 4026 (53.2%) observed paired choices correctly. The performance of the model relative to the null model where a choice of each attribute is equally likely was relatively low (base-line $R^2 = 0.1712$).

#### 3.3.1. Comparing the relative versus the dual-response anchored approach

The results revealed that the inclusion of the anchored dual-response alternative did not alter the relative share of choices in each response category. Without the dual-response the choice frequencies for the alternative categories 1, 2, 3 and 4 were 25.9%, 27.2%, 24.6% and 22.3%, respectively, while they were 27.2%, 26.4%, 23.8% and 22.6% with the dual-response format.

As can be seen in Tables 2 and 3, the anchored model improved model fit as well as the prediction accuracy of individual choices. The average percentage certainty more than doubled for the LC model and almost doubled for the HB anchored models in comparison with the relative-based models. Likewise, the chance ratio was 3.8 and 1.8 times higher in comparing the anchored and the relative LC and HB models, respectively. Interestingly, the LC model without the anchored dual-response format displayed a chance ratio of less than one, suggesting that this model was inferior to a chance model. The base-line $R^2$ result for the MNL model

C.J. Lagerkvist et al./Food Quality and Preference 25 (2012) 29–40

**Table 3**
Importance ranking estimated with latent class (Model 2 with anchoring) and the Hierarchical Bayesian approach (Model 4 with anchoring). Mean of importance as percentage and ranking.

| Category | Food quality attribute | MNL | | Model 2 | | Model 4 | |
|---|---|---|---|---|---|---|---|
| | | Mean | Rank | Mean | Rank | Mean | Rank |
| Safety | Clean water has been used for irrigation of the crop | 6.9 | (5) | 7.5 | (4) | 7.7 | (2) |
| Safety | Pesticides are only applied upon evidence of infestation by insects | 2.7 | (12) | 5.2 | (13) | 5.6 | (12) |
| Safety | Pesticides are applied according to the recommended dosage for a given symptom | 4.8 | (9) | 6.4 | (9) | 6.3 | (6.3) |
| Safety | The pre-harvest quarantine periods for specific pesticides are observed to minimise residues in the harvested product | 8.3 | (4) | 7.5 | (5) | 6.8 | (5) |
| Safety | The amounts of contaminants originating from use of chemical pesticides/fertilisers and from water sources are within acceptable levels from a human health perspective. | 15.9 | (2) | 8.1 | (2) | 7.3 | (3) |
| Hygiene, handling | The product is transported to market in a hygienic way (covered and in a clean container) | 3.4 | (10) | 5.7 | (10) | 5.5 | (14) |
| Sensory | The colour of the product is appealing | 5.1 | (7) | 6.6 | (8) | 6.8 | (6) |
| Sensory | The texture of product is appealing (leaves free of insect damage and wrinkles) | 5.0 | (8) | 6.7 | (7) | 7.2 | (4) |
| Sensory | The product will probably taste good | 2.0 | (15) | 4.8 | (14) | 5.6 | (13) |
| Value | The price paid for the product offers 'value for money' | 2.2 | (14) | 5.5 | (12) | 5.8 | (10) |
| Environmental | Manure and compost are incorporated into the soil before planting the vegetable. This prevents loss of nutrients to the air and improves plant uptake | 2.8 | (11) | 5.6 | (11) | 5.8 | (11) |
| Environmental | Bio-pesticides and/or organic fertilisers are used instead of chemicals | 6.2 | (6) | 7.3 | (6) | 6.6 | (7) |
| Convenience | The product is pre-prepared for cooking (sliced and packaged in a bag) | 0.06 | (16) | 2.4 | (16) | 3.2 | (16) |
| Safety | The product is washed and sprinkled with running tap water at the market | 2.4 | (13) | 4.8 | (15) | 5.2 | (15) |
| Hygiene, handling | The product is hygienically stored, handled and presented | 10.0 | (3) | 7.6 | (3) | 6.5 | (8) |
| Nutrition | The product is nutritious and provides essential vitamins and fibre | 21.8 | (1) | 8.3 | (1) | 8.1 | (1) |
| Average percentage explained | | n.a. | | 31.4 | | 56.4 | |
| (Standard deviation of percentage explained) | | n.a. | | n.a. | | (13.5) | |
| Chance-ratio | | n.a. | | 1.57 | | 2.82 | |

(0.1712) was similar to the results for the LC model without anchoring.

As discussed in Section 1.3, the HB model has the benefit over LC and MNL models that it can generate individual specific parameter estimates of attribute importances. A comparison of degrees of individual importance of food quality attributes with and without the dual-response format was therefore made. On average, Model 3 (Table 2) gave larger heterogeneity, as indicated by the larger standard deviations across all attributes (mean 1.12) and coefficients of variation (CV) (min = 0.32 (attribute 9), max = 4.98 (attribute 5)), than Model 4 (Table 3) (standard deviation 0.62; CV (min = 0.29 (attribute 16), max = 3.03 (attribute 13)). Accordingly, there was lower variation in importance values with the anchoring model (Model 4). Interestingly, in Model 4 variation was less reduced for the most important attributes and more reduced for attributes of least importance. As indicated in Section 3.2, this result is indicative of the impact using the anchoring alternative 'All four are important'. Individual parameters, by being more dependent on the population mean, thereby reveal less within-respondent variation.

### 3.3.2. Comparing the latent class and the hierarchical Bayesian model

Irrespective of response format used, a comparison of the average percentage explained, as well as the chance ratios in Tables 2 and 3, suggested that the HB model had higher levels of model fit and predictive accuracy than the LC model. This finding indicates that there should be a clear preference among analysts to use models with continuous (individual) rather than discrete representation of consumer heterogeneity in estimating BW data. The performance of the HB model despite relatively sparse data can be related to findings in the simulation study by Andrews, Ainslie, and Currim (2002), who compared a finite mixture (FM) model, which described heterogeneity with discrete distributions,

and HB estimations of models with continuous representation of heterogeneity. They found that the performance of the HB models was poor when parameters were poorly identified at the individual level and that the FM and HB models had equal performance when this data condition was removed. Poor identification at the individual level is a problem that may emerge when the number of BW pairs per individual is low in relation to the number of attributes, or in the presence of spurious heterogeneity.

Despite the confounded scales, as seen in Tables 2 and 3, the results revealed similarities in the ranking of the most important food quality attributes across the MNL, LC and HB models. For the HB model, comparing the importance values between the relative model (Model 3) and the anchored model (Model 4) displays some reversals in attribute ranking. However, the related samples Wilcoxon signed rank test failed to reject equality between the median of pair-wise differences in ranks for each respective attribute. We then calculated the Spearman rank-order correlation coefficient, which indicates the degree of association between the ranking (Siegel & Castellan, 1988). These correlations were found to be significantly positive ($P < 0.0001$) and strong (ranging from 0.52 to 0.82), except for attribute 4 ($r = 0.19$), attribute 16 ($r = 0.30$), attribute 15 ($r = 0.45$) and attribute 10 ($r = 0.49$). Only for attribute 5 was the correlation low ($r = 0.04$) and not significant ($P = 0.39$). Consequently, for the HB model, our results do not show that attribute importances depend on the elicitation format. This observed stability is an important aspect of structural reliability of anchored BW scaling. The result is in line with a strand in the marketing literature reporting that preferences for a particular attribute are not affected by the nature and levels of other attributes (see for example Reibstein, Bateson, & Boulding, 1988).

The specific food quality issues of most importance to the sample of consumers interviewed, irrespective of estimation

procedure, were nutrition (attribute 16), keeping pesticide residues within acceptable limits from a human health perspective (attribute 5) and use of clean water for irrigation (attribute 1). This finding is consistent with the results from pre-testing interviews with consumers. It also confirms findings by Lusk and Briggeman (2009) that nutrition and safety values are ranked of highest importance by consumers.

Overall, the results confirm the multi-dimensional aspect of food quality described in previous work (e.g. Grunert, 1997). Differences were observed in the appreciation of attributes within quality categories, suggesting that respondents could make meaningful trade-offs between related attributes. This highlights the importance of including attributes at a lower level of abstraction, rather than using broader categories, in studying quality perceptions. Three food safety attributes (use of clean water, absence of chemical residues, and observance of pre-harvest quarantine periods in use of pesticides) occurred within the five most important attributes in Model 4. However, three others (cautious use of pesticides, washing, and sprinkling at market) were ranked among the least important attributes. Two sensory attributes (colour and texture) were ranked among the top six attributes, whereas the importance of taste was less pronounced. Attributes within the categories hygiene and handling, value, environmental friendliness and convenience were also of lesser importance.

Interestingly, the results for Model 4 (Table 3) indicate that four of the five most important attributes represented intrinsic credence attributes, with three of these focusing on the quality of the production process. This suggests that signalling of cues which inform consumers about nutritional value, as well as informing them about the production system, is highly justified. It may also suggest that the use of a quality assurance system could provide a competitive advantage for supply chain actors. In addition, three of the six most important quality attributes related to food safety aspects, while two related to sensory qualities. Note that a contradiction may exist between an appealing texture and absence of pesticide residues. Use of pesticides, higher fertiliser doses and continuous sprinkling of water at the marketplace are typically needed to produce kale leaves that have no obvious insect damage and are wrinkle-free (hydrated) and hence attractive to customers. However, other food safety attributes received lower importance scores. Surprisingly, washing and sprinkling the product with running tap water was ranked the second-to-last attribute. Given the incidence of health hazards from unwashed produce, this could indicate a lack of consumer information, or indicate mistrust among consumers about actions taken by the vendors as an attempt to justify higher prices. For safety reasons, consumers may have decided to wash produce themselves before eating. Likewise, in all markets the availability of sliced and packaged vegetables has increased in recent years, but this attribute was found to be of least importance to consumers, suggesting widespread mistrust about this type of product characteristic. Produce processing poses health risks, reducing the transparency for search cues related to intrinsic quality.

### 3.4. Suggestions for future research

This study compared anchored dual-response BW scaling with relative BW scaling. Anchored BW scaling has several advantages with respect to internal validity and therefore offers improvements in respondent segmentation based on an established common utility threshold. Future research could address important aspects of the relationship between use of the anchoring alternative and causes of choice heterogeneity (between- and within-respondent). The anchoring alternative introduced in the current study provided respondents with an opportunity to express that none of the attributes in a choice set was important, or that all attributes were important. While use of the 'None is important' alternative was marginal, use of 'All four are important' was more prevalent. To reduce complexity when choosing a brand, consumers may focus on a subset of only a few brands which they contrast and compare. Future research could address how this relates to the categorisation of food attributes within a BW study and how cognition and confidence predictability predispose the use of an anchoring alternative. Since attribute ignorance, task similarity and task attractiveness represent elements that could contribute to attribute discontinuity, such knowledge would be useful in adjusting study design by imposing appropriate attribute prohibitions, which could reduce attribute non-attendance or use of choice heuristics. Other research related to the anchored BW scaling could test the effect of the actual scope of the underlying latent scale. The effect of an anchoring alternative on attribute weights might be dependent on whether the scale taps the best (good)-to-worst (bad) range or, as here, the most-least important range.

Introducing the anchoring alternatives 'None of these' or 'All four' is not without problems since if selected, it means that no information is obtained on the relative importance of the associated attributes and with HB estimation the importance of individual attributes becomes more influenced by the sample average for each attribute. For use of BW results in consumer segmentation, the extent to which the use of an anchoring alternative relates to within- or between-respondent variation, or both, needs to be addressed. Future research on anchored BW scaling could explore whether an entropy measure of the similarity between choices within a given choice set can be used to predict the frequency of anchoring responses and thus improve the understanding of within-respondent variation. This relates to recent work involving the use of a 'Do not know' (DK) option in choice experiments (Balcombe & Fraser, 2011). If anchoring responses revealed predictability, this would mean that they have informational content which could be used in estimating attribute importance. If the entropy measure lacks predictability the reasons for the choice of the anchoring alternative would be unobserved, which could be dealt with by imposing restrictions on the estimated model.

## 4. Conclusions

Consumer quality perception and evaluation of food is generally carried out using intrinsic and/or extrinsic quality cues regarding the produce. However, rising consumer concerns about safety, health, convenience, etc. have resulted in increasing focus on credence quality attributes relating to the quality of the production process. Greater multi-dimensionality of the food quality construct stresses the importance of adopting elicitation methods capable of detecting attribute non-attendance leading to attribute discontinuity, which relates to the reliability of a unidimensional scale. In this study, an dual-response anchored best–worst (BW) scaling approach was developed and compared with the relativistic BW approach used in previous studies to examine the importance to consumers of intrinsic, extrinsic and credence food quality attributes. Latent class (LC) estimation was also compared with hierarchical Bayesian (HB) estimation in analysing individual choice data on the supply chain for leafy vegetables produced in peri-urban farming in a developing country (Kenya).

The anchoring model gave considerably less heterogeneity and improved predictions of individual choices compared with the conventional relativistic BW scaling, and can thus be considered more reliable in measuring consumer preferences. In the anchoring process, interviewees discriminated between the options in favour of those attributes they considered important. Thus, the anchoring response option, in providing a way to detect attribute non-attendance causing attribute discontinuity, was not used randomly, which would have negated the value of the additional

C.J. Lagerkvist et al./Food Quality and Preference 25 (2012) 29–40

39

information in predicting preferences. Instead, anchoring the BW task to a common threshold of importance provided additional information to characterise the interviewees. In fact, own experience in growing vegetables as well as income were related to the use of the anchoring alternatives. A conclusion that can be useful for managers and researchers alike is therefore that segmentation based on determinants to the use of the anchored dual-response question should provide further insights into BW analysis of attribute importance.

The HB model fitted the data better than the LC model. While both models investigated the probability distributions of parameters to be estimated, thereby considering between-respondent choice heterogeneity, only the HB model explicitly recognised within-respondent choice variation. This, together with the ability of the HB model to obtain individual parameter estimates from sparse data, represents an appealing feature for the analysis of BW choices in sensory and consumer-orientated research.

In summary, the findings of this study indicate that anchored BW analysis combined with HB estimation should be included in the toolbox of consumer research academics and managers.

### Acknowledgements

We thank the editor and anonymous reviewers for insightful comments. Their efforts have significantly improved this manuscript.

**Table A1**
Design of best–worst questionnaire.

| Version | Set | Item1 | Item2 | Item3 | Item4 |
|---|---|---|---|---|---|
| 1 | 1 | 14 | 16 | 5 | 13 |
| 1 | 2 | 6 | 7 | 9 | 2 |
| 1 | 3 | 13 | 6 | 1 | 12 |
| 1 | 4 | 7 | 3 | 16 | 15 |
| 1 | 5 | 15 | 12 | 11 | 10 |
| 1 | 6 | 5 | 15 | 6 | 4 |
| 1 | 7 | 9 | 5 | 10 | 8 |
| 1 | 8 | 2 | 14 | 4 | 11 |
| 1 | 9 | 8 | 4 | 3 | 1 |
| 2 | 1 | 10 | 14 | 6 | 3 |
| 2 | 2 | 4 | 13 | 7 | 10 |
| 2 | 3 | 12 | 9 | 4 | 16 |
| 2 | 4 | 11 | 3 | 13 | 9 |
| 2 | 5 | 1 | 10 | 2 | 16 |
| 2 | 6 | 16 | 11 | 8 | 6 |
| 2 | 7 | 3 | 2 | 12 | 5 |
| 2 | 8 | 12 | 8 | 14 | 7 |
| 2 | 9 | 9 | 1 | 15 | 14 |

*Note:* Design obtained using Sawtooth software MaxDiff Designer v.2.0.2 with 100,000 iterations, random number seed 25, favouring a two-way balance.

**Table A2**
Two-way frequencies.

| Item | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 |
| 2 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 |
| 3 | 1 | 1 | 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4 | 1 | 1 | 1 | 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 5 | 0 | 1 | 1 | 1 | 4 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 |
| 6 | 1 | 1 | 1 | 1 | 1 | 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 7 | 0 | 1 | 1 | 1 | 0 | 1 | 4 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 |
| 8 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 1 |
| 9 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 10 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 5 | 1 | 1 | 1 | 1 | 1 | 1 |
| 11 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 4 | 1 | 1 | 1 | 1 | 1 |
| 12 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 5 | 1 | 1 | 1 | 1 |
| 13 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 4 | 1 | 0 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 5 | 1 | 1 |
| 15 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 4 | 1 |
| 16 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 5 |

Off diagonal non-prohibited elements, mean = 0.900000, Std. Dev. = 0.300000

### Appendix A

See Tables A1 and A2.

### References

Andrews, R. L., Ainslie, A., & Currim, I. S. (2002). An empirical comparison of logit choice models with discrete versus continuous representation of heterogeneity. *Journal of Marketing Research, 39,* 479–487.

Bacon, L., Lenk, P., Seryakova, K., & Veccia, E. (2008). Comparing apples to oranges. *Marketing Research, 20,* 29–34.

Balcombe, K., & Fraser, I. (2011). A general treatment of 'don't know' responses from choice experiments. *European Review of Agricultural Economics, 38,* 171–191.

Boxall, P., & Adamowicz, W. (2002). Understanding heterogeneous preferences in random utility models: A latent class approach. *Environmental and Resource Economics, 23,* 421–446.

Brunsø, K., Fjord, T.A., & Grunert, K.G. (2002). Consumers' food choice and quality perception. MAPP working paper 77. Aarhus: Aarhus School of Business.

Cohen, S., & Orme, B. (2004). What's your preference? *Marketing Research, 16,* 32–37.

Cohen, S. H., & Markowitz, P. (2002). Renewing market segmentation: Some new tools to correct old problems. ESOMAR 2002 Congress proceedings (pp. 595–612). Amsterdam, The Netherlands: ESOMAR.

Costa, A. I. A., Schoolmeester, D., Dekker, M., & Jongen, W. M. F. (2003). Exploring the use of consumer collages in product design. *Trends in Food Science and Technology, 14,* 17–31.

Duineveld, K., & Meyners, M. (2008). Hierarchical Bayesian analysis of true discrimination rates in replicated triangle tests. *Food Quality and Preference, 19,* 292–305.

FAO and WHO (2004). Human Vitamin and Mineral Requirements. Report of a joint FAO/WHO expert consultation Bangkok, Thailand. Rome: Food and Agriculture Organization of the United Nations.

Fenichel, E. P., Lupi, F., Hoehn, J. P., & Kaplowitz, M. D. (2009). Split-sample tests of 'no opinion' responses in an attribute based choice model. *Land Economics, 85,* 349–363.

Finn, A., & Louviere, J. J. (1992). Determining the appropriate response to evidence of public concern: The case of food safety. *Journal of Public Policy and Marketing, 11,* 12–25.

Flynn, T. N., Louviere, J. J., Peters, T. J., & Coast, J. (2007). Best–worst scaling: What it can do for health care research and how to do it. *Journal of Health Economics, 26,* 171–189.

Grunert, K. G. (2005). Food quality and safety: Consumer perception and demand. *European Review of Agricultural Economics, 32,* 369–391.

Grunert, K. G. (1997). What's in a steak? A cross-cultural study on the quality perception of beef. *Food Quality and Preference, 8,* 157–174.

Hauser, J. R. (1978). Testing and accuracy, usefulness and significance of probabilistic choice models: An information-theoretic approach. *Operations Research, 26,* 406–421.

Hein, K., Jaeger, S. R., Carr, B. T., & Delahunty, C. M. (2008). Comparison of five common acceptance and preference methods. *Food Quality and Preference, 19,* 651–661.

Helsop, L. A. (2007). Literature review of Canadian consumer attitudes and perceptions. Ottawa, Canada. Consumer Analysis Section, Agriculture and Agri-Food Canada.

Hensher, D. (2006). How do respondents process stated choice experiments? Attribute consideration under varying information load. *Journal of Applied Econometrics, 21,* 861–878.

Hensher, D. (2008). Joint estimation of process and outcome in choice experiments and implications for willingness to pay. *Journal of Transport Economics and Policy, 42,* 297–322.

Hensher, D., & Greene, W. (2010). Non-attendance and dual processing of common-metric attributes in choice analysis: A latent class specification. *Empirical Economics, 39,* 413–426.

Hess, S., & Hensher, D. A. (2010). Using conditioning on observed choices to retrieve individual-specific attribute processing strategies. *Transportation Research Part B, 44,* 781–790.

Huda, S. S. M. S., Muzaffar, A. T., & Ahmed, J. U. (2009). An enquiry into the perception on food quality among urban people: A case of Bangladesh. *African Journal of Business Management, 3,* 227–232.

Ikeda, M., Zhang, Z.W., Shimbo, S. Watanabe, T. Nakatsuka, H., Moon, C.S. Matsuda-Inoguchi, N., & Higashikawa, K. (2000). Urban population exposure to lead and cadmium in east and south-east Asia. Science of Total, Environment. pp. 373–384.

Issanchou, S. (1996). Consumer expectations and perceptions of meat and meat quality. *Meat Science, 43,* 5–19.

Jaeger, S., Jørgensen, A. S., Aaslyng, M. D., & Bredie, W. L. P. (2008). Best–worst scaling: An introduction and initial comparison with monadic rating for preference elicitation with food products. *Food Quality and Preference, 19,* 579–588.

Jaeger, S. R., & Cardello, A. V. (2009). Direct and indirect scaling methods: A comparison of the labeled affective magnitude (LAM) scale and best–worst scaling. *Food Quality and Preference, 20,* 249–258.

Jaeger, S. R., Danaher, P. J., & Brodie, R. J. (2009). Wine purchase decisions and consumption behaviours: Insights from a probability sample in Auckland, New Zealand. *Food Quality and Preference, 20,* 312–319.

Lancasar, E., Louvierie, J., & Flynn, T. (2007). Several methods to investigate relative attribute impact in stated preference experiments. *Social Science & Medicine, 64*, 1738–1753.

Lee, J. A., Soutar, G., & Louviere, J. (2008). The best–worst scaling approach: An alternative to Schwartz's value survey. *Journal of Personality Assessment, 90*, 335–347.

Lusk, J. L., & Briggeman, B. C. (2009). Food values. *American Journal of Agricultural Economics, 91*, 184–196.

Mantel, S. P., & Kardes, F. R. (1999). The role of direction of comparison, attribute-based processing, and attitude-based processing in consumer preference. *Journal of Consumer Research, 25*, 335–352.

Marley, A. A. J., & Louviere, J. J. (2005). Some probabilistic models of best, worst, and best–worst choices. *Journal of Mathematical Psychology, 49*, 464–480.

Mergenthaler, M., Weinberger, K., & Qaim, M. (2009). Consumer valuation of food quality and food safety in Vietnam. *Review of Agricultural Economics, 31*, 266–283.

Moore, W. L., Gray-Lee, J., & Louviere, J. (1996), "A Cross-Validity Comparison of Conjoint. Analysis and Choice Models at Different Levels of Aggregation", Working Paper, University of Utah.

Neven, D., Reardon, T., Chege, J., & Wang, H. (2006). Supermarkets and Consumers in Africa. *Journal of Food & Agribusiness Marketing, 18*, 103–123.

Orme, B. (2005). Accuracy of HB estimation in maxdiff experiments. Technical paper available at www.sawtoothsoftware.com.

Paulhus, D. L. (1991). Measurement and control of response bias. In J. P. Robinson, P. R. Shaver, & L. S. Wrightsman (Eds.), *Measures of personality and social psychological attitudes* (pp. 17–59). New York: Academic Press.

Pingali, P. (2007). Westernization of Asian diets and transformation of food systems: Implication for research and policy. *Food Policy, 32*, 281–313.

Plott, C. (1996). Rational individual behavior in markets and social choice processes: the discovered preference hypothesis. In K. Arrow, E. Colombatto, M. Perlemann, & C. Schmidt (Eds.), *The rational foundations of economic behavior* (pp. 225–250). London: Macmillan and St. Martin Press.

Potolglu, D., Burge, P., Flynn, T., Netten, A., Malley, J., Forder, J., & Brazier, J. E. (2011). Best–worst scaling vs. discrete choice experiments: An empirical comparison using social care data. *Social Science & Medicine, 72*, 1717–1727.

Reibstein, D., Bateson, J. E. G., & Boulding, W. (1988). Conjoint analysis reliability: Empirical findings. *Marketing Science, 7*, 271–286.

Rigby, D., & Burton, M. (2005). Preference heterogeneity and GM food in the UK. *European Review of Agricultural Economics, 32*, 269–288.

Rheinländer, T., Olsen, M., Bakang, J. A., Takyi, H., Konradsen, F., & Samuelsen, H. (2008). Keeping up appearances: Perception of street food safety in urban Kumasi, Ghana. *Journal of Urban Health, 85*, 952–964.

Sawtooth Software, 2009. CBC/HB v5.2.8. Software for Hierarchical Bayes Estimation for CBC Data.

Sawtooth Software, 2009. Anchored Scaling in MaxDiff Using Dual Response. Available at: <http://www.sawtoothsoftware.com/download/techpap/dualresponsemaxdiff.pdf> (last accessed 15.0910).

Scarpa, R., Gilbride, T. J., Campell, D., & Hensher, D. A. (2009). Modelling attribute non-attendance in choice experiments for rural landscape valuation. *European Review of Agricultural Economics, 36*, 151–174.

Siegel, S., & Castellan, N. J. (1988). *Nonparametric statistics for the behavioral sciences.* New York: McGraw-Hill International Editions.

Thurstone, L. L. (1927). A law of comparative judgement. *Psychological Review, 34*, 273–286.

Train, K. E. (2003). *Discrete choice methods with simulation.* Cambridge, UK: Cambridge University Press.

Tversky, A., & Shafir, E. (1992). Choice under conflict: the dynamics of deferred position. *Psychological Science, 3*, 358–361.

Vermulen, B., Goos, P., & Vandebroek, M. (2010). Obtaining more information from conjoint experiments by best–worst choices. *Computational Statistics and Data Analysis, 54*, 1426–1433.

Zeithaml, V. A. (1998). Consumer perceptions of price, quality and value: A means-end model and synthesis of evidence. *Journal of Marketing, 52*, 2–22.