# EXHIBIT T



July 2012

# How Anchored Tradeoffs Reveal Customer Preferences

By Jack Horne, Vice President, Market Strategies International

At its best, product planning research reveals not what respondents say they *like*, but what they *like the most*. That's where MaxDiff and other tradeoff methods come into play. People can find it difficult to discriminate between alternatives using scales, but, given a list of items, anyone can say what is best and worst. As a result, tradeoff methods lead to better discrimination between features and are generally less monotonous for respondents than traditional rating exercises.

Also, tradeoffs reduce the critical problem of scale-use bias and cross-cultural interpretation differences because comparisons are referenced against other attributes tested, rather than pre-defined points on a scale.

These benefits have led to widespread adoption of MaxDiff and other related tradeoff methods in the market research community. Market Strategies International takes tradeoffs several steps further by applying anchoring methods, TURF and even pricing to the technique. Anchoring determines the baseline or "must have" features. TURF finds the feature combinations that will achieve the greatest reach across all customers or a subset of interest. Pricing comes into play by anchoring tradeoffs against a "willingness to pay" for each feature standard. Tradeoffs are versatile methods indeed.

**In this short white paper, you will learn:**

- Best use of tradeoff methods to prioritize a group of features
- Best practices for when and how to use the various tradeoff methods
- How best to implement and interpret "anchored" tradeoff methods to go beyond relative importance

## About the Author



**Jack Horne** is a vice president in the Marketing Sciences Group. He has worked as an applied statistician for more than 20 years in fields as diverse as technology and communications; financial services; healthcare and drug development; biochemistry and sensory perception of foods; and consumer packaged goods.

Over the past ten years, Jack has focused exclusively on market research applications and is well-versed in a wide array of methods including choice modeling, segmentation, key drivers analysis and other advanced regression techniques. He especially thrives on moving the field of choice modeling forward and building complex designs, models and simulators to answer his clients' critical business questions. Jack has a solid underpinning of the mathematical theory behind these methods and has a knack for explaining them in an easy-to-understand, actionable way.

MARKET**STRATEGIES**
INTERNATIONAL

## Tradeoffs vs. Scaling

A fairly common task market researchers ask of respondents is to rate how important (or unimportant) a group of features are on a scale. These scales can be as simple as a binary "yes/no" (check boxes), or they can be as complex as a 100-point (or more) slider scale. Typical applications of scaling methods use 5-, 7-, 9- and 11-point scales, the 0-10 point rating scale being a common example of the latter. When these scaling methods are employed, it is possible, even likely, that all features are rated equally important or nearly so. The top ranked item is frequently only 1.1 to 1.3 times more important than the bottom ranked item, and we end up with a lack of differentiation.

MaxDiff and other tradeoff methods provide differentiation. By placing 2 to 5 items at a time in a single task and asking the respondent to choose the most and least important items from each task, we achieve 5 to 10 times more differentiation than most scaling methods. This allows us to have confidence that the top-ranked features really are more important than those closer to the bottom.

|  | Scaling | MaxDiff |
|---|---|---|
| Range: | 7.2 – 7.8 | 3 – 16 |
| Max/Min Ratio: | 1.1 | 5.3 |

**Scaling** (0-10 pt. scale) **vs. MaxDiff**  (re-scaled to constant sum = 100) , Typical Results (12 items)

## How Many Tradeoff Tasks Should Each Respondent Do?

Feature importance determined from tradeoff tasks is often referred to as "derived importance" because we use a statistical model to find such importances. This is opposed to the "stated importance" we find from the use of rating scales. The fact that not all features in a given group can be presented in any single task (unless the group of features is very small—4 or fewer) necessitates the use of a statistical model to find relative importances.

This then begs the question of how many tradeoff tasks we need to have a valid statistical model. Each respondent needs to see each feature at least once to be able to derive importances. Preferably, each respondent should see each feature 2 or 3 times to get valid reads on importance, but this number can be trimmed back given a very large number of respondents.

The equation below is used to determine the number of tradeoff tasks required, given known numbers of items, views (times each respondent will see each item) and number of items shown in each task. Solving the equation for a typical MaxDiff exercise where 4 items are shown in each task, where there are 12 items in all and where we show each item 3 times to each respondent requires each respondent to evaluate 9 tasks. It is important to

MaxDiff and other tradeoff methods provide 5 to 10 times more differentiation than most scaling methods.



round *up* the results of this equation to the nearest whole number if the result includes a fractional number of tasks to ensure the minimum number of views is met.

$$Tasks = \frac{Items \times Views}{ItemsPerTask}$$

Round up to the nearest whole number if the result of the formula is fractional.

The number of tasks required to ensure a given number of views grows as the number of items shown in each task becomes smaller. All else being equal, a MaxDiff exercise with 4 items per task will require half as many respondent tasks as a paired comparisons exercise with 2 items per task. The larger number of tasks required in paired comparisons though is not necessarily a reason to avoid that method. Respondents find paired comparisons tasks to be easier than MaxDiff tasks and can complete 20 paired comparisons tasks in about the same amount of time they complete 10 MaxDiff tasks. This is likely due to the greater simplicity involved in the former task (best only, instead of best and worst), and the fact that it is easier to process and compare 2 items at a time than it is 4 or more. **Paired comparisons therefore ought to be the preferred method when the individual features are long or difficult to process in and of themselves. Paired comparisons are also the preferred method when the total number of features is 10 or fewer.**

MaxDiff, on the other hand, is preferred when individual features are relatively short/easy to process, and there are more than 10 features in all. One advantage of MaxDiff over paired comparisons from an information standpoint comes from *implied comparisons*. Given items A, B, C and D where a respondent chooses A as best and D as worst, we know the following: A > B, A > C, A > D, B > D and C > D. In other words, we have five *implied* paired comparisons from just two choices involving four items. The only relationship we do not know from these choices is the one between items B and C.  In a set of 10 MaxDiff tasks there are 50 *implied* paired comparisons, while in 20 paired comparisons tasks there are 20 *actual* paired comparisons. Results are mixed as to whether the increased information from MaxDiff tasks leads to more precise modeling. Some show no gain in precision due to this increased information, while others do show a gain. Nevertheless, MaxDiff seems the appropriate method whenever there are a lot of fairly simple items to be evaluated. When items grow more complex (e.g., two or three sentences in each item) or there are only a few to be tested, paired comparisons are the more appropriate choice.

**When items grow more complex or there are only a few to be tested, paired comparisons are the more appropriate choice.**



## Presenting and Interpreting Tradeoff Results

Results from tradeoff exercises, whether from MaxDiff or paired comparisons, need to show the importance of individual features relative to all the other features. There are three principal ways to show this:

1. Results can be rescaled so they have a constant sum (often 100)
2. An arbitrary center point (often the mean) can be chosen and represented as 100, with all other values indexed to that point
3. The values may be represented as ranks

| Items | Constant Sum = 100 | Index Avg. = 100 | Ranks |
|---|---|---|---|
| Lorem ipsum | 18.0 | 215 | 1 |
| Dolor sit amet | 11.9 | 143 | 2 |
| Consectetur adipiscing elit | 11.0 | 132 | 3 |
| In a velit vitae | 10.6 | 127 | 4 |
| Nisi fermentum mattis | 9.8 | 118 | 5 |
| A nec nunc | 9.5 | 114 | 6 |
| Aenean sem tortor | 7.0 | 84 | 7 |
| Faucibus id consectetur ac | 5.5 | 66 | 8 |
| Mattis a metus | 5.5 | 65 | 9 |
| Phasellus consequat | 5.2 | 62 | 10 |
| Suscipit temus | 3.4 | 41 | 11 |
| Sed vel congue lacus | 2.6 | 32 | 12 |

*2x*

The first two methods, referred to as "constant sum" and "index," respectively, have ratio properties. A feature having a value of 11 on the constant sum scale is twice as important as one with a value of 5.5, just as an indexed value of 132 is twice as important as 66. Rank data have only ordinal properties. We know that the feature ranked first is more important than the feature ranked second, but we do not know by how much.

Since we get exactly the same information from constant sum and indexed results, the choice of which to use becomes arbitrary and thus one of personal preference or comfort level. The method that you can explain more easily to your clients and/or stakeholders is the right one to use!

Be careful though in using constant sum to summarize a lot of items—most importances will be small on the constant sum scale and seem to be close together when there are many items. Be careful as well, when choosing an index, that the differences among items do not seem overly exaggerated.

**Since we get exactly the same information from constant sum and indexed results, the choice of which to use is one of personal preference or comfort level.**



## Benefits of Anchoring Tradeoff Results

Scaled data yield results tied to some objective standard. If we ask a respondent how likely s/he is to purchase a product in the next six months on a 5-point scale, and we then summarize the data as the percentage who said they "definitely will purchase," we have a measure against that standard (definite purchase intention). We can quibble about scale use effects and whether someone who says they "definitely will purchase," definitely will purchase, but for the purposes of the survey, there is a standard.

Tradeoffs, until recently, have lacked such a standard. When we present constant sum or indexed results from tradeoffs, we know the relationship between all the items, but we haven't measured any of them against an objective standard. It may be that item A is twice as important as item B, which we will find out from the tradeoff method. It may also be that neither item A nor item B is very important at all. We would not find this out from a traditional tradeoff method.

Adding an anchoring method allows us to interpret features in tradeoff results relative to one another and relative to some objective standard. The standard, just as in rating scale methods, depends on the wording of the anchoring question. We might ask which of these are "MUST HAVES," or "which of these are you willing to pay $1 for," or any other variation we wish to measure. In any case, the standard becomes the wording of the survey question.

There are two ways to anchor tradeoffs. Both involve asking some additional questions about the features being evaluated:

1. The **dual-response** method requires an additional response in each tradeoff task. In anchored MaxDiff with 4 items, respondents are asked to choose a "best" and a "worst," just as in traditional MaxDiff. Respondents are then asked to choose whether all four items meet the standard criterion, whether none do, or whether some do and some do not.

2. The **direct-binary** method requires only a single extra question following all of the tradeoff tasks. This question shows all the items at once and asks respondents to choose the ones that meet the standard criterion.

> **Adding an anchoring method allows us to interpret features in tradeoff results relative to one another and relative to some objective standard.**

| **Dual Response**<br>Additional response on each tradeoff task |
| :--- |
| Which, if any, of these 4 items are **must haves** for you? |
| ○  All 4 of these are **must haves** |
| ○  None of these are **must haves** |
| ○  Some are, some aren't |

| **Direct Binary**<br>At the end of the tradeoff exercise |
| :--- |
| Which, if any, of these items are **must haves** for you? |
| ☐  Lorem ipsum |
| ☑  Dolor sit amet |
| ☑  Consectetur adipicing elit |
| ☐  In a velit vitae |
| ☑  Nisi fermentum mattis |
| ☑  … |



Both of these anchoring methods can be combined with either MaxDiff or paired comparisons. **What is important when choosing an anchor is the wording of the question so that the standard all items are measured against is meaningful.** Making the wording as objective as possible ("these are MUST HAVES") or tying it to some action or behavior ("I'd be willing to pay $1 for this") is ideal. More generic anchors ("these are very important") are subject to more respondent interpretation (individual bias) and results can be difficult to interpret. Avoid the use of generic text for the anchor.

## Interpreting Anchored Tradeoff Results

Results from anchoring questions are incorporated into the same statistical model as the rest of the tradeoff results and lead to the estimation of an additional parameter. **We call this parameter the "threshold," and it represents the minimum point at which an item reaches the standard set by the wording of the anchoring question.** If the anchoring standard was "MUST HAVE," anything below the threshold is not a "MUST HAVE" and anything above it is. If the anchoring standard was "willing to pay $1," anything below the threshold respondents would not be willing to pay $1 for and anything above it respondents would be willing to pay $1 for. The interpretation always comes from the wording of the anchoring question, which is why, just as in rating scales, it is important to be clear and specific in asking it.

Data may still be rescaled to form a constant sum (e.g., 100) with the threshold now contributing to that constant sum. They may also be indexed, usually with the threshold and not the average represented as 100. Since everything is now being interpreted against the standard set by the threshold, it makes sense to index to the threshold and not the average.

| Items | Constant Sum = 100 | Index Threshold = 100 |
|---|---|---|
| Lorem ipsum | 16.2 | 166 |
| Dolor sit amet | 10.8 | 110 |
| Consectetur adipiscing elit | 9.9 | 102 |
| **Threshold** | **9.7** | **100** |
| In a velit vitae | 9.6 | 98 |
| Nisi fermentum mattis | 8.9 | 91 |
| A nec nunc | 8.6 | 88 |
| Aenean sem tortor | 6.3 | 65 |
| Faucibus id consectetur ac | 4.9 | 51 |
| Mattis a metus | 4.9 | 50 |
| Phasellus consequat | 4.7 | 48 |
| Suscipit temus | 3.1 | 32 |
| Sed vel congue lacus | 2.4 | 24 |

*Sometimes it is easier to explain the relationships when the numbers are **indexed to the threshold.***

*The same ratio properties apply.*

The "threshold" represents the minimum point at which an item reaches the standard set by the wording of the anchoring question.



In either case, the results retain ratio properties. If the threshold is indexed to 100, any feature with a value of 50 is half as important as the threshold and any feature with a value of 200 is twice as important as the threshold. Ratio properties continue to apply when comparing features to one another. A feature with an importance of 166 is about twice as important as one with an importance of 88.

Presenting results as ranks remains an alternative although lacking ratio properties. Just as the threshold gets a value in constant sum or indexed data, it gets a value among the ranks and is interpreted in the same way.

## Recommendations

All of the above leads to some best practices to follow in choosing a tradeoff and an anchoring method. These can be summarized as three principal considerations: How many items are there to test; how complex is each of the items; and is there a need for an anchor?

**The threshold is most stable and highest in the rank order when the direct binary method is used, no matter if it is used with MaxDiff or paired comparisons**

### Three Principal Tradeoff Method Considerations


**Number of Items**
Do you have 4 items or fewer (ranking is probably best); 5 - 10 or so (Paired Comparisons); or more than 10 (MaxDiff with 3 - 5 items per task)? Take these as *general rules of thumb* and pay attention to the other considerations.


**Complexity**
Do your items look like this?                    … or this?

- Lorem ipsum
- Dolor sit amet
- Consectetur adipiscing elit
- In a velit vitae

- *Lorem ipsum dolor sit amet, consectetur adipiscing elit. In a velit vitae nisi fermentum mattis a nec nunc.*
- *Aenean sem tortor, faucibus id consectetur ac, mattis a metus. Phasellus consequat suscipit tempus.*

Use Paired Comparisons as items grow more complex. It is difficult to evaluate more than two very complex items in a single task.


**Need for an Anchor**
Are relative comparisons among the items good enough (no need for an anchor); or is there a need to make judgments against an objective standard as well (use an anchoring method)?

## Which Anchoring Method Should You Use?

The threshold among the same group of items varies somewhat with the anchoring method. The threshold is most stable and highest in the rank order when the direct binary method is used, no matter if it is used with MaxDiff or paired comparisons. It is lowest when MaxDiff with a dual response method is used. Paired comparisons with a dual response anchor method places the threshold where it is when direct binary methods are used with either MaxDiff or paired comparisons.





Relative ranks of 17 **attributes** (light grey lines) and **threshold** (bold line) across methods.

**The direct binary method is easier on respondents (fewer abandons) and requires less survey time.**

The psychological experience in answering the dual response question in relation to two items is very different than when the same question is asked in relation to four items. It may be easier for the respondents to say "**both** items are important" (paired comparisons) than it is to say "**all 4** items are important" (MaxDiff) Likewise for "**neither** of these items is important" compared to "**none** of these items are important." Following this logic, respondents are much more likely to answer "some are important, some are not" (in MaxDiff) than they are to answer "one is important, the other is not" (in paired comparisons). The increased rate of the "some are, some are not important" response in MaxDiff with dual response anchoring drives the threshold down in the ranking for that method.

All of this points to the use of direct binary as the default anchoring method for tradeoffs. Further, direct binary is easier on respondents (fewer abandons) and requires less survey time.

However, there remain circumstances where the dual response method may be more appropriate. When individual items are highly complex and/or there are a lot of them, a single grid question asking respondents to check or rate items meeting a criterion can be difficult. Respondents are likely to satisfice more in such an environment and dual response is a better alternative than direct binary in such cases.



Finally, cross-cultural or scale-use biases occur when using direct binary methods. The threshold is estimated lower in BRIC [Brazil, Russia, India and China] countries than it is in the more developed world such as the US and Germany. If you are at all concerned with the direct comparison of results across cultures, the dual response anchoring method may be the better choice.

---

MaxDiff and related tradeoff methods have been a versatile addition to how we at Market Strategies help our clients to make confident business decisions around their feature prioritization needs. This white paper presents just a few of the considerations you might make when deciding whether to use one or another of these methods. For more information, or to share your thoughts and experiences with these and related methods, contact us at marketstrategies.com.

---

*Drs. Bob Rayner, Reg Baker and Silvo Lenart contributed to this white paper.*

For more information: **marketstrategies.com**
Read our blog: **freshmr.com**

  

© 2012 Market Strategies International. All rights reserved.
No part of this publication may be reproduced by any method whatsoever
without the prior consent of Market Strategies International.

Anchored Tradeoffs Ver 1.0

**MARKET STRATEGIES**
INTERNATIONAL