# EXHIBIT U





Ideas, Opinions, and Perspective from RTi Research

# Anchored MaxDiff Scaling – "Absolute-ly" More Power!

*Posted on May 29, 2012 by RTi Research*

MaxDiff Scaling has become a widely used market research technique that provides a hierarchy of the relative importance or appeal for a list of statements. MaxDiff Scaling utilizes tradeoff technique in which respondents forced to choose between items, it provides better discrimination than straight rating scales. As part of the MaxDiff exercise, respondents are shown multiple sets of statements. For each set of statements, they are asked to select:

- The most important (or most appealing) item and
- The least important (or least appealing) item

While this exercise provides a very good assessment of the relative order of the statements, it does not identify which items – or whether any of them – are actually important or

appealing to the respondent. In fact, standard MaxDiff questioning typically results in approximately half of the items being above the reference point of 0 and the other half below the reference point – very helpful for prioritizing; not so helpful for determining absolute attitudes.

But, there is help! Over the past few years, the concept of **Anchored MaxDiff Scaling** has been introduced to provide an **absolute** element to the hierarchy provided by MaxDiff Scaling.

The anchored scaling approach RTi prefers to employ entails adding a question to the analysis after the MaxDiff exercise is completed. For this additional question, respondents are given a checklist of all the statements included in the MaxDiff exercise and asked to select those items they consider important (or appealing). In most situations the hierarchy of items is similar whether standard MaxDiff Scaling is employed or the additional anchoring technique is implemented. The value of anchored question is it moves the reference point from the middle of the list to where it belongs based on the stated importance or appeal of the items being measured.

And so, with the addition of one simple question (and some analytical prowess), the traditional

MaxDiff method can be leveraged to be a much more powerful insight tool!

-*Howard Firestone, VP Marketing Science*



This entry was posted in Analytics, Marketing Science, RTi Research and tagged analytics, marketing science. Bookmark the permalink.

**RTi Research**
*Blog powered by WordPress.*
*Joomla! extension by 'corePHP'*

**RTi Research**   1351 Washington Boulevard   Stamford, Connecticut 06902
tel: 203-324-2420   fax: 203-964-8269   email: info@RTiResearch.com



© 2013 RTi Research  All rights reserved.
Website design by 341 Studios, LLC.