# EXHIBIT BB

*Journal of Business Logistics*, 2011, 32(2): 139–152
© Council of Supply Chain Management Professionals

# Best–Worst Scaling Approach to Predict Customer Choice for 3PL Services

Tim R. Coltman[1], Timothy M. Devinney[2], and Byron W. Keating[3]

[1]University of Wollongong
[2]University of Technology Sydney
[3]University of Canberra

This study describes a simple, theoretically based methodology to analyze the nature of customer demand for third-party logistics provider service components. The method overcomes limitations in prior studies and enables us to examine the relative importance of product and service attributes as they pertain to the choice of third-party logistics providers. Two distinct types of customers populate our data: those professing operational attributes and those seeking relational attributes. The theoretical and practical implications are that improved supply chain models can be developed when separate demand structures are taken into account.

*Keywords*: best–worst scaling; customer demand structures; third-party logistics

## INTRODUCTION

In the business logistics literature value is commonly viewed from the supply side, as something created by the providers of products and services in the supply chain. Each firm makes its own unique contribution to value—combining and modifying raw materials—and, in turn, strives to capture a proportional share of end user payments. Yet, according to Drucker (1974), value is never an absolute associated with a product or service, it is always customer utility; that is, value is what the product or service allows a customer to do. Although Drucker's point is widely accepted, companies struggle to determine what customers truly value and to convert these demands across their own functional boundaries to appropriate value (Gattorna 2006; Priem 2007; Flint et al. 2008).

The purpose of this article is to illustrate recent advances in the science of discrete choice elicitation that can be easily applied to enable a deeper understanding of what customers value. Recent work in marketing and transportation demonstrates that market-utility-based frameworks, especially discrete choice analysis (DCA) and conjoint analysis, can be very effective in understanding what customers value (Swait and Ben-Akiva 1987; Swait 2001; Iqbal et al. 2003). Lenk and Bacon (2008, 1) succinctly explain the benefits of DCA:

> Discrete choice elicitation is often preferred to other measurement methods because it better aligns with actual choice behaviour and avoids some of the well documented biases inherent to alternative methods, such as ratings.

Moreover, to differentiate this article from prior work and to explicate a more easily applied method, we apply a reduced form of DCA known as maximum difference scaling or best–worst analysis (Marley and Louviere 2005). Best–worst offers design, execution and analysis advantages over the more traditional DCA techniques without any substantive loss in analytical rigor. The surveys are simple to construct, trouble-free to administer, and do not require sophisticated software packages for analysis (Buckley et al. 2007).

To demonstrate the value of best–worst analysis, we measure the demand components for third-party logistic (3PL) providers. 3PLs is a burgeoning business-services industry that can be defined as a dyadic relationship where all or part of a firm's delivery service is contracted to an independent service provider. Services provided by 3PLs are diverse and may include outsourced freight forwarding, order management, packaging, warehousing, distribution, transport, logistics information systems, and supply chain management (Sink and Langley 1997; Knemeyer and Murphy 2004; Vaidyanathan 2005).

The sample used in this study is representative of customer demand for market-leading 3PL brands such as DHL, FedEx, and UPS. Traditionally these firms have sought to offer tangible product features—such as overnight or second day delivery, the choice of air or ground reliability, and comparative costs (Sawhney et al. 2004; da Silveira 2005). True to the spirit of Drucker (1974), the key issues for 3PL providers today are not products, but benefits. These benefits include helping customers to achieve reliability levels high enough to create inventory cost savings, or to provide complete visibility and transparency throughout all aspects of the supply chain to meet rising expectations for customer service (Coltman et al. 2010). The increased focus on service benefits implies that a deeper investigation of customer value is required to enhance our understanding of the factors that influence customer demand in the logistics industry.

Furthermore, it is widely accepted that the logistics service attributes that any one firm considers most and least important to their choice of a provider can vary for several reasons. For example, customers may face quite different

*Corresponding author:*
Tim R. Coltman, University of Wollongong, School of Management and Marketing, Building 40, Northfields Avenue, Wollongong, NSW 2522, Australia; E-mail: tcoltman@uow.edu.au

strategic and operational circumstances that directly influence whether logistics is critical or not. Additionally, even firms in similar strategic and operational circumstances can still vary because of preference heterogeneity among decision makers. Hence, we require segmentation approaches that can better capture the heterogeneity that actually exists between firms. Consistent with the discussion above, we propose three research questions that provide the focus for this article:

1. What demand components (attributes) do customers prefer from a 3PL provider?
2. How do these demand components (attributes) stand relative to one another?
3. To what extent are these demand components (attribute) preferences segment specific?

All three questions are of practical and theoretical importance and the remaining sections of this article are organized as follows. The next section develops the theoretical background as it applies to our understanding of customer value creation and segmentation in a 3PL context. Next, we describe the methodology that is based on a two-phase data estimation approach: (1) best–worst scaling, and (2) latent class segmentation. The operational measures, sample, and survey construction are then discussed. Last, we discuss the results and the implications of this work to academics and practitioners.

## THEORTETICAL BACKGROUND

The cornerstone of competitive strategy is to create customer value and the business logistics literature has devoted considerable attention to the investigation of value in 3PL services. To illustrate the point, Marasco (2008) identifies 152 articles published between 1989 and 2006 in an ambitious attempt to review the field. Within this literature a small number of studies have investigated the 3PL selection process directly (McGinnis et al. 1995; Daugherty et al. 1996; Stank and Maltz 1996; Sink and Langley 1997; Menon et al. 1998; Knemeyer and Murphy 2005; Vaidyanathan 2005). Notwithstanding the important contributions in this work, the unit of analysis employed was based on managerial perceptions of importance. This represents a critical limitation because as Verma and Pullman (1998) demonstrate, the perceived importance held by managers is not necessarily consistent with their actual choices. These scholars found strong inconsistencies between perceived and actual choices on a range of 3PL performance attributes such as cost, quality, delivery and flexibility.

Scholars in business logistics have also used a variety of methods in an attempt to accurately measure supplier selection processes. For example, work has focused on single attribute ranking methods (Bienstock et al. 1997) and two attribute comparisons (Christopher and Peck 2003; Mantel et al. 2006). Others have used preference elicitation approaches such as analytical hierarchy process (Danielis et al. 2005), or videotaped focus groups can be used to graphically describe differences in desired values, benefits,

and attributes (Mentzer et al. 1997). These methods are all limited because customers do not trade-off service features in isolation during the 3PL selection process, but weigh up a number of attributes in complex multidimensional ways.

Ratings-based conjoint analysis provides a more sophisticated approach where respondents rate their preference for different product profiles. This method has been used to estimate the marginal utilities (otherwise known as part worth scores) for various attributes associated with supplier selection (Verma and Pullman 1998). Others have sought to understand the trade-offs in the selection process using choice elicitation methods (Tsai et al. 2007; van der Rhee et al. 2009). Although both approaches are considered useful additions to the operations research (Karniouchina et al. 2009), the biggest difference is that conjoint analysis is essentially a theory of numbers where judgment (i.e., preference ratings) are measured. Alternatively, choice-based models are based on a theory of behavior (i.e., random utility theory) where respondents make choice from a series of sets of alternative product or service profiles.

The purpose of this article is to respond to the call by Karmarkar (1996) for alternative models, methods, and techniques in operations research that borrow from disciplines such as marketing. Specifically, the best–worst analysis technique proposed represents a choice elicitation method that has not previously been applied to the logistics literature, but has been applied in marketing (Lee et al. 2007) and international business (Buckley et al. 2007) to investigate supplier selection processes.

### Third-party logistics selection process

Traditionally, 3PL providers have offered customers three primary competitive benefits—reduced cost, faster delivery, and improved reliability (Sink and Langley 1997; da Silveira 2005). But research in this area using a wide variety of methods and techniques has shown that the selection of a logistics provider is based on a wider range and greater number of factors, including relational and organizational factors, as well as operational factors. One difficulty is the very large number of different attributes that have been suggested by different authors. This reflects the richness of the bundle of services that a 3PL provider offers as well as the usual difficulties of precisely defining the nature of quality dimensions in a service environment. For example, Sarkis and Talluri (2002) list 31 potential factors and Stank et al. (2001) list 38 items in their factor analysis. Christopher and Peck (2003) suggest that customer value involves a much smaller trade-off that is usually based on three or four key success factors or what they call "market winners."

In broad terms, the business logistics literature has identified cost factors (which will potentially be wider than simply an initial price); logistics performance (encompassing delivery speed, reliability, etc.); technology (primarily IT related capabilities); relational attributes (e.g., understanding the customer, and fit between cultures); flexibility (being able to respond to changes in requirements); as well as a range of other factors that do not fit easily into these categories such as reputation, ability to innovate, trust, customer closeness,

and managerial involvement (Bowersox 1990; McGinnis et al. 1995; Treacy and Wiersema 1995; Morash 2001; Stank et al. 2001; Vaidyanathan 2005).

Accepted wisdom also recognizes that firms can benefit from understanding the segments that drive value in their markets. Accordingly, the advantages of segmenting markets and offering different service packages to different customer groups are widely recognized. However, in practice, it can be difficult to identify meaningful segments and integrate the requirements of these customer groups into operations strategy (Fisher 1997; Olhager and Seldin 2004; Lilien 2007). Yet, concerns about how best to link segmentation and supply chain strategy do not imply that the reasoning is flawed.

We know that different companies operate with different supply chains and, therefore, are by definition heterogeneous. We also know that the popularity of segmentation with practitioners suggests that there must be some perceived value. Rather, the mixed findings most likely reflect that: (1) the prior emphasis on product-based segmentation techniques in isolation is misplaced (Fisher 1997), and (2) the specific segmentation techniques used may not have been appropriate for the task at hand. With regard to (1), an argument has been made that the focus on ''products'' needs to be replaced by a focus on ''customer behavior'' (Dibb and Wensley 2002). This is the point Gattorna (2006) also makes in suggesting that it is possible to develop an appropriate supply chain strategy by developing a more sophisticated understanding of the underlying ''behavioral logics'' that interact and are traded off in the final selection decision. With regard to (2), the question is what methods are sufficiently rigorous to discover true heterogeneity? We address both these issues in this article.

## RESEARCH METHODOLOGY

An effective method for evaluating customer demand for various service features (such as those offered by different 3PL providers) is to model the trade-off that customers are willing to make. In this study, we draw on a reduced form of DCA, known as maximum difference scaling or best–worst analysis (see Appendix for a detailed description of the method) to measure the attribute trade-off in a manner that is consistent with the motivations for decisions surrounding 3PLs.

### Best–worst scaling method of estimation

Best–worst scaling is based on a multiple-choice extension of the paired comparison approach that is scale free. In other words, the method requires respondents to make a discriminating choice among alternatives that reflect the cost of real market decisions. The formal statistical and measurement properties for the best–worst scaling analysis can be found in Marley and Louviere (2005).

The method is based on an ordering task that requires respondents to make a selection from a group of items by choosing the ''best'' (most preferred) and ''worst'' (least preferred) items in a series of blocks that contain three or more

items. The items could be attributes of a product, options in a decision, or bundles of services and products. Best–worst estimation assumes that there is some underlying subjective dimension, such as ''degree of importance,'' ''extent of preference,'' ''degree of concern,'' etc., and that the researcher wishes to measure the location or position of some set of objects or items on that dimension.

The approach is particularly effective in creating a numerical ordering for the item preferences when the number of items is large; as individuals are better able to determine which two items from a group $N$ of items are ''best'' and ''worst'' than they are at the specific ordering of 1, 2, 3, ..., $N$. Best–worst scaling has the added benefit that it is quick and simple to execute, provides results that are empirically consistent with more complex ordering tasks, and is theoretically in line with the precepts of random utility theory (McFadden 1974).

One of the important properties of best–worst scaling is that it measures all of the attributes on a common scale (Auger et al. 2007). Marley and Louviere (2005) demonstrate that subtracting the number of times an item is selected ''worst'' from the number of times an item is selected ''best'' is a close approximation of the true scale values obtained from Multinomial Logit Analysis (for a more detailed elaboration, see Auger et al. 2007). Additionally, the method addresses the scalar inequivalence problem that characterizes the way people use rating scales (Cohen and Neira 2003). Scalar inequivalence arises primarily from differences in response styles, and is defined as ''tendencies to respond systematically to questionnaire items on some basis other than what the items were specifically designed to measure'' (Paulhus 1991, 19). Unlike traditional ranking tasks (Christopher and Peck 2003) or multipoint Likert scales (Swafford et al. 2006) that have been used previously in service operations research, every respondent works with a scale that has known measurement properties.

Best–worst scaling has some distinct advantages over alternative preference elicitation approaches, such as self-explication methods and analytic hierarchical processing (AHP). Traditional self-explication methods (Srinivasan 1988) do not require respondents to make direct comparative evaluations (trade-offs), and the data is collected using rating scales that are subject to the scalar inequivalence issue discussed previously. The AHP approach (Saaty 1980) extends the self-explication method by introducing pairwise comparisons between attributes. However, as the number of decision attributes becomes large, the number of possible paired comparisons increases significantly. More specifically, there are $J \times (J - 1)/2$ possible pairs, where $J$ is the number of attributes. Thus, for an evaluation with 21 attributes—as conducted in this study—each respondent would be required to complete 210 possible paired comparisons. Best–worst scaling overcomes the ratings scale issue through the use of a choice-based evaluations, which Elrod et al. (1992) demonstrate has at least equivalent predictive properties as the rating scale approach in measuring preferences but without the biases. To reduce the number of comparisons we use a fixed orthogonal design to create partial profiles. The individual-level frequency data is then aggregated to elicit preference

rankings for each attribute. Capturing information on the "best" (most preferred) and "worst" (least preferred) options in a given choice task also reduces problems associated with sparse data and the reliance on more complicated estimation techniques such as hierarchical Bayesian methods.

**Latent class method of estimation**

Research has shown that customers with relatively similar observable characteristics often behave in very different ways (Wedel and DeSarbo 1995). Neglecting this unobserved heterogeneity can lead to weak relationships between explanatory attributes and result in a biased assessment of customer demand. In response, a variety of latent class techniques have been developed and applied to generate more accurate cluster or segment solutions (Bensmail et al. 1993; Vermunt and Magidson 2002). These models are particularly useful in estimating the likelihood that a specific firm (or individual) fits into a class of firms (or individuals) for which a particular model applies.

More specifically, with latent class modeling we are able to derive a maximum likelihood-based statistical model that accounts simultaneously for both the similarity and differences between firms. It allows us to: (1) classify subtypes of related cases based on unobserved (latent) heterogeneity, (2) estimate posterior probabilities that a specific firm falls into a class for which the model is statistically appropriate, and (3) include exogenous variables to enable simultaneous segment classification and description. The advantage of using this model-based approach is well documented (Wedel and Kamakura 2000) and provides a more elegant interpretation of the cluster or segment criterion that is less arbitrary and statistically more appropriate.

## OPERATIONAL MEASURES, SAMPLE, AND SURVEY CONSTRUCTION

**Operational measures**

Experimental approaches such as best-worst are useful for prediction only to the extent that the measures and sample provide realistic variants. A detailed pretesting procedure was employed to capture the full range of attributes (demand components) that are potentially important in the selection of a 3PL service provider. The range of attributes selected were sourced from extensive rounds of qualitative work that included reviewing the academic literature (Bowersox et al. 1999; Mentzer et al. 1999; Morash 2001; Tsai et al. 2007) industry reports and websites, along with insight gained from numerous discussions with experienced academics, customers, and practitioners. More than 40 interviews were conducted with senior managers in the Asia-Pacific region (Australia, China, Japan, Korea, and Singapore), to assist with attribute selection and definitions. The selection process was based on a stratified sample drawn from the client revenue list of a 3PL provider—all customers interviewed were involved in the 3PL selection process for their firm. Additionally, an extensive series of interviews were held with vice president level executives from a market-leading 3PL provider to validate the attribute selection process.

This preliminary analysis identified 21 attributes in five general categories that reflect the common themes in the literature and were potentially relevant to the current evaluation and selection of a 3PL provider. Operational definitions were developed to capture the domain for each of the 21 attributes to ensure that each responding decision maker understood the meaning of these attributes in exactly the same way. The specific definitions of these attributes are given in Table 1.

**Experiment construction and procedures**

The experiment required each individual to examine 21 sets of five attributes and indicate which issue of the five they considered "the feature that matters most to you" or "the feature that matters least to you" when selecting a logistics and transportation service provider. As noted earlier, rating scale bias is avoided using this approach because there is only one way to choose something as most (or least) important (Cohen and Neira 2003). Additionally, the decoy-enriched nature of the choice set design mitigates the attraction effect problem of choosing between two equally desirable (or undesirable) attributes (Hedgcock and Rao 2009). The 21 sets of five attributes were constructed using a $2^K$ fractional factorial design, which ensured that each attribute is orthogonal and appears an equal number of times (Burgess and Street 2003; Street and Burgess 2004). Also, the experimental design principles used to construct the best–worst instrument allow us to obtain more data from each respondent, which in turn, increases the effective sample size allowing us to obtain reliable estimates of demand preferences with smaller sample sizes. This feature of discrete choice methods is based on assumptions regarding the independence of individual choices and the distribution and variance of measurement errors (Louviere et al. 2000). This enables extraction of utility estimates for each attribute without needing every respondent to consider every possible pairwise combination of attributes.

As each of the 21 attributes appeared a total of five times in the experiment, individual-level scales for each attribute can only range from +5 to −5. If a respondent chose an attribute as most important (best) four times and least important (worst) once, then the resulting best–worst score would be +3. This also highlights how our approach is scale equivalent. For any respondent, +5 is the maximum—achieved when an item is "best" in all appearances—and −5 is the minimum—achieved when an item is "worst" in all appearances. These scales are invariant to the decision-maker's response style and only vary with actual choices. An example of the first choice task is provided in Figure 1 (the other 20 sets are not presented due to space limitations). In addition to the experimental best–worst task, respondents were also asked questions about the characteristics of their firms and open-ended descriptions of the process by which they choose a 3PL. Key findings related to these questions are presented in Table 2.

**Table 1:** 3PL attribute definitions

| Attribute | Definition | Category |
|---|---|---|
| Account representative presence | A high presence account representative would call you, make a presentation, or address your concerns many times a month | Account management |
| Billing service | Accuracy, flexibility, and currency of billing service | Account management |
| Brand | Reflects overall competence that the supplier will deliver. In a supply chain context, we can distinguish between a market leader and a new player in the market | External factors |
| Culture | Includes the unwritten rules that guide appropriate "norms" of behavior. In other words, it is the "way we do things around here" and can either be similar to your own company or not | External factors |
| Delivery speed | Amount of time from pickup to delivery | Performance |
| Global network | Whether a supplier is fully represented at a global level and can reliably deliver to remote locations | Internal factors |
| Management reporting | Report customizability, range, and flexibility. Highly customized reports can be delivered at a frequency determined by the customer | Account management |
| Parity price | This is what the customer pays for the service or product. A parity price is one that matches (or is very close to) that of the competition | Customer charges |
| Proactive innovation | Proactive activity aimed at providing new solutions to improve the customers business and address any potential problems and challenges | Internal factors |
| Professionalism | Employees exhibit sound knowledge of products and services in the industry and display punctuality and courtesy in the way they interact and present to the customer | Internal factors |
| Quality certification | Such as ISO certification, Technology Asset Protection Association (TAPA), and Corrective Action Process, etc. This certification would also cover associated third parties | Internal factors |
| Relationship orientation | Characterized by sharing of information and trust in the exchange partner | Internal factors |
| Reliable performance | Consistent "on time" delivery without loss or damage of shipment | Performance |
| Risk management | This relates to the security of supply chain systems. It could include, for example, correct levels of insurance for the company and third parties, capability to ensure packages are as stated using X-ray equipment, or other audit trail systems | Internal factors |
| Service handling and support | Prompt and effective handling of customer requests and questions | Internal factors |
| Service recovery | Prompt and empathetic recovery and resolution of errors or problems concerning customers | Internal factors |
| Supply chain capacity | The ability to cope with significant changes in volumes; for example, demand surges and deliver through multimodal transport services including international express and domestic by air, ocean, and land | Performance |
| Supply chain flexibility | Ability to meet unanticipated customer needs; for example, conduct special pickups, seasonal warehousing | Performance |
| Surcharge option in contract | The contract includes the right to add surcharges due to unanticipated costs; for example, fuel, unusual fluctuations in levels of currency exchange rate, security surcharges | Customer charges |
| Track and trace | Transparency and "up to the minute" data about the location of shipments end-to-end | Account management |
| Top management team availability | The frequency and quality of involvement by the "top management team" with your management team during the exchange relationship | Account management |

### Sample

Ninety-six 3PL customers completed either an online or paper-based version of the questionnaire, yielding a 38% response rate. The distribution of respondents covers most of the main segments of business activity: wholesale trade (23%); retail trade (16%); transportation and storage (15%); business services (13%); communication services (6%); manufacturing (8%); finance and insurance (8%); mining (6%); and government administration and defense (5%). Firm size was also well distributed, with 46% small-to-medium sized firms (200 employees or less) and 54% large firms (more than 200 employees). The mean and median sizes for the entire sample were 20,417 and 250 employees, respectively.

*T. R. Coltman et al.*

**Figure 1:** Example best–worst task.

| Question Number | Which feature matters LEAST to you? (Select ONLY ONE) | Sets of features for you to consider | Which feature matters MOST to you? (Select ONLY ONE) |
|---|---|---|---|
| 1 | ○ | Professionalism | ○ |
|   | ○ | Global Network | ○ |
|   | ○ | Management Reporting | ○ |
|   | ○ | Surcharge Option Contract | ○ |
|   | ○ | Top Management Team Availability | ○ |

The results indicate that our sample is slightly skewed toward larger firms. A review of the sample also indicates the majority of these firms are subsidiaries of multinational companies and typically require multimodal 3PL solutions comprising air, ocean, land transportation, inventory management, and order fulfillment services.

## ANALYSIS AND RESULTS

A variety of statistical tests were conducted based on a two-step approach that included: (1) a detailed assessment of the ranked (best–worst) order for all 21 attributes, and (2) latent class segmentation analysis based on the top 10 attributes only. The reduced set of attributes included in the segmenta-tion analysis was intended to improve interpretation and reduce the confounding effects of nonsignificant attributes.

### Analysis of the best–worst scores

We first calculated a best–worst frequency score for each of the 21 attributes according to the number of times the attribute was selected by respondents. The simple rank ordering process creates individual-level scales for each attribute that are easily comparable across the entire sample (see Table 2). The "best" column illustrates the frequency that the particular attribute will be ranked "best" or matters "most" to respondents from the attribute group. For example, the top-scoring attribute was *reliable performance* (selected 333 times), followed by *delivery speed*

**Table 2:** Best–worst results

| Attribute name | "Best" (freq) | "Worst" (freq) | Best (weighted) | Worst (weighted) | Best–Worst | SQRT (best/worst weighted) | Rank |
|---|---|---|---|---|---|---|---|
| Reliable performance | 333 | 2 | 5,330 | 365 | 331 | 3.82 | 1 |
| Delivery speed | 211 | 17 | 3,393 | 483 | 194 | 2.65 | 2 |
| Professionalism | 138 | 12 | 2,220 | 330 | 126 | 2.59 | 3 |
| Service support | 151 | 24 | 2,440 | 535 | 127 | 2.14 | 4 |
| Supply chain flexibility | 162 | 33 | 2,625 | 690 | 129 | 1.95 | 5 |
| Track and trace | 143 | 36 | 2,324 | 719 | 107 | 1.80 | 6 |
| Service recovery | 97 | 32 | 1,584 | 609 | 65 | 1.61 | 7 |
| Supply chain capacity | 88 | 53 | 1,461 | 936 | 35 | 1.25 | 8 |
| Proactive innovation | 119 | 75 | 1,979 | 1,319 | 44 | 1.22 | 9 |
| Global network | 73 | 66 | 1,234 | 1,129 | 7 | 1.04 | 10 |
| Relationship orientation | 80 | 95 | 1,375 | 1,600 | −15 | 0.93 | 11 |
| Parity price | 77 | 114 | 1,346 | 1,901 | −37 | 0.84 | 12 |
| Risk management | 42 | 67 | 739 | 1,114 | −25 | 0.81 | 13 |
| Account representative | 47 | 91 | 843 | 1,503 | −44 | 0.75 | 14 |
| Culture | 45 | 108 | 828 | 1,773 | −63 | 0.68 | 15 |
| Billing service | 33 | 138 | 666 | 2,241 | −105 | 0.54 | 16 |
| Management reporting | 34 | 153 | 697 | 2,482 | −119 | 0.53 | 17 |
| Top mgmt team availability | 30 | 183 | 663 | 2,958 | −153 | 0.47 | 18 |
| Quality certification | 22 | 171 | 523 | 2,758 | −149 | 0.44 | 19 |
| Brand | 14 | 236 | 460 | 3,790 | −222 | 0.35 | 20 |
| Surcharge option | 12 | 245 | 437 | 3,932 | −233 | 0.33 | 21 |

(selected 211 times), through to *surcharge option* (selected only 12 times).

The "worst" column shows the frequency with which respondents selected an attribute as the "least" important feature. This column is read in the opposite way to the "best" column—the attribute selected the least number of times as "least important," was *reliable performance* (selected only twice). It is worth noting that the attributes in this column appear to be almost perfect reciprocals of the "best" column, implying consistency in the decisions (or selection of features as "most" or "least" important) made by the respondents.

Second, to determine the attribute rank ordering we calculated a "maximum difference" scale that is simply the difference between the "best" and "worst" columns (Marley and Louviere 2005). This provides a rank position for each attribute. To develop a ratio scale of "best" we calculated the square root (SQRT) of the "Best/Worst" based on the mathematical proofs that SQRT $[f(b)/f(w)] = f(b)/\sqrt{k}$, where $k$ is a constant, provided by Marley and Louviere (2005). To support interpretation, Figure 2 plots the SQRT of the "best/worst" ratio as a graphical representation.

The interpretation of Figure 2 requires some discussion because the scores are on a relative scale. This means that *reliable performance* (3.82) is four times more important than *relationship orientation* (0.93) and 12 times more important than *surcharge option* (0.33). Likewise, *global network* (1.04) is twice as important as *top management team availability* (0.47), *billing service* (0.54), and *management reporting* (0.53). Furthermore, the graphical representation clearly indicates a logarithmic line of best fit. The implication here is that as the tail of the curve flattens out our ability to determine meaningful differences disappear. For example, the range of scores among the last 11 attributes differs by only 0.6, indicating that respondents are more or less indifferent about these attributes.

**Latent class segmentation results**

The ratio scale measures of relative importance enable us to identify the top 10 attributes for inclusion in the segmenta-

tion analysis. Focusing on this narrower set of the top attributes rather than the entire set of 21 attributes allows us to differentiate demand based on the most economically important items rather than simply items where differences might exist independent of the strength of their importance to the final choice. For example, in terms of cumulative impact, the top 10 attributes account for 75% of the variation with the other 25% distributed across the remaining 11 attributes. By focusing on a more parsimonious set of important attributes, we are able to remove noise from the solution, which in turn, reduces the number of resulting segments and increases the practical interpretability of the findings.

The first step used to formally identify the number of classes or segments was based on the information criteria. Information criteria scores are derived by assessing the degree of improvement in explanatory power adjusted by the degrees of freedom. The most common information criteria are the Akaike information criterion and the Bayesian information criterion. The consistent Akaike information criterion and Akaike information criterion 3 provide more conservative estimates of fit because they take into account parsimony by adjusting the log likelihood goodness-of-fit values to account for the number of parameters in the model. The results shown in Table 3 can be interpreted as the lower the value, the better the model fit. In this regard, the "low value" is a relative measure of the information criterion in one model vis-à-vis the other models, where the lower the value, generally speaking, the more attractive the model. As there are numerous information criteria that can be evaluated, and all provide some specific limitation on the underlying log likelihood scores, the goal is to identify the model with improvement across the greatest number of criteria (Coltman et al. 2007).

The second step was to examine the classification statistics for the preferred model. These scores were examined to ensure that the model had an acceptable and comparatively low ratio of classification errors. Last, the estimates for each segment in the preferred model were plotted against one another to ensure that the segment solution represented actual differences rather than systematic variance.

**Table 3:** Measures of model fit and parsimony by segment

**Figure 2:** Ratio scale of relative attribute importance.



| | Number of segments | | | |
|---|---|---|---|---|
| | **1** | **2** | **3** | **4** |
| Log likelihood | −1,790 | −1,740 | −1,728 | −1,713 |
| AIC | 3,933 | **3,881** | 3,909 | 3,928 |
| BIC | 3,735 | 3,656 | 3,655 | 3,646 |
| AIC3 | 3,812 | **3,744** | 3,754 | 3,756 |
| CAIC | 4,010 | **3,969** | 4,008 | 4,038 |
| Npar | 77 | 88 | 99 | 110 |
| Class error | 0.00 | 0.06 | 0.07 | 0.06 |

*Notes:* AIC, Akaike information criterion; BIC, Bayesian information criterion; CAIC, consistent Akaike information criterion; AIC3, Akaike information criterion 3; NPar; number of parameters. Bold items indicate best fit (i.e., minimum score).

**Table 4:** Segment attributes based on mean scores

|                                 | Null model ($n = 96$) | Segment 1 ($n = 50$) | Segment 2 ($n = 46$) | Wald statistic |
|---------------------------------|-----------------------|----------------------|----------------------|----------------|
| Reliable performance            | 3.45                  | 3.57                 | 3.29                 | 0.69           |
| Delivery speed                  | 2.02                  | 2.57                 | 1.31                 | 7.75***        |
| Service handling and support    | 1.32                  | 2.00                 | 0.45                 | 13.37***       |
| Track and trace                 | 1.11                  | 1.96                 | 0.04                 | 10.35***       |
| Service recovery                | 0.68                  | 1.60                 | −0.50                | 8.25***        |
| Supply chain flexibility        | 1.34                  | 0.79                 | 2.05                 | 6.82***        |
| Professionalism                 | 1.31                  | 0.85                 | 1.90                 | 7.57***        |
| Proactive innovation            | 0.46                  | −0.36                | 1.51                 | 11.66***       |
| Supply chain capacity           | 0.36                  | −0.19                | 1.07                 | 7.94***        |
| Relationship orientation        | −0.16                 | −0.69                | 0.53                 | 5.75***        |

*Notes:* ***$p < 001$.

Based on this three-step procedure, a two-segment solution was identified that best describes the data modeled here. A likelihood ratio test also demonstrated that this model provided a statistically significant improvement over the null model ($-2LL = 109.114$, $p < .001$). Table 4 presents specific information on how the various attributes contributed to the two segments in the preferred model; and consequently, how this model differed to the null model. In particular, Table 4 presents two statistics of interest, mean best–worst scores and Wald statistics. The mean best–worst scores are based on the segment level conditional probabilities for each attribute and provide a general indication of importance. The Wald statistics reported are a measure of the extent to which the segment level means for each attribute differ from the grand means of the attribute across both segments.

Segment 1 includes those companies that place emphasis on attributes associated mainly with operational criteria: *reliable performance* (3.57); *delivery speed* (2.57); *track and trace* (1.96); and *service recovery* (1.60). The segment 2 model best represents those companies that place more emphasis on strategic criteria (Morash 2001): *reliable performance* (3.29); *supply chain flexibility* (2.05); *professionalism* (1.90); *proactive innovation* (1.51); and *relationship orientation* (0.53). With the exception of reliable performance, the Wald statistics confirm that the segment level means for each attribute differ significantly between the segment solutions.

In the case of reliable performance the high mean scores indicate that it is an important attribute in both segments. However, the lack of variance within this attribute inhibits its value as a discriminator between the segments. This implies that in terms of its impact on 3PL selection, reliable performance could be considered as an order qualifier—a necessary requirement to get a start at the bidding table. In other words, reliable performance reflects a common strategic priority attached to this attribute by all firms.

One of the most interesting aspects of the best–worst based segment solution is that it shows quite clearly which attributes respondents are willing to abandon earliest. Hence, the segments cannot only be described by the issues that customers favor, but also by the ones they are willing to abandon should they be forced to make a trade-

off. For example, respondents in segment 1 clearly favored reliable performance, delivery speed, and service handling and support, but were most likely to abandon relationship orientation and proactive innovation. Similarly, respondents in segment 2 favored supply chain flexibility but were most willing to abandon track and trace and also service recovery when a choice had to be made. One possible reason for this is that customers in segment 2 have no desire to spend time and effort working through a track and trace system; rather, they expect the parcel will arrive as scheduled and, if there is a delay, then it is the 3PLs role to notify them.

Figure 3 provides a graphical representation of the differences and similarities between the two segments. The class-specific means presented in Table 4 were rescaled to lie within the 0–1 range. Scaling of these "0–1 means" was accomplished by subtracting the lowest observed value from the class-specific means and then dividing the results by the range, which is simply the difference between the highest and the lowest observed value. The figure serves two primary purposes. First, it demonstrates clearly that the two segments are conceptually different, satisfying the previously introduced requirement that the segments not be the result of sys-

**Figure 3:** Distribution of respondents by segment.



tematic variance. Second, the figure provides for simple comparison of the relative attractiveness of each attribute for the two segments.

Several covariates were introduced into the segmentation analysis to assist in characterizing the domain of each of the segments. Covariates represent the differences between the segment classes where the covariate differences are not estimated simultaneously with the parameters in the model. They are *post hoc* descriptors of the segments and not a priori predictors of segment membership. The descriptive statistics considered include: (1) corporate status of the business unit, (2) locus of decision-making control, (3) occupation of the respondent, (4) size of the company, and (5) type of exchange relationship preferred. Only corporate status, occupation, and size accounted for significant differences across segments (see Table 5). The most interesting differences are between the different respondent occupations and firm size where the table shows the percentage of respondents that make up each segment. For example, segment 1 has a high composition of logisticians (42%) while segment 2 is comprised mostly of C-level executives (30%). Conceptually, this result makes sense; logisticians prefer operational excellence while C-level executives prefer more strategic service-based attributes. However, this result was not reflected in the data on strategic orientation toward 3PLs; which provides support for our claims regarding the unreliable nature of rating-scale-based data. Likewise, we see that 50% of firms in

segment 1 are classified as medium (with 20–200 employees) and 72% of firms in segment 2 are classified as large (more than 200 employees). This suggests that the larger firms see strategic benefits in service-based attributes. Likewise, we see that customers in segment 2 were also more inclined to value collaboration over customers in segment 1. However, we need to exercise caution when interpreting these results due to the susceptibility of the chi-square test to small sample sizes.

Finally, to demonstrate external validity, the two segments were evaluated against variables other than those used to generate the solution (Punj and Stewart 1983). Using the two-segment solution as the dependent variable, a discriminant analysis was conducted using two additional variables chosen to reflect the domain of the two segments. The first function was based on a preference for "dependable delivery," which is closely aligned with the domain of segment 1. The function correctly identified 81% of the cases within segment 1. The second function was based on a preference for "customer responsiveness," which is closely aligned to the domain of segment 2. The function correctly identified 57% of the cases within segment 2. These results provide some external validity to the segment solution and suggest that the two-segment solution is a useful guide to further our understanding of customer demand.

## DISCUSSION

This study has explored new ground in proposing a method to identify the structural factors that contribute to genuine demand for a 3PL provider. The contribution is not only theoretically important but of immense practical relevance to 3PL providers desiring to better understand their customers, to 3PL customers wishing to better appreciate how they are positioned relative to their peers, and to industry stakeholders such as 4PLs who seek to develop service solutions to support both customers and providers. As shown by a Georgia Institute of Technology report, 76%–79% of firms in Western Europe and 83% of firms in Asia-Pacific rely on 3PL providers (Langley et al. 2005), facts highlighting the economic importance of efficient express logistic services on in modern business.

### Implications for research

Academically, the reduced form of DCA used in this study is theoretically sound. The efficacy of results reported is confirmed by the almost perfect reciprocity reported between the best and worst scores. Furthermore, a growing body of research suggests that binary ("yes-no" or "best–worst" or "least-most") responses are reliable estimates of customer demand (Auger et al. 2007). It is cognitively straightforward for respondents to indicate that "I prefer A" or "I do not like B" and "I think A is the most important attribute, and B is the least important attribute in the set of (A B C D E)." Furthermore, the approach is scale free and avoids problems that commonly arise in traditional research where respondents are required to rate attributes according to a set scale

**Table 5:** Segment differences by firm and respondent characteristics

|  | Segment | | | |
|---|---|---|---|---|
|  | **1** | **2** | **$\chi^2$** | **$p$** |
| Corporate status |  |  |  |  |
|   Headquarters for a multinational enterprise | 0.22 | 0.19 | 0.32 |  |
|   Part of a larger multinational (i.e., subsidiary) | 0.58 | 0.56 | 1.43 |  |
|   Local independent company | 0.15 | 0.07 | 0.03 |  |
|   Government entity | 0.05 | 0.17 | 3.58 | * |
| Occupation of respondent |  |  |  |  |
|   Corporate/general manager | 0.15 | 0.30 | 3.99 | * |
|   Financial/operations manager | 0.18 | 0.21 | 0.99 |  |
|   Chief customer/service/ support manager | 0.06 | 0.03 | 0.88 |  |
|   Marketing/sales manager | 0.09 | 0.04 | 2.50 |  |
|   Logistics/transport/ procurement manager | 0.42 | 0.26 | 4.50 | * |
|   Other | 0.08 | 0.16 | 0.65 |  |
| Size |  |  |  |  |
|   Small business (< 20 staff) | 0.10 | 0.06 | 1.26 |  |
|   Medium (20–200 staff) | 0.50 | 0.23 | 9.46 | ** |
|   Large (more than 200 staff) | 0.40 | 0.72 | 9.34 | ** |

*Notes*: *$p < .05$; **$p < .01$.

(e.g., 1–5 or 1–7). The problem with traditional rank order and Likert scale methods is that the scores can mean different things to different respondents (Kampen and Swynnegedouw 2000). Additionally, respondents often suffer from biases such as "yea-saying," "nay-saying" and "middle of the road." The best–worst scaling procedure used in this study forces the respondent to make a choice that provides data that is scale free and less susceptible to respondent biases.

The study also sheds new light on the relative importance of the various customer needs or what Levitt (1960) defines as the "augmented" product. This timeless contribution has forced managers to think more broadly and attribute variation in business success to unique combinations of tangible and intangible features. In segment 1; the augmented product is based heavily on operational efficiency. Transactional efficiency is front of mind and any attempt to convert customers toward a more collaborative relational would not only be unnecessary but create a negative effect. Alternatively, there are equal numbers of customers in segment 2, where a relational approach is dominant. These customers display a preference for an inclusive arrangement that values information flows, professionalism, and long-term relationships. This finding is particularly interesting in the light of the work of Stank et al. (2003) who have extensively examined the importance of operational and relational capabilities to firm performance. While our research finds general support for the existence of two distinct demand structures impacting on choice of provider, our research extends this earlier work in two important ways.

First, we examine the interaction between operational and relational capabilities, something that Zhao and Stank (2003) acknowledge has been lacking in prior studies on supplier selection. Second, in focusing on the service delivery components that support the development and delivery operational and relational capabilities, we also respond to a call by Stank et al. for research that provides different operationalizations of the constructs. We believe that our research presents the first attempt at moving from a reflective measurement model to a formative measurement model (Coltman et al. 2008).

The two-segment solution seen arising from our data is important when one considers that scholarly work on the structural characteristics of 3PL has emphasized a relationship marketing perspective. Such an approach links relational attributes of 3PL arrangements to firm outcomes (Stank et al. 2001; Marasco 2008) and relies on operations management and optimization models to maximize this connection. For example, separate demand structures imply that models based on assumptions of unitary demand or a "pooling equilibrium"—one in which all customers are treated the same—must be viewed cautiously, both for theoretical and practical reasons. Normatively, a more efficient approach would be to take into account the two types of demand reported in this study or to consider characterizing heterogeneous customer demand using methods presented here in the first instance. Based on our data, a natural "separating equilibrium" should arise as the attributes that segment 1 demands differ significantly from those demanded by seg-

ment 2. The implication is that providers who meet the two demands more specifically will get higher sales simply because customers will gravitate to the 3PL provider that fits best with what they want.

**Implications for practice**

From a practitioner standpoint, the strategic challenge for 3PL service providers is that they must not just determine what their customers want but must also be able to translate the implications of these demands across their own functional boundaries to maximize customer value. This study directly assists practitioners by providing the rationale for management decisions about strategic, operational, and tactical responses. This is important given that research in business settings indicates customers are not motivated strictly by the attributes of the products/services their suppliers provide (Knemeyer and Murphy 2005).

Our results also provide a justification for the reverse engineering of 3PL business processes to bring them more in line with the requirements of the market. Operationally, this is valuable to the manager who may be bombarded by long lists of attributes that they believe create customer value without any effective guide as to the relative value (or validity) of this ordering (Anderson and Narus 1998). Indeed, one of the most important contributions in this article is that it addresses the issue of priority and where best to invest resources and capability development. Any scan of the popular press quickly indicates that the top few attributes identified in this article are widely understood and well developed by the leading companies in the 3PL market. However, the nature of competitive advantage implies that one needs capabilities that are not enjoyed by key competitors (Anderson et al. 2006). The present study directs attention toward those capabilities that have traditionally been less black and white (e.g., service recovery, flexibility, professionalism, and innovation), but nevertheless may be the key to success or failure.

Last, from a profit maximization standpoint most optimization models focus on the impact of demand pooling on expected profits (Eppen 1979; Kim et al. 2008). The justification for this is based on: (1) economies of scale, and (2) reduced demand fluctuations whenever sufficient firm size exists. As noted earlier, our results imply that a natural separating equilibrium is possible should a company choose to accommodate the differing demands. At the level of the individual service provider, this does not mean that the decision to treat customer segments differently means that one needs to give up scale advantages obtained by aggregating customer demand. It is well understood in the operations management literature that firms comprise multiple supply chains and, therefore, one can organize different parts of the supply chain in different ways (Rabinovich and Bailey 2004).

**Limitations and future work**

In common with all research, this article has several limitations that confine the generalizability of our results. First,

the range of attributes examined was restricted to a set of 21 only. Additionally, our use of "parity price" was deliberately designed to minimize the impact of price. The reasoning was based on a common agreement in the literature regarding the high correlation between price and customer demand. What is interesting about this study is that it reveals the 11 attributes that are preferable to price when price matches (or is very close to) that of the competition.

Second, segmentation models are, at best, workable approximations of reality and one should be mindful of their limitations. One cannot claim with complete certainty that segments exist or that the distribution of unobserved heterogeneity can be captured (i.e., that it is discrete rather than continuous). Like any segmentation or clustering technique, the appropriateness of latent class models is determined first by theory and second by the ability to find meaningful and significant differences in the population at hand. Further research is required to examine the extent that these results can be replicated and the extent to which a strategy based on such segmentation was superior to one based on a singular model of customer demand.

Third, our study suffers from sample-based limitations related to the use of the client list of a single 3PL provider, and that are associated with all cross-sectional survey-based research. As such, caution needs to be exercised when attempting to generalize beyond the present sample. Although prior research demonstrates that 3PL customers tend to utilize multiple providers (Langley et al. 2005), the use of convenience sampling could have introduced systematic error that would influence the results. In this regard, the generalizability of the two-segment solution would be improved by sampling randomly from the population of customers that utilize second- and third-tier 3PL providers. Furthermore, the generalizability of the findings would also benefit from a longitudinal examination of changes over time, and from identifying a broader set of secondary data that could be used to describe the resulting segments. Although the attributes used in this study are specific to tier one 3PL providers, we suggest that future research should expand the range and number of covariates to assist with interpretation and generalization to the broader 3PL population.

Last, our study assumes that all respondents are willing to purchase services from a 3PL provider. In other words, we did not provide an opt-out option to capture unconditional demand where a respondent may desire to stay with some status quo and "not demand or require" the services of a 3PL provider. The next logical stage is to address demand as a function of actual choice of a 3PL; this should also include the choice to opt-out of an option.

## CONCLUSION

We started this study with a relatively simple objective. First, we sought to identify the attributes that are most and least important to the customers of a 3PL service provider. Using a theoretically based best–worst methodology, we calculated the relative importance of 21 attributes on a common scale. Second, we sought to identify the extent to which these attribute preferences are segment specific. Latent class segmentation allowed us to capture the heterogeneity among 3PL customers and generate a picture of preference structures for operational excellence and relationship orientations. The normative implications are that firms can improve service value and develop stronger relationships with customers when they align their service offerings with the right customer preference segment.

## APPENDIX

### Explication of the best–worst scaling method

Best–worst scaling is a theory for how people make decisions about the "best" and "worst" attributes from a group of three or more attributes. Based on Thurstone's (1927) random utility theory for paired comparison judgments, best–worst scaling is used to find the position of these attributes on some underlying latent dimension such as degree of importance, degree of interest, etc. The conditional logit model is used to estimate the location of each attribute on the underlying latent dimension.

The probability that respondent $i$ selects alternative $m$ as "best" in subset $j$ is given attribute values $\beta_{ij}$, choice set characteristics $\delta_{ij}$, and the scale factor $s_{ij}$. This probability is denoted by $P(y_{ij} = m \mid \beta_{ij}, \delta_{ij}, s_{ij})$. Within this model, attribute values are characteristics of the alternatives; that is, attribute $m$ will have different values to attribute $m'$. While choice set characteristics are common across all respondents (i.e., balanced), scale factors on the other hand, allow the utilities to be scaled differently for "best" and "worst" choices. The conditional logit model for the response probabilities associated with the first-choice, or "best" only model, has the form:

$$P(y_{ij}) = \exp(s_{ij}.\eta_{ij})/\Sigma_{ij}\exp(s_{ij}.\eta_{ij}),$$

where $\eta_{ij}$ is the systematic component of the utility associated with attribute $m$ for case $i$ in subset $j$. The term $\eta_{ij}$ is a linear function of the attribute effects $\beta_{ij}$ and the predictor effects $\delta_{ij}$. The utility is also affected by an error component $\varepsilon_{ij}$, but this is assumed to be identically and independently distributed according to some Type 1 random function for identification purposes.

## ACKNOWLEDGMENTS

This research has been supported by a linkage program grant from the Australian Research Council (ARC), DHL Asia-Pacific, and the Institute for Business and Social Research (IIBSoR) at the University of Wollongong. The views expressed here are solely those of the authors who have been listed alphabetically. The authors wish to thank Professor Eddie Anderson, Dr. John Gattorna, and Stuart Whiting for their contribution to discussions and the direction of the article.

*T. R. Coltman et al.*

# REFERENCES

Anderson, J.C., and Narus, J.A. 1998. "Business Marketing: Understand What Customers Value." *Harvard Business Review* 76(11/12):53–65.

Anderson, J.C., Narus, J.A., and Van Rossum, W. 2006. "Customer Value Propositions in Business Markets." *Harvard Business Review* 84(3):91–99.

Auger, P., Devinney, T.M., and Louviere, J.J. 2007. "Using Best-Worst Scaling Methodology to Investigate Consumer Ethical Beliefs Across Countries." *Journal of Business Ethics* 70:299–326.

Bensmail, H., Celeux, G., and Raftery, A.E. 1993. "Inference in Model Based Clustering." *Statistics and Computing* 7(1):1–10.

Bienstock, C.C., Mentzer, J.T., and Bird, M.M. 1997. "Measuring Physical Distribution Service Quality." *Journal Academy of Marketing Science* 25(1):31–44.

Bowersox, D.J. 1990. "The Strategic Benefits of Logistics Alliances." *Harvard Business Review* 68(4):36–45.

Bowersox, D.J., Closs, D.J., and Stank, T.P. 1999. *21st Century Logistics: Making Supply Chain Integration a Reality*. Oak Brook, IL: Council of Logistics Management.

Buckley, P.J., Devinney, T.M., and Louviere, J.J. 2007. "Do Managers Behave the Way Theory Suggests? A Choice Theoretic Examination of Foreign Direct Investment Location Decision Making." *Journal of International Business* 38(7):1069–95.

Burgess, L., and Street, D.J. 2003. "Optimal Designs for 2k Choice Experiments. Communications in Statistics." *Theory & Methods* 32(11):2185–98.

Christopher, M., and Peck, H. 2003. *Marketing Logistics*. 2nd ed. Burlington, MA: Elsevier Butterworth-Heinemann.

Cohen, S., and Neira, L. 2003. "Measuring Preference for Product Benefits Across Countries." In *Sawtooth Software Conference 2003*. San Antonio, TX: Sawtooth Software.

Coltman, T., Devinney, T.M., and Midgley, D.F. 2007. "E-Business Strategy and Firm Performance: A Latent Class Assessment." *Journal of Information Technology* 22(2):1–15.

Coltman, T., Devinney, T.M., Midgley, D.F., and Venaik, S. 2008. "Formative or Reflective Scales: Two Applications of Erroneous Measurement." *Journal of Business Research* 61(12):1250–62.

Coltman, T., Gattorna, J., and Whiting, S. 2010. "Realigning Service Operations Strategy at DHL Express." *Interfaces* 40(3):175–83.

Danielis, R., Marcucci, E., and Rotaris, L. 2005. "Logistics Managers' Stated Preferences for Freight Service Attributes." *Transportation Research Part E: Logistics and Transportation Review* 41(4):201–15.

da Silveira, G.J.C. 2005. "Market Priorities, Manufacturing Configuration, and Business Performance: An Empirical Analysis of the Order-Winners Framework." *Journal of Operations Management* 23(6):662–75.

Daugherty, P.J., Stank, T.P., and Rogers, D.S. 1996. "Third-Party Logistics Service Providers: Purchasers'

Perceptions." *Journal of Supply Chain Management* 32(2):23–29.

Dibb, S., and Wensley, R. 2002. "Segmentation Analysis in Industrial Markets: Problems of Integrating Customer Requirements Into Operations Strategy." *European Journal of Marketing* 36(1/2):231–51.

Drucker, P.F. 1974. *Management: Tasks, Responsibilities, Practices*. New York: Harper and Row.

Elrod, T., Louviere, J.J., and Davey, K.S. 1992. "An Empirical Comparison of Ratings-Based and Choice-Based Conjoint Methods." *Journal of Marketing Research* 29(3):368–78.

Eppen, G.D. 1979. "Effects of Centralization on Expected Costs in a Multi-Location Newsboy Problem." *Management Science* 25(5):498–501.

Fisher, M.L. 1997. "What is the Right Supply Chain for Your Product?" *Harvard Business Review* 36(4):105–16.

Flint, D.J., Larsson, E., and Gammelgaard, B. 2008. "Exploring Processes for Customer Value Insights, Supply Chain Learning and Innovations: An International Study." *Journal of Business Logistics* 29(1):257–78.

Gattorna, J. 2006. *Living Supply Chains*. London, UK: Prentice-Hall.

Hedgcock, W., and Rao, A.R. 2009. "Trade-Off Aversion as an Explanation for the Attraction Effect: A Functional Magnetic Resonance Imaging Study." *Journal of Marketing Research* 46(2):1–13.

Iqbal, Z., Verma, R., and Baran, R. 2003. "Understanding Consumer Choices and Preferences in Transaction-Based e-Services." *Journal of Service Research* 6(1):51–65.

Kampen, J., and Swyngedouw, M. 2000. "The Ordinal Controversy Revisited." *Quality & Quantity* 34(1):87–102.

Karmarkar, U.S. 1996. "Integrative Research in Marketing and Operations Management." *Journal of Marketing Research* 33(5):125–33.

Karniouchina, E.V., Moore, W.L., van der Rhee, B., and Verma, R. 2009. "Issues in the Use of Ratings-Based Versus Choice-Based Conjoint Analysis in Operations Management Research." *European Journal of Operational Research* 197(1):340–48.

Kim, C., Yang, K.H., and Kim, J. 2008. "A Strategy for Third-Party Logistics Systems: A Case Analysis Using the Blue Ocean Strategy." *Omega* 36(5):522–34.

Knemeyer, M.A., and Murphy, P.R. 2004. "Evaluating the Performance of Third-Party Logistics Arrangements: A Relationship Marketing Perspective." *Journal of Supply Chain Management* 40(1):35–51.

———. 2005. "Is the Glass Half Full or Half Empty?" *International Journal of Physical Distribution and Logistics Management* 35(30):708–27.

Langley, C.J., Jr., Dort, E.V., and Ross, T. 2005. *2005 Third Party Logistics: Results and Findings of the 10th Annual Study*. Atlanta, GA: Georgia Institute of Technology.

Lee, J.A., Soutar, G.N., and Louviere, J. 2007. "Measuring Values Using Best-Worst Scaling: The LOV Example." *Psychology & Marketing* 24(12):1043–58.

Lenk, P.J., and Bacon, L. 2008. *Estimating Common Utility Origins and Scales in Discrete Choice Conjoint With*

*Auxiliary Data*. Working Paper. Ann Arbor, MI: Ross School of Business, University of Michigan.

Levitt, T. 1960. "Marketing Myopia." *Harvard Business Review* 82(7/8):138–49.

Lilien, G.L. 2007. *B-to-B Segmentation for Greater ROI With Cluster Analysis ME*. University Park, PA: Institute for the Study of Business Markets, The Pennsylvania State University.

Louviere, J.J., Hensher, D.A., and Swait, J.D. 2000. *Stated Choice Methods: Analysis and Application*. Cambridge, UK: Cambridge University Press.

Mantel, S.P., Tatikonda, M.V., and Liao, Y. 2006. "A Behavioral Study of Supply Manager Decision-Making: Factors Influencing Make Versus Buy Evaluation." *Journal of Operations Management* 24(6):822–38.

Marasco, A. 2008. "Third-Party Logistics: A Literature Review." *International Journal of Production Economics* 113(1):127–47.

Marley, A., and Louviere, J. 2005. "Some Probabilistic Models of Best, Worst, and Best-Worst Choices." *Journal of Mathematical Psychology* 49(6):464–80.

McFadden, D. 1974. "Conditional Logit Analysis of Qualitative Choice Behavior." In *Frontiers in Econometrics*, edited by Zarembka, P., 105–42. New York: Academic Press.

McGinnis, M.A., Kochunny, C.M., and Ackerman, K.B. 1995. "Third-Party Logistics Choice." *The International Journal of Logistics Management* 6(2):93–102.

Menon, M.K., McGinnis, M.A., and Ackerman, K.B. 1998. "Selection Criteria for Providers of Third-Party Logistics Services: An Explanatory Study." *Journal of Business Logistics* 19(1):121–37.

Mentzer, J.T., Flint, D.J., and Kent, J.L. 1999. "Developing a Logistics Service Quality Scale." *Journal of Business Logistics* 20(1):9–32.

Mentzer, J.T., Rutner, S.M., and Matsuno, K. 1997. "Application of the Means-End Value Hierarchy Model to Understanding Logistics Service Value." *International Journal of Physical Distribution and Logistics Management* 27(9/10):630–43.

Morash, E.A. 2001. "Supply Chain Strategies, Capabilities, and Performance." *Transportation Journal* 41(1):37–53.

Olhager, J., and Seldin, E. 2004. "Supply Chain Management Survey of Swedish Manufacturing Firms." *International Journal of Production Economics* 89(4):353–61.

Paulhus, D.L. 1991. "Measurement and Control of Response Bias." In *Measures of Personality and Social Psychological Attitudes*, edited by Robinson, J.P., Shaver, P.R., and Wright, L.L., 17–53. San Diego, CA: Academic Press.

Priem, R.L. 2007. "A Consumer Perspective on Value Creation." *Academy of Management Review* 32(1):219–35.

Punj, G., and Stewart, D.W. 1983. "Cluster Analysis in Marketing Research: Review and Suggestions for Application." *Journal of Marketing Research* 20(2):134–49.

Rabinovich, E., and Bailey, J.P. 2004. "Physical Distribution Service Quality in Internet Retailing: Service Pricing, Transaction Attributes and Firm Attributes." *Journal of Operations Management* 21(6):651–72.

Saaty, T.L. 1980. *The Analytic Hierarchy Process: Planning, Priority Setting, Resource Allocation*. New York: McGraw-Hill.

Sarkis, J., and Talluri, S. 2002. "A Model for Strategic Supplier Selection." *Journal of Supply Chain Management* 38(1):18–29.

Sawhney, M., Balasubramanian, S., and Krishnan, V.V. 2004. "Creating Growth With Services." *MIT Sloan Management Review* 45(2):34–43.

Sink, H.L., and Langley, C.J. Jr 1997. "A Managerial Framework for the Acquisition of Third-Party Logistics Services." *Journal of Business Logistics* 18(2):163–89.

Srinivasan, V. 1988. "A Conjunctive-Compensatory Approach to the Self-Explication." *Decision Sciences* 19(2):295–316.

Stank, T.P., Goldsby, T.J., Vickery, S.K., and Savitskie, K. 2003. "Logistics Service Performance: Estimating Its Influence on Market Share." *Journal of Business Logistics* 24(1):27–55.

Stank, T.P., Keller, S.B., and Closs, D.J. 2001. "Performance Benefits of Supply Chain Logistical Integration." *Transportation Journal* 41(2/3):32–47.

Stank, T.P., and Maltz, A.B. 1996. "Some Propositions on Third-Party Choice: Domestic vs. International Logistics Providers." *Journal of Marketing Theory and Practice* 4(2):45–54.

Street, D.J., and Burgess, L. 2004. "Optimal and Near-Optimal Pairs for the Estimation of Effects in 2-Level Choice Experiments." *Journal of Statistical Planning and Inference* 118(1/2):185–99.

Swafford, P.M., Ghosh, S., and Murthy, N. 2006. "The Antecedents of Supply Chain Agility of a Firm: Scale Development and Model Testing." *Journal of Operations Management* 24(2):170–88.

Swait, J. 2001. "Choice Set Generation Within the Generalized Extreme Value Family of Discrete Choice Models." *Transportation Research Part B* 35(7):643–66.

Swait, J., and Ben-Akiva, M. 1987. "Empirical Test of a Constrained Choice Discrete Model: Mode Choice in São Paulo, Brazil." *Transportation Research Part B* 21(2):103–15.

Thurstone, L.L. 1927. "A Law of Comparative Judgment." *Psychological Review* 34:273–86.

Treacy, M., and Wiersema, F. 1995. *The Discipline of Market Leaders*. Reading, MA: Addison-Wesley Publishing Co.

Tsai, M.-C., Wen, C.-H., and Chen, C.-S. 2007. "Demand Choices of High-Tech Industry for Logistics Service Providers." *Industrial Marketing Management* 36(5):617–26.

Vaidyanathan, G. 2005. "A Framework for Evaluating Third Party Logistics." *Communications of the ACM* 48(1):89–94.

van der Rhee, B., Verma, R., and Plaschka, G. 2009. "Understanding Trade-Offs in the Supplier Selection Process." *International Journal of Production Economics* 120(1):30–42.

Verma, R., and Pullman, M.E. 1998. "An Analysis of the Supplier Selection Process." *Omega* 26(6):739–50.

Vermunt, J.K., and Magidson, J. 2002. "Latent Class Cluster Analysis." In *Advances in Latent Class Analysis*, edited by Hagenaars, J.A., and McCutcheon, A.L., 89–106. Cambridge, UK: Cambridge University Press.

Wedel, M., and DeSarbo, W.S. 1995. "A Mixture Likelihood Approach for Generalized Linear Models." *Journal of Classification* 12(1):1–35.

Wedel, M., and Kamakura, W. 2000. *Market Segmentation*. London: Kluwer.

Zhao, M., and Stank, T.P. 2003. "Interactions Between Operational and Relational Capabilities in Fast Food Delivery." *Transportation Research Part E, Logistics and Transportation Review* 39E(2):161–73.

## SHORT BIOGRAPHIES

**Tim R. Coltman** (PhD Australian Graduate School of Management) is currently the Director, Centre for Business Services Science and Deputy Director, Institute for Innovation in Business and Social Research at the University of Wollongong, Australia. He has published in journals such as *California Management Review*, *Journal of Information Technology*, *Journal of Business Research*, *Interfaces*, *European Management Journal*, *Journal of Supply Chain Management* and the *Proceedings of the IEEE*.

**Timothy M. Devinney** (PhD University of Chicago) is Professor of Strategy at the University of Technology, Sydney. His research interests are in the areas of international business, social consumerism, and corporate strategy. He has published more than 80 articles in leading international journals such as *Management Science*, *Journal of Business*, *Academy of Management Review*, *Journal of International Business Studies*, *Strategic Management Journal*, *Journal of Marketing*, and *Organisation Science*.

**Byron W. Keating** (PhD University of Newcastle, UK) is Associate Professor of Service Management at the University of Canberra. His research interests focus on service science and modeling complex decisions in service supply chains. He has published in *Proceedings of the IEEE*, *Journal of the Academy of Marketing Science*, *Electronic Markets*, *Supply Chain Management: An International Journal*, and *Managing Service Quality*.

Copyright of Journal of Business Logistics is the property of Wiley-Blackwell and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.