# EXHIBIT DD

| | |
|---|---|
| **From:** | Miller, Elise |
| **To:** | Stephen Swedlow |
| **Cc:** | Samsung NEW; WH Apple Samsung NDCal II Service; Apple/Samsung@gibsondunn.com; SHealy@gibsondunn.com; Kolovos, Peter; Richard Erwine; Michael Fazio; Amar Thakur |
| **Subject:** | RE: Apple/Samsung NDCA2 - Rossi Deposition |
| **Date:** | Friday, October 04, 2013 5:41:00 AM |

Counsel,

Apple confirms that Professor Rossi will not provide expert testimony for any purpose, including by way of declaration, in *Apple v. Samsung*, case no. 12-cv-00630.

Best regards,

Elise Miller

---

**From:** Stephen Swedlow [mailto:StephenSwedlow@quinnemanuel.com]
**Sent:** Wednesday, October 02, 2013 5:46 PM
**To:** Kolovos, Peter; Richard Erwine; Michael Fazio; Amar Thakur
**Cc:** Samsung NEW; WH Apple Samsung NDCal II Service; Apple/Samsung@gibsondunn.com; SHealy@gibsondunn.com
**Subject:** RE: Apple/Samsung NDCA2 - Rossi Deposition

Counsel – I understand from the below email that Peter Rossi's expert report has been withdrawn. However, if Peter Rossi will be used by Apple in any capacity leading up to trial, Samsung has the right to depose him. As a consequence, please confirm that you are withdrawing Dr. Rossi for all purposes, including any anticipated expert declarations submitted in this case. Otherwise, please provide a date and location for Samsung to depose Dr. Rossi. Thanks in advance for your consideration.

**Stephen Swedlow**
*Managing Partner, Chicago Office*
**Quinn Emanuel Urquhart & Sullivan, LLP**
312.705.7488 Direct
StephenSwedlow@quinnemanuel.com

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Tuesday, October 01, 2013 10:40 AM
**To:** Stephen Swedlow; Richard Erwine; Michael Fazio; Amar Thakur
**Cc:** Samsung NEW; WH Apple Samsung NDCal II Service; Apple/Samsung@gibsondunn.com; SHealy@gibsondunn.com
**Subject:** RE: Apple/Samsung NDCA2 - Rossi Deposition

Counsel,

In order to further narrow the number of experts at trial, Apple hereby withdraws the Rebuttal Expert Report of Peter E. Rossi. Therefore, Apple will not be offering Professor Rossi for deposition.

We urge Samsung to similarly consider which of its experts can be dropped now to eliminate

unnecessary expense and burden.

Regards,

-- Peter

---

**From:** Stephen Swedlow [mailto:StephenSwedlow@quinnemanuel.com]
**Sent:** Tuesday, October 01, 2013 12:29 AM
**To:** Richard Erwine; Kolovos, Peter
**Cc:** Samsung NEW; WH Apple Samsung NDCal II Service; Apple/Samsung@gibsondunn.com;
SHealy@gibsondunn.com
**Subject:** RE: Apple/Samsung NDCA2 - Rossi Deposition

Peter - a conflict has arisen for the deposition of Dr. ROSSI in LA on October 2. Is it
possible for Dr. Rossi 's deposition to be rescheduled for October 4, 7 or 8? Thanks in
advance for your consideration. The relocation of the deposition from Chicago to LA has
necessitated this rescheduling.


Stephen Swedlow
*Managing Partner, Chicago Office*
Quinn Emanuel Urquhart & Sullivan, LLP
312.705.7488 Direct
StephenSwedlow@quinnemanuel.com


-------- Originalmessage--------
From: Richard Erwine <richarderwine@quinnemanuel.com>
Date: 09/26/2013 1:30 PM (GMT-06:00)
To: "Torchia, Paul E." <PTorchia@gibsondunn.com>,"Buroker, Brian M."
<BBuroker@gibsondunn.com>
Cc: Samsung NEW <SamsungNEW@quinnemanuel.com>,'WH Apple Samsung NDCal II
Service' <WHAppleSamsungNDCalIIService@wilmerhale.com>,*** Apple/Samsung
<Apple/Samsung@gibsondunn.com>,"Healy, Sharon" <SHealy@gibsondunn.com>,Stephen
Swedlow <StephenSwedlow@quinnemanuel.com>
Subject: RE: Apple/Samsung NDCA2 - Hauser Deposition

Understood Paul.  We will plan to start at 9:30 AM.  Can you please also confirm that a hard-wired
Ethernet connection will be available in the conference room where Dr. Hauser's deposition is
taking place?


Rich

Richard W. Erwine
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 29th Floor
New York, NY 10010
Direct: (212) 849-7135

Main Fax:  (212) 849-7100

E-mail:  richarderwine@quinnemanuel.com

Web:  www.quinnemanuel.com

PRIVILEGED & CONFIDENTIAL

---

**From:** Torchia, Paul E. [mailto:PTorchia@gibsondunn.com]
**Sent:** Thursday, September 26, 2013 1:47 PM
**To:** Richard Erwine; Buroker, Brian M.
**Cc:** Samsung NEW; 'WH Apple Samsung NDCal II Service'; *** Apple/Samsung; Healy, Sharon
**Subject:** RE: Apple/Samsung NDCA2 - Hauser Deposition


Richard-

Sorry, but we've spoken to Dr. Hauser about this and it looks like we will need to start at 9:30 A.M.

Regards,

Paul

**Paul E. Torchia**
Of Counsel

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3953 • Fax +1 212.351.6352
PTorchia@gibsondunn.com • www.gibsondunn.com

---

**From:** Richard Erwine [mailto:richarderwine@quinnemanuel.com]
**Sent:** Thursday, September 26, 2013 1:44 PM
**To:** Torchia, Paul E.; Buroker, Brian M.
**Cc:** Samsung NEW; 'WH Apple Samsung NDCal II Service'; *** Apple/Samsung; Healy, Sharon
**Subject:** RE: Apple/Samsung NDCA2 - Hauser Deposition

Per the attached email, we will start at 9:00 AM.


Richard W. Erwine

Quinn Emanuel Urquhart & Sullivan LLP

51 Madison Avenue, 29th Floor

New York, NY 10010

Direct: (212) 849-7135

Main Fax:  (212) 849-7100

E-mail:  richarderwine@quinnemanuel.com

Web:  www.quinnemanuel.com

PRIVILEGED & CONFIDENTIAL

---

**From:** Torchia, Paul E. [mailto:PTorchia@gibsondunn.com]

**Sent:** Thursday, September 26, 2013 1:38 PM
**To:** Richard Erwine; Buroker, Brian M.
**Cc:** Samsung NEW; 'WH Apple Samsung NDCal II Service'; *** Apple/Samsung; Healy, Sharon
**Subject:** RE: Apple/Samsung NDCA2 - Hauser Deposition

Thanks.  We will start at 9:30 A.M., correct?


**Paul E. Torchia**
Of Counsel

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3953 • Fax +1 212.351.6352
PTorchia@gibsondunn.com • www.gibsondunn.com

---

**From:** Richard Erwine [mailto:richarderwine@quinnemanuel.com]
**Sent:** Thursday, September 26, 2013 1:30 PM
**To:** Torchia, Paul E.; Buroker, Brian M.
**Cc:** Samsung NEW; 'WH Apple Samsung NDCal II Service'; *** Apple/Samsung; Healy, Sharon
**Subject:** RE: Apple/Samsung NDCA2 - Hauser Deposition

Paul:

The attendees on behalf of Samsung are John Quinn, Stephen Swedlow, and Kara Borden.


Rich

Richard W. Erwine
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 29th Floor
New York, NY 10010
Direct: (212) 849-7135
Main Fax:  (212) 849-7100
E-mail:  richarderwine@quinnemanuel.com
Web:  www.quinnemanuel.com
PRIVILEGED & CONFIDENTIAL

---

**From:** Torchia, Paul E. [mailto:PTorchia@gibsondunn.com]
**Sent:** Thursday, September 26, 2013 12:30 PM
**To:** Richard Erwine; Buroker, Brian M.
**Cc:** Samsung NEW; 'WH Apple Samsung NDCal II Service'; *** Apple/Samsung; Healy, Sharon
**Subject:** Apple/Samsung NDCA2 - Hauser Deposition

Richard-
Could you let me know who we should expect in NY tomorrow for the Hauser deposition?
Please let us know before 5:00 P.M.


Paul
**Paul E. Torchia**

Of Counsel

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3953 • Fax +1 212.351.6352
PTorchia@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---