# EXHIBIT JJ

# FOUNDATIONS OF BEHAVIORAL RESEARCH

second edition

Fred N. Kerlinger

# Foundations of Behavioral Research

SECOND EDITION

Fred N. Kerlinger
*New York University*

JUL 9 1974

001

HOLT, RINEHART AND WINSTON, INC.
New York   Chicago   San Francisco   Atlanta
Dallas   Montreal   Toronto   London   Sydney

*To Betty, Paul, and Stephen*

Copyright © 1964, 1973 by Holt, Rinehart and Winston, Inc.
All Rights Reserved
Library of Congress Catalog Card Number 72–91751
ISBN: 03-085462-8
Printed in the United States of America
3 4 5 6 7   071   9 8 7 6 5 4 3 2 1

CHAPTER 25

## Foundations of Measurement

"In its broadest sense, measurement is the assignment of numerals to objects or events according to rules."[1] This definition of measurement succinctly expresses the basic nature of measurement. To understand the definition, however, requires the definition and explanation of each important term—a task to which much of this chapter will be devoted.

Suppose that we ask a male judge to stand seven feet away from an attractive young woman. The judge is asked to look at the young woman and then to estimate the degree to which she possesses five attributes: niceness, strength of character, personality, musical ability, and intelligence. The estimate is to be given numerically. In the number system a scale of numbers from 1 through 5 is used, 1 indicating a very small amount of the characteristic in question and 5 indicating a great deal of it. In other words, the judge, just by looking at the young woman, is to assess how "nice" she is, how "strong" her character is, and so on, using the numbers 1, 2, 3, 4, and 5 to indicate the amount of each characteristic she possesses.

This example may be a little ridiculous. Most of us, however, go through much the same procedure all our lives. We often judge how "nice," how "strong," how "intelligent" people are simply by looking at them and talking to them. It only seems silly when it is given as a serious example of measurement. Silly or serious, it *is* an example of measurement, since it satisfies the definition. The judge assigned numerals to objects according to rules. The objects, the numerals, and the rules

[1] S. Stevens, "Mathematics, Measurement, and Psychophysics," in S. Stevens, ed., *Handbook of Experimental Psychology*. New York: Wiley, 1951, p. 1. Campbell first proposed a definition of this nature. One of his definitions is "...the assignment of numbers to represent properties." N. Campbell, *What is Science?* New York: Dover, 1952 (1921), p. 110. Stevens' latest statement is S. Stevens, "Measurement, Statistics, and the Schemapiric View," *Science*, CLXI (1968), 849–856.

for the assignment of the numerals to the objects were all specified. The numerals were 1, 2, 3, 4, and 5; the objects were the young women; the rules for the assignment of the numerals to the objects were contained in the instructions to the judge. Then the end-product of his work, the numerals, might be used to calculate measures of relation, analyses of variance, and the like.

The definition of measurement includes no statement about the quality of the measurement procedure. It simply says that, somehow, numerals are assigned to objects or to events. The "somehow," naturally, is important—but not to the definition. Measurement is a game we play with objects and numerals. Games have rules. It is, of course, important for other reasons that the rules be "good" rules, but whether the rules are "good" or "bad," the procedure is still measurement.

Why this emphasis on the definition of measurement and on its "rule" quality? There are three reasons. First, measurement, especially psychological and educational measurement, is misunderstood. It is not hard to understand certain measurements used in the natural sciences—length, weight, and volume, for example. Even measures more removed from common sense can be understood without wrenching elementary intuitive notions too much. But to understand that the measurement of such characteristics of individuals and groups as intelligence, aggressiveness, cohesiveness, and anxiety involves *basically and essentially* the same thinking and general procedure is much harder. Indeed, many say it cannot be done. Knowing and understanding that measurement is the assignment of numerals to objects or events by rule, then, helps to erase erroneous and misleading conceptions of psychological and educational measurement.

Second, the definition tells us that, if rules can be set up on some rational or empirical basis, measurement of anything is *theoretically* possible. This greatly widens the scientist's measurement horizons. He will not reject the possibility of measuring some property because the property is complex and elusive. He understands that measurement is a game that he may or may not be able to play with this or that property at this time. But he never rejects the possibility of playing the game, though he may realistically understand its difficulties.

Third, the definition alerts us to the essential neutral core of measurement and measurement procedures and to the necessity for setting up "good" rules, rules whose virtue can be empirically tested. No measurement procedure is any better than its rules. The rules given in the example above were poor. The procedure was a measurement procedure; the definition was satisfied. But it was a poor procedure for reasons that should become apparent later.

## Definition of Measurement

To repeat our definition, "measurement is the assignment of numerals to objects or events according to rules." A *numeral* is a symbol of the form: 1, 2, 3, . . . , or I, II, III, . . . . It has no quantitative meaning unless we give it such a meaning; it is simply a symbol of a special kind. It can be used to label objects, such as baseball players, billiard balls, or individuals drawn in a sample from a universe. We could just as well use the word "symbol" in the definition. It is quite possible,

Case 5:12-cv-00630-LHK   Document 856-43   Filed 11/01/13   Page 6 of 12

even necessary, to assign symbols to objects or sets of objects according to rules. "Numeral" is used because measurement ordinarily uses numerals which, after being assigned quantitative meaning, become *numbers*. A *number*, then, is a numeral that has been assigned quantitative meaning.

The term "assigned" in the definition means *mapping*. Recall that earlier we talked about mapping the objects of one set onto the objects of another set. A function, $f$, is a rule, a *rule of correspondence*. It is a rule that assigns to each member of one set some one member of another set. The members of the two sets can be any objects at all. In mathematics, the members are generally numbers and algebraic symbols. In research, the members of one set can be individuals, or symbols standing for individuals, and the members of the other set can be numerals or numbers. In most psychological and educational measurement, numerals and numbers are mapped onto, or assigned to, individuals.[2]

The most interesting—and difficult—work of measurement is *the rule*. A *rule* is a guide, a method, a command that tells us what to do. A mathematical rule is $f$, a function; $f$ is a rule for assigning the objects of one set to the objects of another set. In measurement a rule might say: "Assign the numerals 1 through 5 to individuals according to how nice they are. If an individual is very, very nice, let the number 5 be assigned to him. If an individual is not at all nice, let the number 1 be assigned. Assign to individuals between these limits numbers between the limits." Another rule is one we have already met a number of times: "If an individual is male, assign him a 1. If an individual is female, assign her a 0." Of course, we would have to have a prior rule or set of rules defining male and female.

Assume that we have a set, $A$, of five persons, three men and two women: $a_1$, $a_3$, and $a_4$ are men; $a_2$ and $a_5$ are women. We wish to "measure" sex. Assuming we have a prior rule that allows us unambiguously to determine sex, we use the rule given in the preceding paragraph: "If a person is male, assign 1; if female, assign 0." Let 0 and 1 be a set. Call it $B$. Then $B = \{0, 1\}$. The measurement diagram is shown in Fig. 25.1.

This procedure is the same as the one we used in Chapter 5 when discussing relations and functions. Evidently measurement is a relation. Since, to each member of $A$, the domain, one and only one object of $B$, the range, is assigned, the relation is a function. Are all measurement procedures functions, then? They are, provided the objects being measured are considered the domain and the numerals being assigned to, or mapped onto them, are considered the range.

Here is another way to bring set, relation-function, and measurement ideas together. Recall that a relation is a set of ordered pairs. So is a function. Any measurement procedure, then, sets up a set of ordered pairs, the first member of each pair being the object measured, and the second member the numeral assigned to the object according to the measurement rule, whatever it is. We can thus write a

---

[2]Usually, in a mapping, the members of the domain are said to be mapped onto members of the range. In order to preserve consistency with the definition of measurement given above and to be able always to conceive of the measurement procedure as a function, the mapping has been turned around. This conception of mapping, furthermore, is consistent with the earlier definition of a function as a rule that assigns to each member of the domain of a set some one member of the range. The rule tells *how* the pairs are to be ordered.



FIG. 25.1

general equation for any measurement procedure:

$$f = \{(x, y); x = \text{any object, and } y = \text{a numeral}\}$$

This is read: "The function, $f$, or the rule of correspondence, is equal to the set of ordered pairs $(x, y)$ such that $x$ is an object and each corresponding $y$ is a numeral." This is a general rule and will fit any case of measurement.

Let us cite another example to make this discussion more concrete. The events to be measured, the $x$'s, are five children. The numerals, the $y$'s, are the ranks 1, 2, 3, 4, and 5. Assume that $f$ is a rule that instructs a teacher as follows: "Give the rank 1 to the child who has the greatest motivation to do schoolwork. Give the rank 2 to the child who has the next greatest motivation to do schoolwork. Give the rank 5 which you should give to the child with the least motivation to do schoolwork." The measurement or the function is shown in Fig. 25.2.



FIG. 25.2

Note that $f$, the rule of correspondence, might have been: "If a child has high motivation for schoolwork, give him a 1, but if a child has low motivation for schoolwork, give him a 0." Then the range becomes $\{0, 1\}$. This simply means that the set of five children has been partitioned into two subsets, to each of which will be assigned, by means of $f$, the numerals 0 and 1. A diagram of this would look like Fig. 25.1 with the set $A$ being the domain and the set $B$ the range.

To return to *rules*. Here is where evaluation comes into the picture. Rules may be "good" or "bad." With "good" rules we have "good," or sound, measurement, other things equal. With "bad" rules we have "bad," or poor, measurement. Many things are easy to measure, because the rules are easy to draw up and follow. To measure sex is easy, for example, since several simple and fairly clear criteria can be used to determine sex and to tell the investigator when to assign 1 and when to assign 0. It is also easy to measure certain other human characteristics: hair color, eye color, height, weight. Unfortunately, most human characteristics are much more difficult to measure, mainly because it is difficult to devise clear rules that are "good." Nonetheless, we must always have rules of some kind in order to measure anything.

## Measurement and "Reality" Isomorphism

Measurement can be a meaningless business, as we have seen. How can this be avoided? The definition of sets of objects being measured, the definition of the numerical sets from which we assign numerals to the objects being measured, and the rules of assignment or correspondence have to be tied to "reality." When the hardness of objects is measured, there is little difficulty. If a substance $a$ can scratch $b$ (and not vice versa), then $a$ is harder than $b$. Similarly, if $a$ can scratch $b$, and $b$ can scratch $c$, then (probably) $a$ can scratch $c$. These are empirical matters that are easily tested, so that we can find a rank order of hardness. A set of objects can be measured for its hardness by a few scratch tests, and numerals can be assigned to indicate degrees of hardness. It is said that the measurement procedure and the number system are *isomorphic* to reality.

*Isomorphism* means identity or similarity of form. The question is asked: Is this set of objects isomorphic to that set of objects? Are the two sets the same or similar in some formal aspect? For example, the two sets of Fig. 25.3 are isomorphic as to cardinal number: they both have *three* members. They both have



FIG. 25.3



FIG. 25.4

"threeness." In measurement, the question must be asked: Is the measurement game we are playing tied to "reality"? Do the measurement procedures being used have some rational and empirical correspondence with "reality"?

To show the nature of this question of isomorphism, we can again use the idea of the correspondence of sets of objects. We may wish to measure the *persistence* of seven individuals. Suppose, also, that I am an omniscient being. I know the exact amount of persistence each individual possesses, that is, I know the "true" persistence values of each individual. (Assume that *persistence* has been adequately defined.) But *you*, the measurer, do not know these "true" values. It is necessary for you to assess the persistence of the individuals in some fallible way and you think you have found such a way. For instance, you might assess persistence by giving the individuals tasks to perform and noting the total time each individual requires to complete a task, or you might note the total number of times he tries to do a task before he turns to some other activity.[3] You use your method and measure the persistence of the individuals. You come out with, say, the seven values 6, 6, 4, 3, 3, 2, 1. Now I know the "true" values. They are: 8, 5, 2, 4, 3, 3, 1. This set of values is "reality." The correspondence of this set is shown in Fig. 25.4.

In two cases, you have assessed the "true" values exactly. You have "missed" all the others. Only one of these "misses," however, is serious, and there is a fair correspondence between the two rank orders of values. Note, too, that in my omniscience I knew that the "true" values of persistence run from 0 through 8, whereas your measurement system only encompasses 1 through 7.

While this example is a bit fanciful, it does show in a crude way the nature of the isomorphism problem. The ultimate question to be asked of any measurement procedure is: Is the measurement procedure isomorphic to reality? You were not too far off in measuring persistence. The only trouble is that we rarely discover as simply as this the degree of correspondence to "reality" of our measurements. In fact, we often do not even know whether we are measuring what we are trying to measure! Despite this difficulty, the scientist must *test*, in some manner, the isomorphism with "reality" of the measurement numbers game he is playing.

## Properties, Constructs, and Indicants of Objects

We say we measure objects, but this is not quite true. We measure the properties, or the characteristics, of these objects. Even this qualification is not quite true,

[3] N. Feather, "The Study of Persistence," *Psychological Bulletin*, LIX (1962), 94.

however. We actually measure *indicants* of the properties of objects, so that when we say we measure objects we are really saying that we measure indicants of the properties of objects. This is generally true of all science, though the properties of some natural objects are much closer to direct observation than others. For instance, the property of sex associated with animal objects is closely tied to direct observation. As soon as relatively simple physical properties are left behind for more complex and elusive properties—which are of much greater interest to social scientists and educators—direct observation of properties is impossible. Hostility cannot be direct observed, nor can morale, anxiety, intelligence, creativeness, and talent. We must always *infer* these properties or characteristics from observation of presumed indicants of the properties.

*Indicant* is merely a convenient word used to mean something that points to something else. If a boy continually strikes other boys, we *may* say his behavior is an indicant of his underlying hostility. If someone's hands sweat excessively, we *may* say that he is anxious. A child plays a Schubert impromptu beautifully; we say she has "talent." If a child marks a certain number of objective-type items in an achievement test correctly, we say he has a certain level of achievement. In each of these cases, some identifiable behavior is an indicant of an underlying property. Obviously we are on much shakier ground when making such inferences from observed behavior than when directly observing properties like skin color, size, and sex. To measure a child's cooperativeness, dependency, and imaginativeness is very different from measuring his height, weight, or wrist-bone development. The fundamental process of measurement is the same, but the rules are much more difficult to prescribe. Moreover, the observations of the psychological properties are much further removed from the actual properties than are those of the physical properties. This is perhaps the single greatest difficulty of psychological and educational measurement.

The indicants from which properties are inferred are specified by operational definitions, definitions that specify the activities or "operations" necessary to measure variables or constructs. A *construct* is an invented name for a property. Many constructs have been used in previous chapters: authoritarianism, achievement, social class, intelligence, persistence, and so on. Constructs, commonly and somewhat inaccurately called variables, are defined in two general ways in science: by other constructs and by experimental and measurement procedures. These were earlier called constitutive and operational definitions. An operational definition is necessary in order to measure a property or a construct. This is done by specifying the observations of the behavioral indicants of the properties.

Numerals are assigned to the behavioral indicants of the properties. Then, after making observations of the indicants, the numbers (numerals) are substituted for the indicants and analyzed statistically. As an example, consider an investigator who is working on the relation between intelligence and honesty. He operationally defines *intelligence* as scores obtained on the Lorge-Thorndike Intelligence Test. *Honesty* is operationally defined as observations in a contrived situation permitting pupils to cheat or not to cheat. The intelligence numerals assigned to pupils can be the total number of items correct in the test, IQ's, or some other form

of score. The honesty numerals assigned to pupils are the number of times they did not cheat when they could have cheated. The two sets of numbers may be correlated or otherwise analyzed. The coefficient of correlation, say, is .55, significant at the .01 level. All this is fairly straightforward and quite familiar. What is not so straightforward and familiar is this: if the investigator draws the conclusion that there is a significant positive relation between intelligence and honesty, he is making a very large inferential leap from behavior indicants in the form of marks on paper and observations of "cheating" behavior to psychological properties. That he may be mistaken should be quite obvious.

## Levels of Measurement and Scaling

### Classification and Enumeration

The first and most elementary step in any measurement procedure is to define the objects of the universe of discourse. Suppose $U$, the universal set, is defined as all tenth grade pupils in a certain high school. Next, the properties of the objects of $U$ must be defined. All measurement requires that $U$ be broken down into at least two subsets. The most elementary form of measurement would be to classify or categorize all the objects as possessing or not possessing some characteristic. Say this characteristic is maleness. We break $U$ down into males and nonmales, or males and females. These are of course two *subsets* of $U$, or a *partitioning* of $U$. (Recall that partitioning a set consists of breaking it down into subsets that are *mutually exclusive* and *exhaustive*. That is, each set object must be assigned to one subset and one subset only, and all set objects in $U$ must be so assigned.)

What we have done is to classify the objects of interest to us. We have put them into pigeonholes: we have partitioned them. The obvious simplicity of this procedure seems to cause difficulty for students. People spend much of their lives categorizing things, events, and people. Life could not go on without such categorizing, yet to associate the process with measurement seems difficult.

After a method of classification has been found, we have in effect a rule for telling which objects of $U$ go into which classes or subsets or partitions. This rule is used and the set objects are put into the subsets. Here are the boys; here are the girls. Easy. Here are the middle-class children; here are the working-class children. Not as easy, but not too hard. Here are the delinquents; here are the nondelinquents. Harder. Here are the bright ones; here are the average ones; here are the dull ones. Much harder. Here are the creative ones; here are the noncreative ones. Very much harder.

After the objects of the universe have been classified into designated subsets, the members of the sets can be counted. In the dichotomous case, the rule for counting was given in Chapter 4: If a member of $U$ has the characteristic in question, say *maleness*, then assign a 1. If the member does not have the characteristic, then assign a 0. (See Fig. 25.1.) When set members are counted in this fashion, all objects of a subset are considered to be equal to each other and unequal to the members of other subsets.

*Measurement Postulates*

There are four general levels of measurement: nominal, ordinal, interval, and ratio. These four levels lead to four kinds of scales. Some writers on the subject admit only ordinal, interval, and ratio measurement, while others say that all four belong to the measurement family. We need not be too fussy about this as long as we understand the characteristics of the different scales and levels.[4]

Before discussing the levels themselves, it will be wise to discuss three of the postulates basic to measurement. A *postulate* is an assumption that is an essential prerequisite to carrying out some operation or line of thinking. In this case, it is an assumption about the relations between the objects being measured. Although postulates are usually assumed to be true, in measurement it is necessary to test the postulates whenever possible. More than three postulates are really necessary in order to make it possible to equate objects, to rank order them, and to add them.[5]

The three postulates can be written:

1. Either $(a = b)$ or $(a \neq b)$, but not both
2. If $[(a = b)$ and $(b = c)]$, then $(a = c)$
3. If $[(a > b)$ and $(b > c)]$, then $(a > c)$

The first postulate says: "$a$ is either equal to $b$ or not equal to $b$, but not both." This postulate is necessary for classification. We must be able to assert either that one object is the same in a characteristic as another or that it is not the same. In measurement "the same" does not necessarily mean complete identify. It can mean "sufficiently the same to be classed as members of the same set." Two boys are the "same" in maleness, though it is conceivable that one boy may actually be more masculine than another. And the two boys certainly differ in many other characteristics. To be able to say "the two are the same," we must have a criterion or a set of criteria. If we wish to assign boys to social class categories, we might use the criterion of father's occupation and/or residence. The criterion must be sufficiently unambiguous to make classification possible, that is, to satisfy the condition the postulate states.

The second postulate says "If $a$ equals $b$, and $b$ equals $c$, then $a$ equals $c$." If one member of a universe is the same as another member, and this second member is the same as a third member, then the first member is the same as the third member. This postulate enables a researcher to establish the equality of set members on a characteristic by comparing objects. More important, if the postulate is satisfied, objects not ordinarily amenable to observation may be assigned to subsets of a universe. For example, suppose we wish to assign individuals to two categories, "prejudiced" and "unprejudiced." Consider one such individual. We know that all or most members of the association he belongs to are prejudiced. We may therefore feel safe in assigning him and others like him to the category "prejudiced." Or we may be able to assign him to the category "prejudiced" on the basis of his response to another measuring instrument which is highly correlated with a prejudice measuring instrument.

The third postulate is of more immediate and practical importance for our purposes. It says, "If $a$ is greater than $b$, and $b$ is greater than $c$, then $a$ is greater than $c$." This is the *transitivity* postulate. (So is 2 a transitivity postulate.) Other symbols or words can be substituted for "greater than" (">"), "less than" ("<"), "is at a greater distance than," "is stronger than," "precedes," "dominates," and so on. Most measurement in psychology and education depends on this postulate. It must be possible to assert ordinal- or rank-order statements like "$a$ has more of a property than $b$; $b$ has more of the property than $c$; therefore $a$ has more of the property than $c$."

The preceding statements may seem obvious. It is easy and even justifiable to make many such statements, but not always. We cannot always take it for granted that the postulate is satisfied. In fact Coombs says that it is remarkably difficult to find examples of simple orders among social psychological variables.[6] In physical measurements the postulate is often satisfied: if stick $a$ is longer than stick $b$, and stick $b$ is longer than stick $c$, then stick $a$ must be longer than stick $c$. If student $a$ has more items right on a test than student $b$, and student $b$ has more right than student $c$, student $a$ must have more right than student $c$. But take the relation *dominance*: $a$ may dominate $b$ and $b$ may dominate $c$, but it is possible that $a$ does not dominate $c$. A wife may dominate her husband, and the husband may dominate the child, but the child may dominate his mother (the wife). If an investigator is studying dominance relations, he cannot simply assume that the postulate is correct. He must demonstrate that it is correct. To disabuse oneself of the notion that transitivity is obvious, think about the relations "loves," "likes," "is a friend of," or "accepts."

*Nominal Measurement*

The rules used to assign numerals to objects define the kind of scale and the level of measurement. The lowest level of measurement is *nominal* measurement (see earlier discussion of categorization). The numbers assigned to objects are numerical without having a number meaning; they cannot be ordered or added. They are labels much like the letters used to label sets. If individuals or groups are assigned 1, 2, 3, ..., these numerals are merely names. For example, baseball and football

---

[4]The Stevens' position and definition of measurement cited earlier is a broad view that is followed in this text. A considerably more restrictive—yet defensible—position is that of Jones (and others) who requires that differences between measures be interpretable as *quantitative differences in the property measured*. "Quantitative," in the view of some experts, means that differences in magnitude between two attribute values must represent a corresponding quantitative difference in the attribute. L. Jones, "The Nature of Measurement." In R. Thorndike, ed., *Educational Measurement*, 2d ed. Washington, D.C.: American Council on Education, 1971, pp. 335–355. This view, strictly speaking, rules out, *as measurement*, nominal and ordinal scales. I believe that actual measurement experience in the behavioral sciences and education justifies the Stevens position. Again, it does not matter terribly, provided the student *understands* the general ideas being presented. I recommend that the more advanced student read Torgerson's and Nunnally's fine presentations: W. Torgerson, *Theory and Methods of Scaling*. New York: Wiley, 1958, chaps. 1 and 2; J. Nunnally, *Psychometric Theory*. New York: McGraw-Hill, 1967, chap. 1.

[5]See J. Guilford, *Psychometric Methods*, 2d ed. New York: McGraw-Hill, 1954, pp. 11–12. Some of the discussion that follows is based in part on Guilford and on the Stevens reference cited earlier.

[6]C. Coombs, "Theory and Methods of Social Measurement," In L. Festinger and D. Katz, eds., *Research Methods in the Behavioral Sciences*. New York: Holt, Rinehart and Winston, 1953, p. 477.

players are assigned such numbers. Telephones are assigned such numbers. Groups may be given the labels I, II, and III or $A_1$, $A_2$, and $A_3$. We use nominal measurement in our everyday thinking and living. We identify others as "men," "women," "Protestants," "Australians," and so on. At any rate, the symbols assigned to objects, or rather, to the sets of objects, constitute nominal scales. Some experts think this is not measurement, as indicated previously. Such exclusion of nominal measurement would prevent much social scientific research procedure from being called measurement. Since the definition of measurement is satisfied, and since the members of labeled sets can be counted and compared, it would seem that nominal procedures *are* measurement.

The requirements of nominal measurement are simple. All the members of a set are assigned the same numeral and no two sets are assigned the same numeral. Postulates 1 and 2 have to be satisfied. We must know when objects are or are not equal. In psychological, sociological, and educational measurement, however, the "equal" should be enclosed in quotation marks. We mean "*approximately* equal," because of the complexity of human behavior, the fallibility of human judgment and response, and the usual errors of measurement.

Nominal measurement—at least in one simple form—was expressed in Fig. 25.1, where the objects of the range, $\{0, 1\}$, were mapped onto the $a$'s, the objects of $U$, the five people, by the rule: If $x$ is male, assign 1; if $x$ is female, assign 0. This is how nominal measurement is quantified when only a dichotomy is involved. When the partition contains more than two categories, some other method must be used. Basically, nominal measurement quantification amounts to counting the objects in the cells of the subsets or partitions.

### Ordinal Measurement

*Ordinal measurement* requires, as we saw earlier, that the objects of a set can be rank-ordered on an operationally defined characteristic or property. If the ordinal transitivity postulate is justified, then ordinal measurement is possible. That is, if we have three objects, $a$, $b$, and $c$, and $a$ is greater than $b$, and $b$ is greater than $c$; and if we can justifiably say, also, that $a$ is greater than $c$, then the main condition for ordinal measurement is satisfied.

The procedure can be generalized in three ways. One, any number of objects of any kind can be measured ordinally simply by extension to $a, b, c, \ldots, n$. (Even though two objects may sometimes be equal, ordinal measurement is still possible.) We simply need to be able to say $a > b > c > \cdots > n$ on some property.

The second extension consists of using combined properties or combined criteria. Instead of using only one property, we can use two or more. For example, instead of ranking a group of college students on academic achievement by grade-point averages, we may wish to rank them on the combined criteria of grade-point average and test scores. (Grade-point averages, too, are composite scores.)

The third extension is accomplished by using criteria other than "greater than." "Less than" occurs to us immediately. "Precedes," "is above," and "is superior to" may be useful criteria. In fact, we might substitute a symbol other than ">" or "<." One such symbol is " ∘." It can be used to mean any operation

such as those just named, in which the transivity postulate is satisfied: $a \circ b$ might mean "$a$ precedes $b$," or "$a$ is subordinate to $b$," and $a \circ b \circ c$ might mean "$a$ is superior to $b$, $b$ is superior to $c$, and $a$ is superior to $c$."

The numerals assigned to ranked objects are called *rank values*. Let $R$ equal the set of *ranked objects*: $R = \{a > b > \cdots > n\}$. Let $R^*$ equal the set of *rank values*: $R^* = \{1, 2, \ldots, n\}$. We assign the objects of $R^*$ to the objects of $R$ as follows: the largest object is assigned 1, the next in size 2, and so on to the smallest object which is assigned the last numeral in the particular series. If this procedure is used, the rank values assigned are in the reverse order. If, for instance, there are five objects, with $a$ the largest, $b$ the next, through $e$, the smallest, then:

| Objects | $R$ | $R^*$ |
|---|---|---|
| $a$ | 1 | 5 |
| $b$ | 2 | 4 |
| $c$ | 3 | 3 |
| $d$ | 4 | 2 |
| $e$ | 5 | 1 |

Of course, one step can be skipped by assigning $R^*$ directly: by assigning 5 to $a$, 4 to $b$, through 1 to $e$.

Ordinal numbers indicate rank order and nothing more. The numbers do not indicate absolute quantities, nor do they indicate that the intervals between the numbers are equal. For instance, it cannot be assumed that because the *numerals* are equally spaced the underlying properties they represent are equally spaced. If two subjects have the ranks 8 and 5 and two other subjects the ranks 6 and 3, we cannot say that the differences between the first and second pairs are equal. There is also no way to know that any individual has *none* of the property being measured. Rank-order scales are not equal-interval scales, nor do they have absolute zero points.

### Interval Measurement (Scales)

*Interval* or *equal-interval* scales possess the characteristics of nominal and ordinal scales, especially the rank-order characteristic. In addition, numerically equal distances on interval scales represent equal distances in the property being measured. Thus, suppose that we had measured four objects on an interval scale and gotten the values 8, 6, 5, and 3. Then we can legitimately say that the difference between the first and third objects in the property measured, $8 - 5 = 3$, is equal to the difference between the second and fourth objects, $6 - 3 = 3$. Another way to express the equal-interval idea is to say that the *intervals* can be added and subtracted. An interval scale is assumed as follows:

| $a$ | $b$ | $c$ | $d$ | $e$ |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

The interval from $a$ to $c$ is $3 - 1 = 2$. The interval from $c$ to $d$ is $4 - 3 = 1$. We can add these two intervals $(3 - 1) + (4 - 3) = 2 + 1 = 3$. Now note that the inter-

val from $a$ to $d$ is $4-1=3$. Expressed in an equation: $(d-a)=(c-a)+(d-c)$. If these intervals were five pupils measured on an interval scale of achievement, then the differences in achievement between pupils $a$ and $c$ and between $b$ and $d$ would be equal. We could not say, however, that the achievement of $d$ was twice as great as that of pupil $b$. (Such a statement would require one higher level of measurement.) Note that it is not *quantities* or *amounts* that are added and subtracted. It is *intervals* or *distances*.

### Ratio Measurement (Scales)

The highest level of measurement is *ratio measurement*, and the measurement ideal of the scientist is the ratio scale. A ratio scale, in addition to possessing the characteristics of nominal, ordinal, and interval scales, has an absolute or natural zero that has empirical meaning. If a measurement is zero on a ratio scale, then there is a basis for saying that some object has none of the property being measured. Since there is an absolute or natural zero, all arithmetic operations are possible, including multiplication and division. Numbers on the scale indicate the actual amounts of the property being measured. If a ratio scale of achievement existed, then it would be possible to say that a pupil with a scale score of 8 has an achievement twice as great as a pupil with a scale score of 4.

### Comparisons of Scales: Practical Considerations and Statistics

The basic characteristics of the four types of measurement and their accompanying scales have been discussed. What kinds of scales are used in behavioral and educational research? Mostly nominal and ordinal are used, though the probability is good that many scales and tests used in psychological and educational measurement approximate interval measurement well enough for practical purposes, as we shall see.

First, consider nominal measurement. When objects are partitioned into two, three, or more categories on the basis of group membership—sex, ethnic identification, married-single, Protestant-Catholic-Jew, and so forth—measurement is nominal. When continuous variables are converted to attributes, as when objects are divided into high-low and old-young, we have what can be called quasi-nominal measurement: although capable of at least rank order, the values are in effect collapsed to 1 and 0.

It is instructive to study the numerical operations and statistics that are, in a strict sense, legitimate and permissible with each type of measurement. With nominal measurement the counting of numbers of cases in each category and subcategory is, of course, permissible. Frequency statistics like $\chi^2$, percentages, and certain coefficients of correlation (contingency coefficients) can be used. This sounds thin. Actually, it is a good deal. A good principle to remember is this: If one cannot use any other method, one can almost always partition or cross-partition subjects. If we are studying the relation between two variables and do not have any way to measure them adequately in an ordinal or interval fashion, some way can probably be found to divide the objects of study into at least two groups. For example, in studying the relation between the motivation of board of education members to become board members and their religion, as Gross and his colleagues did, we may be able to have knowledgeable judges divide the sample of board members into those with "good" motivation and those with "poor" motivation. Then we can cross-partition religion with the motivation dichotomy and thus study the relation.

Intelligence, aptitude, and personality test scores are, *basically and strictly speaking*, ordinal. They indicate with more or less accuracy not the *amounts* of intelligence, aptitude, and personality traits of individuals, but rather the *rank-order positions* of the individuals. To see this, we must realize that ordinal scales do not possess the desirable characteristics of equal intervals or absolute zeroes. Intelligence test scores are examples. It is not possible to say that an individual has zero intelligence. If he is alive, he must have some score above zero. But there is no absolute zero on an intelligence test scale. The zero is arbitrary, and without an absolute zero, addition of *amounts* of intelligence has little meaning, for arbitrary zero points can lead to different sums. On a scale with an arbitrary zero point the following addition is performed: $2+3=5$. Then the sum is 5 scale units above zero. But if the arbitrary zero point is inaccurate and the "real" zero point is at the scale position 4 scale points lower than the arbitrary zero position, then the former 2 and 3 should really be 6 and 7, and $6+7=13$!

The lack of a real zero in ordinal scales is not as serious as the lack of equal intervals. Even without a real zero, *distances* within a scale can be added, provided that these distances are equal (empirically). The situation might be somewhat as indicated in Fig. 25.5. The scale on the top ("true" scale) indicates the "true" values of a variable. The bottom scale (ordinal scale) indicates the rank-order scale used by an investigator. In other words, an investigator has rank-ordered seven persons quite well, but his ordinal numerals, which *look* equal in interval, are not "true," although they may be fairly accurate representations of the empirical facts.

Strictly speaking, the statistics that can be used with ordinal scales include rank-order measures such as the rank-order coefficient of correlation, $\rho$, Kendall's $W$, and rank-order analysis of variance, medians, and percentiles. If only these statistics (and others like them) are legitimate, how can statistics like $r$, $t$, and $F$ be used with what are in effect ordinal measures? And they are so used, without a qualm by most researchers.



Fig. 25.5

Although this is a moot point, the situation is not as difficult as it seems. As Torgerson points out, some types of natural origin have been devised for certain types of measurement.[7] In measuring preferences and attitudes, for example, the neutral points (on either side of which are degrees of positive and negative favoring, approving, liking, and preferring) can be considered natural origins. Besides, ratio scales, while desirable, are not absolutely necessary because most of what we need to do in psychological measurement can be done with equal-interval scales.

The lack of equal intervals is more serious since distances *within* a scale theoretically cannot be added without interval equality. Yet, though most psychological scales are basically ordinal, we can with considerable assurance often assume equality of interval. The argument is evidential. If we have, say, two or three measures of the same variable, and these measures are all substantially and linearly related, then equal intervals can be assumed. This assumption is valid because the more nearly a relation approaches linearity, the more nearly equal are the intervals of the scales. This also applies, at least to some extent, to certain psychological measures like intelligence, achievement, and attitude tests and scales.

A related argument is that many of the methods of analysis we use work quite well with most psychological scales. That is, the results we get from using scales and assuming equal intervals are quite satisfactory.

The point of view adopted in this book is, then, a pragmatic one, that the assumption of interval equality works. Still, we are faced with a dilemma: if we use ordinal measures as though they were interval or ratio measures, we *can* err in interpreting data and the relations inferred from data, though the danger is probably not as grave as it has been made out to be. There is no trouble with the numbers, as numbers. *They* do not know the difference between $\rho$ and $r$ or between parametric and nonparametric statistics, nor do they know the assumptions behind their use. But *we* do, or should, know the differences and the consequences of ignoring the differences. On the other hand, if we abide strictly by the rules, we cut off powerful modes of measurement and analyses and are left with tools inadequate to cope with the problems we want to solve.

What is the answer, the resolution of the conflict? Part of the answer was given above: it is probable that most psychological and educational scales approximate interval equality fairly well. In those situations in which there is serious doubt as to interval equality, there are technical means for coping with some of the problems. The competent research worker should know something of scaling methods and certain transformations that change ordinal scales into interval scales.[8]

In the state of measurement at present, we cannot be sure that our measurement instruments have equal intervals. It is important to ask the question: How serious are the distortions and errors introduced by treating ordinal measurements as though they were interval measurements? With care in the construction of

---

[7]Torgerson, *op. cit.*, p. 30.
[8]M. Bartlett, "The Use of Transformations," *Biometrics*, III (1947), 39–52. (See, especially, pp. 49–50.) Guilford, *op. cit.*, chaps. 8 and 9.

measuring instruments, and especially with care in the interpretation of the results, the consequences are evidently not serious.

The best procedure would seem to be to treat ordinal measurements as though they were interval measurements, but to be constantly alert to the possibility of *gross* inequality of intervals. As much as possible about the characteristics of the measuring tools should be learned. Above all, we need to be particularly careful with the interpretation of ordinal data to which statistical analysis suitable for interval measurement has been applied. Much useful information has been obtained by this approach, with resulting scientific advances in psychology, sociology, and education. In short, it is unlikely that the educational researcher will be seriously led astray by heeding this advice, if he is knowledgeable and careful in applying it.

Guilford has expressed the matter aptly. He says that psychologists have rarely hesitated to apply the statistics that assume interval-scale measurement to ordinal-scale data. He even says that there is little awareness of the interval-scale assumption. Then, comfortingly, he adds:

> ... experimental data often approach the condition of equal units sufficiently well that there is tolerable error in applying the various statistics that call for them. This is one of those occasions for making use of approximations, even gross ones, in order that one may extract the most information from his data. This is often justified on the basis of evidence of the internal consistency of the findings and the validity of the outcomes. This does not excuse the investigator, however, from being on the alert for intolerable approximations and for results and conclusions that are essentially a function of his faulty application of statistics.[9]

(*Note:* Study suggestions for the three chapters of Part 8 appear at the end of Chapter 27.)

---

[9]Guilford, *op. cit.*, pp. 15–16. See, also, C. Boneau, "A Note on Measurement Scales and Statistical Tests," *American Psychologist*, XVI (1961), 260–261; N. Anderson, "Scales and Statistics: Parametric and Nonparametric," *Psychological Bulletin*, LVIII (1961), 305–316; F. Lord, "Further Comments on Football Numbers,'" *American Psychologist*, IX (1954), 264–265. An excellent analysis of the problem of measurement scales in actual research is: Nunnally, *op. cit.*, pp. 20–30.