# EXHIBIT KK PART 2

1. Brand name/vendor reputation
2. Product footprint
3. Expandability
4. Ease of maintenance and repair
5. Overall performance
6. Lowest purchase price
7. Redundant design
8. Reliability
9. Security features
10. Management tools
11. Technical support
12. Upgradeability
13. Warranty policy

A glossary was included with the survey so that respondents understood the meaning of each of these.

To develop the MaxDiff task, we used an experimental design. We created thirteen sets of four attributes each. Across the sets, every possible pair of items appeared together exactly once. Each benefit appeared once in each of the four positions in a set (first, second, third, and fourth). And, each benefit appeared exactly four times across the thirteen sets. When shown a set of four items, the respondents were asked to choose the item that was the most important and the least important when deciding which server to buy.

The results of the task are benefit utilities. In this study, the utilities for the benefits range from positive 3.5 to negative 3.5. We have found that looking at raw utilities may sometimes be unclear to managers. For ease of interpretation, we rescale the utilities according to the underlying choice model. Remember that the model estimated is a multinomial logit (MNL) model, where the sum of the choices after exponentiating is 100%. Hence, if we rescale the utilities according to the MNL model, we will get a "share of preference" for each benefit. If all benefits were equally preferred in this study, then each one's share of preference would be 7.7% (=1/13). If we index 7.7% to be 100, then a benefit with an index score of 200 would result from a share of preference of 15.4% (7.7% times 2). We have found that using this rescaling makes it much easier for managers and analysts to interpret the results. In this paper, we present only the index numbers and not the raw utilities.

By using the standard aggregate multinomial logit model, we obtained the results in table 1, after rescaling.

© Copyright by ESOMAR® – The World Association of Research Professionals

Table 1
OVERALL PRODUCT BENEFIT IMPORTANCES FROM MAXDIFF TASK

| | |
|---|---|
| *Reliability* | 571 |
| *Overall performance* | 277 |
| *Ease of maintenance and repair* | 84 |
| *Technical support* | 80 |
| *Expandability* | 59 |
| *Management tools* | 54 |
| *Upgradeability* | 50 |
| *Warranty policy* | 33 |
| *Brand name/reputation* | 27 |
| *Redundant design* | 24 |
| *Security features* | 27 |
| *Lowest purchase price* | 10 |
| *Product footprint* | 3 |

It is obvious that Product Reliability is the most important benefit followed by Overall performance. In this market, Lowest Purchase Price and Product Footprint are the least important items. Looking at the data by country, we find that the three countries follow the same pattern of importance.

Table 2
OVERALL PRODUCT BENEFIT IMPORTANCES BY COUNTRY

| | *North America* | *Germany* | *Japan* |
|---|---|---|---|
| **Reliability** | 579 | 410 | 421 |
| **Overall performance** | 272 | 192 | 264 |
| **Ease of maintenance and repair** | 72 | 114 | 75 |
| **Technical support** | 78 | 89 | 119 |
| **Expandability** | 63 | 77 | 57 |
| **Management tools** | 50 | 70 | 101 |
| **Upgradeability** | 48 | 69 | 62 |
| **Warranty policy** | 35 | 73 | 44 |
| **Brand name/reputation** | 46 | 31 | 39 |
| **Redundant design** | 31 | 41 | 23 |
| **Security features** | 15 | 95 | 67 |
| **Lowest purchase price** | 9 | 28 | 16 |
| **Product footprint** | 2 | 12 | 11 |

© Copyright by ESOMAR® – The World Association of Research Professionals

It is clear that there are only a few small differences by country. The overall picture of what is important in each marketplace is the same as found in the aggregate results.

We then conducted a segmentation analysis of the Maximum Difference data using the Latent Class Multinomial logit model. A six-segment solution was selected with the following segments emerging.

**Table 3**
**OVERALL PRODUCT BENEFIT IMPORTANCES FROM MAXDIFF TASK BY BENEFIT SEGMENT**

|  | Easy to buy and maintain | Never breaks | Grows with me | Help me fix it | Brand's the clue | Managed and safe |
|---|---|---|---|---|---|---|
| *Reliability* | 264 | 601 | 373 | 554 | 623 | 481 |
| *Overall performance* | 185 | 197 | 309 | 120 | 228 | 266 |
| *Ease of maintenance and repair* | 100 | 33 | 71 | 157 | 23 | 51 |
| *Technical support* | 86 | 34 | 34 | 305 | 23 | 58 |
| *Expandability* | 81 | 30 | 192 | 33 | 21 | 30 |
| *Management tools* | 53 | 29 | 38 | 23 | 26 | 190 |
| *Upgradeability* | 58 | 12 | 225 | 16 | 10 | 31 |
| *Warranty policy* | 100 | 14 | 21 | 45 | 20 | 29 |
| *Brand name/reputation* | 45 | 28 | 10 | 20 | 300 | 7 |
| *Redundant design* | 56 | 306 | 11 | 16 | 8 | 10 |
| *Security features* | 31 | 12 | 10 | 6 | 10 | 139 |
| *Lowest purchase price* | 213 | 3 | 5 | 4 | 7 | 5 |
| *Product footprint* | 28 | 1 | 2 | 1 | 2 | 3 |
| *Percent of total sample* | 17% | 11% | 19% | 14% | 16% | 24% |
| *Percent of expected product purchases* | 31% | 19% | 23% | 9% | 9% | 9% |

In all segments, Reliability is the most important benefit, but its importance varies greatly from a low index number of 264 in the first segment to a high of 623 in the fifth. The second most important benefit is Overall performance, again ranging widely from 120 to 309. We would call these two benefits price of entry benefits in the server category. Respondents in all segments agree, in

© Copyright by ESOMAR® – The World Association of Research Professionals

varying intensities, that Reliability and Performance are what a server is all about. Segment differences reveal themselves in the remaining benefits.

- Segment 1, *Easy to Buy and Maintain* (17% of sample and 31% of future purchases), values Lowest Purchase Price (213), Ease of Maintenance & Repair (100), and Warranty Policy (100).
- Segment 2, *Never Breaks* (11% of sample and 19% of future purchases), values Redundant Design (306) even more than Performance (197). They have a high need for uptime.
- Segment 3, *Grows with Me* (19% and 23%), values Upgradeability (225) and Expandability (192). They want to leverage their initial investment over time.
- Segment 4, *Help Me Fix It* (14% and 9%), values Technical Support (305) and Ease of Maintenance & Repair (157) even more than Performance.
- Segment 5, *Brand's the Clue* (16% and 9%), uses the Brand Name/Reputation (300) to help purchase highly reliable (623) servers. As the old saying goes, "No one ever got fired for buying IBM."
- Segment 6, *Managed and Safe* (24% and 9%), looks for Management Tools (190) and Security Features (139) when purchasing servers.

Note that Lowest Price, the second lowest index number overall is very important to the first segment, with an index score of 213. The benefits have very large variations across segments, indicating good between-segment differentiation. By looking at the number of servers expected to be purchased, we also provided guidance to management on which segments to target.

How do the three countries fall into the segments? Table 4 shows these results.

**Table 4**
**INCIDENCE OF RESPONDENTS FROM EACH COUNTRY BY BENEFIT SEGMENT**

|               | Total | Easy to buy and maintain | Never breaks | Grows with me | Help me fix it | Brand's the clue | Managed and safe |
|---------------|-------|--------------------------|--------------|---------------|----------------|------------------|------------------|
| North America | 40%   | 12%                      | 65%          | 51%           | 59%            | 52%              | 17%              |
| Germany       | 40%   | 70%                      | 21%          | 30%           | 28%            | 18%              | 55%              |
| Japan         | 20%   | 17%                      | 14%          | 19%           | 13%            | 30%              | 28%              |

Relative to the total sample, respondents from Germany are overrepresented in two of the segments: Easy to Buy and Maintain, and Managed and Safe.

© *Copyright by ESOMAR® – The World Association of Research Professionals*

Respondents in Japan are overrepresented in Brand's the Clue and Managed and Safe.

From these data, we can conclude that:

- Looking just at country totals does not advance our understanding more than a three-country aggregate analysis.
- Six segments exist in the market for this product, with some segments being more prevalent in certain countries than others.
- Three of the segments – Easy to Buy and Maintain, Never Breaks, and Grows with Me – represent just under half of the respondents but almost three-fourths of expected purchases.

## SUMMARY AND CONCLUDING THOUGHTS

The intent of this paper has been to present practicing researchers with an innovative use of state-of-the-art tools to solve problems that are too often glossed-over. Problems of attribute scaling, misuse of Factor Analysis, and blind use of Cluster Analysis have been described and criticized.

We suggest using Maximum Difference scaling for developing a unidimensional scale of benefit importance. The clever reader will realize that this tool can be used in any situation where there is a need to order a set of objects. The objects may be brands, products, positioning statements, product designs, product names, and so on. We have used the method with as few as nine objects and as many as 36. The tool is easy to implement, relatively easy to analyze with standard software, and easy to explain to respondents and managers alike.

To obtain benefit segments, we suggest using Latent Class Analysis. LCA has numerous advantages over Cluster Analysis. The disadvantages of this latter method are well known but not often heeded. The benefits of LCA are also well known, however its use is limited but growing. We hope that this paper will spur the frequent use of these two methods.

We alluded earlier to the fact that some segmentation results, while elegant and methodologically correct, may suffer from a lack of relationship to key behaviors and background variables of interest. Alas, the methods described here may also suffer the same failings. Our experience shows, however, by forcing the respondent to make benefit trade-offs, relationships with key exogenous variables are strong. For those interested in more rigorous methods of ensuring that these relationships are strong, we refer the reader to Krieger and Green (1996), Forsyth et al (1999), Brusco et al (2002), and Wedel and DeSarbo (2002).

To quote from Wedel and Kamakura (1999):

© Copyright by ESOMAR® – The World Association of Research Professionals

> "*The identification of market segments is highly dependent on the variables and methods used to define them.*"

We hope that we have shown that current research practice can be improved, so that the methods commonly used today have less of an effect on segment discovery and identification. By describing these methods, we trust that we have planted the seeds of a renewal in market segmentation methods.

## FOOTNOTES

1. Other coding schemes will center the utility levels around zero, so that their sum is zero. Either way the point is the same.

## REFERENCES

Aaker, David A. (1995). Strategic Market Management. New York: John Wiley & Sons.

Arabie, Phipps and Lawrence Hubert (1994). Cluster analysis in marketing research. *Advanced Methods of Marketing Research*. Richard J. Bagozzi (Ed.). London: Blackwell Publishers. pp. 160-189.

Baumgartner, Hans and Jan-Benedict E.M. Steenkamp (2001). Response Styles in Marketing Research: A Cross-National Investigation. *Journal of Marketing Research*, 38 (May).

Brusco, Michael J., J. Dennis Cradit, and Stephanie Stahl. (2002). A simulated annealing heuristic for a bicriterion partitioning problem in market segmentation. *Journal of Marketing Research*, 34, pp. 99-109.

Cohen, Steven H. and Venkatram Ramaswamy. (1998). Latent segmentation models. *Marketing Research Magazine*, Summer, pp. 15-22.

DeSarbo, Wayne S., Venkatram Ramaswamy, and Steven H. Cohen. (1995). Market segmentation with choice-based conjoint analysis. *Marketing Letters*, 6, 2, 137-47.

DeSarbo, Wayne S., Kamel Jedidi, Karen Cool, and Dan Schendel. (1990). Simultaneous multidimensional unfolding and cluster analysis: An investigation of strategic groups. *Marketing Letters*, 3, pp.129-146.

Dillon, William R., Narendra Mulani, and Donald G., Frederick. (1989). On the use of component scores in the presence of group structure. *Journal of Consumer Research*, 16, pp. 106-112.

Finn, Adam and Jordan J. Louviere. (1992). Determining the appropriate response to evidence of public concern: The case of food safety. *Journal of Public Policy and Marketing*, 11:1, pp. 19-25.

Forsyth, John, Sunil Gupta, Sudeep Haldar, Anil Kaul, and Keith Kettle. (1999). A segmentation you can act on. *McKinsey Quarterly*. No. 3, pp. 7-15.

Green, Paul E. and Abba Krieger. (1995). Alternative approaches to cluster-based market segmentation. *Journal of the Market Research Society*, 37:3, pp. 231-239.

© *Copyright by ESOMAR® – The World Association of Research Professionals*

Case 5:12-cv-00630-LHK   Document 856-45   Filed 11/01/13   Page 8 of 9

Haley, Russell I. (1985). *Developing effective communications strategy: A benefit segmentation approach*. New York: John Wiley & Sons.

Krieger, Abba M. and Paul E. Green. (1996). Modifying cluster based segments to enhance agreement with an exogenous response variable. *Journal of Marketing Research*, 33, pp. 351-363.

Louviere, Jordan J. (1991). Best-worst scaling: A model for the largest difference judgments. Working paper. University of Alberta.

Louviere, J.J. (1992). Maximum difference conjoint: Theory, methods and cross-task comparisons with ratings-based and yes/no full profile conjoint. Unpublished Paper, Department of Marketing, Eccles School of Business, University of Utah, Salt Lake City.

Louviere, Jordan J., Joffre Swait, and Donald Anderson. (1995). Best-worst Conjoint: A new preference elicitation method to simultaneously identify overall attribute importance and attribute level partworths. Working paper. University of Florida.

Lynch, John G., Jr. (1985). Uniqueness issues in the decompositional modeling of multiattribute overall evaluations: An information integration perspective. *Journal of Marketing Research*, 22, pp.1-19.

Myers, James H. (1996). *Segmentation and positioning for strategic marketing decisions*. Chicago: American Marketing Association.

Rossi, Peter E., Zvi Gilula, and Greg M. Allenby. Overcoming Scale Usage Heterogeneity: A Bayesian Hierarchical Approach. (1999) Working paper, University of Chicago School of Business.

Ter Hofstede, Frenkel, Jan-Benedict E.M. Steenkamp, and Michel Wedel (1999). International Market Segmentation Based on Consumer-Product Relations. *Journal of Marketing Research*, 36, 1-17.

Wedel, Michel and Wagner Kamakura. (1999). *Market Segmentation: Conceptual and Methodological Foundations*. Dordrecht: Kluwer Academic Publishers.

Wedel, Michel and Wayne S. DeSarbo. (2002). Market segment derivation and profiling via a finite mixture model framework. *Marketing Letters*, 13:1, pp. 17-25.

## THE AUTHORS

Steve Cohen is Consultant in Marketing and Research, United States.

Paul Markowitz is Senior Director, Marketing Science, Knowledge Networks, United States.

© Copyright by ESOMAR® – The World Association of Research Professionals

Case 5:12-cv-00630-LHK   Document 856-45   Filed 11/01/13   Page 9 of 9



# ESOMAR Publications



© Copyright 2004 by ESOMAR® - The World Association of Research Professionals

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system of any nature, modified, transmitted or made available in any form or by any means, electronic, mechanical, photocopying or otherwise, unless otherwise agreed with ESOMAR.

In spite of careful preparation and editing, this publication may contain errors and imperfections. Authors, editors and ESOMAR do not accept any responsibility for the consequences that may arise as a result thereof. The views expressed by the authors in this publication do not necessarily represent the views of ESOMAR.

By the mere offering of any material to ESOMAR in order to be published, the author thereby guarantees:

- that the author - in line with the ICC/ESOMAR International Code of Marketing and Social Research Practice - has obtained permission from clients and/or third parties to present and publish the information contained in the material offered to ESOMAR;
- that the material offered to ESOMAR does not infringe on any right of any third party; and
- that the author shall defend ESOMAR and hold ESOMAR harmless from any claim of any third party based upon the publication by ESOMAR of the offered material.

Published by ESOMAR, Amsterdam, The Netherlands
The World Association of Research Professionals

ESOMAR Office:
Vondelstraat 172
1054 GV Amsterdam
The Netherlands
Tel.: +31-20-664 21 41
Fax: +31-20-664 29 22

Email: email@esomar.org
Website: www.esomar.org

