# EXHIBIT LL

Case 5:12-cv-00630-LHK   Document 856-46   Filed 11/01/13   Page 2 of 6

# Microeconomics

**SEVENTH EDITION**



ROBERT S. PINDYCK     DANIEL L. RUBINFELD

# Microeconomics

**SEVENTH EDITION**



## Robert S. Pindyck
*Massachusetts Institute of Technology*

## Daniel L. Rubinfeld
*University of California, Berkeley*



PEARSON
Prentice Hall

*Upper Saddle River, New Jersey 07458*

Library of Congress Cataloging-in-Publication Data
Pindyck, Robert S.
   Microeconomics/Robert S. Pindyck, Daniel L. Rubinfeld. —
7th ed.
   p. cm.
   Includes index.
   ISBN 978-0-13-208023-1 (alk. paper)
   1.  Microeconomics.    I.  Rubinfeld, Daniel L.    II.  Title.
HB172.P53 2009
338.5—dc22
                                             2008009456

**Editorial Director:** Sally Yagan
**AVP/Editor in Chief:** Eric Svendsen
**AVP/Executive Editor:** Chris Rogers
**VP/Director of Development:** Steve Deitmer
**Senior Development Editor:** Ron Librach
**Product Development Manager:** Ashley Santora
**Assistant Editor:** Susie Abraham
**Marketing Manager:** Andrew Watts
**Marketing Assistant:** Ian Gold
**Permissions Project Manager:** Charles Morris
**Senior Managing Editor:** Judy Leale
**Associate Managing Editor:** Suzanne DeWorken
**Senior Operations Specialist:** Arnold Vila
**Art Director:** Kenny Beck
**Text and Cover Designer:** Maureen Eide
**Cover Illustration:** Corin Skidds
**Director, Image Resource Center:** Melinda Patelli
**Manager, Rights and Permissions:** Zina Arabia
**Manager, Visual Research:** Beth Brenzel
**Image Permission Coordinator:** Annette Linder
**Composition:** GGS Book Services PMG
**Full-Service Project Management:** GGS Book Services PMG
**Printer/Binder:** Courier Kendallville
**Typeface:** 10/11 Palatino

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on appropriate page within text (or on pages 723–724).

Microsoft® and Windows® are registered trademarks of the Microsoft Corporation in the U.S.A. and other countries. Screen shots and icons reprinted with permission from the Microsoft Corporation. This book is not sponsored or endorsed by or affiliated with the Microsoft Corporation.

**Copyright © 2009, 2005, 2001, 1998, 1995 by Pearson Education, Inc.,** Upper Saddle River, New Jersey, 07458. Pearson Prentice Hall. All rights reserved. Printed in the United States of America. This publication is protected by Copyright and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. For information regarding permission(s), write to: Rights and Permissions Department.

**Pearson Prentice Hall™** is a trademark of Pearson Education, Inc.
**Pearson®** is a registered trademark of Pearson plc
**Prentice Hall®** is a registered trademark of Pearson Education, Inc.

Pearson Education Ltd., London                Pearson Education North Asia, Ltd., Hong Kong
Pearson Education Singapore, Pte. Ltd         Pearson Educación de Mexico, S.A. de C.V.
Pearson Education, Canada, Inc.               Pearson Education Malaysia, Pte. Ltd
Pearson Education–Japan                       Pearson Education Upper Saddle River, New Jersey
Pearson Education Australia PTY, Limited

PEARSON
Prentice Hall

10 9 8 7
ISBN-13: 978-0-13-208023-1
ISBN-10: 0-13-208023-0

*To our daughters,*

Maya, Talia, and Shira
Sarah and Rachel



- **method of Lagrange multipliers** Technique to maximize or minimize a function subject to one or more constraints.

### The Method of Lagrange Multipliers

The **method of Lagrange multipliers** is a technique that can be used to maximize or minimize a function subject to one or more constraints. Because we will use this technique to analyze production and cost issues later in the book, we will provide a step-by-step application of the method to the problem of finding the consumer's optimization given by equations (A4.1) and (A4.2).

1. **Stating the Problem** First, we write the Lagrangian for the problem. The Lagrangian is the function to be maximized or minimized (here, utility is being maximized), plus a variable which we call $\lambda$ times the constraint (here, the consumer's budget constraint). We will interpret the meaning of $\lambda$ in a moment. The Lagrangian is then

$$\Phi = U(X, Y) - \lambda(P_X X + P_Y Y - I) \quad \text{(A4.3)}$$

- **Lagrangian** Function to be maximized or minimized, plus a variable (the *Lagrange multiplier*) multiplied by the constraint.

Note that we have written the budget constraint as

$$P_X X + P_Y Y - I = 0$$

i.e., as a sum of terms that is equal to zero. We then insert this sum into the Lagrangian.

2. **Differentiating the Lagrangian** If we choose values of $X$ and $Y$ that satisfy the budget constraint, then the second term in equation (A4.3) will be zero. Maximizing will therefore be equivalent to maximizing $U(X, Y)$. By differentiating $\Phi$ with respect to $X$, $Y$, and $\lambda$ and then equating the derivatives to zero, we can obtain the necessary conditions for a maximum.[2] The resulting equations are

$$\frac{\partial \Phi}{\partial X} = MU_X(X, Y) - \lambda P_X = 0$$

$$\frac{\partial \Phi}{\partial Y} = MU_Y(X, Y) - \lambda P_Y = 0 \quad \text{(A4.4)}$$

$$\frac{\partial \Phi}{\partial \lambda} = I - P_X X - P_Y Y = 0$$

Here as before, MU is short for *marginal utility*: In other words, $MU_X(X, Y) = \partial U(X, Y)/\partial X$, the change in utility from a very small increase in the consumption of good X.

3. **Solving the Resulting Equations** The three equations in (A4.4) can be rewritten as

$$MU_X = \lambda P_X$$
$$MU_Y = \lambda P_Y$$
$$P_X X + P_Y Y = I$$

---

[2] These conditions are necessary for an "interior" solution in which the consumer consumes positive amounts of both goods. The solution, however, could be a "corner" solution in which all of one good and none of the other is consumed.



Now we can solve these three equations for the three unknowns. The resulting values of $X$ and $Y$ are the solution to the consumer's optimization problem: They are the utility-maximizing quantities.

### The Equal Marginal Principle

The third equation above is the consumer's budget constraint with which we started. The first two equations tell us that each good will be consumed up to the point at which the marginal utility from consumption is a multiple ($\lambda$) of the price of the good. To see the implication of this, we combine the first two conditions to obtain the *equal marginal principle*:

$$\lambda = \frac{MU_X(X, Y)}{P_X} = \frac{MU_Y(X, Y)}{P_Y} \quad \text{(A4.5)}$$

In other words, the marginal utility of each good divided by its price is the same. To optimize, *the consumer must get the same utility from the last dollar spent by consuming either X or Y*. If this were not the case, consuming more of one good and less of the other would increase utility.

To characterize the individual's optimum in more detail, we can rewrite the information in (A4.5) to obtain

$$\frac{MU_X(X, Y)}{MU_Y(X, Y)} = \frac{P_X}{P_Y} \quad \text{(A4.6)}$$

In other words, *the ratio of the marginal utilities is equal to the ratio of the prices*.

### Marginal Rate of Substitution

We can use equation (A4.6) to see the link between utility functions and indifference curves that was spelled out in Chapter 3. An indifference curve represents all market baskets that give the consumer the same level of utility. If $U^*$ is a fixed utility level, the indifference curve that corresponds to that utility level is given by

$$U(X, Y) = U^*$$

As the market baskets are changed by adding small amounts of $X$ and subtracting small amounts of $Y$, the total change in utility must equal zero. Therefore,

$$MU_X(X, Y)dX + MU_Y(X, Y)dY = dU^* = 0 \quad \text{(A4.7)}$$

Rearranging,

$$-dY/dX = MU_X(X, Y)/MU_Y(X, Y) = MRS_{XY} \quad \text{(A4.8)}$$

where $MRS_{XY}$ represents the individual's marginal rate of substitution of X for Y. Because the left-hand side of (A4.8) represents the negative of the slope of the indifference curve, it follows that at the point of tangency, the individual's marginal rate of substitution (which trades off goods while keeping utility constant)

In §3.5, we show that the marginal rate of substitution is equal to the ratio of the marginal utilities of the two goods being consumed.

is equal to the individual's ratio of marginal utilities, which in turn is equal to the ratio of the prices of the two goods, from (A4.6).[3]

When the individual indifference curves are convex, the tangency of the indifference curve to the budget line solves the consumer's optimization problem. This principle was illustrated by Figure 3.13 (page 87) in Chapter 3.

### Marginal Utility of Income

Whatever the form of the utility function, the Lagrange multiplier $\lambda$ represents the extra utility generated when the budget constraint is relaxed—in this case by adding one dollar to the budget. To show how the principle works, we differentiate the utility function $U(X, Y)$ totally with respect to $I$:

$$dU/dI = MU_X(X, Y)(dX/dI) + MU_Y(X, Y)(dY/dI) \quad \text{(A4.9)}$$

Because any increment in income must be divided between the two goods, it follows that

$$dI = P_X dX + P_Y dY \quad \text{(A4.10)}$$

Substituting from (A4.5) into (A4.9), we get

$$dU/dI = \lambda P_X(dX/dI) + \lambda P_Y(dY/dI) = \lambda(P_X dX + P_Y dY)/dI \quad \text{(A4.11)}$$

and substituting (A4.10) into (A4.11), we get

$$dU/dI = \lambda(P_X dX + P_Y dY)/(P_X dX + P_Y dY) = \lambda \quad \text{(A4.12)}$$

Thus the *Lagrange multiplier* is the extra utility that results from an extra dollar of income.

Going back to our original analysis of the conditions for utility maximization, we see from equation (A4.5) that maximization requires the utility obtained from the consumption of every good, per dollar spent on that good, to be equal to the marginal utility of an additional dollar of income. If this were not the case, utility could be increased by spending more on the good with the higher ratio of marginal utility to price and less on the other good.

### An Example

In general, the three equations in (A4.4) can be solved to determine the three unknowns $X$, $Y$, and $\lambda$ as a function of the two prices and income. Substitution for $\lambda$ then allows us to solve for the demand for each of the two goods in terms of income and the prices of the two commodities. This principle can be most easily seen in terms of an example.

A frequently used utility function is the **Cobb-Douglas utility function**, which can be represented in two forms:

$$U(X, Y) = a \log(X) + (1 - a) \log(Y)$$

• **Cobb-Douglas utility function** Utility function $U(X, Y) = X^a Y^{1-a}$, where $X$ and $Y$ are two goods and $a$ is a constant.

---
[3]We implicitly assume that the "second-order conditions" for a utility maximum hold. The consumer, therefore, is maximizing rather than minimizing utility. The convexity condition is sufficient for the second-order conditions to be satisfied. In mathematical terms, the condition is that $d(MRS)/dX < 0$ or that $dY^2/dX^2 > 0$ where $-dY/dX$ is the slope of the indifference curve. Remember diminishing marginal utility is not sufficient to ensure that indifference curves are convex.

and

$$U(X, Y) = X^a Y^{1-a}$$

For the purposes of demand theory, these two forms are equivalent because they both yield the identical demand functions for goods $X$ and $Y$. We will derive the demand functions for the first form and leave the second as an exercise for the student.

To find the demand functions for $X$ and $Y$, given the usual budget constraint, we first write the Lagrangian:

$$\Phi = a \log(X) + (1 - a)\log(Y) - \lambda(P_X X + P_Y Y - I)$$

Now differentiating with respect to $X$, $Y$, and $\lambda$ and setting the derivatives equal to zero, we obtain

$$\partial\Phi/\partial X = a/X - \lambda P_X = 0$$
$$\partial\Phi/\partial Y = (1 - a)/Y - \lambda P_Y = 0$$
$$\partial\Phi/\partial \lambda = P_X X + P_Y Y - I = 0$$

The first two conditions imply that

$$P_X X = a/\lambda \quad \text{(A4.13)}$$

$$P_Y Y = (1 - a)/\lambda \quad \text{(A4.14)}$$

Combining these expressions with the last condition (the budget constraint) gives us

$$a/\lambda + (1 - a)/\lambda - I = 0$$

or $\lambda = 1/I$. Now we can substitute this expression for $\lambda$ back into (A4.13) and (A4.14) to obtain the demand functions:

$$X = (a/P_X)I$$
$$Y = [(1 - a)/P_Y]I$$

In this example, the demand for each good depends only on the price of that good and on income, not on the price of the other good. Thus, the cross-price elasticities of demand are 0.

We can also use this example to review the meaning of Lagrange multipliers. To do so, let's substitute specific values for each of the parameters in the problem. Let $a = 1/2$, $P_X = \$1$, $P_Y = \$2$, and $I = \$100$. In this case, the choices that maximize utility are $X = 50$ and $Y = 25$. Also note that $\lambda = 1/100$. The Lagrange multiplier tells us that if an additional dollar of income were available to the consumer, the level of utility achieved would increase by 1/100. This conclusion is relatively easy to check. With an income of $101, the maximizing choices of the two goods are $X = 50.5$ and $Y = 25.25$. A bit of arithmetic tells us that the original level of utility is 3.565 and the new level of utility is 3.575. As we can see, the additional dollar of income has indeed increased utility by .01, or 1/100.

In §2.4, we explain that the cross-price elasticity of demand refers to the percentage change in the quantity demanded of one good that results from a 1-percent increase in the price of another good.