# EXHIBIT MM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendants. | CASE NO. 12-CV-00630-LHK |

**CORRECTED EXPERT REPORT OF DR. JAMES R. KEARL**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Table 28. Value to Consumer for mbps Improvements**

| | Carrier | | | | | |
|---|---|---|---|---|---|---|
| | AT&T | | T-Mobile | Verizon | | BLS |
| Source | 1, 2/3, 4, 5 | 1, 2/3, 4 | 4, 8, 9 | 4, 5, 6, 7 | 4, 6, 7 | 10 |
| 2G Speed | | | 0.24 | | | 0.38 |
| 3G Speed | 2.83 | 2.83 | 3.70 | 1.05 | 1.05 | 3.00 |
| 4G Speed | 13.15 | 9.12 | | 9.61 | 7.35 | |
| | | | | | | |
| 2G Price | | | $35.00 | | | |
| 3G Price | $65.00 | $65.00 | $45.00 | $60.00 | $60.00 | |
| 4G Price | $85.00 | $85.00 | | $100.00 | $100.00 | |
| | | | | | | |
| 2G→3G: Value to Consumer for an Additional mbps Bandwidth | | | $2.89 | | | $3.24 |
| 3G→4G: Value to Consumer for an Additional mbps Bandwidth | **$1.94** | **$3.18** | | **$4.67** | **$6.35** | **$0.95** |

**Notes:**
1. Value to consumer for each mbps improvement is equal to the increase in price divided by the increase in speed.
2. BLS 2G→3G value is imputed by the predicted-price Box-Cox adjustment, while 3G→4G price is predicted using a semilogarithmic regression model.

**Sources:**
1. AT&T Data Plans, http://www.att.com/shop/wireless/data-plans.html#fbid=9-JFwUXFuu7?tab2.
2. "AT&T adding iPhone, 4G LTR/HSPA+ support to GoPhone starting tomorrow," http://www.engadget.com/2013/05/23/att-gophone-iphone-4g-lte-hspa-plus/.
3. "AT&T to offer new $65 GoPhone monthly plan starting October 7th," http://www.engadget.com/2012/10/01/atandt-to-offer-new-65-gophone-monthly-plan-starting-october-7th/.
4. "3G and 4G Wireless Speed Showdown: Which Networks Are Fastest?" http://www.pcworld.com/article/253808/3g_and_4g_wireless_speed_showdown_which_networks_are_fastest_.html.
5. "AT&T has fastest LTE service, T-Mobile off to strong start," http://www.techhive.com/article/2039452/atandt-has-fastest-lte-service-t-mobile-off-to-strong-start.html.
6. Verizon Data Plans, http://www.verizonwireless.com/wcms/consumer/shop/share-everything.html.
7. "Smartphone Options for the Budget-Minded," http://news.verizonwireless.com/news/2013/02/new-prepaid-smartphone-plans.html.
8. GoSmart Data Plans, https://www.gosmartmobile.com/compare-prepaid-cell-phone-plans.
9. T-Mobile 2G Overview, http://support.t-mobile.com/docs/DOC-4986.
10. "A hedonic model for Internet access service in the Consumer Price Index," http://www.bls.gov/opub/mlr/2008/07/art3full.pdf.