# EXHIBIT NN

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4

5

   APPLE INC., A CALIFORNIA          )  C-12-00630 LHK
6  CORPORATION,                      )
                                     )  SAN JOSE, CALIFORNIA
7               PLAINTIFF,           )
                                     )  JULY 31, 2013
8          VS.                       )
                                     )  PAGES 1-64
9  SAMSUNG ELECTRONICS CO., LTD.,    )
   A KOREAN BUSINESS ENTITY;         )
10 SAMSUNG ELECTRONICS AMERICA,      )
   INC., A NEW YORK CORPORATION;     )
11 SAMSUNG TELECOMMUNICATIONS        )
   AMERICA, LLC, A DELAWARE          )
12 LIMITED LIABILITY COMPANY,        )
                                     )
13              DEFENDANTS.          )
   _____   )

14

15

16          TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17           UNITED STATES DISTRICT JUDGE

18

19

20          APPEARANCES ON NEXT PAGE

21

22

23  OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                   CERTIFICATE NUMBER 9595

24

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

1                THE COURT:  OKAY.  WAS THAT IT FOR CASE NARROWING?

2                MR. LYON:  YES, I BELIEVE SO, YOUR HONOR.

3                THE COURT:  OKAY.  ALL RIGHT.  LET'S -- OKAY.  AS FAR

4        AS -- DOES THE CHANGING OF THE DEADLINE TO DROP THAT ONE

5        ADDITIONAL PATENT, DOES THAT TAKE CARE OF YOUR CLAIM

6        CONSTRUCTION REQUEST?

7                MR. SELWYN:  I DON'T THINK IT DOES, YOUR HONOR.

8                THE COURT:  UM-HUM.

9                MR. SELWYN:  I THINK THE PARTIES ARE IN AGREEMENT

10       THAT FURTHER CLAIM CONSTRUCTION WILL BE NECESSARY.  I THINK

11       THAT THERE'S SOME DISAGREEMENT ABOUT WHAT THE APPROPRIATE

12       TIMING FOR THAT MIGHT BE, AND BOTH PARTIES RECOGNIZE THE BURDEN

13       THAT THIS PUTS ON THE COURT TO DO ADDITIONAL CLAIM

14       CONSTRUCTION, BUT WE WANTED TO RAISE IT AND SEEK THE COURT'S

15       GUIDANCE BECAUSE, AS YOU MAY RECALL, AT THE LAST TRIAL WE WERE

16       DOING CLAIM CONSTRUCTION ON THE EVE OF TRIAL AND THOUGHT THAT

17       THERE MIGHT BE A WAY THAT'S MORE EFFICIENT AND ORDERLY FOR THE

18       COURT AND FOR THE PARTIES.

19               THE COURT:  WELL, I'M NOT GOING TO DO ANY ADDITIONAL

20       CLAIM CONSTRUCTION UNTIL AFTER YOU'VE FULLY NARROWED THE CASE

21       BECAUSE I DON'T WANT TO DO ANY HYPOTHETICAL CLAIM CONSTRUCTION

22       ON ISSUES THAT AREN'T GOING TO BE TRIED, SO I'M NOT ANXIOUS TO

23       DO THEM BEFOREHAND.

24               MR. SELWYN:  OUR THOUGHT ON THAT, YOUR HONOR, WAS IF

25       THE PARTIES STARTED TO MEET AND CONFER NOW ON TERMS AND TRY TO

1    REACH AGREEMENT ON WHAT TERMS DID NEED TO BE CONSTRUED, BY THE

2    TIME IT REACHED YOUR HONOR, IT WOULD BE AFTER THE DROPPING OF

3    THE PATENT ANYHOW.

4        SO WE WOULDN'T BE PUTTING ANY ADDITIONAL WORK ON THE COURT,

5    BUT WE COULD GET STARTED NOW WITH THE PROCESS RATHER THAN

6    WAITING UNTIL, WAITING UNTIL A LATER TIME WHEN WE'RE GETTING

7    READY FOR TRIAL AND ALL OF THAT WORK.

8            MR. JOHNSON:  THE ISSUE, AS YOU POINT OUT, YOUR

9    HONOR, IS THAT WHEN -- AS THE PARTIES MOVE FORWARD AND DROP

10   ADDITIONAL CLAIMS, AND NOT JUST PATENTS, BUT ADDITIONAL CLAIMS,

11   WE MAY BE TALKING ABOUT -- FOR EXAMPLE, APPLE SAYS THAT THEY

12   WANT US -- THAT THE MEANS-PLUS-FUNCTION CLAIMS NEED TO BE

13   CONSTRUED.

14       WELL, YOU KNOW, ONE OF THE CLAIMS HAS FIVE

15   MEANS-PLUS-FUNCTION ELEMENTS IN IT.  ANOTHER ONE ONLY HAS ONE.

16   SO IF WE ASSERT THE ONE THAT ONLY HAS ONE MEANS-PLUS-FUNCTION

17   ELEMENT, THEN YOUR HONOR'S TIME LOOKING AT THE OTHER FIVE TERMS

18   WILL HAVE BEEN WASTED, AS WELL AS THE PARTIES' DURING THE

19   PROCESS.

20       SO DOING IT IN THE CONTEXT OF WHEN THE PATENTS GET DROPPED

21   AND DOING IT POTENTIALLY IN CONNECTION WITH THE DISPOSITIVE

22   MOTIONS, I THINK THAT'S WHEN THE ISSUES WILL REALLY BE GELLED

23   IN PEOPLE'S MINDS AND WE WILL BE FIGHTING OVER THE ONE OR TWO

24   TERMS THAT REALLY MATTER FOR DISPOSITIVE MOTIONS.

25           MR. SELWYN:  AND WE CERTAINLY AGREE THAT WE DON'T

1      WANT TO PRESENT ANY CLAIMS OR TERMS FOR CONSTRUCTION THAT MIGHT

2      LATER BE DROPPED, AND OUR SUGGESTION WAS ONLY THAT THE PARTIES

3      START THE PROCESS NOW SO IT'S TEE'D UP AFTER THE DROPPING OF

4      THE CLAIMS FOR YOUR HONOR TO DECIDE.

5              THE COURT:  BUT BY STARTING THAT PROCESS NOW WHEN THE

6      PARTIES HAVEN'T EVEN DECIDED WHAT FINAL CLAIMS WILL BE IN THE

7      TRIAL, WHAT IS THE POINT OF THAT?  TO GET A PREVIEW OF WHAT THE

8      OTHER SIDE IS LIKELY THINKING IN TERMS OF WHAT'S GOING TO BE

9      DROPPED?

10             MR. SELWYN:  WELL --

11             THE COURT:  I MEAN, I DID THE LAST CLAIM CONSTRUCTION

12     AND THAT TOOK AN IMMENSE AMOUNT OF RESOURCES AND TIME.

13         IF YOU WANT ANOTHER FULL-BLOWN CLAIM CONSTRUCTION, I'M

14     HAPPY TO DO THAT, BUT I'M GOING TO MOVE THIS TRIAL DATE AND I

15     WILL TURN THE TIME THAT I HAD DEDICATED TO THIS TRIAL TO

16     DEDICATE IT TO CLAIM CONSTRUCTION AND WE'LL PUSH THIS TRIAL

17     OFF.

18             MR. SELWYN:  AND WE'RE CERTAINLY NOT ASKING FOR THAT.

19             THE COURT:  OKAY.  WELL, I MEAN, I'M NOT GOING TO DO

20     UNNECESSARY CLAIM CONSTRUCTION.

21             MR. SELWYN:  CERTAINLY.

22             THE COURT:  SO --

23             MR. SELWYN:  THE REASON THAT WE THOUGHT NOW MIGHT BE

24     AN APPROPRIATE TIME FOR THE PARTIES TO BE MEETING AND

25     CONFERRING IS BECAUSE WE'RE GOING TO BE EXCHANGING EXPERT