# EXHIBIT PP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**EXPERT REPORT OF DR. ALEX C. SNOEREN CONCERNING U.S. PATENT NOS. 6,847,959 AND 7,761,414**<br><br><br><br>**HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE**<br><br>**GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE** |

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

1. <u>**Claim 24**</u>

    a. <u>**A computer readable medium for locating information from a plurality of locations containing program instructions to**</u>:

92. In order to infringe claim 24 of the '959 Patent a device must have a computer readable medium that stores instructions that perform the elements described below, such as the memory (RAM or permanent storage) in a mobile device. The instructions found in a computer readable medium are generally written by a programmer as source code in a computer language such as Java, C, C++, objective-C, or assembly language and compiled into either binary form or object code that can be processed by one or more computer processors.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**