# EXHIBIT A

## Sanjay K. Rao
Vice President
CRA International

PhD, Marketing
(Minor, Statistics and Econometrics)
The Wharton School,
University of Pennsylvania

BTech, Aeronautical Engineering
The Indian Institute of Technology

Dr. Sanjay K. Rao is a vice president in the Life Sciences Practice CRA. Among other responsibilities, he oversees its world-class strategic marketing research capabilities including survey design, statistical sampling, execution, reporting, modeling, insights, and strategy development.

In the recent past, Dr. Rao has led survey based projects impacting product and portfolio development strategy; clinical trial investments; pharmaceutical brand development; new product commercialization; clinical and geographic market development; sales force design and optimization; product life-cycle management; and new product and portfolio pricing, access and evolution strategies. Dr. Rao's recent expert testimonies cover topics in pharmaceutical patent litigation, commercial success, co-marketing, and generic product commercialization.

Prior to joining CRA in 2006, Dr. Rao was a director at Amgen, Inc., (2001–2006) where he led the business analysis and information (BAI) functions for blockbuster products Neupogen, Neulasta, and Aranesp. A significant part of such responsibility included supervision of research based on surveys and audits of physicians, patients, pharmacists and executives at managed care organizations. Results from such research were instrumental in informing brand, franchise, and portfolio strategies. A portion of the research was based on supervising the analyses of secondary data available through a variety of audits conducted by large, external data and research suppliers. Some of the audits used claims submitted by physicians practicing in private clinics and hospital in/outpatient care settings. Some of the primary research supervised by Dr. Rao involved the design and analysis of patient diaries: for example, records of patient treatment and compliance practices maintained by patients and their physicians. Dr. Rao also supervised the design and maintenance of custom audits meant to measure drug prescribing and utilization practices in physician offices, hospital in/outpatient settings as well as long-term care facilities.

As the leader of BAI at Amgen, Dr. Rao utilized his marketing science skills to help build a modeling system, which advised brand teams on allocating commercial expenditures for launching and managing early term life cycles of new and established brands. Within BAI, Dr. Rao also led initiatives to streamline the recruiting of high-potential talent. While at Amgen, he was a contributing member of product strategy teams overseeing pipeline projects in oncology and metabolic Diseases. At Amgen, Dr. Rao received special performance recognition awards, including the prestigious Big Shoe award from the nephrology business unit in Q2, 2006.

Prior to Amgen, Dr. Rao was a management consultant with ZS Associates, where he successfully solved strategic marketing, research and corporate strategy challenges facing each of the top ten bio-pharmaceutical firms in the US and the EU. A number of such engagements required the design of surveys based on statistical sampling plans representing assorted physician, patient, and payer populations in the US and the EU. While at ZS Associates, Dr. Rao supervised the design and maintenance of custom audits meant to measure drug utilization practices in physician clinics and hospitals. Some of the audits also measured concurrent patient attitudes and compliance behaviors.

Upon graduating with a PhD in marketing (and a minor in statistics and econometrics) from The Wharton School, Dr. Rao successfully led teams of consultants, managers, and research professionals in developing innovative solutions to significant strategic marketing, market research, forecasting, and new product and portfolio planning challenges at some of the finest American corporations such as Microsoft, American Express, AT&T, Pizza Hut, Coca-Cola, and US Sprint. Dr. Rao has taught marketing strategy, market research, and communications at The Wharton School, and led executive seminars for professionals in the bio-pharmaceutical industry. His publications have appeared in journals such as *The Journal of Business Strategy*, *The Journal of Commercial Biotechnology*, *The Journal of New Product Innovation Management*, *Marketing Research*, *Marketing Health Services*, *Product Management Today*, *The Journal of Pharmaceutical Development & Regulation*, *SCRIP—Issues in Pharmaceutical Perspectives*, *PM360*, *The Pharmaceutical World Directory*, *Pharmaceutical Executive, Journal of Medical Marketing, Pharmaceutical Executive Europe*, and proceedings of the Pharmaceutical Market Research Group (PMRG), the PMRG Institute, the Pharmaceutical Management Science Association (PMSA), the European Pharmaceutical Marketing Research Association (EPHMRA) the Oxford Outcomes Patient Research Outcomes (PRO) Conference, and the Marketing Research Association (MRA).

The April-June 2013 issue of *Corporate Disputes, Financier Worldwide* features an article by Dr. Rao titled 'Market Intelligence In Commercial Disputes: Examples in the Biopharmaceutical Industry'

In a special management consulting supplement, the November 2007 issue of *Pharmaceutical Executive* profiles Dr. Rao as one the top 23 strategy consultants in the global bio/pharmaceutical industry.

## Professional experience

2006–Present      ***Vice President*, Charles River Associates, Washington, DC**

Key responsibilities include:

***Building a world-class global strategic marketing research capability at CRA***

Ensuring consistent, world-class discussion guides informing US and global market research projects used for in-depth telephone, Web-assisted, and in-person interviews

Developing and executing state-of-the science questionnaires for telephone, in-person, and online surveys to assess and model critical customer constructs such as attitudes, perceptions, satisfaction, preferences, choice, willingness to pay, intention to prescribe, provide access, and utilize products and services

Implementing best practice market research designs driven by proven statistical and marketing principles such as two or more group test/control, multi-step stratified, proportional random statistical sampling; Fishbein multi-attribute compositional designs; de-compositional choice based conjoint, discrete choice, and hybrid choice based conjoint designs

Utilizing state of the art marketing science, analytical and modeling techniques custom-designed to achieve objectives such as market landscape assessments, market segmentation and targeting, developing and implementing customer valuation strategy, strategic product pricing and access strategy development, portfolio assessment and optimization, product and portfolio positioning, customer profiling and tracking

Inculcating a set of world-class, preferred partners for collecting data based on statistical sampling plans as may be necessary on a priority basis for the execution of market research projects in most of the major global markets, spanning a diverse set of objectives

Designing a training curriculum and a workshop designed to equip the corporation with modern tools of market research (including specific processes, techniques and best practices) that can be used to source new business and execute specific types of customer focused research projects with excellence

Providing expert opinion on the design and execution of surveys and statistical sampling methodologies which provides evidence in litigation cases

Providing detailed research design and recommendations on execution for finance projects with a strategic focus, such as market development, pricing, and evaluation of new product options

### *Strengthening and broadening the core capabilities of the Life Sciences Practice*

Identifying and developing solutions to significant challenges faced by CRA's clients in the global life sciences industry

Developing communication strategy and economic logic to support advance market commitments (AMCs) enabling the availability of vaccines to children in less developed countries

Developing strategic implications of behind-the-counter (BTC) drugs, a new "third" class of drugs that could have broad implications on how therapeutics are bought and sold in the US

Providing comprehensive assessments and recommendations impacting the market for over-the-counter (OTC) allergy medications in the US

Making in-depth, research-based recommendations to craft global pricing strategy (six countries) for an evolutionary bio/pharmaceutical product in oncology

Providing strategic guidance on management and optimal development of the oncology and metabolic disease product portfolios of a large, global bio/pharmaceutical firm

Providing comprehensive, market-driven advice on shaping integrated pricing and managed market strategies for new product launches in therapeutic areas such as migraine, pediatric asthma, rheumatoid arthritis, osteoarthritis, acute pain, and hip and knee replacement

### *Incorporating new methodologies, best practices, and innovative tools to advance strategic capabilities of the Life Sciences Practice. Key areas of focus include*:

Integrating multi-customer insight to develop product pricing and access strategy recommendations

Developing innovative frameworks for assessing patient willingness to pay

Customer segmentation, targeting, and valuation techniques

Value proposition, message testing, and global product positioning strategy

Product and portfolio life cycle management and optimization

Enhancing decision modeling capabilities that impact the development of pricing and access strategy recommendations

2001–2006    ***Associate Director*** (2001–2005) ***Director*** (2006), **Business Analysis & Information, Amgen Inc., Thousand Oaks, California**

**Overall responsibilities**:

Developed integrated business analysis and information plans and budgets to enable strategies for products in the pipeline, pre-launch, commercialization, launch, and early post launch phases

Led teams of one to six highly skilled professionals, with external vendors, consultants, and experts in executing action oriented, tactical, and strategic initiatives supporting such plans

Developed meaningful insights by integrating analytical outputs from market research, forecasting, marketing, and sales analyses and competitive intelligence

Oversaw communication of insight and strategic implications across brand teams and other stakeholders

Oversaw functional and brand marketing planning and process improvement initiatives

In-depth involvement in therapeutic areas such as oncology supportive care, neutropenia, anemia, CKD, metabolic disorders, CV disease, type 2 diabetes, CHF, COPD, HCV, peri-surgery, rheumatoid arthritis, osteoarthritis and pain.

**Specific responsibilities:**

***Nephrology Business Unit, Team Lead***, **Aranesp, Business Analysis & Information (BAI), 2005–2006**

Brand team member – strategic planning, implementation, monitoring

Developed and implemented segmentation and targeting strategies for the Aranesp brand serving CKD-anemia patients seen by nephrologists

Repositioned Aranesp to reflect new publications and an expanded label

Developed launch preparation BAI programs for a new, branded delivery device

Developed and led the execution of all BAI activities for a pilot program encouraging diagnosis and treatment of CKD-anemia by primary care physicians

Oversaw over $5 million BAI budget of best practice projects supporting optimal in-line management of a high-growth blockbuster product

**Team Lead**, Global Marketing & Licensing, Business Analysis & Information (BAI), 2003–2004

Led team that provided business analyses and information support for Amgen products and new chemical entities (NCEs) in pre and early clinical trial phases

Conducted in-depth assessment of future market needs fulfilled by NCEs

Forecasted regional and global revenue, costs, and bottom-line impact of pipeline candidates

Participated as a contributing member of Product Strategy Teams in oncology and metabolic diseases

Tracked NCE and clinical trial activities globally

Tracked sales and marketing structures, activities, and performance by therapeutic areas for NCEs

Developed reliable information to inform sales force size and structure decisions

Conducted quick, reliable market assessments of potential licensing/co-marketing options

Conducted market driven portfolio assessments

Oversaw sales, marketing, and development expenditure estimations

Integrated market research, competitive intelligence, and secondary analyses and information to make scenario-based forecasts of expected market and financial performance

**Team Lead**, Nephrology, Aranesp New & Emerging Markets, Business Analysis & Information (BAI), 2002–2003

Developed and executed in-depth market research programs to evaluate nine new indications for Aranesp, targeting patients in the US and the EU

Integrated insights from market research, competitive intelligence, forecasting, and analogue sales analyses to make market development recommendations

Planned and executed patient, provider, and payer research to inform development of new clinical trials

Estimated the value of clinical trial parameters by phase for successful regulatory review

Assessed market reactions to evolving product profiles for each new indication

Predicted barriers to success: product-specific, competitive, payer, and regulatory

**Team Lead**, Market Research, Oncology, 2001–2002

Supported US and global product launch of Neulasta—the most successful launch of a biologic ever—and planned and executed an integrated market research program, pre to early post launch

Tracked Neulasta and Neupogen performance: performed measurement, evaluation, and business analyses using market research, sales analyses, and competitive intelligence methodologies

Optimized market opportunity: segmented oncologists for Neulasta

Optimized product and customer benefits: positioned Neulasta in the oncology market for supportive care therapies

Optimized product, sales, and marketing delivery: targeted oncologists for optimizing Neulasta utilization

Maximized returns on investment: evaluated the marketing program and sales force effectiveness supporting Neupogen and Neulasta

Optimized payer considerations: assessed inputs for designing pricing and reimbursement strategies focused on Neulasta

Maximized end-user benefits: performed oncology patient and caregiver research and tracking

Optimized channel performance: conducted oncology office, retail, hospital, LTC issue specific research and analysis

Planned direct-to-patient and direct-to-consumer campaigns for Neulasta: conducted business analyses and market research to support materials design, evaluation, market sizing, and campaign performance tracking

1998–2001    **Manager (1999–2001), *Consultant* (1998–1999); ZS Associates, Princeton, NJ**

Helped setup a new strategic marketing/market research consulting practice for advising bio-pharmaceutical firms in the US and the EU

Led teams of highly skilled marketing/management consultants on assignments that helped brand, marketing, and sales clients in the 10 largest US and global pharmaceutical organizations identify, research, and solve problems related to the commercialization and life-cycle management of pipeline and in-market products and their line extensions

Developed and/or re-engineered positioning strategies of products in a post-merger portfolio of one of the five largest global pharmaceutical companies

Streamlined new product launch processes and organizational structure for one of the three largest global pharmaceutical companies

Developed US and EU pricing policies for the launch of new products or the line-extensions of mature products

Developed valuation, segmentation, and patient and provider targeting strategies for the launch of new products in the US, the EU and/or the rest of the world

Developed and managed traditional marketing research projects for new and mature products in the areas of performance tracking, provider, patient, and payer research

Developed the strategic marketing/market research practice

Inculcated new clients: made proposals, communicated concepts and processes, disseminated results, recommended strategies

Developed new, client-focused research services; marketing decision support systems; and research technology

Developed professional associates through mentoring and teaching

1996–1998     **Manager, Multivariate Services; MK/NFO, Owings Mills, MD**

Designed, developed, analyzed and oversaw strategic marketing research projects for new and in-market pharmaceutical products—a large number of such projects involved surveys based on custom statistical sampling plans

Identified and targeted customer segments

Modeled the customer decision-making processes

Developed positioning strategies

Priced new products

Measured customer satisfaction

Estimated optimal sales effort allocation

Served as resident advisor, resource, and internal consultant on new service products, research, and statistical matters

## Other strategic marketing research and consulting positions

1995–1996     **Associate, Technical Group, Marketing & Planning Systems, Waltham, MA**

Helped the marketing research groups at AT&T and American Express with segmentation, targeting, customer response/satisfaction measurement, and knowledge development activities

1992–1995     **Director, Analytical Consulting Services, G. Bhalla & Associates, Vienna, VA**

Set up, managed, and developed the analytical consulting services group via a series of internal and client projects in the areas of new product evaluation and equity development, positioning, pricing, segmentation, customer satisfaction, and tracking projects—clients included Microsoft, GlaxoSmithKline, Heinz, Pizza Hut, US Sprint, and Freddie Mac

1982–1986     **Teaching Fellow, Marketing, The Wharton School**

1987–1988     **Senior Analyst, Synergic Resources Corporation**

1988–1989     **Sr. Quantitative Analyst/Manager of Market Research Projects, Citicorp POS**

1990–1991     **Independent Marketing Consultant, Analyst**

1986–2000 **_Leader_, Seminars in Marketing Research Methods & Applications**, for executives in packaged goods, telecommunications, and biopharmaceutical industries

# EXHIBIT B

# List of Publications

## 2002-2013

### Author and presenter

- Market Intelligence In Commercial Disputes: Examples in the Biopharmaceutical Industry; Rao, Sanjay K., *Corporate Disputes, Financier Worldwide*, April-June 2013

- A Patient Centric Commercial Model for Cancer Care; Rao, Sanjay K., *Journal of Commercial Biotechnology*; April, 2013

- Data based differentiation; Rao, Sanjay K., *Marketing Insights; American Marketing Association*; Spring 2013

- Master-Class: Customer Valuation; Rao, Sanjay K., *Pharmaceutical Market Europe*; January 2013

- The Five Challenges of Patient Centricity; Rao, Sanjay K., *PM360*; January 2013

- Generating Revenue Through Patient Focused Strategies, Rao, Sanjay K., *Journal of Medical Marketing*, June, 2012 (Online-First Edition); November 2012 (Print)

- Strategic Priorities for Bio/Pharmaceutical Specialty Products; Rao, Sanjay K.,*PM360*, August 2011

- Pricing Biologics–Issues, Strategic Priorities & A Conceptual Model; Rao, Sanjay K., *Journal of Commercial Biotechnology*, Vol. 17, No. 1, 2011

- A New Paradigm for Developing & Implementing Brand Positioning Strategy—Effective Marketing Research, Design, Analysis, Modeling & Implementation; Rao, Sanjay K., Presentation at the Annual Meeting of the Marketing Research Association, Boston, MA, June 9, 2010

- Enabling Bio-Pharmaceutical Pricing Strategies by Integration Across Customers & Constructs; Rao, Sanjay K.,  Presentation at the Annual Meeting of the European Pharmaceutical Marketing Research Association, Berlin, Germany, June 24, 2010

- Rethinking Commercial Strategy—A Patient-centered Commercial Model;  Rao, Sanjay K., *Journal of Commercial Biotechnology*, Vol. 16, No. 3, 2010

- Re-energizing Product Portfolios: Case Study of a Pharmaceutical Merger;  Rao, Sanjay K., *Journal of Business Strategy*, November/December 2009

- Building Effective Managed Markets Strategy to Maximize Brand Potential at Launch: How Strategic Marketing Research Solves Critical Executive Challenges; Rao Sanjay K., Majewski, M, Bell, G, Presentation, with Patricia Mcadoo, Watson Pharmaceuticals—Pharmaceutical Marketing Research Group Institute, Philadelphia, PA, October 2009

- On the Importance of Patients as Consumers: A Commercial Perspective. Rao, Sanjay K., Presentation at the 3rd Patient Research Outcomes; Conference, Oxford Outcomes, Princeton, NJ, October 2009

- A New Paradigm for Developing Bio/Pharmaceutical Positioning Strategy; Rao, Sanjay K., *Journal of Medical Marketing*, Spring 2009

- An Innovative Approach to Developing and Managing Biopharmaceutical Pricing Strategy; Rao, Sanjay K., *Journal of Medical Marketing*, March 2008

- A Question of Value; Cover Feature, Rao, Sanjay K., *Marketing Research*, American Marketing Association, Spring 2008

- Market Access: An Innovative Approach To Developing & Managing Biopharmaceutical Pricing Strategy; Rao, Sanjay K., *Journal of Medical Marketing*, Published by Palgrave Macmillan, Vol. 8, 2008

- The Importance of Evolution in the Biopharmaceutical Industry; Rao, Sanjay K., *PM360*, Published by the AMS Group LLC, October 2008

- Evolutionary Drugs; Rao, Sanjay K., *Pharmaceutical Executive Europe*, April 2007

- Improving Sales Force Decisions with Smart Customer Valuation; Rao, Sanjay K., *Product Management Today*, May 2007

- Shaping the Launch of Evolutionary Biopharmaceutical Products: Integrating Best Practices in Business Analysis and Marketing Science; Rao, Sanjay K., Lecture, Pharmaceutical Management Science Association, Annual Proceedings, May 2007, Fort Lauderdale, Florida

- Reprint of Rising to the Challenge; Rao, Sanjay K.,  *Pharmaceutical World Directory*, 2007

- Rising to the Challenge; Rao, Sanjay K., *Scrip—Issues in Pharmaceutical Perspectives*, March 2006

- Trends Shaping the Development of Evolutionary Bio-Pharmaceutical Products; Rao, Sanjay K., *Product Management Today*, February 2006

- Managing Portfolios of Pharmaceutical Products in an Era of Change; Rao, Sanjay K., *Product Management Today*, November 2003

- Product Portfolio Decisions—Insights for Maximizing Profitability; Rao, Sanjay K., *Journal of Pharmaceutical Development & Regulation*, September 2003

- Marketing Pharmaceuticals in a New Age; Cover Feature, Rao, Sanjay K., *Marketing Health Services*, Spring 2002

# List of Testimonies

1.  Civil action # 03-CV-8253; No. 04-CV-1966; 07-CV-3844; No. 08-CV-6999; No.09-CV-4655; No. 09-CV-5210; No. 09-CV-6051. March – May 2010

    Oral and written testimonies in the Southern District of New York; on behalf of plaintiffs Takeda Pharmaceutical Company Limited (formerly known as Takeda Chemical Industries, Ltd.), Takeda Pharmaceuticals North America,  Inc. and Takeda Global Research and Development Center, Inc. (collectively "Takeda") v Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., Alphapharm Pty. Ltd., Genpharm, Inc., Sandoz Inc., Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Torrent Pharmaceuticals Limited and Torrent Pharma Inc.

2.  ICC Case No. 17 006/VRO. December 2011

    Oral and written testimonies in the International Court of Arbitration; on behalf of defendant Takeda Pharmaceutical Company Ltd. v Sucampo Pharmaceuticals Inc. et al.

3.  Case No.2:11-cv-02861-RB. July 2012

    Expert report submitted in the Eastern District of Pennsylvania; on behalf of defendant United Research Laboratories, Inc. v Shionogi Ireland Ltd.

4.  Case No.12-CV-00630-LHK. August 2013

    Expert report & oral deposition - Northern District of California, San Jose Division; on behalf of defendant Samsung Electronics Co. Ltd., a Korean business entity; Samsung Electronics America, Inc., a New York corporation; and Samsung Telecommunications America Llc, a Delaware limited-liability company, v Apple Inc.

# EXHIBIT C

Highly Confidential – Attorney's Eyes Only

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,  a California corporation,<br><br><br>Plaintiff,<br><br><br>v.<br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., A New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, A Delaware limited liability company,<br><br><br><br>Defendants. | Case No.<br><br>12-CV-00630-LHK<br><br>**EXPERT REPORT OF SANJAY K. RAO** |

Highly Confidential – Attorney's Eyes Only

# CONTENTS

| Section | Topic | Page Number |
|---|---|---|
| 1 | **Background & Qualifications** | **3** |
| 2 | **Assignment** | **7** |
| 3 | **Summary of Conclusions** | **8** |
| 4 | **Research Design & Execution** | **13** |
| | Sampling Frame | **13** |
| | Sample Sizes | **14** |
| | Sampling Panel | **17** |
| | Questionnaires | **18** |
| | Relative Value Experiment | **22** |
| | Pretesting | **30** |
| | The Importance of Measuring Feature Relevance | **32** |
| | Survey Execution | **35** |
| 5 | **Results : The Relative Value of Fourteen Features** | **37** |
| | Method | **37** |
| | Conclusions : iPhone (4/4S/5) Feature Evaluations | **40** |
| | Conclusions : iPad (2/3/4/mini) Feature Evaluations | **41** |
| | Conclusions : iPod Touch (4th/5th Gen) Feature Evaluations | **43** |
| | Conclusions : iPhone (3G/3GS) Feature Evaluations | **45** |
| | Device Feature Usage Data & Syncing Device : Hours at Home & Work Data | **45** |
| 6 | **Appendix** | |
| | Tables (Attachment A) | |
| | Questionnaires & Copy of E-Mail Invitation (Attachment B-1 & B-2) | |
| | Expert Curriculum Vitae (Attachment C) | |
| | List of Publications, Testimonies & Documents Considered (Attachment D-1, D-2 & D-3) | |
| | Device Feature Usage Data (Attachment E) | |
| | Syncing Device : Hours at Home & Work (Attachment F) | |

Highly Confidential – Attorney's Eyes Only

## 1. Background and Qualifications

1.   My name is Sanjay K. Rao.  I am a Vice President in the Life Sciences practice at Charles River Associates ("CRA"), 1201 F Street, NW, Suite 700, Washington, DC 20004-1204. CRA is a leading global consulting firm that offers economic, financial, and business management expertise to major industries, accounting firms, law firms, and governments around the world.  CRA specializes in business strategy and planning, consulting, market and demand forecasting, policy analysis, litigation and regulatory support, and risk management consulting services.  The firm has offices throughout the United States, Canada, Europe, and the Middle East.  Since 2007, CRA has been engaged by 68 of the Fortune 100 Companies and 93 of the top 100 law firms.  For more than 30 years, CRA's Life Sciences Practice has consulted directly with major life sciences corporations, the governmental agencies that regulate them, and the legal counsel to these corporations. The Life Sciences practice combines deep industry focus with state-of-the-art analytical tools to help our clients address critical business, competitive, and litigation issues. Among other responsibilities, I oversee the strategic marketing research capabilities of CRA's Life Sciences practice, including qualitative research and analysis, survey design and execution, reporting, modeling, insights and strategy development.

2.   I graduated with a Bachelor's degree in Aeronautical Engineering from the Indian Institute of Technology, Bombay, in 1982. I graduated with a Ph.D. in Marketing from the Wharton School of the University of Pennsylvania in 1987, with a minor in Statistics and Econometrics. My doctoral dissertation titled 'An Appraisal of Conjoint Choice Simulators' studied alternative methods for simulating consumer choices and market shares from their evaluations of product features and concepts. Over the past two

decades, I have been engaged in the pharmaceutical and biotechnology industries as an analyst, consultant, manager and executive. I have designed and led the execution of numerous surveys involving the use of preference and choice models such as conjoint analysis, discrete choice modeling, choice-based conjoint analysis and alternative methods of paired comparison. The results of such efforts have informed new product design; feature, product, franchise and portfolio valuations; consumer segmentation, product and portfolio pricing, differentiation and positioning strategies. Inputs from my work in preference, choice and feature evaluations have also been used to develop detailed forecasts of product, franchise and portfolio sales and market share. Some of my work based on measuring consumer evaluations of product features has been used to determine the impact of alternative marketing and sales force strategies on product performance.

3.      Since 1991, I have designed, managed, and led projects influencing sales, marketing, pricing, market access, and commercial strategies of approximately 35 biotechnology and pharmaceutical products launched in the U.S. and other global markets.  Since 1999, I have designed, managed, and led projects impacting the commercial development of pipelines, franchises, and portfolios of three of the largest global bio/pharmaceutical firms.  My experience stems from conducting in-depth research and analytically intensive projects; developing insights; framing, calibrating, and making predictions from econometric and marketing science models; and recommending strategic action steps impacting bio/pharmaceutical commercial planning, development and execution.  My work has influenced product and portfolio development strategies, clinical trial investments, pharmaceutical brand development, new product commercialization, clinical

Highly Confidential – Attorney's Eyes Only

and geographic market development, sales force design and optimization, product life cycle management, and new product and portfolio pricing, access, and evolution strategies.

4.     Between 2001 and 2006, I was director and team leader for the Business Analysis and Information ("BAI") group at Amgen Inc., the world's largest biotechnology company. One of my primary responsibilities was to design, integrate and report results from initiatives that relied on forecasting methods, marketing research, competitive intelligence and sales operations.  As a BAI team leader, I was part of the brand teams responsible for launching and managing the life-cycles of Neupogen/Neulasta and Aranesp, brands that generated annual sales in excess of $1 billion each. I also participated in designing annual U.S. and global brand plans in which I paid careful attention to the commercial resourcing and strategic management of brands in the light of changes in evolving competitive marketplaces.  While at Amgen, I was a contributing member of Product Strategy Teams ("PSTs") overseeing pipeline projects in Oncology and Metabolic Diseases. Part of this role involved evaluating features and characteristics of compounds in development toward assessing their long term potential in the market.

5.     Prior to Amgen, I was a management consultant at ZS Associates, where I managed and led projects that solved strategic brand marketing, research, and corporate strategy challenges facing all of the top ten biopharmaceutical firms in the U.S. and the E.U. Many of my assignments pertained to recommending optimal sales force sizing, alignment, and optimization strategies for new and in-market products, based - among other inputs - on consumer evaluations of their features. Some of the projects I led

Highly Confidential – Attorney's Eyes Only

resulted in recommendations of optimal targeting, segmentation, pricing and brand, franchise, and portfolio optimization strategies for pipeline and in-line products.

6.      My publications have appeared in journals such as *The Journal of Business Strategy*, *The Journal of Commercial Biotechnology*, *The Journal of New Product Innovation Management*, *Marketing Research*, *Marketing Insights*, *Marketing Health Services*, *Product Management Today*, *The Journal of Pharmaceutical Development & Regulation*, *SCRIP – Issues in Pharmaceutical Perspectives*, *PM360*, *The Pharmaceutical World Directory*, *Pharmaceutical Executive*, *Journal of Medical Marketing*, *Pharmaceutical Executive Europe*, *Pharmaceutical Markets Europe*, *Corporate Disputes - Financier Worldwide* and in proceedings of the Pharmaceutical Market Research Group (PMRG), the PMRG Institute, the Pharmaceutical Management Science Association (PMSA), the European Pharmaceutical Marketing Research Association (EPhMRA), the Oxford Outcomes Patient Research Outcomes (PRO) Conference, and the Marketing Research Association (MRA).  In a special management consulting supplement, the November 2007 issue of Pharmaceutical Executive carries my profile as one of the leading strategy consultants in the global pharmaceutical industry.  A list of my publications in the last 10 years is attached to this report as Attachment D-1.

7.      My CV is attached to this report as Attachment C.  A list of my prior testimony is attached to this report as Attachment D-2.

8.      CRA is being compensated at the rate of $580 per hour for my time in connection with this report.  Neither my compensation nor CRA's compensation is contingent on the outcome of this litigation.

Highly Confidential – Attorney's Eyes Only

9.      The materials I considered in preparation of this report are referenced in the body of this report and accompanying tables as well as in Attachment D-3. If additional information becomes available, I will consider this information and may supplement this report.

## 2.  Assignment

10.     Counsel for Samsung asked me to conduct an independent evaluation of U.S. based users of four Apple products - the iPhone (4/4S/5), the iPad (2/3/4/mini), the iPod Touch (4th/5th generation) and the iPhone (3G/3GS). The goal of such an evaluation would be to understand the relative value such users placed on fourteen specific features, some or all of which applied to these products. Seven features related to sending of video over wireless/cellular networks (video features), five features pertained to syncing and automatically downloading and transferring multimedia content between devices (syncing features) and one feature related to organizing photos and videos into albums (the album feature). Users of the iPhone (3G/3GS) were not asked about the video features.   A fourteenth feature (having twice the memory capacity of their device) was included for comparison purposes. Table 1 in Attachment A presents the list of fourteen features.

11.     The data for the independent assessment of relative value was collected through the conduct of four surveys of users of devices in each of the four Apple product segments described above. The surveys included an experiment that asked respondents to provide relative evaluations of the features under consideration. The experiment was shaped by a proven framework for assessing consumer evaluations of multiple features in a product.

Highly Confidential – Attorney's Eyes Only

12.     Questionnaires for the surveys also included questions about respondent usage and frequency of use of the features under study (other than having twice the memory capacity of their device). Users of the iPhone (3G/3GS) were not asked about usage of video features and users of non-cellular enabled devices were not asked about usage of video features involving cellular networks.  Also included were two questions about the time a device used with the syncing features was present at a home or a work location.

13.     This report outlines my research design including details of the sampling frame, the questionnaires, the relative value experiment embedded in them, as well as my findings from an analysis of the data. In assessing the relative value imputed to features, I have relied upon two alternative methods. My findings compare key elements of the two methods and present their outputs for comparison and conclusion.

### 3.  Summary of Conclusions

14.     Of the fourteen features tested, users of the iPhone (4/4S/5) impute the highest value to having twice the memory capacity of their iPhone.  Another feature perceived to provide relatively more value is taking video and transmitting it to another device by text message. Select other video features including (a) using FaceTime to make or receive video calls and (b) taking video and transmitting it to another device by e-mail also provide relatively more value than most other features. Taking video and uploading it to YouTube (through Wi-Fi or cellular networks) is perceived to offer the least value of the fourteen features tested. Tables 2a and 2b present the relative values associated with each of the fourteen features presented to users of the iPhone (4/4S/5).  Table 2c presents

Highly Confidential – Attorney's Eyes Only

measures of fit and correlations that attest to the viability of the underlying relative value estimation models.

15.    Of the fourteen features tested, iPad (2/3/4/mini) users impute the highest value to having twice the memory capacity of their iPad. Another feature perceived to provide relatively more value is using FaceTime to make or receive video calls (over Wi-Fi or cellular networks).

16.    Compared to users of the iPhone (4/4S/5), iPad (2/3/4/mini) users place more value on some of the syncing features. Key features of relatively more value include using iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g., iPhone, iPad/iPad Mini, iPod Touch, or any computer), and using iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g., iPhone, iPad/iPad Mini, iPod Touch or any computer).  Like iPhone (4/4S/5) users, iPad users see little value in using their iPad to take video and upload it to YouTube (over a Wi-Fi or a cellular network).  Tables 3a and 3b present the relative values associated with each of the fourteen features presented to users of the iPad (2/3/4/mini). Table 3c presents measures of fit and correlations that attest to the viability of the underlying relative value estimation models.

17.    Of the fourteen features tested, iPod Touch (4th/5th Gen) users impute the highest value to having twice the memory capacity of their iPod Touch.

18.    In comparison to users of the iPhone (4/4S/5) and the iPad (2/3/4/mini), iPod Touch (4th/5th Gen) users attach more value to the syncing features. Of particular value are the following -

Highly Confidential – Attorney's Eyes Only

    a.  Using  iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g., iPhone, iPad/iPad Mini or iPod Touch),

    b.  Using iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g., iPhone, iPad/iPad Mini, iPod Touch or any computer),

    c.  Using iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g., iPhone, iPad/iPad Mini, iPod Touch or any computer), and

    d.  Using iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g., iPhone, iPad/iPad Mini, iPod Touch or any computer).

19.    As with users of the iPhone (4/4S/5) and the iPad (2/3/4/mini), using FaceTime to make or receive video calls (over Wi-Fi or cellular networks) offers relatively high value to users of the iPod Touch (4th/5th Gen). Like iPhone (4/4S/5) and iPad (2/3/4/mini) users, iPod Touch (4th/5th Gen) users do not see much value in using their iPod Touch to take video and upload to YouTube (over Wi-Fi or cellular networks). Tables 4a and 4b present the relative values associated with each of the fourteen features presented to users of the iPad (2/3/4/mini). Table 4c presents measures of fit and correlations that attest to the viability of the underlying relative value estimation models.

20.    iPhone (3G/3GS) users place more value on  the album feature in comparison to users of the iPhone (4/4S/5), the iPad (2/3/4/mini) or the iPod Touch (4th/5th Gen). They also tend to place significant value on the five syncing features, which are together perceived

to provide more relative value in comparison to the album feature. Tables 5a and 5b present the relative values associated with each of the seven features presented to users of the iPhone (3G/3GS). Table 5c presents measures of fit and correlations that attest to the viability of the underlying relative value estimation models.

21. To summarize,

    a.   The video features offer the most relative value to iPhone (4/4S/5) users.

    b.   iPad (2/3/4/mini) users tend to place equal value on the video and syncing features.

    c.   iPod Touch (4th/5th Gen) users see more value in the syncing features.

    d.   Regardless of device, most users see insignificant value in taking video and uploading it to YouTube.

    e.   Users of the iPhone (3G/3GS) place relatively more value on the syncing features compared to the album feature.

The table below presents estimates of relative value imputed to the video, syncing and album features by each of the four device user segments.

### Table 6: The Relative Value of Features by Device User Segment

| User Segment | Video Features | Syncing Features | Album Feature | Total |
|---|---|---|---|---|
| iPhone (4/4S/5) | 50.6% | 40.9% | 8.5% | 100% |
| iPad (2/3/4/mini) | 46.1% | 45.8% | 8.1% | 100% |
| iPod Touch (4th/5th Gen) | 41.9% | 49.6% | 8.4% | 100% |
| iPhone (3G/3GS) | - | 81.7% | 18.3% | 100% |

Highly Confidential – Attorney's Eyes Only

22.  Users of the iPhone (4/4S/5), the iPad (2/3/4/mini), the iPod Touch (4th/5th Gen) and the iPhone (3G/3GS) strongly associate value with usage. The more one uses a feature, the more he or she is likely to associate higher value with it in comparison to another feature that may not be used as frequently. The table below shows the relationship between feature value and usage for each of the four device segments under study.

**Table 7: The Relationship between Feature Value & Usage**

| User segment | Measure | Video Features | Syncing Features | Album Feature | Correlation of relative value & usage |
|---|---|---|---|---|---|
| iPhone (4/4S/5) | Relative feature value (%) | 50.6 | 40.9 | 8.5 | |
| | % of time features are used very/somewhat frequently | 54 | 36 | 10 | 0.980 |
| iPad (2/3/4/mini) | Relative feature value (%) | 46.1 | 45.8 | 8.1 | |
| | % of time features are used very/somewhat frequently | 41 | 50 | 9 | 0.976 |
| iPod Touch (4th/5th Gen) | Relative feature value (%) | 41.9 | 49.6 | 8.4 | |
| | % of time features are used very/somewhat frequently | 32 | 54 | 14 | 0.912 |
| iPhone (3G/3GS) | Relative feature value (%) | - | 81.7 | 18.3 | |
| | % of time features are used very/somewhat frequently | - | 76.7 | 23.2 | 0.999 |

Highly Confidential – Attorney's Eyes Only

## 4. Research Design & Execution

*Sampling Frame*

23.    In keeping with the goals of the assignment, I determined that the sampling frame was best defined on the basis of those who currently owned and used each of the four Apple device segments under study. If a potential respondent owned multiple models of the same device, he or she was invited to provide responses pertaining only to the model he or she used most frequently. In order to minimize bias that may result from affiliations of interest to the litigation, I further deemed that the following types of respondents would not be included in the sampling frame –

    a.   Those who worked - or who had someone in their family work - as an employee or a paid consultant to Apple Inc., Samsung or a manufacturer that competed with either firm in the market for the device under consideration (e.g. smartphone, tablet, media player),

    b.   Those who worked – or who had someone in their family work – as an employee of or a paid consultant to a market research or consulting company, an advertising agency or any other type of company that was engaged by one or more companies that make or market the devices under consideration,

    c.   Those who had personally participated in market or other types of research of any type about the devices under consideration during the two months preceding the survey, or

    d.   Those who owned an Apple iPhone (4/4S/5), iPhone (3G/3GS), an Apple iPad (2/3/4/mini) or an Apple iPod Touch (4th/5th Gen) but never used it, or used it less than once a year.

Highly Confidential – Attorney's Eyes Only

24.     If a respondent owned multiple Apple devices of interest to the study, he or she was screened for eligibility in the following order –

     a.   Qualifying as an owner and user of an Apple iPhone (3G/3GS),

     b.   Qualifying as an owner and user of an Apple iPod (4th/5th Gen),

     c.   Qualifying as an owner and user of an Apple iPad (2/3/4/mini),

     d.   Qualifying as an owner and user of an Apple iPhone (4/4S/5).

In other words, priority was given to filling segments with lower incidence in the population.

*Sample Sizes*

25.     A review of publicly available data, select data from research surveys commissioned by Apple and preliminary screening data collected as part of the CRA surveys provided the basis for estimating the approximate total number of units in each of the four Apple device segments in use in the U.S. in 2012.

The table on the next page summarizes the estimated number of units in use in the U.S. in 2012 for each of the four Apple device segments under study.

Highly Confidential – Attorney's Eyes Only

*Sampling Panel*

28.     To draw random samples of potential respondents I selected KnowledgePanel, a nationally representative panel of U.S. based consumers owned by GFK, a global research company. I have used GFK and its panels to conduct surveys before and have been pleased with panel representativeness and the level of service provided. KnowledgePanel provides sampling coverage of 97% of the U.S. adult population. Its survey samples are known to match U.S. Census primary demographic benchmarks. Until 2009, KnowledgePanel members were randomly recruited by Random Digit Dialing (RDD) using the telephone; they are now recruited by randomized methods based on direct, address-based mail. Panel households are provided with access to the Internet via hardware if needed. KnowledgePanel surveys are based on a sampling frame which includes both listed and unlisted telephone numbers. The panel is not limited to current Internet users or computer owners. Panelists are recruited by GFK for inclusion in the panel; self-selected volunteers are not accepted. Once a person is recruited to the panel, he or she is contacted primarily by e-mail instead of by phone or postal mail.  This permits surveys to be fielded very quickly and economically. In addition, this approach reduces the burden placed on respondents, since e-mail notifications are less obtrusive than telephone calls. Most respondents also find answering web-based questionnaires to be more interesting and engaging than being questioned by a telephone interviewer. The nature of the surveys under discussion lends itself to online response. KnowledgePanel has been subjected to several independent research studies[3] which have attested to its representativeness and ability to provide accurate information on a large variety of

---

[3]     See http://www.knowledgenetworks.com/ganp/reviewer-info.html, last accessed August 1, 2013.

Highly Confidential – Attorney's Eyes Only

consumer segments in the U.S. Because of its scientific underpinnings, KnowledgePanel has been relied upon by leading foundations, universities, government agencies, non-profit organizations, and prominent businesses for a broad range of surveys associated with economic, health, political, and social studies, as well as for policy and program evaluations[4].

### *Questionnaires*

29.    In keeping with the objectives of the assignment, I drafted questionnaires for each of the four Apple device user segments. Each questionnaire was designed with the following objectives –

    a.  Screen for respondent eligibility as defined by the sampling frame,

    b.  Obtain incidence of use of each of the device features under consideration,

    c.  Obtain a measure of frequency of use of each of the features,

    d.   Obtain a measure of the number of hours in a day devices used for syncing features were present in the users home or place of work, and

    e.  Engage the respondent in an experiment to collect data that would facilitate an estimation of the relative value he or she placed on each of the features under consideration.

---

[4]     For more information on KnowledgePanel, please see
http://www.knowledgenetworks.com/sb/book/GfK-Panel-Book.pdf, last accessed August 1, 2013; also based on communication received from GFK research personnel.

Highly Confidential – Attorney's Eyes Only

30.    I designed the questionnaires in keeping with standards defined in guidelines provided by the Council of American Survey Research Organizations (CASRO), the Marketing Research Association (MRA) and the Reference Guide on Survey Research[5].

31.    I drafted the questionnaires so that the surveys could be conducted in a double blind manner. The questionnaires as drafted do not identify any party that may have any interest in the proceedings or outcomes of the litigation. The questionnaires do not identify me, my employer (CRA International), any of the law firms involved in the litigation nor any other entity as the sponsor of the surveys. Prior to being screened for eligibility, respondents are assured of the fact that any responses they provide will be treated confidentially, and that at no point during the survey or the reporting of its results will they be identified by name, nor will their identity be revealed or shared with any entity. Consent is obtained to this statement of confidentiality before proceeding to the questions that determine eligibility.

32.    In drafting questions that determined eligibility (i.e., questions in the screener section), no information is conveyed that would influence a respondent's decision to participate in the survey one way or the other, or provide any basis for influencing any response to subsequent questions were he or she to be deemed eligible[6].

33.    Questions that seek to ascertain eligibility (as determined by company affiliation, ownership of device, brand and model) present a list of applicable response options

---

[5]      CASRO, Code of standards & ethics for survey research, available at www.casro.org; Marketing Research Association, The code of marketing research standards, available at http://www.mra-net.org/images/documents/expanded_code.pdf; and Seidman-Diamond, Shari, Reference guide on survey research,  in Reference Manual on Scientific Evidence (2011), The National Academies Press, pp 359-424.

[6]      Smith, D.M., et al (2006), Why are you calling me? How study introduction change response patterns, Quality of Life Research, 15, pp 621-630.

Highly Confidential – Attorney's Eyes Only

without specific regard to the sole options that would determine eligibility. The list includes the options that determined eligibility, without offering clues about their relevance to qualifying. The presentation of all options is randomized across respondents, so no option receives any prominence or suffers from a lack of it simply because it was presented first or after others. Such steps further ensure balance and preserve the impartial, double-blinded nature of the surveys.

34.     Questions describing device features in the questionnaires are worded the same way throughout. The wording is self-explanatory.   Wherever possible, respondents are provided with specific response options, such as 'Yes', 'No', or 'Don't Know'. Ensuring consistency in the wording of device features allows for reliable interpretation of responses to questions about their use, as well as the value imputed to them by multiple respondents in the relative value experiment conducted subsequently.

35.     Wherever necessary, I included filters into response options.   Common filters used included –

- o   Redirecting (or skipping) respondents out of questions that did not apply to them, predicated on the answer to a previous response, and

- o   Providing, wherever applicable, an option to respond with a 'Don't Know / Can't Say'.

Filters avoid forcing a respondent to answer questions that may not be relevant to him or her. They also serve to minimize the possibility of a respondent answering a question when he or she may not know enough about it, or the possibility of a respondent

Highly Confidential – Attorney's Eyes Only

providing a response merely by making a guess. Such behaviors tend to reduce the quality of information provided by the full sample of eligible respondents.

36.    Wherever necessary and applicable, the presentation of response options in all the questionnaires was rotated and randomized. Specifically, when a respondent was presented a list of possible response options the order in which the options were presented was different from the order in which the same set of response options was presented to another respondent. The first response option pertaining to any question shown to one respondent would be different from the first response option for the same question shown to another respondent. The order in which response options were presented was also randomized across respondents. There was no predetermined way to say which respondent would see response options pertaining to any question in what order.   Such steps further ensure that all possible response options are presented to respondents in a balanced manner, without attempts (conscious or unintentional) to influence the selection of one response option over another.

37.    When programmed and presented online to a respondent, the questionnaires provided instructions and reminders that further sought to minimize biases or errors in responses. For example, the programmed questionnaire generated warnings or directional messages when a response was not within expected bounds (e.g. numbers that were negative when they should have been zero or positive).

38.    I made sure respondents would clearly understand the device features presented to them before they were asked to provide responses pertaining to their use and value.   Draft versions of the questionnaires including feature wordings were commented upon by potential respondents - as described in the section on 'Pretesting'. An audio/video firm

Highly Confidential – Attorney's Eyes Only

designed an audio/video clip illustrating the use of one of the features that – in my opinion – required more than words to describe clearly. This clip was inserted into every online questionnaire.  Respondents clicked a link that would activate the clip and viewed the feature in action before responding to questions about it subsequently.

Attachment B-1 contains final versions of the four questionnaires taken by iPhone (4/4S/5) users, iPad (2/3/4/mini) users, iPod Touch (4th/5th Gen) users and iPhone (3G/3GS) users.

### *Relative Value Experiment*

39.   A portion of the questionnaire was devoted to conducting an experiment designed for collecting data which would subsequently be used to estimate the relative value of the device features of interest. As indicated in Table 1, a total of fourteen features were deemed to be of interest in this portion of the survey. Seven features related to the transmitting of video over wireless/cellular networks (collectively called video features); five features related to syncing and automatically downloading and transferring multimedia content between multiple devices (syncing features), and one feature related to organizing photos or videos into albums (album feature). A fourteenth feature, i.e. having twice the existing memory capacity of a device, was also included for comparison purposes. Users of the iPhone (4/4S/5), the iPad (2/3/4/mini) and the iPod Touch (4th/5th Gen) were asked about all fourteen features. Users of the iPhone (3G/3GS) were not asked about the video features.

Highly Confidential – Attorney's Eyes Only

40.     The experiment to collect data for estimating the relative value of the features consisted of the following steps –

  a.   Show users of a device a set of four features, drawn randomly from the full set of fourteen features[7],

  b.   Ask users of the device to pick from the set of four the feature that they believed may be of most value to them,

  c.   Ask users of the device to pick from the set of four the feature that they believed may be of least value to them, and

  d.   Ask users of the device to indicate whether all, some, or none of the four features was of any relevance to them.

As the lead-in to the questions of the relative experiment clearly indicates, I did not require a user of a device to also have used each of the features under consideration to be able to provide a response of how valuable a feature may be to him or her. I did not want to equate value with usage arbitrarily; rather, I wanted a clear, unqualified response about what feature in a set of four was deemed to carry the most value and what feature the least value. I did not want to presuppose for the respondent what value meant to him or her. It is possible for a respondent, for example, to value features that were made available only in later models; for instance the ability to use cellular networks when the respondent owned a Wi-Fi only iPad. The desire for iPod Touch (4th/5th Gen) owners to have cellular capabilities is also well known, although the device currently does not have

---

[7]      iPhone (3G/3GS) users were shown sets of 3 features each, drawn randomly from the full set of 7 applicable features

Highly Confidential – Attorney's Eyes Only

the feature. As shown in the results, such features do hold significant value to their device owners.

41.     The task of providing responses in the relative value experiment was made as simple as possible. In essence, a respondent simply reviewed a set of four features presented (as shown in Table 11 below) and made two selections by clicking into two boxes. Studies have shown that such a task presents little or no burden on respondents and usually can be accomplished in a very short time. In a study by Lattery (2011) aimed to measure the efficiency of alternative design choices in MaxDiff experiments respondents took an average of 4.3 seconds to respond to a feature set of 4 features[8].

### Table 11: Respondent Task – Relative Value Experiment

We'd now like to assess how valuable some features on an **iPod Touch** may be to you.

You may or may not have used some features. We are only interested in understanding how valuable the features may be to you.

To do that, we will show you sets of four features each. No two sets of features are the same.

Please take a look at the four features in a set and pick the feature amongst the four that you believe may be of

a.  **Most Value to you, and**

b.  **Least Value to you**

You may press buttons next to each feature to make your choice.  No need to press any more than two buttons *(most and least value)* per set.

| Most Value | | Least Value |
|:---:|---|:---:|
| ● | Use FaceTime to make or receive video-calls when connected to a Wi-Fi network | ● |
| ● | See the number of photos or videos in an album next to the album name | ● |
| ● | Take video and upload it to YouTube when connected to a cellular network | ● |
| ● | Have twice the memory compared to what my iPod Touch currently has | ● |

---

[8]     Lattery, Kevin (2011), Anchoring Maximum Difference Scaling Against A Threshold – Dual Response & Direct Binary Responses, Sawtooth Software Inc.

Highly Confidential – Attorney's Eyes Only

42.   A total of 5,200 unique feature sets each containing 4 features was generated as the bases for the experiments with users of the iPhone (4/4S/5), iPad (2/3/4/mini) and the iPod Touch (4th/5th Gen).For the experiment with iPhone (3G/3GS) users, a total of 1,800 unique feature sets each containing 3 features were generated. Tables12a-12d show details of the design generated for each of the four user segments. The designs control for the number of times a feature is shown, the number of times any pair of features is shown and the number of times any feature appears in the first, second, third and fourth position.

43.   Each user of the iPhone (4/4S/5), the iPad (2/3/4/mini) and the iPod Touch (4th/5th Gen) was exposed to a block of thirteen sets of four features each, drawn randomly from their respective designs. Each user of the iPhone (3G/3GS) was exposed to a block of nine sets of three features each. Controls to ensure equal feature exposure at the level of each individual, in a pair with every other feature as well the frequency with which any feature appears in the first, second, third or fourth position as seen by each individual help structure the experiment in ways that eliminate biases that may unduly favor one or more features while ensuring, at the outset, that any value estimated for a feature with data collected in the experiment is solely attributable to a user's preference for the feature.

44.   As a result of the experiments, a large and randomized response database was available for analysis and estimation of relative valuations of the fourteen device features under study.

Highly Confidential – Attorney's Eyes Only

**Table 13: Device User Segment Sample Sizes & Total Number of Feature Sets Available for Analysis**

| User Segment | iPhone (4/4S/5) | iPad (2/3/4/mini) | iPod Touch (4th/5th Gen) | iPhone (3G/3GS) |
|---|---|---|---|---|
| Sample size | 626 | 594 | 264 | 228 |
| Total number of feature sets available for analysis and estimation | 8,138 | 7,722 | 3,432 | 2,052 |

45.    The design of the relative value experiment was informed by a framework provided by the Method of Maximum Difference (MaxDiff). MaxDiff is a method used by marketing scientists to estimate the relative importance of set of product or service features. First proposed by Professor Jordan Louviere in 1987, the method has since been validated and used widely to assess the relative importance of a number of constructs such as brand preferences, brand images, product features or advertising claims[9]. MaxDiff builds upon the theoretical basis provided by the Method of Paired comparison (MPC) - an older, established approach for eliciting the relative preferences associated with a set of features in a product, first proposed as early as 1860 and subsequently in 1927[10]. Whereas MPC focuses on two features at a time, MaxDiff can accommodate evaluations of larger groups of features. When applied to a set of four features as designed in our experiment,

---

[9]    For a detailed introduction to MaXDiff, please see The MaxDiff System Technical Paper, Version 8, Sawtooth Software Inc., February 2013.

[10]    Thurstone, L. L., (1927), A Law of Comparative Judgment, Psychological Review, 4, 273-286; & Thurstone, L.L. (1959), The Measurement of Values. Chicago: The University of Chicago Press.

Highly Confidential – Attorney's Eyes Only

MaxDiff assumes that users evaluate all possible pairs of features in the set of four and choose the pair that reflects the maximum difference in value.

46.    Consider a set in which a respondent evaluates four features A, B, C & D. If the respondent says A has the most value and D has the least value, these two responses provide information on five of six possible implied paired comparisons, i.e. A>B, A>C, A>D, B>D, C>D, where '>' implies has more value. Showing multiple sets of four features and eliciting similar value preferences provides sufficient data to ascertain individual value comparisons among all features and their pairings. Controlling for the number of feature exposures, the number of feature pairings and the position of feature exposure enables an unbiased assessment of such comparisons.

47.    In several studies, estimates provided by the MaxDiff method have been shown to be more reliable and free from common biases associated with alternative methods[11]. One common alternative is to have users rate each of the features of interest on a scale (say a scale of 1-10, where 1 represented least value and 10 represented most value). A critical problem with this approach is that respondents vary in how much of the scale they use for providing responses. Some respondents tend to use the top third of the scale (typically 8-10), some favor the bottom third (1-3) and some tend to stay in the middle. It is also not possible to infer whether there is any inherent association between the value imputed to one feature and to another that should be assessed and accounted for before any relative value is imputed to each feature. In other words, the extent to which respondents actually discriminate between the features shown is unclear. Another alternative is to have users

---

[11]    As an example, please see Cohen, Steven H. (2003), Maximum Difference Scaling: Improved Measures of Importance & Preference for Segmentation, Sawtooth Software Inc., 2003.

Highly Confidential – Attorney's Eyes Only

simply rank the features of interest (say ask that users simply give a rank of 1 to the feature of most value and a rank of 14 to the feature of least value). As may be obvious, ranking does not capture the strength of value for any feature, nor does it allow for any assessment of whether or how the value for a feature is related to the stated value of another. A third alternative is to ask respondents to allocate a constant sum (such as 100 points) across the fourteen features. Experience using such scales indicates that when the number of features is large (say more than 7), respondents tend not evaluate each and every feature with the attention required; but instead focus only on a few features that are strongly preferred, allocating more points to them, while simply distributing whatever points remain to the rest without any discrimination. In addition, using the full set of fourteen features in a single exposure does not allow for any randomization among the features, restricting the researcher's ability to capture any inherent variance in feature evaluations as may exist at the level of an individual respondent. This limitation also applies equally to the rating and the ranking scale methods.

48.   In comparison to its alternatives, the MaxDiff method has desirable properties. It forces respondents to focus on a small sized subset of the features, enabling inherently better evaluations. It eliminates any scale use bias as may be associated with the rating scale method in that there is no scale needed to elicit responses. It is able to measure the strength of value for a feature in comparison with one or more other features. Since a respondent is explicitly comparing one feature to another a number of times, we can be assured of the fact that he or she is applying reasonable discrimination to make relative value judgments among the features. In other words, the MaxDiff method allows one to infer that feature A is three times more valuable than feature D, and feature B is six times

Highly Confidential – Attorney's Eyes Only

more valuable than feature C. Thus, if one knows from some other source that users value feature A at $1.00, one can reasonably conclude that users value feature D at $0.33. By ensuring in the design that a feature is presented with another an equal number of times the method also allows for assessing comparability of the resulting value estimates. All value estimates are effectively available on the same implicit scale.

49.    An important part of the experiment as designed involves having respondents review each set of four features and provide a response indicating whether all, some, or none of the four features were of any relevance to them.  While not a necessary requirement for the design of a typical MaxDiff experiment, it is an important element of the experiment under discussion. It should be apparent even to a casual user of a smart phone, a tablet or a digital media device that the fourteen features under consideration are but a small set of features available on such devices.  Also that at least some of the fourteen features under consideration are relatively less used than features such as calling, web-browsing, texting, e-mailing and such. It is also not inconceivable to presume that some respondents may or may not be aware (or know how to use) some of the fourteen features under consideration. Some users may simply not care for some of the features. As such, it is only reasonable to design an experiment where each respondent has an opportunity to tell us whether a set of features he or she evaluates has any relevance to him or her. Rather than forcing relative evaluations of features regardless of relevance, the experiment as designed explicitly factors relevance into value assessments provided by any respondent. Final estimates of relative value reported give due consideration to relevance, thereby enabling more realistic and reliable assessments.

Highly Confidential – Attorney's Eyes Only

*Pretesting*

50.     Pretesting of questionnaires is standard practice to ensure that the language, type and flow of questions respondents see are clear, unambiguous and relevant. This is especially important in surveys that involve features that may represent relatively complex and somewhat technical operations such as video transmission, digital media uploading and syncing of multiple devices such as smartphones, tablets and digital media devices. I asked questions in the pretests to elicit comments on the relative complexity of the questionnaire, so as to make any appropriate respondent-friendly modifications before the final questionnaires were fielded.

51.     Draft versions of the four questionnaires were pretested with a total of forty-four respondents. All but one respondent qualified to take the draft questionnaire based on responses to questions in the screener as shown in the final questionnaires attached to this report as Attachment B[12]. All four draft questionnaires included a relative value experiment designed under the MaxDiff framework.  As in a typical MaxDiff experiment, the draft questionnaires used in the pretest did not contain questions seeking to elicit respondent evaluation of importance or relevance of features in a feature set. The pre-test sought open-ended responses that spoke to the clarity and relevance of the features under consideration.

52.     At the end of each draft questionnaire, I included questions designed to elicit respondent feedback for improving subsequent versions of the questionnaires.  Respondents were specifically given the opportunity to provide open-ended, written comments about what

---

[12]     The one respondent whose did not qualify passed the screener, but later indicated in open ended comments that a relative owned her iPhone and used it frequently

Highly Confidential – Attorney's Eyes Only

was not clear, what was not relevant, what was hard to respond to, and offer suggestions to improve the questionnaires to their liking.

53. Pretest respondents did not experience any notable issues that may have hindered their ability to provide responses to questions prior to those in the relative value experiment. Through written comments some respondents, however, suggested that not all features shown in the questionnaire (and subsequently in the relative value experiment) were of relevance to them. A few respondents did not use iTunes, iCloud or the syncing / streaming features associated with them. A few had no experience taking video and sharing it via text or email, or by uploading it to YouTube; and a few were unfamiliar with FaceTime, syncing devices or sharing music or video. As such, a few respondents found the relative value experiment to be a bit technical and less than relevant. As a result, four out of the 44 pretesting respondents opted to drop out of the relative value experiments. Table 14 shows a summation of all open-ended responses provided by pretest respondents who wrote in comments about what was not clear or not relevant when requested, grouped by topic.

54. As a result of the pretest, relative value experiments as presented in the draft questionnaires were modified. A new question was added after exposure to every feature set. This question explicitly asked respondents whether the features they were shown was of any relevance to them. Specifically, each exposure to a set of four features was followed by a question worded as below -

"Considering the four features you just evaluated, would you say

|   |   |
|---|---|
| All the features in this set are relevant to me | O |
| Some of the features in this set are relevant to me | O |
| None of the features in this set is relevant to me | O" |

Highly Confidential – Attorney's Eyes Only

*The Importance of Measuring Feature Relevance*

55.     The MaxDiff methodology recognizes the existence of situations where not all respondents will be equally familiar with features they are asked to evaluate. In fact in an experiment such as the one described in this report, it is very possible that for a number of reasons such as lack of awareness of a feature, lack of use, lack of knowing how to use, or the fact that the features under evaluation are relatively less ubiquitous in comparison to other more common features (such as e-mailing, web browsing, texting or calling), not all respondents would find all features shown to be of equal relevance to them. As such, the methodology to estimate the relative value of any feature can be modified to specifically capture respondent elicitation of feature relevance. The modified methodology ensures that elicitation of respondent relevance is explicitly factored for in the resulting estimations. Feature evaluations in a feature set where no features are deemed to be relevant receive no weight in the final estimation compared to sets with some features of relevance. Sets that contain features all of which are deemed relevant receive the highest weight in the final estimation. Within a respondent (and when aggregated across respondents), the relative value estimates of a feature reflect the number of times it was shown in a set deemed to have no, some or all features of relevance. A feature that consistently appears in sets deemed to have features of no relevance is likely to have a lower estimated relative value than another which consistently appears in sets deemed to have some or all features of relevance. Specific weights given to features vary by individual and across his or her sample. Such weights, of course, are one of the two main inputs into determining feature value – the other key

Highly Confidential – Attorney's Eyes Only

input being the actual comparison among four (or three) features in a set, resulting in the choice of the features with the most (and the least) value.

56.   Adding the question about feature relevance recognizes respondent desire to participate in and make meaningful contributions to the relative value experiment. By virtue of the fact that relevance is explicitly taken into account in the evaluation of relative estimates, the addition of the question also serves to make the resulting estimates more realistic and accurate than otherwise. As evidenced in data shown in Table 15 representing the final sample, 91% of sets evaluated by a total of 626 iPhone 4/4S/5 users were deemed to contain some or all features that were relevant. Similarly, 94% of sets evaluated by 594 iPad (2/3/4/mini) users, 88% of sets evaluated by 264 iPod Touch (4th/5th Gen), and 92% of sets evaluated by 228 iPhone (3G/3GS) users were deemed to contain some or all features that were relevant.

57.   In a study of consumer preferences for mobile retail store attributes conducted by Lattery (2011), 163 respondents saw a total of 2,445 feature sets, each containing 4 features. Ninety four (94%) of the sets evaluated were deemed to contain some or all features that were important. Twenty-two (22%) percent of the sets shown were indicated to contain features all of which were important[13]. Considering the fact that the experiment described in this report dealt with relatively more complex features, involved considerably more numbers of sets being evaluated by larger, diverse samples, it is reassuring to note that the % of sets deemed to contain features all of which were relevant was slightly higher, i.e. 38% (iPhone 3G/3GS), 26% (iPhone 44/S/5), 28% (iPad 2/3/4/mini), 23% (iPod Touch 4th/5th Gen) compared to 22% in the Lattery experiment.

---

[13]   Lattery, Kevin (2011), Anchoring Maximum Difference Scaling Against a Threshold – Dual Response & Direct Binary Responses, Sawtooth Software, Inc.

Highly Confidential – Attorney's Eyes Only

58.   In an empirical experiment conducted in two phases by Orme (2009) involving features offered by fast food, drive-through restaurants, a total of  (a) 1,332 sets, and (b) 2,025 sets - each containing 4 distinct sets of features - were tested with an additional question asking for whether respondents believed all, some or no features in a set were important. All features used in cell (b) were known to be of more importance to restaurant customers than features in cell (a) based on previous research using all features.  The total sample size of respondents was n=224 for cell (a) and n=225 for cell (b). In cell (a) 89% of sets were deemed by customers to contain some or all features that were important. In cell (b) - the cell with the more important features to begin with - 97% of sets were deemed to contain some or all features that were important[14].

59.   Considering the facts that the experiment described in this report dealt with relatively more complex, technology features; was based on larger sample sizes with not insignificant variability, and contained 2-4 times the number of sets in comparison, relevance estimates of 88%-94% are indicative of good quality data from which reliable estimates of relative value are possible. Another measure of quality is statistical significance: as the results show, except for two features, value estimates for all other features were statistically significant across all four device segments, as estimated by two modeling methods. Respondents participating in the relative value experiments in the finalized questionnaires were using all information provided in making decisions of relative value.

---

[14]   Orme, Bryan (2009), Using Calibration Questions to Obtain Absolute Scaling in MaxDiff, SKIM/Sawtooth Software European Conference, Prague, Czech Republic.

Highly Confidential – Attorney's Eyes Only

### *Survey Execution*

60.    Screeners for all four questionnaires were combined to simplify the recruiting process. Screening criteria for each of the four device segments were not altered in the process. A total of 36,536 e-mail invitations were sent out to panelists on the KnowledgePanel database. A copy of the e-mail invitation is attached as Attachment B-2. The only criterion for selecting a panelist who received the invitation was that he or she should be 13 years or older. Whether a respondent qualified to take the survey was determined by responses to questions in the screener.

61.    A total of 2,374 respondents passed the screener. Some respondents owned and used multiple Apple devices and qualified to answer more than one of the four questionnaires. Such respondents were first assigned to complete the iPhone (3G/3GS) or the iPod Touch (4th/5th Gen) questionnaires, in that order, if applicable. This was necessary due to the fact that of the four types of users these segments were smaller in terms of their sizes in the population, and also likely to be underrepresented in GFK's KnowledgePanel. Respondents who qualified and were assigned to take a questionnaire for one device were not allowed to respond to another questionnaire about another Apple device.

62.    Data collection for the surveys commenced on July 9, 2013 and ended July 23rd, 2013.

63.    GFK adhered to their standard practice for compensating respondents for their participation.[15]

---

[15]    Participants receive points in a program that is analogous to a "frequent flyer" card, in that respondents are credited with points in proportion to their regular participation in surveys.  Panelists receive cash-equivalent checks approximately every four to six months in amounts reflecting their panel participation level, commonly $2 to $6 per month. Respondents who completed the full main survey interview were also entered into the GfK monthly sweepstakes program. Respondents participate in a maximum of 4 surveys per month.

Highly Confidential – Attorney's Eyes Only

64.     A total of 2,173 respondents, i.e. 92% of those who passed the screener, completed the questionnaires. The table below shows segment level questionnaire completion rates.

**Table 16: Questionnaire Completion Rates**

|  | iPhone (4/4S/5) | iPad (2/3/4/mini) | iPod Touch (4th/5th Gen) | iPhone (3G/3GS) | Total |
|---|---|---|---|---|---|
| **Passed Screener** | 864 | 842 | 347 | 321 | 2,374 |
| **Completed Questionnaire** | 780 | 768 | 321 | 304 | 2,173 |
| **Completion Rate** | 90% | 91% | 93% | 95% | 92% |

65.     Median time taken to complete questionnaires by user segment is as below –

**Table 17: Median Duration (in Minutes) of Completed Questionnaires**

| User Segment | Median Time for Questionnaire Completion (in minutes) |
|---|---|
| iPhone (4/4S/5) users | 16 |
| iPad (2/3/4/mini) users | 16 |
| iPod Touch (4th/5th Gen) users | 14.5 |
| iPhone (3G/3GS) users | 11 |

66.     To ensure quality in the data available for analysis, the following types of respondents who had completed the questionnaires were removed from the final data sets -

    a.  Those who completed their questionnaire in a very short time, viz. those were among the top 5% in terms of questionnaire completion time within their device segment,

Highly Confidential – Attorney's Eyes Only

    b. Those who had missing data in response to any of the questions that asked for whether a respondent used any of the thirteen features[16], and

    c. Those who could not view the audio/video clip illustrating the working of the feature used to see the number of photos or videos in a photo or video album.

A total of 461 respondents who had completed the survey were dropped due to the reasons above. Such steps ensure the use of good quality data, and increase confidence in the outputs of models that subsequently provide estimates of relative value of the features under study.

### 5. Results: The Relative Value of Fourteen Features

*Method*

67.    Several alternative methods exist to take data collected in the relative value experiment as described and provide reliable estimates of relative value for each of the fourteen features at the level of a user, as well as the full sample of users. Such methods include the simple, yet robust, method where one simply counts the number of times a feature was deemed to be of most value (and least value). Aggregating such counts across the full sample provides a simple, working measure of the relative value of each feature. The accuracy of this method, of course, depends on the fact that each feature is shown an equal number of times to the sample. Other methods include the Hierarchical Bayes (HB) model and the Logit model. These methods have the desirable property of stemming from proven, theoretical models of how consumers choose between a number of competing

---

[16] An iPhone (4/4S/5), iPad (2/3/4/mini) and iPod Touch (4th/5[th] Gen) user had to know whether he or she used or did not use any of the thirteen features (not including memory capacity doubling) under study in their respective questionnaires. An iPhone (3G/3GS) user had to know whether he or she used or did not use any of the six features (not including memory capacity doubling) under study in their questionnaire.

Highly Confidential – Attorney's Eyes Only

features and collections of competing alternatives that may be presented as product configurations[17].

68.     A key difference between the HB model of estimation and the Logit model is the fact that the HB model is formulated at the individual respondent level, whereas the Logit model is designed to estimate an aggregate, total-sample level model. The HB model is likely to be more sensitive to differences in the relative valuations assessed by individual respondents. If a sample is large and heterogeneous, i.e. composed of segments of individuals with distinctly different patterns of how they value the set of fourteen features, it is possible that the HB model will provide a better representation of relative value at the total sample level, since it develops estimates of relative value at the level of an individual, with known information about how the sample responded in total as well. It is possible to aggregate individual level relative value estimates provided by the HB model and compare them to the estimates provided by the Logit model, which treats the sample as intrinsically homogeneous and provides a model estimated at the aggregate level.

69.     The relative value of each of the fourteen features of interest to our experiment were estimated using each of the three alternative estimation methods, viz. counting the number of times any feature was deemed to be of most (and least) value, the HB model and the Logit model. Congruency between results from each of the three estimation methods is not necessary, but is certainly a good measure of the reliability of the reported

---

[17]     For a detailed description of the HB, Logit and the Latent Class models used for MaxDiff feature estimates, please see see (1)  Allenby, Greg M. & Peter E. Rossi (2003), Perspectives Based on 10 Years of HB in Marketing Research, Research Paper Series, Sawtooth Software, Inc., (2) Gensch, Dennis H. and Wilfred W. Recker (1979), "The Multinomial, Multi-attribute Logit Choice Model," Journal of Marketing Research, 16 (February), 124-32., and (3) Magidson, Jay & Jerome K. Vermunt (2002), Latent Class Models, Statistical Innovations, available at http://www.statisticalinnovations.com/articles/lcmodels.pdf, last accessed August 1, 2013.

Highly Confidential – Attorney's Eyes Only

estimates[18]. The quality of the results can also be gauged by how good a fit the estimates collectively represent when compared to the 'true' valuation model (or a set of intrinsic rules) that respondents are actually using in providing relative valuations. Goodness of fit of the estimated HB model is presented by a standard HB model fit statistic. This statistic allows one to judge the fitness of the HB model in terms of how better its estimates are when compared to the case where no model is used and respondents simply make value judgments randomly. Goodness of fit measures of the aggregate Logit model are based on measures that assess how its estimates are representing an underlying valuation process compared to when there is no process being used, i.e. to the 'null' case. A commonly used measure - the 'chi squared' statistic - is shown for every estimated Logit model. For a total of fourteen feature estimates, a 'chi-squared' statistic greater than 31.319 is sufficient to indicate a significant fit with a confidence of over 95%. For a total of seven feature estimates, a 'chi-squared' statistic greater than 20.27 is sufficient for similar confidence in assessing goodness of fit. The AIC criterion shown is a measure of the information lost due to fitting a model to the data representing 'true' respondent behavior. Usually a significant 'chi-squared' statistic (and a positive difference between the null and the fitted model as represented by their respective log-likelihood estimates, also reported in the results) is associated with relatively low possible losses in the underlying information.

---

[18]     A review of the relative value estimates provided by the HB model and the aggregate Logit model for each of the four device user segments indicates differences in absolute magnitude of the estimates, but considerable commonality in pattern and direction. At an aggregate level, there is a significantly high correlation between estimates provided by both models.  A segmentation analysis of individual level relative value estimates from the HB model clearly indicates the presence of distinct user segments, which typically differ in terms of their preference for the video, syncing and album features  under study.

Highly Confidential – Attorney's Eyes Only

70.     Determining the significance of a value estimate (derived by the HB or the Logit model) in driving relative evaluations of a set of features is made possible by comparing the magnitude of the estimate to that of an 'anchor' feature, whose value estimate is set at 100. Value estimates over 100 are indicative of significance; higher values implying more significance in driving relative evaluations. Value estimates below 100 are not significant. For example, every relative value model (for iPhone 4/4S/5, iPad 2/3/4/mini and iPod Touch 4th/5th Gen users) estimated on their respective data sets using the Logit method indicates a lack of significance of two features, viz. taking video and uploading it to YouTube (using Wi-Fi or cellular networks). This lack of significance is corroborated by the fact these same features were picked by users most of the time as offering the least value, much more so than they were picked as offering the most value. The corresponding value estimates for the same two features using the HB model are the lowest of all features, for every user segment. As a result, in this report calculations of relative value at an aggregate level (such as for video features or syncing features collectively) do not include the non-significant estimates associated with these two features. All such calculations are based on relative value estimates of all other features, which are statistically significant as reported by results from both the HB and Logit models.

*Conclusions: iPhone (4/4S/5) - Relative Feature Evaluations*

71.     Of the fourteen features tested, users of the iPhone (4/4S/5) impute the highest value to having twice the memory capacity of their iPhone. Another feature perceived to provide relatively more value is taking video and transmitting it to another device by text message. Select other video features including (a) using FaceTime to make or receive

Highly Confidential – Attorney's Eyes Only

video calls and (b) taking video and transmitting it to another device by e-mail also provide relatively more value than most other features. Taking video and uploading it to YouTube (through Wi-Fi or cellular networks) is perceived to offer the least value of the fourteen features tested. Tables 2a and 2b present the relative values associated with each of the fourteen features presented to users of the iPhone (4/4S/5). Table 2c presents measures of fit and correlations that attest to the viability of the underlying relative value estimation models.

72.    Collectively, the video features offer more relative value to users of the iPhone (4/4S/5) when compared to the syncing features and the album feature.

73.    A key result is the fact that iPhone (4/4S/5) users implicitly associate value with usage. Fifty-nine percent (59%) of iPhone (4/4S/5) users use the video features, representing 55% of uses across all the features under consideration (other than having twice the memory capacity of their device). In comparison, 50% of iPhone (4/4S/5) users use the syncing features, representing 36% of uses of across the same thirteen features. As such, iPhone (4/4S/5) users impute relatively more value to its video features. Table 2e provides evidence of a strong correlation between the use of video, syncing or album features and their perceived relative value to iPhone (4/4S/5) users.

*Conclusions: iPad Relative Feature Evaluations*

74.    Of the fourteen features tested, iPad (2/3/4/mini) users impute the highest value to having twice the memory capacity of their iPad. Another feature perceived to provide relatively more value is using FaceTime to make or receive video calls (over Wi-Fi or cellular networks).

Highly Confidential – Attorney's Eyes Only

75.    Compared to iPhone users, iPad (2/3/4/mini) users place more value on some of the syncing features. Key features of relatively more value include using iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g., iPhone, iPad/iPad Mini, iPod Touch, or any computer), and using iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g., iPhone, iPad/iPad Mini, iPod Touch or any computer). Like iPhone users, however, iPad (2/3/4/mini) users see little value in using their iPad to take video and upload it to YouTube (over a Wi-Fi or a cellular network).

76.    Tables 3a and 3b present relative value estimates for each of the fourteen features as evaluated by iPad (2/3/4/mini) users. Results are reported through the use of three alternative estimation methods. Table 3c provides a measure of correlation between the results obtained through the three alternative estimation methods. As can be inferred, there is considerable consistency among the results reported by each of the three methods, attesting to the overall reliability of the reported relative value estimates.

77.    Like iPhone (4/4S/5) users, iPad (2/3/4/mini) users implicitly associate value with usage. Fifty-five percent (55%) of iPad (2/3/4/mini) users use the syncing features, representing 57% of uses of features across all  features under consideration (other than having twice the memory capacity of their device). In comparison, 49% of iPad (2/3/4/mini) users use the video features, representing 35% of uses across the same thirteen features. Fourteen percent (14%) of iPad (2/3/4/mini) users use the album feature, representing 7% of uses across all thirteen features. As such, iPad (2/3/4/mini) users impute approximately similar relative value to both the video and the syncing features, but much more so than to the

Highly Confidential – Attorney's Eyes Only

album feature. Table 3e provides evidence of a strong correlation between the value of video, syncing and album features to iPad (2/3/4/mini) users and their frequency of use.

*Conclusions: iPod Touch (4th/5th Gen) - Relative Feature Evaluations*

78.   Of the fourteen features tested, iPod Touch (4th/5th Gen) users impute the highest value to having twice the memory capacity of their iPod Touch.

79.   In comparison to iPhone (4/4S/5) and iPad (2/3/4/mini) users, iPod Touch (4th/5th Gen) users believe the syncing features offer more value. Of particular value are the following-

   a.   Using  iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g., iPhone, iPad/iPad Mini or iPod Touch),

   b.   Using iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g., iPhone, iPad/iPad Mini, iPod Touch or any computer),

   c.   Using iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g., iPhone, iPad/iPad Mini, iPod Touch or any computer), and

   d.   Using iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g., iPhone, iPad/iPad Mini, iPod Touch or any computer).

80.   As with users of the iPhone (4/4S/5) and the iPad (2/3/4/mini), using FaceTime to make or receive video calls (over Wi-Fi or cellular networks) offers relatively high value to users of the iPod Touch (4th/5th Gen). Like iPhone (4/4S/5) and iPad (2/3/4/mini) users,

Highly Confidential – Attorney's Eyes Only

iPod Touch (4th/5th Gen) users do not see much value in using their iPod Touch to take videos and upload to YouTube (over Wi-Fi or cellular networks).

81.   Tables 4a and 4b present relative value estimates for each of the fourteen features as evaluated by iPod Touch ($4^{th}/5^{th}$ Gen) users. Results are reported through the use of three alternative estimation methods. Table 4c provides a measure of correlation between the results obtained through the three alternative estimation methods. As can be inferred, there is considerable consistency among the results reported by each of the three methods, attesting to the overall reliability of the reported relative value estimates.

82.   Cumulatively, iPod Touch ($4^{th}/5^{th}$ Gen) users impute relatively more value to the syncing features than to the video features or the album feature.

83.   Like users of the iPhone (4/4S/5) and the iPad (2/3/4/mini), iPod Touch (4th/5th Gen) users implicitly associate value with usage. Sixty-three percent (63%) of iPod Touch (4th/5th Gen) users use the syncing features, representing 59% of uses of features across all three feature types. In comparison, 43% of iPod Touch (4th/5th Gen) users use the video features, representing 29% of uses of features across all features under consideration (other than having twice the memory capacity of their device). While 27% of iPod Touch (4th/5th Gen) users use the album feature, it represents 12% of feature use. As such, iPod Touch (4th/5th Gen) users impute the most value to syncing, and the least value to the album feature. Table 4e provides evidence of a correlation between the use of video, syncing and album features and their perceived relative value to iPod Touch (4th/5th Gen) users.

Highly Confidential – Attorney's Eyes Only

*Conclusions: iPhone (3G/3GS) Relative Feature Evaluations*

84.     On a per feature basis, iPhone (3G/3GS) users perceive the photo album feature to offer slightly more value than any of the features related to syncing.

85.     Each of the syncing features is significant in driving value assessments of iPhone (3G/3GS) users. Cumulatively, the five syncing features offer more value to such users than the one album feature. Tables 5a and 5b present the relative values associated with each of the seven features presented to users of the iPhone (3G/3GS). Table 5c presents measures of fit and correlations that attest to the viability of the underlying value models.

86.     Like users of the iPhone (4/4S/5), the iPad (2/3/4/mini) and the iPod Touch (4th/5th Gen), iPhone (3G/3GS) users implicitly associate usage with value. Thirty-four percent (34%) of iPhone (3G/3GS) users use one or more of the syncing features. This represents approximately 80% of feature use across the total of six features (five syncing features and one album feature). In comparison, the single album feature is used by approximately 15% of iPhone (3G/3GS) users, representing ~20% of feature use across the two types of features. As such the relative value imputed to syncing features is four times that of the album feature.

*Device Feature Usage Data and Syncing Device: Hours at Home & Work Data*

87.     Attachment E to this report shows the rate of usage of each of the 13 features, for each device user segment.  Attachment F to this report shows the proportion of users of each device who have an iPhone, an iPad or an iPod Touch used with the syncing features present at the place they either live or work, for a range of hours. Also shown are proportions broken by the sum of hours the same devices used with the syncing features are present at the place they live or where they work.

Highly Confidential – Attorney's Eyes Only

Rao Expert Report

Attachment A

Tables

August 12, 2013

# List of Fourteen Features Tested

## *Video Features*

**Use FaceTime to make or receive video-calls over a Wi-Fi connection**

**Use FaceTime to make or receive video-calls over a cellular connection**

**Take video and transmit it to another device by e-mail over a Wi-Fi connection**

**Take video and transmit it to another device by e-mail over a cellular connection**

**Take video and transmit it to another device by text message**

**Take video and upload it to YouTube over a cellular connection**

**Take video and upload it to YouTube over a Wi-Fi connection**

## *Syncing Features*

**Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g. iPhone, iPad/iPad Mini, iPod Touch or any computer)**

**Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g. iPhone, iPad/iPad Mini, iPod Touch, or any computer)**

**Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g. iPhone, iPad/iPad Mini, iPod Touch or any computer)**

**Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g. iPhone, iPad/iPad Mini, iPod Touch or any computer)**

**Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch)**

## *Album Feature*

**See the number of photos or videos in an album next to the album name in the Photos application**

## *Comparator Feature*

**Have twice the memory capacity compared to what my iPhone currently has**

*Table 1*

# iPhone (4/4S/5) : Relative Value of Features - Count Method

| Feature | % of times chosen to have 'Most Value' | % of times chosen to have 'Least Value' | Difference |
|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 33% | 22% | 11% |
| Use FaceTime to make or receive video-calls over a cellular connection | 33% | 23% | 10% |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 28% | 14% | 14% |
| Take video and transmit it to another device by e-mail over a cellular connection | 28% | 17% | 11% |
| Take video and transmit it to another device by text message | 35% | 13% | 23% |
| Take video and upload it to YouTube over a cellular connection | 7% | 53% | -46% |
| Take video and upload it to YouTube over a Wi-Fi connection | 8% | 51% | -44% |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 20% | 25% | -5% |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 25% | 22% | 2% |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 21% | 26% | -5% |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 15% | 29% | -14% |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 24% | 23% | 1% |
| See the number of photos or videos in an album next to the album name in the Photos application | 24% | 23% | 1% |
| Have twice the memory capacity compared to what my iPhone currently has | 47% | 10% | 37% |

*Table 2a*

# iPhone (4/4S/5) : Relative Value of Features - HB & Logit Modeling Methods

| Feature | Relative Value Score (HB) | Relative Value Score (Logit) |
|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 225.39 | 174.97 |
| Use FaceTime to make or receive video-calls over a cellular connection | 224.42 | 172.14 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 230.73 | 180.50 |
| Take video and transmit it to another device by e-mail over a cellular connection | 220.06 | 174.74 |
| Take video and transmit it to another device by text message | 250.43 | 205.91 |
| Take video and upload it to YouTube over a cellular connection | 109.53 | 68.82 * |
| Take video and upload it to YouTube over a Wi-Fi connection | 114.04 | 71.23* |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 187.49 | 137.82 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 199.97 | 154.43 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 183.21 | 137.71 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 163.72 | 116.84 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 196.96 | 150.82 |
| See the number of photos or videos in an album next to the album name in the Photos application | 192.70 | 150.49 |
| Have twice the memory capacity compared to what my iPhone currently has | 276.15 | 241.32 |
| Anchor | 100.00 | 100.00 |

* Not significant

*Table 2b*

# Reliability of Relative Value Estimates
## *Correlations of value estimates from any two methods*

**Segment : iPhone (4/4S/5) users**

|  | *Count Method* | *HB Model* | *Logit Model* |
|---|---|---|---|
| *Count Method* | 1.000 | 0.974 | 0.980 |
| *HB Model* | 0.974 | 1.000 | 0.995 |
| *Logit Model* | 0.980 | 0.995 | 1.000 |

- **The HB Model fit for data provided was 0.468. This is 87% better than if respondents were simply making value selections by random choice.**

- **The Logit Model fit for data provided was significant as assessed by chi-sq statistic (4184.06), AIC (54790.54), and the difference in log likelihood estimates between a null model and the estimated model (Difference = 2092.03)**

*Table 2c*

## Relative Value of Feature Types – iPhone (4/4S/5 Users)

| Feature Type | Relative Value (HB Method) | Relative Value (Logit Method) |
|---|---|---|
| Video Features | 50.6% | 51.7% |
| Syncing Features | 40.9% | 39.7% |
| Album Feature | 8.5% | 8.6% |
| Total | 100% | 100% |

*Table 2d*

## Usage & Value
## iPhone (4/4S/5) Users

| Usage Measure | Video Features | Syncing Features | Album Feature | Correlation of usage measure with value |
|---|---|---|---|---|
| % of iPhone (4/4S/5) users who use features | 59 | 50 | 23 | 0.999 |
| % of use across video, syncing & album features | 55 | 36 | 9 | 0.979 |
| % of time features are used very / somewhat frequently | 54 | 36 | 10 | 0.980 |
| Relative value (%) | 50.6 | 40.9 | 8.5 | |

*Table 2e*

# iPad (2/3/4/mini) : Relative Value of Features - Count Method

| Feature | % of times chosen to have 'Most Value' | % of times chosen to have 'Least Value' | Difference |
|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 38.6% | 21.2% | 17.4% |
| Use FaceTime to make or receive video-calls over a cellular connection | 32.6% | 25.3% | 7.2% |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 28.1% | 15.4% | 12.7% |
| Take video and transmit it to another device by e-mail over a cellular connection | 21.3% | 21.1% | 0.2% |
| Take video and transmit it to another device by text message | 20.9% | 21.4% | -0.5% |
| Take video and upload it to YouTube over a cellular connection | 4.1% | 58.5% | -54.4% |
| Take video and upload it to YouTube over a Wi-Fi connection | 7.4% | 51.9% | -44.5% |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 25.7% | 20.4% | 5.3% |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 28.1% | 15.9% | 12.2% |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 22.0% | 22.8% | -0.8% |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 21.3% | 25.1% | -3.8% |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 27.9% | 18.4% | 9.5% |
| See the number of photos or videos in an album next to the album name in the Photos application | 22.2% | 25.8% | -3.6% |
| Have twice the memory capacity compared to what my iPad currently has | 48.5% | 10.0% | 38.5% |

*Table 3a*

# iPad (2/3/4/mini) : Relative Value of Features - HB & Logit Modeling Methods

| Feature | Relative Value Score (HB) | Relative Value Score (Logit) |
|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 247.46 | 202.62 |
| Use FaceTime to make or receive video-calls over a cellular connection | 221.90 | 175.09 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 232.21 | 191.98 |
| Take video and transmit it to another device by e-mail over a cellular connection | 194.91 | 158.97 |
| Take video and transmit it to another device by text message | 200.57 | 159.17 |
| Take video and upload it to YouTube over a cellular connection | 106.95 | 64.76* |
| Take video and upload it to YouTube over a Wi-Fi connection | 124.44 | 79.11* |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 221.98 | 173.66 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 234.92 | 189.98 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 204.20 | 158.04 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 197.32 | 151.08 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 230.18 | 183.96 |
| See the number of photos or videos in an album next to the album name in the Photos application | 192.10 | 149.74 |
| Have twice the memory capacity compared to what my iPhone currently has | 280.54 | 256.69 |
| Anchor | 100.00 | 100.00 |

* Not significant

*Table 3b*

# Reliability of Relative Value Estimates
## *Correlations of value estimates from any two methods*

**Segment : iPad (2/3/4/mini) users**

|  | *Count Method* | *HB Model* | *Logit Model* |
|---|---|---|---|
| *Count Method* | **1.000** | **0.959** | **0.968** |
| *HB Model* | **0.959** | **1.000** | **0.992** |
| *Logit Model* | **0.968** | **0.992** | **1.000** |

- The HB Model fit for data provided was 0.473.  This is 89% better than if respondents were simply making value selections by random choice.

- The Logit Model fit for data provided was significant as assessed by chi-sq statistic (4424.80), AIC (51643.01), and the difference in log likelihood estimates between a null model and the estimated model (Difference = 2212.40)

*Table 3c*

## Relative Value of Feature Types – iPad (2/3/4/mini) Users

| Feature Type | Relative Value (HB Method) | Relative Value (Logit Method) |
|---|---|---|
| Video Features | 46.1% | 46.9% |
| Syncing Features | 45.8% | 45.2% |
| Album Feature | 8.1% | 7.9% |
| Total | 100% | 100% |

*Table 3d*

## Usage & Value
## iPad (2/3/4/mini) Users

| Usage Measure | Video Features | Syncing Features | Album Feature | Correlation of usage measure with value |
|---|---|---|---|---|
| % of iPad users who use features | 49 | 55 | 14 | 0.989 |
| % of use across video, syncing and album features | 35.4 | 57.3 | 7.3 | 0.895 |
| % of time features are used very / somewhat frequently | 41 | 50 | 9 | 0.976 |
| Relative value (%) | 46.1 | 45.8 | 8.1 | |

*Table 3e*

# iPod Touch (4/5G) : Relative Value of Features - Count Method

| Feature | % of times chosen to have 'Most Value' | % of times chosen to have 'Least Value' | Difference |
|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 29.6% | 27.3% | 2.3% |
| Use FaceTime to make or receive video-calls over a cellular connection | 25.5% | 29.4% | -3.9% |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 23.0% | 18.6% | 4.4% |
| Take video and transmit it to another device by e-mail over a cellular connection | 15.1% | 28.2% | -13.1% |
| Take video and transmit it to another device by text message | 22.8% | 25.1% | -2.3% |
| Take video and upload it to YouTube over a cellular connection | 7.6% | 49.0% | -41.4% |
| Take video and upload it to YouTube over a Wi-Fi connection | 10.2% | 45.1% | -34.9% |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 28.8% | 19.7% | 9.1% |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 18.8% | 24.6% | -5.7% |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 28.5% | 16.9% | 11.6% |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 27.9% | 20.1% | 7.8% |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 35.2% | 13.6% | 21.5% |
| See the number of photos or videos in an album next to the album name in the Photos application | 21.2% | 26.2% | -5.0% |
| Have twice the memory capacity compared to what my iPod Touch currently has | 53.0% | 9.6% | 43.4% |

*Table 4a*

# iPod Touch (4/5G) : Relative Value of Features - HB & Logit Modeling Methods

| Feature | Relative Value Score (HB) | Relative Value Score (Logit) |
|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 180.83 | 132.62 |
| Use FaceTime to make or receive video-calls over a cellular connection | 168.16 | 118.06 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 177.44 | 137.55 |
| Take video and transmit it to another device by e-mail over a cellular connection | 144.95 | 100.96 |
| Take video and transmit it to another device by text message | 168.49 | 122.06 |
| Take video and upload it to YouTube over a cellular connection | 94.05* | 61.04* |
| Take video and upload it to YouTube over a Wi-Fi connection | 113.99 | 71.40* |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 200.65 | 147.78 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 161.29 | 115.20 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 207.74 | 153.37 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 197.55 | 143.83 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 226.59 | 176.20 |
| See the number of photos or videos in an album next to the album name in the Photos application | 169.07 | 116.71 |
| Have twice the memory capacity compared to what my iPod Touch currently has | 263.54 | 229.70 |
| Anchor | 100.00 | 100.00 |

*Not significant*

*Table 4b*

# Reliability of Relative Value Estimates
## *Correlations of value estimates from any two methods*

### Segment : iPod Touch users

|  | *Count Method* | *HB Model* | *Logit Model* |
|---|---|---|---|
| *Count Method* | 1.000 | 0.962 | 0.978 |
| *HB Model* | 0.962 | 1.000 | 0.987 |
| *Logit Model* | 0.978 | 0.987 | 1.000 |

- **The HB Model fit for data provided was 0.447.  This is 79% better than if respondents were simply making value selections by random choice.**

- **The Logit Model fit for data provided was significant as assessed by chi-sq statistic (1382.41), AIC (23,673.70), and the difference in log likelihood estimates between a null model and the estimated model (Difference = 691.20)**

*Table 4c*

## Relative Value Feature Types – iPod Touch (4/5G) Users

| Feature Type | Relative Value (HB Method) | Relative Value (Logit Method) |
|---|---|---|
| Video Features | 41.9% | 41.7% |
| Syncing Features | 49.6% | 50.3% |
| Album Feature | 8.4% | 8.0% |
| Total | 100% | 100% |

*Table 4d*

## Usage & Value
## iPod Touch (4/5G) Users

| Usage Measure | Video Features | Syncing Features | Album Feature | Correlation of usage measure with value |
|---|---|---|---|---|
| % of iPod Touch(4/5G) users who use features | 43 | 63 | 27 | 0.925 |
| % of use across video, syncing & album features | 29 | 59 | 12 | 0.875 |
| % of time features are used very / somewhat frequently | 32 | 54 | 14 | 0.912 |
| Relative value (%) | 41.9 | 49.6 | 8.4 | |

*Table 4e*

# iPhone(3G/3GS) : Relative Value of Features - Count Method

| Feature | % of times chosen to have 'Most Value' | % of times chosen to have 'Least Value' | Difference |
|---|---|---|---|
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 28% | 38% | -10% |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 28% | 35% | -7% |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 25% | 37% | -12% |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 20% | 40% | -20% |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 29% | 29% | 0% |
| See the number of photos or videos in an album next to the album name in the Photos application | 39% | 38% | 2% |
| Have twice the memory capacity compared to what my iPhone currently has | 64% | 16% | 48% |
| *Anchor* | 100% | 100% | 0% |

*Table 5a*

# iPhone (3G/3GS) : Relative Value of Features
## HB & Logit Modeling Methods

| Feature | Relative Value Score (HBC) | Relative Value Score (Logit) |
|---|---|---|
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 161.99 | 142.16 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 167.88 | 145.01 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 158.68 | 140.24 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 153.24 | 128.08 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 177.79 | 156.23 |
| See the number of photos or videos in an album next to the album name in the Photos application | 183.42 | 157.45 |
| Have twice the memory capacity compared to what my iPhone currently has | 227.76 | 221.36 |
| Anchor | 100.00 | 100.00 |

*Table 5b*

# Reliability of Relative Value Estimates
## *Correlations of value estimates from any two methods*

### Segment : iPhone (3G/3GS) users

|  | *Count Method* | *HB Model* | *Logit Model* |
|---|---|---|---|
| *Count Method* | 1.000 | 0.983 | 0.981 |
| *HB Model* | 0.983 | 1.000 | 0.991 |
| *Logit Model* | 0.981 | 0.991 | 1.000 |

- **The HB Model fit for data provided was 0.522.  This is 58% better than if respondents were simply making value selections by random choice.**

- **The Logit Model fit for data provided was significant as assessed by chi-sq statistic (831.71), AIC (12146.33), and the difference in log likelihood estimates between a null model and the estimated model (Difference = 415.85)**

*Table 5c*

## Relative Value of Feature Types – iPhone (3G/3GS) Users

| Feature Type | Relative Value (HB Method) | Relative Value (Logit Method) |
|---|---|---|
| Syncing Features | 81.7% | 81.9% |
| Album Feature | 18.3% | 18.1% |
| Total | 100% | 100% |

*Table 5d*

## Usage & Value
## iPhone (3G/3GS) Users

| Usage Measure | Syncing Features | Album Feature |
|---|---|---|
| % of iPhone (3G/3GS) users who use features | 33.8 | 14.9 |
| % of use across syncing & album features | 79.9 | 20.1 |
| % of time features are used very / somewhat frequently | 76.7 | 23.2 |
| Relative value (%) | 81.7 | 18.3 |

*Table 5e*

# EXHIBIT D

# Sawtooth Software

## *TECHNICAL PAPER SERIES*

## The MaxDiff System Technical Paper

### Version 8

Sawtooth Software, Inc.

*© Copyright 2005-2013, Sawtooth Software, Inc.*
*1457 E 840 N  Orem, Utah*
*+1 801 477 4700*
*www.sawtoothsoftware.com*

**The MaxDiff System Technical Paper**
Sawtooth Software, Inc.
February, 2013

**Introduction:**

The MaxDiff System is software for obtaining preference/importance scores for multiple items (brand preferences, brand images, product features, advertising claims, etc.) using marketing or social survey research.  MaxDiff is a component within Sawtooth Software's SSI Web platform for Web- and CAPI-based interviewing.  It may be used designing, fielding, and analyzing:

- Method of Paired Comparisons (MPC) experiments (choices from pairs)
- Choices from subsets of three items, four items, etc.
- MaxDiff (best-worst scaling) experiments

Projects may be conducted over the Internet, using computers not connected to the internet (CAPI interviewing), or via paper-and-pencil questionnaires.

The Method of Paired Comparisons (MPC) is a very old and well-established approach for eliciting tradeoffs among paired items, dating back at least to the early 1900s (Thurstone 1927), with one author (David 1969) quoting a source as early as the 1800s (Fechner 1860).  One can extend the theory of choices from pairs to choices among larger sets (three items, four items, etc.).  MaxDiff (Maximum Difference scaling) is a successful, relatively new method for scaling multiple items (Louviere 1991, Finn and Louviere 1992).  It may be thought of as a more sophisticated extension of MPC.

Our MaxDiff software makes it easy for researchers with only minimal exposure to statistics or advanced statistical methods to conduct sophisticated research involving the scaling of multiple items.  For completeness of exposition, this document assumes that the reader has some background in statistics and multivariate methods such as hierarchical Bayes and Latent Class.  If you are not familiar with these topics, don't despair.  The software manual is much less technical than our explanation here.  The trade-off techniques used in the MaxDiff System are very robust and easy to apply (for example, much easier to use than the related conjoint analysis).  The resulting item scores are also easy to interpret.  You do not need to have any formal training in statistics to use our MaxDiff System well and to achieve good results.

**System Specifications:**

| | |
|---|---|
| Number of Items (Lab System) | Up to 20 |
| Number of Items (30 System) | Up to 30 |
| Number of Items (500 System) | Up to 500 |
| Number of Sets per Respondent | Up to 200 |
| Number of Questionnaire Versions across Respondents | Up to 999 |
| Data Collection Modes | Web, Paper, CAPI |
| Parameter Estimation | hierarchical Bayes (HB), Logit, Latent Class |

**Motivation for MaxDiff:**

Researchers in many disciplines face the common task of measuring the preference or importance of multiple items, such as brands, product features, employee benefits, advertising claims, etc.  The most common (and easiest) scaling approaches have used rating, ranking, or chip allocation (i.e. constant sum tasks).  (This software does *not* employ any of these approaches.)

**Example Rating Task:**

Please rate the following in terms of importance to you when eating at a fast food restaurant.  Use a 10-point scale, where "0" means "not important at all" and "10" means "extremely important"

___  Clean bathrooms
___  Healthy food choices
___  Good taste
___  Reasonable prices
___  Has a play area
___  Restaurant is socially responsible
___  Courteous staff

**Example Ranking Task:**

Please rank (from most important to least important) the following in terms of importance to you when eating at a fast food restaurant.  Put a "1" next to the most important item, a "2" next to the next most important item, etc.

___  Clean bathrooms
___  Healthy food choices
___  Good taste
___  Reasonable prices
___  Has a play area
___  Restaurant is socially responsible
___  Courteous staff

**Example Allocation Task:**

Please tell us how important the following are to you when eating at a fast food restaurant.  Show the importance by assigning points to each attribute.  The more important the attribute, the more points you should give it.  You can use up to 100 total points.  Your answers must sum to 100.

___  Clean bathrooms
___  Healthy food choices
___  Good taste
___  Reasonable prices
___  Has a play area
___  Restaurant is socially responsible
___  Courteous staff

Total: _____

There are a variety of ways these questions may be asked, including the use of grid-style layout with radio buttons and drag-and-drop for ranking.  And, it is commonplace to measure many more items than the seven shown here.  (These examples are not intended to represent the best possible wording, but are meant to be representative of what is typically used in practice.)

The common approaches (rating, ranking, and allocation tasks) have weaknesses.

- Rating tasks assume that respondents can communicate their true affinity for an item using a numeric rating scale.  Rating data often are negatively affected by lack of discrimination among items and scale use bias (the tendency for respondents to use the scale in different ways, such as mainly using the top or bottom of the scale, or tending to use more or fewer available scale points.)

- Ranking tasks become difficult to manage when there are more than about seven items, and the resulting data are on an ordinal scale only.

- Allocation tasks are also challenging for respondents when there are many items.  Even with a manageable number of items, some respondents may have difficulty distributing values that sum to a particular value.  The mechanical task of making the allocated points sum to a particular amount may interfere with respondents revealing their true preferences.

Researchers seek scaling approaches that feature:

- Ease of use for respondents possessing a variety of educational and cultural backgrounds
- Strong discrimination among the items
- Robust scaling properties (ratio-scaled results preferred)
- Reduction or elimination of scale use bias

A very old approach, the Method of Paired Comparisons (MPC) (David 1969), seems to perform well on all these requirements.  With MPC, respondents are shown items, two at a time, and are asked which of these two they prefer (or which is most important, etc.).

### When considering eating at a fast food restaurant, which of these attributes is most important?

| Reasonable prices | Healthy food choices |
|---|---|
| ○ | ○ |

The respondent is not permitted to state that all items are equally preferred or important.  Each respondent is typically asked to evaluate multiple pairs, where the pairs are selected using an experimental plan, so that all items have been evaluated by each respondent across the pairs (though typically not all possible pairings will have been seen) and that each item appears about an equal number of times.  A study by Cohen and Orme  showed that MPC performed better than the standard rating scale in terms of discrimination

4

among items and predictive validity of holdout (ranking) questions (Cohen and Orme 2004).

It should be noted that MPC can be extended to choices from triples (three items at a time), quads (four items at a time) or choices from even larger sets. There would seem to be benefits from asking respondents to evaluate three or more items at a time (up to some reasonable set size). One research paper we are aware of (Rounds *et al.* 1978) suggests that asking respondents to complete sets of from 3 to 5 items produces similar results as pairs (in terms of parameter estimates), and respondents may prefer completing fewer sets with more items rather than more sets with just two items.

Cohen and Orme also showed that a much newer technique, MaxDiff, may perform even better than MPC, especially in terms of predictive accuracy (Cohen and Orme 2002). MaxDiff questionnaires ask respondents to indicate both the most and least preferred/important items within each set.

**When considering eating at a fast food restaurant, among the four attributes shown here, which of these is the _most_ and _least_ important?**

| Most Important | | Least Important |
|:---:|:---:|:---:|
| ○ | Reasonable prices | ○ |
| ○ | Healthy food choices | ○ |
| ○ | Has a play area | ○ |
| ○ | Clean bathrooms | ○ |

Interest in MaxDiff has increased recently and papers on MaxDiff have won "best presentation" awards at recent ESOMAR and Sawtooth Software conferences (Cohen and Markowitz 2002, Cohen 2003, and Chrzan 2004).

**What Is MaxDiff?**

MaxDiff is a technique invented by Jordan Louviere in 1987 while on the faculty at the University of Alberta (Louviere, Personal Correspondence, 2005). The first working papers and publications occurred in the early 1990s (Louviere 1991, Finn and Louviere 1992, Louviere 1993, Louviere, Swait, and Anderson 1995). With MaxDiff, respondents are shown a set (subset) of the possible items in the study and are asked to indicate (among this subset with a minimum of three items) the best and worst items (or most and least important, etc.). MaxDiff (along with "best" only choices from sets of items) represents an extension of Thurstone's Law of Comparitive Judgement (Thurstone 1927).

According to Louviere, MaxDiff assumes that respondents evaluate all possible pairs of items within the displayed subset and choose the pair that reflects the maximum difference in preference or importance (Louviere 1993). However, the theory we prefer to apply is that respondents scan the set for the highest and lowest preference items (the

best-worst model specification).

MaxDiff may be thought of as a more sophisticated extension of the Method of Paired Comparisons. Consider a set in which a respondent evaluates four items, A, B, C and D. If the respondent says that A is best and D is worst, these two "clicks" (responses) inform us on five of six possible implied paired comparisons:

A>B, A>C, A>D, B>D, C>D

where ">" means "is more important/preferred than."

The only paired comparison that we cannot infer is B vs. C. In a choice among five items, MaxDiff questioning informs on seven of ten implied paired comparisons.

MaxDiff questionnaires are relatively easy for most respondents to understand. Furthermore, humans are much better at judging items at extremes than in discriminating among items of middling importance or preference (Louviere 1993). And since the responses involve choices of items rather than expressing strength of preference, there is no opportunity for scale use bias (MaxDiff is "scale free") (Cohen and Markowitz 2002). This is an extremely valuable property for cross-cultural research studies.

**Analyzing Choice Data**

The goal in using MaxDiff or the Method of Paired Comparisons is to achieve importance or preference scores for each item. The higher the score, the more important or stronger the preference.

The recent development of latent class and especially hierarchical Bayes (HB) estimation make methods such as the Method of Paired Comparisons and MaxDiff all the more appealing. That is because these methods employ choice data, which are sparse. Choices are natural for respondents to provide and are scale free, but they contain significantly less information for estimating scores than rating scales. Choice data reveal which item is preferred (or rejected as "worst"), but don't convey the intensity of preference. For the first seventy years or so, paired comparisons data were usually analyzed in the aggregate. The availability of Latent Class and HB extends our analysis capability considerably.

Latent class and HB make it possible to estimate stable item scores from relatively sparse choice data. They do so by borrowing information across the entire sample to stabilize the scores for segments or individuals.

- Latent class applied to MaxDiff data is a powerful approach for finding segments of respondents with quite differing preferences/importance scores (Cohen 2003). Latent Class should be more successful than clustering using data from standard rating scales. The MaxDiff System includes a Latent Class option that may be used with MaxDiff data.

- With HB modeling, we can derive useful scores at the individual level even though we have asked each respondent to evaluate only a fraction of all

possible subsets of items.  With individual-level scores, researchers may apply common tests and tools, such as t-tests, cross-tabulations, histograms, and measures of dispersion (i.e. standard deviation).  Although it is possible to submit individual-level scores derived from HB to a cluster procedure to develop segments, directly using Latent Class to simultaneously estimate item scores and segment respondents will probably yield better results.

- The MaxDiff System also includes an Aggregate Logit option, in case the user wishes to pool all respondent data together to compute average scores across the population.  This is useful for quick, topline results, or to analyze especially sparse MaxDiff data (e.g. many items and few exposures of each item to each respondent).

**Designing Paired Comparison Experiments**

Optimal experimental designs for paired comparisons feature:

- **Frequency balance.**  Each item appears an equal number of times.
- **Orthogonality.**  Each item is paired with each other item an equal number of times.
- **Connectivity.**  A set of items is connected if the items cannot be divided into two groups where any item within one group is never paired with any item within the other group.  As a simple illustration, imagine four items: A, B, C and D.  Assume that we ask just two paired comparisons: AB and CD.  We could place each pair in a separate group and we could not determine the relative preferences across the items, since, for example, A was never used within the pairs of the other group.  In contrast, if we had asked pairs AB, BC, and CD, then all items would be interconnected.  Even though many pairs (such as AC and AD) had not been asked, we could infer the relative order of preference of these items.
- **Positional balance.**  Each item appears an equal number of times on the left as it does on the right.

The MaxDiff System uses a cyclical algorithm to generate near-optimal plans for paired comparison experiments.  Importantly, respondents receive multiple versions (blocks) of the plan, which tends to lead to more precise estimates (relative to a single version) and can reduce context and order effects.  Consider a typical study with 24 items.  There are k(k-1)/2 possible paired comparisons, or (24)(23)/2 = 276 possible pairs.  Fortunately, each respondent does not need to complete all possible paired comparisons to lead to stable estimates of item scores.

At a minimum, we'd suggest asking each respondent 1.5x as many paired comparisons as items in the experiment (each item is shown three times).  You will probably want to increase this by some amount, and the MaxDiff System gives great flexibility for choosing the exact number of pairs that you feel fits well within your questionnaire length and limitations.  But, how should we choose the subset of the total number of possible paired comparisons to ask a respondent?

The MaxDiff System uses a cyclical approach for choosing designs.  To illustrate, consider a small eight-item problem.  There are $(8)(7)/2 = 28$ possible paired comparisons.  We can organize the possible paired comparisons into efficient, progressive partitions (groups of questions).  The first partition is the most valuable series of questions, the second partition is next-useful, and so on, until all paired comparisons have been described.  Within each partition, the questions feature frequency balance.

For the eight-item experiment, there are four possible frequency-balanced partitions:

| Partition 1 | Partition 2 | Partition 3 | Partition 4 |
| --- | --- | --- | --- |
| 1 2 | 1 5 | 1 4 | 1 3 |
| 2 3 | 2 6 | 2 5 | 2 4 |
| 3 4 | 3 7 | 3 6 | 3 5 |
| 4 5 | 4 8 | 4 7 | 4 6 |
| 5 6 | | 5 8 | 5 7 |
| 6 7 | | 6 1 | 6 8 |
| 7 8 | | 7 2 | 7 1 |
| 8 1 | | 8 3 | 8 2 |

Partition 1 completes a full circle, pairing each item with its adjacent item.  Partition 1 achieves both frequency balance (each item shown twice) and full connectivity of the items.  Partition 2 pairs each item with the item half-way down the list.  It achieves perfect frequency balance with just four pairings (each item shown once).  However, by itself, it doesn't achieve connectivity of the items (but we already established connectivity using Partition 1).  Partitions 3 and 4 also reflect frequency balance, though only Partition 3 reflects connectivity.  All together, there are 28 paired comparisons across the four partitions, reflecting the full-factorial (all possible pairs).

If enough questions are asked (at least as many questions as items in the study) the cyclical design approach ensures that each version of the design (respondent questionnaire) features connectivity.  If you need to ask each respondent fewer questions than the number of items in the study, it becomes very challenging for HB to scale the items relative to one another at the individual level.  With fewer questions per respondent than items in the study, we'd recommend using latent class modeling.

If we could only ask eight questions of a respondent, we should use Partition 1.  If we could only ask twelve questions, we should ask Partitions 1 and 2.  The next priority would be Partition 3 followed by Partition 4.

A similar pattern generalizes for all experiments involving an even number of items.  (With ten items, there are five partitions in the full factorial, with twelve items there are six partitions, etc.)  Partitions with odd integer differences between paired items reflect connectivity; those with even integer differences between paired items are not connected.

In the case of an odd number of items in the study, the same patterns are observed, except there is no partition similar to Partition 2 above, where a frequency-balanced block can be completed in $1/2k$ comparisons, where $k$ is the number of items in the study (obviously, $k$ is not evenly divisible by 2).  Also, partitions with even integer differences between items

are connected; those with odd integer differences between paired items are not connected (with the exception of Partition 1).

The software is very flexible, allowing you to specify exactly how many questions to ask each respondent[*]. For example, if you specify that 18 questions should be asked for an 8-item experiment, Partitions 1 and 2, and six questions from Partition 3 would be chosen. After the paired comparisons have been selected for a questionnaire version, the question order is randomized.

Subsequent questionnaire versions are chosen such that the order of items taken into the partitions is randomized and (in the case of a question count that is not evenly filled using the partitions) deficits in item representation across the versions are attempted to be remedied in later versions. The algorithm also pays attention to two-way frequency of items (how many times each item appears with each other item). Subsequent questionnaire versions are chosen such that deficits in two-way frequencies are reduced in later versions. The algorithm also seeks to balance the number of times each item appears on the left and on the right.

**Designing Experiments Involving Choices from Three or More Items**

In MaxDiff questionnaires or in extensions to MPC where respondents are asked to choose just the most preferred/important item from sets of three or more items, we again must decide how to choose an efficient fraction of the total possible combinations of items to show each respondent.

The MaxDiff System uses a programming-based algorithm to choose designs according to the same criteria as mentioned previously with respect to MPC designs:

- **Frequency balance**
- **Orthogonality**
- **Connectivity**
- **Positional Balance**

As a final step, we randomize the order of the tasks within each version.

The design process is repeated 1000 separate times by default (using a different starting seed each time), and the replication that demonstrates the best one-way balance (number of times each item occurs) is selected. If multiple designs have the same degree of one-way balance, then we select among those designs based on the best two-way balance (number of times each pair of items occurs within sets). If multiple designs have the same degree of one-way and two-way balance, then we select among those designs based on the best positional balance. With small to moderate sized designs and no prohibitions, this usually happens within a few seconds.

The MaxDiff System produces a report to help you evaluate the quality of the design.

---

[*] This flexibility comes at a small penalty in certain rare cases as slightly more efficient MPC designs exist for numbers of pairs that are very specific multiples of the numbers of items (Grimshaw *et al.* 2001).

Here is an example involving just two questionnaire versions (such as might be implemented for a simple paper-and-pencil experiment, where it would be labor intensive to offer a unique version for each respondent):

```
Number of Items (Attributes): 8
Number of Items per Set: 4
Number of Sets per Respondent: 10
Number of Questionnaire Versions: 2
Random Number Seed: 1

One Way Frequencies:
1      10
2      10
3      10
4      10
5      10
6      10
7      10
8      10


Mean = 10.000000
Std Dev. = 0.000000

Two Way Frequencies:
        1      2      3      4      5      6      7      8

1      10      4      4      5      4      5      4      4
2       4     10      5      4      4      4      4      5
3       4      5     10      4      5      4      4      4
4       5      4      4     10      4      4      4      5
5       4      4      5      4     10      4      5      4
6       5      4      4      4      4     10      5      4
7       4      4      4      4      5      5     10      4
8       4      5      4      5      4      4      4     10

Off Diagonal Non-prohibited Elements
Mean = 4.285714
Std Dev. = 0.451754

Positional Frequencies:
        1      2      3      4

1       2      3      3      2
2       2      2      3      3
3       3      3      2      2
4       3      3      2      2
5       2      2      3      3
6       3      3      2      2
7       2      2      3      3
8       3      2      2      3


Mean = 2.500000
Std Dev. = 0.500000
```

In this example, the one-way frequencies are perfectly balanced and the off-diagonal two-way frequencies nearly so. It is not necessary to achieve *exact* balance in a design to have a very satisfactory design, but balance is a desirable property. Methods such as logit, latent class, and HB do not require perfect balance to achieve unbiased estimates of

parameters.

The Positional Frequencies report how many times each item appears in the first, second, third, and so on positions. A standard deviation is reported for each table.  Lower standard deviations are better, with a standard deviation of zero reflecting perfect balance.  With most design specifications (number of items, items per set, sets, and versions), it is impossible to achieve exact balance in all three tables.  Fortunately, exact balance is not required for near-optimal efficiency and unbiased estimation of parameters. However, the researcher interested in achieving slightly better designs should try different starting seeds and perhaps even more than 1000 iterations, and compare the results.

**How Many Items and Sets to Show**

Research using synthetic data (Orme, 2005) suggests that asking respondents to evaluate more than about five items at a time within each set may not be very useful.  The gains in precision of the estimates are minimal when using more than five items at a time per set for studies involving up to about 30 total items.  Orme speculated that the small gains from showing even more items may be offset by respondent fatigue or confusion.

Another finding from Orme's research is that it is counterproductive to show more than half as many items within each set as are in the study.  Doing so can actually decrease precision of the estimates.  Orme provided this explanation: "To explain this result, consider a MaxDiff study of 10 items where we display all 10 items in each task. For each respondent, we'd certainly learn which item was best and which was worst, but we'd learn little else about the items of middle importance for each individual.  Thus, increasing the number of items per set eventually results in lower precision for items of middle importance or preference.  This leads to the suggestion that one include no more than about half as many items per task as being studied."

Orme's simulation study also included an internal validation measure using holdouts, leading to a suggestion regarding how many subsets to ask each respondent in MaxDiff studies.  He stated, "The data also suggest that displaying each item three or more times per respondent works well for obtaining reasonably precise individual-level estimates with HB.  Asking more tasks, such that the number of exposures per item is increased well beyond three, seems to offer significant benefit, provided respondents don't become fatigued and provide data of reduced quality."

**Should We Ask for "Worsts"?**

The MaxDiff System allows researchers to ask for "best" and "worst" choices within subsets of items (set size >=3), or to ask only for "bests."  Collecting both bests and worsts contributes more information.  However, it has been shown that the parameters resulting from best choices may differ (statistically significant differences) from those developed only using worst choices.  Even so, the results tend to be quite similar between bests and worsts.  There is some debate among leading academics regarding the statistical properties of "worsts" and whether including both bests and worsts is an appropriate extension of the logit model.  We at Sawtooth Software do not know which approach is

11

best (to ask for "worsts" or not).  We imagine that it depends on the focus of the research.  For example, healthcare outcomes studies often are concerned more about identifying the worst outcomes with greater precision than the best outcomes.  Asking only for "bests" is theoretically more sound, but asking for "worsts" seems to offer practical value.  We hope that offering flexibility in this software will lead to more experimentation in this area.

If the purpose of the research is to measure the full range of scores from the best item to the worst, it seems to us useful to ask for both best and worst judgments.  For example, if studying a variety of positions in a political campaign, it may as important to identify positive positions as to identify those that might have a negative impression for groups of potential voters.  If the purpose of the research focuses on the trade-offs among items at the favorable end of the scale for each respondent (such as is the case in choice simulations or TURF analysis), then it may be more useful just to ask for bests and avoid spending time asking for worsts.  The statements within this paragraph reflect our opinions at this point, and we have no data to support them.

**Analyzing Results for MPC and Choice of "Best" Only Experiments**

*Counting Analysis*

The simplest method of analysis consists of counting choices.  For each respondent, choice set, and item, we code a score.  If an item is available in the choice set and chosen, that item is coded as +1.  If an item is available but not chosen, that item is coded 0.  If the item is not available within the subset, it is coded as missing.  In Counting analysis, we simply average these scores across all respondents and tasks, for each item.  The resulting means are probabilities of choice, ranging from 0 to 1.  The probability reflects the likelihood that the item is chosen within all possible subsets (of the size included in the questionnaire) including this item in the study.  The probabilities do not add to 100%, since not all items are available within each choice set.  The probabilities will sum to k/t, where k is the total number of items in the study and t is the number of items shown per set.

Counting analysis is a quick way to summarize the average preference or importance of items across respondents, under conditions of near-orthogonality.  That is to say that each item should appear approximately an equal number of times with every other item in the experiment.  With designs produced by the MaxDiff System, near-orthogonality holds when no prohibitions are specified between items and when many versions of the questionnaire are used.  However, counts tend to be "flatter" than the more accurate assessment of scores given through Logit, Latent Class, or HB analysis.

*Multinomial Logit and Hierarchical Bayes Modeling*

For paired comparisons or choices (bests only) among sets with more than two items, we may treat the process as a utility-maximizing decision following Random Utility Theory, modeled using multinomial logit (MNL).  We find a set of weights for the items such that when applying the logit rule we obtain a maximum likelihood fit to the respondents' actual choices.  The logit rule specifies that the probability of choosing the *ith* item as

best (or most important) from a set containing $i$ through $j$ items is equal to:

$$P_i = e^{U_i} / \Sigma \; e^{U_{ij}}$$

where $e^{U_i}$ means to take the antilog of the utility for item $i$.

To avoid linear dependency, we arbitrarily set the utility for the last item to zero and estimate the utility of all other k-1 items with respect to that final item held constant at zero. This is accomplished through dummy coding.

In the MaxDiff System, we employ hierarchical Bayes estimation to compute individual-level weights under the logit rule. Hierarchical Bayes borrows information across the sample to stabilize the estimates for each individual. We use a prior covariance matrix appropriate for proper estimation of categorical attributes to avoid potential troubles estimating the omitted level with respect to the other parameters, as described by Orme and Lenk (Orme and Lenk 2004). The interested reader can refer to the CBC/HB Technical Paper for more information on hierarchical Bayes modeling (Sawtooth Software 2004) and also Lenk's procedure for specifying a proper prior covariance matrix.

To make it easier for users to interpret the raw scores, we zero-center the parameters as a final step before saving them to file.

*Probability-Based Rescaling Procedure*

The weights (item scores) resulting from multinomial logit (MNL) estimation typically consist of both negative and positive values. These values are on an interval scale and their meaning is sometimes difficult for non-technical managers to grasp. Because these experiments use choice data, we can convert these scores to ratio-scaled probabilities that range from 0 to 100.

To convert the raw weights to the 0-100 point scale, we perform the following transformation for each item score:

$$e^{Ui} / (e^{Ui} + a - 1)$$

Where:

$U_i$ = zero-centered raw logit weight for item i

$e^{Ui}$ is equivalent to taking the antilog of $U_i$. In Excel, use the formula =EXP($U_i$)

a = Number of items shown per set

Then, for convenience, we rescale the transformed values to sum to 100.

The logic behind this transformation is as follows: We are interested in transforming raw scores (developed under the logit rule) to probabilities true to the original data generation process (the counts). If respondents saw 4 items at a time in each MaxDiff set, then the

raw logit weights are developed consistent with the logit rule and the data generation process. Stated another way, the scaling of the weights will be consistent within the context (and assumed error level) of choices from quads. Therefore, if an item has a raw weight of 2.0, then we expect that the likelihood of it being picked within the context of a representative choice set involving 4 items is (according to the logit rule):

$$e^{2.0} / (e^{2.0} + e^{0} + e^{0} + e^{0})$$

Since we are using zero-centered raw utilities, the expected utility for the competing three items within the set would each be 0. Since $e^{0} = 1$, the appropriate constant to add to the denominator of the rescaling equation above is the number of alternatives minus 1.

The rescaled scores follow ratio scaling[†], and we may say that an item with a score of 10 is twice as preferred or important as an item with a score of 5. The results should be easily understood by non-technical people, as most people are used to seeing survey results where the results for items range from 0 to 100.

**Analyzing Results for MaxDiff Experiments**

*Counting Analysis*

As with paired comparisons, we can compute the probability that an item is chosen best or worst when it was available within a subset (see previous explanation). The MaxDiff System reports these probabilities separately, for bests and worsts.

*Multinomial Logit and Hierarchical Bayes Modeling*

For MaxDiff experiments, assume that choices of bests and choices of worsts may be treated as a utility-maximizing (minimizing) decision following Random Utility Theory, modeled using multinomial logit (MNL). We find a set of weights for the items such that when applying the logit rule we obtain a maximum likelihood fit to the respondents' actual choices.

Under the logit rule, the probability of choosing the *ith* item as best (or most important) from a set containing *i* through *j* items is equal to:

$$P_i = e^{U_i} / \Sigma\ e^{U_{ij}}$$

---

[†]This rescaling procedure does not factor out the scale parameter. Scale factor is inversely related to noise. The greater the noise, the "flatter" the probability scores. Thus, it is inappropriate to make direct comparisons between groups of respondents who differ significantly on scale. But, such is the case with many types of marketing research data, where the strength of signal depends upon the degree to which respondents pay attention or understand the question. Most every informed researcher willingly accepts this and expects noise to be fairly constant across respondent groups, such that this will make little matter when comparing groups. If this issue still concerns you, each respondent's scores might be re-scaled such that the mean is zero and the scores have a range of 100 points. This transformation comes at a cost, however. After rescaling, the scores will not retain their ratio-scaled properties and will no longer correspond to choice probabilities.

where $e^{U_i}$ means to take the antilog of the utility for item i.

and the probability of choosing the *ith* item as worst (or least important) is equal to:

$P_i = e^{-U_i} / \Sigma\ e^{-U_{ij}}$

where $e^{-U_i}$ means to take the antilog of *negative* the utility for item i.

Researchers have found that the parameters and scale factor from best and worst choices may vary (though the scale factor is more likely to vary than the relative preference weights). However, it is common to concatenate both kinds of data and estimate using a single MNL model, as described by Louviere (Louviere 1993), and that is the approach we take with the MaxDiff System. The independent variable matrix is dummy-coded with k-1 parameters (the last item is omitted and constrained to have a weight of zero). Each set is coded as two separate sets: one for best responses and one for worsts. All elements in the design matrix are multiplied by -1 in the set describing worsts. (Again, there is debate regarding the correctness of modeling MaxDiff in the way as described by Louviere, but the results seem to work very well in practice.)

We employ hierarchical Bayes to estimate individual-level weights under the logit rule, as described previously for paired comparison experiments. To make it easier for users to interpret the raw scores, we zero-center the parameters as a final step before saving them to file.

*Probability-Based Rescaling Procedure*

As previously described, the weights (item scores) resulting from multinomial logit typically consist of both negative and positive values. These values are on an interval scale and are sometimes difficult for non-technical individuals to grasp. Because MaxDiff experiments use choice data, we can convert these scores to ratio-scaled probabilities that range from 0 to 100 as described previously.

Respondents indicate which items are relatively better (or worse) than others within standard MaxDiff questionnaires. Thus, the scores are estimated on a relative scale, without any indication that the items are good or bad, important or unimportant, in an absolute sense. Some researchers have viewed that as a limitation for certain studies and certain clients.

**Anchored MaxDiff**

Anchored MaxDiff lets the researcher draw a line (a utility boundary) between important and unimportant items (positive vs. negative impact, buy or no-buy, etc.). That utility boundary, for example, could be set at 0. Thus, any items that are positive are considered important and those that are negative are not important (in an absolute sense). Anchored MaxDiff score estimation is available for aggregate logit, latent class, and HB score estimation routines within the MaxDiff System.

Anchored MaxDiff provides potentially more information than standard MaxDiff, but it

15

comes at a cost.  One of the key benefits of standard MaxDiff is that it is free from scale use bias, making it a very nice technique for studying relative preferences across countries or across respondents who have different scale use bias tendencies.

With anchored MaxDiff, although a rating scale is not being used, the tendency for one group of respondents to generally be more positive/agreeable than another group of respondents can lead to similar problems as scale use bias, which was one of the main problems researchers have wanted to eliminate by using MaxDiff!

Furthermore, using anchored MaxDiff scores within cluster segmentation (or latent class segmentation) might lead to respondent groups that are being delineated as much by their tendency to be positive/agreeable regarding the position of items vs. the anchor as by their relative scores for the items of interest within your study. (An obvious solution to this second issue is to develop the segmentation using un-anchored scores, but then to profile the segments using the anchored scores.)

**Dual-Response Indirect Method**

Jordan Louviere, the inventor of MaxDiff scaling, proposed a dual-response, indirect method for scaling the items relative to a threshold anchor of importance or desirability. You may add indirect scaling questions to your MaxDiff survey by clicking the Add Dual-Response Question box from the Format tab within your MaxDiff exercise.  Below each MaxDiff question, a second (hence, "dual") question is inserted, such as the following:

Considering only the items above…

- ◯ None of these are important to me
- ◯ Some of these are important to me
- ◯ All of these are important to me

If the respondent clicks "None of these are important to me" then we inform utility estimation that all four items shown in this MaxDiff set should have lower utility than the anchor threshold.

If the respondent clicks "All of these are important to me" then we inform utility estimation that all four items should have higher utility than the anchor threshold.

If the respondent clicks "Some of these are important to me" then we know that the "best" item selected within the MaxDiff set should have higher utility than the anchor and the "worst" item selected should have lower utility than the anchor.

When "Some of these are important to me" is selected, we do not have any information about how the two non-selected items (from this set of four) relate to the anchor.  Thus, the dual-response indirect method provides incomplete information about how each of the items shown in a MaxDiff set relates to the anchor.

16

Note: if the dual-response indirect method is applied to questions that show just two items per set (paired comparisons questions), then we achieve complete information regarding how the two items shown relate to the anchor.

The indirect method should probably not be used with more than 4 items shown per set. Increasing the number of items per set increases the likelihood that respondents will select "Some of these are important to me," which provides incomplete information. Because of this issue, the software issues a warning if you try to use the indirect method with more than 4 items displayed per MaxDiff set.

The indirect method works well in practice. Evidence has been presented at the Sawtooth Software Conference that the indirect method tends to lead to more items being scaled above the anchor threshold than the direct method. In other words, the indirect method leads to more items being judged as "Important" or a "Buy" compared to the direct method (described directly below).

### Direct Binary Approach Method

Both Bryan Orme (in 2009 at the SKIM/Sawtooth Software European Conference) and Kevin Lattery (at the 2010 Sawtooth Software Conference) have demonstrated how standard ratings questions (or sorting tasks) may be used to anchor MaxDiff items. Lattery's work is more generally referenced today, as his paper is more complete in comparing direct and indirect anchoring methods. Using questions outside the MaxDiff section, we may ask respondents directly whether each item (or each of a subset of the items) is important or not. A 2-point scale could be used, or respondents could be asked to sort items into two buckets: important and unimportant buckets. A 5-point scale could also be used, where items rated either top box or top-two box could signal that these exceed the importance threshold boundary, etc.

The direct method works well in practice. Evidence has been presented at the Sawtooth Software Conference that the direct method tends to lead to more items being scaled below the anchor threshold than the indirect method. In other words, the direct method leads to more items being judged as "Not Important" or a "No buy" compared to the indirect method (described directly above). Context bias can become a potential problem with the direct method. If the number of items grows to the point that the researcher wishes to show the items across multiple screens, then the context of the other items on the screen can affect the absolute judgments given.

### Validation Research-on-Research for Anchored Scaling MaxDiff

Sawtooth Software and Kevin Lattery (from Maritz) have separately done a few research-on-research projects to test and validate different methods for anchored scaling in MaxDiff. To read more about different approaches to direct and indirect anchored scaling approaches, please see:

- "Using Calibration Questions to Obtain Absolute Scaling in MaxDiff" (Orme 2009)

- "Anchored Scaling in MaxDiff Using Dual-Response" (Orme 2009)

- "Anchoring MaxDiff Scaling Against a Threshold - Dual Response and Direct Binary Responses" (Lattery 2010)

## MaxDiff Scaling and "Best-Worst Conjoint" Analysis

Many of the first papers published on MaxDiff scaling suggested that it could be used with conjoint-style problems, where there are attributes with mutually exclusive multiple levels. Louviere and colleagues presented this idea under the title of "best-worst conjoint" (Louviere, Swait and Anderson 1995). Respondents were shown the product profile and asked which features made them most and least likely to want to buy the product. The authors argued that this approach could yield useful part worth parameters, where all the part worths were placed on a common scale (an advantage over standard conjoint). Unlike traditional conjoint analysis where it is not proper to compare the utility of a single level for Price with the utility for a single level of Speed, such comparisons could be made under best-worst conjoint.

So-called "best-worst conjoint" has not gained much traction in the industry. We at Sawtooth Software do not consider it a true conjoint method, as respondents are never asked to evaluate conjoined elements as a whole. Because respondents do not respond to the product concept as a whole, many researchers question whether part worth utilities from best-worst conjoint are appropriate to use in traditional conjoint simulators. However, in recent correspondence with us at Sawtooth Software, Louviere reports success in using the parameters from best-worst conjoint in market simulations (Louviere 2005). Most recently, we've become aware of additional research that lends credence to his claims. We've conducted our own methodological research and also seen reported by others that best-worst conjoint can perform almost as well as CBC in terms of predicting CBC-like holdouts. CBC is still superior (especially if interactions are of concern), but "best-worst conjoint" performs reasonably well.

It is possible, using a series of item prohibitions, to implement best-worst conjoint with the MaxDiff System. However, the software was not designed for this purpose.

## Confidence Bounds and Statistical Testing

The MaxDiff System reports upper and lower 95% confidence bounds for the raw and rescaled scores. These are computed in the "classical" tradition by estimating the standard error for each item based on the respondents' point estimates, and adding +/- 1.96 standard errors to the mean.

We have chosen to report confidence bounds due to popular demand. Users have come to expect this and it is common practice in our industry. We recognize, however, that computing standard errors based on the point estimates is not true to the Bayesian tradition. Also, the rescaled scores reflect truncated, skewed distributions, for which developing confidence bounds is not as appropriate as when using the raw parameters (which tend to be more normally distributed).

18

If these issues concern you and you wish to conduct statistical tests and confidence bounds more to the Bayesian tradition, then we suggest you export the data for use with our CBC/HB product, which can produce a file of draws that may be used to develop more proper confidence bounds and statistical tests.

**Error Theory and the MaxDiff Model**

In this section, we use simulated data to demonstrate that MaxDiff data can conform to assumptions inherent in MNL and to Random Utility Theory.

Assume the respondent has some latent (unobservable) utility structure. To make the selection of "best," assume the respondent evaluates items in the set and chooses the highest utility item according to the utilities plus extreme value error (right-skewed Gumbel error). To choose the worst item, assume the respondent independently evaluates items in the set and makes a selection of "worst" according to the utilities plus extreme value error (*left*-skewed Gumbel error).

We have simulated this data generation process, and found that MNL (aggregate logit) can recover known utility parameters. We employed the following steps: We generated five thousand synthetic respondents with 12 parameters, assuming population means of -5.5, -5.0, -4.5, -4.0, -3.5, -3.0, -2.5, -2.0, -1.5, -1.0, -0.5, and 0. We generated a MaxDiff questionnaire with 12 sets, where each set contained 4 items. Our synthetic respondents answered the questionnaire according to the previously described rule. We coded the independent variable matrix as described earlier in this documentation.

**Recovery of True Parameters
in MaxDiff**

| True Mean | Estimated Mean |
|:---:|:---:|
| -5.50 | -5.49 |
| -5.00 | -5.00 |
| -4.50 | -4.51 |
| -4.00 | -4.00 |
| -3.50 | -3.51 |
| -3.00 | -3.02 |
| -2.50 | -2.51 |
| -2.00 | -2.03 |
| -1.50 | -1.53 |
| -1.00 | -1.02 |
| -0.50 | -0.53 |

The estimated parameters are quite close to the parameters used to generate the data set. The small differences are explainable by random error.

It can be argued that the assumptions we made in generating the synthetic data really don't hold with actual MaxDiff questionnaires, since the choice of best and worst are not truly independent. They are exclusive for each task. But our synthetic respondents very occasionally chose the same items as best and worst for tasks (since independent Gumbel

error was used).  If we change the decision rule for the synthetic respondents such that the choice of best and worst must be exclusive, and re-run the MNL estimation, the estimated utility values become a little larger in scale, reflecting essentially a uniform transformation of the previously estimated values when exclusivity of best and worst was not enforced.  The interpretation of the parameters, for all practical purposes, would be the same.

We have demonstrated that an error theory consistent with MNL can be developed for MaxDiff.  Humans do not behave as nicely as simulated respondents, and the previous cautions still apply regarding the blending of best and worst judgments.

# References

Chrzan, Keith (2004), "The Options Pricing Model: A Pricing Application of Best-Worst Measurement," *2004 Sawtooth Software Conference Proceedings*, Sequim, WA.

Cohen, Steve and Paul Markowitz (2002), "Renewing Market Segmentation: Some New Tools to Correct Old Problems," *ESOMAR 2002 Congress Proceedings*, 595-612, ESOMAR: Amsterdam, The Netherlands.

Cohen, Steve (2003), "Maximum Difference Scaling: Improved Measures of Importance and Preference for Segmentation," *2003 Sawtooth Software Conference Proceedings*, Sequim, WA.

Cohen, Steve and Bryan Orme (2004), "What's Your Preference?" *Marketing Research*, 16 (Summer 2004), 32-37.

David, H.A. (1969), The Method of Paired Comparisons, Charles Griffin & Company Ltd., London.

Fechner, G. T. (1860), *Elemente der Psychophysik*.  Leipzig: Breitkopf and Hartel.

Finn, A. and J. J. Louviere (1992), "Determining the Appropriate Response to Evidence of Public Concern: The Case of Food Safety," *Journal of Public Policy and Marketing*, 11, 1, 12-25.

Grimshaw, Scott D., Bruce J. Collings, Wayne A. Larsen, and Carolyn R. Hurt (2001), "Eliciting Factor Importance in a Designed Experiment," *Technometrics*, May 2001, Vol. 43, No. 2.

Louviere, J. J. (1991), "Best-Worst Scaling: A Model for the Largest Difference Judgments," Working Paper, University of Alberta.

Louviere, J. J. (1993), "The Best-Worst or Maximum Difference Measurement Model: Applications to Behavioral Research in Marketing," The American Marketing Association's 1993 Behavioral Research Conference, Phoenix, Arizona.

Louviere, J. J., Joffre Swait, and Donald Anderson (1995), "Best/Worst Conjoint: A New Preference Elicitation Method to Simultaneously Identify Overall Attribute Importance and Attribute Level Partworths," Unpublished working paper, University of Sydney.

Louviere, Jordan (2005), Personal Correspondence with Bryan Orme via Email.

Orme, Bryan and Peter Lenk (2004), "HB Estimation for "Sparse" Data Sets: The Priors Can Matter" 2004 ART Forum, American Marketing Association, Whistler, BC.

Orme, Bryan (2005), "Accuracy of HB Estimation in MaxDiff Experiments," Technical Paper available at www.sawtoothsoftware.com.

Rounds, James B., Jr., Thomas W. Miller, and Rene V. Dawis, "Comparability of Multiple Rank Order and Paired Comparison Methods," Applied Psychological Measurement, Vol. 2, No. 3, Summer 1978, pp. 413-420.

Sawtooth Software (2004), "The CBC/HB Technical Paper," Technical Paper available at www.sawtoothsoftware.com.

Thurstone, L. L. (1927), "A Law of Comparative Judgment," Psychological Review, 4, 273-286.

21

# EXHIBIT E

### TABLE 1: Relative Value Ratio Invariance
#### *iPhone (4/4S/5) User Segment*

| Feature | Relative Value Scores | Kearl Relative Value Ratios | Relative Value Scores (Converted to 0-100 Ratio Scale) | Relative Value Ratios (Based On Relative Value Scores Converted to 0-100 Ratio Scale) |
|---|---|---|---|---|
| 1 (FaceTime WiFi) | 225.39 | 0.501 | 7.8403 | 0.501 |
| 2 (FaceTime Cellular) | 224.42 | 0.499 | 7.8064 | 0.499 |
| 3 | 230.73 | 0.513 | 8.0261 | 0.513 |
| 4 | 220.06 | 0.489 | 7.6549 | 0.489 |
| 5 | 250.43 | 0.557 | 8.7111 | 0.557 |
| 6 | 109.53 | 0.244 | 3.8102 | 0.244 |
| 7 | 114.04 | 0.254 | 3.9670 | 0.254 |
| 8 | 187.49 | 0.417 | 6.5217 | 0.417 |
| 9 | 199.97 | 0.445 | 6.9559 | 0.445 |
| 10 | 183.21 | 0.407 | 6.3728 | 0.407 |
| 11 | 163.72 | 0.364 | 5.6950 | 0.364 |
| 12 | 196.96 | 0.438 | 6.8511 | 0.438 |
| 13 | 192.70 | 0.428 | 6.7030 | 0.428 |
| 14 | 276.15 | 0.614 | 9.6060 | 0.614 |
| 15 (Anchor) | 100.00 | 0.222 | 3.4785 | 0.222 |
| | | | *Total : 100* | |

# EXHIBIT F

**TABLE 2: Relative Value Ratio Invariance**
*iPad (2/3/4/Mini) User Segment*

| Feature | Relative Value Scores | Kearl Relative Value Ratios | Relative Value Scores (Converted to 0-100 Ratio Scale) | Relative Value Ratios (Based On Relative Value Scores Converted to 0-100 Ratio Scale) |
|---|---|---|---|---|
| 1 (FaceTime WiFi) | 247.45 | 0.527 | 8.2769 | 0.527 |
| 2 (FaceTime Cellular) | 221.89 | 0.473 | 7.4220 | 0.473 |
| 3 | 232.21 | 0.495 | 7.7671 | 0.495 |
| 4 | 194.91 | 0.415 | 6.5195 | 0.415 |
| 5 | 200.57 | 0.427 | 6.7087 | 0.427 |
| 6 | 106.95 | 0.228 | 3.5774 | 0.228 |
| 7 | 124.43 | 0.265 | 4.1622 | 0.265 |
| 8 | 221.97 | 0.473 | 7.4247 | 0.473 |
| 9 | 234.92 | 0.501 | 7.8577 | 0.501 |
| 10 | 204.20 | 0.435 | 6.8302 | 0.435 |
| 11 | 197.32 | 0.420 | 6.6001 | 0.420 |
| 12 | 230.18 | 0.490 | 7.6991 | 0.490 |
| 13 | 192.10 | 0.409 | 6.4255 | 0.409 |
| 14 | 280.53 | 0.598 | 9.3834 | 0.598 |
| 15 (Anchor) | 100.00 | 0.213 | 3.3448 | 0.213 |
| | | | *Total : 100* | |

# EXHIBIT G

**TABLE 3: Relative Value Ratio Invariance**
*iPod Touch (4th/5th Gen) User Segment*

| Feature | Relative Value Scores | Kearl Relative Value Ratios | Relative Value Scores (Converted to 0-100 Ratio Scale) | Relative Value Ratios (Based On Relative Value Scores Converted to 0-100 Ratio Scale) |
|---|---|---|---|---|
| 1 (FaceTime WiFi) | 180.83 | 0.518 | 7.0243 | 0.518 |
| 2 (FaceTime Cellular) | 168.15 | 0.482 | 6.5320 | 0.482 |
| 3 | 177.43 | 0.508 | 6.8925 | 0.508 |
| 4 | 144.94 | 0.415 | 5.6304 | 0.415 |
| 5 | 168.49 | 0.483 | 6.5450 | 0.483 |
| 6 | 94.05 | 0.269 | 3.6534 | 0.269 |
| 7 | 113.99 | 0.327 | 4.4279 | 0.327 |
| 8 | 200.64 | 0.575 | 7.7941 | 0.575 |
| 9 | 161.28 | 0.462 | 6.2652 | 0.462 |
| 10 | 207.74 | 0.595 | 8.0697 | 0.595 |
| 11 | 197.55 | 0.566 | 7.6738 | 0.566 |
| 12 | 226.58 | 0.649 | 8.8018 | 0.649 |
| 13 | 169.07 | 0.484 | 6.5676 | 0.484 |
| 14 | 263.54 | 0.755 | 10.2373 | 0.755 |
| 15 (Anchor) | 100.00 | 0.287 | 3.8844 | 0.287 |
| | | | *Total : 100* | |

# EXHIBIT H

**TABLE 4: Correlation Between Fourteen Feature Value Ratios Calculated with an Anchor of '0' &'100'**

| Device User Segment | Correlation |
|---|---|
| iPhone (4/4S/5) | 0.998 |
| iPad (2/3/4/Mini) | 0.996 |
| iPod Touch (4th/5th Gen) | 0.994 |

*All correlations are statistically significant at a confidence level of 99% or above.