UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS)** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts;

2. Portions of Exhibit D-2 to the Declaration of Casey J. McCracken In Support of Apple Inc.'s Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("McCracken Declaration"); and

3. Exhibits A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, B-1, C-3, D-1, and D-3 to the McCracken Declaration.

In support of its motion, Apple has filed the following declaration, as required under Civil Local Rule 79-5 and General Order 62, which provide evidence of compelling reasons for this Court to permit filing under seal: the Declaration of Jordan Bekier. Also filed by Apple were a proposed public redacted version of Exhibit D-2 to the McCracken Declaration, which contains only Apple's confidential information and of which Apple seeks to file portions under seal, and a proposed public redacted version of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, of which only portions are sealable. The Declaration of Jordan Bekier provides sufficient evidence that the documents listed below are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative Motion to Seal (Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts).

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

| **Document** | **Portion to be Sealed** |
| --- | --- |
| Apple's Opposition to Samsung's Motion to | Pages: 7:8-11; 8:22-24; 11:11-14; 16:13-16, |

| Document | Portion to be Sealed |
|---|---|
| Exclude Opinions of Certain of Apple's Experts | 20-25; 18:6-7 |
| Exhibit A-3 to the McCracken Declaration | Entire Document |
| Exhibit A-4 to the McCracken Declaration | Entire Document |
| Exhibit A-5 to the McCracken Declaration | Entire Document |
| Exhibit A-6 to the McCracken Declaration | Entire Document |
| Exhibit A-7 to the McCracken Declaration | Entire Document |
| Exhibit A-8 to the McCracken Declaration | Entire Document |
| Exhibit A-9 to the McCracken Declaration | Entire Document |
| Exhibit A-10 to the McCracken Declaration | Entire Document |
| Exhibit A-11 to the McCracken Declaration | Entire Document |
| Exhibit B-1 to the McCracken Declaration | Entire Document |
| Exhibit C-3 to the McCracken Declaration | Entire Document |
| Exhibit D-1 | Entire Document |
| Exhibit D-2 to the McCracken Declaration | Pages: 164:17-18, 20, 22, 25, 27; 165:1-6, 27; 166:1-4; 168:21-169:8 |
| Exhibit D-3 to the McCracken Declaration | Entire Document |

The Court further ORDERs that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____    By: _____
Hon. Paul S. Grewal
United States Magistrate Judge