QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**CONSOLIDATED DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

I, Daniel Wooseob Shim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's administrative motions to file under seal documents in connection with: (1) Samsung's Opposition to Apple's Motion for Summary Judgment; and (2) Samsung's Opposition to Apple's Motion to Exclude Opinions of Certain Samsung Experts ("Samsung's Opposition to Apple's *Daubert* Motion").

3. I understand that some of the documents Samsung seeks to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties. I have reviewed partially redacted versions of the documents that exclude Apple and third-party confidential information.

4. The documents Samsung seeks to seal include Samsung's source code, detailed descriptions of the operations of Samsung's source code, highly confidential financial data, and information about Samsung's licenses with third parties. The portions of the exhibits in support of Samsung's motions that Samsung seeks to seal and the type of information are identified below:

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Samsung's Opposition to Apple's *Daubert* Motion | Portions highlighted in green. | Information regarding Samsung's licenses with third parties. |
| Fazio *Daubert* Opp. Decl. Ex. C – Exhibit 97 to the Expert Report of Judith A. Chevalier, Ph.D. dated Sept. 13, 2013. | Dollar amount on chart in left column; chart from "other agreements" to "analysis of apps" and monetary figure in line 1 under "notes & sources." | Information that reveals Samsung's licensing rates; Samsung's operating profits. |
| Fazio *Daubert* Opp. Decl. Ex. D – August 12, 2013 Opening Expert Report of Chistopher A. Vellturo, Ph.D. | Paragraphs 454-457 and p. 183 n. 731 & p. 184 n.735 | Information that reveals Samsung's licenses with third parties; Samsung's licensing policies. |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Fazio *Daubert* Opp. Decl. Ex. M – August 12, 2013 Opening Expert Report of Terry L. Musika, CPA | p. 59, lines 6-19. | Confidential details of licensing discussions between Apple and Samsung. |
| Fazio *Daubert* Opp. Decl. Ex. N – Expert Report of Julie L. Davis, CPA | p. 83, lines 14-18.<br>p. 84, lines 1-3, 20<br>p. 85, lines 1, 5-8 | Information regarding details of confidential licensing discussions between Apple and Samsung; Information that reveals Samsung's unit sales. |
| Samsung's Opposition to Apple's Motion For Partial Summary Judgment | p. 3 (lines 3-5, 7-10, 14-17, 22-24)<br>p. 4 (lines 6-9)<br>p. 5 (lines 5-7)<br>p. 6 (lines 2-5)<br>p. 7 (line 2, fn. 9)<br>p. 8 (lines 1-4, 6-15, 21-22)<br>p. 9 (lines 20-22)<br>p. 10 (lines 6-7, 20-21, fn. 11)<br>p. 11 (lines 2-3, fn. 12) | Detailed descriptions of Samsung's source code. |
| Jeffay Summary Judgment Decl. | p. 3(lines 18-26);<br>p. 4(lines 1-2, 6-18);<br>p. 5(lines 8-25);<br>p. 6(lines 5-19 & fns. 1-2);<br>p. 7(lines 1-27);<br>p. 8(lines 1-26);<br>p. 9(lines 1-27);<br>p. 10(lines 1-26);<br>p. 11(lines 1-27);<br>p. 12(lines 1-13, 15-24 & fn. 3);<br>p. 13(lines 1-23 & fn. 4);<br>p. 14(lines 1-27);<br>p. 15(lines 1-27); | Detailed descriptions of Samsung's source code. |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | p. 16(lines 1-27); | |
| | p. 17(lines 1-27); | |
| | p. 18(lines 1-27); | |
| | p. 19(lines 1-26); | |
| | p. 20(lines 1-25); | |
| | p. 21(lines 1-6, 15-26); | |
| | p. 22(lines 1-23); | |
| | p. 23(lines 4-22 & fns. 5-6); | |
| | p. 24(lines 1-26); | |
| | p. 25(lines 1-25); | |
| | p. 26(lines 1-14, 16-22 & fns. 7-8); | |
| | p. 27(lines 1-27); | |
| | p. 28(lines 1-26); | |
| | p. 29(lines 1-26); | |
| | p. 30(lines 1-27); | |
| | p. 31(lines 1-27); | |
| | p. 32(lines 1-25); | |
| | p. 33(lines 1, 3-23 & fn. 9); | |
| | p. 34(lines 1-25); | |
| | p. 35(lines 1-27); | |
| | p. 36(lines 1-26); | |
| | p. 37(lines 1-7, 16-27); | |
| | p. 38(lines 1-26); | |
| | p. 39(lines 1-27); | |
| | p. 40(lines 1-27); | |
| | p. 41(lines 1-3, 4-5); | |
| | p. 42(lines 3-26); | |
| | p. 43(lines 1-6, 22-26); | |
| | p. 44(lines 1-13, 20-26); | |
| | p. 45(lines 1-22 & fns. 10-11); | |
| | p. 46(lines 1-27); | |
| | p. 47(lines 1-27); | |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | p. 48(lines 1-26); | |
| | p. 49(lines 1-27); | |
| | p. 50(lines 1-27); | |
| | p. 51(lines 1-27); | |
| | p. 52(lines 1-26); | |
| | p. 53(lines 1, 3-20 & fns. 12-14); | |
| | p. 54(lines 1-26); | |
| | p. 55(lines 1-18, 20-24 & fn. 15); | |
| | p. 56(lines 1-10, 12-24 & fn. 16); | |
| | p. 57(lines 1-27); | |
| | p. 58(lines 1-27); | |
| | p. 59(lines 1-27); | |
| | p. 60(lines 1-26); | |
| | p. 61(lines 1-27); | |
| | p. 62(lines 1-27); | |
| | p. 63(lines 1-27); | |
| | p. 64(lines 1-27); | |
| | p. 65(lines 1-27); | |
| | p. 66(lines 1-23); | |
| | p. 67(lines 1-23 & fn. 17); | |
| | p. 68(lines 1-27); | |
| | p. 69(lines 1-27); | |
| | p. 70(lines 1-27); | |
| | p. 71(lines 1-27); | |
| | p. 72(lines 1-26); | |
| | p. 73(lines 1-27); | |
| | p. 74(lines 1-27); | |
| | p. 75(lines 1-23); | |
| | p. 76(lines 1-25 & fn. 18); | |
| | p. 77 (lines 1-27); | |
| | p. 78 (lines 1-27); | |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | p. 79 (lines 1-26); | |
| | p. 80 (lines 1-27); | |
| | p. 81 (lines 1-27); | |
| | p. 82 (lines 1-27); | |
| | p. 83 (lines 1-26); | |
| | p. 84 (lines 1-25); | |
| | p. 85 (lines 1-26); | |
| | p. 86 (lines 1-27); | |
| | p. 87 (lines 1-27); | |
| | p. 88 (lines 1-27); | |
| | p. 89 (lines 1-5); | |
| | p. 90 (lines 8-11); | |
| | p. 92 (lines 1-3, 6-16); | |
| | p. 93 (lines 5-8, 24-26); | |
| | p. 94 (lines 1-18 & fn. 19); | |
| | p. 95 (lines 1-18); | |
| | p. 96 (lines 5-7); | |
| | p. 97 (lines 14-21); | |
| | p. 98 (lines 15-17); | |
| | p. 99 (lines 1-4, 8-11); | |
| | p. 100 (lines 11-14); | |
| | p. 102 (lines 3-5, 8-16, 21-26); | |
| | p. 103 (lines 1-9, 13, 18-26); | |
| | p. 104 (lines 1-9, 20-26); | |
| | p. 105 (lines 1-17 & fn. 20); | |
| | p. 106 (lines 1-18); | |
| | p. 107 (lines 5-7); | |
| | p. 108 (lines 14-21); | |
| | p. 109 (lines 15-19); | |
| | p. 110 (lines 1-5, 9-12, 24-26); | |
| | p. 111 (lines 1-5); | |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | p. 112 (lines 10-26); | |
| | p. 113 (lines 1-14, 15-24 & fn. 22); | |
| | p. 114 (lines 7-11, 16-19, 22-24 & fn. 23); | |
| | p. 115 (lines 1-5, 8-22 & fns. 24-25); | |
| | p. 116 (lines 1-24 & fn. 26); | |
| | p. 117 (lines 1-11, 17-26); | |
| | p. 118 (lines 1-3, 11-26); | |
| | p. 119 (lines 1-26); | |
| | p. 120 (lines 1-23); | |
| | p. 121 (lines 10-11); | |
| | p. 123 (lines 2-3, 4, 14-25); | |
| | p. 124 (lines 1, 11-13, 22-25); | |
| | p. 125 (lines 1-26); | |
| | p. 126 (lines 1-24); | |
| | p. 128 (lines 1-4); | |
| | p. 129 (lines 20-22, 25-26); | |
| | p. 130 (lines 1-10, 23-26); | |
| | p. 131 (lines 14-26); | |
| | p. 132 (lines 1-15, 21-23 & fn. 27); | |
| | p. 133 (lines 1-15); | |
| | p. 134 (lines 2-5); | |
| | p. 135 (lines 11-18); | |
| | p. 136 (lines 11-16, 24-25); | |
| | p. 137 (lines 1-2, 6-9, 20-26); | |
| | p. 138 (line 1); | |
| | p. 139 (lines 10-26); | |
| | p. 140 (lines 1-10, 17-21 | |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | & fn. 29); | |
| | p. 141 (lines 2-5, 8-15, 18-24 & fn. 30); | |
| | p. 142 (lines 1-23 & fns. 31-32); | |
| | p. 143 (lines 1-20); | |
| | p. 144 (lines 1-12, 21-26); | |
| | p. 145 (lines 1-17, 21-25); | |
| | p. 146 (lines 1-25); | |
| | p. 147 (lines 1-9, 21-26); | |
| | p. 148 (lines 1-26); | |
| | p. 149 (lines 1-21); | |
| Chase Declaration in support of Samsung's Opposition to Apple's MSJ | 3:22-4:2<br>4:26-4:28<br>5:15-5:27<br>6:1-6:13<br>9:19-15:15<br>16:18-17:13<br>17:21-17:22<br>17:26<br>18:8-11<br>19:6-20:12<br>20:17-20:23<br>21:1-21:14<br>23:26-31:12 | Detailed descriptions of Samsung's source code. |
| Fazio Summary Judgment Opp. Decl. Ex. 3 – Snoeren Opening Report | 157:6-18<br>157:21-24<br>158:2-12<br>158:16-17<br>158:21-22<br>168:22-27<br>169:1-12<br>169:15-26 | Detailed descriptions of Samsung's source code. |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
|  | 170:1-10 |  |
|  | 170:14-25 |  |
|  | 171:3-4 |  |
|  | 171:11-12 |  |
|  | 174:10-27 |  |
| Fazio Summary Judgment Opp. Decl. Ex. 4 – Snoeren Rebuttal Report | 204:24-27 | Samsung design decision. |

5.  As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

6.  Samsung considers the financial data included in these documents to be highly confidential, including detailed information about profits. Samsung does not report the type of data included in these documents to investors, regulatory bodies, the press, or business analysts. This type of information is highly confidential to Samsung and Samsung takes extraordinary steps to maintain the secrecy of the information. Even within Samsung's finance and accounting groups, such data can only be accessed by certain personnel on a restricted, need-to-know basis. This type of data guides Samsung's pricing, distribution, financial planning, and other business decisions.

7.  Samsung's financial data was produced in this case to Apple's outside counsel and experts for the sole purpose of calculating supposed damages and were marked "Highly Confidential – Attorneys' Eyes Only" under the Protective Order. Samsung took special precautions when producing detailed financial data.

8.  Specific profit data are far more sensitive and confidential than company-wide financial statements because they can be used to determine the lowest price at which Samsung can profitably sell its products. Armed with that information, a competitor could charge a lower price

in an effort to gain market share. Competitors could also use knowledge of Samsung's highest- and lowest-performing product lines to target marketing and advertising efforts.

9. Suppliers could use the same information as leverage to negotiate higher prices for components, and carrier and retail partners would be able to leverage knowledge of Samsung's margins to negotiate lower prices for Samsung's smart phone and tablet products.

10. Information about Samsung's internal product development processes is likewise highly confidential because competitors could use the information to estimate Samsung's development time frames and release dates. Competitors could then try to beat Samsung to the market, removing any first-mover advantage Samsung may otherwise enjoy.

11. Information about Samsung's licensing agreements with third parties is highly confidential because Samsung frequently negotiates licensing agreements and counterparties could use information about Samsung's existing agreements to Samsung's disadvantage during negotiations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Washington, DC on November 1, 2013.

*/s/ Daniel Wooseob Shim*

Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated:  November 1, 2013        */s/ Michael L. Fazio*
                                Michael L. Fazio