JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK<br><br>**DECLARATION OF CASEY J. MCCRACKEN IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS**<br><br><br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

I, Casey McCracken, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP. I am counsel for Apple, Inc. ("Apple") and submit this Declaration in support of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, filed concurrently herewith. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached as Exhibit A-1 is a true and correct copy of excerpts from the August 11, 2013 Expert Report of John R. Hauser, including exhibits A, D and M.

3. Attached as Exhibit A-2 is a true and correct copy of excerpts from the transcript of the September 27, 2013 deposition of John R. Hauser.

4. Attached as Exhibit A-3 is a true and correct copy of excerpts from the September 13, 2013 Rebuttal Expert Report of David Reibstein.

5. Attached as Exhibit A-4 is a true and correct copy of excerpts from the transcript of the September 27, 2013 deposition of David Reibstein.

6. Attached as Exhibit A-5 is a true and correct copy of excerpts from the transcript of the October 3, 2013 deposition of Judith Chevalier, Ph. D.

7. Attached as Exhibit A-6 is a true and correct copy of excerpts from the transcript of the September 25, 2013 deposition of Alex Snoeren.

8. Attached as Exhibit A-7 is a true and correct copy of excerpts from the transcript of the September 26, 2013 deposition of Andrew Cockburn, Ph.D.

9. Attached as Exhibit A-8 is a true and correct copy of excerpts from the transcript of the September 19, 2013 deposition of Todd Carl Mowry.

10. Attached as Exhibit A-9 is a true and correct copy of excerpts from the August 12, 2013 Expert Report of Christopher A. Vellturo, Ph.D., including exhibit 11.

11. Attached as Exhibit A-10 is a true and correct copy of excerpts from the transcript of the September 25, 2013 deposition of Christopher Vellturo, Ph.D.

12. Attached as Exhibit A-11 is a true and correct copy of excerpts from the transcript of the October 1, 2013 deposition of Jeffrey Chase, Ph.D.

13. Attached as Exhibit A-12 is a true and correct copy of P. Guadagni & J. Little, *A Logit Model of Brand Choice Calibrated on Scanner Data*, 2 Mktg. Science 203, 218-19 (1983).

14. Attached as Exhibit A-13 is a true and correct copy of M. Seabright, D. Levinthal, & M. Fichman, *Role of Individual Attachments in the Dissolution of Interorganizational Relationships*, 35 Acad. of Mgmt. J. 122, Table 3 (1992).

15. Attached as Exhibit A-14 is a true and correct copy of G. Allenby, N. Arora, & J. Ginter, *Incorporating Prior Knowledge into the Analysis of Conjoint Studies*, 33 J. of Mktg. Research 152, 158-159 (1995).

16. Attached as Exhibit A-15 are true and correct copy of R. Johnson and B. Orme, *How Many Questions Should You Ask in Choice-Based Conjoint Studies?*, Sawtooth Software Research Paper Series (1996).

17. Attached as Exhibit A-16 is a true and correct copy of Kamel Jedidi and Z. John Zhang, *Augmenting Conjoin Analysis to Estimate Consumer Reservation Price*, Management Sci., 48(10), pp. 1350-1368 (Oct. 2002).

18. Attached as Exhibit A-17 is a true and correct copy of M. Ding, R. Grewal, and J. Liechty, *Incentive-Aligned Conjoint Analysis*, 42 J. of Mktg. Research 67, 71-72 (2005).

19. Attached as Exhibit A-18 is a true and correct copy of an excerpt from Bryan K. Orme, *Getting Started with Conjoint Analysis – Strategies for Product Design and Pricing Research*, Chapter 6, pp. 43-48 (Research Publishers LLC 2006).

20. Attached as Exhibit A-19 is a true and correct copy of Galesic, M. and Bosnjak, M. *Effects of Questionnaire Length on Participation and Indicators of Response Quality in a Web Survey*, Public Opinion Quarterly, 73(2) (2009).

21. Attached as Exhibit A-20 is a true and correct copy of Sawtooth Software, Inc., *The CBC System for Choice-Based Conjoint Analysis,* Sawtooth Software Technical Paper Series (Version 8 2013).

22. Attached as Exhibit A-21 is a true and correct copy of a printout of Market Research News: Market Research Careers Announces 2013 Thought-Leading MR Suppliers,

1  https://marketresearchcareers.com/show_news/aspx?newsid=67f2c81c-d69c-431b-8372-b5f20
d807ba4.

23. Attached as Exhibit A-22 is a true and correct copy of excerpts from the October 10, 2011 Expert Report of Professor Steven M. Shugan, from Oracle America, Inc. v *Google, Inc.,* Case No. 3:10-CV-03561-WHA (N.D. Cal.).

24. Attached as Exhibit B-1 is true and correct copy of excerpts of the August 12, 2013 Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647.

25. Attached as Exhibit B-2 is true and correct copy of excerpts of the September 13, 2013 Rebuttal Expert Report of Dr. Todd C. Mowry Regarding Invalidity of U.S. Patent No. 5,946,647.

26. Attached as Exhibit B-3 is true and correct copy of excerpts of the August 12, 2013 Expert Report of Dr. Kevin Jeffay Concerning Invalidity of U.S. Patent No. 5,946,647.

27. Attached as Exhibit C-1 is true and correct copy of excerpts of the transcripts of the January 16-17, 2013 and July 25, 2013 depositions of Gordon Freedman.

28. Attached as Exhibit C-2 is a true and correct copy of excerpts of the August 12, 2013 Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414, including exhibit 2.

29. Attached as Exhibit C-3 is a true and correct copy of excerpts of the August 12, 2013 Expert Report of Jeffrey Chase, Ph.D. Regarding the Invalidity of the Asserted Claims of U.S. Patent No. 7,761,414.

30. Attached as Exhibit D-1 is a true and correct copy of excerpts of the August 12, 2013 Expert Report of Kenneth A. Parulski Regarding Infringement of U.S. Patent No. 6,226,449.

31. Attached as Exhibit D-2 is a true and correct copy of the excerpts of the July 15, 2013 Apple's Further Supplemental Objections and Responses to Samsung's First Set of Interrogatories to Apple (No. 12).

32. Attached as Exhibit D-3 is a true and correct copy of the excerpts of the August 12, 2013 Expert Report of Dan Schonfeld, Ph.D. Regarding Infringement of U.S. Patent Nos. 5,579,239 and 7,577,757.

33. Attached as Exhibit D-4 is a true and correct copy of excerpts from the transcript of the October 4, 2013 deposition of Daniel Schonfeld, Ph.D.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated:   November 1, 2013                    By:  /s/ Casey McCracken
                                                  Casey McCracken

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Casey McCracken has concurred in this filing.

Dated: November 1, 2013             /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 1, 2013             /s/ H. Mark Lyon