# EXHIBIT A-13



Role of Individual Attachments in the Dissolution of Interorganizational Relationships
Author(s): Mark A. Seabright, Daniel A. Levinthal and Mark Fichman
Source: *The Academy of Management Journal*, Vol. 35, No. 1 (Mar., 1992), pp. 122–160
Published by: Academy of Management
Stable URL: http://www.jstor.org/stable/256475
Accessed: 22/10/2013 00:21

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Academy of Management* is collaborating with JSTOR to digitize, preserve and extend access to *The Academy of Management Journal.*

http://www.jstor.org

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

© *Academy of Management Journal*
1992, Vol. 35, No. 1, 122–160.

# ROLE OF INDIVIDUAL ATTACHMENTS IN THE DISSOLUTION OF INTERORGANIZATIONAL RELATIONSHIPS

**MARK A. SEABRIGHT**
**Santa Clara University**
**DANIEL A. LEVINTHAL**
**University of Pennsylvania**
**MARK FICHMAN**
**Carnegie-Mellon University**

In this study, we propose that changes affecting the resource fit between organizations exchanging resources provide an impetus for the dissolution of their relationships, whereas the individual and structural attachments that develop between exchange partners over time counter those pressures for change. The empirical analysis examined the severance of auditor-client relationships using a case-control design. Change in clients' resource needs increased the likelihood of their switching auditors, but attachment of individuals primarily responsible for the exchange relationship decreased the likelihood of switching. Moreover, those attachments attenuated the effect of changes in clients' resource needs on the likelihood of switching auditors. The study suggests that ties between boundary spanners play a major role in the maintenance of interorganizational relationships.

Exchange relationships between organizations are becoming a salient topic in research concerning both business strategy (Harrigan, 1987; Hladik, 1985) and organizational theory (Powell, 1990). An exchange relationship is a formal or informal set of arrangements between organizations involving the transfer of resources or services. In exploring such relationships, researchers have focused on determinants of their formation (Aiken & Hage, 1968; Borys & Jemison, 1989; Van de Ven, 1976) and, to a greater extent, on issues of power and dependency in existing relationships (Aldrich, 1979; Blau, 1964; Emerson, 1962, 1972, 1976; Pfeffer & Salancik, 1978; Pisano, 1989; Van de Ven & Walker, 1984). The research reported here explored the dissolution of dyadic interorganizational exchange relationships, focusing on their dynamic features. In particular, we examined the effects of the development of interorganizational attachments and changes in resource fit between exchange partners on the likelihood of dissolution.

---

We would like to thank William Baber, Jacques Delacroix, Edward McQuarrie, Gerald Salancik, and two anonymous reviewers for their comments on a prior draft of this work.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

One approach to understanding the dissolution of interorganizational relationships is to view it as the inverse of their formation. This approach suggests that an organization would end an exchange relationship when the organization with which it was contracting could no longer provide the desired resources or when another organization less threatening to the autonomy of the first organization could satisfy those needs (Aiken & Hage, 1968; Van de Ven, 1976). Such a view of the dissolution process ignores the critical concept of attachment. The conditions and processes associated with the formation of exchange relationships are not the same as those associated with their persistence or severance. The history of interorganizational relationships influences the conditions and processes leading to their dissolution. Social exchange theorists have addressed this issue in their analyses of development of attachment, or commitment, between exchange partners (Blau, 1964; Cook, 1977; Cook & Emerson, 1978; Emerson, 1962).

Attachment is the binding of one party to another (Salancik, 1977; Staw, 1982). It constitutes a counterforce to change rather than a pressure for change. Attachment between exchange partners accrues through experience in the exchange relationship and as a result of investments the exchange partners make in the relationship over time. The development of attachment may lead to maintaining an existing relationship even though it provides fewer of the needed resources than it used to or even though a more attractive alternative is available. In this manner, attachment may attenuate the effects of changes affecting resource fit on the likelihood of a relationship dissolving.

Our research addressed two central aspects of the dynamics of interorganizational relationships. First, we considered the nature of the attachment between organizations. Although Levinthal and Fichman (1988) provided evidence of persistence in exchange relationships and suggested that characteristics of a task setting influence these inertial forces, they did not examine the locus of the attachment between exchange partners. In this research, we examined the extent to which the attachment that emerges with time between exchange partners is embedded in structural ties between the two organizations and in individual relationships developed by boundary spanners. Second, we considered not only the direct effect of attachment, but also how it moderates the impact of changes affecting resource fit between two parties.

## THEORETICAL PERSPECTIVES

### Resource Fit

As suggested, one approach to understanding the dissolution of interorganizational relationships is to assume that the reasons for the severing of exchange relationships are the inverse of the reasons for their formation. Therefore, we considered the conditions that affect the selection of exchange partners and, by implication, the effect of changes in those conditions on the dissolution process. Research on the formation of dyadic relationships sug-

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

gests several determinants of interorganizational arrangements: social ties, network membership, and resource procurement (Aiken & Hage, 1968; Cook, 1977; Galaskiewicz, 1985; Granovetter, 1973, 1985; Van de Ven, 1976). The dominant perspective is that organizations enter relationships with other organizations to procure needed resources (Galaskiewicz, 1985; Van de Ven, 1976). In this view, the critical elements are one organization's resource needs, another's resource provisions, and the set of potential alternatives (Aiken & Hage, 1968; Van de Ven, 1976). This perspective, however, acknowledges the role of social ties and a broad network of relationships in providing knowledge about potential exchange partners. Boundary spanners, that is, those organizational members whose role requires *both* intra- and interorganizational relationships, have knowledge of feasible partners that determines the "opportunity set" from which a specific partner is chosen (Van de Ven, 1976). We did not examine these broader network relationships and, hence, the effect of "weak ties" (Granovetter, 1973), but we did consider the effect of direct ties between exchange partners in the context of our treatment of attachment.

An organization tries to select the partner that is best able to provide needed resources, given the set of alternatives. This criterion concerns the fit between one organization's resource needs and another's resource provision, relative to an opportunity set. If, however, several potential exchange partners are equally compatible, issues of autonomy affect the selection of a partner (Aiken & Hage, 1968; Cook, 1977; Van de Ven, 1976), and an organization will select the alternative that will have the least impact on its autonomy. As Cook argued, "Organizations seek to form that type of interorganizational exchange relationship which involves the least cost to the organization in loss of autonomy and power" (1977: 74). For example, in the context of a buyer-supplier relationship, a customer's power vis-à-vis a supplier may be related to the share of the supplier's total sales the customer represents. Therefore, of suppliers that can meet the buyer's needs, the buyer may wish to choose the smallest firm.

These two concerns, satisfaction of resource needs and desire for autonomy, have implications not only for the selection process but also for the conditions leading to the dissolution of a relationship. After an agreement is established, either a reduction in the ability of exchange partners to satisfy resource requirements or a diminution of autonomy will affect the likelihood of the termination of the relationship. A reduction in the ability of exchange partners to satisfy resource requirements may result from increases in one organization's resource requirements, decreases in its exchange partner's provisions, or increases in the opportunity set. In turn, a deterioration of an exchange partner's suitability enhances the chance of an organization's finding another partner that provides a better fit and, as a result, increases the probability of dissolution of the relationship. Other changes, however, may increase an exchange partner's ability to provide resources and may therefore reduce the other exchange partner's autonomy. In particular, decreases in an organization's resource requirements, increases in the ex-

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

change partner's provisions, and decreases in the opportunity set would tend to reduce the focal organization's autonomy. For example, decreases in its resource needs, all else being equal, reduce an organization's ability to exercise control over an exchange partner. This potential reduction of the first organization's autonomy then raises the likelihood of dissolution because another suitable exchange partner that presents less of a threat to the organization's discretion may exist in the opportunity set.

This analysis also applies to changes that occur between successive negotiations of an interorganizational agreement. If the agreement between exchange partners is renegotiated periodically, the opportunity exists at each renegotiation to continue the relationship under the same or revised terms or to terminate it. If the parties reach an agreement, the renewed relationship presumably constitutes a good fit between one party's resource requirements and the other's resource provisions, relative to the alternatives available at the time of the renegotiation. Subsequently, however, change in these conditions affects the probability that the relationship will be reestablished at the time of the next negotiation. For either party in a dyadic relationship, changes in the other's suitability raise the likelihood of severing the exchange arrangement as a consequence of either a failure to satisfy resource requirements or a reduction in autonomy.

> *Hypothesis 1: The greater the change over the period between agreements in a focal organization's resource requirements, its exchange partner's resource provisions, or the focal organization's set of alternative exchange partners, the greater the likelihood of the dissolution of the relationship.*

The preceding discussion assumes that the effect of changes in resource fit on the likelihood of severing a relationship is independent of the history or duration of the relationship. This assumption ignores the dynamics of exchange relationships (Levinthal & Fichman, 1988; Van de Ven, 1976; Van de Ven & Walker, 1984). Consider, for example, a situation in which a supplier becomes less capable than an available alternative of satisfying a customer's resource requirements. The argument regarding resource fit suggests that in this situation the customer will switch suppliers, regardless of whether the customer-supplier relationship is new or long-standing. This prediction discounts the possibility that exchange partners develop attachments over time and that those attachments will attenuate the effects of a relatively poor fit.

## Attachment

Several theorists have addressed the concept of attachment, or commitment, between exchange partners (Blau, 1964; Cook, 1977; Cook & Emerson, 1978; Emerson, 1962; Hirschman, 1970; Macaulay, 1963; Salancik, 1977; Williamson, 1975, 1979, 1981; Williamson & Ouchi, 1981). Some researchers have equated attachment with transactional perseverance, or immobility.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

For example, Cook and Emerson defined interparty commitment in terms of immobility: "An actor is said to be committed to another actor in the network to the extent that choice of current exchange partner, from among alternative partners, can be predicted from previous partnerships" (1978: 728). Immobility, however, can result either from the lack of pressures for change or from the blocking of such pressures. Other researchers have maintained that attachment affects immobility through the latter process (Blau, 1964; Cook, 1977; Salancik, 1977). Taking that approach, we defined attachment as an inertial or binding force between exchange partners that can lead to the maintenance of an existing relationship to the exclusion of alternatives.

Several authors have suggested that establishing and maintaining exchange relationships requires investments that in turn lead to attachment between exchange partners (Blau, 1964; Cook, 1977; Williamson, 1975). For example, Blau argued that "many exchange transactions depend upon, or are facilitated by, the investments made in them by at least one party—the inservice training without which a man could not do his specialized job, or the railroad spur to transport goods from manufacturer to purchaser" (1964: 160). Williamson (1975, 1979, 1981) stressed the difference between investments that are specialized, and therefore cannot be sold outside a given relationship without a loss in value, and investments that are unspecialized. He argued that although the establishment and maintenance of exchange relationships may necessitate both types of investments, only the specialized ones create interparty attachment. Because unspecialized investments retain their value in another context, they do not bind exchange partners. Idiosyncratic investments, however, lose value upon transfer to another exchange partner. Because of the costs associated with marketing or acquiring such investments, exchange partners become locked into existing relationships.

Research on attachment has also distinguished between the roles of personal relationships and ties between exchange partners at an organizational level. Macaulay (1963), for example, emphasized the role of personal relationships in the coordination of interorganizational transactions, suggesting that the development of such relationships attenuates the need for exchange partners to resort to contractual practices and legal sanctions. Similarly, Adams (1976) argued that interorganizational exchanges lead to the development of personal relationships between the boundary spanners of the interacting organizations and that those relationships mediate the management of transactions. More generally, Granovetter suggested that relationships are socially embedded, stressing "the role of concrete personal relations and structures (or 'networks') of such relationships in generating trust and discouraging malfeasance" (1985: 490). Van de Ven (1976), on the other hand, stressed the development of structural mechanisms for coordinating exchange relationships, arguing that structural solutions to recurring coordination issues are often more efficient than interpersonal mechanisms.

Thus, attachments in an exchange relationship may emerge as the result

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

*Seabright, Levinthal, and Fichman*

of individual- or organization-level ties. Sources of individual attachment include personal skills, knowledge, and interpersonal relationships; specific organization members constitute the repository of such assets. Sources of organizational attachment include the formalization and standardization of exchange arrangements, such as the establishment of policies and proce- dures for managing interorganizational transactions. The collectivity, rather than specific individuals, is the repository of these assets.

Attachment reflects the prior history of an exchange relationship. More specifically, individual attachment reflects the prior history of learning and socialization by individuals during their involvement in exchange activities, whereas structural attachment reflects the history of organizational invest- ments made since the formation of the interorganizational relationship. Thus, structural attachment increases as the duration of the relationship increases. Individual attachments, however, are not necessarily related to the duration of an interorganizational relationship. Individual attachments accrue over the period of time the particular organizational representatives are involved in exchange activities. For this reason, turnover in boundary- spanning positions will attenuate individual attachments. An individual who has engaged in particular exchange activities for a long time is likely to have developed a greater degree of attachment than an individual who has engaged in exchange activities for a short time. Thus, structural attachment is related to the duration of an interorganizational relationship, whereas individual attachment is related to the tenure of individuals in boundary- spanning roles in the exchange relationship.

> *Hypothesis 2: The greater the individual or structural at- tachment between exchange partners, the lower the like- lihood of the dissolution of their relationship.*

Attachment has several consequences for exchange relationships. Blau (1964), Cook (1977), Cook and Emerson (1978), and Hirschman (1970) have suggested that interparty attachment leads to maintaining an exchange rela- tionship that is providing fewer of the needed resources than it originally did, curtailing the exploration of available alternatives, and more generally, enhancing immobility. For instance, Cook argued that ''attachment or com- mitment serves to prolong the exchange and tends to limit the mobility of the exchange partners by preventing the exploration of alternatives in order to take advantage of opportunities which would increase their reward levels and improve their positions in an exchange network'' (1977: 68).

This discussion suggests that the development of individual or struc- tural attachment counters the pressures for dissolution stemming from changes in resource fit. In particular, attachment moderates the effect of changes in resource requirements, provisions, and the set of alternatives on the likelihood of the dissolution of a relationship. Figure 1 depicts the hy- pothesized form of this moderating effect. First, as Hypothesis 2 states, at- tachment exerts a main effect on the likelihood of dissolution. At any level of change in resource fit, attachment reduces the likelihood of severing a

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

relationship. Second, the effect of change in resource fit on the likelihood of dissolution decreases as attachment increases:

> *Hypothesis 3: The greater the individual or structural attachment between exchange partners, the lower the effect of change in resource requirements, resource provisions, and the set of alternative exchange partners on the likelihood of the dissolution of their relationship.*

In summary, the proposed framework posits that changes in resource fit provide an impetus for dissolution, whereas the attachment that develops between exchange partners counters those pressures for change. The concept of attachment emphasizes the role of history in exchange relationships, suggesting that past exchanges affect the likelihood of future exchanges.

## METHODS

### Case-Control Design

This research employed a case-control design, investigating subjects with the condition of interest (the cases) and subjects without this condition (the controls) and then comparing them with respect to the hypothesized explanatory variables. In a sense, such an approach proceeds from effect to cause (Anderson, Auquier, Hauck, Oakes, Vandaele, & Weisberg, 1980; Schlesselman, 1982). The particular empirical context that we examined was the dynamics of the relationship between audit firms and their clients. Thus, we found companies that had and companies that had not switched auditors, collected data on antecedent and concurrent explanatory variables, and compared switchers with nonswitchers. Although this

**FIGURE 1**
**Hypothesized Effects**



Change in Resource Fit

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-12   Filed 11/02/13   Page 10 of 41

method has been used in epidemiological studies of lung cancer, sudden infant death, toxic shock syndrome, and other infrequent conditions (Schlesselman, 1982), it has received relatively little attention in organizational research (for exceptions, see Hambrick and D'Aveni, 1988, and Kosnik, 1987).

The case-control approach has several strengths and weaknesses. Its critical strength is allowing a more efficient examination of a low-probability phenomenon than a cohort design would allow.[1] Estimates indicate that the annual rate of auditor switching among publicly held U.S. firms is less than 4 percent (Chow & Rice, 1982; Johnson & Lys, 1985; Levinthal & Fichman, 1988). For this reason, the case-control approach is well suited to a study of the dissolution of auditor-client relationships.

A critical concern with case-control designs is their retrospective sampling design. Unlike a cohort design, a case-control approach requires selection of subjects based on a criterion variable. As a consequence, the proportion of cases to controls in a retrospective sample may not represent the actual proportion of cases to controls in the target population. When case-control data are studied with binary logistic regression analysis, this lack of representativeness biases estimates of the constant term in proportion to the fractions of cases and control (Schlesselman, 1982). However, because we sampled control cases randomly and could assume that the controls were at risk of dissolving their attachments, the coefficient estimates of the predictor variables are not biased (Palepu, 1986; Schlesselman, 1982). Estimates of the coefficients of the explanatory variables would agree with such estimates based on data from a cohort study (Anderson et al., 1980; Schlesselman, 1982).

A case-control design also raises the risk that unspecified variables will be omitted or are confounded with the variables of interest. However, all nonrandomized designs, including the prospective and retrospective cohort designs for which the case-control approach is an efficient alternative, share this weakness. In the context of the analysis of auditor switching, a failure to control for a client firm's size might bias estimates of the effect of changes affecting resource fit on auditor switching. For instance, small firms are more likely to switch auditors than large firms (Levinthal & Fichman, 1988; Mangold, 1987; Schwartz & Menon, 1985). If small firms are also more likely to experience sizable changes in factors affecting resource fit, failure to control for firm size would induce different distributions of such changes for cases and controls, irrespective of the effect of such changes on auditor switching. The undetected confound could result in a spurious relationship between changes affecting resource fit and auditor switching. Steps to con-

---

[1] A cohort design proceeds from cause to effect (Schlesselman, 1982). Thus, in a cohort study a random or stratified sample of subjects is selected for study. The subjects are classified according to their exposure to the hypothesized explanatory factors. The outcome of interest is then measured and the exposed and unexposed subjects compared.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-12   Filed 11/02/13   Page 11 of 41

trol for potential confounds taken here included the use of control variables and a matching procedure.

## Auditor-Client Relationships

Relationships between companies and their independent auditors are a useful setting for examining the dissolution process for two reasons (Levinthal & Fichman, 1988). First, publicly held firms are required by law to provide their stockholders with external audits. Clients can neither replace external audit services with other services, such as internal audits, nor exit the external audit market itself. When a given auditor-client relationship is terminated, the client must employ another auditor. This limiting of clients' alternatives to those in the external audit market provides a manageable limit to the set of alternatives that need to be included in the research design. Second, there are few legal or formal impediments to switching auditors. Investments in physical capital are not sizable enough to lock exchange partners into a given relationship. However, auditor-client relationships may entail relation-specific investments in human capital (Danos & Eichenseher, 1982).

Since the enactment of the Securities Exchange Act of 1934, an independent audit of annual financial statements has been a requirement for publicly held corporations (Carmichael & Willingham, 1985). An external auditor independently assesses a firm's financial statements. An audit "opinion" states whether the financial statements fairly present the company's position, conform to generally accepted accounting principles, and consistently apply those principles. An "unqualified" opinion attests to the soundness of the financial statements. A "qualified" opinion, however, indicates the presence of material uncertainties or inconsistencies in the application of generally accepted accounting principles (Bernstein, 1974). A disclaimer, or adverse opinion, results from uncertainties that cannot be assessed or from the presence of deviations from generally accepted accounting principles (Bernstein, 1974).

Research in accounting has revealed a number of events associated with the dissolution of auditor-client relationships. Some of these would appear to be related to the resource needs of clients. In particular, the need for an initial public offering of stock (Carpenter & Strawser, 1971) or, more generally, for new financing (Burton & Roberts, 1967; Carpenter & Strawser, 1971; Macchiaverna, 1981), as well as changes in a client's size (Levinthal & Fichman, 1988; Mangold, 1987; Schwartz & Menon, 1985), a need for additional services (Burton & Roberts, 1967; Carpenter & Strawser, 1971; Macchiaverna, 1981), and dissatisfaction with audit services (Bedingfield & Loeb, 1974; Burton & Roberts, 1967; Carpenter & Strawser, 1971) have all been shown to be associated with a heightened risk of dissolution. Another factor found to increase the likelihood of dissolution is dissatisfaction with an auditor's fees (Bedingfield & Loeb, 1974; Carpenter & Strawser, 1971; Eichenseher &

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Shields, 1983; Macchiaverna, 1981). Finally, changes in a client's management, which in our view would reduce the degree of attachment between the auditor and client, results in an increased risk of dissolution (Burton & Roberts, 1967; Chow & Rice, 1982; Schwartz & Menon, 1985).

The source of the companies studied was the primary, secondary, and tertiary files of the 1983 COMPUSTAT financial data base (Standard & Poor's Corporation, 1984). This data base contains information on 2,388 publicly held companies, including all the companies traded on the New York and American stock exchanges and many traded over-the-counter. Data necessary for measuring clients' resource requirements were not available for banking, insurance, or public utility companies. Therefore, we excluded those firms from the sampling frame. This criterion excluded firms from 5 of the 63 two-digit Standard Industrial Code (SIC) industries represented in the COMPUSTAT files; the excluded firms constituted approximately 500 of the 2,388 companies.

In addition, data on the industry-specific markets for audit services were necessary to develop measures of auditors' resource provisions and clients' set of alternatives. Certain two-digit SIC industries, however, were poorly represented in the files; for example, there were only 2 firms in the educational services industry. For this reason, we limited the frame to firms in industries that contained a minimum of 20 companies. This criterion excluded firms from 26 of the 63 industries represented; the excluded firms constituted approximately 300 of the 2,388 companies. The resulting data frame from which cases and controls were drawn consisted of 1,604 publicly held companies in 32 two-digit SIC industries.

A case was defined as a company that had dissolved its relationship with its independent auditor and had therefore employed a new audit firm. A control was defined as a company that had retained its auditor. The dissolution of an auditor-client relationship was defined as a change in the identity of the client's auditor, except when this event was associated with any of the following circumstances: (1) the client's incumbent auditor merged with or was acquired by another audit firm and the relationship continued with this new entity, (2) the client's incumbent auditor ceased practice, and a successor to this practice could not be identified, or (3) the event followed a merger of the client firm with another company, with the latter being the surviving company. The timing of a dissolution event was determined by when the responsibility for evaluating financial statements was transferred from the former to the new auditor. We identified cases using corporate annual reports, 10-K statements, Moody's *Industrial Manual*, Moody's *Transportation Manual*, Moody's *OTC Industrial Manual*, Standard and Poor's *Register of Corporations, Directors and Executives*, and *Who Audits America* (Harris, 1976–1984). Companies that made one or more switches between 1978 and 1983 that met the criteria were eligible cases, with the remaining companies being eligible controls. We studied all qualified cases from this time period to obtain a sufficient number of switchers. For eight firms that changed auditors more than once, we ran-

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

domly chose one of the dissolutions for study.[2] This process resulted in 170 cases.

A set of 170 control firms was selected by frequency matching controls to cases according to (1) the year a switch occurred and (2) company size, defined as small, medium, or large, such that the distribution of years and size was the same for the cases and the controls. This procedure involved stratifying all the eligible controls on the basis of year and size and then randomly selecting controls from the strata in proportion to the number of cases in each subgroup. Switchers and nonswitchers were frequency matched according to year and size to mitigate the potentially confounding effects of these variables. We chose year as a matching variable to control for the potential "nonstationarity" of the dissolution process over time. For example, changes in the professional code of ethics regulating auditor behavior could affect the switching process in a given year. If such changes were related to any of the explanatory variables, they could bias estimates of the effects of those variables on the likelihood of dissolution. We chose company size as a matching variable because it also represented a potential confound, since small clients are more likely to switch auditors than large clients (Levinthal & Fichman, 1988; Mangold, 1987; Schwartz & Menon, 1985). If size were also related to any of the explanatory variables, it could bias estimates of the effects of those variables on the likelihood of dissolution.

Each year's size groupings were based on the assets of the 1,604 companies in the data frame. We measured size as the natural logarithm of total assets using the logarithmic transformation to normalize the distribution of assets. For each year from 1978 through 1983, we determined the size groupings by performing three-mean cluster analyses on the sizes of all the companies (Hartigan, 1975). All cases were stratified according to the year of the dissolution event and the size of the company. Eligible controls were randomly assigned to one of the year groupings and stratified by size. Controls were then randomly selected in equal number to the number of cases in each year-by-size stratum. The selection procedure resulted in a study group of 170 switchers and 170 nonswitchers.

**Measures**

Measures were developed for the three proposed components of resource fit—a client's resource requirements, an auditor's resource provisions, and the client's set of alternatives—and the two types of attachments: individual and structural. Corporate annual reports, 10-K statements, proxy statements, COMPUSTAT files, Moody's *Manuals*, and Standard and Poor's *Register of Corporations, Directors and Executives* provided the data for these measures.

---

[2] Including more than one switch for a single firm would have violated the assumption that the explanatory variables were independently distributed, which is necessary to justify the statistical analysis. By the same logic, a firm could only act as a control for a single year.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-12   Filed 11/02/13   Page 14 of 41

Our measures did not allow us to directly assess resource fit. However, they did allow us to measure changes in the components of resource fit: the changing needs of the clients and the changing resources of the auditors. If an audit firm–client relationship is intact at a given time, it is likely to continue in the following year in the absence of significant changes in the components of resource fit. However, substantial changes in the components of resource fit from one year to the next might suggest that the quality of the fit has deteriorated.

This argument does not imply that relationships that continue represent good fits between auditors and clients in some absolute sense. Indeed, a central implication of our discussion of the role of attachment is that even poor matches between auditor and client may continue as a result of a high level of attachment between the two parties. However, the continuation of a relationship does suggest some minimal level of fitness and that, absent some further deterioration in the level of resource fit, the match will tend to continue.

The proposed framework for examining the dissolution process incorporates an assumption that either party in an exchange arrangement can sever the relationship. A comprehensive test of this framework would examine the effect of both parties' resources and attachments on the likelihood of dissolution. With respect to the individual-level sources of attachment, however, the present study was restricted to the clients' side of the relationship. Data on auditing firms' personnel are not publicly available. However, since an auditing firm has an incentive to manage change in the responsibilities of auditing personnel so as to minimize deterioration in degrees of attachment, limiting the focus to the client's personnel should have captured the major sources of variability with respect to the effect of individual attachments on dissolution.

**Resource Requirements**

The literature on auditor-client relationships suggested measures of clients' resource requirements. The resource that a company needs from an audit firm is external verification. Simunic's (1980, 1984) work indicated that the verification task is more demanding the more complex the audit situation. Measures of difficult-to-audit assets he developed include the ratio of foreign to total assets, the ratio of receivables to total assets, and the ratio of inventories to total assets.

Those three measures were used to indicate changes in resource requirements. Clients' contracts with auditors are negotiated annually. Our theory suggests that either increases or decreases in resource requirements can affect the likelihood of switching. Therefore, the relevant measure of change is the absolute value of the difference in the ratios of receivables, inventories, and foreign assets to total assets between $t$, the year of the event, and the preceding year ($t - 1$). We also conducted exploratory analysis of changes over a two-year period. For each of these measures, we constructed two variables: the absolute value of the difference between the ratios at times $t$

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

and $t - 1$,[3] and a dummy variable representing the direction of a change, coded 1 if an increase in the ratio occurred between $t - 1$ and $t$. Since the absolute value of the change in these ratios is a continuous measure, there were no instances of zero change, and the dummy variable for the direction of change distinguished all observed cases. Annual reports, 10-K statements, and COMPUSTAT provided the data for these measures.

We used two additional variables to account for whether a client had foreign assets and whether those assets were material and constituted 10 percent or more of the firm's total assets. Material foreign assets are reported in the notes to financial statements; immaterial foreign assets are not. Of the 340 firms studied, 200 had no foreign assets, 43 had immaterial foreign assets, and 97 had material foreign assets. We used two dummy variables, one coded 1 if a client did not have foreign assets, the other coded 1 if a client had immaterial foreign assets. Annual reports and 10-K statements provided these data.

**Resource Provisions**

The literature on auditor-client relationships also suggested measures of the auditors' resource provisions. The capabilities of an audit firm consist of both general auditing expertise and knowledge of issues pertaining to a particular institutional setting. Indeed, prior research has noted considerable variation with respect to industry expertise among auditing firms. For instance, the firm Laventhol and Horwath was known for expertise in real estate, and Ernest and Whinney had a strong reputation for serving banks and financial institutions (Stevens, 1985). Auditor specialization has been measured by an audit firm's market share in a client's industry (Danos & Eichenseher, 1982; Eichenseher & Danos, 1981; Palmrose, 1986), with market share represented by the ratio of the revenue earned by a firm to total revenues of all auditors in that industry. However, since audit firms are private partnerships, such revenue information is not publicly available. Elliott and Korpi (1978) and Simunic (1980) found that the audit fee from a client can be reasonably well explained ($R^2 > .50$) as a linear function of the square root of the client's size, where size is measured by assets. Drawing on this work, several authors of work in the accounting literature (Dopuch & Simunic, 1980; Eichenseher & Danos, 1981; Palmrose, 1986) have estimated an auditor's industry-specific revenues by ''summing over'' the square root of the assets of an auditor's clients in a given industry. We used the same procedure in our analysis and classified industries on the basis of two-digit SIC codes.

Change in resource provisions was operationally defined as the absolute value of the percentage change in market share from time $t - 2$ to $t - 1$. We used this time frame to ensure that shifts in market share did not result from

---

[3] If we had not used such a coding strategy, the coefficient estimates for the signed change in resource requirements would be uninterpretable, given our theoretical argument.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-12   Filed 11/02/13   Page 16 of 41

the dissolution events under investigation. We used the absolute value since our argument is that either increases or decreases in resource provisions will affect the likelihood of dissolution. Two variables measured percentage change in market share. A dummy variable for the direction of the change was coded 1 if an increase in market share occurred from $t - 2$ to $t - 1$, and a continuous variable measured the absolute value of the percentage change. The data sources for these measures included Levinthal and Fichman (1988) and COMPUSTAT.

### Set of Alternatives

The literature on auditor-client relationships provided measures of the clients' sets of alternatives. Such a set is composed of the audit firms that can provide some degree of the relevant resource, which consists of both general accounting and industry-specific expertise. All auditors that operate in a client's industry constitute its set of alternatives (Danos & Eichenseher, 1986; Eichenseher & Danos, 1981; Palmrose, 1986). As a result, industry concentration statistics provide a measure of the audit market. An increase in industry-specific concentration implies a decrease in the set of available alternatives. The industry concentration statistic selected to measure the client's set of alternatives was the Herfindahl index.[4] This statistic possesses the advantage of capturing the activity of small auditors (Eichenseher & Danos, 1981). Again, industry classification was based on two-digit SIC codes. Two variables measured change in industry concentration. A continuous variable measured the absolute value of the change; again, we used an absolute value because both increases and decreases in the alternative set will increase the probability of the dissolution of a relationship. A dummy variable for the direction of a change was coded 1 if an increase in industry concentration occurred from $t - 2$ to $t - 1$. Levinthal and Fichman (1988) and COMPUSTAT provided the data for calculating concentration indexes.

### Individual Attachment

Measures of individual attachment followed from the proposed cumulative feature of attachments. A boundary spanner's attachment to an exchange partner is related to the length of time that the individual engages in activities associated with the relationship, and, therefore, individual attachment is likely to increase with the years of tenure that have elapsed since the formation of an interorganizational relationship. The boundary spanners that are critical to auditor-client relationships include the members of the audit committee of a firm's board of directors (or the board as a whole if an audit committee does not exist), the chief executive officer (CEO), the chief financial officer (CFO), and the chief accounting officer (CAO) (Bacon, 1979; Macchiaverna, 1981; Mautz & Neumann, 1977). Specific measures of indi-

---

[4] The Herfindahl statistic was calculated by squaring each auditor's market share in a given industry and summing over all audit firms active in the industry.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

vidual attachment were the average tenure of the members of an audit committee or board and the individual tenures of the chief executive, financial, and accounting officers. We used 10-K reports, proxy statements, Moody's *Manuals*, and Standard and Poor's *Register of Corporations, Directors and Executives* to identify the relevant boundary spanners and to determine how long they had been with a firm since the formation of its present auditor-client relationship.

A separate variable was used to represent the attachment associated with each critical boundary-spanning position. The attachments of the chief executive, financial, and accounting officers were measured as the number of years that the officer had served in any of those boundary-spanning positions since the beginning of the interorganizational relationship. The attachment of the members of an audit committee or board was measured as the average number of years served on a board of directors since the beginning of the auditor-client relationship.

Three dummy variables were created to control for overlapping officer positions and the absence of an audit committee. The first variable was coded 1 if a firm's chief executive officer also served as its chief financial officer. Overlapping executive and financial positions existed in 8 of the 340 companies studied. The second variable was coded 1 if the chief financial officer also served as the chief accounting officer. Overlapping financial and accounting positions existed in 158 companies. The third dummy variable was coded 1 if an audit committee did not exist; an audit committee operated in 282 of the 340 companies.

## Structural Attachment

The measure of structural attachment also followed from the cumulative feature of attachments. Structural attachment is likely to increase with the duration of a relationship. Therefore, the measure of structural attachment was the number of consecutive years that an incumbent auditor had provided an independent assessment of a client's financial statements. The data sources for this measure included annual reports, proxy statements, and Moody's *Manuals*.

## Control Variables

Data for the following four control variables were obtained from annual reports, 10-K statements, and Moody's *Manuals*.

The age of a client was included to control for the potential confound between this variable and other time-dependent measures, such as the degrees of individual and structural attachment. Age was measured as the number of years elapsed since a company's original date of incorporation.

A variable measuring whether each audit opinion was qualified or unqualified was included to control for the effect of qualifications on the likelihood of auditor switching. As noted previously, an audit opinion states whether financial statements fairly present a company's position, conform to generally accepted accounting principles, and consistently apply those prin-

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-12   Filed 11/02/13   Page 18 of 41

ciples. An unqualified opinion indicates that there was no unresolvable restriction on the scope of the examination of the financial statements and that the audit firm had no significant exceptions as to the accounting principles reflected, the consistency of their application, and the adequacy of the information disclosures. A qualified opinion indicates the presence of material uncertainties, often the result of changes in accounting methods between reporting periods, uncertainties as to the valuation of inventories and receivables, or pending litigation. Another basis for a qualified opinion is inconsistency with generally accepted accounting principles (Bernstein, 1974). Qualified opinions can create uncertainty for current and prospective shareholders as to a client's financial situation and, as a result, the client may be motivated to leave an audit firm in order to obtain a more favorable opinion. Indeed, several studies have indicated that companies are more likely to switch their auditors if they have received qualified opinions (Chow & Rice, 1982; Levinthal & Fichman, 1988). Audit opinion was measured as a dummy variable with a value of 1 if a qualified opinion was issued in the year prior to an event.[5]

A variable for incumbent auditors' membership in the Big Eight, the eight largest U.S. auditing firms,[6] was included to control for a trend toward use of Big Eight auditors (Eichenseher & Danos, 1981; McConnell, 1984). Prior research has shown systematic differences in the duration of auditor-client relationships (Fichman & Levinthal, 1991a,b) depending on type of audit firm, with client relations with Big Eight firms being longer-lived. We included this distinction to control for the higher probability of switching if a current auditor was not a Big Eight firm. Type of auditor was a dummy variable with a value of 1 if an incumbent was a Big Eight firm.

Financial ratios were included to control for the effect of financial health on auditor switching. Several studies have found that companies that are financially distressed are more likely to switch auditors (Mangold, 1987; Schwartz & Menon, 1985). Schwartz and Menon, for example, sampled companies that filed for bankruptcy and those that did not and found that the failing companies were more likely to switch auditors in the four years preceding bankruptcy than were healthy companies during the same period. To be consistent with this work, we used measures of financial health derived from Altman's (1983) research on corporate bankruptcy. He sampled bankrupt and nonbankrupt companies and used discriminant analysis to construct a predictive model of bankruptcy. This model, termed the Z-score model, contains five financial ratios: working capital to total assets, retained earnings to total assets, earnings before interest and taxes to total assets, the

---

[5] Qualified opinions included "subject to" qualifications, "except for" qualifications devoid of the auditor's approval, disclaimers of opinion, and adverse opinions (Chow & Rice, 1982).

[6] Circa 1984, the Big Eight accounting firms were Arthur Anderson, Arthur Young, Coopers and Lybrand, Deloitte Haskins and Sells, Ernst and Whinney, Peat Marwick Mitchell and Co., Price Waterhouse and Co., and Touche Ross.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

market value of equity to the book value of total liabilities, and sales to total assets. Altman (1983: 106–108) also proposed an overall index of the likelihood of bankruptcy, the Z-score, which is based on a discriminant function.

Thus, Altman's work suggested two formulations for measuring financial health, the five financial ratios and the overall Z-score index. We explored both formulations, calculating financial ratios for the years prior to events. COMPUSTAT provided the necessary financial data.

Table 1 shows the means and standard deviations of the predictor variables for the companies that switched auditors (the cases), the companies that retained their auditors (the controls), and the full data set. Table 2 presents the correlations among the various measures.

**Data Analysis**

Data were analyzed with logistic regression equations using a "logit" model specifying that the logarithmic odds of a dissolution event are a function of a set of predictor variables (Fienberg, 1980). This model is of the form $\log[P_i/(1 - P_i)] = \beta_0 + \beta_1 X_{i1} + \ldots + \beta_r X_{ir}$, where $P_i$ is the likelihood of dissolution for the $i^{th}$ company, $\beta_0$ is a constant, and $X_{i1}, \ldots, X_{ir}$ is a set of predictor variables (Anderson et al., 1980; Schlesselman, 1982). The parameters $\beta_1, \ldots, \beta_r$ represent the effects of the predictor variables on the natural logarithm of the odds of dissolution. The model is estimated using maximum-likelihood procedures. The interpretation of coefficient estimates follows from the logit specification. A unit change in the variable $X_j$ alters the odds of dissolution by the factor $\exp(\beta_j)$ or alters the probability of dissolution by the factor $\exp(\beta_j)/[\exp(\beta_j) + 1]$.

The significance of a variable or set of variables was assessed with the likelihood ratio test.[7] This test compares the goodness of fit of a pair of nested models, with the variable or variables of interest being the constraints that distinguish the models (Bishop, Fienberg, & Holland, 1975; Fienberg, 1980). The measure of goodness of fit, the $G^2$ statistic, is $-2$ times the "log likelihood." The likelihood ratio test statistic is calculated by taking the difference between the $G^2$ values of nested models. Under the null hypothesis, this difference is asymptotically distributed as chi-square (Bishop et al., 1975; Fienberg, 1980). The degrees of freedom for the likelihood ratio statistic are equal to the number of parameters that distinguish the two models.

Although the likelihood ratio test assesses significance, it does not indicate a model's predictive ability. We assessed usefulness with the $U^2$ statistic (Guadagni & Little, 1983; Hauser, 1978). Derived from information theory, this statistic compares the percentage of uncertainty explained by a model of interest with that explained by a null model (Hauser, 1978). A

---

[7] The likelihood ratio test is preferable to the *t*-test for assessing the effect of a single variable. Tests based on the *t*-values of individual coefficients can be misleading in logit analysis (Anderson et al., 1980). Hauck and Donner (1977) showed that Wald's test, which is similar to the *t*-test, can yield *p* values that are inflated over those yielded by the likelihood ratio test.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

1992                              *Seabright, Levinthal, and Fichman*                              139

## TABLE 1
## Means and Standard Deviations[a]

| Variables | Cases | | Controls | | Total Sample | |
|---|---|---|---|---|---|---|
| | Means | s.d. | Means | s.d. | Means | s.d. |
| Controls | | | | | | |
| Age | 35.694 | 21.708 | 41.912 | 24.136 | 38.803 | 23.131 |
| Audit opinion | 0.129 | 0.337 | 0.059 | 0.236 | 0.094 | 0.292 |
| Type of auditor | 0.653 | 0.477 | 0.859 | 0.349 | 0.756 | 0.430 |
| Working capital/assets | 30.306 | 21.873 | 32.434 | 18.556 | 31.370 | 20.281 |
| Retained earnings/assets | 20.602 | 35.597 | 29.465 | 24.578 | 25.034 | 30.864 |
| Earnings/assets | 10.658 | 11.982 | 13.393 | 10.253 | 12.025 | 11.219 |
| Equity/liabilities | 238.277 | 548.598 | 214.274 | 287.505 | 226.276 | 437.479 |
| Sales/assets | 1.702 | 1.072 | 1.537 | 0.712 | 1.619 | 0.913 |
| Resource requirements | | | | | | |
| Change in receivables/assets | 0.050 | 0.069 | 0.029 | 0.035 | 0.039 | 0.056 |
| Change in inventories/assets | 0.041 | 0.058 | 0.030 | 0.039 | 0.035 | 0.049 |
| Absence of foreign assets | 0.635 | 0.483 | 0.541 | 0.500 | 0.588 | 0.493 |
| Immaterial foreign assets | 0.147 | 0.355 | 0.106 | 0.309 | 0.126 | 0.333 |
| Change in foreign assets/assets | 0.042[b] | 0.046 | 0.033[c] | 0.047 | 0.036[d] | 0.047 |
| Resource provisions | | | | | | |
| Change in market share | 0.120 | 0.262 | 0.054 | 0.086 | 0.087 | 0.198 |

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

*Academy of Management Journal* March

**TABLE 1 (continued)**

| Variables | Cases | | Controls | | Total Sample | |
|---|---|---|---|---|---|---|
| | Means | s.d. | Means | s.d. | Means | s.d. |
| Set of alternatives | | | | | | |
| Change in industry concentration | 0.004 | 0.006 | 0.004 | 0.005 | 0.004 | 0.005 |
| Structural attachment | | | | | | |
| Duration of relationship | 17.065 | 13.389 | 22.224 | 15.465 | 19.644 | 14.672 |
| Individual attachment[h] | | | | | | |
| Overlapping CEO and CFO | 0.029 | 0.169 | 0.018 | 0.132 | 0.024 | 0.152 |
| Overlapping CFO and CAO | 0.482 | 0.501 | 0.447 | 0.499 | 0.465 | 0.499 |
| Absence of an audit committee | 0.194 | 0.397 | 0.147 | 0.355 | 0.171 | 0.377 |
| Tenure of CEO | 8.476 | 6.652 | 10.753 | 6.289 | 9.615 | 6.563 |
| Tenure of CFO | 4.959 | 4.913 | 8.035 | 5.124 | 6.497 | 5.244 |
| Tenure of CAO | 3.868[e] | 4.035 | 5.845[f] | 4.509 | 4.860[g] | 4.386 |
| Average tenure of directors | 6.755 | 3.541 | 9.090 | 4.521 | 7.923 | 4.220 |

[a] N = 170 for the cases and 170 for the controls.
[b] N = 37.
[c] N = 60.
[d] N = 97.
[e] N = 167.
[f] N = 168.
[g] N = 335.
[h] CEO = chief executive officer; CFO = chief financial officer; CAO = chief accounting officer.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-12   Filed 11/02/13   Page 22 of 41

standard null model is the equally likely model, wherein the parameters of the predictor variables are set to zero. Under this hypothesis, $U^2 = 1 - L(X)/L_o$, where $L(X)$ is the log likelihood of the explanatory model and $L_o$ is the log likelihood of the null model (Hauser, 1978). The $U^2$ statistic can be interpreted like a $R^2$. Both statistics range from 0 to 1, with 1 indicating that a model predicts perfectly (Guadagni & Little, 1983; Hauser, 1978). The value of $U^2$, however, tends to be lower than the value of $R^2$ for a model that fits the data well (Guadagni & Little, 1983).

The sets of variables were analyzed hierarchically. We first developed a model composed of the control variables. The control model served as a basis for examining the effects of change in resource fit variables on the likelihood of dissolution. We tested the effects of these variables as a set by determining if their addition improved the fit of the control model. The resulting change in resource fit model provided the comparison standard for examining the main effects of attachment. Interactions between change in resource fit and attachment variables were assessed in relation to the model containing all the main effect terms.

The effect of individual variables within each set was assessed by comparing a model excluding the variable of interest with a model containing the full set of variables. For example, the effect of change in receivables to assets was tested by comparing a model containing all of the change in resource fit variables except for change in the ratio of receivables to assets with the full change in resource fit model. This procedure provided estimates of the effects of individual variables while controlling for the effects of the other variables in the set.

## RESULTS

### Controls

The control variables as a set were assessed in comparison to a model containing one variable, the constant term. The constant term model was chosen to serve as the null model in evaluating $U^2$ and for this reason, the value of $U^2$ for this model was 0. We conducted preliminary analyses to determine which of the two formulations of financial health, the five financial ratios individually or the overall $Z$-score index, would be included in the control model. The $Z$-score index did not improve the fit of the constant term model ($\chi^2 = 0.04$, $df = 1$, $p > .10$). As a group, however, the five financial ratios provided a significant improvement in fit ($\chi^2 = 17.65$, $df = 5$, $p < .01$). Tests of the contribution of each financial variable to this model indicated a negative effect for retained earnings to assets ($\chi^2 = 4.23$, $df = 1$, $p < .05$, $\beta = -.01$) and earnings to assets ($\chi^2 = 4.26$, $df = 1$, $p < .05$, $\beta = -.03$) and a positive effect for equity to liabilities ($\chi^2 = 4.56$, $df = 1$, $p < .05$, $\beta = .001$) and sales to assets ($\chi^2 = 5.62$, $df = 1$, $p < .05$, $\beta = .304$). Given

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

## TABLE 2
## Pearson Correlation Matrix[a]

| Variables | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Controls** | | | | | | | | | | |
| 1. Age | | | | | | | | | | |
| 2. Audit opinion | 0.01 | | | | | | | | | |
| 3. Big 8/non-Big 8 | 0.10 | 0.09 | | | | | | | | |
| 4. Working capital/ assets | 0.04 | −0.23 | −0.09 | | | | | | | |
| 5. Retained earnings/ assets | 0.16 | −0.29 | 0.03 | 0.39 | | | | | | |
| 6. Earnings before interest and taxes/assets | 0.00 | −0.29 | 0.01 | 0.30 | 0.46 | | | | | |
| 7. Equity/liabilities | −0.08 | −0.09 | −0.17 | 0.23 | 0.20 | 0.42 | | | | |
| 8. Sales/assets | 0.06 | −0.05 | −0.06 | 0.07 | 0.07 | 0.10 | −0.11 | | | |
| **Change in resource fit** | | | | | | | | | | |
| 9. Change in receivables/assets | −0.12 | 0.08 | −0.13 | −0.13 | −0.36 | −0.11 | 0.09 | −0.05 | | |
| 10. Change in inventories/assets | −0.01 | 0.17 | −0.26 | −0.02 | −0.26 | −0.12 | 0.08 | 0.14 | 0.46 | |
| 11. Absence of foreign assets | −0.09 | −0.04 | −0.20 | 0.04 | −0.05 | −0.04 | 0.07 | 0.20 | 0.10 | 0.09 |
| 12. Immaterial foreign assets | 0.01 | 0.03 | 0.09 | −0.02 | 0.04 | 0.01 | −0.04 | −0.10 | −0.01 | −0.05 |
| 13. Change in foreign assets/assets | −0.37[b] | −0.10[b] | −0.08[b] | −0.26[b] | −0.19[b] | −0.09[b] | 0.12[b] | −0.10[b] | 0.27[b] | 0.14[b] |
| 14. Change in market share | −0.08 | −0.00 | −0.25 | 0.00 | −0.02 | 0.00 | 0.07 | −0.01 | 0.15 | 0.04 |
| 15. Change in industry concentration | −0.00 | 0.06 | 0.06 | −0.08 | −0.02 | −0.01 | −0.06 | 0.07 | −0.01 | −0.03 |
| **Attachment** | | | | | | | | | | |
| 16. Duration | 0.54 | 0.02 | 0.13 | 0.01 | 0.20 | −0.02 | −0.08 | −0.03 | −0.22 | −0.03 |
| 17. Overlapping CEO and CFO | 0.03 | 0.02 | −0.14 | 0.10 | −0.02 | 0.04 | 0.04 | −0.02 | 0.04 | 0.12 |
| 18. Overlapping CFO and CAO | −0.19 | 0.02 | −0.12 | 0.03 | −0.04 | −0.01 | 0.11 | 0.02 | 0.06 | 0.09 |
| 19. Absence of an audit committee | −0.16 | 0.12 | −0.18 | 0.01 | −0.05 | −0.02 | 0.06 | 0.14 | 0.17 | 0.23 |
| 20. Tenure of CEO | 0.08 | −0.09 | 0.12 | 0.08 | 0.19 | 0.11 | −0.02 | 0.08 | −0.11 | −0.09 |
| 21. Tenure of CFO | 0.14 | −0.11 | 0.10 | 0.12 | 0.22 | 0.11 | 0.04 | −0.02 | −0.13 | −0.09 |
| 22. Tenure of CAO | 0.10[d] | −0.14[d] | 0.02[d] | 0.06[d] | 0.19[d] | 0.11[d] | 0.04[d] | 0.01[d] | −0.15[d] | −0.12[d] |
| 23. Average tenure of directors | 0.19 | 0.02 | 0.06 | 0.03 | 0.22 | 0.07 | −0.06 | 0.02 | −0.21 | −0.05 |

[a] For $N = 340$, correlations greater than .11 are significant at $p < .05$, and those greater than .14 are significant at $p < .01$.

[b] $N = 97$.

[c] Excluding overlapping positions, $r = .33$, $N = 332$, $p < .001$.

[d] $N = 335$.

[e] $N = 96$.

[f] Excluding overlapping positions, $r = .18$, $N = 334$, $p < .01$.

[g] Excluding overlapping positions, $r = .07$, $N = 177$, $p > .05$.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

## TABLE 2 (continued)

| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|----|----|----|----|----|----|----|----|----|----|----|----|
| −0.46 | | | | | | | | | | | |
| 0.05 | 0.06 | 0.01[b] | | | | | | | | | |
| 0.07 | 0.03 | −0.06[b] | 0.08 | | | | | | | | |
| −0.10 | −0.06 | −0.23[b] | −0.08 | 0.07 | | | | | | | |
| 0.01 | −0.06 | 0.03[b] | −0.01 | −0.05 | −0.06 | | | | | | |
| 0.18 | −0.09 | 0.18[b] | 0.08 | 0.02 | −0.12 | −0.11 | | | | | |
| 0.16 | −0.10 | 0.02[b] | 0.17 | 0.03 | −0.15 | 0.14 | 0.16 | | | | |
| −0.07 | −0.01 | −0.02[b] | −0.11 | 0.01 | 0.20 | 0.07 | 0.01 | 0.01 | | | |
| −0.03 | −0.01 | 0.01[b] | −0.08 | 0.04 | 0.17 | 0.18 | −0.14 | 0.00 | 0.34[c] | | |
| 0.07[d] | −0.08[d] | −0.08[e] | −0.07[d] | 0.05[d] | 0.15[d] | −0.01[d] | 0.19[d] | 0.04[d] | 0.18[d,f] | 0.47[d,g] | |
| −0.00 | −0.06 | −0.15[b] | −0.05 | −0.03 | 0.39 | 0.04 | −0.10 | 0.07 | 0.29 | 0.28 | 0.18[d] |

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

these results, we chose the five individual ratios to represent financial condition.

We then examined the combined effects of all the specified controls: age, types of audit opinion and auditor, and the five financial ratios. This model significantly improved the fit of the constant term model ($\chi^2 = 41.56$, $df = 8$, $p < .001$). Table 3 presents the estimated coefficients, their standard errors, and the $U^2$ for the control model and subsequent main effect models.

Additional analyses examined the individual effects of each control variable.[8] The null model in each test contained all the variables in the preceding control model except for the variable of interest. The alternative model for each comparison was the full control model. In the control model, the coefficient estimates for the age of the client ($\chi^2 = 3.05$, $df = 1$, $p < .10$) and the presence of a qualified audit opinion ($\chi^2 = 3.63$, $df = 1$, $p < .10$) were in the expected direction but were marginally significant.[9] Clients with non−Big Eight auditors were more likely to switch than those with Big Eight firms ($\chi^2 = 17.43$, $df = 1$, $p < .01$). Individual tests of the financial ratios revealed a significant, positive effect for the ratio of sales to assets ($\chi^2 = 4.81$, $df = 1$, $p < .05$). The other financial ratios did not achieve significance: working capital to assets ($\chi^2 = 0.24$, $df = 1$, $p > .10$), retained earnings to assets ($\chi^2 = 1.75$, $df = 1$, $p > .10$), earnings to assets ($\chi^2 = 2.32$, $df = 1$, $p > .10$), and equity to liabilities ($\chi^2 = 1.28$, $df = 1$, $p > .10$). As a group, however, the five financial variables marginally improved the fit of the model containing age, type of audit opinion, and type of auditor ($\chi^2 = 9.82$, $df = 5$, $p < .10$). In combination, these results indicated that the full control model provided a good basis for subsequent analyses. We chose this model as a comparison standard for examining the effects of change in resource fit on the likelihood of dissolution.

**Change in Resource Fit**

The first hypothesis predicts a positive relationship between the likelihood of dissolution and the magnitude of change in resource requirements, resource provisions, and set of alternatives. Before testing the hypothesis itself, we empirically evaluated our claim that the effect of these changes in resource fit are independent of the direction of change. The results of the preliminary analyses did not reveal an effect for any of the direction variables on audit switching: direction of change in the ratio of receivables to assets ($\chi^2 = 0.11$, $df = 1$, $p > .10$), direction of change in inventories to assets ($\chi^2 = 0.10$, $df = 1$, $p > .10$), direction of change in foreign assets to assets ($\chi^2 = 0.42$, $df = 1$, $p > .10$), direction of change in market share ($\chi^2$

---

[8] All β estimates are reported in Tables 3 and 4.
[9] In tests of control variables and exploratory analyses, we used a more liberal $p < .10$ statistical significance level.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-12   Filed 11/02/13   Page 26 of 41

## TABLE 3
## Logistic Regression Analysis Estimates[a]

| Variables | Constant Term | Control | Resource Fit | Attachment |
|---|---|---|---|---|
| Constant | 0.00 | 1.14 | 0.18 | 1.46 |
| | (0.11) | (0.44) | (0.58) | (0.69) |
| Age | | −0.01 | −0.01 | −0.01 |
| | | (0.01) | (0.01) | (0.01) |
| Audit opinion | | 0.81 | 0.81 | 0.81 |
| | | (0.44) | (0.45) | (0.49) |
| Big Eight/non−Big Eight | | −1.17 | −1.06 | −1.01 |
| | | (0.29) | (0.31) | (0.34) |
| Working capital/assets | | −0.00 | −0.00 | −0.00 |
| | | (0.01) | (0.01) | (0.01) |
| Retained earnings/assets | | −0.01 | −0.00 | 0.00 |
| | | (0.01) | (0.01) | (0.01) |
| Earnings/assets | | −0.02 | −0.02 | −0.02 |
| | | (0.01) | (0.01) | (0.02) |
| Equity/liabilities | | 0.00 | 0.00 | 0.00 |
| | | (0.00) | (0.00) | (0.00) |
| Sales/assets | | 0.29 | 0.32 | 0.34 |
| | | (0.14) | (0.14) | (0.16) |
| Change in receivables/assets | | | 6.41 | 4.42 |
| | | | (2.98) | (3.12) |
| Change in inventories/assets | | | −0.13 | −0.38 |
| | | | (3.30) | (3.58) |
| Absence of foreign assets | | | 0.28 | 0.45 |
| | | | (0.34) | (0.37) |
| Immaterial foreign assets | | | 0.81 | 0.80 |
| | | | (0.44) | (0.47) |
| Change in foreign assets/assets | | | 0.77 | 2.06 |
| | | | (4.98) | (5.11) |
| Change in market share | | | 2.04 | 1.77 |
| | | | (1.28) | (1.38) |
| Change in industry concentration | | | 12.40 | 22.54 |
| | | | (23.35) | (25.84) |
| Duration of relationship | | | | 0.00 |
| | | | | (0.01) |
| Overlapping CEO and CFO positions | | | | 0.60 |
| | | | | (0.95) |
| Overlapping CFO and CAO positions | | | | −0.20 |
| | | | | (0.28) |
| Absence of an audit committee | | | | −0.19 |
| | | | | (0.38) |
| Tenure of CEO | | | | −0.00 |
| | | | | (0.02) |
| Tenure of CFO | | | | −0.09 |
| | | | | (0.03) |
| Tenure of CAO | | | | −0.04 |
| | | | | (0.04) |

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

*Academy of Management Journal*                      March

## TABLE 3 (continued)

| Variables | Constant Term | Control | Resource Fit | Attachment |
|---|---|---|---|---|
| | | | Models[b] | |
| Average tenure of directors | | | | −0.11 |
| | | | | (0.04) |
| Observations | 340 | 340 | 340 | 335 |
| Parameters | 1 | 9 | 16 | 24 |
| $G^2$ | 471.34 | 429.78 | 413.30[b] | 372.19 |
| $U^2$ | .00 | .09 | .12 | .20 |
| Difference in $G^2$ | | 41.56 | 16.48 | 36.08 |
| $df$ | | 8 | 7 | 8 |
| $p$ | | <.001 | <.05 | <.001 |

[a] Statistics in parentheses are standard errors.
[b] For N = 335, $G^2$ = 408.26.

= 0.00, $df = 1$, $p > .10$), and direction of change in industry concentration ($\chi^2 = 0.56$, $df = 1$, $p > .10$). Given these confirmatory empirical results and our prior theoretical argument regarding the independence of the direction of change on the likelihood of the dissolution of a relationship, we excluded these variables from subsequent analyses.

In contrast to the directional variables, as a group the measures of absolute change in resource fit significantly improved the fit of the control model ($\chi^2 = 16.48$, $df = 7$, $p < .05$). Analyses of the individual effects of the measures of change in resource fit compared a model containing all the control and resource fit variables minus the variable of interest with the full resource fit model. As predicted, the results indicated a significant, positive effect for change in the ratio of receivables to assets ($\chi^2 = 5.11$, $df = 1$, $p < .05$). The market share coefficient was in the estimated direction but not significant ($\chi^2 = 3.75$, $df = 1$, $p > .05$). The results did not reveal an effect for the other measures of change in resource fit: inventories to assets ($\chi^2 = 0.00$, $df = 1$, $p > .05$), foreign assets to assets ($\chi^2 = 0.02$, $df = 1$, $p > .05$), and industry concentration ($\chi^2 = 0.29$, $df = 1$, $p > .05$). In addition, we conducted exploratory analysis of changes over a two-year period to assess whether year-to-year measures of changes in resource fit were appropriate. In the analysis of individual effects, change in market share from year $t − 3$ to year $t − 1$ had a significant, positive effect on the likelihood of dissolution ($\chi^2 = 4.99$, $df = 1$, $p < .05$; $\beta = 1.58$), whereas none of the other resource fit variables achieved significance.

The results presented in this section provide some support for Hypothesis 1. As a group, measures of change in resource fit had a significant effect of the likelihood of an auditor switch. Individually, change in the ratio of receivables to assets, a measure of clients' resource needs, was positively related to auditor switching.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

**Attachment**

The second hypothesis predicts a negative relationship between structural or individual attachment and the likelihood of dissolution.[10] The first test assessed the combined effects of all the variables related to attachment, comparing the resource fit model with a model containing all the attachment measures. The variables unique to this model were the measure of structural attachment (the duration of a relationship), the controls for overlapping executive positions and the absence of an audit committee, and the measures of individual attachment (the tenures of a firm's chief executive, financial, and accounting officers and the average tenure of the members of its audit committee). As a group, those variables significantly improved the fit of the resource model ($\chi^2 = 36.08$, $df = 8$, $p < .001$).

Each test of the individual effects of the measures of attachment compared a model containing all the attachment variables, except for the attachment variable of interest, with the full main effects model. This is a conservative test of Hypothesis 2 since any covariation shared by two attachment variables will be treated as part of the control model. Tests of each of the measures of individual attachment revealed significant, negative effects for the tenure of the chief financial officer ($\chi^2 = 8.70$, $df = 1$, $p < .01$) and the average tenure of the audit committee ($\chi^2 = 10.54$, $df = 1$, $p < .01$). The results were not significant for the tenures of the chief executive ($\chi^2 = 0.00$, $df = 1$, $p > .05$) and accounting officers ($\chi^2 = 1.13$, $df = 1$, $p > .05$).

The measure of structural attachment was not significant ($\chi^2 = 0.03$, $df = 1$, $p > .05$). Since the correlations between the duration of a relationship and the measures of individual attachment ranged from .15 to .39, we also assessed the effect of duration relative to a model in which the other attachment variables were absent; this was a more liberal test of the hypothesis than those just reported. This analysis compared the change-in-resource-fit model with a model containing all the control and resource fit variables plus the duration of the relationship. The results of this liberal test of the effect of duration on the likelihood of dissolution still did not achieve statistical significance ($\chi^2 = 1.48$, $df = 1$, $p > .05$).

Exploratory analyses examined whether a logarithmic transformation of the attachment variables would provide a better specification of the relationship between attachment and likelihood of dissolution. These analyses explored the possibility that attachment accrues at a diminishing rate, as is often the case with time-related variables (Cohen & Cohen, 1983). We logarithmically transformed the attachment variables and repeated the preceding

---

[10] It is important to note that the sample selection and data collection procedures did not impose any relationship between the duration of an auditor-client relationship and its dissolution. For the cases, the duration variable was the number of years an auditor-client relationship persisted prior to its termination, and for the controls it was the number of years the relationship persisted prior to what is essentially a point of "right-censoring" (Allison, 1984). If there were no causal link between duration and risk of dissolution, the duration variable would have the same distribution for the cases and the controls.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-12   Filed 11/02/13   Page 29 of 41

analyses using the transformed variables. The results were the same as those of the original analyses, with one exception. The liberal test (all individual attachment variables absent from the comparison model) of the effect of duration on the likelihood of dissolution achieved a marginal level of significance when duration was represented by a logarithmic transformation ($\chi^2 = 3.01$, $df = 1$, $p < .10$; $\beta = -.34$).[11]

In combination, these results support the predicted relationship between individual attachment and the likelihood of dissolution but provide little support for the effect of structural attachment. In particular, two measures of individual attachment were found to have a significant, negative effect on auditor switching: the years of tenure elapsed since the formation of a relationship for both the chief financial officer and the members of an audit committee.

**Interactions of Attachment and Changes in Resource Fit**

The third hypothesis predicts a negative interaction between attachment and change in resource fit. This hypothesis states that increases in attachment attenuate the effect of change in resource fit on the likelihood of dissolution. We first examined sets of interactions, with the basis of comparison being the model containing the main effects of changes in resource fit and attachment. Each set was composed of the interactions between one of the five attachment variables (duration, board tenure, CEO tenure, CFO tenure, and CAO tenure) and the five measures of change in resource fit: the ratios of receivables to assets, inventories to assets, and foreign assets to assets, market share, and industry concentration. Subsequent analyses tested specific interactions within the significant sets.

As a group, the interactions between the tenure of the chief financial officer and each of the measures of change in resource fit significantly improved the main effects model ($\chi^2 = 14.04$, $df = 5$, $p < .05$). The set of interactions between the tenure of the chief accounting officer and the resource fit variables also significantly improved the main effects model ($\chi^2 = 19.86$, $df = 5$, $p < .01$). Table 4 presents the estimated coefficients, their standard errors, and $U^2$s for these models. The other sets of interactions were not significant.

Further analyses tested specific interactions within the two significant models. Again, each analysis compared a model containing all the main effect variables and the five interaction terms, minus the term of interest, with the full interaction model. We first examined the interactions between the tenure of the chief financial officer and the change-in-resource-fit variables. The results indicated a significant, negative interaction between the

---

[11] Exploratory analyses also examined nonmonotonic formulations of duration, using dummy variables to represent duration. The evidence for a nonmonotonic effect of duration was relatively weak; nonetheless, the individual attachment results were still robust when we allowed for the possibility of a nonmonotonic duration effect.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-12   Filed 11/02/13   Page 30 of 41

## TABLE 4
## Logistic Regression Analysis Estimates

| Variables | Models[a] | |
|---|---|---|
| | CFO Interaction | CAO Interaction |
| Constant | 1.33 | 1.44 |
| | (0.75) | (0.76) |
| Age | 0.00 | −0.01 |
| | (0.01) | (0.01) |
| Audit opinion | 0.85 | 0.94 |
| | (0.50) | (0.50) |
| Big Eight/non-Big Eight | −1.07 | −1.06 |
| | (0.35) | (0.35) |
| Working capital/assets | 0.00 | 0.00 |
| | (0.01) | (0.01) |
| Retained earnings/assets | 0.00 | 0.00 |
| | (0.01) | (0.01) |
| Earnings/assets | −0.02 | −0.02 |
| | (0.02) | (0.02) |
| Equity/liabilities | 0.00 | 0.00 |
| | (0.00) | (0.00) |
| Sales/assets | 0.42 | 0.40 |
| | (0.17) | (0.17) |
| Change in receivables/assets | 16.57 | 16.38 |
| | (6.59) | (6.18) |
| Change in inventories/assets | −0.67 | −5.80 |
| | (5.78) | (4.97) |
| Absence of foreign assets | 0.47 | 0.55 |
| | (0.38) | (0.42) |
| Immaterial foreign assets | 1.01 | 0.97 |
| | (0.48) | (0.51) |
| Change in foreign assets/assets | 3.35 | 17.52 |
| | (8.18) | (11.31) |
| Change in market share | 0.07 | 0.23 |
| | (2.05) | (2.04) |
| Change in industry concentration | −72.20 | −69.76 |
| | (46.30) | (46.79) |
| Duration of relationship | 0.00 | 0.00 |
| | (0.01) | (0.01) |
| Overlapping CEO and CFO positions | 0.91 | 0.84 |
| | (1.02) | (0.97) |
| Overlapping CFO and CAO positions | −0.19 | −0.18 |
| | (0.29) | (0.30) |
| Absence of an audit committee | −0.13 | −0.30 |
| | (0.40) | (0.40) |
| Tenure of CEO | 0.01 | 0.00 |
| | (0.02) | (0.02) |
| Tenure of CFO | −0.13 | −0.09 |
| | (0.05) | (0.03) |
| Tenure of CAO | −0.03 | −0.07 |
| | (0.04) | (0.07) |

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

### TABLE 4 (continued)

| Variables | Models[a] | |
|---|---|---|
| | CFO Interaction | CAO Interaction |
| Average tenure of directors | −0.11 | −0.12 |
| | (0.04) | (0.04) |
| Tenure of CFO by change in receivables/assets | −1.70 (0.85) | |
| Tenure of CFO by change in inventories/assets | 0.05 (0.81) | |
| Tenure of CFO by change in foreign assets/assets | 0.26 (0.90) | |
| Tenure of CFO by change in market share | 0.34 (0.34) | |
| Tenure of CFO by change in industry concentration | 11.32 (6.37) | |
| Tenure of CAO by change in receivables/assets | | −2.80 (1.42) |
| Tenure of CAO by change in inventories/assets | | 1.42 (0.86) |
| Tenure of CAO by change in foreign assets/assets | | −3.14 (1.93) |
| Tenure of CAO by change in market share | | 0.45 (0.52) |
| Tenure of CAO by change in industry concentration | | 15.04 (7.76) |
| Observations | 335 | 335 |
| Parameters | 29 | 29 |
| $G^2$ | 358.14 | 352.32 |
| $U^2$ | .23 | .24 |
| Difference in $G^2$ from the main effects model | 14.04 | 19.86 |
| $df$ | 5 | 5 |
| $p$ | <.05 | <.01 |

[a] Statistics in parentheses are standard errors.

tenure of the chief financial officer and the change in the ratio of receivables to assets ($\chi^2 = 4.75$, $df = 1$, $p < .05$). The direction of this interaction is consistent with the prediction. As shown in Figure 2, the form of the joint effect indicates that the greater the tenure of a chief financial officer, the lower was the effect of change in receivables to assets on the likelihood of dissolution. A significant, positive interaction, however, was found between the tenure of the chief financial officer and change in industry concentration ($\chi^2 = 6.10$, $df = 1$, $p < .05$). The direction of this interaction is counter to predictions. None of the other interaction terms were significant.

Analyses of the interactions between the tenure of a firm's chief accounting officer and the change-in-resource-fit variables yielded similar results. Consistent with Hypothesis 3, the results indicated a significant, negative interaction between the tenure of the chief accounting officer and

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

## FIGURE 2
## Joint Effect of Chief Financial Officer Tenure and Change in the Ratio of Receivables to Assets[a]



Percentile Change in Receivables to Assets

[a] We derived the plotted values from the CFO interaction model by calculating predicted probabilities for different values of the tenure of the CFO (low = 1 year, high = 10 years) and change in receivables to assets (.0031, .0064, .0111, .0167, .0221, .0290, .0401, .0525, .0925) while fixing the other variables at observed proportions or mean values (Cohen & Cohen, 1983; Fox, 1987).

change in receivables to assets ($\chi^2 = 5.56$, $df = 1$, $p < .05$) and between the tenure of this officer and change in foreign assets to total assets ($\chi^2 = 4.06$, $df = 1$, $p < .05$). Counter to predictions, the analyses revealed a significant, positive interaction between the tenure of the chief accounting officer and change in industry concentration ($\chi^2 = 3.92$, $df = 1$, $p < .05$). None of the other interaction terms were significant.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-12   Filed 11/02/13   Page 33 of 41

In summary, the results of the analyses of the joint effect of attachment and change in resource fit provided mixed support for Hypothesis 3. Consistent with predictions, the tenures of the chief financial and accounting officers attenuated the effect of change in the ratio of receivables to assets on the likelihood of dissolution. The tenure of the chief accounting officer also reduced the effect of change in foreign assets to assets on auditor switching. Other joint effects, however, were counter to predictions. The tenures of the chief financial and accounting officers enhanced the effect of change in industry concentration on the likelihood of dissolution.

A plausible explanation for these positive interactions is that sensitivity to changes in the audit market requires a knowledge base that is acquired from years of managerial experience. Even a financial or accounting officer with little tenure is likely to be knowledgeable about internal accounting issues, since such knowledge is a prerequisite for a financial management position. Such an officer, however, need not be knowledgeable about the market for audit services. A considerable amount of experience may be necessary to develop enough information about the audit market to be sensitive to changes in industry concentration. This learning explanation implies that tenure would be associated with sensitivity to change in the audit market but not with sensitivity to internal resource needs, as indicated by the results. The learning argument indicates a weakness in the measure of attachment. Although the analysis of individual attachment did control for some time-related factors, such as company age and the duration of a relationship, it did not control for learning or other possible time-related phenomena. Future research needs to explore measures of attachment that are not time-dependent, such as proxies for the level of specialized investment and the strength of personal ties.

## DISCUSSION

The results of this study of auditor-client relationships support the hypothesized roles of resource fit and individual attachment in the dissolution of interorganizational arrangements. Change in clients' resource needs increased the likelihood of their switching auditors. The individual attachments of a firm's chief financial officer and the members of the audit committee of its board of directors decreased the likelihood of dissolution. Moreover, the individual attachments of the chief financial and accounting officers attenuated the effect of change in resource needs on auditor switching. These results are consistent with the thesis that change in resource fit provides an impetus for dissolution, whereas individual attachments counter pressures for change.

A resource dependence perspective does not provide a fully satisfactory accounting of these results. This perspective would suggest that as the fit between a client and an auditor declines, the likelihood of dissolution increases. This prediction holds, but we found that degree of interorganiza-

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

tional attachment attenuated the effect of change in resource fit. To stay within the framework of the resource dependence perspective, we could simply interpret attachment as an additional resource. However, attachment is a peculiar resource in that it is a property of the relationship between exchange partners and not of either exchange partner. As a result, it is unclear how a high degree of attachment might mitigate an imbalance of power in other resource dimensions. At a minimum, our findings suggest that static assessments of resource dependency that ignore the prior history of a relationship are incomplete. We would go further and argue, following theoretical work on social exchange such as Cook (1977) and Cook and Emerson (1978), that attachment is a distinct attribute of interorganizational relationships.

The most distinctive aspect of the results is the role of individual attachments in the dynamics of interorganizational relationships. In particular, it is interesting to note which individual attachments were significant. Although CEOs are arguably the most powerful actors in organizations, their tenure had no significant effect on the persistence of audit relationships. The individual attachment findings are consistent with the roles of the chief officers and the audit committee in auditor selection decisions (Brealey & Myers, 1984; Macchiaverna, 1981). The results suggest that a firm's chief executive officer has little involvement in these decisions, while the financial and accounting officers oversee resource fit issues. With respect to the members of an audit committee, the results suggest that they affect selection decisions but do not determine resource fit. Institutional pressures to maintain independence in an auditor-client relationship may limit a chief executive officer's role in auditor selection decisions. Chief financial and accounting officers, though under similar institutional pressures, are likely to have major roles in auditor selection because of their responsibility for the financial function. These officers are directly responsible for accounting controls, both internally and externally. A chief executive officer is unlikely to become involved in such working relationships. As a result, the chief financial and accounting officers are likely to be more sensitive to issues of resource fit than the other relevant boundary spanners. The members of an audit committee, on the other hand, are accountable for auditor selection but not for the determination of accounting needs. They have a major role in hiring and firing decisions but are likely to leave the assessment of resource fit to financial executives.

Levinthal and Fichman (1988) argued that both an auditor and a client develop relationship-specific skills over time through learning by doing. Such relationship-specific capabilities create an incentive for both sides to continue the auditor-client relationship. Levinthal and Fichman did not, however, distinguish between individual and structural attachments. Relationship-specific skills can be embodied both in individuals and in routines that are institutionalized and divorced from particular individuals. The present study teased out the effects of individual and structural attachments. We found that attachment develops largely at the individual level. This

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

result may reflect the particular nature of the relationship studied. Auditor-client arrangements depend on human capital investments but require little, if any, investment in physical capital. In exchange relationships in which there are large investments in specialized physical capital, structural attachments would likely play a significant role. Joskow (1987) showed this in the case of coal suppliers and electric utilities, where large capital investments are required to initiate and maintain a supplier relationship.

Given that an auditor-client relationship is a professional service relationship, the exchange may rely on personal knowledge and trust. As a result, the development of attachments between boundary spanners may be critical to the maintenance of the relationship. Knowledge that there will be continued interactions in the future is likely to reinforce this development of attachment. Heide and Miner (1990) suggested that anticipated future interactions lead to more cooperative behaviors. They attributed this effect to what they termed "the shadow of the future," arguing that the knowledge that a relationship may be long-lasting influences actors to cooperate in the present so that future interactions will not be adversely affected. It is likely that this shadow of the future further strengthens auditor-client attachments.

Another element that may affect the importance of individual and structural attachments is the tendency for interorganizational relationships to become institutionalized. Van de Ven (1976) argued that over time formalized procedures tend to replace the coordination of interorganizational activities through personal contact. Such a pattern would imply that individual attachments would be important early in a relationship but diminish in significance with its persistence. We conducted exploratory analyses to examine this possibility by assessing the interaction of duration and the individual attachment measures. As a set, these four interaction terms did not significantly improve the fit of the full main effects model ($\chi^2 = 4.89$, $df = 4$, $p > .05$). This result suggests that in the context of auditor-client relationships, the substitutability of individuals for structural mechanisms is limited, either because of difficulties in standardizing interpersonal activities or the need to maintain flexibility in the coordination process.

Our results for the effect of individual tenure on interorganizational dissolution support arguments posed by Macaulay (1963) and others emphasizing the importance of the relationships between boundary spanners in managing exchange relationships. The attachment that develops between individuals in boundary-spanning roles can be viewed as a mechanism that reduces transaction costs, but it also suggests the concept of embeddedness (Granovetter, 1985). Granovetter argued that "departing from pure economic motives, continuing economic relations often become overlaid with social content that carries strong expectations of trust and abstention from opportunism" (1985: 490). Individual attachments in interorganizational relationships would seem to be multidimensional, reflecting transactional efficiencies as well as the features of social networks in which boundary spanners are embedded.

Empirically, it is difficult to distinguish between attachments that re-

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

flect transaction efficiency and those that reflect the embeddedness of a relationship, as the two properties are likely to covary. Indeed, it is hard to imagine the development of highly specific relationship capital that does not engender some element of social ties. Conversely, as the quote by Granovetter suggests, embedded relationships should reduce opportunism and, thereby, transaction costs. To better disentangle the two explanations, it may be useful to go beyond a consideration of dyadic relationships in one task domain to a network of relationships in multiple task domains. For instance, suppose that two organizations are involved in exchange relationships across multiple task domains that are functionally independent. In the context of auditor-client relationships, these could be providing consulting, tax advice, and audits. If the tasks are functionally independent, from a transaction cost perspective, a break in one relationship should have no effect on the other relationships. In contrast, an embeddedness perspective would suggest that a break in one relationship would weaken ties with respect to the remaining relationships. We did not set out to distinguish attachments that derive from transactional efficiencies and those that reflect embeddedness, but this would seem to be a promising path to pursue for further understanding individual attachments.

Our results suggest other potentially fruitful avenues for exploration. First, they provide an impetus for further examination of professional relationships (Fichman & Levinthal, 1991b). The qualities usually ascribed to professionals—such as being bound by professional norms and maintaining some detachment from clients—are not consistent with our results. Professional audit firms would seem to become enmeshed in a complex of ties in the course of professional engagements. This embeddedness is a natural result of the relationship between a client and an audit firm, but it is clearly at variance with normative expectations about professional detachment and avoidance of personal ties to clients.

A second important direction suggested here is that there may be other consequential attachments within a larger network of relationships in which an auditor and a client are involved. For example, the members of an audit committee are linked with other organizations and boards of directors and may bring some element of those attachments with them into any particular auditor-client relationship. It would be useful to explore the impacts of these broader linkages on the nature and persistence of auditor-client relationships.

An important consequence of the dyadic attachment between auditor and client, which we are currently exploring, is the impact of these relationship features on auditor performance and audit quality. If auditor-client attachments are partly sustained by the social qualities of interpersonal ties, such considerations as audit quality may be given less weight than would be expected in a more strictly self-interested relationship. This suggests that long-lived relationships may be at greater risk of performance problems with respect to audit quality. Thus, embeddedness may have implications beyond just inertia and the persistence of relationships. If firms persist in relation-

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

ships with relatively poor resource fits, the opportunity for the more powerful partner to, for example, exploit the situation might increase. If this party were the auditor, such exploitation might take the form of reduced effort and consequently reduced audit quality. If the more powerful party were the client, it might take the form of more aggressive and risky accounting practices. In either case, relationships sustained by a high degree of attachment despite substantial asymmetries in power may have a higher likelihood of performance problems than other relationships. If an audit is of low quality, investors, debt holders, and others who rely on the audit may be taking a greater risk than is reflected by the client's financial statement and the auditor's opinion.

Although we have couched these conclusions in terms of the relationships of auditors and their clients, it would appear that in general, a mixture of transactional, resource fit, and embeddedness considerations drives supplier-buyer relationships. Indeed, issues of attachment may become more salient as many firms choose to enter close relationships with a few supplying firms. For instance, the movement toward just-in-time inventory practices creates an incentive to reduce suppliers, often until one firm is a sole-source supplier. Individual ties often mediate such relationships, which allow for greater flexibility and responsiveness than do institutionalized routines. As a result, both the shadow of the future and the embeddedness of relations will act to further bind the parties. Attachments may create a counterforce to change in such situations, leading to reduced search for alternatives when the inherent quality of a match is reduced. The perspective developed here to explore the professional relations of auditors and their clients may be useful to researchers examining such interorganizational arrangements.

## REFERENCES

Adams, S. J. 1976. The structure and dynamics of behavior in organizational boundary roles. In M. Dunnette (Ed.), *Handbook of organizational and industrial psychology:* 1175–1199. Chicago: Rand McNally.

Aiken, M., & Hage, J. 1968. Organizational interdependence and intra-organizational structure. *American Sociological Review,* 33: 912–930.

Aldrich, H. E. 1979. *Organizations and environments.* Englewood Cliffs, NJ: Prentice-Hall.

Allison, P. D. 1984. *Event history analysis: Regression for longitudinal event data.* Beverly Hills, CA: Russell Sage.

Altman, E. I. 1983. *Corporate financial distress: A complete guide to predicting, avoiding, and dealing with bankruptcy.* New York: Wiley.

Anderson, S., Auquier, A., Hauck, W. W., Oakes, D., Vandaele, W., & Weisberg, H. I. 1980. *Statistical methods for comparative studies.* New York: Wiley.

Bacon, J. 1979. *Corporate directorship practices: The audit committee.* Publication 766. New York: Conference Board.

Bedingfield, J. B., & Loeb, S. E. 1974. Auditor changes—An examination. *Journal of Accountancy,* 137 (March): 66–69.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Bernstein, L. A. 1974. *Financial statement analysis: Theory, application, and interpretation.* Homewood, IL: Irwin.

Bishop, Y. M., Fienberg, S. E., & Holland, P. W. 1975. *Discrete multivariate analysis: Theory and practice.* Cambridge, MA: MIT Press.

Blau, P. 1964. *Exchange and power in social life.* New York: Wiley.

Borys, B., & Jemison, D. B. 1989. Hybrid organizations as strategic alliances: Theoretical issues in organizational combinations. *Academy of Management Review,* 14: 234–249.

Brealey, R., & Meyers, S. 1984. *Principles of corporate finance* (2d ed.). New York: McGraw-Hill.

Burton, J. C., & Roberts, W. 1967. A study of auditor changes. *Journal of Accountancy,* 123 (April): 31–36.

Carmichael, D. R., & Willingham, J. J. 1985. *Perspectives in auditing.* New York: McGraw-Hill.

Carpenter, C. G., & Strawser, R. H. 1971. Displacement of auditors when clients go public. *Journal of Accountancy,* 131 (June): 55–58.

Chow, C. W., & Rice, S. J. 1982. Qualified audit opinions and auditor switching. *Accounting Review,* 57: 326–335.

Cohen, J., & Cohen, P. 1983. *Applied multiple regression/correlation analysis for the behavioral sciences* (2d ed.). Hillsdale, NJ: Erlbaum.

Cook, K. 1977. Exchange and power in networks of interorganizational relations. *Sociological Quarterly,* 18: 62–82.

Cook, K., & Emerson, R. 1978. Power, equity, and commitment in exchange networks. *American Sociological Review,* 43: 721–739.

Danos, P., & Eichenseher, J. W. 1982. Audit industry dynamics: Factors affecting changes in client-industry market shares. *Journal of Accounting Research,* 20: 604–616.

Dopuch, N., & Simunic, D. 1980. The nature of competition in the auditing profession: A descriptive and normative view. In J. W. Buckley & J. F. Weston (Eds.), *Regulation in the accounting profession:* 77–94. Belmont, CA: Lifetime Learning Publications.

Eichenseher, J. W., & Danos, P. 1981. The analysis of industry-specific auditor concentration: Towards an explanatory model. *Accounting Review,* 56: 479–492.

Eichenseher, J. W., & Shields, D. 1983. The correlates of CPA-firm change for publicly-held corporations. *Auditing: A journal of practice and theory,* 2(2): 23–37.

Elliott, R. K., & Korpi, A. R. 1978. Factors affecting audit fees. In M. F. Shakun (Ed.), *Cost-benefit analysis of auditing:* 17–22. New York: American Institute of Certified Public Accountants.

Emerson, R. 1962. Power dependence relations. *American Sociological Review,* 27: 31–41.

Emerson, R. M. 1972. Exchange theory, part II: Exchange relations and network structures. In J. Berger, M. Zelditch, & B. Anderson (Eds.), *Sociological theories in progress:* 58–87. Boston: Houghton Mifflin.

Emerson, R. M. 1976. Social exchange theory. In A. Inkeles, J. Coleman, & N. Smelser (Eds.), *Annual review of sociology,* vol. 2: 335–362. Palo Alto, CA: Annual Reviews.

Fichman, M., & Levinthal, D. A. 1991a. Honeymoons and the liability of adolescence: A new perspective on duration dependence in social and organizational relationships. *Academy of Management Review,* 16: 442–460.

Fichman, M., & Levinthal, D. A. 1991b. History dependence in professional relationships: Ties that bind. In S. B. Bacharach, S. Barley, & P. S. Tolbert (Eds.), *Research in the sociology of organizations:* 119–153. Greenwich, CT: JAI Press.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Fienberg, S. E. 1980. *The analysis of cross-classified categorical data* (2d ed.). Cambridge, MA: MIT Press.

Fox, J. 1987. Effect displays for generalized linear models. In C. C. Clogg (Ed.), *Sociological methodology 1987:* 347–361. Washington, DC: American Sociological Association.

Galaskiewicz, J. 1985. Interorganizational relations. In R. H. Turner (Ed.), *Annual review of sociology,* vol. 11: 281–304. Palo Alto, CA: Annual Reviews.

Granovetter, M. 1973. The strength of weak ties. *American Journal of Sociology,* 78: 1360–1380.

Granovetter, M. 1985. Economic action and social structure: The problem of embeddedness. *American Journal of Sociology,* 91: 481–510.

Guadagni, P. M., & Little, J. D. C. 1983. A logit model of brand choice calibrated on scanner data. *Marketing Science,* 2: 203–238.

Hambrick, D. C., & D'Aveni, R. A. 1988. Large corporate failures as downward spirals. *Administrative Science Quarterly,* 33: 1–23.

Harrigan, K. 1987. *Strategic alliances: Form, autonomy, and performance.* Working paper, Graduate School of Business, Columbia University, New York.

Harris, S. P. 1976–1984. *Who audits America.* Menlo Park, CA: Data Financial Press.

Hartigan, J. A. 1975. *Clustering algorithms.* New York: Wiley.

Hauck, J. R., & Donner, A. 1977. Wald's test as applied to hypotheses in logit analysis. *Journal of the American Statistical Association,* 72: 851–853.

Hauser, J. R. 1978. Testing the accuracy, usefulness, and significance of probabilistic choice models: An information-theoretic approach. *Operations Research:* 26: 406–421.

Heide, J. B., & Miner, A. S. 1990. *The shadow of the future: The effects of the anticipated interaction and frequency of delivery on buyer-seller cooperation.* Working paper, Weatherhead School of Management, Case Western Reserve University, Cleveland.

Hirschman, A. O. 1970. *Exit, voice, and loyalty.* Cambridge, MA: Harvard University Press.

Hladik, K. 1985. *International joint ventures.* Lexington, MA: Lexington Books.

Johnson, W. B., & Lys, T. 1985. *The market for audit services: Evidence from voluntary auditor changes.* Working paper, Kellogg Graduate School of Management, Northwestern University, Evanston, IL.

Joskow, P. 1987. Contract duration and relation-specific investments. *American Economic Review,* 77: 168–185.

Kosnik, R. D. 1987. Greenmail: A study of board performance in corporate governance. *Administrative Science Quarterly,* 32: 675–687.

Levinthal, D. A., & Fichman, M. 1988. Dynamics of interorganizational attachments: Auditor-client relations. *Administrative Science Quarterly,* 33: 345–369.

Macaulay, S. 1963. Non-contractual relations in business. *American Sociological Review,* 28: 55–70.

Macchiaverna, P. R. 1981. *Corporations and their outside auditors: A changing relationship.* New York: Conference Board.

McConnell, D. K. 1984. Are the Big 8 increasing their share of the NYSE, AMEX, and OTC audit markets? *Journal of Accounting, Auditing and Finance,* 7: 178–181.

Mangold, N. R. 1987. *The effect of auditor changes on earnings, auditor's opinions, and stock prices.* Working paper, California State University, Hayward.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Mautz, R. K., & Neumann, F. L. 1977. *Corporate audit committees: Policies and practices.* Cleveland: Ernst & Ernst.

Moody's Investor Service, 1909–1986. *Moody's industrial manual.* New York: Moody's Investor Service.

Moody's Investor Service. 1976–1986. *Moody's otc industrial manual.* New York: Moody's Investor Service.

Moody's Investor Service. 1929–1986. *Moody's transportation manual.* New York: Moody's Investor Service.

Palepu, K. G. 1986. Predicting takeover targets: A methodological and empirical analysis. *Journal of Accounting and Economics,* 8: 3–35.

Palmrose, Z. 1986. Audit fees and auditor size: Further evidence. *Journal of Accounting Research,* 24: 97–110.

Pfeffer, J., & Salancik, G. R. 1978. *The external control of organizations.* New York: Harper & Row.

Pisano, G. P. 1989. Using equity participation to support exchange: Evidence from the biotechnology industry. *Journal of Law, Economics, and Organization,* 5: 109–126.

Powell, W. W. 1990. Neither markets nor hierarchy: Network forms of organization. In B. M. Staw & L. L. Cummings (Eds.), *Research in organizational behavior,* vol. 12: 295–336. Greenwich, CT: JAI Press.

Standard & Poor's Corporation. 1984. *COMPUSTAT, 1983.* Engelwood, CO: Standard & Poor's Corporation.

Standard & Poor's Corporation. 1928–1983. *Standard & Poor's register of corporations, directors, and executives.* New York: Standard & Poor's Corporation.

Salancik, G. 1977. Commitment and the control of organizational behavior and belief. In B. M. Staw & G. R. Salancik (Eds.), *New directions in organizational behavior:* 1–54. Chicago: St. Clair Press.

Schlesselman, J. J. 1982. *Case-control studies: Design, conduct, analysis.* New York: Oxford University Press.

Schwartz, K. B., & Menon, K. 1985. Auditor switches by failing firms. *Accounting Review,* 60: 248–261.

Simunic, D. A. 1980. The pricing of audit services: Theory and evidence. *Journal of Accounting Research,* 18: 161–190.

Simunic, D. A. 1984. Auditing, consulting, and auditor independence. *Journal of Accounting Research:* 22: 679–702.

Staw, B. M. 1982. Counterforces to change. In P. S. Goodman (Ed.), *Change in organizations:* 87–121. San Francisco: Jossey-Bass.

Stevens, M. 1985. *The accounting wars.* New York: Macmillan.

Van de Ven, A. H. 1976. On the nature, formation, and maintenance of relations among organizations. *Academy of Management Review,* 1(4): 24–36.

Van de Ven, A. H., & Walker, G. 1984. The dynamics of interorganizational coordination. *Administrative Science Quarterly,* 29: 598–621.

Williamson, O. E. 1975. *Markets and hierarchies: Analysis and antitrust implications.* New York: Free Press.

Williamson, O. E. 1979. Transaction-cost economics: The governance of contractual relations. *Journal of Law and Economics,* 22: 233–262.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions

Williamson, O. E. 1981. The economics of organization: The transaction cost approach. ***American Journal of Sociology,*** 87: 548−577.

Williamson, O. E., & Ouchi, W. G. 1981. The markets and hierarchies program of research: Origins, implications and prospects. In A. H. Van de Ven & W. F. Joyce (Eds.), ***Perspectives on organizational design and behavior:*** 347−370: New York: Wiley.

**Mark A. Seabright** received his Ph.D. degree from Carnegie-Mellon University and is currently an assistant professor of management in the Leavey School of Business and Administration at Santa Clara University. His current interests include the dynamics of interorganizational relationships and the case-control method.

**Daniel A. Levinthal** received his Ph.D. degree in economics, business, and public policy from Stanford University. He currently is the May Department Stores Term Chair Associate Professor of Management at The Wharton School, University of Pennsylvania. His primary research interests are interorganizational relationships, organizational learning, and industry evolution.

**Mark Fichman** received his Ph.D. degree in organizational psychology from the University of Michigan at Ann Arbor. He currently is an associate professor of industrial administration at the Graduate School of Industrial Administration, Carnegie-Mellon University. His research interests are interorganizational relations, individual motivation, and time allocation.

This content downloaded from 4.30.145.83 on Tue, 22 Oct 2013 00:21:56 AM
All use subject to JSTOR Terms and Conditions