# EXHIBIT A-14



---

Incorporating Prior Knowledge into the Analysis of Conjoint Studies
Author(s): Greg M. Allenby, Neeraj Arora and James L. Ginter
Source: *Journal of Marketing Research*, Vol. 32, No. 2 (May, 1995), pp. 152–162
Published by: American Marketing Association
Stable URL: http://www.jstor.org/stable/3152044
Accessed: 17/10/2013 18:00

---

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*American Marketing Association* is collaborating with JSTOR to digitize, preserve and extend access to
*Journal of Marketing Research.*

http://www.jstor.org

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions

GREG M. ALLENBY, NEERAJ ARORA, and JAMES L. GINTER*

The authors use conjoint analysis to provide interval-level estimates of part-worths allowing tradeoffs among attribute levels to be examined. Researchers often possess prior information about the part-worths, such as the order and range restrictions of product attribute levels. It is known, for example, that consumers would rather pay less for a specific product given that all other product attribute levels are unchanged. The authors present a Bayesian approach to incorporate prior ordinal information about these part-worths into the analysis of conjoint studies. Their method results in parameter estimates with greater face validity and predictive performance than estimates that do not utilize prior information or those that use traditional methods such as LINMAP. Unlike existing methods, the authors' methods apply to both rating and choice-based conjoint studies.

# Incorporating Prior Knowledge into the Analysis of Conjoint Studies

Conjoint analysis is one of the most widely used research techniques in marketing. A well designed and analyzed conjoint study provides information about the relative value attached to the attribute levels that characterize products and services. The relative values (part-worths) attached to the attribute levels can then identify optimal product offerings and generate estimates of choice, market share, and potential profitability. Green and Srinivasan (1990) provide a summary of current developments in conjoint analysis, and Wittink and Cattin (1989) survey its various commercial applications.

One complication common to the design and analysis of all conjoint studies is the fact that consumers are different. As a result, attributes and attribute levels that appeal to one individual may not be important to another. This heterogeneity in consumer preference complicates the calculation of predicted market share and profitability. Researchers have responded to this challenge by either estimating part-worths for each consumer, or by grouping consumers into a priori segments on the basis of demographics or behavioral measures and estimating common part-worths for everyone in the segment. As discussed subsequently, neither of these approaches is completely satisfactory with existing methods.

Estimation of the value a specific customer assigns to an attribute level is often based on very limited information. With many conjoint approaches, this results in having a large number of the customer-level part-worths having the wrong algebraic sign. For example, a recent study by Elrod, Louviere, and Davey (1992) shows that estimates for over 25% of the consumers have a sign inconsistent with prior expectations. Similarly, DeSarbo and colleagues (1992) document that 37 of 48 respondents have a negative sign for the two of seven coefficients, range and memory, that should be positive.

Estimates of segment-level part-worths are also problematic, because it is difficult to identify the number and composition of the segments. Although demographic variables are sometimes used (Green and Srinivasan 1978, 1990), there is little a priori information on how to identify demographic groupings that have homogeneous parameter values. In addition to demographics, behavioral measures such as usage volume have also been used to identify segments. However, although the segments are homogeneous behaviorally, segment members may differ substantially in their awareness of the alternatives and perception of the attribute levels and part-worths.

More recently, DeSarbo and colleagues (1992) proposed a statistical segmentation model that avoids these problems by assigning individuals with similar part-worths to specific segments. However, this approach suffers from the previously discussed weakness of customer specific estimates—many of the estimates were of the wrong sign. In addition, Allenby and Ginter (1995) recently proposed a hierarchical Bayes model for pooling respondent information and also report many individual coefficients with wrong signs. These

*Greg M. Allenby is an Associate Professor, and James L. Ginter is a Professor, Ohio State University. Neeraj Arora is an Assistant Professor, Virginia Polytechnic Institute and State University. The authors thank Jon Pinnell of IntelliQuest Inc. for providing the personal computer conjoint data and Steven Herman of Bretton-Clark for providing LINMAP software. Helpful comments have been provided by Paul Green, Ivo van der Lans, Alan Shocker, and anonymous reviewers.

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-13   Filed 11/02/13   Page 4 of 13

results suggest that the problem goes beyond that of statistically pooling respondent information to obtain part-worth estimates with reasonable face validity.

We propose Bayesian methods of incorporating ordinal- and interval-level prior information into the analysis of conjoint studies. The benefit of incorporating prior ordinal information to estimate part-worths has previously been illustrated by Srinivasan, Jain and Malhotra (1983) and Lans and Heiser (1992). In contrast to the existing methods, we propose a general framework to incorporate ordinal information. Our proposed framework is more flexible because it can be used for both ratings and choice-based conjoint studies, more informative because it provides the distributional properties of part-worth estimates, thus facilitating statistical inference, and more accurate because it performs better on predictive tasks across a variety of conditions.

We first review recent developments in Bayesian computing that make it possible to incorporate prior ordinal information. We then present the application of these procedures to models used in conjoint studies. Next, we provide three examples that demonstrate improvements in statistical inference and prediction, as a result of our proposed procedures. Finally, we provide concluding remarks.

### BAYESIAN ANALYSIS

Bayesian estimators combine prior information about model parameters, $\theta$, with information contained in the data, y, to arrive at the posterior distribution,

$$(1) \qquad \pi(\theta \,|\, y) \propto \ell(y \,|\, \theta) \, \pi(\theta),$$

where $\pi$ denotes a probability density function and $\ell$ denotes the likelihood. Until recently, the application of Bayesian methods has been limited to cases in which the posterior distribution is mathematically tractable and has simple expressions for the mean and standard deviation of the distribution. This occurs, for example, in standard regression models (Cattin, Gelfand, and Danes 1983; Zellner 1971) and beta-binomial/gamma-poisson models (Schmittlein, Bemmaor, and Morrison 1985). Other than with these models, simple expressions for the posterior mean and variance typically do not exist, and the use of Bayesian methods has been greatly limited.

Consider the case in which ordinal prior knowledge exists about the parameters in a regression model. This often arises in conjoint studies, which employ dummy variables to represent levels of product attributes, and whose regression coefficients, $\theta$, represent attribute part-worths. Price is an example of such an attribute, with consumers surely preferring to pay less than more. This prior information can be expressed in the form of order and range restrictions where $\theta_1 \geq 0$, $\theta_2 \geq \theta_1$, and so on. Order restrictions are an example of prior information leading to posteriors whose moments (e.g., mean, variance) are difficult to evaluate analytically.

Our goal is to incorporate prior ordinal information about part-worths (e.g., regression parameters) into the analysis of conjoint studies. This prior information, when combined with the available ratings (choice) data, results in posterior distributions that do not have a tractable closed form. We employ a Monte-Carlo method of estimation, the Gibbs sampler (Gelfand and Smith, 1990), to simulate draws from

these non-standard posterior distributions. Properties of the posterior distribution are then studied with the corresponding empirical distribution. For example, the posterior mean and standard deviation can be obtained by calculating the appropriate sample statistics from the simulated draws.

We first provide a brief overview of the Gibbs sampler, which is used to simulate draws from the posterior distribution, and then illustrate this method, applying it to the standard regression model. We next provide the modifications needed to incorporate ordinal restrictions. Finally, we extend these ideas to choice-based models used in conjoint analysis.

### The Gibbs Sampler

Stated simply, the Gibbs sampler generates random observations from a distribution without requiring its probability density function (pdf). It allows difficult analytic calculations involving the pdf to be replaced by simpler ones involving the use of simulated observations. For a general introduction to the Gibbs sampler in models involving constrained parameters, see Gelfand, Smith, and Lee (1992) and Gelfand and Smith (1990).

Consider a simple case involving two random variables U and V whose observed values are denoted by u and v. Here, we follow the convention introduced by Gelfand and Smith (1990), which denotes both densities and distributions in bracketed notation. Hence, [U,V] denotes the joint density of U and V, [U|V] denotes the conditional density of U given V, and [U] is the marginal density.

Assume that the conditional distributions [U|V] and [V|U] are known, and it is feasible to draw random variates from them. If we begin the Gibbs sampling procedure at $V^0$ by drawing $U^0$ from [U|V] and follow an iterative procedure, alternating between U and V such that

$$U^i \sim [U \,|\, V = v^i]$$

$$V^{i+1} \sim [V \,|\, U = u^i],$$

then the sequence so generated $v^0, u^0, v^1, u^1, v^2, u^2 \ldots, v^k, u^k$, is called a Gibbs sequence, and the random variable generation process is called Gibbs sampling.

It has been shown (see Gelfand and Smith 1990) that under reasonably general conditions, the distribution of $\{u^k, v^k\}$ converges to [U,V], the joint distribution of U and V, as $k \to \infty$. In other words, for large k, $u^k$ is effectively a sample point from [U], $v^k$ is a sample point from [V], and $\{u^k, v^k\}$ is a sample point from the joint distribution. Characteristics of the distribution, such as the mean or variance, are easily estimated by calculating the appropriate sample statistic from the generated sample of observations.

Consider, for example, the case where [U,V] is bivariate normal. The Gibbs sampler generates draws from this bivariate distribution by successively drawing from the conditional distributions [U|V] and [V|U], which are both univariate normal. Figure 1 provides a plot of lines of constant contour of the bivariate distribution. For a given value of V $= v^0$, a draw is made from the conditional (normal) distribution [U|V = $v^0$]. In the next step, the realization of U = $u^0$ is used to draw from the conditional distribution [V|U = $u^0$]. This process is repeated, with most of the resulting

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-13   Filed 11/02/13   Page 5 of 13

Figure 1
NORMAL BIVARIATE CONTOURS



Figure 2
ILLUSTRATION OF THE GIBBS SAMPLER FOR THE STANDARD
REGRESSION MODEL



draws $\{u^k, v^k\}$ located in the area of the distribution with the greatest mass and some of the draws located in the tail areas of the distribution.

It should be immediately evident that the Gibbs sampling procedure described previously can be used to obtain the marginal distribution of a random variable when integrals of the type,

$$[U] = \int [U,Y] \, dy,$$

are hard to perform analytically or numerically (recall that $\{u^k\}$ is a sample point from $[U]$). The only prerequisite to evaluate this type of integral is that one must be able to draw samples from the conditional distributions $[U \mid V]$ and $[V \mid U]$. Geman and Geman (1984) show that these ideas extend directly to higher dimensional models involving more than two parameters. These higher dimensional problems assume that it is possible to generate draws from the full conditional distributions (i.e., $[U_i \mid U_1, U_2, ..., U_k]$ for $k \neq i$).

The ease with which the Gibbs sampler can be used to obtain characteristics of densities has generated considerable interest among Bayesian statisticians. As we illustrate subsequently, it is often easy to generate draws from the conditional distributions.

*The Standard Regression Model*

Regression models are used to estimate part-worths in full-profile conjoint studies. We now introduce notation and explain how to obtain draws from the posterior distribution of regression coefficients in a standard regression model by using the Gibbs sampler. Complexities that arise from ordinal constraint are discussed subsequently.

Consider the standard multiple regression model:

$$y = X\beta + \varepsilon; \; \varepsilon \sim Normal(0, \sigma^2).$$

We denote the likelihood, $\ell(y \mid \theta)$, as $[y \mid X, \beta, \sigma^2]$ and the prior, $\pi(\theta)$, as $[\beta, \sigma^2]$. If the priors for $\beta$ and $\sigma^2$ are specified independently, then $[\beta, \sigma^2] = [\beta][\sigma^2]$, where $[\beta]$ is typically assumed to be multivariate normal with mean $\bar{\beta}$ and covari-

ance matrix $A^{-1}$. The prior variance of the error term, $[\sigma^2]$, is typically chosen (see Zellner 1971) to be inverted chi-squared (Wishart), with prior degrees of freedom g and prior precision G.

On the basis of these standard assumptions, the conditional distributions can be shown to be:

(2)    $[\beta \mid y, X, \sigma^2] \propto [y \mid X, \beta, \sigma^2] [\beta] \sim Normal(\beta^*, V)$ ; and

(3) $[\sigma^2 \mid y, X, \beta] \propto [y \mid X, \beta, \sigma^2] [\sigma^2] \sim$ Inverted Chi-Squared$(w, W)$,

where $\beta^* = (\sigma^{-2}X'X + A)^{-1}(\sigma^{-2}X'y + A\bar{\beta})$, $V = (\sigma^{-2}X'X + A)^{-1}$, $w = g + n$, $W = G + (y - X\beta)'(y - X\beta)$, and n is the sample size. (See Zellner 1971, Chapter 3.)

For a particular data set $(y, X)$, the Gibbs sampler repeatedly generates draws from $[\beta \mid y, X, \sigma^2]$ and $[\sigma^2 \mid y, X, \beta]$. As illustrated in Figure 2, the current value of beta is used to calculate the residual sum of squares component of W in Equation 3. The draw of $\sigma^2$ is then made, and the resulting

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-13   Filed 11/02/13   Page 6 of 13

value is used to generate a draw of $\beta$ according to Equation 2. These steps are repeated many times, and the draws of $\beta$ and $\sigma^2$ eventually converge to draws from the joint distribution $[\beta,\sigma^2]$.

We can easily incorporate the case of no prior information by setting $\bar{\beta}$ and A equal to zero. In this situation, $\beta^* = (X'X)^{-1}X'y$ and $V = \sigma^2(X'X)^{-1}$, the standard OLS (ordinary least squares) estimates. The assumption of a non-informative prior for $\sigma^2$ is reflected in the initial parameters of the inverted chi-squared by setting G to zero and the prior degrees of freedom g to one. This results in $w = n + 1$ and $W = 0 + (y - X\beta)'(y - X\beta)$. Informative priors, reflecting any prior analysis or subjective judgement, can be incorporated by specifying other values for the prior parameters. Although the conditional distribution of $\beta$ is multivariate normal, the resulting draws of $\beta$ are distributed multivariate t because $\sigma^2$ changes at each iteration. Again, this result is consistent with distribution theory for the standard linear regression model.

*Incorporating Order Restrictions*

Dummy variable regression is often used to estimate the part-worth of attribute levels in conjoint studies. Consider, for example, a study in which price takes on three levels: (1) the current price, (2) a discount of 10%, and (3) a discount of 20%. Taking the current price as the null state, two dummy variables are used in the regression model. The coefficient of the first, $(\beta_1)$, measures the value of a 10% discount off the current price, and the coefficient of the second, $(\beta_2)$, measures the value of a 20% discount. It is reasonable to assume that the regression coefficient corresponding to the 20% discount is no less than that for the 10% discount, $(\beta_2 \geq \beta_1)$, and that the value of a 10% discount is no less than zero, $(\beta_1 \geq 0)$.

Order restrictions arise in conjoint analysis with great regularity. Conjoint analysis can be thought of as a device for taking attribute level part-worths, a priori indicated on a nominal or ordinal scale, and attempting to measure them on an interval scale. The interval scale property of part-worths is required to understand the relative differences between levels and across attributes. Consider a conjoint analysis designed to investigate the relative importance of a credit card's attributes including, for example, the interest rate, annual fee, credit limit, and the name of the bank issuing the card. Prior to conducting the analysis it is obvious that consumers would rather pay lower interest rates, lower annual fees, have higher credit limits, and (possibly) have the card issued by a bank with which they are familiar.

If the ordinal structure of the attribute-levels is not previously known, it is also possible to obtain such information through self-explicated data. Popular conjoint methods such as Adaptive Conjoint Analysis (ACA) and hybrid conjoint (Green 1984) collect information on the ordinal structure of attribute-levels and relative importance of attributes. For the purpose of incorporating constraints into a procedure, use of respondent-supplied self-explicated data is better, because it provides both within and between attribute ordinal information (see Lans et al. 1992). Furthermore, self-explicated data allow for heterogeneity in the ordinal structure across respondents.

Although order restrictions are readily available in many instances, it has been difficult to formally incorporate them into a Bayesian conjoint analysis. In a Bayesian approach, order restrictions can be specified in the prior distribution $\pi(\theta)$ with the use of indicator functions that identify the acceptable regions of support for the distribution. However, analytically tractable expressions for the posterior mean and variance do not exist. The Gibbs sampler provides a very simple solution to this problem by generating draws from the posterior distribution, which allows an empirical (as opposed to an analytical) evaluation of statistics such as the mean and variance of the posterior distribution.

Consider the standard regression model with a truncated normal prior: $[\beta,\sigma^2] = [\beta][\sigma^2]$, where $[\beta] \propto \text{Normal}(\bar{\beta}, A^{-1}) I_{\text{order restrictions}}$, and the indicator function $I_{\text{order restrictions}}$ equals one if the order restrictions are satisfied, and zero elsewhere. The posterior distribution then becomes:

$$(4) \quad [\beta \mid y,X,\sigma^2] \propto [y \mid X,\beta,\sigma^2] \, [\beta] \sim \text{Normal}(\beta^*,V) \, I_{\text{order restrictions}},$$

where $\beta^*$ and V are defined as previously. We generate draws from this distribution by simply generating normal draws and keeping only those that satisfy the order restrictions—an example of a procedure called "rejection sampling" (Ripley 1987, p. 60–61) used to simulate draws from non-standard distributions. An alternative procedure for generating draws when $\beta$ is of high dimension is discussed in the Appendix. The procedure for generating draws from the posterior variance distribution, $[\sigma^2 \mid y, X, \beta]$, is the same as before.

This is a very elegant solution to an otherwise difficult Bayesian problem. The advantage of simulation based methods of estimation is that it is not necessary to write a closed form expression for the posterior moments to study their properties. The mean, mode, variance, and tail-area behavior can be directly studied through observing the empirical distribution resulting from the simulated draws. Finally, the method is very easy to implement as it relies on draws from standard distributions such as the normal and uniform.

*Discrete Choice Models*

The multiple regression model described previously is appropriate for conjoint analysis when the dependent variable measure is interval or ratio scale. However, conjoint studies often use choice-based methods in which the dependent variable is multinomial. Let N denote the multinomial outcome with the ith element equal to one if the ith alternative is chosen, and let $\text{Pr}_i$ be the probability of observing $N_i = 1$, where $\text{Pr}_i = \exp(y_i)/\Sigma_j\exp(y_j)$. We relate the observed choices, N, to the attributes, X, through a logistic normal regression model (see Allenby and Lenk 1994),

$$(5) \quad [N \mid y][y \mid X,\beta,\sigma^2][\beta][\sigma^2].$$

This model is the same as before except for the first factor [N | y], which relates the (latent) y's to the discrete outcomes. This factor induces a third step in the Gibbs sampler. The first two steps are the same as in equations 2 and 3, because knowledge of y (i.e., conditioning on y) makes N redundant. The third step involves generating draws from the conditional distribution of y,

$$(6) \quad [y \mid N,X,\beta,\sigma^2] \propto [N \mid y][y \mid X,\beta,\sigma^2].$$

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-13   Filed 11/02/13   Page 7 of 13

Table 1

DESCRIPTION OF ATTRIBUTES

BATTERIES

| Attribute Description | Attribute Levels | Parameter |
|---|---|---|
| 1.  Brand name of the battery | Topcrest | |
| | Eveready | $\beta_1$ |
| | Sears DieHard | $\beta_2$ |
| 2.  Average lifetime of the battery | 40 hours | |
| | 50 hours | $\beta_3$ |
| | 60 hours | $\beta_4$ |
| 3.  Price per battery | $1.00 | |
| | $1.25 | $\beta_5$ |
| | $1.50 | $\beta_6$ |

As previously discussed, rejection sampling is used to generate y from its conditional distribution. Because we know that $[y \mid X,\beta,\sigma^2] \sim \text{Normal}(X\beta,\sigma^2)$, we generate a candidate value y, calculate the resulting choice probability of the alternative selected ($\Pr_i = \exp(y_i)/\Sigma_j \exp(y_j)$ if $N_i = 1$), and accept this candidate with probability equal to the choice probability. (See Allenby and Lenk 1994 for details.) This provides a simple way to generate draws from the distribution $[y \mid N,X,\beta,\sigma^2]$.

As with the standard regression model, order restrictions on the parameters are implemented by accepting only those values of $\beta$ that conform to the restrictions. Again, the mean, standard deviation, and confidence intervals are easily constructed from the empirical density.

It is instructive to compare the logistic regression model with the linear regression model of the type $y = X\beta + \varepsilon$. In the linear regression model, the coefficients $\beta$ are interpreted as the change in the rating of a profile for a unit change in the corresponding attribute level from the null state. This is not true of the logit model in which the change in the choice probability for a unit change in the attribute level is expressed as:

$$(7) \qquad \partial\Pr/\partial X_k = \beta_k \Pr(1 - \Pr).$$

We will refer subsequently to this partial derivative as a "logit part-worth." Obtaining part-worths in choice models, therefore, requires evaluation of Equation 7.

Equation 7 illustrates that statistics of interest are sometimes expressed as functions of model parameters rather than reflected directly in parameter values. The Gibbs sampler can easily generate draws from the posterior distribution of these highly nonlinear functions of parameters. Draws from the posterior distribution of part-worths are obtained by evaluating Equation 7 at each iteration of the Gibbs sampler. These draws can be used to calculate posterior means, standard deviations, and other statistics of interest.

The Gibbs sampler allows attention to be focused on both parameters and functions of parameters of interest. In the standard regression model, the coefficients ($\beta$) measure the part-worths of the attribute levels, and it is easy to study their posterior marginal distribution by ignoring the specific draws of $\sigma^2$. In the logistic regression model, evaluating the function $\beta_k \Pr(1 - \Pr)$ for each k leads to partial derivatives that also can be examined free of nuisance parameters. Be-

cause the response to attribute level is estimated directly, the results of the conjoint study move closer to the decision.

The proposed procedures, therefore, offer substantial advantages over other methods of imposing order constraints that rely on either non-linear functional forms (Krishnamurthi and Wittink 1991) or alternative estimation procedures (Lans and Heiser 1992; Lans et al. 1992; Srinivasan, Jain, and Malhotra 1983). For example, it is incorrect to assume that model parameters are always equal to part-worths, particularly in the case of choice models. Partial derivative expressions, such as Equation 7, are needed to draw appropriate inferences about market segments and optimal product design. In addition, the Gibbs sampler provides estimates of the exact posterior standard deviation of the part-worths and does not require non-linear approximations, such as the delta method (Kendall and Stuart 1977, p. 247), with unknown finite-sample properties. Statistical inference is therefore more accurate.

### EMPIRICAL RESULTS

Here, we empirically investigate the performance of the proposed Bayesian methodology in three conjoint studies. The studies vary in their complexity, size, and method of data collection, and allow investigation of the proposed methodology under a variety of conditions. In each case, our Bayesian methods result in improved part-worth estimates.

In the subsequent analyses, coefficient estimates are based on a total of 1000 Gibbs iterations. Time series plots of the draws indicate that the distributions converged to the stationary distributions well before 500 iterations. The last 500 draws are used to compute the reported coefficient point estimates, standard deviations, and confidence intervals.

*Batteries*

The first empirical study examines the performance of various conjoint estimators for a simple and familiar product: 1.5 volt, size D, alkaline batteries. Three product attributes, each at three different levels, were evaluated by undergraduate students enrolled in a marketing research class (see Table 1). The choice of product attributes and levels was based on information collected from *Consumer Reports* (1991). A total of 133 students participated in the study, with half evaluating full profile configurations and half choosing between alternative configurations in a series of pair-wise tradeoffs.

By including a small number of attributes and attribute levels in our design, we were able to obtain respondent ratings for a full factorial design of 27 profiles (a $3 \times 3 \times 3$ design) without causing the respondents undue burden or fatigue. This enabled us to perform data analysis for both a full factorial design and a fractional factorial design. The former required the use of all 27 questions, and the latter required the use of a subset of 9 questions from the original 27, as determined by a latin square design. In all, 68 respondents participated in the full profile study.

The tradeoff study used a pair-wise comparison approach in which the respondents were presented with two product options described on a set of attributes and instructed to indicate the option they preferred. For this analysis, all profiles were described on two attributes at a time. For exam-

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-13   Filed 11/02/13   Page 8 of 13

Table 2
INDIVIDUAL LOGIT PARTWORTHS[a]
(95% Confidence Interval)

| No | U or C[b] | Eveready | Sears DieHard | 50 hours | 60 hours | $1.25 | $1.50 |
|---|---|---|---|---|---|---|---|
| 10 | U | −.23 (−.65,.19)[c] | .09 (−.15,.33) | .03 (−.23,.29) | .31 (−.07,.69) | −.03 (−.29,.23) | .15 (−.23,.53) |
|  | C | .12 (0,.43)[c] | .26 (.05,.47) | .17 (0,.45) | .61 (.31,.98) | −.18 (−.45,−.01) | −.28 (−.62,−.05) |
| 20 | U | −.36 (−.72,0) | −.14 (−.40,.12) | .12 (−.12,.36) | .35 (−.01,.71) | .01 (−.23,.25) | 0.0 (−.36,.36) |
|  | C | .14 (.01,.53) | .13 (.01,.37) | .31 (.06,.58) | .72 (.40,1.11) | −.16 (−.43,−.01) | −.37 (−.80,−.09) |
| 30 | U | .02 (−.36,.40) | −.03 (−.29,.23) | .09 (−.23,.41) | .36 (−.02,.74) | .14 (−.12,.40) | .33 (−.03,.69) |
|  | C | .40 (.05,.82) | .19 (.01,.48) | .31 (.08,.56) | .76 (.42,1.11) | −.09 (−.32,0) | −.20 (−.53,−.02) |
| 40 | U | −.03 (−.41,.35) | .02 (−.24,.28) | .14 (−.14,.42) | .34 (−.04,.72) | .13 (−.13,.39) | .31 (−.07,.69) |
|  | C | .34 (.04,.74) | .18 (.01,.44) | .32 (.06,.62) | .74 (.41,1.08) | −.10 (−.34,0) | −.20 (−.56,−.03) |
| 50 | U | −.01 (−.43,.41) | 0.0 (−.28,.28) | .22 (−.06,.50) | .29 (−.13,.71) | .04 (−.24,.32) | .36 (−.08,.80) |
|  | C | .38 (.02,.88) | .19 (.02,.47) | .41 (.08,.74) | .69 (.28,1.07) | −.15 (−.44,0) | −.25 (−.58,−.03) |

[a]All estimates are based on the tradeoff analysis with 12 questions.
[b]U/C indicates whether the estimation procedure imposed any parameter constraints. (U = Unconstrained C = Constrained).
[c]Numbers in parentheses for the unconstrained (constrained) estimates indicate the 95% confidence interval (credible set).

ple, one of the choice questions asked the respondents to select one of the following two options:

    Option A: A battery with a price of $1.50 and an average lifetime of 50 hours, or
    Option B: A battery with a price of $1.25 and an average lifetime of 40 hours.

The respondents were told that the two batteries were identical in every other respect.

Each of the tradeoff respondents gave choices for 24 pairwise comparisons. The data analysis was performed for two separate designs. The first design included all 24 pair-wise comparisons, and the second design included only those comparisons in which one option did *not* clearly dominate the other. An example of a comparison with a dominated alternative would be:

    Option A: A battery with an average lifetime of 50 hours and priced at $1.00, or
    Option B: A battery with an average lifetime of 40 hours and priced at $1.25.

Option A clearly dominates option B because it lasts longer and is cheaper. Exclusion of such comparisons resulted in a design with 12 questions. In all, 65 respondents participated in the second tradeoff study.

The choice of parameters reported in Table 1 leads to these prior expectations of the coefficient estimates: (1) all else being equal, a nationally distributed brand is preferred

to a private label brand ($\beta_1 \geq 0$ and $\beta_2 \geq 0$), (2) longer life is preferred to shorter life ($\beta_4 \geq \beta_3 \geq 0$), and (3) lower price is preferred to higher price ($\beta_6 \leq \beta_5 \leq 0$).

Despite the small size of the problem (3 attributes at 3 levels), unconstrained estimates of the six individual part-worth parameters resulted in a large number of estimates with incorrect algebraic signs and/or order violations. With the full profile method, 29% of the respondents demonstrated at least one ordinal violation for the full factorial case, and 41% demonstrated at least one ordinal violation for the fractional factorial case. In both cases, the average number of violations for these respondents was 1.85. An even worse scenario emerged for the tradeoff study—69% of the respondents had part-worths with at least one ordinal violation when all 24 questions were used in the estimation, and 100% of the respondents had part-worths with at least one ordinal violation for the 12 question case. The average number of violations for these respondents was 1.85 and 3.97, respectively.

Incorporating ordinal restrictions into the estimation of conjoint part-worths results in estimates with greater face validity and greater precision. Table 2 illustrates typical effects of the constraints on the individual part-worth estimates. Consider, for example, individual number 10, whose unconstrained part-worth estimate for $1.50 (versus $1.00) is +.15, with a 95% confidence interval ranging from −.23 to .53. The unconstrained point estimate of +.15 is unreasonable because it implies preference of a higher price, when

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions

Prior Knowledge in Conjoint Studies

brand name and lifetime are held fixed. However, a large mass of the unconstrained distribution is less than zero, corresponding to reasonable estimates of the attribute level part-worth. Incorporating ordinal restrictions through the prior distribution results in a point estimate of −.28 and a confidence interval ranging from −.62 to −.05, which is 25% smaller than the unconstrained interval. In general, the constrained confidence intervals reported in Table 2 are 17% smaller than the unconstrained intervals.

In addition to responding to the conjoint task, respondents in both the full profile and tradeoff studies were asked to rank order five full profiles according to their order of preference. These rankings allowed us to compare the internal predictive accuracy of the unconstrained and constrained estimates.

Table 3 reports the predictive results for the battery data. Two measures of predictive accuracy are used: (1) the hit rate, which reflects the percentage of the total respondents for whom the conjoint estimates correctly identified their most preferred profile; and (2) Kendall's tau, a measure of rank correlation, which examines the predicted ordering of the five profiles against the actual evaluation. Table 3 also reports results of two alternative methods of constraining part-worths in conjoint analysis: (1) LINMAP for full profile analysis, and (2) "soft constraints" for choice-based studies, which is accomplished by imputing answers to the dominated questions and including them as observations

### Table 3
### PREDICTIVE FIT
### BATTERIES

| Stimulus | Design | N | Procedure | Hit rate[a] | Kendall's Tau Rank Correlation[b] |
|---|---|---|---|---|---|
| Full Profile | Fractional factorial | 68 | Unconstrained | 39.7% | .325 |
| | | | LINMAP | 48.5% | .322 |
| | | | Bayes | 51.5% | .379 |
| | Full factorial | 68 | Unconstrained | 50.0% | .443 |
| | | | LINMAP | 48.5% | .391 |
| | | | Bayes | 63.2% | .540 |
| Tradeoff | 12 questions | 65 | Unconstrained | 35.3% | .360 |
| | | | Soft constraints | 40.0% | .511 |
| | | | Bayes | 53.8% | .545 |
| | 24 questions | 65 | Unconstrained | 41.5% | .489 |
| | | | Bayes | 61.5% | .579 |

[a]Hit Rate: For the full profile cases, Fractional and Full factorial, the Bayes estimates outperformed the unconstrained estimates ($\alpha$ = .01). The Bayes estimates also outperformed LINMAP in the Full factorial case ($\alpha$ = .01). For the Tradeoff cases (12 and 24 questions), the Bayes estimates outperformed the unconstrained estimates ($\alpha$ = .01). The Bayes estimates in the 12 questions case also outperformed the soft constraints estimates ($\alpha$ = .01).

[b]Kendall's Tau correlation: The Bayes estimates outperformed the unconstrained estimates in the Full factorial case ($\alpha$ = .01). This difference was not significant for the Fractional factorial case at the $\alpha$ = .01 level. For the Tradeoff cases (12 and 24 questions), the Bayes procedure outperformed the unconstrained procedure ($\alpha$ = .01).

### Table 4
### DESCRIPTION OF ATTRIBUTES
### APARTMENTS

| Attribute Name | Attribute Levels |
|---|---|
| 1. Walking time to classes | 1. 10 minutes<br>2. 20 minutes<br>3. 30 minutes |
| 2. Noise level of apartment house | 1. Very quiet<br>2. Average noise level<br>3. Extremely noisy |
| 3. Safety of apartment location | 1. Very safe location<br>2. Average safety<br>3. Very unsafe location |
| 4. Condition of apartment | 1. Newly renovated throughout<br>2. Renovated kitchen only<br>3. Poor condition |
| 5. Size of living/dining area | 1. 24 by 30 feet<br>2. 15 by 20 feet<br>3. 9 by 12 feet |
| 6. Monthly rent (utilities included) | 1. $225<br>2. $360<br>3. $540 |

from the respondent (see Srinivasan, Jain, and Malhotra 1983).

The Bayesian approach to constraining part-worth estimates results in substantial gains in predictive accuracy. The Bayes estimates are the most predictively accurate for both the full profile and the tradeoff methods of data collection. For example, first hits for the Bayes estimates show an improvement of nearly 30% over OLS estimates in the fractional factorial case ($p$ < .01). Similar improvements are obtained in the tradeoff analysis. In addition, the Bayes estimates consistently predict better than the LINMAP estimates.

It is interesting to note that Bayes estimates based on a subset of observations result in a greater percentage of first hits than the unconstrained estimates based on all the observations. In the tradeoff analysis, the constrained estimates based on 12 questions result in a 53.8% hit rate, whereas the unconstrained estimates based on 24 questions yield only a 41.5% hit rate ($p$ < .01). These results indicate that the Bayesian approach to incorporating the ordinal restrictions is better than actually asking the subjects in the study to respond to obvious tradeoffs. The same result is found, to a lesser degree, for the full profile analysis. The constrained estimates for the fractional factorial had a slightly higher hit rate (51.5%) than the unconstrained estimates for the full profile (50%).

### Apartments

The second example utilizes data from a study by Green and Schaffer (1991) in which 176 respondents evaluated full-profile descriptions of privately offered, unfurnished apartments. This data set has also been analyzed by Lans and Heiser (1992), who propose an alternative method of constraining part-worth estimates. We provide a description of the attributes and attribute-levels in Table 4.

The data were collected in four phases: (1) a self explicated phase in which respondents rated the importance of

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-13   Filed 11/02/13   Page 10 of 13

each attribute and the acceptability of the levels within the attributes; (2) an evaluation phase in which 18 full-profile cards from a fractional factorial orthogonal main effects design were evaluated; and (3) and (4) two testing phases in which two sets of 16 profiles, used for predictive testing, were rated by respondents. Both sets of predictive profiles used only the highest and lowest level of each attribute. Phase 4 was administered to the respondents two weeks after the data from phases 1–3 were collected. We report results only for Phase 4 because Phase 3 data were not available for analysis.

Unconstrained part-worth estimates for the twelve parameters obtained from Phase 2 data result in numerous ordinal violations: 167 of the 176 respondent part-worth estimates exhibited at least one violation, and the average number of violations for these respondents was 2.78. Unlike the battery example in which the same ordinal structure was used for everyone, the self-explicated data allowed us to identify an ordinal structure for each respondent. The effects of imposing ordinal constraints both within and between attributes were examined.

Table 5 reports predictive results for both the unconstrained and constrained estimates. Constrained estimates were obtained using the algorithm described in the Appendix. For comparison purposes, we also report summary results from the Lans and Heiser (1992) study, as well as results using LINMAP. The Lans and Heiser results are the average predictive performance across various weighting schemes investigated in their paper. The estimators are compared on four criteria, three of which were originally reported by Lans and Heiser: (1) the hit rate, which reports the proportion of times the profile with the maximum predicted rating also has the maximum actual rating, (2) aggregate first choice shares in which the actual and predicted first choices are first aggregated across respondents and then contrasted across profiles using a mean absolute deviation (MAD) criterion, (3) the Pearson correlation between predicted and actual evaluations (details of these calculations are provided by Lans and Heiser 1992 and Green and Schaf-

fer 1991), and (4) the mean squared error, a more traditional metric for comparing estimators.

In general, the constrained Bayesian estimates perform very well and yield improvements over both Lans and Heiser and LINMAP. The hit rate improves from 65.0% for the unconstrained estimates, to 70.9% for LINMAP, 76.5% for Lans and Heiser, and 78.5% for the proposed Bayesian procedure. Both LINMAP and Bayes procedures perform significantly better than the unconstrained estimates ($p < .01$). The Bayes procedures also perform significantly better than the corresponding Lans and Heiser procedures ($p < .06$). Similar improvements are reported using aggregate first choice shares, whereas the Pearson correlations are essentially the same across estimators. The Pearson correlation coefficients are insensitive to the method of estimation partly because they only measure the linear fit between actual and predicted profiles and do not assess the actual predictive error.

Huber and colleagues (1993, p. 109) have argued against using measures such as aggregate first choice shares to assess predictive fits in conjoint models, because it unrealistically assumes that the profile with the predicted maximum will always be chosen. The same criticism applies to the percentage first hits criterion. A more reasonable criterion would account for uncertainty in the predicted evaluation of the profiles. Furthermore, it would be better to assess the predictive accuracy for all profiles in the design, not just the most favorable one.

Thus, we report the average predictive mean squared error (MSE) in Table 5. An MSE criterion assigns a squared error penalty (loss) to differences between the actual and expected values, providing a more continuous measure of fit. In addition, a well known identity in statistics is MSE = variance + bias$^2$, which explicitly accounts for uncertainty through the variance term. As discussed by Lans and Heiser (1992), constrained estimators trade off bias against variance in hopes of yielding more accurate estimates. An improvement in predictive accuracy, measured through MSE, is an indication of a successful bias-variance tradeoff. Mean

**Table 5**
**PREDICTIVE FIT**
**APARTMENTS**

| Method/Model | Hit Rate[a] | Absolute Error in Predicting Aggregate First Choice Shares | | Pearson Correlation[c] | Average MSE[d] |
|---|---|---|---|---|---|
| | | All Stimuli | High Share Stimuli[b] | | |
| Unconstrained | 65.0% | 1.83 | 11.11 | .766 | .0845 |
| LINMAP | 70.9% | 1.17 | 6.94 | .769 | |
| Lans & Heiser | | | | | |
| Within | 73.2% | 1.06 | 5.44 | .781 | |
| Within and Between | 76.5% | .96 | 4.37 | .780 | |
| Bayes | | | | | |
| Within | 75.7% | .89 | 3.64 | .773 | .0782 |
| Within and Between | 78.5% | .81 | 2.94 | .775 | .0750 |

[a]Hit Rate: The Bayes (within and within and between) estimates outperform the unconstrained estimates ($\alpha = .01$). The Bayes procedures also outperform LINMAP ($\alpha = .01$).

[b]Based on only those stimuli that have first choice shares greater than 10%.

[c]Pearson Correlation: The difference between the Bayes and the unconstrained estimates is not significant ($\alpha = .01$).

[d]MSE: The MSE corresponding to both the Bayes (within and within and between) estimates is smaller than the MSE based on unconstrained estimates ($\alpha = .01$).

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions

squared error is calculated by (1) generating draws from the posterior distribution of model parameters; (2) evaluating the predictive fit for each draw using squared error loss; and (3) averaging these predictive fits.

Table 5 reports predictive MSE across all profiles for the unconstrained and Bayes estimates. The Bayes estimates, which impose both within and between constraints, result in lower predictive MSE than the unconstrained estimates. The results provide additional evidence that ordinal constraints can be used to improve the accuracy of part-worth estimates. Predictive MSE results are not reported for the Lans and Heiser procedure or for LINMAP, because these procedures do not yield any measure of part-worth uncertainty. A predictive MSE, which relies solely on the point estimate, would reflect the bias component of the MSE measure but not the variance component. As a result, it is not possible to assess the statistical risk (expected loss) of these other estimators.

### Table 6
### DESCRIPTION OF ATTRIBUTES
### PERSONAL COMPUTERS

| Attribute Name | Attribute Levels |
|---|---|
| 1. Brand[a] | 1. Brand A (Most preferred) |
| | 2. Brand B |
| | 3. Brand C |
| | 4. Brand D |
| | 5. Brand E (Least preferred) |
| 2. Chip | 1. Intel Microprocessor |
| | 2. AMD Microprocessor |
| | 3. Cyrix Microprocessor |
| 3. Performance | 1. Below average performance |
| | 2. Average performance |
| | 3. Above average performance |
| 4. Monitor | 1. Average (VGA 640X480) |
| | 2. Above average (SVGA 1024X788) |
| | 3. Far above average (XVGA 1280X1024) |
| 5. Storage | 1. Average (80 meg Hard Drive) |
| | 2. Above average (120 meg Hard Drive) |
| | 3. Far above average (240 meg Hard Drive) |
| 6. Form | 1. Small desktop model |
| | 2. Large desktop model |
| | 3. Tower model |
| 7. Channel | 1. Order over the telephone |
| | 2. Obtain from a retail store |
| | 3. Obtain from a sales person at your site |
| 8. Service | 1. Ship back to manufacturing for service |
| | 2. Service at local dealer |
| | 3. On-site service |
| 9. Warranty | 1. 90 day warranty |
| | 2. 1 year warranty |
| | 3. 5 year warranty |
| 10. Upgradeability | 1. Processor can not be upgraded |
| | 2. Can upgrade to a faster processor in the future |
| | 3. Can upgrade to a faster processor now |
| 11. Price[a] | 1. $1500/$2700 |
| | 2. $1800/$3200 |
| | 3. $2200/$3800 |
| | 4. $2500/$4300 |

[a]The attribute levels for Brand and Price varied across respondents depending on preferences and anticipated expenditures

### Table 7
### PREDICTIVE FIT
### PERSONAL COMPUTERS

| Method/Model | N | Median MSE | Average MSE[a] |
|---|---|---|---|
| Unconstrained(ACA) | 637 | 4.604 | 5.848 |
| Within Constraints | 637 | 3.572 | 4.940 |
| Within and Between Constraints | 637 | 3.522 | 5.002 |

[a]The constrained Bayes estimates have a smaller MSE then the the unconstrained estimates ($\alpha = .01$).

### Personal Computers

The third example examines preferences for various attributes of personal computers. Table 6 reports the 11 attributes and 36 attribute levels used in the analysis. Data were collected by IntelliQuest, Inc. of Austin, Texas using the ACA package from Sawtooth Software. Each respondent in the survey provided self-explicated information about the attributes and their levels by ranking the attribute levels and assigning a numerical rating (1–4) to each of the attributes. The self-explicated data were used to form ordinal constraints both within and between the attributes. In addition, respondents rated 30 paired comparisons involving a fraction of the attributes on a nine-point scale (−4, + 4) in which the midpoint, zero, indicated indifference between the two offerings. The last three paired comparisons were reserved for predictive testing of the proposed estimation procedure and were not used to estimate the part-worths.

Table 7 reports predictive results for 637 respondents in the study. Ninety four percent of the respondents in the study had at least one ordinal violation with unconstrained estimation, with the average number of violations for the 25 parameters equal to 3.10. The unconstrained predictions are based on ACA part-worth estimates using the first 27 paired comparisons. To be consistent in our comparisons, we employed the same weighting as ACA in combining the self-explicated data with the pairwise judgment. The predictive accuracy is measured in terms of the reduction in the predictive mean squared error across the respondents.

Imposing ordinal constraints on the part-worth estimates results in a 24% reduction in the predictive mean squared error—from a median of 4.60 for the unconstrained ACA estimates to 3.52 when both within and between constraints are imposed. Constrained estimates were obtained using the algorithm described in the Appendix. The average MSE was greater than the median MSE because of a small number of respondents with a poor predictive fit.

### DISCUSSION

Here, we present a Bayesian approach to incorporating prior ordinal information in the analysis of conjoint studies. In analyses involving three data sets of varying complexity, we find that the vast majority of respondents exhibit ordinal violations in their part-worths, even when self-explicated data are used to obtain the estimates. This finding is consistent with other results that have recently been reported in the literature (Desarbo et al., 1992; Elrod, Louviere, and Davey 1992).

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions

Case 5:12-cv-00630-LHK   Document 859-13   Filed 11/02/13   Page 12 of 13

The proposed Bayesian methodology employs simulation based methods of estimation and is extremely flexible because it can be applied to conjoint data collected as either discrete choices between product alternatives (e.g., choice based conjoint, paired comparison analysis) or ratings of product concepts (e.g., full profile analysis). There has recently been an increased interest in using choice-based methods in conjoint analysis (see Huber et al. 1992; Oliphant et al. 1992). The proposed methodology is unique because of its ability to impose ordinal restrictions in discrete choice models.

The Bayesian methods are also more informative because they facilitate statistical inference by generating the posterior distribution of the constrained part-worths. For full-profile analysis, this corresponds to a regression coefficient, whereas for choice models, the part-worth is a non-linear function of model parameters (Equation 7). The posterior distribution allows assessment of the likely range of the part-worths, which is important given the relatively small number of respondent evaluations used in estimation. Some respondents were extremely consistent in the evaluations, whereas others were not, and in our analysis of the three datasets, it was not uncommon for the standard error of a part-worth to differ by an order of magnitude across respondents. This information is potentially useful, for example, when weighting the individual estimates to identify market segments, optimal product offerings, and anticipated demand.

The empirical results also indicate that the Bayesian approach results in more accurate part-worth estimates. It consistently results in improved predictive performance over LINMAP and unconstrained estimation. We argue that linear programming methods that first convert the ratings data into ordinal restrictions do not properly account for any errors in respondent judgment. Instead, all profile evaluations are taken at face value to obtain the constraints used to estimate the part-worths. Thus, profiles that differ by a small margin yield constraints with as much weight as profiles that differ by a large margin. If respondents do exhibit random variation in their judgment across profiles, then LINMAP estimates will be subject to error because they impose rigid constraints to reflect the observed judgments.

However, it should be noted that the LINMAP user's manual (Srinivasan and Shocker 1981, p.1) does not recommend its use with rating scales, particularly in situations in which the ratings may be the same for different profiles. Tied comparisons are not informative for estimating partworths in LINMAP, and as a result, LINMAP is typically applied to rank data in which ties are not present. Therefore, it is difficult to fully evaluate the performance of LINMAP without also considering the method of data collection. Our analysis concentrates on statistical properties of alternative estimators for interval-level (ratings) and nominal-level (choice) data; it does not consider the relative information content resulting from different methods of data collection (see Srinivasan and Basu 1989).

Our Bayesian procedure imposes strict constraints on the parameters by employing a truncated prior distribution consistent with available (prior) information. Hence, all posterior estimates conform to the prior ordering. The use of absolute constraints is certainly justified for some attributes (e.g.,

price), in which the ordering is certain, but may be problematic when the prior ordering is less certain. In this later case, a less strict ordering may be appropriate, requiring the specification of a more traditional prior, or the identification of allowable tolerance regions ($\delta$) where $\beta_i + \delta > \beta_j$. Of course, these prior specifications implicitly require more judgment as to the amount of prior uncertainty but can easily be incorporated into any Bayesian analysis.

In summary, we often have prior knowledge about the part-worths in conjoint studies. Failure to use this prior knowledge in estimation frequently results in part-worths that violate the known structure. We demonstrate that a Bayesian approach to constrained part-worth estimation is more flexible and informative than other methods of imposing constraints, can be applied to full profile and choice-based data, and yields the posterior distribution of part-worths, which facilitates statistical inference. In addition, we demonstrate that the proposed methodology results in part-worth estimates that are more accurate than other approaches across a variety of conditions.

## APPENDIX

### GENERATING DRAWS FROM A TRUNCATED NORMAL DISTRIBUTION

In general, if the cumulative distribution function of $\beta$ is F, then $F(\beta) \sim$ Uniform $(0, 1)$ and $\beta \sim F^{-1}$ (Uniform $(0, 1)$). In other words, a draw from $\beta$ with cdf F can be obtained by generating a draw from a uniform distribution and applying the inverse cdf transformation.

*Generating Truncated Univariate Normal Draws*

For $\beta \sim$ Normal$(\mu, \sigma^2)$ with cdf $F_\beta$ and lower and upper truncation points a and b, generate:

$$\beta = F^{-1}{}_\beta(\text{Uniform}(F_\beta(a), F_\beta(b))).$$

The points of truncation only limit the support of the distribution not its functional form. Truncated normal draws can be generated by first generating a uniform draw with an appropriate range followed by an inverse cdf transformation.

*Generating Truncated Bivariate Normal Draws*

For the bivariate vector $\beta \sim$ MVN $(\mu, \Sigma)$, the conditional distribution of the first element of $\beta$ is:

$$\beta_1 \mid \beta_2 \sim \text{Normal}(\mu_1 + \Sigma_{12}\Sigma_{22}{}^{-1}(\beta_2 - \mu_2), \Sigma_{11} - \Sigma_{12}\Sigma_{22}{}^{-1}\Sigma_{21})$$

with cdf $F_{\beta 1 \mid \beta 2}$,

where the subscripts refer to the elements of the appropriate vectors and matrices. Bivariate normal draws with truncation points $(a_1, b_1)$ and $(a_2, b_2)$ are obtained by sequentially drawing from the conditional distributions:

$$\beta_1 \mid \beta_2 = F^{-1}{}_{\beta 1 \mid \beta 2} \,(\text{Uniform}(F_{\beta 1 \mid \beta 2}(a_1), F_{\beta 1 \mid \beta 2}(b_1)))$$

$$\beta_2 \mid \beta_1 = F^{-1}{}_{\beta 2 \mid \beta 1} \,(\text{Uniform}(F_{\beta 2 \mid \beta 1}(a_2), F_{\beta 2 \mid \beta 1}(b_2))).$$

In this procedure, the current value of $\mu_i$ and the current realizations of $\beta_i$ and $\Sigma$ are used to evaluate the mean and variance of $F_{\beta j \mid \beta i}$.

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions

*Generating Truncated Multivariate Normal Draws*

For the general case, a truncated multivariate draw can be generated by successively generating draws from the full conditional distributions

$$\beta_1 \mid \beta_2 \dots \beta_p = F^{-1}{}_{\beta_1\mid\beta_2\dots\beta_p}(Uniform(F_{\beta_1\mid\beta_2\dots\beta_p}(a_1), F_{\beta_1\mid\beta_2\dots\beta_p}(b_1)))$$

$$\beta_2 \mid \beta_1, \beta_3 \dots \beta_p = F^{-1}{}_{\beta_2\mid\beta_1,\beta_3\dots\beta_p}(Uniform(F_{\beta_2\mid\beta_1,\beta_3\dots\beta_p}(a_2), F_{\beta_2\mid\beta_1,\beta_3\dots\beta_p}(b_2)))$$

.

.

.

$$\beta_p \mid \beta_1 \dots \beta_{p-1} = F^{-1}{}_{\beta_p\mid\beta_1\dots\beta_{p-1}}(Uniform(F_{\beta_p\mid\beta_1\dots\beta_{p-1}}(a_p), F_{\beta_p\mid\beta_1\dots\beta_{p-1}}(b_p)))$$

These series of conditional draws form a Markov chain, with stationary distribution equal to the true multivariate truncated distribution. This procedure offers an efficient method of generating draws of $\beta$ in Equation 2, especially when $\beta$ is of a high dimension or when "a" and "b" are in the tail area of a distribution.

## REFERENCES

Allenby, Greg M. and Peter J. Lenk (1994), "Modeling Household Purchase Behavior with Logistic Normal Regression," *Journal of the American Statistical Association*, 89 (December), 1218–231.

——— and James L. Ginter (1995), "Using Extremes to Design Products and Segment Markets," working paper, College of Business, Ohio State University.

Cattin, Philippe, Alan E. Gelfand, and Jeffrey Danes (1983), "A Simple Bayesian Procedure for Estimation in a Conjoint Model," *Journal of Marketing Research*. 20 (February), 29–35.

*Consumer Reports* (1991), "Batteries: Disposable or Rechargeable?" 56 (November), 720–23.

Desarbo, Wayne S., Michel Wedel, Marco Vriens, and Venkatram Ramaswamy (1992), "Latent Class Metric Conjoint Analysis," *Marketing Letters*, 3 (3), 273–88.

Elrod, Terry, Jordon J. Louviere, and Krishnakumar S. Davey (1992), "An Empirical Comparison of Ratings-Based and Choice-Based Conjoint Models," *Journal of Marketing Research*, 29 (August), 368–77.

Gelfand, Alan E. and Adrian F. M. Smith (1990), "Sampling-Based Approaches to Calculating Marginal Densities," *Journal of the American Statistical Association*, 85, 398–409.

———, ——— and Tai-Ming Lee (1992), "Bayesian Analysis of Constrained Parameter and Truncated Data Problems Using Gibbs Sampling," *Journal of the American Statistical Association*, 87 (June), 523–32.

Geman, S. and D. Geman (1984), "Stochastic Relaxation, Gibbs Distribution, and the Bayesian Restoration of Images," *IEEE Transactions on Pattern Analysis and Machine Intelligence*, 6, 721–41.

Green, Paul E. (1984), "Hybrid Models for Conjoint Analysis: An Expository Review," *Journal of Marketing Research*, 21 (May), 155–59.

——— and Catherine M. Schaffer (1991), "Importance Weight Effects On Self-Explicated Preference Models: Some Empirical Findings," *Advances in Consumer Research*, 18, 476–82.

——— and V. Srinivasan (1978), "Conjoint Analysis in Consumer Research: Issues and Outlook," *Journal of Consumer Research*, 5 (September), 103–23.

——— and ——— (1990), "Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice," *Journal of Marketing*, (October), 3–19.

Huber, Joel, Dick R. Wittink, Richard M. Johnson, and Richard Miller (1992), "Learning Effects in Preference Tasks: Choice Based Versus Standard Conjoint," in *Sawtooth Software Conference Proceedings*, Margo Metergrando, ed. Sun Valley, ID: Sawtooth Software, 383–94.

———, ———, John A. Fiedler, and Richard Miller (1993), "The Effectiveness of Alternative Preference Elicitation Procedures in Predicting Choice," *Journal of Marketing Research*, 30, 105–14.

Kendall, Maurice and Alan Stuart (1977), *The Advanced Theory of Statistics*, Vol. 1. New York; MacMillan.

Krishnamurthi, Lakshman and Dick R. Wittink (1991), "The Value of Idiosyncratic Functional Forms in Conjoint Analysis," *International Journal of Research in Marketing*, 8, 301–13.

Lans, Ivo A. van der, and Willem J. Heiser (1992), "Constrained Part-Worth Estimation in Conjoint Analysis Using the Self-Explicated Utility Model," *International Journal of Research in Marketing*, 9, 325–44.

———, Dick R. Wittink, Joel Huber, and Marco Vriens (1992), "Within- and Across-Attribute Constraints in ACA and Full Profile Conjoint Analysis," in *Sawtooth Software Conference Proceedings*, Margo Metergrando, ed. Sun Valley, ID: Sawtooth Software.

Oliphant, Karen, T.C. Eagle, Jordan J. Louviere, and Don Anderson (1992), "Cross-Task Comparisons of Ratings-Based and Choice-Based Conjoint," in *Sawtooth Software Conference Proceedings*, Margo Metergrando, ed. Sun Valley, ID: Sawtooth Software.

Ripley, B.D, (1987), *Stochastic Simulation*. New York: John Wiley & Sons Inc.

Schmittlein, David. C., Albert C. Bemmaor, and Donald C. Morrison (1985), " Why Does the NBD Model Work? Robustness In Representing Product Purchases and Imperfectly Recorded Purchases," *Marketing Science*, 4 (Summer), 255–66.

Srinivasan, S. and Allan Shocker (1981), "LINMAP Version IV - User's Manual."

———, Arun K. Jain, and Naresh Malhotra (1983), "Improving Predictive Power of Conjoint Analysis by Constrained Parameter Estimation," *Journal of Marketing Research*, 20 (November), 433–38.

——— and Amiya K. Basu (1989), "The Metric Quality of Ordered Categorical Data," *Marketing Science*, 8, 205–30.

Wittink, Dick R. and Philippe Cattin (1989), "Commercial Use of Conjoint Analysis: An Update," *Journal of Marketing*, 53 (July), 91–96.

Zellner, Arnold (1971), *An Introduction to Bayesian Inference in Econometrics*. New York: John Wiley & Sons Inc.

This content downloaded from 38.100.60.212 on Thu, 17 Oct 2013 18:00:17 PM
All use subject to JSTOR Terms and Conditions