# EXHIBIT A-18

# GETTING STARTED WITH CONJOINT ANALYSIS

## Strategies for Product Design and Pricing Research



Bryan K. Orme

# Getting Started with Conjoint Analysis

## Strategies for Product Design and Pricing Research

Bryan K. Orme



Research Publishers LLC

**Getting Started with Conjoint Analysis:**
**Strategies for Product Design and Pricing Research**
Copyright © 2006 by Research Publishers LLC

All rights reserved. No part of this work may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, mechanical, electronic, photocopying, recording, or otherwise, without the prior written permission of the publisher.

**Publisher**
Research Publishers LLC
710 John Nolen Drive
Madison, WI 53713–1422
USA
http://www.research-publishers.com

Cover art by Paul Klee (1879–1940)
Maske Furcht, 1932, 286 (Y 6)
100 x 57 cm
Ölfarbe auf Jute auf Keilrahmen
The Museum of Modern Art, New York
Copyright © 2005 Artists Rights Society (ARS), New York
VG Bild-Kunst, Bonn
Digital Image © 2005 The Museum of Modern Art
Licensed by SCALA / Art Resource, New York

Cover design by Jane Tenenbaum, Tenenbaum Design, Boston.
Electronic typesetting by Amy Hendrickson, TeXnology, Inc., Boston.
Printed and bound by R. R. Donnelley and Sons, Allentown, Pennsylvania.
Printing project coordinated by Katie Luzzi; production managed by John Tauber.

Manufacturers and sellers use many designations to distinguish products claimed as trademarks. Where those designations appear in this book and Research Publishers LLC and the author were aware of a trademark claim, the designations have been printed in capital letters or initial capital letters.

While the publisher and author have taken every precaution to ensure that the information in this book is correct, the publisher and author assume no responsibility for errors or omissions or for damages resulting from the use of information contained herein.

Printed in the United States of America.                9 8 7 6 5 4 3 2

**ISBN 0-9727297-4-7**

# Chapter 6

# Formulating Attributes and Levels in Conjoint Analysis

Defining proper attributes and levels is arguably the most fundamental and critical aspect of designing a good conjoint study. An attribute (sometimes called a factor) is a characteristic of a product (e.g., color), made up of various levels (there must be at least two for each attribute) or degrees of that characteristic (e.g., red, yellow, blue). The underlying theory of conjoint analysis holds that buyers view products as composed of various attributes and levels. Buyers place a certain part-worth utility on each of those characteristics, and we can determine the overall utility of any product by summing up the value of its parts or levels.

In conjoint experiments, respondents express their preferences for products described by varying levels of attributes. By observing how respondents evaluate products in response to changes in attribute levels, we can estimate the impact each attribute level has upon overall product preference. That is, we can estimate utilities associated with attribute levels. After we learn respondents' preferences for the various attribute levels, we can predict how buyers might respond to a product with any potential combination of levels in our study, whether or not that actual product was displayed during the interview.

Typical full-profile conjoint studies in practice, like choice-based conjoint (CBC) and ratings-based card-sort studies (including Sawtooth Software's CVA), involve about six or fewer attributes, each described on about two to five levels. Adaptive Conjoint Analysis (ACA) studies often include many more attributes, each also described on about two to five levels. Some attributes are nominal (e.g., color, brand), and we cannot know ahead of time whether respondents prefer one level over another. Some attributes are ordinal (e.g., expedited delivery versus normal delivery), and we know ahead of time that rational respondents would usually prefer the levels in a certain order. Other attributes, such as weight, speed, amount of money, or length of time, are quantitative in nature, with the order of levels determined by the attributes and objects being evaluated.

43

## 6.1 Present Appropriate Information

Attribute descriptions should be concise statements with concrete meaning. Avoid using ranges to describe a single level of an attribute, such as "weighs 3 to 5 kilos." Rather than leaving the interpretation to the respondent, it would be better to specify "weighs 4 kilos." Levels such as "superior performance" also leave too much in question. What does "superior performance" mean? Try to use specific language to quantify (if possible) the exact meaning of the level.

Attributes that cannot be adequately described in words should be represented in multimedia. But if attributes do not require multimedia to adequately communicate their properties, it would probably be a mistake to make them multimedia. Though a multimedia interview might seem more attractive to respondents, it might bias the results in favor of multimedia attributes.

Present just the right amount of information, neither too little nor too much. Many respondents have a difficult time dealing with more than six attributes in full-profile conjoint methods like CBC and traditional card-sort conjoint. When faced with too much information, respondents often resort to simplification strategies to deal with the difficulty of the task (Green and Srinivasan 1978). Unless respondents employ the same sort of simplification strategies when making real-world decisions, full-profile results may place too much emphasis on the few most important features.

## 6.2 Follow Guidelines in Defining Attributes

Attribute definition is central to conjoint study design. Finding the right combinations of attributes and attribute levels is critical to the success of conjoint studies. This section provides guidelines for defining attributes and attribute levels for conjoint research. The guidelines apply to all varieties of conjoint analysis.

### Cover the Full Range of Possibilities for Attributes

Attribute levels should cover the full range of possibilities for existing products as well as products that may not yet exist, but that you want to investigate. A market simulator allows you to extrapolate and interpolate. Interpolation is likely to produce acceptable results, but extrapolation is prone to error and should be avoided. One way to ensure that you are including the appropriate levels and ranges is to ask your client to specify ahead of time the market simulations to be run during the analysis phase of your study. That exercise can often reveal weaknesses in your attribute specifications.

### Use Independent Attributes

Attributes should be independent. This is especially important for partial-profile conjoint studies such as ACA and partial-profile CBC. With partial-profile or hybrid conjoint (ACA involves both), attributes that overlap in meaning can get "double counted," resulting in too much inferred influence on product choice. It is therefore important to economize; including attributes with overlapping meanings is wasteful.

Furthermore, levels for related attributes may not combine naturally with one another. Though it can lead to more realistic interviews, it is often detrimental and sometimes fatal to prohibit levels from occurring with others.

### Define Mutually Exclusive Attribute Levels

Levels within each attribute should be mutually exclusive. This point becomes clear when you specify products using the market simulator (during the analysis phase) and are forced to associate only a single level from each attribute with each product definition. Consider the following attribute with three levels:

| *One Three-Level Attribute* |
|---|
| Sunroof |
| Extended Warranty |
| Global Positioning System (GPS) |

This formulation does not permit simulating preference for a car that has both a sunroof and a GPS. Similarly, we could not simulate preference for an automobile that had none of these features because there is no *none* level. There are two ways to resolve this quandary. We can create an attribute with all potential combinations of these features. This results in an eight-level attribute, if you include the option that none of these features is available:

| *One Eight-Level Attribute* |
|---|
| Sunroof, Extended Warranty, GPS |
| Sunroof, Extended Warranty, No GPS |
| Sunroof, No Extended Warranty, GPS |
| Sunroof, No Extended Warranty, No GPS |
| No Sunroof, Extended Warranty, GPS |
| No Sunroof, Extended Warranty, No GPS |
| No Sunroof, No Extended Warranty, GPS |
| No Optional Features |

Case 5:12-cv-00630-LHK   Document 859-17   Filed 11/02/13   Page 8 of 10

Or we can formulate three separate attributes each with two levels as follows:

| Three Binary Attributes |
| --- |
| No Sunroof versus Sunroof |
| No Extended Warranty versus Extended Warranty |
| No GPS versus GPS |

Creating an attribute with eight levels adds seven parameters to the model (see chapter 8 to understand why it is not eight) and forces the measurement of an explicit three-way interaction. With this more complex model definition, we can investigate whether there are diminishing returns by bundling the features. Splitting the options into three distinct binary attributes adds only three parameters if interaction parameters are not estimated.

## Balance and Limit the Number of Attribute Levels

The number of levels you use to define an attribute can have a significant bearing on the results. The first concern has been called the number-of-levels effect (Currim, Weinberg, and Wittink 1981). All else being equal, attributes defined by more levels tend to get more importance. There is a large body of literature on this subject, and researchers recognize that both psychological and algorithmic effects play a role in the number-of-levels effect. The number-of levels effect is less problematic in ACA than full-profile conjoint methods such as CBC and traditional full-profile conjoint.

Ideally, you should try to balance the number of levels across attributes, especially for quantitative attributes such as price, speed, and weight. But there are situations in which some attributes in the real world (such as brand) have many more levels than other attributes. There is an argument for making the conjoint task mimic reality rather than balancing the number of levels and sacrificing realism. If in reality there are many more brands available on the shelf than package sizes, perhaps the same number-of-levels effect that influences conjoint analysis results also influences real world choices. Buyers may pay more attention to brand variation than to variation in other attributes.

Another guideline is that you limit the number of levels on which quantitative attributes are described. For most purposes, you should not need more than about five levels to describe attributes such as price or speed. It's usually better to have more data at each price point than to have thinner measurements at more price points. Measuring too many points along a quantitative function can result in imprecise part-worths and troublesome reversals. If you cover the entire range of interest with fewer levels, you can interpolate between levels within the market simulator to get finer granularity if needed.

## 6.3 Use Prohibitions Sparingly

When we impose prohibitions, we ensure that certain levels of one attribute never appear with certain levels of another attribute. Prohibitions or prohibiting pairs should be used sparingly or not at all. Specifying unnecessary or excessive prohibitions is a common mistake in conjoint studies.

The problem usually begins when the analyst or client notices that some product combinations displayed during the interview are not realistic, given what currently exists in the market. Sometimes a product is shown with all the best features at the lowest price, or two attribute levels that would not naturally occur in the real world are paired together. The inclination is simply to prohibit such combinations.

Researchers should exercise great restraint when considering prohibitions. Too many prohibitions, in the best case, can lead to imprecise utility estimation and, in the worst case, confounded effects and the complete inability to calculate stable utilities. It is better to prompt respondents that they will see combinations during the interview that are not yet available in the market or that seem unlikely. You can urge respondents to answer as if these products were actually available today.

There are other strategies for dealing with prohibitions. Consider an example with three brands of soda (e.g., Sawtooth Spritz, Kong Kola, and Martian Mist) and two package types (e.g., two-liter bottle or six-pack of twelve-ounce cans). Suppose that Martian Mist is only available in six-packs of twelve-ounce cans, and you are displaying actual pictures of the products, not potential products. Rather than define a prohibition between Martian Mist and the two-liter bottle, it would make more sense to combine these two attributes into a single composite attribute with five levels, as illustrated in exhibit 6.1. Using the single-attribute approach, no prohibitions are required, but you will not be able to assess easily brand and package type as separate effects. This is probably not an issue if market simulations are used as the primary method of presenting results.

In the face of moderate to severe prohibitions, Adaptive Conjoint Analysis and other partial-profile conjoint methods are more robust than full-profile conjoint and full-profile choice-based conjoint methods. When pairs of attributes involved in level prohibitions are not shown together in product concepts (but are compared to other attributes without restriction), the resulting conjoint tasks are unaffected by prohibitions and work to stabilize the part-worth utility estimates for attribute levels involved in prohibitions.

48  *Formulating Attributes and Levels in Conjoint Analysis*



Exhibit 6.1. Resolving prohibitions with the composite-attribute approach