# EXHIBIT A-19

*Public Opinion Quarterly*, Vol. 73, No. 2, Summer 2009, pp. 349–360

# EFFECTS OF QUESTIONNAIRE LENGTH ON PARTICIPATION AND INDICATORS OF RESPONSE QUALITY IN A WEB SURVEY

MIRTA GALESIC
MICHAEL BOSNJAK

**Abstract**   This paper investigates how expected and actual questionnaire length affects cooperation rates and a variety of indicators of data quality in web surveys. We hypothesized that the expected length of a web-based questionnaire is negatively related to the initial willingness to participate. Moreover, the serial position of questions was predicted to influence four indicators of data quality. We hypothesized that questions asked later in a web-based questionnaire will, compared to those asked earlier, be associated with (a) shorter response times, (b) higher item-nonresponse rates, (c) shorter answers to open-ended questions, and (d) less variability to items arranged in grids. To test these assumptions, we manipulated the stated length (10, 20, and 30 minutes) and the position of questions in an online questionnaire consisting of randomly ordered blocks of thematically related questions. As expected, the longer the stated length, the fewer respondents started and completed the questionnaire. In addition, answers to questions positioned later in the questionnaire were faster, shorter, and more uniform than answers to questions positioned near the beginning.

## Introduction

Numerous studies have shown significant effects of questionnaire length on response rates in mail surveys (Bogen 1996). Meta-analyses indicate that

Downloaded from http://poq.oxfordjournals.org by Reed Nelson on October 28, 2013

mirta galesic is with the Joint Program in Survey Methodology, University of Maryland, College Park, MD 20742, USA, and also with the Center for Adaptive Behavior and Cognition, Max Planck Institute for Human Development, Lentzeallee 94, 14195 Berlin, Germany. michael bosnjak is with the School of Economics and Management, Free University of Bozen-Bolzano, Via Sernesi 1, I-39100 Bozen/Bolzano, Italy. We are grateful to Branimir Sverko and Roger Tourangeau, editor Peter Miller, and the anonymous reviewers for their helpful comments. This research was supported by the Croatian Ministry of Science (grant 0130406 awarded to Branimir Sverko), the Croatian Unemployment Bureau, and the research agency Puls (Zagreb, Croatia). Address correspondence to Mirta Galesic; e-mail: galesic@mpib-berlin.mpg.de.

doi:10.1093/poq/nfp031                                          Advance Access publication May 28, 2009
© The Author 2009. Published by Oxford University Press on behalf of the American Association for Public Opinion Research. All rights reserved. For permissions, please e-mail: journals.permissions@oxfordjournals.org

longer questionnaires are associated with lower response rates (Heberlein and Baumgartner 1978; Yammarino, Skinner, and Childers 1991). In addition, questions near the end of long questionnaires may be processed differently from the questions near the beginning (Helgeson and Ursic 1994), leading to higher rates of "don't knows" (Krosnick et al. 2002) and uniform answers (i.e., identical answers to different questions; Herzog and Bachman 1981).

We know much less about the effects of questionnaire length in web surveys. Two recent meta-analyses, both summarizing only nonexperimental studies, did not find a significant relationship between questionnaire length and response rates in websurveys (Cook, Heath, and Thompson 2000; Sheehan 2001). However, neither meta-analysis controlled for the way respondents learned about the length: whether they were informed about it in advance (e.g., in an invitation email), or if they learned about it while completing the survey. Several experimental studies have found significant negative effects of questionnaire length on response rates in web surveys. For a questionnaire lasting approximately 20 minutes, Crawford, Couper, and Lamias (2001) found that longer announced length (20 minutes) led to a higher nonresponse rate than when the announced length was shorter (8–10 minutes; 67.5 percent versus 63.4 percent, respectively). However, the break-off rate was higher when the announced length was shorter. Marcus et al. (2007) found higher response rates when the length announced in an invitation email (which corresponded to the actual length) was 10–20 minutes (30.3 percent) compared with 30–60 minutes (18.6 percent). Deutskens et al. (2004) did not announce the length of their questionnaire in advance, but the respondents were able to infer its likely length from the progress indicator. They found higher response rates when the questionnaire length was 15–30 minutes (24.5 percent) compared to 30–45 minutes (17.1 percent response rate). These authors also examined some effects of questionnaire length on data quality and found that the longer version had more "don't know" answers, as well as more dropouts than the shorter version.

The present study provides additional data on the effects of stated length on response and completion rates in web surveys, as well as on a variety of indicators of data quality (response times, item nonresponse, length of answers to open-ended questions, and variability of answers to questions in grids; see Herzog and Bachman 1981; de Leeuw 1992; Beatty and Herrmann 2002; Yan and Tourangeau 2008). In previous studies, length of the questionnaire was often manipulated by adding more questions at the end of the questionnaire. In this way, the effect of length is confounded with the effect of specific questions. In the present study, the order of questions was randomized, enabling us to isolate the effect of questionnaire length on data quality from the confounding influences of content, format, and difficulty of individual questions.

We have two basic hypotheses. First, we expect that fewer people will start and complete the questionnaire when its stated length is longer. Given that length is one of the indicators of burden (Bradburn 1978), participating in a longer questionnaire may be perceived as more costly for the respondents

(Dillman 1978). Even those who agree to participate in a long questionnaire, although presumably more motivated, will likely experience greater burden toward the end than the respondents to a shorter questionnaire (Galesic 2006). Consequently, the likelihood that they will stay until the end of the questionnaire should be smaller. Second, we expect that the quality of answers among the respondents who stay until the end will be lower when the same questions are asked later rather than earlier in the questionnaire. An increase in experienced burden during the questionnaire may negatively affect respondents' motivation to invest much effort in answering. Specifically, we expect that response times, item response rates, differentiation of items in grids, and length of answers to open questions will be smaller the further away from the beginning a question is asked (Herzog and Bachman 1981; Krosnick et al. 2002).

## Method

The study was conducted from October 6 to December 6, 2003 within a web survey on quality of life, subjective health, attitudes, and behaviors of unemployed people in Croatia. The survey was advertised via banners—briefly describing the survey topic—on two major job-search sites. The respondents were volunteers who visited the sites and clicked on the banner. The questionnaire, programmed in WARP-IT software (RM Plus 2003), consisted of 10 screening questions on demographics, followed by about 180 questions divided into 20 blocks (figure 1). Each question block occupied approximately one screen and contained questions on a related topic—for example, on everyday activities or the respondents' financial situation. The order of the 20 blocks was *randomized*, i.e., each respondent received them in a different order. This enabled us to study changes in indicators of data quality due to the questionnaire length, without confounding by the topic or format of specific questions.[1]

Respondents were randomly assigned to three different conditions regarding the announced length: the introductory page stated that "the survey lasts [10/20/30] minutes" (figure 1). All respondents received the same questions. After they had completed the screening questions and five random blocks, respondents from the 10-minute group received a message announcing that the main part of the survey was now over and that they could discontinue their participation. The respondents in the 20-minute group received the same message after they had completed the screening questions and 12 random blocks. The number of blocks for each of the length groups was determined in a small pretest. Incentives, manipulated orthogonally to the stated length, were preliminary results, delayed prize draw, immediate prize draw,[2] and a control group without incentives.

---

1. At the end of the questionnaire, the respondents were invited to comment on the survey. Approximately two-thirds did so, but none mentioned anything related to the order of questions.
2. The group that received the immediate prize draw was not included in the present analysis. The results of this manipulation were described in Tuten, Galesic, and Bosnjak (2004).



**Figure 1.** Questionnaire Structure.

## Results

We first look at the differences in starting and completing the questionnaire when the stated length was 10, 20, or 30 minutes. Then, we present how different indicators of data quality—response times, item response rates, length of open answers, and variability of answers to questions in grids—vary depending on the relative position of questions within the questionnaire.

EFFECTS OF THE STATED LENGTH ON WILLINGNESS TO PARTICIPATE

A total of 3,472 respondents clicked on the banner, and were randomly assigned to one of the three groups: 1,141 (33 percent) were told that the questionnaire will last 10 minutes, 1,114 (32 percent) that it will last 20 minutes, and 1,217 (35 percent) that it will last 30 minutes ($\chi^2(2) = 1.69$, $p = .43$). As this was not a survey of specifically named persons, the usual calculations of response rates following the AAPOR guidelines were not possible. However, table 1

Table 1. Percentage of Respondents Who Started the Questionnaire, Completed the Questionnaire, Completed the Screener, and Completed the Questionnaire, by Stated Length; and Effect Sizes in Terms of Cohen's $h$

| | Stated length | | | | | |
|---|---|---|---|---|---|---|
| | 10 minute | 20 minute | 30 minute | Total | $\chi^2(2)$ | $P$ |
| Start | | | | | | |
| Started the questionnaire (% of all who clicked on the banner) | 75.0% | 64.9% | 62.4% | 67.4% | 46.89 | .001 |
| ($n$) | (856) | (723) | (760) | (2,339) | | |
| Contrast to the 10-minute group ($h$) | | −0.22 | −0.27 | | | |
| Screening questions | | | | | | |
| Completed the screener (% of all who started the questionnaire) | 59.1% | 54.9% | 52.6% | 55.7% | 7.12 | .03 |
| ($n$) | (506) | (397) | (400) | (1,303) | | |
| Contrast to the 10-minute group ($h$) | | −0.08 | −0.13 | | | |
| Qualified—unemployed (% of all who completed the screener) | 75.1% | 71.8% | 73.3% | 73.5% | 1.25 | .53 |
| ($n$) | (380) | (285) | (293) | (958) | | |
| Random blocks[a] | | | | | | |
| Completed the 5th random block (% of all who qualified) | 68.2% | 67.0% | 66.2% | 67.2% | 0.29 | .86 |
| ($n$) | (259) | (191) | (194) | (644) | | |
| Contrast to the 10-minute group ($h$) | | −0.02 | −0.04 | | | |
| Completed the 12th random block (% of all who qualified) | 37.9% | 56.8% | 54.3% | 48.5% | 28.95 | .001 |
| ($n$) | (144) | (162) | (159) | (465) | | |

*Continued*

**Table 1.** Continued

| | Stated length | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 10 minute | 20 minute | 30 minute | Total | $\chi^2(2)$ | $P$ |
| Contrast to the 20-minute group ($h$) | −0.38 | | | | | |
| Completed the 20th random block (% of all who qualified) | 27.6% | 29.8% | 46.8% | 34.1% | 30.27 | .001 |
| ($n$) | (105) | (85) | (137) | (327) | | |
| Contrast to the 30-minute group ($h$) | −0.40 | −0.35 | −0.05 | | | |
| Overall—completed the assigned parts[a] (% of all who qualified) | 68.2% | 56.8% | 46.8% | 58.2% | 31.48 | .001 |
| ($n$) | (259) | (162) | (137) | (558) | | |
| Contrast to the 10-minute group ($h$) | | −0.23 | −0.44 | | | |

[a]Respondents from the 10- and 20-minute groups were asked to complete only 5 and 12 random blocks, respectively, but they were allowed to continue participating if they wished.

shows details about percentage of participants who completed each part of the questionnaire.

As hypothesized, the shorter the stated length, the more respondents started the questionnaire and completed the 10 screening questions (table 1). In the remainder of the questionnaire, the likelihood of completing a block of questions was, independently of its content, higher near the beginning than near the end of the questionnaire (see the row labeled "Random blocks" in table 1). When the stated length was longer, the likelihood of completing more distant blocks was higher than when the stated length was shorter. Nevertheless, the overall completion rate of the assigned parts was considerably higher for the 10- than for the 20- and the 30-minute groups (end of table 1). These results were consistent for all incentive groups: in logistic regressions with stated length and incentives as independent variables, none of the interactions was significant.

### EFFECTS OF QUESTION POSITION ON INDICATORS OF DATA QUALITY

Although the respondents who were told that the questionnaire will last 10 or 20 minutes were asked to complete fewer questions than those who were told that it will last 30 minutes, they were allowed to continue answering the remaining questions if they wished. In total, 327 respondents stayed until the end of the whole questionnaire (all 20 blocks). Among them, 32 percent were from the group that was told that the questionnaire will last only 10 minutes, 26 percent was from the 20-minute group, and 42 percent from the 30-minute group. To analyze the effect of question position on the indicators of data quality, we divided the questionnaire into thirds, corresponding to the number of blocks assigned to 10-, 20, and 30-minute groups. The median completion time was 12.8, 13.3, and 12.3 minutes, for the first, second, and the third part, respectively. The total median completion time was 40 minutes—longer than that announced in any group. The results presented below hold for respondents different in sex, age, education, and incentives they received.

To better understand changes in quality indicators in groups of respondents who were expecting questionnaires of different lengths, we standardized the response times using $z$-transformation based on their mean and standard deviation in the first third of the questionnaire, calculated separately for each of the groups. This clarifies the results in two ways. First, as the standardization is based on the values of the first block within each time group, it effectively cancels out the initial differences between the groups (none of them was statistically significant), making the differential effects of length more visible. Second, it enables reading of the effect size metrics $d$ directly from the graphs. All conclusions based on the standardized data are equivalent to those based on the raw data; the latter are available from the authors on request.



**Figure 2.** Mean Standardized Response Times (A), Item Completion Rates (B), Length of Answers to Open Questions (C), and Variance of Answers to Questions in Grids (D), for Random Blocks Presented in Each Third of the Questionnaire (Error Bars Denote ±1 SE of the means for All Participants), by Groups with Different Stated Length and for All Participants.

*Response times.* The time the respondents took to answer a block of questions in different thirds of the questionnaire was operationalized as the time elapsed between pressing the "Next" button at the end of the previous block and pressing the "Next" button at the end of the current block. As shown in panel A of the figure 2, the further away from the beginning of the questionnaire a block of questions was, the less time the respondents spent answering it. The median response time for a block of questions presented in the first third of the questionnaire was 120 seconds, and in the last third only 105 seconds. A

Case 5:12-cv-00630-LHK   Document 859-18   Filed 11/02/13   Page 10 of 13

repeated measures GLM with the average response times in the three thirds as dependent variables and stated time as the between-subjects factor confirmed a decreasing linear trend ($F(1, 324) = 45.53$, $p = .001$). This trend did not interact with the groups who had different stated lengths ($F(2, 324) = 0.98$, $p = .38$).[3]

*Item response rates.* Next, we analyzed item response rates (defined as percentage completed from all questions presented in a block; there were no "don't know" or "no answer" options) for the same blocks positioned in different thirds of the questionnaire. Overall, block completion rates were very high: 96.5 percent for the blocks presented in the first and the second third, and 95.8 percent for the blocks in the last third of the questionnaire (panel B of figure 2). The effects of question position on item response rates were small ($F(1, 324) = 2.44$, $p = .12$), and similar for all stated lengths ($F(1, 324) = 2.60$, $p = .11$).

*Length of open answers.* Four blocks contained open questions (two questions in each block). For each block, *length of open answers* was measured in number of characters. As panel C of figure 2 shows, when the same open questions appeared later in the questionnaire, they received shorter answers. In the first third, the median length was 105 characters, while in the last third it was only 93 characters. A repeated measures GLM for the respondents who got at least one open question in each of the thirds of the questionnaire ($n = 171$) showed a linear trend ($F(1, 168) = 3.91$, $p = .05$), but the quadratic trend was even more pronounced ($F(1, 168) = 5.60$, $p = .02$). These trends did not interact with the stated length ($F(2, 168) = 0.45$, $p = .64$; and $F(2, 168) = 0.99$, $p = .37$, respectively).

*Variability of answers to questions in grids.* This indicator of data quality was measured as variance of respondents' answers to long lists of attitudinal questions that used the same response scale and were placed in a grid. There were two such question blocks, one containing 16, and the other 14 items using the same four-point scales. We transformed the variance of answers to each of the grids to a scale from 0 to 1, and then calculated the average of variances of the grids that appeared in the same quarter. Panel D of figure 2 shows that the further away the questions were from the beginning of the questionnaire, the more the average variance of answers to the questions in grids decreased. This trend was confirmed in a repeated measures GLM for the variances in the first and the last third as dependent variables ($F(1, 61) = 4.12$, $p = .05$; note that none of the respondents could possibly get a grid question

---

3. The *F* value smaller than 1 indicates that the best population estimate of the interaction effect is 0.

Case 5:12-cv-00630-LHK   Document 859-18   Filed 11/02/13   Page 11 of 13

in each of the thirds), and was similar in groups with different stated lengths ($F(2, 61) = 0.79$).[4]

## Discussion

We found a strong effect of the stated length on participation rates: more respondents started the questionnaire when they were told that it will last 10 minutes (75 percent) than when they were told that it will last 30 minutes (63 percent). This supports the assumption that longer announced length increases the perceived costs of participation and makes it less likely. Of those who started, more respondents stayed until the end of the assigned questionnaire when it lasted approximately 10 minutes than when it took 30 minutes to complete (see table 1). This suggests that even the respondents who were motivated enough to start the longer questionnaire eventually "lost their breath" as the survey progressed.

We also observed a consistent effect of question position on indicators of answer quality. The further away from the beginning a block of questions was asked, the shorter were response times and the lower was the variability of answers to questions in grids. Item response rates decreased slightly over the course of the questionnaire, and open answers were shorter in the last than in the first third of the questionnaire. Taken together, these results suggest that questions asked later in the questionnaire bear the risk of producing lower quality data, especially if they are in open format or in long grids. As fatigue and boredom accumulate throughout the survey, the respondents may be less and less willing to invest the effort needed for good quality answers. Most of the effects of length on data quality indicators are small to medium in magnitude according to Cohen's (1988) categorization. However, depending on the survey topic and purpose, even small effects can make a large difference. Therefore, due caution should be employed when deciding on the serial position of a question within a survey, bearing in mind the potential losses in data quality as respondents progress through the survey.

We acknowledge that the changes in data quality could have occurred because of factors other than the increased burden assumed. For instance, response times could be shortened due to learning effects, and smaller variability of answers to items in grids might be due a reduced measurement error. However, we believe that increasing burden is at least an important factor contributing to changes in data quality, and at the same time one that can parsimoniously explain simultaneous changes in different indicators. For example,

---

4. To check whether the more uniform answers were due to acquiescence, we analyzed the frequency of each of the four response options ("Completely disagree,", "Somewhat disagree," "Somewhat agree," and "Completely agree"). The respondents did not acquiesce more in the later parts of the questionnaire—none of the four answers was used systematically more or less toward the end.

neither learning effects nor reduction in the measurement error could explain shorter answers to open questions.

A limitation of the study is that it was conducted on a nonprobability sample of a very specific population—unemployed persons. Although the study included diverse items, it was described as a study about unemployment, a highly salient topic among unemployed. Besides their likely heightened interest in the topic compared to respondents in other surveys, our respondents, being unemployed, had probably more time for completing lengthy surveys than an average respondent. However, this could have only attenuated our results: the fact that even these respondents were influenced by the questionnaire length suggests the importance of this element of survey design.

Another limitation was that our respondents might have had different motivations for staying until the end of the survey, depending on how long they expected the questionnaire to last (10, 20, and 30 minutes). The respondents from the 10-minute group who stayed for more than 30 minutes might have found the questions—especially those toward the end—very interesting and worth staying longer than expected. The respondents from the 30-minute group might have stayed until the end because they agreed to it, even though the questions might not have been too interesting for some of them. Although we couldn't find any systematic differences in the effects of question position between those groups, the issue of different motivations for starting and completing surveys might be worthy of investigation in future studies.

Finally, as one of the reviewers noted, our respondents initiated the participation in the survey themselves, by clicking on the banner describing the survey topic. In most surveys, it is the other way around: respondents are personally invited to participate, and extrinsic motivators such as incentives and social pressure are typically more important than the respondents' intrinsic interest in the survey topic. Therefore, we believe that in most surveys, the effects of questionnaire length would be even larger than those observed in our study.

## References

Beatty, Paul, and Douglas Herrmann. 2002. "To Answer or Not to Answer: Decision Processes Related to Survey Item Nonresponse." In *Survey Nonresponse*, eds. Robert M. Groves, Don A. Dillman, John L. Eltinge, and Roderick J. A. Little. New York: Wiley.

Bogen, Karen. 1996. "The Effect of Questionnaire Length on Response Rates—A Review of the Literature." Proceedings of the Survey Research Methods Section of the American Statistical Association, 1020–5.

Bradburn, Norman M. 1978. "Respondent Burden." Proceedings of the Survey Research Methods Section of the American Statistical Association, 35–40.

Cohen, Jonathan M. 1988. *Statistical Power Analysis for the Behavioral Sciences*. 2nd ed. Hillsdale, NJ: Lawrence Erlbaum.

Cook, Colleen, Fred Heath, and Russel L. Thompson. 2000. "A Meta-Analysis of Response Rates in Web- or Internet-Based Surveys." *Educational and Psychological Measurement* 60:821–36.

Crawford, Scott D., Mick P. Couper, and Mark J. Lamias. 2001. "Web Surveys: Perceptions of Burden." *Social Science Computer Review* 19:146–62.

de Leeuw, Edith D. 1992. *Data Quality in Mail, Telephone, and Face-to-Face Surveys*. Amsterdam: TT-Publicaties.

Deutskens, Elisabeth, Ko de Ruyter, Martin Wetzels, and Paul Oosterveld. 2004. "Response Rate and Response Quality of Internet-Based Surveys: An Experimental Study." *Marketing Letters* 15:21–36.

Dillman, Don A. 1978. *Mail and Telephone Surveys: The Total Design Method*. New York: Wiley.

Galesic, Mirta. 2006. "Dropouts on the Web: Effects of Interest and Burden Experienced during an Online Survey." *Journal of Official Statistics* 22:313–28.

Heberlein, Thomas A., and Robert Baumgartner. 1978. "Factors Affecting Response Rates to Mailed Questionnaires: A Quantitative Analysis of the Published Literature." *American Sociological Review* 43:447–62.

Helgeson, James.G., and Michael L. Ursic. 1994. "The Role of Affective and Cognitive Decision-Making Processes during Questionnaire Completion." *Psychology & Marketing* 11:493–510.

Herzog, A. Regula, and Jerald G. Bachman. 1981. "Effects of Questionnaire Length on Response Quality." *Public Opinion Quarterly* 45:549–59.

Krosnick, Jon. A., Allyson L. Holbrook, Matthew K. Berent, Richard T. Carson, W. Michael Hanemann, Raymond J. Kopp, Robert C. Mitchell, Stanley Presser, Paul A. Ruud, V. Kerry Smith, Wendy R. Moody, Melanie C. Green, and Michael Conaway. 2002. "The Impact of 'No Opinion' Response Options on Data Quality: Non-attitude Reduction or an Invitation to Satisfice?" *Public Opinion Quarterly* 66:371–403.

Marcus, Bernd, Michael Bosnjak, Steffen Lindner, Stanislav Pilischenko, and Astrid Schuetz. 2007. "Compensating for Low Topic Interest and Long Surveys: A Field Experiment on Nonresponse in Web Surveys." *Social Science Computer Review* 25:372–83.

RM Plus. 2003. *WARP-IT Software*. Maribor, Ljubljana: RM Plus.

Sheehan, Kim. 2001. "E-Mail Survey Response Rates: A Review." *Journal of Computer-Mediated Communication* 6, http://jcmc.indiana.edu/vol6/issue2/sheehan.html (May 12, 2009).

Tuten, Tracy L., Mirta Galesic, and Michael Bosnjak. 2004. "Effects of Immediate versus Delayed Notification of Prize Draw Results on Response Behavior in Web Surveys—An Experiment." *Social Science Computer Review* 22:377–84.

Yammarino, Francis J., Steven J. Skinner, and Terry L. Childers. 1991. "Understanding Mail Survey Response Behavior: A Meta-Analysis." *Public Opinion Quarterly* 55:613–39.

Yan, Ting, and Roger Tourangeau. 2008. "Fast Times and Easy Questions: The Effects of Age, Experience, and Question Complexity on Web Survey Response Times." *Applied Cognitive Psychology* 22:51–68.