# EXHIBIT A-21



| For Job Seekers: | Job Search | Post Resume | Create Job Agent | Update Profile | Free Downloads | Contact Us |
| For Employers: | Post Jobs | Search Resumes | | | | |

| Employer Advantages | Employer Pricing | Client Testimonials | 2013 MR Supplier Satisfaction Survey NEW | Job Descriptions and Salaries | Market Research Job Hiring Process | Site Map |

<< Back

## MarketResearchCareers Announces 2013 Thought-Leading MR Suppliers

From: MarketResearchCareers
Date: 5/8/2013

### MarketResearchCareers Announces the Industry's "Thought Leaders" for 2013

*Annual Survey of Market Research Professional reveals the performance of 100 suppliers across five important dimensions*

Austin, Texas on May 8, 2012 -- The eighth **Annual Survey of Market Research Professionals** by MarketResearchCareers reveals the suppliers most perceived by their customers as "**industry thought leaders**" are:

- **BASES** (full service)
- **Forrester** (syndicated)
- **TNS** and **Firefly** (tie) (qualitative)
- **Ipsos** (online sample)
- **Sawtooth** (online survey software)

"We wish to congratulate all of these organizations as the market research industry continues to undergo dramatic changes driven in part by changing technology, research methods, cooperation and participation rates, and areas of focus/study," said Mike Carroll, Director of Sales and Marketing for MarketResearchCareers.

The report benchmarks and ranks the perceptions of **100 market research suppliers** across five critical metrics, including:

- Thought Leadership
- Unique Methodologies
- Quality Deliverables
- Best Employees
- Use of Technology

"It is important to remember that the data was gathered from **each supplier's own customers** — so the measurement and insights are particularly meaningful," said Carroll. "And using the data from 2012, year-over-year changes can be quantified and better understood."

To assist with ranking and interpretation, MarketResearchCareers provides an online interactive tool at http://www.marketresearchcareers.com/survey2013

The survey was conducted between January 22 and February 5, 2013 collecting responses from 501 market research professionals across the entire market research industry.

Click to purchase your copy of the 70 page industry report and it will be **delivered to your inbox via email within 30 minutes**.

### About MarketResearchCareers

MarketResearchCareers is the career website with the most comprehensive database of resumes and jobs focusing exclusively on the Market Research industry.

Visited monthly by nearly half of all market research professionals in the United States and possessing the resumes of more than 40,000 market researchers, MarketResearchCareers is your market research staffing headquarters. See why so many corporate hiring managers, human resource professionals, market research suppliers, and thousands of skilled researchers turn to MarketResearchCareers to fill their market research jobs.

Visit us on the web at http://www.marketresearchcareers.com/ or call us at **1-800-872-5401**.

<< Back

Feedback . Privacy . Common Market Research Titles/Glossary

Copyright © 2004-2013 MarketResearchCareers.com. All Rights Reserved.