# EXHIBIT B-3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>     Defendants. | CASE NO. 12-cv-00630-LHK |

**EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

| | | | |
|---|---|---|---|
| I. | INTRODUCTION | | 1 |
| II. | SUMMARY OF OPINIONS | | 2 |
| III. | BASES FOR OPINIONS | | 3 |
| | A. | Qualifications | 3 |
| | B. | Materials Considered | 5 |
| | C. | Level of Ordinary Skill in the Art | 5 |
| IV. | LEGAL STANDARDS | | 6 |
| | A. | Level of Ordinary Skill in the Art | 6 |
| | B. | Legal Standards for Claim Construction | 6 |
| | C. | Legal Standards for Prior Art | 9 |
| | D. | Legal Standards for Anticipation | 10 |
| | E. | Legal Standards for Obviousness | 11 |
| | F. | Legal Standards for Written Description and Enablement | 14 |
| | G. | Legal Standards for Indefiniteness | 14 |
| | H. | Legal Standards for Inventorship | 14 |
| | I. | Legal Standards for Conception and Reduction to Practice | 15 |
| | J. | Legal Standards for Priority Dates | 15 |
| | K. | Incorporation By Reference | 16 |
| V. | THE '647 PATENT | | 16 |
| | A. | Disclosure of the Claimed Invention | 16 |
| | | 1. Abstract | 16 |
| | | 2. Background of the Invention | 17 |
| | | 3. Summary of the Invention | 19 |
| | | 4. Detailed Description of the Preferred Embodiment | 20 |
| | B. | The Asserted Claims | 29 |

|   |   |   |   |
|---|---|---|---|
| | C. | Summary of the '647 Prosecution History | 30 |
| | | 1.  April 23, 1996 Preliminary Amendment | 30 |
| | | 2.  January 28, 1998 Office Action | 30 |
| | | 3.  April 28, 1998 Response | 30 |
| | | 4.  August 4, 1998 Office Action | 34 |
| | | 5.  September 23, 1998 Amendment | 34 |
| | | 6.  December 15, 1998 Office Action | 34 |
| | | 7.  March 15, 1999 Amendment | 34 |
| | | 8.  March 29, 1999 Notice of Allowability | 38 |
| | D. | Reexamination of the '647 Patent | 38 |
| | | 1.  December 10, 2010 Office Action | 39 |
| | | 2.  February 10, 2010 Response | 39 |
| | | 3.  June 27, 2011 Office Action | 40 |
| | | 4.  August 29, 2011 Response | 40 |
| | | 5.  December 16, 2011 Office Action | 41 |
| | | 6.  February 16, 2012 Response to Final Rejection | 43 |
| | | 7.  June 20, 2013 Board of Patent Appeals and Interferences Decision – Affirmance | 44 |
| | | 8.  Comments on Reexamination | 46 |
| | E. | Priority Date & Critical Date | 47 |
| VI. | THE STATE OF THE ART AS OF 1994 | | 51 |
| | A. | State of the Art in Detecting Structures in Data and Performing Actions on Detected Structures | 52 |
| | B. | Detecting Structures in Data | 58 |
| | C. | A Demonstration of Detecting Structures | 69 |
| | D. | Linking actions | 73 |

| | | |
|---|---|---|
| E. | Patents Describing Structure Detection and Action Linking | 74 |
| F. | Commercial Systems Disclosing Detecting and Linking Functionality | 82 |
| G. | Hyperlinking & Hypertext | 89 |
| H. | User Interfaces for Operating on Detected Structures | 96 |
| I. | Free Software | 99 |
| J. | Detection, Linking, and User Interface Concepts | 107 |
| K. | Architecture | 122 |
| VII. | CLAIM CONSTRUCTION | 124 |
| A. | "an analyzer server" | 125 |
| B. | "linking actions to the detected structures" | 130 |
| C. | "an action processor" | 132 |
| VIII. | TERMS NOT CONSTRUED | 132 |
| A. | "actions"/"structures" | 132 |
| B. | "fast string search function" | 133 |
| IX. | ANTICIPATION OF THE ASSERTED CLAIMS | 134 |
| A. | Sidekick System | 134 |
| | 1. Claim 1 | 137 |
| | 2. Claim 4 | 173 |
| | 3. Claim 6 | 176 |
| | 4. Claim 8 | 177 |
| | 5. Claim 9 | 180 |
| B. | *Sidekick Version 1.5 Owner's Handbook*, Borland International, Inc, Scotia Valley, CA, March 1985 ("Sidekick Handbook") | 180 |
| | 1. Claim 1 | 181 |
| | 2. Claim 4 | 193 |
| | 3. Claim 6 | 195 |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

|   |   |   |   |
|---|---|---|---|
| | | 4. Claim 8 | 196 |
| | | 5. Claim 9 | 197 |
| | C. | MHonArc System/Mosaic System | 197 |
| | | 1. Claim 1 | 210 |
| | | 2. Claim 4 | 243 |
| | | 3. Claim 6 | 245 |
| | | 4. Claim 8 | 247 |
| | | 5. Claim 9 | 250 |
| | D. | Perspective System | 253 |
| | | 1. Claim 1 | 255 |
| | | 2. Claim 4 | 324 |
| | | 3. Claim 6 | 325 |
| | | 4. Claim 8 | 328 |
| | | 5. Claim 9 | 329 |
| | E. | Embedded Buttons System | 330 |
| | | 1. Claim 1 | 346 |
| | | 2. Claim 4 | 400 |
| | | 3. Claim 6 | 404 |
| | | 4. Claim 8 | 405 |
| | | 5. Claim 9 | 414 |
| X. | | OBVIOUSNESS OF THE ASSERTED CLAIMS | 425 |
| | A. | The First *Graham* Factor: The Scope and Content of the Prior Art | 427 |
| | | 1. Detecting Structures in Data | 430 |
| | | 2. Linking Actions | 439 |
| | | 3. Patents Describing Structure Detection and Action Linking | 440 |

|   |   |   |   |
|---|---|---|---|
| | 4. | Commercial Systems Disclosing Detecting and Linking Functionality | 448 |
| | 5. | Hyperlinking & Hypertext | 452 |
| | 6. | User Interfaces for Operating on Detected Structures | 459 |
| | 7. | Free Software | 462 |
| | 8. | Detection, Linking, and User Interface Concepts | 464 |
| | 9. | Architecture | 465 |
| | 10. | Knowledge of a Person of Ordinary Skill in the Art | 467 |
| | 11. | Because the Combinations of the Asserted Claim Limitations are Obvious and Do Not Yield Unpredictable Results, the References Discussed Above Render the Asserted Claim Obvious in Combination with the Knowledge of a Person of Ordinary Skill in the Art | 469 |
| | 12. | The '647 Patent Is An Obvious Combination Of Prior Art Elements | 470 |
| | 13. | The Combination of Elements in the '647 Patent is Predictable | 470 |
| | 14. | The Combination of Elements in the '647 Patent Does Not Yield Any Unpredictable or Unexpected Results | 471 |
| | 15. | A Person of Ordinary Skill in the Art Would Have Been Motivated to Pursue the Claimed Combinations, Including Through Trends and Market Forces | 472 |
| B. | | The Second *Graham* Factor:  Comparison and Differences Between the Prior Art and the Asserted Claims—Limitation-by-Limitation Analysis of The Asserted Claims of the '647 Patent, Including Differences, if Any | 473 |
| | 1. | The Sidekick System Renders The Asserted Claims of the '647 Patent Invalid as Obvious | 474 |
| | 2. | *Sidekick Handbook* Renders The Asserted Claims of the '647 Patent Invalid as Obvious | 488 |
| | 3. | Embedded Buttons Renders The Asserted Claims of the '647 Patent Invalid as Obvious | 495 |
| | 4. | MHonArc/Mosaic Renders The Asserted Claims of the '647 Patent Invalid as Obvious | 506 |
| | 5. | Perspective Renders The Asserted Claims of the '647 Patent Invalid as Obvious | 516 |

6. The Sidekick System in Combination with Dick Grune & Ceriel Jacobs, *Parsing Techniques – a Practical Guide*, Ellis Horwood (1st Ed. 1990), Chichester, England, 1990 ("Grune"); *Automatic Structuring and Retrieval of Large Text Files*, Gerard Salton, James Allan, and Chris Buckley, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994 ("Salton"); and Apple Human Interface Guidelines, 1992. ("HIG") Renders The Asserted Claims of the '647 Patent Invalid as Obvious ... 524

7. *Sidekick Handbook* in Combination Grune, Salton, and HIG Renders The Asserted Claims of the '647 Patent Invalid as Obvious ... 531

8. U.S. Patent 5,437,036 to Stamps et al. in combination with "Embedded Menus: Selecting Items in Context," Vol 29, No. 4., Communications of the Association for Computing Machinery, 312, April 1986 ("Koved"). ... 536

C. The Third *Graham* Factor: Level of Ordinary Skill in the Relevant Art ............ 561

D. The Fourth *Graham* Factor: Secondary Considerations Support A Finding Of Obviousness (Fourth Graham Factor) ................................................................. 562

1. No Commercial Success of the Claimed Subject Matter ... 562

2. No Praise and Acclaim for the Claimed Subject Matter ... 563

3. No Skepticism Concerning the Claimed Subject Matter ... 563

4. No Copying ... 564

5. Numerous Non-Infringing Alternatives Were and Are Readily Available ... 566

6. No Long Felt Need for the Claimed Subject Matter ... 566

7. Simultaneous Invention ... 567

XI. CLAIM 6 IS INDEFINITE UNDER 35 U.S.C. § 112 .................................................... 569

XII. MISCELLANEOUS COMMENTS ............................................................................. 570

**3)** Finally load *SideKick* as the **last** resident program.

SAMNDCA630-00963758. A resident program is stored in memory while other programs are running, and is thus shared by and between applications, and is composed of code that does the same. *See, e.g., id.* Accordingly, Sidekick discloses the "analzyer server" limitation of claim 1 of the '647 patent under Apple's interpretation of that term, and anticipates claim 1. *See, e.g., id.* Screenhshots also confirm that Sidekick is a resident program that can be invoked from a command line:

```
SideKick              Version 1.56A
                      IBM-PC/XT/AT/PCjr
AST Research Version 1.56A
Copyright (C) 1984,85 BORLAND Inc.


Full System

653312 bytes total memory
587840 bytes were free
523600 bytes free

C:\SK>_
```

        (iii)    <u>Judge Posner's construction of "linking actions to the detected structures"</u>

326. Under Judge Posner's construction, where "linking actions to the detected structures" means "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure", the Sidekick system renders claim 1 of the '647 patent obvious, for the reasons set forth below in Section X.B.1.

        (iv)    <u>Apple's overly broad interpretation of "linking actions to the detected structures"</u>

327. I understand that Apple proposed that "linking actions to the detected structures" meant "associating detected structures to computer subroutines that cause the CPU to perform a

> **1)** Load any non-Borland resident programs **first** (print spoolers, RAM-disks, or what have you).
>
> **2)** If you have SuperKey, load it **after** any non-Borland resident programs.
>
> **3)** Finally load *SideKick* as the **last** resident program.

SAMNDCA630-00963758. A resident program is stored in memory while other programs are running, and is thus shared by and between applications, and is composed of code that does the same. *See, e.g., id.* Accordingly, Sidekick discloses the "analzyer server" limitation of claim 1 of the '647 patent under Apple's interpretation of that term, and anticipates claim 1. *See, e.g., id.*

### (iii) Judge Posner's construction of "linking actions to the detected structures"

364. Under Judge Posner's construction, where "linking actions to the detected structures" means "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure", the Sidekick Handbook renders claim 1 of the '647 patent obvious as discussed further in Section X.B.2 below.

### (iv) Apple's overly broad interpretation of "linking actions to the detected structures"

365. I understand that Apple proposed that "linking actions to the detected structures" meant "associating detected structures to computer subroutines that cause the CPU to perform a sequence of operations on the particular structures to which they are associated." As discussed above, I understand that Apple now asserts that Judge Posner's construction, "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure", is not limited to the user of conventional pointers or other forms of specified connections. In my opinion, Apple's interpretation of Judge Posner's construction and Apple's proposed construction that Judge Posner declined to adopt are coextensive. My opinions regarding the anticipation by the Sidekick

_____         _____August 12, 2013_____
                Kevin Jeffay                                            Date

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647