# EXHIBIT D-4

```
                                                              292
 1              UNITED STATES DISTRICT COURT
 2     NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3    - - - - - - - - - - - - - - - - -X
 4    APPLE INC., a California          :
 5    Corporation,                      :
 6              Plaintiff,              :
 7    v.                                :
 8    SAMSUNG ELECTRONICS CO., LTD., a  :
 9    Korean corporation; SAMSUNG       : Civil Action No.
10    ELECTRONICS AMERICA, INC., a New  : 12-cv-00630-LHK(PSG)
11    York corporation; and SAMSUNG     :
12    TELECOMMUNICATIONS AMERICA, LLC,  :
13    A Delaware limited liability      :
14    Company,                          :
15              Defendants.             :
16    - - - - - - - - - - - - - - - - -X
17    (Caption continued on next page)
18                     VOLUME 2
19       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
20     VIDEOTAPED DEPOSITION OF DANIEL SCHONFELD, Ph.D.
21                  WASHINGTON, D.C.
22         Friday, October 4, 2013  -  8:30 a.m.
23    Job No.:  44750
24    Pages:  292 - 460
25    Reported By:  Lori J. Goodin, RPR, CLR, CRR
```

293

(Caption continued from previous page)
- - - - - - - - - - - - - - - -X
SAMSUNG ELECTRONICS CO., LTD., a       :
Korean corporation; SAMSUNG            :
ELECTRONICS AMERICA, INC., a New       :
York corporation; and SAMSUNG          :
TELECOMMUNICATIONS AMERICA, LLC,       :
A Delaware limited liability           :
Company,                               :
    Counterclaim-Plaintiffs,    :
V.                                     :
APPLE INC., a California               :
Corporation,                           :
    Counterclaim-Defendant.     :
- - - - - - - - - - - - - - - -X

    Videotaped Deposition of DANIEL SCHONFELD, Ph.D.,

held at the offices of:

        QUINN, EMANUEL, URQUHART & SULLIVAN

        1299 Pennsylvania Avenue, Suite 825

        Washington, D.C.  20004

        (202) 538-8000

    Pursuant to notice, before Lori J. Goodin, RPR, CLR,

CRR, and Notary Public in and for the District of Columbia,

who officiated in administering the oath to the witness.

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DANIEL SCHONFELD, Ph.D., VOLUME 2
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

339

| | | |
|---|---|---|
| 1 | alluding to is just the mechanism by which the | 09:31:20 |
| 2 | data comes from the public space into a portion | 09:31:23 |
| 3 | of the storage server, in order to allow the user | 09:31:25 |
| 4 | to actually access it. | 09:31:28 |
| 5 | And, I think that the invention | 09:31:30 |
| 6 | makes clear that any kind of synchronization that | 09:31:33 |
| 7 | is done is not done between the user's devices, | 09:31:38 |
| 8 | but only to allow data to come into the personal | 09:31:40 |
| 9 | information space. | 09:31:44 |
| 10 | And, this is the best I can do, | 09:31:45 |
| 11 | given the fact that I'm not allowed to look in my | 09:31:48 |
| 12 | report at the moment. | 09:31:51 |
| 13 | Q.   And you don't want to answer my | 09:31:52 |
| 14 | question about Column 8, Lines 50 through 55, | 09:31:55 |
| 15 | right? | 09:31:57 |
| 16 | MR. MILOWIC:  Objection, | 09:31:57 |
| 17 | argumentative, mischaracterizes the | 09:31:58 |
| 18 | testimony, harassing. | 09:32:00 |
| 19 | THE WITNESS:  I believe I answered | 09:32:01 |
| 20 | it to the best of my ability given my | 09:32:03 |
| 21 | understanding of the Onyon patent, as a | 09:32:04 |
| 22 | whole. | 09:32:07 |
| 23 | BY MR. SELWYN: | 09:32:07 |
| 24 | Q.   Have you ever installed a card into | 09:32:07 |
| 25 | an expansion slot on a computer? | 09:32:09 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA    888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

340

1    A.   In the context of the '757 patent?    09:32:15
2    Q.   No, in your life?    09:32:17
3    A.   In my life, in general?    09:32:19
4    Q.   Yes.    09:32:21
5    A.   Yes, I have.    09:32:21
6    Q.   How many times?    09:32:22
7    A.   I don't know the exact number.    09:32:25
8    Q.   More than ten?    09:32:26
9         MR. MILOWIC:  Objection, asked and    09:32:31
10   answered.    09:32:32
11        THE WITNESS:  Into a computer?    09:32:33
12   BY MR. SELWYN:    09:32:34
13   Q.   Yes.    09:32:34
14   A.   Myself, personally, probably not.    09:32:40
15   Q.   What kinds of cards have you    09:32:43
16   installed into expansion slots on a computer?    09:32:44
17   A.   I have installed cartridges.  I'm    09:33:08
18   not sure if that is what you are referring to    09:33:15
19   relating to hard disks.  I have installed frame    09:33:17
20   grabbers, graphics cards, things of that sort.    09:33:19
21   Q.   Tell me how you installed those    09:33:27
22   cards into expansion slots.    09:33:30
23        MR. MILOWIC:  Objection, compound,    09:33:31
24   vague.    09:33:34
25        THE WITNESS:  So, I am not sure    09:33:34

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DANIEL SCHONFELD, Ph.D., VOLUME 2
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

341

| | | |
|---|---|---|
| 1 | exactly what you are referring to, but you | 09:33:38 |
| 2 | know, you follow the manufacturer's | 09:33:41 |
| 3 | directions. | 09:33:45 |
| 4 | BY MR. SELWYN: | 09:33:45 |
| 5 | Q.   Just explain to me the process by | 09:33:46 |
| 6 | which you installed cards into an expansion slot. | 09:33:47 |
| 7 | How would you explain to the jury how you did | 09:33:50 |
| 8 | that? | 09:33:52 |
| 9 | MR. MILOWIC:  Objection, vague. | 09:33:52 |
| 10 | THE WITNESS:  It varies from case to | 09:33:53 |
| 11 | case, and each particular implementation of a | 09:33:58 |
| 12 | card would be different. | 09:34:01 |
| 13 | BY MR. SELWYN: | 09:34:03 |
| 14 | Q.   How about the graphics card you | 09:34:04 |
| 15 | mentioned.  How did you install that? | 09:34:05 |
| 16 | A.   I don't remember.  It has been a | 09:34:08 |
| 17 | while ago.  But I believe it was a slide-in card | 09:34:10 |
| 18 | with clips, and something along these lines. | 09:34:14 |
| 19 | Q.   Okay.  And how did you put it into | 09:34:18 |
| 20 | the computer? | 09:34:19 |
| 21 | A.   Well, again, I don't remember the | 09:34:22 |
| 22 | specific details of it, but, my recollection is | 09:34:27 |
| 23 | something along the lines of having to open the | 09:34:32 |
| 24 | computer, opening certain slots, putting it in, | 09:34:37 |
| 25 | closing it.  And that is how it physically was | 09:34:49 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DANIEL SCHONFELD, Ph.D., VOLUME 2
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

342

| | | |
|---|---|---|
| 1 | put in the computer. | 09:34:53 |
| 2 | Q. Have you ever removed a card from an | 09:34:53 |
| 3 | expansion slot in a computer? | 09:34:56 |
| 4 | A. I believe, I believe so. | 09:34:58 |
| 5 | Q. Have you ever removed a graphics | 09:35:00 |
| 6 | card from an expansion slot in a computer? | 09:35:03 |
| 7 | A. I don't remember with certainty, but | 09:35:10 |
| 8 | I believe so. | 09:35:14 |
| 9 | Q. How did you install the frame | 09:35:15 |
| 10 | grabber into the expansion slot into the | 09:35:17 |
| 11 | computer? | 09:35:19 |
| 12 | MR. MILOWIC: Objection, assumes | 09:35:25 |
| 13 | facts. | 09:35:26 |
| 14 | THE WITNESS: I believe it was a | 09:35:30 |
| 15 | similar process, but I don't recall the | 09:35:31 |
| 16 | details of it. It has been a while. | 09:35:33 |
| 17 | BY MR. SELWYN: | 09:35:34 |
| 18 | Q. Have you ever used a video capture | 09:35:35 |
| 19 | card? | 09:35:37 |
| 20 | A. In what context are you referring to | 09:35:46 |
| 21 | the video capture card? | 09:35:49 |
| 22 | Q. In your life, have you ever used a | 09:35:50 |
| 23 | video capture card? | 09:35:52 |
| 24 | A. I believe so. | 09:35:56 |
| 25 | Q. How many times? | 09:35:57 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DANIEL SCHONFELD, Ph.D., VOLUME 2
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

343

| | | |
|---|---|---|
| 1 | A. I don't know. | 09:35:58 |
| 2 | Q. What brand was it? | 09:35:59 |
| 3 | A. I don't know. | 09:36:00 |
| 4 | Q. When was the first time you used a | 09:36:01 |
| 5 | video capture card? | 09:36:03 |
| 6 | A. I would be speculating, but I | 09:36:04 |
| 7 | believe it was probably maybe early '90's. | 09:36:15 |
| 8 | Q. Tell me everything that you can | 09:36:24 |
| 9 | recall about your use of video capture cards. | 09:36:26 |
| 10 | MR. MILOWIC: Objection, vague. | 09:36:29 |
| 11 | Compound. | 09:36:31 |
| 12 | THE WITNESS: Very little. | 09:36:34 |
| 13 | BY MR. SELWYN: | 09:36:36 |
| 14 | Q. Indulge me. | 09:36:36 |
| 15 | MR. MILOWIC: Objection, vague. | 09:36:39 |
| 16 | THE WITNESS: I really don't | 09:36:40 |
| 17 | remember the specifics. Most of my work was | 09:36:42 |
| 18 | focused on the work done after. | 09:36:45 |
| 19 | BY MR. SELWYN: | 09:36:49 |
| 20 | Q. Did you ever install that video | 09:36:49 |
| 21 | capture card into a computer? | 09:36:51 |
| 22 | A. I believe so. | 09:36:54 |
| 23 | Q. How did you do that? | 09:37:00 |
| 24 | A. I think we just went over the kind | 09:37:01 |
| 25 | of process. | 09:37:04 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DANIEL SCHONFELD, Ph.D., VOLUME 2
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

344

| | | |
|---|---|---|
| 1 | Q.  Describe for me physically how you | 09:37:05 |
| 2 | installed the video capture card into the | 09:37:07 |
| 3 | computer? | 09:37:10 |
| 4 | MR. MILOWIC:  Object. | 09:37:11 |
| 5 | THE WITNESS:  I think I just did. | 09:37:11 |
| 6 | MR. MILOWIC:  Sorry, objection, | 09:37:13 |
| 7 | asked and answered. | 09:37:14 |
| 8 | BY MR. SELWYN: | 09:37:14 |
| 9 | Q.  I don't think I asked you before | 09:37:14 |
| 10 | about a video capture card. | 09:37:15 |
| 11 | A.  I don't remember for which | 09:37:17 |
| 12 | particular card.  I thought it was generic, and I | 09:37:19 |
| 13 | thought I answered it to the best of my ability. | 09:37:21 |
| 14 | Q.  How about audio capture cards, have | 09:37:24 |
| 15 | you ever used those? | 09:37:26 |
| 16 | A.  I don't recall whether the cards had | 09:37:28 |
| 17 | audio functionalities on them or not, I don't | 09:37:41 |
| 18 | remember. | 09:37:43 |
| 19 | Q.  Are video capture cards sold today? | 09:37:46 |
| 20 | A.  Are you talking in the context of | 09:37:56 |
| 21 | the patent or just in general? | 09:38:02 |
| 22 | Q.  No, in general. | 09:38:03 |
| 23 | A.  I would be surprised if the answer | 09:38:05 |
| 24 | is no.  I believe so.  I believe the answer is | 09:38:16 |
| 25 | yes. | 09:38:20 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA