JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:   650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

***Attorneys for Non-Parties and Plaintiff/Counterclaim-Defendant Apple Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO.: 12-cv-00630-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE UPON HTC CORPORATION** |

1    I, Jennifer J. Rho, hereby certify that on this 2nd day of November, 2013, I did cause redacted

2  documents to be served in the following manner:

3  • Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain Apple Experts;

4  • Exhibit A-09 to the Declaration of Casey McCracken in Support of Apple's Opposition to
      Samsung's Motion to Exclude Opinions of Certain Apple Experts

5

6  On the interested parties in this action addressed as follows:

7                          **ATTORNEYS FOR HTC CORPORATION**

8  Scott R. Mosko
   scott.mosko@finnegan.com
9  Robert McCauley
   robert.mccauley@finnegan.com
10 Finnegan, Henderson, Farabow,
   Garrett, Dunner, LLP
11 3300 Hillview Avenue
   Palo Alto, CA 94304

12

13  **X**   **BY ELECTRONIC MAIL TRANSMISSION** from jrho@gibsondunn.com, by transmitting
         PDF copies of such documents to each such person identified above, at the e-mail address
         listed in their addresses.  The documents were transmitted by electronic transmission and such
14       transmission was reported as complete and without error.

15       I declare that I am employed in the office of a member of the bar of this Court at whose direction the
         service was made.

16       Executed on November 2, 2013 in Los Angeles, CA.

17

18  Dated:    November 2, 2013                        *Jennifer J. Rho*

                                                      Jennifer J. Rho
19                                                    Gibson, Dunn & Crutcher
                                                      333 South Grand Avenue
20                                                    Los Angeles, CA 90071
                                                      213-229-7103

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

CASE NO. 12-CV-00630-LHK (PSG)
CERTIFICATE OF SERVICE UPON HTC