| | |
|---|---|
| JOSH KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Non-Parties and Plaintiff/Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC., a California corporation,

      Plaintiff,

    v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

      Defendants.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

      Counterclaim-Plaintiffs,

    v.

APPLE INC., a California corporation,

      Counterclaim-Defendant.

CASE NO.: 12-cv-00630-LHK (PSG)

**CERTIFICATE OF SERVICE UPON MICROSOFT CORPORATION**

I, Jennifer J. Rho, hereby certify that on this 2nd day of November, 2013, I did cause the documents to be served in the following manner:

- Redacted Apple's Opposition to Samsung's Motion for Summary Judgment;
- Exhibits B-02, B-03, B-04 and B-06 to the Declaration of Joshua Furman in Support of Apple's Opposition to Samsung's Motion for Summary Judgment

On the interested parties in this action addressed as follows:

### ATTORNEYS FOR MICROSOFT CORPORATION

Gary H. Levin
levin@woodcock.com
2929 Arch Street
Philadelphia, PA 19104
215-568-3439

**X**  **BY ELECTRONIC MAIL TRANSMISSION** from jrho@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 2, 2013 in Los Angeles, CA.

Dated:   November 2, 2013

*Jennifer J. Rho*
Jennifer J. Rho
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7103

CASE NO. 12-CV-00630-LHK (PSG)
CERTIFICATE OF SERVICE FOR MICROSOFT

Gibson, Dunn & Crutcher LLP