1   JOSH A. KREVITT (CA SBN 208552)
    jkrevitt@gibsondunn.com
2   H. MARK LYON (CA SBN 162061)
    mlyon@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    1881 Page Mill Road
4   Palo Alto, California  94304-1211
    Telephone:  (650) 849-5300
5   Facsimile:  (650) 849-5333

6   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
7   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
8   MORRISON & FOERSTER LLP
    425 Market Street
9   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
10  Facsimile:  (415) 268-7522

    WILLIAM F. LEE (*pro hac vice*)
    william.lee@wilmerhale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts  02109
    Telephone:  (617) 526-6000
    Facsimile:  (617) 526-5000

    MARK D. SELWYN (CA SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, California  94304
    Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6100

11  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

12

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

|  |  |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 12-cv-00630-LHK<br><br>**CERTIFICATE OF SERVICE UPON ERICSSON INC.** |

ActiveUS 117564646v.1

I, Liv Herriot, declare as follows:

I am employed in Santa Clara County, California.  I am over the age of eighteen years and not a party of the within-entitled action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On November 2, 2013, I served the following document(s):

1.  **REDACTED EXHIBIT D-1 TO THE DECLARATION OF JOSHUA FURMAN IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT**

BY ELECTRONIC SERVICE:  I caused the document to be sent by E-Mail to the Counsel for Ericsson Inc.:

Steven Callahan
scallahan@ccrglaw.com
Charhon Callahan Robson & Garza
3333 Lee Parkway, Suite 460
Dallas, TX 95219

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 2, 2013, at Palo Alto, California.

Liv Herriot

CERTIFICATE OF SERVICE
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 117564646v.1