IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, <br><br> Defendant. | Case No. 12-CV-00630-LHK (PSG) <br><br> **DECLARATION OF THIRD-PARTY MICROSOFT IN SUPPORT OF ADMINISTRATIVE MOTIONS TO SEAL CERTAIN SUBMISSIONS CONTAINING HIGHLY CONFIDENTIAL MICROSOFT INFORMATION** |

I, William J. Harmon, declare and state as follows:

1. I am an attorney at Microsoft Corporation. Pursuant to Local Rule 79-5, I submit this Declaration in support of administrative motions by the parties to this action to maintain under seal certain highly confidential Microsoft information that was produced by Microsoft pursuant to subpoenas issued in this action and that the parties have now included in certain submissions to the court. More particularly, this declaration is submitted to confirm that confidential and sealable information relating to Microsoft's Windows Mobile operating systems and the ActiveSync feature of those systems, including source code, is disclosed in Samsung's Opposition to Apple's Motion for Partial Summary Judgment ("Samsung's Opposition") and in Apple's Opposition to Samsung's Motion for Summary Judgment ("Apple's Opposition"), both of which were filed on November 1, 2013.

2. In Samsung's filing, the confidential information is disclosed in Exhibit 4 to the Fazio Declaration in support of Samsung's Opposition. In Apple's filing, the confidential information is disclosed in Exhibits B-02, B-03, B-04 and B-06 to the Declaration of Joshua

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Furman in Support of Apple's Opposition, and in the pages of the Apple Opposition in which these exhibits are discussed.

3. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could competently testify to them on behalf of Microsoft under oath. The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the afore-mentioned exhibits.

4. As part of my role at Microsoft, I am familiar with Microsoft's development of source code for its Windows Mobile operating systems and related information, such as specifications and protocols for synchronization applications for the Windows Mobile systems. Although Microsoft does choose to make certain information, such as emulators, derived from its source code available, Microsoft generally maintains the source code and other related information, such as source code paths and underlying designs, specifications, and protocols for related software, such as the synchronization applications, in confidence. I am also familiar with the procedures Microsoft employs to maintain in confidence for sales and licensing of its software.

5. Access to source code and related confidential information is limited within Microsoft to a select group of individuals involved in software development, management, and security. Source code and related information and software is archived under secure conditions with limited access. I understand the Microsoft information relating to Windows Mobile operating systems produced in response to subpoenas issued by the parties in this action was obtained from such secure sites within Microsoft.

6. Source code for Windows Mobile operating systems is maintained under high security because it controls how certain Microsoft devices and software operates. This security applies even with respect to products that are no longer supported by Microsoft because aspects

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

of such a product's software and underlying code are often the foundation for later generation products.

7. In this case, confidential information directly related to Microsoft's Windows Mobile operating systems and in particular the ActiveSync feature of those systems is disclosed in Samsung's Opposition (Dkt. 854-4) as well as in Exhibit 4 to the Fazio Declaration (Dkt. 854-5) in support of Samsung's Opposition. These submissions contain characterizations of Microsoft source code for Microsoft's Windows Mobile 5.0 operating system and the ActiveSync feature of that system; this code was produced by Microsoft in response to subpoenas in this action and designated as "Highly Confidential – Outside Attorneys' Eyes Only – Source Code" under the Protective Order entered in this case.

8. This same category of highly confidential information is disclosed in Apple's Opposition (Dkt. 853-4) as well as in Exhibits B-02, B-03, B-04, and B-06 to the Furman Declaration (Dkt. 853-5) in support of Apple's Opposition. In particular:

- Furman Exhibit B-02 is an invalidity claim chart for U.S. Patent 7,761,414, which refers to and exhibits information derived from Microsoft's source code for its Windows Mobile operating systems with Windows Exchange ActiveSync;
- Furman Exhibit B-03 is the rebuttal report of Apple's expert Alex Snoeren, concerning U.S. Patent 7,761,414, which refers to and exhibits information derived from Microsoft's source code for its Windows Mobile operating systems;
- Furman Exhibit B-04 contains excerpts of the deposition transcript of Gary Hall, a former Microsoft software designer, containing information relating to the design and operation of Microsoft's Windows Mobile operating systems and related ActiveSync protocols; and
- Furman Exhibit B-06 contains excerpts of the deposition of Samsung's expert Jeff Chase, which refers to confidential information relating to the ActiveSync feature of Microsoft's Windows Mobile operating systems.

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

1  Portions of Apple's Opposition refer to these exhibits and other confidential aspects of
2  Microsoft's Windows Mobile systems.
3         9.      Public exposure of the information referenced in paragraphs 7 and 8 above would
4  cause significant competitive harm to Microsoft. It is significant that Microsoft is a third party to
5  this litigation and did not choose to put its information into issue. Sealing of the information is
6  therefore especially appropriate.
7         I declare under penalty of perjury under the laws of the United States that the foregoing
8  is true and correct to the best of my knowledge and belief.

Dated:  November 5, 2013            By: /s/ William J. Harmon
                                         William J. Harmon

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100