1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304-1203
   Telephone:  (650) 849-6600
5  Facsimile:   (650) 849-6666

6  Attorneys for Third Parties
   HTC America Inc., HTC Corporation

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

| | |
|---|---|
| 12  APPLE INC., a California Corporation, | CASE NO. 12-cv-00630-LHK(PSG) |
| 13                  Plaintiff, | **THIRD PARTIES HTC AMERICA,** |
|         v. | **INC., AND HTC CORPORATION'S** |
| 14 | **RESPONSE TO APPLE'S MOTION TO** |
|    SAMSUNG ELECTRONICS CO., LTD., a | **SEAL (Docket No. 857)** |
| 15  Korean Corporation; SAMSUNG | |
|    ELECTRONICS AMERICA, INC., a New York | |
| 16  Corporation; SAMSUNG | |
|    TELECOMMUNICATIONS AMERICA, LLC, a | |
| 17  Delaware Limited Liability Company, | |
| 18                  Defendants. | |

19
20
21
22
23
24
25
26
27
28

1    Third parties HTC America, Inc. and HTC Corporation (collectively "HTC") submit this
2    response to Apple's Motion to seal.  (Docket No. 857)
3    Apple's Motion refers to "Apple's Opposition to Samsung's Motion to Exclude Testimony"
4    ("Apple Opposition"), and Exhibit A-9 to the McCracken Declaration in support Apple's Opposition
5    to Samsung's Motion to Exclude Testimony.  Exhibit A-9 is the Opening Expert Report of
6    Christopher A. Vellturo, PH.D ("Vellturo Report").  The Apple Opposition and the Vellturo Report
7    refer to a confidential Agreement between HTC and Apple that was the subject of a motion to file
8    under seal in the companion 2012 case between Apple and Samsung, Action No. 11-cv-01846-LHK
9    ("The First Apple/Samsung case").  In the context of that 2012 Motion to File under seal, HTC
10   specially appeared because the Agreement that was the subject of that motion contained confidential
11   HTC information.  As a result of HTC's pleadings and supporting declaration, this Court ordered
12   that the Agreement be redacted before it was publicly filed.  (Docket No. 2192 in The First
13   Apple/Samsung case)
14   HTC respectfully submits that portions of the Apple Opposition and the Vellturo Report
15   should be redacted because they contain confidential information found in the redacted HTC/Apple
16   Agreement.

17   **I.   BACKGROUND**

18   After the trial in The First Apple/Samsung Case, Apple and HTC entered into an Agreement,
19   some of the terms of which are the subject of Apple's current Motion to Seal.  During post-trial
20   proceedings in that first case, Samsung lodged this Agreement with the Court and, concurrently with
21   that lodging, filed a motion to file it under seal.  In response to this 2012 Motion to File Under Seal,
22   HTC filed a response (Docket No. 2186 in the First Apple/Samsung Case--attached as Exhibit 1 to
23   the accompanying Mosko declaration) and the Lam Declaration (Docket No. 2186-1 in the First
24   Apple/Samsung Case--attached as Exhibit 2 to the accompanying Mosko declaration) that supported
25   its position that this Agreement contained confidential information.   HTC specifically identified
26   those portions of the Agreement that contained confidential information, the basis for the
27   confidentiality and moved that this Court authorize only a redacted version to be publicly filed.  This
28   Court agreed with HTC's proposed redactions, and ordered that only the redacted version be made

public.  (Docket No. 2192 in the First Apple/Samsung Case)  A copy of this Order is attached to the accompanying Mosko declaration as Exhibit 3 for the Court's convenience.  The public version of this Agreement was thereafter filed.  (Docket No. 2182-5 in the First Apple/Samsung Case)

## II. APPLE'S CURRENT REQUEST AND APPLE'S RESPONSE

Apple's Motion (Docket No. 857) seeks an order to file portions of the Apple Opposition and portions of the Vellturo Report under seal.  Apple has lodged redacted versions of the Apple Opposition and the Vellturo Report representing those portions Apple believes had HTC confidential information in them.

Apple provided copies of the Apple Opposition and the Vellturo Report to HTC that included highlighted portions representing proposed redactions in these documents so that HTC could determine what portions were proposed to be redacted, and whether additional portions contained HTC confidential information.  (Mosko Decl. ¶5).  Through this pleading, HTC expresses its agreement with Apple regarding the proposed redactions from any public versions of the Apple Opposition and the Vellturo Report.

## III. ALL REFERENCES TO TERMS IN THE PREVIOUSLY-REDACTED HTC/APPLE AGREEMENT MUST REMAIN CONFIDENTIAL AND THEREFORE MUST BE REDACTED FROM ANY PUBLIC FILING

HTC supports Apple's proposed redactions to the Apple Opposition and the Vellturo Report because they encompass terms in the HTC/Apple agreement that this Court previously sealed.  Specifically, HTC seeks to exclude from the public versions all references to the scope of the license, the products to which the license applies, and the royalty term.  This Court has previously excluded such terms from the public.  *See* Mosko Decl., Ex. 3; *Apple Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.); citing *In re Electronic Arts,* 298 Fed.

///

///

///

///

///

App'x 568, 569 (9th Cir. 2008).  Disclosure of this information will place HTC at a competitive disadvantage, as stated in the Lam Declaration, attached as Exhibit 2 to the accompanying Mosko declaration.

Dated:  November 5, 2013

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP


By:          */s/ Scott R. Mosko*
                Scott R. Mosko

Attorneys for Third Parties
HTC America Inc., and HTC Corporation