Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>          Plaintiff,<br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>          Defendants. | CASE NO. 12-cv-00630-LHK(PSG)<br><br>**DECLARATION OF SCOTT R. MOSKO ON BEHALF OF THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO APPLE'S MOTION TO SEAL (DOCKET NO. 857)** |

I, Scott R. Mosko hereby declare as follows:

1. I am a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for third parties HTC America, Inc. and HTC Corporation (collectively "HTC"). I am duly licensed to practice law in all state courts of California and am licensed to practice before this district.  I submit this declaration in support of HTC's Response to Apple's Motion to Seal (Docket No. 857).

2. Attached as Exhibit 1 is a true and correct copy of "Third Parties HTC America, Inc. HTC Corporation and S3G Graphics Co., Ltd's Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186.

3. Attached as Exhibit 2 is a true and correct copy of the "Declaration of Vincent Lam on Behalf of Third Party HTC in Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186-1.

4. Attached as Exhibit 3 is a true and correct copy of the "Order Granting Motion to Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2192.

5. Recently Apple provided me with copies of Apple's Opposition to Samsung's Motion to Exclude Testimony ("Apple's Opposition") and Exhibit A-9 to the McCracken Declaration in Support of this Opposition.  Exhibit A-9 is a redacted version of the Opening Expert Report of Christopher A. Vellturo, PH.D. ("The Vellturo Report").  The version of the Apple Opposition that I received contained highlighted portions, particularly page 16, lines 20 - 25, which I understood represented Apple's beliefs that these lines included confidential information from the HTC/Apple Agreement.  The version of the Vellturo Report that I received contained highlighted portions, particularly ¶438, second sentence; ¶439, including footnotes 705-711; ¶440, all except the last sentence; ¶441--the last phrase from this paragraph, and ¶442--the first sentence of this paragraph.  It is my understanding from the current motion to file under seal, that these highlighted portions in the Apple Opposition and the Vellturo Report represent the redactions Apple proposes, based on

1  Apple's conclusion that these highlights contain confidential information from an HTC/Apple
2  Agreement that this Court addressed as referred to in the immediately preceding paragraph.
3       I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct.
5       Executed this 5th day of November, 2013, at Palo Alto, California.

          */s/ Scott R. Mosko*