Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>                         Plaintiff,<br><br>         v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>                         Defendants. | CASE NO. 12-cv-00630-LHK(PSG)<br><br>**THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO SAMSUNG'S MOTION TO SEAL (Docket No. 856)** |

1    Third parties HTC America, Inc. and HTC Corporation (collectively "HTC") submit this

2    response to Samsung's Motion to Seal.  (Docket No. 856)

3    Samsung's  Motion refers to "Samsung's Opposition to Apple's Motion to Exclude

4    Testimony" ("Samsung Opposition"), Chevalier's Deposition testimony and Exhibit 97 to the

5    Chevalier Deposition.  The Samsung Opposition, portions of the Chevalier Deposition and portions

6    of Exhibit 97 to the Chevalier Deposition refer to a confidential Agreement between HTC and Apple

7    that was the subject of a motion to file under seal in the companion 2012 case between Apple and

8    Samsung, Action No. 11-cv-01846-LHK ("The First Apple/Samsung case").  In the context of that

9    2012 Motion to File under seal, HTC specially appeared because the Agreement that was the subject

10   of that motion contained confidential HTC information.  As a result of HTC's pleadings and

11   supporting declaration, this Court ordered that the Agreement be redacted before it was publicly

12   filed.  (Docket No. 2192 in The First Apple/Samsung case)

13    HTC respectfully submits that portions of the Chevalier Deposition and Exhibit 97 to the

14   Chevalier Deposition should be redacted because they contain confidential information found in the

15   redacted HTC/Apple Agreement.

16   **I.      BACKGROUND**

17    After the trial in The First Apple/Samsung Case, Apple and HTC entered into an Agreement,

18   some of the terms of which are the subject of Samsung's current Motion to Seal.  During post-trial

19   proceedings in that first case, Samsung lodged this Agreement with the Court and, concurrently with

20   that lodging, filed a motion to file it under seal.  In response to this 2012 Motion to File Under Seal,

21   HTC filed a response (Docket No. 2186 in the First Apple/Samsung Case--attached as Exhibit 1 to

22   the accompanying Mosko declaration) and the Lam Declaration (Docket No. 2186-1 in the First

23   Apple/Samsung Case--attached as Exhibit 2 to the accompanying Mosko declaration) that supported

24   its position that this Agreement contained confidential information.   HTC specifically identified

25   those portions of the Agreement that contained confidential information, the basis for the

26   confidentiality and moved that this Court authorize only a redacted version to be publicly filed.  This

27   Court agreed with HTC's proposed redactions, and ordered that only the redacted version be made

28   public. (Docket No. 2192 in the First Apple/Samsung Case)  A copy of this Order is attached to the

1   accompanying Mosko Declaration as Exhibit 3 for the Court's convenience.  The public version of

2   this Agreement was thereafter filed.  (Docket No. 2182-5 in the First Apple/Samsung Case)

3   **II.      APPLE'S CURRENT REQUEST AND APPLE'S RESPONSE**

4            Samsung's Motion (Docket No. 856) seeks an order to file portions of the Samsung

5   Opposition, portions of the Chevalier Deposition and Exhibit 97 to the Chevalier Deposition under

6   seal.  Samsung has lodged redacted versions of these documents with the Court.

7            Apple and Samsung have provided copies of the Samsung Opposition, the Chevalier

8   Deposition and Exhibit 97 to the Chevalier Deposition to HTC that included highlighted portions

9   representing proposed redactions in these documents so that HTC could determine what portions

10  were proposed to be redacted, and whether additional portions contained HTC confidential

11  information.  (Mosko Decl. ¶5).  Through this pleading, HTC expresses its agreement that the

12  combined proposed redactions by Apple and by Samsung include references to the confidential

13  Agreement between HTC and Apple that should not be revealed in any public version of these

14  documents.

15  **III.     ALL REFERENCES TO TERMS IN THE PREVIOUSLY-REDACTED HTC/APPLE
            AGREEMENT MUST REMAIN CONFIDENTIAL AND THEREFORE MUST BE
16           REDACTED FROM ANY PUBLIC FILING**

17           HTC supports Samsung and Apple's combined proposed redactions to the Chevalier

18  Deposition and Exhibit 97 to the Chevalier Deposition because they encompass terms in the

19  HTC/Apple agreement that this Court previously sealed.  Regarding the Chevalier Deposition, at

20  page 282, line 6-10, reference is made to the scope of the license in the HTC/Apple Agreement.  In

21  Exhibit 97, reference is made in the Samsung Opposition at page 1, lines 21 - 25, which when

22  compared to the left portion of Exhibit 97 would reveal royalty information that was redacted in the

23  HTC/Apple Agreement.  Thus, the proposed redactions in these documents should be made before

24  they are publicly filed.  This Court has previously excluded such terms from the public.  *See* Mosko

25  Decl., Ex. 3; *Apple Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-01846 (Aug. 9, 2012 N.D.

26  Cal.); citing *In re Electronic Arts,* 298 Fed. App'x 568, 569 (9th Cir. 2008).  Disclosure of this

27           ///

28

1   information will place HTC at a competitive disadvantage, as stated in Lam declaration, attached as

2   Exhibit 2 to the accompanying Mosko declaration.

3

4   Dated:  November 5, 2013                    FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER, LLP

5

6   By:_____/s/ Scott R. Mosko_____
                                                       Scott R. Mosko

7

8   Attorneys for Third Parties
    HTC America Inc., and HTC Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28