1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304-1203
   Telephone:  (650) 849-6600
5  Facsimile:   (650) 849-6666

6  Attorneys for Third Parties
   HTC America Inc., HTC Corporation

7

8                         UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12 | APPLE INC., a California Corporation,          | CASE NO. 12-cv-00630-LHK(PSG)

13 |                         Plaintiff,              | **DECLARATION OF SCOTT R. MOSKO ON BEHALF OF THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO SAMSUNG'S MOTION TO SEAL (DOCKET NO. 856)**
          v.

14 | SAMSUNG ELECTRONICS CO., LTD., a
15 | Korean Corporation; SAMSUNG
     ELECTRONICS AMERICA, INC., a New York
16 | Corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC, a
17 | Delaware Limited Liability Company,

18 |                         Defendants.

19

20

21

22

23

24

25

26

27

28

1      I, Scott R. Mosko hereby declare as follows:

2      1.      I am a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for third parties HTC America, Inc. and HTC Corporation (collectively "HTC"). I am duly licensed to practice law in all state courts of California and am licensed to practice before this district.  I submit this declaration in support of HTC's Response to Samsung's Motion to Seal (Docket No. 856).

3      2.      Attached as Exhibit 1 is a true and correct copy of "Third Parties HTC America, Inc. and HTC Corporation and S3G Graphics Co., Ltd's Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186.

4      3.      Attached as Exhibit 2 is a true and correct copy of the "Declaration of Vincent Lam on Behalf of Third Party HTC in Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186-1.

5      4.      Attached as Exhibit 3 is a true and correct copy of the "Order Granting Sealing Motion" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2192.

6      5.      Recently Apple and Samsung provided me with copies of Samsung's Opposition to Apple's Motion to Exclude Testimony (Samsung Opposition), portions of the Chevalier Deposition and Exhibit 97 to the Chevalier Deposition.  The versions I received contained highlighted portions, which I understood represented Samsung and Apple's beliefs that these lines included confidential information from the HTC/Apple Agreement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of November, 2013, at Palo Alto, California.

*/s/ Scott R. Mosko*