JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an Administrative Motion to File Documents Under Seal relating to Samsung's Opposition to Apple's Motion for Partial Summary Judgment (Dkt. No. 854), Exhibits 17, 18, and 21 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment (Dkt. No. 854-19), the Declaration of Professor Dan Schonfeld in Support of Samsung's Opposition to Apple's Motion for Summary Judgment and to Exclude Expert Testimony ("Schonfeld Declaration"), and Exhibits D through EE and Exhibit GG to the Schonfeld Declaration (Dkt. Nos. 855-12 to -16).

3. Paragraph 65 of the Schonfeld Declaration contains detailed market research information regarding customer use of the accused Apple products. Exhibits D through DD of the Schonfeld Declaration are excerpts of the market research reports cited in the Schonfeld Declaration that also contain detailed market research information regarding customer use of the accused Apple products. Paragraph 65 of the Schonfeld Declaration and Exhibits D through DD of the Schonfeld Declaration contain proprietary Apple information and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Greg Joswiak in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1496) (supporting sealing market research documents describing buyer survey responses regarding Apple's products because detailed information of this kind is extremely valuable time series of information that shows how customer preference have evolved)). The Federal Circuit has previously approved of Apple's request to seal market research documents that contain a similar level of detail regarding the accused Apple products. *See, e.g.*, *Apple Inc. v. Samsung*

*Electronics Co., Ltd., et al.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 2013 WL 4487610, at *10-12 (Fed. Cir. Aug. 23, 2013) (approving the sealing of marketing documents).

4. Apple does not maintain any claim of confidentiality with respect to Exhibits 17, 18, and 21 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, paragraph 66 of the Schonfeld Declaration, and Exhibits EE and GG to the Schonfeld Declaration.

5. The relief requested by Apple is necessary and narrowly tailored to protect confidential information regarding trade secret information pertaining to the accused Apple products.

6. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 5th day of November, 2013, in Boston, Massachusetts.


Dated:  November 5, 2013          */s/ Peter J. Kolovos*
                                  Peter J. Kolovos

ActiveUS 117578667v.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 5, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:  November 5, 2013

*/s/ Mark D. Selwyn*
Mark D. Selwyn