1   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
2   Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
3   Kevin A. Smith (Bar No. 250814)
    kevinsmith@quinnemanuel.com
4   50 California Street, 22nd Floor
    San Francisco, California 94111
5   Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
6
    Kevin P.B. Johnson (Bar No. 177129)
7   kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
8   victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
9   Redwood Shores, California 94065
    Telephone: (650) 801-5000
10  Facsimile: (650) 801-5100

11  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
12  Michael L. Fazio (Bar No. 228601)
    michaelfazio@quinnemanuel.com
13  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
14  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100

15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 19             Plaintiff, | **CONSOLIDATED DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |
| 20       vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24             Defendants. | |

I, Daniel Wooseob Shim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's administrative motions to file under seal documents in connection with: (1) Apple's Opposition to Samsung's Motion for Summary Judgment; and (2) Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Apple's Opposition to Samsung's *Daubert* Motion") (Dkt. Nos. 853 & 857).

3. I understand that some of the documents Apple has moved to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties. I have reviewed partially redacted versions of the documents that exclude Apple and third-party confidential information.

4. The documents Samsung seeks to seal include Samsung's source code, detailed descriptions of the operations of Samsung's source code, highly confidential financial data, and survey data Samsung purchased from third parties under confidentiality agreements. The portions of documents that Samsung seeks to seal and the type of information are identified below:

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Apple's Opposition to Samsung's Motion for Summary Judgment | p. 1 (lines 15-16, 18-20, 24)<br>p. 2 (lines 8-9, 10, 14, 18-23)<br>p. 3 (lines 1-4, 4-5, 10-11, 12-15)<br>p. 4 (lines 2-3, 4-7, 7-9, 10-12, 26)<br>p. 5 (lines 16-18)<br>p. 6 (lines 9-13)<br>p. 13 (lines 21-22, 24-25) | Detailed descriptions of Samsung's source code |
| Decl. of Joshua Furman ISO Apple's Opp. to Samsung's Mot. for SJ Ex. A-1 – Rebuttal Expert Report of Dr. Kevin | p. 87 (lines 1-5, 9-22)<br>p. 99 (lines 1-24, fn. 10)<br>p. 100 (lines 1-26)<br>p. 101 (lines 1-27) | Detailed descriptions of Samsung's source code |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Jeffay, dated Sept. 13, 2013 | p. 102 (lines 1-27) | |
| | p. 103 (lines 1-7, 16-27) | |
| | p. 104 (lines 1-26) | |
| | p. 105 (lines 1-27) | |
| | p. 106 (lines 1-27) | |
| | p. 107 (lines 1-3, 4-5) | |
| | p. 223 (lines 1-12, 25-26) | |
| | p. 225 (lines 10-11, 12, 22-26) | |
| | p. 226 (lines 1-9, 18-20) | |
| Decl. of Joshua Furman ISO Apple's Opp. to Samsung's Mot. for SJ Ex. A-2 – Initial Expert Report of Dr. Mowry, dated Aug. 12, 2013 | p. 58 (lines 11-18, 20-26) | Detailed descriptions of Samsung's source code |
| | p. 59 (lines 1-26) | |
| | p. 60 (lines 1-5, 13-27) | |
| | p. 99 (lines 1-15, 17, 20, 26) | |
| Decl. of Joshua Furman ISO Apple's Opp. to Samsung's Mot. for SJ Ex. A-4 – Tr. of June 6, 2013 Dep. of Jinhyung Kim | p. 186 (lines 2-13, 18-25) | Detailed descriptions of Samsung's source code |
| | p. 187 (lines 1-16, 23-25) | |
| | p. 188 (lines 1, 8) | |
| | p. 242 (lines 1-18, 21-25) | |
| | p. 243 (lines 1-25) | |
| | p. 244 (lines 4-6, 10-13, 17) | |
| | p. 183 (lines 1-3, 22-25) | Information concerning design around efforts |
| | p. 184 (lines 6-10, 16-25) | |
| | p. 185 (lines 1, 7-11, 17) | |
| | p. 188 (lines 9-12, 16-20, 24) | |
| Decl. of Joshua Furman ISO Apple's Opp. to Samsung's Mot. for SJ Ex. D-1 – Expert Report of Dr. Thomas E. Fuja regarding Invalidity of U.S. Patent Nos. 7,756,087 and 7,551,596 | ¶¶ 434, 439, 464 | Information related to internal Samsung discussions regarding 3GPP submissions |
| Decl. of Furman Ex. B-8 ('414 section) | p.8, column 2, lines 7-11 | Includes descriptions of source code for Samsung devices |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Decl. of Furman Ex. B-9 ('414 section) | page 151, line 27 to page 152, line 3<br><br>page 162, lines 9-16<br><br>page 163, lines 18-22<br><br>page 165, lines 12-14<br><br>page 166, lines 21-27<br><br>page 167, all<br><br>page 168, lines 22-27<br><br>page 169, lines 1-12, 15-26<br><br>page 170, lines 1-10, 14-25<br><br>page 171, lines 3-4, 11-12<br><br>page 174, lines 10-27<br><br>page 58 (of the .pdf), column 2, lines 11-15 (starting with "The Email, Contacts, Calendar…") | Includes descriptions of source code for Samsung devices |
| Exhibit B-9 to the Furman declaration – Snoeren's opening report | ¶¶ 234-236<br><br>Footnote 73 on pg. 88 | Contains confidential information regarding contents of various Samsung software releases |
| Exhibit B-9 to the Furman declaration – Snoeren's opening report | ¶¶ 105-107, 229-232, 230, 245-246, 248-255, 257-59, 264-268, 270-273, 276-278, 281, 286-288, 292-93, 296, 299<br><br>p. 93 (nn. 77, 78). | Includes descriptions of source code for Samsung devices |
| Exhibit A-9 to the McCracken Decl. in Support of Apple's Opposition to Samsung's Motion to Exclude | p. 143:23-144:9 | Information which reveals Samsung's confidential financial unit sales |
| Exhibit A-10 to the McCracken Decl. in Support of Apple's Opposition to Samsung's Motion to Exclude | p. 95, lines 1-2, last sentence of paragraph 265, paragraph 267, second to last sentence of page 106, second sentence of paragraph 294, last sentence of paragraph 308. | Information regarding Samsung's belief as to the acceptability and availability of non-infringing alternatives. |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Exhibit A-10 to the McCracken Decl. in Support of Apple's Opposition to Samsung's Motion to Exclude | Paragraph 312 and n.531 | Information derived from Samsung's confidential business documents on pricing. |
| Exhibit A-10 to the McCracken Decl. in Support of Apple's Opposition to Samsung's Motion to Exclude | Page 120, second sentence of second bullet point<br><br>Paragraph 395 starting with "In this context…"<br><br>Paragraph 419 from "For this estimate…" | Information which reveals Samsung's confidential financial information including unit sales. |
| Exhibit A-10 to the McCracken Decl. in Support of Apple's Opposition to Samsung's Motion to Exclude | Paragraph 422 and n.685 | Information derived from Nielsen document that Samsung is under obligation by contract to keep confidential. |
| Exhibit A-10 to the McCracken Decl. in Support of Apple's Opposition to Samsung's Motion to Exclude | Paragraph 425, from second sentence to the end and n. 692 | Contains information from a confidential Samsung strategy document. |
| Exhibit A-10 to the McCracken Decl. in Support of Apple's Opposition to Samsung's Motion to Exclude | Exhibit 11 | Contains information derived from confidential Samsung documents regarding non-infringing alternatives available to Samsung |
| Exhibit C-2 to Furman declaration – Rinard opening report | The entry "I.3" on page ii<br><br>Paras. 222, 223, 225-7, 229-231, 253, 255, 269 | Includes descriptions of source code for Samsung devices |

5.   As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

6.   Samsung considers the financial data included in these documents to be highly confidential.  Samsung does not report the type of data included in these documents to investors, regulatory bodies, the press, or business analysts.  This type of information is highly confidential to Samsung and Samsung takes extraordinary steps to maintain the secrecy of the information.

1  Even within Samsung's finance and accounting groups, such data can only be accessed by certain
2  personnel on a restricted, need-to-know basis.  This type of data guides Samsung's pricing,
3  distribution, financial planning, and other business decisions.
4        7.      Samsung's financial data was produced in this case to Apple's outside counsel and
5  experts for the sole purpose of calculating supposed damages and were marked "Highly
6  Confidential – Attorneys' Eyes Only" under the Protective Order.
7        8.      Samsung's highly confidential financial data could be used by competitors to target
8  marketing and advertising efforts at Samsung's highest- and lowest- performing product lines.
9        9.      Suppliers and carrier partners could likewise use the information to Samsung's
10  disadvantage during negotiations.
11        10.      Information about Samsung's internal product development processes and design-
12  around times are likewise highly confidential because competitors could use the information to
13  estimate Samsung's development time frames and release dates.  Competitors could then try to
14  beat Samsung to the market, removing any first-mover advantage Samsung may otherwise enjoy.

16  I declare under penalty of perjury under the laws of the United States of America that the
17  foregoing is true and correct.  Executed in Incheon, South Korea on November 6, 2013.

Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael Fazio, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated: November 5, 2013       */s/ Michael Fazio*
                              Michael Fazio