QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/5602946.1

Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits this motion for an order to seal the following documents or portions thereof relating to Samsung's Opposition to Apple's Motion for Summary Judgment "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential:

3. Exhibit EE to the Declaration of Professor Dan Schonfeld in Support of Samsung's Opposition to Apple's Motions for Summary Judgment and to Exclude Expert Testimony contains information which has been designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case. This Exhibit contains a confidential report purchased by Samsung from third party Strategy Analytics with survey information and market trends in the tablet industry. Samsung is contractually obligated to maintain the confidentiality of this report. The disclosure of this information may cause harm to third party Strategy Analytics, which is in the business of licensing access to its confidential reports, including the report appended as Exhibit EE to the Declaration of Professor Dan Schonfeld.

4. Pursuant to L.R. 79-5, a copy of the unredacted version of the above document has been filed electronically with the Court and served on all parties.

5. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

//

//

02198.51981/5602946.1

-1-   Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed on
2   November 5, 2013, at Los Angeles, California.

>   */s/ Michael L. Fazio*
>   _____
>   Michael L. Fazio

02198.51981/5602946.1

-2-   Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL