```
 1  Amy H. Candido
    amycandido@quinnemanuel.com
 2  Matthew S. Warren
    matthewwarren@quinnemanuel.com
 3  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 4  50 California Street, 22nd Floor
    San Francisco, California  94111-4788
 5  (415) 875-6600
    (415) 875-6700 facsimile
 6

 7  Attorneys for Non-Party Google Inc.

 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN MADIGAN IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL [DOCKET NOS. 853, 854, 855, 856, 857, 859]** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | |

1  I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

2  1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motions to File Under Seal and Samsung's Administrative Motions to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

### SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO APPLE'S MOTION TO EXCLUDE CERTAIN UNRELIABLE AND IMPERMISSIBLE SAMSUNG EXPERT TESTIMONY

2. On November 1, 2013, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed an administrative motion to file documents under seal (Docket No. 856), which sought to protect information designated as confidential by non-party Google and discussed in Samsung's Opposition to Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony (Docket No. 856, Attachment 3) ("Samsung's *Daubert* Opposition"). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Docket No. 856), to the extent Samsung's *Daubert* Opposition and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Samsung's *Daubert* Opposition (Docket No. 856, Attachment 3, at 2 n. 2) concern licensing of intellectual property between Google and a different non-party, produced under the protective order governing confidentiality in this action (Docket No. 171).

### APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS

4. On November 1, 2013, Apple Inc. ("Apple") filed an administrative motion to file documents under seal (Docket No. 857), which sought to protect information designated as confidential by non-party Google and discussed in Apple's Opposition to Samsung's Motion to

Exclude Opinions of Certain of Apple's Experts (Docket No. 857, Attachment 4) ("Apple's *Daubert* Opposition"); and Exhibits to the Declaration of Casey J. McCracken In Support of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("McCracken Declaration") (Docket No. 859). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Documents Under Seal (Docket No. 857), to the extent Apple's *Daubert* Opposition and supporting documents reference non-party Google's highly confidential or proprietary business information.

5.  Selected portions of Apple's *Daubert* Opposition (Docket No. 857, Attachment 4, at 18) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

6.  Selected portions of Exhibit A-9 to the McCracken Declaration (Docket No. 859, Attachment 9, at 114) discuss proprietary information that is confidential to non-party Google, including business plans, strategy, and product development information, produced under the protective order governing confidentiality in this action (Docket No. 171).

7.  Selected portions of Exhibit A-11 to the McCracken Declaration (Docket No. 859, Attachment 9) discuss the October 1, 2013 deposition testimony of Dr. Jeffrey Chase. Mr. Chase's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Chase testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT**

8.  On November 1, 2013, Samsung filed an administrative motion to file documents under seal (Docket No. 854), which sought to protect information designated as confidential by non-party Google and discussed in Samsung's Opposition to Apple's Motion for Partial Summary Judgment (Docket No. 854, Attachment 4) ("Samsung's Summary Judgment Opposition"); and Exhibits to the Declaration of Michael L. Fazio In Support of Samsung's Opposition ("Fazio

1  Declaration") (Docket No. 854, Attachment 1).  Pursuant to Civil L.R. 79-5(e), non-party Google
2  submits this Declaration in support of Samsung's Administrative Motion to File Documents Under
3  Seal (Docket No. 854), to the extent Samsung's Summary Judgment Opposition and supporting
4  documents reference non-party Google's highly confidential or proprietary business information.
5       9.    Selected portions of Samsung's Summary Judgment Opposition (Docket No. 854,
6  Attachment 4, at 8, 10-11), discuss Google's highly confidential and proprietary source code
7  produced under the protective order governing confidentiality in this action (Docket No. 171) and
8  the agreed addendum to the protective order regarding Google source code production (Docket
9  No. 159).  Selected portions of Samsung's Summary Judgment Opposition (Docket No. 854,
10 Attachment 4, at 8) also discuss proprietary information that is confidential to non-party Google,
11 including communications among Google engineers regarding product development information
12 and plans, produced under the protective order governing confidentiality in this action (Docket
13 No. 171).
14      10.    Selected portions of Exhibit 3 to the Fazio Declaration (Docket No. 854,
15 Attachment 19, at 157-159, 168, 171, 174), discuss Google's highly confidential and proprietary
16 source code produced under the protective order governing confidentiality in this action (Docket
17 No. 171) and the agreed addendum to the protective order regarding Google source code
18 production (Docket No. 159).
19      11.    Selected portions of Exhibit 5 to the Fazio Declaration (Docket No. 854,
20 Attachment 19) discuss the June 11, 2013 deposition testimony of Paul Westbrook.
21 Mr. Westbrook's deposition transcript is highly confidential under the protective order governing
22 confidentiality in this action (Docket No. 171) because, among other things, Mr. Westbrook
23 testified regarding proprietary functionality and internal business processes that are confidential to
24 non-party Google.
25      12.    Selected portions of Exhibit 7 to the Fazio Declaration (Docket No. 854,
26 Attachment 19) discuss the June 13, 2013 deposition testimony of Fred Quintana.  Mr. Quintana's
27 deposition transcript is highly confidential under the protective order governing confidentiality in
28

1  this action (Docket No. 171) because, among other things, Mr. Quintana testified regarding

2  proprietary functionality and internal business processes that are confidential to non-party Google.

3      13.    Selected portions of the Declaration of Jeffrey S. Chase (Docket No. 855,

4  Attachment 3, at 6-9, 18-20, 22-23) discuss Google's highly confidential and proprietary source

5  code produced under the protective order governing confidentiality in this action (Docket No. 171)

6  and the agreed addendum to the protective order regarding Google source code production

7  (Docket No. 159).

8      14.    The Declaration of Paul Westbrook (Docket No. 855, Attachment 4) discusses

9  Google's highly confidential and proprietary source code produced under the protective order

10 governing confidentiality in this action (Docket No. 171) and the agreed addendum to the

11 protective order regarding Google source code production (Docket No. 159).

12 **<u>APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS</u>**

13 **<u>OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT</u>**

14     15.    On November 1, 2013, Apple filed an administrative motion to file documents

15 under seal (Docket No. 853), which sought to protect information designated as confidential by

16 non-party Google and discussed in Apple's Opposition to Samsung's Motion for Summary

17 Judgment (Docket No. 853, Attachment 4) ("Apple's Summary Judgment Opposition"); and

18 Exhibits to the Declaration of Joshua Furman In Support of Apple's Opposition to Samsung's

19 Motion for Summary Judgment ("Furman Declaration") (Docket No. 853, Attachment 5).

20 Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's

21 Administrative Motion to File Documents Under Seal (Docket No. 853), to the extent Apple's

22 Summary Judgment Opposition and supporting documents reference non-party Google's highly

23 confidential or proprietary business information.

24     16.    Selected portions of Exhibit A-5 to the Furman Declaration (Docket No. 853,

25 Attachment 10) discuss the June 25, 2013 deposition testimony of Cary Clark. Mr. Clark's

26 deposition transcript is highly confidential under the protective order governing confidentiality in

27 this action (Docket No. 171) because, among other things, Mr. Clark testified regarding

28 proprietary functionality and internal business processes that are confidential to non-party Google.

17. Selected portions of Exhibit B-8 to the Furman Declaration (Docket No. 853, Attachment 18) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

18. Selected portions of Exhibit B-9 to the Furman Declaration (Docket No. 853, Attachment 19) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).  In addition, selected portions of Exhibit B-9 to the Furman Declaration (Docket No. 853, Attachment 19, at 153-160, 163, 170, 172) discuss the June 11, 2013 deposition testimony of Paul Westbrook. Mr. Westbrook's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Westbrook testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.  In addition, selected portions of Exhibit B-9 to the Furman Declaration (Docket No. 853, Attachment 19, at 153-159, 161-163, 172-173) discuss the June 13, 2013 deposition testimony of Fred Quintana.  Mr. Quintana's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Quintana testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

19. Selected portions of Exhibit C-2 to the Furman Declaration (Docket No. 853, Attachment 23, at ii, 90-93, 101-102, 106-107) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California, on November 5, 2013.

By /s/ Kristin J. Madigan
Kristin J. Madigan

-5-   CASE NO. 12-CV-00630 LHK
MADIGAN DECLARATION IN SUPPORT OF APPLE'S AND SAMSUNG'S
ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL