| | |
|---|---|
| JOSH KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone:  650.849.5300 <br> Facsimile:   650.849.5333 | WILLIAM F. LEE (pro hac vice) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-cv-00630-LHK  (PSG) <br><br> **APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT EXPERT REPORTS REGARDING SAMSUNG PATENTS)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Counterclaim-Plaintiffs, <br> v. <br><br> APPLE INC., a California corporation, <br><br> Counterclaim-Defendant. | |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby move this Court for an order to seal the following documents:

1. Portions of the confidential, unredacted version of Apple's Inc.'s Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents (Apple's Motion to Strike");

2. Portions of the confidential, unredacted version of Exhibit D to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike ("Selwyn Declaration"); and

3. Exhibits A-C and F-G to the Selwyn Declaration.

As detailed in the Declaration of Peter J. Kolovos Regarding Apple's Administrative Motion to File Documents Under Seal ("Kolovos Declaration"), item numbers 1-3 above contain or discuss information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential Source Code – Outside Attorneys' Eyes Only" by Apple, Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") and/or third parties Intel, Qualcomm, Alcatel-Lucent, AT&T, T-Mobile, Cirrus Logic, and Omnivision pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung, Intel, Qualcomm, Alcatel-Lucent, AT&T, T-Mobile, Cirrus Logic, and/or Omnivision.  Such confidential information has been indicated in the Kolovos Declaration.  Apple expects that Samsung, Intel, Qualcomm, Alcatel-Lucent, AT&T, T-Mobile, Cirrus Logic, and Omnivision will file the required supporting declarations in accordance with Civil Local Rule 79-5(e) as necessary in order to confirm whether their information should be sealed.

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for in camera review and served upon Samsung.  Third parties Intel, Qualcomm, Alcatel-Lucent, AT&T, T-Mobile, Cirrus Logic, and Omnivision will be served with the Kolovos Declaration describing the information filed with the Court.  Further, in accordance with this Court's Civil Standing Order regarding Motions to File Under Seal, a

proposed public redacted version of the document of which Apple seeks to file portions under seal, and particularly Apple's Motion to Strike, will be publicly e-filed as an attachment to this Motion to Seal.

Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion.  Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents as a procedural mechanism for filing portions of Apple's Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents and supporting documents under seal.  Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

For the foregoing reasons, Apple respectfully requests sealing of the information contained in:

1. Portions of the confidential, unredacted version of Apple's Inc.'s Motion to Strike;

2. Portions of the confidential, unredacted version of Exhibit D to the Selwyn Declaration; and

3. Exhibits A-C and F-G to the Selwyn Declaration.

Dated:  November 5, 2013

WILMER CUTLER PICKERING
HALE AND DORR LLP


By:  /s/ Mark D. Selwyn

Attorneys for Counterclaim-defendant
APPLE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 5, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                /s/ Mark. D Selwyn
                                                Mark D. Selwyn