UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT EXPERT REPORTS REGARDING SAMSUNG PATENTS)** |

1   By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2  has moved to file under seal the following documents:
3   1. Portions of the confidential, unredacted version of Apple Inc.'s Motion to Strike
4   Arguments from Samsung's Infringement Expert Reports Regarding Samsung
5   Patents ("Apple's Motion to Strike");
6   2. Portions of the confidential, unredacted version of Exhibit D to the Declaration of
7   Mark D. Selwyn ("Selwyn Declaration"); and
8   3. Exhibits A-C and F-G to the Selwyn Declaration.
9   In support of its motion, Apple has filed the Declaration of Peter J. Kolovos ("Kolovos
10  Declaration"), as required under Civil Local Rule 79-5 and General Order 62, which provide
11  evidence of compelling reasons for this Court to permit filing under seal.  Apple also filed a
12  proposed public redacted version of Apple's Motion to Strike and Exhibit D to the Declaration of
13  Mark D. Selwyn, of which only portions are sealable.  The Kolovos Declaration provides
14  sufficient evidence that the documents listed below are "privileged or protectable as a trade
15  secret otherwise entitled to protection under the law," and thus sealable.  Civil L.R. 79-5(a).
16  Apple's request is narrowly tailored to seek the sealing only of sealable information.
17   Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative
18  Motion to Seal (Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Expert
19  Reports Regarding Samsung Patents).
20   IT IS HEREBY ORDERED that the confidential, unredacted versions of the following
21  documents shall be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents | Portions highlighted or otherwise indicated in the following pages: Page 1, lines 16-23; Page 5, lines 16-23, footnote 2; Page 7, lines 21-23; Page 8, lines 1-5, 13-21, footnotes 4 and 5; Page 9, lines 1-6, 16-19, 23; Page 10, lines 1-13, 15-17, footnote 26 (lines 26-28); Page 11, lines 7-13, 18-19, 23-27; Page 12, lines 1, 3-5; Page 13, lines 1-8, 11-15, 24-26; Page 14, lines 1, 13-18, 27; Page 15, lines 1-8, 12-17, 19-21; Page 16, lines 2-22, footnote 7; Page 17, lines 1-17, 20-21; Page 18, lines 1-2, 4-8, 10-13, 19- |

| Document | Portion to be Sealed |
|---|---|
| | 23, footnote 9; Page 19, lines 1-2, 7-13, 21-24; Page 20, lines 2-21, footnote 10 (lines 23-28); Page 21, lines 1-4, 15-26; Page 22, lines 3-6, 16-27; Page 23, lines 1-3, 6-9, 13-18, 21-24, footnote 11; Page 24, lines 5-8, 14-17. |
| Exhibit A to the Declaration of Mark D. Selwyn | Entire Document |
| Exhibit B to the Declaration of Mark D. Selwyn | Entire Document |
| Exhibit C to the Declaration of Mark D. Selwyn | Entire Document |
| Exhibit D to the Declaration of Mark D. Selwyn | Portions highlighted or otherwise indicated in the following pages: Pages 59-61, 69-71, 95-97, 134-136, and 148-151 |
| Exhibit F to the Declaration of Mark D. Selwyn | Entire Document |
| Exhibit G to the Declaration of Mark D. Selwyn | Entire Document |

The Court further ORDERS that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

1 **IT IS SO ORDERED.**

3  Dated: _____  By: _____
4                                        Hon. Paul S. Grewal
                                         United States District Judge