JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:   650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br>    Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT EXPERT REPORTS REGARDING SAMSUNG PATENTS** |

I, Mark D. Selwyn, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation, and a member of the California State Bar. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Attached as Exhibit A is a true and correct copy of excerpts of the Report of Dan Schonfeld, Ph.D. Regarding Infringement of U.S. Patent Nos. 5,579,239 and 7,577,757, served on August 12, 2013 by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC (collectively, "Samsung").

3. Attached as Exhibit B is a true and correct copy of excerpts of the Expert Report of Kenneth A. Parulski Regarding Infringement of U.S. Patent No. 6,226,449, served on August 12, 2013 by Samsung.

4. Attached as Exhibit C is a true and correct copy of excerpts of the Report of Paul S. Min, Ph.D. Regarding Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596, served on August 12, 2013 by Samsung.

5. Attached as Exhibit D is a true and correct copy of excerpts of the transcript of the September 26, 2013 deposition of Kenneth Alan Parulski.

6. Attached as Exhibit E is a true and correct copy of Exhibit D to Samsung's Second Amended Patent L.R. 3-1(a)-(d) Disclosures for U.S. Patent No. 7,577,757 served on November 19, 2012 by Samsung.

7. Attached as Exhibit F is a true and correct copy of excerpts of the transcript of the June 24, 2013 deposition of Naga Karthick Kandasamy.

8. Attached as Exhibit G is a true and correct copy of excerpts of the transcript of the September 27, 2013 deposition of Paul Min.

9. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 5th day of November, 2013, in Palo Alto, California.

| | |
|---|---|
| Dated: November 5, 2013 | /s/ Mark D. Selwyn |
| | Mark D. Selwyn |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 5, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn