# REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit D

1

1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

3   - - - - - - - - - - - - - - - - -X

4   APPLE INC., a California          :

5   Corporation,                      :

6                      Plaintiff,     :

7     -v-                             :

8   SAMSUNG ELECTRONICS CO., LTD., a  :

9   Korean corporation; SAMSUNG       : Civil Action No.

10  ELECTRONICS AMERICA, INC., a New  : 12-CV-00630-LHK

11  York corporation and SAMSUNG      :

12  TELECOMMUNICATIONS AMERICA, LLC,  :

13  a Delaware limited liability      :

14  Company,                          :

15                      Defendants.   :

16  - - - - - - - - - - - - - - - - -X

17  (Caption continued on next page)

18                  VOLUME 2

19    Deposition of KENNETH ALAN PARULSKI

20              Rochester, New York

21         Thursday, September 26, 2013

22                  9:00 a.m.

23  Job No. 44744

24  Pages 1 - 243

25  Reported by JOAN M. METZGER-HUBBELL, CRR, RMR, RPR.

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

58

1          Q.    And that's also what Samsung's

2     contentions that you adopted in your report say, if

3     we look at page 2 of Exhibit 10, correct?

4          A.    The -- page 2 of the contention,

5     Exhibit 10, it says, under -- or adjacent to an

6     imaging device which converts an optical image into

7     an analog signal, it says:  Each accused device has

8     an imaging device that converts an optical image

9     into an analog signal.  Then it says:  Each accused

10    device uses a CMOS image sensor, parentheses, or

11    similar device, end parentheses, that converts an

12    optical image into an electronic analog signal.

13    For example, an iPhone 5 CMOS image sensor is

14    depicted below.

15          So it's saying that the CMOS image sensor or

16    similar device is an imaging device.

17          Q.    So the image sensor can be an imaging

18    device or a part of the image sensor can be an

19    imaging device?

20          A.    Well, the term "device" I think to

21    someone of ordinary skill at the time of the

22    invention is used to describe a thing.  And so the

23    entire portable digital camera in the '449 patent

24    could be referred to as a device in some context.

25          The entirety of an image sensor like the

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

59

1   CMOS image sensor could be a device, but the image

2   array that actually does the optical -- the

3   conversion of the optical image into an analog

4   signal could be an imaging device.

5         Earlier we talked about the term block, and

6   you said, well, is it possible -- you can have a

7   large block and then within that, you can have

8   smaller blocks.  And I think device, like block,

9   can be used to -- to refer to an entire integrated

10  circuit.  So, for example, the SOC could be

11  referred to as a device in some context, and it

12  could also be used to refer to a portion of that in

13  some context.

14        Q.   How do you decide where to draw the

15  lines?

16        A.   Well --

17        MR. RODRIGUEZ:  Objection to the form.

18        THE WITNESS:  I think in -- in this

19  particular case of an imaging device, what's been

20  identified in Exhibit 10 is ███████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████

██████████████████████████████████████████████

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

60



5        BY MS. TALLON:

6        Q.   And when you say ▓▓▓▓▓▓▓▓▓

11       A.   So, for example, in my report, in
12  paragraph 147, there's a figure that comes from the

and it's important, for

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

61



1    example, to ███████████████████████

███████████████████████

███████████████████████████

███████████████████████████

████████████████████

        ██  ████████████████

     ███████████████████████

     ██  -- that's basically what you're telling me,

9    correct?

10        A.   Well, we -- we talked earlier about

11   ████████████████████████

     ████████████████  █████████████

     ██████████████████████████

     █████████████████████████

     ███████████████████████

     ██  ██████████████

17        And so what -- the point I'm trying to make

18   is the term device can be used to refer to the

19   entire camcorder.  It can be used to refer to the

20   image sensor, and it can be used to refer to the

21   image array, which is a portion of the CMOS image

22   sensor.

23        Q.   So a portion of an imaging device can

24   also be an imaging device, correct?

25        A.   The -- the CMOS integrated circuit, for

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

69

1   a CMOS image sensor.

2        Now, in paragraph 166 in the third sentence,

3   you say:  The imaging device in the accused Apple

4   products is the image sensor array, not the entire

5   CMOS image sensor integrated circuit.

6        Did I read that correctly?

7        A.   Yes, you did.

8        Q.   So which is it, Mr. Parulski?  Can the

9   CMOS image sensor be the imaging device or not, as

10  you say in paragraph 166?

11       A.   I believe that this sentence in 166 is

12  trying to explain that the -- ████████████████

████  ████████████████████████████████████████████████

████  ████████████████████████████   And so I'm -- I'm --

15  while this could be read that I'm saying the entire

16  CMOS sensor integrated circuit cannot be an imaging

17  device, that's not what's intended here.

18       What's intended is that the description is,

19  is that the image array is what converts the

20  optical image into the analog signal.

21       Q.   So even though you say in this

22  sentence, "the imaging device in the accused Apple

23  products is the image sensor array, not the entire

24  CMOS image sensor integrated circuit," you did not

25  mean to say that the entire CMOS image sensor

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

70

1    integrated circuit is not an imaging device?

2         MR. RODRIGUEZ:  Objection.  Mischaracterizes

3    the testimony.

4         THE WITNESS:  What I was attempting to say

5    is that the -- what converts the optical image into

6    an analog signal is the image array, and in my

7    opinion, that's what makes -- because that's

8    what -- because that array is what does the

9    conversion, that the -- the way I would think about

10   the imaging device personally is that it's this

11   block called the image array.

12        Now, when you add other circuitry, the

13   entire integrated circuit is still doing that

14   conversion, but I think that Apple misunderstood

15   the argument, and that's the -- what I'm trying to

16   explain here is, responding to some of Apple's

17   noninfringement arguments, that it's the image

18   array that converts the optical image into an

19   analog signal, that, in fact, ███████████████

     ███████████████████████████████████

21        BY MS. TALLON:

22        Q.   So let me see if I can distill this.

23   The image sensor integrated circuit is the claimed

24   imaging device and also includes the claimed

25   imaging device; is that correct?

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

71

1      A.   As I'm trying to explain here, what

2  converts the analog signal -- what converts the

3  optical image into an analog signal is the image

4  array.

5      Q.   So is that the imaging device?  Yes or

6  no?

7      A.   That is an imaging device.

8      Q.   And the CMOS image sensor integrated

9  circuit is also an imaging device?

10     A.   Because it includes the image array.

11     Q.   So that's a yes?

12     A.   I would say just like we've talked

13  earlier about ███████████████████████████████

███  ███████████████████████████████████████

███  ███████████████████████████████████████

███  ██████████████████████████████████████

███  █████████

18     And here we're essentially using the term

19  device in an analogous way to say if -- if an

20  imaging device is an image array, then a piece of

21  silicon that includes that image array and other

22  things is also an imaging device.

23     Q.   So let's try this by analogy.  My pen

24  contains ink.  Is it also ink?

25     MR. RODRIGUEZ:  Objection to the form.

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

95

1    the A6 processor.

2         BY MS. TALLON:

3         Q.   So is the A6 -- reading this

4    discussion, and I really want you to focus on my

5    question because we only have limited time, and

6    your answers are tending to stray from the

7    question.

8         Is the A6 processor the compressor that was

9    identified in this chart, Exhibit 10, as the

10   claimed compressor?

11        MR. RODRIGUEZ:  Objection.  Argumentative.

12        BY MS. TALLON:

13        Q.   Yes or no?

14        A.   Well, as I've tried to describe, I

15   think what's been identified are the -- in each

16   accused product is a ███████████████████████

██   ████████████████████████████████████████████████

██   ██████████████████████████████  ████████████████

██   █████████████████████████████████████████████

██   █████████████████████████████████████████████

██   ██████████████

22        Q.   Is it the compressor?  Yes or no?

23        A.    Well, as I described earlier concerning

24   the image sensor, the -- and as you described

25   earlier or questioned me about earlier regarding



96

1    different blocks, ████████████████████  ████

2    ████████████████████████████████████████

3    ██████████████

4         The -- at a -- when you look into in more

5    detail -- ███████████████████████████

6    ████████████████████████████████████

7    ████████████████████████████████

8    ████████████████████████████████

9         ████████████████████████████████

10   ████████████████████████████████

11   ████████████████  ████████████████

12   ████████████████████████████████████

13   ████████████████████████████████

14        Q.   What notice does Exhibit 10 give Apple

15   and the court that █████████████████████

16   ██████████████

17        MR. RODRIGUEZ:  Objection to the extent it

18   calls for a legal conclusion.

19        BY MS. TALLON:

20        Q.   How is anyone looking at this supposed

21   to know that the ████████████████████████

22   ████████████████████████████████

23   ██████████████

24        MR. RODRIGUEZ:  Same objection.

25        THE WITNESS:  ████████████████████

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

97

15        BY MS. TALLON:

16            Q.   Now, you understand that the claim

17    requires a compressor that generates compressed

18    data by using a different compressing method for

19    moving and for still images, correct?

20            A.   Yes.

21            Q.   And you've said that looking at just

22    the JPEG codec, that could be a compressor outside

23    the context of the '449 claims, right?

24            A.   I've said that outside the context of

25    the '449, for example, if one was building a

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

134



17      Q.   Right.  So neither one of them standing

18   alone satisfies the decompression -- the

19   decompressor limitation, right?

20      A.   So the decompressor limitation is a

21   decompressor which decompresses said compressed

22   data by using a different decompression method

23   according to whether the said recorded compressed

24   data is a moving image signal or a still image

25   signal, and the moving image decompression is done

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013



135

1    by one of those portions, and the still image is

2    done by the other portion.

3

14         So Apple has identified one as being in a

15

17         Q.   So it doesn't really matter whether the

18   components required to satisfy the compressor or

19   decompressor limitation are in one block or not to

20   you, right?

21

136

14          A.    Hypothetically.  I mean, in practice I

15   identified specific areas in order to show where

16   the compression circuitry was for the various

17   limitations, but I didn't believe --

21          I believe one skilled in the art at the time

22   of the '449 invention would understand that if you

23   make a printed circuit board, for example, that

24   had -- that performed compression, it wouldn't

25   matter where on that printed circuit board you

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

148

1    report, Exhibit 10 that we've marked here today,

2    the contentions claim chart, on page 5, that

3    discusses the reproducing circuit limitation.  Let

4    me know when you're on that page.

5             A.   Okay.  I have it.

6             Q.   Okay.  And it says there:  For example,

7    the accused devices include a processor.  Each

8    processor also including a ███████████████████

     ████████████████████████████████

     ███████████████████████████████████████████████

     ███████████████████████████████████████████████

     ████████████████████████████████████████████████

     ████████████████████████████████████

14            Did I read that correctly?

15            A.   Yes, I believe you did.

16            Q.   Now, ████████████████████████████

     ██████████████████████████████████████████

     ██████  is it?

19            A.   The ███████████████████████████████

     ███████████████████████████████████████████████

     ████████████████████████████████████

22            Q.   And the audio subsystem that we were

23    talking about a moment ago is also not part of the

24    ██████████████████

     ███      ████    ████████████████████████████████

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013



DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

150



```
1        ██  ██████████████████████
██   ████████████████████████████████
██   ████████████████████████████████
██   ████████████████████████████████
██   ████████████
6        Q.   So let me see if I have this right.
7   Based on your testimony today, is it correct -- and
8        ████████████████████████████████
██   ████████████████████████████████
██   ████████████████████████████
██   ████████████████████████████
██   ████████████████████████████
██   ████████
14       A.   I'm sorry, could -- could you repeat
15  that one more time?
16       ██   ██████   ████████████████████
██   ████████████████████████████
██   ██████████████████████
19       A.   No.
20       Q.   How is that statement incorrect?
21       ██   ████████████████████████
██   ████████████████████████████
██   ████████████████████████
24       Q.   So then let me revise my statement.
25       Is it your ████████████████████████
```

DEPOSITION OF KENNETH ALAN PARULSKI
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

151

1

3          MR. RODRIGUEZ:   Objection to the form.

4

14          BY MS. TALLON:

15

18          A.   I'm not understanding the distinction

19     you're drawing here.

20