UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT EXPERT REPORTS REGARDING SAMSUNG PATENTS** |

1  Plaintiff Apple Inc. ("Apple") has filed a Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents ("Apple's Motion to Strike").

Having considered the arguments of the parties and the papers submitted, and for good cause having been shown, IT IS SO ORDERED that the Court strikes portions of certain reports submitted by Dan Schonfeld, Kenneth A. Parulski, and Paul S. Min from the record pursuant to Federal Rule of Civil Procedure 37(c)(1) and the Patent Local Rules.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                        Hon. Paul S. Grewal
                                        United States District Judge