QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S *MARKMAN* ORDER** |

1   Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung

2   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3   "Samsung") hereby bring this administrative motion to file under seal the following documents or

4   portions thereof relating to Samsung's Motion to Strike Expert Testimony Based on Undisclosed

5   Theories and Claim Constructions Inconsistent with the Court's *Markman* Order:

6       1.      The confidential, unredacted version of Samsung's Motion to Strike Expert

7   Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's

8   *Markman* Order.

9       2.      Exhibit 1 to the Declaration of Todd Briggs in Support of Samsung's Motion to

10  Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent

11  with the Court's *Markman* Order, Apple's Objections and Responses to Interrogatory No. 46,

12  dated July 15, 2013.

13      3.      Exhibit 5 to the Declaration of Todd Briggs in Support of Samsung's Motion to

14  Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent

15  with the Court's *Markman* Order, excerpts from the Fuja Opening Report, dated August 12, 2013.

16      4.      Exhibit 6 to the Declaration of Todd Briggs in Support of Samsung's Motion to

17  Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent

18  with the Court's *Markman* Order, excerpts from the Fuja Rebuttal Report, dated September 13,

19  2013.

20      5.      Exhibit 7 to the Declaration of Todd Briggs in Support of Samsung's Motion to

21  Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent

22  with the Court's *Markman* Order, excerpts from the Storer Opening Report, dated August 12,

23  2013.

24      6.      Exhibit 8 to the Declaration of Todd Briggs in Support of Samsung's Motion to

25  Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent

26  with the Court's *Markman* Order, excerpts from the Storer Rebuttal Report, dated September 13,

27  2013.

28

7.      Exhibit 9 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order, excerpts from the Taylor Opening Report, dated August 12, 2013.

8.      Exhibit 10 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order, excerpts from the Taylor Rebuttal Report, dated September 13, 2013.

9.      Exhibit 11 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order, excerpts from Apple's Objections and Responses to Interrogatory No. 12, dated July 15, 2013.

10.      Exhibit 12 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order, excerpts from the Fuja Deposition, dated September 19-20, 2013.

11.      Exhibit 13 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order, excerpts from the Storer Deposition, dated September 26-27, 2013.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Todd Briggs in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order, filed herewith.  In short, the above documents discuss and refer to material designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE"

1    under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or

2    otherwise deemed confidential.  Samsung accordingly requests that the Court order the

3    information filed under seal, and expects that Apple will comply with L.R. 79-5(e) by filing an

4    appropriate declaration with the Court for those portions and documents that reference Apple-

5    designated information.  Samsung's entire filing will be filed with the Court pursuant to L.R. 79-5

6    and served on all parties.

7         Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel

8    regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File

9    Documents Under Seal Relating to Samsung's Motion to Strike Expert Testimony Based on

10   Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order as a

11   procedural mechanism for filing portions of Samsung's Motion to Strike Expert Testimony Based

12   on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order

13   and supporting documents under seal.  Apple reserves the right to challenge any proposed

14   redactions to the extent it believes those redactions improperly seal non-confidential information.

15

16   DATED:  November 5, 2013              QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
17

18

19                                        By */s/ Todd Briggs*
                                             Charles K. Verhoeven
20                                           Kevin P.B. Johnson
                                             Victoria F. Maroulis
21                                           William C. Price

22                                        Attorneys for Defendants
23                                        SAMSUNG ELECTRONICS CO., LTD.,
                                          SAMSUNG ELECTRONICS AMERICA, INC.,
24                                        and SAMSUNG TELECOMMUNICATIONS
                                          AMERICA, LLC
25

26

27

28

SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED
THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S  *MARKMAN* ORDER

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file Samsung's Administrative Motion To File Documents Under Seal Relating to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Todd Briggs has concurred in this filing.


Dated:  November 5, 2013                              */s/ Victoria Maroulis*
                                                              Victoria Maroulis

Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED
THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S  *MARKMAN* ORDER