1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 10 APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 11         Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE** |
| 12     vs. | **MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO** |
| 13 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON** |
| 14 ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | **UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT** |
| 15 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **WITH THE COURT'S *MARKMAN* ORDER** |
| 16 | |
| 17         Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-CV-00630-LHK (PSG)

[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON
UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S
*MARKMAN* ORDER

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order. The Court finds that Samsung's sealing request is narrowly tailored and justified.  Therefore, the following documents or portions thereof may be filed under seal consistent with Samsung's requests:

1.      The confidential, unredacted version of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order.

2.      Exhibit 1 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order, Apple's Objections and Responses to Interrogatory No. 46, dated July 15, 2013.

3.      Exhibit 5 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order, excerpts from the Fuja Opening Report, dated August 12, 2013.

4.      Exhibit 6 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order, excerpts from the Fuja Rebuttal Report, dated September 13, 2013.

5.      Exhibit 7 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order, excerpts from the Storer Opening Report, dated August 12, 2013.

6.      Exhibit 8 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent

1    with the Court's *Markman* Order, excerpts from the Storer Rebuttal Report, dated September 13,

2    2013.

3            7.      Exhibit 9 to the Declaration of Todd Briggs in Support of Samsung's Motion to

4    Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent

5    with the Court's *Markman* Order, excerpts from the Taylor Opening Report, dated August 12,

6    2013.

7            8.      Exhibit 10 to the Declaration of Todd Briggs in Support of Samsung's Motion to

8    Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent

9    with the Court's *Markman* Order, excerpts from the Taylor Rebuttal Report, dated September 13,

10   2013.

11           9.      Exhibit 11 to the Declaration of Todd Briggs in Support of Samsung's Motion to

12   Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent

13   with the Court's *Markman* Order, excerpts from Apple's Objections and Responses to

14   Interrogatory No. 12, dated July 15, 2013.

15           10.     Exhibit 12 to the Declaration of Todd Briggs in Support of Samsung's Motion to

16   Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent

17   with the Court's *Markman* Order, excerpts from the Fuja Deposition, dated September 19-20,

18   2013.

19           11.     Exhibit 13 to the Declaration of Todd Briggs in Support of Samsung's Motion to

20   Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent

21   with the Court's *Markman* Order, excerpts from the Storer Deposition, dated September 26-27,

22   2013.

23

24           Accordingly, for the good cause shown, the Court HEREBY ORDERS that these

25   documents  may be filed under seal.

26

27

28

-2-                        Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON
UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S
*MARKMAN* ORDER

1   DATED: _____          _____

2                                          The Honorable Paul S. Grewal
                                           United States Magistrate Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON
UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S
*MARKMAN* ORDER