# EXHIBIT 2

WILMERHALE

July 19, 2013

**Peter J. Kolovos**

+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

**BY ELECTRONIC MAIL**

Amar L. Thakur, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Email: amarthakur@quinnemanuel.com

Re:     Apple Inc. v. Samsung Electronics Co. Ltd., et al.,
         Case No. 12-cv-00630 (N.D. Cal.)

Dear Amar:

I write to follow up on certain issues discussed during the parties' lead counsel meet and confer on July 18, 2013.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

WILMERHALE

Amar L. Thakur, Esq.
July 19, 2013
Page 4


INTENTIONALLY OMITTED FROM EXHIBIT/RECORD


Samsung's Interrogatory No. 46
Apple is continuing to consider its position on this interrogatory.  Please note that Apple
presently intends to request that Judge Koh set a schedule for a supplemental claim construction
process at the July 31 case management conference.

INTENTIONALLY OMITTED FROM
EXHIBIT/RECORD

WILMERHALE

Amar L. Thakur, Esq.
July 19, 2013
Page 5

Very truly yours,

/s/ *Peter J. Kolovos*

Peter J. Kolovos

ActiveUS 112947338v.1