# EXHIBIT 3

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
**amarthakur@quinnemanuel.com**

July 19, 2013

**Via Electronic Mail**

Rod Stone                                              Peter J. Kolovos
Gibson, Dunn & Crutcher LLP                            Wilmer Cutler Pickering Hale and Dorr LLP
333 South Grand Avenue                                 60 State Street
Los Angeles, CA 90071-3197                             Boston, MA 02179

Re:    Apple Inc. v. Samsung Elecs. Co., Ltd., Case No. 12-cv-0630 LHK (PSG)

Dear Counsel:

I write to follow-up on the parties' discussions of various discovery issues raised by Samsung at yesterday's lead trial counsel meet and confer (the "LCMC").

**INTENTIONALLY
OMITTED FROM
EXHIBIT/RECORD**

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

- <u>Samsung Interrogatory No. 46</u>.  Apple's objection is that the court set a process for claim construction and this interrogatory seeks information additional to the court's process.  Samsung stated the purpose of this interrogatory was to determine whether Apple contends other terms need to be construed.  Apple asked whether Samsung would agree to possible later claim construction.  Samsung stated it would not take a position on that issue now.  Apple stated that if we do not hear from it by Friday, Samsung may assume it is standing on its position not to supplement.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

5

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

Very truly yours,

*Amar L. Thakur*

Amar L. Thakur

02198.51990/5426099.1

6