# EXHIBIT 4

| | |
|---|---|
| **From:** | Amar Thakur |
| **To:** | "Stone, Rod"; "Kolovos, Peter"; "WH Apple Samsung NDCal II Service"; "*** Apple/Samsung (Apple/Samsung@gibsondunn.com)" |
| **Cc:** | Samsung NEW |
| **Subject:** | Apple v. Samsung (NDCA2) - Samsung"s response re Resolution of Discovery Issues |
| **Date:** | Monday, July 22, 2013 1:05:36 PM |

**Rod/Peter,**

**Please see our comments below in bold.**

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

**As a result of this Agreement, neither party will not file any motions to compel today, July 22, 2013.**