QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S *MARKMAN* ORDER**<br><br>Date:  December 10, 2013<br>Time:  10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

I, Todd Briggs, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of Apple's Objections and Responses to Interrogatory No. 46, dated July 15, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of a Letter from Kolovos to Thakur, dated July 19, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of a Letter from Thakur to Stone and Kolovos, dated July 19, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of a E-mail from Thakur to Stone and Kolovos, July 22, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Fuja Opening Report, dated August 12, 2013.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Fuja Rebuttal Report, dated September 13, 2013.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Storer Opening Report, dated August 12, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Storer Rebuttal Report, dated September 13, 2013.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Taylor Opening Report, dated August 12, 2013.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Taylor Rebuttal Report, dated September 13, 2013.

1    12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from Apple's

2 Objections and Responses to Interrogatory No. 12, dated July 15, 2013.

3    13.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Fuja

4 Deposition, dated September 19-20, 2013.

5    14.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Storer

6 Deposition, dated September 26-27, 2013.

7    I declare under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.

10    Executed on November 5, 2013, at Redwood Shores, California.

11                            */s/ Todd Briggs*
                              Todd Briggs

-2-   Case No. 12-CV-00630-LHK (PSG)
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S MARKMAN ORDER

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Todd Briggs has concurred in this filing.

Dated:  November 5, 2013          */s/ Victoria Maroulis*
                                                    Victoria Maroulis