UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S *MARKMAN* ORDER** |

1  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Strike
3  Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the
4  Court's *Markman* Order ("Motion to Strike").

5  Having considered Samsung's Motion to Strike, the papers submitted by the parties and
6  argument by counsel, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS
7  Samsung's Motion to Strike and ORDERS that, to the extent that they rely on undisclosed theories
8  and claim constructions inconsistent with the Court's *Markman* order as set forth in Samsung's
9  Memorandum of Points and Authorities, Apple shall be precluded from citing, basing testimony
10 on, offering expert testimony corresponding to, or in any other way relying on the offending
11 portions of the following Apple expert reports, which are hereby stricken:

12  1. August 12, 2013, Expert Report of Richard Newton Taylor, Ph.D. Regarding
13 Invalidity of the Asserted Claims of U.S. Patent No. 7,557,757;

14  2. September 13, 2013 Expert Report of Richard Newton Taylor, Ph.D. Regarding
15 Noninfringement of the Asserted Claims of U.S. Patent No. 7,577,757;

16  3. August 12, 2013 Expert Report of Dr. Thomas E. Fuja Regarding Invalidity of U.S.
17 Patent Nos. 7,756,087 and 7,551,596;

18  4. September 13, 2013 Expert Report of Dr. Thomas E. Fuja Regarding Non-
19 Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596;

20  5. August 12, 2013 Expert Report of James A. Storer, Ph.D. Regarding Invalidity of
21 the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449; and

22  6. September 13, 2013 Corrected Expert Report of James A. Storer, Ph.D. Regarding
23 Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

24  **IT IS SO ORDERED.**

25

26 DATED: _____         _____
27                                       The Honorable Paul S. Grewal
                                         United States Magistrate Judge
28