1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17                    UNITED STATES DISTRICT COURT
18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits this motion for an order to seal the following documents or portions thereof relating to Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories in order to protect information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential:

3. The confidential, unredacted version of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, portions of which Samsung has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

4. Exhibit 8 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories contains Apple's Objections and Responses to Samsung's Interrogatory No. 25, served July 15, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

5. Exhibit 9 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories contains Apple's Objections and Responses to Samsung's Interrogatory No. 42, served June 13, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

6. Exhibit 10 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories contains excerpts of Apple's Opening Expert Report of Dr. Alex Snoeren served August 12, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case, and should be filed under seal as detailed in the accompanying Declaration of Daniel Wooseob Shim ("Shim Declaration").

7. Exhibit 11 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories contains excerpts of Exhibit 4 to Apple's Opening Expert Report of Dr. Alex Snoeren served August 12, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case, and should be filed under seal as detailed in the accompanying Shim Declaration.

8. Exhibit 12 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories contains the Errata to Apple's Opening Expert Report of Dr. Alex Snoeren, served August 30, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case and should be filed under seal as detailed in the accompanying Shim Declaration.

9. Exhibit 13 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories contains excerpts of Apple's Rebuttal Expert Report of Dr. Alex C. Snoeren, served September 13, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

10. Exhibit 14 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories contains the Errata to Apple's Opening Expert Report of Dr. Alex Snoeren, served September 24, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –

1  SOURCE CODE" under the Protective Order entered in this case and should be filed under seal as
2  detailed in the accompanying Shim Declaration.
3       11.    Exhibit 15 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
4  to Strike Expert Testimony Based On Previously Undisclosed Theories contains the Errata to
5  Exhibit 3 to Apple's Opening Expert Report of Dr. Alex C. Snoeren, served September 24, 2013,
6  which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES
7  ONLY – SOURCE CODE" under the Protective Order entered in this case.
8       12.    Exhibit 16 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
9  to Strike Expert Testimony Based On Previously Undisclosed Theories contains a redline
10 document comparing the Errata to Exhibit 3 to Apple's Opening Expert Report of Dr. Alex C.
11 Snoeren, served September 24, 2013, to Exhibit 3 to Apple's Opening Expert Report of Dr. Alex
12 C. Snoeren, served August 12, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL
13 – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order
14 entered in this case.
15      13.    Exhibit 17 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
16 to Strike Expert Testimony Based On Previously Undisclosed Theories contains Apple's
17 Objections and Responses to Samsung's Interrogatory No. 5, served July 15, 2013, which Apple
18 has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –
19 SOURCE CODE" under the Protective Order entered in this case or otherwise deemed
20 confidential business information, and should be filed under seal as detailed in the accompanying
21 Shim Declaration.
22      14.    Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
23 to Strike Expert Testimony Based On Previously Undisclosed Theories contains excerpts of the
24 sworn deposition transcript of Dr. Alex Snoeren dated September 25, 2013, which Apple has
25 designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective
26 Order entered in this case.
27      15.    Exhibit 20 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
28 to Strike Expert Testimony Based On Previously Undisclosed Theories contains Apple's

1  Objections and Responses to Samsung's Interrogatory No. 26, served July 15, 2013, which Apple
2  has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –
3  SOURCE CODE" under the Protective Order entered in this case.

4       16.    Exhibit 21 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
5  to Strike Expert Testimony Based On Previously Undisclosed Theories contains Apple's
6  Objections and Responses to Samsung's Interrogatory No. 46, served July 15, 2013, which Apple
7  has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –
8  SOURCE CODE" under the Protective Order entered in this case.

9       17.    Exhibit 23 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
10 to Strike Expert Testimony Based On Previously Undisclosed Theories contains Apple's
11 Infringement Claim Chart for the Samsung Galaxy S III of U.S. Patent No. 6,847,959, served July
12 10, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE
13 ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case
14 and should be filed under seal as detailed in the accompanying Shim Declaration.

15      18.    Exhibit 27 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
16 to Strike Expert Testimony Based On Previously Undisclosed Theories contains excerpts of
17 Apple's Initial Expert Report of Dr. Todd C. Mowry, served August 12, 2013, which Apple has
18 designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –
19 SOURCE CODE" under the Protective Order entered in this case and should be filed under seal as
20 detailed in the accompanying Shim Declaration.

21      19.    Exhibit 28 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
22 to Strike Expert Testimony Based On Previously Undisclosed Theories contains excerpts of
23 Apple's Rebuttal Expert Report of Dr. Todd C. Mowry, served September 13, 2013, which Apple
24 has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –
25 SOURCE CODE" under the Protective Order entered in this case.

26      20.    Exhibit 29 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
27 to Strike Expert Testimony Based On Previously Undisclosed Theories contains excerpts of the
28 sworn deposition transcript of Thomas Deniau, taken in this case on July 12, 2013, which Apple

1  has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the
2  Protective Order entered in this case or otherwise deemed confidential business information.
3       21.    Exhibit 31 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
4  to Strike Expert Testimony Based On Previously Undisclosed Theories contains excerpts of the
5  sworn deposition transcript of Gordon Freedman, taken in this case on January 16, 2013, which
6  Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the
7  Protective Order entered in this case or otherwise deemed confidential business information.
8       22.    Exhibit 33 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
9  to Strike Expert Testimony Based On Previously Undisclosed Theories contains excerpts of the
10 sworn deposition transcript of Dr. Todd C. Mowry, taken in this case on September 19, 2013,
11 which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"
12 under the Protective Order entered in this case or otherwise deemed confidential business
13 information.
14      23.    Exhibit 34 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
15 to Strike Expert Testimony Based On Previously Undisclosed Theories contains Apple's
16 Infringement Claim Chart for the Samsung Galaxy S II for U.S. Patent No. 6,847,959, served July
17 10, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE
18 ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case,
19 and should be filed under seal as detailed in the accompanying Shim Declaration.
20      24.    Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has
21 been filed electronically with the Court and served on all parties.
22      I declare under penalty of perjury under the laws of the United States of America that the
23 foregoing is true and correct.
24      Executed on November 5, 2013, at Los Angeles, California.
25
26                                         */s/ Michael L. Fazio*
27                                         Michael L. Fazio
28

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  November 5, 2013                    */s/ Patrick D. Curran*
                                                                  Patrick D. Curran