QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATED TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES** |

I, Daniel Wooseob Shim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's administrative motion to file under seal documents related to Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories ("Motion to Strike"). Specifically, Samsung seeks to seal portions of Samsung's Motion to Strike; and Exhibits 10, 11, 12, 14, 17, 23, 27, 34 to the Declaration of Michael Fazio in Support of Samsung's Motion to Strike.

3. I understand that some of the documents Samsung seeks to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties. I have reviewed partially redacted versions of the documents that exclude Apple and third-party confidential information.

4. The documents Samsung seeks to seal include Samsung's source code, detailed descriptions of the operations of Samsung's source code, and survey data Samsung purchased from third parties under confidentiality agreements. The portions of the exhibits in support of Samsung's Motion to Strike that Samsung seeks to seal and the type of information are identified below:

| Document Filed In Connection With Samsung's Motion to Strike | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Fazio Motion to Strike Decl. Ex. 10 (excerpts of Apple's Opening Report of Dr. Alex Snoeren, served August 12, 2013) | p. 36 ¶ 123 lines 4-7; <br> p. 37 ¶ 123 lines 1-8; <br> p. 79 ¶ 202 lines 5-15; <br> p. 96 ¶ 257 lines 6-9; <br> p. 96 ¶ 258 lines 11-13; <br> p. 96 ¶ 259 lines 14-17; <br> p. 99 ¶ 277 lines 18-23; <br> p. 99 ¶ 278 lines 24-25; | Detailed descriptions of the operation of Samsung's source code. |

| Document Filed In Connection With Samsung's Motion to Strike | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | p. 102 ¶ 292 lines 4-10; p. 102 ¶ 293 lines 11-12; p. 102 ¶ 296 lines 20-27; p. 174 ¶ 472 lines 10-13; p. 174 ¶ 473 lines 14-21; p. 175 ¶ 475 lines 5-7. | |
| Fazio Motion to Strike Decl. Ex. 11 (excerpts of Exhibit 4 to Apple's Opening Expert Report of Dr. Alex Snoeren, served August 12, 2013) | The document in its entirety. | Detailed descriptions of the operation of Samsung's source code. |
| Fazio Motion to Strike Decl. Ex. 12 (Errata to Apple's Opening Expert Report of Dr. Alex Snoeren, served August 30, 2013) | The document in its entirety. | Detailed descriptions of the operation of Samsung's source code. |
| Fazio Motion to Strike Decl. Ex. 14 (Errata to Apple's Opening Expert Report of Dr. Alex Snoeren, served September 24, 2013) | The document in its entirety. | Detailed descriptions of the operation of Samsung's source code. |
| Fazio Motion to Strike Decl. Ex. 17 (excerpt of Apple's Objections and Responses to Samsung's Interrogatory No. 5, served July 15, 2013 | p. 6 line 22-26; p. 7 lines 1-8; p. 12 lines 7-19; p. 15 lines 20-22; p. 20 lines 1-10, 14-16, 26; p. 21 lines 1-16. | Internal Samsung communications and analyses regarding Samsung product and feature development and consumer behavior. |
| *Id.* | p. 3 lines 11-16 | Data regarding Samsung's licensing activities. |
| Fazio Motion to Strike Decl. Ex. 23 (Apple's Infringement Claim Chart for the Samsung | p. 10 lines 6-8, 15-16, 22, and footnotes 12 and 14; | Detailed descriptions of the operation of Samsung's source code in the Galaxy S III. |

| Document Filed In Connection With Samsung's Motion to Strike | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Galaxy S III of U.S. Patent No. 6,847,959, served July 10, 2013) | p. 11 lines 1-19, 22-24, and footnotes 16, 17, and 18. | Detailed descriptions of the operation of Samsung's source code. |
| Fazio Motion to Strike Decl. Ex. 27 (excerpts of Apple's Initial Expert Report of Dr. Todd C. Mowry, served August 12, 2013) | p. 99 ¶ 252 lines 25-27; p. 100 ¶ 252 lines 1-3, 7-9. | Detailed descriptions of the operation of Samsung's source code. |
| Fazio Motion to Strike Decl. Ex. 34 (Apple's Infringement Claim Chart for the Samsung Galaxy S II for U.S. Patent No. 6,847,959, served July 10, 2013) | p. 10 line 22; p. 11 lines 1-8. | Detailed descriptions of the operation of Samsung's source code. |

5. Portions of Samsung's Motion to Strike reflect the confidential information listed in paragraph 4 and should be sealed for the same reasons.

6. As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

7. Information about Samsung's internal product development processes and design-around times are likewise highly confidential because competitors could use the information to estimate Samsung's development time frames and release dates. Competitors could then try to beat Samsung to the market, removing any first-mover advantage Samsung may otherwise enjoy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Suwon, South Korea on November 5, 2013.

*/s/ Daniel Wooseob Shim*

Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated:  November 5, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran

-4-   Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF DANIEL WOOSEOB SHIM