1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10   APPLE INC., a California corporation,          CASE NO. 12-CV-00630-LHK (PSG)

11              Plaintiff,                          **[PROPOSED] ORDER GRANTING
                                                    SAMSUNG'S ADMINISTRATIVE
12         vs.                                      MOTION TO FILE DOCUMENTS
                                                    UNDER SEAL RELATING TO
13   SAMSUNG ELECTRONICS CO., LTD., a               SAMSUNG'S MOTION TO STRIKE
     Korean business entity; SAMSUNG                EXPERT TESTIMONY BASED ON
14   ELECTRONICS AMERICA, INC., a New               PREVIOUSLY UNDISCLOSED
     York corporation; SAMSUNG                      THEORIES**
15   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,

16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-CV-00630-LHK (PSG)

[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2  Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion

3  to File Documents Under Seal Relating to Samsung's Motion to Strike Expert Testimony Based

4  On Previously Undisclosed Theories.  The Court finds that Samsung's sealing request is narrowly

5  tailored and justified.  Therefore, the following documents or portions thereof may be filed under

6  seal consistent with Samsung's requests:

7    1.    The confidential, unredacted version of Samsung's Motion to Strike Expert

8  Testimony Based On Previously Undisclosed Theories.

9    2.    Exhibit 8 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

10  to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Objections and

11  Responses to Samsung's Interrogatory No. 25, served July 15, 2013.

12    3.    Exhibit 9 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

13  to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Objections and

14  Responses to Samsung's Interrogatory No. 42, served June 13, 2013.

15    4.    Exhibit 10 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

16  to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of Apple's

17  Opening Expert Report of Dr. Alex Snoeren, served August 12, 2013.

18    5.    Exhibit 11 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

19  to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of Exhibit 4 to

20  Apple's Opening Expert Report of Dr. Alex Snoeren, served August 12, 2013.

21    6.    Exhibit 12 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

22  to Strike Expert Testimony Based On Previously Undisclosed Theories, the Errata to Apple's

23  Opening Expert Report of Dr. Alex Snoeren, served August 30, 2013.

24    7.    Exhibit 13 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

25  to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of Apple's

26  Rebuttal Expert Report of Dr. Alex C. Snoeren, served September 13, 2013.

27

28

1    8.    Exhibit 14 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

2 to Strike Expert Testimony Based On Previously Undisclosed Theories, the Errata to Apple's

3 Opening Expert Report of Dr. Alex Snoeren, served September 24, 2013.

4    9.    Exhibit 15 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

5 to Strike Expert Testimony Based On Previously Undisclosed Theories, the Errata to Exhibit 3 to

6 Apple's Opening Expert Report of Dr. Alex C. Snoeren, served September 24, 2013.

7    10.    Exhibit 16 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

8 to Strike Expert Testimony Based On Previously Undisclosed Theories, a redline document

9 comparing the Errata to Exhibit 3 to Apple's Opening Expert Report of Dr. Alex C. Snoeren,

10 served September 24, 2013, to Exhibit 3 to Apple's Opening Expert Report of Dr. Alex C.

11 Snoeren, served August 12, 2013.

12    11.    Exhibit 17 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

13 to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Objections and

14 Responses to Samsung's Interrogatory No. 5, served July 15, 2013.

15    12.    Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

16 to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of the sworn

17 deposition transcript of Dr. Alex Snoeren dated September 25, 2013.

18    13.    Exhibit 20 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

19 to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Objections and

20 Responses to Samsung's Interrogatory No. 26, served July 15, 2013.

21    14.    Exhibit 21 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

22 to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Objections and

23 Responses to Samsung's Interrogatory No. 46, served July 15, 2013.

24    15.    Exhibit 23 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

25 to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Infringement

26 Claim Chart for the Samsung Galaxy S III of U.S. Patent No. 6,847,959, served July 10, 2013.

27

28

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE

1    16.    Exhibit 27 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

2  to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of Apple's Initial

3  Expert Report of Dr. Todd C. Mowry, served August 12, 2013.

4    17.    Exhibit 28 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

5  to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of Apple's

6  Rebuttal Expert Report of Dr. Todd C. Mowry, served September 13, 2013.

7    18.    Exhibit 29 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

8  to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of the sworn

9  deposition transcript of Thomas Deniau, taken in this case on July 12, 2013.

10    19.    Exhibit 31 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

11  to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of the sworn

12  deposition transcript of Gordon Freedman, taken in this case on January 16, 2013.

13    20.    Exhibit 33 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

14  to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of the sworn

15  deposition transcript of Dr. Todd C. Mowry, taken in this case on September 19, 2013.

16    21.    Exhibit 34 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

17  to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Infringement

18  Claim Chart for the Samsung Galaxy S II for U.S. Patent No. 6,847,959, served July 10, 2013.

19    Accordingly, for good cause shown, the Court HEREBY ORDERS that these documents

20  may be filed under seal.

21

22  DATED:    _____

23    The Honorable Paul S. Grewal
    United States Magistrate Judge

24

25

26

27

28

[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE