QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S NOTICE OF MOTION AND MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES**<br><br>Date:  December 10, 2013<br>Time: 10:00 a.m.<br>Place: Courtroom 5<br>Judge: Honorable Paul S. Grewal |

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of proceedings in this case before the Honorable Lucy H. Koh, on July 31, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of Apple's Disclosure of Asserted Claims and Infringement Contentions, served June 15, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit 140 to Apple's Disclosure of Asserted Claims and Infringement Contentions, served June 15, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of Samsung's Fourteenth Set of Requests for Production of Documents and Things, served March 1, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of Samsung's Seventh Set of Requests for Production of Documents and Things, served October 29, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of Apple's Objections and Responses to Samsung's Fourteenth Set of Requests for Production of Documents and Things, served April 10, 2013.

8. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt of Apple's Objections and Responses to Samsung's Seventh Set of Requests for Production of Documents and Things, served November 28, 2012.

9. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt of Apple's Objections and Responses to Samsung's Interrogatory No. 25, served July 15, 2013.

10. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt of Apple's Objections and Responses to Samsung's Interrogatory No. 42, served June 13, 2013.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of Apple's Opening Expert Report of Dr. Alex C. Snoeren, served August 12, 2013.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of Exhibit 4 to Apple's Opening Expert Report of Dr. Alex C. Snoeren, served August 12, 2013.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Errata to Apple's Opening Expert Report of Dr. Alex C. Snoeren, served August 30, 2013.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of Apple's Rebuttal Expert Report of Dr. Alex C. Snoeren, served September 13, 2013.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Errata to Apple's Opening Expert Report of Dr. Alex C. Snoeren, served September 24, 3013.

16. Attached hereto as Exhibit 15 is a true and correct copy of Errata to Exhibit 3 to Apple's Opening Expert Report of Dr. Alex C. Snoeren, served September 24, 2013.

17. Attached hereto as Exhibit 16 is a true and correct copy of a redline document comparing the Errata to Exhibit 3 to Apple's Opening Expert Report of Dr. Alex C. Snoeren, served September 24, 2013, to Exhibit 3 to Apple's Opening Expert Report of Dr. Alex C. Snoeren, served August 12, 2013.

18. Attached hereto as Exhibit 17 is a true and correct copy of an excerpt of Apple's Objections and Responses to Samsung's Interrogatory No. 5, served July 15, 2013.

19. Attached hereto as Exhibit 18 is a true and correct copy of U.S. Patent No. 7,761,414.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the sworn deposition of Dr. Alex C. Snoeren, taken in this case on September 25, 2013.

21. Attached hereto as Exhibit 20 is a true and correct copy of an excerpt of Apple's Objections and Responses to Samsung's Interrogatory No. 26, served July 15, 2013.

22. Attached hereto as Exhibit 21 is a true and correct copy of an excerpt of Apple's Objections and Responses to Samsung's Interrogatory No. 46, served July 15, 2013.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts of the transcript of proceedings in this case before the Honorable Lucy H. Koh, on February 14, 2013.

1  24. Attached hereto as Exhibit 23 is a true and correct copy of Apple's Infringement
2  Claim Chart for the Samsung Galaxy S III for U.S. Patent No. 6,847,959, served July 10, 2013.
3  25. Attached hereto as Exhibit 24 is a true and correct copy of a letter from Matthew
4  Warren of Quinn Emanuel to Mark Lyon of Gibson Dunn, dated August 24, 2012.
5  26. Attached hereto as Exhibit 25 is a true and correct copy of a letter from Matthew
6  Warren of Quinn Emanuel to Michael Valek of Gibson Dunn, dated March 31, 2013.
7  27. Attached hereto as Exhibit 26 is a true and correct copy of a letter from Matthew
8  Warren of Quinn Emanuel to Joshua Furman of Gibson Dunn, dated May 18, 2013.
9  28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts of the Initial
10 Expert Report of Dr. Todd C. Mowry, served August 12, 2013.
11 29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts of the Rebuttal
12 Expert Report of Dr. Todd C. Mowry, served September 13, 2013.
13 30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts of the sworn
14 deposition of Thomas Deniau, taken in this case on July 12, 2013.
15 31. Attached hereto as Exhibit 30 is a true and correct copy of U.S. Patent No.
16 6,847,959.
17 32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts of the sworn
18 deposition of Gordon Freedman, taken in this case on January 16, 2013.
19 33. Attached hereto as Exhibit 32 is a true and correct copy of an email from Robert
20 Vincent to Zachariah Summers, sent September 30, 2013.
21 34. Attached hereto as Exhibit 33 is a true and correct copy of excerpts of the sworn
22 deposition of Dr. Todd C. Mowry, taken in this case on September 19, 2013.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

35.  Attached hereto as Exhibit 34 is a true and correct copy of Apple's Infringement Claim Chart for the Samsung Galaxy S II for U.S. Patent No. 6,847,959, served July 10, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2013, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

**ATTESTATION**

I, Patrick D. Curran, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  November 5, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran