# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4


 5
        APPLE INC., A CALIFORNIA         )  C-12-00630 LHK
 6      CORPORATION,                     )
                                         )  SAN JOSE, CALIFORNIA
 7                      PLAINTIFF,       )
                                         )  JULY 31, 2013
 8              VS.                      )
                                         )  PAGES 1-64
 9      SAMSUNG ELECTRONICS CO., LTD.,   )
        A KOREAN BUSINESS ENTITY;        )
10      SAMSUNG ELECTRONICS AMERICA,     )
        INC., A NEW YORK CORPORATION;    )
11      SAMSUNG TELECOMMUNICATIONS       )
        AMERICA, LLC, A DELAWARE         )
12      LIMITED LIABILITY COMPANY,       )
                                         )
13                      DEFENDANTS.      )
                                         )
14

15

16                     TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE LUCY H. KOH
17                  UNITED STATES DISTRICT JUDGE

18

19

20                     APPEARANCES ON NEXT PAGE

21

22

23    OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2     A P P E A R A N C E S:

 3     FOR APPLE:            GIBSON, DUNN & CRUTCHER
                             BY:  JOSH A. KREVITT
 4                           200 PARK AVENUE
                             NEW YORK, NEW YORK  10166
 5
                             BY:  H. MARK LYON
 6                           1881 PAGE MILL ROAD
                             PALO ALTO, CALIFORNIA  94304
 7
                             WILMER, CUTLER, PICKERING,
 8                           HALE AND DORR
                             BY:  WILLIAM F. LEE
 9                           60 STATE STREET
                             BOSTON, MASSACHUSETTS  02109
10
                             BY:  MARK D. SELWYN
11                           950 PAGE MILL ROAD
                             PALO ALTO, CALIFORNIA  94304
12
13     FOR SAMSUNG:          QUINN, EMANUEL, URQUHART,
                             OLIVER & HEDGES
14                           BY:  KEVIN P.B. JOHNSON
                                  VICTORIA F. MAROULIS
15                                ALEXANDER D. BAXTER
                             555 TWIN DOLPHIN DRIVE, 5TH FLOOR
16                           REDWOOD SHORES, CALIFORNIA  94065

17                           BY:  MARISSA R. DUCCA
                             1299 PENNSYLVANIA AVENUE NW #825
18                           WASHINGTON, D.C.  20004

19                           BY:  MAXIM PRICE
                             51 MADISON AVENUE, 22ND FLOOR
20                           NEW YORK, NEW YORK  10010

21

22

23

24

25
```

```
 1   WANT TO PRESENT ANY CLAIMS OR TERMS FOR CONSTRUCTION THAT MIGHT
 2   LATER BE DROPPED, AND OUR SUGGESTION WAS ONLY THAT THE PARTIES
 3   START THE PROCESS NOW SO IT'S TEE'D UP AFTER THE DROPPING OF
 4   THE CLAIMS FOR YOUR HONOR TO DECIDE.
 5            THE COURT:  BUT BY STARTING THAT PROCESS NOW WHEN THE
 6   PARTIES HAVEN'T EVEN DECIDED WHAT FINAL CLAIMS WILL BE IN THE
 7   TRIAL, WHAT IS THE POINT OF THAT?  TO GET A PREVIEW OF WHAT THE
 8   OTHER SIDE IS LIKELY THINKING IN TERMS OF WHAT'S GOING TO BE
 9   DROPPED?
10            MR. SELWYN:  WELL --
11            THE COURT:  I MEAN, I DID THE LAST CLAIM CONSTRUCTION
12   AND THAT TOOK AN IMMENSE AMOUNT OF RESOURCES AND TIME.
13      IF YOU WANT ANOTHER FULL-BLOWN CLAIM CONSTRUCTION, I'M
14   HAPPY TO DO THAT, BUT I'M GOING TO MOVE THIS TRIAL DATE AND I
15   WILL TURN THE TIME THAT I HAD DEDICATED TO THIS TRIAL TO
16   DEDICATE IT TO CLAIM CONSTRUCTION AND WE'LL PUSH THIS TRIAL
17   OFF.
18            MR. SELWYN:  AND WE'RE CERTAINLY NOT ASKING FOR THAT.
19            THE COURT:  OKAY.  WELL, I MEAN, I'M NOT GOING TO DO
20   UNNECESSARY CLAIM CONSTRUCTION.
21            MR. SELWYN:  CERTAINLY.
22            THE COURT:  SO --
23            MR. SELWYN:  THE REASON THAT WE THOUGHT NOW MIGHT BE
24   AN APPROPRIATE TIME FOR THE PARTIES TO BE MEETING AND
25   CONFERRING IS BECAUSE WE'RE GOING TO BE EXCHANGING EXPERT
```

|   |   |
|---|---|
| 1 | ABSOLUTELY, NECESSARILY HAS TO BE CONSTRUED, THEN I MIGHT DO |
| 2 | IT. |
| 3 | MR. JOHNSON: RIGHT. |
| 4 | THE COURT: BUT IF APPLE IS BASICALLY ASKING FOR A |
| 5 | SECOND ROUND OF CLAIM CONSTRUCTION, I WILL GIVE IT TO YOU, BUT |
| 6 | YOU WILL NOT HAVE THE TRIAL DATE THAT I'VE SET. OKAY? |
| 7 | MR. SELWYN: AND -- I UNDERSTAND, YOUR HONOR. |
| 8 | THE COURT: SO, YOU KNOW, I DO NOT WANT TO HAVE THE |
| 9 | SAME TYPE OF SUMMARY JUDGMENT SITUATION THAT I HAD LAST SUMMER, |
| 10 | WHICH WAS JUST PROVE UP EVERY SINGLE CLAIM IN THE CASE. I'M |
| 11 | JUST NOT GOING TO -- I DON'T HAVE THE RESOURCES TO DEAL WITH |
| 12 | THAT, AND I'M NOT GOING TO KEEP DEVOTING ALL OF THE COURT'S |
| 13 | RESOURCES ON THIS CASE. |
| 14 | SO IF IT'S ABSOLUTELY NECESSARY, DO IT. |
| 15 | BUT IF YOU'RE JUST TRYING TO GET ANOTHER MARKMAN HEARING |
| 16 | IN, YOU DO SO AT THE RISK OF LOSING YOUR TRIAL DATE. |
| 17 | MR. SELWYN: I UNDERSTAND, YOUR HONOR, AND THAT |
| 18 | WASN'T OUR GOAL OR POINT AT ALL. |
| 19 | THE COURT: UM-HUM. |
| 20 | MR. SELWYN: WE WERE JUST RAISING IT NOW IN THE HOPES |
| 21 | OF GETTING SOME GUIDANCE BECAUSE BOTH PARTIES HAD IDENTIFIED |
| 22 | THE LIKELIHOOD THAT THERE WOULD BE TERMS THAT WERE STILL IN |
| 23 | DISPUTE. THAT'S ALL. |
| 24 | THE COURT: WELL, I'M NOT GOING TO -- IF WHAT YOU'RE |
| 25 | REQUESTING IS THAT I ORDER SAMSUNG TO MEET AND CONFER NOW, I'M |