# EXHIBIT 2

| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (pro hac vice) |
| | jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| | mlyon@gibsondunn.com | HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| | 1881 Page Mill Road | Boston, Massachusetts 02109 |
| 4 | Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
| | Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| 5 | Facsimile: (650) 849-5333 | |
| 6 | MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| | mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| 7 | RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| | rhung@mofo.com | HALE AND DORR LLP |
| 8 | MORRISON & FOERSTER LLP | 950 Page Mill Road |
| | 425 Market Street | Palo Alto, CA 94304 |
| 9 | San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| | Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| 10 | Facsimile: (415) 268-7522 | |

**Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

        Plaintiff,

   v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

        Defendants.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

        Counterclaim-Plaintiffs,

   v.

APPLE INC., a California corporation,

        Counterclaim-Defendant.

CASE NO. 12-cv-00630-LHK (PSG)

**APPLE INC.'S DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS**

Judge: Hon. Lucy H. Koh

Pursuant to Patent Local Rules 3-1 and 3-2, Plaintiff Apple Inc. ("Apple") hereby submits the following Disclosure of Asserted Claims and Infringement Contentions.

Discovery is far from complete, and Apple is still seeking information from Samsung that may affect Apple's infringement contentions. Not all information about the Accused Instrumentalities is publicly available. Further still, Apple understands that Samsung intends to release products in the near future that infringe the asserted claims.

As such, Apple's investigation into the extent of infringement by Samsung is ongoing, and Apple makes these disclosures based on its current knowledge. In light of the foregoing, Apple reserves the right to supplement or amend these disclosures as further facts are revealed during the course of this litigation.

## I. DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

### A. Patent Local Rule 3-1(a) – Asserted Claims

Samsung is liable under 35 U.S.C. § 271(a)-(c) and (g) for infringement of:

1. Claims 2-6, 9-12, 17-21, 23-25, 27-37 of United States Patent No. 8,074,172 ("the '172 patent") (infringement claim charts attached as Exhibits 1-16);

2. Claims 1-2, 4-5, 8, 11, 13-17, 20, 22-24 and 26 of United States Patent No. 5,666,502 ("the '502 patent") (infringement claim charts attached as Exhibits 17-35);

3. Claims 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28 and 30-32 of United States Patent No. 7,761,414 ("the '414 patent) (infringement claim charts attached as Exhibits 36-53);

4. Claims 1-5 and 7-22 of United States Patent No. 8,014,760 ("the '760 patent) (infringement claim charts attached as Exhibits 54-68);

5. Claims 1, 6, 11 and 16-21 of United States Patent No. 8,086,604 ("the '604 patent") (infringement claim charts attached as Exhibits 69-86);

6. Claims 1-15 of United States Patent No. 8,046,721 ("the '721 patent") (infringement claim charts attached as Exhibits 88-102);

7. Claims 1-5, 9-12, 14-17, 19-20, 22-25, 27-30 and 32-33 of United States Patent No. 6,847,959 ("the '959 patent") (infringement claim charts attached as Exhibits 87, 103-118);

8. Claims 1-2, 4, 6 and 8-9 of United States Patent No. 5,946,647 ("the '647 patent") (infringement claim charts attached as Exhibits 119-137).

Apple's investigation is ongoing, and Apple reserves the right to identify additional asserted claims based upon continued discovery and investigation.

**B. Patent Local Rule 3-1(b) – Accused Instrumentalities**

The following Accused Instrumentalities infringe the asserted claims:

- Admire
- Captivate Glide
- Conquer 4G
- Dart
- Exhibit II 4G
- Galaxy Nexus
- Galaxy Note
- Galaxy Player 4.0
- Galaxy Player 5.0
- Galaxy SII (AT&T)
- Galaxy SII (T-Mobile)
- Galaxy SII Epic 4G Touch
- Galaxy SII Skyrocket
- Galaxy SIII
- Galaxy Tab 7.0 Plus
- Galaxy Tab 8.9
- Illusion
- Stratosphere
- Transform Ultra

Exhibit 139 discloses which claims of each asserted patent that each Accused Instrumentality infringes based on Apple's investigation thus far. Apple further accuses any other Samsung products that Samsung is currently developing, making and/or using, including but not limited to any newer but unreleased versions of the accused products that have been recently announced by Samsung. Accordingly, Apple reserves its right to supplement this disclosure to include any additional Samsung products it identifies through discovery and its continuing investigation. Apple further reserves the right to supplement its disclosure to include any additional information it learns about the accused Samsung products through discovery (which is in its early stages) and its continuing investigation.

### C. Patent Local Rule 3-1(c) – Claim Charts for the Accused Instrumentalities

Attached as Exhibits 1-137 are claim charts that identify where each element of each asserted claim of the asserted patents is found within the Accused Instrumentalities, based on the information available to Apple.

Apple's investigation is ongoing, and Apple reserves the right to amend or supplement these claim charts based upon continued discovery and investigation.

### D. Patent Local Rule 3-1(d) – Indirect Infringement

Samsung induces the infringement of others under 35 U.S.C. § 271(b) to the extent it contracts, instructs, or otherwise induces others to make, use, offer to sell, sell, or import the Accused Instrumentalities within or into the United States. Samsung also contributes to the infringement of others under 35 U.S.C. § 271(c) to the extent it offers to sell, sells, or imports part or all of the Accused Instrumentalities within or into the United States.

To the extent Samsung's direct infringement is based on joint acts of multiple parties, the role of each such party is described according to Apple's current understanding in Exhibits 1-137. Defendants infringe each method claim of the charted claims because it has performed each and every step of the charted claims, including but not limited to through testing and use by its employees. Defendants also infringe those claims by selling Accused Devices to their customers and encouraging those customers to use the products in a manner that meets each and every step of the charted claims.

Apple's investigation is ongoing, and Apple accordingly reserves the right to amend or supplement these assertions based upon continued discovery and investigation.

### E. Patent Local Rule 3-1(e) – Nature of Infringement

Based on Apple's current understanding, each element or limitation of each asserted claim of each asserted patent is literally present in the Accused Instrumentalities, except where explicitly indicated. To the extent that any element or limitation of the asserted claims is not found to have literal correspondence in the Accused Instrumentalities, Apple alleges, on information and belief, that any such elements or limitations are present under the doctrine of equivalents in the Accused Instrumentalities.

### F. Patent Local Rule 3-1(f) – Priority Dates

The asserted claims of the '604 patent claim priority to application no. 09/478,009 (U.S. 6,847,959), filed January 5, 2002.

The asserted claims of the '721 patent claim priority to application no. 11/322,549 (U.S. 7,657,849), filed December 23, 2005.

The asserted claims of the '760 patent claim priority to provisional application nos. 60/879,469, filed January 8, 2007; 60/879,253, filed January 7, 2007; 60/883,782, filed January 6, 2007; and 60/824,769, filed September 6, 2006.

The asserted claims of the '172, '647, '414, '502 and '959 patents do not "claim[] priority to an earlier application" under Patent L.R. 3-1(f).

For each asserted claim, Apple reserves the right to claim priority to earlier invention dates.

### G. Patent Local Rule 3-1(g) – Patentee's Asserted Practice of the Claimed Inventions

Exhibit 140 discloses which Apple products practice the claimed inventions, under Patent L.R. 3-1(g).

### H. Patent Local Rule 3-1(h) – Willful Infringement

The basis of Apple's claim of willful infringement is set forth in Apple's Complaint filed February 8, 2012. Samsung has intentionally copied the patented and successful features of Apple's iPhone, iPad and iPod Touch. Samsung continued to do so despite knowledge of Apple's patents

through direct or indirect communications with Apple and/or as a result of its participation in the personal computing devices industry.

## II.     DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURES

### A. Patent Local Rule 3-2(a) – Documents Evidencing Pre-Application Disclosure

Apple is not presently aware of any documents responsive to this category.

### B. Patent Local Rule 3-2(b) – Documents Evidencing Conception and Reduction to Practice

Copies of documents evidencing conception, reduction to practice, design and development of the claimed inventions are produced at APLNDC0001334519; APLNDC0001334521; APLNDC0001334541; APLNDC0001334549; APLNDC0001334560; APLNDC0001334570; APLNDC630-0000000334-337; APLNDC630-0000000587-593; APLNDC630-0000000840-841; APLNDC630-0000000843-845; APLNDC630-0000001181-1282; APLNDC630-0000002266-2270; APLNDC630-0000002671-2710; APLNDC630-0000002712-2724; APLNDC630-0000002775-2838; APLNDC630-00008924; APLNDC630-0000009359-9361; APLNDC630-0000009365-9366; APLNDC630-0000009369-9386; APLNDC630-0000009392-12011; APLNDC630-0000012023-13052; APLNDC630-0000013115-13182; APLNDC630-0000013185-13189; APLNDC630-0000013233-13357; APLNDC630-0000015446-15464; APLNDC630-0000015699-15861; APLNDC630-0000015864-16354; APLNDC630-0000017065-17197; APLNDC630-0000018679-18778; APLNDC630-0000018880-19332; APLNDC630-0000019359-19366; APLNDC630-0000019405; APLNDC630-0000019430-19817; APLNDC630-0000020990-21264; APLNDC630-0000021390-21543; APLNDC630-0000021556-21557; APLNDC630-0000021561-21562; APLNDC630-0000021576-21577; APLNDC630-0000021580-21588; APLNDC630-0000021607-21627; APLNDC630-0000021636-21642; APLNDC630-0000021698-21706; APLNDC630-0000021713-21742; APLNDC630-0000021801-21805; APLNDC630-0000021833-21835; APLNDC630-0000021924-21942; APLNDC630-0000022327-22332; APLNDC630-0000022620-22624; APLNDC630-0000022642-22644; APLNDC630-0000022657-22662; APLNDC630-0000022752-22761; APLNDC630-0000023353-23361; APLNDC630-0000023423-23428; APLNDC630-0000023449-23460; APLNDC630-0000023486-23488; APLNDC630-0000023495-

1  23503; APLNDC630-0000024651-24655; APLNDC630-0000024660-24664; APLNDC630-
2  0000024668-24670; APLNDC630-0000024683-24685; APLNDC630-0000024697-24699;
3  APLNDC630-0000024714-24717; APLNDC630-0000024746-24748; APLNDC630-0000024762-
4  24773; APLNDC630-0000024778-24814; APLNDC630-0000024984-24986; APLNDC630-
5  0000028400-28408; APLNDC630-0000028476; APLNDC630-0000028481-28488; APLNDC630-
6  0000028506-28539; APLNDC630-0000028829-28833; APLNDC630-0000029027-29029;
7  APLNDC630-0000029121-29123; APLNDC630-0000029301-29306; APLNDC630-0000029365-
8  29370; APLNDC630-0000029374; APLNDC630-0000029499-29503; APLNDC630-0000029548-
9  29551; APLNDC630-0000029561-29579; APLNDC630-0000029588-29590; APLNDC630-
10 0000029865-29903; APLNDC630-0000029912-29915; APLNDC630-0000029921-29923;
11 APLNDC630-0000029938; APLNDC630-0000029942-29947; APLNDC630-0000029980;
12 APLNDC630-0000030038; APLNDC630-0000030058-30068; APLNDC630-0000030087-30090;
13 APLNDC630-0000030241-30261; APLNDC630-0000030282-30284; APLNDC630-0000030309-
14 30627; APLNDC630-0000030947-30970; APLNDC630-0000030984-31006; APLNDC630-
15 0000031019-31046; APLNDC630-0000031154-31210; APLNDC630-0000031237-31293;
16 APLNDC630-0000031310-31312; APLNDC630-0000031356-31360; APLNDC630-0000031379-
17 31422; APLNDC630-0000031926-31936; APLNDC630-0000031949; APLNDC630-0000032067-
18 32084; APLNDC630-0000032173-32183; APLNDC630-0000032264-32501; APLNDC630-
19 0000032559-32567; APLNDC630-0000032626-32655; APLNDC630-0000033291-33459;
20 APLNDC630-0000033464-33483; APLNDC630-0000034690-34712; APLNDC630-0000034722-
21 34725; APLNDC630-0000034728-34788; APLNDC630-0000034795-34817; APLNDC630-
22 0000034933-34945; APLNDC630-0000034982-35064; APLNDC630-0000035069-35078;
23 APLNDC630-0000035147-35170; APLNDC630-0000035173-35198; APLNDC630-0000035394-
24 35661; APLNDC630-0000035664-35674; APLNDC630-0000035976-35995; APLNDC630-
25 0000036403-36407; APLNDC630-0000036421-36509; APLNDC630-0000036668-36669;
26 APLNDC630-0000036685-36686; APLNDC630-0000036911-36951; APLNDC630-0000036953-
27 36983; APLNDC630-0000037153-37232; APLNDC630-0000037238-37639; APLNDC630-
28 0000037643-37668; APLNDC630-0000037704-37705; APLNDC630-0000037783-37785;

APLNDC630-0000038567-38589; APLNDC630-0000038593-38603; APLNDC630-0000039341-39346; APLNDC630-0000039355-39356; APLNDC630-0000039363; APLNDC630-0000039495-39770; APLNDC630-0000056825-56840; APLNDC630-0000056849-56850; APLNDC630-0000056854-56856; APLNDC630-0000056857-56858; APLNDC630-00056877-56887; APLNDC630-0000056925-56928; APLNDC630-0000056958-56981; APLNDC630-0000056991; APLNDC630-0000057459-57461; APLNDC630-0000057473-57474; APLNDC630-0000057481-57496; APLNDC630-0000057505-57508; APLNDC630-0000057517-57551; APLNDC630-0000057556-57576; APLNDC630-0000057650-57654; APLNDC630-0000057673-57685; APLNDC630-0000057687-57793; APLNDC630-0000057813-57816; APLNDC630-0000057819-57831; APLNDC630-0000057835-57838; APLNDC630-0000057841-57842; APLNDC630-0000057846-57862; APLNDC630-0000057865-57874; APLNDC630-0000057877-57880; APLNDC630-0000058064-58065; APLNDC630-0000060859-60867; APLNDC630-0000060900-60906; APLNDC630-0000060908-60920; APLNDC630-000060999-61002; APLNDC630-0000061003-61043; APLNDC630-0000061048-61052; APLNDC630-0000061068-61069; APLNDC630-0000061774-61775; APLNDC630-0000062324; APLNDC630-0000066012-66013; APLNDC630-0000067057-67691; APLNDC630-0000121695-121721; APLNDC630-0000121839-121843; APLNDC630-0000121848-121854; APLNDC630-0000121856-121878; APLNDC630-0000121892-121909; APLNDC630-0000122569-122572; APLNDC630-0000122591-122622; APLNDC630-0000122633; APLNDC630-0000122695-122712; APLNDC630-0000122717-122747; APLNDC630-0000122793-122798; APLNDC630-0000122872-122880; APLNDC630-0000122929-122992; APLNDC630-0000123027-123051; APLNDC630-0000123057-123058; APLNDC630-0000123063-123064; APLNDC630-0000123078-123094; APLNDC630-0000123106-123139; APLNDC630-0000123144-123154; APLNDC630-0000123208-123226; APLNDC630-0000123486-123490; APLNDC630-0000123494-123496; APLNDC630-0000123551-123636; APLNDC630-0000124614-124617; APLNDC630-0000124640-124675; APLNDC630-0000124680-124681; APLNDC630-0000124692-124697; APLNDC630-0000124748-124754; APLNDC630-0000124790-124802; APLNDC630-0000124887-124894; APLNDC630-0000125036-125057; APLNDC630-0000125087-125089; APLNDC630-0000125135-125170; APLNDC630-0000127159-127160;

APLNDC630-0000127396-127398; APLNDC630-0000128056-128057; APLNDC630-0000129007; APLNDC630-0000129030-129046; APLNDC630-0000129173-129176; APLNDC630-0000129243-129244; APLNDC630-0000129274-129278; APLNDC630-0000129325-129327; APLNDC630-0000129331-129337; APLNDC630-0000129542-129562; APLNDC630-0000135090-135096; APLNDC630-0000149212 -155757; APLNDC630-S0000149212- S0000149463; APLNDC630-0000149606-155892; APLNDC630-0000155918-156670; APLNDC630-0000162708-163004; APLNDC630-0000163529-167954; APL-ITC796-0000397725-397818; BONURA00000001 - BONURA00000261; CAPPS00000001- 192; MILLER00000001– 1313; WRIGHT00000001 – 5169; NARDI00000001 – 5.

In addition, Apple has produced and/or is making available for inspection certain Director files and other electronic files embodying or otherwise relating to the conception, reduction to practice, design, and development of the claimed inventions.

**C.  Patent Local Rule 3-2(c) – File Histories for the Patents-in-Suit**

Copies of the patent file histories are produced at APLNDC630-0000039771-39919; APLNDC630-0000040372-40855; APLNDC630-0000041187-41368; APLNDC630-0000041770-42306; APLNDC630-0000044943-46389; APLNDC630-00000 49779-50667; APLNDC630-0000053471-54113; APLNDC630-0000056101-56212.

**D.  Patent Local Rule 3-2(d) – Ownership of the Patents-in-Suit**

Copies of documents evidencing ownership of the patent rights are produced at APLNDC630-00000 41827; APLNDC630-00000 45510; APLNDC630-00000 49894-49899; APLNDC630-00000 53722; APLNDC630-0000056171-56172; APLNDC630-0000163005-163076; APLNDC630-0000163483-163525.

**E.  Patent Local Rule 3-2(e) – Patentee's Asserted Practice of the Claimed Inventions**

Copies of documents showing the operation of any aspects or elements of instrumentalities Apple relies upon as embodying the asserted claims are produced at APLNDC630-0000156671-159332; APLNDC630-0000163077-163441.  In addition, Apple is making available for inspection Apple devices that practice and/or source code embodying the use of the claimed inventions by Apple.

|   |   |
|---|---|
|   | GIBSON, DUNN & CRUTCHER LLP |
| Dated:  June 15, 2012 | By: _/s/ H. Mark Lyon_<br>     H. Mark Lyon |
|   | ***Attorneys for Plaintiff Apple Inc.*** |