# EXHIBIT 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S FOURTEENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 733-938)** |

1   involving, describing, discussing, commenting on, embodying, responding to, supporting,

2   contradicting, containing, or constituting (in whole or in part).

3        6.     The term "APPLE PATENTS" shall mean U.S. Patent Nos. 5,666,502; 5,946,647;

4   6,847,959; 7,761,414; 8,014,760; 8,046,721; 8,074,172; 8,086,604; and all parents, progeny,

5   continuations, applications, divisional applications, reexaminations, or reissues thereof and all

6   foreign counterpart applications and patents.

7        7.     The term "APPLE PATENTED FEATURES" shall mean the alleged inventions

8   claimed by the APPLE PATENTS and their commercial embodiments.

9        8.     The term "APPLE ACCUSED FEATURES" shall mean those aspects, elements or

10  functions of any APPLE ACCUSED PRODUCT that are alleged to infringe any of the

11  SAMSUNG PATENTS, including each function identified in Samsung's Disclosure of Asserted

12  Claims and Infringement Contentions and amendments and corrections thereto.

13       9.     The term "APPLE ACCUSED PRODUCTS" shall mean all iPhones, iPads, iPod

14  Touches, Apple computers, Apple TV, iCloud, iTunes, and any other products identified in any of

15  SAMSUNG's complaints or infringement contentions served in this action as infringing any claim

16  of any SAMSUNG PATENT.

17       10.     The term "APPLE COVERED PRODUCTS" shall mean any Product sold or

18  offered for sale at any time by APPLE that APPLE contends practices any of the APPLE

19  PATENTS.

20       11.     The term "SAMSUNG PATENTS" shall mean the U.S. Patent Nos. 7,756,087;

21  7,551,596; 7,672,470; 7,577,757; 7,232,058; 6,292,179; 6,226,449; 5,579,239; and all parents,

22  progeny, continuations, applications, divisional applications, reexaminations, or reissues thereof

23  and all foreign counterpart applications and patents which claim the same subject matter.

24       12.     The term "SAMSUNG COVERED PRODUCTS" shall mean any Product sold or

25  offered for sale at any time by Samsung that practices any of the SAMSUNG PATENTS, as

26  identified in Samsung's Disclosure of Asserted Claims and Infringement Contentions and

27  amendments and corrections thereto.

28

**REQUEST FOR PRODUCTION NO. 907:**

All DOCUMENTS RELATING TO any mode of practicing the subject matter of each claim of the APPLE PATENTS, including without limitation the best mode.

**REQUEST FOR PRODUCTION NO. 908:**

DOCUMENTS sufficient to show for each APPLE COVERED PRODUCT the functionality that allegedly practices the relevant APPLE PATENT, including without limitation any documents on which APPLE intends to rely to demonstrate that the APPLE COVERED PRODUCT practices the relevant APPLE PATENTS.

**REQUEST FOR PRODUCTION NO. 909:**

All DOCUMENTS RELATING TO COMMUNICATIONS between SAMSUNG and APPLE RELATING TO any SAMSUNG PATENT or APPLE PATENT. This request includes without limitation any discussion concerning licensing or alleged infringement.

**REQUEST FOR PRODUCTION NO. 910:**

All DOCUMENTS and things RELATING TO the alleged nexus between any alleged commercial success of products embodying any alleged invention claimed by the APPLE PATENTS and the alleged advantages of the invention, including without limitation any customer surveys reflecting the bases for purchasing decisions.

**REQUEST FOR PRODUCTION NO. 911:**

All DOCUMENTS and things RELATING TO APPLE's attempts to license to others the APPLE PATENTS which have not yet resulted in a license agreement, including without limitation cease and desist letters, draft agreements, and other COMMUNICATIONS.

| | | |
|---|---|---|
| 1 | DATED: March 1, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By /s/ Scott L. Watson
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price

John Caracappa (*pro hac vice*)
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington DC 20036
TEL:   202-429-6267
FAX:   202-429-3902

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On March 1, 2013, I served true copies of the following document(s) described as

- **SAMSUNG'S FOURTEENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 733-938)**

on the interested parties in this action as follows:

| **ATTORNEYS FOR APPLE INC**. | **ATTORNEYS FOR APPLE INC**. |
|---|---|
| MICHAEL A. JACOBS<br>mjacobs@mofo.com<br>RICHARD S. J. HUNG<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA   94105-2482<br>Telephone (415) 268-7000<br>Facsimile (415) 268-7522 | JOSH A. KREVITT<br>jkrevitt@gibsondunn.com<br>H. MARK LYON<br>mlyon@gibsondunn.com<br>MARK REITER<br>mreiter@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA   94302-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br>Apple/Samsung@gibsondunn.com |
| **ATTORNEYS FOR APPLE INC.**<br><br>MARK D. SELWYN<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA   94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | |

**BY ELECTRONIC MAIL TRANSMISSION:**   By electronic mail transmission from michaelfazio@quinnemanuel.com on March 1, 2013 by transmitting a PDF format copy of such document(s) to each such person at the e mail address listed below their address(es).   The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 1, 2013, at Los Angeles, California.

*/s/ Amar Thakur*
Amar Thakur

-42-   Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S 14TH SET OF RFPS