# EXHIBIT 5

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
15 SAMSUNG ELECTRONICS AMERICA, INC. and
   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

   STEPTOE & JOHNSON, LLP
   John Caracappa (*pro hac vice*)
   jcaracappa@steptoe.com
   1330 Connecticut Avenue, NW
   Washington, D.C. 20036
   Telephone: (202) 429-6267
   Facsimile: (202) 429-3902

16

17

18                    UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 21           Plaintiff, | |
| 22       vs. | **SAMSUNG'S SEVENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26           Defendants. | |

27

28

**REQUEST FOR PRODUCTION NO. 319:**

All DOCUMENTS RELATING TO the extent to which YOUR licensees, current or former, have made use of the PATENTED FEATURES, including DOCUMENTS evidencing the value, if any, of that use.

**REQUEST FOR PRODUCTION NO. 320:**

All DOCUMENTS RELATING TO the extent to which YOU have made use of the PATENTED FEATURES, including DOCUMENTS evidencing the value, if any, of that use.

**REQUEST FOR PRODUCTION NO. 321:**

All DOCUMENTS reflecting calculations or estimates of the value of the use of the PATENTED FEATURES by anyone YOU contend infringes the APPLE PATENTS.

**REQUEST FOR PRODUCTION NO. 322:**

All DOCUMENTS RELATING TO the portion of the profit or selling price of any smartphone or tablet that may be customary in the industry to allow for the use of the PATENTED FEATURES or comparable patented features.

**REQUEST FOR PRODUCTION NO. 323:**

All DOCUMENTS RELATING TO the portion of the realizable profit of any smartphone or tablet that should be credited to the PATENTED FEATURES as distinguished from the non-patented elements, the manufacturing process, business risks, or other significant features or improvements.

**REQUEST FOR PRODUCTION NO. 324:**

All DOCUMENTS supporting the amount of royalty YOU contend YOU and SAMSUNG would have agreed upon at the time YOU allege SAMSUNG began to infringe the APPLE

| | | |
|---|---|---|
|1| DATED: October 29, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  /s/ Scott L. Watson
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   William C. Price

   John Caracappa (*pro hac vice*)
   Steptoe & Johnson, LLP
   1330 Connecticut Avenue, NW
   Washington DC 20036
   TEL:   202-429-6267
   FAX:   202-429-3902

   Attorneys for Defendants
   SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
   and SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC