# EXHIBIT 22

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                        SAN JOSE DIVISION
 4
 5
      APPLE INC., A CALIFORNIA        )  C-12-00630 LHK
 6    CORPORATION,                    )
                                      )  SAN JOSE, CALIFORNIA
 7                    PLAINTIFF,      )
                                      )  FEBRUARY 14, 2013
 8              VS.                   )
                                      )  PAGES 1-168
 9    SAMSUNG ELECTRONICS CO., LTD.,  )
      A KOREAN BUSINESS ENTITY;       )
10    SAMSUNG ELECTRONICS AMERICA,    )
      INC., A NEW YORK CORPORATION;   )
11    SAMSUNG TELECOMMUNICATIONS      )
      AMERICA, LLC, A DELAWARE        )
12    LIMITED LIABILITY COMPANY,      )
                                      )
13                    DEFENDANTS.     )
                                      )
14    _____  )
                                      )
15
16                  TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE LUCY H. KOH
17                UNITED STATES DISTRICT JUDGE
18
19
20                  APPEARANCES ON NEXT PAGE
21
22
23    OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
24
25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1     A P P E A R A N C E S:

 2     FOR APPLE:              GIBSON, DUNN & CRUTCHER
                                BY:  JOSH A. KREVITT
 3                              200 PARK AVENUE
                                NEW YORK, NEW YORK  10166
 4
                                BY:  H. MARK LYON
 5                              1881 PAGE MILL ROAD
                                PALO ALTO, CALIFORNIA  94304
 6
                                BY:  MARK REITER
 7                              2100 MCKINNEY AVENUE
                                DALLAS, TEXAS  75201
 8
                                WILMER, CUTLER, PICKERING, HALE & DORR
 9                              BY:  WILLIAM F. LEE
                                60 STATE STREET
10                              BOSTON, MASSACHUSETTS  02109

11                              BY:  MARK D. SELWYN
                                950 PAGE MILL ROAD
12                              PALO ALTO, CALIFORNIA  94304

13                              BY:  CALVIN S. WALDEN
                                7 WORLD TRADE CENTER
14                              250 GREENWICH STREET
                                NEW YORK, NEW YORK  10007
15

16     FOR SAMSUNG:            QUINN, EMANUEL, URQUHART,
                                OLIVER & HEDGES
17                              BY:  WILLIAM C. PRICE
                                865 SOUTH FIGUEROA STREET
18                              10TH FLOOR
                                LOS ANGELES, CALIFORNIA  90017
19
                                BY:  KEVIN P.B. JOHNSON
20                                   VICTORIA F. MAROULIS
                                555 TWIN DOLPHIN DRIVE, 5TH FLOOR
21                              REDWOOD SHORES, CALIFORNIA  94065

22                              BY:  SEAN SANG-CHUL PAK
                                50 CALIFORNIA STREET, 22ND FLOOR
23                              SAN FRANCISCO, CALIFORNIA  94111

24

25
```

```
 1    LAUNDRY LIST.
 2             THE COURT:  OKAY.
 3             MR. LYON:  AND IT VARIES BY PATENT A BIT BECAUSE
 4    CERTAIN PRODUCTS HAVE SOME OF THE FEATURES AND CERTAIN PRODUCTS
 5    DO NOT IN SOME CASES.
 6        BUT IT IS GENERALLY THE PRODUCTS THAT SAMSUNG -- THE
 7    PHONES, MUSIC PLAYERS, TABLETS THAT GENERALLY WERE NOT PART OF
 8    THE FIRST CASE.  THESE ARE ALL FOLLOW-ON PRODUCTS OR DIFFERENT
 9    PRODUCTS THAT CAME OUT, SUCH AS THE GALAXY S III IS A GOOD
10    EXAMPLE, AND THERE'S VARIANCE ON THAT.
11        AND UNFORTUNATELY I DIDN'T COME PREPARED TO -- THERE IS A
12    CHART THAT SORT OF MAPS THE PRODUCTS BY PATENT.
13             THE COURT:  OKAY.  CAN I SET A DATE FOR YOU ALL TO
14    FILE THAT CHART --
15             MR. LYON:  ABSOLUTELY.
16             THE COURT:  -- FOR BOTH OF YOUR AFFIRMATIVE CASES,
17    WHAT PRODUCTS HAVE BEEN INFRINGE ACCUSED OF INFRINGING EACH
18    PATENT.
19             MR. LYON:  WE CAN DO THAT.  IF YOU WANT US TO DO THAT
20    ON THE 7TH AS WELL --
21             THE COURT:  WHY DON'T YOU DO THAT SOONER?  CAN YOU DO
22    THAT NEXT WEEK?
23             MR. LYON:  SURE.
24             THE COURT:  OKAY.  SO THEN BY -- WHAT ABOUT THE -- I
25    WOULD LOVE TO GET IT EARLIER IN THE WEEK.  CAN YOU FILE IT BY
```

```
 1        TUESDAY, THE 19TH?
 2               MR. LYON:  ABSOLUTELY.  WE CAN DO IT BY MONDAY.
 3               THE COURT:  OR TOMORROW?  OR MONDAY, THAT'S FINE.
 4               MR. LYON:  OR TOMORROW.
 5               THE COURT:  YEAH.  IF YOU HAVE IT AVAILABLE, I WOULD
 6        LOVE IT TOMORROW.
 7               MR. LYON:  WE DO.  I JUST DIDN'T BRING IT WITH ME.  I
 8        APOLOGIZE.
 9               THE COURT:  OKAY.  SO WHAT IS THAT?  THAT'S THE 15TH.
10        SO FEBRUARY 15TH, PLEASE FILE A CHART OF ACCUSED PRODUCTS.
11               MS. MAROULIS:  YOUR HONOR, MAY WE CLARIFY?  YOU
12        SIMPLY WANT THE LIST OF PRODUCTS, WHICH PRODUCTS ARE ACCUSED,
13        OR DO YOU NEED ANY OTHER DETAIL?
14               THE COURT:  NO.  I THINK THAT WOULD BE FINE.
15               MR. LYON:  DO YOU WANT --
16               THE COURT:  IF YOU COULD IDENTIFY IT AS EITHER A
17        MUSIC PLAYER OR A TABLET OR A SMARTPHONE, THAT WOULD BE
18        HELPFUL, IN ADDITION TO THE OFFICIAL, YOU KNOW, NAME OF THAT
19        PARTICULAR PRODUCT.
20               MR. LYON:  SURE.  DO YOU WANT THE CLAIMS THAT ARE
21        ASSERTED AS WELL?
22               THE COURT:  ACTUALLY, THAT'S ONE OF THE QUESTIONS I
23        WAS GOING TO ASK YOU.  I WAS A LITTLE BIT UNCLEAR FROM THE
24        JOINT CASE MANAGEMENT STATEMENT.  DID YOU ONLY IDENTIFY THE
25        INDEPENDENT AND THE DEPENDENT CLAIMS THAT YOU WERE ASSERTING
```

1  FOR EACH PATENT?  IS THAT HOW --
2              MR. LYON:  I BELIEVE THAT'S THE CASE, BUT I DON'T
3  RECALL EXACTLY WHAT IT SAID IN THE CASE MANAGEMENT STATEMENT.
4  WE CAN VERIFY THAT.
5       WHY DON'T I JUST LIST THE CLAIMS AS WELL IN THE CHARTS SO
6  THAT YOU HAVE THAT INFORMATION?  THIS IS JUST ALL PART OF WHAT
7  OUR INFRINGEMENT CONTENTIONS HAVE BEEN AND WE CAN GIVE YOU
8  THAT, THE PRODUCTS, THE PATENT CLAIMS, AND THE TYPE OF PRODUCTS
9  SO THAT YOU HAVE ALL THAT INFORMATION.
10             THE COURT:  OKAY.  THAT WOULD BE HELPFUL BECAUSE IN
11 CERTAIN INSTANCES, I'M ASSUMING YOU ARE IDENTIFYING DEPENDENT
12 CLAIMS --
13             MR. LYON:  WE ARE.
14             THE COURT:  -- WHICH DEPEND UPON INDEPENDENT CLAIMS
15 THAT HAVE INTERNAL DISPUTE, BUT THEN THERE WERE CERTAINLY OTHER
16 CLAIMS THAT CONTAINED THE DISPUTED TERMS THAT WEREN'T ON YOUR
17 LIST, SO I'M ASSUMING THAT THOSE ARE NOT BEING ASSERTED.
18             MR. LYON:  I THINK THAT'S CORRECT, YES.
19             THE COURT:  OKAY.  IF YOU COULD VERIFY THAT, THAT
20 WOULD BE GREAT.  IF YOU COULD PUT THAT, PLEASE, IN YOUR CHART
21 THAT BOTH SIDES ARE FILING TOMORROW ON THEIR AFFIRMATIVE CASE.
22             MR. LYON:  WE WILL DO THAT.
23             THE COURT:  OKAY.  NOW, WITH SOME OF THESE, I
24 ASSUME -- I CAN GUESS THAT SOME OF THESE ARE REALLY
25 NON-INFRINGEMENT FIGHTS, BUT OTHERS I'M JUST NOT CLEAR ON WHAT

```
 1        THE SIGNIFICANCE IS AND WHY THEY'RE BEING ARGUED.
 2           AS WE GO THROUGH EACH OF THESE TERMS, IF YOU COULD JUST
 3    GIVE ME AN UNDERSTANDING OF THE CONTEXT OF WHY THIS IS
 4    IMPORTANT, WHETHER, YOU KNOW, THERE'S PRIOR ART ON THIS OR WHAT
 5    THE SIGNIFICANCE IS, THAT WOULD BE HELPFUL.
 6              MR. LYON:  OKAY.
 7              THE COURT:  OKAY.  NOW, LET ME ASK, I ASSUME YOUR
 8    BUSINESS RELATIONSHIP IS ONGOING.  IS THAT RIGHT?  HAS THAT
 9    DIMINISHED IN ANY CAPACITY?  OR WHAT'S UP WITH THAT?
10              MR. LEE:  THE RELATIONSHIP BETWEEN APPLE AND SAMSUNG,
11    AS YOU HEARD ABOUT, IT'S ONGOING.
12              THE COURT:  IT'S WHAT?
13              MR. LEE:  ONGOING.
14              THE COURT:  ONGOING.  NO DIMINISHING IN THAT
15    RELATIONSHIP AT ALL?
16              MR. LEE:  I'M NOT SURE IN TERMS OF ABSOLUTE DOLLARS,
17    BUT IT'S AN ONGOING RELATIONSHIP.
18              THE COURT:  ALL RIGHT.  AND I'M WASTING MY BREATH
19    HERE, BUT I ASSUME NO FURTHER SETTLEMENT DISCUSSIONS; CORRECT?
20    OR NOT ANY THAT HAVE GONE ANYWHERE.
21              MR. LEE:  THE ANSWER TO THE LAST QUESTION IS THAT'S
22    CORRECT.
23              THE COURT:  OKAY.  ALL RIGHT.  OKAY.
24         ALL RIGHT.  WHY DON'T WE GO AHEAD WITH THE TUTORIAL, AND
25    THIS IS GOING TO BE SORT OF A FRANKENSTEIN TUTORIAL/MARKMAN, SO
```

```
 1
 2
 3                       CERTIFICATE OF REPORTER
 4
 5
 6
 7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED
 8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
 9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
10     CERTIFY:
11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12     A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13     ABOVE-ENTITLED MATTER.
14
15
16                         _____
                           LEE-ANNE SHORTRIDGE, CSR, CRR
17                         CERTIFICATE NUMBER 9595
18                         DATED:  FEBRUARY 20, 2013
19
20
21
22
23
24
25
```