# EXHIBIT 24

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL: (415) 875-6600  FAX: (415) 875-6700

August 24, 2012

<u>VIA ELECTRONIC MAIL</u>

H. Mark Lyon
Gibson Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, California  94304
Apple/Samsung@gibsondunn.com

Re:   <u>Apple Inc. v. Samsung Electronics Co., Ltd., et al., No. 12-630 (N.D. Cal.)</u>

Dear Mr. Lyon:

I write on behalf of non-party Google Inc. ("Google") regarding Google's production of highly confidential source code in response to the subpoena served by Apple on April 5, 2012, seeking discovery related to Apple's motion for a preliminary injunction in this action.  As you may know, Google has updated some Galaxy Nexus devices to a new Android build, JRO03D.  As before, we have produced the source code underlying this build, subject of course to the protective orders entered on March 29 and May 3, 2012, at our Silicon Valley office.

Very truly yours,

/s
Matthew S. Warren

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000  FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000  FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000  FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000  FAX +49 40 89728 7100