# EXHIBIT 25

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL: (415) 875-6600  FAX: (415) 875-6700

March 31, 2013

<u>VIA ELECTRONIC MAIL</u>

Michael A. Valek
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, Texas  75201
Apple/Samsung@gibsondunn.com

Re:   Apple Inc. v. Samsung Electronics Co., Ltd. et al., Case No. 12-630 (N.D. Cal.)

Dear Mr. Valek:

I write to update you regarding production of non-party Google Inc. ("Google") in response to the subpoenas (the "Subpoenas") served on Google by plaintiff and counterclaim-defendant Apple Inc. ("Apple").  As you know, on May 3, 2012, we produced, subject of course to our objections and the protective order governing Google's production in this action, highly confidential source code underlying Android builds ITL41D, ITL41F, ICL53F, IMM76D, and IMM76I, which at that time were the only builds used in the Samsung Galaxy Nexus, the sole device at issue in Apple's motion for a preliminary injunction.

Google later released a new version of software for the Galaxy Nexus and, on August 24, 2012, under the same conditions, we added the code underlying Android build JRO03C.  Again subject to our objections and the protective order, we have now added highly confidential source code underlying five additional Android builds used on the Galaxy Nexus:  JRO03O, JZO54K, JOP40C, JOP40D, and JDQ39.  This brings our Galaxy Nexus production to twelve Android

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

Michael A. Valek
March 31, 2013
Page 2


builds: ITL41D, ITL41F, ICL53F, IMM76D, IMM76I, IMM76K, JRO03C, JRO03O, JZO54K, JOP40C, JOP40D, and JDQ39.  This production includes the full source code used to build each release for the Galaxy Nexus, as it is maintained within Google.  If there are differences in the directory structure across these builds, it is because there are differences in the way Google stored the source code underlying these builds.

Again subject to our objections and the protective order, we now produce source code underlying Honeycomb builds HRI39, HRI66, HWI69, HRI83, HMJ37, HTJ85B, HTK55D, HTK75D, HLK75C, HLK75D, HLK75F, and HLK75H.  As you know, Samsung heavily modified this code for use on its devices; Google has only the stock Android builds, not the versions ultimately appearing on any accused device, and that is what we have produced.  We have not confirmed which of these builds Samsung used in designing its source code for any accused device; we have simply produced them all.

Finally, again subject to our objections and the protective order governing Google's production in this action, and in addition to source code underlying these applications that we previously provided as part of our Galaxy Nexus production, we also now produce source code underlying Gmail, Google Play Books, Google Play Music, Google Play Store (née Android Market), Google Play Videos and TV, Google Maps, and YouTube.  For each of these applications, we have produced the full source code for all released versions we could locate.  For Gmail, we believe there may be a few more, very early versions we have not yet located; we are continuing to investigate this issue and will update you as we learn more.  For the remaining applications, we have produced the full source code for all released versions.

We are continuing to locate the full set of versions of the proprietary Quick Search Box and Google Now, and will produce them later this week.  Of course, we already produced versions of these applications as part of our Galaxy Nexus production, and you can continue to review those versions in the interim.

As before, this code is available in Quinn Emanuel's Silicon Valley office.  Please direct requests for access to our mailing list, Quinn-Google-N.D.Cal.-00630@quinnemanuel.com.  Thank you for your continued time and courtesy in this matter.

Very truly yours,

/s
Matthew S. Warren