# EXHIBIT 26

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

May 18, 2013

<u>VIA ELECTRONIC MAIL</u>

Joshua Furman
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
apple/samsung@gibsondunn.com

Re:   <u>Apple Inc. v. Samsung Electronics Co., Ltd., et al., Case No. 12-630 (N.D. Cal.)</u>

Dear Mr. Furman:

I write to update you regarding Google's production of highly confidential source code in this action. Subject of course to our objections and the protective order governing Google's production in this action, we have produced today the highly confidential source code underlying Google Quick Search Box version 1.3.4, build 397507; and version 1.4.1, build 396604. As before, this highly confidential source code is available in Quinn Emanuel's Silicon Valley office. Please direct requests for access to our mailing list, Quinn-Google-N.D.Cal.-00630@quinnemanuel.com.

Very truly yours,

/s
Matthew S. Warren

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS