# EXHIBIT 32

| | |
|---|---|
| **From:** | Vincent, Robert [RVincent@gibsondunn.com] |
| **Sent:** | Monday, September 30, 2013 4:45 PM |
| **To:** | Zachariah Summers |
| **Cc:** | Buroker, Brian M.; Richard Erwine; Samsung NEW; WH Apple Samsung NDCal II Service; *** Apple/Samsung |
| **Subject:** | RE: Apple v. Samsung: Deposition of Dr. Mowry |

Zach,

Dr. Mowry spoke with Olivier Bonnet at least on or about May 24, 2013.  Dr. Mowry spoke with Thomas Deniau and Alexandre Moha at least on or about May 27, 2013.

Regards,

Robert A. Vincent

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Dallas, TX 75201-6912 Tel +1 214.698.3281 * Fax +1 214.571.2921
RVincent@gibsondunn.com * www.gibsondunn.com


-----Original Message-----
From: Zachariah Summers [mailto:zachariahsummers@quinnemanuel.com]
Sent: Monday, September 30, 2013 11:09 AM
To: Vincent, Robert
Cc: Buroker, Brian M.; Richard Erwine; Samsung NEW; WH Apple Samsung NDCal II Service; *** Apple/Samsung
Subject: RE: Apple v. Samsung: Deposition of Dr. Mowry

Rob:

Please reply by the end of the day today.  This should not be difficult information for Apple to gather.  If you're having trouble determining to whom Dr. Mowry spoke, please let us know why and when we can expect a response.

Thanks,
-Zach.

-----Original Message-----
From: Zachariah Summers
Sent: Tuesday, September 24, 2013 5:03 PM
To: Vincent, Robert
Cc: Buroker, Brian M.; Richard Erwine; Samsung NEW; WH Apple Samsung NDCal II Service; *** Apple/Samsung
Subject: Re: Apple v. Samsung: Deposition of Dr. Mowry

Rob:

During Dr. Mowry's deposition, he stated that he spoke to a number of Apple employees (or former employees), including at least Olivier Bonnet.  As you know those employees are not named in his expert report.  Please provide us with the names of the employees to whom Dr.

Mowry spoke, and the dates on which he spoke to them, by the close of business Thursday. Thank you.

Thank you,
-Zach.
_____
 This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
_____