# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Strike Expert Testimony Based on Previously Undisclosed Theories ("Motion to Strike").

Having considered Samsung's Motion to Strike, the papers submitted by the parties and argument by counsel, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to Strike and ORDERS that, to the extent that they rely on undisclosed facts and theories as set forth in Samsung's Memorandum of Points and Authorities, Apple shall be precluded from citing, basing testimony on, offering expert testimony corresponding to, or in any other way relying on the following portions of Apple's expert reports, which are hereby stricken:

1. From the August 12, 2013 Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414, paragraphs 8, 65-66, 99, 123 n.7, 202, 251-259, 264-273, 277-278, 281, 286-293, 296, 299, 315, 360-367, 408, 472, 473, 475, and the excerpts from Exhibit 4 of Dr. Snoeren's Report attached to the Declaration of Michael L. Fazio;

2. From the August 12, 2013 Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647, paragraphs 148, 204, 252, 300-304;

3. The August 30, 2013 Supplemental Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414;

4. From the September 13, 2013 Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414, paragraphs 63, 321-329, 408, 428, 454, 493, 565-566, 572, and 606-607;

5. From the September 13, 2013 Rebuttal Expert Report of Dr. Todd C. Mowry Regarding Validity of U.S. Patent No. 5,946,647, paragraph 391; and

6. The September 24, 2013 Supplemental Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Paul S. Grewal
United States Magistrate Judge