1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Cal. Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Cal. Bar No. 108542)
11 williamprice@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 20           Plaintiff, | |
| 21      vs. | **CERTIFICATE OF SERVICE** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 23 | |
| 24 | |
| 25           Defendants. | |
| 26 | |

27

28

**CERTIFICATE OF SERVICE**

I am employed in Washington, D.C. I am over the age of eighteen years and not a party to the above-captioned action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 1299 Pennsylvania Avenue NW, Suite 825, Washington, D.C. 20004.

On November 5, 2013, I served true and correct copies of the documents described as:

1. **SAMSUNG'S NOTICE OF MOTION AND MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S *MARKMAN* ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [FILED UNDER SEAL]**

2. **EXHIBITS 1, 5-13 TO THE DECLARATION OF TODD BRIGSS IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S *MARKMAN* ORDER [FILED UNDER SEAL]**

on the following individuals, by uploading the above referenced documents to a secure FTP server:

Josh Krevitt
jkrevitt@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-5300

Mark Reiter
mreiter@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912

Michael A. Jacobs
mjacobs@mofo.com
Richard S.J. Hung
rhung@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Mark D. Selwyn
mark.selwyn@wilmerhale.com
Wilmer Cutler Pickering Hale and Door LLP
950 Page Mill Road
Palo Alto, CA 94304

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 5, 2013, at Washington, D.C.

        */s/ Deepa Acharya*
        Deepa Acharya

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Deepa Acharya has concurred in this filing.

Dated:   November 5, 2013          */s/ Victoria Maroulis*
                                    Victoria Maroulis