UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS)** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Plaintiff and Counterclaim-Defendant Apple Inc.'s Notice of Motion and Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents ("Apple's Motion to Strike");

2. Portions of the confidential, unredacted versions of Exhibits 11, 27, and 28 to the Declaration of Joshua Furman ("Furman Declaration"); and

3. Exhibits 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 16, 17, 22, 35, 36, 37, 41 and 42 to the Furman Declaration.

In support of its motion, Apple has filed the Declaration of Emily Fedman, as required under Civil Local Rule 79-5 and General Order 62, which provide evidence of compelling reasons for this Court to permit filing under seal. Also filed by Apple were a proposed public redacted version of Exhibits 11, 27, and 28 to the Furman Declaration, which contain only Apple's confidential information and of which Apple seeks to file portions under seal and a proposed public redacted version of Apple's Motion to Strike, of which only portions are sealable. The Declaration of Emily Fedman provides sufficient evidence that the documents listed below are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative Motion to Seal (Apple's Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents ).

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

| **Document** | **Portion to be Sealed** |
| --- | --- |
| Apple's Motion to Strike | page 4, lines 4-6, 8-9 and 14-5; page 5 lines 8-9; page 6 line 26; page 7, line 1; page 18 lines |

| Document | Portion to be Sealed |
|---|---|
|  | 20-22; page 19 lines 3-5; page 20 lines 16-7, 20-23 and 25-28; page 21 lines 1-4 |
| Exhibit 2 to Furman Declaration | Entire Document |
| Exhibit 3 to Furman Declaration | Entire Document |
| Exhibit 4 to Furman Declaration | Entire Document |
| Exhibit 5 to Furman Declaration | Entire Document |
| Exhibit 6 to Furman Declaration | Entire Document |
| Exhibit 7 to Furman Declaration | Entire Document |
| Exhibit 8 to Furman Declaration | Entire Document |
| Exhibit 9 to Furman Declaration | Entire Document |
| Exhibit 10 to Furman Declaration | Entire Document |
| Exhibit 11 to Furman Declaration | Portions of paragraphs 270, 283-285 and heading f. |
| Exhibit 12 to Furman Declaration | Entire Document |
| Exhibit 13 to Furman Declaration | Entire Document |
| Exhibit 14 to Furman Declaration | Entire Document |
| Exhibit 16 to Furman Declaration | Entire Document |
| Exhibit 17 to Furman Declaration | Entire Document |
| Exhibit 22 to Furman Declaration | Entire Document |
| Exhibit 27 to Furman Declaration | Portions of pages 7, 9, 10, 27, 64, 80, 81, 90, and 93 of the chart |
| Exhibit 28 to Furman Declaration | Page 120 |
| Exhibit 35 to Furman Declaration | Entire Document |
| Exhibit 36 to Furman Declaration | Entire Document |
| Exhibit 37 to Furman Declaration | Entire Document |
| Exhibit 41 to Furman Declaration | Entire Document |

| Document | Portion to be Sealed |
|---|---|
| Exhibit 42 to Furman Declaration | Entire Document |

The Court further ORDERs that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                        Hon. Paul S. Grewal
                                        United States Magistrate Judge