JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK<br><br>**DECLARATION OF JOSHUA FURMAN IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS**<br><br><br><br>**HIGHLY CONFIDENTIAL – SOURCE CODE- ATTORNEYS' EYES ONLY** |

I, Joshua Furman, declare and state as follows:

1. I am a member of the New York State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP. I am counsel for Apple, Inc. ("Apple") and submit this Declaration in support of Apple's Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports, filed concurrently herewith. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached as Exhibit 1 is a true and correct copy of annotated excerpts from the Expert Report of Jeffrey Chase, Ph.D. Regarding the Invalidity of the Asserted Claims of U.S. Patent No. 7,761,414 ("Chase Opening Report"), dated on August 12, 2013 and Chase Opening Report exhibit 1.

3. Attached as Exhibit 2 is a true and correct copy of annotated excerpts from the Rebuttal Expert Report of Jeffrey Chase, Ph. D. Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,761,414, dated September 13, 2013.

4. Attached as Exhibit 3 is a true and correct copy of annotated excerpts from the Rebuttal Expert Report of Saul Greenberg, Ph.D., Regarding Noninfringement of the Asserted Claim 8 of U.S. Patent No. 8,046,721, dated September 13, 2013.

5. Attached as Exhibit 4 is a true and correct copy of annotated excerpts from the Expert Report of Dr. Kevin Jefffay Concerning Invalidity of U.S. Patent No. 5,946,647, dated August 12, 2013.

6. Attached as Exhibit 5 is a true and correct copy of annotated excerpts from the Rebuttal Expert Report of Dr. Kevin Jeffay Concerning Noninfringement of U.S. Patent No. 5,946,647, dated September 13, 2013.

7. Attached as Exhibit 6 is a true and correct copy of annotated excerpts the Expert Report of Martin Rinard, Ph.D., Regarding the Validity of Claims 24 and 25 of U.S. Patent No. 6,847,959 ("Rinard Opening Report") Including Exhibits 1 and 9, dated August 12, 2013.

8. Attached as Exhibit 7 is a true and correct copy of annotated excerpts from the Rebuttal Expert Report of Martin Rinard, Ph.D. Regarding Noninfringement of Claims 24 and 25 of U.S. Patent No. 6,847,959, dated September 13, 2013.

9. Attached as Exhibit 8 is a true and correct copy of annotated excerpts from the Rebuttal Expert Report of Dr. Daniel Wigdor Concerning Non-Infringement of U.S. Patent No. 8,074,172, dated September 12, 2013.

10. Attached as Exhibit 9 is a true and correct copy of a disc containing Video Exhibits to the Chase Opening Report.

11. Attached as Exhibit 10 is a true and correct copy of a disc containing Rinard Opening Report Video Exhibits Nos. 1-11 and 14-20.

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647, dated August 12, 2013.

13. Attached as Exhibit 12 is a true and correct copy of excerpts from the Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7.761,414, dated August 12, 2013.

14. Attached as Exhibit 13 is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414, dated September 13, 2013.

15. Attached as Exhibit 14 is a true and correct copy of excerpts from the deposition transcript of Martin Rinard, dated October 2, 2013.

16. Attached as Exhibit 15 is a true and correct copy of excerpts from the deposition transcript of Gordon Freedman, dated January 16, 2013.

17. Attached as Exhibit 16 is a true and correct copy of excerpts from the deposition transcript of Gary Hall, dated July 11, 2013.

18. Attached as Exhibit 17 is a true and correct copy of excerpts from the deposition transcript of Sung-Geun Park, dated July 3, 2013.

19. Attached as Exhibit 18 is a true and correct copy of excerpts from the transcript of proceeding held before Magistrate Judge Paul S. Grewal, dated May 1, 2012 (D.I. 170).

20. Attached as Exhibit 19 is a true and correct copy of excerpts from Samsung's Patent Local Rule 3-3 and 3-4 Disclosures, dated August 10, 2012.

21. Attached as Exhibit 20 is a true and correct copy of Exhibit C-9 to Samsung's Patent Local Rule 3-3 and 3-4 Disclosures, dated August 10, 2012.

22. Attached as Exhibit 21 is a true and correct copy of excerpts from Samsung's Amended Patent Local Rule 3-3 and 3-4 Disclosures, dated December 27, 2012.

23. Attached as Exhibit 22 is a true and correct copy of excerpts from Samsung's Second Amended Patent Local Rule 3-3 and 3-4 Disclosures, dated April 2013.

24. Attached as Exhibit 23 is a true and correct copy of excerpts from Samsung's Third Amended Patent Local Rule 3-3 and 3-4 Disclosures, dated May 24, 2013.

25. Attached as Exhibit 24 is a true and correct copy of excerpts from Samsung's Fourth Amended Patent Local Rule 3-3 and 3-4 Disclosures, served on June 28, 2013.

26. Attached as Exhibit 25 is a true and correct copy of excerpts from [Amended] Exhibit B-1 to Samsung's Amended Patent Local Rule 3-3 and 3-4 Disclosures.

27. Attached as Exhibit 26 is a true and correct copy of excerpts from Exhibit B-3 to Samsung's Amended Patent Local Rule 3-3 and 3-4 Disclosures.

28. Attached as Exhibit 27 is a true and correct copy of Exhibit C-21 to Samsung's Fourth Amended Patent Local Rule 3-3 and 3-4 Disclosures.

29. Attached as Exhibit 28 is a true and correct copy of excerpts from Exhibit D-10 to Samsung's Amended Patent Local Rule 3-3 and 3-4 Disclosures.

30. Attached as Exhibit 29 is a true and correct copy of Apple's Notice of Third Party Subpoenas to Google, Inc., dated April 5, 2012.

31. Attached as Exhibit 30 is a true and correct copy of Apple's Notice of Third Party Subpoenas to Google, Inc., dated September 28, 2012.

32. Attached as Exhibit 31 is a true and correct copy of Apple's First Set of Preliminary Injunction Requests for Production to Defendants, dated March 6, 2012.

33. Attached as Exhibit 32 is a true and correct copy of Apple's Second set of Requests for Production to Defendants, dated April 11, 2012.

34. Attached as Exhibit 33 is a true and correct copy of Apple's Third Set of Interrogatories to Defendants and Counterclaim Plaintiffs, dated August 13, 2012.

35. Attached as Exhibit 34 is a true and correct copy of Plaintiff and Counterclaim-Defendant Apple Inc.'s Sixth Set of Interrogatories (No. 41) to Defendants and Counterclaim Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, dated March 6, 2013.

36. Attached as Exhibit 35 is a true and correct copy of excerpts from Apple's First Supplemental Objections and Responses to Samsung's Third Set of Interrogatories (No. 26).

37. Attached as Exhibit 36 is a true and correct copy of excerpts from Samsung's Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories (Interrogatory Nos. 8, 20, 24, 28, 29, 45), dated October 4, 2013.

38. Attached as Exhibit 37 is a true and correct copy of Samsung's Third Supplemental Objections and Responses to Apple's Sixth Set of Interrogatories (No. 41), dated July 15, 2013.

39. Attached as Exhibit 38 is a true and correct copy of a June 10, 2013 letter from Lindsay M. Cooper to Quincy Lu.

40. Attached as Exhibit 39 is a true and correct copy of a June 27, 2013 letter from Amar Thakur to Josh Krevitt and Jennifer Rho.

41. Attached as Exhibit 40 is a true and correct copy of an August 30, 2013 e-mail Michael Fazio to Brian M. Buroker et al.

42. Attached as Exhibit 41 is a true and correct copy of excerpts from Exhibit D-1 Samsung's Second Amended Patent Local Rule 3-3 and 3-4 Disclosures, dated April 2013.

43. Attached as Exhibit 42 is a true and correct copy of excerpts from Samsung's Objections and Responses to Apple's Twelfth Set of Interrogatories (Nos. 47-50), dated July 15, 2013.

44. Attached as Exhibit 43 is a true and correct copy excerpts from Exhibit D-11 to Samsung's Second Amended Patent Local Rule 3-3 and 3-4 Disclosures, dated April 2013.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: November 5, 2013                By: */s/Joshua Furman*
                                           Joshua Furman

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Joshua Furman has concurred in this filing.

Dated: November 5, 2013                */s/ H. Mark Lyon*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be

served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 5, 2013                    /s/ H. Mark Lyon