# EXHIBIT 9

**CONFIDENTIAL PHYSICAL EXHIBIT SOUGHT TO BE SEALED**