# EXHIBIT 10

**CONFIDENTIAL PHYSICAL EXHIBIT SOUGHT TO BE SEALED**