# EXHIBIT 15

Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California corporation,
 6
                    Plaintiff,
 7
     vs.                         CASE NO.  11-cv-00630-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                  Defendants.
     _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17          A T T O R N E Y S'  E Y E S   O N L Y
18
19      VIDEOTAPED DEPOSITION OF GORDON FREEDMAN
20              PALO ALTO, CALIFORNIA
21            WEDNESDAY, JANUARY 16, 2013
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 56774
```

Highly Confidential - Attorneys' Eyes Only

Page 2

```
 1     WEDNESDAY, JANUARY 16, 2013
 2         1:13 p.m.
 3
 4
 5
 6   VIDEOTAPED DEPOSITION OF GORDON FREEDMAN,
 7   taken at Gibson, Dunn & Crutcher LLP,
 8   1881 Page Mill Road, Palo Alto, CA,
 9   Pursuant to Notice, before me,
10   ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,
11   CSR License No. 9830.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES:
 2
 3      FOR APPLE INC.:
 4      Gibson, Dunn & Crutcher
 5      By: Brian M. Buroker Esq.
 6          Joshua Furman Esq.
 7      1050 Connecticut Avenue, N.W.
 8      Washington, DC  20036
 9
10
11
12
13      FOR SAMSUNG ELECTRONICS CO. LTD:
14      Quinn Emanuel Urquhart & Sullivan
15      By: Patrick D. Curran Esq.
16          JARED W. NEWTON, Esq.
17      51 Madison Avenue
18      New York, NY  10010
19
20
21
22      ALSO PRESENT: Aric Kerhoulas, Videographer
23                    Erica Tierney, Apple, Inc.
24
25              ---oOo---
```

Page 4

```
 1          PALO ALTO, CALIFORNIA
 2          WEDNESDAY, JANUARY 16, 2013
 3              1:13 P.M.
 4
 5
 6
 7       THE VIDEOGRAPHER: Good afternoon. This
 8   marks the beginning of tape 1 of the videotaped
 9   deposition of Gordon Freedman. In the matter Apple
10   Incorporated versus Samsung Electronics Company
11   Limited. Case No. 12-CV-00630-LHK.
12       This deposition is being held at Gibson Dunn
13   at 1881 Page Mill Road in Palo Alto, California. The
14   date today is January 16th, 2013. The time is
15   approximately 1:14 p.m.
16       My name is Aric Kerhoulas from TSG Reporting,
17   Incorporated. Our court reporter today is Andrea
18   Ignacio in association with TSG.
19       Will counsel please introduce yourselves,
20   starting with the questioning attorney.
21       MR. CURRAN: Patrick Curran, Quinn Emanuel
22   Urquhart & Sullivan, for Samsung.
23       MR. NEWTON: Jared Newton from Quinn Emanuel,
24   also on behalf of Samsung.
25       MR. BUROKER: Brian Buroker, Gibson Dunn, on
```

Page 5

```
 1   behalf of Apple, and with me Joshua Furman, also from
 2   Gibson Dunn, and in-house counsel Erica Tierney.
 3       And just for the record, there's another
 4   gentleman in the room. May he announce his presence.
 5       MR. CURRAN: Frank Jackson.
 6       MR. BUROKER: Thank you.
 7       THE VIDEOGRAPHER: The court reporter will
 8   please swear in the witness, and we can proceed.
 9
10           GORDAN FREEDMAN,
11       having been sworn as a witness
12       by the Certified Shorthand Reporter,
13           testified as follows:
14
15       THE VIDEOGRAPHER: You may proceed.
16
17        EXAMINATION BY MR. CURRAN
18       MR. CURRAN: Good afternoon, Mr. Freedman.
19   Q  Can you state your full name for the record.
20   A  Gordon Freedman.
21   Q  And currently, what is your job title?
22   A  I'm a senior engineer at Apple.
23   Q  And in your current position, what are your
24   responsibilities at Apple?
25   A  I work on software development.
```

Highly Confidential - Attorneys' Eyes Only

Page 34

1  Apple at that time?
2      A  Toby Paterson.
3      Q  Anyone else?
4      A  Yes.
5      Q  Can you list their names for me, please.
6      A  I don't remember them all.  They didn't work
7  directly with me.
8      Q  How long did you work on the Sync Services
9  product at Apple?
10     A  Approximately three or four years.
11     Q  And in those three or four years of working
12 on the Sync Services product, did you also work on any
13 aspects of the iSync software product?
14     A  No.
15     Q  In the period from, say, 2003 to 2007, did
16 the iSync software product utilize Sync Services for
17 data sync?
18     A  Could you repeat the question.
19     Q  Yes, sir.
20        In the period from 2003 to 2007, the iSync
21 software product utilized Sync Services for data sync;
22 true?
23     A  Yes.
24     Q  And in your role working on Sync Services at
25 Apple from 2003 to 2007, you were familiar with the

Page 35

1  operation of the iSync software as well; correct?
2      A  I don't remember how familiar I was.  It was
3  separate, so I didn't work directly with it.
4      Q  In 2007 when you -- it's correct in 2007 you
5  ceased work on Sync Services?
6      A  It overlapped a little with the next project,
7  but approximately.  A little before that time.
8      Q  After your work on Sync Services, what was
9  your next project at Apple?
10     A  iPhone Sync.
11     Q  When did you begin work on iPhone Sync?
12     A  2006.
13     Q  Do you recall when in 2006 you began work on
14 iPhone Sync?
15     A  Approximately January.
16     Q  And who worked with you on iPhone Sync
17 beginning in January 2006?
18     A  Nobody.
19     Q  And for how long were you the only person
20 working on iPhone Sync?
21     A  I'm not sure.
22     Q  Can you describe --
23     A  Sorry.
24     Q  Go ahead.
25     A  I was going to say approximately one year.

Page 36

1      Q  When you referred to working on iPhone Sync,
2  can you explain to me what you were referring to.
3      A  The software on the iPhone and on Mac OS X
4  that allowed the phone to sync with Sync Services.
5      Q  Was that also sometimes referred to as "sync
6  for purple devices"?
7      A  I don't know.
8      Q  Are you familiar with someone named Jacob
9  Farkas?
10     A  Yes.
11     Q  Did Mr. Farkas work with you on iPhone Sync?
12     A  Yes.
13     Q  When did Mr. Farkas work with you on iPhone
14 Sync?
15     A  I'm not sure exactly when he started.
16     Q  Sir, I asked you to explain what you meant by
17 Sync Services and by iPhone sync, but I haven't yet
18 asked about iSync.
19        Can you describe for me in your own words
20 what the iSync software product was.
21        MR. BUROKER:  Objection; vague.
22        THE WITNESS:  Can you clarify which version
23 of iSync?
24        MR. CURRAN:  Q.  Let me start by asking:
25 What is the iSync software product?

Page 37

1      A  The original iSync software product allowed
2  users to synchronize various devices and some of the
3  application's data with Mac OS X.
4      Q  When you say "the original iSync software,"
5  are you referring to a specific release?
6      A  The version that I worked on from 2001.
7      Q  And in that version of the iSync software
8  that you worked on in 2001, what types of application
9  data could be synced with various devices?
10     A  Contacts.
11     Q  Any other types of data?
12     A  Yes.
13     Q  And could you list those types of data for
14 me, sir.
15     A  Calendar data.
16     Q  Any others?
17     A  No.
18     Q  Could the original iSync product sync
19 bookmarks?
20     A  Can you clarify what devices?
21     Q  Yes, sir.
22        Did the original iSync software product have
23 a bookmark sync functionality?
24     A  Are you asking in any way or with devices?
25     Q  Yes, sir, in any way, including .Mac.

Page 38

1  A  Yes.
2  Q  Can you describe the bookmark syncing
3  functionality in iSync for me, please.
4  A  It allowed synchronizing bookmarks used by
5  Safari on one computer, using .Mac to sync to other
6  computers.
7       MR. BUROKER:  Just look at the question, for
8  the record.  I don't think that's what you said.
9       MR. CURRAN:  I think we may have a
10 transcription error.  We'll review it at break.
11      MR. BUROKER:  Okay.
12      MR. CURRAN:  Take a look at that.
13 Q  Sir, when you joined Apple in 2001, did iSync
14 already exist?
15 A  Can you clarify.
16 Q  When you joined Apple in 2001, was there
17 already an effort to create the software product that
18 would become iSync?
19 A  Yes.
20 Q  And do you know when iSync development first
21 began at Apple?
22 A  No.
23 Q  When you joined iSync in 2001, who was
24 already working on the iSync software product?
25 A  Toby Paterson.

Page 39

1  Q  And was Mr. Paterson the only person working
2  on iSync at that time?
3  A  No.
4  Q  Anyone else working with Mr. Paterson at that
5  time in 2001?
6  A  Yes.
7  Q  Who is that?
8  A  You asked me before, and I said I couldn't
9  recall all the members.
10 Q  And you can't recall right now who, other
11 than Mr. Paterson, was working on iSync in 2001;
12 correct?
13 A  Some people.
14 Q  No names come to mind right now?
15 A  One person I can remember.
16 Q  And who is that?
17 A  Eric Noyau.  That's spelled E-R-I-C, N-O-Y --
18 I think it's A-U.  N-O-Y-A-U.
19 Q  Can you describe for me the architecture of
20 iSync as it existed in 2001, and specifically the
21 relationship between the iSync application, the sync
22 engine and the conduits used in iSync.
23      MR. BUROKER:  Objection; vague.
24      You can answer.
25      THE WITNESS:  That is a very broad question.

Page 40

1       MR. CURRAN:  Q.  Is it true that the iSync
2  software product as it existed in 2001 included an
3  iSync application, a sync engine and conduits for
4  various data types?
5  A  Yes.
6  Q  What was the sync engine in the original
7  version of iSync?
8  A  I'm not sure.
9  Q  Were you familiar with the operation of the
10 sync engine in the initial version of iSync?
11 A  At the time we developed it, I was, to a
12 moderate extent.
13 Q  When you say "to a moderate extent," would
14 you have reviewed any of the source code implementing
15 the sync engine in the original version of iSync?
16 A  No.
17 Q  And would you have contributed to any of the
18 source code implementing the sync engine in the
19 original version of iSync?
20 A  No.
21 Q  You wrote source code for the -- at least one
22 conduit for the original version of iSync; is that
23 correct?
24 A  Yes.
25 Q  And that conduit interacted with the sync

Page 41

1  engine in that original version of iSync; correct?
2  A  Yes.
3  Q  Did that sync client that you wrote for Palm
4  devices run in the same process as the sync engine in
5  the original version of iSync?
6  A  Yes.
7  Q  And in the original version of iSync, did
8  conduits typically run in the same process as the sync
9  engine?
10 A  I believe so, but I'm not certain.
11 Q  Were conduits loaded into the sync engine in
12 the original version of iSync?
13 A  The interpretation of that phrasing might be
14 broad.  The process running the sync engine also
15 loaded the conduits in the same process.
16 Q  And did those conduits run in the same thread
17 as the sync engine in the original version of iSync?
18 A  I don't know.
19 Q  Are you familiar with a component called the
20 synchronizer in the sync engine?
21 A  No.
22 Q  And in the original version of iSync, did the
23 iSync application run in the same process as the sync
24 engine?
25 A  I don't know.

Page 42

1  Q  In the original version of iSync, were there
2  any other types of data that could be synced using
3  .Mac beyond bookmarks?
4  A  Yes.
5  Q  And what are those data types?
6  A  Contacts and calendars.
7  Q  Was it possible in the original version of
8  iSync to sync mail account information using .Mac?
9  A  I don't know.  I don't remember.
10  Q  The Palm sync client that you wrote for the
11  original version of iSync, did that interact with a
12  specific application that presented a user interface
13  to a user during sync?
14  A  No.
15  Q  How would an end user initiate a sync with a
16  Palm device in a fashion that would employ the conduit
17  that you wrote for Palm devices?
18  A  Once iSync had started a sync operation, the
19  user would hit the hot sync button, which is a
20  hardware button on the Palm's cradle.
21  Q  So you referenced once iSync had started a
22  sync operation, a user would hit the hot sync button.
23     What did you mean by "once iSync had started
24  a sync operation"?
25  A  It's been a while.  I don't remember the

Page 43

1  exact details, but there were various ways that a sync
2  could start.
3  Q  Did the iSync application have a user
4  interface that would allow a user to identify a device
5  and initiate a sync?
6     MR. BUROKER:  Objection; vague.
7     THE WITNESS:  Can you clarify?
8     MR. CURRAN:  Yes, sir.
9  Q  First, did the iSync -- the original iSync
10  application that you worked on have a user interface?
11  A  Yes.
12  Q  And did that original iSync user interface
13  allow a user to initiate a sync operation?
14  A  Yes.
15  Q  And if a user added a device to iSync, and
16  that device was a Palm device, and the user then
17  initiated a sync from iSync, would that sync operation
18  employ your conduit or client software?
19  A  Yes.
20  Q  Did the iSync user interface run in the same
21  process as your Palm client software in that scenario?
22     MR. BUROKER:  Objection; vague.
23     You can answer.
24     THE WITNESS:  I'm not sure.
25     MR. CURRAN:  Q.  And did the iSync user

Page 44

1  interface run in the same thread of execution as your
2  Palm sync software in that scenario?
3  A  I don't know.
4  Q  Beyond writing the sync client for the Palm
5  device, did you perform any other tasks in developing
6  the original version of iSync?
7  A  Yes.
8  Q  And what were those tasks?
9  A  I developed the bookmark sync client.
10  Q  And can you describe for me at a high level
11  how the bookmark sync client functionality worked in
12  the original version of iSync.
13  A  It accessed Safari's bookmarks.  It sent them
14  over to the sync server, and then took any changes and
15  reapplied them to Safari's bookmarks.
16  Q  And the sync conduit that you wrote for
17  bookmarks in the original version of iSync, that code
18  that you wrote would interact with the sync server?
19  A  I'm not certain of the terminology because
20  it's been quite a long time.  Now, I just used the
21  term "sync server," but I don't remember exactly what
22  we called the different parts in the iSync project.
23  Q  Do you recall whether the conduit software
24  would operate in a background process, while the --
25  I'm sorry -- background thread, while the iSync user

Page 45

1  interface was being presented to an end user during a
2  sync operation?
3  A  I don't know.
4     MR. BUROKER:  When you get to a stopping
5  point, I could use a restroom break, Patrick.
6     THE WITNESS:  We can take a break now?
7     MR. CURRAN:  Yeah, just -- just a couple of
8  additional questions, but -- actually, why don't we
9  take a break now.  That's fine.
10     MR. BUROKER:  Okay.
11     THE VIDEOGRAPHER:  This marks the end of
12  Tape 1.
13     We'll go off the record at 2:18 p.m.
14     (Recess taken.)
15     THE VIDEOGRAPHER:  This marks the beginning
16  of Tape 2, Volume I, in the deposition of Gordon
17  Freedman.
18     We're on the record at 2:43 p m.
19     MR. BUROKER:  And just -- Counsel, before
20  you -- before -- I just wanted to make sure that we
21  designated this transcript and the one tomorrow, the
22  continuation, as highly confidential, outside counsels
23  only.
24     And to the extent source code is used, also
25  the source code designation until we can have a chance

Highly Confidential - Attorneys' Eyes Only

Page 46

1  to review the transcript. Thanks.
2      MR. CURRAN: Q. So, Mr. Freedman, was the
3  iSync software designed to run on a Mac?
4      A  Yes.
5      Q  And was the iSync software designed to sync
6  data that was stored by the address book -- strike
7  that.
8      Are you familiar with the address book
9  application for Mac OS?
10     A  Yes.
11     Q  Did the address book application in Mac OS
12 have a database of contact data?
13     A  I'm not sure if it's strictly a database. It
14 had contact data that it managed.
15     Q  Have you seen documents referring to the
16 address book database of contact data?
17     A  Sometimes that term can be used in a general
18 sense.
19     Q  What's your understanding of the term
20 "database"?
21     A  A database contains structured data in tables
22 that has relationships, often called a relational
23 database, and can be queried.
24     Q  Is that the only meaning of the term
25 "database" in the field of computer science?

Page 47

1      A  I would have to speculate. People use terms
2  differently.
3      Q  Are you familiar with a file format called
4  .DB?
5      A  That's really just a file name extension.
6      Q  And what is the file extension .DB typically
7  used to indicate?
8      A  I could not say for sure.
9      Q  Does the file extension .DB indicate a
10 database?
11     A  I don't know.
12     Q  And the term "database," how does the term --
13 strike that.
14     What is a data store?
15     A  In what context?
16     Q  In the context of iSync, what is a data
17 store?
18     A  I'm not sure.
19     Q  Do the terms "store" and "database" have
20 different meanings in the context of iSync?
21     A  They may.
22     Q  Isn't database a form of store?
23     A  I'm not sure in the terminology used for
24 iSync.
25     Q  What was a conduit store in iSync?

Page 48

1      A  I'm not sure.
2      Q  Did your Palm sync client maintain a store of
3  data that was being synchronized with a Palm device?
4      A  Can -- can you clarify.
5      Q  Did your Palm sync client maintain a cache of
6  data that was -- that would be -- or that had been
7  pushed to the Palm device?
8      A  Yes.
9      Q  Is a cache a form of data store?
10     A  The term "data store" is fairly broad. So to
11 say yes or no to that, it really depends on context.
12     Q  In the context of iSync, caches were referred
13 to as stores; correct?
14     A  I don't remember.
15     Q  Would it surprise you if caches were referred
16 to as conduit stores in iSync?
17     A  Would it surprise me?
18     Q  Uh-huh.
19     Would that be difficult to understand if
20 people used the term "store" to refer to a cache in
21 that context?
22     A  Can you clarify what you mean by "difficult
23 to understand."
24     Q  Given your education and your work experience
25 in the field of computer science, would you understand

Page 49

1  it if someone said to you, "This cache is a data
2  store"?
3      MR. BUROKER: Objection; hypothetical.
4      THE WITNESS: I can't say for sure what I
5  would or would not understand in -- in a hypothetical
6  situation.
7      MR. CURRAN: Q. So in the context of -- of
8  iSync, you have no opinion on what the word "store"
9  means?
10     A  No.
11     Q  And in the context of iSync, you do have an
12 opinion on what the word "database" means?
13     A  I don't remember how it was used back then
14 exactly.
15     Q  So you're not sure what the term
16 "database" meant in the mid-2000s; is that correct?
17     A  Not in the specific context of iSync. It can
18 be used in many different ways.
19     Q  In the context of sync services, do you have
20 any opinion on what the term "database" meant?
21     A  Yes.
22     Q  And what did database mean in that context?
23     A  The definition that I provided earlier.
24     Q  And what is your basis for that definition
25 you gave us earlier of database?

Page 134

1       J U R A T
2
3
4    I, GORDON FREEDMAN, do hereby certify
5    under penalty of Perjury that I have read the
6    foregoing transcript of my deposition taken
7    on January 16, 2013; that I have made such
8    corrections as appear noted herein in ink,
9    initialed by me; that my testimony as
10   contained herein, as corrected, is true and
11   correct.
12
13
14   DATED this ____ day of _____, 2013,
15   at _____, California.
16
17
18
19   _____
20      SIGNATURE OF WITNESS
21
22
23
24
25

Page 135

1              CERTIFICATE OF REPORTER
2
3
4       I, ANDREA M. IGNACIO HOWARD, hereby certify
5    that the witness in the foregoing deposition was by me
6    duly sworn to tell the truth, the whole truth, and
7    nothing but the truth in the within-entitled cause;
8
9       That said deposition was taken in shorthand
10   by me, a Certified Shorthand Reporter of the State of
11   California, and was thereafter transcribed into
12   typewriting, and that the foregoing transcript
13   constitutes a full, true and correct report of said
14   deposition and of the proceedings which took place;
15
16      That I am a disinterested person to the said
17   action.
18
19      IN WITNESS WHEREOF, I have hereunto set my
20   hand this 16th day of January 2013.
21
22      _____
23   ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830
24
25

Page 136

1           I N D E X
2
3    DEPOSITION OF GORDON FREEDMAN
4
5           EXAMINATION
6                     PAGE
7      BY MR. CURRAN         5
8
9         E X H I B I T S
10   EXHIBIT                     PAGE
11   Exhibit 1   Samsung's Amended Third 30(b)(6)    8
12           Deposition Notice to Apple, Inc.
13           7 pgs.
14   Exhibit 2   2-5-03 E-mail, Subject: ERS for    62
15           iSync 1.1 (first draft), Bates
16           APLNDC630-0000195085 - '103;
17           19 pgs.
18   Exhibit 3   U.S. Patent 7,761,414 B2, Bates   75
19           APLNDC630-0000173140 - '83; 44 pgs.
20   Exhibit 4   File Wrapper Application No.     76
21           11/650,624, Bates
22           APLNDC630-0000049779 - '50667;
23           889 pgs.
24              ---oOo---
25

Page 137

1          E R R A T A   S H E E T
2
3       I, GORDON FREEDMAN, make the following
4    changes to my deposition taken in the matter of
5    Apple Inc., vs. Samsung Electronics, et al., taken on
6    January 16, 2013:
7
8    DATE:_____    _____
9            Signature of Witness
10   Page    Line   Change
11   ____    ____   _____
12   ____    ____   _____
13   ____    ____   _____
14   ____    ____   _____
15   ____    ____   _____
16   ____    ____   _____
17   ____    ____   _____
18   ____    ____   _____
19   ____    ____   _____
20   ____    ____   _____
21   ____    ____   _____
22   ____    ____   _____
23   ____    ____   _____
24   ____    ____   _____
25   ____    ____   _____