# EXHIBIT 18

**Apple's Motion to Strike**

```
 1              THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5    APPLE, INC.,                ) CV-12-00630-LHK-PSG
                                  )
 6              PLAINTIFF,        ) MAY 1, 2012
                                  )
 7              V.                )
                                  )
 8    SAMSUNG ELECTRONICS         ) PAGES 1 - 85
      COMPANY LTD., ET AL.,       )
 9                                )
                DEFENDANTS.       )
10    _____      )

11

12           THE PROCEEDINGS WERE HELD BEFORE

13         THE HONORABLE UNITED STATES DISTRICT

14           MAGISTRATE JUDGE PAUL S. GREWAL

15    A P P E A R A N C E S:

16

17    FOR THE PLAINTIFF: GIBSON, DUNN & CRUTCHER
                         BY:  H. MARK LYON
18                            JOSH A. KREVITT
                         1881 PAGE MILL ROAD
19                       PALO ALTO, CALIFORNIA 94304

20
          (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21

22
      OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
23                             CERTIFICATE NUMBER 8074

24

25
```

```
1      A P P E A R A N C E S:  (CONT'D)
2

3      FOR THE DEFENDANTS:    QUINN, EMANUEL, URQUHART &
                              SULLIVAN
4                             BY:   ERIC J. EMANUEL
                                    MICHAEL L. FAZIO
5                                   PARTICK M. SHIELDS
                                    MATTHEW S. WARREN
6                             865 S. FIGUEROA STREET
                              10TH FLOOR
7                             LOS ANGELES, CALIFORNIA 90017
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                SAN JOSE, CALIFORNIA                    MAY 1, 2012
                            P R O C E E D I N G S

                        (WHEREUPON, COURT CONVENED AND THE
11:25:59  FOLLOWING PROCEEDINGS WERE HELD:)
11:25:59                THE CLERK:  CALLING APPLE, INC., V.
11:25:59  SAMSUNG ELECTRONICS COMPANY, LTD., ET AL., CASE
11:26:01  NUMBER CV-12-630.
11:26:03                MATTER ON FOR PLAINTIFF'S MOTIONS TO
11:26:05  COMPEL.
11:26:13                COUNSEL, PLEASE STATE YOUR APPEARANCES.
11:26:15                MR. LYON:  GOOD MORNING, YOUR HONOR.
11:26:17  MARK LYON FOR APPLE AND WITH ME IS MY PARTNER JOSH
11:26:17  KREVITT.
11:26:20                MR. KREVITT:  GOOD MORNING, YOUR HONOR.
11:26:20                THE COURT:  GOOD MORNING, YOUR HONOR.
11:26:24                MR. EMANUEL:  GOOD MORNING, YOUR HONOR.
11:26:25  ERIC MANUAL, MICHAEL FAZIO, AND PATRICK SHIELDS FOR
11:26:30  SAMSUNG.
11:26:30                MR. SHIELDS:  GOOD MORNING, YOUR HONOR.
11:26:30                MR. FAZIO:  GOOD MORNING, YOUR HONOR.
11:26:32                MR. WARREN:  AND MATT WARREN FOR NONPARTY
11:26:35  COMPLAINANT.  GOOD MORNING, YOUR HONOR.
11:26:36                THE COURT:  GOOD MORNING TO YOU AS WELL,
11:26:38  COUNSEL.
```

3

U.S. COURT REPORTERS

```
12:22:09   1                        DO YOU HAVE SOMETHING TO BACK UP THAT
12:22:11   2   CHARGE?
12:22:11   3                MR. WARREN:   WHAT I HAVE TO BACK THAT UP,
12:22:13   4   YOUR HONOR, IS THE HISTORY OF LITIGATION BETWEEN
12:22:15   5   APPLE AND VARIOUS --
12:22:16   6                THE COURT:    THAT'S A VERY BROAD LONG
12:22:18   7   RANGING TOPIC.
12:22:19   8                DO YOU HAVE ANY SPECIFIC EVIDENCE THAT
12:22:21   9   THEY WERE PRETENDING ONE THING AND, IN FACT, DOING
12:22:23  10   SOMETHING OR ANOTHER?
12:22:26  11                MR. WARREN:   ASIDE FROM THE HISTORY OF
12:22:27  12   THE LITIGATION BETWEEN THE PARTIES, NO, YOUR HONOR.
12:22:28  13                THE COURT:    ALL RIGHT.   WELL, LET'S TALK
12:22:30  14   ABOUT THE CODE.   YOU HAVE NO PROBLEM PRODUCING IT
12:22:32  15   TODAY IS WHAT YOU'RE TELLING ME.
12:22:34  16                HOW WOULD YOU MAKE IT AVAILABLE?    I WANT
12:22:36  17   TO UNDERSTAND THAT.
12:22:36  18                MR. WARREN:   IT'S AVAILABLE ON A SOURCE
12:22:38  19   CODE COMPUTER USING BASICALLY THE SAME SETUP THAT
12:22:41  20   WE HAVE ALWAYS USED FOR THE PREVIOUS TIMES THAT WE
12:22:43  21   HAVE PRODUCED CODE TO APPLE IN THESE LITIGATIONS.
12:22:46  22                THE COURT:    WHICH IS WHAT?   WHERE IS IT
12:22:47  23   MADE AVAILABLE?   UNDER WHAT CONSTRAINTS?
12:22:49  24                MR. WARREN:   IT'S MADE AVAILABLE IN THE
12:22:50  25   QUINN EMANUEL SILICON VALLEY OFFICE, AND IT'S
```

```
12:22:53  1    SUBJECT TO A SERIES OF PROCEDURAL CONSTRAINTS THAT
12:22:57  2    IS, YOU KNOW, TOO DETAILED TO SET FORTH HERE BUT
12:22:59  3    THERE ARE CERTAIN HOURS THAT THEY CAN COME AND THEY
12:23:01  4    HAVE TO NOT BRING THINGS INTO THE ROOM AND THEY CAN
12:23:04  5    TAKE NOTES AND THEY CAN PRINT OUT THINGS, AND VERY
12:23:06  6    INDUSTRY STANDARD SORT OF PROVISIONS TO WHICH
12:23:08  7    APPLE, I BELIEVE, HAS AGREED IN PREVIOUS LITIGATION
12:23:10  8    AND I BELIEVE IN THIS LITIGATION AS WELL.
12:23:12  9              THE COURT:  WELL, THEIR AGREEMENT MAY
12:23:13 10    HAVE BEEN AT THE END OF AN ORDER OR TWO FROM THIS
12:23:17 11    COURT, BUT I DO RECALL THAT SUBJECT COMING UP IN
12:23:20 12    PARALLEL LITIGATION.
12:23:21 13              IF I MIGHT ASK, WHAT SPECIFICALLY IS YOUR
12:23:25 14    BEEF WITH THE PROTECTIVE ORDER THAT WAS AGREED UPON
12:23:26 15    BY YOUR FIRM AND APPLE?
12:23:30 16              MR. WARREN:  I BELIEVE -- WELL, SETTING
12:23:31 17    ASIDE THE QUESTION OF THE FIRM, OBVIOUSLY, YOU
12:23:32 18    KNOW, YOUR HONOR, WHEN LAW FIRMS REPRESENT
12:23:32 19    DIFFERENT PARTIES THEY MIGHT NOT ALWAYS TAKE THE
12:23:36 20    SAME POSITION.
12:23:37 21              THE COURT:  COUNSEL, THAT'S A VERY
12:23:37 22    INTERESTING AND IMPORTANT TOPIC.  YOU'RE STANDING
12:23:40 23    IN FRONT OF ME AS A QUINN EMANUEL LAWYER SAYING YOU
12:23:43 24    REPRESENT GOOGLE, RIGHT?  YOUR FIRM REPRESENTS
12:23:45 25    SAMSUNG, RIGHT?  THEREFORE, YOU DO REPRESENT
```

67

U.S. COURT REPORTERS

```
12:23:47   1    SAMSUNG, DON'T YOU?
12:23:49   2               MR. WARREN:  I DO NOT, YOUR HONOR.
12:23:50   3               THE COURT:  SO YOU'RE TELLING ME UNDER
12:23:51   4    RULES OF PROFESSIONAL RESPONSIBILITY AND EVERYTHING
12:23:53   5    ELSE THAT APPLIES HERE, YOU CAN REPRESENT GOOGLE
12:23:56   6    BUT NOT SAMSUNG, EVEN THOUGH QUINN EMANUEL
12:23:59   7    REPRESENTS SAMSUNG IN THIS VERY SAME CASE?
12:24:01   8               MR. WARREN:  YES, YOUR HONOR.
12:24:02   9               THE COURT:  ALL RIGHT.  WHAT IS WRONG
12:24:06  10    WITH THE ORDER THAT YOUR PARTNERS AGREED TO?
12:24:08  11               MR. WARREN:  I BELIEVE WE'RE DOWN TO ONE
12:24:10  12    SENTENCE IN THE ORDER, YOUR HONOR, WHICH IS A
12:24:12  13    SENTENCE THAT ALLOWS APPLE'S LITIGATION COUNSEL
12:24:14  14    WITH ACCESS TO GOOGLE'S C.B.I. TO BE INVOLVED IN
12:24:17  15    REEXAMINATIONS THAT APPLE ITSELF INITIATES.
12:24:23  16               WE'RE FINE WITH THAT OR REEXAMINATIONS
12:24:26  17    THAT SAMSUNG ISSUES.  WE'RE NOT FINE WITH THAT FOR
12:24:28  18    REEXAMINATIONS THAT APPLE INITIATES BECAUSE IT'S
12:24:31  19    OUR VIEW THAT IT ALLOWS APPLE TO TAKE OUR C.B.I.,
12:24:34  20    AND DETERMINE WHICH OF ITS OWN PATENTS IT WISHES TO
12:24:37  21    THROW IN REEXAM AND THEY TRY TO TARGET THOSE
12:24:40  22    PATENTS ON OUR C.B.I.
12:24:41  23               THE COURT:  SO YOUR CONCERN IS WITH
12:24:43  24    RESPECT TO APPLE ITSELF INITIATING THE EXAMINATION
12:24:46  25    ON ITS OWN PATENT?
```

68

```
12:39:02   1    THAT'S A JUDGE KOH QUESTION AS OPPOSED TO AN ISSUE
12:39:05   2    FOR YOUR HONOR.
12:39:05   3              THE COURT:  YOUR UNDERSTANDING IS
12:39:06   4    CORRECT.
12:39:11   5              MR. KREVITT:  YES.  SO TO BE VERY
12:39:11   6    SPECIFIC, THOUGH, GIVEN THE IMPORTANCE OF THIS
12:39:14   7    MATERIAL AND GOOGLE'S CLEAR INVOLVEMENT WITH
12:39:16   8    RESPECT TO THE OPPOSITION OF THE PRELIMINARY
12:39:18   9    INJUNCTION MOTION, WE WOULD REQUEST AN ORDER
12:39:20  10    COMPELLING GOOGLE TO SUBSTANTIALLY COMPLETE THEIR
12:39:22  11    DOCUMENT PRODUCTION BY THE END OF THIS WEEK.
12:39:24  12              THE COURT:  ALL RIGHT.  THANK YOU VERY
12:39:26  13    MUCH.
12:39:27  14              MR. EMANUEL:  THANK YOU, YOUR HONOR.
12:39:28  15              THE COURT:  ALL RIGHT.  THE MATTER IS
12:39:29  16    SUBMITTED.  THANK YOU.  AND HAVE A GOOD DAY.
12:39:29  17              (WHEREUPON, THE PROCEEDINGS IN THIS
12:39:32  18    MATTER WERE CONCLUDED.)
          19
          20
          21
          22
          23
          24
          25
```

84

U.S. COURT REPORTERS

CERTIFICATE OF REPORTER

    I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

    THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.


                        /S/
                        _____
                        IRENE RODRIGUEZ, CSR, CRR
                        CERTIFICATE NUMBER 8074

                        DATED:  MAY 3, 2012