# EXHIBIT 24

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 |
| 13 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | |
| vs. | **SAMSUNG'S ~~THIRD~~ FOURTH AMENDED PATENT LOCAL RULE 3-3 AND 3-4 DISCLOSURES** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to the Court's Minute Order and Case Management Order, and Patent Local Rules 3-3 and 3-4, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") submit amended invalidity contentions and document productions for U.S. Patent Numbers 5,666,502 ("the '502 Patent"); 5,946,647 ("the '647 patent"); 6,847,959 ("the '959 patent"); 7,761,414 ("the '414 patent); 8,014,760 ("the '760 patent); 8,046,721 ("the '721 patent"); 8,074,172 ("the '172 patent"); and 8,086,604 ("the '604 patent") (collectively, "Apple Asserted Patents").  Apple Inc. is referred to herein as "Apple" or "Plaintiff."

### PATENT LOCAL RULE 3-3 DISCLOSURES

1. This disclosure is directed to preliminary invalidity and unenforceability issues only and does not address claim construction or non-infringement.  Samsung reserves all rights with respect to such issues, including but not limited to its position that claims of the Apple Asserted Patents are to be construed in a particular manner and are not infringed.

2. These invalidity contentions are preliminary and are based on Samsung's current knowledge, understanding, and belief as to the facts and information available as of the date of these contentions.  Samsung has not yet completed its investigation, discovery, or analysis of information related to this action, and additional discovery may require Samsung to supplement or amend its invalidity contentions.  While Samsung has made a good-faith effort to provide a comprehensive list of prior art relevant to this case, Samsung reserves the right to modify or supplement its prior art list and invalidity contentions at a later time with or based upon pertinent information that may be subsequently discovered from Apple or third-parties.  Moreover, discovery is ongoing and Samsung reserves the right to pursue all other defenses that may be available to it, including but not limited to defenses that the Apple Asserted Patents are unenforceable based on laches, estoppel, waiver acquiescence, inequitable conduct, patent misuse, patent exhaustion, express or implied license, or any other grounds.

3. Any invalidity analysis depends, ultimately, upon claim construction, which is a question of law reserved for the Court.  The asserted claims have not yet been construed by the Court in this case and, thus, Samsung has not yet had the opportunity to compare the asserted

1  HTC001068 (T-Mobile Dash – see Exhibit G-11); CHINGNDCA630-00000001 –
2  CHINGNDCA630-00000235 (Turbo C++ – see Exhibit A-9); KINZERNDCA630-00000001 –
3  KINZERNDCA630-00000224 (Codewright – see Exhibit A-7); PARCNDCA630-00000001 –
4  PARCNDCA630-00005871 (Interlisp – see Amended Exhibit A-4; Embedded Buttons – see
5  Amended Exhibit B-15; and Bayou – see Exhibit D-4); ORCL000001 – ORCL00578 (WAIS – see
6  Second Amended Exhibits C-9 and H-9); TMO-APL-SMSNG-00000001 – TMO-APL-SMSNG-
7  000000235 (T-Mobile Dash – see Exhibit G-11); NEOMAGNDCA630-00000001 –
8  NEOMAGNDCA630-00000020 (Neonode N1m, see Exhibit F-5); REQUISITE0000001 –
9  REQUISITE000147 (Neal System – see Exhibits C-16, H-16); DOW000001 – DOW00127
10 (WAIS – see Second Amended ExhibitS C-9 and H-9); CYCLINGNDCA630-00000001 –
11 CYCLINGNDCA630-00000045 (JazzMutant Lemur, see Second Amended Exhibit F-9);
12 GAMIELNDCA630-00000001 – GAMIELNDCA630-00010342 (Isite – see Exhibits C-17 and H-
13 17); STANFORDNDCA620-00000001 - STANFORDNDCA620-00000149.  Discovery is
14 ongoing in this case, and Samsung reserves the right to rely on additional materials which may be
15 identified and/or produced in the discovery process, including materials identified and/or produced
16 by Apple or third parties.
17        Defendants reserve the right to identify and produce additional documents pursuant to the
18 Patent Rules and the orders of the Court.

20 DATED: ~~May~~ July ~~2~~41, 2013         QUINN EMANUEL URQUHART & SULLIVAN LLP

22                                          By  */s/ Victoria F. Maroulis*
                                                Victoria F. Maroulis
23                                              Attorneys for Defendants
                                                SAMSUNG ELECTRONICS CO., LTD.,
24                                              SAMSUNG ELECTRONICS AMERICA, INC. and
                                                SAMSUNG TELECOMMUNICATIONS
25                                              AMERICA, LLC