# EXHIBIT 25

**EXHIBIT B-1**
**MOSAIC INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 5,946,647**

The Mosaic System was publically known by at least 1994.  Individuals likely to have knowledge of the public availability of the Mosaic System include Terry McLaren.  The Mosaic web browser described herein was developed at and released by the National Center for Supercomputing Applications (NCSA) at the University of Illinois Urbana-Champaign.  Mosaic web browser version 2.0 alpha 9 from the NCSA website was available at least by January 25, 1995.  *See* ftp://ftp.ncsa.uiuc.edu/Mosaic/Windows/Archive/MosaicHistory.html; http://scout.wisc.edu/Projects/PastProjects/NH/95-01/95-01-27/0000.html.

The Mosaic System anticipates at least claims 1, 2, 4, 6, 8, and 9 of U.S. Patent No. 5,946,647 (the "'647 patent") under 35 U.S.C. § 102(b), as described by the following references:

- The file README.WRI (a NCSA Mosaic for Microsoft Windows Installation and Configuration Guide) from the top level of The Mosaic2.0Alpha9 distribution ("MosReadMe")

- The file RELNOTES.HTM (a NCSA Mosaic for Microsoft Windows Installation and Configuration Guide) from the top level of the Mosaic2.0Alpha9 distribution ("MosRelNotes")

- Mosaic web browser and screenshots, version 2.0 alpha 9, released no later than January 25, 1995, available from ftp://ftp.ncsa.uiuc.edu/Mosaic/Windows/Archive/MosaicHistory.html[1] ("Mosaic")

- Dougherty, Dale, Koman, Richard, *The Mosaic Handbook,* O'Reilly & Associates, Inc., 1994 ("MosHandbook")

The Mosaic System renders obvious at least claims 1, 2, 4, 6, 8, and 9  of the '647 patent under 35 U.S.C. § 103, alone and/or in combination with one or more of the following references that describe the MHonArc System:

- The file mhonarc.txt from the doc directory of the MHonArc distribution, dated 10/1/1994[2]  ("MHonDoc")

---

[1] The NCSA website provides the executables and documentation for Mosaic version 2.0 alpha 9 at: ftp://ftp.ncsa.uiuc.edu/Mosaic/Windows/Archive/NCSAMosaicV2.0a9.zip

[2] See MHonArc official website at http://www.mhonarc.org/MHonArc/CHANGES

- The file mhonarc (the mail MHonArc Perl script) from the top level of the MHonArc distribution, dated 10/1/1994[3] ("MHonArc")

- http://www.mhonarc.jp/mirror/release/MHonArc/2.5.14/extras/MosaicMail, MosaicMail script by Earl Hood, Oct 26, 1994 ("MosaicMail")

- http://perldoc.perl.org/perlhist.html , The Perl History Records ("Perl")

Individuals likely to have knowledge of the MHonArc System include Earl Hood.  MHonArc is a Perl program designed by Earl Hood.  MHonArc version 1.0.0 was released publicly by Earl Hood on October 1, 1994.  *See* http://groups.google.com/group/comp.infosystems.www.misc/msg/9c8606d38394e2ca?dmode=source; http://groups.google.com/group/comp.infosystems.www.users/msg/047e508412de70af?dmode=source; http://groups.google.com/group/comp.infosystems.www.misc/msg/31aea52b9ac62dde?dmode=source.

The Mosaic System renders obvious at least claims 1, 2, 4, 6, 8, and 9 of the '647 patent under 35 U.S.C. § 103, alone and/or in combination with John Hopcroft and Jeffrey Ullman , *Formal Languages and Their Relation to Automata,* Addison-Wesley, Reading, MA, 1969 ("Hopcroft"); Dick Grune and Ceriel Jacobs, *Parsing Techniques – a Practical Guide*, First Edition, Ellis Horwood, Chichester, England, 1990 ("Grune"); [4] Conger, Jim, *Microsoft Foundation Class Primer,* Waite Group Press, Emeryville, CA, 1993. ("MFC"); "Dexter With Open Eyes," John L. Leggett and John L. Schnase, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994, pp. 77-86 ("Leggett"); "Automatic Structuring and Retrieval of Large Text Files," Gerard Salton, James Allan, and Chris Buckley, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994, pp. 97-108 ("Salton94"); "Light Hypermedia Link Services: A Study of Third Party Application Integration," Hugh C. Davis, Simon Knight and Wendy Hall, ECHT '94 Proceedings, September 1994 ("Davis"); Schwartz, Randal L., *Learning Perl*, O'Reilly & Associates, United States, 1993. ("Learning Perl"); Dougherty, Dale, *sed & awk*, O'Reilly & Associates, United States, 1991. ("sed & awk").

---

[3] See MHonArc official website at http://www.mhonarc.org/MHonArc/CHANGES

[4] Grune is available at http://dickgrune.com/Books/PTAPG_1st_Edition/

To the extent any limitation is found not to be literally disclosed, such a limitation would be obvious because the '647 patent is merely a collection of prior art elements that fails to meet the statutory requirement of nonobviousness under § 103, and the factors delineated in *KSR Int'l Co. v. Teleflex, Inc*., 550 U.S. 398 (2007), weigh against a finding of nonobviousness.

For example, it would have been obvious to a person of ordinary skill in the art to combine the teaching of the Mosaic System with the teachings of the references listed above and in Samsung's Patent Local Rule 3-3 And 3-4 Disclosures for the '647 patent served herewith; such references are in the same field of art, and discuss various techniques and improvements that would have been known to yield predictable results when applied to the technology claimed in the '647 patent, and a person of ordinary skill therefore would have been motivated to so combine them in view of the disclosures therein.  Below included in this chart are examples of specific teachings from references that, combined with the Mosaic System , render the '647 patent invalid under § 103.

Samsung reserves the right to use the entirety of the reference cited in its contentions to show that the asserted claims are anticipated and/or are obvious.  Moreover, to the extent that any of the below claim limitations are found to not be expressly disclosed by the below reference, it is Samsung's contention that any such limitation would be obvious, either based the knowledge of one of ordinary skill in the art or based on any of the art cited in Samsung's invalidity contentions.  It is also Samsung's contention that one of ordinary skill in the art would find such limitation obvious for at least one or more of the following reasons: (1) the combination would unite  old elements with no change in their respective function; (2) the combination would have been a predictable variation of a work in the same or a different field of endeavor; (3) the modification would have used a known technique to improve a similar device in the same way; (4) the modification was a known problem for which there was an obvious solution; (5) the modification would have been "obvious to try"; (6) the modification was known work in one field of endeavor that would have prompted variations of it for use in either the same or different field based on design incentives or other market forces; (7) there was an explicit teaching, suggestion, or motivation in the prior art for the modification.

The citations to portions of any reference in this chart are exemplary only.  Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '647 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims.  This claim chart takes into account Apple's overly broad construction of the claim limitations.  Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper.  To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said

feature or functionality is found to practice any limitation of any of the asserted claims of the '647 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that the Mosaic System invalidates the asserted claims of the '647 patent, either alone or in combination with one or more other references.

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| **[1A]** A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Apple has taken the position that the preamble is not limiting. See Mowry Dep. Tr. at 101:4-6.<br><br>To the extent that the preamble is limiting, The Mosaic System discloses a computer-based system for detecting structures in data and performing actions on detected structures. The Mosaic System includes a web browsing application. Mosaic detects structures including an "anchor" and its "tags" in an HTML document presented to the application, presents the detected structures to the user as clickable hyperlinks, and allows actions to be performed on the structures when clicked. See, e.g.:<br><br>NCSA Mosaic is a network navigational tool that will allow you to easily access networked information with the click of a button.  Mosaic is capable of accessing data via protocols such<br><br>as HTTP, Gopher, FTP and NNTP (Usenet News) natively, and other data services such as Archie, WAIS, and Veronica through gateways.  NCSA Mosaic was designed to provide its user transparent and seamless access to these information sources and services.  Mosaic capable of running under the following processor architectures and  operating systems.<br><br>Below are the naming schemes we are using for this release.<br><br>With a Setup Program:<br><br>mos20a9.exe ....................................          Win3.x, WWG & NT (iX86 processor)<br><br>Without a Setup Program:<br><br>x86.mosaic.2.0.0a9.exe..................... Win3.x, WWG & NT (iX86 processor) |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | axp.mosaic.2.0.0a9.exe......................   NT for the DEC aXP<br><br>mips.mosaic.2.0.0a9.exe....................   NT for the MipsPC<br><br>ppc.Mosaic.2.0.0a9.exe......................   NT for the Power PC<br><br><br>Software Requirements<br><br>Before we get started we must assume your system meets one or more of the following Operating System and environments:<br><br>  - Microsoft Windows NT<br><br>  - Windows v3.1, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.<br><br>   - Windows for Workgroups, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.<br><br>   - You have an Internet access provider or you plan on using Mosaic in Stand-Alone mode.  NOTE: NCSA doesn't provide Internet access to the general public.<br><br>Mosaic is a 32-bit Application<br><br>Mosaic is a 32-bit application. This means that Mosaic is compatable with Windows 3.1,<br><br>Windows for Workgroups, Windows NT and Win95.  The Windows NT operating system is<br><br>available for the following processors:<br>**MosReadMe: lines 6-37.** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  |

**(Mosaic, disclosing detecting anchors and their tags in HTML and displaying hyperlinks for each detected structure. For example, when loading this HTML document, Mosaic detects the "<a href=url>anchor text</a>" structures and creates clickable hyperlinks which are presented to the user in blue text.)**

To the extent that the preamble is limiting, the MHonArc System also discloses a computer-

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | based system for detecting structures in data and performing actions on detected structures. For instance, as described immediately below and in the following claim element analyses, MHonArc was a program that executed on a computer and converted emails into HTML, detecting in the process structures such as email addresses and URLs, and assigning actions to those detected structures that could later be performed. See, e.g.:<br><br>MHonArc is a Perl program for converting e-mail messages as specified in RFC 822 and RFC 1521 (MIME) to HTML. MHonArc can perform the following tasks:<br><br>* Convert mh(1) mail folders or mail(1) style mailboxes into an HTML mail archive.<br>* Add new e-mail messages to an existing HTML mail archive generated by MHonArc.<br>* Convert a single message to HTML.<br>**MHonDoc: lines 74-82.**<br><br>Requirements<br><br>In order to run MHonArc, you must be using it on a UNIX based system with Perl 4 installed. It is recommed to have patchlevels 34 or later of Perl.<br>**MHonDoc: lines 111-115.**<br><br>MHonArc itself is a Perl script that is executed by the Perl 4.0 interpreter program. A 'Very Stable' release of Perl 4.036 was available in February, 1993 as a win32 binary for Windows 3.1 and Windows NT.<br>`1. Pump- Release Date Notes`<br>`2. king         (by no means`<br>`3.                  comprehensive,` |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | ```
4.                    see Changes*
5.                    for details)
6.  ========================================================
    =============
``` |

[…]

```
1.          4.034      1992-Jun-11
2.          4.035      1992-Jun-23
3.  Larry   4.036      1993-Feb-05    Very stable.
```

**Perl: lines 1-6, 48-50.**

As a Perl program, MHonArc is capable of running on a variety of operating systems which support a Perl interpreter, including Microsoft Windows.

Because MHonArc is a program which generates HTML documents and Mosaic is a program which displays and supports user interaction with HTML documents, it is natural and obvious to use Mosaic in combination with MHonArc to process the MHonArc output data. The use of MHonArc and Mosaic in combination is specifically referenced by Earl Hood (the author of MHonArc) in the documentation for the related MosaicMail script:

```
#! /usr/local/bin/perl
##---------------------------------------------------------------------------
##
## File:
## MosaicMail
## Author:
## Earl Hood ehood@convex.com
## Copyright (C) 1994, Wed Oct 26 15:00:44 CDT 1994
## Thanks:
## Roman Czyborra <czyborra@cs.tu-berlin.de> -- Whose feedback
## and sh script greatly improved the program.
##
## Description:
```

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | ## MosaicMail is a simple Perl program that loads a single mail<br>## message from STDIN into a running Mosaic process. If no Mosaic<br>## process is running, the script will exec Mosaic.<br>## MHonArc is called to do the actual conversion of the e-mail<br>## message. Therefore, MIME messages will be converted.<br>##<br>**MosaicMail**: lines 1-19. |
| **[1B]** an input device for receiving data | The Mosaic System discloses an input device for receiving data. The Mosaic Handbook references running Mosaic with a mouse and a screen. The Mosaic System receives data in the form of an HTML document by use of network hardware, such as a modem. HTML files and image files are retrieved directly from the network using a modem or other network hardware. HTML files are received as plain text in the ASCII format. The Mosaic System also inherently includes input devices such as a mouse and a keyboard. See also, e.g.:<br><br>Converting MH mail folders, or Mailbox files<br><br>Since MHonArc supports MH mail folders and mailbox files, the term "inbox" will represent the MH mail folder or mailbox file you want to process. To convert your inbox to an HTML archive, use one of the following commands:<br><br>For an MH mail folder:<br>% mhonarc <path>/inbox<br><br>For a mailbox file:<br>% mhonarc -mbox <path>/inbox<br><br>Where <path> represents the path to the directory that contains inbox. If you are in the directory that contains inbox, then you can leave out the "<path>/".<br><br>NOTES: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | An MH mail folder is actually a UNIX directory file, and MHonArc expects the filename arguments you give to be directory files. If -mbox is specified, then the filename arguments should be UNIX plain files in mailbox format. **MHonDoc: lines 154-175.**<br><br>Description:<br>   MHonArc converts mail messages to HTML and creates an index page linking to each mail message.  MHonArc can be renamed to assume the following options:<br>      mhonarc:        -mh    (File arguments are MH mail folders)<br>      mbox2html:    -mbox   (File arguments are mail(1) mailbox files)<br>         \<anyname\>:          -mh<br><br>   The -mbox option always specifies mail(1) mailbox processing regardless of the program name or the -mh option.  The -mh option can be used to process MH mail folders if the program name is mbox2html.<br>**MHonArc: lines 1419-1429.**<br><br>A microcomputer running Mosaic discloses additional input devices for receiving data. Specifically, the Mosaic Handbook references running Mosaic with a mouse and a screen.<br><br>Consider the original Marx Brothers home page shown in Figure 7-10. The mouse is positioned over the word GROUCHO, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  |  *Figure 7-9. Hypertext links displayed in status bar in Mosaic*<br><br>this anchor. Here is the HTML that causes Mosaic to display GROUCHO as a hypertext anchor.<br><br>**MosHandbook: pp. 149-150.**<br><br>The MHonArc System also discloses an input device for receiving data. Specifically, the electronic mail files used as input to MHonArc would be received via a network adapter or modem, or from fixed or removable disk media.<br><br>Converting MH mail folders, or Mailbox files<br><br>Since MHonArc supports MH mail folders and mailbox files, the term "inbox" will represent the MH mail folder or mailbox file you want |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | to process. To convert your inbox to an HTML archive, use one of the following commands:<br><br>For an MH mail folder:<br>    % mhonarc <path>/inbox<br><br>For a mailbox file:<br>    % mhonarc -mbox <path>/inbox<br><br>Where <path> represents the path to the directory that contains inbox. If you are in the directory that contains inbox, then you can leave out the "<path>/".<br><br>NOTES:<br>    An MH mail folder is actually a UNIX directory file, and MHonArc expects the filename arguments you give to be directory files. If -mbox is specified, then the filename arguments should be UNIX plain files in mailbox format.<br>**MHonDoc: lines 154-175.**<br><br>Description:<br>MHonArc converts mail messages to HTML and creates an index page linking to each mail message.  MHonArc can be renamed to assume the following options:<br>    mhonarc:     -mh    (File arguments are MH mail folders)<br>    mbox2html:    -mbox   (File arguments are mail(1) mailbox files)<br>      <anyname>:  -mh<br><br>The -mbox option always specifies mail(1) mailbox processing regardless of the program name or the -mh option.  The -mh option can be used to process MH mail folders if the program name is mbox2html. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | **MHonArc: lines 1419-1429.** |
| **[1C]**  an output device for presenting the data | The Mosaic System discloses an output device for presenting the data. Mosaic presents the received HTML document on a computer screen.  See, e.g.: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  |

(The Mosaic System disclosing the browser presenting the received HTML document on a screen.)

The MHonArc System also discloses an output device for presenting the data. For instance, a "Unix based system" would inherently include a monitor or other display device of some kind. See, e.g.:

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | Requirements<br><br>In order to run MHonArc, you must be using it on a UNIX based system with Perl 4 installed. It is recommed to have patchlevels 34 or later of Perl.<br>**MHonDoc: lines 111-115.** |
| **[1D]** a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Mosaic System discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures.<br><br>The Mosaic System includes a memory storing information including program routines. Mosaic is a collection of program routines, which are stored in memory on a computer. Mosaic is a 32-bit application, as described in the Release Notes. See, e.g.:<br><br>    **Mosaic is a 32-bit application.** This means that Mosaic is compatable with Windows 3.1, Windows for Workgroups 3.11, Windows NT and Windows 95. The Windows NT operating system is available for the following processors:<br>        **iX86** - Intel's 386, 486, and Pentium Processors<br>        **aXP** - Digital Equipment Corporation (DEC) aXP 64-bit processor<br>        **MIPS** - Mips Technology processor<br>        **PPC** - Motorola,IBM,Apple Power PC processor<br>**MosRelNotes**<br><br>Such software applications are inherently composed of program routines which are stored in system memory.<br><br>The Mosaic System includes an analyzer server for detecting structures in the data, and for linking actions to the detected structures. Mosaic receives data in the form of raw ASCII text comprising an HTML document and detects anchors that have the form "<a href=url>anchor |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | text</a>". The Mosaic system detects at least two kinds of structures: anchors that are references to other hypertext documents, and anchors that are references to email addresses. The first kind of anchor has the form '<a href="http://address">anchor text</a>' for hypertext documents, and the second has the form '<a href="mailto:address">anchor text</a>' for e-mail addresses. In both cases, the detected structure is the entire form, from the initial "<a" to the final "/a>", which can be detected by parsing using either grammars, regular expressions, or other parsing techniques. When Mosaic detects a structure, it displays the anchor text as a hypertext anchor (conventionally highlighted in blue) and displays the URL in the status bar at the bottom of the screen. <br><br>  <br> *Figure 7-9. Hypertext links displayed in status bar in Mosaic* <br><br> this anchor. Here is the HTML that causes Mosaic to display GROUCHO as a hypertext anchor. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | **MosHandbook: p.150.**<br><br>The action of loading a web page pointed to by a URL is linked to a "<a href=url>anchor text</a>" structure. The Mosaic Handbook discloses how to create and detect HTML links using the anchor with its tags:<br><br><br><br>**MosHandbook: pp. 149-150.** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | The action of creating an internet shortcut is linked to a '<a href="mailto:address">anchor text</a>' structure. See, e.g.:<br><br><br><br>**(Mosaic, disclosing actions linked to e-mail address anchor structures.)** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | Mosaic further links the actions "Load Anchor to Disk", "Anchor Information", "Create Internet Shortcut", and "Spawn Mosaic from Anchor" to the detected hypertext document anchor structures to be accessed by right-clicking on a detected structure.<br><br><br><br>**(Mosaic, disclosing detected hypertext document anchor structures that are made clickable.)** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | Mosaic links a different set of actions (only the actions "Load Anchor to Disk" and "Create Internet Shortcut") to the detected email address anchor structures which are accessed by right-clicking on a detected structure.<br><br> |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | **(Mosaic, disclosing detected e-mail address anchor structures that are made clickable.)**<br><br>The MHonArc System also discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures.<br><br>The MHonArc program, when interpreted and stored in memory by the Perl interpreter detects three different types of structures in the input data (unstructured email text):  untagged email addresses, HTTP URLs, and mailto URLs.<br><br>The analysis of input data in the MHonArc program is performed in the read_mail_body routine (and other routines that it calls, including MAILread_body) of the MHonArc script. See, e.g.:<br><br>           ##       read_mail_body() reads in the body of a message.  The returned<br>           ##       filtered body is in *ret.<br>           ##<br>           sub read_mail_body {<br>**MHonArc: lines 773-776.**<br><br>           ##       MAILread_body() parses a MIME message body.  $header is the<br>           ##       header of the message.  $content is the value of the Content-Type<br>           ##       field.  $body is the actual message body.  The return value<br>           ##       is a scalar variable representing the contents of the filtered<br>           ##       message.<br>           ##<br>           sub main'MAILread_body {<br>**MHonArc: lines 1497-1503.**<br><br>MHonArc converts unstructured plain text email messages and MIME encoded email messages into HTML.  In the process of conversion, MHonArc detects certain structures in the email and marks those structures in the HTML output such that the individual structures may be selected in a browser like Mosaic.  Specifically, MHonArc detects email addresses in mail |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | header fields,<br><br>    * E-mail addresses are converted to "mailto" hyperlinks in "To:",<br>    "From:", "Cc:", and "Sender:" mail header fields. Currently, not<br>     all Web browsers support the mailto URL.<br>**MHonDoc: lines 233-235.**<br><br>This processing is performed by the routine htmlize_header defined at **MHonArc:** line 2019. htmlize_header in turn calls the routine field_add_links which calls the routine mailto. mailto detects e-mail addresses using a regular expression from within the unstructured text of the "to", "from", "cc", "sender" and "reply-to" fields that contain one or more textual names with embedded e-mail addresses:<br><br><pre>sub mailto {<br>    local(*str) = shift;<br>    if ($MAILTOURL) {<br>    $str =~ s\|([\\!\\%\\w\\.-]+@[\\w\\.-]+)\|&mailUrl($1)\|ge;<br>    } else {<br>    $str =~ s\|([\\!\\%\\w\\.-]+@[\\w\\.-]+)\|<A HREF="mailto:$1">$1</A>\|g;<br>    }<br>}</pre><br>**MHonArc: lines 1736-1743.**<br><br>MHonArc detects and marks http:, and other, URL references in the plaintext email body by converting them to hyperlinks.<br><br>    text/plain signifies ASCII character data. In the HTMLized message,<br>    the data is wrapped in a PRE element with special characters ($< > \&$)<br>    converted to entity references. MHonArc will also make any URLs into<br>    hyperlinks. The following URL types are recognized:<br><br>     * http://... |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | * ftp://...<br>* afs://...<br>* wais://...<br>* telnet://...<br>* gopher://...<br>* news:...<br>* nntp:...<br>* mid:...<br>* cid:...<br>* mailto:...<br>* prospero:...<br>**MHonDoc: lines 1451-1467.**<br><br>This processing is performed by the routine convert_line at **MHonArc**: lines 1846-1877. convert_line uses a regular expression to detect URLs, and then returns the detected URL text placed into '<A HREF="">' and '</A>' tags:<br><br>    $tmp .= $item . '<A HREF="' . $item2 . '">' . $item2 . '</A>';<br>**MHonArc: line 1860**<br><br>Through this processing, an email is converted to an HTML file that can be processed by a browser such as Mosaic.  A sample email message file and corresponding HTML output file from MHonArc are demonstrated by: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | ```
From aw585@lafn.org  Fri Mar 28 12:23:43 2008
From: aw585@lafn.org (Dallas)
Date: Fri, 28 Mar 2008 04:23:43 -0700
Subject: [MPlayer-users] usnatch moved to sourceforge
Message-ID: <ElJfCgR-0OOSbr-OO@knopper>


I'm sending this to several public forums, (and several
private individuals) but not by CC:  to avoid crosspost
message bounce hell.

As a courtesy to everyone to let them know where I'm sending this:

Lynx-dev:
mailto:lynx-dev@nongnu.org
http://lists.nongnu.org/mailman/options/lynx-dev/

Mplayer-users:
mailto:mplayer-users@mplayerhq.hu
http://lists.mplayerhq.hu/mailman/listinfo/mplayer-users

Rexx Language Association:
mailto:members@rexxla.org
http://www.rexxla.org
(for nonmembers perhaps, news://comp.lang.rexx)

(Los Angeles) LAMP SIG:
mailto:lamp-user@maillist.lampsig.org
http://www.lampsig.org/

Feel free to forward this to any other place you want.

The purpose of this message is to announce that the Rexx
script 'usnatch', previously downloadable from:

http://www.lafn.org/~aw585/usnatch

has been accepted by Sourceforge, and the network
presence moved to:

http://usnatch.sourceforge.net

now including a mailing list.

Also wanted to mention that someone on one of the above lists wanted to
be able to play videos by direct streaming of the Internet, and this is
now possible.  As I recall the current version has an underdocumented
switch to play straight off the net, or alternately you can leave off
the switch to play, and use the USNATCH_DOWNLOAD environmental variable
to redefine the download action from, say wget, to, for example,


'mplayer -vc ffflv -ac mp3 -cache 300 -prefer-ipv4 [URL]'


Regards,

Dallas E. Legan II / legan@acm.org / dallas.legan@gmail.com / aw585@lafn.org
    dallas_legan@users.sourceforge.net
http://isthereanotherquestion.blogspot.com
```
**Sample email message file for MHonArc** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  |  |
|  | **HTML document output by MHonArc** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | MFC also discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures.<br><br>MFC discloses using function pointers for linking actions in a pop-up menu.<br><br>MFC discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures.<br><br>The 'Message Map' of MFC provides a memory storing information on linking a set of actions (in the form of conventional pointers) to a pop-up menu which can be associated with detected structures. See, e.g.:<br><br>"The MFC approach to processing messages is to divert each message that the program will process to a separate function.  The function does whatever action is appropriate in the program for that one message, and then returns.  The diversion of messages to individual functions is done with a 'message map'.  The message map specifies which functions get called for specific messages, and then lets any other messages pass on to the default message processing logic.  Figure 3-4 shows how the message map diverts functions." MFC:p76.<br><br>Additionally, Leggett and Davis both discloses the use of an analyzer server for detecting structures and linking that would have been obvious to combine with the Mosaic System<br><br>"*Link Services.* The notion of a 'hypertext system' as occurs throughout the Dexter model is replaced with the notion of `link services' that are provided to **all** applications by a base layer of the computing environment. In a minimal scenario, link services would provide operations for creating and deleting anchors and links and for following links." (Leggett, p. 81, emphasis in original) |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | *"The Computed Linker*<br>This uses a pre-created index of some set of text files to apply information retrieval techniques to attempt to provide links where none have been manually created." (Davis, p. 43) |
| **[1E]** a user interface enabling the selection of a detected structure and a linked action; and | The Mosaic System discloses a user interface enabling the selection of a detected structure and a linked action. For example, a detected '<a href="http://address">anchor text</a>' structure and linked action of loading the webpage may be selected by using a mouse cursor to click on the hyperlink generated from the detected structure. Additionally, the detected structure may be selected using a mouse cursor to right-click on the hyperlink generated from the detected structure, causing Mosaic to generate a context sensitive menu comprising multiple actions that may be further selected using the mouse cursor.<br><br>The Mosaic System provides the following functions upon a click of the right mouse button, as described in the Release Notes. See, e.g.:<br><br>**_Inline Images:_**<br>**Save Image**<br>    Selecting this options allow you to save the image to your local disk using the standard Windows "Save As" dialog box. You can save the image in one of two formats:<br>    **Windows BMP Format**<br>    The standard file used by Windows for the desk top background.<br>    **Remote Site Format**<br>    The default format of the file. This format is dictated by the server and the image is usually in a .gif format.<br>**Image Information**<br>    Mosaic will query the web server for information about the image and display it to you in a dialog box. The dialog box contains the following information:<br>        •  URL |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | • Size |
|  | • Last Modified (Date) |
|  | • Type (MIME Type/Sub Type) |
|  | • Server Type (Web server and version number) |
|  | • MIME (version number) |

*The Mosaic System* (continued)

**Image Anchors:**

**Load Anchor to Disk**

Load Anchor to Disk allows you to save that html file to your local disk via a the "Save As" dialog box. Note: Only the html file will be saved to disk, not the images that are associated with that file. (Yet!)

**Anchor Information**

Mosaic will query the web server for information about the HTML file behind the anchor. Mosaic will then display this information to you within a dialog box. The dialog box contains the following information:

- URL

- Size

- Last Modified (Date)

- Type (MIME Type/Sub Type)

- Server Type (Web server and version number)

- MIME (version number)

**Save Image**

Ditto

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | **Image Information**<br>　　Ditto<br>**Create Internet Shortcut**<br>　　Internet shortcuts create .url files that contain an anchor URL. These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window. When one of these files are opened, Mosaic will retrieve the document from the network and display it to you.<br>**Spawn Mosaic at Anchor**<br>　　This function will open a new Mosaic window with this anchor URL.<br><br>*Text Anchors:*<br>**Load Anchor to Disk**<br>　　Ditto<br>**Anchor Information**<br>　　Ditto<br>**Create Internet Shortcut**<br>　　Ditto<br>**MosRelNotes**, disclosing four linked actions for Text Anchors |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <br><br>(Mosaic, disclosing a user interface enabling the selection of a detected structure by right-clicking to produce a context sensitive menu that enables the selection of linked actions for hypertext document anchors.) |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <br><br>**(Mosaic, disclosing a user interface enabling the selection of a detected structure by right-clicking to produce a context sensitive menu that enables the selection of linked actions for e-mail address anchors.)**<br><br>MFC also discloses a user interface enabling the selection of a detected structure and a linked |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | action. MFC teaches that user interfaces for computer applications , in particular those written to run on Microsoft Windows, can be designed using pop-up menus of linked actions. |
| **[1F]** an action processor for performing the selected action linked to the selected structure; and | The Mosaic System discloses an action processor for performing the selected action linked to the selected structure. For example, The Mosaic System processes the selected actions of "Load Anchor to Disk," "Anchor Information," "Create Internet Shortcut" and "Spawn Mosaic from Anchor" when the user selects a URL structure. See, e.g.: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  Mosaic, disclosing the "Load Anchor to Disk" action |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  **Mosaic, disclosing performing the "Load Anchor to Disk" action.**<br><br>In this case 'Load Anchor to Disk' describes a linked action that is different from the identically named action associated with an email address (described below). In this case, selecting the "Load Anchor to Disk" action saves the linked HTML file to disk. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <DT><A NAME="Load"><B>Load Anchor to Disk</B><br><DD>Load Anchor to Disk allows you to save that html file to your local disk via a the<br><br>"Save As" dialog box.  Note: Only the html file will be saved to disk, not the images that are associated with that file.  (Yet!)<br>**MosRelNotes**: lines 257-260. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  Mosaic, disclosing the "Anchor Information" action |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <br><br>**Mosaic, disclosing performing the "Anchor Information" action.**<br><br>'Anchor Information' displays information about the HTML file specified by the URL structure (URL, Size, Last Modified, Type, Server Type, Mime). |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | 

Mosaic, disclosing the "Create Internet Shortcut" action |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|



Mosaic, disclosing performing the "Create Internet Shortcut" action.

The 'Spawn Mosaic at Anchor' action opens a new window at the selected URL. See, e.g.:

> <DT><A NAME="HTMLAnchorInfo"><B>Anchor Information</B>
> <DD>Mosaic will query the web server for information about the HTML file behind the anchor.  Mosaic

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | will then display this information to you within a dialog box.  The dialog box contains the following information:<br>&lt;P&gt;<br>&lt;UL&gt;<br>&lt;LI&gt; URL<br>&lt;LI&gt; Size<br>&lt;LI&gt; Last Modified (Date)<br>&lt;LI&gt; Type (MIME Type/Sub Type)<br>&lt;LI&gt; Server Type (Web server and version number)<br>&lt;LI&gt; MIME (version number)<br>&lt;/UL&gt;<br>&lt;P&gt;<br>**MosRelNotes**: lines 262-275.<br><br>    &lt;DT&gt;&lt;B&gt;Spawn Mosaic at Anchor&lt;/B&gt;<br>    &lt;DD&gt;This function will open a new Mosaic window with this anchor URL.<br>**MosRelNotes**: lines 288-289.<br><br>As a further example, The Mosaic System processes the selected actions of "Load Anchor to Disk" and "Create Internet Shortcut" when the user selects an email structure. In the following screenshot, the user is presented with the options "Load Anchor to Disk" and "Create Internet Shortcut" after right clicking on the email address 'aw585@lafn.org'. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  |

**Mosaic, displaying a pop-up of linked actions once the user has selected an email address structure.**

If the user selects the 'Load Anchor to Disk' action, by 'left-clicking' that item in the pop-up:

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <br><br>**Mosaic demonstrating selection of the action to be performed.**<br><br>The action processor within Mosaic brings up an email window that allows the user compose a message to the address specified in the detected email structure. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | 

**Mosaic, showing email creation pop-up created by the linked action on an email address**.

If the user selects the 'Create Internet Shortcut' action with a 'left-click', the action is to create a 'shortcut' file in the file system with the extension '.url' and containing a mailto: URL containing the selected email address.

       `<DT><A NAME="Shortcut"><B>Create Internet Shortcut</B></A>`
       `<DD>`Internet shortcuts create .url files that contain an anchor URL.
       These files can be opened by File, Open Local File or they can be dragged and dropped from
       File Manager into a Mosaic Window.  When one of these files are opened, |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | Mosaic will retrieve the document from the network and display it to you.<br>**MosRelNotes**: lines 282-286.<br><br>Additionally, MFC discloses an action processor that would have been obvious to combine with the Mosaic System:<br><br>MFC discloses an action processor for performing the selected action linked to the selected structure.<br><br>The MFC pop-up menu provides an action processor which allows the execution of the action selected from the pop-up menu. For instance, if the user selects the "Destroy Me" action from the pop-up menu, the CPopup::OnButton() computer subroutine is executed according to the BEGIN_MESSAGE_MAP macro. See, e.g. the "//process messages for pop-up" section below. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | ```
//------------------ Pop-up window section ---------------------//

BOOL CPopup::Create (char FAR* lpName, DWORD dwStyle,
    RECT& rect, CWnd* pParent, UINT nID, DWORD dwColor)
{                                      // create pop-up window
    CBrush brush (dwColor) ;

    ClassName = AfxRegisterWndClass (CS_HREDRAW | CS_VREDRAW,
        AfxGetApp()->LoadStandardCursor (IDC_ARROW),
        brush.GetSafeHandle (), NULL ) ;
    CWnd::Create (ClassName, lpName, dwStyle, rect,
        pParent, nID) ;
    CRect ButtonRect (20, 50, 130, 90) ;
    ChildButton.Create ("Destroy Me",
        WS_CHILD | BS_PUSHBUTTON | WS_VISIBLE, ButtonRect,
        this, IDM_POPUPBUTTON) ;
    return TRUE ;
}


BEGIN_MESSAGE_MAP (CPopup, CWnd)    // process messages for pop-up
    ON_WM_PAINT ()
    ON_COMMAND (IDM_POPUPBUTTON, OnButton)  // button pressed
    ON_MESSAGE (WM_CUSTOM, OnMessage)      // message from parent
END_MESSAGE_MAP ()

void CPopup::OnPaint ()              // Pop-up window paint function
{
    CString string ("Text in Popup Window.") ;
    CPaintDC dc (this) ;
    dc.TextOut (10, 25, string, string.GetLength () ) ;
}


void CPopup::OnButton ()            // respond to button selection
{                                   // tell parent pop-up is exiting
    (this->GetParent ())->SendMessage (WM_POPUPMESSAGE, 0, 0L) ;
    this->DestroyWindow () ;        // remove pop-up window
}


LONG CPopup::OnMessage (UINT, LONG) // respond to message from parent
{
    this->SetWindowText ("Got message!") ; // change pop-up caption
    return NULL ;
}
``` **MFC:p322.** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | MFC also discloses a system menu command processor, in the form of the CWnd::OnSysCommand() function. See, e.g.: |

When the user selects an item in the system menu, Windows sends WM_SYSCOMMAND messages, not WM_COMMAND messages (which are sent for program menu items). The WM_SYSCOMMAND message is mapped to the **CWnd::OnSysCommand**() message processing function, which has the following form:

```
void CMainWindow::OnSysCommand (UINT nID, LONG lParam) ;
```

The *nID* parameter passes the system menu item ID number (Table 9-4) to identify the user's selection. *lParam* contains the mouse location if the system menu item was chosen with the mouse. These mouse coordinate values are of little value.

**MFC, p. 360**

MFC further discloses a specific possible implementation of this action processor. See, e.g.:

The **CWnd::OnSysCommand**() message processing function handles all WM_SYSCOMMAND messages. This is a bit different from WM_COMMAND messages that are mapped to different message processing functions based on the ID value. With WM_SYSCOMMAND, the ID value is passed to the **CWnd::OnSysCommand**() function as the *nID* parameter, and it is up to the function to decide which menu item has been selected. In SYSMENU.CPP, only the IDM_START and IDM_STOP menu items are processed. Any other system menu choices are passed on to the **CWnd::OnSysCommand**() function for default actions. The form of this function call is critical. You must call the **CWnd::OnSysCommand**() function as a **CWnd** class member as shown in SYSMENU.CPP, *not* by using the derived **CMainWindow** class *this* pointer.

**MFC, pp. 364-366**

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | The accompanying code listing for SYSMENU.CPP details the processing of the IDM_START and IDM_STOP menu items. See, e.g.:<br><br>```cpp
void CMainWindow::OnSysCommand (UINT nID, LONG lParam)
{
    switch (nID)
    {
        case IDM_START:                    // start timer
            nTimer = this->SetTimer (1, 100, NULL) ;
            if (nTimer == NULL)
                this->MessageBox ("No timers left.",
                        "Message", MB_OK) ;
            else
                bMoveOn = TRUE ;
            break ;
        case IDM_STOP:                     // stop timer
            this->KillTimer (nTimer) ;
            bMoveOn = FALSE ;
            break ;
        default:                           // pass others on
            CWnd::OnSysCommand (nID, lParam) ;
    }
}
```<br>**MFC, pp. 365-366** |
| **[1G]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Mosaic System discloses a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. Mosaic runs as a program in the memory of a microcomputer running Windows 3.1, Windows NT, or Windows for Workgroups.  Such microcomputers comprise a processing unit, input device, output device, and memory. See, e.g.: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | Software Requirements<br><br>Before we get started we must assume your system meets one or more of the following Operating System and environments:<br><br>  - Microsoft Windows NT<br><br>  - Windows v3.1, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.<br><br>  - Windows for Workgroups, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.<br>**MosReadMe: lines 20-28.**<br><br>Furthermore, Mosaic is a 32-bit application, as described in the Release Notes:<br><br>**Mosaic is a 32-bit application.** This means that Mosaic is compatable with Windows 3.1, Windows for Workgroups 3.11, Windows NT and Windows 95. The Windows NT operating system is available for the following processors:<br>**iX86** - Intel's 386, 486, and Pentium Processors<br>**aXP** - Digital Equipment Corporation (DEC) aXP 64-bit processor<br>**MIPS** - Mips Technology processor<br>**PPC** - Motorola,IBM,Apple Power PC processor<br>**MosRelNotes**<br><br>Such operating systems and processors are inherently coupled to the input device, output device and memory for controlling the execution of the Mosaic software program routines.<br><br>The MHonArc also system discloses a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. MHonArc is an executable program which runs on a Unix based system, which necessarily has a processing unit for controlling programs. This processing unit is inherently coupled to the input device |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | (*e.g.*, keyboard and/or networking device), the output device (monitor), and the memory for controlling the execution of the program routines. See, e.g.: <br><br> Requirements <br><br> In order to run MHonArc, you must be using it on a UNIX based system with Perl 4 installed. It is recommed to have patchlevels 34 or later of Perl. <br> **MHonDoc: lines 111-115.** |
| **[2]** The system recited in claim 1, wherein the analyzer server stores detected structures in the memory. | The Mosaic System discloses the system recited in claim 1, wherein the analyzer server stores detected structures in the memory. <br><br> Mosaic inherently discloses memory storing information including the structures detected by the analyzer server. Mosaic is a computer application comprised of program routines such as the analyzer server which interact with the computer's memory to store and process information like the structures detected by the analyzer server. <br><br> The MHonArc System also discloses the system recited in claim 1, wherein the analyzer server stores detected structures in the memory. <br><br> MHonArc is a computer application comprised of program routines such as the analyzer server which interact with the computer's memory to store and process information like the structures detected by the analyzer server. The MHonArc source code itself illustrates that MHonArc's analyzer server stores the detected structures in memory. The functions convert_line, htmlize_header, and mailto both store the detected structures in variables in memory once they are detected and before writing the resulting HTML to the output file. See MHonArc: lines 1846-1877, 2019- 2060, 1736-1743. |
| | |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| **[4]** The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Mosaic System discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.  See, e.g.:<br><br>The MHonArc System also discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. For example, MHonArc uses regular expressions for detecting structures in the data. The functions convert_line and mailto both use regular expressions. See MHonArc: lines 1846-1877, 1736-1743.<br><br>Hopcroft also discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.  Hopcroft generally teaches the use of formal languages and grammars.<br><br>Grune also discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.  Grune teaches parsing techniques in general, including formal grammars and parsing using grammars. For example, chapters 2 describes context-free grammars, and chapter 3 describes parsing using context-free grammars. Section 2.3.2 further describes that markup languages like SGML can be structured using context-free grammars. Since HTML is a type of SGML structure, plaintext HTML documents can be parsed using context-free grammars and their parsers. |
| | |
| **[6]** The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data. | The Mosaic System discloses the system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data, as described above.<br><br>Additionally, it would have been obvious to one of ordinary skill in the art to utilize a string library and a fast string search function, given the teachings of references such as Salton, Learning Perl, and sed & awk.<br><br>"Certain text relationships are easily detected automatically—for example, the hierarchical relations between full documents and text sections and paragraphs included in these |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | documents. The test processing system outlined in this study is useful for a fully automatic generation of semantically based hypertext networks whose construction is normally assumed to require assistance by human subject experts." (Salton94, p. 102)<br><br>sed & awk discloses the system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data. See e.g.:<br><br>The UNIX **spell** program does an adequate job of catching spelling errors in a document. For most people, however, it only does half the job. It doesn't help you correct the misspelled words. First-time users of **spell** find themselves jotting down the misspelled words and then using the text editor to change the document. More skilled users build a sed script to make the changes automatically. The **spellcheck** program offers another way—it shows you each word that **spell** has found and asks if you want to correct the word. You can change each occurrence<br><br>of the word after seeing the line on which it occurs, or you can correct the spelling error globally. The user can also choose to add any word that **spell** turns up to a local dictionary file.<br><br>sed & awk, pp. 269-270.<br>The Learning Perl discloses the system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data. See e.g.: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | A *regular expression* is a pattern—a template—to be *matched* against a string. Matching a regular expression against a string either succeeds or fails. Sometimes, the success or failure may be all you are concerned about. At other times, you will want to take a matched pattern and replace it with another string, parts of which may depend on exactly how and where the regular expression matched.<br><br>Regular expressions are used by many UNIX programs, such as *grep*, *sed*, *awk*, *ed*, *vi*, *emacs*, and even the various shells. Each program has a different set of (mostly overlapping) template characters. Perl is a semantic superset of all of these tools—any regular expression that can be described in one of the UNIX tools can also be written in Perl, but not necessarily using exactly the same characters.<br><br>Learning Perl, p. 83 |
| | |
| **[8]** The system recited in claim 1, wherein the user interface highlights detected structures. | The Mosaic System discloses the system recited in claim 1, wherein the user interface highlights detected structures.  In Mosaic, detected HTML structures of the form '<a href="http://address">anchor text</a>' or the form '<a href="mailto:address">anchor text</a>' are colored blue. See, e.g.: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  (The Mosaic System, disclosing detected structures highlighted by blue text.) |
| | |
| **[9]** The system recited in claim 1, wherein the user interface enables | The Mosaic System discloses the system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| selection of an action by causing the output device to display a pop-up menu of the linked actions. | actions.  See, e.g.:  **(Mosaic, disclosing a user interface that enables the selection of an action by causing the output device to display a pop-up menu of the linked actions associated with an email structure.)** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  |  (Mosaic, disclosing a user interface that enables the selection of an action by causing the output device to display a pop-up menu of the linked actions associated with a URL structure.) |