# EXHIBIT 26

**SECOND AMENDED EXHIBIT B-3**
**SIDEKICK SYSTEM  INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 5,946,647**

The Sidekick System was known by at least March 1985.  Sidekick was a software application designed by Borland International Inc. to act as a Personal Information Manager (PIM). Version 1.5 was designed to work on IBM-compatible personal computers running the Microsoft DOS operating system. Version 1.5 of Sidekick was publicly available for sale no later than May 1985. *See, e.g., Computerworld,* May 6, 1985 at 57 (http://books.google.com/books?id=q03IhagslNsC&pg=RA2-PA57).  The Sidekick Handbook was published no later than March 1985 in the United States and describes the operation of the Sidekick software program, version 1.5.  Individuals at Borland International are likely to have information regarding the sale and availability of the Sidekick System, including Mogens Glad, Philippe Kahn and Lars Frid-Nielsen.

The Sidekick System anticipates at least claims 1, 4, 6, 8, and 9 of U.S. Patent No. 5,946,647 (the "'647 patent") under 35 U.S.C. § 102(b), as described by any or all of the following references:

- *Sidekick Version 1.5 Owner's Handbook,* Borland International, Inc, Scotia Valley, CA, March 1985. ("SKOH")

- Sidekick software and screenshots, version 1.52A, dated 1985[1] ("Sidekick")

- Phillip R. Robinson, *Using SIDEKICK: The Desktop Organizer*, McGraw-Hill, 1988 ("Using Sidekick")

The Sidekick System renders obvious at least claims 1, 4, 6, 8, and 9 of the '647 patent under 35 U.S.C. § 103, alone and/or in combination with Borland'as described by at least the following reference:

- *Turbo Lightning Owner's Handbook*, Scotts Valley, CA, 1985 ("Turbo Lightning Handbook")

The Sidekick System renders obvious at least claims 1, 4, 6, 8, and 9  of the '647 patent under 35 U.S.C. § 103, alone and/or in combination with one or more of the following references that describe the MHonArc System:

- The file mhonarc.txt from the doc directory of the MHonArc distribution, dated 10/1/1994[2]  ("MHonDoc")

---

[1] Available from: http://binaryfusi0n.tripod.com/legacy/sidekick_dos.html (this webpage includes a link to a compressed archive of the executable code at http://binaryfusi0n.tripod.com/legacy/sidekick_dos.zip).

[2] See MHonArc official website at http://www.mhonarc.org/MHonArc/CHANGES

- The file mhonarc (the mail MHonArc Perl script) from the top level of the MHonArc distribution, dated 10/1/1994[3] ("MHonArc")

Individuals likely to have knowledge of the MHonArc System include Earl Hood. MHonArc is a Perl program designed by Earl Hood. MHonArc version 1.0.0 was released publicly by Earl Hood on October 1, 1994. *See* http://groups.google.com/group/comp.infosystems.www.misc/msg/9c8606d38394e2ca?dmode=source; http://groups.google.com/group/comp.infosystems.www.users/msg/047e508412de70af?dmode=source; http://groups.google.com/group/comp.infosystems.www.misc/msg/31aea52b9ac62dde?dmode=source.

Sidekick renders obvious at least claims 1, 4, 6, 8, and 9 of the '647 patent under 35 U.S.C. § 103, alone and/or in combination with "Automatic Structuring and Retrieval of Large Text Files," Gerard Salton, James Allan, and Chris Buckley, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994, pp. 97-108 ("Salton94"); Dick Grune and Ceriel Jacobs, *Parsing Techniques – a Practical Guide*, First Edition, Ellis Horwood, Chichester, England, 1990 ("Grune"); Apple Human Interface Guidelines, 1992. ("HIG").

To the extent any limitation is found not to be literally disclosed, such a limitation would be obvious because the '647 patent is merely a collection of prior art elements that fails to meet the statutory requirement of nonobviousness under § 103, and the factors delineated in *KSR Int'l Co. v. Teleflex, Inc.*, 550 U.S. 398 (2007), weigh against a finding of nonobviousness.

For example, it would have been obvious to a person of ordinary skill in the art to combine the teaching of the Sidekick System with the teachings of the references listed above and in Samsung's Patent Local Rule 3-3 And 3-4 Disclosures for the '647 patent served herewith; such references are in the same field of art, and discuss various techniques and improvements that would have been known to yield predictable results when applied to the technology claimed in the '647 patent, and a person of ordinary skill therefore would have been motivated to so combine them in view of the disclosures therein. Below included in this chart are examples of specific teachings from references that, combined with the Sidekick System, render the '647 patent invalid under § 103.

Samsung reserves the right to use the entirety of the reference cited in its contentions to show that the asserted claims are anticipated and/or are obvious. Moreover, to the extent that any of the below claim limitations are found to not be expressly disclosed by the below reference, it is Samsung's contention that any such limitation would be obvious, either based the knowledge of one of ordinary skill in the art or based on any of the art cited in Samsung's invalidity contentions. It is also Samsung's contention that one of ordinary skill in the art would find such limitation obvious for at least one or more of the following reasons: (1) the combination

---

[3] See MHonArc official website at http://www.mhonarc.org/MHonArc/CHANGES

would unite old elements with no change in their respective function; (2) the combination would have been a predictable variation of a work in the same or a different field of endeavor; (3) the modification would have used a known technique to improve a similar device in the same way; (4) the modification was a known problem for which there was an obvious solution; (5) the modification would have been "obvious to try"; (6) the modification was known work in one field of endeavor that would have prompted variations of it for use in either the same or different field based on design incentives or other market forces; (7) there was an explicit teaching, suggestion, or motivation in the prior art for the modification.

The citations to portions of any reference in this chart are exemplary only.  Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that the Sidekick System invalidates the asserted claims of the '647 patent.

Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '647 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims.  This claim chart takes into account Apple's overly broad construction of the claim limitations.  Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper.  To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims of the '647 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| **[1A]** A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Apple has taken the position that the preamble is not limiting. See Mowry Dep. Tr. at 101:4-6.<br><br>To the extent that the preamble is limiting, the Sidekick System discloses a computer-based system for detecting structures in data and performing actions on detected structures.  See, e.g.: |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | Sidekick uses a subroutine that follows a specified procedure for the action of dialing.<br><br>The following test duplicates the procedure Sidekick uses when it dials a telephone number.<br><br>Enter the following commands to DOS:<br><br>```
MODE COM1:300,N,8,1 ⏎
COPY CON COM1: ⏎
ATDT123-4567 ⏎
[F6] ⏎
```<br><br>**SKOH: p105.**<br><br>One of ordinary skill in the art would have combined Sidekick with Turbo Lightning.  Indeed, Turbo Lightning expressly discloses combination with Sidekick.  See, e.g.:<br><br>Like two other Borland products, SideKick and SuperKey, Turbo Lightning is *RAM resident*. This means that it stays in your computer's main memory (RAM), ready to be called at a key-touch— *even while you're using another application program*—to perform the look-up functions you need at the moment. This is also what makes it so much faster than other reference software you may have used before.<br><br>**Turbo Lightning Handbook at 1** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | You may be using other resident programs with your computer, such as Borland's SideKick or SuperKey, or print spoolers or a RAM disk. **If you are using other resident programs, it is important that they be loaded in the following order:**<br><br>• Load any non-Borland resident programs first (print spoolers, RAM disks, etc.).<br>• If you have it, load Borland's SuperKey next.<br>• Load Turbo Lightning.<br>• If you have it, load Borland's SideKick last.<br><br>**Turbo Lightning Handbook at 11**<br><br>Every time you use an application program, you must tell Turbo Lightning which one you are using—that is, the *environment* Turbo Lightning will be working with. Turbo Lightning has no way of automatically knowing whether you are in WordStar, Lotus 1-2-3, Turbo Pascal, or anything else. You must tell it—every time—where you are. There are two exceptions to this: Turbo Lightning knows automatically if you are at the DOS level (on the DOS command line), or if you are using the SideKick Notepad.<br><br>**Turbo Lightning Handbook at 14** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
| --- | --- |
| | obvious to one of ordinary skill in the art to combine Sidekick with Turbo Lightning, for the same reasons discussed above. Turbo Lightning discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures. Specifically, the Turbo Lightning Handbook explains that Turbo Lightning is a "resident program" which is stored in the memory of the computer when running. See, e.g.:<br><br>Like two other Borland products, SideKick and SuperKey, Turbo Lightning is *RAM resident*. This means that it stays in your computer's main memory (RAM), ready to be called at a key-touch— *even while you're using another application program*—to perform the look-up functions you need at the moment. This is also what makes it so much faster than other reference software you may have used before.<br><br>**Turbo Lightning Handbook at 1**<br><br>You may be using other resident programs with your computer, such as Borland's SideKick or SuperKey, or print spoolers or a RAM disk. **If you are using other resident programs, it is important that they be loaded in the following order:**<br><br>• Load any non-Borland resident programs first (print spoolers, RAM disks, etc.).<br>• If you have it, load Borland's SuperKey next.<br>• Load Turbo Lightning.<br>• If you have it, load Borland's SideKick last.<br><br>**Turbo Lightning Handbook at 11** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | The Word-check menu allows you to activate the Turbo Lightning Proofreader. Depending on what you tell it to do, the Proofreader will check the word at or immediately preceding the cursor (whether it is misspelled or not) or the last "bad" (misspelled) word you typed.<br><br>Open the Word-check window by moving to it with the →  and ← keys, then press ↵; or simply press W. You will see the following display:<br><br>Figure 1-4: Word-check Window<br>**Turbo Lightning Handbook at 16** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | If you want the Turbo Lightning Proofreader to check the word under the cursor, press ⏎. The Proofreader will then check its dictionaries for the most likely replacement words for the word that the cursor is on or directly following (unless the word is correctly spelled; in that case, Turbo Lightning will tell you so, and ask if you'd like to see a list of sound-alike words). If you want the Proofreader to check the last misspelled word, select option B; Turbo Lightning will then jump to the last misspelled word (within the last few words typed; see page 32 for limitations) and come up with a list of likely replacements.<br><br>Alternately, you can use the hot keys for Check Word at Cursor (default [Alt][F9]) or Check Last Bad Word (default [Alt][F10]) for these functions; see page 20 for more information about hot keys.<br>**Turbo Lightning Handbook at 16** |