# EXHIBIT 38

Apple's Motion to Strike

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

June 10, 2013

<u>VIA ELECTRONIC MAIL AND HAND DELIVERY</u>

Quincy Lu
Gibson Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, California  93404
apple/samsung@gibsondunn.com

Re:     <u>Apple Inc. v. Samsung Electronics Co., Ltd., et al., Case No. 12-630 (N.D. Cal.)</u>

Dear Mr. Lu:

I write on behalf of non-party Google Inc. ("Google") regarding our production of highly confidential source code in response to the subpoenas served on Google by plaintiff and counterclaim-defendant Apple Inc. ("Apple").  Enclosed please find highly confidential Google source code printed by Apple's reviewer on June 6, 2013, bearing Bates numbers GOOG-NDCAL630-S-00004238 through GOOG-NDCAL630-S-00004251, GOOG-NDCAL630-S-00004299 through GOOG-NDCAL630-S-00004307, GOOG-NDCAL630-S-00004325 through GOOG-NDCAL630-S-00004341, GOOG-NDCAL630-S-00004364 through GOOG-NDCAL630-S-00004403, and GOOG-NDCAL630-S-00004415 through GOOG-NDCAL630-S-00004503.  As you know, Apple's use of this highly confidential source code is governed by the protective order entered by the Court on May 2 and December 17, 2012 (the "Protective Order"), under which only the following people may view Google's highly confidential source code, or any portions, excerpts, or summaries of its contents:  you, Ugo Buy, Joshua Furman, Wade Malone, Walter Overby, Jennifer Rho, Douglas Schmidt, Alex Snoeren, Abdul Sowayan, Chris Thompson, Robert Vincent, and Sam Whitt.  If you would like additional people to review Google's highly confidential source code, or any portions, excerpts, or summaries of its contents, you must identify them under Protective Order ¶ 25(b).

Google objects to the documents bearing Bates numbers GOOG-NDCAL630-S-00004252 through GOOG-NDCAL630-S-00004279, GOOG-NDCAL630-S-00004280 through GOOG-NDCAL630-S-00004298, and GOOG-NDCAL630-S-00004308 through GOOG-NDCAL630-S-

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

Quincy Lu
June 10, 2013
Page 2

00004324, which violate Protective Order ¶ 29(d).  Google objects to the documents bearing Bates numbers GOOG-NDCAL630-S-00004225 through GOOG-NDCAL630-S-00004226 and GOOG-NDCAL630-S-00004229 through GOOG-NDCAL630-S-00004237, which are improper under the Protective Order.

Apple's reviewer indicated that the documents bearing Bates numbers GOOG-NDCAL630-S-00004223 through GOOG-NDCAL630-S-00004224, GOOG-NDCAL630-S-00004227 through GOOG-NDCAL630-S-00004228, GOOG-NDCAL630-S-00004342 through GOOG-NDCAL630-S-00004363, and GOOG-NDCAL630-S-00004404 through GOOG-NDCAL630-S-00004414 were misprints and should be destroyed.  We have therefore removed them from this production set.

Very truly yours,

/s
Lindsay M. Cooper