# EXHIBIT 39

**Apple's Motion to Strike**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
**amarthakur@quinnemanuel.com**

June 27, 2013

<u>Via E-Mail</u>

Josh Krevitt                           Jennifer Rho
Gibson Dunn & Crutcher, LLP            Gibson Dunn & Crutcher, LLP
1881 Page Mill Road                    333 South Grand Avenue
Palo Alto, CA 94304-1211               Los Angeles, CA 90071-3197

Re:   <u>Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-00630 (N.D. Cal.)</u>

Dear Counsel:

Upon reasonable notice, Samsung will make prior art demonstrations of computers containing installations of the following software available for inspection in the New York office of Quinn Emanuel:

- freeWAIS-sf 2.0.65
- AppleSearch 1.5
- Sherlock

Samsung reserves the right to supplement this list in the event that Samsung obtains additional products, devices, software, or other prior art to the Apple patents-in-suit, and to otherwise demonstrate any additional versions of the software listed here or other software produced to Apple in this litigation.  If and when Samsung obtains such additional materials, Samsung will produce those materials to Apple or make them available for inspection upon request.

Very truly yours,

Amar L. Thakur