# EXHIBIT 40

**Apple's Motion to Strike**

| | |
|---|---|
| **From:** | Michael Fazio <michaelfazio@quinnemanuel.com> |
| **Sent:** | Friday, August 30, 2013 5:14 PM |
| **To:** | Buroker, Brian M.; *** Apple/Samsung; 'WH Apple Samsung NDCal II Service'; Samsung NEW |
| **Cc:** | Stone, Rod; Furman, Joshua |
| **Subject:** | RE: Notice of inspection tomorrow |

Brian,

Apple's email below is the first time Apple asked for a single location to inspect these devices, which were prepared by different experts in different locations.  We will investigate this issue, but please note that these prior art systems are old – some of them quite old – and it may take some time to move them carefully and then reassemble them in working form elsewhere.  We appreciate Apple's accommodation of Dr. Chase's medical condition, but this is not a medical issue, so I am not sure how the two issues are related.  Relatedly, Apple's agreement to make certain accommodations was not costless, as Samsung agreed to reimburse certain agreed-upon costs in connection with Dr. Chase's inspection of source code.  In any event, we will investigate this request.

Importantly, Samsung previously inquired about inspecting materials relied on by Dr. Snoeren and Dr. Cockburn.  When and where will that inspection proceed?  In addition, we have not received a response to our request to inspect the prior art systems relied on by Apple's experts in their validity reports regarding Samsung's patents-in-suit.  (*See* Aug. 26, 2013 letter from Amar Thakur to Peter Kolovos).  Please provide a time and location for those inspections.

Regarding your question about the materials in New York made available for inspection, the computers referenced in Dr. Rinard's report are in San Francisco, and were offered for inspection at that location earlier this week.  Separately, other computers containing installations of this same AppleSearch and WAIS software are located in New York.  These computers in New York were made available to Apple several months ago, as described in my previous letter, and we are making them available again now.

Best regards,
Michael Fazio

---

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Thursday, August 29, 2013 7:14 PM
**To:** Michael Fazio; *** Apple/Samsung; WH Apple Samsung NDCal II Service; Samsung NEW
**Cc:** Stone, Rod; Furman, Joshua
**Subject:** Notice of inspection tomorrow

Michael,

As offered in your letter of Monday, August 26, 2013, Gibson Dunn attorneys will be inspecting the demonstrative relied upon by Dr. Chase in the Washington office tomorrow and the AppleSearch and WAIS installations in New York tomorrow without waiving our objection to these systems being located in three different locations.  Specifically, I will inspect the systems your letters indicates are available in your Washington office and Josh Furman will inspect the systems your letter indicates are available in your New York office.

We will need to schedule additional dates for inspection when Apple's expert witnesses are available to review them.  We believe that these demonstrative should be made available in a single location.  As you know, we accommodated Dr. Chase and are asking for a similar accommodation to enable our experts to avoid having to travel to

three separate locations.  In addition, due to scheduling constraints, we may need to inspect these systems on multiple occasions.

We are also a little confused about what demonstrative systems are available where.  Your letter states that the demonstrative systems relied upon by Dr. Rinard in Section VIII.L are available in San Francisco and then the WAIS and AppleSearch systems in New York.  Is the WAIS and AppleSearch system in New York different than the one Dr. Rinard relied upon?  Can you please clarify which systems Dr. Rinard and Dr. Chase relied upon?

Thank you,
Brian


**Brian Buroker**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Fax +1 202.530.4200
BBuroker@gibsondunn.com • www.gibsondunn.com

---

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Monday, August 26, 2013 6:44 PM
**To:** *** Apple/Samsung; WH Apple Samsung NDCal II Service
**Subject:** Apple v. Samsung, Case No. 12-cv-00630

Counsel,

Please see attached.

Michael Fazio

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.