# EXHIBIT 28

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER
OUTSIDE ATTORNEYS' EYES ONLY

**EXHIBIT D-10**
**INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 7,761,414**

The Apple iSync application, including the Apple Sync Services framework utilized by some versions of the iSync application, was known, sold, offered for sale, and in public use before January 7, 2007. iSync, alone or in connection with the Sync Services framework, and as used in connection with applications such as Apple AddressBook and Apple iCal, are prior art to U.S. Patent No. 7,761,414 (the "'414 patent") under 35 U.S.C. §§ 102(a), (b), and (g) & 103. iSync version 1.4 and Sync Services internal version 47.4 are cited in this chart as representative of the invalidating functionality available prior to January 7, 2007. Samsung contends that all versions of iSync and Sync Services released prior to January 7, 2007 are prior art to the '414 patent under 35 U.S.C. §§ 102(a), (b), and (g) & 103.

iSync and Sync Services, in connection with applications such as AddressBook and iCal, anticipate at least claims 1-2, 6-7, 10-12, 14, 20-24, 26-28, and 30-32 of U.S. Patent No. 7,761,414 (the "'414 patent") under 35 U.S.C. §§ 102(a), (b), and (g). At least the following references describe relevant functionality:

- Apple iSync executable software released prior to January 7, 2007, including but not limited to version 1.4 ("iSync for Mac").

- Apple iSync source code for software released prior to January 7, 2007, including but not limited to version 1.4 ("iSync source code").

- Apple Sync Services executable software released prior to January 7, 2007 ("SyncServices").

- Apple Sync Services source code for software released prior to January 7, 2007 ("SyncServices source code").

- Apple AddressBook executable software released prior to January 7, 2007, including but not limited to version 3.1.2 ("AddressBook").

- Apple AddressBook source code for versions released prior to January 7, 2007, including but not limited to version 3.1.2 ("AddressBook source code").

- Apple iCal executable software released prior to January 7, 2007 ("iCal").

- Apple iCal source code for versions released prior to January 7, 2007 ("iCal source code").

**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER**
**OUTSIDE ATTORNEYS' EYES ONLY**

- *iSync Support*, http://web.archive.org/web/20051230064331/http://www.apple.com/support/isync/, ("iSync Support"), available by at least December 30, 2005.

- *Lesson 15: iSync and .Mac Sync*, http://web.archive.org/web/20051217160031/http://www.apple.com/support/mac101/work/15/, ("iSync Tutorial"), available by at least December 17, 2005.

- *iSync and .Mac, Anywhere Access to Vital Information*, http://web.archive.org/web/20051230162446/http://www.mac.com/1/isync.html ("iSync and .Mac"), available by at least December 30, 2005.

- *How to Get Started with iSync and .Mac*, http://web.archive.org/web/20051230185048/http://www.mac.com/1/howto/isync.html ("Get Started with iSync and .Mac"), available by at least December 30, 2005.

- *Lesson 2: Address Book*, http://web.archive.org/web/20051217154834/http://www.apple.com/support/mac101/work/2/, ("Address Book Tutorial"), available by at least December 17, 2005.

- *.Mac + iCal Sync, Sync and Share your Calendars*, http://web.archive.org/web/20051230175738/http://www.mac.com/1/ical.html ("iCal Sync"), available by at least December 30, 2005.

- Gordon Freedman, *Sync Services, Syncing Your Data With Sync Services* (2004), produced at bates numbers APLNDC630-0000196081-245 ("Sync Services").

- Toby Paterson, *Sync Services, Fundamentals of Data Synchronization* (2004), produced at bates numbers APLNDC630-0000196246-320 ("Sync Services Fundamentals").

iSync was designed to operate in connection with a variety of hardware configurations and processing systems, and on multiple versions of the Mac OS operating system, including but not limited to those listed and described below:

- Mac OS operating system versions released prior to January 7, 2007, including but not limited to Mac OS X versions 10.3.9 and 10.4 ("Mac OS").

**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER
OUTSIDE ATTORNEYS' EYES ONLY**

- Mac OS source code for versions released prior to January 7, 2007, including but not limited to Mac OS X versions 10.3.9 and 10.4 ("Mac OS source code").

- Windows operating system versions and source code released prior to January 7, 2007, including but not limited to Windows XP and Windows Vista ("Windows OS").

- Apple iPod versions released prior to January 7, 2007, including but not limited to iPod Nano 1st Generation, iPod Nano 2nd Generation, and iPod Classic Color.

- Apple Mac versions released prior to January 7, 2007, including iMac, Mac Pro, MacBook, MacBook Pro, Power Mac, and Mac Mini ("Apple Mac hardware").

- Apple PowerBook versions released prior to January 7, 2007 ("Apple PowerBook hardware").

- Intel processors, including but not limited to the Intel Core Duo, Intel Core 2 Duo, Xeon, Intel Pentium 4 and Intel Pentium D series processors.

- IBM processors, including but not limited to the PowerPC G5 and POWER5 series processors.

- AMD processors, including but not limited to the Athlon and Opteron series processors.

- *Intel Core 2 Duo Desktop Processor Fact Sheet*, Intel (2006) ("Intel Core 2 Duo Fact Sheet").

- *Intel Core 2 Duo Desktop Processor Product Brief*, Intel (2006) ("Intel Core 2 Duo Product Brief").

- *Power Mac G5 Technology Overview*, Apple ("Power Mac G5"), published October 2005.

- *Power Mac G5 User's Guide*, Apple ("Power Mac G5 User's Guide"), published 2005.

- *Power Mac G5 Developer Note*, Apple ("Power Mac G5 Developer Note"), published April 2005.

- *PowerPC G5 White Paper*, Apple ("PowerPC G5"), published April 2005.

**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER**
**OUTSIDE ATTORNEYS' EYES ONLY**

- *Welcome to Panther, Find out what you can do with Mac OS X and Mac OS X Applications*, Apple (2004) ("Welcome to Panther").

- *Welcome to Tiger, Find out what you can do with Mac OS X v10.4*, Apple (2005) ("Welcome to Tiger").

- James Davidson, *Running Mac OS X Panther*, O'Reilly ("Davidson"), published December 2003.

- *iPod nano Features Guide*, Apple (2005).

- *iPod nano Features Guide*, Apple (2006).

- *iPod User's Guide*, Apple (2005).

Samsung contends that the references identified above as describing iSync and Sync Services anticipate and/or render obvious the asserted claims alone. Further, Samsung contends that each publication describes iSync and Sync Services, as was available before the priority date of the '414 patent, which further anticipates and/or renders obvious the asserted claims. Further the individual references identified above and/or the iSync and Sync Services systems render obvious at least the asserted claims of the '414 patent under 35 U.S.C. § 103(a) in combination with one or more of the following references:

- U.S. Patent Application Publication No. 2004/0139235 to Rashid et al. ("Rashid").

- U.S. Patent Application Publication No. 2006/0242609 to Potter et al. ("Potter publication").

- U.S. Patent Application Publication No. 2008/0256547 to Brahmavar et al. ("Brahmavar").

- U.S. Patent No. 7,849,140 to Abdel-Aziz et al. (the "Abdel-Aziz").

- U.S. Patent No. 7,506,006 to Vadlamani et al. ("Vadlamani").

- U.S. Patent No. 7,366,743 to Sawadsky et al. (the "Sawadsky").

- U.S. Patent No. 7,318,071 to Kast et al. ("Kast").

- U.S. Patent No. 6,000,000 to Hawkins et al. ("Hawkins").

**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER**
**OUTSIDE ATTORNEYS' EYES ONLY**

- E.P. Patent No. 1130513 to Multer ("Multer").

- Hill et al., *Microsoft Smart Client Architecture and Design Guide* ("Hill"), published October 2004.

- Struys, *Developing Multithreaded Applications for the .NET Compact Framework* ("Struys"), published Jun. 2005.

- Joshua Bloch, *Effective Java* ("Bloch"), published 2001.

- Masney, *Introduction to Multi-Threaded Programming* ("Masney"), published May 1999.

- Swartz, *Unix Applications Programming Mastering the Shell* ("Swartz"), published 1990.

- *The Open Group Base Specifications*, Issue 6 IEEE Std 1003.1 (2004) ("Open Group Specifications"), available at http://pubs.opengroup.org/onlinepubs/009695399/toc.htm.

- Andrew Tanenbaum, *Modern Operating Systems Second Edition*, Prentice Hall (2001) ("Tanenbaum").

- Daniel P. Bovet & Marco Cesati, *Understanding the Linux Kernel*, 3rd Ed. ("Bovet"), published November 2005.

- Josh Aas, *Understanding the Linux 2.6.8.1 CPU Scheduler*, Silicon Graphics Inc. ("Aas"), published February 2005.

- David Brickner, *Linux Desktop Pocket Guide*, 1st Ed., O'Reilly ("Brickner"), published 2005.

- Armin Bauer, *OpenSync: A Synchronization Framework* ("Bauer"), published 2005.

- Jason Clark, *Practical Multithreading for Client Apps* ("Clark"), published 2004.

- Armin Bauer, OpenSync: A Synchronization Framework ("Bauer"), published 2005.

- *The Next Leap in Microprocessor Architecture: Intel Core Duo Processor*, Intel White Paper ("Intel Core Duo"), published January 2006.

- *The Facts About 64-Bit Architecture and Mobile Computing*, Intel ("Intel Mobile Computing"), published December 2005.

**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER**
**OUTSIDE ATTORNEYS' EYES ONLY**

- *Intel Pentium D Processor: Delivery Power and Performance for Advanced Users*, Intel ("Intel Pentium D"), published 2005.

- Mark Chapman, *The Benefits of Dual-Core Processors in High Performance Computing*, IBM ("Chapman"), published 2005.

- Kalla et al., IBM POWER5 Chip: A Dual-Core Multithreaded Processor ("Kalla"), published 2004.

- Richard Brunner, *Maximizing Desktop Application Performance on Dual-Core PC Platforms*, 2005 Windows Hardware Engineering Conference ("Brunner").

To the extent any limitation is found not to be literally disclosed, such a limitation would be obvious because the '414 patent is merely a collection of prior art elements that fails to meet the statutory requirement of nonobviousness under § 103, and the factors delineated in *KSR Int'l Co. v. Teleflex, Inc.*, 550 U.S. 398 (2007), weigh against a finding of nonobviousness.

For example, it would have been obvious to a person of ordinary skill in the art to combine the teaching of iSync and Sync Services with the teachings of the references listed above and in Samsung's Patent Local Rule 3-3 And 3-4 Disclosures for the '414 patent served herewith; such references are in the same field of art, and discuss various techniques and improvements that would have been known to yield predictable results when applied to the technology claimed in the '414 patent, and a person of ordinary skill therefore would have been motivated to so combine them in view of the disclosures therein.  Below included in this chart are examples of specific teachings from references that, combined with iSync and Sync Services, render the '414 patent invalid under § 103.

Samsung reserves the right to use the entirety of the reference cited in its contentions to show that the asserted claims are anticipated and/or are obvious.  Moreover, to the extent that any of the below claim limitations are found to not be expressly disclosed by the below reference, it is Samsung's contention that any such limitation would be obvious, either based the knowledge of one of ordinary skill in the art or based on any of the art cited in Samsung's invalidity contentions.  It is also Samsung's contention that one of ordinary skill in the art would find such limitation obvious for at least one or more of the following reasons: (1) the combination would unite  old elements with no change in their respective function; (2) the combination would have been a predictable variation of a work in the same or a different field of endeavor; (3) the modification would have used a known technique to improve a similar device in the same way; (4) the modification was a known problem for which there was an obvious solution; (5) the modification would have been "obvious to try"; (6) the modification was known work in one field of endeavor that would have prompted variations of it for use in either the same or different field based on design incentives or other market forces; (7) there was an explicit teaching, suggestion, or motivation in the prior art for the modification.

The citations to portions of any reference in this chart are exemplary only. Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER OUTSIDE ATTORNEYS' EYES ONLY**

Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '414 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims. This claim chart takes into account Apple's overly broad construction of the claim limitations. Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper. To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims of the '414 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that iSync and Sync Services invalidate the asserted claims of the '414 patent, including but not limited to information obtained by third parties and/or produced by Apple in this case. As of the filing of these contentions, Apple has withheld responsive documents, software, and source code describing, *inter alia*, iSync, Sync Services, AddressBook, iCal, and the Mac OS X operating system. Samsung reserves the right to supplement these contentions to include these materials. Furthermore, individuals at Apple are likely to have knowledge of the functionality and public availability of iSync and Sync Services. Samsung reserves the right to supplement these contentions based on documents and/or testimony from these individuals.

| U.S. Patent No. 7,761,414 | iSync and Sync Services |
|---|---|
| **[1A]** A machine implemented method comprising: | To the extent that the preamble may be construed to be limiting, iSync and Sync Services disclose a machine implemented method. For example: <br><br> iSync is an application designed to synchronize contacts and calendars between an Apple Macintosh computer, various handheld devices, and a user's .Mac account. |

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER
OUTSIDE ATTORNEYS' EYES ONLY

| U.S. Patent No. 7,761,414 | iSync and Sync Services |
|---|---|
| | FIG. 19 provides more details of the down-sync process. In step **800** of FIG. 19, the Sync Manager will request and receive a list of transactional items that have been updated or created on the server since the last synchronization. If there are more items to consider on the list, then in step **804**, the next data item will be accessed. In step **806**, the data item on the Smart Client will be locked. In step **808**, the Sync Manager will retrieve the data on the server for that item and update the item on the Smart Client with the new data. If it is a new data item, then the item will be created on the Smart Client in step **808**. In step **810**, the data item is unlocked and the process loops back to step **802** to determine whether there are anymore data items to process. When all the data items are processed, the method of FIG. 19 is completed.<br><br>(*Id.* at 24:56-25:2.) |
| | |
| **[10]** The method as in claim 1 wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes. | iSync and Sync Services disclose a method wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes.  For example:<br><br>"Your iPod nano can store contacts, calendar events, and to-do lists for viewing on the go...you can use iSync to synchronize your information."<br><br>(iPod nano Features Guide at 41.)<br><br>iCal for Mac is an application that manages calendar events: |

**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER**
**OUTSIDE ATTORNEYS' EYES ONLY**

| U.S. Patent No. 7,761,414 | iSync and Sync Services |
|---|---|
| | (iCal for Mac at "About iCal" window.) |

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER
OUTSIDE ATTORNEYS' EYES ONLY

| U.S. Patent No. 7,761,414 | iSync and Sync Services |
|---|---|
|  | <br>(iSync for Mac at main window, with options for calendar synchronization outlined in red.) |

**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER OUTSIDE ATTORNEYS' EYES ONLY**

| U.S. Patent No. 7,761,414 | iSync and Sync Services |
|---|---|
| | (iPod nano, at Event details.)<br><br>"With .Mac and iCal, you have the power to create and manage multiple calendars, publish them for online sharing (with individuals and with the .Mac groups you own), and send calendar updates to friends, family and coworkers.  Have multiple Macs?  No problem: With .Mac, you can sync your calendars between computers so you always have access to the most up-to-date information."<br><br>(iCal Sync.) |

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER
OUTSIDE ATTORNEYS' EYES ONLY

| U.S. Patent No. 7,761,414 | iSync and Sync Services |
|---|---|
| | (*Id*; *see also* iSync and .Mac; Get Started with iSync and .Mac; iSync Tutorial.)<br><br>(*See also* Sync Services at APLNDC630-0000196104-116, 139-184, and 202-230; Sync Services Fundamentals at APLNDC630-0000196265 and 280-311.) |

**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE SUBJECT TO PROTECTIVE ORDER**
**OUTSIDE ATTORNEYS' EYES ONLY**

| U.S. Patent No. 7,761,414 | iSync and Sync Services |
|---|---|
| | ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Alternatively, it would have been obvious to a person of ordinary skill in the art at the time of the invention to modify the disclosed synchronization software component so that it is configured to synchronize structured data of a first data class, and to include additional synchronization software components that are configured to synchronize structured data of other corresponding data classes, in view of the above-cited references and/or the following: **U.S. Patent No. 7,506,006 to Valdamani et al. ("Vadlamani")** In one embodiment, the CRM system, including data store 320 and application server 322, are pre-existing software systems. The technology described herein is for implementing Smart Client 300 to interact with pre-existing web services 302 and the pre-existing CRM system. The Smart Client 300 further includes the ability to bring together data from the CRM system and other systems, via other services 314 in communication with other backend middleware 324 and database 326. The CRM system is just one example of a line of business application that can be used with the smart client. The Smart Client described herein can be used with applications other than a CRM system. In one embodiment, Smart Client 300 is operating on a local machine, while the CRM system (including application server 32 and data store 320) is on one or more |