| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **CERTIFICATE OF SERVICE UPON ALCATEL-LUCENT** |

CERTIFICATE OF SERVICE
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 117605458v.1

I, Liv Herriot, declare as follows:

I am employed in Santa Clara County, California.  I am over the age of eighteen years and not a party of the within-entitled action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On November 5, 2013, I served the following document(s):

1. **THE DECLARATION OF PETER J. KOLOVOS REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT EXPERT REPORTS REGARDING SAMSUNG PATENTS**

BY ELECTRONIC SERVICE:  I caused the document to be sent by E-Mail to the Counsel for Alcatel-Lucent:

Brian Beatus, Esq.
Alcatel-Lucent
Senior IP Corporate Counsel
600 Mountain Avenue Room 3D-239
Murray Hill, NJ 07974
Brian.Beatus@alcatel-lucent.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 5, 2013, at Palo Alto, California.

Liv Herriot