1   JOSH A. KREVITT (CA SBN 208552)            WILLIAM F. LEE (*pro hac vice*)
    jkrevitt@gibsondunn.com                     william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)                WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                          HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP                 60 State Street
    1881 Page Mill Road                         Boston, Massachusetts  02109
4   Palo Alto, California  94304-1211           Telephone:  (617) 526-6000
    Telephone:  (650) 849-5300                  Facsimile:  (617) 526-5000
5   Facsimile:  (650) 849-5333

6   MICHAEL A. JACOBS (CA SBN 111664)           MARK D. SELWYN (CA SBN 244180)
    mjacobs@mofo.com                            mark.selwyn@wilmerhale.com
7   RICHARD S.J. HUNG (CA SBN 197425)           WILMER CUTLER PICKERING
    rhung@mofo.com                                HALE AND DORR LLP
8   MORRISON & FOERSTER LLP                     950 Page Mill Road
    425 Market Street                           Palo Alto, California  94304
9   San Francisco, California  94105-2482       Telephone:  (650) 858-6000
    Telephone:  (415) 268-7000                  Facsimile:  (650) 858-6100
10  Facsimile:  (415) 268-7522

11  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

12

13                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
14                         **SAN JOSE DIVISION**

15

16  APPLE INC., a California corporation,

17            Plaintiff,

18       vs.                                    Case No. 12-cv-00630-LHK

19  SAMSUNG ELECTRONICS CO., LTD., a            **CERTIFICATE OF SERVICE UPON T-**
    Korean business entity; SAMSUNG            **MOBILE USA, INC.**
20  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
21  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
22
23            Defendants.

24

25

26

27

28
                                          CERTIFICATE OF SERVICE
                                       Case No. 12-cv-00630-LHK (PSG)

ActiveUS 117605447v.1

I, Liv Herriot, declare as follows:

I am employed in Santa Clara County, California.  I am over the age of eighteen years and not a party of the within-entitled action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On November 5, 2013, I served the following document(s):

1.     **THE DECLARATION OF PETER J. KOLOVOS REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT EXPERT REPORTS REGARDING SAMSUNG PATENTS**

BY ELECTRONIC SERVICE:  I caused the document to be sent by E-Mail to the Counsel for T-Mobile USA, Inc.:

Reese Nguyen
RNguyen@kvn.com
Asim M. Bhansali
ABhansali@kvn.com
Paula L. Blizzard
PBlizzard@kvn.com
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 5, 2013, at Palo Alto, California.

_____
Liv Herriot

ActiveUS 117605447v.1