QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to the within action; my business address is 1299 Pennsylvania Ave. NW, Suite 825, Washington, D.C. 20005.

On November 04, 2013, I served true copies of the documents described as

1. Samsung's Administrative Motion to File Under Seal; and

2. The Declaration of Michael Fazio in Support of Samsung's Administrative Motion to File Under Seal

by emailing the aforementioned documents to the interested parties in this action as follows:

**Strategy Analytics**
David McKean

I declare under penalty of perjury that the foregoing is true and correct.   Executed on November 4, 2013.

                                        */s/ Bill Trac*
                                      Bill Trac

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Bill Trac.

*/s/ Victoria F. Maroulis*

Victoria F. Maroulis