QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Cal. Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE UPON INTEL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I am employed in Washington, D.C.   I am over the age of eighteen years and not a party to the above-captioned action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 1299 Pennsylvania Avenue NW, Suite 825, Washington, D.C. 20004.

On November 5, 2013, I served the following document(s):

1. **DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S *MARKMAN* ORDER.**

by email containing the aforementioned document to Counsel for Intel:

Chris Kelley
Perkins Coie
CKelley@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.   Executed on November 6, 2013, at Washington, D.C.

*/s/ Deepa Acharya*___
Deepa Acharya

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Deepa Acharya has concurred in this filing.

Dated:   November 6, 2013

*/s/ Victoria Maroulis*
Victoria Maroulis