Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Telephone:  (310) 893-5150
Facsimile:   (310) 893-5195

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  I am over the age of eighteen years and not a party to the within action; my business address is 10880 Wilshire Boulevard, Suite 1150, Los Angeles, CA 90024.

On November 6, 2013, I served true copies of the document described as

1. The Declaration of Todd Briggs in Support of Samsung's Administrative Motion to File Under Seal Relating to Samsung's motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent With the Court's *Markman* Order [Dkt. No. 878-1]

by emailing the aforementioned documents to the interested parties as follows:

| Counsel for Alcatel-Lucent: | Counsel for AT&T: |
|---|---|
| Alex Yip, Esq.<br>alex.yip@alcatel-lucent.com<br>600 Mountain Avenue, Rm. 3c241<br>Murray Hill, NJ 07974 | Paula Phillips<br>pp2713@att.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2013.

DATED: November 6, 2013

    /s/ Daryl M. Crone
Daryl M. Crone

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

-1-  Case No. 12-cv-00630-LHK
CERTIFICATE OF SERVICE

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Daryl M. Crone has concurred in this filing.

Dated: November 6, 2013

*/s/ Victoria Maroulis*
Victoria Maroulis

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

-2-                           Case No. 12-cv-00630-LHK
CERTIFICATE OF SERVICE