1  Daryl M. Crone (Bar No. 209610)
     daryl@cronehawxhurst.com
2  CRONE HAWXHURST LLP
   10880 Wilshire Boulevard, Suite 1150
3  Los Angeles, California 90024
   Telephone:  (310) 893-5150
4  Facsimile:   (310) 893-5195

5  Attorneys for
   SAMSUNG ELECTRONICS CO., LTD.,
6  SAMSUNG ELECTRONICS AMERICA, INC.,
   and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    I am over the age of eighteen years and not a party to the within action; my business

2 address is 10880 Wilshire Boulevard, Suite 1150, Los Angeles, CA 90024.

3    On November 6, 2013, I served true copies of the document described as

4    1.    The Declaration of Todd Briggs in Support of Samsung's Administrative Motion to

5 File Under Seal Relating to Samsung's motion to Strike Expert Testimony Based on Undisclosed

6 Theories and Claim Constructions Inconsistent With the Court's *Markman* Order [Dkt. No. 878-1]

8 by emailing the aforementioned documents to the interested parties as follows:

9    Counsel for Sony Electronics, Inc.

10   Chad R. Fuller
     CFuller@goodwinprocter.com
11   Goodwin Procter LLP
     4365 Executive Drive, 3rd Floor
12   San Diego, CA 92121

14   I declare under penalty of perjury that the foregoing is true and correct.  Executed on

15 November 6, 2013.

17 DATED:  November 6, 2013

19                              */s/ Daryl M. Crone*
                                Daryl M. Crone

-1-    Case No. 12-cv-00630-LHK
CERTIFICATE OF SERVICE

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Daryl M. Crone has concurred in this filing.

Dated: November 6, 2013

*/s/ Victoria Maroulis*
Victoria Maroulis