WILLIAMS & CONNOLLY LLP
Aaron Maurer (pro hac vice)
amaurer@wc.com
Dov P. Grossman (pro hac vice)
dgrossman@wc.com
David M. Krinsky (pro hac vice)
dkrinsky@wc.com
David M. Horniak (Bar No. 268441)
dhorniak@wc.com
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD. et al.,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE UPON QUALCOMM AND BROADCOM** |

**CERTIFICATE OF SERVICE**

I am employed in Washington, D.C.  I am over the age of eighteen years and not a party to the above-captioned action; my business address is Williams & Connolly LLP, 725 Twelfth Street NW, Washington, D.C. 20005.

On November 6, 2013, I served the following document:

**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S *MARKMAN* ORDER**

by email containing the aforementioned document to counsel for Qualcomm:

>   Brett Bachtell
>   McDermott Will & Emery
>   bbachtell@mwe.com

and by separate emails containing the aforementioned document to counsel for Broadcom:

>   Jonathan McFarland
>   Perkins Coie
>   jmcfarland@perkinscoie.com

>   Amanda Tessar
>   Perkins Coie
>   ATessar@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 6, 2013, at Washington, D.C.

>                                 By: */s/Dov P. Grossman*
>                                       Dov P. Grossman

CERTIFICATE OF SERVICE – 12-CV-00630-LHK (PSG)

**ATTESTATION OF E-FILED SIGNATURE**

I, David M. Horniak, am the ECF user whose ID and password are being used to file this Certificate of Service.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Dov P. Grossman has concurred in this filing.

Dated:  November 6, 2013          */s/ David Horniak*
                                  David M. Horniak