1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Cal. Bar No. 108542)
10 williamprice@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 19           Plaintiff, | |
| 20           vs. | **CERTIFICATE OF SERVICE UPON MICHAEL FREEMAN, MITCHAEL** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **FREEMAN, RICHARD FREEMAN, AND CHAD BOSS** |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24           Defendants. | |

**CERTIFICATE OF SERVICE**

I am employed in Washington, D.C.   I am over the age of eighteen years and not a party to the above-captioned action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 1299 Pennsylvania Avenue NW, Suite 825, Washington, D.C. 20004.

On November 6, 2013, I served the following document(s):

1. **DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S *MARKMAN* ORDER.**

by email containing the aforementioned document to Counsel for Michael Freeman, Mitchael Freeman, Richard Freeman, and Chad Boss:

David L. Bryant
Gable Gotwals
dbryant@gablelaw.com

I declare under penalty of perjury that the foregoing is true and correct.   Executed on November 6, 2013, at Washington, D.C.

*/s/ James Razick*___
James Razick

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that James Razick has concurred in this filing.

Dated:   November 6, 2013

*/s/ Victoria Maroulis*
Victoria Maroulis