| | |
|---|---|
| 1 | CHAO HADIDI STARK & BARKER LLP |
| | Bruce J. Barker |
| 2 | bbarker@chsblaw.com |
| | 176 East Main Street, Suite 6 |
| 3 | Westborough, MA 01581 |
| | Telephone: 508 366-3800 |
| 4 | Facsimile:  508 366-1833 |
| 5 | Attorney for Non-Party |
| | OMNIVISION TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 11 | APPLE INC., a California corporation, | |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Case No. 5:12-cv-00630-LHK |
| | | **DECLARATION OF BRUCE J. BARKER PURSUANT TO CIVIL L.R. 79-5(E) ESTABLISHING THAT INFORMATION DESIGNATED IN SAMSUNG ELECTRONICS INC'S ADMINISTRATIVE MOTION TO SEAL (DKT NO. 878) INCLUDES OMNIVISION'S CONFIDENTIAL INFORMATION.** |
| 17 | Defendants. | |
| 21 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25 | Counterclaim-Plaintiffs, | |
| 26 | v. | |
| 27 | APPLE INC., a California corporation, | |
| 28 | Counterclaim-Defendants | |

I, Bruce J. Barker, hereby declare as follows:

1. I am a partner of the law firm Chao Hadidi Stark and Barker LLP, counsel for OmniVision Technologies Inc.  I am licensed to practice in the Commonwealth of Massachusetts and in the State of New York, and I was admitted to the Northern District of California in May of 1993.  I am familiar with the facts set forth below and, if called as a witness, could testify competently to those facts.

2. Samsung Electronics Co., Ltd. ("Samsung") filed an Administrative Motion to File Under Seal excerpts of the Expert Report of Dr. James Storer submitted with Samsung's Motion to Strike Apple's Expert Testimony (docket no. 878). The excerpts of the Storer Report are identified in Exhibit 8 to the Declaration of Todd Briggs submitted in support of Samsung's motion to file under seal.   Those experts of the Storer Report contain OmniVision's confidential information concerning certain OmniVision products, and therefore are sealable.

3. I declare under penalties of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this declaration was executed this 11th day of November, 2013.

Dated: November 11, 2013                           Chao Hadidi Stark & Barker, LLP


                                                   By   /s/ Bruce J. Barker
                                                   Bruce J Barker
                                                   Attorney for Non-Party
                                                   OmniVision Technologies, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Certificate of Service**

I hereby certify that copies of the forgoing Declaration have been served on November 11, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per civil local rule 5-1.


Dated:  November 11, 2013          /s/Bruce J Barker_____
                                   Bruce J Barker