Paula M. Phillips
Legal Administrator
One AT&T Way
Room 3A109
Bedminster, NJ 07921

AT&T Services Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PAULA M. PHILLIPS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Paula M. Phillips, hereby declare as follows:

1. I am a Legal Administrator for AT&T Services, Inc. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 878) on November 5, 2013. I understand that concurrently with this motion, Samsung filed the Expert Report of Dr. Thomas E. Fuja Regarding Non-Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 (Dkt. No. 878-6) ("Fuja Report"). Given the sensitive nature of the highly confidential material contained within this exhibit, AT&T supports Samsung's request to seal portions of the Fuja Report that contain AT&T's confidential information.

3. AT&T produced the "Question from AT&T" document referenced in paragraph 345 on pages 107-108 of the Fuja Report. AT&T considers the contents of the "Question from AT&T" document to be confidential, and marked the document "AT&T Confidential" when it was produced. To the extent the content of paragraph 345 on pages 107-108 of the Fuja Report is based upon this document, these paragraphs would contain information confidential to AT&T.

4. AT&T produced the "UMTS Enhanced Uplink HSUPA Tutorial" document referenced paragraph 419 on page 137 of the Fuja Report. AT&T considers the contents of the "UMTS Enhanced Uplink HSUPA Tutorial" document to be confidential, and marked the document "AT&T Confidential" when it was produced. To the extent the content of paragraph 419 on page 137 of the Fuja Report is based upon this document, these paragraphs would contain information confidential to AT&T.

5. AT&T produced the "UMTS Enhanced Uplink HSUPA Tutorial" document referenced paragraph 452 on page 148 of the Fuja Report. AT&T considers the contents of the "UMTS Enhanced Uplink HSUPA Tutorial" document to be confidential, and marked the document "AT&T Confidential" when it was produced. To the extent the content of paragraph 452 on page 148 of the Fuja Report is based upon this document, these paragraphs would contain information confidential to AT&T.

6. The relief requested by is necessary and narrowly tailored to protect confidential information contained within the confidential AT&T material produced in this matter.

7. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 11th day of November, 2013, in Bedminster, New Jersey.

Dated: November 11, 2013         /s/ *[signature]*

Paula M. Phillips