| | |
|---|---|
| JOSH KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone: 650.849.5300 <br> Facsimile:  650.849.5333 | WILLIAM F. LEE (pro hac vice) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-cv-00630-LHK  (PSG) <br><br> **APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Counterclaim-Defendant. | |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby move this Court for an order to seal the following documents:

1. Portions of the confidential, unredacted version of Apple's Opposition to Samsung's Motion for Summary Judgment; and

2. Exhibits A-1, A-2, A-4, A-5, B-2, B-3, B-4, B-6, B-8, B-9, C-1, C-2, D-1, and D-3 to the Declaration of Joshua Furman ("Furman Declaration").

As detailed in the supporting declaration of Jennifer Rho, item numbers 1 and 2 above contain or discuss information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential Source Code – Outside Attorneys' Eyes Only" by Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") and/or third parties Google Inc. ("Google"), Microsoft Corp ("Microsoft"), and Ericsson Inc. ("Ericsson") pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung, Google, Microsoft, and/or Ericsson.  Such confidential information has been highlighted in grey in Apple's Opposition to Samsung's Motion for Summary Judgment.  Apple expects that Samsung, Google, Microsoft, and Ericsson will file the required supporting declarations in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether their information should be sealed.

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for in camera review and served upon Samsung.  Third parties Google, Microsoft, and Ericsson will be served with those documents containing their confidential information, redacted as needed to ensure they may see only their confidential information.  Further, in accordance with this Court's Civil Standing Order regarding Motions to File Under Seal, a proposed public redacted version of the document of which Apple seeks to file portions under seal, and particularly Apple's Opposition to Samsung's Motion for Summary Judgment, will be publicly e-filed as an attachment to this Motion to Seal.

Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion.  Samsung does not oppose Apple's Administrative Motion to File

Documents Under Seal (Apple's Opposition to Samsung's Motion for Summary Judgment) as a procedural mechanism for filing portions of Apple's Opposition to Samsung's Motion for Summary Judgment and supporting documents under seal.  Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

For the foregoing reasons, Apple respectfully requests sealing of the information contained in:

1. Portions of the confidential, unredacted version of Apple's Opposition to Samsung's Motion for Summary Judgment; and

2. Exhibits A-1, A-2, A-4, A-5, B-2, B-3, B-4, B-6, B-8, B-9, C-1, C-2, D-1, and D-3 to the Furman Declaration.

Dated:  November 1, 2013

GIBSON, DUNN & CRUTCHER LLP


By:  /s/ H. Mark Lyon

Attorneys for Plaintiff
APPLE, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 1, 2013                         */s/ H. Mark Lyon*