| | |
|---|---|
| JOSH KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: 650.849.5300<br>Facsimile:   650.849.5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Counterclaim-Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation,<br>             Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**NOTICE OF CORRECTION OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING EXHIBIT B-9** |

Gibson, Dunn & Crutcher LLP

NOTICE OF CORRECTION OF APPLE'S OPPOSITION TO
SAMSUNG'S MOTION FOR SUMMARY JUDGMENT AND EX. B-9
CASE NO. 12-CV-00630-LHK (PSG)

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") filed its Opposition to Samsung's Motion for Summary Judgment on November 1, 2013, with supporting exhibits. *See* D.I. 853. Two pages of Exhibit B-3 to the Declaration of Joshua Furman in support of Apple's Opposition to Samsung's Motion for Summary Judgment were inadvertently copied and included in Exhibit B-9 to the same declaration. Apple accordingly provides notice of its filing of a corrected version of Exhibit B-9, that no longer contains these inadvertently-included two pages, as well as a corrected version of Apple's Opposition brief, in which a citation to those two pages in Exhibit B-9 has been corrected to be a citation to the same pages in Exhibit B-3.

Dated: November 11, 2013             GIBSON, DUNN & CRUTCHER LLP

                                     By:   /s/   *H. Mark Lyon*
                                         ***Attorney for Apple Inc.***

Gibson, Dunn & Crutcher LLP

NOTICE OF CORRECTION OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT AND EX. B-9
CASE NO. 12-CV-00630-LHK (PSG)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 11, 2013          /s/ H. Mark Lyon

Gibson, Dunn & Crutcher LLP

NOTICE OF CORRECTION OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT AND EX. B-9
CASE NO. 12-CV-00630-LHK (PSG)