Sterling A. Brennan (CA State Bar No. 126019; E-Mail: sbrennan@mabr.com)
MASCHOFF BRENNAN LAYCOCK GILMORE ISRAELSEN & WRIGHT PLLC
20 Pacifica, Suite 1130
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

Attorneys for Third-Party NOVELL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF BRADLEY O. HAQUE OF THIRD-PARTY NOVELL, INC., PURSUANT TO L. R. 79-5(d)(1)(A), IN SUPPORT OF "APPLE, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS)"**<br><br>HON. LUCY H. KOH<br>UNITED STATES DISTRICT JUDGE<br>COURTROOM 8 |

I, Bradley O. Haque, hereby declare as follows:

1. I am Associate General Counsel of Novell, Inc. ("Novell") and a member in good standing of the Washington State Bar. In my responsibilities at Novell, I supervise domestic and international licensing, intellectual property, and strategic alliance matters, and am authorized to submit this declaration on Novell's behalf.

2. I submit this declaration pursuant to the above-entitled Court's Local Rule 79-5(d)(1)(A) and in support of "Apple Inc.'s Administrative Motion To File Documents Under Seal (Apple's Motion To Strike Arguments From Samsung's Invalidity And Non-Infringement Expert Reports Regarding Apple Patents" (Document No. 882; the "Motion") filed in the above-captioned action (the "Action") in behalf of plaintiff and counterclaim-defendant Apple Inc. ("Apple").

3. In the Motion Apple identifies four exhibits to the Declaration of Joshua Furman ("Furman Declaration") submitted in the Action that include confidential, proprietary, or trade secret information of Novell, which information Novell designated as "confidential" under the protective order in the Action and which Novell wishes to be maintained as sealed. Those exhibits are nos. 1, 2, 35, and 41.

4. Exhibit 1 to the Furman Declaration is the "Expert Report of Jeffrey Chase, PH.D Regarding The Invalidity Of The Asserted Claims Of U.S. Patent No. 7,761,414." Identified (and redacted) portions include a discussion and presentation of confidential, proprietary, and trade secret information of Novell concerning its Evolution™ software ("Evolution"). Evolution is a widely used Linux collaboration software. It integrates email, calendaring, contact management, and tasks into one easy-to-use application. All of the material identified by Apple in Exhibit 41 designated as "confidential" by Novell and pertaining to Evolution constitutes confidential, proprietary, or trade secret information of Novell and should be maintained as sealed, as requested by the Motion.

5. Exhibit 2 to the Furman Declaration is the "Rebuttal Expert Report of Jeffrey Chase, PH.D Regarding The Invalidity Of The Asserted Claims Of U.S. Patent No. 7,761,414."

Like the designated information in Exhibit 1 concerning Evolution, so too the designated information in Exhibit 2 concerning Evolution constitutes confidential, proprietary, or trade secret information of Novell and should be maintained as sealed, as requested by the Motion.

6. Exhibit 35 to the Furman Declaration is "Apple Inc.'s Supplemental Objections And Responses To Samsung's Third Set Of Interrogatories (No. 26)." That supplemental response by Apple includes a discussion concerning Evolution. The designated information in Exhibit 35 concerning Evolution constitutes confidential, proprietary, or trade secret information of Novell and thus should be maintained as sealed, as requested by the Motion.

7. Exhibit 41 to the Furman Declaration includes an invalidity claim chart for U.S. Patent No. 7, 761,414, which references confidential, proprietary, or trade secret information pertaining to Evolution that has been designated as protected by Novell. That designated information should also remain sealed, as requested by the Motion.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed this 12th day of November 2013.

Bradley O. Haque