IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | DECLARATION OF MICHAEL HAYES FREEMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S *MARKMAN* ORDER |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

## DECLARATION OF MICHAL HAYES FREEMAN

MICHAEL HAYES FREEMAN, of lawful age, declares as follows:

1. I am the President and Chief Executive Officer of Video Over Cellular Inventions, LLC ("VOCI"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Certain employees of VOCI, Michael Freeman, Mitchael Freeman, Chad Boss and Richard Freeman, were deposed from June18-20, 2013 (the "VOCI Depositions"). The VOCI Depositions were designated as CONFIDENTIAL under the Protective Order entered in this case and/or otherwise deemed confidential business information that third party VOCI regards as highly confidential.

3. Samsung filed its Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order on November 5, 2013. On that same day, Samsung filed an Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Strike Expert testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order (the "Administrative Motion"). Exhibits 7 and 8 to the Declaration of Todd Briggs that was filed in support of the Administrative Motion contain excerpts and references to the VOCI Depositions.

4. VOCI requests that the Court grant Samsung's Administrative Motion and enter an Order to seal Exhibits 7 and 8 to the Declaration of Todd Briggs or those portions thereof containing excerpts and references to the VOCI Depositions in order to protect information designated as CONFIDENTIAL under the Protective Order.

5. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

6. I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

EXECUTED this 11th day of November, 2013.

_____
Michael Hayes Freeman  VOCI CEO

{1199076;}

## ATTESTATION OF E-FILED SIGNATURE

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael Freeman has concurred in this filing.

Dated:   November 12, 2013  */s/ Victoria Maroulis*
Victoria Maroulis