UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**THIRD PARTY DECLARATION OF MICHAEL C. BARRETT (CIRRUS LOGIC, INC.) IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Michael C. Barrett, hereby declare as follows:

1. I am the Associate General Counsel and Director, IP at Cirrus Logic, Inc. ("Cirrus Logic"). I am licensed to practice law in Texas.

2. I am familiar with the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to those facts.

3. Cirrus Logic is not a party in the above-captioned litigation but was served with a subpoena by Defendant Samsung Electronics Co., LTD on March 6, 2013.

4. Responsive to the subpoena, Cirrus Logic produced confidential documents

1  including, for example, confidential information about Cirrus Logic's business practices and relationships, technical product configurations, and product architectures.

5. Paragraph 8 of the "Declaration of Todd Briggs in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order" (Dkt. 878-1) ("Briggs Declaration") states that Exhibit 8 to the Briggs Declaration contains excerpts (a) which Apple has designated as "Contains Information Designated as Apple and Third Party Highly Confidential Information" or (b) which are otherwise deemed confidential business information and which may contain information that third parties regard as highly confidential (collectively, the "Information at Issue").

6. Cirrus Logic confirms that the Information at Issue—especially when considered in conjunction with any corresponding analysis—includes confidential information of Cirrus Logic concerning confidential business relationships and/or confidential technical information.

7. Disclosure of such information would be harmful to Cirrus Logic as an improper disclosure of confidential or technical trade secret information.

8. For at least these reasons, Cirrus Logic supports that Exhibit 8 to the Briggs Declaration be sealed in a manner that would maintain confidentiality of the Information at Issue, as it applies to Cirrus Logic.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 12th day of November, 2013, in Austin, Texas.

Dated:   November 12, 2013

CIRRUS LOGIC, INC.

By: /s/ Michael C. Barrett

Michael C. Barrett
Associate General Counsel and
Director, IP

CIRRUS LOGIC, INC.
800 W. 6th Street
Austin, Texas, USA  78701
Telephone:  512.851.4952
Fax:  512.851.4527
Email:  michael.barrett@cirrus.com

FOR THIRD PARTY
CIRRUS LOGIC, INC.

## ATTESTATION OF E-FILED SIGNATURE

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael Barrett has concurred in this filing.

Dated:   November 12, 2013         */s/ Victoria Maroulis*
                                                                    Victoria Maroulis