| | |
|---|---|
| 1 | Jonathan L. McFarland, Bar No. 247601 |
| | JMcFarland@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 3 | Seattle, WA  98101-3099 |
| | Telephone:  206.359.8000 |
| 4 | Facsimile:  206.359.9000 |
| 5 | Counsel for Non-Party |
| | Broadcom Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Apple Inc., a California Corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| Samsung Electronics Co., LTD., a Korean Corporation;  Samsung Electronics America, Inc., a New York Corporation; and Samsung Telecommunications America, LLC, a Delaware limited liability company, | |
| Defendants. | |
| Samsung Electronics Co., LTD., a Korean Corporation;  Samsung Electronics America, Inc., a New York Corporation; and Samsung Telecommunications America, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| Apple Inc., a California Corporation, | |
| Counterclaim-Defendants. | |

-1-

NOTICE OF APPEARANCE
Case No. 12-cv-00630-LHK

LEGAL28406872.1

1  PLEASE TAKE NOTICE that attorney Jonathan L. McFarland of Perkins Coie LLP, a
2  member of the State Bar of California (247601) and admitted to practice in this Court, and whose
3  contact information appears below, hereby enters an appearance as an attorney of record for Non-
4  Party Broadcom Corporation, in the above-captioned case.

>  Jonathan L. McFarland
>  Perkins Coie LLP
>  1201 Third Avenue, Suite 4900
>  Seattle, WA 98101-3099
>  Phone: 206.359.3132
>  Facsimile: 206.359.4132

DATED: November 12, 2013

**PERKINS COIE LLP**

By: /s/ Jonathan McFarland
Jonathan McFarland
JMcFarland@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.3132
Facsimile: 206.359.4132

**COUNSEL FOR NON-PARTY BROADCOM CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2013, I served the foregoing document on all counsel of record who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

**PERKINS COIE LLP**

By: /s/ Jonathan McFarland
Jonathan McFarland
JMcFarland@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.3132
Facsimile: 206.359.4132

Counsel for Non-Party
Broadcom Corporation

-3-

LEGAL28406872.1