| | |
|---|---|
| 1 | Jonathan L. McFarland, Bar No. 247601 |
| | JMcFarland@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 3 | Seattle, WA  98101-3099 |
| | Telephone:  206.359.8000 |
| 4 | Facsimile:  206.359.9000 |
| 5 | Counsel for Non-Party |
| | Broadcom Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Apple Inc., a California Corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | DECLARATION OF NON-PARTY BROADCOM IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL (DOC. NO. 878) |
| v. | |
| Samsung Electronics Co., LTD., a Korean Corporation;  Samsung Electronics America, Inc., a New York Corporation; and Samsung Telecommunications America, LLC, a Delaware limited liability company, | |
| Defendants. | |
| Samsung Electronics Co., LTD., a Korean Corporation;  Samsung Electronics America, Inc., a New York Corporation; and Samsung Telecommunications America, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| Apple Inc., a California Corporation, | |
| Counterclaim-Defendants. | |

-1-

Non-Party Broadcom Decl. ISO Motion to Seal,
Case No. 12-cv-00630-LHK (N.D. Cal.)

LEGAL28414165.1

I, Jonathan L. McFarland, hereby declare:

1. I am a counsel at the law firm of Perkins Coie LLP, counsel for Non-Party Broadcom Corporation ("Broadcom"). I am admitted to practice in the State of California and the U.S. District Court for the Northern District of California. I am familiar with the facts set forth below and, if called as a witness, could testify competently to those facts.

2. On July 1, 2013, Broadcom produced documents in response to a subpoena served on Non-Party Broadcom by Samsung in the above-referenced litigation. The documents consisted of confidential technical documentation regarding Non-Party Broadcom's products and, as such, were designated "Highly Confidential - Attorneys' Eyes Only Subject to Protective Order."

3. Attached hereto as Exhibit 1 is a true and correct copy of the cover letter that accompanied Non-Party Broadcom's document production in response to Samsung's subpoena in the above referenced litigation, confirming that the documents were designated "Highly Confidential - Attorneys' Eyes Only Subject to Protective Order."

4. On November 6, 2013, Samsung provided Non-Party Broadcom with redacted copies of pages 317 and 318 of Exhibit 8 to the DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S MARKMAN ORDER ("Briggs Decl."), Doc. 878. The pages were heavily redacted and difficult to interpret, so I requested copies with fewer redactions. On Monday, November 11, 2013, counsel for Samsung provided me with copies of pages 317 and 318 that had fewer redactions, but they were still heavily redacted and difficult to interpret. The unredacted portions of the pages provided by Samsung's counsel reference information that appears to have been derived from Broadcom's confidential technical document production. As such, Non-Party Broadcom respectfully requests that this information remain under seal.

-2-

Non-Party Broadcom Decl. ISO Motion to Seal,
Case No. 12-cv-00630-LHK (N.D. Cal.)

LEGAL28414165.1

5. Samsung has informed Non-Party Broadcom that it intends to seek sealing of Exhibit 8 to the Briggs Decl. in its entirety. If the Court denies Samsung's motion to seal regarding any portions that reference Non-Party Broadcom's confidential information, then Non-Party Broadcom respectfully requests that it be given ten days from the time it is provided a copy of the entire redacted exhibit that the parties intend to submit for publication to provide it an opportunity to review in context and, if necessary, submit an additional declaration in support of sealing any confidential Broadcom information.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated: November 12, 2013 at Seattle, Washington.

*/s/ Jonathan L. McFarland*

-3-

Non-Party Broadcom Decl. ISO Motion to Seal,
Case No. 12-cv-00630-LHK (N.D. Cal.)

LEGAL28414165.1

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2013, I served the foregoing document on all counsel of record who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

**PERKINS COIE LLP**

By: /s/ Jonathan McFarland
Jonathan McFarland
JMcFarland@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.3132
Facsimile: 206.359.4132

Counsel for Non-Party
Broadcom Corporation

-4-

Non-Party Broadcom Decl. ISO Motion to Seal,
Case No. 12-cv-00630-LHK (N.D. Cal.)

LEGAL28414165.1