# EXHIBIT 1



1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

Jonathan L. McFarland
PHONE: (206) 359-3132
FAX:     (206) 359-4132
EMAIL: JMcFarland@PerkinsCoie.com

July 1, 2013

David M. Krinsky
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

**Re:     Apple Inc. v. Samsung Co., et al.**
         *(Case No. 12-cv-00630-LHK)*

Dear David:

   Please find enclosed documents bearing bates labels BCM-0000001 - 0001575.  These documents are designated "Highly Confidential - Attorneys' Eyes Only Subject to Protective Order" pursuant to the protective orders in the matter referenced above.

Best Regards,

*s/Jonathan L. McFarland*

Jonathan L. McFarland



Encl.

cc: Kathryn Zalewski

LEGAL27156344.1