Courtland L. Reichman
(CA Bar No.268873)
**McKool Smith Hennigan P.C.**
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Tel: 650-394-1400
Fax: 650-394-1422
creichman@mckoolsmith.com

*Attorney for Non-Party Ericsson, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**NOTICE OF APPEARANCE OF COURTLAND L. REICHMAN** |

**TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Courtland L. Reichman of McKool Smith Hennigan P.C., hereby enters his appearance on behalf of Ericsson Incorporated, a non-party, and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the email listed above.

1  Dated: November 12, 2013

2                                    Respectfully Submitted,

3                                    MCKOOL SMITH HENNIGAN P.C.

4                                    BY:/s/ COURTLAND L. REICHMAN

                                     Courtland L. Reichman
                                     (CA Bar No.268873)
                                     creichman@mckoolsmith.com
                                     **McKool Smith Hennigan P.C.**
                                     255 Shoreline Drive, Suite 510
                                     Redwood Shores, CA 94065

McKool Smith
A Professional Corporation • Attorneys
Dallas, Texas

2

NOTICE OF APPEARANCE OF COURTLAND L. REICHMAN
Case No. 12-CV-00630-LHK