DAVID H. DOLKAS (State Bar No. 111080)
ddolkas@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park, CA 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401

BRETT E. BACHTELL
bbachtell@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606-5055
Telephone: +1 312 372 7000
Facsimile: +1 312 984 7700

Attorneys for Non-Party
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF BRETT E. BACHTELL REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Brett E. Bachtell, hereby declare as follows::

1.      I am a partner at the law firm of McDermott Will & Emery LLP and counsel for non-party Qualcomm Incorporated ("Qualcomm"). I am licensed to practice law in the State of Illinois.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts..

2.      Samsung filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 878) on November 5, 2013.  Concurrently with this motion, Samsung also filed the Report of Dr. Thomas E. Fuja Regarding Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 (Dkt. No. 878-6) ("Fuja Report").  Given the sensitive nature of certain highly confidential material contained within this document, Qualcomm supports Samsung's request to seal portions of the Fuja Report that contain Qualcomm's confidential information.

3.      Upon information and belief, at least Paragraphs 330-336, 404-409, 412, 414-417 and 423 of the Fuja Report reference highly confidential Qualcomm technical materials and highly confidential Qualcomm information regarding the technical functionality of devices running Qualcomm's valuable and trade-secret reference software that Qualcomm licenses to its customers to adapt to their devices containing Qualcomm chipsets reference software.  These non-public materials provide detailed information about technical functionality and source code, and public disclosure of this information or unauthorized disclosure to non-licensees or competitors would be harmful to Qualcomm.  This Court has previously granted similar requests to seal in the litigation between Apple and Samsung tried last year. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8).

4.      The relief requested is necessary and narrowly tailored to protect confidential information contained within the highly confidential Qualcomm material produced in this matter.

1    5.    I declare under the penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct to the best of my knowledge and that this
3  Declaration was executed this 12th day of November, 2013, in Chicago, Illinois.
4
5  Dated: November 12, 2013                              /s/ Brett E. Bachtell
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Non-Party Qualcomm's Declaration in                                               Case No. 12-cv-00630 (LHK)
Support of Samsung's Motion to Seal                    2

**ATTESTATION OF E-FILED SIGNATURE**

      I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Brett Bachtell has concurred in this filing.

Dated:   November 12, 2013

*/s/ Victoria Maroulis*
Victoria Maroulis