ALEX L. YIP, ESQ.
ALCATEL-LUCENT
SENIOR IP CORPORATE COUNSEL
INTELLECTUAL PROPERTY BUSINESS
GROUP
600 Mountain Avenue
Room 3C-217
Murray Hill, NJ  07974

Attorneys for Non-Party
Alcatel-Lucent

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF ALEX YIP REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Alex Yip, hereby declare as follows::

1. I am an attorney for Alcatel-Lucent. I am licensed to practice law in the State of New York. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Apple filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 877) on November 5, 2013. I understand that concurrently with this motion, Apple filed the Report of Paul S. Min, Ph.D. Regarding Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 (Dkt. No. 877-8) ("Min Report"). Given the sensitive nature of the highly confidential material contained within this exhibit, Alcatel-Lucent supports Apple's request to seal portions of the Min Report that contain Alcatel-Lucent's confidential information.

3. Alcatel-Lucent considers the contents of the Alcatel-Lucent "HSUPA Tutorial" document referenced in paragraphs 950, 968, 1097, and 1127 of the Min Report to be confidential. To the extent the content of paragraphs 950, 968, 1097, and 1127 is based upon this document, these paragraphs would contain information confidential to Alcatel-Lucent.

4. The relief requested by is necessary and narrowly tailored to protect confidential information contained within the confidential Alcatel-Lucent material produced in this matter.

5. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 12th day of November, 2013, in Murray Hill, NJ.

Dated:  November 12, 2013                     */s/ Alex Yip*
                                              Alex Yip

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 12, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Alex Yip has concurred in this filing.

Dated: November 12, 2013      */s/ Mark D. Selwyn*
Mark D. Selwyn