1  Paula M. Phillips
   Legal Administrator
2  One AT&T Way
   Room 3A109
3  Bedminster, NJ 07921

4  AT&T Services Inc.

5

6

7

8

9

10

11

12             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF CALIFORNIA
13

14

15 | APPLE INC., a California corporation,

16 |         Plaintiff,

17 |    vs.                                      Case No. 12-cv-00630-LHK

18 | SAMSUNG ELECTRONICS CO., LTD., a           **DECLARATION OF PAULA M.**
   | Korean business entity; SAMSUNG             **PHILLIPS REGARDING APPLE'S**
19 | ELECTRONICS AMERICA, INC., a New            **ADMINISTRATIVE MOTION TO FILE**
   | York corporation; SAMSUNG                   **DOCUMENTS UNDER SEAL**
20 | TELECOMMUNICATIONS AMERICA,
21 | LLC, a Delaware limited liability company,

22 |         Defendants.

23

24

25

26

27

28

I, Paula M. Phillips, hereby declare as follows:

1. I am a Legal Administrator for AT&T Services, Inc. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Apple filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 877) on November 5, 2013. I understand that concurrently with this motion, Apple filed the Report of Paul S. Min, Ph.D. Regarding Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 (Dkt. No. 877-8) ("Min Report"). Given the sensitive nature of the highly confidential material contained within this exhibit, AT&T supports Apple's request to seal portions of the Min Report that contain AT&T's confidential information.

3. AT&T produced the "HSUPA Tutorial" document referenced in paragraphs 950, 968, 1097, and 1127 of the Min Report. AT&T considers the contents of the "HSUPA Tutorial" document to be confidential, and marked the document "AT&T Confidential" when it was produced. To the extent the content of paragraphs 950, 968, 1097, and 1127 is based upon this document, these paragraphs would contain information confidential to AT&T.

4. The relief requested by is necessary and narrowly tailored to protect confidential information contained within the confidential AT&T material produced in this matter.

5. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 11th day of November, 2013, in Bedminster, NJ.

Dated: November 11, 2013        /s/ [signature]

                                Paula M. Phillips

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 12, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Paula M. Phillips has concurred in this filing.

Dated: November 12, 2013

*/s/ Mark D. Selwyn*
Mark D. Selwyn