UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.  12-cv-00630-LHK (PSG)<br><br>**THIRD PARTY DECLARATION OF MICHAEL C. BARRETT (CIRRUS LOGIC, INC.) IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Michael C. Barrett, hereby declare as follows:

1. I am the Associate General Counsel and Director, IP at Cirrus Logic, Inc. ("Cirrus Logic"). I am licensed to practice law in Texas.

2. I am familiar with the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to those facts.

3. Cirrus Logic is not a party in the above-captioned litigation but was served with a subpoena by Defendant Samsung Electronics Co., LTD on March 6, 2013.

4. Responsive to the subpoena, Cirrus Logic produced confidential documents

- 1 -

including, for example, confidential information about Cirrus Logic's business practices and relationships, technical product configurations, and product architectures.

5.      Paragraph 6 of the "Declaration of Peter J. Kolovos Regarding Apple's Administrative Motion to File Documents Under Seal" (Dkt. 877-1) states that a portion of page 19 of Apple's "Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents" (lines 1-2) contains information designated by Cirrus Logic and Apple as confidential and describes technical aspects of certain Apple accused products (the "Information at Issue").

6.      Cirrus Logic confirms that the Information at Issue—especially when considered in conjunction with any corresponding analysis—constitutes the confidential information of Cirrus Logic concerning business relationships and/or technical information.

7.      Disclosure of such information would be harmful to Cirrus Logic as an improper disclosure of confidential or technical trade secret information.

8.      For at least these reasons, Cirrus Logic supports that the noted portion of 19 of Apple's "Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents" be sealed.

1  I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 11th day of November, 2013, in Austin, Texas.

Dated:   November 11, 2013

CIRRUS LOGIC, INC.

By: *Michael C. Barrett* (signature)

Michael C. Barrett
Associate General Counsel and Director, IP

CIRRUS LOGIC, INC.
800 W. 6th Street
Austin, Texas, USA  78701
Telephone:  512.851.4952
Fax:  512.851.4527
Email:  michael.barrett@cirrus.com

FOR THIRD PARTY
CIRRUS LOGIC, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 12, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Michael Barrett has concurred in this filing.

Dated: November 12, 2013        */s/ Mark D. Selwyn*
Mark D. Selwyn

- 4 -

DECLARATION OF MICHAEL BARRETT
CASE NO: 12-CV-00630-LHK (PSG)