IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE, INC.,

         Plaintiff,

         v.

SAMSUNG ELECTRONICS CO., LTD,

         Defendant.

Case No. 12-CV-00630-LHK (PSG)

**DECLARATION OF THIRD-PARTY MICROSOFT IN SUPPORT OF ADMINISTRATIVE MOTIONS TO SEAL CERTAIN SUBMISSIONS CONTAINING HIGHLY CONFIDENTIAL MICROSOFT INFORMATION**

I, William J. Harmon, declare and state as follows:

1.      I am an attorney at Microsoft Corporation.  Pursuant to Local Rule 79-5, I submit this Declaration in support of (a) Apple's Corrected Administrative Motion to File Documents under Seal (DI 890) filed in connection with its Motion to Strike certain arguments from Samsung's expert reports, and (b) Samsung's Administrative Motion to File Documents under Seal (DI 878) filed in connection with its Motion to Strike certain expert testimony based on previously undisclosed claim construction theories.

2.      Apple's sealing motion (DI 890) relates to documents filed in connection with Apple's Motion to Strike certain arguments from Samsung's invalidity and non-infringement expert reports and the Furman Declaration filed in support of that Motion to Strike.   I submit this declaration to confirm that Exhibits l, 2, 13, 16, 35, 41, and 43 of the supporting Furman Declaration disclose highly confidential information relating to Microsoft's Windows Mobile operating systems and the ActiveSync feature of those systems, including source code.

3.      Samsung's sealing motion (DI 878) relates to documents filed in connection with Samsung's Motion to Strike certain expert testimony based on claim construction theories that

**Woodcock Washburn LLP**
One Liberty Place, 46ᵗʰ Floor
Philadelphia, PA 19103
(215) 568-3100

do not comport with the *Markman* order and the Briggs Declaration (DI 878-21) filed in support of that Motion to Strike.  I submit this declaration to confirm that Exhibits 7 and 10 of the supporting Briggs Declaration disclose highly confidential information relating to design and operation of Microsoft's basic Windows operating systems.

4.    I am the same Bill Harmon who submitted a previous declaration (DI 865) in support of administrative motions to seal similar information.   I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could competently testify to them under oath on behalf of Microsoft.  The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the afore-mentioned exhibits.

5.    As part of my role at Microsoft, I am familiar with Microsoft's development of source code for its basic Windows operating systems and its Windows Mobile operating systems and related information, such as specifications and protocols for synchronization applications for the Windows Mobile systems.   Although Microsoft does choose to make certain information, such as emulators, derived from its source code available, Microsoft generally maintains the source code and other related information, such as source code paths and underlying designs, specifications, and protocols for related software, such as the synchronization applications, in confidence.

6.     Source code and operating protocols for Windows and Windows Mobile operating systems are maintained under high security because they control operation of devices running these programs and how certain Microsoft mobile devices and software operate.  This security applies even with respect to Windows-based products and programs that are no longer supported by Microsoft because aspects of such software and underlying code are often the foundation for later generation products.

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

7.      Access to source code, operating protocols, and related confidential information is limited within Microsoft to a select group of individuals involved in software development, management, and security.   Source code and related information and software are archived under secure conditions with limited access.  I understand the Microsoft information relating to Windows operating systems and Windows Mobile operating systems produced in response to subpoenas issued in this action was obtained from such secure sites within Microsoft.   This information was designated, as appropriate, at the time of its production as "Highly Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Outside Attorneys' Eyes Only – Source Code" under the Protective Order entered in this case.

8.      In this case, confidential information directly related to Microsoft's Windows Mobile operating systems and in particular the ActiveSync feature of those systems is disclosed in Apple's Motion to Strike and its supporting Furman Declaration.  These submissions contain information that characterizes Microsoft's Windows Mobile 5.0 operating system and the ActiveSync feature of that system, as well as the underlying source code.  Microsoft considers this information to be highly proprietary and valuable to its business.

9.      Likewise, confidential information directly related to features and operating protocols for Microsoft's basic Windows operating system is disclosed in Samsung's Motion to Strike and its supporting Briggs Declaration.  Microsoft considers this information also to be highly proprietary and valuable to its business.

10.      Public exposure of the information discussed above would cause significant competitive harm to Microsoft.  It would provide Microsoft's competitors with an unfair advantage and erode the value of Microsoft's investment in the development of this software.  It is particularly  appropriate to seal this information here because Microsoft is a third party to this litigation and did not choose to put its information into issue.

Woodcock Washburn LLP
One Liberty Place, 46ᵗʰ Floor
Philadelphia, PA 19103
(215) 568-3100

1    I declare under penalty of perjury under the laws of the United States that the foregoing

2  is true and correct to the best of my knowledge and belief.

3

4

5    Dated:   November 8, 2013                              By: _____

6                                                                    William J. Harmon

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

1

**ATTESTATION**

2           I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this

3   Declaration.  In compliance with General Order 45, X.B., I hereby attest that William Harmon has

4   concurred in this filing.

5

6   Dated:  November 12, 2013                    By:   _/s/ H. Mark Lyon_

7                                                          H. Mark Lyon

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-CV-00630-LHK (PSG)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon Microsoft's counsel via electronic mail and all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 12, 2013                    */s/   H. Mark Lyon*