DAVID H. DOLKAS (State Bar No. 111080)
ddolkas@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park, CA 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401

BRETT E. BACHTELL
bbachtell@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606-5055
Telephone: +1 312 372 7000
Facsimile: +1 312 984 7700

Attorneys for Non-Party
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF BRETT E. BACHTELL REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Brett E. Bachtell, hereby declare as follows::

1.      I am a partner at the law firm of McDermott Will & Emery LLP and counsel for non-party Qualcomm Incorporated ("Qualcomm").  I am licensed to practice law in the State of Illinois.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.      Apple filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 877) on November 5, 2013.  Concurrently with this motion, Apple also filed the Report of Paul S. Min, Ph.D. Regarding Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 (Dkt. No. 877-8) ("Min Report") and the transcript of the September 27, 2013 deposition of Paul Min (Dkt. No. 877-13) ("Min Deposition Transcript").  Given the sensitive nature of certain highly confidential material contained within these documents, Qualcomm supports Apple's request to seal portions of the Min Report and the Min Deposition Transcript that contain Qualcomm's confidential information.

3.      Paragraphs 1156 and 1179-1183 of the Min Report describe highly confidential Qualcomm technical and testing documents produced by Apple.  These non-public documents provide detailed information about highly valuable trade-secret reference software that Qualcomm licenses to its customers to adapt to their devices containing Qualcomm chipsets, and public disclosure of this information or unauthorized disclosure to non-licensees or competitors would be harmful to Qualcomm.  This Court has previously granted similar requests to seal in the litigation between Apple and Samsung tried last year.  *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8).

4.      Upon information and belief, paragraphs 699, 700, 768-769, 967-969, 1125-1129, 1133, 1147-1149 of the Min Report and page 388 of the Min Deposition Transcript reference highly confidential Qualcomm information regarding the technical functionality and testing of Qualcomm internal test devices running Qualcomm's reference software.  Counsel for Apple was unable to provide these portions of these documents to Qualcomm for review because they

1   apparently also contain information designated as confidential by other third parties.  The public
2   disclosure of information regarding the technical functionality and source code related to
3   Qualcomm products would be harmful to Qualcomm.  This Court has previously granted similar
4   requests to seal in the litigation between Apple and Samsung tried last year. *See, e.g., Apple Inc.*
5   *v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt.
6   No. 1649 at 8).

7       5.    The relief requested is necessary and narrowly tailored to protect confidential
8   information contained within the highly confidential Qualcomm material produced in this matter.

9       6.    I declare under the penalty of perjury under the laws of the United States of
10  America that the foregoing is true and correct to the best of my knowledge and that this
11  Declaration was executed this 12th day of November, 2013, in Chicago, Illinois.

Dated:  November 12, 2013                              */s/* Brett E. Bachtell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 12, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Brett Bachtell has concurred in this filing.

Dated: November 12, 2013          /s/ Mark D. Selwyn
                                  Mark D. Selwyn

DM_US 46634063-3.050278.0424