
| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1.     I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.     Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 878), including portions of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order (Dkt. No. 878-3 through -5) ("Samsung's Motion to Strike") and exhibits to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike (Dkt. No. 878-21) ("Briggs Declaration").

3.     Apple does not seek to maintain any part of Exhibits 1, 5, 7, 9, 12, and 13 to the Briggs Declaration under seal.

4.     The portions of Samsung's Motion to Strike on pages 7-9 that were redacted by Samsung contain detailed technical discussion of the internal operation of the baseband processors used in the accused Apple products and the source code for those baseband processors. The Court has previously granted Apple's request to seal source code of the accused products and similar technical information. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (*citing Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal schematics related to the Apple iBook and iSight and Apple source code).

5.     Attached hereto as Exhibit A is a proposed redacted version of Exhibit 6 to the Briggs Declaration, which is an excerpt of the Expert Report of Dr. Thomas E. Fuja Regarding Non-Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596. The following portions of Exhibit A (highlighted in blue) contain detailed technical information describing the internal operation of the baseband processors used in the accused Apple products and the source code for

those baseband processors: paragraphs 319-320, 323-327, 329-336, 354, 375, 384-393, 396-412, 414-418, 419 (including the portion highlighted in pink), 423, 444, 466-468, 471-472, 476-477, 479-483.  The Court has previously granted Apple's request to seal source code of the accused products and similar technical information.  *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (*citing Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal schematics related to the Apple iBook and iSight and Apple source code).

    6.    The following portions of Exhibit A (highlighted in pink) contain detailed discussion of information confidential to the carriers used by the accused Apple products and the suppliers of base stations potentially used by the carriers: 317, 318, 327, 328, 337 (and the heading above it), 343-351, 357, 360 (and the heading above it), 365 (and the heading above it), 368, 370, 449-460.  Apple understands that Samsung has provided some of these paragraphs to the third parties whose confidential information appears in those paragraphs.  Apple understands that the third party confidential information is commingled so extensively in some of the other paragraphs that there was no way to provide those paragraphs to the third parties for review.  Accordingly, to the extent that a third party supports sealing any of these paragraphs, Apple requests that the other paragraphs that contain commingled third party information be sealed for the same reasons.

    7.    The following portions of Exhibit A (highlighted in pink) contain information that is confidential to Alcatel-Lucent and AT&T: paragraph 419.  Alcatel-Lucent and AT&T have filed declarations in support of sealing similar information.  (Dkt. Nos. 931 and 932.)

    8.    The following portions of Exhibit A (highlighted in pink) contain information that is confidential to Intel: paragraph 375.  Apple understands that Intel may file a declaration in support of sealing this information.

    9.    Attached hereto as Exhibit B is a proposed redacted version of Exhibit 8 to the Briggs Declaration, which is an excerpt of the Corrected Expert Report of James A. Storer, Ph.D.

Declaration of Peter J. Kolovos
Case No. 12-cv-00630 (LHK)

ActiveUS 117656208v.1

1 Regarding Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and
2 6,226,449.  The following highlighted portions of Exhibit B contain detailed technical
3 information describing the internal operation and configuration of the accused products and
4 specific components of the accused products: 127-55, 159-61, 164-66, 168-223, 226, 228-29,
5 233-35, 237-59, 261-91, 294, 296, 530, 532-36, 540, 542-44, 549, 551, 560, 568, 574, 582, 666,
6 684-689, 692, 694-96, 701, 706, 130 n.9, 134 n.10, 153 nn.11 and 12, 222 n. 13, 533 n.30, 582
7 n.39.  Exhibit B contains proprietary Apple information and the public disclosure of this
8 information would be harmful to Apple for similar reasons as stated in the Declaration of Beth
9 Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung*
10 *Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting
11 sealing schematics showing the configuration of Apple's products because detailed information
12 of this kind constitutes trade secret information)).  The Court has previously granted Apple's
13 request to seal product schematics that contain a similar level of detail regarding the accused
14 Apple products.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-
15 01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to
16 the Apple iBook and iSight and Apple source code).  Some of the information disclosed in these
17 portions have also been identified as confidential by Sony, Omnivision, and Cirrus Logic, and
18 Apple understands that one or more of those third parties may also file declarations in support of
19 sealing this information.

20       10.     The following highlighted portions of Exhibit B contain detailed descriptions of
21 Apple source code: 536 n.31, 587-588, 591-592, 601, 603-604, 606-12, 619-626, 629-30, 632,
22 643, 653-654, 656, 658-659, 676, 687, 591 n.40, 607 n.45.  The following highlighted portions
23 of Exhibit B contain detailed technical information describing the source code and operation of
24 the "Camera Roll" and/or "Albums" app: 329-39, 344.  The Court has previously granted
25 Apple's request to seal source code of the accused products and similar technical information.
26 *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.)
27 (Dkt. No. 1649 at 8) (*citing Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d
28

1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal schematics related to the Apple iBook and iSight and Apple source code).

11. Attached hereto as Exhibit C is a proposed redacted version of Exhibit 10 to the Briggs Declaration, which is an excerpt of the Expert Report of Richard Newton Taylor, Ph.D. Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,577,757. The following highlighted portions of Exhibit C contain detailed technical information regarding the components and configuration for accused Apple products, including information about the location and manner in which data is stored: paragraphs 165, 172, 174, 176, 179, 181, 193, 196, 198, 201, 202, 210, 216, 217, 220, and 222. Exhibit C contains proprietary Apple information and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing the configuration of Apple's products because detailed information of this kind constitutes trade secret information)). The Court has previously granted Apple's request to seal product schematics that contain a similar level of detail regarding the accused Apple products. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to the Apple iBook and iSight).

12. Attached hereto as Exhibit D is a proposed redacted version of Exhibit 11 to the Briggs Declaration, which is an excerpt of Apple Inc.'s Further Supplemental Objections and Responses to Samsung's First Set of Interrogatories to Apple (No. 12). The following portions of Exhibit D (highlighted in blue) contain detailed discussion of the technical information describing the internal operation of the baseband processors used in the accused Apple products and the source code for those baseband processors: page 188 line 19 through 189 line 25, page 190 line 1 through page 191 line 3, page 191 line 22 through page 192 line 20, page 193 lines 6 through 8, page 194 line 8 to 195 line 12, page 196 line 10 to page 197 line 15, page 198 line 13 through 200 line 2 (including the portion of footnote 17 found on line 26 of page 196), page 200

1  line 7 through page 201 line 20, page 204 line 13 through 205 line 2, page 205 lines 4 through
2  10, and page 206 lines 8 through 10.  The Court has previously granted Apple's request to seal
3  source code of the accused products and similar technical information    .  *See, e.g., Apple Inc.*
4  *v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8)
5  (*citing Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D.
6  Cal. 2011)) (granting Apple's request to seal schematics related to the Apple iBook and iSight
7  and Apple source code).

8        13.     The following portions of Exhibit D (highlighted in pink) contain detailed
9  discussion of information confidential to the carriers used by the accused Apple products and the
10 suppliers of base stations potentially used by the carriers: page 192 line 27 through 193 line 6,
11 page 202 lines 9 through 24 and page 203 lines 3 through 18.  Apple expects Samsung to have
12 provided notice of its filing to the third parties whose confidential information appears in those
13 sections.  However,  Apple understands that some of the third party confidential information is
14 commingled so extensively that there was no way to provide all of the identified portions of this
15 document to those third parties.  Apple also notes that this information is of the same type as
16 appears on Exhibit A described in paragraph 6 above.  Accordingly, to the extent that a third
17 party carrier or base station supplier supports sealing any portion of Exhibit A, Apple requests
18 that the portions of Exhibit D identified herein be sealed for the same reasons.

19       14.     Pages 187, 192-193, and 202-204 of Exhibit D (highlighted in pink) contain
20 information that is confidential to Alcatel-Lucent, Ericsson, Intel and/or Qualcomm.  Apple is
21 unaware of Samsung having provided these third parties notice that their confidential
22 information appears in Exhibit 11 and requests that the Court allow these parties additional time
23 to support sealing this information.

24       15.     Complete, unredacted, and highlighted versions of these exhibits will be lodged
25 with the Court for in camera review and served on Samsung.

26
27
28

16. The relief requested by Apple is necessary and narrowly tailored to protect confidential information regarding trade secret information pertaining to the accused Apple products.

17. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 12th day of November, 2013, in Boston, Massachusetts.

Dated: November 12, 2013              */s/ Peter J. Kolovos*
                                      Peter J. Kolovos

ActiveUS 117656208v.1

6

Declaration of Peter J. Kolovos
Case No. 12-cv-00630 (LHK)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 12, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:   November 12, 2013            /s/ Mark D. Selwyn
Mark D. Selwyn