JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES** |

Gibson, Dunn & Crutcher LLP

Fedman Decl. iso Samsung's Motion to Seal
Samsung's Motion to Strike based on previously undisclosed Theories
Case No. 12-cv-00630-LHK (PSG)

I, Emily L. Fedman, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple").  Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Motion to Strike Based on Previously Undisclosed Theories ("Motion to Strike") to confirm that there is good cause to seal certain documents supporting Samsung's Motion to Strike, as they are confidential and sealable.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them under oath.

2. Samsung filed an Administrative Motion to File Under Seal Documents Relating to Samsung's Motion to Strike on November 5, 2013.  The motion sought to seal portions of Samsung's Motion to Strike and certain documents filed in support thereof.  D.I. 880.  Samsung filed the declaration of Daniel Wooseob Shim in support of its motion to seal those documents.  D.I. 880-2.

3. Certain of the documents supporting Samsung's Motion to Strike contain Apple's highly confidential information.  Apple thus seeks to support the sealing of the information highlighted in yellow in portions of Exhibits 8, 9, 13, and 20 to the Declaration of Michael Fazio ("Fazio Declaration").

4. The relief requested by Apple is necessary and narrowly tailored to protect its confidential, non-public information.  Each of these portions of these documents contains excerpts of Apple's highly confidential and proprietary technical information closely related to source code, and thus should remain under seal.  In particular, the technical information at issue is itself source code, describes the specifics of Apple's source code, or is derived from source code, and is similar to other information the Court has ordered sealed.  *See Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2250-1 at 7-8 (Feb. 20, 2013), D.I. 2397 at 2-3 (Sep. 11, 2013).  The information that Apple seeks to seal here has always been non-public, and its exposure would cause Apple to lose significant competitive advantage.

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. ISO SAMSUNG'S MOTION TO SEAL SAMSUNG'S MOTION TO STRIKE BASED ON PREVIOUSLY UNDISCLOSED THEORIES
-1-   CASE NO. 12-CV-00630-LHK (PSG)

5.  As this Court has previously held, "[c]onfidential source code clearly meets the definition of a trade secret" and is sealable under the "compelling reasons" standard. *Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2190 at 3 (Dec. 10, 2012), D.I. 2046 at 3 (Oct. 16, 2012), D.I. 1649 at 8 (Aug. 9, 2012) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011). "[T]echnical information that is closely related to Apple's source code" is similarly considered to be sealable. *Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2250-1 at 7-8 (Feb. 20, 2013), D.I. 2397 at 2-3 (Sep. 11, 2013).

6.  The specific Apple technical information at issue here is non-public. As Apple's in-house counsel, Cyndi Wheeler, explained in her declaration supporting sealing of Apple's Motion for Partial Summary Judgment, Apple treats its source code and closely-related technical information with the utmost confidentiality, restricting access even within Apple to such source code. *See, e.g.,* Declaration of Cyndi Wheeler, D.I. 803 at ¶¶ 3-5; *see also* Declaration of Cyndi Wheeler, D.I. 685. Some of the same information that was at issue in Apple's Motion for Partial Summary Judgment is again at issue here in the documents supporting Samsung's Motion to Strike. As Ms. Wheeler explained, Apple maintains extremely tight controls on its source code that limits access to such source code, as Apple considers its unique source code to be its own trade secrets and the subject of independent economic value. *See, e.g.,* D.I. 803 at ¶¶ 3-5; *see also* D.I. 685 at ¶¶ 3-10. Indeed, Apple has made significant investments in developing this source code. *Id.*

7.  Disclosure of such source code information, which has always been non-public, would cause Apple harm and cause Apple to lose significant competitive advantage. *Id.* In multiple previously-filed declarations, Apple's personnel have detailed the significant harm that Apple would experience if its source code-related technical information were disclosed publicly. *See, e.g.,* Declaration of Cyndi Wheeler, D.I. 803 at ¶¶ 5-10; *see also* Declaration of Cyndi Wheeler, D.I. 685; Declaration of Erica Tierney, *Apple Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2250-1 at 7-8 (Feb. 20, 2013); Declaration of Henri Lamiraux,

FEDMAN DECL. ISO SAMSUNG'S MOTION TO SEAL
SAMSUNG'S MOTION TO STRIKE BASED ON PREVIOUSLY UNDISCLOSED THEORIES
CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

*Apple Inc. v. Samsung Electronics Co., Ltd., et al.,* Case No. 11-cv-1846, D.I. 1505 (July 30, 2012). Apple's in-house attorneys have further explained to the Court that, in light of the significant threat that public disclosure of Apple's source code and closely related technical information poses, as noted above, Apple takes significant precautions to protect the confidentiality of its source code and prevent disclosure of its source code – including restricting access to such source code even within Apple. *Id.* Even in this litigation, where source code must be produced in discovery, it is treated with the utmost confidentiality and additional restrictions regarding its protection were implemented. *Id.* ¶ 7; *see also* Protective Order, D.I. 512 at ¶ 11. The technical information at issue now is of the same character and nature as that previously sealed by the Court, and is thus sealable for the same reasons.

8. Paragraph 493 of Exhibit 13 to the Fazio Declaration, which is excerpts of the Rebuttal Expert Report of Alex Snoeren and which was previously filed as Exhibit 4 to the Declaration of Michael Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment (D.I. 854-5) (of which Apple supported sealing through the Declaration of Jennifer Rho (D.I. 872)), identifies and explains the specific functionality of a particular portion of Apple's iTunes source code. As Ms. Wheeler explained in her March 19, 2013 declaration filed in support of Samsung's Motion to Seal its Motion to Compel, Apple considers the names, structure, and functions of source code for iTunes to be its trade secrets, the public disclosure of which would be extremely harmful to Apple. D.I. 405 at 3-4. The information provided in paragraph 493 could be used to determine how Apple implements this particular functionality in iTunes. As Ms. Wheeler further explained, information about the structure and operation of Apple's iTunes source code has been non-public and its exposure would cause Apple to lose significant competitive advantage, as well as damage the significant investment that Apple has made in developing this source code and the independent economic value that Apple derives from its proprietary and confidential source code. *Id.*

9. Portions of Exhibits 8, 9 and 20 to the Fazio Declaration each contain excerpts of Apple's written interrogatory responses in which Apple identifies the particular source code

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. ISO SAMSUNG'S MOTION TO SEAL
SAMSUNG'S MOTION TO STRIKE BASED ON PREVIOUSLY UNDISCLOSED THEORIES
CASE NO. 12-CV-00630-LHK (PSG)

1  files that implement the functionality covered by the asserted claims of its patents in Apple's
2  currently available products and iOS software.  As Ms. Wheeler explained in her declaration
3  addressing this same body of information when it was contained in Exhibit 11 to the
4  Declaration of Amar Thakur filed in support of Samsung's Motion to Compel Production of
5  Financial Documents and to Enforce the April 12, 2013 Order and Supporting Documents, *see*
6  D.I. 685, this information contained in Exhibits 8, 9, and 20 could be used to determine how
7  Apple implements features and functionality of this software, as well as provide a roadmap to
8  replicating the design of such features and functionality.  This information is non-public; Apple
9  considers this information about its source code files to be trade secrets.  Public disclosure of
10 this information would be extremely harmful to Apple for the reasons described above.  Apple
11 derives independent economic value from its proprietary and confidential source code, and that
12 value thus would be diminished from its public disclosure.  Indeed, and as confirmed in the
13 Declaration of Jordan Bekier in Support of Apple's Administrative Motion to File Documents
14 Under Seal Relating to Its Opposition to Samsung's Motion to Exclude Opinions of Certain of
15 Apple's Experts, *see* D.I. 857-1 ¶ 10, Apple believes there are compelling reasons for sealing
16 this information.

17         10. As explained above, the relief requested by Apple thus is necessary and narrowly
18 tailored to protect confidential information regarding Apple's confidential, non-public technical
19 information.

20         11. As the ECF system does not provide a mechanism for filing the foregoing exhibits
21 under seal, Apple will lodge with the Court copies with proposed material to be sealed
22 highlighted in yellow.

23         I declare under the penalty of perjury under the laws of the United States of America
24 that the forgoing is true and correct to the best of my knowledge.

26 Dated: November 12, 2013

                                                        */s/ Emily L. Fedman*
                                                        Emily L. Fedman

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. ISO SAMSUNG'S MOTION TO SEAL
SAMSUNG'S MOTION TO STRIKE BASED ON PREVIOUSLY UNDISCLOSED THEORIES
CASE NO. 12-CV-00630-LHK (PSG)

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Emily L. Fedman has concurred in this filing.

Dated: November 12, 2013     /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 12, 2013     /s/ H. Mark Lyon

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. ISO SAMSUNG'S MOTION TO SEAL
SAMSUNG'S MOTION TO STRIKE BASED ON PREVIOUSLY UNDISCLOSED THEORIES
CASE NO. 12-CV-00630-LHK (PSG)