1   JOSH A. KREVITT (CA SBN 208552)  WILLIAM F. LEE (*pro hac vice*)
    jkrevitt@gibsondunn.com            william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)     WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP      60 State Street
    1881 Page Mill Road              Boston, Massachusetts  02109
4   Palo Alto, California  94304-1211 Telephone:  (617) 526-6000
    Telephone:  (650) 849-5300       Facsimile:  (617) 526-5000
5   Facsimile:  (650) 849-5333

6   MICHAEL A. JACOBS (CA SBN 111664)   MARK D. SELWYN (CA SBN 244180)
    mjacobs@mofo.com                  mark.selwyn@wilmerhale.com
7   RICHARD S.J. HUNG (CA SBN 197425) WILMER CUTLER PICKERING
    rhung@mofo.com                      HALE AND DORR LLP
8   MORRISON & FOERSTER LLP          950 Page Mill Road
    425 Market Street                Palo Alto, California  94304
9   San Francisco, California  94105-2482 Telephone:  (650) 858-6000
    Telephone:  (415) 268-7000       Facsimile:  (650) 858-6100
10  Facsimile:  (415) 268-7522

11  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

12

13              UNITED STATES DISTRICT COURT
14           NORTHERN DISTRICT OF CALIFORNIA
                   SAN JOSE DIVISION

15

16  APPLE INC., a California corporation,

17              Plaintiff,

18        vs.                              Case No. 12-cv-00630-LHK

19  SAMSUNG ELECTRONICS CO., LTD., a       **CERTIFICATE OF SERVICE**
    Korean business entity; SAMSUNG
20  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
21  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
22
23              Defendants.

24

25

26

27

28

ActiveUS 117605520v.1

I, Michael Silhasek, hereby declare:

I am employed in Santa Clara County, California.  I am over the age of eighteen years and am not a party to the above-captioned action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On November 12, 2013, I served the following documents by electronic service:

1.  **EXHIBITS A-D TO THE DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 878) [FILED UNDER SEAL]**

BY ELECTRONIC SERVICE:  I caused the document to be sent by E-Mail to the Counsel for Samsung: SamsungNEW@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2013, at Palo Alto, California.

_____
Michael Silhasek