Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN MADIGAN IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL [DOCKET NOS. 880, 882]** |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motion to File Under Seal and Samsung's Administrative Motion to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES**

2. On November 5, 2013, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed an administrative motion to file documents under seal (Docket No. 880), which sought to protect information designated as confidential by non-party Google and discussed in Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories (Docket No. 880, Attachment 5) ("Samsung's Motion to Strike"); and Exhibits to the Declaration of Michael L. Fazio In Support of Samsung's Motion to Strike ("Fazio Declaration") (Docket No. 880, Attachment 1). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Docket No. 880), to the extent Samsung's Motion to Strike and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Samsung's Motion to Strike (Docket No. 880, Attachment 5, at 6, 18-19), discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

4. Selected portions of Exhibit 10 to the Fazio Declaration (Docket No. 880, Attachment 21, at 37, 94-95, 97-98, 100-101, 103, 175) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source

1  code production (Docket No. 159).  In addition, selected portions of Exhibit 10 to the Fazio

2  Declaration (Docket No. 880, Attachment 21, at 184) discuss the June 13, 2013 deposition

3  testimony of Fred Quintana.  Mr. Quintana's deposition transcript is highly confidential under the

4  protective order governing confidentiality in this action (Docket No. 171) because, among other

5  things, Mr. Quintana testified regarding proprietary functionality and internal business processes

6  that are confidential to non-party Google.

7       5.     Selected portions of Exhibit 11 to the Fazio Declaration (Docket No. 880,

8  Attachment 21) discuss Google's highly confidential and proprietary source code produced under

9  the protective order governing confidentiality in this action (Docket No. 171) and the agreed

10 addendum to the protective order regarding Google source code production (Docket No. 159).

11      6.     Selected portions of Exhibit 12 to the Fazio Declaration (Docket No. 880,

12 Attachment 21) discuss Google's highly confidential and proprietary source code produced under

13 the protective order governing confidentiality in this action (Docket No. 171) and the agreed

14 addendum to the protective order regarding Google source code production (Docket No. 159).

15      7.     Selected portions of Exhibit 14 to the Fazio Declaration (Docket No. 880,

16 Attachment 21) discuss Google's highly confidential and proprietary source code produced under

17 the protective order governing confidentiality in this action (Docket No. 171) and the agreed

18 addendum to the protective order regarding Google source code production (Docket No. 159).

19      8.     Selected portions of Exhibit 15 to the Fazio Declaration (Docket No. 880,

20 Attachment 21) discuss Google's highly confidential and proprietary source code produced under

21 the protective order governing confidentiality in this action (Docket No. 171) and the agreed

22 addendum to the protective order regarding Google source code production (Docket No. 159).

23      9.     Selected portions of Exhibit 16 to the Fazio Declaration (Docket No. 880,

24 Attachment 22) discuss Google's highly confidential and proprietary source code produced under

25 the protective order governing confidentiality in this action (Docket No. 171) and the agreed

26 addendum to the protective order regarding Google source code production (Docket No. 159).

27      10.     Selected portions of Exhibit 17 to the Fazio Declaration (Docket No. 880,

28 Attachment 22, at 15, 20, 21) discuss proprietary information that is confidential to non-party

1  Google, including business plans, strategy, and product development information, produced under
2  the protective order governing confidentiality in this action (Docket No. 171).

3   11.  Selected portions of Exhibit 23 to the Fazio Declaration (Docket No. 880,
4  Attachment 22, at 3, 7-14) discuss Google's highly confidential and proprietary source code
5  produced under the protective order governing confidentiality in this action (Docket No. 171) and
6  the agreed addendum to the protective order regarding Google source code production (Docket
7  No. 159).

8   12.  Selected portions of Exhibit 34 to the Fazio Declaration (Docket No. 880,
9  Attachment 22, at 2, 7-14) discuss Google's highly confidential and proprietary source code
10 produced under the protective order governing confidentiality in this action (Docket No. 171) and
11 the agreed addendum to the protective order regarding Google source code production (Docket
12 No. 159).

13 **APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION**
14 **TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-**
15 **INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS**

16   13.  On November 5, 2013, Apple Inc. ("Apple") filed an administrative motion to file
17 documents under seal (Docket No. 882), which sought to protect information designated as
18 confidential by non-party Google and discussed in Apple's Motion to Strike Arguments From
19 Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents (Docket No.
20 882, Attachment 3) ("Apple's Motion to Strike"); and Exhibits to the Declaration of Joshua
21 Furman In Support of Apple's Motion to Strike ("Furman Declaration") (Docket No. 882,
22 Attachment 6).  Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in
23 support of Apple's Administrative Motion to File Documents Under Seal (Docket No. 882), to the
24 extent Apple's Motion to Strike and supporting documents reference non-party Google's highly
25 confidential or proprietary business information.

26   14.  Selected portions of Apple's Motion to Strike (Docket No. 882, Attachment 3, at
27 18-19) discuss Google's highly confidential and proprietary source code produced under the
28

-3-  CASE NO. 12-CV-00630 LHK
MADIGAN DECLARATION IN SUPPORT OF APPLE'S AND SAMSUNG'S
ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL

protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

15. Selected portions of Exhibit 2 to the Furman Declaration (Docket No. 882, Attachment 8, at 85-86, 88, 90, 94) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159). In addition, selected portions of Exhibit 2 to the Furman Declaration (Docket No. 882, Attachment 8, at 94) discuss the June 11, 2013 deposition testimony of Paul Westbrook. Mr. Westbrook's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Westbrook testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

16. Selected portions of Exhibit 7 to the Furman Declaration (Docket No. 882, Attachment 13, at ii, 44-45, 47-51, 54-67, 69-78, 90-93, 101-102, 106-110, 120-121, 133, 138, 140) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

17. Selected portions of Exhibit 12 to the Furman Declaration (Docket No. 882, Attachment 19, at 41-42) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159). In addition, selected portions of Exhibit 12 to the Furman Declaration (Docket No. 882, Attachment 19, at 41-42) discuss the May 10, 2012 and June 28, 2013 and deposition testimony of Bjorn Bringert. Mr. Bringert's deposition transcripts are highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Bringert testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

18.     Selected portions of Exhibit 14 to the Furman Declaration (Docket No. 882, Attachment 21) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

Executed in San Francisco, California, on November 12, 2013.

By /s/ Kristin J. Madigan
Kristin J. Madigan