1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100

15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **CONSOLIDATED DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Daniel Wooseob Shim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's administrative motions to file under seal documents in connection with: (1) Apple's Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents; and (2) Apple's Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents (Dkt. Nos. 877 & 882).

3. I understand that some of the documents Apple has moved to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties. I have reviewed partially redacted versions of the documents that exclude Apple and third-party confidential information.

4. The documents Samsung seeks to seal include Samsung's source code, detailed descriptions of the operations of Samsung's source code, information about the design and development of the products at issue, and survey data Samsung purchased from third parties under confidentiality agreements. The portions of documents that Samsung seeks to seal and the type of information are identified below:

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Apple's Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents | None for the 414.<br>p. 18 (lines 20-22)<br>p. 19 (lines 3-5)<br>p. 20 (lines 16-17, 20-23, 25-28)<br>p. 21 (lines 25, 1-4) | Confidential information concerning Samsung source code. |
| Furman Decl., Ex. 1 (Expert Report of Jeffrey Chase Regarding Invalidity) | None. | |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Furman Decl., Ex. 2 (Expert Report of Jeffrey Chase Regarding Noninfringement) | p. 79 (lines 3-6 of paragraph 213)<br>p. 83-84 (paragraph 223)<br>p. 85 (paragraph 227)<br>p. 86 (paragraph 230)<br>p. 88 (paragraphs 233)<br>p. 88-89 (paragraph 234)<br>p. 90 (paragraph 237 and lines 1-3 of paragraph 238) | Contains detailed descriptions of source code on Samsung devices. |
| Furman Decl., Ex. 3 (Expert Report of Saul Greenberg Regarding Noninfringement) | None. | |
| Furman Decl., Ex. 5 (Expert Report of Kevin Jeffay Regarding Noninfringement) | p. iv (lines 1-23)<br>p. vii (lines 15-16)<br>p. 277 (lines 21-23)<br>p. 278 (lines 13, 14, 18-24)<br>p. 279 (line 1) | Detailed descriptions of Samsung source code. |
| Furman Decl., Ex. 5 (Expert Report of Kevin Jeffay Regarding Noninfringement) | p. 283 (lines 21-23, fn. 39) | Description of time to implement non-infringing alternative. |
| Furman Decl., Ex. 6 (Expert Report of Martin Rinard Regarding Validity) | None. | |
| Furman Decl., Ex. 7 (Expert Report of Martin Rinard Regarding Noninfringement) | VI.I.3 in TOC<br>Paras. 118-19, 126-28, 131-32, 134, 142-169, 174-77, 179-85, 187, 189-93, 195-96, 222-23, 225-27, 229-31, 253, 255, 269-77, 300, 302-05, 229-31, 340-41, 347, , 385-86, p. 45 n. 7, p. 48, n. 10-12, p. 49, n. 13-15<br>p. 51, n. 16 | Detailed descriptions of Samsung source code. |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Furman Decl., Ex. 9 (Video demonstrations) | None. | |
| Furman Decl., Ex. 10 (Video demonstrations) | None. | |
| Furman Decl., Ex. 10 (Expert Report of Jeffrey Chase Regarding Invalidity) | None. | |
| Furman Decl., Ex. 11 (Initial Expert Report of Todd Mowry) | p. 107 (lines 15-17)<br>p. 111 (lines 7-26) | Detailed descriptions of Samsung source code. |
| Furman Decl., Ex. 12 (Expert Report of Alex Snoeren) | p. 41 (lines 2-3 of paragraph 129) | Confidential business information regarding interactions between a third party and Samsung. |
| Furman Decl., Ex. 13 (Rebuttal Expert Report of Alex Snoeren) | None. | |
| Furman Decl., Ex. 14 (Rinard Dep. Tr.) | All. | Detailed descriptions of Samsung source code. |
| Furman Decl., Ex. 17 (SungGeun Park Dep. Tr.) | 49-6-56:25<br>146:8-152:25 | Details regarding quick search box ("QSB") source code, development of QSB source code, and communications with a third party regarding the same. |
| Furman Decl., Ex. 27 (AppleSearch Invalidity Chart) | None. | |
| Furman Decl., Ex. 36 (Samsung's Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories (Nos. 8, 20, 24, 28, 29, 45)) | p. 149 (lines 5-28)<br>p. 150 (lines 1-28)<br>p. 151 (lines 1-28)<br>p. 152 (lines 1-28)<br>p. 153 (lines 1-28)<br>p. 154 (lines 1-16)<br>p. 155-157<br>p. 157 (lines 26-28)<br>p. 158 (lines 1-6) | Detailed descriptions of Samsung source code. |
| Furman Decl., Ex. 37 (Samsung's Third | p. 5 (lines 20-27) | Detailed descriptions of |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Supplemental Objections and Responses to Apple's Sixth Set of Interrogatories (No. 41)) | p. 6 (lines 8-10, 24-26) | Samsung source code. |
| | p. 8 (entirety) | |
| | p. 9 (entirety) | |
| | p. 10 (entirety) | |
| | p. 11 (entirety) | |
| | p. 12 (entirety) | |
| | p. 13 (entirety) | |
| | p. 14 (entirety) | |
| | p. 15 (entirety) | |
| | p. 16 (entirety) | |
| | p. 17 (entirety) | |
| Furman Decl., Ex. 42 (Samsung's Objections and Responses to Apple's Twelfth Set of Interrogatories (Nos. 47-50)) | p. 12 (2-7, 15-17, 22-28) | Detailed descriptions of Samsung source code. |
| | p. 13 (1-11, 24-28) | |
| | p. 14 (1-28) | |
| | p. 15 (1-28) | |
| | p. 16 (1-28) | |
| | p. 17 (1-28) | |
| | p. 18 (1-28) | |
| | p. 19 (1-28) | |
| | p. 20 (1-28) | |
| | p. 21 (1-28) | |
| | p. 22 (1-28) | |
| | p. 23 (1-28) | |
| | p. 24 (1-28) | |
| | p. 25 (1-2, 17-28) | |
| | p. 26 (1-28) | |
| | p. 27 (1-28) | |
| | p. 28 (1-28) | |
| | p. 29 (1-28) | |
| | p. 30 (1-28) | |
| | p. 31 (1-28) | |
| | p. 32 (1-10, 13-28) | |
| | p. 33 (1-28) | |
| | p. 34 (1-28) | |
| | p. 35 (1-28) | |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
|  | p. 36 (1-28) |  |
|  | p. 37 (1-28) |  |
|  | p. 38 (1-28) |  |
|  | p. 39 (1-28) |  |
|  | p. 40 (1-28) |  |
|  | p. 41 (1-16, 19-28) |  |
| Selwyn Decl., Ex. A (Expert Report of Dan Schonfeld) | p. 8 TOC VIII<br>p. 78 Heading VIII<br>p. 78 Heading VIII & ¶¶ 1741, 1742 | Confidential information regarding Samsung practice of a Samsung asserted patent. |
| Selwyn Decl., Ex. A (Expert Report of Dan Schonfeld) | p. 199 (lines 5-7)<br>p. 203 (lines 2-4)<br>p. 206 (line 22) – 07 (line 1)<br>p. 211 (lines 19-22)<br>p. 216 (lines 13-16)<br>p. 220 (line 22) -21 (line 1)<br>p. 225 (lines 13-16)<br>p. 229 (line 22) – 30 (line 2)<br>p. 234 (lines 18-21)<br>p. 239 (lines 2-5)<br>p. 243 (lines 9-10)<br>p. 248 (lines 13-15)<br>p. 253 (lines 6-9)<br>p. 257 (lines 20-22) | Confidential information regarding market research of tablet usage. |

5.   As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

6.   Samsung has a contractual obligation to maintain the confidentiality of third-party survey data.  This data is generally purchased pursuant to confidentiality agreements and third parties' ability to sell data would be harmed by public disclosure.

7. Information about Samsung's internal product development processes likewise highly confidential because competitors could use the information to estimate Samsung's development time frames and release dates. Competitors could then try to beat Samsung to the market, removing any first-mover advantage Samsung may otherwise enjoy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Suwon, South Korea on November 13, 2013.



Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael Fazio, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated: November 12, 2013

*/s/ Michael Fazio*
Michael Fazio