Stephanie M. Adams
(CA Bar No. 289548)
**McKool Smith Hennigan P.C.**
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Tel: 650-394-1400
Fax: 650-394-1422
smadams@mckoolsmith.com

*Attorney for Non-Party Ericsson, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE OF STEPHANIE M. ADAMS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

**TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Stephanie M. Adams of McKool Smith Hennigan P.C., hereby enters her appearance on behalf of Ericsson Inc., a non-party, and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the email listed above.

Dated: November 14, 2013

Respectfully Submitted,

MCKOOL SMITH HENNIGAN P.C.

BY: /s/ STEPHANIE M. ADAMS
    Stephanie M. Adams
    (CA Bar No. 289548)
    **McKool Smith Hennigan P.C.**
    255 Shoreline Drive, Suite 510
    Redwood Shores, CA 94065
    Tel: 650-394-1400
    Fax: 650-394-1422
    smadams@mckoolsmith.com

*Attorney for Non-Party Ericsson, Inc.*