1  COURTLAND L. REICHMAN (CA Bar. 268873)
   STEPHANIE M. ADAMS (CA BAR. 289548)
2  **MCKOOL SMITH HENNIGAN, P.C.**
   255 Shoreline Drive, Suite 510
3  Redwood City, CA  94065
   Tel:  (650) 394-1401
4  Fax: (650) 394-1422
   creichman@mckoolsmith.com
5  smadams@mckoolsmith.com

6
   STEVEN CALLAHAN
7  (*Pro Hac Vice* Application to be filed)
   **CHARHON CALLAHAN**
8  **ROBSON & GARZA, PLLC**
   3333 Lee Parkway, Suite 460
9  Dallas, Texas 75219
   Tel: (469) 587-7240
10 Fax: (214) 764-8392
   scallahan@ccrglaw.com
11

12 *Counsel for Non-Party Ericsson Inc.*

13

14                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
15                           **SAN JOSE DIVISION**

16  APPLE INC., a California corporation,        CASE NO. 12-CV-00630-LHK

17                      Plaintiff,

18          vs.                                  **NON-PARTY ERICSSON INC.'S**
                                                 **SUPPLEMENTAL BRIEF IN SUPPORT**
19                                               **OF SAMSUNG'S ADMINISTRATIVE**
    SAMSUNG ELECTRONICS CO., LTD., a             **MOTION TO FILE DOCUMENTS**
20  Korean business entity; SAMSUNG              **UNDER SEAL**
    ELECTRONICS AMERICA, INC., a New
21  York corporation; SAMSUNG
    TELECOMMUNICATIONS AMERICA,
22  LLC, a Delaware limited liability company,

23                      Defendants.

24

25

26          Non-Party Ericsson Inc. ("Ericsson") files this Supplemental Brief In Support Of

27  Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Motion

28  to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions

                                            1

1   Inconsistent with the Court's *Markman* Order ("Samsung's Administrative Motion") (ECF No.

2   878), and respectfully shows as follows:

3         On November 6, 2013, Samsung notified Ericsson that Samsung's Motion to Strike

4   Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the

5   Court's *Markman* Order contained, as an attachment, a copy of the Expert Report of Dr. Thomas

6   E. Fuja, which disclosed Ericsson trade secrets and highly confidential information. Based on

7   this information, Ericsson filed a Brief in Support of Samsung's Administrative Motion (ECF

8   No. 926) and the Declaration of Billy Hogan (ECF No. 926-1) on November 13, 2013, asking

9   that the confidential Ericsson information found in the Fuja expert report remain under seal.

10        Samsung's November 6, 2013 notice, however, failed to notify Ericsson that Samsung's

11  Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions

12  Inconsistent with the Court's *Markman* Order also contained, as an attachment (specifically, as

13  Exhibit 11), excerpts from Apple's Further Supplemental Objections and Responses to

14  Samsung's First Set of Interrogatories to Apple (No. 12), dated July 15, 2013. Apple's

15  interrogatory responses, like the Fuja expert report, disclose Ericsson trade secrets and highly

16  confidential information.

17        Ericsson first became aware of these excerpts on November 14, 2013, when Ericsson's

18  counsel received an e-mail from Apple's counsel advising Ericsson of this fact.[1] Ericsson

19  respectfully submits that the same basis for sealing described in Ericsson's recently filed Brief in

20  Support of Samsung's Administrative Motion (ECF No. 926) and the Declaration of Billy Hogan

21  (ECF No. 926-1) applies to the following Ericsson related information found in Apple's Further

22  Supplemental Objections and Responses to Samsung's First Set of Interrogatories to Apple (No.

23  12):

24              (i)   The last paragraph on p. 192 of Apple's responses (carrying over to p. 193

25  of the responses), which discusses information contained within ERICSSON630-000800-821 at

26

27

28  [1] At 6:27 p.m. (CT) this evening, Ericsson's counsel received an e-mail from Samsung's counsel stating, among other things, "It has come to our attention that Exhibit 11 filed with Samsung's Motion to Strike may contain information that is confidential to Ericsson."

1  806, 808 (Ericsson addressed the confidentiality of this information in the previously-submitted

2  Hogan Declaration (at ¶ 8(d));

3         (ii)    The first full paragraph on p. 202 of Apple's responses, which discusses

4  information contained within ERICSSON630-000155 to 502 at 467 (Ericsson addressed the

5  confidentiality of this information in the previously-submitted Hogan Declaration (at ¶ 8(b)); and

6         (iii)    The two sentences in the first full paragraph on p. 203 of Apple's

7  responses that begin with the phrases "[w]hen the . . ." and "[t]he evidence . . ." and which

8  discuss information contained within ERICSSON630-000155 to 502 at 467 (Ericsson addressed

9  the confidentiality of this information in the previously-submitted Hogan Declaration (at ¶ 8(b)).

10        Ericsson respectfully requests that the Court grant Samsung's Administrative Motion and

11  allow the Ericsson confidential information found in the Fuja expert report and in Apple's

12  Further Supplemental Objections and Responses to Samsung's First Set of Interrogatories to

13  Apple (No. 12) to remain under seal.

Respectfully submitted,

By:    _s/ Stephanie M. Adams_____

STEPHANIE M. ADAMS (CA BAR. 289548)
COURTLAND L. REICHMAN (CA Bar. 268873)
**MCKOOL SMITH HENNIGAN, P.C.**
255 Shoreline Drive, Suite 510
Redwood City, CA  94065
Tel:  (650) 394-1401
Fax: (650) 394-1422
smadams@mckoolsmith.com
creichman@mckoolsmith.com

STEVEN CALLAHAN
(*Pro Hac Vice* Application to be filed)
scallahan@ccrglaw.com
**CHARHON CALLAHAN
ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Tel: (469) 587-7240
Fax: (214) 764-8392

***Counsel for Non-Party Ericsson Inc.***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on this day, November 14, 2013, the following documents were served electronically, via ECF, on all counsel of record registered to receive ECF notifications in this case: the foregoing Non-Party Ericsson Inc.'s Supplemental Brief In Support of Samsung's Administrative Motion to File Documents Under Seal.

*/s/ Stephanie M. Adams*