JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** |

FEDMAN DECL. IN SUPPORT OF APPLE'S MOTION TO FILE
ITS REPLY ISO MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL
CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

I, Emily Fedman, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Reply in support of Its Motion for Partial Summary Judgment to confirm that certain documents and information contained in Apple's Reply in support of Its Motion for Partial Summary Judgment ("Summary Judgment Reply") are confidential and sealable. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them under oath.

2. Concurrent with Apple's Motion to Seal, Apple has filed its Summary Judgment Reply and supporting documents, namely the Reply Declaration of Jennifer Rho in Support of Apple's Motion for Partial Summary Judgment ("Rho Declaration") and exhibits thereto.

3. Apple hereby seeks to seal documents and information referenced in Apple's Summary Judgment Reply and the exhibits to the Rho Declaration. These documents contain information designated as "Highly Confidential Business Information of Google Inc.," "Highly Confidential Business Information," "Highly Confidential – Attorneys' Eyes Only," "Highly Confidential – Outside Attorneys' Eyes Only – Source Code," "Google's Highly Confidential – Outside Attorneys' Eyes Only – Source Code," "Attorneys' Eyes Only – Contains Source Code," and/or "Attorneys' Eyes Only – Contains Highly Confidential Business Information" by Apple, Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"), and/or third parties Oracle Corporation ("Oracle") and/or Google, Inc. ("Google") pursuant to the Protective Order (and its Amendments) entered in this case, or that is otherwise believed to be deemed confidential by these parties.

4. Where a document references Apple's confidential information, Apple hereby submits that document with Apple's confidential information highlighted in yellow. If a document contains

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. IN SUPPORT OF APPLE'S MOTION TO FILE ITS REPLY ISO MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL
1   CASE NO. 12-CV-00630-LHK (PSG)

the confidential information of a party other than Apple – namely, Samsung or a third party – Apple has either highlighted that information in grey or filed the document entirely under seal.

**Apple's Confidential Information**

5. Exhibit D-11 to the Rho Declaration contains Apple's highly sensitive and non-public information and should remain under seal. Specifically, Exhibit D-11 to the Rho Declaration, which consists of Exhibit C-21 to Samsung's Fourth Amended Patent Local Rule 3-3 and 3-4 Disclosures, contains and discusses Apple's highly sensitive and proprietary source code and closely-related technical information for its AppleSearch client and server software – and includes excerpts from Apple's source code, provides detailed identifications of the structure of Apple's source code, and discusses in detail the particular source code files associated with specific functionality.

6. As Apple in-house attorney Cyndi Wheeler explained in her October 10, 2013 declaration addressing this same body of information when it was contained in Exhibit D-1 to the Declaration of Jennifer Rho submitted in support of Apple's Motion for Partial Summary Judgment, Apple considers this information about its source code files to be trade secrets. See D.I. 803-02 at ¶ 10. Apple provides its source code with the highest level of protection and security within Apple, and, even within Apple, limits access to such source code to only select groups of authorized Apple employees. Id. at ¶¶ 3-7. Apple views its source code as highly proprietary, extremely valuable, and one of its most protected assets, investing millions of dollars to develop such source code. Id. ¶¶ 5-10. Public disclosure of this information, which identifies and details the particular functionality and structure of specific source code files for Apple's "AppleSearch" client and server software, would be extremely harmful to Apple, at least in part because Apple derives independent economic value from its proprietary and confidential source code, and that value would be diminished by the public disclosure of such source code. Id. at ¶¶ 5-6, 9-10.

7. As Ms. Wheeler confirmed in her October 10, 2013 declaration, the specific Apple source code at issue here is non-public, and its exposure would cause Apple to lose significant competitive advantage. *Id.* at ¶¶ 6-10. Even in this litigation, in which the production of source code has been required during the fact discovery period, source code has been treated with the utmost

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. IN SUPPORT OF APPLE'S MOTION TO FILE
ITS REPLY ISO MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL
2        CASE NO. 12-CV-00630-LHK (PSG)

confidentiality and additional restrictions regarding its protection were implemented. *Id.* ¶ 7; *see also* D.I. 512 at ¶ 11. As Ms. Wheeler explained, the ability to copy and otherwise learn Apple's source code – including how Apple implements particular features and functionalities of the software and otherwise designed its suite of software – would give Apple's competitors unfair competitive advantage and undermine the investment that Apple has made in developing its source code. *Id.* Apple thus goes to significant lengths to protect its source code and prevent its disclosure or copying. D.I. 803-02 at ¶ 10.

8.  I understand that the information contained in Exhibit D-11 is of the same type that was previously sealed by this Court in Case No. 11-cv-1846, between Apple and Samsung, and that the Court has held that "[c]onfidential source code clearly meets the definition of a trade secret" and is sealable under the "compelling reasons" standard. *Apple, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 11-cv-1846 (N.D. Cal.), Dkt. No. 2190 at 3 (Dec. 10, 2012), Dkt. No. 2046 at 3 (Oct. 16, 2012), Dkt. No. 1649 at 8 (Aug. 9, 2012) (granting Apple's request to seal source code and schematics related to the Apple iBook and iSight) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011).

9.  Apple is seeking neither to seal the entirety of its discussion in its Summary Judgment Reply citing this exhibit, nor the entirety of Exhibit D-11; rather, Apple is moving to seal only the very limited portions of the document that contain very specific quotations from, detailed identifications of the structure of, and detailed discussion of specific source code files from Apple's highly proprietary source code. Apple only seeks to seal the information that is specifically and closely tied to its confidential and proprietary source code. I further understand that the information at issue in Exhibit D-11 that Apple here seeks to seal is not necessary to understand the issues in the brief, nor the parties' positions regarding Apple's Motion for Partial Summary Judgment and the related briefing.

10. The relief requested by Apple is necessary and narrowly tailored to protect confidential information regarding Apple's non-public information in Exhibit D-11. The portions of Exhibit D-11

FEDMAN DECL. IN SUPPORT OF APPLE'S MOTION TO FILE
ITS REPLY ISO MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL
3                              CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

to the Rho Declaration that are highlighted in yellow contain sensitive information relating to Apple's source code. This source code information is sealable for the reasons described above.

11. As discussed below, this document also contains information that may be considered confidential by Samsung and/or a third party.

**Confidential Information of Samsung and Third Parties**

12. In addition to the aforementioned information that Apple requests be filed under seal, Apple further seeks to file under seal certain materials and information that has been designated or otherwise is considered highly confidential by Samsung, Google or Oracle.

13. Apple's Summary Judgment Reply contains information that has been designated or otherwise is considered highly confidential by Samsung and/or Google.

14. Exhibit B-7 to the Rho Declaration, which consists of list of excerpts from the October 31, 2013 Declaration of Dr. Kevin Jeffay in Support of Samsung's Opposition to Apple's Motion for Summary Judgment Concerning U.S. Patent No. 5,946,647, contains information that has been designated or otherwise is considered highly confidential by Samsung and/or Google.

15. Exhibit C-7 to the Rho Declaration, which consists of excerpts from the August 16, 2013 deposition transcript of James W. Maccoun, Esq., contains information that that has been designated or otherwise is considered highly confidential by Samsung and/or Google.

16. Exhibit C-8 to the Rho Declaration, which consists of excerpts from the June 13, 2013 deposition transcript of Fred Quintana, contains information that has been designated or otherwise is considered highly confidential by Samsung and/or Google.

17. Exhibit C-9 to the Rho Declaration, which consists of excerpts from the June 11, 2013 deposition transcript of Paul Westbrook, contains information that has been designated or otherwise is considered highly confidential by Samsung and/or Google.

18. Exhibit C-10 to the Rho Declaration, which consists of excerpts from the September 13, 2013 Rebuttal Expert Report of Jeffrey Chase, Ph.D., contains information that has been designated or otherwise is considered highly confidential by Samsung and/or Google.

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. IN SUPPORT OF APPLE'S MOTION TO FILE ITS REPLY ISO MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL
4   CASE NO. 12-CV-00630-LHK (PSG)

19. Exhibit D-10 to the Rho Declaration, which consists of the Second Amended Exhibit C-9 to Samsung's Second Amended Invalidity Patent Local Rule 3-3 and 3-4 Disclosures dated April 2013, contains information that has been designated or otherwise is considered highly confidential by Samsung and/or Oracle.

20. Exhibit D-11 to the Rho Declaration, which consists of Exhibit C-21 to Samsung's Fourth Amended Patent Local Rule 3-3 and 3-4 Disclosures contains information has been designated or otherwise is considered highly confidential by Samsung.  Apple supports sealing the portions of Exhibit D-11 that have been highlighted in yellow. The entirety of the document has been filed under seal because it was designated as highly confidential by Samsung.

21. Exhibit E-10 to the Rho Declaration, which consists of the September 23, 2013 Supplemental Expert Report of Richard Newton Taylor, Ph.D., Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,577,757 contains information that has been designated or otherwise is considered highly confidential by Samsung.

**Meet and Confer**

22. Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion.  Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal (Summary Judgment Reply) as a procedural mechanism for filing portions of Apple's Summary Judgment Reply and supporting documents under seal. Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: November 14, 2013

/s/ Emily L. Fedman
Emily L. Fedman

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. IN SUPPORT OF APPLE'S MOTION TO FILE ITS REPLY ISO MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL
5    CASE NO. 12-CV-00630-LHK (PSG)

# ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Emily L. Fedman has concurred in this filing.

Dated: November 14, 2013          */s/ H. Mark Lyon*
                                   H. Mark Lyon

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon Oracle and Google's counsel via electronic mail and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 14, 2013          */s/ H. Mark Lyon*
                                   H. Mark Lyon

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. IN SUPPORT OF APPLE'S MOTION TO FILE
ITS REPLY ISO MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL
CASE NO. 12-CV-00630-LHK (PSG)