1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK  (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1.     Portions of the confidential, unredacted version of Plaintiff and Counterclaim-Defendant Apple Inc.'s Reply in support of Its Motion for Partial Summary Judgment ("Summary Judgment Reply"); and

2.     Exhibits B-7, C-7, C-8, C-9, C-10 D-10, D-11, and E-10 to the Declaration of Jennifer Rho ("Rho Declaration").

In support of its motion, Apple has filed the Declaration of Emily L. Fedman in support of Apple's Administrative Motion to File Documents Under Seal, as required under Civil Local Rule 79-5, which provides evidence of compelling reasons for this Court to permit filing under seal. Apple also filed a proposed public redacted version of Apple's Summary Judgment Reply, of which only portions are sealable, in which Apple's confidential and sealable information is highlighted in yellow and the confidential and sealable information of Samsung and any third parties is highlighted in grey. Additionally, Apple filed with the Court a version of Exhibit D-11 that highlights Apple's confidential and sealable information in yellow. The Declaration of Emily L. Fedman provides sufficient evidence that the documents listed below are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative Motion to Seal (Apple Inc.'s Reply in support of Its Motion for Partial Summary Judgment).

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Apple's Summary Judgment Reply | Page 3, lines 8, 18-21, 23; page 4, lines 3, 18-22; page 5, lines 6-7, 9, 26; page 6, lines 1, 7-10, 20-21; page 7, lines 16-17, 21-28; page 8 |

| Document | Portion to be Sealed |
|---|---|
| | lines 1, 12-13, 15-17, page 12, lines 16-19; page 14, lines 15-16; page 15, line 12; fn. 7, lines 24-25; fn. 8, lines 27-28; fn. 9, lines 25-27; fn. 11, lines 20-21; fn. 12, lines 21-22, fn. 13, lines 23-24, fn. 14, lines 25-27; fn. 24, line 28. |
| Exhibit B-7 to Rho Declaration | Entire Document |
| Exhibit C-7 to Rho Declaration | Entire Document |
| Exhibit C-8 to Rho Declaration | Entire Document |
| Exhibit C-9 to Rho Declaration | Entire Document |
| Exhibit C-10 to Rho Declaration | Entire Document |
| Exhibit D-10 to Rho Declaration | Entire Document |
| Exhibit D-11 to Rho Declaration | Entire Document |
| Exhibit E-10 to Rho Declaration | Entire Document |

The Court further ORDERS that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                        Hon. Lucy H. Koh
                                        United States District Court Judge