| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK<br><br>**REPLY DECLARATION OF JENNIFER RHO  IN SUPPORT OF APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Jennifer J. Rho, declare and state as follows:

1.   I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP. I am counsel for Apple, Inc. ("Apple") and submit this Reply Declaration in support of Apple's Reply In Support of Its Motion for Partial Summary Judgment, filed concurrently herewith. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

**U.S. Patent No. 5,946,647**

2.   Attached as Exhibit B-7 is a true and correct copy of a list of excerpts from the October 31, 2013 Declaration of Dr. Kevin Jeffay In Support of Samsung's Opposition to Apple's Motion for Summary Judgment Concerning U.S. Patent No. 5,946,647, filed as D.I. 855-1.

**U.S. Patent No. 7,761,414**

3.   Attached as Exhibit C-7 is a true and correct copy of excerpts from the August 16, 2013 deposition transcript of James W. Maccoun, Esq.

4.   Attached as Exhibit C-8 is a true and correct copy of excerpts from the June 13, 2013 deposition transcript of Fred Quintana.

5.   Attached as Exhibit C-9 is a true and correct copy of excerpts from the June 11, 2013 deposition transcript of Paul Westbrook.

6.   Attached as Exhibit C-10 is a true and correct copy of excerpts from the September 13, 2013 Rebuttal Expert Report of Jeffrey Chase, Ph. D. Regarding NonInfringement of the Asserted Claims of U.S. Patent No. 7,761,414.

**U.S. Patent No. 6,847,959**

7.   Attached as Exhibit D-7 is a disc containing true and correct copies of video exhibits 1-11 and 14-38 to the August 12, 2013 Expert Report of Martin Rinard, Ph.D. Regarding the Validity of Claims 24 and 25 of U.S. Patent No. 6,847,959.

8.   Attached as Exhibit D-8 is a true and correct copy of excerpts from the July 12, 2013 deposition transcript of Norbert Fuhr.

9. Attached as Exhibit D-9 is a true and correct copy of excerpts from the July 14, 2013 deposition transcript of Ulrich Pfeifer.

10. Attached as Exhibit D-10 is a true and correct copy of Second Amended Exhibit C-9 to Samsung's Second Amended Invalidity Patent Local Rule 3-3 and 3-4 Disclosures, dated April 2013.

11. Attached as Exhibit D-11 is a true and correct copy of Exhibit C-21 to Samsung's Fourth Amended Patent Local Rule 3-3 and 3-4 Disclosures.

**U.S. Patent No. 7,577,757**

12. Attached as Exhibit E-10 is a true and correct copy of the September 23, 2013 Supplemental Expert Report of Richard Newton Taylor, Ph.D. Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,577,757.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated:  November 14, 2013                    By: */s/Jennifer Rho*
                                                  Jennifer Rho

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Jennifer Rho has concurred in this filing.

Dated: November 14, 2013             /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 14, 2013             /s/ H. Mark Lyon