# EXHIBIT D-7

**ELECTRONIC FILES ON DISC, PHYSICAL EXHIBIT TO BE LODGED WITH CLERK**