UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S REPLY IN SUPPORT OF MOTION TO EXCLUDE CERTAIN UNRELIABLE AND IMPERMISSIBLE SAMSUNG EXPERT TESTIMONY)** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Plaintiff and Counterclaim-Defendant Apple Inc.'s Reply in support of Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony ("Motion to Exclude Reply");

2. Portions of the confidential, unredacted versions of Exhibits C-10, C-11, and C-12 to the Declaration of Mark Selwyn filed in support of Apple's Motion to Exclude Reply ("Selwyn Declaration"); and

3. Exhibits B-11, B-12, and C-8 to the Selwyn Declaration.

In support of its motion, Apple has filed the Declaration of Casey McCracken, as required under Civil Local Rule 79-5, which provides evidence of compelling reasons for this Court to permit filing under seal. Also filed by Apple were (1) proposed public redacted versions of Exhibits C-10, C-11, and C-12 to the Selwyn Declaration, which contain only Apple's confidential information and of which Apple seeks to file portions under seal and (2) a proposed public redacted version of Apple's Motion to Exclude Reply, of which only portions are sealable.

The Declaration of Casey McCracken provides sufficient evidence that the documents listed below are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative Motion to Seal (Apple Inc.'s Reply in support of Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony ).

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

| Document | Portion to be Sealed |
| --- | --- |
| Apple's Motion to Exclude Reply | Page i, lines 9-12; page 1, lines 2-4; page 2, |

| Document | Portion to be Sealed |
|---|---|
| | lines 9, 12-15, 19-27; page 3, lines 19-22; page 4, lines 1-4; page 5, lines 5, 18-21; page 6, lines 4-6, 19-23; page 7, lines 1, 3-6, 14-16, 19-20; page 8, lines 1, 8-9, 12-15; page 9, lines 11, 23-25; page 10, lines 22-24; page 11, lines 1-2, 5-6, 14, 16; page 12, lines 1-4; fn. 2, lines 26-28; fn. 4 lines 24-25; fn.5 lines 25-28; fn. 11 line 24-25, 27-28. |
| Exhibit B-11 to Selwyn Declaration | Entire Document |
| Exhibit B-12 to Selwyn Declaration | Entire Document |
| Exhibit C-8 to Selwyn Declaration | Entire Document |
| Exhibit C-10 to Selwyn Declaration | Pages 3-5 |
| Exhibit C-11 to Selwyn Declaration | Pages 3-5 |
| Exhibit C-12 to Selwyn Declaration | Pages 3-5 |

The Court further ORDERS that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____     By: _____
　　　　　　　　　　　　　　　　　Hon. Lucy H. Koh
　　　　　　　　　　　　　　　　　United States District Court Judge