JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF MOTION TO EXCLUDE CERTAIN UNRELIABLE AND IMPERMISSIBLE SAMSUNG EXPERT TESTIMONY** |

I, Mark D. Selwyn, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation, and a member of the California State Bar. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Attached as Exhibit B-11 is a true and correct copy of an excerpt of the transcript of the October 4, 2013 deposition of James R. Kearl.

3. Attached as Exhibit B-12 is a true and correct copy of an excerpt of the transcript of the October 1, 2013 deposition of Sanjay Rao.

4. Attached as Exhibit C-7 is a true and correct copy of an excerpt of the transcript of the October 3, 2013 deposition of Daniel Schonfeld.

5. Attached as Exhibit C-8 is a true and correct copy of the Supplemental Expert Report of Richard Newton Taylor, Ph.D., Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,577,757.

6. Attached as Exhibit C-9 is a true and correct copy of an excerpt of the transcript of the September 27, 2013 deposition of Richard Taylor.

7. Attached as Exhibit C-10 is a true and correct copy of an excerpt of iPod Owner Study, July 2009, which is a document produced by Apple beginning with bates number APLNDC0002956018.

8. Attached as Exhibit C-11 is a true and correct copy of an excerpt of iPod Owner Study, August 2009, which is a document produced by Apple beginning with bates number APLNDC0001759006.

9. Attached as Exhibit C-12 is a true and correct copy of an excerpt of iPod Owner Study, June 2010, which is a document produced by Apple beginning with bates number APLNDC0001416346.

10. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 14th day of November, 2013, in Palo Alto, California.

Dated: November 14, 2013                       /s/ Mark D. Selwyn
                                               Mark D. Selwyn

## **ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated:  November 14, 2013              By:   */s/ H. Mark Lyon*
                                                               H. Mark Lyon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document and its supporting documents were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 14, 2013                    /s/   H. Mark Lyon