# EXHIBIT C-7

1

1              UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

3     - - - - - - - - - - - - - - - - -X

4     APPLE INC., a California          :

5     Corporation,                      :

6                  Plaintiff,           :

7     v.                                :

8     SAMSUNG ELECTRONICS CO., LTD., a :

9     Korean corporation; SAMSUNG      : Civil Action No.

10    ELECTRONICS AMERICA, INC., a New : 12-cv-00630-LHK(PSG)

11    York corporation; and SAMSUNG    :

12    TELECOMMUNICATIONS AMERICA, LLC, :

13    A Delaware limited liability     :

14    Company,                          :

15                 Defendants.          :

16    - - - - - - - - - - - - - - - - -X

17    (Caption continued on next page)

18                    VOLUME 1

19      HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

20    VIDEOTAPED DEPOSITION OF DANIEL SCHONFELD, Ph.D.

21                  WASHINGTON, D.C.

22       Thursday, October 3, 2013  –  8:59 a.m.

23    Job No.:  44749

24    Pages:  1 – 291

25    Reported By:  Lori J. Goodin, RPR, CLR, CRR

2

1    (Caption continued from previous page)

2    - - - - - - - - - - - - - - - - -X

3    SAMSUNG ELECTRONICS CO., LTD., a :

4    Korean corporation; SAMSUNG        :

5    ELECTRONICS AMERICA, INC., a New :

6    York corporation; and SAMSUNG      :

7    TELECOMMUNICATIONS AMERICA, LLC, :

8    A Delaware limited liability       :

9    Company,                           :

10           Counterclaim-Plaintiffs,  :

11   V.                                 :

12   APPLE INC., a California           :

13   Corporation,                       :

14           Counterclaim-Defendant.  :

15   - - - - - - - - - - - - - - - - -X

16       Videotaped Deposition of DANIEL SCHONFELD, Ph.D.,

17   held at the offices of:

18

19              QUINN, EMANUEL, URQUHART & SULLIVAN

20              1299 Pennsylvania Avenue, Suite 825

21              Washington, D.C.  20004

22              (202) 538-8000

23       Pursuant to notice, before Lori J. Goodin, RPR, CLR,

24   CRR, and Notary Public in and for the District of Columbia,

25   who officiated in administering the oath to the witness.

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DANIEL SCHONFELD, Ph.D., VOLUME 1
CONDUCTED ON WEDNESDAY, OCTOBER 3, 2013

185

| | | |
|---|---|---|
| 1 | THE WITNESS:  If I understood you | 14:03:36 |
| 2 | correctly, you are talking about the term | 14:03:39 |
| 3 | update in the context of Claim 1 which means | 14:03:43 |
| 4 | that you are considering a hypothetical | 14:03:46 |
| 5 | system which allows for a user to request the | 14:03:49 |
| 6 | synchronization to occur.  And, only in | 14:03:53 |
| 7 | response to the user's request will the | 14:03:57 |
| 8 | synchronization take place. | 14:04:00 |
| 9 | And, I would say that is manual | 14:04:01 |
| 10 | synchronization and that is not updated in | 14:04:03 |
| 11 | the context of that claim. | 14:04:05 |
| 12 | BY MR. SELWYN: | 14:04:07 |
| 13 | Q.    Would a system in which data or | 14:04:08 |
| 14 | information is updated on a periodic basis in | 14:04:10 |
| 15 | relation to the zone-specific storage and | 14:04:14 |
| 16 | interface device in the central storage and | 14:04:17 |
| 17 | interface device infringe Claim 1? | 14:04:21 |
| 18 | A.    So, if you have a zone-specific | 14:04:23 |
| 19 | storage information device -- if you have zone- | 14:04:25 |
| 20 | specific storage information devices, and a | 14:04:29 |
| 21 | central information device, at least one central | 14:04:32 |
| 22 | information device, and if you identified content | 14:04:35 |
| 23 | information and content management information, | 14:04:38 |
| 24 | and as a result of periodic synchronization that | 14:04:40 |
| 25 | is set up to perform automatically, you meet the | 14:04:46 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DANIEL SCHONFELD, Ph.D., VOLUME 1
CONDUCTED ON WEDNESDAY, OCTOBER 3, 2013

186

| | | |
|---|---|---|
| 1 | limitations, I would say that such a system can | 14:04:49 |
| 2 | practice Claim 1. | 14:04:52 |
| 3 | Q.    Would a system in which data or | 14:04:53 |
| 4 | information is updated on demand in relation to | 14:04:55 |
| 5 | the zone specific and central storage and | 14:04:58 |
| 6 | interface devices infringe Claim 1? | 14:05:00 |
| 7 | MR. MILOWIC:  Objection, vague. | 14:05:04 |
| 8 | THE WITNESS:  So, the patent | 14:05:05 |
| 9 | describes the fact that you are performing | 14:05:12 |
| 10 | automatic synchronization, and that is the | 14:05:14 |
| 11 | updated, that is described in Claim 1. | 14:05:16 |
| 12 | If such a system such a hypothetical | 14:05:19 |
| 13 | system or such a system as described in the | 14:05:25 |
| 14 | patent, in addition to allowing automatic | 14:05:28 |
| 15 | synchronization, would in addition also allow | 14:05:31 |
| 16 | you -- so, to be more precise let's assume we | 14:05:33 |
| 17 | have a central information device, and | 14:05:36 |
| 18 | zone-specific storage information devices, | 14:05:38 |
| 19 | and you have identified content information | 14:05:41 |
| 20 | and identified content management information. | 14:05:43 |
| 21 | And at this point you allow for the | 14:05:45 |
| 22 | system to practice all of the limitations | 14:05:48 |
| 23 | where the updated portion is performed | 14:05:50 |
| 24 | automatically, either in response to changes, | 14:05:52 |
| 25 | or perhaps periodically.  At that point, such | 14:05:56 |