# EXHIBIT C-9

CONTAINS HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY PORTION

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN JOSE DIVISION
 3   APPLE INC,  a California Corporation,
 4                     Plaintiff,
 5   v.                                    CASE NO.
                                           11-cv-01847-LHK
 6   SAMSUNG ELECTRONICS CO., LTD., a      12-cv-00630-LHK
     Korean business entity; SAMSUNG
 7   ELECTRONICS AMERICA, INC,.
     a New York corporation; SAMSUNG
 8   TELECOMMUNICATIONS, a Delaware limited liability
     company,
 9                     Defendants.
     _____/
10
11   CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY PORTION
12        VIDEOTAPED DEPOSITION OF RICHARD TAYLOR
13                     VOLUME 1
14           Friday, September 27, 2013
15                AT:  9:14 a.m.
16                  Taken at:
17      QUINN EMANUEL URQUHART & SULLIVAN LLP
                   One Fleet Place
18                 London EC4M 7RA
                   United Kingdom
19
20
21
22
23   Court Reporter:
24   Kim Cole, MBIVR
     Accredited Real-time Reporter
25   TSG Job # 66023
```

CONTAINS HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY PORTION

Page 2

```
 1              A P P E A R A N C E S
 2   FOR APPLE INC.:
 3           WILMERHALE
             By: John Pettit
 4           950 Page Mill Road
             Palo Alto, CA 94304
 5
 6
     FOR SAMSUNG ELECTRONICS CO. LTD.:
 7
             QUINN EMANUEL URQUHART & SULLIVAN
 8           By: KEVIN JOHNSON
             555 Twin Dolphin Drive
 9           Redwood Shores, CA 94065
10
11           MADELEINE COLE
             Editor
12
             OLENA ONIS
13           Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

CONTAINS HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY PORTION

Page 43

| | | |
|---|---|---|
| 1 | discloses a system for synchronizing a multiplicity | 10:11:15 |
| 2 | of devices in a multimedia environment? | 10:11:20 |
| 3 |     A.  Yes, I believe so. | 10:11:33 |
| 4 |     Q.  Okay, and would you also agree that the '757 | 10:11:35 |
| 5 | patent describes a system for synchronizing | 10:11:38 |
| 6 | multimedia data between two or more devices? | 10:11:45 |
| 7 |     A.  Yes, it talks about synchronizing them by | 10:11:55 |
| 8 | transferring information from one to the other. | 10:11:59 |
| 9 |     Q.  Do you agree that the '757 patent enables | 10:12:02 |
| 10 | users to have the entire collection synchronized | 10:12:04 |
| 11 | automatically by having the devices communicate to | 10:12:09 |
| 12 | and from each other, so that the content is available | 10:12:12 |
| 13 | in multiple locations or zones where the consumer may | 10:12:14 |
| 14 | go? | 10:12:20 |
| 15 |     A.  No, it describes a system for synchronizing | 10:12:26 |
| 16 | devices so that you can have all the content, all the | 10:12:30 |
| 17 | places the user may go, but it describes that | 10:12:34 |
| 18 | synchronization as occurring at various times.  It | 10:12:40 |
| 19 | could be that the -- as it says at the top of column | 10:12:45 |
| 20 | 9, starting with line 4: | 10:12:50 |
| 21 |     "Different synchronizing schemes are | 10:12:53 |
| 22 | possible (automatic, daily, weekly)", and by | 10:12:53 |
| 23 | "automatic" in that case, I take that to mean there's | 10:13:02 |
| 24 | a periodicity of synchronization that goes on, | 10:13:06 |
| 25 | different from once a day or once a week.  Moreover, | 10:13:13 |

CONTAINS HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY PORTION

Page 44

| | | |
|---|---|---|
| 1 | the users can synchronize or make the update on | 10:13:16 |
| 2 | demand. | 10:13:23 |
| 3 | Q. You agree that claim 1 of the '757 patent | 10:13:24 |
| 4 | requires multimedia data to be synchronized | 10:13:28 |
| 5 | automatically, right? | 10:13:30 |
| 6 | A. I don't see that word anywhere in column 1. | 10:13:48 |
| 7 | Q. Let me ask it a different way. Does claim 1 | 10:14:01 |
| 8 | of the '757 patent require the multimedia data be | 10:14:08 |
| 9 | synchronized automatically? | 10:14:13 |
| 10 | A. It requires that the data be synchronized. | 10:14:18 |
| 11 | It says that the information between the various | 10:14:21 |
| 12 | devices are updated in relation to each other, such | 10:14:26 |
| 13 | that you get all the information on all the devices. | 10:14:30 |
| 14 | That's what it says. | 10:14:35 |
| 15 | Q. Does claim 1 of the '757 patent require that | 10:14:37 |
| 16 | the multimedia data be synchronized automatically? | 10:14:40 |
| 17 | A. Tell me what you mean by "automatically". | 10:14:45 |
| 18 | Q. The patent uses the term automatically, | 10:14:46 |
| 19 | right? | 10:14:49 |
| 20 | A. The patent does use the word automatic as | 10:14:49 |
| 21 | one scheme of multiple that's possible. | 10:14:52 |
| 22 | Q. It also uses the word automatically, doesn't | 10:14:56 |
| 23 | it? | 10:14:59 |
| 24 | A. Could you point that to me. | 10:15:01 |
| 25 | Q. Take a look at column 3, line 4, lines 3 and | 10:15:02 |