REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT C-10



Highly Confidential - Attorneys' Eyes Only   APLNDC0002956018



Highly Confidential - Attorneys' Eyes Only

APLNDC0002956019



Highly Confidential - Attorneys' Eyes Only   APLNDC0002956053



Highly Confidential - Attorneys' Eyes Only

APLNDC0002956054



Highly Confidential - Attorneys' Eyes Only                                                                                                                              APLNDC0002956055