REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT C-11



Highly Confidential - Attorneys' Eyes Only
APLNDC0001759006



Highly Confidential - Attorneys' Eyes Only

APLNDC0001759007



Highly Confidential - Attorneys' Eyes Only APLNDC0001759028



Highly Confidential - Attorneys' Eyes Only   APLNDC0001759029



Highly Confidential - Attorneys' Eyes Only
APLNDC0001759030