REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT C-12



Highly Confidential - Attorneys' Eyes Only   APLNDC0001416346



Highly Confidential - Attorneys' Eyes Only   APLNDC0001416347



Highly Confidential - Attorneys' Eyes Only   APLNDC0001416404



Highly Confidential - Attorneys' Eyes Only   APLNDC0001416405



Highly Confidential - Attorneys' Eyes Only   APLNDC0001416406