QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

1    Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3 "Samsung") hereby bring this administrative motion to file under seal the following documents or
4 portions thereof relating to Samsung's Reply In Support of its Motion For Summary Judgment:
5    1.   The confidential, unredacted version of Samsung's Reply In Support of its Motion
6 for Summary Judgment.
7    2.   Exhibit 1 to the Supplemental Declaration of Michael L. Fazio in Support of
8 Samsung's Motion for Summary Judgment, excerpts of Apple's Objections and Responses to
9 Samsung's Interrogatory No. 26, served July 15, 2013.
10    3.   Exhibit 2 to the Supplemental Declaration of Michael L. Fazio in Support of
11 Samsung's Motion for Summary Judgment, excerpts of the sworn deposition transcript of Gary
12 Hall, dated July 11, 2013.
13    4.   Exhibit 3 to the Supplemental Declaration of Michael L. Fazio in Support of
14 Samsung's Motion for Summary Judgment, excerpts of the sworn deposition transcript of
15 Dr. Alex Snoeren, dated September 25-26, 2013.
16    5.   Exhibit 11 to the Supplemental Declaration of Michael L. Fazio in Support of
17 Samsung's Motion for Summary Judgment, excerpts of the sworn deposition transcript of
18 Dr. Thomas Fuja, dated September 19, 2013.
19    6.   Exhibit 12 to the Supplemental Declaration of Michael L. Fazio In Support of
20 Samsung's Motion for Summary Judgment, excerpts of Samsung's Objections and Responses to
21 Apple's Interrogatory No. 28, served July 15, 2013.
22    7.   Exhibit 13 to the Supplemental Declaration of Michael L. Fazio In Support of
23 Samsung's Motion for Summary Judgment, a compendium of excerpts from the deposition
24 testimony of former Apple employees and persons of ordinary skill filed as Exhibit 29 to the prior
25 Declaration of Michael L. Fazio In Support of Samsung's Motion for Summary Judgment (Dkt.
26 809-19).
27    Samsung has established compelling reasons to permit filing these documents under seal
28 through the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to

1  File Documents Under Seal Relating to Samsung's Reply In Support of its Motion for Summary
2  Judgment and the Declaration of Daniel Wooseob Shim in support of Samsung's Administrative
3  Motion to File Under Seal, filed herewith.  In short, the above documents discuss and refer to
4  material designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS'
5  EYES ONLY" or ""HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –
6  SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of
7  Discovery Materials, or otherwise deemed confidential.  Samsung accordingly requests that the
8  Court order the information filed under seal, and expects that Apple will comply with L.R. 79-5(e)
9  by filing an appropriate declaration with the Court for those portions and documents that reference
10 Apple-designated information.  Samsung's entire filing will be filed with the Court pursuant to
11 L.R. 79-5 and served on all parties.
12         Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel
13 regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File
14 Documents Under Seal Relating to Samsung's Reply In Support of its Motion for Summary
15 Judgment as a procedural mechanism for filing portions of Samsung's Reply In Support of its
16 Motion for Summary Judgment and supporting documents under seal.  Apple reserves the right to
17 challenge any proposed redactions to the extent it believes those redactions improperly seal non-
18 confidential information.

19 DATED:  November 14, 2013            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By */s/ Michael L. Fazio*
                                          Charles K. Verhoeven
                                          Kevin P.B. Johnson
                                          Victoria F. Maroulis
                                          William C. Price

                                          Attorneys for Defendants
                                          SAMSUNG ELECTRONICS CO., LTD.,
                                          SAMSUNG ELECTRONICS AMERICA, INC.,
                                          and SAMSUNG TELECOMMUNICATIONS
                                          AMERICA, LLC

# ATTESTATION

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: November 14, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran