| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) |
| 12 | williamprice@quinnemanuel.com 865 South Figueroa Street, 10th Floor |
| 13 | Los Angeles, California  90017-2543 Telephone:  (213) 443-3000 Facsimile:  (213) 443-3100 |
| 14 | |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS |
| 16 | AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits this motion for an order to seal the following documents or portions thereof relating to Samsung's Reply In Support of its Motion for Summary Judgment in order to protect information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential:

3. The confidential, unredacted version of Samsung's Reply In Support of Its Motion for Summary Judgment, portions of which Samsung, Apple, and Microsoft have designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

4. Exhibit 1 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains excerpts of Apple's Objections and Responses to Samsung's Interrogatory No. 26, served July 15, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

5. Exhibit 2 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains excerpts of the sworn deposition transcript of Gary Hall, dated July 11, 2013, which Microsoft has designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

1    6.    Exhibit 3 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains excerpts of the sworn deposition transcript of Dr. Alex Snoeren, dated September 25, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

7.    Exhibit 11 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains excerpts of the sworn deposition transcript of Dr. Thomas Fuja, dated September 19, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

8.    Exhibit 12 to the Supplemental Declaration of Michael L. Fazio In Support of Samsung's Motion for Summary Judgment, excerpts of Samsung's Objections and Responses to Apple's Interrogatory No. 28, served July 15, 2013, which Microsoft has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

9.    Exhibit 13 to the Supplemental Declaration of Michael L. Fazio In Support of Samsung's Motion for Summary Judgment, a compendium of excerpts from the deposition testimony of former Apple employees and persons of ordinary skill filed as Exhibit 29 to my prior Declaration in support of Samsung's Motion for Summary Judgment (Dkt. 809-19), which Apple has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

10.    Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has been filed electronically with the Court and served on all parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2013, at Los Angeles, California.

*/s/ Michael L. Fazio*
_____
Michael L. Fazio

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  November 14, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran