UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to Samsung's Reply In Support of its Motion for Summary Judgment.  The Court finds that Samsung's sealing request is narrowly tailored and justified.  Therefore, the following documents or portions thereof may be filed under seal consistent with Samsung's requests:

    1.    The confidential, unredacted version of Samsung's Reply In Support of Its Motion for Summary Judgment.

    2.    Exhibit 1 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of Apple's Objections and Responses to Samsung's Interrogatory No. 26, served July 15, 2013.

    3.    Exhibit 2 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the sworn deposition transcript of Gary Hall, dated July 11, 2013.

    4.    Exhibit 3 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the sworn deposition transcript of Dr. Alex Snoeren, dated September 25, 2013.

    5.    Exhibit 11 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the sworn deposition transcript of Dr. Thomas Fuja, dated September 19, 2013.

    6.    Exhibit 12 to the Supplemental Declaration of Michael L. Fazio In Support of Samsung's Motion for Summary Judgment, excerpts of Samsung's Objections and Responses to Apple's Interrogatory No. 28, served July 15, 2013.

    7.    Exhibit 13 to the Supplemental Declaration of Michael L. Fazio In Support of Samsung's Motion for Summary Judgment, a compendium of excerpts from the deposition testimony of former Apple employees and persons of ordinary skill filed as Exhibit 29 to the prior Declaration of Michael L. Fazio In Support of Samsung's Motion for Summary Judgment (Dkt. 809-19).

Accordingly, for compelling reasons shown, the Court HEREBY ORDERS that these documents may be filed under seal.

DATED: _____

The Honorable Lucy H. Koh
United States District Judge