QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  December 12, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Apple's Objections and Responses to Samsung's Interrogatory No. 26, served July 15, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the sworn deposition transcript of Gary Hall, dated July 11, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the sworn deposition transcript of Dr. Alex Snoeren, dated September 25-26, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 8,539,795.

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 5,775,530.

7. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 6,887,832.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of Apple's Opening Expert Report of Dr. Alex C. Snoeren, served August 12, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript of proceedings in this case before the Honorable Lucy H. Koh, on June 7, 2012.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Apple's Rebuttal Expert Report of Dr. Alex C. Snoeren, served September 13, 2013.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of Samsung's Rebuttal Expert Report of Dr. Martin Rinard, served September 13, 2013.

1    12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the sworn deposition transcript of Dr. Thomas Fuja, dated September 19-20, 2013.

13.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts of Samsung's Objections and Responses to Apple's Interrogatory No. 28, served July 15, 2013.

14.    Attached hereto as Exhibit 13 is a true and correct copy of a compendium of excerpts from the deposition testimony of former Apple employees and persons of ordinary skill filed as Exhibit 29 to my prior Declaration in support of Samsung's Motion for Summary Judgment (Dkt. 809-19).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2013, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

**ATTESTATION**

I, Patrick D. Curran, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: November 14, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran