# EXHIBIT 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**EXPERT REPORT OF DR. ALEX C. SNOEREN CONCERNING U.S. PATENT NOS. 6,847,959 AND 7,761,414**<br><br>**HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE**<br><br>**GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE** |

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

97. An infringing device will receive the information identifier and provide it to "a plurality of heuristics" – two or more modules having "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

374. At the heart of a modern computing device is one or more central processing units (CPUs) which execute a very large number of relatively simple instructions at an extremely rapid

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

pace. Traditionally, instructions are executed serially in an order dictated by the computer program that is currently running. That is to say, a simple computer program can be thought of as a sequence of instructions, and the computer simply executes them in order. Now, some tasks can be more effectively described as a set of parallel tasks: for example, at a coffee shop you might have the job of taking orders at the cash register and the job of actually making the coffee at the espresso machine. Each one of these individual tasks—or sequences of instructions—is called a thread of control, or simply a thread. Hence, a multi-threaded program is one that is comprised of multiple tasks meant to be executed in parallel.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

376. Any fixed number of cores can only execute a finite number of threads simultaneously. It may be the case that more threads are available to run than can be scheduled at once. In that case, some component of the system—typically the operating system's scheduler—decides which thread(s) will receive the CPU(s) at any given time. Those threads that, due to the decision of the scheduler, are not currently assigned a CPU, but are available to run should the scheduler decide to assign them a CPU, are still considered to be running. Indeed, because schedulers in modern operating systems switch between running threads so rapidly, a user is unlikely to be aware that running threads are moving on and off of the CPU(s).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 12, 2013

_____
Alex C. Snoeren