# EXHIBIT 8

```
 1                    UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5
     APPLE INC., A CALIFORNIA     )  C-12-00630 LHK
 6   CORPORATION,                 )
                                  )  SAN JOSE, CALIFORNIA
 7              PLAINTIFF,        )
                                  )  JUNE 7, 2012
 8         VS.                    )
                                  )  PAGES 1-120
 9   SAMSUNG ELECTRONICS CO.,     )
     LTD., A KOREAN BUSINESS      )
10   ENTITY; SAMSUNG              )
     ELECTRONICS AMERICA,         )
11   INC., A NEW YORK             )
     CORPORATION; SAMSUNG         )
12   TELECOMMUNICATIONS           )
     AMERICA, LLC, A DELAWARE     )
13   LIMITED LIABILITY            )
     COMPANY,                     )
14                                )
                DEFENDANTS.       )
15   _____

16              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17            UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22

23

24   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                     CERTIFICATE NUMBER 9595
25

                                                              1
```

```
 1      AND TOLD YOU THAT TODAY.
 2              AND FINALLY, YOUR HONOR, WHAT IS A
 3      HEURISTIC AND WHETHER IT NEEDS TO BE CONSTRUED, THE
 4      ANSWER IS IT IS SET FORTH IN THE PATENT.  A
 5      HEURISTIC IS A RULE OF THUMB.  IT IS SOMETHING THAT
 6      GIVES THE USER A BEST GUESS -- AND SAMSUNG'S EXPERT
 7      AGREED WITH THIS -- IT'S A BEST GUESS OF WHAT THE
 8      RESULT IS, AND IT'S UNDERSTOOD IN THE CONTEXT OF
 9      THIS PATENT.
10              THE COURT:  IS THERE A SPECIFIC COLUMN
11      AND LINE NUMBER?
12              MR. KREVITT:  YES, YOUR HONOR.
13              THE COURT:  WHAT IS THAT?
14              MR. KREVITT:  COLUMN 4, LINES 13 THROUGH
15      23, FOR EXAMPLE.
16              IT'S -- IT BEGINS WITH "EACH PLUG-IN
17      MODULE HAS A," "HAS AN ASSOCIATED HEURISTIC," AND
18      IT GOES ON TO IDENTIFY HEURISTICS, SPECIFIC
19      HEURISTICS.  THESE ARE IN THE PATENT EXAMPLES.
20              IF YOU LOOK AT, STARTING AT -- SECOND, IF
21      YOU PULL UP SLIDE 9, AT LINE --
22              THE COURT:  I GUESS I'M NOT SEEING A
23      DEFINITION --
24              MR. KREVITT:  YOUR HONOR, WHAT I AM --
25              THE COURT:  -- OF HEURISTIC ALGORITHM
```

1     HERE.
2              MR. KREVITT: YOUR HONOR, WHAT I AM
3     TELLING YOU IS THE PATENT ITSELF IDENTIFIES
4     SPECIFIC EXAMPLES OF HEURISTIC ALGORITHMS.
5              BOTH EXPERTS AGREE THAT WHAT THE CONCEPT
6     OF HEURISTIC IN THIS CONTEXT MEANS IS THAT YOU
7     DON'T KNOW EXACTLY WHAT YOU'RE LOOKING FOR.
8              SO, FOR EXAMPLE, YOUR HONOR, YOU TYPE IN
9     A-P-P IN THE GOOGLE --
10             THE COURT: SO IS THIS LIKE PORNOGRAPHY?
11             MR. KREVITT: NOT AT ALL, YOUR HONOR.
12             THE COURT: WE KNOW IT WHEN WE SEE IT,
13    BUT WE CAN'T DEFINE IT?
14             MR. KREVITT: NOT AT ALL, YOUR HONOR. WE
15    KNOW EXACTLY WHAT IT IS BECAUSE IT IS IDENTIFIED IN
16    THE PATENT.
17             THE COURT: BUT I'M NOT SEEING IT HERE,
18    SO POINT ME TO --
19             MR. KREVITT: IT SAYS "A SECOND MODULE
20    MAY INDEX AND SEARCH THE CONTENTS OF FILES ON THE
21    LOCAL AND/OR STORAGE VOLUMES."
22             THAT IS AN EXAMPLE IDENTIFIED BY THE
23    PATENT OF A HEURISTIC ALGORITHM.
24             THE NEXT ONE, "A THIRD MODULE CAN
25    MAINTAIN A LIST OF THE FILES, APPLICATIONS, AND

33

1    WEBSITES WHICH WERE MOST RECENTLY ACCESSED AND
2    SEARCH THIS LIST FOR A MATCH."
3              THIS IS RIGHT OUT OF THE PATENT, ANOTHER
4    EXAMPLE --
5              THE COURT:  SO YOU'RE SAYING WE JUST LOOK
6    TO EXAMPLES AND TRY TO EXTRAPOLATE FROM EXAMPLES?
7              MR. KREVITT:  NO.  WHAT I AM SAYING IS
8    THIS IS NOT A COMPLICATED ISSUE.
9              THE COURT:  OKAY.  BUT I CAN'T GET A
10   DEFINITION, THOUGH.
11             MR. KREVITT:  WELL, BECAUSE, YOUR
12   HONOR --
13             THE COURT:  YEAH.
14             MR. KREVITT:  -- THE POINT IS, YOU NEED
15   TO UNDERSTAND THE CONTEXT, AND THAT'S WHAT I WAS
16   TRYING TO EXPLAIN.
17             WHEN YOU HAVE MULTIPLE MODULES, YOU TYPE
18   IN A SEARCH.  THE DEVICE DOESN'T KNOW EXACTLY WHAT
19   YOU'RE LOOKING FOR.
20             IF YOU TYPE IN A-P-P, YOU COULD BE
21   LOOKING FOR A WEBSITE, THE APPLE STORE; IT COULD BE
22   THAT YOU'RE LOOKING FOR SOMEBODY IN YOUR CONTACTS
23   NAMED APPLEBAUM; IT COULD BE YOU'RE LOOKING FOR A
24   TERM PAPER YOU WROTE ON APPLE SEEDS.
25             AND WHAT HEURISTIC MEANS IS THAT FOR EACH