| | |
|---|---|
| JOSH KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Non-Parties and Plaintiff/Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | CASE NO.: 12-cv-00630-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE UPON HTC CORPORATION** |

I, Jennifer J. Rho, hereby certify that on this 14th day of November, 2013, I did cause the following documents to be served in the following manner:

- Apple Inc.'s Reply in Support of Motion of Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, redacted of any non-HTC confidential information;

- Apple's Administrative Motion to File Under Seal Documents Relating to Apple Inc.'s Reply in Support of Motion of Exclude Certain Unreliable and Impermissible Samsung Expert Testimony; and

- The Declaration of Casey McCracken in Support of Apple's Administrative Motion to File Under Seal Documents Relating to Apple Inc.'s Reply in Support of Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony

On the interested parties in this action addressed as follows:

**ATTORNEYS FOR HTC CORPORATION**

Scott R. Mosko, Esq.
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

__X__  **BY ELECTRONIC MAIL TRANSMISSION** from jrho@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

Executed on November 14, 2013 in Los Angeles, CA.

Dated:   November 14, 2013

*Jennifer J. Rho*
Jennifer J. Rho
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7103