| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) |
| 12 | williamprice@quinnemanuel.com Michael L. Fazio (Bar No. 228601) |
| 13 | michaelfazio@quinnemanuel.com 865 South Figueroa Street, 10th Floor |
| 14 | Los Angeles, California  90017-2543 Telephone:  (213) 443-3000 |
| 15 | Facsimile:  (213) 443-3100 |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, |
| 17 | INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 21 | Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27 | Defendants. | |

Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal the following documents or portions thereof relating to Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts:

1. The confidential, unredacted version of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts;

2. Exhibit C to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the September 13, 2013 Rebuttal Expert Report of David Reibstein;

3. Exhibit D to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted transcript of the September 27, 2013 Deposition of John Hauser;

4. Exhibit G to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted September 13, 2013 Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414;

5. Exhibit H to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted transcript of the September 25, 2013 Deposition of Dr. Alex Snoeren;

6. Exhibit K to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted August 23, 2013 Expert Report of Julie L. Davis, CPA in *Apple Inc. v. Samsung Elecs. Co., Ltd.,* Case No. 11-CV-01846-LHK (N.D. Cal.);

7. Exhibit P to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the Errata to Todd C. Mowry, Ph.D Transcript – 4/24/12, dated June 6, 2012;

8. Exhibit Q to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the March 22, 2012 Second Supplemental Expert Report of Todd C. Mowry Regarding Infringement and Validity of U.S. Patent No. 5,946,647 in *Apple Inc. v. Motorola, Inc.*, Case No. 11-CV-8540 (RAP) (N.D. Ill.).

Samsung has established good cause to permit filing these documents under seal through the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts and the Consolidated Declaration of Daniel Wooseob Shim in Support of Samsung's Administrative Motions to File Under Seal, filed herewith. In short, the above

1  documents discuss and refer to material designated as "CONFIDENTIAL," "HIGHLY
2  CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL –
3  ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order
4  Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential.
5  Samsung accordingly requests that the Court order the information filed under seal, and expects
6  that Apple will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court for
7  those portions and documents that reference Apple-designated information.  Samsung's entire
8  filing will be filed with the Court pursuant to L.R. 79-5 and served on all parties.
9         Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel
10 regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File
11 Documents Under Seal Relating to Samsung's Reply in Support of Motion to Exclude Opinions of
12 Certain of Apple's Experts as a procedural mechanism for filing portions of Samsung's Reply and
13 supporting documents under seal.  Apple reserves the right to challenge any proposed redactions
14 to the extent it believes those redactions improperly seal non-confidential information.

16 DATED: November 14, 2013          QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

                                    By */s/ Michael L. Fazio*
                                       Charles K. Verhoeven
                                       Kevin P.B. Johnson
                                       Victoria F. Maroulis
                                       William C. Price

                                    Attorneys for Defendants
                                    SAMSUNG ELECTRONICS CO., LTD.,
                                    SAMSUNG ELECTRONICS AMERICA, INC.,
                                    and SAMSUNG TELECOMMUNICATIONS
                                    AMERICA, LLC