1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                    UNITED STATES DISTRICT COURT
19
        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits its motion for an order to seal the following documents or portions thereof relating to Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts in order to protect information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential:

3. The confidential, unredacted version of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, which contains information that Samsung considers confidential.  Samsung's Reply also contains information that Samsung understands Apple considers confidential and that Apple will file a declaration with additional details regarding the information that Apple considers confidential.

4. Exhibit C to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the September 13, 2013 Rebuttal Expert Report of David Reibstein.  The report contains information that Samsung understands Apple considers confidential and that Apple will file a declaration with additional details regarding the information that Apple considers confidential.

5. Exhibit D to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted transcript of the September 27, 2013 Deposition of John Hauser.  Apple has designated this document as "CONFIDENTIAL" under the Protective Order entered in this case.

-1-
FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL

1   6.   Exhibit G to the Declaration of Michael L. Fazio in Support of Samsung's Reply in
2 Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted September
3 13, 2013 Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959
4 and 7,761,414.  Apple has designated this document as "HIGHLY CONFIDENTIAL – OUTSIDE
5 ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

6   7.   Exhibit H to the Declaration of Michael L. Fazio in Support of Samsung's Reply in
7 Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted transcript of
8 the September 25, 2013 Deposition of Dr. Alex Snoeren.  Apple has designated this document as
9 "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order
10 entered in this case.

11   8.   Exhibit K to the Declaration of Michael L. Fazio in Support of Samsung's Reply in
12 Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted August 23,
13 2013 Expert Report of Julie L. Davis, CPA in *Apple Inc. v. Samsung Elecs. Co., Ltd.,* Case No.
14 11-CV-01846-LHK (N.D. Cal.).  Apple has designated the document "HIGHLY
15 CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Protective Order entered in *Apple*
16 *Inc. v. Samsung Elecs. Co., Ltd*, Case No. 11-cv-1846-LHK (N.D. Cal.).

17   9.   Exhibit P to the Declaration of Michael L. Fazio in Support of Samsung's Reply in
18 Support of Motion to Exclude Opinions of Certain of Apple's Experts, the Errata to Todd C.
19 Mowry, Ph.D Transcript – 4/24/12, dated June 6, 2012.  Apple has designated the document
20 "Highly Confidential - Attorneys' Eyes Only" under the Protective Order entered in this case.

21   10.   Exhibit Q to the Declaration of Michael L. Fazio in Support of Samsung's Reply in
22 Support of Motion to Exclude Opinions of Certain of Apple's Experts, the March 22, 2012 Second
23 Supplemental Expert Report of Todd C. Mowry Regarding Infringement and Validity of U.S.
24 Patent No. 5,946,647 in *Apple Inc. v. Motorola, Inc.*, Case No. 11-CV-8540 (RAP) (N.D. Ill.).
25 Apple has designated the document "Highly Confidential - Attorneys' Eyes Only" under the
26 Protective Order entered in this case.

27   11.   Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has
28 been filed electronically with the Court and served on all parties.

12. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2013, at Los Angeles, California.

*/s/ Michael L. Fazio*

Michael L. Fazio