1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10   APPLE INC., a California corporation,        CASE NO. 12-CV-00630-LHK

11              Plaintiff,                         **[PROPOSED] ORDER GRANTING
                                                  SAMSUNG'S ADMINISTRATIVE**
12         vs.                                     **MOTION TO FILE DOCUMENTS
                                                  UNDER SEAL**
13   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
14   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
15   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's

3  Administrative Motion to File Documents Under Seal.  Apple Inc. has filed a declaration as

4  required under Civil Local Rule 79-5(e) providing evidence of good cause shown for this Court to

5  permit filing under seal.

6    Having considered Samsung's motion, and for good cause having been shown, the Court

7  GRANTS Samsung's motion and ORDERS sealed the portions listed below.

8

9

| Document | Sealable Portions |
|---|---|
| The confidential, unredacted version of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts. | Green highlighted portions; blue highlighted portions. |
| Exhibit C to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the September 13, 2013 Rebuttal Expert Report of David Reibstein. | Entire document. |
| Exhibit D to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted September 27, 2013 Deposition of John Hauser. | Yellow highlighted portion. |
| Exhibit G to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted September 13, 2013 Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414. | Yellow highlighted portion. |
| Exhibit H to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted transcript of the September 25, 2013 Deposition of Dr. Alex Snoeren. | Entire document. |
| Exhibit K to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted | Entire document. |

[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL

| | |
|---|---|
| August 23, 2013 Expert Report of Julie L. Davis, CPA in *Apple Inc. v. Samsung Elecs. Co., Ltd.,* Case No. 11-CV-01846-LHK (N.D. Cal.) | |
| Exhibit P to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the Errata to Todd C. Mowry, Ph.D Transcript – 4/24/12, dated June 6, 2012 | Entire document. |
| Exhibit Q to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts, the March 22, 2012 Second Supplemental Expert Report of Todd C. Mowry Regarding Infringement and Validity of U.S. Patent No. 5,946,647 in *Apple Inc. v. Motorola, Inc.*, Case No. 11-CV-8540 (RAP) (N.D. Ill.). | Entire document. |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge