1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
3 | kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
4 | San Francisco, California 94111
Telephone: (415) 875-6600
5 | Facsimile: (415) 875-6700

6 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
7 | Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
8 | 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
9 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100
10
William C. Price (Bar No. 108542)
11 | williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
12 | michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
13 | Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
14 | Facsimile:  (213) 443-3100

15 | Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
16 | AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

17

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 21          Plaintiff, | |
| 22     vs. | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF  MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS** |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26          Defendants. | Date:  January 23, 2014
Time:  1:30 p.m.
Place: Courtroom 8, 4th Floor
Judge: Honorable Lucy H. Koh |

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Steven M. Shugan in Support of Opposition to Google's Third Daubert Motion in *Oracle Am., Inc., v. Google, Inc.,* Case No. CV 10-03561 WHA (N.D. Cal. Feb. 24, 2012).

3. Attached hereto as Exhibit B is a true and correct copy of the excerpted September 13, 2013 Expert Report of Tülin Erdem.

4. Attached hereto as Exhibit C is a true and correct copy of the excerpted September 13, 2013 Rebuttal Expert Report of David Reibstein.

5. Attached hereto as Exhibit D is a true and correct copy of the excerpted transcript of the September 27, 2013 deposition of John R. Hauser.

6. Attached hereto as Exhibit E is a true and correct copy of Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar (Redacted) from *Microsoft Corp. v Motorola Inc.,* Case No. C10-1823-JLR (W.D. Wash. Sept. 10, 2012).

7. Attached hereto as Exhibit F is a true and correct copy of the Order Denying Motion for Permanent Injunction in *Apple Inc. v. Samsung Elecs. Co., Ltd.,* Case No. 11-CV-01846-LHK (N.D. Cal Dec. 17, 2012).

8. Attached hereto as Exhibit G is a true and correct copy of the excerpted September 13, 2013 Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patents Nos. 6,847,959 and 7,761,414.

9. Attached hereto as Exhibit H is a true and correct copy of the excerpted transcript of the September 25, 2013 Deposition of Dr. Alex Snoeren.

-1-    Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF MICHAEL L. FAZIO ISO SAMSUNG'S REPLY ISO SAMSUNG'S MOTION TO EXCLUDE

10. Attached hereto as Exhibit I is a true and correct copy of the (In Chambers) Order Re Apple's Motion to Exclude the Surveys, Expert Reports, and Opinions of Howard Marylander and James Berger and References Thereto by Joseph Gemini (Dkt. 424) from *NetAirus Techs., LLC v. Apple, Inc.,* Case No. LA CV10-03257 JAK (Ex) (C.D. Cal. Oct. 23, 2013).

11. Attached hereto as Exhibit J is a true and correct copy of the Order Conditionally Granting Apple's Motion to Exclude HTC Settlement Agreement and to Strike Expert Opinion Regarding Same (Redacted) in *Apple Inc. v. Samsung Elecs. Co., Ltd.,* Case No. 11-CV-01846-LHK (N.D. Cal. Nov. 7, 2013).

12. Attached hereto as Exhibit K is a true and correct copy of the excerpted August 23, 2013 Expert Report of Julie L. Davis, CPA in *Apple Inc. v. Samsung Elecs. Co., Ltd.,* Case No. 11-CV-01846-LHK (N.D. Cal.).

13. Attached hereto as Exhibit L is a true and correct copy of the excerpted August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

14. Attached hereto as Exhibit M is a true and correct copy of the excerpted September 13, 2013 Expert Report of Judith A. Chevalier, Ph.D.

15. Attached hereto as Exhibit N is a true and correct copy of the Order Re: Design Around Start Dates in *Apple Inc. v. Samsung Elecs. Co., Ltd.,* Case No. 11-CV-01846-LHK (N.D. Cal. Nov. 7, 2013).

16. Attached hereto as Exhibit O is a true and correct copy of the Order Re: Objections Regarding Musika, Paltian, Zorn, Bederson, Bogue, Forlines, and Yang; Order Granting Apple's Motion to Exclude Testimony in *Apple Inc. v. Samsung Elecs. Co., Ltd.,* Case No. 11-CV-01846-LHK (N.D. Cal. Aug. 12, 2012).

17. Attached hereto as Exhibit P is a true and correct copy of the Errata to Todd C. Mowry, Ph.D Transcript – 4/24/12, dated June 6, 2012.

18. Attached hereto as Exhibit Q is a true and correct copy of the March 22, 2012 Second Supplemental Expert Report of Todd C. Mowry Regarding Infringement and Validity of U.S. Patent No. 5,946,647 in *Apple Inc. v. Motorola, Inc.*, Case No. 11-CV-8540 (RAP) (N.D. Ill.).

1  19. Attached hereto as Exhibit R is a true and correct copy of the June 7, 2012 Trial
2 Transcript of Proceedings Before the Honorable Richard A. Posner in *Apple, Inc. v. Motorola,*
3 *Inc.*, Case No. 1:11-cv-08540 (N.D. Ill.).
4  20. Attached hereto as Exhibit S is a true and correct copy of a document produced in
5 this litigation bearing the Bates number APLNDC630-0001911803-1811.
6  21. Attached hereto as Exhibit T is a true and correct copy of a document produced in
7 this litigation bearing the Bates number APLNDC630-0001911812-1822.

9  I declare under penalty of perjury that the foregoing is true and correct.  Executed in Los
10 Angeles, California on November 14, 2013.

  By */s/ Michael L. Fazio*
  Michael L. Fazio