# EXHIBIT B

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-00630-LHK |

**REBUTTAL EXPERT REPORT OF TÜLIN ERDEM**
**SEPTEMBER 13, 2013**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

I. QUALIFICATIONS AND STATEMENT OF ASSIGNMENT

A. *Qualifications*

1. I am the Leonard N. Stern Professor of Business Administration and Professor of Marketing at the Stern School of Business, New York University. I previously served as the Co-Director of the Center for Digital Economy Research and the Director of the Stern Center for Measurable Marketing.

2. Before joining the Stern School of Business in 2006, I was the E.T. Grether Professor of Business Administration and Marketing at the Haas School of Business, University of California at Berkeley. I joined the Haas School of Business in 1993 and served as the Associate Dean for Academic Affairs and the Marketing Group Chair, the Ph.D. Director at the Haas School of Business and the Chair of the campus wide Committee on Research (COR) at the University of California, Berkeley. I was also the Berkeley representative at the University of California system wide Committee on Research.

3. I hold a BA from Boğazici University and an MA in Economics and a Ph.D. in Business Administration, with a major in marketing and minors in economics and statistics, from the University of Alberta. My research interests include advertising, brand management and equity, consumer behavior and choice, decision-making under uncertainty, econometric modeling, marketing mix effectiveness, marketing research and pricing. I have published several papers in top field journals and have received best paper awards, as well as major research grants, including two major National Science Foundation (NSF) grants.

4. I served as the editor-in-chief of the Journal of Marketing Research, the preeminent academic journal of the American Marketing Association, which publishes work on consumer behavior, marketing science models, marketing strategy and marketing research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

methodologies.  I also served as an Area Editor at Marketing Science and Associate Editor at Quantitative Marketing and Economics and the Journal of Consumer Research.  I serve as an editorial board member of many scholarly journals, including Journal of Consumer Research, Journal of the Academy of Marketing Science, Marketing Letters and International Journal of Research in Marketing.  I also was the President of the INFORMS Marketing Society (ISMS).

5. I have 20 years of teaching experience, during which I have taught branding, brand and product management, marketing management and international marketing in undergraduate, MBA and executive education programs.  I also have taught doctoral seminars on consumer choice modeling and empirical modeling.

6. From 2008 to 2012, I was an Academic Partner at Prophet, a branding and marketing consultancy firm. A complete list of my publications, honors, awards and professional activities is provided in my CV, attached in Appendix A.

7. I have served as an expert witness in several cases. The list of cases where I submitted my testimony is available in Appendix B.

   B. *Assignment*

8. INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

55. INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

C. *Decision-Making in Complex Decision Environments and Use of Heuristics*

56. When the decision-making environment is simple, consumers are likely to evaluate each product and the attributes of those products in a systematic manner. Because they review all products and all product-attributes, they can trade off the existence or the level of one attribute for the lack of or level of another attribute. A decision strategy is *compensatory* when good values on one attribute can offset poor values on another. In simple decision

---

[87] Orquin, Jacob L. and Simone Mueller Loose (2013) "Attention and Choice: A Review on Eye Movements in Decision-Making," *Acta Psychologica*, 144, 190-216.
[88] Gilbrede, Timothy J. and Greg M. Allenby (2006), "Estimating Heterogeneous EBA and Economic Screening Rule Choice Models," *Marketing Science,* 25(5), 494-509.

environments, consumers are likely to employ compensatory strategies in decision making.[89] Consumers are able to use compensatory strategies in simple decision environments in part because they review each attribute value for each product and thus have the basis for a potential tradeoff.

57. The consumer decision making process changes when the task or context is complex. A decision task or context is more complex the higher are/is the following: i) the number of product/alternative attributes and/or ii) the number and range of attribute levels and/or iii) the number of alternatives iv) the number of non-dominant alternatives (alternatives that provide similar overall utility levels) and/or v) the number of choice sets and/or vi) the number of negatively correlated attributes.[90] An additional reason for the use of heuristics in complex decision environments is that consumers may be uncertain about their own preferences, that is, importance weights they attach to different attributes.[91] Many purchasing decision environments are complex. For example, cars, computers, GPSs and mobile devices are commonly considered as complex decision environments for most consumers since these markets are characterized by a large number of options and many different attributes that vary across options.[92]

58. As information load or task complexity increases, people are more inclined to employ

---

[89] *See*, for example, Payne, J. W. (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," *Organizational Behavior and Human Performance*, 16, 366–387.
[90] Attributes are negatively correlated if they require trade-offs, e.g. big screen costs more. See, also, Swait, Joffre and Wiktor Adamowicz (2001), "The Influence of Task Complexity on Consumer Choice: A Latent Class Model of Decision Strategy Switching," *Journal of Consumer Research*, 28 (1), 135-148.
[91] Bettman, James R., Mary Frances Luce and John W. Payne (1998), "Constructive Consumer Choice Processes," *Journal of Consumer Research*, 25(3), 187-217.
[92] Hauser, John, R., Min Ding, Steven P. Gaskin (2009), "Non-Compensatory (and Compensatory) Models of Consideration-Set Decisions," *Proceedings of the Sawtooth Software Conference*.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

"decision heuristics" that demand less cognitive effort.[93] Decision heuristics are "rules of thumb" or shortcuts that simplify decision tasks relative to the cognitive effort associated with the fully rational utility maximization (neoclassical) model by: 1) simplifying the importance weights applied to reviewed attributes (for example, equal weights for all attributes); 2) reducing the share of information reviewed – skipping information; 3) reviewing information selectively such that certain salient attributes receive greater consideration; 4) reviewing information selectively such that certain products receive greater consideration; and 5) increasing pairwise comparison of attributes (rather than review of attribute values in one product before reviewing another product's attribute values). Such heuristics save on costs of thinking (information processing costs) when consumers face complex decision tasks.[94] These heuristics allow fast decisions with acceptable deviation from the optimum (i.e., the most preferred alternative, had all the information been collected, reviewed and all trade-offs considered).[95]

59. Most of the decision heuristics used by consumers are ''non-compensatory heuristics" – that is they involve selective information processing and information skipping which prevents

---

[93] *See*, for example, Payne, J. W. (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," *Organizational Behavior and Human Performance*, 16, 366–387; Payne, John. W. and Myron L. Braunstein (1978), "Risky choice: An Examination of Information Acquisition Behavior*,*" *Memory and Cognition*, 6, 554–561; Lussier, Denis A. and Richard W. Olshavsky (1979), "Task Complexity and Contingent Processing in Brand Choice," *Journal of Consumer Research*, 6, 154–165; Wahlers, Russell G. (1982), "Number of Choice Alternatives and Number of Product Characteristics as Determinants of the Consumer's Choice of an Evaluation Process Strategy," in *Advances in Consumer Research*, ed. Andrew Mitchell (Ann Arbor, MI: Association for Consumer Research), at 547; Payne, John. W., James R. Bettman, and Eric J. Johnson (1990), "The Adaptive Decision-Maker: Effort and Accuracy in Choice," in *Insights in Decision Making*, ed. R. M. Hogarth (Chicago, IL: University of Chicago Press); Swait, Joffre and Wictor Adamowicz (2001), "The Influence of Task Complexity on Consumer Choice: A Latent Class Model of Decision Strategy Switching," *Journal of Consumer Research*, 28 (1), 135-148; Swait, Joffre (2001), "A Non-compensatory Choice Model Incorporating Attribute Cutoffs," *Transportation Research Part B*, 35, 903–928.
[94] *See*, for example, Shugan, Steven (1980), "The Cost of Thinking," *Journal of Consumer Research*, 7(2), 99-111.
[95] *See*, for example, Payne, John. W., James R. Bettman, and Eric J. Johnson (1993). *The Adaptive Decision Maker*. Cambridge, England: Cambridge University Press; Bettman, James R., Mary F. Luce, and John W. Payne (1998), "Constructive Choice Processes," *Journal of Consumer Research*, 25(3), 187-217.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

tradeoffs between unobserved attributes, and often precludes tradeoffs even among observed attributes.[96] Only heuristics that simplify the importance weights attached to each attribute are compensatory. Importantly then, when non-compensatory heuristics are used, not all attributes are considered when a decision is made *and* not all attributes can be traded-off with one another.[97]

60. When using non-compensatory heuristics, consumers process only a subset of attribute information.[98] For example, Streufert (1970) suggested a limit of less than 10 items/attributes on the span of perceptual dimensionality, beyond which an individual's information processing ability decreases.[99] Olson and Jacoby (1972) found that consumers typically used only three to seven attributes (out of 12–15 available) to make a purchase decision.[100] Wilkie and Weinreich (1972) reported similar results.[101] Similarly, consumers often consider a small subset of all products/alternatives they are aware of and use heuristics to decide which brands to consider. For example, Hauser and Wernerfelt (1990) the mean consideration set size was between 2.6 to 8.1 options in frequently purchased packaged consumer goods markets.[102] In the US, consideration-set sizes for most consumer package goods categories are

---

[96] Tseng, L. P. Douglas and Yuan-shuh Lii (2006), "The Role of Attribute Order and Number Effects in Consumers Multiattribute Preferential Decisions," *Research in Consumer Behavior*, 10, 165-183.
[97] Payne, John. W., James R. Bettman, and Eric J. Johnson (1988), "Adaptive Strategy Selection in Decision Making," *Journal of Experimental Psychology: Learning, Memory, and Cognition*, 14, 534–552.
[98] Klein, Noreen M. (1983), "Utility and Decision Strategies: A Second Look at the Rational Decision Maker," *Organizational Behavior and Human Performance*, 31, 1–25. Tseng, L. P. Douglas and Yuan-shuh Lii (2006), "The Role of Attribute Order and Number Effects in Consumers Multiattribute Preferential Decisions," *Research in Consumer Behavior*. 10, 165-183.
[99] Streufert, Siegfried (1970), "Complexity and Complex Decision-Making: Convergences Between Differentiation and Integration Approaches to the Prediction of Task Performance," *Journal of Experimental Social Psychology*, 6, 494–509.
[100] Olson, Jerry C. and Jacob Jacoby (1972), "Cue Utilization in the Quality Perception Process," in *SV - Proceedings of the Third Annual Conference of the Association for Consumer Research*, ed. M. Venkatesan, Chicago, IL: Association for Consumer Research, at 167-179.
[101] Wilkie, William L. and Rolf P. Weinreich (1972), "Effects of the Number and Type of Attributes Included in an Attitude Model: More is Not Better," in *Proceedings, third annual conference* (College Park, MD: Association for Consumer Research), at 325–340).
[102] Hauser, John R. and Birger Wernerfelt (1990), "An Evaluation Cost Model of Consideration*,*" *Journal of Consumer Research,* 16(4), 393-408.

approximately 1/10th of the number of brands that are available to consumers in the product category,[103] indicating extensive selectivity in information consideration.

61. In summary, consumers often use heuristics when they have limited cognitive processing capacity,[104] when they engage in a complex choice task such as facing a large choice set,[105] and when they have limited familiarity with the alternatives.[106] In most cases, the use of heuristics results in skipping of product-attribute information, and selective information processing with increased attention to particular attributes and products.

62. Furthermore, if a product has multiple features/attributes, consumers may focus only on a subset of features/attributes to evaluate and compare options, and research has shown that consumers may consider a smaller subset of options when the number of choices increases.[107]  Research in consumer behavior suggests that heuristics are likely to be used in complex decision environments in both the consideration and choice stages of the purchase process. However, consumers use different decision rules or heuristics in the consideration stage than in the choice stage, due to the sheer amount of information that consumers have to review in the early phase of a decision process.[108]

63. In one influential article, Payne (1976) asked his subjects to choose among two, six or twelve

---

[103] Hauser, John. R. (2013), "Consideration-Set Heuristics," *Journal of Business Research*, Forthcoming.
[104] *See*, for example, Payne, John W., Bettman, James R., and Johnson, Eric J. (1988), "Adaptive Strategy Selection in Decision Making*," Journal of Experimental Psychology: Learning, Memory, and Cognition*, 14, 534–552; Jedidi Kamel and Rajeev Kohli (2005), "Probabilistic Subset Conjunctive Models for heterogeneous Consumers*," Journal of Marketing Research*, 42 (November), 483-94.
[105] Bettman, John W. (1979). *An Information Processing Theory of Consumer Choice*. Reading, MA: Addison-Wesley Publishing.
[106] Roberts, J. H. and James M. Lattin (1991), "Development and Testing of A Model of Consideration Set Formation," *Journal of Marketing Research*, 28 (November), 429-40.
[107] Payne, John. W. (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," *Organizational Behavior and Human Performance*, 16, 366–387.
[108] Hauser, John, Min Ding, Steven Gaskin (2009), "Non-Compensatory (and Compensatory) Models of Consideration-Set Decisions," *Proceedings of the Sawtooth Software Conference*, March 2009.

hypothetical apartments.[109] Information was available about each apartment with respect to either four, eight, or twelve attributes of the apartments such as rent, cleanliness, landlord attitude, noise level, etc. As the number of alternatives and/or the number of attributes increased, the subjects were progressively less thorough in their inspections. Payne's results illustrate a commonly observed characteristic of representation and evaluation of alternatives – subjects appear to review remarkably few of the alternatives' attributes. One explanation of this phenomenon is that people have limited cognitive capacity, resulting in the use of heuristics to simplify the decision-making process.[110]

### D. *Heuristics in Purchase Decision Making Can Be Traced and Identified Most Effectively via Eye Tracking Technology*

64. INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

65. INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

---

[109] Payne, John W. (1976), "Task Complexity and Contingent Processing in Decision-Making: An Information Search and Protocol Analysis," *Organizational Behavior and Human Performance*, 16, 366-387.
[110] Payne, John W., James R. Bettman, and Eric J. Johnson (1988). "Adaptive Strategy Selection in Decision Making," Journal of Experimental Psychology: Learning, Memory, and Cognition, 14(3), 534-52.
[111] INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

350. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*

_____

Signed on September 13, 2013 at New York, New York