# EXHIBIT D

## REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

1           UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4    -------------------------------X

     APPLE INC., a California

5    corporation,

6                    Plaintiff,

                           Case No. 12-cv-00630

7            VS.

8    SAMSUNG ELECTRONICS CO., LTD.,

     A Korean corporation; SAMSUNG

9    ELECTRONICS AMERICA, INC., a

     New York corporation; SAMSUNG

10   TELECOMMUNICATIONS AMERICA,

     LLC, a Delaware limited

11   liability company,

12                   Defendants.

     -------------------------------X

13

14

15          VIDEOTAPED DEPOSITION

16                  OF

17              JOHN HAUSER

18       Friday, September 27, 2013

19           200 Park Avenue

20          New York, New York

21

22

23   Reported by:

     AYLETTE GONZALEZ, CLR

24   JOB NO. 66029

25

1    INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

11:39

11        Q.   My question is two-part then.  Did

12   you seek to identify the most important

13   features to use as distraction features?

14             MR. TORCHIA:  Objection; form,

15        asked an answered.                          11:39

16             You can respond.

17        A.   As I said, I -- before we do the

18   conjoint analysis, we don't know how important

19   they are.  That's what conjoint analysis does,

20   it measures how important they are.  So we      11:39

21   make some guesses.  And had we guessed wrong

22   and had those distraction features been all

23   unimportant features, we may have had to redo

24   the study.

25             But that wasn't the case.  Those      11:39

Page 80

1    distraction features did have some reasonable

2    importance, so they were valid distraction

3    features.

4         Q.   I'm not asking whether or not they

5    had some importance based on the results of        11:39

6    your survey.  I'm asking, was it your

7    intention to identify as distraction features

8    the most important features of the phone?

9              MR. TORCHIA:  Objection; form,

10             asked and answered.                       11:40

11        A.   You -- to -- the conjoint analysis

12   to study -- to figure out what's most

13   important, not a -- you just can't go to the

14   website and say they promoted this, they

15   promoted that; therefore, this is important    11:40

16   and that isn't.  That -- that's not -- that's

17   not really a valid way of doing that analysis.

18   So why would I do an invalid study?

19        Q.   I'm not asking you to do an invalid

20   study.  What I'm asking you is, was it -- did   11:40

21   you attempt to identify the most important

22   features to purchasers of Samsung accused

23   products and use those as distraction

24   features?

25             MR. TORCHIA:  Objection to form;     11:40

1          asked and answered.

2          A.   I -- without doing a preference

3    study, you can't do it, you can't identify the

4    most important features.  That's what the

5    preference study does.  So I wouldn't -- I                    11:41

6    wouldn't have done it because it's not

7    something that would have been done.

8              What I did is, I made some

9    judgments based upon what we found out there,

10   that these studies -- these distraction                       11:41

11   features would be of some reasonable

12   importance.

13          Q.    INTENTIONALLY OMITTED FROM EXHIBIT/
                  RECORD

                                                                   11:41

Page 305

1    INTENTIONALLY OMITTED FROM EXHIBIT/RECORD



22

17:48





INTENTIONALLY OMITTED FROM EXHIBIT/
RECORD

17:50

Page 322

1        MR. TORCHIA:  Thank you,

2    Dr. Hauser.  I have nothing.

3        THE VIDEOGRAPHER:  It's 6:13 p.m.

4    We're going off the record.

5        (Whereupon, at 6:13 p.m., the

6    Examination of this Witness was

7    concluded.)

8

9

    _____

10                JOHN HAUSER

11

12   Subscribed and sworn to before me

13   This _____ day of _____, 2013.

14

    _____

15            NOTARY PUBLIC

16

17

18

19

20

21

22

23

24

25

1                  C E R T I F I C A T E

2

3    STATE OF NEW YORK          )

                               :  SS.:

4    COUNTY OF RICHMOND         )

5

6            I, AYLETTE GONZALEZ, a Notary Public

7    for and within the State of New York, do

8    hereby certify:

9            That the witness, JOHN HAUSER, whose

10   examination is hereinbefore set forth was

11   duly sworn and that such examination is a

12   true record of the testimony given by that

13   witness.

14           I further certify that I am not

15   related to any of the parties to this action

16   by blood or by marriage and that I am in no

17   way interested in the outcome of this matter.

18           IN WITNESS WHEREOF, I have hereunto

19   set my hand this 27th day of September, 2013.

20

21   _____

              AYLETTE GONZALEZ

22         (Notary Public No. 01G06228612

            Expiration date:  9/27/2014)

23

24

25