# EXHIBIT L

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC. <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC <br><br> Defendants. | CASE NO.12-cv-00630-LHK |

# OPENING EXPERT REPORT OF
# CHRISTOPHER A. VELLTURO, PH.D.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD [546]

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

### a. Dates of Negotiation and Notice Dates

332. I understand that, under the assumptions that govern the hypothetical negotiation of a reasonable royalty, the hypothetical negotiation is assumed to take place before the first infringement of the Asserted Patents (although reasonable royalty damages only begin to accrue for each patent (other than the '647) at a later date). I understand further that Apple asserts that Samsung began infringing the '414, '647, and '959 Patents on June 15, 2011, when Samsung released the first Accused Product in the U.S., and that Samsung began infringing the remaining Asserted Patents when they issued later in 2011: September 6, 2011, for the '760 Patent; October 25, 2011, for the '721 Patent; and December 6, 2011, for the '172 Patent. I therefore assume that the hypothetical negotiation for a license to each Asserted Patent would have occurred just before the date that patent was first infringed.

333. INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

---

[546] INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

August 12, 2013                                   _____
                                                  Dr. Christopher A. Vellturo

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD