# EXHIBIT M

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE No. 12-cv-00630-LHK |

**EXPERT REPORT OF JUDITH A. CHEVALIER, PH.D.**

**SEPTEMBER 13, 2013**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

### 1.  Date of Hypothetical Negotiation

291.  According to the Federal Circuit, the date of a hypothetical negotiation is the date at which infringement of a valid and enforceable patent first occurred.[677]  In this case, the earliest of the patents-in-suit to issue did so in August 1999.[678]  The first commercial sale of an accused product occurred in June 2011.[679]  Thus, the earliest date of the hypothetical negotiation for the patents-at-issue is June 2011.

---

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

[677] *See Wang Labs., Inc. v. Toshiba Corp.*, 993 F.2d 858 (Fed. Cir. 1993).
[678] Exhibit 23.
[679] Exhibits 26A-26J.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

292.    Each of the asserted patents has a different issue date.  The '647, '959 and '414 patents pre-date the first accused sale.[680]  Thus I have assumed the hypothetical negotiation for these patents would have occurred in or around June 2011.  The remaining patents issued in late 2011, between three and six months after what would have been the first negotiation.  Strict application of the hypothetical negotiation construct would suggest negotiation for the '760 patent on September 6, 2011, for the '721 patent on October 25, 2011, and for the '172 patent on December 6, 2011.  Dr. Vellturo and I appear to be in agreement regarding the hypothetical negotiation dates.[681]

### 2.     Parties to the Negotiation

293.    The parties to the hypothetical negotiation are the patent holder at the time of first alleged infringement and the alleged infringer(s).  For purposes of this report, I have assumed that the hypothetical negotiation would take place between Apple (the owner of the patents-in-suit) and Samsung.  Dr. Vellturo and I appear to be in agreement regarding the parties to the negotiation.[682]

### B.     Reasonable Royalty Analysis

294.    INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

---

[680] The patents issued on 8/31/1999, 1/25/2005, and 7/20/2010, respectively. *See* Exhibit 23.
[681] Vellturo Report, at 124.
[682] Vellturo Report, at 123.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

_____

JUDITH A. CHEVALIER