# EXHIBIT S

# ABSource Reference

 Developer

APLNDC630-0001911803

# Contents

**ABSource Reference**   3

Overview   3
Functions   3
    ABAddressBookCopyArrayOfAllSources   3
    ABAddressBookCopyDefaultSource   4
    ABAddressBookGetSourceWithRecordID   4
Data Types   5
    ABSourceType   5
Constants   5
    Searchable Sources   5
    Source Types   6
    Source Properties   7

**Document Revision History**   8

2010-03-29   |   Copyright © 2010 Apple Inc. All Rights Reserved.

APLNDC630-0001911804

# ABSource Reference

| | |
|---|---|
| **Framework** | AddressBook/AddressBook.h |
| **Declared in** | ABSource.h |

## Overview

Sources of contact information are represented by instances of the `ABRecordRef` opaque type, whose record type is `kABSourceType`. Examples of sources include the local address book database, CardDAV servers, and social networking sites.

Not all sources support groups. Each record in the address book database can belong to only one source. Folders from Exchange accounts are represented in the address book database as sources.

## Functions

### ABAddressBookCopyArrayOfAllSources

*Returns an array of all sources in the address book.*

```
CFArrayRef ABAddressBookCopyArrayOfAllSources (
    ABAddressBookRef addressBook
);
```

**Parameters**
`addressBook`
> The address book whose source records are being returned.

**Return Value**
Array containing the source records in `addressBook`.

**Availability**
Available in iOS 4.0 and later.

2010-03-29   |   Copyright © 2010 Apple Inc. All Rights Reserved.

APLNDC630-0001911805

**Related Sample Code**
ABUIGroups

**Declared in**
`ABSource.h`

## ABAddressBookCopyDefaultSource

*Returns the default source.*

```
ABRecordRef ABAddressBookCopyDefaultSource (
   ABAddressBookRef addressBook
);
```

**Parameters**
`addressBook`
> The address book whose default source is being returned.

**Return Value**
The default source record.

**Discussion**
This is the source used when creating new records if no source is specified.

**Availability**
Available in iOS 4.0 and later.

**Declared in**
`ABSource.h`

## ABAddressBookGetSourceWithRecordID

*Returns the source record with the given record ID.*

```
ABRecordRef ABAddressBookGetSourceWithRecordID (
   ABAddressBookRef addressBook,
   ABRecordID sourceID
);
```

APLNDC630-0001911806

**Parameters**

`addressBook`
    The address book in which to search for `recordID`.

`sourceID`
    The record identifier to seek in `addressBook`.

**Return Value**

If found, the source record with `recordID` as its identifier, otherwise `NULL`.

**Availability**

Available in iOS 4.0 and later.

**Declared in**

`ABSource.h`

## Data Types

### ABSourceType

Indicates a source type. See "Source Properties" (page 7).

`typedef int ABSourceType;`

**Availability**

Available in iOS 4.0 and later.

**Declared in**

`ABSource.h`

## Constants

### Searchable Sources

Indicates that a source is searchable.

`#define kABSourceTypeSearchableMask  0x01000000`

APLNDC630-0001911807

**Constants**

`kABSourceTypeSearchableMask`

    Indicates that a source is searchable.

    Available in iOS 4.0 and later.

    Declared in `ABSource.h`.

## Source Types

*These constants identify the type of a source.*

```
enum {
    kABSourceTypeLocal       = 0x0,
    kABSourceTypeExchange    = 0x1,
    kABSourceTypeExchangeGAL = kABSourceTypeExchange | kABSourceTypeSearchableMask,
    kABSourceTypeMobileMe    = 0x2,
    kABSourceTypeLDAP        = 0x3 | kABSourceTypeSearchableMask,
    kABSourceTypeCardDAV     = 0x4,
    kABSourceTypeCardDAVSearch = kABSourceTypeCardDAV | kABSourceTypeSearchableMask,
};
typedef int ABSourceType;
```

**Constants**

`kABSourceTypeLocal`

    Local address book database.

    Available in iOS 4.0 and later.

    Declared in `ABSource.h`.

`kABSourceTypeExchange`

    Exchange server.

    Available in iOS 4.0 and later.

    Declared in `ABSource.h`.

`kABSourceTypeExchangeGAL`

    Exchange Global Address List.

    Available in iOS 4.0 and later.

    Declared in `ABSource.h`.

`kABSourceTypeMobileMe`

    MobileMe.

    Available in iOS 4.0 and later.

    Declared in `ABSource.h`.

APLNDC630-0001911808

`kABSourceTypeLDAP`
> LDAP server.
>
> Available in iOS 4.0 and later.
>
> Declared in `ABSource.h`.

`kABSourceTypeCardDAV`
> CardDAV server.
>
> Available in iOS 4.0 and later.
>
> Declared in `ABSource.h`.

`kABSourceTypeCardDAVSearch`
> Searchable CardDAV server.
>
> Available in iOS 4.0 and later.
>
> Declared in `ABSource.h`.

## Source Properties

*These constants identify source properties.*

```
const ABPropertyID kABSourceNameProperty;
const ABPropertyID kABSourceTypeProperty;
```

**Constants**

`kABSourceNameProperty`
> The name of the source. Type: `kABStringPropertyType`.
>
> Available in iOS 4.0 and later.
>
> Declared in `ABSource.h`.

`kABSourceTypeProperty`
> The type of the source. Type: `ABSourceType` (page 5)
>
> Available in iOS 4.0 and later.
>
> Declared in `ABSource.h`.

APLNDC630-0001911809

# Document Revision History

This table describes the changes to *ABSource Reference*.

| Date | Notes |
|---|---|
| 2010-03-29 | New document that describes Address Book sources. |

APLNDC630-0001911810

Apple Inc.
Copyright © 2010 Apple Inc.
All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, mechanical, electronic, photocopying, recording, or otherwise, without prior written permission of Apple Inc., with the following exceptions: Any person is hereby authorized to store documentation on a single computer for personal use only and to print copies of documentation for personal use provided that the documentation contains Apple's copyright notice.

No licenses, express or implied, are granted with respect to any of the technology described in this document. Apple retains all intellectual property rights associated with the technology described in this document. This document is intended to assist application developers to develop applications only for Apple-labeled computers.

Apple Inc.
1 Infinite Loop
Cupertino, CA 95014
408-996-1010

Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries.

MobileMe is a service mark of Apple Inc., registered in the U.S. and other countries.

iOS is a trademark or registered trademark of Cisco in the U.S. and other countries and is used under license.

**Even though Apple has reviewed this document, APPLE MAKES NO WARRANTY OR REPRESENTATION, EITHER EXPRESS OR IMPLIED, WITH RESPECT TO THIS DOCUMENT, ITS QUALITY, ACCURACY, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. AS A RESULT, THIS DOCUMENT IS PROVIDED "AS IS," AND YOU, THE READER, ARE ASSUMING THE ENTIRE RISK AS TO ITS QUALITY AND ACCURACY.**

**IN NO EVENT WILL APPLE BE LIABLE FOR DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES RESULTING FROM ANY DEFECT OR INACCURACY IN THIS DOCUMENT, even if advised of the possibility of such damages.**

**THE WARRANTY AND REMEDIES SET FORTH ABOVE ARE EXCLUSIVE AND IN LIEU OF ALL OTHERS, ORAL OR WRITTEN, EXPRESS OR IMPLIED.** No Apple dealer, agent, or employee is authorized to make any modification, extension, or addition to this warranty.

Some states do not allow the exclusion or limitation of implied warranties or liability for incidental or consequential damages, so the above limitation or exclusion may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

APLNDC630-0001911811