# EXHIBIT T

# EKSource Class Reference


Developer

APLNDC630-0001911812

# Contents

**EKSource Class Reference**   3

Overview   3
Tasks   3
   Accessing Source Properties   3
   Accessing Calendars   4
Properties   4
   sourceIdentifier   4
   sourceType   4
   title   4
Instance Methods   5
   calendarsForEntityType:   5
Constants   5
   EKSourceType   5
   EKEntityType   7
   EKEntityMask   7

**Deprecated EKSource Methods**   9
Deprecated in iOS 6.0   9
   calendars   9

**Document Revision History**   10

2012-07-17   |   Copyright © 2012 Apple Inc. All Rights Reserved.

APLNDC630-0001911813

# EKSource Class Reference

| | |
|---|---|
| Inherits from | EKObject : NSObject |
| Conforms to | NSObject (NSObject) |
| Framework | /System/Library/Frameworks/EventKit.framework |
| Availability | Available in iOS 5.0 and later. |
| Declared in | EKSource.h <br> EKTypes.h |

## Overview

An instance of the `EKSource` class represents the account that a calendar belongs to. You do not create instances of this class. You retrieve `EKSource` objects from an `EKEventStore` object. Use the `sources` property to get all the `EKSource` objects for an event store, and use the methods in this class to access properties of the source object.

## Tasks

### Accessing Source Properties

`sourceIdentifier` (page 4)  *property*
   A unique identifier for the source object. (read-only)

`sourceType` (page 4)  *property*
   The type of this source object. (read-only)

`title` (page 4)  *property*
   The name of this source object. (read-only)

APLNDC630-0001911814

### Accessing Calendars

— `calendarsForEntityType:` (page 5)

    Returns the calendars that belong to this source object that support a particular entity type.

  `calendars` (page 9)  *property*  Deprecated in iOS 6.0

    The calendars that belong to this source object. (read-only)

## Properties

### sourceIdentifier

*A unique identifier for the source object. (read-only)*

`@property(nonatomic, readonly) NSString *sourceIdentifier`

**Availability**
Available in iOS 5.0 and later.

**Declared in**
`EKSource.h`

### sourceType

*The type of this source object. (read-only)*

`@property(nonatomic, readonly) EKSourceType sourceType`

**Discussion**
Possible values are described in `EKSourceType` (page 5).

**Availability**
Available in iOS 5.0 and later.

**Declared in**
`EKSource.h`

### title

*The name of this source object. (read-only)*

2012-07-17   |   Copyright © 2012 Apple Inc. All Rights Reserved.

APLNDC630-0001911815

```
@property(nonatomic, readonly) NSString *title
```

**Availability**
Available in iOS 5.0 and later.

**Declared in**
`EKSource.h`

## Instance Methods

### calendarsForEntityType:

*Returns the calendars that belong to this source object that support a particular entity type.*

```
- (NSSet *)calendarsForEntityType:(EKEntityType)entityType
```

**Parameters**
`entityType`
> The entity type of either an event or a reminder.

**Return Value**
The calendars belonging to this source that support the entity type.

**Availability**
Available in iOS 6.0 and later.

**See Also**
`EKEntityType` (page 7)

**Declared in**
`EKSource.h`

## Constants

### EKSourceType

*The type of source object.*

```
typedef enum {
    EKSourceTypeLocal,
```

APLNDC630-0001911816

```
    EKSourceTypeExchange,
    EKSourceTypeCalDAV,
    EKSourceTypeMobileMe,
    EKSourceTypeSubscribed,
    EKSourceTypeBirthdays
} EKSourceType;
```

**Constants**

`EKSourceTypeLocal`

    Represents a local source.

    Available in iOS 5.0 and later.

    Declared in `EKTypes.h`.

`EKSourceTypeExchange`

    Represents an Exchange source.

    Available in iOS 5.0 and later.

    Declared in `EKTypes.h`.

`EKSourceTypeCalDAV`

    Represents a CalDAV or iCloud source.

    Available in iOS 5.0 and later.

    Declared in `EKTypes.h`.

`EKSourceTypeMobileMe`

    Represents a MobileMe source.

    Available in iOS 5.0 and later.

    Declared in `EKTypes.h`.

`EKSourceTypeSubscribed`

    Represents a subscribed source.

    Available in iOS 5.0 and later.

    Declared in `EKTypes.h`.

`EKSourceTypeBirthdays`

    Represents a birthday source.

    Available in iOS 5.0 and later.

    Declared in `EKTypes.h`.

**Discussion**

Use these values to set the `sourceType` (page 4) property.

**Availability**

Available in iOS 5.0 and later.

APLNDC630-0001911817

**Declared in**
`EKTypes.h`

## EKEntityType

*The type of entities allowed for a source.*

```
typedef enum {
    EKEntityTypeEvent,
    EKEntityTypeReminder
} EKEntityType;
```

**Constants**

`EKEntityTypeEvent`
> Represents an event.
>
> Available in iOS 6.0 and later.
>
> Declared in `EKTypes.h`.

`EKEntityTypeReminder`
> Represents a reminder.
>
> Available in iOS 6.0 and later.
>
> Declared in `EKTypes.h`.

**Availability**
Available in iOS 6.0 and later.

**Declared in**
`EKTypes.h`

## EKEntityMask

*A bitmask of `EKEntityType` for specifying multiple entities at once.*

```
typedef enum {
    EKEntityTypeEvent,
    EKEntityTypeReminder
} EKEntityMask;
```

APLNDC630-0001911818

**Constants**

`EKEntityMaskEvent`

> Represents an event.
>
> Available in iOS 6.0 and later.
>
> Declared in `EKTypes.h`.

`EKEntityMaskReminder`

> Represents a reminder.
>
> Available in iOS 6.0 and later.
>
> Declared in `EKTypes.h`.

**Availability**

Available in iOS 6.0 and later.

**Declared in**

`EKTypes.h`

APLNDC630-0001911819

# Deprecated EKSource Methods

A method identified as deprecated has been superseded and may become unsupported in the future.

## Deprecated in iOS 6.0

### calendars

*The calendars that belong to this source object. (read-only) (Deprecated in iOS 6.0.)*

`@property(nonatomic, readonly) NSSet *calendars`

**Special Considerations**

> **Note:** This property is not available on OS X.

**Availability**
Available in iOS 4.0 and later.

Deprecated in iOS 6.0.

**See Also**
— `calendarsForEntityType:` (page 5)

**Declared in**
`EKSource.h`

APLNDC630-0001911820

# Document Revision History

This table describes the changes to *EKSource Class Reference*.

| Date | Notes |
|---|---|
| 2012-07-17 | Added support for OS X Mountain Lion. |
| 2011-10-12 | New document that describes a calendar source. |

Apple Inc.
Copyright © 2012 Apple Inc.
All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, mechanical, electronic, photocopying, recording, or otherwise, without prior written permission of Apple Inc., with the following exceptions: Any person is hereby authorized to store documentation on a single computer for personal use only and to print copies of documentation for personal use provided that the documentation contains Apple's copyright notice.

No licenses, express or implied, are granted with respect to any of the technology described in this document. Apple retains all intellectual property rights associated with the technology described in this document. This document is intended to assist application developers to develop applications only for Apple-labeled computers.

Apple Inc.
1 Infinite Loop
Cupertino, CA 95014
408-996-1010

Apple, the Apple logo, and OS X are trademarks of Apple Inc., registered in the U.S. and other countries.

iCloud and MobileMe are service marks of Apple Inc., registered in the U.S. and other countries.

iOS is a trademark or registered trademark of Cisco in the U.S. and other countries and is used under license.

**Even though Apple has reviewed this document, APPLE MAKES NO WARRANTY OR REPRESENTATION, EITHER EXPRESS OR IMPLIED, WITH RESPECT TO THIS DOCUMENT, ITS QUALITY, ACCURACY, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. AS A RESULT, THIS DOCUMENT IS PROVIDED "AS IS," AND YOU, THE READER, ARE ASSUMING THE ENTIRE RISK AS TO ITS QUALITY AND ACCURACY.**

**IN NO EVENT WILL APPLE BE LIABLE FOR DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES RESULTING FROM ANY DEFECT OR INACCURACY IN THIS DOCUMENT, even if advised of the possibility of such damages.**

**THE WARRANTY AND REMEDIES SET FORTH ABOVE ARE EXCLUSIVE AND IN LIEU OF ALL OTHERS, ORAL OR WRITTEN, EXPRESS OR IMPLIED.** No Apple dealer, agent, or employee is authorized to make any modification, extension, or addition to this warranty.

Some states do not allow the exclusion or limitation of implied warranties or liability for incidental or consequential damages, so the above limitation or exclusion may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.