Eric M. Hutchins (State Bar No. 245462)
Oracle America, Inc.
500 Oracle Parkway, M/S 5OP7
Redwood Shores, CA 94065
(650) 506-4315
(650) 506-7114 fax
eric.m.hutchins@oracle.com

Attorney for nonparty
Oracle America, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Apple Inc.,** | Case No. 12-cv-00630 LHK (PSG) |
| Plaintiff, | |
| v. | **Nonparty Oracle America, Inc.'s Declaration in Support of Apple's Administrative Motion to File Under Seal Exhibit D-10 to the Reply Declaration of Jennifer Rho (Dkt. No. 944)** |
| **Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC,** | |
| Defendants. | |

Under Civil Local Rule 79-5, nonparty Oracle America, Inc. ("Oracle") makes this declaration in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 944) as it pertains to Exhibit D-10 to the Reply Declaration of Jennifer Rho (Dkt. No. 944-5).

I, Eric M. Hutchins, declare:

1. I am a Corporate Counsel in the legal department at Oracle America, Inc. I am admitted to practice in the State of California and the U.S. District Court for the Northern District of California. I am familiar with the facts below and, if called as a witness, could testify competently to them.

2. On February 5, 2013, Oracle produced documents in response to a subpoena served on Oracle by Samsung in the above-referenced lawsuit. The documents consisted of confidential technical documentation regarding Oracle's products and, as such, were designated "Highly Confidential – Attorneys' Eyes Only" subject to the protective order in the above-referenced lawsuit.

3. Attached hereto as Exhibit A is a true and correct copy of the cover letter that accompanied

1  Oracle's document production in response to Samsung's subpoena in the above-referenced lawsuit, which
2  confirms that the documents Oracle produced were designated "Highly Confidential – Attorneys' Eyes
3  Only" subject to the protective order in the above-referenced lawsuit.

4       4.     On November 15, 2013, Apple provided Oracle with a redacted copy of Exhibit D-10 to the
5  Reply Declaration of Jennifer Rho in Support of Apple's Motion for Partial Summary Judgment (the "Rho
6  Reply Declaration"), Dkt. No. 944-5. Apple has informed Oracle that Exhibit D-10 is a copy of Second
7  Amended Exhibit C-9 to Samsung's Second Amended Invalidity Patent Local Rule 3-3 and 3-4 Disclosures.

8       5.     The unredacted portions of Exhibit D-10 provided to Oracle reference information derived
9  from Oracle's February 5, 2013, confidential document production. Specifically, they disclose technical
10 information related to the development of the WAIS system by Oracle predecessor-in-interest Thinking
11 Machines Corporation. Oracle considers such information about its product development efforts to be
12 proprietary and confidential trade-secret information, the public disclosure of which would be extremely
13 harmful to Oracle because it threatens both to diminish the independent economic value that Oracle derives
14 from its proprietary and confidential trade secrets and to cause Oracle a loss of competitive advantage.
15 Nonparty Oracle therefore requests under Civil Local Rule 79-5 that this information remain under seal.

16      6.     Apple has informed Oracle that it has sought the Court's permission (Dkt. No. 944) to file
17 Exhibit D-10 under seal in its entirety. If the Court denies Apple's motion as it pertains to Exhibit D-10 of
18 the Rho Reply Declaration, then Oracle requests that it be given ten days from when it is provided a copy of
19 the redacted Exhibit D-10 that the parties intend to submit for publication, for Oracle to review the exhibit
20 and, if necessary, submit an additional declaration in support of sealing any confidential Oracle information.

21      I declare under penalty of perjury that the foregoing statements are true and correct.

22  November 18, 2013          Respectfully submitted,

*Eric M. Hutchins* (signature)

Eric M. Hutchins

Attorney for nonparty
Oracle America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2013, I served the foregoing document on all counsel of record who have consented to electronic service under Civil Local Rule 5.1 via the Court's ECF system.

*Eric M. Hutchins*

Eric M. Hutchins
Attorney for nonparty
Oracle America, Inc.

# Exhibit A



| | |
|---|---|
| 500 Oracle Parkway | phone   650.506.7000 |
| Redwood Shores | fax     650.506.7200 |
| California 94065 | oracle.com |

February 5, 2013

*Via email to hlin@steptoe.com*

Huan-Yi Lin, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067

Re:   Subpoena in *Apple, Inc. v. Samsung Elecs. Co. Ltd.*
      Case No. 12-cv-00630 LHK (PSG) (N.D. Cal.)

Dear Mr. Lin:

Enclosed with this email is nonparty Oracle's production of documents Bates numbered ORCL00001–5788, in response to Samsung's December 4, 2012, subpoena. These documents have been designated "Highly Confidential – Attorneys' Eyes Only" under the protective order in the above-referenced case.

As I explained during our earlier discussion, Messrs. Kahle and Morris, the WAIS developers most likely to have relevant information, and Mr. Bristor, inventor of the '342 Patent, departed Thinking Machines and Sun Microsystems long before Oracle acquired Sun in 2010. Oracle's production constitutes the entirety of responsive documents within its possession, custody, or control located after a reasonable investigation, and is consistent with the age of the information requested and the fact that the WAIS personnel were not Oracle employees. Oracle considers its nonparty discovery obligations satisfied.

Please feel free to contact me with any further questions. Thank you.

Sincerely,

*Eric M. Hutchins*

Eric M. Hutchins
Corporate Counsel
Oracle America, Inc.

cc:  Jennifer J. Rho, Esq.