JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:   650.849.5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S REPLIES IN SUPPORT OF ITS MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS AND MOTION FOR SUMMARY JUDGMENT** |

FEDMAN DECL. ISO SAMSUNG'S MOTIONS TO SEAL SAMSUNG'S
REPLIES ISO ITS SUMMARY JUDGMENT MOTION AND MOTION TO EXCLUDE
CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

I, Emily L. Fedman, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of both:

- Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Reply in Support of Motion to Exclude Opinions of Certain of Apple's Experts ("Motion to Exclude Reply"); and

- Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Reply in Support of Motion for Summary Judgment ("Summary Judgment Reply").

2. I am submitting this declaration to confirm that there are compelling reasons to seal certain documents supporting Samsung's Motion to Exclude Reply and Summary Judgment Reply, as they are confidential and sealable. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them under oath.

3. Samsung filed an Administrative Motion to File Under Seal Documents Relating to Samsung's Motion to Exclude Reply on November 14, 2013. The motion sought to seal portions of Samsung's Motion to Exclude Reply and certain documents filed in support thereof. D.I. 948. Samsung filed the declaration of Michael L. Fazio in support of its motion to seal those documents. D.I. 948-1.

4. Samsung filed an Administrative Motion to File Under Seal Documents Relating to Samsung's Summary Judgment Reply on November 14, 2013. The motion sought to seal portions of Samsung's Summary Judgment Reply and certain documents filed in support thereof. D.I. 946. Samsung filed the declaration of Michael L. Fazio in support of its motion to seal those documents. D.I. 946-1.

5. Additionally, Samsung filed the Consolidated Declaration of Daniel Wooseob Shim in Support of Samsung's Administrative Motions to File Under Seal (D.I. 949) related to

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. ISO SAMSUNG'S MOTION TO SEAL SAMSUNG'S MOTION TO STRIKE BASED ON PREVIOUSLY UNDISCLOSED THEORIES
-1-    CASE NO. 12-CV-00630-LHK (PSG)

1  Samsung's Motion to Exclude Reply and Summary Judgment Reply.  This declaration supports
2  the sealing of the confidential Samsung information that appears in the Motion to Exclude and
3  Summary Judgment Motion.

**Apple Confidential Information in Samsung's Motion to Exclude Reply**

6. The document filed as Exhibit G to the Declaration of Michael L. Fazio in support of Samsung's Reply in support of Motion to Exclude Opinions of Certain of Apple's Experts ("Exhibit G"), which contains excerpts of Alex Snoeren's Rebuttal Expert Report Concerning U.S. Patent Nos. 6,847,959 and 7,761,414 ("Snoeren Rebuttal Report"), contains Apple's highly confidential information.  Apple seeks to support the sealing of the portions of the information in paragraph 493 of the Snoeren Rebuttal Report that are highlighted in yellow on page 168 of the document that Apple has lodged with the Court.

7. This same information was submitted as Exhibit 4 in support of Samsung's Opposition to Apple's Motion for Summary Judgment filed on November 1, 2013.  D.I. 854.  On November 5, 2013, Apple filed the Declaration of Jennifer Rho in Support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Opposition to Apple's Motion for Summary Judgment in support of sealing this information.  D.I. 872.  The information was also filed as Exhibit 13 in support of Samsung's Motion to Strike Expert Testimony Based on Previously Undisclosed Theories filed on November 5, 2013.  D.I. 880.  On November 12, 2013, Apple filed the Declaration of Emily L. Fedman in Support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Motion to Strike Expert Testimony Based on Previously Undisclosed Theories in support of sealing this information.  D.I. 937.

**Apple Confidential Information in Samsung's Summary Judgment Reply**

8. The document filed as Exhibit 1 to the Supplemental Declaration of Michael L. Fazio in support of Samsung's Motion for Summary Judgment ("Exhibit 1"), which contains excerpts of Apple Inc.'s Supplemental Objections and Responses to Samsung's Interrogatories (Nos. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, and 41), contains Apple highly confidential

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. ISO SAMSUNG'S MOTIONS TO SEAL SAMSUNG'S
REPLIES ISO ITS SUMMARY JUDGMENT MOTION AND MOTION TO EXCLUDE
CASE NO. 12-CV-00630-LHK (PSG)

information.  Apple thus seeks to support the sealing of the source code file names listed at the top of page 59 of Apple's interrogatory responses that are highlighted in yellow in the copy of this document lodged with the Court.

9. This same information was submitted as Exhibit 20 in support of Samsung's Motion to Strike Expert Testimony Based on Previously Undisclosed Theories filed on November 5, 2013.  D.I. 880.  On November 12, 2013, Apple filed the Declaration of Emily L. Fedman in Support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Motion to Strike Expert Testimony Based on Previously Undisclosed Theories in support of sealing this information.  D.I. 937.  Additionally, Exhibit 11 to the Amar Thakur Declaration filed in support of Samsung's Motion to Compel Production of Financial Documents and to Enforce April 12, 2013 Order (D.I. 686-8) contained similar interrogatory responses listing source code files related to particular features and functionalities in Apple Productions.  Apple in-house attorney Cyndi Wheeler filed a declaration supporting the sealing of Exhibit 11.  D.I. 685 ¶ 3-10.

**Apple's Highly Confidential Source Code Information**

10. Each of the portions of Exhibit 1 and Exhibit G contains excerpts of Apple's highly confidential and proprietary source code information and technical information closely related to source code, and thus should remain under seal.  In particular, the technical information at issue is itself source code, describes the specifics of Apple's source code, or is derived from source code, and is similar to other information the Court has ordered sealed.  *See Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2250-1 at 7-8 (Feb. 20, 2013), D.I. 2397 at 2-3 (Sep. 11, 2013).  The information that Apple seeks to seal here has always been non-public, and its exposure would cause Apple to lose significant competitive advantage.

11. This Court has previously confirmed that "[c]onfidential source code clearly meets the definition of a trade secret" and thus is sealable under the "compelling reasons" standard. *Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2190 at 3 (Dec. 10, 2012), D.I. 2046 at 3 (Oct. 16, 2012), D.I. 1649 at 8 (Aug. 9, 2012) (citing *Agency*

FEDMAN DECL. ISO SAMSUNG'S MOTIONS TO SEAL SAMSUNG'S
REPLIES ISO ITS SUMMARY JUDGMENT MOTION AND MOTION TO EXCLUDE
CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

1  *Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011).

2  "[T]echnical information that is closely related to Apple's source code" is similarly considered

3  to be sealable. *See Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I.

4  2250-1 at 7-8 (Feb. 20, 2013), D.I. 2397 at 2-3 (Sep. 11, 2013).

5        12. I am aware that the specific Apple technical information at issue here is non-public.

6  Indeed, as Apple's in-house counsel, Cyndi Wheeler, explained in her declaration supporting

7  sealing of the specific information contained in Exhibit 1, D.I. 685 ¶ 3-10, Apple treats its

8  source code and closely-related technical information with the utmost confidentiality,

9  restricting access even within Apple to such source code. *See also* Declaration of Cyndi

10 Wheeler, D.I. 803 at ¶¶ 3-5; Declaration of Cyndi Wheeler, D.I. 685; Declaration of Henri

11 Lamiraux, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.,* Case No. 11-cv-1846, D.I. 1505

12 (July 30, 2012). As Ms. Wheeler explained, Apple maintains extremely tight controls on its

13 source code that limits access to such source code, as Apple considers its unique source code to

14 be its own trade secrets and the subject of independent economic value. *See, e.g.,* D.I. 803 at

15 ¶¶ 3-5; *see also* D.I. 685 at ¶¶ 3-10. Indeed, Apple has made significant investments in

16 developing this source code. *Id.*

17       13. Disclosure of such source code information, which has always been non-public,

18 would cause Apple harm and cause Apple to lose significant competitive advantage. *Id.* In

19 multiple previously-filed declarations, Apple's personnel have detailed the significant harm

20 that Apple would experience if its source code and source code-related technical information

21 were disclosed publicly. *See, e.g.,* Declaration of Cyndi Wheeler, D.I. 803 at ¶¶ 5-10; *see also*

22 Declaration of Cyndi Wheeler, D.I. 685; Declaration of Erica Tierney, *Apple Inc. v. Samsung*

23 *Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2250-1 at 7-8 (Feb. 20, 2013); Declaration of

24 Henri Lamiraux, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.,* Case No. 11-cv-1846, D.I.

25 1505 (July 30, 2012). Apple's in-house attorneys have further explained to the Court that, in

26 light of the significant threat that public disclosure of Apple's source code and closely related

27 technical information poses, as noted above, Apple takes significant precautions to protect the

28

FEDMAN DECL. ISO SAMSUNG'S MOTIONS TO SEAL SAMSUNG'S
REPLIES ISO ITS SUMMARY JUDGMENT MOTION AND MOTION TO EXCLUDE
CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

confidentiality of its source code and prevent disclosure of its source code – including restricting access to such source code even within Apple. *Id.* Even in this litigation, where source code must be produced in discovery, it is treated with the utmost confidentiality and additional restrictions regarding its protection were implemented. *Id.* ¶ 7; *see also* Protective Order, D.I. 512 at ¶ 11. The technical information at issue now is of the same character and nature as that previously sealed by the Court, and is thus sealable for the same reasons.

14. Paragraph 493 of Exhibit G to the Motion to Exclude Reply, which contains excerpts of the Rebuttal Expert Report of Alex Snoeren and, as explained above, has been filed under seal with this Court twice before, identifies and explains the specific functionality of a particular portion of Apple's iTunes source code. I am aware that this information is considered highly confidential by Apple and is not public.

15. As Ms. Wheeler explained in her March 19, 2013 declaration filed in support of Samsung's Motion to Seal its Motion to Compel addressing the iTunes source code information that was filed in support thereof, Apple considers the names, structure, and functions of source code for iTunes to be its trade secrets, the public disclosure of which would be extremely harmful to Apple. D.I. 405 at ¶ 3-4. The information provided in paragraph 493 could be used to determine how Apple implements this particular functionality in iTunes. As Ms. Wheeler further explained, information about the structure and operation of Apple's iTunes source code has been non-public and its exposure would cause Apple to lose significant competitive advantage, as well as damage the significant investment that Apple has made in developing this source code and the independent economic value that Apple derives from its proprietary and confidential source code. *Id.*

16. Portions of Exhibit 1 to the Summary Judgment Reply contain excerpts of Apple's written interrogatory responses in which Apple identifies the particular source code files that implement the functionality covered by the asserted claims of its patents in Apple's currently available products and iOS software. As Ms. Wheeler explained in her declaration addressing similar information when it was contained in Exhibit 11 to the Declaration of Amar Thakur

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. ISO SAMSUNG'S MOTIONS TO SEAL SAMSUNG'S
REPLIES ISO ITS SUMMARY JUDGMENT MOTION AND MOTION TO EXCLUDE
CASE NO. 12-CV-00630-LHK (PSG)

filed in support of Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order and Supporting Documents, D.I. 685, this information contained in Exhibit 1 could be used to determine how Apple implements and develops features and functionality of this software, as well as provide a roadmap to replicating the design of such features and functionality.  This information is non-public; Apple considers this information about its source code files to be trade secrets.

17. Public disclosure of this information would be extremely harmful to Apple for the reasons described above.  Apple derives independent economic value from its proprietary and confidential source code, and that value thus would be diminished from its public disclosure.  Indeed, and as confirmed in Ms. Wheeler's declaration, D.I. 685 at ¶ 3-10, as well as the Declaration of Jordan Bekier in Support of Apple's Administrative Motion to File Documents Under Seal Relating to Its Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, D.I. 857-1 ¶ 10, Apple believes there are compelling reasons for sealing this information.

18. As explained above, the relief requested by Apple thus is necessary and narrowly tailored to protect confidential information regarding Apple's non-public technical information.

19. As the ECF system does not provide a mechanism for filing the foregoing exhibits under seal, Apple will lodge with the Court copies with proposed material to be sealed highlighted in yellow.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.


Dated: November 18, 2013

                                             */s/ Emily L. Fedman*
                                               Emily L. Fedman

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. ISO SAMSUNG'S MOTIONS TO SEAL SAMSUNG'S
REPLIES ISO ITS SUMMARY JUDGMENT MOTION AND MOTION TO EXCLUDE
CASE NO. 12-CV-00630-LHK (PSG)

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Emily L. Fedman has concurred in this filing.

Dated: November 18, 2013            /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 18, 2013            /s/ H. Mark Lyon

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. ISO SAMSUNG'S MOTIONS TO SEAL SAMSUNG'S
REPLIES ISO ITS SUMMARY JUDGMENT MOTION AND MOTION TO EXCLUDE
CASE NO. 12-CV-00630-LHK (PSG)