IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, <br><br> Defendant. | Case No. 12-CV-00630-LHK (PSG) <br><br> **DECLARATION OF THIRD-PARTY MICROSOFT IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL CERTAIN SUBMISSIONS CONTAINING HIGHLY CONFIDENTIAL MICROSOFT INFORMATION** |

I, William J. Harmon, declare and state as follows:

1. I am an attorney at Microsoft Corporation. Pursuant to Local Rule 79-5, I submit this Declaration in support of Samsung's November 14, 2013, Administrative Motion (Dkt. 946) to File Under Seal Documents Relating to Samsung's Reply in Support of its Motion for Summary Judgment Under Seal. I am the same Bill Harmon who submitted a previous declaration (Dkt. 819) in support of Samsung's Administrative Motion to seal similar information in the underlying Motion for Summary Judgment (Dkt. 805). I have personal knowledge of the facts set forth in this and my declaration and, if called as a witness, could competently testify to them under oath on behalf of Microsoft.

2. The Reply Motion and certain exhibits to that motion – in particular unredacted Exhibits 2 and 12 to the Fazio Declaration (Dkt. 946-1) in support of the Administrative Motion to Seal – contain highly confidential Microsoft information that was produced to Samsung pursuant to subpoenas issued in this action. This same information, which includes Microsoft source code and certain characterizations of that code relating Microsoft's Windows Mobile operating systems, was included in Samsung's underlying Motion for Summary Judgment. My

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

current declaration is submitted to confirm that this information remains highly confidential to Microsoft and should be sealed for all the same reasons presented in my earlier declaration (Dkt. 819), which I hereby incorporate by reference in its entirety.

3. The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the afore-mentioned exhibits. Because Microsoft is a third party to this litigation and did not choose to put its information into issue, sealing of the information is especially appropriate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 18, 2013            By: _____
                                          William J. Harmon

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100