1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6
7  Attorneys for Non-Party Google Inc.
8
9             UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                  SAN JOSE DIVISION
12

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DOCKET NO. 944]** |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motion to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. On November 14, 2013, Apple Inc. ("Apple") filed an administrative motion to file documents under seal (Docket No. 944), which sought to protect information designated as confidential by non-party Google and discussed in Apple's Reply In Support of Its Motion for Partial Summary Judgment (Docket No. 944, Attachment 3) ("Apple's Summary Judgment Reply"); and Exhibits to the Reply Declaration of Jennifer Rho In Support of Apple's Motion for Partial Summary Judgment ("Rho Reply Declaration") (Docket No. 944, Attachment 5). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Documents Under Seal (Docket No. 944), to the extent Apple's Summary Judgment Reply and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Apple's Summary Judgment Reply (Docket No. 944, Attachment 3, at 8 and footnote 11) discuss proprietary information that is confidential to non-party Google, including licensing terms of Google's intellectual property, produced under the protective order governing confidentiality in this action (Docket No. 171). In addition, selected portions of Apple's Summary Judgment Reply (Docket No. 944, Attachment 3, at 8 and footnote 11) discuss the August 16, 2013 deposition testimony of James Maccoun. Mr. Maccoun's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Maccoun testified regarding internal business processes and licensing of Google's intellectual property that are confidential to non-party Google.

4. Selected portions of Apple's Summary Judgment Reply (Docket No. 944, Attachment 3, at 8, footnote 12) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and

the agreed addendum to the protective order regarding Google source code production (Docket No. 159).  In addition, selected portions of Apple's Summary Judgment Reply (Docket No. 944, Attachment 3, at 8, footnote 12) discuss the June 11, 2013 deposition testimony of Paul Westbrook and the June 13, 2013 deposition testimony of Fred Quintana.  Mr. Westbrook's and Mr. Quintana's deposition transcripts are highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Westbrook and Mr. Quintana testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

5.  Exhibit C-7 to the Rho Reply Declaration discusses the August 16, 2013 deposition testimony of James Maccoun.  Mr. Maccoun's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Maccoun testified regarding internal business processes and licensing of Google's intellectual property that are confidential to non-party Google.

6.  Exhibit C-8 to the Rho Reply Declaration discusses the June 13, 2013 deposition testimony of Fred Quintana.  Mr. Quintana's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Quintana testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

7.  Exhibit C-9 to the Rho Reply Declaration discusses the June 11, 2013 deposition testimony of Paul Westbrook.  Mr. Westbrook's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Westbrook testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

Executed in San Francisco, California, on November 18, 2013.

By /s/ Kristin J. Madigan
Kristin J. Madigan