Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>           Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>           Defendants. | CASE NO. 12-cv-00630-LHK(PSG)<br><br>**THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO APPLE'S MOTION TO SEAL (Docket No. 945)** |

1  Third parties HTC America, Inc. and HTC Corporation (collectively "HTC") submit this
2  response to Apple's Motion to Seal, and in particular the McCracken Declaration in support of
3  Apple's Motion to Seal.  (Docket No. 945-1)
4  The McCracken Declaration, Paragraph 1 refers to "Apple Inc.'s Reply in Support of Motion
5  to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony" (hereinafter "Apple's
6  Reply").  Apple's Reply refers to confidential terms contained in an Agreement between HTC and
7  Apple that was the subject of a motion to file under seal in the companion 2012 case between Apple
8  and Samsung, Action No. 11-cv-01846-LHK ("The First Apple/Samsung case").  In the context of
9  that 2012 Motion to File under seal, HTC specially appeared because the Agreement that was the
10 subject of that motion contained confidential HTC information.  As a result of HTC's pleadings and
11 supporting declaration, this Court ordered that the Agreement be redacted before it was publicly
12 filed.  (Docket No. 2192 in The First Apple/Samsung case)
13  HTC respectfully submits that portions of Apple's Reply should be redacted because they
14 contain confidential information found in the redacted HTC/Apple Agreement.
15  I. BACKGROUND
16  After the trial in The First Apple/Samsung Case, Apple and HTC entered into an Agreement,
17 some of the terms of which are the subject of Apple's current Motion to Seal.  During post-trial
18 proceedings in that first case, Samsung lodged this Agreement with the Court and, concurrently with
19 that lodging, filed a motion to file it under seal.  In response to this 2012 Motion to File Under Seal,
20 HTC filed a response (Docket No. 2186 in the First Apple/Samsung Case--attached as Exhibit 1 to
21 the accompanying Mosko declaration) and the Lam Declaration (Docket No. 2186-1 in the First
22 Apple/Samsung Case--attached as Exhibit 2 to the accompanying Mosko declaration) that supported
23 its position that this Agreement contained confidential information.   HTC specifically identified
24 those portions of the Agreement that contained confidential information, the basis for the
25 confidentiality and moved that this Court authorize only a redacted version to be publicly filed.  This
26 Court agreed with HTC's proposed redactions, and ordered that only the redacted version be made
27 public. (Docket No. 2192 in the First Apple/Samsung Case)  A copy of this Order is attached to the
28

accompanying Mosko Declaration as Exhibit 3 for the Court's convenience.  The public version of this Agreement was thereafter filed.  (Docket No. 2182-5 in the First Apple/Samsung Case)

## II.   APPLE'S CURRENT REQUEST

Apple's Motion (Docket No. 945) seeks an order to file portions of Apple's Reply under seal. Apple has lodged redacted versions of Apple's Reply representing those portions Apple believes had HTC confidential information in them.

Apple provided copies of Apple's Reply to HTC that included highlighted portions representing proposed redactions in this document so that HTC could determine what portions were proposed to be redacted, and whether additional portions contained HTC confidential information. (Mosko Decl. ¶5).  Through this pleading, HTC expresses its agreement with Apple regarding the proposed redactions from any public versions of Apple's Reply.

## III.   ALL REFERENCES TO TERMS IN THE PREVIOUSLY-REDACTED HTC/APPLE AGREEMENT MUST REMAIN CONFIDENTIAL AND THEREFORE MUST BE REDACTED FROM ANY PUBLIC FILING

HTC supports Apple's proposed redactions to Apple's Reply because they encompass terms in the HTC/Apple agreement that this Court previously sealed.  Specifically, HTC seeks to exclude from the public versions all references to the scope of the license, the products to which the license applies, and the royalty term.  Those portions of Apple's Reply that contain confidential information are found at page 3, the last two lines of footnote 2; page 5, line 5; page 6 lines 21 through and including the first word in line 23; and page 7, the last sentence of footnote 4.  This Court has previously excluded such terms from the public.  *See* Mosko Decl., Ex. 3; *Apple Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-0146 (Aug. 9, 2012 N.D. Cal.); citing *In re Electronic Arts,* 298 Fed. App'x 568, 569 (9th Cir. 2008).  Disclosure of this information will place

///
///
///
///
///

1   HTC at a competitive disadvantage, as stated in Lam declaration, attached as Exhibit 2 to the
2   accompanying Mosko Declaration.

Dated: November 18, 2013         FINNEGAN, HENDERSON, FARABOW,
                                   GARRETT & DUNNER, LLP

                                 By:      */s/ Scott R. Mosko*
                                          Scott R. Mosko

                                 Attorneys for Third Parties
                                 HTC America Inc., and HTC Corporation