1 | Scott R. Mosko (State Bar No. 106070)
2 | scott.mosko@finnegan.com
  | FINNEGAN, HENDERSON, FARABOW,
3 |   GARRETT & DUNNER, LLP
  | Stanford Research Park
4 | 3300 Hillview Avenue
  | Palo Alto, California 94304-1203
5 | Telephone: (650) 849-6600
  | Facsimile: (650) 849-6666
6 |
7 | Attorneys for Third Parties
  | HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California Corporation, | CASE NO. 12-cv-00630-LHK(PSG) |
|---|---|
| Plaintiff, | **DECLARATION OF SCOTT R. MOSKO ON BEHALF OF THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO APPLE'S MOTION TO SEAL (DOCKET NO. 945)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

I, Scott R. Mosko hereby declare as follows:

1. I am a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for third parties HTC America, Inc. and HTC Corporation (collectively "HTC"). I am duly licensed to practice law in all state courts of California and am licensed to practice before this district. I submit this declaration in support of HTC's Response to Apple's Motion to Seal (Docket No. 945).

2. Attached as Exhibit 1 is a true and correct copy of "Third Parties HTC America, Inc. and HTC Corporation and S3G Graphics Co., Ltd's Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186.

3. Attached as Exhibit 2 is a true and correct copy of the "Declaration of Vincent Lam on Behalf of Third Party HTC in Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186-1.

4. Attached as Exhibit 3 is a true and correct copy of the "Order Granting Sealing Motion" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2192.

5. Recently Apple provided me with copies of Apple Inc.'s Reply in Support of Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony. The version of Apple's Reply that I received contained highlighted portions, particularly page 3, the last two lines of footnote 2; page 5, line 5; page 6 lines 21 through and including the first word in line 23; and page 7, the last sentence of footnote 4, which I understood represented Apple's beliefs that these lines included confidential information from the HTC/Apple Agreement that this Court addressed as referred to in the immediately preceding paragraph.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of November, 2013, at Palo Alto, California.

                                                 */s/ Scott R. Mosko*