Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, | CASE NO. 12-cv-00630-LHK(PSG) |
| Plaintiff, | **THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO SAMSUNG'S MOTION TO SEAL (Docket No. 948)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

1  Third parties HTC America, Inc. and HTC Corporation (collectively "HTC") submit this
2  response to Samsung's Motion to seal, and in particular the Fazio Declaration in support of
3  Samsung's Motion to Seal.  (Docket No. 948-1)
4  The Fazio Declaration, Paragraph 3 refers to "Samsung's Reply in Support of Motion to
5  Exclude Opinions of Certain of Apple's Experts" (hereinafter "Samsung's Reply").  Samsung's
6  Reply refers to confidential terms contained in an Agreement between HTC and Apple that was the
7  subject of a motion to file under seal in the companion 2012 case between Apple and Samsung,
8  Action No. 11-cv-01846-LHK ("The First Apple/Samsung case").  In the context of that 2012
9  Motion to File under seal, HTC specially appeared because the Agreement that was the subject of
10 that motion contained confidential HTC information.  As a result of HTC's pleadings and supporting
11 declaration, this Court ordered that the Agreement be redacted before it was publicly filed.  (Docket
12 No. 2192 in The First Apple/Samsung case)
13 HTC respectfully submits that portions of Samsung's Reply should be redacted because they
14 contain confidential information found in the redacted HTC/Apple Agreement.
15 I.  BACKGROUND
16 After the trial in The First Apple/Samsung Case, Apple and HTC entered into an Agreement,
17 some of the terms of which are the subject of Samsung's current Motion to Seal.  During post-trial
18 proceedings in that first case, Samsung lodged this Agreement with the Court and, concurrently with
19 that lodging, filed a motion to file it under seal.  In response to this 2012 Motion to File Under Seal,
20 HTC filed a response (Docket No. 2186 in the First Apple/Samsung Case--attached as Exhibit 1 to
21 the accompanying Mosko declaration) and the Lam Declaration (Docket No. 2186-1 in the First
22 Apple/Samsung Case--attached as Exhibit 2 to the accompanying Mosko declaration) that supported
23 its position that this Agreement contained confidential information.  HTC specifically identified
24 those portions of the Agreement that contained confidential information, the basis for the
25 confidentiality and moved that this Court authorize only a redacted version to be publicly filed.  This
26 Court agreed with HTC's proposed redactions, and ordered that only the redacted version be made
27 public. (Docket No. 2192 in the first Apple/Samsung Case)  A copy of this Order is attached to the
28

1

HTC's Response to Samsung's Mtn to Seal (Dkt. 948)
Case No. 12-cv-00630-LHK

1  accompanying Mosko Declaration as Exhibit 3 for the Court's convenience.  The public version of
2  this Agreement was thereafter filed.  (Docket No. 2182-5 in the First Apple/Samsung Case)

3      II.      SAMSUNG'S CURRENT REQUEST

4      Samsung's Motion (Docket No. 948) seeks an order to file portions of Samsung's Reply.
5  Samsung has lodged redacted versions of Samsung's Reply representing those portions Samsung
6  believes had HTC confidential information in them.

7      Samsung provided copies of Samsung's Reply to HTC that included highlighted portions
8  representing proposed redactions in these documents so that HTC could determine what portions
9  were proposed to be redacted, and whether additional portions contained HTC confidential
10 information.  (Mosko Decl. ¶5).  Through this pleading, HTC expresses its agreement with Samsung
11 regarding the proposed redactions from any public versions of Samsung's Reply.

12     III.    ALL REFERENCES TO TERMS IN THE PREVIOUSLY-REDACTED
               HTC/APPLE AGREEMENT MUST REMAIN CONFIDENTIAL AND
13             THEREFORE MUST BE REDACTED FROM ANY PUBLIC FILING

14     HTC supports Samsung's proposed redactions to Samsung's Reply because they encompass
15 terms in the HTC/Apple agreement that this Court previously sealed.  Specifically, HTC seeks to
16 exclude from the public versions all references to the scope of the license, the products to which the
17 license applies, and the royalty term.  Samsung's Reply includes reference to the scope of the license
18 at page 9, beginning with the parenthetical phrase on line 22 through and including page 9, line 1.
19 This Court has previously excluded such terms from the public.  *See* Mosko Decl., Ex. 3; *Apple Inc.*
20 *v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-0146 (Aug. 9, 2012 N.D. Cal.); citing *In re*
21 *Electronic Arts,* 298 Fed. App'x 568, 569 (9th Cir. 2008).  Disclosure of this information will place

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1 | HTC at a competitive disadvantage, as stated in Lam declaration, attached as Exhibit 2 to the
2 | accompanying Mosko Declaration.

Dated:  November 18, 2013

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By:        */s/ Scott R. Mosko*
                Scott R. Mosko

Attorneys for Third Parties
HTC America Inc., and HTC Corporation