| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) |
| | charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) |
| | kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 6 | |
| | Kevin P.B. Johnson (Bar No. 177129) |
| 7 | kevinjohnson@quinnemanuel.com |
| | Victoria F. Maroulis (Bar No. 202603) |
| 8 | victoriamaroulis@quinnemanuel.com |
| | 555 Twin Dolphin Drive, 5th Floor |
| 9 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| 10 | Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) |
| | williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) |
| | michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California  90017-2543 |
| 14 | Telephone:  (213) 443-3000 |
| | Facsimile:  (213) 443-3100 |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 18 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 19 | Plaintiff, | **CONSOLIDATED DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |
| 20 | vs. | |
| 21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24 | Defendants. | |

I, Daniel Wooseob Shim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's administrative motions to file under seal documents in connection with: (1) Apple's Reply in Support of its Motion for Summary Judgment; and (2) Apple's Reply in Support of its Motion to Exclude Opinions of Certain of Apple's Experts ("Apple's *Daubert* Reply") (Dkt. Nos. 944, 945).

3. I understand that some of the documents Apple has moved to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties. I have reviewed partially redacted versions of the documents that exclude Apple and third-party confidential information.

4. The documents Samsung seeks to seal include Samsung's source code, detailed descriptions of the operations of Samsung's source code, highly confidential financial data and information about Samsung's licensing agreements with third parties. The portions of documents that Samsung seeks to seal and the type of information are identified below.

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Apple's Reply In Support of Its Motion for Partial Summary Judgment | p. 3 (lines 8, 18, 19-20, 20-21, 23)<br>p. 4 (lines 3, 18-21, 22, fns. 7, 8)<br>p. 5 (lines 6-7, 9, 25)<br>p. 6 (lines 1, 8-10, 21-22, 25-27)<br>p.7 (lines 16-17, 21-22, 23-26, 27-28)<br>p. 8 (lines 1, 12-13, 15, 16-17, 20-24, 26-28) | Detailed descriptions of Samsung source code. |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Apple's Reply in Support of its Motion for Partial Summary Judgment (continued) | p. 8 (lines 1, 20-21) | Contains confidential proprietary information regarding licensing terms of intellectual property |
| Rho Decl. In Support of Apple's Motion for Partial Summary Judgment Ex. B-7 – Excerpts from the Declaration of Dr. Kevin Jeffay | Document in its entirety | Detailed descriptions of Samsung source code. |
| Rho Decl. In Support of Apple's Motion for Partial Summary Judgment Ex. C-7 – Maccoun Dep. Tr. | None | |
| Rho Decl. In Support of Apple's Motion for Partial Summary Judgment Ex. C-8 – Quintana Dep. Tr. | None | |
| Rho Decl. In Support of Apple's Motion for Partial Summary Judgment Ex. C-9 – Westbrook Dep. Tr. | None | |
| Rho Decl. In Support of Apple's Motion for Partial Summary Judgment Ex. C-10 – Chase Rebuttal Report | None | |
| Rho Decl. In Support of Apple's Motion for Partial Summary Judgment Ex. D-10 – WAIS Invalidity Chart | None | |
| Rho Decl. In Support of Apple's Motion for Partial Summary Judgment Ex. D-11 – AppleSearch Invalidity Chart | None | |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Apple Inc.'s Reply in Support of Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony | p. 1 (line 2); p. 2 (lines 9, 13-15, 19-27); p. 3 (lines 19-22); p.4 (lines 1-4); p.5 (line 17); p.7 (lines 1, 3-6, n.4 lines 24-25) | Contains information derived from confidential Samsung license agreements including information derived from the financial and other terms of the licenses. |
| | p. 6 (lines 19-23) | Contains information derived from Samsung's per unit sales data. |

5.  As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

6.  Samsung considers the financial data included in these documents to be highly confidential, including data reflecting sales of various Samsung products.  Samsung does not report the type of data underlying those included in the documents above publicly and closely guards its secrecy.  This type of data guides Samsung's pricing, distribution, financial planning, and other business decisions.

7.  Samsung's financial data was produced in this case to Apple's outside counsel and experts for the sole purpose of calculating supposed damages and were marked "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

8.  Product-specific sales data are far more sensitive and confidential than company-wide financial statements because in conjunction with other financial data filed in this case, they can be used to determine the lowest price at which Samsung can profitably sell its products.  Armed with that information, a competitor could charge a lower price in an effort to gain market share.  Competitors could also use knowledge of Samsung's highest- and lowest-performing product lines to target marketing and advertising efforts.

1          9.       Suppliers could use the same information as leverage to negotiate higher prices for
2  components, and carrier and retail partners would be able to leverage knowledge of Samsung's
3  financial data to negotiate lower prices for Samsung's smart phone and tablet products.
4          10.      Samsung is actively engaged in licensing negotiations concerning a wide range of
5  patents.
6          11.      Samsung considers non-public terms of its licensing agreements highly confidential
7  because future licensing counter-parties could use the information to Samsung's disadvantage
8  during negotiations.

         I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.  Executed in New York, New York on November 18, 2013.



Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael Fazio, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated: November 18, 2013

*/s/ Michael Fazio*
Michael Fazio