1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129 (CA);
7  2542082 (NY))
   kevinjohnson@quinnemanuel.com
8  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
9  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
10 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
11
   William C. Price (Bar No. 108542)
12 williamprice@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
14 Facsimile:  (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

17                      UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  PLEASE TAKE NOTICE that Kara Michelle Borden, an attorney with the firm of Quinn
2  Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact
3  information appears below, hereby enters an appearance as an additional attorney of record for
4  Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5  Telecommunications America, LLC.

6  Kara Michelle Borden (CA Bar No. 273776)
   karaborden@quinnemanuel.com
7  Quinn Emanuel Urquhart & Sullivan, LLP
   865 S. Figueroa Street, 10th Floor
8  Los Angeles, CA 90017-2543
   Telephone: (213) 443-3000
9  Facsimile: (213) 443-3100

10

11 DATED: November 19, 2013         QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
12

13
                                    By: /s/ Kara Michelle Borden
14                                      Kara M. Borden
                                        Attorneys for Defendants Samsung Electronics
15                                      Co., Ltd., Samsung Electronics America, Inc., and
                                        Samsung Telecommunications America, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28