QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS** |

1    Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby bring this administrative motion to file under seal the following documents or

4  portions thereof relating to Samsung's Opposition to Apple's Motion to Strike Arguments From

5  Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents:

6    1.    The confidential, unredacted version of Samsung's Opposition to Apple's Motion

7  to Strike Arguments From Samsung's Invalidity and Non-Infringement Expert Reports Regarding

8  Apple Patents ("Samsung's Opposition to Apple's Motion to Strike").

9    2.    Exhibit 1 to the Declaration of Michael L. Fazio in Support of Samsung's

10  Opposition to Apple's Motion to Strike contains a letter from Amar Thakur of Quinn Emanuel to

11  Brian Buroker of Gibson Dunn, dated October 4, 2013.

12    3.    Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's

13  Opposition to Apple's Motion to Strike contains a letter from Brian Buroker of Gibson Dunn to

14  Amar Thakur of Quinn Emanuel, dated October 17, 2013.

15    4.    Exhibit 3 to the Declaration of Michael L. Fazio in Support of Samsung's

16  Opposition to Apple's Motion to Strike contains excerpts of a document produced by Microsoft in

17  this action bearing Bates Nos. MSFT-00630-000218 through MSFT-00630-000393.

18    5.    Exhibit 4 is a true and correct copy of excerpts of Samsung's Initial Invalidity

19  Contentions, Exhibit D-1, served April 22, 2013.

20    6.    Exhibit 6 to the Declaration of Michael L. Fazio in Support of Samsung's

21  Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of

22  Miguel de Icaza, taken in this case on July 2, 2013.

23    7.    Exhibit 7 to the Declaration of Michael L. Fazio in Support of Samsung's

24  Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of

25  Jeffrey Stedfast, taken in this case on July 3, 2013.

26    8.    Exhibit 9 to the Declaration of Michael L. Fazio in Support of Samsung's

27  Opposition to Apple's Motion to Strike contains excerpts of Samsung's Amended Invalidity

28  Contentions, Exhibit D-10, served April 22, 2013.

SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO
SAMSUNG'S OPP. TO APPLE'S MOT. TO STRIKE ISSUES RELATED TO APPLE PATENTS

1    9.      Exhibit 10 to the Declaration of Michael L. Fazio in Support of Samsung's

2    Opposition to Apple's Motion to Strike contains excerpts from a document produced by Apple in

3    this action bearing Bates Nos. APLNDC630-0000196246-320.

4    10.     Exhibit 11 to the Declaration of Michael L. Fazio in Support of Samsung's

5    Opposition to Apple's Motion to Strike contains excerpts from a document produced by Apple in

6    this action bearing Bates Nos. APLNDC630-0000196081-245.

7    11.     Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's

8    Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of

9    Todd Mowry, taken in this case on September 19, 2013.

10    12.     Exhibit 24 to the Declaration of Michael L. Fazio in Support of Samsung's

11    Opposition to Apple's Motion to Strike contains excerpts of the Opening Expert Report of Dr.

12    Alex Snoeren, served August 12, 2013.

13    13.     Exhibit 28 to the Declaration of Michael L. Fazio in Support of Samsung's

14    Opposition to Apple's Motion to Strike contains excerpts of Samsung's Invalidity Contentions,

15    Exhibit C-21, served June 27, 2013.

16    14.     Exhibit 31 to the Declaration of Michael L. Fazio in Support of Samsung's

17    Opposition to Apple's Motion to Strike contains excerpts from the Opening Expert Report of Dr.

18    Jeffrey Chase, served on August 12, 2013.

19    15.     Exhibit 36 to the Declaration of Michael L. Fazio in Support of Samsung's

20    Opposition to Apple's Motion to Strike contains excerpts of the Opening Expert Report of Dr.

21    Martin Rinard, served August 12, 2013.

22    16.     Exhibit 37 to the Declaration of Michael L. Fazio in Support of Samsung's

23    Opposition to Apple's Motion to Strike contains excerpts of the Rebuttal Expert Report of Dr.

24    Jeffrey Chase, served September 13, 2013.

25    17.     Exhibit 38 to the Declaration of Michael L. Fazio in Support of Samsung's

26    Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of

27    Andrew Cockburn, taken in this case on September 27, 2013.

28

18.     Exhibit 39 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains a copy of Exhibit 2 to the Opening Report of Dr. Andrew Cockburn, served August 12, 2013.

19.     Exhibit 40 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains Samsung's Objections and Responses to Apple's Interrogatory No. 24, served September 24, 2012.

20.     Exhibit 42 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of Samsung's Further Supplemental Objections and Responses to Apple's First, Third, and Tenth Sets of Interrogatories, served July 15, 2013.

21.     Exhibit 45 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the Rebuttal Expert Report of Dr. Martin Rinard, served September 13, 2013.

22.     Exhibit 46 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition of Bjorn Bringert, taken in this action on May 10, 2012.

23.     Exhibit 47 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition of Bjorn Bringert, taken in this action on June 28, 2013.

24.     Exhibit 48 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains a letter from Joshua Furman of Gibson Dunn to Amar Thakur of Quinn Emanuel, dated September 22, 2013.

25.     Exhibit 53 of the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of Hiroshi Lockheimer, taken in this case on July 26, 2013.

26.     Exhibit 54 of the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains a document produced by Google Inc. in this

1   action bearing Bates Nos. GOOG-NDCAL630-00065845 through GOOG-NDCAL630-00065869,

2   dated July 23, 2013.

3        Samsung has established good cause to permit filing these documents under seal through

4   the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File

5   Documents Under Seal Relating to Samsung's Opposition to Apple's Motion to Strike and the

6   Declaration of Daniel Wooseob Shim in support of Samsung's Administrative Motion to File

7   Under Seal, filed herewith.  In short, the above documents discuss and refer to material designated

8   as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or

9   ""HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE"

10  under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or

11  otherwise deemed confidential.  Samsung accordingly requests that the Court order the

12  information filed under seal, and expects that Apple will comply with L.R. 79-5(e) by filing an

13  appropriate declaration with the Court for those portions and documents that reference Apple-

14  designated information.  Samsung's entire filing will be filed with the Court pursuant to L.R. 79-5

15  and served on all parties.

16       Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel

17  regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File

18  Documents Under Seal Relating to Samsung's Opposition to Apple's Motion to Strike as a

19  procedural mechanism for filing portions of Samsung's Opposition and supporting documents

20  under seal.  Apple reserves the right to challenge any proposed redactions to the extent it believes

21  those redactions improperly seal non-confidential information.

22

23

24

25

26

27

28

SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO
SAMSUNG'S OPP. TO APPLE'S MOT. TO STRIKE ISSUES RELATED TO APPLE PATENTS

1 DATED:  November 19, 2013        QUINN EMANUEL URQUHART &
2                                  SULLIVAN, LLP

3

4                                  By /s/ Michael L. Fazio
                                      Charles K. Verhoeven
5                                     Kevin P.B. Johnson
                                      Victoria F. Maroulis
6                                     William C. Price

7                                     Attorneys for Defendants
8                                     SAMSUNG ELECTRONICS CO., LTD.,
                                      SAMSUNG ELECTRONICS AMERICA, INC.,
9                                     and SAMSUNG TELECOMMUNICATIONS
                                      AMERICA, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO
SAMSUNG'S OPP. TO APPLE'S MOT. TO STRIKE ISSUES RELATED TO APPLE PATENTS

1

## ATTESTATION

2          I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this

3   document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has

4   concurred in this filing.

5   Dated:  November 19, 2013                    */s/ Patrick D. Curran*

6                                               Patrick D. Curran

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO
SAMSUNG'S OPP. TO APPLE'S MOT. TO STRIKE ISSUES RELATED TO APPLE PATENTS