QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits this motion for an order to seal the following documents or portions thereof relating to Samsung's Opposition to Apple's Motion to Strike Arguments From Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents in order to protect information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential:

3. The confidential, unredacted version of Samsung's Opposition to Apple's Motion to Strike Arguments From Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents ("Samsung's Opposition to Apple's Motion to Strike"), portions of which Samsung, Apple, Microsoft, Novell, and Google have designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information, and should be filed under seal as detailed in the accompanying declaration of Daniel Wooseob Shim ("Shim Declaration").

4. Exhibit 1 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains a letter from Amar Thakur of Quinn Emanuel to Brian Buroker of Gibson Dunn, dated October 4, 2013, which contains information Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

5. Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains a letter from Brian Buroker of Gibson Dunn to Amar Thakur of Quinn Emanuel, dated October 17, 2013, which Apple and Microsoft have designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

6. Exhibit 3 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of a document produced by Microsoft in this action bearing Bates No. MSFT-00630-000218 through MSFT-00630-000393, which Microsoft has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

7. Exhibit 4 is a true and correct copy of excerpts of Samsung's Initial Invalidity Contentions, Exhibit D-1, served April 22, 2013, which contain information Novell may consider confidential business information.

8. Exhibit 6 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of Miguel de Icaza, taken in this case on July 2, 2013, which contain information Novell may consider confidential business information.

9. Exhibit 7 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of Jeffrey Stedfast, taken in this case on July 3, 2013, which contain information Novell may consider confidential information.

10. Exhibit 9 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of Samsung's Amended Invalidity Contentions, Exhibit D-10, served April 22, 2013, which contain information Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –

1  SOURCE CODE" under the Protective Order entered in this case or otherwise deemed
2  confidential business information.

3      11.    Exhibit 10 to the Declaration of Michael L. Fazio in Support of Samsung's
4  Opposition to Apple's Motion to Strike contains excerpts from a document produced by Apple in
5  this action bearing Bates No. APLNDC630-0000196246-320, which Apple has designated as
6  "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered
7  in this case or otherwise deemed confidential business information.

8      12.    Exhibit 11 to the Declaration of Michael L. Fazio in Support of Samsung's
9  Opposition to Apple's Motion to Strike contains excerpts from a document produced by Apple in
10 this action bearing Bates No. APLNDC630-0000196081-245, which Apple has designated as
11 "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered
12 in this case or otherwise deemed confidential business information.

13     13.    Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's
14 Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of
15 Todd Mowry, taken in this case on September 19, 2013, which Apple and Samsung have
16 designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –
17 SOURCE CODE" under the Protective Order entered in this case or otherwise deemed
18 confidential business information, and should be filed under seal as detailed in the accompanying
19 Shim Declaration.

20     14.    Exhibit 24 to the Declaration of Michael L. Fazio in Support of Samsung's
21 Opposition to Apple's Motion to Strike contains excerpts of the Opening Expert Report of Dr.
22 Alex Snoeren, served August 12, 2013, which Apple, Samsung, and Google have designated as
23 "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE"
24 under the Protective Order entered in this case or otherwise deemed confidential business
25 information, and should be filed under seal as detailed in the accompanying Shim Declaration.

26     15.    Exhibit 28 to the Declaration of Michael L. Fazio in Support of Samsung's
27 Opposition to Apple's Motion to Strike contains excerpts of Samsung's Invalidity Contentions,
28 Exhibit C-21, served June 27, 2013, which contain information Apple has designated as

"HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

16. Exhibit 31 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts from the Opening Expert Report of Dr. Jeffrey Chase, served on August 12, 2013, which Apple and Novell have designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

17. Exhibit 36 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the Opening Expert Report of Dr. Martin Rinard, served August 12, 2013, which contains information Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

18. Exhibit 37 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the Rebuttal Expert Report of Dr. Jeffrey Chase, served September 13, 2013, which Apple, Samsung, Microsoft, Google, and Novell have designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information, and should be filed under seal as detailed in the accompanying Shim Declaration.

19. Exhibit 38 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of Dr. Andrew Cockburn, taken in this case on September 27, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

20. Exhibit 39 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains a copy of Exhibit 2 to the Opening Report of Dr.

1  Andrew Cockburn, served August 12, 2013, which Samsung and Google have designated as
2  "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE"
3  under the Protective Order entered in this case or otherwise deemed confidential business
4  information, and should be filed under seal as detailed in the accompanying Shim Declaration.

5      21.    Exhibit 40 to the Declaration of Michael L. Fazio in Support of Samsung's
6  Opposition to Apple's Motion to Strike contains Samsung's Objections and Responses to Apple's
7  Interrogatory No. 24, served September 24, 2012, which Samsung has designated as "HIGHLY
8  CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the
9  Protective Order entered in this case or otherwise deemed confidential business information, and
10 should be filed under seal as detailed in the accompanying Shim Declaration.

11     22.    Exhibit 42 to the Declaration of Michael L. Fazio in Support of Samsung's
12 Opposition to Apple's Motion to Strike contains excerpts of Samsung's Further Supplemental
13 Objections and Responses to Apple's First, Third, and Tenth Sets of Interrogatories, served July
14 15, 2013, which Samsung has designated as "HIGHLY CONFIDENTIAL – OUTSIDE
15 ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case,
16 and should be filed under seal as detailed in the accompanying Shim Declaration.

17     23.    Exhibit 45 to the Declaration of Michael L. Fazio in Support of Samsung's
18 Opposition to Apple's Motion to Strike contains excerpts of the Rebuttal Expert Report of Dr.
19 Martin Rinard, served September 13, 2013, which Google has designated as "HIGHLY
20 CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the
21 Protective Order entered in this case or otherwise deemed confidential business information.

22     24.    Exhibit 46 to the Declaration of Michael L. Fazio in Support of Samsung's
23 Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition of Bjorn
24 Bringert, taken in this action on May 10, 2012, which Google has designated as "HIGHLY
25 CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this
26 case or otherwise deemed confidential business information.

27     25.    Exhibit 47 to the Declaration of Michael L. Fazio in Support of Samsung's
28 Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition of Bjorn

1  Bringert, taken in this action on June 28, 2013, which Google has designated as "HIGHLY

2  CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this

3  case or otherwise deemed confidential business information.

4        26. Exhibit 48 to the Declaration of Michael L. Fazio in Support of Samsung's

5  Opposition to Apple's Motion to Strike contains a letter from Joshua Furman of Gibson Dunn to

6  Amar Thakur of Quinn Emanuel, dated September 22, 2013, which Google has designated as

7  "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE"

8  under the Protective Order entered in this case or otherwise deemed confidential business

9  information.

10        27. Exhibit 53 of the Declaration of Michael L. Fazio in Support of Samsung's

11  Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of

12  Hiroshi Lockheimer, taken in this case on July 26, 2013, which Google has designated as

13  "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered

14  in this case or otherwise deemed confidential business information.

15        28. Exhibit 54 of the Declaration of Michael L. Fazio in Support of Samsung's

16  Opposition to Apple's Motion to Strike contains a document produced by Google in this action

17  bearing Bates No. GOOG-NDCAL630-00065845 through GOOG-NDCAL630-00065869, dated

18  July 23, 2013, which Google has designated "HIGHLY CONFIDENTIAL – ATTORNEYS'

19  EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential

20  business information.

21        29. Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has

22  been filed electronically with the Court and served on all parties.

23

24      I declare under penalty of perjury under the laws of the United States of America that the

25  foregoing is true and correct.

26        Executed on November 19, 2013, at Los Angeles, California.

27                                        */s/ Michael L. Fazio*

28                                        Michael L. Fazio

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: November 19, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran