1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 10  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 11            Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS** |
| 12        vs. | |
| 13  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 14 | |
| 15 | |
| 16 | |
| 17            Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to Samsung's Opposition to Apple's Motion to Strike Arguments From Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents.  The Court finds that Samsung's sealing request is narrowly tailored and justified.  Therefore, the following documents or portions thereof may be filed under seal consistent with Samsung's requests:

1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion to Strike Arguments From Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents ("Samsung's Opposition to Apple's Motion to Strike").

2. Exhibit 1 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains a letter from Amar Thakur of Quinn Emanuel to Brian Buroker of Gibson Dunn, dated October 4, 2013.

3. Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains a letter from Brian Buroker of Gibson Dunn to Amar Thakur of Quinn Emanuel, dated October 17, 2013.

4. Exhibit 3 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of a document produced by Microsoft in this action bearing Bates Nos. MSFT-00630-000218 through MSFT-00630-000393.

5. Exhibit 4 is a true and correct copy of excerpts of Samsung's Initial Invalidity Contentions, Exhibit D-1, served April 22, 2013.

6. Exhibit 6 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of Miguel de Icaza, taken in this case on July 2, 2013.

7. Exhibit 7 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of Jeffrey Stedfast, taken in this case on July 3, 2013.

8. Exhibit 9 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of Samsung's Amended Invalidity Contentions, Exhibit D-10, served April 22, 2013.

9. Exhibit 10 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts from a document produced by Apple in this action bearing Bates Nos. APLNDC630-0000196246-320.

10. Exhibit 11 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts from a document produced by Apple in this action bearing Bates Nos. APLNDC630-0000196081-245.

11. Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of Todd Mowry, taken in this case on September 19, 2013.

12. Exhibit 24 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the Opening Expert Report of Dr. Alex Snoeren, served August 12, 2013.

13. Exhibit 28 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of Samsung's Invalidity Contentions, Exhibit C-21, served June 27, 2013.

14. Exhibit 31 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts from the Opening Expert Report of Dr. Jeffrey Chase, served on August 12, 2013.

15. Exhibit 36 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the Opening Expert Report of Dr. Martin Rinard, served August 12, 2013.

16. Exhibit 37 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the Rebuttal Expert Report of Dr. Jeffrey Chase, served September 13, 2013.

17. Exhibit 38 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of Dr. Andrew Cockburn, taken in this case on September 27, 2013.

18. Exhibit 39 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains a copy of Exhibit 2 to the Opening Report of Dr. Andrew Cockburn, served August 12, 2013.

19. Exhibit 40 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains Samsung's Objections and Responses to Apple's Interrogatory No. 24, served September 24, 2012.

20. Exhibit 42 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of Samsung's Further Supplemental Objections and Responses to Apple's First, Third, and Tenth Sets of Interrogatories, served July 15, 2013.

21. Exhibit 45 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the Rebuttal Expert Report of Dr. Martin Rinard, served September 13, 2013.

22. Exhibit 46 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition of Bjorn Bringert, taken in this action on May 10, 2012.

23. Exhibit 47 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition of Bjorn Bringert, taken in this action on June 28, 2013.

24. Exhibit 48 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains a letter from Joshua Furman of Gibson Dunn to Amar Thakur of Quinn Emanuel, dated September 22, 2013.

25. Exhibit 53 of the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains excerpts of the sworn deposition transcript of Hiroshi Lockheimer, taken in this case on July 26, 2013.

1    26.    Exhibit 54 of the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike contains a document produced by Google Inc. in this action bearing Bates Nos. GOOG-NDCAL630-00065845 through GOOG-NDCAL630-00065869, dated July 23, 2013.

Accordingly, for good cause shown, the Court HEREBY ORDERS that these documents may be filed under seal.

DATED: _____

The Honorable Paul S. Grewal
United States Magistrate Judge