1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17                     UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:  December 10, 2013<br>Time: 10:00 a.m.<br>Place: Courtroom 5<br>Judge: Honorable Paul S. Grewal |
| Defendants. | |

Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO
APPLE'S MOT. TO STRIKE ISSUES RELATED TO APPLE PATENTS

1   I, Michael L. Fazio, declare as follows:

2   1.   I am a member of the bar of the State of California, admitted to practice before this
3   Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants
4   Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5   Telecommunications America, LLC (collectively, "Samsung") in this action. I make this
6   declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and
7   would testify as set forth below.

8   2.   Attached hereto as Exhibit 1 is a true and correct copy of a letter from Amar
9   Thakur of Quinn Emanuel to Brian Buroker of Gibson Dunn, dated October 4, 2013.

10   3.   Attached hereto as Exhibit 2 is a true and correct copy of a letter from Brian
11   Buroker of Gibson Dunn to Amar Thakur of Quinn Emanuel, dated October 17, 2013.

12   4.   Attached hereto as Exhibit 3 is a true and correct copy of excerpts of a document
13   produced by Microsoft in this action bearing Bates Nos. MSFT-00630-000218 through MSFT-
14   00630-000393.

15   5.   Attached hereto as Exhibit 4 is a true and correct copy of excerpts of Samsung's
16   Initial Invalidity Contentions, Exhibit D-1, served April 22, 2013.

17   6.   Attached hereto as Exhibit 5 is a true and correct copy of an email from Scott
18   Florance of Quinn Emanuel to counsel at Gibson Dunn and WilmerHale, dated August 10, 2012.

19   7.   Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the sworn
20   deposition transcript of Miguel de Icaza, taken in this case on July 2, 2013.

21   8.   Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the sworn
22   deposition transcript of Jeffrey Stedfast, taken in this case on July 3, 2013.

23   9.   Attached hereto as Exhibit 8 is a true and correct copy of excerpts of sworn
24   deposition transcript of Dan Winship, taken in this case on July 11, 2013.

25   10.   Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Samsung's
26   Amended Invalidity Contentions, Exhibit D-10, served April 22, 2013.

27   11.   Attached hereto as Exhibit 10 is a true and correct copy of excerpts from a
28   document produced by Apple in this action bearing Bates Nos. APLNDC630-0000196246-320.

1      12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from a document produced by Apple in this action bearing Bates Nos. APLNDC630-0000196081-245.

2      13.    Attached hereto as Exhibit 12 is a true and correct copy of a letter from Jennifer Rho of Gibson Dunn to Amar Thakur of Quinn Emanuel, dated July 18, 2013.

14.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts of Samsung's Invalidity Contentions, Exhibit B-3, served May 21, 2013.

15.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the Expert Declaration of Dr. Geoff Cohen, dated April 23, 2012.

16.    Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the sworn deposition transcript of Lars Frid-Nielson, taken in this case on June 19, 2013.

17.    Attached hereto as Exhibit 16 is a true and correct copy of excerpts of the sworn deposition transcript of Earl Hood, taken in this case on June 26, 2013.

18.    Attached hereto as Exhibit 17 is a true and correct copy of excerpts of Samsung's Invalidity Contentions, Exhibit B-1, served March 24, 2013.

19.    Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Kevin Jeffay, served August 12, 2013.

20.    Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the sworn deposition transcript of Todd Mowry, taken in this case on September 19, 2013.

21.    Attached hereto as Exhibit 20 is a true and correct copy of excerpts the Opening Expert Report of Dr. Thomas E. Fuja, served August 12, 2013.

22.    Attached hereto as Exhibit 21 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Richard N. Taylor, served August 12, 2013.

23.    Attached hereto as Exhibit 22 is a true and correct copy of an email from Joshua Furman of Gibson Dunn to Patrick Curran of Quinn Emanuel, dated September 4, 2013.

24.    Attached hereto as Exhibit 23 is a true and correct copy of an email from Joshua Furman of Gibson Dunn to Patrick Curran of Quinn Emanuel, dated September 9, 2013.

25.    Attached hereto as Exhibit 24 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Alex Snoeren, served August 12, 2013.

1    26.    Attached hereto as Exhibit 25 is a true and correct copy of an excerpt from
2 Samsung's Second Amended Pat. Loc. R. 3-3 and 3-4 Disclosures, served April 22, 2013.
3    27.    Attached hereto as Exhibit 26 is a true and correct copy an email from Jeanine
4 Zalduendo of Quinn Emanuel to Mark Lyon at Gibson Dunn, dated June 21, 2013.
5    28.    Attached hereto as Exhibit 27 is a true and correct copy of Samsung's Further
6 Supplemental Responses to Apple's Third Set of Interrogatories (Interrogatory No. 28), served
7 July 15, 2013.
8    29.    Attached hereto as Exhibit 28 is a true and correct copy of excerpts of Samsung's
9 Invalidity Contentions, Exhibit C-21, served June 27, 2013.
10    30.    Attached hereto as Exhibit 29 is a true and correct copy of an email from Anastasia
11 Fernands of Quinn Emanuel to Rod Stone of Gibson Dunn, dated July 6, 2013.
12    31.    Attached hereto as Exhibit 30 is a true and correct copy of excerpts of the sworn
13 deposition transcript of Robert Levy, taken in this case on June 13, 2013.
14    32.    Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the
15 Opening Expert Report of Dr. Jeffrey Chase, served on August 12, 2013.
16    33.    Attached hereto as Exhibit 32 is a true and correct copy of an email from Jeanine
17 Zalduendo of Quinn Emanuel to Mark Lyon of Gibson Dunn, dated June 18, 2013.
18    34.    Attached hereto as Exhibit 33 is a true and correct copy of an email from Jeanine
19 Zalduendo of Quinn Emanuel to Mark Lyon of Gibson Dunn, dated June 4, 2013.
20    35.    Attached hereto as Exhibit 34 is a true and correct copy of an email from Brian
21 Buroker of Gibson Dunn to Michael Fazio of Quinn Emanuel, dated August 29, 2013.
22    36.    Attached hereto as Exhibit 35 is a true and correct copy of an email from Joshua
23 Furman of Gibson Dunn to Michael Fazio of Quinn Emanuel, dated September 1, 2013.
24    37.    Attached hereto as Exhibit 36 is a true and correct copy excerpts of the Opening
25 Expert Report of Dr. Martin Rinard, served August 12, 2013.
26    38.    Attached hereto as Exhibit 37 is a true and correct copy of excerpts of the Rebuttal
27 Expert Report of Dr. Jeffrey Chase, served September 13, 2013.
28

1    39.    Attached hereto as Exhibit 38 is a true and correct copy of excerpts of the sworn
2  deposition transcript of Dr. Andrew Cockburn, taken in this case on September 27, 2013.

3    40.    Attached hereto as Exhibit 39 is a true and correct copy of Exhibit 2 to the Opening
4  Report of Dr. Andrew Cockburn, served August 12, 2013.

5    41.    Attached hereto as Exhibit 40 is a true and correct copy of Samsung's Objections
6  and Responses to Apple's Interrogatory No. 24, served September 24, 2012.

7    42.    Attached hereto as Exhibit 41 is a true and correct copy of excerpts of the Rebuttal
8  Expert Report of Saul Greenberg, served September 13, 2013.

9    43.    Attached hereto as Exhibit 42 is a true and correct copy of excerpts of Samsung's
10 Further Supplemental Objections and Responses to Apple's First, Third, and Tenth Sets of
11 Interrogatories, served July 15, 2013.

12   44.    Attached hereto as Exhibit 43 is a true and correct copy of excerpts of the Opening
13 Expert Report of Dr. Todd Mowry, served August 12, 2013.

14   45.    Attached hereto as Exhibit 44 is a true and correct copy of a letter from Lindsay
15 Cooper of Quinn Emanuel to Michael Valek of Gibson Dunn, dated July 23, 2013.

16   46.    Attached hereto as Exhibit 45 is a true and correct copy of excerpts of the Rebuttal
17 Expert Report of Dr. Martin Rinard, served September 13, 2013.

18   47.    Attached hereto as Exhibit 46 is a true and correct copy of excerpts of the sworn
19 deposition of Bjorn Bringert, taken in this action on May 10, 2012.

20   48.    Attached hereto as Exhibit 47 is a true and correct copy of excerpts of the sworn
21 deposition of Bjorn Bringert, taken in this action on June 28, 2013.

22   49.    Attached hereto as Exhibit 48 is a true and correct copy of a letter from Joshua
23 Furman of Gibson Dunn to Amar Thakur of Quinn Emanuel, dated September 22, 2013.

24   50.    Attached hereto as Exhibit 49 is a true and correct copy of a letter from Amar
25 Thakur of Quinn Emanuel to Brian Buroker of Gibson Dunn, dated September 27, 2013.

26   51.    Attached hereto as Exhibit 50 is a true and correct copy of an email from Joshua
27 Furman of Gibson Dunn to Matt Warren of Quinn Emanuel, dated September 21, 2013.

28

1    52.     Attached hereto as Exhibit 51 is a true and correct copy of excerpts of the transcript
2 of proceedings in this case before the Honorable Paul S. Grewal, on June 25, 2013.

3    53.     Attached hereto as Exhibit 52 is a true and correct copy of a letter from Jeff
4 Nardinelli of Quinn Emanuel to Joshua Furman of Gibson Dunn, dated November 19, 2013.

5    54.     Attached hereto as Exhibit 53 is a true and correct copy of excerpts of the sworn
6 deposition transcript of Hiroshi Lockheimer, taken in this case on July 26, 2013.

7    55.     Attached hereto as Exhibit 54 is a true and correct copy of a document produced by
8 Google Inc. in this action bearing Bates Nos. GOOG-NDCAL630-00065845 through GOOG-
9 NDCAL630-00065869.

10   56.     Attached hereto as Exhibit 55 is a true and correct copy of excerpts from Apple's
11 First Supplemental Objections and Responses to Samsung's Third Set of Interrogatories (No. 26),
12 served May 13, 2013.

13   I declare under penalty of perjury under the laws of the United States of America that the
14 foregoing is true and correct.

15   Executed on November 19, 2013, at Los Angeles, California.

                                            */s/ Michael L. Fazio*
                                            Michael L. Fazio

## ATTESTATION

I, Patrick D. Curran, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: November 19, 2013         */s/ Patrick D. Curran*
                                 Patrick D. Curran