# EXHIBIT 17

**EXHIBIT B-1**
**MOSAIC INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 5,946,647**

The Mosaic System was publically known by at least 1994.  Individuals likely to have knowledge of the public availability of the Mosaic System include Terry McLaren.  The Mosaic web browser described herein was developed at and released by the National Center for Supercomputing Applications (NCSA) at the University of Illinois Urbana-Champaign.  Mosaic web browser version 2.0 alpha 9 from the NCSA website was available at least by January 25, 1995.  *See* ftp://ftp.ncsa.uiuc.edu/Mosaic/Windows/Archive/MosaicHistory.html; http://scout.wisc.edu/Projects/PastProjects/NH/95-01/95-01-27/0000.html.

The Mosaic System anticipates at least claims 1, 2, 4, 6, 8, and 9 of U.S. Patent No. 5,946,647 (the "'647 patent") under 35 U.S.C. § 102(b), as described by the following references:

- The file README.WRI (a NCSA Mosaic for Microsoft Windows Installation and Configuration Guide) from the top level of The Mosaic2.0Alpha9 distribution ("MosReadMe")

- The file RELNOTES.HTM (a NCSA Mosaic for Microsoft Windows Installation and Configuration Guide) from the top level of the Mosaic2.0Alpha9 distribution ("MosRelNotes")

- Mosaic web browser and screenshots, version 2.0 alpha 9, released no later than January 25, 1995, available from ftp://ftp.ncsa.uiuc.edu/Mosaic/Windows/Archive/MosaicHistory.html[1] ("Mosaic")

- Dougherty, Dale, Koman, Richard, *The Mosaic Handbook,* O'Reilly & Associates, Inc., 1994 ("MosHandbook")

The Mosaic System renders obvious at least claims 1, 2, 4, 6, 8, and 9  of the '647 patent under 35 U.S.C. § 103, alone and/or in combination with one or more of the following references that describe the MHonArc System:

- The file mhonarc.txt from the doc directory of the MHonArc distribution, dated 10/1/1994[2]  ("MHonDoc")

---

[1] The NCSA website provides the executables and documentation for Mosaic version 2.0 alpha 9 at: ftp://ftp.ncsa.uiuc.edu/Mosaic/Windows/Archive/NCSAMosaicV2.0a9.zip

[2] See MHonArc official website at http://www.mhonarc.org/MHonArc/CHANGES

- The file mhonarc (the mail MHonArc Perl script) from the top level of the MHonArc distribution, dated 10/1/1994[3] ("MHonArc")

- http://www.mhonarc.jp/mirror/release/MHonArc/2.5.14/extras/MosaicMail, MosaicMail script by Earl Hood, Oct 26, 1994 ("MosaicMail")

- http://perldoc.perl.org/perlhist.html , The Perl History Records ("Perl")

Individuals likely to have knowledge of the MHonArc System include Earl Hood.  MHonArc is a Perl program designed by Earl Hood.  MHonArc version 1.0.0 was released publicly by Earl Hood on October 1, 1994.  *See* http://groups.google.com/group/comp.infosystems.www.misc/msg/9c8606d38394e2ca?dmode=source; http://groups.google.com/group/comp.infosystems.www.users/msg/047e508412de70af?dmode=source; http://groups.google.com/group/comp.infosystems.www.misc/msg/31aea52b9ac62dde?dmode=source.

The Mosaic System renders obvious at least claims 1, 2, 4, 6, 8, and 9 of the '647 patent under 35 U.S.C. § 103, alone and/or in combination with John Hopcroft and Jeffrey Ullman , *Formal Languages and Their Relation to Automata,* Addison-Wesley, Reading, MA, 1969 ("Hopcroft"); Dick Grune and Ceriel Jacobs, *Parsing Techniques – a Practical Guide*, First Edition, Ellis Horwood, Chichester, England, 1990 ("Grune"); [4] Conger, Jim, *Microsoft Foundation Class Primer,* Waite Group Press, Emeryville, CA, 1993. ("MFC"); "Dexter With Open Eyes," John L. Leggett and John L. Schnase, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994, pp. 77-86 ("Leggett"); "Automatic Structuring and Retrieval of Large Text Files," Gerard Salton, James Allan, and Chris Buckley, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994, pp. 97-108 ("Salton94"); "Light Hypermedia Link Services: A Study of Third Party Application Integration," Hugh C. Davis, Simon Knight and Wendy Hall, ECHT '94 Proceedings, September 1994 ("Davis"); Schwartz, Randal L., *Learning Perl*, O'Reilly & Associates, United States, 1993. ("Learning Perl"); Dougherty, Dale, *sed & awk*, O'Reilly & Associates, United States, 1991. ("sed & awk").

---

[3] See MHonArc official website at http://www.mhonarc.org/MHonArc/CHANGES

[4] Grune is available at http://dickgrune.com/Books/PTAPG_1st_Edition/

To the extent any limitation is found not to be literally disclosed, such a limitation would be obvious because the '647 patent is merely a collection of prior art elements that fails to meet the statutory requirement of nonobviousness under § 103, and the factors delineated in *KSR Int'l Co. v. Teleflex, Inc*., 550 U.S. 398 (2007), weigh against a finding of nonobviousness.

For example, it would have been obvious to a person of ordinary skill in the art to combine the teaching of the Mosaic System with the teachings of the references listed above and in Samsung's Patent Local Rule 3-3 And 3-4 Disclosures for the '647 patent served herewith; such references are in the same field of art, and discuss various techniques and improvements that would have been known to yield predictable results when applied to the technology claimed in the '647 patent, and a person of ordinary skill therefore would have been motivated to so combine them in view of the disclosures therein.  Below included in this chart are examples of specific teachings from references that, combined with the Mosaic System , render the '647 patent invalid under § 103.

Samsung reserves the right to use the entirety of the reference cited in its contentions to show that the asserted claims are anticipated and/or are obvious.  Moreover, to the extent that any of the below claim limitations are found to not be expressly disclosed by the below reference, it is Samsung's contention that any such limitation would be obvious, either based the knowledge of one of ordinary skill in the art or based on any of the art cited in Samsung's invalidity contentions.  It is also Samsung's contention that one of ordinary skill in the art would find such limitation obvious for at least one or more of the following reasons: (1) the combination would unite  old elements with no change in their respective function; (2) the combination would have been a predictable variation of a work in the same or a different field of endeavor; (3) the modification would have used a known technique to improve a similar device in the same way; (4) the modification was a known problem for which there was an obvious solution; (5) the modification would have been "obvious to try"; (6) the modification was known work in one field of endeavor that would have prompted variations of it for use in either the same or different field based on design incentives or other market forces; (7) there was an explicit teaching, suggestion, or motivation in the prior art for the modification.

The citations to portions of any reference in this chart are exemplary only.  Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '647 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims.  This claim chart takes into account Apple's overly broad construction of the claim limitations.  Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper.  To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said

feature or functionality is found to practice any limitation of any of the asserted claims of the '647 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that the Mosaic System invalidates the asserted claims of the '647 patent, either alone or in combination with one or more other references.

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| **[1A]** A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Apple has taken the position that the preamble is not limiting. See Mowry Dep. Tr. at 101:4-6.<br><br>To the extent that the preamble is limiting, The Mosaic System discloses a computer-based system for detecting structures in data and performing actions on detected structures. The Mosaic System includes a web browsing application. Mosaic detects structures including an "anchor" and its "tags" in an HTML document presented to the application, presents the detected structures to the user as clickable hyperlinks, and allows actions to be performed on the structures when clicked. See, e.g.:<br><br>    NCSA Mosaic is a network navigational tool that will allow you to easily access networked information with the click of a button.  Mosaic is capable of accessing data via protocols such<br><br>    as HTTP, Gopher, FTP and NNTP (Usenet News) natively, and other data services such as Archie, WAIS, and Veronica through gateways.  NCSA Mosaic was designed to provide its user transparent and seamless access to these information sources and services.  Mosaic capable of running under the following processor architectures and  operating systems.<br><br>    Below are the naming schemes we are using for this release.<br><br>        With a Setup Program:<br><br>        mos20a9.exe ....................................      Win3.x, WWG & NT (iX86 processor)<br><br>        Without a Setup Program:<br><br>        x86.mosaic.2.0.0a9.exe......................  Win3.x, WWG & NT (iX86 processor) |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | axp.mosaic.2.0.0a9.exe......................   NT for the DEC aXP

mips.mosaic.2.0.0a9.exe....................   NT for the MipsPC

ppc.Mosaic.2.0.0a9.exe......................   NT for the Power PC


Software Requirements

Before we get started we must assume your system meets one or more of the following Operating System and environments:

  - Microsoft Windows NT

  - Windows v3.1, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.

  - Windows for Workgroups, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.

  - You have an Internet access provider or you plan on using Mosaic in Stand-Alone mode.  NOTE: NCSA doesn't provide Internet access to the general public.

Mosaic is a 32-bit Application

Mosaic is a 32-bit application. This means that Mosaic is compatable with Windows 3.1,

Windows for Workgroups, Windows NT and Win95.  The Windows NT operating system is

available for the following processors:
**MosReadMe: lines 6-37.** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | <br><br>**(Mosaic, disclosing detecting anchors and their tags in HTML and displaying hyperlinks for each detected structure. For example, when loading this HTML document, Mosaic detects the "<a href=url>anchor text</a>" structures and creates clickable hyperlinks which are presented to the user in blue text.)**<br><br>To the extent that the preamble is limiting, the MHonArc System also discloses a computer- |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | based system for detecting structures in data and performing actions on detected structures. For instance, as described immediately below and in the following claim element analyses, MHonArc was a program that executed on a computer and converted emails into HTML, detecting in the process structures such as email addresses and URLs, and assigning actions to those detected structures that could later be performed. See, e.g.: |

> MHonArc is a Perl program for converting e-mail messages as specified in RFC 822 and RFC 1521 (MIME) to HTML. MHonArc can perform the following tasks:
>
>   * Convert mh(1) mail folders or mail(1) style mailboxes into an HTML mail archive.
>   * Add new e-mail messages to an existing HTML mail archive generated by MHonArc.
>   * Convert a single message to HTML.

**MHonDoc: lines 74-82.**

> Requirements
>
> In order to run MHonArc, you must be using it on a UNIX based system with Perl 4 installed. It is recommed to have patchlevels 34 or later of Perl.

**MHonDoc: lines 111-115.**

MHonArc itself is a Perl script that is executed by the Perl 4.0 interpreter program. A 'Very Stable' release of Perl 4.036 was available in February, 1993 as a win32 binary for Windows 3.1 and Windows NT.

```
1.  Pump- Release Date Notes
2.  king              (by no means
3.                        comprehensive,
```

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | 4.                              see Changes*<br>5.                              for details)<br>6.  ==========================================================<br>       =============<br>[…]<br>    1.           4.034        1992-Jun-11<br>    2.           4.035        1992-Jun-23<br>    3.  Larry   4.036        1993-Feb-05    Very stable.<br>**Perl: lines 1-6, 48-50.**<br><br>As a Perl program, MHonArc is capable of running on a variety of operating systems which support a Perl interpreter, including Microsoft Windows.<br><br>Because MHonArc is a program which generates HTML documents and Mosaic is a program which displays and supports user interaction with HTML documents, it is natural and obvious to use Mosaic in combination with MHonArc to process the MHonArc output data. The use of MHonArc and Mosaic in combination is specifically referenced by Earl Hood (the author of MHonArc) in the documentation for the related MosaicMail script:<br><br>#! /usr/local/bin/perl<br>##------------------------------------------------------------------------<br>##<br>## File:<br>## MosaicMail<br>## Author:<br>## Earl Hood ehood@convex.com<br>## Copyright (C) 1994, Wed Oct 26 15:00:44 CDT 1994<br>## Thanks:<br>## Roman Czyborra <czyborra@cs.tu-berlin.de> -- Whose feedback<br>## and sh script greatly improved the program.<br>##<br>## Description: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | ## MosaicMail is a simple Perl program that loads a single mail<br>## message from STDIN into a running Mosaic process. If no Mosaic<br>## process is running, the script will exec Mosaic.<br>## MHonArc is called to do the actual conversion of the e-mail<br>## message. Therefore, MIME messages will be converted.<br>##<br>**MosaicMail**: lines 1-19. |
| **[1B]** an input device for receiving data | The Mosaic System discloses an input device for receiving data. The Mosaic Handbook references running Mosaic with a mouse and a screen. The Mosaic System receives data in the form of an HTML document by use of network hardware, such as a modem. HTML files and image files are retrieved directly from the network using a modem or other network hardware. HTML files are received as plain text in the ASCII format. The Mosaic System also inherently includes input devices such as a mouse and a keyboard. See also, e.g.:<br><br>Converting MH mail folders, or Mailbox files<br><br>Since MHonArc supports MH mail folders and mailbox files, the term "inbox" will represent the MH mail folder or mailbox file you want to process. To convert your inbox to an HTML archive, use one of the following commands:<br><br>For an MH mail folder:<br>% mhonarc <path>/inbox<br><br>For a mailbox file:<br>% mhonarc -mbox <path>/inbox<br><br>Where <path> represents the path to the directory that contains inbox. If you are in the directory that contains inbox, then you can leave out the "<path>/".<br><br>NOTES: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | An MH mail folder is actually a UNIX directory file, and MHonArc expects the filename arguments you give to be directory files. If -mbox is specified, then the filename arguments should be UNIX plain files in mailbox format.<br>**MHonDoc: lines 154-175.**<br><br>Description:<br> MHonArc converts mail messages to HTML and creates an index page linking to each mail message.  MHonArc can be renamed to assume the following options:<br>  mhonarc:      -mh    (File arguments are MH mail folders)<br>  mbox2html:    -mbox   (File arguments are mail(1) mailbox files)<br>    \<anyname\>:       -mh<br><br> The -mbox option always specifies mail(1) mailbox processing regardless of the program name or the -mh option.  The -mh option can be used to process MH mail folders if the program name is mbox2html.<br>**MHonArc: lines 1419-1429.**<br><br>A microcomputer running Mosaic discloses additional input devices for receiving data. Specifically, the Mosaic Handbook references running Mosaic with a mouse and a screen.<br><br> Consider the original Marx Brothers home page shown in Figure 7-10. The mouse is positioned over the word GROUCHO, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  Figure 7-9.  Hypertext links displayed in status bar in Mosaic<br><br>this anchor. Here is the HTML that causes Mosaic to display GROUCHO as a hypertext anchor.<br><br>**MosHandbook: pp. 149-150.**<br><br>The MHonArc System also discloses an input device for receiving data. Specifically, the electronic mail files used as input to MHonArc would be received via a network adapter or modem, or from fixed or removable disk media.<br><br>Converting MH mail folders, or Mailbox files<br><br>Since MHonArc supports MH mail folders and mailbox files, the term "inbox" will represent the MH mail folder or mailbox file you want |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | to process. To convert your inbox to an HTML archive, use one of the following commands:<br><br>For an MH mail folder:<br>   % mhonarc <path>/inbox<br><br>For a mailbox file:<br>   % mhonarc -mbox <path>/inbox<br><br>Where <path> represents the path to the directory that contains inbox. If you are in the directory that contains inbox, then you can leave out the "<path>/".<br><br>NOTES:<br>   An MH mail folder is actually a UNIX directory file, and MHonArc expects the filename arguments you give to be directory files. If -mbox is specified, then the filename arguments should be UNIX plain files in mailbox format.<br>**MHonDoc: lines 154-175.**<br><br>  Description:<br>  MHonArc converts mail messages to HTML and creates an index page linking to each mail message.  MHonArc can be renamed to assume the following options:<br>   mhonarc:     -mh  (File arguments are MH mail folders)<br>   mbox2html:   -mbox  (File arguments are mail(1) mailbox files)<br>     <anyname>:  -mh<br><br>The -mbox option always specifies mail(1) mailbox processing regardless of the program name or the -mh option.  The -mh option can be used to process MH mail folders if the program name is mbox2html. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | **MHonArc: lines 1419-1429.** |
| **[1C]** an output device for presenting the data | The Mosaic System discloses an output device for presenting the data. Mosaic presents the received HTML document on a computer screen.  See, e.g.: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  (The Mosaic System disclosing the browser presenting the received HTML document on a screen.) The MHonArc System also discloses an output device for presenting the data. For instance, a "Unix based system" would inherently include a monitor or other display device of some kind. See, e.g.: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | Requirements<br><br>In order to run MHonArc, you must be using it on a UNIX based system with Perl 4 installed. It is recommed to have patchlevels 34 or later of Perl.<br>**MHonDoc: lines 111-115.** |
| **[1D]** a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Mosaic System discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures.<br><br>The Mosaic System includes a memory storing information including program routines. Mosaic is a collection of program routines, which are stored in memory on a computer. Mosaic is a 32-bit application, as described in the Release Notes. See, e.g.:<br><br>**Mosaic is a 32-bit application.** This means that Mosaic is compatable with Windows 3.1, Windows for Workgroups 3.11, Windows NT and Windows 95. The Windows NT operating system is available for the following processors:<br>**iX86** - Intel's 386, 486, and Pentium Processors<br>**aXP** - Digital Equipment Corporation (DEC) aXP 64-bit processor<br>**MIPS** - Mips Technology processor<br>**PPC** - Motorola,IBM,Apple Power PC processor<br>**MosRelNotes**<br><br>Such software applications are inherently composed of program routines which are stored in system memory.<br><br>The Mosaic System includes an analyzer server for detecting structures in the data, and for linking actions to the detected structures. Mosaic receives data in the form of raw ASCII text comprising an HTML document and detects anchors that have the form "<a href=url>anchor |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | text</a>". The Mosaic system detects at least two kinds of structures: anchors that are references to other hypertext documents, and anchors that are references to email addresses. The first kind of anchor has the form '<a href="http://address">anchor text</a>' for hypertext documents, and the second has the form '<a href="mailto:address">anchor text</a>' for e-mail addresses. In both cases, the detected structure is the entire form, from the initial "<a" to the final "/a>", which can be detected by parsing using either grammars, regular expressions, or other parsing techniques. When Mosaic detects a structure, it displays the anchor text as a hypertext anchor (conventionally highlighted in blue) and displays the URL in the status bar at the bottom of the screen.<br><br><br>*Figure 7–9. Hypertext links displayed in status bar in Mosaic*<br><br>this anchor. Here is the HTML that causes Mosaic to display GROUCHO as a hypertext anchor. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | **MosHandbook: p.150.**<br><br>The action of loading a web page pointed to by a URL is linked to a "<a href=url>anchor text</a>" structure. The Mosaic Handbook discloses how to create and detect HTML links using the anchor with its tags:<br><br>... **MosHandbook: pp. 149-150.** |

**Weaving Threads: Anchor Links**

<A> and </A>

Now for the fun part—creating anchors and hypertext links. As discussed earlier, links are the way that users are guided through a body of hypertext information. In the parlance of HTML, an anchor is the hypertext itself—the element that the user selects in order to go to the linked document. An anchor can be a word, a phrase, a picture, an icon, or anything that can be displayed on an HTML page. The linked item, that is, the place the user goes after clicking on the anchor, can be any file—not just another HTML document, but also a Gopher menu, a WAIS database, an FTP site, etc. For the sake of simplicity, however, we'll talk primarily about linking HTML documents together.

**Linking to other documents**

By now you're quite familiar with how to recognize and use hypertext links. In this section, you'll learn how to create them. We'll start by discussing how to link to other documents on your computer; then we'll move on to linking to other documents on the Internet.

You'll probably start out writing your documents on your PC, but at some point, you'll need to move your files over to an HTTP server to make them available on the Web. For that reason, it's a good idea to use only filenames in your links, not directory names, since your files will have a different path on the server than they do on your PC.

The first step is to create an anchor, which you do with the anchor tag <A>, and the HREF attribute. The anchor tag tells the browser, "Make the following text a hypertext anchor," and HREF tells it, "Link the anchor to this file." Here's the syntax:

<A HREF="filename">HYPERTEXT</A>

Consider the original Marx Brothers home page shown in Figure 7-10. The mouse is positioned over the word GROUCHO, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to



Figure 7-9. Hypertext links displayed in status bar in Mosaic

this anchor. Here is the HTML that causes Mosaic to display GROUCHO as a hypertext anchor.

<A HREF="groucho.html">Groucho</A>

This line says: Make the word GROUCHO an anchor that links to the file *groucho.html*. In this case, the file is on the same computer and in the same directory as the active page, so you only gave the filename. But we could link to a file in another directory on the same computer, or to another computer on the Internet.

Let's add to this page a hypertext anchor that links to a document on another server. To do this, we need to give the URL of the linked file. The hypertext will say, "Learn more about the 1930s," and will link to the home page of a collection of documents about the 1930s that exists on a computer called **college.edu**. Here's the HTML:

<A HREF="http://college.edu/USHistory/1930s/HomePage.html">Learn more about the 1930s</A>

When users click on the anchor, they are connected to **college.edu** and the linked page is displayed.

When creating links, remember that you can link to any file, not just an HTML page. You can create links to video, audio, graphic, or CAD files. The only proviso

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | The action of creating an internet shortcut is linked to a '<a href="mailto:address">anchor text</a>' structure. See, e.g.:<br><br><br><br>**(Mosaic, disclosing actions linked to e-mail address anchor structures.)** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | Mosaic further links the actions "Load Anchor to Disk", "Anchor Information", "Create Internet Shortcut", and "Spawn Mosaic from Anchor" to the detected hypertext document anchor structures to be accessed by right-clicking on a detected structure.<br><br><br><br>**(Mosaic, disclosing detected hypertext document anchor structures that are made clickable.)** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | Mosaic links a different set of actions (only the actions "Load Anchor to Disk" and "Create Internet Shortcut") to the detected email address anchor structures which are accessed by right-clicking on a detected structure.<br><br> |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | **(Mosaic, disclosing detected e-mail address anchor structures that are made clickable.)**<br><br>The MHonArc System also discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures.<br><br>The MHonArc program, when interpreted and stored in memory by the Perl interpreter detects three different types of structures in the input data (unstructured email text):  untagged email addresses, HTTP URLs, and mailto URLs.<br><br>The analysis of input data in the MHonArc program is performed in the read_mail_body routine (and other routines that it calls, including MAILread_body) of the MHonArc script.  See, e.g.:<br><br>`##      read_mail_body() reads in the body of a message.  The returned`<br>`##      filtered body is in *ret.`<br>`##`<br>`sub read_mail_body {`<br>**MHonArc: lines 773-776.**<br><br>`##      MAILread_body() parses a MIME message body.  $header is the`<br>`##      header of the message.  $content is the value of the Content-Type`<br>`##      field.  $body is the actual message body.  The return value`<br>`##      is a scalar variable representing the contents of the filtered`<br>`##      message.`<br>`##`<br>`sub main'MAILread_body {`<br>**MHonArc: lines 1497-1503.**<br><br>MHonArc converts unstructured plain text email messages and MIME encoded email messages into HTML.  In the process of conversion, MHonArc detects certain structures in the email and marks those structures in the HTML output such that the individual structures may be selected in a browser like Mosaic.  Specifically, MHonArc detects email addresses in mail |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | header fields,<br><br>      * E-mail addresses are converted to "mailto" hyperlinks in "To:",<br>     "From:", "Cc:", and "Sender:" mail header fields. Currently, not<br>      all Web browsers support the mailto URL.<br>**MHonDoc: lines 233-235.**<br><br>This processing is performed by the routine htmlize_header defined at **MHonArc:** line 2019. htmlize_header in turn calls the routine field_add_links which calls the routine mailto. mailto detects e-mail addresses using a regular expression from within the unstructured text of the "to", "from", "cc", "sender" and "reply-to" fields that contain one or more textual names with embedded e-mail addresses:<br><br>```<br>sub mailto {<br>    local(*str) = shift;<br>    if ($MAILTOURL) {<br>    $str =~ s\|([\!\%\w\.-]+@[\w\.-]+)\|&mailUrl($1)\|ge;<br>    } else {<br>    $str =~ s\|([\!\%\w\.-]+@[\w\.-]+)\|<A HREF="mailto:$1">$1</A>\|g;<br>    }<br>}<br>```<br>**MHonArc: lines 1736-1743.**<br><br>MHonArc detects and marks http:, and other, URL references in the plaintext email body by converting them to hyperlinks.<br><br>    text/plain signifies ASCII character data. In the HTMLized message,<br>    the data is wrapped in a PRE element with special characters ($<$ $>$ &)<br>    converted to entity references. MHonArc will also make any URLs into<br>    hyperlinks. The following URL types are recognized:<br><br>     * http://... |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | * ftp://... <br> * afs://... <br> * wais://... <br> * telnet://... <br> * gopher://... <br> * news:... <br> * nntp:... <br> * mid:... <br> * cid:... <br> * mailto:... <br> * prospero:... <br> **MHonDoc: lines 1451-1467.** <br><br> This processing is performed by the routine convert_line at **MHonArc**: lines 1846-1877. convert_line uses a regular expression to detect URLs, and then returns the detected URL text placed into '<A HREF="">' and '</A>' tags: <br><br>       $tmp .= $item . '<A HREF="' . $item2 . '">' . $item2 . '</A>'; <br> **MHonArc: line 1860** <br><br> Through this processing, an email is converted to an HTML file that can be processed by a browser such as Mosaic.  A sample email message file and corresponding HTML output file from MHonArc are demonstrated by: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | ```
From aw585@lafn.org  Fri Mar 28 12:23:43 2008
From: aw585@lafn.org (Dallas)
Date: Fri, 28 Mar 2008 04:23:43 -0700
Subject: [MPlayer-users] usnatch moved to sourceforge
Message-ID: <E1JfCgR-0OO5br-OO@knopper>


I'm sending this to several public forums, (and several
private individuals) but not by CC:  to avoid crosspost
message bounce hell.

As a courtesy to everyone to let them know where I'm sending this:

Lynx-dev:
mailto:lynx-dev@nongnu.org
http://lists.nongnu.org/mailman/options/lynx-dev/

Mplayer-users:
mailto:mplayer-users@mplayerhq.hu
http://lists.mplayerhq.hu/mailman/listinfo/mplayer-users

Rexx Language Association:
mailto:members@rexxla.org
http://www.rexxla.org
(for nonmembers perhaps, news://comp.lang.rexx)

(Los Angeles) LAMP SIG:
mailto:lamp-user@maillist.lampsig.org
http://www.lampsig.org/

Feel free to forward this to any other place you want.

The purpose of this message is to announce that the Rexx
script 'usnatch', previously downloadable from:

http://www.lafn.org/~aw585/usnatch

has been accepted by Sourceforge, and the network
presence moved to:

http://usnatch.sourceforge.net

now including a mailing list.

Also wanted to mention that someone on one of the above lists wanted to
be able to play videos by direct streaming of the Internet, and this is
now possible.  As I recall the current version has an underdocumented
switch to play straight off the net, or alternately you can leave off
the switch to play, and use the USNATCH_DOWNLOAD environmental variable
to redefine the download action from, say wget, to, for example,


'mplayer -vc ffflv -ac mp3 -cache 300 -prefer-ipv4 [URL]'


Regards,

Dallas E. Legan II / legan@acm.org / dallas.legan@gmail.com / aw585@lafn.org
    dallas_legan@users.sourceforge.net
http://isthereanotherquestion.blogspot.com
``` **Sample email message file for MHonArc** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  HTML document output by MHonArc |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | MFC also discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures.<br><br>MFC discloses using function pointers for linking actions in a pop-up menu.<br><br>MFC discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures.<br><br>The 'Message Map' of MFC provides a memory storing information on linking a set of actions (in the form of conventional pointers) to a pop-up menu which can be associated with detected structures. See, e.g.:<br><br>"The MFC approach to processing messages is to divert each message that the program will process to a separate function.  The function does whatever action is appropriate in the program for that one message, and then returns.  The diversion of messages to individual functions is done with a 'message map'.  The message map specifies which functions get called for specific messages, and then lets any other messages pass on to the default message processing logic.  Figure 3-4 shows how the message map diverts functions." MFC:p76.<br><br>Additionally, Leggett and Davis both discloses the use of an analyzer server for detecting structures and linking that would have been obvious to combine with the Mosaic System<br><br>"*Link Services.* The notion of a 'hypertext system' as occurs throughout the Dexter model is replaced with the notion of `link services' that are provided to **all** applications by a base layer of the computing environment. In a minimal scenario, link services would provide operations for creating and deleting anchors and links and for following links." (Leggett, p. 81, emphasis in original) |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | *"The Computed Linker*<br>This uses a pre-created index of some set of text files to apply information retrieval techniques to attempt to provide links where none have been manually created." (Davis, p. 43) |
| **[1E]** a user interface enabling the selection of a detected structure and a linked action; and | The Mosaic System discloses a user interface enabling the selection of a detected structure and a linked action. For example, a detected '<a href="http://address">anchor text</a>' structure and linked action of loading the webpage may be selected by using a mouse cursor to click on the hyperlink generated from the detected structure. Additionally, the detected structure may be selected using a mouse cursor to right-click on the hyperlink generated from the detected structure, causing Mosaic to generate a context sensitive menu comprising multiple actions that may be further selected using the mouse cursor.<br><br>The Mosaic System provides the following functions upon a click of the right mouse button, as described in the Release Notes. See, e.g.:<br><br>***Inline Images:***<br>**Save Image**<br>    Selecting this options allow you to save the image to your local disk using the standard Windows "Save As" dialog box. You can save the image in one of two formats:<br>    **Windows BMP Format**<br>    The standard file used by Windows for the desk top background.<br>    **Remote Site Format**<br>    The default format of the file. This format is dictated by the server and the image is usually in a .gif format.<br>**Image Information**<br>    Mosaic will query the web server for information about the image and display it to you in a dialog box. The dialog box contains the following information:<br>        • URL |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | • Size<br><br>• Last Modified (Date)<br><br>• Type (MIME Type/Sub Type)<br><br>• Server Type (Web server and version number)<br><br>• MIME (version number)<br><br>**Image Anchors:**<br><br>**Load Anchor to Disk**<br>Load Anchor to Disk allows you to save that html file to your local disk via a the "Save As" dialog box. Note: Only the html file will be saved to disk, not the images that are associated with that file. (Yet!)<br><br>**Anchor Information**<br>Mosaic will query the web server for information about the HTML file behind the anchor. Mosaic will then display this information to you within a dialog box. The dialog box contains the following information:<br><br>• URL<br><br>• Size<br><br>• Last Modified (Date)<br><br>• Type (MIME Type/Sub Type)<br><br>• Server Type (Web server and version number)<br><br>• MIME (version number)<br><br>**Save Image**<br>Ditto |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | **Image Information**<br>    Ditto<br>**Create Internet Shortcut**<br>    Internet shortcuts create .url files that contain an anchor URL. These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window. When one of these files are opened, Mosaic will retrieve the document from the network and display it to you.<br>**Spawn Mosaic at Anchor**<br>    This function will open a new Mosaic window with this anchor URL.<br><br>***Text Anchors:***<br>**Load Anchor to Disk**<br>    Ditto<br>**Anchor Information**<br>    Ditto<br>**Create Internet Shortcut**<br>    Ditto<br>**MosRelNotes**, disclosing four linked actions for Text Anchors |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | (Mosaic, disclosing a user interface enabling the selection of a detected structure by right-clicking to produce a context sensitive menu that enables the selection of linked actions for hypertext document anchors.) |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <br><br>**(Mosaic, disclosing a user interface enabling the selection of a detected structure by right-clicking to produce a context sensitive menu that enables the selection of linked actions for e-mail address anchors.)**<br><br>MFC also discloses a user interface enabling the selection of a detected structure and a linked |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | action. MFC teaches that user interfaces for computer applications , in particular those written to run on Microsoft Windows, can be designed using pop-up menus of linked actions. |
| **[1F]**  an action processor for performing the selected action linked to the selected structure; and | The Mosaic System discloses an action processor for performing the selected action linked to the selected structure. For example, The Mosaic System processes the selected actions of "Load Anchor to Disk," "Anchor Information," "Create Internet Shortcut" and "Spawn Mosaic from Anchor" when the user selects a URL structure. See, e.g.: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | <br>Mosaic, disclosing the "Load Anchor to Disk" action |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <br><br>**Mosaic, disclosing performing the "Load Anchor to Disk" action.**<br><br>In this case 'Load Anchor to Disk' describes a linked action that is different from the identically named action associated with an email address (described below). In this case, selecting the "Load Anchor to Disk" action saves the linked HTML file to disk. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | \<DT>\<A NAME="Load">\<B>Load Anchor to Disk\</B><br>\<DD>Load Anchor to Disk allows you to save that html file to your local disk via a the<br><br>"Save As" dialog box.  Note: Only the html file will be saved to disk, not the images that are associated with that file.  (Yet!)<br>**MosRelNotes**: lines 257-260. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <br>Mosaic, disclosing the "Anchor Information" action |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <br><br>**Mosaic, disclosing performing the "Anchor Information" action.**<br><br>'Anchor Information' displays information about the HTML file specified by the URL structure (URL, Size, Last Modified, Type, Server Type, Mime). |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  **Mosaic, disclosing the "Create Internet Shortcut" action** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  |

Mosaic, disclosing performing the "Create Internet Shortcut" action.

The 'Spawn Mosaic at Anchor' action opens a new window at the selected URL. See, e.g.:

&lt;DT&gt;&lt;A NAME="HTMLAnchorInfo"&gt;&lt;B&gt;Anchor Information&lt;/B&gt;
&lt;DD&gt;Mosaic will query the web server for information about the HTML file behind the anchor.  Mosaic

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | will then display this information to you within a dialog box.  The dialog box contains the following information:<br>\<P><br>\<UL><br>\<LI> URL<br>\<LI> Size<br>\<LI> Last Modified (Date)<br>\<LI> Type (MIME Type/Sub Type)<br>\<LI> Server Type (Web server and version number)<br>\<LI> MIME (version number)<br>\</UL><br>\<P><br>**MosRelNotes**: lines 262-275.<br><br>    \<DT>\<B>Spawn Mosaic at Anchor\</B><br>    \<DD>This function will open a new Mosaic window with this anchor URL.<br>**MosRelNotes**: lines 288-289.<br><br>As a further example, The Mosaic System processes the selected actions of "Load Anchor to Disk" and "Create Internet Shortcut" when the user selects an email structure. In the following screenshot, the user is presented with the options "Load Anchor to Disk" and "Create Internet Shortcut" after right clicking on the email address 'aw585@lafn.org'. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | 

**Mosaic, displaying a pop-up of linked actions once the user has selected an email address structure.**

If the user selects the 'Load Anchor to Disk' action, by 'left-clicking' that item in the pop-up: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <br><br>**Mosaic demonstrating selection of the action to be performed.**<br><br>The action processor within Mosaic brings up an email window that allows the user compose a message to the address specified in the detected email structure. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| |  **Mosaic, showing email creation pop-up created by the linked action on an email address**. <br><br> If the user selects the 'Create Internet Shortcut' action with a 'left-click', the action is to create a 'shortcut' file in the file system with the extension '.url' and containing a mailto: URL containing the selected email address. <br><br>         &lt;DT&gt;&lt;A NAME="Shortcut"&gt;&lt;B&gt;Create Internet Shortcut&lt;/B&gt;&lt;/A&gt; <br>         &lt;DD&gt;Internet shortcuts create .url files that contain an anchor URL. <br>         These files can be opened by File, Open Local File or they can be dragged and dropped from <br>         File Manager into a Mosaic Window.  When one of these files are opened, |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | Mosaic will retrieve the document from the network and display it to you.<br>**MosRelNotes**: lines 282-286.<br><br>Additionally, MFC discloses an action processor that would have been obvious to combine with the Mosaic System:<br><br>MFC discloses an action processor for performing the selected action linked to the selected structure.<br><br>The MFC pop-up menu provides an action processor which allows the execution of the action selected from the pop-up menu. For instance, if the user selects the "Destroy Me" action from the pop-up menu, the CPopup::OnButton() computer subroutine is executed according to the BEGIN_MESSAGE_MAP macro. See, e.g. the "//process messages for pop-up" section below. |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
|  | See code below |

```
//------------------- Pop-up window section --------------------//

BOOL CPopup::Create (char FAR* lpName, DWORD dwStyle,
    RECT& rect, CWnd* pParent, UINT nID, DWORD dwColor)
{                                          // create pop-up window
    CBrush brush (dwColor) ;

    ClassName = AfxRegisterWndClass (CS_HREDRAW | CS_VREDRAW,
        AfxGetApp()->LoadStandardCursor (IDC_ARROW),
        brush.GetSafeHandle (), NULL ) ;
    CWnd::Create (ClassName, lpName, dwStyle, rect,
        pParent, nID) ;
    CRect ButtonRect (20, 50, 130, 90) ;
    ChildButton.Create ("Destroy Me",
        WS_CHILD | BS_PUSHBUTTON | WS_VISIBLE, ButtonRect,
        this, IDM_POPUPBUTTON) ;
    return TRUE ;
}

BEGIN_MESSAGE_MAP (CPopup, CWnd)     // process messages for pop-up
    ON_WM_PAINT ()
    ON_COMMAND (IDM_POPUPBUTTON, OnButton)  // button pressed
    ON_MESSAGE (WM_CUSTOM, OnMessage)       // message from parent
END_MESSAGE_MAP ()

void CPopup::OnPaint ()                 // Pop-up window paint function
{
    CString string ("Text in Popup Window.") ;
    CPaintDC dc (this) ;
    dc.TextOut (10, 25, string, string.GetLength () ) ;
}

void CPopup::OnButton ()                // respond to button selection
{                                       // tell parent pop-up is exiting
    (this->GetParent ())->SendMessage (WM_POPUPMESSAGE, 0, 0L) ;
    this->DestroyWindow () ;            // remove pop-up window
}

LONG CPopup::OnMessage (UINT, LONG) // respond to message from parent
{
    this->SetWindowText ("Got message!") ; // change pop-up caption
    return NULL ;
}
```
**MFC:p322.**

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | MFC also discloses a system menu command processor, in the form of the CWnd::OnSysCommand() function. See, e.g.: |

When the user selects an item in the system menu, Windows sends WM_SYSCOMMAND messages, not WM_COMMAND messages (which are sent for program menu items). The WM_SYSCOMMAND message is mapped to the **CWnd::OnSysCommand**() message processing function, which has the following form:

```
void CMainWindow::OnSysCommand (UINT nID, LONG lParam) ;
```

The *nID* parameter passes the system menu item ID number (Table 9-4) to identify the user's selection. *lParam* contains the mouse location if the system menu item was chosen with the mouse. These mouse coordinate values are of little value.

**MFC, p. 360**

MFC further discloses a specific possible implementation of this action processor. See, e.g.:

The **CWnd::OnSysCommand**() message processing function handles all WM_SYSCOMMAND messages. This is a bit different from WM_COMMAND messages that are mapped to different message processing functions based on the ID value. With WM_SYSCOMMAND, the ID value is passed to the **CWnd::OnSysCommand**() function as the *nID* parameter, and it is up to the function to decide which menu item has been selected. In SYSMENU.CPP, only the IDM_START and IDM_STOP menu items are processed. Any other system menu choices are passed on to the **CWnd::OnSysCommand**() function for default actions. The form of this function call is critical. You must call the **CWnd::OnSysCommand**() function as a **CWnd** class member as shown in SYSMENU.CPP, *not* by using the derived **CMainWindow** class *this* pointer.

**MFC, pp. 364-366**

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | The accompanying code listing for SYSMENU.CPP details the processing of the IDM_START and IDM_STOP menu items. See, e.g.:<br><br>```cpp<br>void CMainWindow::OnSysCommand (UINT nID, LONG lParam)<br>{<br>    switch (nID)<br><br>    {<br>        case IDM_START:            // start timer<br>            nTimer = this->SetTimer (1, 100, NULL) ;<br>            if (nTimer == NULL)<br>                this->MessageBox ("No timers left.",<br>                    "Message", MB_OK) ;<br>            else<br>                bMoveOn = TRUE ;<br>            break ;<br>        case IDM_STOP:             // stop timer<br>            this->KillTimer (nTimer) ;<br>            bMoveOn = FALSE ;<br>            break ;<br>        default:                   // pass others on<br>            CWnd::OnSysCommand (nID, lParam) ;<br>    }<br>}<br>```<br><br>**MFC, pp. 365-366** |
| **[1G]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Mosaic System discloses a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. Mosaic runs as a program in the memory of a microcomputer running Windows 3.1, Windows NT, or Windows for Workgroups.  Such microcomputers comprise a processing unit, input device, output device, and memory. See, e.g.: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | Software Requirements<br><br>Before we get started we must assume your system meets one or more of the following Operating System and environments:<br><br>  - Microsoft Windows NT<br><br>  - Windows v3.1, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.<br><br>  - Windows for Workgroups, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.<br>**MosReadMe: lines 20-28.**<br><br>Furthermore, Mosaic is a 32-bit application, as described in the Release Notes:<br><br>  **Mosaic is a 32-bit application.** This means that Mosaic is compatable with Windows 3.1, Windows for Workgroups 3.11, Windows NT and Windows 95. The Windows NT operating system is available for the following processors:<br>    **iX86** - Intel's 386, 486, and Pentium Processors<br>    **aXP** - Digital Equipment Corporation (DEC) aXP 64-bit processor<br>    **MIPS** - Mips Technology processor<br>    **PPC** - Motorola,IBM,Apple Power PC processor<br>**MosRelNotes**<br><br>Such operating systems and processors are inherently coupled to the input device, output device and memory for controlling the execution of the Mosaic software program routines.<br><br>The MHonArc also system discloses a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. MHonArc is an executable program which runs on a Unix based system, which necessarily has a processing unit for controlling programs. This processing unit is inherently coupled to the input device |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | (*e.g.*, keyboard and/or networking device), the output device (monitor), and the memory for controlling the execution of the program routines. See, e.g.:<br><br>Requirements<br><br>In order to run MHonArc, you must be using it on a UNIX based system with Perl 4 installed. It is recommed to have patchlevels 34 or later of Perl.<br>**MHonDoc: lines 111-115.** |
| | |
| **[2]**  The system recited in claim 1, wherein the analyzer server stores detected structures in the memory. | The Mosaic System discloses the system recited in claim 1, wherein the analyzer server stores detected structures in the memory.<br><br>Mosaic inherently discloses memory storing information including the structures detected by the analyzer server. Mosaic is a computer application comprised of program routines such as the analyzer server which interact with the computer's memory to store and process information like the structures detected by the analyzer server.<br><br>The MHonArc System also discloses the system recited in claim 1, wherein the analyzer server stores detected structures in the memory.<br><br>MHonArc is a computer application comprised of program routines such as the analyzer server which interact with the computer's memory to store and process information like the structures detected by the analyzer server. The MHonArc source code itself illustrates that MHonArc's analyzer server stores the detected structures in memory. The functions convert_line, htmlize_header, and mailto both store the detected structures in variables in memory once they are detected and before writing the resulting HTML to the output file. See MHonArc: lines 1846-1877, 2019- 2060, 1736-1743. |
| | |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| **[4]** The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Mosaic System discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.  See, e.g.:<br><br>The MHonArc System also discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. For example, MHonArc uses regular expressions for detecting structures in the data. The functions convert_line and mailto both use regular expressions. See MHonArc: lines 1846-1877, 1736-1743.<br><br>Hopcroft also discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.  Hopcroft generally teaches the use of formal languages and grammars.<br><br>Grune also discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.  Grune teaches parsing techniques in general, including formal grammars and parsing using grammars. For example, chapters 2 describes context-free grammars, and chapter 3 describes parsing using context-free grammars. Section 2.3.2 further describes that markup languages like SGML can be structured using context-free grammars. Since HTML is a type of SGML structure, plaintext HTML documents can be parsed using context-free grammars and their parsers. |
|  |  |
| **[6]** The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data. | The Mosaic System discloses the system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data, as described above.<br><br>Additionally, it would have been obvious to one of ordinary skill in the art to utilize a string library and a fast string search function, given the teachings of references such as Salton, Learning Perl, and sed & awk.<br><br>"Certain text relationships are easily detected automatically—for example, the hierarchical relations between full documents and text sections and paragraphs included in these |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | documents. The test processing system outlined in this study is useful for a fully automatic generation of semantically based hypertext networks whose construction is normally assumed to require assistance by human subject experts." (Salton94, p. 102)<br><br>sed & awk discloses the system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data. See e.g.:<br><br>The UNIX **spell** program does an adequate job of catching spelling errors in a document. For most people, however, it only does half the job. It doesn't help you correct the misspelled words. First-time users of **spell** find themselves jotting down the misspelled words and then using the text editor to change the document. More skilled users build a sed script to make the changes automatically. The **spellcheck** program offers another way—it shows you each word that **spell** has found and asks if you want to correct the word. You can change each occurrence<br>of the word after seeing the line on which it occurs, or you can correct the spelling error globally. The user can also choose to add any word that **spell** turns up to a local dictionary file.<br><br>sed & awk, pp. 269-270.<br>The Learning Perl discloses the system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data. See e.g.: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | A *regular expression* is a pattern—a template—to be *matched* against a string. Matching a regular expression against a string either succeeds or fails. Sometimes, the success or failure may be all you are concerned about. At other times, you will want to take a matched pattern and replace it with another string, parts of which may depend on exactly how and where the regular expression matched.<br><br>Regular expressions are used by many UNIX programs, such as *grep*, *sed*, *awk*, *ed*, *vi*, *emacs*, and even the various shells. Each program has a different set of (mostly overlapping) template characters. Perl is a semantic superset of all of these tools—any regular expression that can be described in one of the UNIX tools can also be written in Perl, but not necessarily using exactly the same characters.<br><br>Learning Perl, p. 83 |
| | |
| **[8]** The system recited in claim 1, wherein the user interface highlights detected structures. | The Mosaic System discloses the system recited in claim 1, wherein the user interface highlights detected structures.  In Mosaic, detected HTML structures of the form '<a href="http://address">anchor text</a>' or the form '<a href="mailto:address">anchor text</a>' are colored blue. See, e.g.: |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <br>**(The Mosaic System, disclosing detected structures highlighted by blue text.)** |
| | |
| **[9]** The system recited in claim 1, wherein the user interface enables | The Mosaic System discloses the system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| selection of an action by causing the output device to display a pop-up menu of the linked actions. | actions.  See, e.g.:  **(Mosaic, disclosing a user interface that enables the selection of an action by causing the output device to display a pop-up menu of the linked actions associated with an email structure.)** |

| U.S. Patent No. 5,946,647 | The Mosaic System |
|---|---|
| | <br><br>**(Mosaic, disclosing a user interface that enables the selection of an action by causing the output device to display a pop-up menu of the linked actions associated with a URL structure.)** |

# EXHIBIT 18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | CASE NO. 12-cv-00630-LHK |

**EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

## VI.    THE STATE OF THE ART AS OF 1994

171.    The alleged invention of the '647 patent relates to the problem of detecting recognizable structures in data in a computer system and having the computer perform actions on the found structures. The '647 patent expressly defines the term "structure" to refer to "an instantiation of a pattern in the document" (see, '647 Patent, 1:31-32). The '647 patent further expressly defines the term "pattern" to refer to "data, such as a grammar, regular expression, string, etc., used by a pattern analysis unit to recognize information in a document, such as dates, addresses, phone numbers, names, etc." (see, '647 Patent, 1:27-31). Related to these terms, the '647 patent also defines the term "parsing" as "the application of a pattern to a document" (see, '647 Patent, 1:34-35). Thus, within the '647 Pattern, the notion of a "structure" is quite broad and can be anything defined by a regular expression, grammar, or a string.

172.    At trial in this matter, I anticipate performing a demonstration showing that writing code, using techniques well-known in the art by 1994 and described below, to provide

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1   functionality Apple claims is covered by the patent was simple, straightforward, and could be

2   done in real time.

3       A.      **State of the Art in Detecting Structures in Data and Performing Actions on**

4               **Detected Structures**

5       173.    In 1994, detecting structures in data and performing actions on detected structures,

6   in particular, where structures are defined as instances of data such as patterns defined by a

7   grammar, regular expression, string, *etc.*, was a trivial problem. For example. the problem of

8   identifying structures in data even had it's own name: *lexical analysis*. And while lexical analysis

9   was most commonly used to identify structures in character data, lexical analysis is in fact a

10  generic set of techniques that can be (and are) applied to arbitrary data. Moreover, tools to

11  automatically generate lexical analyzers and parsers existed long before 1994. For example, the

12  well-known and widely used "lex" lexical analyzer generator, and "yacc" parser generator, date to

13  the 1970s. These tools allowed programmers to automatically generate programs to detect

14  structures in computer data and perform actions on those detected structures. These tools were

15  commonly used to automatically develop compilers for computer programming languages, a

16  structure detection and analysis problem that is considerably more sophisticated than the

17  "problems" contemplated by the '647 patent.  As claimed in the '647 patent, anyone who has ever

18  used a text editor to perform a "global search-and-replace" function, has detected structures in data

19  and performed actions of those data.

20      174.    In fact, the '647 patent acknowledges that solutions to at least the problem of

21  identifying structures in computer data were well known in the art. The '647 patent acknowledges

22  that systems that identified structures in computer data existed but faulted these (unnamed)

23  systems for not enabling "automatic performance of an action on an identified structure" (see,

24  '647 patent, 1:36-38). However, systems that detected structures and automatically performed an

25  action on identified structure clearly existed in the prior art. Any programming language compiler

26  or syntax-directed editor easily had these capabilities. Document editors that allowed for searching

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1   based on patterns similarly had these capabilities. The Unix operating system included numerous

2   text processing tools with these capabilities including the tools "sed," and "awk."

3       175.   As but one example, for the example of detecting structures and automatically

4   performing actions on detected structures  in email disclosed in the '647 patent, publically

5   available tools existed to solve precisely these problems. For example, in the late 1980s, while a

6   student, I wrote programs to automate my processing of email using the freely available MH

7   ("Message Handling") email software from the Rand Corporation, and standard Unix tools.

8       176.   At the time, arriving email was placed in a single file (a "mailbox" file) on a server

9   computer. To read email using MH, one would first "incorporate" new mail from the operating

10  system maintained mailbox file into an MH database wherein each message was stored as a

11  separate file within a particular directory structure. Email could then be read using either a

12  command-line based program or an X Windows based program with a graphical user interface. I

13  desired to keep lists of emails from particular users that I had either received, or received and not

14  yet read. My goal was to develop the capability to support functions in the MH system such as

15  "shown me all the messages from Kevin," or "show me all the unread ('pending') messages from

16  Jeffay." (Note that while these are both functions that are widely supported in email clients today,

17  email clients of the 1980s were significantly more simple and less functional than twenty-first

18  century email clients.)

19      177.   To implement these capabilities I used off-the-self Unix text processing utilities

20  including "sed," "awk," and "grep" and the scripting capabilities of the Unix shell (the Unix

21  command interpreter). Sed is a program that enables one to, among other things, automatically

22  search through documents (*i.e.*, parse documents) to detect structures defined by regular

23  expressions, and automatically perform actions on those detected structures such as modify the

24  structure (*e.g.*, edit the structure), insert text, delete text, *etc.*[2] (see, sed & awk text). Awk is a more

---

[2] These descriptions of sed, awk, and grep, are provided as background material and are not meant to completely characterize the functions of these utilities. Each utility is a richly featured pattern section and processing engine and is capable of numerous functions and modes of operation.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1   sophisticated text processing tool that also allows one to automatically search for structures in

2   documents and perform actions on the detected structures as well as perform processing on the

3   document as a whole (see, sed & awk text). Awk contains a "pattern-directed scanning and

4   processing language" that allows users to detect more sophisticated patterns than sed and to also

5   perform more sophisticated operations on detected structures based on Boolean conditions and

6   other control structures. Grep is a further tool that searches documents for instances of patterns

7   defined by regular expression and print the found instances.

8       178.   Using sed, awk, and grep, I developed a series of program routines to identify when

9   new mail had arrived, incorporate the new messages into the MH database, and perform some

10  processing on the individual new messages if they were from friends, co-workers, or collaborators.

11  The goal was to determine the English name of the sender (*e.g.*, the name "Kevin" or "Jeffay" of

12  the sender as opposed to email address *jeffay@cs.unc.edu*), and if the message was from a known

13  individual in an email contacts file, to add pointers to the new messages from that person to a list

14  of unread messages from that person. These pointers were stored as an MH "sequence" in a file in

15  the MH database.

16      179.   The routines I wrote were simple shell scripts that were separate programs from my

17  email reader but worked in conjunction with the reader. The overall systems worked as a

18  processing pipeline quite analogous to the pipeline illustrated in Figure 2 of the '647 patent. The

19  mailbox file created by the operating system was read as a document by a first program I wrote to

20  detect and output information on the sender of each message in the mailbox file if that sender was

21  from a known individual. An individual was "known" if there was an entry for that person in

22  either an email contact file or telephone number contact file.. This processing was performed by

23  parsing email headers and message signature blocks (text at the end of the message written by the

24  sender of the message to more formally identify the sender of the message). The information

25  output by the first processing program (a line of text suspected of containing the English name of

26  the sender) was input by a second processing program that further parsed the information

27  identifying the sender to determine an English name. The output of the second program (a name)

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

was input by a third program and used to update a database of message sequences of read and unread messages for a given sender. This database could later be queried by MH programs to implement the aforementioned functions of "show me all the unread messages from Kevin." I could use existing MH programs to either summarize all the unread messages from Kevin (*e.g.*, for each unread message generate a single line summary showing the date of the message, the sender of the message, and the subject line and/or the first few words from the body of the message), or to simple show the entire contents of each unread message from Kevin.

180.    Of note is the fact that the processing described above required no modifications to the program I used to actually read email. Moreover, while the programs I wrote were motivated by a desire to enable email reading functions not then supported by my email reader, the programs were generic and could have also been used to, for example, automatically process USENET newsgroup postings to organize postings by sender.

181.    My email processing system did not have a user interface. For example, the system did not prompt the user if they wanted to add message from Kevin to the list for Kevin. Instead, the system did this automatically. However, adding an interface to allow a user to control functions that a program performs automatically is clearly a trivial addition to a program.

182.    Because my email processing system did not have a user interface, it similarly did not highlight any of the structures it found in email messages. However, because my system found structures, the system could have trivially used the sed utility to insert display codes ("escape sequences") to, for example, display the detected structure in reverse video.

183.    A second example of detecting structures in documents and automatically performing processing on the detected structures is a simple system I built to automate processing of USENET messages posted to news groups. Prior to the web, the use of electronic "bulletin boards" were popular for Internet users to exchange information and discuss topics of interest. USENET was the name of a particular bulletin board system that was widely used in the 1980s and early 1990s. USENET was organized as a hierarchy of "news groups" which were loosely akin to mailing lists (a notable distinction being that email was not the means of posting or reading

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

messages). Each group started with a high-level topic identifier such as "comp" (short for "computer"), and included sub-topic identifiers, such as "sys" (short for "computer] system"), and then "mac" (short for "Macintosh [computer systems]"). Thus, for example, the newsgroup comp.sys.mac would contain messages concerning the Macintosh computer system.

184.    As a Macintosh user in the 1980s, I used USENET to learn about and download free software for the Macintosh. USENET only supported the posting of text messages. Since applications are not text, to be posted on USENET an application had to be encoded in an ASCII form much the same way that today, binary data such as images are encoded in a text form when emailed as an attachment. In addition, USENET messages typically had a length limit and hence if one wanted to post an application to a newsgroup to share with the world, they had to encode the application binary in ASCII form and then typically split the encoded file up into a number of parts and post each part separately. In order to "download" an application posted to a newsgroup, one had to find all the separate parts of the ASCII encoded application that had been posted individually, combine these parts into a single file (removing USENET information that was present in each posting), and then decode the encoded application to retrieve the original binary application.

185.    This process was typically performed manually by a user reading the postings to a "binaries" newsgroup. A user would read (view) a posting containing part of an ASCII encoded application and then save that part of the application in a file. After the user had read and saved each part of the encoded application, the user would strip out all unnecessary information from each file (e.g., remove all USENET headers in the file and any text posted by the sender). The user would then combine the files comprising the application in the appropriate order, and then decoding the combined file to generate a binary image of the posted application.

186.    Not surprisingly, this process was tedious to perform manually and was ripe for automation by a software program. In approximately 1990, I wrote a series of program routines to automate the process just described. Given a subject line, these programs used the sed, awk, and grep utilities to search the USENET database (a set of directories and files on a server) to find all

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

the files corresponding to a posting of an application, strip out the non-application data in each file, combine the processing of these files in the correct order into a single file, and then decode the file. This processing required parsing of files (documents) to identify lines in the files (structures) that corresponded or did not correspond to application data. Once identified, actions were automatically performed on the detected structures such as writing the line to a file or deleting the line.

187.    These examples form a basis for my general opinion that solutions to the problem of detecting structures in computer data and performing actions on detected structures were well known in the prior art. In particular, I personally developed systems that detected structures and automated processing on those structures to eliminate the otherwise tedious and cognitively disruptive nature of manual processing. Further, performing these actions via program routines that were separate from the application the user normally interacts with (*e.g.*, an email client), was similarly a well known technique.

188.    Obviously, I was not the only one to study or develop such systems.  In fact, there was both significant practical work in the field, as well as academic study and real-world applications.  Below, I categorize only a few examples of work in the field with software routines for detecting structures and linking actions to those structures.

189.    As an initial matter, there is a basic reason why the remaining elements of the '647 patent were used extensively in combination with the ability to detect a wide range of structures in the art.  When a person of ordinary skill in the art wants a computer to detect structures in text, rather than doing it manually they automate the process (*e.g.*, the write or use an off-the-shelf parser). Once structures are found, they are acted upon (otherwise why detect the structures in the first place?).  Persons of skill generally do not want to have to manually associate routines to act upon every structure—doing so, particularly for some of the large scale systems described below, would be burdensome and render the automated detection pointless.  Therefore, it is desirable to design the system to automatically link actions you want to take to the detected structures. Such is a common sense design approach.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

190.    Moreover, often times, in designing the types of systems described below, user control over the exact action to take on a found structure is desirable. For example, you may not want to operate on every structure, but you may want the *option* to do so.  Therefore, as described below, considerable research and teaching existed at the time of the '647 patent on user interfaces for operating on structures and choosing among actions.  And, more obviously, as in every computer system, if you want to perform computer operations on a structure, you must have a "processor" for the action you wish to take.  Therefore, the combination of all of the elements of the '647 patent together was common as well.

191.    Nothing new is added by the dependent claims of the '647 either.  Grammars and string libraries were commonplace in the art—a very basic part of detection.  Similarly, using highlighting to show what has been detected is one way any person of ordinary skill in the art would consider to show to a user what has been detected—without some indication of what has been detected, a user of a detection system would have to perform just as much work to find what has been detected as they would to detect it in the first place.  And, given the desire to provide user input on the action to be performed, use of a pop-up menu is one of a small number of design choices available to a person of ordinary skill in the art. In particular, by 1994 it was well known in the art that in a graphical user interface, menus are the most common means of presenting processing options to a user.

192.    Therefore, as described below, it is no surprise that the elements of the '647 patent occur in the art with such frequency and in so many combinations—they were common, well-understood, and predictable to use:

**B.**     **Detecting Structures in Data**

193.    A large body of academic research describes techniques for finding structures in data.  It would not be hyperbole to say that any student in computer science, by the 1990s, learned at least some set of these techniques.

194.    As I discussed above, *sed, awk* and *grep* provided three well-known methods for detecting structures in data.  The use of *sed* and *awk* throughout the art is an example of the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

predictability of combining detection elements with linking and user interface elements to solve the problem the '647 patent allegedly "solved."   Their use also shows, as just one example, that as market forces and trends call for it, persons of ordinary skill in the art knew how to couple detection techniques, linking techniques, and user interface elements to solve the problem the market needed solved.

195.   The *sed* and *awk* programs alone provide a flexible system for detecting information that could be extended to detect any textual structure.   Though they existed long before, they were described in *sed & awk* in 1991.   Dougherty, Dale, *sed & awk*, O'Reilly & Associates, United States, 1991. ("sed & awk").   For example, *sed & awk* describes how the interpretation of regular expressions can be used to parse text and match a pattern:



Figure 3-1. Interpreting a regular expression

Rule 4 tests for the special case produced by the **ls -lR** listing ("./old:"). There are a number of patterns that we can write to match that line, using regular expressions or relational expressions:

```
NF == 1              If the number of fields equals 1 ...
/^\..*:$/            If the line begins with a period
                     followed by any number of characters and
                     ends in a colon ...
$1 ~ /^\..*:$/       If field 1 matches the regular expression ...
```

We used the latter expression because it seems to be the most specific. It employs the match operator (~) to test the first field against a regular expression. The associated action consists of only a **print** statement.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

sed & awk, p. 166

196.    sed & awk describes using these techniques to build applications such as spell

checks that will detect complex structures in data such as misspelled words:

> This chapter presents two complex applications that integrate most features of the awk programming language. The first program, **spellcheck**, provides an interactive interface to the UNIX **spell** program. The second application, **masterindex**,

*sed & awk*, p. 269.  It further describes using this functionality to take actions on structures:

> The UNIX **spell** program does an adequate job of catching spelling errors in a document. For most people, however, it only does half the job. It doesn't help you correct the misspelled words. First-time users of **spell** find themselves jotting down the misspelled words and then using the text editor to change the document. More skilled users build a sed script to make the changes automatically. The **spellcheck** program offers another way—it shows you each word that **spell** has found and asks if you want to correct the word. You can change each occurrence of the word after seeing the line on which it occurs, or you can correct the spelling error globally. The user can also choose to add any word that **spell** turns up to a local dictionary file.

sed & awk, pp. 269-270.

197.    *sed & awk* also specifically teaches how this application was created, and describes

the multiple actions it suggests for the user:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Before describing the program, let's have a demonstration of how it works. The user enters **spellcheck**, a shell script that invokes awk, and the name of the document file.

```
% spellcheck ch00
Use local dict file? (y/n)y
```

If a dictionary file is not specified on the command line, and a file named *dict* exists in the current directory, then the user is asked if the local dictionary should be used. **spellcheck** then runs **spell** using the local dictionary.

```
Running spell checker ...
```

Using the list of "misspelled" words turned up by **spell**, **spellcheck** prompts the user to correct them. Before the first word is displayed, a list of responses is shown that describe what actions are possible.

```
Responses:
     Change each occurrence,
     Global change,
     Add to Dict,
     Help,
     Quit
     CR to ignore:
1 - Found SparcStation (C/G/A/H/Q/):a
```

The first word found by **spell** is "SparcStation." A response of "a" (followed by a carriage return) adds this word to a list that will be used to update the dictionary. The second word is clearly a misspelling and a response of "g" is entered to make the change globally:

```
2 - Found languauge (C/G/A/H/Q/):g
Globally change to:language
Globally change languauge to language? (y/n):y
> and a full description of its scripting language.
1 lines changed. Save changes? (y/n)y
```

sed & awk, p. 270

When the user wants to "Change each occurrence" in the document, the main procedure has a **while** loop that reads the document one line at a time. (This line becomes $0.) It calls the **make_change** function to see if the line contains the misspelled word. If it does, the line is displayed and the user is prompted to enter the correct spelling of the word.

sed & awk, p. 278

If a user decides to make a "Global change," the **make_global_change( )** function is called to do it. This function is similar to the **make_change** function. It is made easier because we can make the change globally on each line.

sed & awk, p. 281

198.    Detection routines like sed and awk could be easily combined with systems that linked actions to structures with no unexpected results. For instance, U.S. Patent No. 5,101,424, filed Sept. 8, 1990, issued March 31, 1992 ("Clayton '424") discloses a monitor program and an

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

audit program to detected structures incoming data in a large scale system using "the text processing power of UNIX and AWK," and to automatically link actions to the detected structures and perform them.

> **(1) Interactive Text Monitor Capabilities:** ITMs pattern searching takes full advantage of the text processing power of UNIX and AWK. The following UNIX metacharacters can be used to define patterns:

| metacharacter | use |
| --- | --- |
| | turns off any special meaning of a metacharacter |
| | matches the beginning of a line |
| $ | matches the end of a line |

-continued

| metacharacter | use |
| --- | --- |
| . | matches any single character |
| [ ] | used to form character classes |
| ( ) | used for grouping |
| * | matches zero or one of the specified character |
| + | matches one or more of the specified character |
| ? | matches zero or one of the specified character |
| . | matches any line |
| .* | matches any field |

Following are examples for using the UNIX metacharacters:

| | |
| --- | --- |
| $ | matches the character $ |
| C | matches a C at the beginning of a line |
| C $ | matches a C at the end of a line |
| ... | matches any three consecutive characters |
| [ABC] | matches any of the characters A, B, or C |
| [A-Za-z] | matches any single letter |
| [ 0-9] | matches any character except a digit |
| (AB) | matches A immediately followed by B |
| A* | matches zero or more A's |
| A+ | matches one or more A's |
| (AB)+C | matches ABC, ABABC, and so on |
| A* | matches the null string or A |
| AB*C | matches AC, ABC, or ABBC, and so on |
| AB~C | matches ABC, ABBC, or ABBC, and so on |
| AB°C | matches AC or ABC |
| [A-Z]~ | matches any string of one more upper-case letters |

Clayton '424, 4:59-5:33.   For instance, Clayton could be used to monitor incoming correspondence, determine if the structures it detected called for a certain action, and then would

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

pass the necessary information to a user, or would help the user perform an action on the structures

its text processing had detected.  Clayton used awk and a basic set of patterns:



**FIG. 1**

Clayton '424, Fig. 1.  Clayton used an AWK monitor program to read incoming strings and match

those to action commands for an action file, and generate action requests that would result in an

action being taken:

FIG. 1 shows a graphical representation of the pro-
cess of monitoring log reports generated by a switch 10.
Briefly, the text strings from the switch are received
through an 710 device, such as modem 11 and can be
35  stored in a text file 12. The AWK monitor program 13
and audit program 14 read the strings from the modem
11 or the text file 12 and, when a match in the strings is
found, the monitor and audit programs send action
commands into an action file 15. An action program 16
40  reads the action requests from the action file 15 and
performs the correct actions. An action request can for
example, consist of the dialing of a pager via a modem
17, sending a message to a display terminal 18, or exe-
cuting a command on switch 10 via modem 11.

Clayton '424, 2:31-44.   The goal of Clayton was to "provide the engineer with a means for

defining complex pattern definitions with multiple actions" that could be executed when, for

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

instance, a pattern was matched.  Clayton '424, 1:52-56.  Clayton would thus link and execute

actions on a detected structure.  Clayton specifically disclosed a wide set of actions:

> executed). Available actions are:
> send information to an output stream (modem)
> send information to a terminal display
> execute UNIX commands                                    5
> send lines of text stream to an output stream
> begin recording text stream to a new output stream.
> begin searching for another pattern
> stop searching for a pattern
> execute a macro (pre-defined list of patterns and ac-  10
>     tions)
> begin execution of timed actions
> end execution of timed actions
> compare 2 tokens (at least one of which is an ITM vari-
>     able)                                                         15
> keep track of the number of times a pattern is matched
>     in an ITM variable
> reset the ITM variable used to count the number of
>     times a pattern is matched
> pause an ITM session                                        20
> end an ITM session

Clayton '424, 2:63-3:21.  "The user can have any combination of these actions and patterns in the

AWK code.  Clayton '424, 8:30-34

> 199.   Sed and awk were by no means the only teachings on how to detect structures or

link actions, nor was Clayton the only implementation of such detection and linking.  Numerous

publications described the use of, for instance, grammars or string libraries to detect data, and

entire textbooks were written on how to write parsing techniques.  For instance, Dick Grune and

Ceriel Jacobs, *Parsing Techniques – a Practical Guide*, First Edition, Ellis Horwood, Chichester,

England, 1990 ("Grune"), published in 1990, teaches parsing techniques in general, including

formal grammars and parsing using grammars. For example, chapters 2 describes context-free

grammars, and chapter 3 describes parsing using context-free grammars. Section 2.3.2 further

describes that markup languages like SGML can be structured using context-free grammars.

Similarly, at least by 1994, use of these techniques, including the use of string libraries, for

instance, to detect and create hypertext networks (discussed further below in the context of

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

linking) was well-known, and could be extended to complex detection tasks without any human input:

> "Certain text relationships are easily detected automatically—for example, the hierarchical relations between full documents and text sections and paragraphs included in these documents. The test processing system outlined in this study is useful for a fully automatic generation of semantically based hypertext networks whose construction is normally assumed to require assistance by human subject experts."

"Automatic Structuring and Retrieval of Large Text Files," Gerard Salton, James Allan, and Chris Buckley, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994, at 102, *see also* pp. 97-108 ("Salton").

200.    Techniques such as sed and awk or those taught in Grune or Salton could be used to detect any type of structure if found relevant by the programmer, and associating actions with detected structures was routine.   In fact, as certain types of structures became more relevant, individuals simply wrote grammars or regular expressions for finding them—for instance, by 1994, individuals with ordinary skill in the art would have been more interested in detecting e-mails than in 1984.  And in fact, by 1994, even this type of detection was also routine, as a person of ordinary skill in the art would have been familiar with e-mail structures.   In the following publication, a regular expression is taught as a way to restrict advertisements sent to mailing lists by detecting the type of e-mail address used, and discusses the wide use of regular expressions:

> A regular expression is a pattern that matches a string of characters (for example, an email address). If you haven't studied regular expressions before, check a good introductory UNIX book. Lots of UNIX programs use regular expressions: *grep, awk, sed*, the shell (for filename wildcards), Perl, and (probably) your text editor. Each of those programs accepts a different kind of regular expression.
>
> ....

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

The noadvertise regexp array sets addresses that a list is not to be advertised to. overrides the advertise array. Let's say you own mailing lists at a university. One li has announcements of graduate seminars. Undergraduates work on the computer *uga.mti.edu.au, ugb.mti.edu.au, ugc.mti.edu.au,* and so on. To restrict advertiseme of the mailing lists to graduate students at your university, you'd set advertise to sho the lists only to addresses at your university, and noadvertise to keep undergraduate from seeing the lists. That is:

```
advertise  << END
/^\w+$/
/@.*\.mti\.edu\.au$/
END
noadvertise << END
/@ug.\.mti\.edu\.au$/
END
```

Liu, Cricket et al., *Managing Internet Information Services*, O'Reilly & Associates Inc., United States, 1994 ("Liu"), at 467-468

201.     In addition to being extendable to other types of structures and actions, detection routines could easily be used to detect multiple types of structures at once or link multiple actions to those structures.  For instance, individuals of ordinary skill in the art further understood that it was simple to, for any given regular expression, write a second regular expression that recognized only structures *not* recognized by the first—a simple way to detect different types of structures:

**Lemma 3.2.**  The class of sets accepted by finite automata (generated by type 3 grammars) is closed under complement.

*Proof.* Let $M_1 = (K, \Sigma_1, \delta_1, q_0, F)$ be a deterministic fa accepting a set $S_1$. Let $\Sigma_2$ be a finite alphabet containing $\Sigma_1$ and let $d$ be a new state not in $K$. We construct $M_2$ to accept $\Sigma_2^* - S_1$. Let

$$M_2 = (K \cup \{d\}, \Sigma_2, \delta_2, q_0, (K - F) \cup \{d\}),$$

where $\delta_2(q, a) = \delta_1(q, a)$ for each $q$ in $K$ and $a$ in $\Sigma_1$, $\delta_2(q, a) = d$ for each $q$ in $K$ and $a$ in $\Sigma_2 - \Sigma_1$, and $\delta_2(d, a) = d$ for each $a$ in $\Sigma_2$. Intuitively, $M_2$ is obtained by extending the input alphabet of $M_1$ to $\Sigma_2$, adding the "trap" state $d$ and then interchanging final and nonfinal states. Clearly, $M_2$ accepts $\Sigma_2^* - S_1$.

John Hopcroft and Jeffrey Ullman , *Formal Languages and Their Relation to Automata,* Addison-Wesley, Reading, MA, 1969 ("Hopcroft"), at 36.

202.     Similarly, in Wall, Larry and Schwartz, Randall L., *Programming perl*, O'Reilly & Associates Inc., United States, 1991. ("Perl"), the authors taught how to detect multiple structures in data and perform multiple actions once detected:

```
LINE:
   while (<BUGFILE>) {
        if    (/^Address:\s*(.*)/)
              {@addr = split(/;\s*/, $1);}
        elsif (/^Assigned-To:\s*(.*)/)
              {$assigned = $1;}
        elsif (/^Priority:\s*(.*)/)
              {$prior    = $1;}
        elsif (/^Phone:\s*(.*)/)
              {$phone    = $1;}
        elsif (/^Subject:\s*(.*)/)
              {$subject  = $1;}
        elsif (/^Reported-By:\s*(.*)/)
              {$reporter = $1;}
```

Perl, p.266.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

```
elsif (/^Disposition:\s*(.*)/)
    {$disp    = $1;}
elsif (/^Date-Received:\s*(.*)/)
    {$rdate    = $1;}
elsif (/^Description:\s*(.*)/) {
    $description = $1;

    DESCLINE:
    while (<BUGFILE>) {
        last DESCLINE if /^---/;
        $description .= $_;
    }

    # Make into one long line.

    $description =~ s/([.!?])\n\s*/$1  /g;
    $description =~ s/\n\s*/ /g;
    $description =~ s/^\s*//;
    }
}

# Accumulate stats about priorities and dispositions.

if ($disp =~ /^open/i) {
    $prior =~ /^hi/  && $Xhigh++;
    $prior =~ /^med/ && $Xmed++;
    $prior =~ /^lo/  && $Xlow++;
}
elsif ($disp =~ /^fixed/i) {
    $Xfix++;
}
elsif ($disp =~ /^rej/i) {
    $Xrej++;
}
elsif ($disp =~ /^void/i) {
    next BUG;
}

write;                 # Write one record's worth.
```

Perl, p.267.

203.    In fact, by 1994, individuals who presented at the same type of conferences as the inventors of the '647 patent described "the relative simplicity of the task" of the detection of the types of data discussed in the '647 patent—names, dates, addresses, etc.—noting that these could be recognized with "relatively simple techniques," and noting that there were a "variety of natural language processing and statistical techniques" for detecting and extracting information from text:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

## 2   Automatic Feature Extraction

The problem of feature or fact extraction from unrestricted text has been studied by a number of researchers in the context of the Message Understanding Conferences [4] and the TIPSTER project [3]. The basic approach has been to use a variety of natural language processing and statistical techniques to extract predetermined types of facts for a specific domain. In the TIPSTER joint venture domain, for example, the goal of extraction is to identify information such as the companies forming the joint venture, the name of the new company, the location of the new company, the products of the new company, and the amount of money involved.

Accurate extraction of some types of information requires either sophisticated analysis or significant amounts of training data. There are, however, a number of important and fairly general features which can be recognized using relatively simple techniques. These include the names of companies, the names of people, locations, monetary amounts, and dates. The task of collecting this information could be described as the recognition and categorization of certain noun phrases. In other words, a feature is essentially an object which falls into a special word grouping and has certain attributes associated with it [5]. High rates of accuracy are possible because of the relative simplicity of the task. It is, for example, much easier to recognize the presence of a company name in an article about a joint venture than to identify the role that company is playing. The ability to recognize these simple features can be used to develop powerful new approaches to accessing information [6].

A System For Discovering Relationships by Feature Extraction from Text Databases," Jack G. Conrad and Mary Hunter Utt, Proceedings of the 17th Annual International ACM SIGIR conference on Research and Development in Information Retrieval, August 1994. ("Conrad"), at 261.  That detection of data for performing further actions on it was considered to be an area of "relative simplicity" is not a surprise, given that it is fundamental to the field of computer science in general, and given the extensive teachings in the field.

### C.   A Demonstration of Detecting Structures

204.    At trial in this matter, I anticipate performing a demonstration illustrating how well-known, off-the-shelf tools from the 1980s, including at least the Unix tools csh, sed, awk, grep, tee, more, cat, and vi, could be used to create a system for detecting structures in documents, and performing actions on the detected structures, using a processing pipeline similar to that shown in Figure 2 of the '647 patent. I will show how a person of ordinary skill in the art could have used the aforementioned tools to automatically detect structures such as email addresses and telephone numbers in documents and perform simple actions on the detected structures such as highlighting the detected structures. For example, I will show that the following one line Unix program will detect email addresses in any document and highlight those addresses to the user:[3]

---

[3] The text that follows would be typed on a single line. That it appears here as two lines is an artifact of the formatting of this document.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
cat FILENAME | sed -E -f "s/[a-zA-Z0-9._-]+@[a-zA-Z0-9.-]+\.[a-zA-Z0-9.-
                          ]+/^[[7m&^[[0m/g"
```

where FILENAME is the name of the file to be processed. Time permitting, I will show how simple variations of the regular expression above can be used to detect and highlight different forms of email addresses. This simple demonstration will serve to show how simple it was to create a process (an application running concurrently with other applications) that receives data having recognizable structures from an application to display email messages, detects those structures in the data and automatically performs an action on those structures via a type of action processor (program routine(s) that perform an action on the detected structure).

205.   I will further demonstrate how this simple program can be easily adapted to detect and perform the action of highlighting multiple types of structures such as phone numbers and email addresses. While this demonstration of detecting multiple structures can also be expressed as a one line program, as a practical matter it is easier to use a command file for the sed program. The demonstration would consist of executing the following programs using one or two processes (separate programs) for detection, and showing that they produce the same result:

```
sed -E -f detectemail FILENAME | sed -E -f detectphonenbrs | cat
cat FILENAME | sed -E -f detectemail | sed -E -f detectphonenbrs
sed -E -f detectemailandphonenbrs FILENAME | cat
cat | sed -E -f detectemailandphonenbrs FILENAME
```

where "detectemail," is the command file consisting of:

```
s/[a-zA-Z0-9._-]+@[a-zA-Z0-9.-]+\.[a-zA-Z0-9.-]+/^[[7m&^[[0m/g
```

and "detectphonenbrs" is the command file consisting of:

```
s/[[:<:]][0-1][._ -][2-9][0-9]{2}[._ -][2-9][0-9]{2}[._ -][0-9]{4}/^[[43m&^[[0m/g
s/[[:<:]][2-9][0-9]{2}[._ -][2-9][0-9]{2}[._ -][0-9]{4}/^[[43m&^[[0m/g
s/[[:<:]][2-9][0-9]{2}[._ -][0-9]{4}/^[[43m&^[[0m/g
s/[[:<:]][0-9][._ -][0-9]{4}/^[[43m&^[[0m/g
```

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

and "detectemailandphonenbrs" is a command file containing the contents of the above two files. These examples will show that once code is in place to detect a first structure, it is trivial for a person of skill to extend that code to detect a second structure. I will also demonstrate, for example, how the regular expression for recognizing phone numbers can be adapted to recognize proper names. This will also demonstrate that whether detection is performed as one or two processes does not effect the detection process and is transparent to the user.

206.   These programs show automatic detection and performance of an action on a detected structure. I will also demonstrate slightly more complex versions of these programs to allow for user interaction to select an action to be performed on a detected structure. The example I will use will be adding "aliases" to an email contacts file for the MH mail system as that system existed in the 1980s. The following script will detect email addresses in an email message and if the user does not already have an email alias for the address, ask the user if the user wishes to create an email alias in their contacts file for the detected address.

```
#! /bin/csh -f
if ($1 == "") then
        echo "No input file specified"
        exit
    else if (!(-e $1)) then
        echo "File '$1' not found"
        exit
endif
sed -E -f detectemail $1 | sed -E -f detectphonenbrs
grep  -Eo   "\b[a-zA-Z0-9._-]+@[a-zA-Z0-9._-]+\.[a-zA-Z0-9.-]+\b"  $1   >>
/tmp/$$.txt
if (-z /tmp/$$.txt) then
     rm /tmp/$$.txt
     exit
endif
echo ""
echo "-----------------"
echo -n "Create aliases for detected email addresses? (y/n) > "
set answer = $<
if ($answer != "y" && $answer != "Y" && $answer != "yes" && $answer !=
"YES") then
        rm /tmp/$$.txt
        exit
endif
echo ""
foreach address  (`cat /tmp/$$.txt`)
    set emailAlias = `echo $address | grep -Eo "[a-zA-Z0-9._-]+"`
    if (`grep -i "alias $emailAlias[1]" mailrc` == "") then
        echo -n "Create alias for $address? (y/n) > "
        set answer = $<
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1

2

3

4

5

6

```
        if ($answer == "y" || $answer == "Y" || $answer == "yes" || $answer ==
"YES") then
            echo "alias $emailAlias[1]        $address" >> mailrc
            echo "Email alias '$emailAlias[1]' created for address
'$address' "
            echo ""
        else if ($answer == "q" || $answer == "Q" || $answer == "quit" ||
$answer == "QUIT") then
            rm /tmp/$$.txt
            exit
        endif
    endif
end
rm /tmp/$$.txt
```

7

8   This demonstration will again serve to show how simple it was to create a process (an application

9   running concurrently with other applications) that receives data having recognizable structures,

10  detects those structures in the data and automatically performs an action on those structures via an

11  action processor (program routine(s) that perform a selected action on the detected structure).

12      207.   Although the above example  will show detection and user interaction with an

13  email message, I will show how the program works without modification on any text file. (More

14  specifically, it will detect the structures it is programmed to detect in any file containing those

15  structures.) I will also show how the body of this program can be repeated with minor

16  modifications to add the capability of interacting with the user to perform an additional action  on

17  the detected structure such as creating a custom email alias for the detected structure. I will also

18  show how the body of this program can be repeated with minor modifications to add the capability

19  to interact with the user to determine if found phone numbers (a second type of structure) should

20  be added to a phone contact list. These examples will show that once code is in place to perform a

21  first action, it is straightforward to extend that code to perform a second action. Moreover, the

22  complexity of the extension is solely a function of the complexity of performing the second action

23  and is not a function of the detection or interaction process.

24      208.   The example of parsing emails for structures I will demonstrate is closely

25  analogous to functions of the software I developed in the 1980s and early 1990s to automate my

26  own email processing (as described above). Thus, I will present the demonstration as being

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

representative of a computer-based system for detecting structures and performing actions on detected structures that I personally developed prior to 1994.

209.   The goal of the demonstration will be to show that prior to 1994, creating a computer-based system for detecting structures in data and performing actions on detected structures was a trivial exercise for a person of ordinary skill in the art. The goal will be to further show that at elements of claim 1 of the '647 patent such as the claimed input device, the output device, a memory for storing information, and a processing unit, were also well known in the art. A further goal will be to use the demonstration to illustrate how generally, whether or not one implements a computer-based system for detecting structures and performing actions on detected structures using the elements claimed in the '647 patent such as a "server" that is separate from the "application" is a detail that does not add user-perceivable value to the detection process. That is, whether or not there is value to the user (*e.g.*, a perceivable performance improvement) in using a structure detection system comprising a detection server separate from the application, or a system performing identical function where the detection functions are integrated into the application, will depend on the specifics of the implementation environment and not on the use of a server. Similarly, whether or not one implements a computer-based system for detecting structures and performing actions on detected structures where the actions are "linked" to the detected structures is a further detail that does not add user-perceivable value to the detection process. That is, whether or not there is value to the user (*e.g.*, a perceivable performance improvement) in using a structure detection system comprising "linked" or "unlinked" actions will depend on the specifics of the implementation environment and not on the use of linking.

### D.   Linking actions

210.   Linking actions to detected structures was, like detection, a well-known and fundamental technique in computer science.  Detection of structures in data is generally not a useful task without the ability to take actions to those structures.  Indeed, a large part of the motivation for detecting structures in data was to further operate on them to either make a computer user's life easier or to use the structure in some other purpose.  Accordingly, knowledge

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1   of how to use computer routines to detect of structures in data and link actions to those structures

2   was not confined to academic research, but rather extended to commercial products, free software,

3   and patents.   In fact, numerous companies and individuals received patents covering complex

4   detection and linking schemes, and these patents general describe the user interface for having the

5   computer system perform those operations as well.   Similarly, numerous companies released

6   commercial products that included detection and linking functionality, as described in depth below

7   in Personal Information Managers that provided a user interface to applications and an "assistant"

8   functionality for helping users complete computer tasks related to detected structures.

9   Additionally, others working in the field included detection and linking functionality in software

10  products they made publicly available for free.   These tools were so widely known that, by the

11  time of the '647 patent, it is not surprising that individuals gave them away.   And some individuals

12  filed patents that covered these systems as well.

13        **E.**       **Patents Describing Structure Detection and Action Linking**

14        211.    As an simple example related to the use of sed and awk commands to detect

15  misspelled words (described above in *sed & awk*), U.S. Patent 5,437,036 to Stamps et al. ("Stamps

16  '036") was filed September 3, 1992 as U.S. Patent App. No 939,827, and issued July 25, 1995.

17  Stamps is described in depth below in Section X.B.8.   Stamps describes an API that will provide

18  "text checking functionality to a plurality of programs."   1:51-53.   Stamps gives a block diagram

19  for the API:



*Figure 1*

212.   As is apparent, Stamps describes the use of the detection functionality—through the use of multiple dictionaries (30) and an exclusion dictionary (36)—and a checking engine. The exclusion dictionary, in particular, gave the user the ability to enter any pattern for detection at all.   Stamps text checking was not limited to misspelled words, however, but extended to "grammar checking, hyphenation checking, thesaurus checking, and any other text processing functions."  2:16-19.   Neither were Stamps actions limited to replacing a misspelled word—Stamps disclosed using actions associated to the specific detected structure as "Ignore Always," "Change Once," and "Change Always."  2:57-58.

213.   Stamps specifically taught linking.  When the Stamps system detects a recognized pattern, "the return buffer 20 is modified to reference the position and length of the text in the input buffer. In addition, a flag field 48 in the return buffer is set to identify the type of error found, or set to indicate that no errors were found in the input buffer."  4:43-48.   Actions are linked through the return buffer:  "One of the options provided by the API 10 is the generation of a suggestion list of possible replacements for an error detected by the text checking engine 46. When the text checking engine detects an error, such as a misspelled word or a grammatically incorrect sentence, control returns to the calling program 12. The program can then request the options routine 28 to set a suggestions list bit and cause the text checking engine to generate a

1  suggestion list. The suggestion list generated is passed to the return buffer 20, from where it is

2  read by the program and displayed to the user." 5:24-34.

3      214.   Along the same lines, U.S. Patent No. 5,649,222 (filed May 8, 1995)

4  ("Mogilevsky"), discloses a spell-checking program. Mogilevsky specifically describes the use of

5  a user interface and pop-up menu used to provide actions a user can take on detected structures

6  (misspelled words):

> **The navigation tool provides the user an alternative method for
> viewing and correcting errors.** The navigation tool checks up to
> 100 characters before the cursor and then moves forward. After
> moving backwards up to 100 characters, the navigation tool moves
> forward through the document like the spelling tool and uses the
> same routines to do so. **Instead of displaying helpful spelling
> suggestions in the dialog box like the spelling tool, the
> navigational tool causes a spelling pop up menu to be displayed.
> This spelling pop up menu is also displayed when the user right-
> clicks the mouse while positioning the cursor over a highlighted
> misspelling.** The navigation tool begins with a short scan backwards
> to catch any recent misspellings. When an assigned hot key is
> pressed, or a special icon on the screen is clicked, the navigation
> tool first starts scanning the spelling array backwards. If a
> misspelling is discovered within 100 characters, or before the top of
> visible text is reached, whichever is closer, a pop up menu with
> suggestions is provided for that word.

(Mogilevsky at 11:48-12:19.). As is evident, in just the narrow sub-field of spell checkers and the

use of *sed* and *awk* commands, tools for linking actions to detected structures, and tools for

selecting actions and structures—such as pop-ups—were well known and incorporated into

broader patents. Again: detection, linking, and user interfaces enabling a user to take actions on

structures were all common and well-known in the art well before the time of the '647 patent.

      215.   This work was not limited to spell checkers, however, as other individuals patented

implementations of detection and linking on phones or pagers—which were quite rudimentary—

that linked specific structures with actions. This is an example of market forces leading to an

application of detection and linking techniques on a new type of device—here, handheld

communication devices. In fact, two patents filed in early 1991 and 1992 described, on early

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

pagers and telephones, detecting structures such as dates and telephone numbers in data and linking actions to those structures to allow the user to perform various actions.

216.   U.S. Patent No. 5,359,317 ("Gomez") was filed on October 9, 1992 and issued on October 25, 1994.  It describes a pager with a "message parser," "user prompter," and "alarm element":



**FIG. 1**   *100*

217.   The pager of Gomez could detect date and time information, associate an alarm element, and prompt the user to create an alarm.  As described in Gomez, "The software algorithms include a message retriever 129 for retrieving received messages stored in the RAM 118," and "a message examiner 134 for examining a message portion to determine whether the message portion contains date and time information. Also included are a user prompter 136 for prompting the user to respond about setting an alarm, and an alarm element 138 for setting and generating an alarm." (3:28-40).  Gomez describes parsing messages by matching information to certain pre-programmed patterns, e.g."NN/NN/NN at NN:NN PM," where N represents a numeric digit." (5:28-34).

 HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



*FIG. 6*

If a structure is found, the system prompts the user on whether an alarm should be enabled (610), and will enable an alarm if the user so requests (614).

218.    Similarly, European Patent Office Publication No. 0458563A2 ("Nokia") was published on November 27, 1991 and describes detecting phone numbers on a communication device, not dates.   In particular, Nokia describes a telephone "capable of interpreting as a telephone number a character string included in an arbitrary text message, either automatically or aided by the user." Nokia at 2:23-37.  A user can either make a telephone call or store the number in a contact after detection:

> According to the present invention, a call to a tele-
> phone number contained in a text message would
> take place in the following principal steps:
>> (1) The RPK searches out a telephone number
>> contained in the message,
>> (2) the user accepts the number, and
>> (3) the RPK makes a call to the number.
> Alternatively, the telephone number can be stored in
> a short-selection directory included in the RPK, which
> would take place in the following principal steps (two
> of which are the same as above):
>> (1) The RPK searches out a telephone number
>> contained in the message,
>> (2) the user accepts the number,
>> (4) The RPK searches from the message the
>> name under which the number is to be recorded,
>> and
>> (5) the RPK stores the number under the name in
>> the directory.

219.    Nokia at 5:23-43.  As is apparent, even on devices like a telephone or pager with limited memory and processing power, parsing techniques and linking techniques were routinely applied.

220.    These were not the only patents to apply, in a particular area, detection and linking at the time of the '647 patent.  As another example of simultaneous work, Milind Pandit filed for U.S. Patent No. 5,859,636 ("Pandit") on December 27, 1995 (issued on January 12, 1999).  Pandit described recognizing "[t]ext of a predetermined class in the body of text," and providing "[o]ptions… for selecting and running operations and programs relevant to the recognized text, such as, telephone dialers, telefaxing programs, writable databes, etc."  Pandit specifically described "[l]ibraries of subroutines… for each class of text to be recognized… includ[ing] a plurality of operations which may be run on the particular class of text."  Abstract.  As summarized in Pandit:  "The invention pertains to recognition of text in a body of text as belonging to a predetermined class and performing an operation relevant to the recognized text."  1:53-55.

221.    For instance, in Pandit "[a] user can "click" on the Date menu name 12 or otherwise call the menu by one or more keystrokes on a keyboard associated with the video monitor to

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

display or pull down the contents of the menu (step 24)" and then "run one or more of the programs relevant to dates which are identified in the pulled-down menu in a known manner, such as by clicking on the name of the program as it appears in the pulled-down menu (step 25) or through the execution of one or more keyboard key strokes."   These types of operations are depicted in Pandit, though they are not limited to dates:  "As shown in FIGS. 1c-1f, the invention is not limited to the recognition of dates in text and preferred embodiments of the invention can recognize e-mail addresses and telephone numbers. In fact, there is no limit on the type of text which can be recognized by the invention and additional embodiments can recognize such classes of text as Uniform Resource Locators, nouns, verbs, names, street addresses, etc." 2:24:32.



FIG. 1a            FIG. 1b

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

FIG. 1f

222.   Pandit could specifically be used with any application to do this—the inventors specifically did not expect there to be unexpected problems in "expand[ing] the operaton is which may be performed" to other "classes or types of text in any document," because the result would be predictable:

> The present invention will benefit any application which displays text to a user, regardless of the origin of the text. The invention expands the operations which may be performed using recognized text by allowing a user to intuitively exploit the presence of certain classes or types of text in any document by transforming the text into an interface to other functions or operations.  1:42-48.

> The invention selectively recognizes text and performs relevant operations based on the recognition. Referring to FIG. 1a and FIG. 2, for example, a date 11 in text appearing on a video monitor is accented (step 21 of FIG. 2) for example by shading, underlining or pointing to and clicking on the text. The invention recognizes the accented text (step 22), and provides a menu bar 13 in which the name of menu 12 corresponding to the class of text accented is highlighted or shown in bold type, thereby showing that the menu is enabled (step 23).  In the example of FIG. 1a, the Date menu 12 is shown in bold type, signifying that the invention includes a menu of operations and/or programs which are relevant to dates. A user can "click" on the Date menu name 12 or otherwise call the menu by one or more keystrokes on a keyboard associated with the video monitor to display or pull down the contents of the menu (step 24). A view of an embodiment of a pulled-down Date menu 18 is shown in FIG.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1b. A user may directly call a calendar or appointment database program from pulled-down menu 18. Other programs may be included in pulled-down date menu 18 as discussed below.   2:3-23.

223.    Notably, Pandit recognizes that its teaching could be combined with, for instance, NCSA Mosaic, described further below.   3:17-23   (As noted above the invention preferably includes a library enabling recognition of Uniform Resource Locators (URLs) in text. Consequently, preferred programs which appear on and can be run from the pull-down menu in response to the accenting and subsequent recognition of a URL include World-Wide Web browser programs, such as "NETSCAPE" or "NCSA MOSAIC." )

F.    **Commercial Systems Disclosing Detecting and Linking Functionality**

224.    Prior to the time of the '647 patent, much detection and linking function was performed in commercially available software. In many cases, the advanced work done in this field was eventually patented.  (I understand that prior to 1994 it was not possible to apply for a patent for a software system.)

225.    One of the companies working in this field was Borland Software.  It is not surprising that Borland understood detection and linking, as they also made compiler software (such as Turbo C++), which requires functions to parse programs and perform actions on myriad structures detected within those programs.  As described in depth below, Borland released a software product call "Sidekick" in 1983, and shipped a version 1.5 by 1985.  In fact, by 1984, Borland had sold at least 400,000 copies of Sidekick, and won Infoworld's "Software Product of the Year."[4]  SAMNDCA630-00963872.

226.    Sidekick was used as a "Desktop Organizer" that was advertised as "Just a Keystroke Away" because it operated as a "Terminate and Stay Resident" ("TSR") program that could run in the background while any other main application program ran.  The manual for Sidekick Version 1.5 recites: "Sidekick is a lot of things, but first and foremost it is always there when you need it…. No matter which other program you are using—word processor, data base,

---

[4]    "Borland Introduces Macintosh Sidekick," InfoWorld Sep 9, 1985, available at http://books.google.com/books?id=eS8EAAAAMBAJ&pg=PA27#v=onepage&q&f=false

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

spreadsheet, TURBO Pascal, BASIC, or whatever—Sidekick is always present 'underneath' it and may be activated immediately with a single keystroke."  SAMNDCA630-00963751.

227.    Sidekick included a number of features, including a Notepad, a Calculator, a Calendar, and a Dialer.  Among them was the Sidekick Dialer, which ran in the background SAMNDCA630-00963872 and was capable of picking phone numbers directly off the screen. Sidekick further linked numbers picked off the screen to an action—"Dial"—that gave the option to the user of having Sidekick call the number.  Accordingly, Sidekick anticipated exactly the sort of functionality Apple argues is covered by the '647 patent—the ability to detect information in a block of text and associate an action with it:

> **Dialer**   This automatic dialer takes numbers from its own phone directory **or picks them directly off the screen.** You may find the number with dBASE-III or any other database that you already own, and Sidekick will make the call!

SAMNDCA0963751.  This functionality is depicted below, in a screen shot of the software:



As described in depth in Section IX, Sidekick anticipated the  '647 patent.

228.    Sidekick was an early example of Borland's work.  Another example of a commercial product was Borland's Turbo Lightning software.  *See, e.g,* SAMNDCA630-07177122:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Like two other Borland products, SideKick and SuperKey, Turbo Lightning is *RAM resident*. This means that it stays in your computer's main memory (RAM), ready to be called at a key-touch— *even while you're using another application program*—to perform the look-up functions you need at the moment. This is also what makes it so much faster than other reference software you may have used before.

Turbo Lightning Handbook at 1.

Since SideKick's Notepad is a mini-word processor, you'll probably use Turbo Lightning often to check misspellings and suggest synonyms for the words you type while in the Notepad. When we designed Turbo Lightning, we figured many people who bought it would also be SideKick owners, so we made sure Turbo Lightning would automatically recognize when you stepped out of your application program to SideKick's Notepad. This means you never have to go into the Environment Menu and switch environments when you go in and out of SideKick—Turbo Lightning already knows. Just be sure to tell Turbo Lightning which main application program you're using at the moment.

SideKick's Notepad is the easiest way to edit the auxiliary dictionary. When you want to change Turbo Lightning's vocabulary, just load the AUXI.DIC file into the Notepad and edit the file on the spot. In order for Turbo Lightning to recognize the changes you've made, you then must unload and then reload AUXI.DIC. To do this, simply go to the Setup menu, and type in the name of the auxiliary dictionary again. Then press [D] to save the change. (Turbo Lightning keeps a copy of AUXI.DIC in RAM and won't know you've changed it on disk until you unload/reload it.)

Speaking of the auxiliary dictionary, there's another handy way to use Turbo Lightning with SideKick, this time with the phone directory. You can put some of the names of people or companies you call or write to frequently in Turbo Lightning's auxiliary dictionary, so that when you misspell them, Turbo Lightning will beep at you (and just as important, it *won't* beep at you when you spell them right!)

Turbo Lightning Handbook at 67.   Borland continued with its work in detection and linking routines, and later did receive a patent for advanced detection routines for use in spreadsheets— U.S. Patent 5,375,201 to Davoust ("Davoust '201").  These routines would operate on sets of data in the spreadsheet and, based on an analysis of the data, determine the types of mathematical

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

operations that a user might wish to perform on the data.  The goal of Davoust '201 was to provide an "intelligent graphing module" that would be "available to any spread of data, all without the user having knowledge of the mathematics or theories supporting these analyses."  Davoust '201 at 2:56-3:19:

> graphical form. More particularly, the present inven-
> tion provides an intelligent graphing module whereby
> analytical techniques, such as aggregation, moving av-
> erage, linear regression, exponential fitting, and the like,
> are available to any spread of data, all without the user
> having knowledge of the mathematics or theories sup-
> porting these analyses.
>   A method of the present invention for analytical
> graphing proceeds as follows. First, a data series is
> specified (by selecting a range of cells). Next, the system
> displays a selection of analyses. By examining the data
> type of the members of the data series (e.g., fixed, scien-
> tific, currency, percent, date, time, text, and user-
> defined data types), the system may intelligently deter-
> mine which analyses are appropriate for the task at
> hand. Accordingly, the displayed list of analyses may be
> adjusted so that only relevant ones are available for
> selection. If any additional parameters are required for
> the selected analysis (e.g., center weighted), the user is
> prompted to enter appropriate values. The system then
> proceeds to generate a meta-data set by applying an
> operation or a series of operations required for the spec-
> ified analysis; the "intelligence" or knowledge of the
> series of operations which are required to effect the
> analysis is maintained internally by the system (so that
> the user need not supply the information or even under-
> stand it). Finally, a visual representation of the analysis
> is displayed by plotting data points from the meta-data
> set. At the conclusion of the method, the meta-data set
> is discarded; however, if the user desires, he or she may
> save this information for future use.

Davoust '201 at 2:56-3:19.  Accordingly, the system would "intelligently determine" the type of mathematical analysis to perform on the data, and could adjust them "so that only relevant ones are available for selection."  It would then allow the user to select from the appropriate analyses. Imagine, in essence, that Microsoft Excel could look at a column of 15 entries and decide that you are trying to track your household budget and investments over the course of a year, based on the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

structures (the monetary values for income and bills) in the column.  The system described in Davoust would then suggest various mathematical operations you might want to perform on the column—though it could work on much more complex data as well.  As described in Davoust '201, the spreadsheet would also give you operations for averages and running totals, for instance.

229.   Another commercial embodiment of detecting and linking functionality is the the Perspective System / EO Personal Communicator, available at least as of 1992.  Videos of the Perspective system in operation are attached as Exs. 9.  Perspective included a feature that was becoming more common by 1992—an intelligent assistant that parsed input and linked actions the user might want to take, as well as other information across the device.

230.   More specifically, Perspective was an integrated, portable system for computing and communications, much like a modern smartphone.  Accordingly, the aspects of Perspective collected in the software system known as the "Associate," and related to detection and linking were sophisticated and were directed to capturing and linking the sort of brief interaction one would likely have with Perspective devices (and the modern smartphone) in the real world—entering names, dates, etc.  Perspective's Associate detected these names and dates and linked them to actions such as opening a person's profile or retrieving or dialing a number associated with their name.  As demonstrated in the videos, Perspective also distinguished between, for instance, proper names and restaurants, and modified its behavior depending on the application in which the user was operating.  In other words, it performed sophisticated parsing that was context-sensitive.  Accordingly, the Associate—the "information linker"—was an obvious outgrowth of computing and communication functions coming together, as it "links everything back" to individuals and information in a "Names Item," allowing brief interactions to create sophisticated links.  (*Travel Guide* at 5-169).

231.   Prior to the '647 patent, Apple itself released a product with an "Intelligent Assistant"—the Apple Newton, as described in the Newton Programmer's Guide, 1993, 1994, Apple Computer, Inc.  The Intelligent Assistant could detect commands and phone numbers, among other structures, in data:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

## Intelligent Assistant

A key part of the Newton information architecture is the Intelligent Assistant. The Intelligent Assistant is a system service that attempts to complete actions for the user according to deductions it makes about the task that the user is currently performing. The Assistant is always instantly available to the user through the Assist button, yet remains non-intrusive.

The Assistant knows how to complete several built-in tasks; they are Scheduling (adding meetings), Finding, Reminding (adding Todo items), Mailing, Faxing, Printing, Calling, and getting time information from the Time Zones map. Each of these tasks has several synonyms; for example, the user can write "call," "phone," "ring," or "dial" to make a phone call.

Applications can add new tasks so that the Assistant supports their special capabilities and services. The Newton unified data model makes it possible for the Assistant to access data stored by any application, thus allowing the Assistant to be well-integrated in the system.

(Newton Programmer's Guide, 1-9 to 1-10).

The Intelligent Assistant (IA) is a system service that attempts to complete actions for the user according to deductions it makes about the task that the user is currently performing. The Assistant is always instantly available to the user, yet remains non-intrusive. It can be thought of as an alternate interface to Newton that allows the user to invoke services fluidly, according to current context.

The Assistant knows how to complete several built-in tasks; they are Scheduling (adding meetings), Finding, Reminding (adding Todo items), Mailing, Faxing, Printing, Calling, and getting time information from the WorldClock.

This chapter describes how you can add IA support to your application. It discusses the capabilities and limitations of the Assistant, summarizes the IA architecture, and dissects a typical code example. The chapter concludes with a summary list of steps one must take to implement IA support in a Newton application.

When the user taps the Assist button, the Assistant attempts to complete a task specified by the user. If the Assistant does not have sufficient information to complete an action, it attempts to fill in the missing information according to deductions it makes using the current context. If necessary, the Assistant prompts the user to clarify ambiguities by choosing items from the Assist pop-up menu or by writing one of several synonyms that the Assistant understands. For example, the Assistant invokes the Find task if the user writes any of these phrases: "find", "find it", "locate", or "locate it".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

(Newton Programmer's Guide 11-1 to 2)

232.    The Intelligent Assistant used significant parsing techniques developed long before the '647 patent that were described to the public in the Newton Programmer's Guide:

> When the user requests assistance, the Assistant invokes the NewtonScript function `parseUtter()`, passing to it the phrase that the user entered on the Newton screen. The `parseUtter` function attempts to match words and phrases with items in each action or object template's `lexicon` slot. Each word or phrase matching a lexicon entry causes the Assistant to create a frame using the template that was matched. Frames created from action templates are called **action frames;** similarly, frames created from target templates are called **target frames.**
>
> At this point, the Assistant has parsed the user input and created a number of data structures, but has not yet determined which task it is trying to complete. The task is selected by matching one of the action frames returned by `parseUtter()` with the primary action slot in one of the task templates registered with the Assistant. The Assistant then uses the task template that was matched to create a frame (the **task frame**) in which it stores all of the information defined in the template, as well as all of the frames created by `parseUtter()`. Note that if the Assistant is unable to match an action template, it tries to determine which task template to use based on the information it does recognize. For example, if the user enters the phrase "buzz 555-1234", the Assistant would not recognize the word buzz as an action for which it has a template, but would display the call template based on its recognition of 555-1234 as having the format of a telephone number.

(Newton Programmer's Guide at 11-8)

## The Postparse Method

> After the Assistant has stored all of the objects that were created when matching object types specified in the signature array of the task template, it invokes the postparse method.
>
> The postparse method commonly acts as a dispatching method that invokes the subtasks comprising the primary action—one such subtask might be the display of a task slip view to the user. The postparse method can also perform additional parsing (surprise!) to retrieve information that the Assistant was unable to find on its own.

(Newton Programmer's Guide, 11-23).

233.    A related commercial product is the IBM Simon.  I have used an IBM Simon that I understand was made available to Apple as well.  (Previously, I had used a Simon when the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

product was commercially available in the mid-1990s.)   Simon was a combination phone/PDA device, and was described in the Simon User Manual ("Simon Manual") published in 1994.  A video of the Simon in operation is available at  http://www.youtube.com/watch?v=wnFsJ9z_caY ("Simon Video") and corresponds to what I saw when using the device.  The Simon allows a user to select a telephone number, then provides the option to dial:

## Mark to Dial

You can mark telephone numbers in notes and forms by touching the screen, sliding your stylus to adjust the cursor position, pausing a moment (until you hear a short beep), then sliding your stylus again.  As you slide your stylus, the number highlights.  When you've marked the number you want, lift your stylus from the screen.  A pop-up menu appears.  To dial, select Dial from the menu. The In-Call screen will appear as the Phone feature places the call.  For example, this can be useful if someone sends you a phone number in an electronic mail message.  Just mark it and dial.

Simon Manual, p. 20.

234.    As is apparent, it was known in the art that a user could perform detection on a PDA or other device (rather than using a computer routine), given that the task is often simple. The user would still derive a benefit from use of the device if the device provided a way to perform an action on the structure the user detected.  Additionally, Simon explicitly disclosed the use of, for instance, highlighting and pop-up menus in creating this type of interface.

### G.    Hyperlinking & Hypertext

235.    Individuals were also working on hyperlinking and hypertext systems at the time of the alleged invention of the '647 patent, which were not commercial products *per se*, but influenced the concept of detection and linking, as well as how to take an action in such systems. The research in this area, like the other areas described above, brought together basic functions claimed in the '647 patent—such as detection, linking, taking actions on structures, menu based

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

selection, etc.  A person of ordinary skill in the art would have had exposure to the concepts of a hypertext system.  For example, detection of structures in hypertext systems was well-established by 1994, including the use of grammars and string libraries.  Such detection was described in the published article: "A System For Discovering Relationships by Feature Extraction from Text Databases," Jack G. Conrad and Mary Hunter Utt, Proceedings of the 17th Annual International ACM SIGIR conference on Research and Development in Information Retrieval, August 1994 ("Conrad"):

> "The basic approach has been to use a variety of natural language processing and statistical techniques to extract predetermined types of facts for a specific domain. In the TIPSTER joint venture domain, for example, the goal of extraction is to identify information such as the companies forming the joint venture, the name of the new company, the location of the new company, the products of the new company, and the amount of money involved. Accurate extraction of some types of information requires either sophisticated analysis or significant amounts of training data. There are, however, a number of important and fairly general features which can be recognized using relatively simple techniques. These include the names of companies, the names of people, locations, monetary amounts, and dates." (Conrad, p. 261)

> Having identified references to companies and people in the text, the next step is to identify relationships or associations between them. These associations can be used as the basis for the links in a hypertext network of companies, people, and source texts. Associations can be identified using either direct or indirect associations." (Conrad, p. 262)

236.   "Light Hypermedia Link Services: A Study of Third Party Application Integration," Hugh C. Davis, Simon Knight and Wendy Hall, ECHT '94 Proceedings, September 1994 ("Davis"):

> The use of a string library and a fast string search function for detecting string structures in the data is disclosed by hypertext systems: *The Computed Linker* This uses a pre-created index of some set of text files to apply information retrieval techniques to attempt to provide links where none have been manually created." (Davis, p. 43)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

237.    "Integrated Text and Image Understanding for Document Understanding," Suzanne Liebowitz Taylor, Deborah A. Dahl, Mark Lipshutz, Carl Weir, Lewis M. Norton, Roslyn Nilson and Marcia Linebarger, HLT '94: Proceedings of the workshop on Human Language Technology, March 1994 ("Taylor"):

> "*Adherence to a simple grammar.* The section headings for scholarly articles can be characterized by a grammar which specifies a sequence of digits and dots followed by an alpha-numeric string. As another example, newspaper headlines and captions may conform to a certain style which has a syntactic basis, such as noun phrase followed by a present participle for a picture caption: `Heroic firefighter rescuing cat from tree'." (Taylor, p. 423)

238.    Similarly, linking was well-established in hypertext systems, and indeed formed some of basis for a number of ambitious projects, as described in the following exemplary references:

239.    "Dexter With Open Eyes,"John L. Leggett and John L. Schnase, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994, pp. 77-86 ("Leggett"):

> "Link Services. The notion of a 'hypertext system' as occurs throughout the Dexter model is replaced with the notion of `link services' that are provided to all applications by a base layer of the computing environment. In a minimal scenario, link services would provide operations for creating and deleting anchors and links and for following links." (Leggett, p. 81, emphasis in original)

240.    "Light Hypermedia Link Services: A Study of Third Party Application Integration," Hugh C. Davis, Simon Knight and Wendy Hall, ECHT '94 Proceedings, September 1994 ("Davis"):

> "The Microcosm system assumes that the node content viewer is able to display an action menu (containing such items as *Follow Link, Compute Link, Start Link* and *End Link*) is able to communicate the chosen action, along with the details of the selected object, the position of the selected object and the file in which the selected object was found, to Microcosm." (Davis, p. 42)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

241.    Hypertext systems also taught mechanisms for selection structures and actions, including highlighting and the use of embedded pop-up menus, as described in the following exemplary publications:

242.    "The Dexter Hypertext Reference Model," Frank Halasz, Kaj Grønbæk, Randall H. Trigg, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994, pp. 30-39 ("Halasz"):

> Figure 2 illustrates the importance of the presentation specification mechanism. In this figure, there is an animation component taken from a computer-based training hypertext. This animation component can be accessed via two link components. When following the standard link, the animation component is brought up as a *running* animation. In contrast, when following the teacher-owned "edit" link, the animation is brought up in editing mode ready to be altered." (Halasz, p. 32)

243.    "Light Hypermedia Link Services: A Study of Third Party Application Integration," Hugh C. Davis, Simon Knight and Wendy Hall, ECHT '94 Proceedings, September 1994 ("Davis"):

> "Once users begin to interact with the system they will make selections and choose actions from the menu (or click on buttons where they are available). The viewer is responsible for
>
> Providing an action menu
>
> Identifying the selection made
>
> Identifying (in any way appropriate to the application) the position of the selection
>
> Identifying the current data file
>
> Packaging all of the above into a Microcosm message and sending it to Microcosm.  (Davis, p. 44)
>
> "Viewer passes message to Microcosm, containing the selection, the source file, the action chosen, and if possible, the position of the selection. Microcosm passes message through filter programs which decide what actions to take (e.g. what links are available)."  (Davis, Fig. 1, p. 43).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

> "A show links action on the menu will find all links within a given
> selection and either highlight them within the current viewer or list
> them in the available links box." (Davis, p. 47).

244.   "Dexter With Open Eyes," John L. Leggett and John L. Schnase, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994, pp. 77-86 ("Leggett"):

> "In Intermedia, when a user selects an anchor that is the source of
> more than one link, a *dialog box* appears listing possible
> destinations. The user then selects the desired destination, and the
> link is followed." (Leggett, p. 79)

245.   "User interface design for the Hyperties electronic encyclopedia," Ben Schneiderman, Hypertext '87, November 1987, pp. 189-194 ("Schneiderman"):

> "PC version enables touchscreen or arrow key selection of
> highlighted items (embedded menus) in text only, but graphics can
> be shown." (Schneiderman, p. 190).

> "The SUN 3 versions support our exploration of highlighting
> techniques for touchable graphics. In the current version the
> selectable regions pop up as the mouse cursor passes over them.
> This is a good start and makes for a dramatic experience, but some
> mechanism seems necessary to enable users to reveal all selectable
> regions without a great deal of mouse exploration. Possibly a single
> key or a on-screen button would cause all selectable regions to
> become highlighted. Highlighting might be done by blinking, color
> coding, hash marks, or various borders." (Schneiderman, p. 193)

246.   Koved.  "Embedded Menus: Selecting Items in Context," Communications of the Association for Computing Machinery, Vol 29, No. 4, 312, April 1986 ("Koved"):

> on the more traditional explicit menu. In embedded
> menus (Figure 2), highlighted or underlined words
> or phrases *within* the text become the menu items,
> and are selectable using the commonly used touch
> screen, cursor, and mouse methods cited above.

Koved, p. 312.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

The options for the NESW intercom system are controlled by a set of switches on the controller card. Locate the controller card and <u>remove it from the system unit.</u> <u>Find the serial number.</u> <u>Set the switches</u> based on the serial number. Once the switches are set, <u>insert the controller card.</u>

The menu items are the underlined phrases: To make a selection, the user moves the cursor to the desired phrase and presses the select key.

**FIGURE 2.   Embedded Menu**

Koved, Fig. 2.

considered paramount. To this end, instead of ex-tracting menu items and displaying them as an ex-plicit menu, selectable items were highlighted di-rectly in the text (Figure 3), a method of displaying text with embedded items that has since become known as *touchtext*.

Koved, p. 313.



EVENTS: ANSCHLUSS                    Page 2 of 7
The victorious *Allies* disapproved of such a union and specifically forbade it in both the *Treaty of Versailles* and the *Treaty of St. Germain-en-Laye*. Austrian nationalism remained weak throughout the interwar period (1918-1939). During these years, *Austria*, like *Germany*, gave rise to a number of right-wing and fascist political movements. Indeed, *Adolph Hitler's* own *Nazi* Party had a sizable Austrian branch. In 1934, *Engelbert Dollfuss*, a member of the *Christian Social Party*, destroyed the *First Republic's* fragile parliamentary democracy and established a right-wing dictatorship.

*Next Page*      *Previous Page*      *Return to FREUD, SIGMUND*

The above example is an embedded menu from a TIES database. The menu items are shown in bold type, and the cursor is an inverse video bar.

**FIGURE 3.   TIES Menu**

Koved, Fig. 3.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Two experiments were conducted to evalate
two styles of on-line documents. One exper-
iment compared two methods of retri~~eve~~ *evaluate*
on-line information that allow the ~~elevate~~ *elevate*
to specify the direction of the inf ~~elevated~~ *elevated*
search. The first manual recorded e ~~elevator~~ *elevator*
the reader's decisions (menu selections).
The second manual did not record the deci-
sions, and had to ask the reader for the
same information several tims in order to
complete the task. The manual that recorded
the information allowed people to work over
twice as fast and was preferred over the
other manual.

The misspelled words are highlighted in the embedded menu.
Since the word "evaluate" is considered to be the most likely
correct spelling, it is at the top of the list of words in the
explicit menu.

**FIGURE 4.   Spelling Checker with Embedded
Menu and Possible Correct Choices**

Koved, Fig. 4.

One of the most appealing aspects of embedded
menus is the direct manipulation approach to con-
trolling the application. It allows the user to point
directly to an object of interest, with the underlying
system performing the desired operation. Embedded
menus in some respects resemble WYSIWYG (what-
you-see-is-what-you-get) text editors. There is no ar-
bitrary syntax associated with the menu selection
process: Instead, the syntax consists of simply mov-
ing the cursor, or rectangular window in graphics
systems, to a desired location on the display, and
requesting that an operation be performed on the
currently referenced object.

With the emergence of very small portable com-
puters and a space limitation of 24 or 25 lines by 80
columns for many of today's screens, space saving
techniques will remain important. Although in the
future we expect larger computer displays to be-
come more common and the conserving of screen
space less critical for some applications, we believe
that embedded menus will remain an important
human–computer interaction technique.

Koved, p. 317.

247.   As described above in the set of exemplary references, the techniques used in
hypertext systems would have been well-known to one of ordinary skill in the art by 1994.

### H.    <u>User Interfaces for Operating on Detected Structures</u>

248.    In addition to basic linking and detecting, a person of ordinary skill in the art would have been familiar with numerous user interface concepts, such as allowing a user to select a structure and action via a pop-up menu, or calling information to a user's attention through highlighting.  These techniques have been discussed throughout.  Notably, Apple itself published a Apple Human Interface Guidelines, 1992 ("HIG").  HIG was intended to teach the proper use on the Apple computers of basic interface concepts.  For instance, HIG taught both highlighting and pop-up menus:

## Highlighting and Selection

Most things—menu items, icons, buttons, and so forth—should be highlighted when selected by reversing the background with the bits. On black-and-white screens, highlighting means turning white to black and black to white. For example, if the item is black on a white background, it should be highlighted to white on a black background. On color screens, highlighting works differently; colors are darkened when selected, not reversed. For example, if an item appears green on the screen, the green color becomes darker when the item is selected. If the user can set different colors of text,

HIG, p. 260.

**highlight**   To make something visually distinct, typically when it's selected. Usually done by reversing black and white areas or by darkening colors.

HIG, p. 367.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



Figure 5-37    Automatic scrolling



HIG, p. 166.

## Pop-Up Menus

**Pop-up menus** present a list of mutually exclusive choices in a dialog box or window. Pop-up menus are used as a means of selecting one choice from a list of many. Figure 4-41 shows a standard pop-up menu. A pop-up menu typically has a title that appears to the left of the menu in script systems that read from left to right. The menu itself looks like a rectangle with a drop shadow. The menu contains the text of the current choice and a triangle indicator that identifies this element as a pop-up menu.

HIG, p. 82.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Figure 4-41    A pop-up menu and its parts

HIG, p. 83.

249.    Apple was by no means the only company providing such tools.  For instance, U.S. 5,261,042 ("Brandt '042")  describes a "menu management system" to be used in a programming environment for creating menus:

A menu management system providing application de-velopers a flexible tool for building a consistent user interface. A menu data base is created and edited using a maintenance module. The menu data base is then used by a menu manager to present displays to the user and accept user selections. The system provides for user

Brandt '042, Abstract.

 HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

> Based on the contents of the menu management system data bases and the selections made by the user, the menu manager provides for movement among menus, execution of programs, and the return to a calling program of keywords. The data bases determine what is possible, and the user determines what actually happens.
>
> The menu manager can be employed in various ways:
>
> (1) The menu manager can be called by one program for the purpose of running other programs. For example, an accounting system may have a set of programs used for entering data where each program is used to enter a different type of data; when using the accounting system and desiring to enter data, the accounting system could call the menu manager to control the selection and execution of the various specific data entry programs.
>
> (2) The menu manager can be called by a program for the purpose of obtaining a selection from a user. For example, a printing program may be able to print on a variety of different printers. The printing program can use the menu manager to obtain the user's printer selection. This can be accomplished by calling the menu manager and identifying a menu to be presented for which each of the menu picks corresponds to a printer. In particular, the action associated with each menu pick would be a keyword identifying a printer. After accepting the user's selection, the menu manager would return the keyword associated with the selected menu pick to the printer program.

Brandt '042, 5:28-58

## I.   **Free Software**

250.   That the techniques described above were well-known to individuals of ordinary skill in the art is made clear by the substantial number of free software products that incorporated detecting, linking, and action processing functions, as well as the user interface elements coupled to these functions.  The use of these techniques is evidence that there was no unexpected results from combining these elements—they were essentially "off-the-shelf" techniques.

251.   For instance, MHonArc and Mosaic, which were used together, both were given away free over the early web, and both demonstrate the techniques discussed above.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

252.    MHonArc was a program written in the Perl programming language by Earl Hood, and which relates directly to the teachings discussed in the Hypertext sections, in particular. MHonArc could convert plain-text e-mail messages or news messages into HTML documents.  To do so, MHonArc detected certain URL types, and added HTML tags that could be interpreted by a web-browser—such as Mosaic.  For instance, MHonArc could find common URL types such as "http://...", "ftp://...", and "mailto…."  MHonArc would then create hyperlinks by adding HTML tags to the plaintext URLs, meaning that instead of presenting as plain text, the URLs would be parsed by any standard web browser (such as Mosaic) and presented to the user as a hyperlink with the defined actions that were presented for each type of hyperlink.  Additionally, MHonArc would search for and detect e-mail addresses in "To:", "From:", "Cc:", and "Sender:" mail header fields.  It then would add both a "mailto" URL and HTML tags to the e-mail address, creating a hyperlink.  After MHonArc had done so, the email addresses it had detected would similarly be parsed by a standard web browser and presented as hyperlinks, rather than plain text.  (MHonArc at doc/mhonarc_qstart.doc.html).

253.    Mr. Hood wrote and maintained MHonArc himself, and provided MHhonArc free to anyone who wished to download it.  I understand that Mr. Hood provided the following explanation of his development of MHonArc, entitled, "How MHonArc came to be:

How MHonarc Came to Be:

In 1994, I was working on a project developing an SGML-based electronic document viewer for hardware and software products for Convex Computer Corporation.  The project utilized a third-party library called DynaText provided Electronic Book Technologies (EBT).

I was the technical liason between our project team and EBT on any questions and problems we had with Dynatext.  The primary mode of communication was email.

The organization I worked within was called ConvexPress, and ConvexPress had an internal httpd (Web) server.  I decided that it would be beneficial to archive my correspondence with EBT on the web server so others on the project team, along with ConvexPress, could follow the correspondence.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

I looked on the Web (which at the time was not very large since it was only 2 years after the basic technology was published on the Internet) to see if anyone else had developed an email-to-HTML conversion tool.  At the time, the only viable tool was a program called `Hypermail'.

However, Hypermail had one serious limitation: it did not support the mail storage format that my mail user agent (MUA) used.  I used a free MUA called "MH", which was (at the time) being maintained by the University of California in Irvine (UCI), my alma mater, and it was widely available at companies and colleges that utilized Unix-based operating systems.  MH stored each mail message in a separate file under a named directory.  Hypermail only worked on input where multiple mail messages were contained in a single file (note, initially, I was not aware of that the single file store format was the UUCP-mailbox format, but my ignorance went way as I became more versed in email technologies).

At the time, Hypermail was written in the Lisp programming language, which posed the following major problems for me: Finding a Lisp interpreter that would run under the operating systems used where I worked, and my lack of Lisp programming skills.  It is mostly the latter that prevented me from trying to modify Hypermail itself to support the mail storage format I used.

  [Side Note: Hypermail was eventually rewritten in the C programming
   language, and for the longest time, MHonArc and Hypermail were
   the two primary open source tools used for archiving mail messages
   on the web.]

Therefore, I decided to write my own program from scratch.  I decided to use the Perl programming language since I was familiar with it and it provided features that made text processing easier.  The first script was called mbox2html (which I subsequently realized was misnamed--more on that later) and I announced its availability around July, 1994.  Based on email records I have, I showed I announced my tools (which included mbox2html) on July 2, 1994.  I have nothing that shows anything before this date, although it is possible that the program existed before then.

Back then, I made my announcements on USENET.  For my web-related tools I used comp.infosystems.www and comp.infosystems.www.announce.

All tools were released under the GNU General Public License (GPL), with the license included in the distribution(s) of the tools.

101     HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Initially, I did not put much thought into mbox2html from a public perspective since my main primary interest was SGML and the SGML tools that I made publicly available.  However, I started getting feedback about mbox2html which spurred me into getting a better understanding of email technologies and improving upon the original program I wrote.

I learned that the term "mbox" had a specific meaning with respect to email storage formats, and my initial program did not support that format, which is formally known as the UUCP mailbox format.  This format was widely used by various Unix-based MUAs and by the predominate (at the time) mail transfer agent (MTA) `sendmail'.  Hence, I updated the program to support the widely used mbox format along with other features that were of interest to me--like Multipurpose Internet Mail Extensions (MIME)--and features requested from users.

Overtime, I renamed the program to the more general `mail2html' and it was part of distribution package I called `perlWWW' that included several other programs I made freely available like man2html, htmltoc, and makehomeidx.

As some of my tools started to get wider use and evolve into larger programs, I decided to break up the programs into separate distribution bundles with their own release cycles.  Sept 2, 1994 was the last release of perlWWW, which contained version 3.1.1a of mail2html.

Due to my competitive nature, I realized that the name `mail2html' was too utilitarian and did not distinguish my program from other mail conversion programs that were popping up.  Therefore, after sitting down one day at home to brainstorm names and logos (my mother was around to help out), the name `MHonArc' was born.  I came up with the name as I spotted pictures of monarch butterflies in an old animal encyclopedia set.  The butterfly would make a good logo and it contained letters like 'M' (mail), 'H' (HTML), and 'A' (archive).  I modified the spelling of `monarch' to be 'MHonArc' to make it unique and convey its meaning.

The first public release of MHonArc was Oct 1, 1994.  The program was basically mail2html renamed.  The code base was the same.

A formal mailing list for MHonArc users was not established until Dec of 1995 thanks to Achim Bohnet of Germany, whom hosted it.  Over time, the hosting of the list moved to NCSA and then to Mallorn Computing,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

where it is currently hosted under the mhonarc.org domain.

Before the mailing list, I pretty much was the only source of help for users of MHonArc.

(History.txt).

254.    Like MHonArc, Mosaic was given away as well. Mosaic was a web browser that could be used to view the HTML documents that MHonArc output for archiving.  Mosaic was developed at the National Center for Supercomputing Applications ("NCSA") in 1992-1997. NCSA was a part of the University of Illinois Urbana – Champaign.  According to "The Mosaic Handbook" (1994), "NCSA is not a commercial software development organization; it was charted to create software for scientific researchers and place it in the public domain. NCSA made Mosaic freely available on the Internet 'for academic, research, and internal business purposes only.' No doubt these terms have helped make Mosaic popular. Anyone can get a copy, try it out, and realize how useful it is." (Mosaic Handbook at 13.)

255.    Mosaic released several versions of the software, including version 2.0 alpha 9, which was released no later than January 25, 1995. This version of the Mosaic web browser, as used on a PC running the Windows operating system.

256.    A user could use Mosaic to visit the World Wide Web, and navigate its user interface in order to send HTTP requests to retrieve and HTML (Hyper Text Markup Language) documents from the web.  (Mosaic Handbook at xv.)  As described in depth above in Section VI, HTML documents can contain hyperlinks that allow a user to take a flexible variety of actions on structures—such as visiting other webpages or creating an e-mail.

257.    Mosaic could also be used to view the e-mail on which MHonArc had operated, and it would link various actions to the structures that MHonArc had detected, using parsing routines of its own that further performed structure detection and linking. That Mosaic distinguished between types of structures to provide actions is apparent from the screen shots below, which demonstrate the actions associated with an e-mail address MHonArc has detected in the e-mail header are different from those associated with a web-address:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

258.   Mosaic would link actions to detected text using the "<a href=url>anchor text</a>" structure, as explained in the Mosaic Handbook:

### Weaving Threads: Anchor Links

#### <A> and </A>

Now for the fun part—creating anchors and hypertext links. As discussed earlier, links are the way that users are guided through a body of hypertext information. In the parlance of HTML, an anchor is the hypertext itself—the element that the user selects in order to go to the linked document. An anchor can be a word, a phrase, a picture, an icon, or anything that can be displayed on an HTML page. The linked item, that is, the place the user goes after clicking on the anchor, can be any file—not just another HTML document, but also a Gopher menu, a WAIS database, an FTP site, etc. For the sake of simplicity, however, we'll talk primarily about linking HTML documents together.

#### Linking to other documents

By now you're quite familiar with how to recognize and use hypertext links. In this section, you'll learn how to create them. We'll start by discussing how to link to other documents on your computer; then we'll move on to linking to other documents on the Internet.

You'll probably start out writing your documents on your PC, but at some point, you'll need to move your files over to an HTTP server to make them available on the Web. For that reason, it's a good idea to use only filenames in your links, not directory names, since your files will have a different path on the server than they do on your PC.

The first step is to create an anchor, which you do with the anchor tag <A>, and the HREF attribute. The anchor tag tells the browser, "Make the following text a hypertext anchor," and HREF tells it, "Link the anchor to this file." Here's the syntax:

    <A HREF="filename">HYPERTEXT</A>

Consider the original Marx Brothers home page shown in Figure 7-10. The mouse is positioned over the word **GROUCHO**, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



*Figure 7-9. Hypertext links displayed in status bar in Mosaic*

this anchor. Here is the HTML that causes Mosaic to display **GROUCHO** as a hypertext anchor.

    <A HREF="groucho.html">Groucho</A>

This line says: Make the word **GROUCHO** an anchor that links to the file *groucho.html*. In this case, the file is on the same computer and in the same directory as the active page, so we only gave the filename. But we could link to a file in another directory on the same computer, or to another computer on the Internet.

Let's add to this page a hypertext anchor that links to a document on another server. To do this, we need to give the URL of the linked file. The hypertext will say, "Learn more about the 1930s," and will link to the home page of a collection of documents about the 1930s that exists on a computer called **college.edu**. Here's the HTML:

    <A HREF="http://college.edu/USHistory/1930s/HomePage.html">Learn
    more about the 1930s</A>

When users click on the anchor, they are connected to **college.edu** and the linked page is displayed.

When creating links, remember that you can link to any file, not just an HTML page. You can create links to video, audio, graphic, or CAD files. The only proviso

(Mosaic Handbook at 149-50.)

259.    MHonArc/Mosaic represent the type of flexible linking at the core of Hypertext systems.  By parsing text and creating hyperlinks in plain-text documents, MHonArc made it possible to link and perform actions that were intelligently chosen for the type of structure in question, but MHonArc did not limit the number of actions that could be chosen to only a few. Instead, MHonArc, in the words of the '647 patent, "enable[d] an open-ended number and type (i.e. scripts, macros, code fragments, etc.) of candidate actions to associate with, and thus perform, on each identified structure."  An application such as Mosaic, which could view HTML content

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

and had a published list of actions it would link with particular types of HTML structures, is one example of what actions could specifically be linked.

260.    Accordingly use of the MHonArc/Mosaic system was an early precursor of the type of system used on the accused devices (with exceptions—for instance, MHonArc operated as separate application, whereas the detecting and linking code in the accused devices runs as part of individual applications).  As in the accused devices, detection is done prior to presentation to the user, and preserved by adding HTML elements to the parsed text:  MHonArc detects structures in a received message and adds HTML elements to those structures.  The HTML elements MHonArc adds to those structures are then used by an application that can display HTML content—such as a web-browser—to provide a user with a list of actions that can be taken on that structure.  The application determines what actions will be linked to what type of structures.

261.    Other free software used these techniques for more basic functions related to communications.  For instance, free chat clients like the Homer System were publicly known by 1994.  Homer manual, version 0.93, released no later than March 17, 1994 ("Homer Manual") described that system It discloses an IRC client that detects structures such as user names and IRC channel names in textual data received from an IRC server and allows actions to be performed on the structures when clicked:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

### 2.3.1 Message format in 'pseudo' BNF

The protocol messages must be extracted from the contiguous stream of octets. The current solution is to designate two characters, CR and LF, as message separators. Empty messages are silently ignored, which permits use of the sequence CR-LF between messages without extra problems.

The extracted message is parsed into the components <prefix>, <command> and list of parameters matched either by <middle> or <trailing> components.

The BNF representation for this is:

```
<message>  ::= [':' <prefix> <SPACE> ] <command> <params> <crlf>
<prefix>   ::= <servername> | <nick> [ '!' <user> ] [ '@' <host> ]
<command>  ::= <letter> { <letter> } | <number> <number> <number>
<SPACE>    ::= ' ' { ' ' }
<params>   ::= <SPACE> [ ':' <trailing> | <middle> <params> ]

<middle>   ::= <Any *non-empty* sequence of octets not including SPACE
               or NUL or CR or LF, the first of which may not be ':'>
<trailing> ::= <Any, possibly *empty*, sequence of octets not including
               NUL or CR or LF>

<crlf>     ::= CR LF
```

Oikarinen J., Reed D., *RFC 1459: Internet Relay Chat Protocol*, May 1993, available from http://tools.ietf.org/html/rfc1459 ("RFC 1459"): lines 420-446



## J.    Detection, Linking, and User Interface Concepts

262.    In addition to these freely available software programs, researchers also freely shared information with others on how to write these types of programs. In particular, the Embedded Buttons project essentially provides instructions to programmers for how to program a

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1  system such as that claimed in the '647 patent, but also provides a much more sophisticated user

2  interface.

3          263.    The Embedded Buttons system was created by Eric A. Bier and Ken Pier at Xerox

4  PARC.  It was used by Mssrs. Bier and Pier, among others, and was known by others through a

5  variety of publications and video presentations given by Mr. Bier at a variety of conferences,

6  further described below.  *See*, *e.g.*, Eric A. Bier, Ken Pier, *Documents as User Interfaces* (ACM

7  1991) (SAMNDCA630-04320877-SAMNDCA630-04320878); Eric A. Bier, *EmbeddedButtons:*

8  *Supporting Buttons in Documents* (ACM Oct. 1992) (SAMNDCA630-04320879-SAMNDCA630-

9  04320905); Eric A. Bier, *Embedded Buttons: Documents as User Interfaces*, Association for

10  Computing Machinery (1991); CHI'91 Conference Proceedings: Reaching Through Technology,

11  Association for Computing Machinery (SAMNDCA630-06443618 through SAMNDCA630-

12  06443886); U.S. Patent No. 5,862,395; and the CHI '91 video program: Reaching through

13  Technology (SAMNDCA630-07274705) (1991).   I further reviewed videos produced as

14  SAMNDCA630-04320875.flv; SAMNDCA630-04320876; SAMNDCA630-06437701.

15          264.    Embedded Buttons was implemented in Cedar, a programming language and

16  development environment with which I was familiar, and ran on top of the SunOS operating

17  system.   The SunOS operating system was a UNIX-compatible system based on BSD (the

18  "Berkeley Software Distribution").  BSD was also the basis for NeXTSTEP, which later became

19  the foundation for Mac OS X.  As described in the associated publications and demonstrated in the

20  related videos, Embedded Buttons ran on a Sun Microsystems SPARCstation, though it could also

21  run on other computers:

22              EmbeddedButtons is implemented in Cedar, a programming language and
               environment [23] that runs on top of the SunOS UNIX-compatible operating
23              system on Sun Microsystems SPARCstations and other computers. We have
               modified the Tioga text editor [23, 24], and the Gargoyle graphics editor [21]
24              to participate in the EmbeddedButtons system.

25  *EmbeddedButtons: Supporting Buttons in Documents* at 384.

26

27

28
                                                    108    **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

265. The stated goal of the Embedded Buttons project, as described in the printed publications, was to create a library of routines and a runtime kernel that would take existing text documents and add buttons. Further "facilities are provided for linking buttons to application windows so that documents can serve as application control panels." Specifically, the intent was not to "insert special button objects into document media, [but to] support[] turning existing document objects *into buttons*" (*Id* at 381).

266. Two particular examples disclosed by the Embedded Buttons system disclose functionality that anticipates the '647 patent, including detecting structures and linking actions to those structures: a textual and graphic find-and-replace function that could be accessed by any application and used to find structures such as phone numbers and "buttonize" them, thereby linking actions with them; and an "ls" program that parsed lists of file paths to determine individual paths, and linked actions to those individual file path structures by buttonizing them.

267. For instance, the textual search-and-replace is described in *EmbeddedButtons: Supporting Buttons in Documents* as a way to quickly make an address book by "searching for strings that look like phone numbers and turning them into buttons that dial that number":

> As another application, textual search-and-replace and graphical search-and-replace [14] are used to make user interfaces quickly from existing documents. For instance, Figure 2 shows an on-line address book that has been turned into an active document by searching for strings that look like phone numbers and turning them into buttons that dial that number.

*Id.* at 383. The end result of this process is depicted here, in Figure 2, which shows the telephone numbers that have been detected and linked to actions such as dial:

Fig. 2. An address book that dials phone numbers

Phone Numbers
A
Aardvark's Ark
765-3456
Lurch Adams
Fred Astaire
B
Big Bird
234-8878
Yogi Bear

*Id.* at 384.  The Embedded Buttons documentation specifically described this functionality as only an example of what could be done using "Global Search" to "make many buttons at once":

> 3.2.3 Using Global Search. Tioga allows the user to search for character string patterns and apply Tioga operations on each matching string. This capability can be used to make many buttons at once. For instance, in the address book of Figure 2, each character string that matches the pattern of a phone number has been turned into a button that dials that number.

*Id.* at 389-90.

268.    This functionality was also demonstrated via video and text explanation during the 1991 ACM SIGCHI conference, and essentially teaches how to program such a system.  The portion of the video relevant to detecting phone numbers and replacing them with buttons (scene 6) was described in the printed publication that resulted from the conference as follows:

> Textual search combined with editing macro operations can be used to make many buttons at once.  Given an existing file that contains phone numbers, we search all of the phone numbers and turn them into buttons that dial the phone number when pressed.

This portion of the video shows a pattern for a phone number ("Target: ###-####") and the act of using that pattern to automatically replace textual phone numbers in a document with buttons that provide dialing functionality.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



269.    SAMNDCA630-07274705 (time stamps indicated).  The narration states: "Using a tool that searches for text patterns and applies properties, we can make many buttons at once.  In my address book, I can search for phone number patterns, and apply button properties to each phone number, producing a set of buttons that dial the phone number when pressed."

270.    Other video demonstrations of this same functionality provided more than one linked action for a detected phone number.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Documents as User Interfaces Video Demo at 6:02

271.    Similarly,   the   very   next   example   described   in   the   Embedded   Buttons documentation is of the "ls" programs that similarly can be used to detect file names and link them to actions (by creating a button) that will open the file when pressed:

> 3.2.4 Generating Active Documents By Program. The Cedar programming environment includes several programs that generate structured text. These programs can be enhanced to generate buttons as well. As described in Section 1.2, we have modified the "ls" file-listing program, to add a button next to each file name that starts a text editor on that file when pressed.

*Id.* at 390.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



Other documentation shows that this program was used to create a button that not just opened the file, but also could delete it.

272.    By "buttonizing" as described above in relation to the global search and "ls" examples, Embedded Buttons also allowed users to perform actions on detected structures.  As discussed above, "buttonizing" phone numbers or file paths allowed users to perform actions on those structures.  For instance, as shown above, in Figure 2 of *EmbeddedButtons: Supporting Buttons in Documents*, a user can "dial" phone numbers once they have been buttonized.  Similarly, a user of the "ls" file-listing program could perform multiple actions using the file path that had been detected.

273.    Indeed, the "buttonizing" feature of Embedded Buttons taught the ability to insert "command strings to be sent to editors and applications in response to button clicks" on detected structures:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



Fig. 10.   A pop-up button. (a) Its Button property; (b) the menu it pops up, and a documentation string that appears below the menu.

274.   As the code depicted in Figure 10 shows, any type of action could be linked with a detected structure by simply modifying the Button property.  As described below, this was as simple as choosing a PopUpButton class, naming the application or applications that will carry out an action through the CommandHandler, and making entries in the "Menu" pair.  *Id.* at 391.

275.   The videos teach how to create additional actions for a pop-up menu on the fly, in real time:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



SAMNDCA630-07274705 (time stamps indicated).  *See also* Conger, Jim, Microsoft Foundation

Class Primer, Waite Group Press, Emeryville, CA, 1993. ("MFC").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

The linking of actions to detected structures, as well as the action processing, was accomplished in part through the Embedded Buttons kernel, which handled communications from the applications with "buttonized" content to "command-handling applications," and also provided the ButtonClasses code which linked actions to detected structures as described above:



Fig. 13.    The EmbeddedButtons kernel acts as a go-between.

4. THE EMBEDDEDBUTTONS KERNEL
Most of the code supporting button behavior is part of a core of routines called the EmbeddedButtons kernel. As shown in Figure 13, this kernel communicates bidirectionally with editors and command-handling applications. The kernel also relies on a body of code called ButtonClasses, which implements the different behaviors of pop-up, multistate, and radio buttons. Editors, button classes, and command handlers establish their communication channel with the EmbeddedButtons by registering themselves with the kernel at runtime. Section 4.1 describes this process of registration. Once these communication channels are established, the whole buttons system can respond to button presses, as described in Section 4.2.

*Id.* at 393.

3.3 The Button Language
The content of each Button property is specified in our button language, Poppy. Poppy is not a single language, but a set of syntactic conventions that allow button control constructs and the interpreted languages of editors and command handlers to be combined in a single string. **Poppy achieves several goals: it constructs command strings to be sent to editors and applications in response to button clicks, it represents the values of variables that can be queried and set, and it determines the order in which to send command strings to editors and applications when the button is pressed or when the button's value is set**. Command strings are computed each time a button is pressed, so they may change with time.

*Id.* (emphasis added).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

276.    The process for performing the linked action after a button press is also described by the Embedded Buttons documentation.  Upon a button press, the Button property is passed to the Embedded Button kernel, which identifies the proper class of button, and informs the class of the press.  The button class decides if there are any UI elements or other feedback elements that should be performed (such as, for instance, depressing the button to give feedback to the user), and has the UI perform them.  Then, if a menu entry is selected from a pop-up, the button class decides what "command string" to send based on the users selection of an option—*i.e.* what action will occur—and that command string if sent through the kernel to the command handler—*i.e.* the application or other software that will perform the action.  Finally, there may be feedback actions.  *See*:

> 4.2 Handling a Button Press
> While different button classes have distinct responses to button presses, most button presses are handled in five steps.
> (1) The editor notifies the kernel of the button press, passing the Button property to the kernel. The kernel parses this property, identifies the class of the button and forwards the event to that class.
> (2) The button class decides which initial feedback actions should be performed and sends a message, via the kernel, asking the button's editor to perform them.
> (3) The button class determines what command string to send (e.g., depending on which menu entry of a pop-up button is selected) and forwards it, via the kernel, to the command handler.
> (4) If the button has local variables, the command handler may query or modify these variables (see Section 6). If there is no command handler, the button class increments or decrements the variable (depending on which mouse button was used) to the next legal value of its declared type.
> (5) The button class sends a message, via the kernel, asking the button's editor to perform any final feedback actions.

*Id.* at 395.

277.    Accordingly, Embedded Buttons taught an individual of ordinary skill in the art not just about the existence of detection and linking routines, or techniques for carrying out actions on structures, but specifically taught how to code such a system.

278.    Furthermore, it is my understanding that the primary inventor of the '647 patent, James Miller, attended the ACM SIGCHI conference in 1991 where the video and description of

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1  the Embedded Buttons system was presented.  (J. Miller 7/8/2013 Dep. Tr. at 23, 113-129).  In

2  fact, it is my understanding that Mr. Miller was a member of the "Papers Subcommittee Chairs"

3  and therefore "was involved in reviewing some subset of papers presented at the conference." (*Id.*

4  at 114:11-19).   Mr. Miller was also himself the author of a paper presented at this same

5  conference.  (*Id.* at 114:24-115:4).  In normal practice, Mr. Miller would have known about

6  Embedded Buttons before it was published.

7      **K.**      **Architecture**

8      279.    For the sort of detection and linking routines discussed above, two core design

9  patterns are the use of a separate "analyzer server" that can be accessed by all applications without

10  running the detection and linking code in any particular application's process, and the use of code,

11  such as shared libraries or DLLs, that executes as part of an application:

12      280.    For instance, I described the Pandit reference above.  Pandit refers to the use of

13  DLLs or other "modular libraries of subroutines" that could be used for detection and linking:

> Referring now to FIG. 3, the invention is implemented in one or more modular
> libraries of subroutines. The libraries can be Dynamically Linked Libraries as
> understood by those skilled in the art with "MICROSOFT" operating systems.
> Every subroutine performs a distinct task. In FIG. 3, three libraries 30, 50 and
> 60 are shown, although the number of libraries which are possible is limited
> only by the number of possible operations which may be performed. Each
> library preferably holds five sets of subroutines. For example, Libraries A, B
> and C each include subroutines a, b, c, d and e. Subroutines a and c are
> concerned with the class or type of text data recognized by the Library.
> Subroutines b, d and e are concerned with the operations performed by the
> Library on the recognized text.

3:36-49.

> Library A concerns, for example, recognizing and performing operations on
> dates in text as described above in reference to FIGS. 1a and 1b. Subroutine a
> (31) of Library A preferably detects a class or type of text data, in this case,
> dates. Generally, subroutine a is a parser capable of recognizing a class or type
> of text data in a number of formats. In the case of Library A, the parser
> subroutine a is able to recognize, for example, date text written in a number of
> variations, for example 1/1/99, 1/1/1999, 1-1-99, January 1, 1999 etc.

3:50-59.

122    **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

This invention does not require that the text be embedded in any document created on or by a particular application program. Any text appearing on a video monitor can be operated on by the invention, whether the text is within an EMail message, World-Wide Web site, created by a word processing or database program, etc. Furthermore, by using parsers as the subroutines for detecting certain types of data, the invention is able to recognize data appearing in a number of formats, rather than a single defined format.

5:15-25. Pandit conceived of the use of shared libraries as follows:



FIG. 3

281.    As set forth below, Perspective's Associate similarly used DLLs and a shared library architecture.  In Perspective's case, however, the Associate functionality appeared to the user to appear across all applications as a unitary program—only someone with access to the code would be able to discern the difference.  Newton's Intelligent Assistant was presented to the user as a cross-application program as well.

282.    Stamps, alternatively, discloses the use of an API and central, separate routine for performing detection and linking.  The programs that can use the checking functions disclosed by Stamps include "system programs, application programs for text processing, publishing, electronic mail, and any other programs that can advantageously employ text checking functions provided by

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

the API." (2:20-24.). Clayton also taught the use of a separate monitor program that operated on

incoming data and passed it out to other applications.



**FIG. 1**

Clayton '424, Fig. 1. Similarly, programs that ran in the background, such as Mogilevseksy and

Sidekick worked on what would generally be considered a client-server type model, depending on

the details of implementation, and the client-server model was well known in hypertext systems.

(Mogilevsky at 11:48-12:19.). *See also*, John L. Leggett and John L. Schnase, Communications of

the Association for Computing Machinery, Vol. 37, No. 2, February 1994, pp. 77-86; "Light

Hypermedia Link Services: A Study of Third Party Application Integration," Hugh C. Davis,

Simon Knight and Wendy Hall, ECHT '94 Proceedings, September 1994 ("Davis").

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

_____                    _____August 12, 2013_____
Kevin Jeffay                                                                    Date

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647