1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17                     UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 APPLE INC., a California corporation,         CASE NO. 12-CV-00630-LHK (PSG)

20                Plaintiff,                     **DECLARATION OF JEFFREY W.
                                                 NARDINELLI IN SUPPORT OF
21       vs.                                     SAMSUNG'S OPPOSITION TO APPLE'S
                                                 MOTION TO STRIKE ISSUES RELATED
22 SAMSUNG ELECTRONICS CO., LTD., a              TO APPLE PATENTS**
   Korean business entity; SAMSUNG
23 ELECTRONICS AMERICA, INC., a New              Date:  December 10, 2013
   York corporation; SAMSUNG                     Time: 1:30 p.m.
24 TELECOMMUNICATIONS AMERICA,                   Place: Courtroom 8
   LLC, a Delaware limited liability company,   Judge: Honorable Lucy H. Koh
25
26                Defendants.

27

28

I, Jeffrey W. Nardinelli, declare as follows:

1. I am an employee at Quinn Emanuel Urquhart & Sullivan, LLP, employed as a law clerk pending admission to the State Bar of California. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. My responsibilities at Quinn Emanuel include assisting attorneys in the production of Google source code in response to subpoenas issued by Apple in the above-captioned matter. Google has produced source code in response to those subpoenas at a secure review facility in Quinn Emanuel's Silicon Valley Office.

3. I prepared the source code that Google produced to Apple on April 3 and May 18, 2013, including source code underlying the Samsung Galaxy Nexus device and the Quick Search Box and Google Now applications.

4. This source code was placed onto a source code review computer in Quinn Emanuel's Silicon Valley Office that contains software Apple requested for reviewing source code, including Cygwin software implementing the "grep" search utility.

5. On August 7, 2013, I prepared an encrypted hard drive for Dr. Martin Rinard with the same source code made available on the source code review computer in Quinn Emanuel's Silicon Valley Office (hereafter the "Encrypted Rinard Drive"). I placed onto the Encrypted Rinard Drive only source code that Google had produced to Apple on April 3 and May 18, 2013.

6. I arranged for the Encrypted Rinard Drive to be sent, via messenger, to Dr. Rinard's residence, and received verification that Dr. Rinard had received the drive on August 19, 2013.

7. On November 11, 2013, Dr. Rinard returned the Encrypted Rinard Drive to Quinn Emanuel. Without modifying this drive, I compared its contents to the source code that Google has produced to Apple in this action. The drive received from Dr. Rinard contained only source code that Google had previously produced to Apple in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2013, in San Francisco, California.

*[signature]*
Jeffrey W. Nardinelli

**ATTESTATION OF E-FILED SIGNATURE**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i), I hereby attest that Jeff Nardinelli has concurred in this filing.

Dated: November 19, 2013

/s/ *Patrick D. Curran*
Patrick D. Curran