QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Daniel Wooseob Shim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's administrative motion to file under seal documents in connection with Samsung's Opposition to Apple's Motion to Strike Arguments From Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents ("Samsung's Opposition to Apple's Motion to Strike").

3. I understand that some of the documents Samsung seeks to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties. I have reviewed partially redacted versions of the documents that exclude Apple and third-party confidential information.

4. The documents Samsung seeks to seal include Samsung's source code and detailed descriptions of the operations of Samsung's source code. The portions of the exhibits in support of Samsung's motion that Samsung seeks to seal and the type of information are identified below:

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Samsung's Opposition to Apple's Motion to Strike | Portions highlighted in green. | Samsung's source code; detailed descriptions of the operation of Samsung's source code. |
| Fazio Opp. to Apple's Motion to Strike Decl. Ex. 19 (September 19, 2013 Mowry Dep. Tr.) | Page 251 lines 14-25<br>Page 255 lines 10-11<br>Page 264 lines 11-20<br>Page 265 lines 6-21<br>Page 266 lines 1-6<br>Page 268 lines 15-25 | Detailed descriptions of the operation of Samsung's source code. |
| Fazio Opp. to Apple's Motion to Strike Decl. Ex. 24 (August 12, 2013 Opening Expert Report of Dr. Alex C. Snoeren) | Page 42 ¶ 135 lines 23-25<br>Page 43 ¶ 135 lines 1-5<br>Page 43 nn.19, 20<br>Pages 43-44 (diagrams) | Detailed descriptions of the operation of Samsung's source code. |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Fazio Opp. to Apple's Motion to Strike Decl. Ex. 37 (September 13, 2013 Rebuttal Expert Report of Dr. Jeffrey Chase) | Page 79 ¶ 213<br>Page 86 ¶ 230<br>Page 88 ¶ 233<br>Page 88 ¶ 234<br>Page 89 ¶ 234<br>Page 90 ¶ 237 | Detailed descriptions of the operation of Samsung's source code. |
| Fazio Opp. to Apple's Motion to Strike Decl. Ex. 39 (August 12, 2013 Opening Report of Dr. Andrew Cockburn, Exhibit 2) | Pages 5-6 (section titled "Discovery Documents") | Samsung's source code. |
| Fazio Opp. to Apple's Motion to Strike Decl. Ex. 40 (Samsung's September 24, 2012 Objections and Responses to Apple's Interrogatory No. 24) | Page 19 lines 1-28. | Detailed descriptions of the operation of Samsung's source code. |
| Fazio Opp. to Apple's Motion to Strike Decl. Ex. 42 (Samsung's July 15, 2013 Further Supplemental Objections and Reponses to Apple's First, Third, and Tenth Sets of Interrogatories) | Pages 137-141 (all). | Detailed descriptions of the operation of Samsung's source code. |

5. As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in New York, New York on November 19, 2013.

/s/ Daniel Wooseob Shim

Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated: November 19, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran