1   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
2   Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
3   50 California Street, 22nd Floor
    San Francisco, California 94111
4   Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
5
    Kevin P.B. Johnson (Bar No. 177129)
6   kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
7   victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
8   Redwood Shores, California 94065
    Telephone: (650) 801-5000
9   Facsimile: (650) 801-5100

10  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
11  Michael L. Fazio (Bar No. 228601)
    michaelfazio@quinnemanuel.com
12  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
13  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
14
    Attorneys for SAMSUNG ELECTRONICS
15  CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
16  TELECOMMUNICATIONS AMERICA, LLC

17                    UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19  APPLE INC., a California corporation,          CASE NO. 12-CV-00630-LHK
20               Plaintiff,                        **DECLARATION OF SAMUEL
                                                   DREZDZON IN SUPPORT OF
21          vs.                                    SAMSUNG'S ADMINISTRATIVE
                                                   MOTION TO FILE DOCUMENTS
22  SAMSUNG ELECTRONICS CO., LTD., a              UNDER SEAL RELATING TO
    Korean business entity; SAMSUNG               SAMSUNG'S OPPOSITION TO APPLE
23  ELECTRONICS AMERICA, INC., a New              INC.'S MOTION TO STRIKE
    York corporation; SAMSUNG                     ARGUMENTS FROM SAMSUNG'S
24  TELECOMMUNICATIONS AMERICA,                   INFRINGEMENT REPORTS**
    LLC, a Delaware limited liability company,
25
26               Defendants.
27
28

I, Samuel Drezdzon, declare:

1.   I am a member of the bar of the State of North Carolina, admitted *pro hac vice* to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.   Samsung submits this motion for an order to seal the following documents or portions thereof relating to Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports in order to protect information designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential.

3.   The confidential, unredacted version of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, portions of which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case, should be filed under seal.

4.   Exhibit 1 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports contains excerpts of the Deposition of Naga Kandasamy (Intel), dated June 24, 2013, which Intel has designated as "INTEL CONFIDENTIAL BUSINESS INFORMATION" under the Protective Order entered in this case or otherwise deemed confidential business information.

5.   Exhibit 2 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports contains excerpts of Apple's Responses to Samsung's Interrogatory No. 12, dated July 15, 2013,

1   which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

2   under the Protective Order entered in this case or otherwise deemed confidential business

3   information.

4         6.     Exhibit 3 to the Declaration of Samuel Drezdzon in Support of Samsung's

5   Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports

6   contains excerpts of the Deposition of Dan Schonfeld, dated October 3-4, 2013, which Apple has

7   designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective

8   Order entered in this case or otherwise deemed confidential business information.

9         7.     Exhibit 4 to the Declaration of Samuel Drezdzon in Support of Samsung's

10   Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports

11   contains excerpts of the Deposition of Chris Wysocki, dated June 27, 2013, which Apple has

12   designated as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" under the

13   Protective Order entered in this case or otherwise deemed confidential business information.

14         8.     Exhibit 5 to the Declaration of Samuel Drezdzon in Support of Samsung's

15   Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports

16   contains excerpts of the Deposition of Carl Alberty (Cirrus Logic), dated July 2, 2013, which

17   Cirrus Logic has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

18   under the Protective Order entered in this case or otherwise deemed confidential business

19   information.

20         9.     Exhibit 6 to the Declaration of Samuel Drezdzon in Support of Samsung's

21   Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports

22   contains an Email from Ducca to Kolovos Regarding Interrogatories 33 and 36, dated July 18,

23   2013, which contains a request for various components that are part of Apple's devices,  and

24   which Apple may consider Confidential Business Information under the Protective Order entered

25   in this case or otherwise deem confidential business information.

26        10.    Exhibit 7 to the Declaration of Samuel Drezdzon in Support of Samsung's

27   Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports

28

-2-        Case No. 12-CV-00630-LHK (PSG)

DREZDZON DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO
STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS

contains an Email from Thakur to Kolovos and Stone Regarding Resolution of Discovery Issues,

dated July 22, 2013, which contains a request for various components that are part of Apple's

devices as well as Apple internal documents, and which Apple may consider Confidential

Business Information under the Protective Order entered in this case or otherwise deem

confidential business information.

11. Exhibit 8 to the Declaration of Samuel Drezdzon in Support of Samsung's

Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports

contains excerpts of a Letter from Kolovos to Thakur Regarding Components and Including Chart,

dated August 1, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER" under the Protective

Order entered in this case or otherwise deemed confidential business information.

12. Exhibit 9 to the Declaration of Samuel Drezdzon in Support of Samsung's

Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports

contains excerpts of the Deposition of Tim Millet, dated June 26, 2013, which Apple has

designated as "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" under the Protective

Order entered in this case or otherwise deemed confidential business information.

13. Exhibit 10 to the Declaration of Samuel Drezdzon in Support of Samsung's

Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports

contains excerpts of a Letter from Silhasek to Thakur Regarding 30(b)(6) Topics, dated June 24,

2013, which contains a designation that may reveal Apple's internal business structure and

operations, and which Apple may consider Confidential Business Information under the

Protective Order entered in this case or otherwise deem confidential business information.

14. Exhibit 13 to the Declaration of Samuel Drezdzon in Support of Samsung's

Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports

contains excerpts of the Expert Report of Dan Schonfeld Regarding Infringement, dated August

12, 2013, which Samsung has designated as "SUBJECT TO PROTECTIVE ORDER CONTAINS

HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE

-3-                    Case No. 12-CV-00630-LHK (PSG)

DREZDZON DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO
STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS

INFORMATION; CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY

CONFIDENTIAL INFORMATION" under the Protective Order entered in this case or otherwise

deemed confidential business information, which contains Apple confidential information.

15.     Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has

been filed electronically with the Court and served on all parties.

16.     The requested relief is necessary and narrowly tailored to protect the confidentiality

of this information.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on

November 19, 2013, at Washington, DC.

*/s/ Samuel Drezdzon*
Samuel Drezdzon

## ATTESTATION

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Samuel Drezdzon has concurred in this filing.

Dated:  November 19, 2013

/s/ Victoria Maroulis

Victoria Maroulis

Case No. 12-CV-00630-LHK (PSG)

DREZDZON DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS