UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS** |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3  to File Documents Under Seal Relating to Samsung's Opposition to Apple Inc.'s Motion to Strike
4  Arguments from Samsung's Infringement Reports.  The Court finds that Samsung's sealing
5  request is narrowly tailored and justified.  Therefore, the following documents or portions thereof
6  may be filed under seal consistent with Samsung's requests:
7       1.   The confidential, unredacted version of Samsung's Opposition to Apple Inc.'s
8  Motion to Strike Arguments from Samsung's Infringement Reports.
9       2.   Exhibit 1 to the Declaration of Samuel Drezdzon in Support of Samsung's
10 Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports,
11 excerpts of the Deposition of Naga Kandasamy (Intel), dated June 24, 2013.
12      3.   Exhibit 2 to the Declaration of Samuel Drezdzon in Support of Samsung's
13 Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports,
14 excerpts of Apple's Responses to Samsung's Interrogatory No. 12, dated July 15, 2013.
15      4.   Exhibit 3 to the Declaration of Samuel Drezdzon in Support of Samsung's
16 Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports,
17 excerpts of the Deposition of Dan Schonfeld, dated October 3-4, 2013.
18      5.   Exhibit 4 to the Declaration of Samuel Drezdzon in Support of Samsung's
19 Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports,
20 excerpts of the Deposition of Chris Wysocki, dated June 27, 2013.
21      6.   Exhibit 5 to the Declaration of Samuel Drezdzon in Support of Samsung's
22 Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports,
23 excerpts of the Deposition of Carl Alberty (Cirrus Logic), dated July 2, 2013.
24      7.   Exhibit 6 to the Declaration of Samuel Drezdzon in Support of Samsung's
25 Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, an
26 Email from Ducca to Kolovos Regarding Interrogatories 33 and 36, dated July 18, 2013.
27
28

8. Exhibit 7 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of an Email from Thakur to Kolovos and Stone Regarding Resolution of Discovery Issues, dated July 22, 2013.

9. Exhibit 8 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of a Letter from Kolovos to Thakur Regarding Components and Including Chart, dated August 1, 2013.

10. Exhibit 9 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of the Deposition of Tim Millet, dated June 26, 2013.

11. Exhibit 10 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of a Letter from Silhasek to Thakur Regarding 30(b)(6) Topics, dated June 24, 2013.

12. Exhibit 13 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of the Expert Report of Dan Schonfeld Regarding Infringement, dated August 12, 2013.

Accordingly, for the good cause shown, the Court HEREBY ORDERS that these documents may be filed under seal.

DATED: _____

The Honorable Paul S. Grewal
United States Magistrate Judge