1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
11 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
12 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
13
   Attorneys for SAMSUNG ELECTRONICS
14 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16
                    UNITED STATES DISTRICT COURT
17
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

19 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG)
   | Plaintiff, | **DECLARATION OF SAMUEL DREZDZON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS**
20 |  |
21 | vs. |
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
23 |  | Date:  December 10, 2013
   |  | Time:  10:00 a.m.
24 |  | Place:  Courtroom 5, 4th Floor
   |  | Judge:  Hon. Paul S. Grewal
25 | Defendants. |

26

27

28

Case No. 12-CV-00630-LHK (PSG)
DREZDZON DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO
STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS

I, Samuel Drezdzon, declare as follows:

1. I am a member of the bar of the State of North Carolina, admitted *pro hac vice* to practice before this Court, and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Deposition of Naga Kandasamy (Intel), dated June 24, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Apple's Responses to Samsung's Interrogatory No. 12, dated July 15, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Deposition of Dan Schonfeld, dated October 3-4, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Deposition of Chris Wysocki, dated June 27, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the Deposition of Carl Alberty (Cirrus Logic), dated July 2, 2013.

7. Attached hereto as Exhibit 6 is a true and correct copy of an Email from Ducca to Kolovos Regarding Interrogatories 33 and 36, dated July 18, 2013.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of an Email from Thakur to Kolovos and Stone Regarding Resolution of Discovery Issues, dated July 22, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of a Letter from Kolovos to Thakur Regarding Components and Including Chart, dated August 1, 2013.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the Deposition of Tim Millet, dated June 26, 2013.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of Letter from Silhasek to Thakur Regarding 30(b)(6) Topics, dated June 24, 2013.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Internet Archive November 1, 2012 archive of http://www.ifixit.com/Teardown/iPad+Mini+Teardown/11423/3, which is available at: http://web.archive.org/web/20121101195039/http://www.ifixit.com/Teardown/iPad+Mini+Teardown/11423/3.  This site was last visited November 19, 2013.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Internet Archive January 16, 2013 archive of http://www.ifixit.com/Teardown/iPad+Mini+Teardown/11423/3, which is available at: http://web.archive.org/web/20130116023014/http://www.ifixit.com/Teardown/iPad+Mini+Teardown/11423/3.  This site was last visited November 19, 2013.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the Expert Report of Dan Schonfeld Regarding Infringement, dated August 12, 2013.

15. More than 200 depositions have occurred in this case since April 25, 2013.

16. The deposition of Srinivasan Nimmala, Apple's 30(b)(6) deponent regarding testing and compliance of Apple products with the 3GPP standard, occurred on June 28, 2013.

17. Third parties (including AT&T, T-Mobile, Intel, and Ericsson) have produced 13,001 documents, in addition to source code, in this case since April 25, 2013.

18. Apple has produced 386,399 documents in this case since April 25, 2013.

19. Apple produced over 2.1 million pages on July 8, 2013, the last day of discovery – including Cetecom, AT&T, and Qualcomm documents.

20. Apple produced over 170 thousand pages on July 9, 2013 or later.

21. Apple produced more than 5,000 documents for custodian Tim Millet during the period August 2013 to September 2013.

22. Samsung filed a motion to compel documents and a response to Interrogatory No. 32 on June 25, 2013.

23. Apple produced over 2 million pages of documents on July 15, 2013.

24. The deposition of Eric Krugler occurred on July 2, 2013.

25. The deposition of Chris Wysocki occurred on June 27, 2013.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3
4  Executed on November 19, 2013, at Washington, DC.

5                                                            */s/ Samuel Drezdzon*
6                                                            Samuel Drezdzon
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Samuel Drezdzon has concurred in this filing.

Dated: November 19, 2013                    */s/ Victoria Maroulis*
                                                                    Victoria Maroulis