1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS** |

1  Apple Inc. ("Apple") has filed a Motion to Strike Arguments from Samsung's Infringement Reports ("Motion to Strike").

Having considered Apple's Motion to Strike, the papers submitted by the parties and argument by counsel, the Court hereby DENIES Apple's Motion to Strike Arguments from Samsung's Infringement Reports

**IT IS SO ORDERED.**

DATED: _____

The Honorable Paul S. Grewal
United States Magistrate Judge

-1-   Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER DENYING APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS