"

"

# GZJ KDKV'33

"

"

INTERNET ARCHIVE
WaybackMachine

http://www.ifixit.com/Teardown/iPad+Mini+Teardown/11423/3    Go    OCT **NOV** JAN    Close
5 captures                                                          ◀ **1** ▶    Help
1 Nov 12 - 1 Sep 13                                              2011 **2012** 2013

Guides    Answers    Contribute    Parts & Tools                Join | Log In

« Previous                Page 3 of 3                    View       Edit        History

 

### Step 17                                                       Edit



We're getting ready to examine the brains of this device, but not before clearing out the rest of the surrounding peripherals.

Several screws secure the power/volume buttons ribbon cable assembly to the rear case.

 

### Step 18                                                       Edit



The endless battle with adhesive rages on as we heat the backside of the rear case in hopes of loosening the adhesive securing the logic board to the rear case.

Applying heat to an aluminum frame like this makes it too hot to touch—luckily we keep a silicone pot holder on hand just for this sort of thing.

Once the adhesive is loose, we arm ourselves with a spudger to dislodge the logic board from the rear case.



### Step 19

Edit

Nothing to see here.

Unlike the iPad 3's dock connector, the Mini's lightning port is permanently soldered to the logic board. That design decision will make certain repairs very expensive.



 

### Step 20

Edit

The A5 processor has 512 MB RAM, just like the processor in the latest iPod Touch.

How do we know? The package markings E4064P3PM-8D-5 indicate the A5 has two 2 Gb, LP DDR2 RAM dies inside, according to Chipworks.

This die photo from Chipworks shows the inner workings of the A5.



  

### Step 21                                                Edit

The top side of the logic board houses all of the ICs:

Hynix H2JTDG8UD2MBR 16 GB NAND Flash

Apple 343S0593-A5

Apple 338S1116 is unknown at this time, and was also seen in the iPod Touch 5th Generation. It appears similar to the Apple 338S1117 found in the iPhone 5)

Fairchild PCHPS FDMC 6676BZ

Fairchild BC7BE F0MC 6683

Apple 338S1077 B0MB1228



  

### Step 22                                                Edit

Strong adhesive continues to slow our advance, so another hit with the heat gun is prescribed to pry the headphone jack and front facing camera assembly out of the rear case

The iPad Mini does well in the camera department. While most hardware specs closely match the aging iPad 2, its cameras match those found in the the Retina iPad. Its front-facing FaceTime HD camera delivers 1.2 MP photos, and the rear-facing iSight camera delivers 5 MP resolution and HD video.





### Step 23

Edit

iPad Mini Repairability: **2 out of 10** (10 is easiest to repair).

- The LCD and glass are not fused together and can be replaced independently.
- The battery is not soldered to the logic board or other components.
- Teeny-tiny screws can be easily misplaced if you're not careful. Don't sneeze too hard while taking them off.
- Copious amounts of adhesive hold many components in place -- front glass, logic board, battery, front camera, back camera, ribbon cables -- making repair extremely difficult.
- The Lightning connector is soldered to the logic board, so don't bend its pins.
- Hidden screws mean you'll need to be very diligent when trying to remove internal components.

« Previous

Page 3 of 3

### Required Tools

**Spudger**
$2.95 · 50+ In stock

**Phillips #00 Screwdriver**
$4.95 · 50+ In stock

**Heat Gun**
$24.95 · 34 In stock

**Tweezers**
$2.95 · 50+ In stock

**Plastic Cards**
$2.95 · 50+ In stock

### Recommended Tools

**Home Tech Toolkit**
$24.95 · 50+ In stock

**Anti-Static Wrist Strap**
$7.95 · 50+ In stock

**Pro Tech Toolkit**
$59.95 · 50+ In stock

**Magnetic Project Mat**
$12.95 · 50+ In stock

### Popular Products

**750 GB 7200 RPM Seagate SATA Hard Drive Upgrade Kit (New)**
$149.95 · 50+ In stock

**iPad 2 Bluetooth/Wi-Fi Antenna**
$24.95 · 22 In stock

**PC3-8500 4 GB RAM Chip**
$99.95 · 22 In stock

**iPhone 4S Transparent Rear Glass Panel**
$29.95 · 50+ In stock

**iPhone 3G and 3GS Front Panel Adhesive Strips**
$2.95 · 16 In stock

### Comments 

Comments are off | turn on

## Fixing the world, one piece of hardware at a time.

**Free Repair Manuals** We make it easy for you to fix things yourself with our online step-by-step repair guides, troubleshooting tips, and thriving community of repair technicians who want to help. Or, check out our teardowns — sneak-peeks inside the latest gadgets.

**Help us teach repair** What if everyone had access to a free repair manual for everything they owned? That's our mission. Share your knowledge and help us fix the world.

**Fix the Planet** Repair is recycling! The best way to keep electronics out of landfills is to keep them working longer. Toxic electronic waste is a global problem that we are working to solve. Self repair saves you money and helps the environment!

**We sell parts** We fund our mission of helping people fix things by selling useful service parts and tools.

### Join Us

Read our blog

**Join over 100,000 people reading our repair newsletter!**

Enter email address

Subscribe

About   Background   Manifesto   Mission   API   Services   Media   Licensing   Apps   Stories   We're hiring!   Feedback welcome

iFixit.org: Repair is Noble    Dozuki: Technical Documentation Software    oManual: The Open Manual Format

Powered by Dozuki — © 2012 iFixit — Licensed under Creative Commons BY_NC_SA    0.3165 seconds (Kangaroo) — Build 286