JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California corporation,
Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
Defendants.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
Counterclaim-Plaintiffs,

v.

APPLE INC., a California corporation,
Counterclaim-Defendant.

CASE NO. 5:12-cv-00630-LHK

**DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE REGARDING APPLE PATENTS (D.I. 880)**

I, Jennifer J. Rho, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP. I am counsel for Apple, Inc. ("Apple") and submit this Declaration in support of Apple's Opposition to Samsung's Motion to Strike regarding Apple Patents (D.I. 880), and supporting documents, filed concurrently herewith. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached as Exhibit A is a true and correct copy of excerpts from Exhibit 103 to Apple's June 15, 2012 Infringement Contentions.

3. Attached as Exhibit B is a true and correct copy of excerpts from Exhibit 114 to Apple's June 15, 2012 Infringement Contentions.

4. Attached as Exhibit C is a true and correct copy of excerpts from Exhibit C to Apple's November 21, 2012 Infringement Contentions.

5. Attached as Exhibit D is a true and correct copy of excerpts from Apple's Sixth Set of Interrogatories (No. 41) to Defendants, dated March 6, 2013.

6. Attached as Exhibit E is a true and correct copy of Samsung's Objections and Responses to Apple's Sixth Set of Interrogatories, dated April 5, 2013.

7. Attached as Exhibit F is a true and correct copy of excerpts from the Infringement Claim Chart asserting infringement by the Samsung Galaxy SIII of U.S. Patent No. 6,847,959, attached to Apple's May 21, 2013 Infringement Contentions.

8. Attached as Exhibit G is a true and correct copy of the Appendix to the Infringement Claim Chart asserting infringement by the Samsung Galaxy SIII of U.S. Patent No. 6,847,959, attached to Apple's May 21, 2013Infringement Contentions.

9. Attached as Exhibit I is a true and correct copy of excerpts from the September 13, 2013 Rebuttal Expert Report of Martin Rinard, Ph. D. Regarding Noninfringement of Claims 24 and 25 of U.S. Patent No. 6,847,959.

10. Attached as Exhibit J is a true and correct copy of excerpts from the September 13, 2013 Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patents Nos. 6,847,959 and 7,761,414.

11. Attached as Exhibit K is a true and correct copy of excerpts from the Infringement Claim Chart asserting infringement by the Samsung Galaxy SIII of U.S. Patent No. 7,761,414, attached to Apple's May 21, 2013 Infringement Contentions.

12. Attached as Exhibit L is a true and correct copy of excerpts from the August 12, 2013 Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414 and exhibit 7N thereto.

13. Attached as Exhibit M is a true and correct copy of excerpts from the transcript for the October 1, 2013 deposition of Jeffrey Chase Ph.D.

14. Attached as Exhibit N is a true and correct copy of excerpts from the August 12, 2013 Expert Report of Jeffrey Chase, Ph.D. Regarding the Invalidity of the Asserted Claims of U.S. Patent No. 7,761,414.

15. Attached as Exhibit O is a true and correct copy of excerpts from Apple's Third Set of Interrogatories to Defendants and Counterclaim Plaintiffs, dated August 13, 2012.

16. Attached as Exhibit P is a true and correct copy of excerpts from .Samsung's Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories (Interrogatory Nos. 4,5,6,8,20,23,24,27,29,45), dated July 15, 2013.

17. Attached as Exhibit R is a true and correct copy of excerpts from the transcripts for the April 4, 2012 and September 19, 2013 depositions of Todd Mowry.

18. Attached as Exhibit S is a true and correct copy of excerpts from the transcript for the July 12, 2013 deposition of Thomas Deniau.

19. Attached as Exhibit T is a true and correct copy of excerpts from the August 12, 2013 Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647.

20. Attached as Exhibit U is a true and correct copy of Exhibit 140 to Apple's June 15, 2012 Local Patent Rules Disclosures.

21. Attached as Exhibit V is a true and correct copy of excerpts from March 1, 2012 Supplemental Expert Report of Todd C. Mowry Infringement and Validity of U.S. Patent No. 5,946,647, produced by Apple bearing bates numbers APLNDC630-0000069325, -431-33, and -460.

22. Attached as Exhibit W is a true and correct copy of excerpts from the August 12, 2013 Expert Report of Dr. Kevin Jeffay Concerning Invalidity of U.S. Patent No. 5,946,647.

23. Attached as Exhibit X is a true and correct copy of excerpts from the September 13, 2013 Rebuttal Expert Report of Dr. Todd C. Mowry Regarding Validity of U.S. Patent No. 5,946,647.

24. Attached as Exhibit Y is a true and correct copy of excerpts from Apple Inc.'s Objections and Responses to Samsung's First Set of Interrogatories, dated November 8, 2012.

25. Attached as Exhibit AA is a true and correct copy of excerpts from Samsung's Third Supplemental Objections and Responses to Apple's Sixth Set of Interrogatories (No. 41), dated July 15, 2013.

26. Attached as Exhibit BB is a true and correct copy of excerpts from Exhibit D-7 to Samsung's Fourth Amended Invalidity Contentions, served on June 28, 2013.

27. Attached as Exhibit CC is a true and correct copy of excerpts from Exhibit D-18 to Samsung's Fourth Amended Invalidity Contentions, served on June 28, 2013.

28. Attached as Exhibit DD is a true and correct copy of excerpts from Apple's Second Set of Requests for Production to Defendants, dated April 11, 2012.

29. Attached as Exhibit EE is a true and correct copy of Apple Inc.'s Notice of Third-Party Subpoenas to Google, Inc., dated April 5, 2012.

30. Attached as Exhibit FF is a true and correct copy of Apple Inc.'s Notice of Third Party Subpoenas to Google, Inc., dated September 28, 2012.

31. Attached as Exhibit GG is a true and correct copy of a letter sent from Amar Thakur, counsel for Samsung, to Fred Chung, counsel for Apple, on April 24, 2013.

32. The letters H, Q, and Z were not used as exhibit labels.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: November 19, 2013

By: */s/Jennifer Rho*
Jennifer Rho

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jennifer Rho has concurred in this filing.

Dated: November 19, 2013 *\/s\/ H. Mark Lyon*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 19, 2013 */s/ H. Mark Lyon*