# EXHIBIT S

```
                                                              Page 1
 1          IN THE UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                 Plaintiff,
 7
     vs.                              NO. 12-CV-00630-LHK
 8
     SAMSUNG ELECTRONICS CO., LTD.,
 9   a Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC., a
10   New York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
11   a Delaware limited liability
     company,
12
                 Defendants.
13   _____/
14
15    **  HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY  **
16
17        GIBSON DUNN & CRUTCHER, LLP
18            2-4 Temple Avenue
19      Videotaped Deposition of THOMAS DENIAU
20               London, UK
21              July 12, 2013
22               9:00 A.M.
23
24   Reported by: Ailsa Williams
25   Job No: 63261
```

Page 2

1       A P P E A R A N C E S:
2  ON BEHALF OF PLAINTIFF AND
3  COUNTERCLAIM-DEFENDANT APPLE INC:
4       ROBERT VINCENT
5       GIBSON DUNN & CRUTCHER
6       2100 McKinney Avenue
7       Dallas, TX 75201
8
9
10
11  ON BEHALF OF DEFENDANT SAMSUNG ELECTRONICS CO , LTD ,
12  SAMSUNG ELECTRONICS AMERICA, INC , AND SAMSUNG
13  TELECOMMUNICATIONS AMERICA, LLC:
14       ZACHARIAH SUMMERS
15       QUINN EMANUEL URQUHART & SULLIVAN
16       51 Madison Avenue
17       New York, NY 10010
18
19
20
21  ALSO PRESENT:
22       TESSA MARKOVITCH (Interpreter)
23       FLORENCE MITCHELL (Check Interpreter)
24       VIDEOGRAPHER: SIMON ADDINSELL
25

Page 3

1                    I N D E X
2  THOMAS DENIAU (Sworn(
3  DIRECT EXAMINATION BY MR. SUMMERS      Pg. 6
4  CROSS-EXAMINATION BY MR. VINCENT       Pg. 104
5  RE-DIRECT EXAMINATION BY MR. SUMMERS   Pg. 105
6
7            INDEX OF EXHIBITS
8  Deniau Exhibit 1  Apple Inc's Second Supplemental . .30
9        Objections and Responses
10
11 Deniau Exhibit 2  Expert Report of Dr. Todd Mowry . .87

Page 4

1        THE VIDEOGRAPHER: This is the beginning of      08:51:50
2  tape one in volume one of the deposition of Tom       09:32:20
3  Deniau, in two matters of Apple Incorporated,         09:32:26
4  a California Corporation, plaintiff, versus Samsung   09:32:28
5  Electronics Company Limited, a Korean Corporation,    09:32:32
6  defendants, and also Samsung Electronics Company      09:32:36
7  Limited, Korean Corporation, et al, counterclaim      09:32:41
8  plaintiffs, versus Apple Incorporated, California     09:32:44
9  Corporation, counterclaim defendants.                 09:32:48
10        This matter is before the United States        09:32:50
11 District Court, Northern District of California, San  09:32:51
12 Jose Division, civil action number 12-CV-00630 LHK    09:32:54
13 (PSG).                                                09:33:04
14        Today's date is 12 July 2013 and the time is   09:33:06
15 9:33 am. This deposition is taking place at the       09:33:10
16 offices of Gibson Dunn in London. The court reporter  09:33:15
17 is Ailsa Williams, videographer Simon Addinsell, both 09:33:20
18 with TSG Worldwide Reporting.                         09:33:24
19        Could counsel in the room please introduce     09:33:28
20 themselves and state who they represent today please. 09:33:29
21        MR. SUMMERS: Zachariah Summers for the         09:33:34
22 Samsung parties.                                      09:33:36
23        MR. VINCENT: Robert Vincent of Gibson Dunn     09:33:37
24 for Apple and the witness.                            09:33:39
25        THE VIDEOGRAPHER: We have an interpreter       09:33:43

Page 5

1  present, Florence Mitchell, check interpreter and    09:33:45
2  Tessa Markovitch of Transperfect interpreting for the 09:33:50
3  witness. Could the court reporter first swear in both 09:33:55
4  interpreters and then the witness, please.            09:33:59
5        (Interpreters sworn)                            09:34:37
6        THOMAS DENIAU                                   09:34:04
7        Having been duly sworn,                         09:34:04
8        Testified as follows:                           09:34:04
9  **Intentionally Omitted from Exhibit/**
10 **Record**

Highly Confidential - Outside Attorneys' Eyes Only

Page 10

Intentionally Omitted From Exhibit/Record

Page 11

Intentionally Omitted From Exhibit/Record

Page 12

Intentionally Omitted From Exhibit/Record

16    Q.  Do you recall, was there a specific --          09:46:38
17    actually, let me ask a better question.  When you   09:46:40
18    started working, in July 2009, was the work you were 09:46:44
19    doing on data detectors for iOS?                    09:46:47
20        A.  No, not at all.  Well, I mean, I could      09:46:51
21    not work on iOS.  Interns could not work on iOS     09:46:57
22    because it is confidential.  But the phone number   09:46:58
23    detection work that I did was later used in iOS, but 09:47:05
24    I didn't work technically on iOS at the time.       09:47:11
25        Q.  So, in July 2009, and through               09:47:31

Page 13

1     to January 2010, you didn't have access to iOS code, 09:47:34
2     is that correct?                                    09:47:41
3         A.  Actually, I worked on data detectors for    09:47:42
4     OS10 for the MAC.                                   

[lines 5-16 redacted]

                                                          09:48:40
17        Q.  Do you remember when you started            09:48:54
18    in July 2009, what version of iOS -- that is a poor 09:48:56
19    question.  Scratch that.                            09:49:09
20        Did you say that some of your work during your  09:49:27
21    internship was actually incorporated into iOS at a later 09:49:30
22    time?                                               09:49:34
23        A.  I did, yes.                                 09:49:34
24        Q.  Do you remember what version of iOS that    09:49:35
25    code was incorporated into?                         09:49:38

Highly Confidential - Outside Attorneys' Eyes Only

Page 14

```
1       A.  So, the work I did on adding more         09:49:41
2   languages was incorporated into iOS 4 and the code to   09:49:46
3   make phone number detection faster, I actually    09:49:55
4   reworked it later when I was full-time and it was  09:50:01
5   integrated in the iOS 5 timeframe.                 09:50:05
6       Q.  And then you started full-time at Apple   09:50:28
7   in January 2010, is that right?                    09:50:30
8       A.  Um hum.                                    09:50:32
9       Q.  What was your title when you started      09:50:34
10  in January 2010?                                   09:50:36
11      A.  Software engineer.                         09:50:38
12      Q.  And at the time you started full-time,    09:50:39
13  did you get full access to iOS code?              09:50:45
14      A.  Not immediately but after some time,     09:50:52
15  yes.                                               09:50:55
16      Q.  Do you remember when you first got full  09:50:56
17  access to iOS code?                                09:50:57
18      A.  No, I don't.  I would say a few months   09:51:01
19  after I started but I don't remember the date.    09:51:03
20      Q.  Do you remember the first project you    09:51:09
21  were given when you started work in January 2010? 09:51:10
```

**Intentionally Omitted From Exhibit/Record**

Page 15

**Intentionally Omitted From Exhibit/Record**

```
10      Q.  And what was your role when you first     09:53:03
11  joined the data detectors team at the end of 2010? 09:53:06
12      A.  I didn't have a specific role.  I mean    09:53:11
13  I was one of the engineers in the team and performed 09:53:14
14  my usual duties.                                   09:53:20
15      Q.  Can you describe your usual duties?       09:53:23
16      A.  You know, adding new features, fixing    09:53:25
17  bugs, making sure that the quality of the project is 09:53:29
18  high and monitoring inputs from the field, from users. 09:53:38
19      Q.  Let's take a step back.  Can you explain 09:54:22
20  to me when you say "data detectors", what do you mean? 09:54:25
21      A.  This is a very broad question.  Could    09:54:33
22  you elaborate?                                     09:54:35
23      Q.  Sure.  Is there a specific definition of 09:54:38
24  what the data detectors project at Apple is?      09:54:41
25      A.  I could tell you what it does.  What it   09:54:50
```

Page 17

```
1       Q.  Can you describe the example of data      09:57:00
2   detectors you are thinking about in the note       09:57:03
3   application?                                       09:57:05
4       A.  It is the same thing.  If you have        09:57:07
5   a note where you typed an address, then you might want 09:57:10
6   to see where it is on a map.                      09:57:13
7       Q.  Same question about Safari; where might  09:57:23
8   you see the data detectors functionality?          09:57:28
9       A.  Let's say you check out the web page for 09:57:30
10  a restaurant, there is a phone number on the web page. 09:57:33
11  You might want to call the restaurant to make     09:57:35
12  a reservation.  Again, this is just an example.  I am 09:57:38
13  not...                                             09:57:52
14      Q.  Taking the examples of data detectors in 09:58:12
15  mail, notes and Safari -- actually, let's make this 09:58:15
16  a bit easier.  Just taking the data detector     09:58:25
17  functionality in mail and the data detector       09:58:27
18  functionality in Safari you were describing, do both 09:58:30
19  of those -- does the data detection happen in the same 09:58:36
20  way for both of those applications?               09:58:41
21      A.  Mobile Safari is different.  There are   09:58:43
22  two implementations.  One is used by most of the apps 09:58:48
23  on the system and one is used specifically for Safari. 09:58:53
24      Q.  The two implementations, do they have    09:59:02
25  specific names?                                    09:59:07
```

5 (Pages 14 to 17)

Page 18

1  A.  You have the regular data detectors                09:59:11
2  implementation and then you have the one in Safari     09:59:17
3  which we call deterministic automaton.                 09:59:20
4       Q.  Just so I have this straight, Safari          09:59:53
5  uses deterministic automation.  Is that correct?       09:59:56
6       A.  Automatons.                                   10:00:00
7       Q.  Does it also use the data detection           10:00:05
8  functionality used by other applications?              10:00:08
9       A.  As I said, there are two layers.  One         10:00:12
10 layer at a UI level and one layer which is called data 10:00:15
11 detectors core.  At the core level, which is detecting 10:00:24
12 simply as a question of where the phone numbers for    10:00:28
13 example are in a text, Mobile Safari uses the          10:00:32
14 deterministic automaton, and other apps use the        10:00:37
15 traditional system.  But once you tap in a phone       10:00:41
16 number, for example, then mostly it is code in all the 10:00:47
17 apps.                                                  10:00:53
18      Q.  Can you name the core set of code that        10:01:21
19 is involved with the implementation that is used in    10:01:23
20 Safari?                                                10:01:29
21      A.  As I said, it is deterministic                10:01:31
22 automaton.  I don't have any other name for this.      10:01:35
23      Q.  What about the actual file names of the       10:01:39
24 code that is involved?                                 10:01:41
25      A.  I would have to look at the list of file      10:01:42

Page 19

1  names.  I would say most of the code is DD, DFS        10:01:46
2  scanner dot C and then there are a lot of other files  10:01:53
3  that go with it, but it is a check point.              10:01:57
4       Q.  Has the implementation of the data            10:02:34
5  detectors functionality for Safari changed over time?  10:02:36
6       A.  Yes, as I said, in iOS 5, Safari started      10:02:45
7  using the work I did as an intern to make phone number 10:02:51
8  detection faster and more accurate, compared to what   10:03:03
9  it was using previously.                               10:03:16
10      Q.  Are you familiar with the code that was       10:03:28
11 used in, for instance, iOS 4 that your code replaced?  10:03:32
12      A.  No, not really.  I know why we replaced       10:03:39
13 it but I didn't write it or even look at it.           10:03:44
14      Q.  I am assuming you did not look at an          10:04:01
15 earlier version, like iOS 3 either?                    10:04:03
16      A.  Actually, I don't have access to the          10:04:08
17 source code of earlier versions.                       10:04:09
18      Q.  So you don't have access to a version of      10:04:14
19 iOS 3?                                                 10:04:16
20      A.  No.  I mean, the code in data detectors,      10:04:17
21 I could look up the code in data detectors but not the 10:04:22
22 code in other parts.                                   10:04:27
23      Q.  I see.  have you ever looked up the code      10:04:30
24 that was used for data detectors in iOS 3?             10:04:32
25      A.  I did look at the core parse, which was       10:04:38

Page 20

1  OS10, and I must know what was there before I started  10:04:42
2  modifying it, but I am not really familiar with --     10:04:49
3  I don't remember how it was exactly at the time.  It   10:04:52
4  is a long time ago.  If you have a specific question   10:04:55
5  maybe I can answer.  I am not sure.                    10:05:00
6       Q.  I want to jump back.  I apologize, I am       10:05:18
7  just trying to understand the scope of your work.  So  10:05:22
8  you started on the data detectors team in late 2010,   10:05:24
9  correct?                                               10:05:29
10      A.  It is, yes.                                   10:05:30
11      Q.  Then you worked on the data detectors         10:05:31
12 team until now, until the present day?                 10:05:32
13      A.  I was working full-time on data               10:05:39
14 detectors for most of -- well for first, I guess six   10:05:41
15 or eight months of 2011.  Then I started spending most 10:05:47
16 of my time on the i-Cloud team, but I was still taking 10:05:54
17 care of data detectors on the side.  It just was not   10:06:04
18 my main task.  Let's say that starting in 2012         10:06:10
19 I became the main engineer on the iOS side, whereas    10:06:23
20 before, in 2011, I was working on both the MAC and the 10:06:28
21 iOS.  So I reduced the scope of my work and made it    10:06:35
22 iOS specific.                                          10:06:42
23      Q.  Starting in 2012, when you became the         10:06:46
24 main engineer on the iOS side, how many other people   10:06:51
25 were working on the iOS side?                          10:06:54

Page 21

1       A.  Mostly just me.  People help and the         10:06:57
2  main engineer on the OS10 side sometimes, you know, we 10:07:06
3  worked together, but it was mostly me.                 10:07:10
4       Q.  Are you saying "west end side"?              10:07:17
5       A.  Am I saying what?                             10:07:23
6       Q.  I am having a little trouble                  10:07:24
7  understanding you.  There is the iOS side and --       10:07:25
8       A.  And the OS10 side, the MAC side.  OS10        10:07:30
9  is -- OS10 and MAC.  So those are synonyms.            10:07:37
10      Q.  From 2012 until today, have you mostly        10:08:08
11 been the person who is responsible for the iOS data    10:08:14
12 detection functionality?                               10:08:19
13      A.  That is correct.  On iOS, right?              10:08:21
14      Q.  Right.  Would that time period encompass      10:08:24
15 iOS 5?                                                 10:08:30
16      A.  IOS 5 shipped, if I remember correctly,       10:08:32
17 in July -- sorry, iOS 5 shipped in July 2011, if       10:08:35
18 I recall correctly, maybe a few months before or after 10:08:46
19 that, but 2011, and iOS 6 in 2012.  So for iOS 5, as   10:08:50
20 I say, I worked on the Safari improvements.  I also    10:08:56
21 worked on Siri, the voice recognition technology we    10:09:09
22 have.  So iOS 5, 2011, so the work I did while I was   10:09:21
23 on the data detectors team was for iOS 5 but when      10:09:30
24 I became (inaudible) it was not until iOS 6.           10:09:36
25      Q.  Do you have a sense of whether there          10:10:33

Highly Confidential - Outside Attorneys' Eyes Only

Page 22

1  were significant differences between data detection    10:10:36
2  functionality in iOS 5 and data detection              10:10:42
3  functionality in iOS 6?                                10:10:46
4          MR. VINCENT:  Objection, vague.                10:10:49
5          A.  So, there are a lot of differences         10:10:51
6  between iOS 5 and iOS 6.  I would say that on the iOS  10:10:55
7  specific side, most of the work has been to move some  10:11:02
8  parts of the detectors out of process, because in iOS  10:11:10
9  6 we started asking the user to give permission to     10:11:17
10 access their contacts and their calendar in apps, so   10:11:22
11 that apps can't, you know, like get your work and send 10:11:26
12 it to some server.  So we don't want the app to ask    10:11:33
13 every time you use data detectors.  So we changed the  10:11:38
14 architecture to make that happen transparently.  There 10:11:42
15 have been lots of software improvements.  That is just 10:11:52
16 one of them.                                           10:11:55
17         Q.  I want to understand a little more what    10:12:36
18 you mean when you say you were moving parts of data    10:12:39
19 detectors out of process from iOS 5 and iOS 6.  Can    10:12:44
20 you explain that a little further?                     10:12:50
21         A.  So.  So when you tap on the phone number   10:12:53
22 and want to add that to an address book in iOS 5 we    10:12:56
23 just present UI to add number to your address book     10:13:01
24 inside the app, whereas in iOS 6 we are going to       10:13:07
25 launch a new process and as the new process displays   10:13:12

Page 23

1  this UI, so that it is only this other process which   10:13:16
2  has access to your address book and not the app.  So   10:13:19
3  you don't give rights -- give permission to the app to 10:13:24
4  write the address book.  It is done by another app.    10:13:29
5          Q.  Do any other significant changes between   10:14:09
6  iOS 5 and iOS 6 come to mind, as regards data          10:14:12
7  detectors?                                             10:14:17
8          MR. VINCENT:  Objection, vague.                10:14:17
9          A.  Yes, there must have been a lot of         10:14:19
10 improvements on the core side, maybe new languages and 10:14:20
11 whatnot and other things.  I would have to look at the 10:14:29
12 differences.  I am sure there are a lot of them.       10:14:33
13 I just cannot give them readily.                       10:14:36
14         Q.  What would you look at to figure out the   10:14:45
15 differences between data detectors on iOS 5 and iOS 6? 10:14:47
16         A.  I would compare the source code.           10:14:51
17         Q.  Anything else?                             10:14:56
18         A.  Maybe look to see what features were       10:15:01
19 added and what bugs were fixed.                        10:15:08
20         Q.  Anything else?                             10:15:34
21         A.  Not that I can think of.                   10:15:36
22         Q.  Same questions for iOS 4 versus iOS 5.     10:16:27
23 Are you aware of any significant differences between   10:16:32
24 the operation of data detectors in iOS 4 and iOS 5?    10:16:35
25         MR. VINCENT:  Objection, vague, compound.      10:16:40

Page 24

1          A.  Yes, as I said there is at least the       10:16:42
2  Mobile Safari book and there might be lots of other    10:16:45
3  differences that I am not aware of, I mean that        10:16:50
4  I could look up but that I don't have with me right    10:16:54
5  now.                                                   10:16:57
6          Q.  How would you go about determining the     10:17:07
7  differences between iOS 4 and iOS 5?                   10:17:08
8          A.  First thing, I would go and look at the    10:17:12
9  bugs we fixed, what features were added.  Those are    10:17:14
10 usually, you know, bucket box and of course the source 10:17:18
11 code.                                                  10:17:24
12         Q.  So you wrote the initial version of the    10:17:39
13 change to how Mobile Safari performed data detection.  10:17:41
14 Is that correct?                                       10:17:45
15         MR. VINCENT:  Objection, misstates the         10:17:47
16 testimony.  Vague.                                     10:17:48
17         A.  So, I worked most of the code that         10:17:50
18 Safari uses to detect phone numbers in iOS 5, if that  10:17:56
19 is the question.                                       10:18:00
20         Q.  That is probably a better question.  So    10:18:03
21 you wrote most of the code that actually performs data 10:18:04
22 detection in Mobile Safari of iOS 5.  Is that correct? 10:18:09
23         A.  Yes, it is.                                10:18:11
24         Q.  I think we have covered work on data       10:18:49
25 detection.  You mentioned some work on Siri and work   10:18:51

Page 25

1  on Scene Kit.  Other than that have there been any     10:18:54
2  projects that you would characterize as significant    10:18:56
3  that you worked on during your time at Apple?          10:18:58
4          A.  As I say, I spent most of the time from    10:19:03
5  let's say September 2011 to last month on i-Cloud.     10:19:05
6          Q.  Can you describe your work on i-Cloud?     10:19:14
7          A.  We were working on the file synching       10:19:18
8  service, the file synching stuff.                      10:19:26
9          Q.  Can you describe the change or can you     10:20:27
10 describe just at a high level the code that you wrote  10:20:30
11 for Mobile Safari and iOS 5?                           10:20:32
12         A.  This is a very broad question.  What do    10:20:36
13 you want to know?                                      10:20:39
14         Q.  What did it do?                            10:20:40
15         A.  What does it do?  You mean what does it    10:20:42
16 do differently from the main code?                     10:20:47
17         Q.  Sure.                                      10:20:50
18         A.  So what is different is that in Mobile     10:20:51
19 Safari we detect only phone numbers and not addresses  10:20:55
20 and dates and so on.  So what we did is write          10:20:59
21 a different engine that is tuned for phone numbers so  10:21:07
22 that it is faster than the usual code path which       10:21:11
23 detects a whole lot of other things.                   10:21:17
24         Q.  So Mobile Safari for iOS 5 only detected   10:21:40
25 phone numbers?                                         10:21:44

Page 26

1  MR. VINCENT: Objection, misstates  10:21:46
2  testimony. Vague.  10:21:47
3  A. So Mobile Safari -- when Mobile Safari  10:21:48
4  calls into data detectors to perform detection, then  10:21:53
5  data detectors performs detection, but I don't know  10:21:58
6  what other things Safari might do. It might want to  10:22:03
7  detect other things on its own.  10:22:06
8  Q. You said you wrote a different engine  10:22:25
9  for Mobile Safari that was tuned to phone numbers.  10:22:27
10 Can you describe the process of tuning?  10:22:30
11  A. Phone numbers are simpler to detect than  10:22:36
12 addresses or dates, for example. So instead of using  10:22:40
13 a non-deterministic automaton we used a deterministic  10:22:50
14 one, which is why I called it a deterministic  10:22:54
15 automaton before. So since we can afford using  10:22:59
16 deterministic automaton, it is faster than the usual  10:23:03
17 code path.  10:23:08
18  MR. VINCENT: I will designate the  10:23:12
19 transcript highly confidential, outside attorneys'  10:23:13
20 eyes only.  10:23:15
21  Q. Why is performing detection in  10:23:44
22 a deterministic fashion faster than non-deterministic  10:23:46
23 fashion?  10:23:51
24  A. I can't teach you the science but  10:23:54
25 basically, with the deterministic automaton, you don't  10:24:03

Page 27

1  have to track through a lot of states and with  10:24:05
2  deterministic automaton you just have one operation to  10:24:10
3  do for each thing that you create instead of  10:24:14
4  potentially many, many states and so on, but it is  10:24:19
5  a complicated matter. I can't explain it in two  10:24:27
6  sentences.  10:24:32
7  Q. Do you recall the amount of time you  10:24:34
8  spent on writing the code for Mobile Safari that was  10:24:36
9  incorporated into iOS 5?  10:24:39
10  A. I spent most of my internship on this.  10:24:43
11 So that was I would say maybe two man months at  10:24:47
12 a time, but it is vague. It is not precise. It is  10:24:54
13 just an estimate. I worked on roughly three projects  10:24:59
14 when I was an intern and that was one of those. So  10:25:01
15 I spent six months in the role. So I say two months.  10:25:04
16 Then there was some work to mesh that code back into  10:25:09
17 iOS 5 when I was full-time and then, I don't know,  10:25:14
18 maybe I spent a month also. I am not sure.  10:25:17
19  Q. Did you have to write the new code from  10:25:28
20 scratch?  10:25:30
21  A. Of course we reuse a lot of things that  10:25:32
22 were done in the past, for example, the patterns that  10:25:38
23 we use to save the numbers are mostly the same in new  10:25:42
24 code, but I did write the automaton from scratch.  10:25:49
25 What it is written from was reused. What it was  10:25:55

Page 28

1  written from was reused, but the code that runs the  10:26:05
2  search is new.  10:26:11
3  Q. Do you know who wrote the patterns that  10:26:36
4  you reused?  10:26:39
5  A. A lot of people on the data detectors  10:26:40
6  team have worked on those. I could say at least  10:26:43
7  Guillaume Borios and Olivier Bonnet, but in the past  10:26:46
8  there have been other members on the data detectors  10:26:51
9  team whom I don't know. So I can't give a specific  10:26:54
10 list. At least when I was on the data detectors team  10:27:09
11 there were also others on the team.  10:27:15
12  Q. Can you describe the process for writing  10:27:21
13 that code that was eventually integrated into iOS 5?  10:27:24
14  A. What do you mean, the new automaton?  10:27:29
15  Q. Um hum.  10:27:33
16  A. This kind of process -- can you be more  10:27:33
17 specific?  10:27:40
18  Q. Sure. Did you reference any particular  10:27:41
19 materials to write the code?  10:27:44
20  A. Have I referenced any particular  10:27:47
21 materials? Obviously, I worked with research papers  10:27:48
22 and I shared ideas with my team mates but I can't be  10:28:01
23 more specific than this.  10:28:08
24  Q. Do you remember any of the research  10:28:10
25 papers you looked at?  10:28:14

Page 29

1  A. I don't.  10:28:16
2  Q. Did you look at any patents?  10:28:17
3  A. I didn't, no.  10:28:19
4  Q. Do you ever review patents as part of  10:28:29
5  your work?  10:28:31
6  A. No, never.  10:28:31
7  MR. SUMMERS: Let's take a quick break. We  10:28:32
8  have been going about an hour.  10:28:45
9  THE VIDEOGRAPHER: Going off the record at  10:28:48
10 10:29.  10:28:49
11  (A short break)  10:42:21
12  THE VIDEOGRAPHER: Back on the record at  10:42:29
13 10:42.  10:42:30
14  MR. SUMMERS: Welcome back. We have put in  10:42:32
15 front of you what has been marked as Exhibit number 1.  10:42:35
16  (Deniau Exhibit 1 marked for identification.)  10:42:41
17  It is a 17-page document, or should be, with  10:42:41
18 the title: "Apple Inc's second supplemental objections  10:42:45
19 and responses to Samsung's second set of  10:42:52
20 interrogatories." So if you can go ahead and turn to  10:42:55
21 page 10, I want to ask you some specific questions  10:43:00
22 about page 10. Specifically, if you can refer to line  10:43:04
23 five. Actually, start at line two and if you want to  10:43:10
24 read down from line two to line 13 and then I will ask  10:43:15
25 you questions. Not out loud.  10:43:18

8 (Pages 26 to 29)

Highly Confidential - Outside Attorneys' Eyes Only

Page 30

```
1       A.  Okay.                    10:43:20
2       Q.  Have you read it?        10:43:52
3       A.  Yes.                     10:43:53
4       Q.  Do you see here, it says: "Apple    10:43:55
5   generally refers to the functionality covered by the   10:43:57
6   asserted claims in the '647 patent as 'data     10:43:59
7   detectors'."  I am assuming -- do you have any  10:44:00
8   knowledge of what the '647 patent is?           10:44:04
9       A.  No I do not.             10:44:07
10      Q.  Have you ever seen it?   10:44:09
11      A.  No, I don't believe so.  10:44:09
12      Q.  We have been having a discussion about  10:44:18
13  your understanding of the term "data detectors",    10:44:21
14  correct?                         10:44:22
15      A.  Yes.                     10:44:23
16      Q.  At least as to that understanding, is it  10:44:23
17  correct that you are the individual with primary   10:44:26
18  responsibility for creating and maintaining the source  10:44:28
19  code implementing data detectors?  10:44:32
20      A.  Yes, on iOS.             10:44:34
21      Q.  Specifically here you see there is some  10:44:37
22  files at line eight that it lists with respect to iOS  10:44:40
23  version 5.  Then there is a number of files down below  10:44:45
24  that.  Do you see that?          10:44:48
25      A.  Yes, I do.               10:44:50
```

Page 31

```
1       Q.  Do you recognize all of the files that   10:44:51
2   are listed from lines nine to 13?              10:44:53
3       A.  Not all of them, but most, yes.        10:44:57
4       Q.  Could you tell me which ones you don't  10:45:00
5   recognize?                                     10:45:02
```

Intentionally Omitted From
Exhibit/Record

Page 32

Intentionally Omitted From
Exhibit/Record

TSG Reporting - Worldwide    877-702-9580

Highly Confidential - Outside Attorneys' Eyes Only

Page 110

1     J U R A T
2
3  I,           , do hereby certify under
4  penalty of perjury that I have read the foregoing
5  transcript of my deposition taken on          ;
6  that I have made such corrections as appear noted
7  herein in ink, initialed by me; that my testimony as
8  contained herein, as corrected, is true and correct.
9
10 DATED this ____ day of _____, 20  ,
11 at _____,         .
12
13
14
15
16
17 _____
18 SIGNATURE OF WITNESS
19
20
21
22
23
24
25

Page 111

1     CERTIFICATE OF COURT REPORTER
2
3  I, AILSA WILLIAMS, an Accredited LiveNote Reporter,
4  hereby certify that Thomas Deniau was duly sworn, that
5  I took the Stenograph notes of the foregoing
6  deposition and that the transcript thereof is a true
7  and accurate record transcribed to the best of my
8  skill and ability.  I further certify that I am
9  neither counsel for, related to, nor employed by any
10 of the parties to the action in which the deposition
11 was taken, and that I am not a relative or employee of
12 any attorney or counsel employed by the parties
13 hereto, nor financially or otherwise interested in the
14 outcome of the action.
15
16
17
18
19
20 Signed: ........................
21 AILSA WILLIAMS
22 Dated:   7/13/13
23
24
25

Page 112

1  NAME OF CASE:
2  DATE OF DEPOSITION:
3  NAME OF WITNESS:
4  Reason Codes:
5     1. To clarify the record.
6     2. To conform to the facts.
7     3. To correct transcription errors.
8  Page _____ Line _____ Reason _____
9  From _____ to _____
10 Page _____ Line _____ Reason _____
11 From _____ to _____
12 Page _____ Line _____ Reason _____
13 From _____ to _____
14 Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
17 From _____ to _____
18 Page _____ Line _____ Reason _____
19 From _____ to _____
20 Page _____ Line _____ Reason _____
21 From _____ to _____
22 Page _____ Line _____ Reason _____
23 From _____ to _____
24
25        _____