UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (OPPOSITION TO SAMSUNG'S MOTION TO STRIKE REGARDING APPLE PATENTS (D.I. 880))** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1   By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2   has moved to file under seal the following documents:
3   1.   Portions of the confidential, unredacted version of Plaintiff and Counterclaim-
4   Defendant Apple Inc.'s Opposition to Samsung's Motion to Strike Regarding Apple
5   Patents (D.I. 880) ("Opposition to Samsung's MTS"); and
6   2.   Exhibits E, F, G, I, J, K, L, M, N, P, R, S, T, W, X, and AA to the Declaration of
7   Jennifer Rho ("Rho Declaration").
8   In support of its motion, Apple has filed the Declaration of Samuel K. Whitt in support of
9   Apple's Administrative Motion to File Documents Under Seal, as required under Civil Local
10  Rule 79-5, which provides evidence of compelling reasons for this Court to permit filing under
11  seal.  Apple also filed a proposed public redacted version of Apple's Opposition to Samsung's
12  MTS, of which only portions are sealable, in which Apple's confidential and sealable
13  information is highlighted in yellow and the confidential and sealable information of Samsung
14  and any third parties is highlighted in grey.  Additionally, Apple filed with the Court versions of
15  Exhibits J, N and S that highlight Apple's confidential and sealable information in yellow.  The
16  Declaration of Samuel K. Whitt provides sufficient evidence that the documents listed below are
17  "privileged or protectable as a trade secret otherwise entitled to protection under the law," and
18  thus sealable.  Civil L.R. 79-5(a).  Apple's request is narrowly tailored to seek the sealing only of
19  sealable information.
20  Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative
21  Motion to Seal (Apple Inc.'s Opposition to Samsung's Motion to Strike Regarding Apple Patents
22  (D.I. 880)).
23  IT IS HEREBY ORDERED that the confidential, unredacted versions of the following
24  documents shall be filed under seal:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Opposition to Samsung's MTS | Page i, lines 10-13; page 1, lines 20-21, 24-27; page 3, lines 25-28; page 4, lines 2-6, 21-22, |

| Document | Portion to be Sealed |
|---|---|
|  | 28; page 5, lines 4-5, 12, 15-17, 19-21, 24-28; page 6, lines 1-8, 14-21, 23-27; page 7, lines 1, 3-5, 7-13; page 8, lines 18-22, 27-28; page 9, lines 7-12; page 10, lines 27-28; page 13, line 19; page 14, lines 1-2, 4-9, 13-15, 17-20; page 16, lines 3-8; page 17, lines 12-13; page 23, lines 2-3, 6-10. |
| Exhibit E to Rho Declaration | Entire Document |
| Exhibit F to Rho Declaration | Entire Document |
| Exhibit G to Rho Declaration | Entire Document |
| Exhibit I to Rho Declaration | Entire Document |
| Exhibit J to Rho Declaration | Entire Document |
| Exhibit K to Rho Declaration | Entire Document |
| Exhibit L to Rho Declaration | Entire Document |
| Exhibit M to Rho Declaration | Entire Document |
| Exhibit N to Rho Declaration | Entire Document |
| Exhibit P to Rho Declaration | Entire Document |
| Exhibit R to Rho Declaration | Entire Document |
| Exhibit S to Rho Declaration | Page 13, lines 4-16. |
| Exhibit T to Rho Declaration | Entire Document |
| Exhibit W to Rho Declaration | Entire Document |
| Exhibit X to Rho Declaration | Entire Document |
| Exhibit AA to Rho Declaration | Entire Document |

The Court further ORDERS that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

1
2  Dated: _____   By: _____
3                                          Hon. Lucy H. Koh
                                           United States District Court Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28