1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK  (PSG) |
|---|---|
| Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Defendants. | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Counterclaim-Plaintiffs,<br>v.<br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions ("Apple's Opposition");

2. Portions of Exhibits 3, 7-9, 14, and 16 to the Declaration of Peter J. Kolovos in Support of Apple's Opposition ("Kolovos Declaration"); and

3. Exhibits 5, 10, and 11 to the Kolovos Declaration.

In support of its motion, Apple has filed the Declaration of Peter J. Kolovos in support of Apple's Administrative Motion to File Documents Under Seal ("Kolovos Sealing Declaration"), as required under Civil Local Rule 79-5, which provides the necessary evidence for this Court to permit filing under seal. Apple also filed a proposed public redacted version of Apple's Opposition, of which only portions are sealable, in which Apple's confidential and sealable information is highlighted in yellow and the confidential and sealable information of Samsung and any third parties is highlighted in other colors.

Additionally, Apple filed with the Court versions of Exhibits 3, 5, 7-11, 14, and 16 that highlight Apple and other parties' confidential and sealable information. The Kolovos Sealing Declaration provides sufficient evidence that the documents listed below are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, the Court GRANTS Apple's Administrative Motion to Seal (Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions).

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Apple's Opposition | Pages 4:27-28; 5:6-8, 14-17, 22-25; 7:5-6, 18-21, 27-28; 8:1, 17-19, 24-28; 9:2-5, 10-12, 14-20; 10:5-12; 14:9-11, 14-15; 15:8-11; 17:4-15; 24:11-12, 14-17; 25:10-12, 15-22. |
| Exhibit 3 to the Kolovos Declaration | Pages 59:15-17, 21-22; 62:18-21, 23-25; 71:2-4; 72:18-19; 97:24-99:21; 107:4-5; 109:22-27; 117:5-17; 164:27-165:6; 165:24-26; 172:1-5, 8-9, 11-16, 23-25; 173:9-11, 19-20; 179:2-6, 22-23. |
| Exhibit 5 to the Kolovos Declaration | Entire Document |
| Exhibit 7 to the Kolovos Declaration | Paragraphs 73, 111, and 112. |
| Exhibit 8 to the Kolovos Declaration | Paragraph 34. |
| Exhibit 9 to the Kolovos Declaration | Paragraphs 92, 94, 95, 107, and 151. |
| Exhibit 10 to the Kolovos Declaration | Entire Document |
| Exhibit 11 to the Kolovos Declaration | Entire Document |
| Exhibit 14 to the Kolovos Declaration | Paragraphs 407-09, 412, n.17, 414, 418, n.20, 420, 530, 531-36, n.30, n.31, 538, 540-44, 549-52, 554-56, 558-63, 565-69, n.37, 370-79, n.38, 580-82, 601, 603-04, n.44, 643, 646. |
| Exhibit 16 to the Kolovos Declaration | Paragraph 304. |

The Court further ORDERS that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                                    Hon. Paul S. Grewal
                                                    United States District Court Judge