| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Attached as **Exhibit 1** is a true and correct copy of Apple's Proposed Terms for Construction Pursuant to Patent L.R. 4-1(A) dated September 21, 2012.

3. Attached as **Exhibit 2** is a true and correct copy of email correspondence dated October 2012 regarding claim construction.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of Apple's Further Supplemental Objections and Responses to Samsung's First Set of Interrogatories to Apple (No. 12) dated July 15, 2013.

5. Attached as **Exhibit 4** is a true and correct copy of Samsung's Second Amended Patent L.R. 3-1(A)(D) Disclosures for U.S. Patent No. 6,226,449.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of the Expert Report of Kenneth A. Parulski Regarding Infringement of U.S. Patent No. 6,226,449 dated August 12, 2013.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts of the transcripts of the September 26, 2013 and September 27, 2013 deposition of James A. Storer, Ph.D.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts of the Expert Report of Dr. Thomas E. Fuja Regarding Non-Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts of the Expert Report of Richard Newton Taylor, Ph.D. Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,577,757.

1   10. Attached as **Exhibit 9** is a true and correct copy of excerpts of the Expert Report of Richard Newton Taylor, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent No. 7,577,757.

11. Attached as **Exhibit 10** is a true and correct copy of excerpts of the Report of Dan Schonfeld, Ph.D. Regarding Infringement of U.S. Patent Nos. 5,579,239 and 7,577,757 dated August 12, 2013.

12. Attached as **Exhibit 11** is a true and correct copy of excerpts of the Report of Paul S. Min, Ph.D. Regarding Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 dated August 12, 2013.

13. Attached as **Exhibit 12** is a true and correct copy of Samsung's Rule 4-1(A) Disclosures dated September 21, 2012.

14. Attached as **Exhibit 13** is a true and correct copy of Samsung's Third Amended Patent L.R. 3-1(A)-(D) Disclosures for U.S. Patent No. 5,579,239.

15. Attached as **Exhibit 14** is a true and correct copy of excerpts of the Corrected Expert Report of James S. Storer, Ph.D. Regarding Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

16. Attached as **Exhibit 15** is a true and correct copy of an excerpt of the Amendment and Response to Office Action, dated August 2, 1995, from the '239 Patent File History, at SAMNDCA630-00832605-06.

17. Attached as **Exhibit 16** is a true and correct copy of excerpts of the Expert Report of James S. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

18. Samsung produced to Apple the documents bates numbered TMO-APL-SMSNG-00001111 – 00009018 on August 10, 2013.

1  19. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 19th day of November, 2013, in Boston, Massachusetts.

Dated: November 19, 2013                    */s/ Peter J. Kolovos*
                                            Peter J. Kolovos

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 19, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:  November 19, 2013          */s/ Mark D. Selwyn*
Mark D. Selwyn