# Exhibit 1

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 12-CV-00630-LHK<br><br>**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S PROPOSED TERMS FOR CONSTRUCTION PURSUANT TO PATENT L.R. 4-1(A)** |

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

          Counterclaim-Plaintiffs,

    v.

APPLE INC., a California corporation,

          Counterclaim-Defendant.

## I.  INTRODUCTION

Pursuant to Rule 4-1(a) of the Local Rules of Practice for Patent Cases Before the United States District Court for the Northern District of California and the Court's August 29, 2012 Order for Adjustment of Case Schedule (Dkt. No. 259), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby provides its list of proposed terms and claim elements for construction with respect to the asserted claims of U.S. Patent Nos. 7,756,087 (the "'087 Patent"), 7,551,596 (the "'596 Patent"), 7,672,470 (the "'470 Patent"), 7,577,757 (the "'757 Patent"), 7,232,058 (the "'058 Patent"), 6,292,179 (the "'179 Patent"), 6,226,449 (the "'449 Patent"), and 5,579,239 (the "'239 Patent") (collectively, the "Samsung Patents-in-Suit"); and U.S. Patent Nos. 5,946,647 (the "'647 Patent"), 6,847,959 (the "'959 Patent"), 8,046,721 (the "'721 Patent"), 8,074,172 (the "'172 Patent"), 8,014,760 (the "'760 Patent"), 5,666,502 (the "'502 Patent"), 7,761,414 (the "'414 Patent"), and 8,086,604 (the "'604 Patent") (collectively, the "Apple Patents-in-Suit").

The asserted claims of the Samsung Patents-in-Suit are those identified by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications

- 2 -

C.A. NO. 12-CV-00630-LHK
PLAINTIFF AND COUNTERCLAIM DEFENDANT APPLE INC.'S
PROPOSED TERMS FOR CONSTRUCTION PURSUANT TO PATENT L.R. 4-1(A)

America, LLC (collectively, "Samsung") in Samsung's Disclosure of Asserted Claims and Infringement Contentions served on June 15, 2012. The asserted claims of the Apple Patents-in-Suit are those identified by Apple in its Disclosure of Asserted Claims and Infringement Contentions served on June 15, 2012. Apple reserves the right to amend this list if Samsung at any time amends its Infringement Contentions.

With respect to each asserted claim and based on its investigation to date, Apple hereby identifies: (a) a list of claim terms which Apple contends should be construed by the Court; and (b) any asserted claim term which Apple contends should be governed by 35 U.S.C. § 112(6). Inclusion of terms in this list does not necessarily mean that Apple contends that any of these terms should be given a meaning other than their ordinary meaning, or that Apple believes at this time that the meaning of these terms will necessarily be in dispute. With respect to the Samsung Patents-in-Suit, inclusion of terms in this list also does not necessarily mean that Apple contends that any of these terms are capable of being construed, and Apple reserves the right to contend that one or more of the identified terms are insolubly ambiguous and therefore invalid as indefinite pursuant to 35 U.S.C. § 112(2). Apple also reserves the right to revise its contentions regarding claim terms, including elements identified as being governed by 35 U.S.C. § 112(6), in view of Samsung's contentions on such issues and as the case proceeds.

Apple reserves the right to seek construction of constituent portions of identified terms if unable to reach agreement regarding the entire identified terms.

Apple's investigation is ongoing and Apple has not yet had the opportunity to review Samsung's list of terms and claim elements for construction. Accordingly, Apple reserves the right to amend, modify, or supplement this disclosure as it deems appropriate. Apple reserves the right to propose constructions for claim terms identified by Samsung.

II. **SAMSUNG PATENTS-IN-SUIT: IDENTIFICATION OF PROPOSED TERMS FOR CONSTRUCTION**[1]

    A. <u>**The '087 Patent**</u>

- "non-scheduled transmission" (all asserted claims)
- "N" (all asserted claims)
- "within a data rate" (claims 6, 14)
- "determination value(s)" (claims 7, 8, 15, 16, 39, 40)
- "a connection frame number (CFN) for generating a frame to be used in communication with a Node B accessed by the UE" (claims 7, 8, 15, 16, 39, 40)

    B. <u>**The '596 Patent**</u>

- "data packet unit" (claims 1, 4, 6, 13, 16)
- "the second PDU" (claims 1, 4, 6, 13, 16)
- "block" (claims 13, 16)
- "control unit" (claims 13, 16)
- "multiplexing and transmission sequence number (TSN) setting unit" (claims 13, 16)

    C. <u>**The '470 Patent**</u>

- "input command" (claims 7, 8, 10, 12, 15)

    D. <u>**The '757 Patent**</u>

- "synchronizing devices" (claim 1)
- "updated in relation to" (claim 1)
- "access the audio, video, or photographic information" (claim 1)

---

[1] Apple contends that certain of these terms are incapable of being construed and therefore indefinite pursuant to 35 U.S.C. 112(2).

- 4 -

C.A. NO. 12-CV-00630-LHK
PLAINTIFF AND COUNTERCLAIM DEFENDANT APPLE INC.'S
PROPOSED TERMS FOR CONSTRUCTION PURSUANT TO PATENT L.R. 4-1(A)

- "zone" (as appearing in "at least one zone, each zone having" in claim 1) / "zones" (as appearing in "in any one of the zones" in claim 1 or "anyone of the zones" in claim 4)

E. **The '058 Patent**

- "a controller for controlling said display unit to display the plurality of identification information if said data display request signal is inputted by the user, display data corresponding to specific identification information via a first layer if the specific identification information is selected from among the plurality of identification information, and display a specific area of the specific information in an enlarged form via a second layer if the specific area is selected from the specific identification information of the first layer." (claims 1, 4)
- "a controller for controlling said display unit in response to the data-display request by the user to display the plurality of identification information, said display unit further displaying data corresponding to specific identification information via a first layer if the specific identification information is selected from among the plurality of identification information, and displaying a specific area of the specific information in an enlarged form via a second layer if the specific area is selected from the specific identification information of the first layer." (claim 17)
- "display a specific area of the specific information in an enlarged form via a second layer if the specific area is selected from the specific identification information of the first layer." (claims 1, 4)
- "displaying a specific area of the specific information in an enlarged form via a second layer if the specific area is selected from the specific identification information of the first layer." (claim 17)

F. **The '179 Patent**

- "trace" (claims 1, 6, 7, 8, 9, 10, 11)

- 5 -

- "screen … information" (claims 1, 4)
- "key code" (claims 1, 3, 4, 5, 6, 7, 11)
- "said generated key code" (claims 1, 3)

**G.** **The '449 Patent**

- "None

**H.** **The '239 Patent**

- "composite signal" (claims 1, 3, 5-7)
- "telemetric frequencies" (claim 3)
- "real time" (claims 5, 15)
- "interface" (claims 7, 16, 17)
- "a cellular telephone connected to each said interface" (claims 7, 16)
- "video capture device" (claim 5) / "video capture module" (claim 15)
- "captured video" (claims 15-17)

**III.  SAMSUNG PATENTS-IN-SUIT:  IDENTIFICATION OF CLAIM TERMS GOVERNED BY 35 U.S.C. § 112(6)[2]**

**A.** **The '087 Patent**

- None

**B.** **The '596 Patent**

- "block for forming a first protocol data unite (PDU) including uplink packet data" (claims 13, 16)

---

[2] Apple seeks construction for those terms identified herein as governed by 35 U.S.C. § 112(6) (i.e., by identification of function and corresponding structure). To the extent that the Court determines that any terms identified in this section are not governed by 35 U.S.C. § 112(6), Apple still requests that the Court construe those terms. Apple further contends that certain of these terms are incapable of being construed and therefore indefinite pursuant to 35 U.S.C. 112(2).

- 6 -

C.A. NO. 12-CV-00630-LHK
PLAINTIFF AND COUNTERCLAIM DEFENDANT APPLE INC.'S
PROPOSED TERMS FOR CONSTRUCTION PURSUANT TO PATENT L.R. 4-1(A)

- "control unit for forming a control service data unit (SDU) including control information for an uplink packet data service" (claims 13, 16)
- "multiplexing and transmission sequence number (TSN) setting unit for forming at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink packet data included in the first PDU, forming a second header part corresponding to the control SDU by using a DDI field set as a predetermined specific value representing that the control SDU is transmitted, and forming a second data packet unit (PDU) by concatenating a header and a payload, the header including the header parts, the payload including the first PDU and the control SDU, wherein the second PDU is transmitted to a Node B" (claims 13, 16).

C. **The '470 Patent**

- "control unit which is operable to receive an input command and which controls the audio signal processing unit and the display screen" (claims 7, 8)
- "an audio signal processing unit operable to process the audio signal and output the processed audio signal to one of the speaker and the audio output port" (claims 7, 8)

D. **The '757 Patent**

- None

E. **The '058 Patent**

- None

F. **The '179 Patent**

- None

G. **The '449 Patent**

- "a recording circuit which records compressed data" (claim 25)
- "a reproducing circuit which reproduces a moving image signal" (claim 25)

H. **The '239 Patent**

- "means for capturing, digitizing, and compressing at least one composite signal" (claim 1) / "means for capturing, digitizing, and compressing said composite signal"  (claims 5 and 6)
- "means for storing said composite signal" (claim 1)
- "means for transmitting said composite signal" (claim 1) / "means for transmitting the composite signal" (claim 7)
- "means for receiving at least one composite signal transmitted by the remote unit" (claim 1)
- "means for exchanging data with said host unit" (claim 1)
- "means for storing the composite signal received by the host unit" (claim 1)
- "means for decompressing said composite signal" (claim 1)
- "means for splitting and organizing the digitized, compressed audio and/or video signal" (claim 4)
- "means for transmission of said captured video over a cellular frequency" (claims 15, 16)
- "means for splitting the captured video into pieces for transmission" (claim 17)

IV. **APPLE PATENTS-IN-SUIT:  IDENTIFICATION OF PROPOSED TERMS FOR CONSTRUCTION**

A. **The '647 Patent**

- "analyzer server" (all asserted claims)

- "linking actions to the detected structures" (all asserted claims)
- "detecting/detected" (all asserted claims)
- "enabling the selection of a detected structure and a linked action" (all asserted claims)

B. **The '959 Patent**

- None

C. **The '721 Patent**

- None

D. **The '172 Patent**

- "character string being input by a user with the keyboard" (all asserted claims)

E. **The '760 Patent**

- None

F. **The '502 Patent**

- "history list" (claims 8, 11, 14, 15, 16, 17, 20, 22, 23, 24, 26)

G. **The '414 Patent**

- None

H. **The '604 Patent**

- None

V. **APPLE PATENTS-IN-SUIT: IDENTIFICATION OF CLAIM TERMS GOVERNED BY 35 U.S.C. § 112(6)**

   A. <u>The '647 Patent</u>

   - None

   B. <u>The '959 Patent</u>

   - "means for inputting an information identifier" (claims 29, 30, 32, 33)
   - "means for providing said information identifier to a plurality of heuristics to locate information in the plurality of locations which comprise the Internet and local storage media" (claims 29, 30, 32, 33)
   - "means for determining at least one candidate item of information based upon the plurality of heurisitcs" (claims 29, 30, 32, 33)
   - "means for displaying a representation of said candidate item of information" (claims 29, 30, 32, 33)

   C. <u>The '721 Patent</u>

   - "means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state" (claim 11)
   - "means for detecting contact with the touch-sensitive display" (claim 11)
   - "means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained" (claim 11)
   - "means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display" (claim 11)

D. **The '172 Patent**

- None

E. **The '760 Patent**

- None

F. **The '502 Patent**

- None

G. **The '414 Patent**

- "means for executing at least one user-level non-synchronization processing thread that includes means for accessing structured data in a first store associated with a first database" (claims 21, 22)
- "means for executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread that includes means for synchronizing the structured data from the first database with the structured data from a second database" (claims 21, 22)
- "means for executing at least one non-synchronization processing thread that includes means for accessing structured data in a first store associated with a first database" (claims 31, 32)
- "means for executing at least one synchronization processing thread concurrently with the executing of the at least one non-synchronization processing thread that includes means for synchronizing the structured data from the first database with the structured data from a second database" (claims 31, 32)

H. **The '604 Patent**

- None

Dated: September 21, 2012

     /s/ Mark D. Selwyn_____
Josh A. Krevitt (SBN 208552)
(*jkrevitt@gibsondunn.com*)
H. Mark Lyon (SBN 162061)
(*mlyon@gibsondunn.com*)
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Harold J. McElhinny (SBN 66781)
(*HMcElhinny@mofo.com*)
Michael A. Jacobs (SBN 111664)
(*MJacobs@mofo.com*)
Richard S.J. Hung (SBN 197425)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Mark D. Selwyn (SBN 244180)
(*mark.selwyn@wilmerhale.com*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(*william.lee@wilmerhale.com*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **Plaintiff and Counterclaim-Defendant Apple Inc.'s Proposed Terms for Construction Pursuant to Patent L.R. 4-1(A)** was served on September 21, 2012, by electronic mail upon the following counsel of record:

**By Electronic Mail**

Kevin P.B. Johnson
Victoria F. Maroulis
Charles K. Verhoeven
Kevin A. Smith
Patrick Shields
Boris Babic
Michael F. Peng
Jeanine M. Zalduendo
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com
patrickshields@quinnemanuel.com
borisbabic@quinnemanuel.com
michaelpeng@quinnemanuel.com
jeaninezalduendo@quinnemanuel.com


John M. Caracappa
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
jcaracap@steptoe.com

/s/ Mark D. Selwyn
Mark D. Selwyn