# Exhibit 2

# Kolovos, Peter

| | |
|---|---|
| **From:** | Buroker, Brian M. <BBuroker@gibsondunn.com> |
| **Sent:** | Friday, October 26, 2012 12:35 PM |
| **To:** | Todd Briggs |
| **Cc:** | Selwyn, Mark; Lyon, H. Mark; Kolovos, Peter |
| **Subject:** | Re: Apple's proposal on claim construction |

Todd,

We agree to exchange preliminary proposed constructions at 5 pm Pacific today.

Thanks,

Brian

Sent from my iPad

On Oct 23, 2012, at 1:43 PM, "Todd Briggs" <toddbriggs@quinnemanuel.com> wrote:

> Brian,
>
> We are fine identifying 9 terms.  We propose exchanging terms tomorrow (11/24) at noon PST.
>
> Todd
>
> ---
>
> **From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
> **Sent:** Tuesday, October 23, 2012 9:33 AM
> **To:** Todd Briggs
> **Subject:** RE: Apple's proposal on claim construction
>
> Todd –
>           Given the date, rather than doing the first exchange being today, how about tomorrow?  We propose splitting the difference and doing 9 terms instead of 10.  If you can agree to that, I think we are fine.
>
> Thanks,
> Brian
>
>
> **Brian M. Buroker**
>
> # GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
> Tel +1 202.955.8541 • Mobile +1 703.927.2129
> BBuroker@gibsondunn.com • www.gibsondunn.com

1

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Tuesday, October 23, 2012 12:07 PM
**To:** Buroker, Brian M.
**Cc:** Lyon, H. Mark; 'Mark D. Selwyn'; Reiter, Mark; 'peter.kolovos@wilmerhale.com'; Victoria Maroulis
**Subject:** RE: Apple's proposal on claim construction

Brian,

We are agreeable to Apple's proposal with the following modifications/clarifications:

(1) The parties will identify 8 terms for construction on 10/23 instead of 10.  We believe this provides a sufficient cushion to address the concerns you raised with overlapping terms and potential agreed constructions.

(2) The constructions exchanged on 10/26 will be preliminary claim constructions.  In other words, the parties will have an opportunity to refine those constructions consistent with the Patent Local Rules.

(3) The parties do not waive their right to seek construction of additional terms in the future should the need arise.

Please let me know as soon as possible if Apple is agreeable to the foregoing.

Thanks, Todd

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Monday, October 22, 2012 1:09 PM
**To:** Todd Briggs
**Cc:** Lyon, H. Mark; Mark D. Selwyn; Reiter, Mark; peter.kolovos@wilmerhale.com
**Subject:** Apple's proposal on claim construction

Todd,
        As we discussed, here is our current proposal:

**Apple proposal:**

10/23 — Parties each identify 10 terms for proposed construction
10/26 — Parties provide proposed constructions for its 10 selected terms and the 10 terms selected by the opposing party (no intrinsic or extrinsic evidence provided)
10/26-11/1 - Meet and confer on 20 terms to see if agreement can be reached on any terms
11/2 — Parties identify its 5 terms from the list of 10 terms provided on 10/23 it wants to be construed by Court
11/7 – Intrinsic and non-expert extrinsic evidence supporting those 10 terms provided to opposing party
11/9 – Joint Statement due with 5 terms from each side selected, including proposed construction, intrinsic evidence and non-expert extrinsic evidence included

On expert declarations
1) Any expert declaration in support of claim construction would be provided with the party's opening claim construction brief
2) The party proffering any expert declaration agrees to make expert available for deposition at least 10 days before responsive claim construction brief is due

2

Please let me know if this is acceptable.

Thanks,
Brian
**Brian M. Buroker**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

3