# Exhibit 4

# EXHIBIT G

## SAMSUNG'S SECOND AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 6,226,449

| | |
|---|---|
| | AirPlay Mirroring to Apple TV (2nd and 3rd generation) at 720p<br><br>AirPlay video streaming to Apple TV (3rd generation) at up to 1080p and Apple TV (2nd generation) at up to 720p<br><br>Video mirroring and video out support: Up to 720p through Lightning Digital AV Adapter and Lightning to VGA Adapter; video playback up to 1080p (sold separately)<br><br>Video formats supported: H.264 video up to 1080p, 30 frames per second, High Profile level 4.1 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG-4 video up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps per channel, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; Motion JPEG (M-JPEG) up to 35 Mbps, 1280 by 720 pixels, 30 frames per second, audio in ulaw, PCM stereo audio in .avi file format |
| a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal; | On information and belief, the Accused Devices have a recording circuit that records both compressed moving image data and compressed still image data to a NAND flash module for storage. |
| a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded | On information and belief, each Accused Device has a decompressor which decompresses the compressed digital data.  The Accused Devices decompress compressed moving image data by a different method than they decompress compressed still image data.  For example, the Accused Devices run an A5 or A6X processor that has a video decoder that utilizes the H.264 and MPEG-4 standards for decompressing moving images and the JPEG standard for decompressing still images.  For example, the iPod Touch 5's A5 processor is depicted below: |