# Exhibit 6

Page 1

1           UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3                SAN JOSE DIVISION
4
5   APPLE, INC., a California        )
6   corporation,                     )
7         Plaintiff,                 )    Case No.
8                                    )12-cv-00630-LHK (PSG)
9            vs.                     )
10  SAMSUNG ELECTRONICS CO., LTD., a )
11  Korean corporation; SAMSUNG      )
12  ELECTRONICS AMERICA, INC., a New )
13  York corporation; and SAMSUNG    )
14  TELECOMMUNICATIONS AMERICA, LLC, )
15  a Delaware limited liability     )
16  company,                         )
17         Defendants.               )
18  _____)
19
20      VIDEOTAPED DEPOSITION OF JAMES A. STORER, Ph.D.
21             Thursday, September 26, 2013
22                Boston, Massachusetts
23
24  Reported by:  Dana Welch, CSR, RPR, CRR, CBC, CCP
25  Job No. 66049

Page 22

1  Q. So let's start with the '449 patent today. 10:03
2  A. Okay. 10:03
3  Q. And let's start with the second report you 10:03
4  did on the '449 patent, which is the 10:03
5  non-infringement -- 10:03
6  A. Okay. 10:03
7  Q. -- report. 10:03
8  A. Okay. 10:04
9  Q. Now, does this report include all of your 10:04
10 non-infringement opinions on the '449 patent? 10:04
11 A. As of the time I wrote the report, it 10:04
12 summarized all of my opinions, was complete. 10:04
13 Q. Have you developed any new opinions 10:04
14 regarding non-infringement since the time you wrote 10:04
15 your report? 10:04
16 A. Not that I recall. 10:04
17 Q. Is there anything in your non-infringement 10:04
18 report on the '449 patent that you believe is 10:04
19 inaccurate? 10:04
20 A. In this report? Opinions? There are a 10:04
21 few fairly clear typos in here, but in terms of 10:04
22 opinions, nothing I recall that's inaccurate. 10:04
23 Q. Is there anything you'd like to modify or 10:04
24 correct in your non-infringement report for the 10:04
25 '449 patent? 10:04

1           UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3                 SAN JOSE DIVISION
4
5   APPLE, INC., a California        )
6   corporation,                     )
7         Plaintiff,                 )    Case No.
8                                    )12-cv-00630-LHK (PSG)
9         vs.                        )
10  SAMSUNG ELECTRONICS CO., LTD., a )
11  Korean corporation; SAMSUNG      )
12  ELECTRONICS AMERICA, INC., a New )
13  York corporation; and SAMSUNG    )
14  TELECOMMUNICATIONS AMERICA, LLC, )
15  a Delaware limited liability     )
16  company,                         )
17        Defendants.                )
18  _____)
19                   VOLUME II
20    VIDEOTAPED DEPOSITION OF JAMES A. STORER, Ph.D.
21            Friday, September 27, 2013
22               Boston, Massachusetts
23
24   Reported by:  Dana Welch, CSR, RPR, CRR, CBC, CCP
25   Job No. 66050

| | | |
|---|---|---|
| 1 | his report, what I've tried to do is address any | 08:59 |
| 2 | reasonable understanding from what he's given to a | 08:59 |
| 3 | port in my response, that would be one way to | 09:00 |
| 4 | explain it. | 09:00 |
| 5 | Q.  And you concluded that the iPhone 5 does | 09:00 |
| 6 | not have a port; is that correct? | 09:00 |
| 7 | MS. ZALEWSKI:  Objection, form. | 09:00 |
| 8 | A.  No, what I concluded was that in terms | 09:00 |
| 9 | of -- there's an issue -- there's a -- there are -- | 09:00 |
| 10 | unlike the patent we talked about yesterday which | 09:00 |
| 11 | had no court claim constructions, everything was | 09:00 |
| 12 | plain meaning and, of course, plain meaning means | 09:00 |
| 13 | reading in light of the specifications and all the | 09:00 |
| 14 | things we talked about, that there's an issue here | 09:00 |
| 15 | about needing to have software that initializes a | 09:00 |
| 16 | port. | 09:00 |
| 17 | And so it was -- it was his task and | 09:00 |
| 18 | something he attempted to do to point to software | 09:00 |
| 19 | that initializes a port.  And when I looked at his | 09:00 |
| 20 | report, he would talk about how the name of the | 09:01 |
| 21 | file indicated what it did or something, and | 09:01 |
| 22 | point -- it seemed superficially to just files and | 09:01 |
| 23 | lines of code that didn't seem to be anywhere close | 09:01 |
| 24 | to, even vaguely close to what would be as | 09:01 |
| 25 | initializing something as low level as an actual | 09:01 |

1    frame.  In fact, it's often less than a frame as        10:55
2    they start to go out, this 1/30th of a second.          10:55
3            And then there is this transformation,          10:55
4    okay.  I'm not sure exactly what's encompassed in       10:56
5    that.  But I think, generally speaking, when you        10:56
6    pointed to the mechanism that comes before the          10:56
7    antenna, I would refer to the part of my report         10:56
8    that talks about the baseband processor, and I'm        10:56
9    happy to do that and I'll go to that section, if I      10:56
10   may, and just quickly review that portion of the        10:56
11   report.                                                 10:56
12       Q.  That's fine.                                    10:56
13       A.  So the reason I went back to this -- well,      11:00
14   I actually went back to the section of the report       11:00
15   where we talked about transmitting and I guess I        11:00
16   just wanted to be careful, as we have in a couple       11:00
17   of other questions, about the difference between        11:00
18   transmitting in the '239 patent, which has been         11:00
19   construed by the court, and transmission which          11:00
20   seems to be what you're talking about in your           11:00
21   question.                                               11:00
22           I believe your question pertains to the         11:00
23   iPhone 5 using a cellular connection and how the        11:00
24   data gets -- physically gets sent from the -- at        11:00
25   the lower levels from one iPhone to the other.  So      11:00

1  I think now that I've had a chance to look at this        11:00
2  and review my text in this section which we have          11:00
3  visited before, briefly anyway, perhaps you could         11:00
4  repeat the question.                                      11:00
5      Q.  Are the packets digital data that is              11:01
6  transformed into an analog signal and then                11:01
7  transmitted over a cellular frequency?                    11:01
8      A.  So first of all, can we -- which product          11:01
9  and which scenario are you asking about now?              11:01
10     Q.  Let's take the iPhone 5 using a cellular          11:01
11 connection.                                               11:01
12     A.  Okay.                                             11:01
13     Q.  In that scenario, are the packets digital         11:01
14 data that are transformed into an analog signal and       11:01
15 then transmitted over a cellular frequency?               11:01
16     A.  So the one thing I might worry about is           11:01
17 the way you're talking about the sequence of              11:02
18 events.  So the baseband processor basically is --        11:02
19 right, is the phone here, and whereas the court's         11:02
20 construction says "one or more modems connected to        11:02
21 one or more cellular telephones."                         11:02
22         And for example, part of this section             11:02
23 addresses other concerns.  But specifically, when I       11:02
24 get to paragraph, I guess it's 600, okay, on page         11:02
25 319, and I talk about -- and I'm rebutting what           11:02

1  Dr. Schonfeld says about this issue.  Okay?  If you      11:02
2  read further down the paragraph, this is kind of         11:02
3  what I just said but I'll say it again by quoting,       11:02
4  "In any event, the baseband chip in the accused          11:02
5  products cannot be connected to a cellular phone.        11:02
6  It is the cellular telephone."                           11:03
7         So I guess when your question talks about         11:03
8  a sequence of events or things, I guess, I want to       11:03
9  be careful to not confuse it with what happens in        11:03
10 the '239 patent where the court -- where it's a          11:03
11 means plus function -- where these are means plus        11:03
12 function claims that talk about transmitting and         11:03
13 the court has specifically construed them with the       11:03
14 connection rights.  It's talking about one or more       11:03
15 modems connected to one or more cellular                 11:03
16 telephones.  So we don't have these sort of two          11:03
17 things being connected to each other.  And I didn't      11:03
18 know whether the question implied that.                  11:03
19        But putting that aside and understanding          11:03
20 that's not what we're talking about, there is a          11:03
21 baseband processor which is the device that can --       11:03
22 that create this signal that you're talking about        11:03
23 going to the antenna.                                    11:03
24    Q.  So the baseband processor receives these          11:03
25 packets in digital form, then transforms the             11:04

1  packets into an analog form, and that analog signal    11:04
2  is then sent to the antenna?                            11:04
3      A.  I'm not sure I agree with quite that way       11:04
4  of describing it.  It's not so much a                   11:04
5  transformation, it is an encoding.  In fact, we         11:04
6  talked about normal levels of encoding in the           11:04
7  Internet protocols, right?  So you're now getting       11:04
8  down to a level -- to layer 1, okay, but there are      11:04
9  different layers of how you go about encoding the       11:04
10 information.                                            11:04
11      So there is an analog mechanism to encode          11:04
12 the digital information.  I don't think the             11:04
13 information has changed.  It hasn't been                11:04
14 transformed to different information.  It's --          11:04
15 it's -- the baseband processor's job was to encode      11:04
16 this information in a way that it makes sense to        11:05
17 send it over the antenna, if you will.                  11:05
18     Q.  And so the packets enter the baseband           11:05
19 processer in digital form and when the information      11:05
20 then leaves the baseband processor, it's in analog      11:05
21 form, correct?                                           11:05
22     A.  Well, I -- depending how you're using that     11:05
23 term.  Because I think if you look at -- if you         11:05
24 think about how engineers think about it, it's a        11:05
25 digital communication and the standards are geared      11:05

Page 343

1  towards communicating digital data and a lot of        11:05
2  actually the mathematics and the error correction      11:05
3  and the way it works is because this is encoded        11:05
4  digital data.                                          11:05
5          Now -- but to answer your question, I'm        11:05
6  certainly not disputing that there's actual analog     11:05
7  technology being used in order to do that.  But I      11:05
8  just don't know if I would necessarily characterize    11:05
9  it as some kind of transformation.  It's really the    11:05
10 lowest layer of a protocol to communicate the          11:06
11 information, but note that I don't dispute there's     11:06
12 analog technology involved certainly.                  11:06
13     Q.  What's a modem?                                11:06
14     A.  So another term you have to be careful of,     11:06
15 because it's used -- that term is used in the '239     11:06
16 patent.  So as it's used in the '239 patent, a         11:06
17 modem was a well-known component at the time.          11:06
18 There are standard protocols to communicate with       11:06
19 the modem.  There's Hayes -- for example, the Hayes    11:06
20 set of commands, which we talked about how I used      11:06
21 that in my -- was using that in my first patent for    11:06
22 my experiments.                                        11:06
23         And basically, the modem's job is to send      11:06
24 bits, and you -- in the case of the '239 patent,       11:06
25 you connect a modem to the machine, to that COM        11:06

1   port, and you can now send bits.  It doesn't matter   11:06
2   what kind of modem it is.  It has to be a standard    11:07
3   modem that can take a serial stream and it would be   11:07
4   cellular, it could be one that goes over a hard       11:07
5   line.  You use the same protocol sending bits.        11:07
6          And its job in the '239 patent is to take      11:07
7   a serial stream of data and send it over a            11:07
8   communication link, such as a phone line and a        11:07
9   cellular land line, to the other end and it's this    11:07
10  thing that connects to, let's say, the COM1 port on   11:07
11  the IBM PC, for example, or a personal computer as    11:07
12  described in the '239 patent.                         11:07
13       Q.  In your two reports for the '239 patent,     11:07
14  what construction did you use for the term "modem"?   11:07
15       A.  So first of all, I did use -- in this        11:07
16  case, unlike the '449 patent where there were no      11:07
17  claim constructions and all terms had their           11:07
18  ordinary meaning where ordinary meaning               11:07
19  involves and takes into account the context of the    11:08
20  specifications --                                     11:08
21       Q.  A lot of limitations --                      11:08
22       A.  -- and the -- no.  The ordinary meaning      11:08
23  means you use the claim meaning of the terms in the   11:08
24  claim and you read them in light of the               11:08
25  specifications as one of ordinary skill in the art    11:08

1    Q.  Do you agree that a modem transforms            11:09
2    digital data into analog before transmission over   11:10
3    analog frequencies?                                 11:10
4    A.  So again, I don't have a general problem        11:10
5    with it as long as somehow you're not reading more  11:10
6    into transform than merely the case that what       11:10
7    you're trying to describe is the process of         11:10
8    conveying.  There's nothing wrong with what you     11:10
9    said except that we wouldn't want to imply that     11:10
10   somehow the modem is doing some kind of changing of 11:10
11   the digital information that's being conveyed.      11:10
12         The modem is a lossless device, barring       11:10
13   errors or barring communication problems, that the  11:10
14   receiver at the other end will get the same bits    11:10
15   that were sent from the sending end.  But to the    11:10
16   extent that you're just saying the modem is         11:10
17   something that's using the analog machinery, if you 11:10
18   will, to convey the digital bits, sure, that's      11:10
19   fine.                                               11:11
20   Q.  And is that the meaning of modem that you       11:11
21   applied in your reports?                            11:11
22   A.  So I guess the answer would have to be          11:11
23   "no" in the following sense.  That when modem       11:11
24   occurs in a phrase that the court has construed, I  11:11
25   would obviously use the court's construction which  11:11