Exhibit 12

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

September 21, 2012

**Via Electronic-Mail**

Brian M. Buroker
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306

Re:     Apple v. Samsung Elecs. Co. et al, Case No 12-cv-630

Dear Counsel:

Pursuant to Patent Local Rule 4-1(a), Samsung indentifies the following claim terms that may need to be construed by the Court, or that should be governed by 35 U.S.C. § 112 ¶ 6.  Samsung anticipates it will not be necessary to ask the Court to construe many of these terms because the parties may be able to agree on the proper construction and, in many instances, the ordinary meaning of the term may be appropriate.  The following also identifies the 10 most significant claim terms for construction.

Samsung reserves the right to identify and request construction of additional terms should disputes regarding the meaning of any terms arise in the future.

Very truly yours,

Patrick M. Shields

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

September 21, 2012

SAMSUNG'S MOST SIGNIFICANT CLAIM TERMS FOR CONSTRUCTION

***Apple Patents***

<u>'502 Patent</u>

- form

- field class

- history table

<u>'959 Patent</u>

- [one/another] of [said/the/the plurality of] heuristics locates items of information

<u>'414 Patent</u>

- concurrently with

<u>'760 Patent</u>

- completely substitut[e/ing] display of the list [of interactive items] with display of contact information

<u>'721 Patent</u>

- unlock[ing]

<u>'604 Patent</u>

- respective area of search

- configured to search


***Samsung Patents***

<u>'470 Patent</u>

- on-screen display (OSD) window

September 21, 2012

**SAMSUNG'S FULL LIST OF PROPOSED CLAIM TERMS FOR CONSTRUCTION**

*Apple Patents*

'502 Patent

The following claim limitations may require construction:

- input tablet

- history table

- form

- field

- field of [a/the] form

- a form having at least one field

- a list of choices is produced from said history table

- stores historical information concerning usage of data values

- history table for the field class corresponding to the field is updated

- updating the history list

- updating the history table

- updating the usage information corresponding to the data value to reflect its recent usage

- requiring data [input/entry]

- field class

- field class corresponding to the field

- the field being associated with one of the field classes

- a history list associated with the field class

- selecting the history list for the field based on the field class associated with the field

- determining whether the user has selected an item from the displayed history list

September 21, 2012

- assigning a data value for the field to that of a data value associated with the selected item

- identifying the history table for the field class associated with the field

- the data values within the history table correspond directly or indirectly to input values for the field

- history list selector


The following claim limitations should be governed by 35 U.S.C. § 112 ¶ 6 and may also require construction:

- computer readable code devices for displaying a form on the display screen of the computer system, the form having at least one field associated with a field class and requiring data entry by a user

- computer readable code devices for displaying a history list associated with the field class on the display screen on the computer system

- computer readable code devices for determining whether the user has selected an item from the displayed history list

- computer readable code devices for assigning a data value for the field to that of a data value associated with the selected item when said determining determines that the user has selected an item

- computer readable code devices for updating the history list in accordance with the selected item when said determining determines that the user has selected an item


'647 Patent

The following claim limitations may require construction:

- analyzer server

- linking actions to the detected structures

- selection of a detected structure and a linked action

- action processor

4

September 21, 2012

- detected structures

- grammars and a parser

- string library

- fast string search function

- string structures

- highlights

- enables selection of an action

- display a pop-up menu of the linked actions

- input device

- structure


<u>'959 Patent</u>

The following claim limitations may require construction:

- plug-in modules

- "each" using a different heuristic

- heuristic/heuristics

- global heuristic

- provided in parallel

- text input window

- dialog box

- heuristics locates

- locates items of information on the basis of names of files

- locates items of information on the basis of contents of files

September 21, 2012

- locates items of information on the basis of most recently accessed

- applied separately to each heuristic

The following claim limitations should be governed by 35 U.S.C. § 112 ¶ 6 and may also require construction:

- program instructions

- instructions

- receive an information identifier

- provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media

- determine at least one candidate item of information based upon the plurality of heuristics

- display a representation of said candidate item of information

- means for inputting an information identifier

- means for providing said information identifier to a plurality of heuristics to locate information in the plurality of locations

- means for determining at least one candidate item of information based on the plurality of heuristics

- means for displaying a representation of said candidate item of information

'414 Patent

The following claim limitations may require construction:

- at least one user-level non-synchronization processing thread

- at least one synchronization processing thread

- concurrently

- configured to synchronize the structured data from a first database with the structured data from a second database

6

September 21, 2012

- at least one non-synchronization processing thread

- operations to access the first database

- acquires a lock

- releases the lock after synchronization for a first data class is completed

- Peer-to-peer manner

The following claim limitations should be governed by 35 U.S.C. § 112 ¶ 6 and may also require construction:

- instructions

- which when executed cause a data processing system to

- executing at least one user-level non-synchronization processing thread, wherein the at least one user-level non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database

- executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database

- executing at least one non-synchronization processing thread, wherein the at least one non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database

- executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured synchronize the structured data the first database with the structured data from a second database

- means for accessing structured data in a first store associated with a first database

- means for executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread

September 21, 2012

- means for synchronizing the structured data from the first database with the structured data from a second database

'760 Patent

The following claim limitations may require construction:

- interactive displayed portion

- immediately in response to

- initiating

- initiat[e/ing] a return telephone call

- initiat[e/ing] a telephone call

- detecting user selection

- completely substitut[e/ing] display of the list of interactive items with display of contact information

- contact object

- a first contact object comprising a telephone number object having the return telephone number

- a first contact object comprising a telephone number associated with the caller

- non-telephonic communication modality

- a second contact object associated with a non-telephone communication modality

- initiat[e/ing] a communication [with/to] the [respective/corresponding] caller via the non-telephonic communication modality

- instant messaging

- instant message

- the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item

- associated with a missed call

September 21, 2012

- associated with contact information

- associated with sending an email

- associated with sending an instant message

The following claim limitations should be governed by 35 U.S.C. § 112 ¶ 6 and may also require construction:

- instructions

- which when executed by a portable electronic device with a touch screen display, cause the device to

- display[ing] a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion

- immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiat[e/ing] a return telephone call to a return telephone number associated with the respective user selected item

- immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects

- immediately in response to detecting user selection of the second contact object, initiat[e/ing] a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object

- instructions that cause the device to, while displaying the list of interactive items comprising missed telephone calls, display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls

- the one or more programs including instructions for

- instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls

- instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and

September 21, 2012

immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item

- instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects

- instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected

- display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls

- receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item

- receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects

- detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object

- display[ing] a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls

- detect[ing] a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item

- detect[ing] a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitut[e/ing]

September 21, 2012

display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects

- immediately in response to detecting user selection of the second contact object, initiat[e/ing] a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object

'721 Patent

The following claim limitations may require construction:

- unlocking

- unlock

- predefined location

- corresponding to an unlock image

- an unlock image

- predefined unlock region on the touch sensitive display

- any desired path

- predefined channel

- visual cues to communicate the direction of movement of the unlock image required to unlock the device

- general direction of movement

- user-interface unlock state

- single image

The following claim limitations should be governed by 35 U.S.C. § 112 ¶ 6 and may also require construction:

- instructions

September 21, 2012

- to detect a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image

- to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device

- to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display

- means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state

- means for detecting contact with the touch-sensitive display

- means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device

- means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display

- which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to

- detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image

- continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device

- unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display

September 21, 2012

<u>'172 Patent</u>

The following claim limitations may require construction:

- touch screen

- current character [string/set]

- being input by a user with the keyboard

- replac[e/ing] the current character string

- the current character string in the first area is replaced

- delimiter

- keep[ing] the current character string

- the current character string in the first area is kept

- accepting the current character string

- performs a first gesture on the suggested replacement character string

- performs a second gesture in the second area on the current character string or the portion thereof

- performs a predefined gesture on the alternative suggested replacement character string in the second area

- performs a gesture on the suggested replacement character string

- performs a gesture in the second area on the current character string or the portion thereof

- user input of a single touch

- single touch input

- single touch user selection input

- single user input at a [] location

- gesture

- predefined gesture

September 21, 2012

- replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string

- replacing the current character string with the suggested replacement character string in combination with [a/the] [first/second] punctuation mark

- replacing the current character set with the suggested replacement character set and adding at the end of said character set a punctuation mark


The following claim limitations should be governed by 35 U.S.C. § 112 ¶ 6 and may also require construction:

- instructions for displaying, in a first area of the touch screen display, a current character string being input by a user with the keyboard

- instructions for displaying, in a second area of the touch screen display separate from the first area, the current character string and a suggested replacement character string for the current character string

- instructions for replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter

- instructions for replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area

- instructions for keeping the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area

- instructions

- which when executed by a portable electronic device with a touch screen display cause the portable electronic device to

- in a first area of the touch screen display, display a current character string being input by a user with the keyboard

- in a second area of the touch screen display separate from the first area, display the current character string or a portion thereof and a suggested replacement character string for the current character string

September 21, 2012

- replace the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter

- replace the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area

- keep the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area

- which when executed by a portable electronic device with a display and a keyboard, cause the portable electronic device to

- receiving a plurality of user inputs of characters through the keyboard

- displaying on the display a current character string as input by the user

- displaying a suggested replacement character string for the current character string

- receiving a further user input through a punctuation mark key of the keyboard

- in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received

- that, when executed by the one or more processors, perform operations

- displaying a current character string as input by the user

- displaying on the display a suggested replacement character string for the current character string

- receiving a further user input of a single touch, wherein the portable electronic device is configured to receive the further single user input to perform a selected character string function of a plurality of possible character string functions depending on where the further single user input is received

- replacing the current character string with the suggested replacement character string in response to a single user input at a first location

- replacing the current character string with the suggested replacement character string in combination with a first punctuation mark in response to a single user input at a second

15

September 21, 2012

location, the second location being a first punctuation mark key on the keyboard corresponding to the first punctuation mark

- replacing the current character string with the suggested replacement character string in combination with a second punctuation mark in response to a single user input at a third location, the third location being a second punctuation mark key on the keyboard corresponding to the second punctuation mark

- accepting the current character string in response to a single user input at a fourth location

- receiving a plurality of user inputs of characters through a virtual keyboard

- displaying on the touch screen display a current character string as input by the user

- displaying on the display a suggested replacement character string for the current character string

- in response to a first user input at a first location, replacing the current character string with the suggested replacement character string

- in response to a second user input at a virtual punctuation mark key corresponding to a first punctuation mark, replacing the current character string with the suggested replacement character string in combination with the first punctuation mark

- in response to a third user input at a third location, accepting the current character string

- receiving a plurality of user character inputs through the touch screen display of the portable electronic device

- displaying on the touch display a current character string as input by a user

- while displaying the current character string, also displaying a suggested replacement character string for the current character string

- receiving a single touch user selection input through one of the plurality of the virtual punctuation mark key

- in response to the single touch user selection input, replacing the current character set with the suggested replacement character set and adding at the end of said character set a punctuation mark corresponding to the virtual punctuation mark key through which the input was received

September 21, 2012

'604 Patent

The following claim limitations may require construction:

- heuristic modules

- module

- each . . . employs a different, predetermined heuristic algorithm

- heuristic algorithm

- heuristic

- respective area of search

- storage media accessible by the apparatus

- searching by the heuristic modules

- located by the heuristic modules

- configured to search

- located by the plurality of heuristic modules

- particularized to its associated relevant area of search

- receiv[ing] portions of the information descriptor as the portions are being inputted

- providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received

- configured to search for information that corresponds to the portions of the information descriptor as the portions are being received

September 21, 2012

***Samsung Patents***

<u>'087 Patent</u>

The following claim limitations may require construction:

- a bit map of N bits indicating the k TTIs using specific bit values

- non-scheduled transmission

- non-scheduled transmission determination value


<u>'596 Patent</u>

The following claim limitations may require construction:

- control information for an uplink packet data service

- Node B

- data description indicator (DDI)

- transmission power information


<u>'470 Patent</u>

The following claim limitations may require construction:

- on-screen display (OSD) window

- previously stored volume level of external audio reproduction unit

- previously stored volume level of the speaker


<u>'179 Patent</u>

The following claim limitations may require construction:

- a minimum value and a maximum value of said trace direction

September 21, 2012

<u>'449 Patent</u>

The following claim limitations may require construction:

- classifications

<u>'058 Patent</u>

The following claim limitations may require construction:

- identification information

- layer

<u>'757 Patent</u>

The following claim limitations may require construction:

- zone

- content information

- content management information

<u>'239 Patent</u>

The following claim limitations may require construction:

- real time

The following claim limitations should be governed by 35 U.S.C. § 112 ¶ 6 and may also require construction:

- means for capturing, digitizing, and compressing at least one composite signal

- means for storing said composite signal

- means for transmitting said composite signal

September 21, 2012

- means for receiving at least one composite signal transmitted by the remote unit

- means for exchanging data with said host unit

- means for storing the composite signal received by the host unit

- means for decompressing said composite signal

- means for splitting and organizing the digitized, compressed audio and/or video signal prior to transmission

- means for transmission of said captured video over a cellular frequency

- means for splitting the captured video into pieces for transmission through said interfaces