# Exhibit 16

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants.<br><br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Counterclaim-Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>      Counterclaim-Defendant. | Civil Action No. 12-CV-00630-LHK |

**EXPERT REPORT OF JAMES A. STORER, PH.D.
REGARDING INVALIDITY OF THE ASSERTED CLAIMS OF
U.S. PATENT NOS. 5,579,239 AND 6,226,449**

**VOLUME I**

CONTAINS INFORMATION DESIGNATED AS
**THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

installed and used most of these components in the computers I have used over the years both

personally and in my research.

### 2.    Video Cards and Video Cards with Capture Modules

584.    The use of multimedia (such as audio or video) on personal computers was

popular with computer users for many years prior to the alleged invention of the '239 patent.

Access to multimedia on personal computers became simpler with introduction of lower-cost

video cards, both with and without capture modules, in the early 1990s.  One example of a video

card with a video capture module (which I will occasionally refer to as a "video capture card") is

the ActionMedia II Delivery Board with Capture Module ("ActionMedia II") marketed by

Intel/IBM.  *See*, *e.g.*, ActionMedia Product Delivery Brief [SAMNDCA630-00831231];

ActionMedia II Product Brief [SAMNDCA630-00830181] at SAMNDCA630-00830186-187.

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████ *see also* '239 patent at 4:40-41 (describing a video capture card

"available commercially from Intel/IBM" that performs video capture, digitization, and

compression). ████████████████████████████████████████████████

█████████████████ *See* RT Video Developer's Kit Product Brief [SAMNDCA630-

00831185] at SAMNDCA630-00831193; ████████████████████████████

585.    Even short videos can be quite large in size when uncompressed, and at the time

of the alleged '239 invention, the storage capacity of the hard disk drives on computers and other

media was relatively limited, making storage of uncompressed full-motion videos impractical.

*See, e.g.*, DVI Article [SAMNDCA630-00830339] at 5 ("Quantifying and storing complex

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

analog information with any degree of fidelity quickly snowballs into a Herculean ordeal.

Digitizing a mere 30 seconds of video, for example, piles up more than 600 megabytes of digital

information – more than most computer hard drives can store.")   Moreover, transmission of a

larger data file required a much longer transmission time, which was exacerbated by the low

bandwidths of the frequencies and modem speeds available at the time.  *See, e.g.*, '239 patent at

5:47-51; Sasson 7/31/13 Tr. at 93:17-94:18.  Thus, compression of video was critical.  Video

signals generated by external recording devices such as video cameras were also analog, whereas

a computer generally only handled digital data.  For this reason, importing video to a computer

required digitization of the video.

586.    Video capture cards were used for both of these tasks.  A user could attach a

standard cable between the computer and a video input device, such as a video camera or VCR,

to provide a composite signal to his or her computer.  Then, using available software compatible

with the video capture card, the user could operate the computer to capture a video from the

external input device and then digitize and compress it into a video data file, which is then stored

on the computer's hard disk.  I have used video capture cards similar to those discussed in this

report to perform video capture in my research.  *See, e.g.*, '239 patent at 4:28-6:35.  The video

data file can then be edited or decompressed and played back by the cards.  *See, e.g.*, '239 patent

at 12:28-42.  One example of third-party software used to accomplish these tasks is Microsoft's

Video For Windows software application, which is mentioned in the '239 patent for this purpose.

*See, e.g., id.* at 4:41-45; *see also* Video for Windows Manual [APL630DEF-WH-A0000004783].

Popular video data file formats at that time included AVI, MPEG, and QuickTime.  Both the

ActionMedia II and the RT Video video capture cards used Video for Windows for capturing

and compressing video from an external video camera or VCR.  *See, e.g.*, Intel Indeo Video

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Brochure [SAMNDCA630-00831209] at SAMNDCA630-00831213-15; RT Video

[SAMNDCA630-00831185] at SAMNDCA630-00831193.

587.   This combination of video capture card and Video for Windows could capture and

compress video in "real time" – in other words, as the video is captured and digitized, it is

immediately compressed without being stored between the two steps.  *See, e.g.*, Product

Brochures [SAMNDCA630-00831185] at SAMNDCA630-00831193 ("[T]he RT Video

Developer's Kit compresses full-motion video at 30 frames-per-second (fps) in real-time – while

it is being captured.  No additional compression and storage step is required."), SAMNDCA630-

00831229-35 (ActionMedia II), SAMNDCA630-00831213 (Indeo Video component of Video

for Windows).  Previous technology required a two-step process in which the computer would

capture and store an uncompressed video data file, and then would compress the stored video

data file into smaller size.  Due to the small size of standard hard disks at that time, the computer

would be limited in how much video it could capture by the size of the uncompressed video data

file.  Single-step capture and compression avoided the bottle neck caused by the uncompressed

video and allowed the computer to more effectively use storage space.

588.   These cards were also used for video playback.  *See, e.g.*, ActionMedia Product

Delivery Brief [SAMNDCA630-00831185] at SAMNDCA630-00831205 ("The ActionMedia II

Delivery Board is used in both development and playback systems, and may be used alone if

audio and video capture are not required as part of the application.").  For playback, the card

would decompress the digitized, compressed video data, convert it to an analog signal, and play

the video on the computer's monitor.  *See id*. ("The i750 Video Processor [on the board]

performs compression and decompression, manipulates digital video data, and handles screen

control functions, all in real time.").  A user who wanted to playback video but did not need the

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

ability to capture video could purchase the card without the video capture module.  *Id.*

(describing the capture module as optional).

589.   The composite signals captured by video capture cards were well-known to

persons of ordinary skill in the art.  Composite signals are analog amplitude-time representations

of the signal produced by a television camera, the camera-control unit, the sync generator, and

for color operation, the color encoder.  *See* Television Engineering Handbook [APL630DEF-

WH-A0000036679] at APL630DEF-WH-A0000036689.  The composite signal therefore

includes information related to the image and synchronization information that is used to

determine the start and stop of a frame.  Therefore, a composite signal is full-motion analog

video information that includes audio.  A well-known example of a composite signal cited in the

'239 patent is an NTSC (National Television System Committee) signal.  *See, e.g.*, '239 patent at

Abstract, 4:31-33, 12:51-60.  NTSC is a long-standing standard for television broadcast signals.

Video cameras and VCRs could output NTSC signals.  *See* Experimental Evaluation of a Video

Capture Board (2/93) [APL630DEF-WH-A0000032228] at 7, n.2 ("A[n] NTSC video output is

available from any commercial video camera or VCR.").

590.   Video capture cards generally include hardware blocks designed to capture,

digitize, and compress composite signals.  As shown below, a typical video capture card has the

following basic blocks: an analog-to-digital converter (ADC), buffering, logic to control

sampling and synchronization, a bus or network interface, compression.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Figure 1: Video Board Block Diagram

*Id.* at 6, Figure 1.  The sampling and synchronization logic reads the synchronization information in the composite signal to determine when to sample the signal.  *Id.* at 8-9.

591.    By the time of the alleged '239 invention, compression methods for images, video, and audio were known.  For example, the first JPEG standard was published in 1992. That standard, which is based on the Discrete Cosine Transform ("DCT") algorithm, had been in development and was known years before its publication.  In fact, the Kodak SV9600 (described more fully below) used DCT in the 1980s, and the description of the compression algorithm in the 1989 Hadley article (also described below) about the SV9600 essentially describes JPEG and would be easily recognized as such by one of ordinary skill in the art at the time.  The basic idea of DCT followed by quantization follow by the zig-zag followed by run-length / Huffman coding was the most prominent approach in the late 1980s to early 1990s.  ActionMedia II used JPEG and other video compression algorithms, and could be used to create AVI video files.  *See, e.g.*,

308

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

ActionMedia II SDK Product Brief [SAMNDCA630-00831233] at SAMNDCA630-00831235
("Multiple video compression algorithms:  PLV 2.0, RTV 2.0, JPEG, PIC 2.0"); ]; Microsoft
Video For Windows Manual [APL630DEF-WH-A000004783] at 3-43 (specifying Indeo
compressor for use with ActionMedia II), 3-48 (files saved in AVI format); Indeo Brochure
[SAMNDCA630-00831209] at SAMNDCA630-00831213 ("Uses standard AVI file format).
ActionMedia II also used PCM and ADPCM to compress audio and stored the audio with the
video in the AVI file.  *See, e.g.,* ActionMedia II SDK Product Brief [SAMNDCA630-00831233]
at SAMNDCA630-00831235 ("Multiple audio algorithms:  PCM (stereo and mono), ADPCM").

592.    Video cards with capture modules were widely available in the early 1990s, and
persons of ordinary skill in the art were well aware of their existence.  For example, in addition
to the articles cited above, the article "Microsoft Goes Hollywood with Video for Windows"
describes the Video for Windows software package and discloses the use of the ActionMedia II
board to "accept and capture an analog video signal from a camcorder, VCR, or laserdisk
player."  Microsoft Goes Hollywood (Jan. 12, 1993) [APL630DEF-WH-A0000020896] at 38.
The article states that the ActionMedia II card with capture module allows a user to "capture
video in real time."  *Id.*  Another article, "ShareView Transforms Phones," describes a video
telephony system that "operates over analog telephone lines."  ShareView Transforms Phones
(Feb. 1, 1993) [APL630DEF-WH-A0000020907] at APL630DEF-WH-A0000020908.  The
ShareView system described in the article includes a "video capture and video codec card, and
an audio and data communications card."  *Id.*  Many other video capture cards were available on
the market.  For instance, the Video Blaster by Creative Labs provided users the ability to
connect a VCR or camcorder to a personal computer, and save the captured video to the hard
drive.  *See, e.g.*, Multimedia PC (Feb. 1993) [APL630DEF-WH-A0000032199] at 94.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

VideoSpigot—another video capture card—offered similar capabilities as the Video Blaster and

ActionMedia II cards.  VideoSpigot allowed users to "capture digital motion video" by

"hook[ing] up to a VCR, laserdisc player, or camcorder."  VideoSpigot Pours Full-Motion Video

Into Your PC (January 26, 1993) [APL630DEF-WH-A0000032317] at 50.  Numerous other

video capture cards were available in the early 1990s.  *See* Multimedia Madness (1994)

[APL630DEF-WH-A00000032371] at APL630DEF-WH-A00000032410-17 (describing various

video capture cards), APL630DEF-WH-A00000032457-483 (same).

593.    I understand that the inventors' own files included multiple examples of publicly

available video capture cards in addition to ActionMedia II, including VideoLinx: NTSC Video

Display and Capture Card [SAMNDCA630-00829683–84], M&M Pro [SAMNDCA630-

00829773], Ventek Model VIP 630C Color Video Image Processor [SAMNDCA630-00829896–

97], SuperVIA [SAMNDCA630-00829903], SNAPPlus Video Capture Card [SAMNDCA630-

00831388], Pro Movie Spectrum Video Capture Card [SAMNDCA630-00831474–79],

D/VISION DVI Capture System [SAMNDCA630-00831505-16], D/VISION PRO Capture

System [SAMNDCA630-00831578], Intel Smart Video Recorder [SAMNDCA630-00832153–

59, SAMNDCA630-00831775–76], MegaMotion Video Capture Card [SAMNDCA630-

00831864], and QuickVia Digital Video Recorder [SAMNDCA630-00832131–32].

### 3.    JPEG Compression

594.    Digital images may be represented by an array of "picture elements," or "pixels."

Pictures taken by a digital camera may store images with millions of pixels. In the mid-1990s

when digital cameras first started having significant consumer use, it was typical to acquire

images on the order of a digital VGA resolution of 480 x 640 pixels, 3 bytes per pixel (for each

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

### 4.    Audio Cards and Audio Capture Cards

603.    Like video capture cards, audio cards and audio capture cards were popular add-on components for personal computers in the early 1990s.  Such cards were widely available, and easy to install.  For instance, the article "Dedicated and Programmable ICs Tackle Low-Cost Audio" describes numerous audio capture cards.  *See* EDN (June 17, 1993) [APL630DEF-WH-A0000032204].  The article "Fast Windows, Part III: Ease into Multimedia Excitement" describes the Sound Blaster Pro audio card, an audio capture card that could be installed in a PC.  *See* Computer Shopper (Jan. 1, 1993) [APL630DEF-WH-A0000032263] at APL630DEF-WH-A0000032264.  Audio capture cards allowed a computer to receive analog audio signals from an external source, and digitize, compress, and store those signals into digital files.  *See* Multimedia Madness (1994) [APL630DEF-WH-A00000032371] at APL630DEF-WH-A00000032373-83 (describing the capabilities of sound cards, and in particular describing the Roland SCC-1, Turtle Beach MultiSound, Pro Audio Spectrum, Media Vision Audioport, Thunderboard, and Sound Blaster Family), APL630DEF-WH-A00000032437-56 (describing various sound cards).

604.    Audio capture cards were frequently combined with video capture cards to create video data files with audio.  Indeed, many video capture cards either suggested or required such additional audio capture cards to provide sound for the captured movies.  *See, e.g.*, Video for Windows takes on QuickTime (Feb. 1 1993) [APL630DEF-WH-A0000032359] ("Minimum hardware requirements are a 386 PC, VGA graphics, a multimedia PC-compliant audio board, and a big hard disk or CD-ROM drive."); Ready for Action: Five Video-Capture Boards Bring Motion Video to Your PC (Feb. 1 1994) [APL630DEF-WH-A0000032339] at APL630DEF-WH-A0000032348 ("Remember that your PC will need a sound card in order to capture the audio from your camcorder, since most entry-level video-capture cards lack this capability.");

313

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Fast Windows, part III: Ease into Multimedia Excitement [APL630DEF-WH-A0000032263] at APL630DEF-WH-A0000032265 ("Once you have your sound card in, you're primed for a video capture card like Creative Labs' Video Blaster."). Other manufactures sold combination video and audio capture cards that could perform both functions. *See, e.g.*, CEI's Video Clipper makes video and audio capture smooth sailing (Sept. 1, 1993) [APL630DEF-WH-A000032196-97] ("Video Clipper offers three input sockets, each of which accepts stereo audio and video signals from a video cassette recorder, videodisc player, or camcorder."). Such video data files with audio could be manipulated in the same way as any type of data file on a computer. The ActionMedia II card discussed above was another such combination card. *See, e.g.*, ActionMedia II Product Brief [SAMNDCA630-00831185] at SAMNDCA630-00831231.

605.   As with video cards, audio cards could be purchased without the audio capture capability and used for playback only. These cards decompressed the digital audio, converted it to analog signal, and played the audio through the speakers on the computer. *See, e.g.*, ActionMedia Product Delivery Brief [SAMNDCA630-00831185] at SAMNDCA630-00831205 ("Simultaneous playback of video . . . and accompanying audio").

## 5.   Modems

606.   Modems, including cellular modems, were widely available on the market in the early 1990s. For instance, I understand that the named inventors of the '239 patent had within their files a pamphlet for the ZyXEL modem with cellular options. *See* ZyXel U-1496 Portable Modem/Fax with Cellular Capabilities [SAMNDCA630-008313810–11] (describing the ZyXEL U-1496P). The ZyXEL modem was available prior to the alleged invention of the '239 patent. *See, e.g.*, Data Packets, Network World (Nov. 16, 1992) [APL630DEF-WH-A0000020603] at APL630DEF-WH-A0000020604 ("The ZyXEL cellular modem is available now as a $200

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

system for electronically transmitting and receiving NTSC-quality color video images using the

public dial-up telephone network." *Id*.



639.    According to the Hadley article, the video input "can be any source of NTSC

composite or RGB video in still or motion form" and the video output "can be connected to any

device that accepts NTSC composite or RGB video." *Id*.

640.    The figure on page 239 of the Hadley article, reproduced below, is a block

diagram of the hardware components of the system. *Id*. at 239.



328