1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Cal. Bar No. 108542)
10 williamprice@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG)
19 |            Plaintiff,                 |
20 |       vs.                             | **CERTIFICATE OF SERVICE**
21 | SAMSUNG ELECTRONICS CO., LTD., a      |
   | Korean business entity; SAMSUNG       |
22 | ELECTRONICS AMERICA, INC., a New      |
   | York corporation; SAMSUNG             |
23 | TELECOMMUNICATIONS AMERICA,           |
   | LLC, a Delaware limited liability company, |
24 |                                       |
   |            Defendants.                |
25

26
27
28

**CERTIFICATE OF SERVICE**

I am employed in Washington, D.C.   I am over the age of eighteen years and not a party to the above-captioned action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 1299 Pennsylvania Avenue NW, Suite 825, Washington, D.C. 20004.

On November 19, 2013, I served true and correct copies of the documents described as:

1. **SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS REGARDING SAMSUNG PATENTS [FILED UNDER SEAL]**

2. **EXHIBITS 1-10 AND 13 TO THE DECLARATION OF SAMUEL DREZDZON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS REGARDING SAMSUNG PATENTS [FILED UNDER SEAL]**

on the following individuals, by uploading the above referenced documents to a secure FTP server:

Josh Krevitt
jkrevitt@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-5300

Mark Reiter
mreiter@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912

Michael A. Jacobs
mjacobs@mofo.com
Richard S.J. Hung
rhung@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Mark D. Selwyn
mark.selwyn@wilmerhale.com
Wilmer Cutler Pickering Hale and Door LLP
950 Page Mill Road
Palo Alto, CA 94304

I declare under penalty of perjury that the foregoing is true and correct.   Executed on November 19, 2013, at Washington, D.C.

/s/ James Razick
James Razick

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that James Razick has concurred in this filing.

Dated:   November 19, 2013

*/s/ Victoria Maroulis*
Victoria Maroulis