1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Cal. Bar No. 108542)
10 williamprice@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG)
19 | Plaintiff, |
20 | vs. | **CERTIFICATE OF SERVICE UPON CIRRUS LOGIC**
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG |
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG |
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
24 | Defendants. |
25
26
27
28

Case No. 12-cv-00630-LHK (PSG)
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am employed in Washington, D.C.  I am over the age of eighteen years and not a party to the above-captioned action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 1299 Pennsylvania Avenue NW, Suite 825, Washington, D.C. 20004.

On November 20, 2013, I served the following document(s):

1. **DECLARATION OF SAMUEL DREZDZON IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS**

by email containing the aforementioned document to Counsel for Cirrus Logic:

Michael Barrett
Cirrus Logic
michael.barrett@cirrus.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 20, 2013, at Washington, D.C.

/s/ James Razick____
James Razick

## ATTESTATION OF E-FILED SIGNATURE

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that James Razick has concurred in this filing.

Dated:   November 20, 2013

*/s/ Victoria Maroulis*
Victoria Maroulis