QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS** |

Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal the following documents or portions thereof relating to Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports:

1. The confidential, unredacted version of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports.

2. Exhibit 1 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of the Deposition of Naga Kandasamy (Intel), dated June 24, 2013.

3. Exhibit 2 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of Apple's Responses to Samsung's Interrogatory No. 12, dated July 15, 2013.

4. Exhibit 3 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of the Deposition of Dan Schonfeld, dated October 3-4, 2013.

5. Exhibit 4 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of the Deposition of Chris Wysocki, dated June 27, 2013.

6. Exhibit 5 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of the Deposition of Carl Alberty (Cirrus Logic), dated July 2, 2013.

7. Exhibit 6 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, an Email from Ducca to Kolovos Regarding Interrogatories 33 and 36, dated July 18, 2013.

8. Exhibit 7 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports,

excerpts of an Email from Thakur to Kolovos and Stone Regarding Resolution of Discovery Issues, dated July 22, 2013.

9. Exhibit 8 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of a Letter from Kolovos to Thakur Regarding Components and Including Chart, dated August 1, 2013.

10. Exhibit 9 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of the Deposition of Tim Millet, dated June 26, 2013.

11. Exhibit 10 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of a Letter from Silhasek to Thakur Regarding 30(b)(6) Topics, dated June 24, 2013.

12. Exhibit 13 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, excerpts of the Expert Report of Dan Schonfeld Regarding Infringement, dated August 12, 2013.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Samuel Drezdzon in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports, filed herewith.  In short, the above documents discuss and refer to material designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential.  Samsung accordingly requests that the Court order the information filed under seal, and expects that Apple will comply with L.R. 79-5(e) by filing an appropriate declaration with the Court for those portions and documents that reference Apple-designated information.  Samsung's entire filing will be filed with the Court pursuant to L.R. 79-5 and served on all parties.

1    Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel
2  regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File
3  Documents Under Seal Relating to Samsung's Opposition to Apple Inc.'s Motion to Strike
4  Arguments from Samsung's Infringement Reports as a procedural mechanism for filing portions
5  of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's
6  Infringement Reports and supporting documents under seal.  Apple reserves the right to challenge
7  any proposed redactions to the extent it believes those redactions improperly seal non-confidential
8  information.

10  DATED:  November 19, 2013         QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

13                                    By */s/ Samuel Drezdzon*
                                         Charles K. Verhoeven
14                                       Kevin P.B. Johnson
                                         Victoria F. Maroulis
15                                       William C. Price

                                         Attorneys for Defendants
17                                       SAMSUNG ELECTRONICS CO., LTD.,
                                         SAMSUNG ELECTRONICS AMERICA, INC.,
18                                       and SAMSUNG TELECOMMUNICATIONS
                                         AMERICA, LLC

## ATTESTATION

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file Samsung's Administrative Motion To File Documents Under Seal Relating to Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Samuel Drezdzon has concurred in this filing.

Dated:  November 19, 2013                     */s/ Victoria Maroulis*
                                                                       Victoria Maroulis