1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Cal. Bar No. 108542)
10 williamprice@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF CORRECTION OF UNREDACTED VERSION OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Defendant and Counterclaim-Plaintiff Samsung Electronics Co., LTD, Samsung
2  Electronics America, Inc. and Samsung Telecommunications America, LLC ("Samsung") filed its
3  Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement Reports on
4  November 19, 2013.  *See* D.I. 963.   The incorrect version of Samsung's Opposition to Apple's
5  Motion to Strike Arguments from Samsung's Infringement Reports—Unredacted Version of
6  Document Sought to be Sealed was inadvertently filed with highlighting that did not match the
7  public redacted version.   Samsung accordingly provides notice of its filing of a corrected version
8  of its Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement Reports—
9  Unredacted Version of Document Sought to be Sealed with the appropriate highlighting.

DATED:   November 20, 2013            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By */s/ Victoria Maroulis*
                                           Charles K. Verhoeven
                                           Kevin P.B. Johnson
                                           Victoria F. Maroulis
                                           William C. Price

                                           Attorneys for Defendants
                                           SAMSUNG ELECTRONICS CO., LTD.,
                                           SAMSUNG ELECTRONICS AMERICA, INC.,
                                           and SAMSUNG TELECOMMUNICATIONS
                                           AMERICA, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 20, 2013          */s/ James Razick*___
                                   James Razick

-4-                                                    Case No. 12-cv-00630-LHK
NOTICE OF CORRECTION OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENT FROM SAMSUNG'S INFRINGEMENT REPORTS