JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Non-Parties and Plaintiff/Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC., a California corporation,

    Plaintiff,

  v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Counterclaim-Plaintiffs,

  v.

APPLE INC., a California corporation,

    Counterclaim-Defendant.

CASE NO.: 12-cv-00630-LHK (PSG)

**CERTIFICATE OF SERVICE UPON MICROSOFT CORPORATION**

I, Jennifer J. Rho, hereby certify that on this 20th day of November, 2013, I did cause the documents to be served in the following manner:

- Apple's Opposition to Samsung's Motion to Strike regarding Apple Patents (D.I. 880) and

- Declaration of Jennifer Rho in Support of Apple's Opposition to Samsung's Motion to Strike regarding Apple Patents (D.I. 880)

On the interested parties in this action addressed as follows:

### ATTORNEYS FOR MICROSOFT CORPORATION

Gary H. Levin
levin@woodcock.com
2929 Arch Street
Philadelphia, PA 19104
215-568-3439

__X__  **BY ELECTRONIC MAIL TRANSMISSION** from jrho@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

Executed on November 20, 2013 in Washington, DC.

Dated:   November 20, 2013

*Jennifer J. Rho*
Jennifer J. Rho
Gibson, Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
213-229-7103 - Office