JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1        In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves this Court for an order to seal the following:

   1.   Portions of the confidential, unredacted version of Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions ("Apple's Opposition"); and

   2.   Exhibits 3, 5, 7-11, 14, and 16 to the Declaration of Peter J. Kolovos in Support of Apple's Opposition ("Kolovos Declaration").

   As set forth in the Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal filed herewith, portions of Apple's Opposition and Exhibits 3, 5, 10, 11, and 14 to the Kolovos Declaration contain or discuss confidential Apple information.  Portions of Apple's Opposition and Exhibits 3, 5, 7-11, 14, and 16 may also contain or discuss information that Samsung and/or third parties Intel, Qualcomm, Alcatel-Lucent, AT&T, T-Mobile, and Ericsson regard as confidential.  To the extent that is the case, Apple expects that that these parties will file a supporting declaration in accordance with Civil L.R. 79-5.

   Apple's entire filing, including the complete and unredacted versions of the aforementioned documents, will be lodged with the Court for *in camera* review and served on counsel for Samsung.  Third parties Intel, Qualcomm, Alcatel-Lucent, AT&T, T-Mobile, and Ericsson will be served with the Kolovos Declaration, which describes the information filed with the Court.  Further, in accordance with the Court's Civil Standing Order regarding Motions to File Under Seal, a proposed public redacted version of the documents which Apple has moved to seal are being publicly e-filed with this motion.

   Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion.  Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Opposition and documents supporting Apple's Opposition under seal.  Samsung has indicated that it reserves the

1  right to challenge any proposed redactions to the extent that it believes those redactions
2  improperly seal non-confidential information.

3
4
5  Dated:  November 19, 2013

WILMER CUTLER PICKERING
  HALE AND DORR LLP

6
/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
7  (mark.selwyn@wilmerhale.com)
950 Page Mill Road
8  Palo Alto, CA  94304
Telephone:  (650) 858-6000
9  Facsimile:  (650) 858-6100

10 *Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 19, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn
