JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br>Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Counterclaim-Plaintiffs,<br>v.<br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK (PSG)<br><br>**NOTICE OF SUPPLEMENTAL DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND UNREDACTED VERSION OF EXHIBIT 11** |

NOTICE OF SUPPLEMENTAL DECLARATION OF PETER KOLOVOS
AND CORRECTION OF UNREDACTED VERSION OF EXHIBIT 11
CASE NO. 12-CV-630-LHK (PSG)
1

ActiveUS 118051660v.1

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") filed its Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions on November 19, 2013 ("Apple's Opposition").  (Dkt. 965-3.)  The highlighting of Exhibit 11 to the Declaration of Peter J. Kolovos in Support of Apple's Opposition ("Kolovos Declaration") inadvertently omitted one sentence that Apple wishes to support sealing.  Apple accordingly provides notice of the filing of a corrected version of the unredacted version of Exhibit 11.  Apple is also filing a Supplemental Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal to provide additional support for why Apple supports sealing portions of Apple's Opposition and Exhibits 11 and 14 to the Kolovos Declaration.

Dated:  November 20, 2013                    WILMER CUTLER PICKERING
                                             HALE AND DORR LLP


                                             By:  /s/ Mark D. Selwyn


                                                  Attorneys for Counterclaim-defendant
                                                  APPLE, INC.

NOTICE OF SUPPLEMENTAL DECLARATION OF PETER KOLOVOS
AND CORRECTION OF UNREDACTED VERSION OF EXHIBIT 11
CASE NO. 12-CV-630-LHK (PSG)
2

ActiveUS 118051660v.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document and its supporting documents were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated:  November 20, 2013            */s/ Mark D. Selwyn*
                                              Mark D. Selwyn

NOTICE OF SUPPLEMENTAL DECLARATION OF PETER KOLOVOS
AND CORRECTION OF UNREDACTED VERSION OF EXHIBIT 11
CASE NO. 12-CV-630-LHK (PSG)
3

ActiveUS 118051660v.1