| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **SUPPLEMENTAL DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. This declaration supplements my declaration in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 965-1).

3. Concurrent with Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 965), Apple filed its Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions ("Apple's Opposition") (Dkt. No. 965-4). Portions of Apple's Opposition (highlighted in blue) contain or discuss detailed technical information regarding the structure and/or operation of Apple products and the components therein, including the operation of the third party baseband chipsets in Apple's products. The Court has previously granted Apple's requests to seal similar technical information. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (*citing Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal schematics related to the Apple iBook and iSight and Apple source code). These portions also contain information that Intel and/or Qualcomm may consider confidential.

4. Portions of Apple's Opposition (highlighted in pink) contain detailed discussion of information confidential to the carriers used by the accused Apple products and the suppliers of base stations potentially used by the carriers. Apple has provided some of these portions to the third parties whose confidential information appears in Apple's Opposition. However, the third party confidential information contained in most of these portions is commingled so extensively that there is no way to provide these portions to the third parties for review. Accordingly, to the extent any third party supports sealing any portion of Apple's Opposition,

1  Apple requests that all highlighted portions that contain commingled third party information be
2  sealed.
3       5.    Concurrent with Apple's Administrative Motion to File Documents Under Seal,
4  Apple filed Exhibit 11 to the Declaration of Peter J. Kolovos in Support of Apple's Opposition
5  ("Exhibit 11") (Dkt. No. 965-20).  Attached to this declaration is a revised highlighted version of
6  Exhibit 11.  The following portions of Exhibit 11 (highlighted in blue) contain or discuss detailed
7  technical information regarding the operation of baseband chipsets used in Apple products and/or
8  detailed technical information regarding the operation of carrier networks:  paragraphs 687,
9  1137, 1139, 1142, 1143, 1144, 1145, 1147, 1148, and 1149.  The Court has previously granted
10 Apple's request to seal similar technical information.  *See, e.g., Apple Inc. v. Samsung*
11 *Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (*citing*
12 *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal.
13 2011)) (granting Apple's request to seal schematics related to the Apple iBook and iSight as well
14 as Apple source code).  The portions described above also contain or discuss information that
15 third parties Intel and/or Qualcomm may consider confidential.
16      6.    The following portions of Exhibit 11 (highlighted in pink) contain detailed
17 discussion of information confidential to the carriers used by the accused Apple products and the
18 suppliers of base stations potentially used by the carriers: paragraphs 686, 687, 1138, 1140, and
19 1141.  Apple has provided some of these paragraphs to the third parties whose confidential
20 information appears in these paragraphs.  However, the third party confidential information
21 contained in most of these paragraphs is commingled so extensively that there is no way to
22 provide these paragraphs to the third parties for review.  Accordingly, to the extent any third
23 party supports sealing any portion of these paragraphs, Apple requests that all highlighted
24 portions of these paragraphs that contain commingled third party information be sealed.  Exhibit
25 11 is being filed entirely under seal because it was designated by Samsung as Attorneys' Eyes
26 Only.
27
28

7. Concurrent with Apple's Administrative Motion to File Documents Under Seal, Apple filed Exhibit 14 to the Declaration of Peter J. Kolovos in Support of Apple's Opposition ("Exhibit 14") (Dkt. No. 965-24). In addition to the portions identified in my previous declaration, the following portions of Exhibit 14 (highlighted in yellow) contain or discuss detailed technical information, including source code, regarding the operation of Apple products and the components therein: paragraph 530. The Court has previously granted Apple's requests to seal similar technical information. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (*citing Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal schematics related to the Apple iBook and iSight as well as Apple source code).

8. The relief requested by Apple is necessary and narrowly tailored to protect Apple's confidential information.

9. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge, and that this Declaration was executed this 20th day of November, 2013, in Boston, Massachusetts.

Dated:  November 20, 2013          */s/ Peter J. Kolovos*
                                    Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 20, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: November 20, 2013                         /s/ Mark D. Selwyn
                                                 Mark D. Selwyn