DAVID H. DOLKAS (State Bar No. 111080)
ddolkas@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park, CA 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401

BRETT E. BACHTELL
bbachtell@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606-5055
Telephone: +1 312 372 7000
Facsimile: +1 312 984 7700

Attorneys for Non-Party
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF BRETT E. BACHTELL REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

I, Brett E. Bachtell, hereby declare as follows:

1. I am a partner at the law firm of McDermott Will & Emery LLP and counsel for non-party Qualcomm Incorporated ("Qualcomm"). I am licensed to practice law in the State of Illinois. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 878) on November 5, 2013. Concurrently with this motion, Samsung also filed an excerpt of the Expert Report of Dr. Thomas E. Fuja Regarding Non-Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 (Dkt. No. 878-11) ("Fuja Report") and an excerpt of Apple Inc.'s Further Supplemental Objections and Responses to Samsung's First Set of Interrogatories to Apple (No. 12) (Dkt. No. 878-18) ("Apple's Interrogatory Responses"). Qualcomm already supported sealing the highly confidential material in the Fuja Report. (Dkt. 927.) Given the sensitive nature of certain highly confidential material contained within Apple's Interrogatory Responses, Qualcomm also supports Samsung's request to seal portions of Apple's Interrogatory Responses that contain Qualcomm's confidential information.

3. Upon information and belief, at least pages 189 lines 7-25, 190 lines 20-27, 191 lines 1-3, 192 lines 5-18, 194 lines 21-27, 195 lines 1-8, 196 lines 22-27, 197 lines 1-7, 199 lines 10-25, 200 lines 1-2, 201 lines 9-20, 204 lines 1-6, and 205 lines 7-8 describe highly confidential Qualcomm technical materials and source code and provide detailed information about highly valuable trade-secret reference software that Qualcomm licenses to its customers to adapt to their devices containing Qualcomm chipsets. Upon information and belief, page 190 lines 1-3, 192 lines 19-20, 195 lines 9-12, 197 lines 8-15, 200 lines 7-15, 204 lines 13-16, 205 lines 4-6 and 8-10, and page 206 lines 8-10 of Apple's Interrogatory Responses also describe highly confidential Qualcomm technical materials and source code and provide detailed information about highly valuable trade-secret reference software that Qualcomm licenses to its customers to adapt to their devices containing Qualcomm chipsets. Counsel for Apple was unable to provide these portions of the document to Qualcomm for review because they apparently also contain information

Non-Party Qualcomm's Declaration in
Support of Samsung's Motion to Seal                    1                    Case No. 12-cv-00630 (LHK)

1 designated as confidential by other third parties.  Public disclosure of information regarding the
2 technical functionality and source code related to Qualcomm products or unauthorized disclosure
3 to non-licensees or competitors would be harmful to Qualcomm.  This Court has previously
4 granted similar requests to seal in the litigation between Apple and Samsung tried last year. *See,*
5 *e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012
6 N.D. Cal.) (Dkt. No. 1649 at 8).

7    4.   The relief requested is necessary and narrowly tailored to protect confidential
8 information contained within the highly confidential Qualcomm material produced in this matter.

9    5.   I declare under the penalty of perjury under the laws of the United States of
10 America that the foregoing is true and correct to the best of my knowledge and that this
11 Declaration was executed this 21st day of November, 2013, in Chicago, Illinois.

Dated:  November 21, 2013                              */s/* Brett E. Bachtell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 21, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Brett Bachtell has concurred in this filing.

Dated: November 21, 2013

*/s/ Mark D. Selwyn*
Mark D. Selwyn