| | |
|---|---|
| JOSH KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Counterclaim-Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br>         Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**NOTICE OF CORRECTION OF EXHIBITS FILED IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE REGARDING APPLE PATENTS** |

NOTICE OF CORRECTION OF EXHIBITS ISO APPLE'S OPPOSITION TO
SAMSUNG'S MOTION TO STRIKE REGARDING APPLE PATENTS
CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

1   Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") filed its Opposition to Samsung's Motion to Strike Regarding Apple Patents (D.I. 880) on November 19, 2013, with supporting exhibits. *See* D.I. 964.  Incorrect versions of Exhibits I, J, and N to the Declaration of Jennifer Rho in support of Apple's Opposition, including extraneous material and/or not including the highlighting that was intended to be present, were inadvertently filed in support thereof.

Apple accordingly provides notice of its filing of corrected versions of Exhibits I, J, and N that contain the correct pages and highlighting, as necessary.

Dated: November 21, 2013

GIBSON, DUNN & CRUTCHER LLP

By: ___/s/   H. Mark Lyon___
      *Attorney for Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 21, 2013     /s/ H. Mark Lyon

Gibson, Dunn & Crutcher LLP

NOTICE OF CORRECTION OF EXHIBITS ISO APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE REGARDING APPLE PATENTS
CASE NO. 12-CV-00630-LHK (PSG)