ALEX L. YIP, ESQ.
ALCATEL-LUCENT
SENIOR IP CORPORATE COUNSEL
INTELLECTUAL PROPERTY BUSINESS GROUP
600 Mountain Avenue
Room 3C-217
Murray Hill, NJ  07974

Attorneys for Non-Party
Alcatel-Lucent

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF ALEX YIP REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Alex Yip, hereby declare as follows::

1.  I am an attorney for Alcatel-Lucent. I am licensed to practice law in the State of New York. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.  Apple filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 965) on November 19, 2013. I understand that concurrently with this motion, Apple filed its Opposition to Samsung's Motion to Strike Expert Testimony ("Apple's Opposition") and an excerpt from the Expert Report of Paul S. Min, Ph.D. Regarding Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 ("Min Report"). Given the sensitive nature of the highly confidential material contained within Apple's Opposition and the Min Report, Alcatel-Lucent supports Apple's request to seal portions of both documents that contain Alcatel-Lucent's confidential information.

3.  Page 8 lines 26-28 and page 10 lines 4-7 of Apple's Opposition contain highly confidential information relating to how Alcatel-Lucent's network equipment operates. The discussion is based upon Apple's responses to Samsung's Interrogatory No. 12. I understand from counsel for Apple that these responses rely upon confidential testimony from an Alcatel-Lucent employee's deposition and confidential documents attached as exhibits to that deposition. This information is highly confidential trade secret information and public disclosure of it would be harmful to Alcatel-Lucent.

4.  Upon information and belief, page 8 lines 24-26, page 9 lines 2-5, page 10 lines 8-12, page 17 lines 5-6 and 10, and page 25 lines 11-12 and 14-17 of Apple's Opposition reference highly confidential Alcatel-Lucent information relating to how Alcatel-Lucent's network equipment operates. Counsel for Apple was unable to provide these portions of Apple's Opposition to Alcatel-Lucent for review because they apparently also contain information designated as confidential by other third parties. I believe this information is highly confidential trade secret information and public disclosure of it would be harmful to Alcatel-Lucent.

5. Upon information and belief, portions of paragraphs 686-687, 1138, 1140-1141 of the Min Report reference highly confidential Alcatel-Lucent information relating to how Alcatel-Lucent's network equipment operates. Counsel for Apple was unable to provide these portions of the Min Report to Alcatel-Lucent for review because they apparently also contain information designated as confidential by other third parties. I believe this information is highly confidential trade secret information and public disclosure of it would be harmful to Alcatel-Lucent.

6. The relief requested by is necessary and narrowly tailored to protect confidential information contained within the confidential Alcatel-Lucent material produced in this matter.

7. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 22nd day of November, 2013, in Mahwah, NJ.

Dated: November 22, 2013            */s/ Alex Yip*
                                    Alex Yip

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 22, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

# ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Alex Yip has concurred in this filing.

Dated: November 22, 2013                    */s/ Mark D. Selwyn*
Mark D. Selwyn