1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17
                    UNITED STATES DISTRICT COURT
18
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 21         Plaintiff, | **NOTICE OF CORRECTION OF EXHIBIT IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS** |
| 22      vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26         Defendants. | |

27
28

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed its Opposition to Apple's Motion to Strike Arguments From Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents (Dkt. 962) on November 19, 2013.  Exhibit 7 to the Declaration of Michael L. Fazio in support of Samsung's Opposition, filed under seal, should have included portions of the deposition transcript of Jeffrey Stedfast, taken in this case on July 3, 2013.  Samsung inadvertently filed under seal the entire transcript of Mr. Stedfast's deposition.  Samsung now provides notice that it has filed under seal a corrected version of Exhibit 7 that includes only the portions of the deposition transcript cited in Samsung's Opposition.

DATED:  November 23, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael L. Fazio*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this Notice. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: November 23, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran