1  Paula M. Phillips
   Legal Administrator
2  One AT&T Way
   Room 3A109
3  Bedminster, NJ 07921

4  Attorneys for Non-Party
   AT&T Services Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PAULA PHILLIPS REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Paula M. Phillips, hereby declare as follows::

1.  I am a Legal Administrator for AT&T Services, Inc. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.  Apple filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 965) on November 19, 2013. I understand that concurrently with this motion, Apple filed its Opposition to Samsung's Motion to Strike Expert Testimony ("Apple's Opposition") and an excerpt from the Expert Report of Paul S. Min, Ph.D. Regarding Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 ("Min Report"). Given the sensitive nature of the highly confidential material contained within Apple's Opposition and the Min Report, AT&T supports Apple's request to seal portions of both documents that contain AT&T's confidential information.

3.  Upon information and belief, page 8 lines 24-28, page 9 lines 2-5, page 10 lines 4-12, page 17 lines 5-6 and 10, and page 25 lines 11-12 and 14-17 of Apple's Opposition reference highly confidential information relating to how network equipment on the AT&T network allegedly operates. Counsel for Apple was unable to provide these portions of Apple's Opposition to AT&T for review because they apparently also contain information designated as confidential by other third parties. This information is highly confidential trade secret information and public disclosure of it would be harmful to AT&T.

4.  A portion of paragraph 1138 of the Min Report discusses a "HSUPA Tutorial" document produced by AT&T and highly confidential information relating to how network equipment on the AT&T network allegedly operates. AT&T considers the contents of the "HSUPA Tutorial" document to be confidential, and marked the document "AT&T Confidential" when it was produced.

5.  Upon information and belief, portions of paragraphs 686-687, 1138, 1140-1141 of the Min Report reference highly confidential information relating to how network equipment on the AT&T network allegedly operates. Other than the portion of paragraph 1138 discussed above, counsel for Apple was unable to provide these portions of the Min Report to AT&T for

review because they apparently also contain information designated as confidential by other third parties. This information is highly confidential trade secret information and public disclosure of it would be harmful to AT&T.

6. The relief requested by is necessary and narrowly tailored to protect confidential information contained within the confidential Alcatel-Lucent material produced in this matter.

7. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 25th day of November, 2013, in Bedminster, NJ.

Dated: November 25, 2013            /s/ [signature]

Paula M. Phillips

---

Non-Party AT&T Services Inc.'s Declaration in
Support of Apple's Motion to Seal            2            Case No. 12-cv-00630 (LHK)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 25, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Paula M. Phillips has concurred in this filing.

Dated: November 25, 2013            /s/ Mark D. Selwyn
                                    Mark D. Selwyn