```
 1  ROBERT F. PERRY
    rperry@kslaw.com
 2  ALLISON H. ALTERSOHN
    aaltersohn@kslaw.com
 3  KING & SPALDING LLP
    1185 Avenue of the Americas
 4  New York, NY 10036-4003
    Telephone: (212) 556-2100
 5  Facsimile: (212) 556-2222

 6  Attorneys for Non-party
    Nokia Solutions and Networks US LLC
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF JOHN KOLAKOWSKI IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

I, John Kolakowski, declare as follows:

1. I am in-house counsel at non-party Nokia Solutions and Networks US LLC. ("NSN"). I have knowledge of the facts set forth in this declaration, and if called to testify as a witness thereto could do so competently under oath.

2. NSN submits this declaration in support of Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Opposition to Samsung's Motion to Strike Expert Testimony (Dkt. No. 965). By this declaration, non-party NSN requests that the Court keep under seal confidential NSN material related to documents that non-party T-Mobile produced in response to a subpoena served on T-Mobile in this case. Background facts about T-Mobile's production of NSN documents and the legal standard controlling this request are outlined in T-Mobile's Response to Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 935).

3. For the reasons outlined below, NSN seeks to maintain under seal technical specifications about the capabilities of NSN cellular infrastructure equipment used in T-Mobile's cellular network described in the Expert Report of Dr. Paul S. Min Regarding Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596, dated August 12, 2013 ("Min Expert Report"). Specifically, NSN seeks to seal the following excerpts from the Min Expert Report that reference T-Mobile-produced documents containing NSN confidential information:

¶ 686; and

¶ 1138.

3. NSN has a regular business practice of keeping certain documents confidential, including confidential technical specifications it provides to its infrastructure equipment customers.

4. NSN provided the NSN documents referenced in the Min Expert Report to T-Mobile under a non-disclosure agreement that prohibits T-Mobile from disclosing this information outside of its business relationship with NSN, unless required by law.

5. Before T-Mobile produced the NSN documents referenced in the Min Expert Report, it sought NSN's permission to produce them. NSN agreed to the non-party document production only to the extent that the documents would be designated "Highly Confidential – Attorneys' Eyes Only" in accordance with the Protective Order in this case, and would be treated in accordance with the requirements of the Protective Order for documents so designated.

6. The public disclosure of this information would cause NSN harm by giving third-parties (including individuals responsible for competitive decision-making) insights into technical details of the design and capabilities of NSN equipment that operates on T-Mobile's cellular network. Such disclosure would allow competitors to potentially gain an unfair advantage in dealings with and against NSN, as those third-party competitors leverage that confidential material to inform the design and development of their cellular products and networks in this highly competitive wireless telecommunications industry.

7. Because NSN has sought to maintain the confidentiality of the materials described above, and because public disclosure of these materials could cause NSN significant competitive harm, the portions of the documents described above should be redacted and shielded from disclosure to NSN's competitors and the public.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Chevy Chase, Maryland on November 25, 2013.

Dated: November 25, 2013

By: _____

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 25, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that John Kolakowski has concurred in this filing.

Dated: November 25, 2013            */s/ Mark D. Selwyn*
Mark D. Selwyn

Case No. 12-cv-00630 (LHK)