IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>              Plaintiff,<br><br>              v.<br><br>SAMSUNG ELECTRONICS CO., LTD,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF THIRD-PARTY MICROSOFT IN SUPPORT OF ADMINISTRATIVE MOTIONS TO SEAL CERTAIN SUBMISSIONS CONTAINING HIGHLY CONFIDENTIAL MICROSOFT INFORMATION** |

I, William J. Harmon, declare and state as follows:

1.      I am an attorney at Microsoft Corporation.  Pursuant to Local Rule 79-5, I submit this Declaration in support of (a) Samsung's Administrative Motion to File Documents under Seal (Dkt. 962) filed in connection with its Opposition to Apple's Motion to Strike certain arguments from Samsung's expert reports; and (b) Apple's Administrative Motion to File Documents under Seal (Dkt. 964) filed in connection with its Opposition to Samsung's Motion to Strike certain expert testimony based on previously undisclosed claim construction theories.

2.      I am the same Bill Harmon who submitted a previous declaration (Dkt. 933) in support of the parties' respective Administrative Motions  (Dkt. 878 (Samsung) and Dkt. 890 Apple)) to seal similar information in Samsung's and Apple's underlying Motions to Strike, which were filed on November 5, 2013.  I have personal knowledge of the facts set forth in both this and my previous declarations and, if called as a witness, could competently testify to them under oath on behalf of Microsoft.

3.      Samsung's sealing motion (Dkt. 962) relates to documents filed in connection with Samsung's Opposition to Apple's Motion to Strike certain arguments from Samsung's

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**<br>One Liberty Place, 46th Floor<br>Philadelphia, PA 19103<br>(215) 568-3100

expert reports, as well as the Fazio declaration filed in support of that Opposition.   I submit this declaration to confirm that Exhibits 2, 3, and 37 to the supporting Fazio Declaration disclose highly confidential information relating to Microsoft's Windows Mobile operating systems and the ActiveSync feature of those systems, including source code.

4.      Apple's sealing motion (Dkt. 964) relates to documents filed in connection with Apple's Opposition to Samsung's Motion to Strike certain expert testimony based on claim construction theories alleged not to comport with the *Markman* order, as well as the Rho Declaration filed in support of that Opposition.  I submit this declaration to confirm that Exhibits J and M of the supporting Rho declaration disclose highly confidential information relating to design and operation of Microsoft's basic Windows operating systems.

5.      The information referred to in paragraphs 3 and 4 above had been produced by Microsoft in response to subpoenas served on it by the parties and had been marked as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Outside Attorneys' Eyes Only – Source code," as appropriate at the time of production.  This same information was included in the parties' underlying Motions to Strike and supporting declarations as filed November 5, 2013. My current declaration is submitted to confirm that this information remains highly confidential to Microsoft and should be sealed for all the same reasons presented in my earlier declaration (Dkt. 933), which I hereby incorporate by reference in its entirety.

6.      The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the afore-mentioned exhibits.   Because Microsoft is a third party to this litigation and did not choose to put its information into issue, sealing of the information is especially appropriate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46ᵗʰ Floor
Philadelphia, PA 19103
(215) 568-3100

1

2    Dated:   November 2{ 2013                    By: _____
3                                                      William J. Harmon
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46ᵗʰ Floor
Philadelphia, PA 19103
(215) 568-3100