1  Paula M. Phillips
   Legal Administrator
2  One AT&T Way
   Room 3A109
3  Bedminster, NJ 07921

4  AT&T Services Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PAULA M. PHILLIPS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS** |

Non-Party AT&T Service's Inc. Declaration in Support of Apple's Motion to Seal                                        Case No. 12-cv-00630 (LHK)

I, Paula M. Phillips, hereby declare as follows:

1. I am a Legal Administrator for AT&T Services, Inc. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 963) on November 19, 2013. I understand that concurrently with this motion, Samsung filed Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports ("Samsung Opposition"). Given the sensitive nature of the highly confidential material contained within this exhibit, AT&T supports Samsung's request to seal portions of the Samsung Opposition that contain AT&T's confidential information.

3. AT&T produced the "ALU EDCH Tutorial" document referenced in paragraph 968 on page 8 of the Samsung Opposition. AT&T considers the contents of the " ALU EDCH Tutorial" document to be confidential, and marked the document "AT&T Confidential" when it was produced. To the extent the content of paragraph 968 on page 8 of the Samsung Opposition is based upon this document, this paragraph would contain information confidential to AT&T.

4. The relief requested by is necessary and narrowly tailored to protect confidential information contained within the confidential AT&T material produced in this matter.

5. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 25th day of November, 2013, in Bedminster, New Jersey.

Dated: November 25, 2013        /s/ _____

Paula M. Phillips