1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100

15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 19             Plaintiff, | **CONSOLIDATED DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |
| 20        vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24             Defendants. | |

I, Daniel Wooseob Shim, declare:

1.      I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2.      I submit this declaration in support of Samsung's administrative motions to file under seal documents in connection with: (1) Apple's Opposition to Samsung's Motion to Strike Regarding Apple Patents (Dkt. No. 964; *see also* Dkt. No. 989); and (2) Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions (Dkt. No. 965; *see also* Dkt. No. 985).

3.      I understand that some of the documents Samsung seeks to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties.  I have reviewed partially redacted versions of the documents that exclude Apple and third-party confidential information.

4.      The documents Samsung seeks to seal include Samsung's source code, detailed descriptions of the operations of Samsung's source code, information about Samsung's licensing agreements with third parties, and the development of Samsung's products.  The portions of the exhibits in support of Samsung's motions that Samsung seeks to seal and the type of information are identified below:

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Apple's Opp. to Samsung's Mot. to Strike Regarding Apple's Patents | p. 1, lines 20-21, 24-27<br>p. 3, lines 25-28<br>p. 4, lines 2-6, 21, 22, 28<br>p. 5, lines 5, 12, 15-17, 9-21, 24-28<br>p. 6, lines 1-3, 5-8, 14-18, 20-21, 23-27.<br>p. 7, lines 1, 4-5, 7-13<br>p. 8, lines 18-21, 27-28<br>p. 10, lines 27-28<br>p. 13, line 17 to p. 14, line | Detailed descriptions of the operation of Samsung's source code; information regarding licensing terms of intellectual property. |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | 9<br><br>p. 17 lines 12-13<br><br>p. 23, 1-3, 7-10 | |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. E – Samsung's Objections and Responses to Apple's 6th Set of Interrogatories | p. 5 lines 18-27<br><br>pp. 7 - 15 | Detailed descriptions of the structure and organization of Samsung's source code. |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. F – '959 Galaxy S III Infringement Chart | The document in its entirety | Detailed descriptions of the structure and organization of Samsung's source code. |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. G – '959 Galaxy S III Infringement Chart Appendix | The document in its entirety | Detailed descriptions of the structure and organization of Samsung's source code. |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. I – Rinard Rebuttal Report [Corrected Version] | p. 28, lines 5-10, paragraph 92<br><br>p. 52, lines 5-6, paragraphs 138-39 (except for the first sentence of each paragraph)<br><br>p. 53, paragraphs 139-140 | Detailed descriptions of the structure and organization of Samsung's source code. |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. J – Snoeren Rebuttal Report [Corrected version] | None | |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. K – '414 Galaxy S III Infringement Chart | p. 8, lines 1-11 and footnotes<br><br>p. 9, lines 4-16 and footnotes | Detailed descriptions of source code on Samsung devices |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. L – Snoeren | p. 95, paragraph 253<br><br>p. 96, paragraphs 257-259, 261 | Contains description of source code on Samsung devices |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Opening Report | p. 97, paragraphs 264-266 | |
| | p. 98, paragraphs 270-273 | |
| | p. 101, paragraphs 286-289 | |
| | p. 174, lines 1-21, 25-27 | |
| | p. 175, lines 1-7 | |
| | Exhibit 7-N, page 7, lines 5-15 and footnotes | |
| | Exhibit 7-N, page 8, lines 2-14 and footnotes | |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. N – Chase Opening Report | None | |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. P – Samsung's Further Supp. Responses to Apple's First, Third, and Tenth Sets of Interrogatories (Nos. 4, 5, 6, 8, 20, 23, 24, 27, 29, 45) | p. 45, lines 25-28 | Detailed descriptions of the operation of Samsung's source code. |
| | p. 46, lines 3-6, 8-9, 17-19, 22-23 | |
| | p. 59, lines 16-18 | |
| | p. 107, lines 22-25 | |
| | p. 108, lines 1-25 | |
| | p. 109, lines 1-2, 5-15, 18-28 | |
| | p. 110, lines 1-6, 9-28 | |
| | p. 111, lines 1-4, 7-13 | |
| | p. 112, lines 1-28 | |
| | p. 113, lines 1-16, 20-28 | |
| | p. 114, lines 1-28 | |
| | p. 115, lines 1-17 | |
| | p. 117, lines 2-9, 23-28 | |
| | p. 118, lines 1-17, 27-28 | |
| | p. 119, lines 1-5, 11-23 | |
| | p. 120, lines 5-6 | |
| | p. 121, lines 4-6, 16-27 | |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., | p. 204, lines 1-11 | Information regarding the development of features included in Samsung's |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Ex. P – Samsung's Further Supp. Responses to Apple's First, Third, and Tenth Sets of Interrogatories (Nos. 4, 5, 6, 8, 20, 23, 24, 27, 29, 45) | | products. |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. R – Mowry Dep. Tr. | None | |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. T – Mowry Opening Report | p. 115, lines 7 | Information regarding the development of features included in Samsung's products. |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. W – Jeffay Opening Report | p. 565 lines 1-2 | Information regarding the development of features included in Samsung's products. |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. X – Mowry Rebuttal Report | None | |
| Rho Motion to Strike Regarding Apple Patents Opp. Decl., Ex. AA – Samsung's Third Supp. Objections and Responses to Rog. 41 | p. 5, lines 20-27<br>p. 6, lines 8-10, 24-26<br>pp. 8-17 | Detailed descriptions of the structure and organization of Samsung's source code. |
| Kolovos Decl. Regarding Apple's Opposition to Samsung's Motion to Strike, Ex. 11 – Min Opening Report | Paragraphs 1137-1138, 1142, 1145 | Information regarding the development of features included in Samsung's products. |
| Kolovos Decl. Regarding Apple's Opposition to Samsung's Motion to Strike, Ex. 10 – Schonfeld Opening Report | p. 1024, Heading "VIII" & ¶¶ 1741-42 | Information regarding the development of features included in Samsung's products. |

5.     As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

6.     Information about Samsung's internal product development processes is likewise highly confidential because competitors could use the information to estimate Samsung's development time frames and release dates.  Competitors could then try to beat Samsung to the market, removing any first-mover advantage Samsung may otherwise enjoy.

7.     Information about Samsung's licensing and contractual agreements with third parties is highly confidential because Samsung frequently negotiates agreements and counterparties could use non-public information about Samsung's existing agreements to Samsung's disadvantage during negotiations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Sydney, Australia on November 26, 2013.

*/s/ Daniel Wooseob Shim*

Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated: November 25, 2013                         */s/ Michael L. Fazio*
                                                 Michael L. Fazio