1   Amy H. Candido
amycandido@quinnemanuel.com
2   Matthew S. Warren
matthewwarren@quinnemanuel.com
3   QUINN EMANUEL URQUHART &
SULLIVAN, LLP
4   50 California Street, 22nd Floor
San Francisco, California  94111-4788
5   (415) 875-6600
(415) 875-6700 facsimile
6

7   Attorneys for Non-Party Google Inc.

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13   APPLE INC., a California corporation,

14          Plaintiff,

15          v.                                    CASE NO. 12-CV-00630-LHK

16   SAMSUNG ELECTRONICS CO., LTD., a             **DECLARATION OF KRISTIN J.**
     Korean corporation; SAMSUNG                  **MADIGAN IN SUPPORT OF APPLE'S**
17   ELECTRONICS AMERICA, INC., a New             **AND SAMSUNG'S ADMINISTRATIVE**
     York corporation, and SAMSUNG               **MOTIONS TO FILE UNDER SEAL**
18   TELECOMMUNICATIONS AMERICA,                  **[DOCKET NOS. 962, 964]**
     LLC, a Delaware limited liability company,
19
            Defendants.
20
     SAMSUNG ELECTRONICS CO., LTD., a
21   Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC., a New
22   York corporation, and SAMSUNG
     TELECOMMUNICATIONS AMERICA,
23   LLC, a Delaware limited liability company,

24          Counterclaim-Plaintiff,

25          v.

26   APPLE INC., a California corporation,

27          Counterclaim-Defendant.

28

1       I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

2       1.      I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-

3   party Google Inc. ("Google") in this action.  I submit this declaration in support of Apple's

4   Administrative Motion to File Under Seal and Samsung's Administrative Motion to File Under

5   Seal.  I have personal knowledge of the following facts, and would competently testify to them if

6   called upon to do so.

7       **APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS**

8       **OPPOSITION TO SAMSUNG'S MOTION TO STRIKE ISSUES RELATED TO**

9       **APPLE PATENTS**

10      2.      On November 19, 2013, Apple Inc. ("Apple") filed an administrative motion to file

11  documents under seal (Docket No. 964), which sought to protect information designated as

12  confidential by non-party Google and discussed in Apple's Opposition to Samsung's Motion to

13  Strike Regarding Apple Patents (Docket No. 880, Attachment 4) ("Opposition"); and Exhibits to

14  the Declaration of Jennifer Rho In Support of Apple's Opposition to Samsung's Motion to Strike

15  Regarding Apple Patents ("Rho Declaration") (Docket No. 964, Attachment 2).  Pursuant to Civil

16  L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's administrative

17  motion to file documents under seal (Docket No. 964), to the extent Apple's Opposition and

18  supporting documents reference non-party Google's highly confidential or proprietary business

19  information.

20      3.      Selected portions of Apple's Opposition (Docket No. 964, Attachment 25, at 1, 4,

21  6-8, 10, 13-14) discuss Google's highly confidential and proprietary source code produced under

22  the protective order governing confidentiality in this action (Docket No. 171) and the agreed

23  addendum to the protective order regarding Google source code production (Docket No. 159).  In

24  addition, selected portions of Apple's Opposition (Docket No. 964, Attachment 25, at 1) discuss

25  proprietary information that is confidential to non-party Google, including licensing terms of

26  Google's intellectual property, produced under the protective order governing confidentiality in

27  this action (Docket No. 171).

28

1       4.      Exhibit F to the Rho Declaration (Docket No. 964, Attachment 4) discusses

2   Google's highly confidential and proprietary source code produced under the protective order

3   governing confidentiality in this action (Docket No. 171) and the agreed addendum to the

4   protective order regarding Google source code production (Docket No. 159).

5       5.      Selected portions of Exhibit I to the Rho Declaration (Docket No. 964,

6   Attachment 6, at 52) discuss proprietary information that is confidential to non-party Google,

7   including product development information, testing documents, and other non-public information

8   of similar competitive and business sensitivity, produced under the protective order governing

9   confidentiality in this action (Docket No. 171).  In addition, selected portions of Exhibit I to the

10  Rho Declaration (Docket No. 964, Attachment 6, at 52-53) discuss Google's highly confidential

11  and proprietary source code produced under the protective order governing confidentiality in this

12  action (Docket No. 171) and the agreed addendum to the protective order regarding Google source

13  code production (Docket No. 159).

14      6.      Selected portions of Exhibit L to the Rho Declaration (Docket No. 964,

15  Attachment 9, at 95-98, 101, 174-175) discuss Google's highly confidential and proprietary source

16  code produced under the protective order governing confidentiality in this action (Docket No. 171)

17  and the agreed addendum to the protective order regarding Google source code production

18  (Docket No. 159).

19      7.      Selected portions of Exhibit P to the Rho Declaration (Docket No. 964, Attachment

20  13, at 108, 111, 113, 115, 120) discuss the June 25, 2013 deposition testimony of Cary Clark, and

21  the May 11, 2012 and June 18, 2013 deposition testimony of Dianne Hackborn.  Mr. Clark's and

22  Ms. Hackborn's deposition transcripts are highly confidential under the protective order governing

23  confidentiality in this action (Docket No. 171) because, among other things, Mr. Clark and Ms.

24  Hackborn testified regarding proprietary functionality and internal business processes that are

25  confidential to non-party Google.

26

27

28

MADIGAN DECLARATION IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL

1   **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS**

2   **OPPOSITION TO APPLE'S MOTION TO STRIKE ISSUES RELATED TO**

3   **APPLE PATENTS**

4        8.     On November 19, 2013, Samsung Electronics Co., Ltd., Samsung Electronics

5   America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed

6   an administrative motion to file documents under seal (Docket No. 962), which sought to protect

7   information designated as confidential by non-party Google and discussed in Samsung's

8   Opposition to Apple's Motion to Strike Arguments From Samsung's Invalidity and Non-

9   Infringement Expert Reports Regarding Apple Patents (Docket No. 962, Attachment 4)

10   ("Opposition"); and Exhibits to the Declaration of Michael L. Fazio In Support of Samsung's

11   Opposition to Apple's Motion to Strike Arguments From Samsung's Invalidity and Non-

12   Infringement Expert Reports Regarding Apple Patents ("Fazio Declaration") (Docket No. 962,

13   Attachment 5).  Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in

14   support of Samsung's administrative motion to file documents under seal (Docket No. 962), to the

15   extent Samsung's Opposition and supporting documents reference non-party Google's highly

16   confidential or proprietary business information.

17        9.     Selected portions of Samsung's Opposition (Docket No. 962, Attachment 4, at 22)

18   discuss proprietary information that is confidential to non-party Google, including product

19   development information, testing documents, and other non-public information of similar

20   competitive and business sensitivity, produced under the protective order governing

21   confidentiality in this action (Docket No. 171).  In addition, selected portions of Samsung's

22   Opposition (Docket No. 962, Attachment 4, at 24 n.27) discuss Google's highly confidential and

23   proprietary source code produced under the protective order governing confidentiality in this

24   action (Docket No. 171) and the agreed addendum to the protective order regarding Google source

25   code production (Docket No. 159).

26        10.     Selected portions of Exhibit 24 to the Fazio Declaration (Docket No. 962,

27   Attachment 11) discuss Google's highly confidential and proprietary source code produced under

28   the protective order governing confidentiality in this action (Docket No. 171) and the agreed

1  addendum to the protective order regarding Google source code production (Docket No. 159).  In

2  addition, selected portions of Exhibit 24 to the Fazio Declaration (Docket No. 962, Attachment 11,

3  at 61-62 n.67) discuss the May 10, 2012 deposition testimony of Bjorn Bringert.  Mr. Bringert's

4  deposition transcripts are highly confidential under the protective order governing confidentiality

5  in this action (Docket No. 171) because, among other things, Mr. Bringert testified regarding

6  proprietary functionality and internal business processes that are confidential to non-party Google.

7       11.     Selected portions of Exhibit 37 to the Fazio Declaration (Docket No. 962,

8  Attachment 12, at 94) discuss Google's highly confidential and proprietary source code produced

9  under the protective order governing confidentiality in this action (Docket No. 171) and the agreed

10  addendum to the protective order regarding Google source code production (Docket No. 159).  In

11  addition, selected portions of Exhibit 37 to the Fazio Declaration (Docket No. 962, Attachment 12,

12  at 94) discuss the June 11, 2013 deposition testimony of Paul Westbrook.  Mr. Westbrook's

13  deposition transcript is highly confidential under the protective order governing confidentiality in

14  this action (Docket No. 171) because, among other things, Mr. Westbrook testified regarding

15  proprietary functionality and internal business processes that are confidential to non-party Google.

16       12.     Exhibit 45 to the Fazio Declaration (Docket No. 962, Attachment 13) discusses

17  Google's highly confidential and proprietary source code produced under the protective order

18  governing confidentiality in this action (Docket No. 171) and the agreed addendum to the

19  protective order regarding Google source code production (Docket No. 159).  In addition, selected

20  portions of Exhibit 45 to the Fazio Declaration (Docket No. 962, Attachment 13, at 52, 120-121,

21  128, 136-138) discuss proprietary information that is confidential to non-party Google, including

22  product development information, testing documents, and other non-public information of similar

23  competitive and business sensitivity, produced under the protective order governing

24  confidentiality in this action (Docket No. 171).

25       13.     Exhibit 46 to the Fazio Declaration (Docket No. 962, Attachment 13) is an excerpt

26  from the May 10, 2012 deposition testimony of Bjorn Bringert.  Mr. Bringert's deposition

27  transcript is highly confidential under the protective order governing confidentiality in this action

28

1 (Docket No. 171) because, among other things, Mr. Bringert testified regarding proprietary

2 functionality and internal business processes that are confidential to non-party Google.

3       14.    Exhibit 47 to the Fazio Declaration (Docket No. 962, Attachment 13) is an excerpt

4 from the June 28, 2013 deposition testimony of Bjorn Bringert.  Mr. Bringert's deposition

5 transcript is highly confidential under the protective order governing confidentiality in this action

6 (Docket No. 171) because, among other things, Mr. Bringert testified regarding proprietary

7 functionality and internal business processes that are confidential to non-party Google.

8       15.    Exhibit 48 to the Fazio Declaration (Docket No. 962, Attachment 13) discusses

9 Google's highly confidential and proprietary source code produced under the protective order

10 governing confidentiality in this action (Docket No. 171) and the agreed addendum to the

11 protective order regarding Google source code production (Docket No. 159).

12       16.    Exhibit 53 to the Fazio Declaration (Docket No. 962, Attachment 13) is an excerpt

13 from the July 26, 2013 deposition testimony of Hiroshi Lockheimer.  Mr. Lockheimer's deposition

14 transcript is highly confidential under the protective order governing confidentiality in this action

15 (Docket No. 171) because, among other things, Mr. Lockheimer testified regarding proprietary

16 functionality and internal development discussions that are confidential to non-party Google.

17       17.    Exhibit 54 to the Fazio Declaration (Docket No. 962, Attachment 13) discusses

18 proprietary information that is confidential to non-party Google, including product development

19 information, testing documents, and other non-public information of similar competitive and

20 business sensitivity, produced under the protective order governing confidentiality in this action

21 (Docket No. 171).

22     I declare under penalty of perjury that the foregoing is true and correct.

23     Executed in San Francisco, California, on November 25, 2013.

24         By /s/ Kristin J. Madigan
          Kristin J. Madigan

-5-    CASE NO. 12-CV-00630 LHK
MADIGAN DECLARATION IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL