JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:   650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS** |

Gibson, Dunn &
Crutcher LLP

1    I, Emily L. Fedman, declare and state as follows:

2        1.   I am a member of the California State Bar and an associate in the law firm of

3    Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple").  Pursuant to Local Rules 7-

4    11 and 79-5, I submit this Declaration in support of Samsung's Opposition to Apple's Motion

5    to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports

6    Regarding Apple Patents ("Opposition to Motion to Strike") and related documents.

7        2.   I am submitting this declaration to confirm that there is good cause to seal portions

8    of Samsung's Opposition to Motion to Strike as well as certain documents supporting the

9    Opposition, as they are confidential and sealable.  I have personal knowledge of the facts set

10   forth in this declaration and, if called as a witness, could and would competently testify to them

11   under oath.

12       3.   Samsung filed an Administrative Motion to File Under Seal Documents Relating to

13   Samsung's Opposition to Motion to Strike on November 19, 2013.  The motion sought to seal

14   portions of Samsung's Opposition to Motion to Strike and certain documents filed in support

15   thereof.  D.I. 962.  Samsung filed the declaration of Michael L. Fazio in support of its motion

16   to seal those documents.  D.I. 962-1.  Additionally, Samsung filed the Declaration of Daniel

17   Wooseob Shim in Support of Samsung's Administrative Motions to File Under Seal (D.I. 962-

18   15) related to Samsung's Opposition to Motion to Strike to support the sealing of the

19   confidential Samsung information that appears in the Opposition and supporting exhibits.

20       4.   Portions of Samsung's Opposition to Motion to Strike and Exhibits 2, 9, 28, 31, 36

21   and 37 contain excerpts of Apple's highly confidential and proprietary source code information

22   and technical information closely related to source code, and thus should remain under seal.  In

23   particular, the technical information at issue here is itself source code, describes the specifics of

24   Apple's source code, or is derived from source code, and is similar to other information the

25   Court has ordered sealed.  *See Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-

26   1846, D.I. 2250-1 at 7-8 (Feb. 20, 2013), D.I. 2397 at 2-3 (Sep. 11, 2013).  The information

27

28

Gibson, Dunn &
Crutcher LLP

1    that Apple seeks to seal here has always been non-public, and its exposure would cause Apple

2    to lose significant competitive advantage.

3         5.    This Court has previously confirmed that "[c]onfidential source code clearly meets

4    the definition of a trade secret" and thus is sealable under the "compelling reasons" standard.

5    *Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2190 at 3 (Dec. 10,

6    2012), D.I. 2046 at 3 (Oct. 16, 2012), D.I. 1649 at 8 (Aug. 9, 2012) (citing *Agency*

7    *Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011).

8    "[T]echnical information that is closely related to Apple's source code" is similarly considered

9    to be sealable.  *See Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I.

10   2250-1 at 7-8 (Feb. 20, 2013), D.I. 2397 at 2-3 (Sep. 11, 2013).

11        6.    As discussed in further detail below, I am aware that the specific Apple technical

12   information at issue in Samsung's Opposition to Motion to Strike and Exhibits 2, 9, 28, 31, 36,

13   and 37 is non-public. Indeed, as Apple's employees have explained in many different

14   declarations supporting the sealing of source code and closely-related technical information,

15   Apple treats its source code and closely-related technical information with the utmost

16   confidentiality, restricting access even within Apple to such source code. *See also* Declaration

17   of Cyndi Wheeler, D.I. 803 at ¶¶ 3-5; Declaration of Cyndi Wheeler, D.I. 685; Declaration of

18   Henri Lamiraux, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.,* Case No. 11-cv-1846, D.I.

19   1505 (July 30, 2012).  Apple maintains extremely tight controls on its source code that limit

20   access to such source code, as Apple considers its unique source code to be its own trade

21   secrets and the subject of independent economic value. *See, e.g.,* D.I. 803 at ¶¶ 3-5; *see also*

22   D.I. 685 at ¶¶ 3-10.  Indeed, Apple has made significant investments in developing this source

23   code. *Id.*

24        7.    Disclosure of such source code information, which has always been non-public,

25   would cause Apple harm and cause Apple to lose significant competitive advantage.  *Id.*  In

26   multiple previously-filed declarations, Apple's personnel have detailed the significant harm

27   that Apple would experience if its source code and source code-related technical information

28

Gibson, Dunn &
Crutcher LLP

1    were disclosed publicly.  *See, e.g.,* Declaration of Cyndi Wheeler, D.I. 803 at ¶¶ 5-10; *see also*

2    Declaration of Cyndi Wheeler, D.I. 685; Declaration of Erica Tierney, *Apple Inc. v. Samsung*

3    *Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2250-1 at 7-8 (Feb. 20, 2013); Declaration of

4    Henri Lamiraux, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.,* Case No. 11-cv-1846, D.I.

5    1505 (July 30, 2012).  Apple's in-house attorneys have further explained to the Court that, in

6    light of the significant threat that public disclosure of Apple's source code and closely related

7    technical information poses, as noted above, Apple takes significant precautions to protect the

8    confidentiality of its source code and prevent disclosure of its source code – including

9    restricting access to such source code even within Apple.  *Id.*  Even in this litigation, where

10   source code must be produced in discovery, it is treated with the utmost confidentiality and

11   additional restrictions regarding its protection were implemented.  *Id.* ¶ 7; *see also* Protective

12   Order, D.I. 512 at ¶ 11.  The technical information at issue now is of the same character and

13   nature as that previously sealed by the Court, and is thus sealable for the same reasons.

14   **Samsung's Opposition to Motion to Strike and Exhibits 2, 9, 31, and 37**

15        8.   More specifically, the portions of Samsung's Opposition to Motion to Strike, as well

16   as Exhibits 2, 9, 31 and 37 identify and explain the specific functionality of a particular portion

17   of Apple's iTunes, iSync, and Sync Services source code.  The information relating to this code

18   in Exhibit 37, 31, and on page 120 of Exhibit 9 have been filed under seal with this Court

19   before.  *See* D.I. 882, D.I. 964.  I am aware that this information is considered highly

20   confidential by Apple and is not public.

21        9.   As Cyndi Wheeler, Apple's in-house counsel, explained in her March 19, 2013

22   declaration filed in support of Samsung's Motion to Seal its Motion to Compel addressing the

23   iTunes, iSync, and SyncServices source code information that was filed in support thereof,

24   Apple considers the names, structure, and functions of source code for iTunes, iSync, and

25   SyncServices to be its trade secrets, the public disclosure of which would be extremely harmful

26   to Apple.  D.I. 405 at ¶ 3-4.  As Ms. Wheeler further explained, information about the structure

27   and operation of Apple's iTunes, iSync, and SyncServices source code has been non-public and

28

1  its exposure would cause Apple to lose significant competitive advantage, as well as damage

2  the significant investment that Apple has made in developing this source code and the

3  independent economic value that Apple derives from its proprietary and confidential source

4  code. *Id.*

5        10. The Opposition to Motion to Strike identifies particular Apple source code files, as

6  well as the functionality associated with such source code files, that Apple guards heavily and

7  considers to be highly confidential trade secrets.  Apple seeks to support the sealing of this

8  source code information on page 7 of the Opposition as indicated by the portions highlighted in

9  yellow of the document that Apple has lodged with the Court.  The source code information

10 contained in this document were previously included in Apple's Motion to Strike Arguments

11 from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents,

12 filed on November 5, 2013.  D.I. 882.  At the same time, Apple filed the Declaration of Emily

13 L. Fedman in support of sealing this information.  D.I. 882-2.

14       11. The document filed as Exhibit 2 to the Declaration of Michael L. Fazio in support of

15 Samsung's Opposition to Motion to Strike ("Exhibit 2"), which is a letter sent from Amar

16 Thakur to Brian Buroker on October 17, 2013, discusses Apple's highly confidential source

17 code and closely-related technical information, and particularly specific source code files

18 associated with particular iSync functionality as well as source code-derived explanations of

19 such functionality.  Apple seeks to support the sealing of the portions of the information on

20 pages 2-3 of the letter that are highlighted in yellow in the document that Apple has lodged

21 with the Court.

22       12. The document filed as Exhibit 9 to the Declaration of Michael L. Fazio in support of

23 Samsung's Opposition to Motion to Strike ("Exhibit 9"), which contains excerpts of excerpts of

24 Samsung's Amended Invalidity Contentions, Exhibit D-10, served April 22, 2013, contains

25 Apple's highly confidential source code-related information, and particularly identifies specific

26 source code files associated with iSync and their structure in conjunction with discussions of

27 their functionality.  Apple seeks to support the sealing of the portions of the information on

28

Gibson, Dunn &
Crutcher LLP

1  pages 106 and 120 of the chart that are highlighted in yellow in the document that Apple has

2  lodged with the Court.  Page 120 of this document was previously filed as Exhibit 28 to the

3  Furman Declaration supporting Apple's Motion to Strike Arguments from Samsung's

4  Invalidity and Non-Infringement Expert Reports Regarding Apple Patents, filed on November

5  5, 2013.  D.I. 882.  At the same time, Apple filed the Declaration of Emily L. Fedman in

6  support of sealing this information.  D.I. 882-2.  Apple seeks to seal the same information on

7  page 90 through this declaration as it did in that previous filing.

8       13.  The document filed as Exhibit 31 to the Declaration of Michael L. Fazio in support

9  of Samsung's Opposition to Motion to Strike ("Exhibit 31"), which contains excerpts from the

10  Opening Expert Report of Dr. Jeffrey Chase, served on August 12, 2013, contains Apple's

11  highly confidential source code information, and particularly explains the functionality of

12  SyncServices at the source code level.  Apple seeks to support the sealing of the portions of the

13  information in paragraph 696 on page 212 that are highlighted in yellow in the document that

14  Apple has lodged with the Court.  This paragraph was previously filed as part of Exhibit N to

15  the Rho Declaration supporting Apple's Opposition to Samsung's Motion to Strike, filed on

16  November 19, 2013.  D.I. 964.  At the same time, Apple filed the Declaration of Samuel K.

17  Whitt in support of sealing this information.  D.I. 964-01.  Apple seeks to seal the same

18  information in paragraph 696 through this declaration as it did in that previous filing.

19       14.  The document filed as Exhibit 37 to the Declaration of Michael L. Fazio in support

20  of Samsung's Opposition to Motion to Strike ("Exhibit 37"), which contains excerpts of the

21  Rebuttal Expert Report of Dr. Jeffrey Chase, served September 13, 2013, provides descriptions

22  of iTunes and iSync functionality that were derived from the source code for such software

23  products, and thus constitutes information that is closely-related to that source code.  Apple

24  seeks to support the sealing of the portions of the information on pages 88, 93 and 94 that are

25  highlighted in yellow in the document that Apple has lodged with the Court.  These pages

26  include verbatim excerpts from Exhibit 31, discussed above.  This information was previously

27  filed as Exhibit 2 to the Furman Declaration supporting Apple's Motion to Strike.  D.I. 882.  At

28

1    the same time, Apple filed the Declaration of Emily L. Fedman in support of sealing this

2    information.  D.I. 882-2.  Apple seeks to seal the same information in through this declaration

3    as it did in that previous filing.

4    **Exhibits 28 and 36**

5        15.  Exhibits 28 and 36 identify and explain the specific functionality of portions of

6    Apple's source code for its AppleSearch software, including particularly the structure of such

7    source code – information that is non-public, is protected very strictly by Apple, and that is

8    considered by Apple to be its trade secrets.  The information relating to AppleSearch source

9    code has been filed under seal with this Court before.  *See* D.I. 803, D.I. 882, D.I. 964.  I am

10   aware that this information is considered highly confidential by Apple and is not public.

11       16.  As Ms. Wheeler explained in her declaration addressing this information in Exhibit

12   D-1 to the Rho Declaration filed in support of Apple's Motion for Partial Summary Judgment,

13   the information contained in Exhibit s 28 and 36 could be used to determine how Apple

14   structures and implements features and functionality of this software and otherwise designed its

15   suite of software.  D.I. 803-2 ¶ 10.  As explained above, this information is non-public; Apple

16   considers this information about its source code files to be trade secrets.  *Id.*  Public disclosure

17   of this information would be extremely harmful to Apple for the reasons described above.

18   Apple derives independent economic value from its proprietary and confidential source code,

19   and that value thus would be diminished from its public disclosure.  *Id.*

20       17.  The document filed as Exhibit 28 to the Declaration of Michael L. Fazio in support

21   of Samsung's Opposition to Motion to Strike ("Exhibit 28"), which contains excerpts of

22   Samsung's Invalidity Contentions, Exhibit C-21, served June 27, 2013, specifically identifies the

23   particular source code files from Apple's AppleSearch product and their particular

24   functionality, and structure.  Apple seeks to support the sealing of the portions of the

25   information on page 90 of the chart, which describes Apple's source code, its structure, and its

26   functionality, and is highlighted in yellow in the document that Apple has lodged with the

27   Court.  Page 90 of this document was previously filed as Exhibit 27 to the Furman Declaration

28

FEDMAN DECL. ISO SAMSUNG'S MOTION TO SEAL SAMSUNG'S
OPPOSITION TO APPLE'S MOTION TO STRIKE REGARDING APPLE PATENTS
CASE NO. 12-CV-00630-LHK (PSG)

1    supporting Apple's Motion to Strike Arguments from Samsung's Invalidity and Non-

2    Infringement Expert Reports Regarding Apple Patents, filed on November 5, 2013.  D.I. 882.

3    At the same time, Apple filed the Declaration of Emily L. Fedman in support of sealing this

4    information.  D.I. 882-2.  Apple seeks to seal the same information on page 120 through this

5    declaration as it did in that previous filing.

6        18. The document filed as Exhibit 36 to the Declaration of Michael L. Fazio in support

7    of Samsung's Opposition to Motion to Strike ("Exhibit 36"), which contains  excerpts of the

8    Opening Expert Report of Dr. Martin Rinard and its supporting Exhibit 1, served August 12,

9    2013, contains Apple's highly confidential information.  As with Exhibit 28, Apple seeks to

10   support the sealing of the portions of the information in Exhibit 1 to the Opening Expert Report

11   of Dr. Rinard contained within Exhibit 36 that are highlighted in yellow in the document that

12   Apple has lodged with the Court. Like Exhibit 28, this discussion identifies with particularity

13   Apple's source code and source code structure for specific AppleSearch functionality.  This

14   information was previously filed as Exhibit 28 to the Rho Declaration supporting Apple's

15   Opposition to Samsung's Motion to Strike (D.I. 964) as well as Exhibit D-1 to Apple's Motion

16   for Partial Summary Judgment (D.I. 803).  Apple filed both the Declaration of Samuel K. Whitt

17   (D.I. 964-01) and the Declaration of Cyndi Wheeler (D.I. 803-2) in support of sealing this

18   information.  Apple seeks to seal the same information in Exhibit 1 through this declaration as

19   it did in those previous filings.

20       19.  As explained above, the relief requested by Apple thus is necessary and narrowly

21   tailored to protect Apple's highly confidential, non-public, source –code and source-code-

22   related technical information.  Additionally, Apple believes there is good cause to seal this

23   information.

24       20. As the ECF system does not provide a mechanism for filing the foregoing exhibits

25   under seal, Apple will lodge with the Court copies with proposed material to be sealed

26   highlighted in yellow.

27

28

Gibson, Dunn &
Crutcher LLP

1    I declare under the penalty of perjury under the laws of the United States of America

2    that the forgoing is true and correct to the best of my knowledge.

3

4    Dated: November 25, 2013

5                                                            /s/ Emily L. Fedman
                                                             Emily L. Fedman
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Emily L. Fedman has concurred in this filing.


Dated: November 25, 2013                    */s/ H. Mark Lyon*
                                             H. Mark Lyon


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.


Dated: November 25, 2013                    */s/ H. Mark Lyon*
                                             H. Mark Lyon

Gibson, Dunn &
Crutcher LLP