UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Apple, Inc., a California corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>Samsung Electronics Co., et al.<br><br>Defendant(s). | Case No: 12-cv-630-LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, __Steven Callahan__, an active member in good standing of the bar of __Texas__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Ericsson Inc.__ in the above-entitled action. My local co-counsel in this case is __Courtland Reichman__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3333 Lee Parkway, Ste. 460<br>Dallas, Texas 75219 | 255 Shoreline Dr., Ste. 510<br>Redwood City, CA 94065 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (469) 587-7240 | (650) 394-1401 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| scallahan@ccrglaw.com | creichman@mckoolsmith.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __24053122__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/26/13

__Steven Callahan__
APPLICANT

---

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __Steven Callahan__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                October 2012

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

November 20, 2013

Re:   Steven Chase Callahan, State Bar Number 24053122

To Whom It May Concern:

This is to certify that Mr. Steven Chase Callahan was licensed to practice law in Texas on May 4, 2006, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Callahan's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/aa

