UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Apple, Inc., a California corporation,

      Plaintiff(s),

v.

Samsung Electronics Co., et al.

      Defendant(s).

Case No: 12-cv-630-LHK

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)

I, **Steven Callahan**, an active member in good standing of the bar of **Texas**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Ericsson Inc.** in the above-entitled action. My local co-counsel in this case is **Courtland Reichman**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 3333 Lee Parkway, Ste. 460<br>Dallas, Texas 75219 | 255 Shoreline Dr., Ste. 510<br>Redwood City, CA 94065 |
| My Telephone # of Record:<br>(469) 587-7240 | Local Co-Counsel's Telephone # of Record:<br>(650) 394-1401 |
| My Email Address of Record:<br>scallahan@ccrglaw.com | Local Co-Counsel's Email Address of Record:<br>creichman@mckoolsmith.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **24053122**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/26/13

                Steven Callahan
                APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Steven Callahan** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/26/2013

                Lucy H. Koh
                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE