IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL HAYES FREEMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

## DECLARATION OF MICHAL HAYES FREEMAN

MICHAEL HAYES FREEMAN, of lawful age, declares as follows:

1. I am the President and Chief Executive Officer of Video Over Cellular Inventions, LLC ("VOCI"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Certain employees of VOCI, Michael Freeman, Mitchael Freeman, Chad Boss and Richard Freeman, were deposed from June 18-20, 2013 (the "VOCI Depositions"). The VOCI Depositions were designated as CONFIDENTIAL under the Protective Order entered in this case and/or otherwise deemed confidential business information that third party VOCI regards as highly confidential.

3. Apple filed its Opposition to Samsung's Motion to Strike Expert Testimony (the "Opposition") and its Administrative Motion to File Documents Under Seal (the "Administrative Motion") on November 19, 2013. Exhibits 10, 14 and 16 to the Declaration of Peter J. Kolovos that was filed in support of the Administrative Motion contain excerpts and references to the confidential VOCI Depositions.

4. VOCI requests that the Court grant Apple's Administrative Motion and enter an Order to seal Exhibits 10, 14 and 16 to the Declaration of Peter J. Kolovos or those portions thereof containing excerpts and references to the confidential VOCI Depositions in order to protect information designated as CONFIDENTIAL under the Protective Order.

5. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

6. I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

EXECUTED this _26_ day of November, 2013.

_____
Michael Hayes Freeman

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Michael Hayes Freeman.

          /s/ Victoria F. Maroulis

Victoria F. Maroulis