UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**THIRD PARTY DECLARATION OF MICHAEL C. BARRETT (CIRRUS LOGIC, INC.) IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Michael C. Barrett, hereby declare as follows:

1. I am the Associate General Counsel and Director, IP at Cirrus Logic, Inc. ("Cirrus Logic"). I am licensed to practice law in Texas.

2. I am familiar with the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to those facts.

3. Cirrus Logic is not a party in the above-captioned litigation but was served with a subpoena by Defendant Samsung Electronics Co., LTD on March 6, 2013.

4. Responsive to the subpoena, Cirrus Logic produced confidential documents

including, for example, confidential information about Cirrus Logic's business practices and relationships, technical product configurations, and product architectures. Additionally, on July 2, 2013, Cirrus Logic employee Carl Alberty served as the deponent for a third-party deposition in the above-captioned litigation. This deposition was designated "Highly Confidential – Attorneys' Eyes Only" under the Protective Order of the case.

5. Paragraph 8 of the "Declaration of Samuel Drezdzon in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports" ("Drezdzon Declaration") (Dkt. 963-1) states that Exhibit 5 to the Drezdzon Declaration contains excerpts from Mr. Alberty's deposition designated as "Highly Confidential – Attorneys' Eyes Only." Additionally, portions of pages 18, 19, and 24 of Samsung's Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement Reports Regarding Samsung Patents ("Samsung's Motion") (Dkt. 963-3) reference Cirrus Logic and describe technical and/or business relationship information concerning Cirrus Logic. Collectively, the deposition excerpts and the noted portions of Samsung's Motion are called the "Information at Issue."

6. Cirrus Logic confirms that the Information at Issue—especially when considered in conjunction with any corresponding analysis—includes confidential information of Cirrus Logic concerning confidential business relationships and/or confidential technical information.

7. Disclosure of such information would be harmful to Cirrus Logic as an improper disclosure of confidential or technical trade secret information.

8. For at least these reasons, Cirrus Logic supports that Exhibit 5 to the Drezdzon Declaration and the noted portions of Samsung's Motion be sealed in a manner that would maintain confidentiality of the Information at Issue, as it applies to Cirrus Logic.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 26th day of November, 2013, in Austin, Texas.

Dated: November 26, 2013

*CIRRUS LOGIC, INC.*

By: /s/ Michael C. Barrett

Michael C. Barrett
Associate General Counsel and
Director, IP

CIRRUS LOGIC, INC.
800 W. 6th Street
Austin, Texas, USA 78701
Telephone: 512.851.4952
Fax: 512.851.4527
Email: michael.barrett@cirrus.com

FOR THIRD PARTY
CIRRUS LOGIC, INC.

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Michael Barrett.

                                             */s/ Victoria F. Maroulis*

                                             Victoria F. Maroulis