QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-CV-00630-LHK (PSG) <br><br> **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS** |

02198.51981/5640310.1

Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
RELATING TO SAMSUNG'S REPLY IN SUPPORT OF  ITS MOTION TO STRIKE EXPERT TESTIMONY
BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS

1        Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung
2   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3   "Samsung") hereby bring this administrative motion to file under seal the following documents or
4   portions thereof relating to Samsung's Reply in Support of Its Motion to Strike Expert Testimony
5   Based on Undisclosed Theories and Claim Constructions ("Samsung's Reply"):
6        1.    The confidential, unredacted version of Samsung's Reply.
7        2.    Exhibits 2 and 3 to the Declaration of Marissa Ducca in Support of Samsung's
8   Reply.
9        Samsung has established good cause to permit filing these documents under seal through
10  the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents
11  Under Seal Relating to Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from
12  Samsung's Infringement Reports, filed herewith.  In short, the above documents discuss and refer
13  to material designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS'
14  EYES ONLY," or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –
15  SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of
16  Discovery Materials, or otherwise deemed confidential.  Samsung accordingly requests that the
17  Court order the information filed under seal, and expects that Apple and third parties will comply
18  with L.R. 79-5(e) by filing an appropriate declaration with the Court for those portions and
19  documents that reference Apple-designated and third-party-designated information.  Samsung's
20  entire filing will be filed with the Court pursuant to L.R. 79-5 and served on all parties.
21        Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel
22  regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File
23  Documents Under Seal Relating to Samsung's Reply as a procedural mechanism for filing
24  portions of Samsung's Reply and supporting documents under seal.  Apple reserves the right to
25  challenge any proposed redactions to the extent it believes those redactions improperly seal non-
26  confidential information.
27
28

02198.51981/5640310.1

-1-    Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON
UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS

1

2  DATED: November 26, 2013    QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP
3

4

5                                By */s/ Victoria Maroulis*
                                    Charles K. Verhoeven
6                                   Kevin P.B. Johnson
                                    Victoria F. Maroulis
7                                   William C. Price

8                                   Attorneys for Defendants
9                                   SAMSUNG ELECTRONICS CO., LTD.,
                                    SAMSUNG ELECTRONICS AMERICA, INC.,
10                                  and SAMSUNG TELECOMMUNICATIONS
                                    AMERICA, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51981/5640310.1

-2-        Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON
UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS