QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF  ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS** |

02198.51981/5640374.1

Case No. 12-CV-00630-LHK (PSG)
TRAC DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS

I, Bill Trac, declare:

1.  I am a member of the bar of the State of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.  Samsung submits this motion for an order to seal the following documents or portions thereof relating to Samsung's Reply in Support of Its Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions ("Samsung's Reply") in order to protect information designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential.

3.  The confidential, unredacted version of Samsung's Reply, portions of which Apple and third parties have designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case, should be filed under seal.

4.  Exhibit 2 to the Declaration of Marissa Ducca in Support of Samsung's Reply consists of excerpts from the Corrected Expert Report of James A. Storer, Ph.D. Regarding Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449, which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

5.  Exhibit 3 to the Declaration of Marissa Ducca in Support of Samsung's Reply consists of excerpts from Apple Inc.'s Supplemental Objections and Responses to Samsung's First Set of Interrogatories to Apple (No. 16), dated July 15, 2013, which Apple has designated as

02198.51981/5640374.1

-1- Case No. 12-CV-00630-LHK (PSG)
TRAC DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS

1  "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered
2  in this case or otherwise deemed confidential business information.
3        6.     Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has
4  been filed electronically with the Court and served on all parties.
5        7.     The requested relief is necessary and narrowly tailored to protect the confidentiality
6  of this information.
7       I declare under penalty of perjury that the foregoing is true and correct.  Executed on
8  November 26, 2013, at Washington, DC.

                                           */s/ Bill Trac*
                                           Bill Trac

02198.51981/5640374.1

-2-         Case No. 12-CV-00630-LHK (PSG)
TRAC DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT
TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS

## ATTESTATION

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Bill Trac has concurred in this filing.

Dated:  November 26, 2013

*/s/ Victoria Maroulis*
Victoria Maroulis

02198.51981/5640374.1

-3-   Case No. 12-CV-00630-LHK (PSG)
TRAC DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS