UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3  Administrative Motion to File Documents Under Seal Relating to Samsung's Reply in Support of
4  Its Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions.
5  Apple and other third parties have each filed the declarations required under Civil L.R. 79-
6  5 to provide evidence of good cause for this Court to permit filing under seal. The declarations
7  establish that portions of Samsung's Reply in Support of Its Motion to Strike Expert Testimony
8  Based on Undisclosed Theories and Claim Constructions ("Samsung's Reply") and Exhibits 2 and
9  3 to the Declaration of Marissa Ducca in Support of Samsung's Reply contain confidential
10 material.
11 Accordingly, for good cause shown, the Court HEREBY ORDERS that Exhibits 2 and 3 to
12 the Declaration of Marissa Ducca in Support of Samsung's Reply and portions of Samsung's
13 Reply may be filed under seal.
14
15 DATED: _____

        The Honorable Paul S. Grewal
16         United States Magistrate Judge