QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-CV-00630-LHK (PSG) <br><br><br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am employed in Washington, D.C.   I am over the age of eighteen years and not a party to the within action; my business address is 1299 Pennsylvania Ave., Suite 825, Washington, D.C.

On November 26, 2013, I served true and correct copies of the documents described as

1. Samsung's Reply in Support of Its Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions, and

2. Exhibits 2 and 3 to the Declaration of Marissa Ducca in Support of Its Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions

by emailing the aforementioned document to the mailings lists of the parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| Gibson, Dunn & Crutcher LLP<br>Apple/Samsung@gibsondunn.com | Wilmer Cutler Pickering Hale and Dorr LLP<br>WHAppleSamsungNDCalIIService@wilmerhale.com |

Executed on November 26, 2013 at Washington, D.C.

                                        ___*/s/ Bill Trac*_____
                                        Bill Trac

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Bill Trac.

                                            */s/ Victoria F. Maroulis*

                                                    Victoria F. Maroulis