JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS)** |

FEDMAN DECL. ISO APPLE'S MOTION TO FILE ITS REPLY ISO MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S REPORTS REGARDING APPLE PATENTS UNDER SEAL
CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

I, Emily L. Fedman, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Plaintiff and Counterclaim-Defendant Apple, Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of Apple Inc.'s Administrative Motion To File Documents Under Seal (Apple Inc.'s Reply In Support of Its Motion to Strike Arguments From Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents) to confirm that certain documents and information contained in Apple's Reply in Support of Its Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents ("Motion to Seal Reply") are confidential and sealable. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them under oath.

2. Concurrent with Apple's Motion to Seal, Apple has filed its Motion to Seal Reply and supporting documents, namely the Declaration of Joshua Furman in Support of Apple's Motion to Seal Reply ("Furman Declaration") and exhibits thereto.

3. Apple hereby seeks to seal documents and information referenced in Apple's Motion to Seal Reply and the exhibits to the Furman Declaration. These documents contain information designated as "Highly Confidential – Attorneys' Eyes Only – Source Code," "Highly Confidential," "Highly Confidential – Attorneys' Eyes Only," "Attorneys' Eyes Only – Contains Source Code," "Highly Confidential – Outside Attorneys' Eyes Only – Source Code," by Apple, Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"), and/or third parties Lars Frid-Nielson, Google, Inc. ("Google"), Novell, Inc. ("Novell"), and/or Microsoft Corporation ("Microsoft") pursuant to the Protective Order (and its Amendments) entered in this case, or that is otherwise believed to be deemed confidential by these parties.

4. Where a document references Apple's confidential information, Apple hereby submits that document with Apple's confidential information highlighted in yellow. If a document contains the confidential information of a party other than Apple – namely, Samsung or a third party – Apple

FEDMAN DECL. ISO APPLE'S MOTION TO FILE ITS REPLY ISO MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S REPORTS REGARDING APPLE PATENTS UNDER SEAL
1    CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

has filed the document entirely under seal, and, in its Motion to Strike Reply, highlighted such information in grey.

**Apple's Confidential Information**

5. Apple's Motion to Strike Reply contains information related to Apple's highly sensitive and non-public source code and should remain under seal. Specifically, the brief identifies Apple's highly sensitive and proprietary source code relating to specific functionality of its iSync software, and particularly identifies the specific source code files associated with particular functionality of Apple's iSync software, as described in further detail in both the Motion to Strike Reply and related briefing for Apple's Motion to Strike. The information sought to be sealed in this brief also was filed under seal in Apple's Motion to Strike, filed on November 5, 2013. D.I. 882. At the same time, Apple filed an Administrative Motion to File Under Seal this document, along with many other of the documents supporting Apple's motion. D.I. 882.

6. As Apple in-house attorney Cyndi Wheeler has explained in declarations filed with this Court, including on March 19, 2013, July 15, 2013, and October 10, 2013, Apple considers "information about its source code files to be trade secrets." *See, e.g.*, D.I. 405 at ¶ 10; D.I. 685 at ¶ 10; D.I. 803-02 ¶ 10. As Ms. Wheeler further explained, Apple provides its source code – and particularly the source code at issue in this motion – with the highest level of protection and security within Apple, and, even within Apple, limits access to such source code to only select groups of authorized Apple employees. *See, e.g.,* D.I. 405 at ¶¶ 3-7; D.I. 803-02 at ¶¶ 3-7. Apple views its source code as highly proprietary, extremely valuable, and one of its most protected assets, investing millions of dollars to develop such source code. *Id.* Public disclosure of this information, which identifies and details the specific source code associated with particular functionality for Apple's iSync software, would be extremely harmful to Apple, at least in part because Apple derives independent economic value from its proprietary and confidential source code, and that value would be diminished by the public disclosure of details about how such source code was implemented. *See* D.I. 405 at ¶¶ 5-6, 9-10.

FEDMAN DECL. ISO APPLE'S MOTION TO FILE ITS REPLY ISO MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S REPORTS REGARDING APPLE PATENTS UNDER SEAL
2   CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

7. I understand that, as confirmed by Ms. Wheeler in her March 19, 2013 declaration, Apple has not made the iSync source code at issue here public, and the exposure of such source code and source code-related information would cause Apple to lose significant competitive advantage. *See* D.I. 405 ¶¶ 4-6, 10; *see also* D.I. 685 ¶¶ 4-6, 10; D.I. 803-02 ¶ 10. Even in this litigation, in which the production of source code has been required during the fact discovery period, source code has been treated with the utmost confidentiality and additional restrictions regarding its protection were implemented. D.I. 405 ¶ 7; *see also* D.I. 512 ¶ 11. As Ms. Wheeler explained, the ability to copy and otherwise learn about Apple's source code that controls Apple's products – and particularly how and when Apple implements particular features and functionalities of the software and otherwise designed its suites of software – would give Apple's competitors unfair competitive advantage and damage the investment that Apple has made in developing its source code. *Id.* Apple thus goes to significant lengths to protect its source code and prevent its disclosure or copying. D.I. 405 at ¶ 10; *see also* D.I. 803-02 ¶ 10.

8. I understand that the information contained in Apple's Motion to Strike Reply is of the same or similar type to that which was previously sealed by this Court in Case No. 11-cv-1846, between Apple and Samsung, and that the Court has held that "[c]onfidential source code clearly meets the definition of a trade secret" and is sealable under the "compelling reasons" standard. *Apple, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 11-cv-1846 (N.D. Cal.), Dkt. No. 2190 at 3 (Dec. 10, 2012), Dkt. No. 2046 at 3 (Oct. 16, 2012), Dkt. No. 1649 at 8 (Aug. 9, 2012) (granting Apple's request to seal source code and schematics related to the Apple iBook and iSight) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011).

9. Apple is not seeking to seal the entirety of its discussion in its Motion to Strike Reply regarding the source code at issue; rather, Apple is moving to seal only the very limited portions of the document that specifically identify the source code associated with particular functionality implemented in Apple's highly proprietary source code. Apple thus only seeks to seal the information that is specifically and closely tied to its confidential and proprietary source code. I further understand that the information at issue in Apple's Motion to Strike Reply that Apple here

FEDMAN DECL. ISO APPLE'S MOTION TO FILE ITS REPLY ISO MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S REPORTS REGARDING APPLE PATENTS UNDER SEAL
3    CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

seeks to seal is not necessary to understand the issues in the brief, nor the parties' positions regarding Apple's Motion to Strike Reply and related briefing.

10. The relief requested by Apple is necessary and narrowly tailored to protect confidential information regarding Apple's non-public information in Apple's Motion to Strike Reply. The portions of the Motion to Strike Reply that are highlighted in yellow contain sensitive information relating to Apple's source code. This source code information is sealable for the reasons described above.

11. As discussed below, Apple's Motion to Strike Reply also contains information that may be considered confidential by Samsung and/or a third party.

**Confidential Information of Samsung and Third Parties**

12. In addition to the aforementioned information that Apple requests be filed under seal, Apple further seeks to file under seal certain materials and information that has been designated or otherwise is considered highly confidential by Samsung, Google, Novell, Lars Frid-Nielsen and/or Microsoft.

13. Apple's Motion to Strike Reply contains information that has been designated or otherwise is considered highly confidential by Samsung, Google, Mr. Frid-Nielsen, and/or Microsoft.

14. Exhibit 47 to the Furman Declaration, which consists of excerpts from the June 19, 2013 transcript of the deposition of Lars Frid-Nielsen, contains information that has been designated or otherwise is considered highly confidential by Samsung and/or Mr. Frid-Nielsen.

15. Exhibit 48 to the Furman Declaration, which consists of excerpts from Samsung's Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories (Interrogatory No. 24), dated October 4, 2013, contains information that that has been designated or otherwise is considered highly confidential by Samsung and/or Google.

16. Exhibit 49 to the Furman Declaration, which consists of excerpts from the August 12, 2013 Expert Report of Dr. Kevin Jeffay Concerning Invalidity of U.S. Patent No. 5,946,647 and Exhibits 1 and 2 thereto, contains information that has been designated or otherwise is considered highly confidential by Samsung.

FEDMAN DECL. ISO APPLE'S MOTION TO FILE ITS REPLY ISO MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S REPORTS REGARDING APPLE PATENTS UNDER SEAL
4   CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

17. Exhibit 50 to the Furman Declaration, which consists of excerpts from the Expert Report of Jeffrey Chase, Ph.D. Regarding the Invalidity of the Asserted Claims of U.S. Patent No. 7,761,414, dated on August 12, 2013 and Exhibit 1 thereto, contains information that has been designated or otherwise is considered highly confidential by Samsung, Novell, and/or Microsoft.

18. Exhibit 51 to the Furman Declaration, which consists of excerpts from the Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patents Nos. 6,847,959 and 7,761,414, contains information that has been designated or otherwise is considered highly confidential by Samsung and/or Google.

**Meet and Confer**

19. Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion.  Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal (Motion to Strike Reply) as a procedural mechanism for filing portions of Apple's Motion to Strike Reply and supporting documents under seal.  Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: November 26, 2013

             */s/ Emily L. Fedman*
             Emily L. Fedman

FEDMAN DECL. ISO APPLE'S MOTION TO FILE ITS REPLY ISO MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S REPORTS REGARDING APPLE PATENTS UNDER SEAL
5   CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Emily L. Fedman has concurred in this filing.

Dated: November 26, 2013                   */s/ H. Mark Lyon*
                                            H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon counsel for Google, Lars Frid-Nielsen, Novell, and Microsoft via electronic mail and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 26, 2013                   */s/ H. Mark Lyon*
                                            H. Mark Lyon

Gibson, Dunn & Crutcher LLP

FEDMAN DECL. ISO APPLE'S MOTION TO FILE ITS REPLY ISO MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S REPORTS REGARDING APPLE PATENTS UNDER SEAL
CASE NO. 12-CV-00630-LHK (PSG)