UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | |

1  By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

 1. Portions of the confidential, unredacted version of Plaintiff and Counterclaim-Defendant Apple Inc.'s Reply in Support of Its Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents ("Motion to Strike Reply"); and

 2. Exhibits 47-51 to the Declaration of Joshua Furman ("Furman Declaration").

In support of its motion, Apple has filed the Declaration of Emily L. Fedman in support of Apple's Administrative Motion to File Documents Under Seal, as required under Civil Local Rule 79-5, which provides evidence of good cause for this Court to permit filing under seal. Apple also filed a proposed public redacted version of Apple's Motion to Strike Reply, of which only portions are sealable, in which Apple's confidential and sealable information is highlighted in yellow and the confidential and sealable information of Samsung and any third parties is highlighted in grey. The Declaration of Emily L. Fedman provides sufficient evidence that the documents listed below are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative Motion to Seal (Apple Inc.'s Reply in Support of Its Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents).

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

| Document | Portion to be Sealed |
| --- | --- |
| Apple's Motion to Seal Reply | Page 1, lines 19, 22-23; page 2, lines 5, 10, 13-14, 16, 22; page 4, lines 19, 22; page 7, lines 6-8; page 14, lines 15, 20-23; page 15, lines 1-7. Fn. 5, lines 26, 28; fn. 17, lines 25, 26; fn. 19, |

| Document | Portion to be Sealed |
|---|---|
|  | lines 24. |
| Exhibit 47 to Furman Declaration | Entire Document |
| Exhibit 48 to Furman Declaration | Entire Document |
| Exhibit 49 to Furman Declaration | Entire Document |
| Exhibit 50 to Furman Declaration | Entire Document |
| Exhibit 51 to Furman Declaration | Entire Document |

The Court further ORDERS that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                          Hon. Paul S. Grewal
                                          United States Magistrate Judge