JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK<br><br>**REPLY DECLARATION OF JOSHUA FURMAN IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS** |

I, Joshua Furman, declare and state as follows:

1. I am a member of the New York State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP. I am counsel for Apple, Inc. ("Apple") and submit this Reply Declaration in support of Apple Inc.'s Reply In Support of Its Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents, filed concurrently herewith. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached as Exhibit 44 is a true and correct copy of an April 26, 2013 letter from Amar Thakur, counsel for Samsung, to Fred Chung, counsel for Apple.

3. Attached as Exhibit 45 is a true and correct copy of a November 14, 2013 letter from Joshua Furman, counsel for Apple, to Michael Fazio, counsel for Samsung.

4. Attached as Exhibit 46 is a true and correct copy of a July 1, 2013 e-mail from Quincy Lu, counsel for Apple, to counsel for Samsung.

5. Attached as Exhibit 47 is a true and correct copy of excerpts from the June 19, 2013 transcript of the deposition of Lars Frid-Nielsen.

6. Attached as Exhibit 48 is a true and correct copy of excerpts from Samsung's Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories (Interrogatory No. 24), dated October 4, 2013.

7. Attached as Exhibit 49 is a true and correct copy of excerpts from the August 12, 2013 Expert Report of Dr. Kevin Jeffay Concerning Invalidity of U.S. Patent No. 5,946,647 ("Jeffay Opening Report") and Exhibits 1 and 2 thereto.

8. Attached as Exhibit 50 is a true and correct copy of excerpts from the Expert Report of Jeffrey Chase, Ph.D. Regarding the Invalidity of the Asserted Claims of U.S. Patent No. 7,761,414 ("Chase Opening Report"), dated on August 12, 2013 and Chase Opening Report exhibit 1.

9. Attached as Exhibit 51 is a true and correct copy of excerpts from the Rebuttal Expert Report of Martin Rinard, Ph.D. Regarding Noninfringement of Claims 24 and 25 of U.S. Patent No. 6,847,959, dated September 13, 2013.

10. Attached as Exhibit 52 is a disc containing true and correct copies of Video Exhibits Nos. 21-38 to the Opening Expert Report of Martin Rinard, dated August 12, 2013.

11. Attached as Exhibit 53 is a true and correct copy of excerpts from Second Amended Exhibit B-3 to Samsung's Amended Patent Local Rule 3-3 and 3-4 Disclosures, served on May 21, 2013.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated:  November 26, 2013          By: */s/Joshua Furman*
                                       Joshua Furman

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Joshua Furman has concurred in this filing.

Dated: November 26, 2013                                      /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 26, 2013                                      /s/ H. Mark Lyon