# EXHIBIT 44

quinn emanuel trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
**amarthakur@quinnemanuel.com**

April 26, 2013

Fred Chung
Gibson, Dunn, & Crutcher LLP
1881 Page Mill Road
Palo Alto, California 94304-1211

Re: Apple v. Samsung Elecs. Co. et al, Case No 12-cv-630 (N.D.Cal.)

Dear Counsel:

I write, pursuant to the parties' agreement, to identify Samsung's eight invalidity theories per Apple Patent-in-Suit. Pursuant to the parties' agreement, Apple must provide a supplemental response to Samsung's Interrogatory No. 26 by Friday, May 10, 2013, including a detailed explanation as to why the asserted claims are valid over each identified theory.

**U.S. Patent No. 5,666,502**

1. Borland Turbo C++ (Ex. A-9)
2. Borland Turbo C++ + Comerford (U.S. Patent No. 5,479,536) (Ex. A-9)
3. Codewright (Ex. A-7)
4. Codewright + Bristor (U.S. Patent No. 6,108,342) (Ex. A-7)
5. Greenberg, *The Computer User as Toolsmith: The Use, Reuse, and Organization of Computer-Based Tools* (Ex. A-4)
6. Microsoft Office (Ex. A-11)
7. Microsoft Visual C++ (Ex. A-10)
8. Microsoft Windows 95 (Ex. A-6)

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

**U.S. Patent No. 5,946,647**

1. Clayton (U.S. Patent No. 5,101,424) + Brandt (U.S. Patent No. 5,261,042) + Koved, *Embedded Menus: Selecting Items in Context* (Ex. B-8)
2. Davoust (U.S. Patent No. 5,375,201) + Sidekick + Microsoft Foundation Class Primer (Ex. B-10)
3. EmbeddedButtons (Ex. B-15)
4. Hypertext (Ex. B-14)
5. Mosaic + MHonArc (Ex. B-1)
6. Newton Programmer's Guide (Ex. B-5)
7. Pandit (U.S. Patent No. 5,859,636) (Ex. B-12)
8. Perspective System / EO Personal Communicator System (Ex. B-4)

**U.S. Patent. No. 6,847,959**

1. Metacrawler System (Ex. C-3)
2. Metacrawler System + Binkley and Rama, *An Architecture for Internet Information Filtering*  (Ex. C-3)
3. Multisurf (Ex. C-4)
4. Newton  (Ex. C-6)
5. Newton + Luke, *Hemlock: An Internet Search Tool for the Newton* (Ex. C-6)
6. Sherlock (Ex. C-8)
7. Smith (U.S. Patent No. 7,653,614) + Grossman et al., *Information Retrieval: Algorithms and Heuristics* (Ex. C-14)
8. WAIS (Ex. C-9)

**U.S. Patent No. 7,761,414**

1. Evolution (Ex. D-1)
2. iSync (Ex. D-10)
3. iTunes (Ex. D-9)
4. Mozilla Thunderbird (Ex. D-5)
5. Rashid (U.S. Patent Publication No. 2004/0139235) (Ex. D-18)
6. Rashid + Hawkins (U.S. Patent No. 6,000,000) (Ex. D-18)
7. Vadlamani (U.S. Patent No. 7,506,006) + Hill et al., *Smart Client Architecture and Design Guide* (Ex. D-7)
8. Xerox PARC Bayou Project (Ex. D-4)

**U.S. Patent No. 8,074,172**

1. King (U.S. Patent No. 5,953,541) (Ex. G-1)
2. Robinson (U.S. Patent No. 7,880,730) (Ex. G-6)

    3. Robinson + Instant Text Mobile (Ex. G-6)
4. Robinson + King (Ex. G-6)
5. Robinson + Xrgomics (Int'l Pub. No. WO 2005/008899) (Ex. G-6)
6. TextPlus (Ex. G-10)
7. Xrgomics (Ex. G-13)
8. Xrgomics + TextPlus (Ex. G-13)

**U.S. Patent No. 8,074,721**

1. Gridlock + Tokkonen (U.S. Patent Pub. 2005/0289476) (Ex. F-4)
2. Hypponen (Ex. F-2)
3. Keller + Tan (U.S. Patent No. 7,395,506) (Ex. F-6)
4. McKeeth + Plaisant (Ex. F-11)
5. Neonode Manual + Plaisant (Ex. F-5)
6. Rytivaara + JazzMutant (Ex. F-12)
7. Tokkonen (Ex. F-1)
8. Tokkonen + Neonode Quickstart Guide (Ex. F-1)

**U.S. Patent No. 8,086,604**

1. Bennett (U.S. Patent No. 6,055,531) + Deutsch et al., *Software Quality Engineering* (Ex. H-10)
2. CBKB (Ex. H-19)
3. Metacrawler System (Ex. H-3)
4. Neal (U.S. Patent No. 6,324,534) (Ex. H-5)
5. Newton (Ex. H-6)
6. SenseMaker (Ex. H-13)
7. Sherlock + Mac OS 8.5 (Ex. H-8)
8. WAIS + Siitonen (U.S. Patent No. 6,049,796) (Ex. H-9)

**U.S. Patent No. 8,0147,760**

1. Hawkins (U.S. Patent No. 7,213,229) + Tealphone (Ex. E-1)
2. Kun (U.S. Patent Pub. No. 2006/0281449) + Twerdahl (U.S. Patent No. 7,289,614) (Ex. E-4)
3. Twerdahl (Ex. E-2)
4. Twerdahl + TAKEphONE (Ex. E-2)
5. Twerdahl + Tealphone (Ex. E-2)
6. Windows Mobile 5 (Ex. E-8)
7. Windows Mobile 5 + Twerdahl (Ex. E-8)
8. Windows Mobile 5 + U.S. Patent Pub. No. 2006/0135197 to Jin (Ex. E-8)

Very truly yours,

Amar L. Thakur

Amar L. Thakur

# EXHIBIT 45

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Joshua Furman
Direct: +1 212.351.2461
Fax: +1 212.351.5261
JFurman@gibsondunn.com

November 14, 2013

VIA ELECTRONIC MAIL

Michael Fazio
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re: Apple v. Samsung, 12-cv-630: Apple's Motion to Strike

Dear Michael:

Apple inadvertently did not include reference to or exhibits of Dr. Rinard's Video Exhibits Nos. 21-38 in its Motion to Strike (D.I. 882). Apple intends to inform the Court that Apple intended to reference these additional video exhibits and to include copies of them in its reply in support of Apple's motion.

Sincerely,

*/s/ Joshua Furman*

Joshua Furman

JRF

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

# EXHIBIT 46

**From:** Lu, Quincy
**Sent:** Monday, July 01, 2013 11:14 PM
**To:** Samsung NEW (SamsungNEW@quinnemanuel.com)
**Cc:** *** Apple/Samsung
**Subject:** [FS#3109319] Apple v. Samsung (12-cv-00630): Inspection of devices

Counsel:

The below devices are available for inspection beginning Wednesday, July 3 at Gibson Dunn's Palo Alto office. Please respond if you intend to inspect these devices and let us know whom you will be sending and when.

Admire
Captivate Glide
Conquer 4G
Dart
Exhibit II 4G
Galaxy Nexus
Galaxy Note
Galaxy Note 10.1
Galaxy Note II
Galaxy Player 4.0
Galaxy Player 5.0
Galaxy Rugby Pro
Galaxy S II
Galaxy S II Epic 4G Touch
Galaxy S II Skyrocket
Galaxy S III
Galaxy Tab 7.0 Plus
Galaxy Tab 8.9
Galaxy Tab 2 10.1
Illusion
Stratosphere
Transform Ultra

Regards,

**Quincy A. Lu**
Associate Attorney

GIBSON DUNN
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5358 Fax +1 650.849.5058

# EXHIBIT 52

**PHYSICAL EXHIBIT LODGED WITH THE CLERK**

# EXHIBIT 53

**SECOND AMENDED EXHIBIT B-3**
**SIDEKICK SYSTEM  INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 5,946,647**

The Sidekick System was known by at least March 1985.  Sidekick was a software application designed by Borland International Inc. to act as a Personal Information Manager (PIM). Version 1.5 was designed to work on IBM-compatible personal computers running the Microsoft DOS operating system. Version 1.5 of Sidekick was publicly available for sale no later than May 1985. *See, e.g., Computerworld,* May 6, 1985 at 57 (http://books.google.com/books?id=q03IhagslNsC&pg=RA2-PA57).  The Sidekick Handbook was published no later than March 1985 in the United States and describes the operation of the Sidekick software program, version 1.5.  Individuals at Borland International are likely to have information regarding the sale and availability of the Sidekick System, including Mogens Glad, Philippe Kahn and Lars Frid-Nielsen.

The Sidekick System anticipates at least claims 1, 4, 6, 8, and 9 of U.S. Patent No. 5,946,647 (the "'647 patent") under 35 U.S.C. § 102(b), as described by any or all of the following references:

- *Sidekick Version 1.5 Owner's Handbook,* Borland International, Inc, Scotia Valley, CA, March 1985. ("SKOH")

- Sidekick software and screenshots, version 1.52A, dated 1985[1] ("Sidekick")

- Phillip R. Robinson, *Using SIDEKICK: The Desktop Organizer*, McGraw-Hill, 1988 ("Using Sidekick")

The Sidekick System renders obvious at least claims 1, 4, 6, 8, and 9 of the '647 patent under 35 U.S.C. § 103, alone and/or in combination with Borland'as described by at least the following reference:

- *Turbo Lightning Owner's Handbook*, Scotts Valley, CA, 1985 ("Turbo Lightning Handbook")

The Sidekick System renders obvious at least claims 1, 4, 6, 8, and 9  of the '647 patent under 35 U.S.C. § 103, alone and/or in combination with one or more of the following references that describe the MHonArc System:

- The file mhonarc.txt from the doc directory of the MHonArc distribution, dated 10/1/1994[2]  ("MHonDoc")

---

[1] Available from: http://binaryfusi0n.tripod.com/legacy/sidekick_dos.html (this webpage includes a link to a compressed archive of the executable code at http://binaryfusi0n.tripod.com/legacy/sidekick_dos.zip).

[2] See MHonArc official website at http://www.mhonarc.org/MHonArc/CHANGES

- The file mhonarc (the mail MHonArc Perl script) from the top level of the MHonArc distribution, dated 10/1/1994[3] ("MHonArc")

Individuals likely to have knowledge of the MHonArc System include Earl Hood. MHonArc is a Perl program designed by Earl Hood. MHonArc version 1.0.0 was released publicly by Earl Hood on October 1, 1994. *See* http://groups.google.com/group/comp.infosystems.www.misc/msg/9c8606d38394e2ca?dmode=source; http://groups.google.com/group/comp.infosystems.www.users/msg/047e508412de70af?dmode=source; http://groups.google.com/group/comp.infosystems.www.misc/msg/31aea52b9ac62dde?dmode=source.

Sidekick renders obvious at least claims 1, 4, 6, 8, and 9 of the '647 patent under 35 U.S.C. § 103, alone and/or in combination with "Automatic Structuring and Retrieval of Large Text Files," Gerard Salton, James Allan, and Chris Buckley, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994, pp. 97-108 ("Salton94"); Dick Grune and Ceriel Jacobs, *Parsing Techniques – a Practical Guide*, First Edition, Ellis Horwood, Chichester, England, 1990 ("Grune"); Apple Human Interface Guidelines, 1992. ("HIG").

To the extent any limitation is found not to be literally disclosed, such a limitation would be obvious because the '647 patent is merely a collection of prior art elements that fails to meet the statutory requirement of nonobviousness under § 103, and the factors delineated in *KSR Int'l Co. v. Teleflex, Inc*., 550 U.S. 398 (2007), weigh against a finding of nonobviousness.

For example, it would have been obvious to a person of ordinary skill in the art to combine the teaching of the Sidekick System with the teachings of the references listed above and in Samsung's Patent Local Rule 3-3 And 3-4 Disclosures for the '647 patent served herewith; such references are in the same field of art, and discuss various techniques and improvements that would have been known to yield predictable results when applied to the technology claimed in the '647 patent, and a person of ordinary skill therefore would have been motivated to so combine them in view of the disclosures therein. Below included in this chart are examples of specific teachings from references that, combined with the Sidekick System, render the '647 patent invalid under § 103.

Samsung reserves the right to use the entirety of the reference cited in its contentions to show that the asserted claims are anticipated and/or are obvious. Moreover, to the extent that any of the below claim limitations are found to not be expressly disclosed by the below reference, it is Samsung's contention that any such limitation would be obvious, either based the knowledge of one of ordinary skill in the art or based on any of the art cited in Samsung's invalidity contentions. It is also Samsung's contention that one of ordinary skill in the art would find such limitation obvious for at least one or more of the following reasons: (1) the combination

[3] See MHonArc official website at http://www.mhonarc.org/MHonArc/CHANGES

would unite old elements with no change in their respective function; (2) the combination would have been a predictable variation of a work in the same or a different field of endeavor; (3) the modification would have used a known technique to improve a similar device in the same way; (4) the modification was a known problem for which there was an obvious solution; (5) the modification would have been "obvious to try"; (6) the modification was known work in one field of endeavor that would have prompted variations of it for use in either the same or different field based on design incentives or other market forces; (7) there was an explicit teaching, suggestion, or motivation in the prior art for the modification.

The citations to portions of any reference in this chart are exemplary only. Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that the Sidekick System invalidates the asserted claims of the '647 patent.

Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '647 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims. This claim chart takes into account Apple's overly broad construction of the claim limitations. Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper. To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims of the '647 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| **[1A]** A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Apple has taken the position that the preamble is not limiting. See Mowry Dep. Tr. at 101:4-6.<br><br>To the extent that the preamble is limiting, the Sidekick System discloses a computer-based system for detecting structures in data and performing actions on detected structures. See, e.g.: |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | **Turbo Lightning Handbook at 6**<br><br>**The Random House Thesaurus** How many hours have you wasted rummaging through a thesaurus, looking for just the word you want? Now you can ask Turbo Lightning to do the digging, after you copy the authoritative Random House Thesaurus to your floppy or hard disk. With a keytouch, you can ask Turbo Lightning for a list of synonyms for a word displayed on your monitor; another keytouch will replace the word with the synonym of your choice.<br>**Turbo Lightning Handbook at 2**<br><br>Additionally, Grune discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.<br><br>Grune teaches parsing techniques in general, including formal grammars and parsing using grammars. For example, chapters 2 describes context-free grammars, and chapter 3 describes parsing using context-free grammars. Section 2.3.2 further describes that markup languages like SGML can be structured using context-free grammars. |
| | |
| **[6]** The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data. | To one of ordinary skill in the art, the Sidekick System discloses the system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data.<br><br>One of ordinary skill in the art would have combined Sidekick with Turbo Lightning. Indeed, Turbo Lightning expressly discloses combination with Sidekick. See, e.g.: |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | Like two other Borland products, SideKick and SuperKey, Turbo Lightning is *RAM resident*. This means that it stays in your computer's main memory (RAM), ready to be called at a key-touch— *even while you're using another application program*—to perform the look-up functions you need at the moment. This is also what makes it so much faster than other reference software you may have used before.<br>**Turbo Lightning Handbook at 1**<br>You may be using other resident programs with your computer, such as Borland's SideKick or SuperKey, or print spoolers or a RAM disk. **If you are using other resident programs, it is important that they be loaded in the following order:**<br>• Load any non-Borland resident programs first (print spoolers, RAM disks, etc.).<br>• If you have it, load Borland's SuperKey next.<br>• Load Turbo Lightning.<br>• If you have it, load Borland's SideKick last.<br>**Turbo Lightning Handbook at 11**<br>Every time you use an application program, you must tell Turbo Lightning which one you are using—that is, the *environment* Turbo Lightning will be working with. Turbo Lightning has no way of automatically knowing whether you are in WordStar, Lotus 1-2-3, Turbo Pascal, or anything else. You must tell it—every time—where you are. There are two exceptions to this: Turbo Lightning knows automatically if you are at the DOS level (on the DOS command line), or if you are using the SideKick Notepad.<br>**Turbo Lightning Handbook at 14** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | Since SideKick's Notepad is a mini-word processor, you'll probably use Turbo Lightning often to check misspellings and suggest synonyms for the words you type while in the Notepad. When we designed Turbo Lightning, we figured many people who bought it would also be SideKick owners, so we made sure Turbo Lightning would automatically recognize when you stepped out of your application program to SideKick's Notepad. This means you never have to go into the Environment Menu and switch environments when you go in and out of SideKick—Turbo Lightning already knows. Just be sure to tell Turbo Lightning which main application program you're using at the moment.<br><br>SideKick's Notepad is the easiest way to edit the auxiliary dictionary. When you want to change Turbo Lightning's vocabulary, just load the AUXI.DIC file into the Notepad and edit the file on the spot. In order for Turbo Lightning to recognize the changes you've made, you then must unload and then reload AUXI.DIC. To do this, simply go to the Setup menu, and type in the name of the auxiliary dictionary again. ~~Then press [D] to save the change.~~ (Turbo Lightning keeps a copy of AUXI.DIC in RAM and won't know you've changed it on disk until you unload/reload it.)<br><br>Speaking of the auxiliary dictionary, there's another handy way to use Turbo Lightning with SideKick, this time with the phone directory. You can put some of the names of people or companies you call or write to frequently in Turbo Lightning's auxiliary dictionary, so that when you misspell them, Turbo Lightning will beep at you (and just as important, it *won't* beep at you when you spell them right!)<br>**Turbo Lightning Handbook at 67** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | In the alternative, to the extent Sidekick does not anticipate this claim limitation, it would have been obvious to one of ordinary skill in the art to combine Sidekick with Turbo Lightning, for the same reasons discussed above. Turbo Lightning discloses the system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data. See, e.g.:<br><br>Use the Setup menu to tell Turbo Lightning which auxiliary dictionary, disk dictionary, and thesaurus files you want to use. (the RAM dictionary name can only be changed through the installation program, LIGHTINS; see Appendix A).This menu is also used to permanently save all the changes you have made to the Environment, Setup and Options menus.<br><br>*Figure 1-6: Setup Window*<br>**Turbo Lightning Handbook at 18** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | Your three distribution disks contain the following files:<br>**System Disk**<br>● LIGHT.COM is the main Turbo Lightning program.<br>● LIGHT.HLP contains the Turbo Lightning help file.<br>● LIGHT.TRN contains the dictionary of words with transposed letters.<br>● FLP-DISK.DIC is the smaller version of the Random House Concise Dictionary for floppy disk systems.<br>● FLP-THES.DIC is the Random House Thesaurus for floppy disk systems.<br>● AUXI.DIC contains the auxiliary dictionary (empty until you add words to it).<br>● RAM1.DIC contains the 6,000-word RAM spelling dictionary.<br>● README.COM contains last-minute information about Turbo Lightning not included in this manual.<br>**Hard Disk Dictionary Disk**<br>● DISK.DIC contains the complete Random House Concise Dictionary.<br>● THES.DIC contains the standard Random House Thesaurus.<br>**Install/Supplemental Files Disk**<br>● RAM2.DIC contains the 12,000-word RAM spelling dictionary.<br>● RAM3.DIC contains the 16,000-word RAM spelling dictionary.<br>● INSTALLH.BAT is the hard disk installation program.<br>● KEYBOARD.MAC is a SuperKey macro (see Appendix D for information).<br>● LIGHTINS.COM is the Turbo Lightning installation program.<br>● ENVI.COM is used to automatically load an environment and accompanying auxiliary dictionary (see Appendix B).<br>**Turbo Lightning Handbook at 6** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
| --- | --- |
| | **The Random House Thesaurus** How many hours have you wasted rummaging through a thesaurus, looking for just the word you want? Now you can ask Turbo Lightning to do the digging, after you copy the authoritative Random House Thesaurus to your floppy or hard disk. With a keytouch, you can ask Turbo Lightning for a list of synonyms for a word displayed on your monitor; another keytouch will replace the word with the synonym of your choice.<br>**Turbo Lightning Handbook at 2**<br><br>Additionally, MHonArc discloses the system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data.<br><br>The routine convert_line at **MHonArc**: lines 1846-1877 uses a regular expression to detect URLs based on a string library.<br><br>`$Url = '(http://|ftp://|afs://|wais://|telnet://|gopher://|' .`<br>`'news:|nntp:|mid:|cid:|mailto:|prospero:)';`<br>**MHonArc: line 116-117**<br><br>`if (@array = split(m%($Url[^\s\(\)\|<>"']*[^\.;,"'\|\[\]\(\)\s<>])%o,`<br>`$tmp)) {`<br>**MHonArc: line 1853-1854**<br><br>Additionally, it would have been obvious to use a string library and a fast string search in light of the disclosures in, for example, Salton:<br><br>"Certain text relationships are easily detected automatically—for example, the hierarchical relations between full documents and text sections and paragraphs included in these documents. The test |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | processing system outlined in this study is useful for a fully automatic generation of semantically based hypertext networks whose construction is normally assumed to require assistance by human subject experts." (Salton94, p. 102) |
| | |
| **[8]** The system recited in claim 1, wherein the user interface highlights detected structures. | The Sidekick System discloses the system recited in claim 1, wherein the user interface highlights detected structures. See, e.g.:<br><br>With Sidekick's main selection window on the screen, press [Alt][D] (or [D] or [F5], if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing [↵].<br><br>**SKOH: p29.**<br><br>If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing [→]. If you don't want to dial the number on the screen, but use the Dialer's own phone directory, you just press the space bar.<br><br>**SKOH: p30.**<br><br>As evidenced by the following screenshots of Sidekick detecting (phone number) structures, the on-screen structure is "pointed out" by highlighting. |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | |
| | |
| **[9]** The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions. | The Sidekick System discloses the system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions. For example, Sidekick displays the linked actions, including the "dial" action, at the bottom of the screen. See, e.g.:<br><br>File Edit Search Options Help<br>MESSAGE.TXT<br>Please give me a call at (123) 456-7890 so we can set up<br>a meeting.<br><br>Thanks,<br>John<br><br>John Smith<br>987-654-3210<br><br>F1-help <┘-dial →-next number SPACE-view telephone directory Esc-exit<br><br>**(Screenshot of Sidekick displaying linked actions, including the "dial" action, at the bottom of the screen.)**<br><br>One of ordinary skill in the art would have combined Sidekick with Turbo Lightning. Indeed, Turbo |

| U.S. Patent No. 5,946,647 | The Sidekick System |
| --- | --- |
| | Lightning expressly discloses combination with Sidekick. See, e.g.:<br><br>Like two other Borland products, SideKick and SuperKey, Turbo Lightning is *RAM resident*. This means that it stays in your computer's main memory (RAM), ready to be called at a key-touch— *even while you're using another application program*—to perform the look-up functions you need at the moment. This is also what makes it so much faster than other reference software you may have used before.<br><br>**Turbo Lightning Handbook at 1**<br><br>You may be using other resident programs with your computer, such as Borland's SideKick or SuperKey, or print spoolers or a RAM disk. **If you are using other resident programs, it is important that they be loaded in the following order:**<br>• Load any non-Borland resident programs first (print spoolers, RAM disks, etc.).<br>• If you have it, load Borland's SuperKey next.<br>• Load Turbo Lightning.<br>• If you have it, load Borland's SideKick last.<br>**Turbo Lightning Handbook at 11** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | Every time you use an application program, you must tell Turbo Lightning which one you are using—that is, the *environment* Turbo Lightning will be working with. Turbo Lightning has no way of automatically knowing whether you are in WordStar, Lotus 1-2-3, Turbo Pascal, or anything else. You must tell it—every time—where you are. There are two exceptions to this: Turbo Lightning knows automatically if you are at the DOS level (on the DOS command line), or if you are using the SideKick Notepad.<br>**Turbo Lightning Handbook at 14** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | Since SideKick's Notepad is a mini-word processor, you'll probably use Turbo Lightning often to check misspellings and suggest synonyms for the words you type while in the Notepad. When we designed Turbo Lightning, we figured many people who bought it would also be SideKick owners, so we made sure Turbo Lightning would automatically recognize when you stepped out of your application program to SideKick's Notepad. This means you never have to go into the Environment Menu and switch environments when you go in and out of SideKick—Turbo Lightning already knows. Just be sure to tell Turbo Lightning which main application program you're using at the moment.<br><br>SideKick's Notepad is the easiest way to edit the auxiliary dictionary. When you want to change Turbo Lightning's vocabulary, just load the AUXI.DIC file into the Notepad and edit the file on the spot. In order for Turbo Lightning to recognize the changes you've made, you then must unload and then reload AUXI.DIC. To do this, simply go to the Setup menu, and type in the name of the auxiliary dictionary again. ~~Then press D to save the change.~~ (Turbo Lightning keeps a copy of AUXI.DIC in RAM and won't know you've changed it on disk until you unload/reload it.)<br><br>Speaking of the auxiliary dictionary, there's another handy way to use Turbo Lightning with SideKick, this time with the phone directory. You can put some of the names of people or companies you call or write to frequently in Turbo Lightning's auxiliary dictionary, so that when you misspell them, Turbo Lightning will beep at you (and just as important, it *won't* beep at you when you spell them right!)<br>**Turbo Lightning Handbook at 67**<br><br>In the alternative, to the extent Sidekick does not anticipate this claim limitation, it would have been |

| U.S. Patent No. 5,946,647 | The Sidekick System |
| --- | --- |
| | obvious to one of ordinary skill in the art to combine Sidekick with Turbo Lightning, for the same reasons discussed above. Turbo Lightning discloses the system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions. See, e.g.:<br><br>Any time you wish, you can ask Turbo Lightning to check its dictionaries for the word under the cursor. For example, let's say you just typed the phrase below:<br><br>`Chess continues to facsinate`<br><br>If Turbo Lightning is in Auto Proof mode, it will beep when it sees *facsinate*. In this particular case, we'll assume you want Turbo Lightning to correct the word. Press Alt F9. Turbo Lightning will beep and display this small window to let you know it is checking the word:<br><br>*Figure 2-5: Turbo Lightning Checking its Dictionaries* |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | **Turbo Lightning Handbook at 30**<br><br>After a few seconds, Turbo Lightning will present you with the following list of replacement words, ranked in the order Turbo Lightning considers most likely:<br><br>*Figure 2-6: Sound-Alike List for Misspelled Word Facsinate*<br><br>The word you meant to type was *fascinate*. To get Turbo Lightning to replace *facsinate* with *fascinate*, press [A]. Turbo Lightning will erase the bad word, quickly replace it, and then get out of your way. If Turbo Lightning *doesn't* correctly replace the word—for example, if it overwrites the wrong characters or simply inserts the replacement word in front of the original word—check your Environment setup (see Appendix C for more information). |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | **Turbo Lightning Handbook at 31**<br><br>When you ask the Turbo Lightning Thesaurus to find synonyms for a word, it presents you with a small window to let you know it's leafing through its thesaurus:<br><br>Find<br>Checking Thesaurus<br><br>Go-Moku is a simpler version of the ancient Japanese game of Go, and it also closely resembles the contemporary game of Pente. The two players (in this case, the human player and the computer) take turns placing O's and X's on the intersections of a 19x19 line grid. The object of the game is to line up five pieces in a row. Watch out--this game is deceptively simple. While Go-Moku isn't nearly as complex as Go, it's also not as easy as it first appears. For all its simplicity, we think you'll find that Go-Moku can be a real challenge.<br><br>On your distribution diskette is a file called GO-MOKU.COM which will let you try your hand at Go-Moku. When you run GO-MOKU.COM (by typing GO-MOKU on the DOS command line), the program displays a playing board containing 19x19 squares, labeled from A1 to S19. A small cursor appears in the center of the board.<br><br>To begin the game, press [Return] or the space bar<br><br>*Figure 3-1: Turbo Lightning Checking Thesaurus*<br>**Turbo Lightning Handbook at 40** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
| --- | --- |
| | After a few seconds, Turbo Lightning will present you with a list of synonyms for the word. For instance, for the word *find*, this is what you will see:<br><br>Find<br>Synonyms<br>- Verb -<br>A: come upon<br>B: encounter<br>C: uncover<br>D: discover<br>E: detect<br>F: expose<br>G: determine<br>H: decide<br>I: recover<br>J: attain<br>- Noun -<br>K: bargain<br>L: discovery<br><br>on of the ancient Japanese<br>u closely resembles the<br>The two players (in this<br>the computer) take turns<br>intersections of a 19x19<br>the game is to line up five<br>--this game is deceptively<br>'t nearly as complex as Go.<br>first appears. For all its<br>Find that Go-Moku can be a<br><br>tle is a file called GO-<br>try your hand at Go-Moku.<br>y typing GO-MOKU on the DOS<br>displays a playing board<br>labeled from A1 to S19. A<br>center of the board.<br><br>To begin the game, press [Return] or the space bar<br>C:\C:PIX3 .UW L14 C44 P1<br><br>*Figure 3-2: Synonym List for Word* Find<br><br>**Turbo Lightning Handbook at 40** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | For easy reference, the words are organized according to the parts of speech—such as verb, noun, adjective, etc. If there are more synonyms than will fit on the first page of the synonym window, you will see [PgDn] and an arrow pointing down. Use the [PgUp] and [PgDn] keys to browse back and forth through pages of synonyms. When you see a word you'd like to use, simply press the letter key corresponding to the word you've chosen. For instance, to replace *find* with *discover* from the synonym list above, press [K]. Turbo Lightning will jump into your text, quickly replace *find* with *discover*, and then get out of your way until you need thesaurus help again.<br><br>**Turbo Lightning Handbook at 41** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | If you'd like to look at a list of words that are alphabetically close to the word you've chosen, press the F2 key. After a few seconds, Turbo Lightning will present you with a list of words that *do* have synonyms that Turbo Lightning knows about. For instance, for the word *simply*, this is what you will see:<br><br>*Figure 3-4: Close Words List for Word Simply*<br>**Turbo Lightning Handbook at 42**<br><br>One of ordinary skill in the art would have combined Sidekick with Turbo Lightning. Indeed, Turbo Lightning expressly discloses combination with Sidekick. See, e.g.: |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | Like two other Borland products, SideKick and SuperKey, Turbo Lightning is *RAM resident*. This means that it stays in your computer's main memory (RAM), ready to be called at a key-touch— *even while you're using another application program*—to perform the look-up functions you need at the moment. This is also what makes it so much faster than other reference software you may have used before.<br>**Turbo Lightning Handbook at 1**<br>You may be using other resident programs with your computer, such as Borland's SideKick or SuperKey, or print spoolers or a RAM disk. **If you are using other resident programs, it is important that they be loaded in the following order:**<br>• Load any non-Borland resident programs first (print spoolers, RAM disks, etc.).<br>• If you have it, load Borland's SuperKey next.<br>• Load Turbo Lightning.<br>• If you have it, load Borland's SideKick last.<br>**Turbo Lightning Handbook at 11**<br>Every time you use an application program, you must tell Turbo Lightning which one you are using—that is, the *environment* Turbo Lightning will be working with. Turbo Lightning has no way of automatically knowing whether you are in WordStar, Lotus 1-2-3, Turbo Pascal, or anything else. You must tell it—every time—where you are. There are two exceptions to this: Turbo Lightning knows automatically if you are at the DOS level (on the DOS command line), or if you are using the SideKick Notepad.<br>**Turbo Lightning Handbook at 14** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | Since SideKick's Notepad is a mini-word processor, you'll probably use Turbo Lightning often to check misspellings and suggest synonyms for the words you type while in the Notepad. When we designed Turbo Lightning, we figured many people who bought it would also be SideKick owners, so we made sure Turbo Lightning would automatically recognize when you stepped out of your application program to SideKick's Notepad. This means you never have to go into the Environment Menu and switch environments when you go in and out of SideKick—Turbo Lightning already knows. Just be sure to tell Turbo Lightning which main application program you're using at the moment.<br><br>SideKick's Notepad is the easiest way to edit the auxiliary dictionary. When you want to change Turbo Lightning's vocabulary, just load the AUXI.DIC file into the Notepad and edit the file on the spot. In order for Turbo Lightning to recognize the changes you've made, you then must unload and then reload AUXI.DIC. To do this, simply go to the Setup menu, and type in the name of the auxiliary dictionary again. ~~Then press [D] to save the change.~~ (Turbo Lightning keeps a copy of AUXI.DIC in RAM and won't know you've changed it on disk until you unload/reload it.)<br><br>Speaking of the auxiliary dictionary, there's another handy way to use Turbo Lightning with SideKick, this time with the phone directory. You can put some of the names of people or companies you call or write to frequently in Turbo Lightning's auxiliary dictionary, so that when you misspell them, Turbo Lightning will beep at you (and just as important, it *won't* beep at you when you spell them right!)<br>**Turbo Lightning Handbook at 67** |

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| | Additionally, it would have been obvious to combine Sidekick with HIG.<br><br>HIG discloses the system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions. See, e.g.:<br><br>Pop-Up Menus<br><br>**Pop-up menus** present a list of mutually exclusive choices in a dialog box or window. Pop-up menus are used as a means of selecting one choice from a list of many. Figure 4-41 shows a standard pop-up menu. A pop-up menu typically has a title that appears to the left of the menu in script systems that read from left to right. The menu itself looks like a rectangle with a drop shadow. The menu contains the text of the current choice and a triangle indicator that identifies this element as a pop-up menu.<br><br>**HIG, p. 82**<br><br>**Figure 4-41** A pop-up menu and its parts<br><br> |

| U.S. Patent No. 5,946,647 | The Sidekick System |
| --- | --- |
| | **HIG, p. 83** |