| | |
|---|---|
| JOSH KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone:  650.849.5300 <br> Facsimile:   650.849.5333 | WILLIAM F. LEE (pro hac vice) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff/Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Counterclaim-Defendant. | CASE NO.: 12-cv-00630-LHK (PSG) <br><br> **CERTIFICATE OF SERVICE UPON NOVELL, INC.** |

I, Jennifer J. Rho, hereby certify that on this 26th day of November, 2013, I did cause the following document to be served in the following manner:

- Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Reply in Support of its Motion to Strike Arguments from Invalidity and Non-Infringement Expert Reports regarding Apple Patents, and

- Apple's Declaration of Emily L. Fedman in Support of Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Reply in Support of its Motion to Strike Arguments from Invalidity and Non-Infringement Expert Reports regarding Apple Patents

on the interested parties in this action addressed as follows:

**ATTORNEYS FOR NOVELL, INC.**

Sterling A. Brennan
sbrennan@mabr.com
Maschoff Brennan Laycock Gilmore
 Israelsen & Wright, PLLC
20 Pacifica, Suite 1130
Irvine, CA  92618
(949) 202-1900

__X__   **BY ELECTRONIC MAIL TRANSMISSION** from jrho@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses.  The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

Executed on November 26, 2013 in Los Angeles, CA.

Dated:   November 26, 2013

*Jennifer J. Rho*
Jennifer J. Rho
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7103 - Office

CERTIFICATE OF SERVICE UPON NOVELL, INC.
CASE NO.:12-CV-00630-LHK (PSG)