JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:   650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

***Attorneys for Plaintiff/Counterclaim-Defendant Apple Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO.: 12-cv-00630-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE UPON GOOGLE INC.** |

`

I, Jennifer J. Rho, hereby certify that on this 26th day of November, 2013, I did cause the following document to be served in the following manner:

- Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Reply in Support of its Motion to Strike Arguments from Invalidity and Non-Infringement Expert Reports regarding Apple Patents, and

- Apple's Declaration of Emily L. Fedman in Support of Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Reply in Support of its Motion to Strike Arguments from Invalidity and Non-Infringement Expert Reports regarding Apple Patents

on the interested parties in this action addressed as follows:

## ATTORNEYS FOR GOOGLE INC

Matthew Warren, Esq.
Matthew.warren@quinnemanuel.com
Quinn Emanuel Urquart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000

**X**   **BY ELECTRONIC MAIL TRANSMISSION** from jrho@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses.  The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

Executed on November 26, 2013 in Los Angeles, CA.

Dated:   November 26, 2013                                        *Jennifer J. Rho*
                                                                                                    Jennifer J. Rho
                                                                                                    Gibson, Dunn & Crutcher
                                                                                                    333 South Grand Avenue
                                                                                                    Los Angeles, CA 90071-3197
                                                                                                    213-229-7103 - Office

CERTIFICATE OF SERVICE UPON GOOGLE, INC.
CASE NO.:12-CV-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP