| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts 02109 |
| Palo Alto, California 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| | |
| MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| rhung@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

1    In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves this Court for an order to seal the following:

   1. Portions of the confidential, unredacted version of Apple Inc.'s Reply In Support Of Its Motion To Strike Arguments From Samsung's Infringement Expert Reports Regarding Samsung Patents ("Apple's Reply"); and

   2. Portions of Exhibit 6 to the Declaration of Peter J. Kolovos in support of Apple's Reply ("Kolovos Declaration"); and

   3. Exhibits 2, 3, and 9 to the Kolovos Declaration.

   As set forth in the Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal filed herewith ("Kolovos Sealing Declaration"), Apple's Reply and Exhibits 2, 3, 6, and 9 to the Kolovos Declaration contain or discuss confidential Apple information. Portions of Apple's Reply and Exhibits 2, 3, 6, and 9 to the Kolovos Declaration also contain information that Samsung, AT&T, Intel, Qualcomm, and/or Alcatel-Lucent may consider confidential. Apple expects that these parties will file a supporting declaration in accordance with Civil L.R. 79-5 as necessary.

   Apple's entire filing, including the complete and unredacted versions of the aforementioned documents, will be lodged with the Court for *in camera* review and served on counsel for Samsung.

   Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion. Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Reply and documents supporting Apple's Reply under seal. Samsung has indicated that it reserves the right to challenge any proposed redactions to the extent that it believes those redactions improperly seal non-confidential information.

Dated: November 26, 2013

WILMER CUTLER PICKERING
 HALE AND DORR LLP

*/s/* Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 26, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn