JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Portions (highlighted in yellow and blue) of Apple Inc.'s Reply in Support of Its Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents ("Apple's Reply") contain or discuss detailed technical information regarding the structure and/or operation of Apple products and the components therein, including the operation of the third party baseband chipsets in Apple's products. The Court has previously granted Apple's requests to seal similar technical information. *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (*citing Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal schematics related to the Apple iBook and iSight and Apple source code). The portions highlighted in blue also contain information that Intel and/or Qualcomm may consider confidential.

3. Apple's Opposition also contains or discusses information that Samsung may consider confidential (highlighted in green).

4. Apple's Opposition also contains or discusses information in footnote 12 that AT&T, and/or Alcatel-Lucent may consider confidential (highlighted in pink). Alcatel-Lucent and AT&T have already supported sealing similar information. *See, e.g.*, Dkt. 930 at ¶ 3 (Alcatel-Lucent); Dkt. 931 at ¶ 3 (AT&T). This information should be sealed for the same reasons set forth in those declarations.

5. Attached to my declaration in support of Apple's Reply is a proposed redacted version of Exhibit 6. Exhibit 6 is an excerpt from Apple Inc.'s Further Supplemental Objections and Responses to Samsung's First Set of Interrogatories to Apple (No. 12). The portions

1  highlighted in yellow on page 165 lines 2-6 and 27 and page 166 lines -13 contain or discuss
2  detailed technical information regarding the structure and/or operation of Apple products and the
3  components therein.  The Court has previously granted Apple's requests to seal similar technical
4  information. *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846
5  (N.D. Cal.) (Dkt. No. 1649 at 8) (*citing Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819
6  F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal schematics related to
7  the Apple iBook and iSight and Apple source code).

8        6.    Exhibits 2, 3 and 9 contain or discuss detailed technical information regarding the
9  operation of the baseband chipsets used in Apple's products and should be sealed in full.  The
10 Court has previously granted Apple's requests to seal similar technical information. *See, e.g.*,
11 *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No.
12 1649 at 8) (*citing Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001,
13 1017 (E.D. Cal. 2011)) (granting Apple's request to seal schematics related to the Apple iBook
14 and iSight and Apple source code).  Intel may also consider this information confidential.

15       7.    The relief requested by Apple is necessary and narrowly tailored to protect
16 confidential information regarding trade secret information pertaining to the accused Apple
17 products.

18       8.    I declare under the penalty of perjury under the laws of the United States of
19 America that the forgoing is true and correct to the best of my knowledge and that this
20 Declaration was executed this 26th day of November, 2013, in Boston, Massachusetts.

21
22
23 Dated:  November 26, 2013        */s/ Peter J. Kolovos*
                                      Peter J. Kolovos
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 26, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: November 26, 2013                    /s/ Mark D. Selwyn
                                            Mark D. Selwyn