JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT EXPERT REPORTS REGARDING SAMSUNG PATENTS** |

I, Peter J. Kolovos, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

1. Attached as **Exhibit 1** is a true and correct copy of excerpts of Apple Inc.'s Supplemental Responses to Samsung's First Set of Interrogatories (Nos. 5, 8, 11, 12, 14, 18).

2. Attached as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the June 24, 2013 deposition of Naga Karthick Kandasamy.

3. Attached as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the June 25, 2013 deposition of Ulrich Mennchen.

4. Attached as **Exhibit 4** is a true and correct copy of excerpts from the iPhone User Guide for iOS 6.1 Software.

5. Attached as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the October 4, 2013 deposition of Daniel Schonfeld, Ph.D.

6. Attached as **Exhibit 6** is a true and correct copy of excerpts of Apple Inc.'s Further Supplemental Objections and Responses to Samsung's First Set of Interrogatories (No. 12).

7. Attached as **Exhibit 7** is a true and correct copy of a letter dated August 21, 2013 from Michael L. Fazio, counsel for Samsung, to Kathryn Zalewski, counsel for Apple.

8. Attached as **Exhibit 8** is a true and correct copy of a letter dated August 27, 2013 from Michael L. Fazio, counsel for Samsung, to Kathryn Zalewski, counsel for Apple.

9. Attached as **Exhibit 9** is a true and correct copy of excerpts of a the X-Gold 61x Product Overview.

10. Attached as **Exhibit 10** is a true and correct copy of excerpts of Apple Inc.'s Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 27-37).

11. Attached as **Exhibit 11** is a true and correct copy of excerpts of Apple Inc.'s Third Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 28, 29, 31, 32 and 34).

12. Apple produced the Cetecom documents listed in Exhibit 11 no later than April 25, 2013.

13. Attached as **Exhibit 12** is a true and correct copy of excerpts of Apple Inc.'s Fourth Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (No. 32).

14. Apple produced the AT&T documents listed in Exhibit 12 no later than June 21, 2013.

15. Apple produced APL630DEFWH0005228380-81 on June 14, 2013.

16. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 26th day of November, 2013, in Boston, Massachusetts.

Dated:  November 26, 2013         */s/ Peter J. Kolovos*
                                  Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 26, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:  November 26, 2013            */s/ Mark D. Selwyn*
                                     Mark D. Selwyn