# EXHIBIT 4



# iPhone
## User Guide

For iOS 6.1 Software

APL630DEF-WH0001758342

# Contents

| | |
|---|---|
| **7** | **Chapter 1: iPhone at a Glance** |
| 7 | iPhone 5 overview |
| 7 | Accessories |
| 8 | Buttons |
| 10 | Status icons |
| | |
| **12** | **Chapter 2: Getting Started** |
| 12 | What you need |
| 12 | Installing the SIM card |
| 13 | Setting up and activating iPhone |
| 13 | Connecting iPhone to your computer |
| 13 | Connecting to the Internet |
| 14 | Setting up mail and other accounts |
| 14 | Apple ID |
| 14 | Managing content on your iOS devices |
| 15 | iCloud |
| 16 | Syncing with iTunes |
| 16 | Viewing this user guide on iPhone |
| | |
| **17** | **Chapter 3: Basics** |
| 17 | Using apps |
| 20 | Customizing iPhone |
| 22 | Typing |
| 25 | Dictation |
| 26 | Voice Control |
| 27 | Searching |
| 28 | Notifications |
| 29 | Sharing |
| 30 | Connecting iPhone to a TV or other device |
| 30 | Printing with AirPrint |
| 31 | Apple headset |
| 32 | Bluetooth devices |
| 33 | File sharing |
| 33 | Security features |
| 34 | Battery |
| | |
| **36** | **Chapter 4: Siri** |
| 36 | What is Siri? |
| 37 | Using Siri |
| 40 | Restaurants |
| 40 | Movies |
| 41 | Sports |

APL630DEF-WH0001758343

| | |
|---|---|
| 41 | Dictation |
| 41 | Correcting Siri |

### Chapter 5: Phone — 43

| | |
|---|---|
| 43 | Phone calls |
| 47 | FaceTime |
| 47 | Visual voicemail |
| 48 | Contacts |
| 49 | Call forwarding, call waiting, and caller ID |
| 49 | Ringtones, Ring/Silent switch, and vibrate |
| 49 | International calls |
| 50 | Setting options for Phone |

### Chapter 6: Mail — 51

| | |
|---|---|
| 51 | Reading mail |
| 52 | Sending mail |
| 53 | Organizing mail |
| 53 | Printing messages and attachments |
| 54 | Mail accounts and settings |

### Chapter 7: Safari — 55

### Chapter 8: Music — 58

| | |
|---|---|
| 58 | Getting music |
| 58 | Playing music |
| 60 | Cover Flow |
| 60 | Podcasts and audiobooks |
| 61 | Playlists |
| 61 | Genius |
| 62 | Siri and Voice Control |
| 62 | iTunes Match |
| 63 | Home Sharing |
| 63 | Music settings |

### Chapter 9: Messages — 64

| | |
|---|---|
| 64 | Sending and receiving messages |
| 65 | Managing conversations |
| 65 | Sharing photos, videos, and other info |
| 66 | Messages settings |

### Chapter 10: Calendar — 67

| | |
|---|---|
| 67 | At a glance |
| 68 | Working with multiple calendars |
| 69 | Sharing iCloud calendars |
| 69 | Calendar settings |

### Chapter 11: Photos — 70

| | |
|---|---|
| 70 | Viewing photos and videos |
| 71 | Organizing photos and videos |
| 71 | Photo Stream |
| 72 | Sharing photos and videos |
| 73 | Printing photos |

APL630DEF-WH0001758344

74  **Chapter 12: Camera**
74  At a glance
75  HDR photos
75  Viewing, sharing, and printing
76  Editing photos and trimming videos

77  **Chapter 13: Videos**

79  **Chapter 14: Maps**
79  Finding locations
80  Getting directions
81  3D and Flyover
81  Maps settings

82  **Chapter 15: Weather**

84  **Chapter 16: Passbook**

86  **Chapter 17: Notes**

88  **Chapter 18: Reminders**

90  **Chapter 19: Clock**

91  **Chapter 20: Stocks**

93  **Chapter 21: Newsstand**

94  **Chapter 22: iTunes Store**
94  At a glance
95  Changing the browse buttons

96  **Chapter 23: App Store**
96  At a glance
97  Deleting apps

98  **Chapter 24: Game Center**
98  At a glance
99  Playing with friends
99  Game Center settings

100 **Chapter 25: Contacts**
100 At a glance
101 Adding contacts
102 Contacts settings

103 **Chapter 26: Calculator**

104 **Chapter 27: Compass**

105 **Chapter 28: Voice Memos**
105 At a glance
106 Sharing voice memos with your computer

APL630DEF-WH0001758345

**107**   **Chapter 29: Nike + iPod**

**109**   **Chapter 30: iBooks**
109   At a glance
110   Reading books
111   Organizing the bookshelf
112   Syncing books and PDFs
112   Printing or emailing a PDF
112   iBooks settings

**113**   **Chapter 31: Podcasts**

**115**   **Chapter 32: Accessibility**
115   Accessibility features
115   VoiceOver
124   Routing the audio of incoming calls
124   Siri
124   Triple-click Home
125   Zoom
125   Large Text
125   Invert Colors
125   Speak Selection
126   Speak Auto-text
126   Mono Audio
126   Hearing aids
127   Assignable ringtones and vibrations
127   LED Flash for Alerts
127   Guided Access
128   AssistiveTouch
128   TTY support
128   Assignable ringtones
129   Visual voicemail
129   Widescreen keyboards
129   Large phone keypad
129   Voice Control
129   Closed captioning
129   Accessibility in OS X

**130**   **Chapter 33: Settings**
130   Airplane mode
130   Wi-Fi
131   Bluetooth
131   VPN
132   Personal Hotspot
132   Do Not Disturb and Notifications
133   Carrier
133   General
139   Sounds
139   Brightness & Wallpaper
140   Privacy

APL630DEF-WH0001758346

| | |
|---|---|
| **141** | **Appendix A: iPhone in Business** |
| 141 | Using configuration profiles |
| 141 | Setting up Microsoft Exchange accounts |
| 142 | VPN access |
| 142 | LDAP and CardDAV accounts |
| **143** | **Appendix B: International Keyboards** |
| 144 | Special input methods |
| **146** | **Appendix C: Safety, Handling, & Support** |
| 146 | Important safety information |
| 148 | Important handling information |
| 149 | iPhone Support site |
| 149 | Restarting or resetting iPhone |
| 149 | "Wrong Passcode" or "iPhone is disabled" appears |
| 149 | "This accessory is not supported by iPhone" appears |
| 150 | Can't view email attachments |
| 150 | Backing up iPhone |
| 152 | Updating and restoring iPhone software |
| 152 | Learning more, service, and support |
| 153 | Using iPhone in an enterprise environment |
| 153 | Using iPhone with other carriers |
| 153 | Disposal and recycling information |
| 155 | Apple and the environment |

APL630DEF-WH0001758347

# Photos

**11**



## Viewing photos and videos

Photos lets you view photos and videos on iPhone, in your:

- Camera Roll album—photos and videos you took on iPhone, or saved from an email, text message, webpage, or screenshot
- Photo Stream albums—photos in My Photo Stream and your shared photo streams (see Photo Stream on page 71)
- Photo Library and other albums synced from your computer (see Syncing with iTunes on page 16)



Edit the photo.

Tap the screen to display the controls.

Delete the photo.

Stream photos using AirPlay.

Play a slideshow.

Share the photo, assign it to a contact, use it as wallpaper, or print it.

**View photos and videos:** Tap an album, then tap a thumbnail.

- *See the next or previous photo or video:* Swipe left or right.
- *Zoom in or out:* Double-tap or pinch.
- *Pan a photo:* Drag it.
- *Play a video:* Tap ▶ in the center of the screen. To change between full-screen and fit-to-screen viewing, double-tap the screen.

70

APL630DEF-WH0001758411

Albums you sync with iPhoto 8.0 (iLife '09) or later, or Aperture v3.0.2 or later, can be viewed by events or by faces. You can also view photos by location, if they were taken with a camera that supports geotagging.

**View a slideshow:** Tap a thumbnail, then tap ▶. Select options, then tap Start Slideshow. To stop the slideshow, tap the screen. To set other options, go to Settings > Photos & Camera.

**Stream a slideshow or video to a TV:** See AirPlay on page 30.

## Organizing photos and videos

**Create an album:** Tap Albums, tap ✚, enter a name, then tap Save. Select items to add to the album, then tap Done.

*Note:* Albums created on iPhone aren't synced back to your computer.

**Add items to an album:** When viewing thumbnails, tap Edit, select items, then tap Add To.

**Manage albums:** Tap Edit:

- *Rename an album:* Select the album, then enter a new name.
- *Rearrange albums:* Drag ☰.
- *Delete an album:* Tap ⊖.

Only albums created on iPhone can be renamed or deleted.

## Photo Stream

With Photo Stream, a feature of iCloud (see iCloud on page 15), photos you take on iPhone automatically appear on your other devices set up with Photo Stream, including your Mac or PC. Photo Stream also lets you share select photos with friends and family, directly to their devices or on the web.

### About Photo Stream

When Photo Stream is turned on, photos you take on iPhone (as well as any other photos added to your Camera Roll) appear in your photo stream after you leave the Camera app and iPhone is connected to the Internet via Wi-Fi. These photos appear in the My Photo Stream album on iPhone and on your other devices set up with Photo Stream.

**Turn on Photo Stream:** Go to Settings > iCloud > Photo Stream.

Photos added to your photo stream from your other iCloud devices also appear in My Photo Stream. iPhone and other iOS devices can keep up to 1000 of your most recent photos in My Photo Stream. Your computers can keep all your Photo Stream photos permanently.

*Note:* Photo Stream photos don't count against your iCloud storage.

**Manage photo stream contents:** In a photo stream album, tap Edit.

- *Save photos to iPhone:* Select the photos, then tap Save.
- *Share, print, copy, or save photos to your Camera Roll album:* Select the photos, then tap Share.
- *Delete photos:* Select the photos, then tap Delete.

*Note:* Although deleted photos are removed from photo streams on your devices, the original photos remain in the Camera Roll album on the device they originated from. Photos saved to a device or computer from a photo stream are also not deleted. To delete photos from Photo Stream, you need iOS 5.1 or later on iPhone and your other iOS devices. See support.apple.com/kb/HT4486.

APL630DEF-WH0001758412

## Shared photo streams

Shared photo streams let you share selected photos with just the people you choose. iOS 6 and OS X Mountain Lion users can subscribe to your shared photo streams, view the latest photos you've added, "like" individual photos, and leave comments—right from their devices. You can also create a public website for a shared photo stream, to share your photos with others over the web.

*Note:*  Shared photo streams work over both Wi-Fi and cellular networks. Cellular data charges may apply.

**Turn on Shared Photo Streams:**  Go to Settings > iCloud > Photo Stream.

**Create a shared photo stream:**  Tap Photo Stream, then tap ✚. To invite other iOS 6 or OS X Mountain Lion users to subscribe to your shared photo stream, enter their email addresses. To post the photo stream on icloud.com, turn on Public Website. Name the album, then tap Create.

**Add photos to a shared photo stream:**  Select a photo, tap 📤, tap Photo Stream, then select the shared photo stream. To add several photos from an album, tap Edit, select the photos, then tap Share.

**Delete photos from a shared photo stream:**  Tap the shared photo stream, tap Edit, select the photos, then tap Delete.

**Edit a shared photo stream:**  Tap Photo Stream, then tap ⓘ. You can:

- Rename the photo stream
- Add or remove subscribers, and resend an invitation
- Create a public website, and share the link
- Delete the photo stream

## Sharing photos and videos

You can share photos in email, text messages (MMS or iMessage), photo streams, Twitter posts, and Facebook. Videos can be shared in email and text messages (MMS or iMessage), and on YouTube.

**Share or copy a photo or video:**  Choose a photo or video, then tap 📤. If you don't see 📤, tap the screen to show the controls.

The size limit of attachments is determined by your service provider. iPhone may compress photo and video attachments, if necessary.

You can also copy photos and videos, and then paste them into an email or text message (MMS or iMessage).

**Share or copy multiple photos and videos:**  While viewing thumbnails, tap Edit, select the photos or videos, then tap Share.

**Save a photo or video from:**

- *Email:*  Tap to download it if necessary, tap the photo or touch and hold the video, then tap Save.
- *Text message:*  Tap the item in the conversation, tap 📤, than tap Save to Camera Roll.
- *Webpage (photo only):*  Touch and hold the photo, then tap Save Image.

Photos and videos that you receive, or that you save from a webpage, are saved to your Camera Roll album.

APL630DEF-WH0001758413