# EXHIBIT 6

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **APPLE INC.'S FURTHER SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES TO APPLE (NO. 12)** <br><br> **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  image sensor in the accused products as the claimed "imaging device." The accused products

2  use CMOS image sensors ███████████████████████████████████████

3  ███████████████████████████████████████████████████████████████

4  

5  ███████████████████████████████████████████████████████████████

6  ████████████████████████████████████████. *See* Samsung's Third Amended

7  Infringement Contentions, July 4, 2013, Exh. G at 3. Accordingly, the accused products do not

8  have "an A/D converter which converts said analog signal from said imaging device to a digital

9  signal." *See, e.g.*, Image Sensor Datasheets at APL630DEF-WH0000097306-97400,

10  APL630DEF-WH0000097401-97727, APL630DEF-WH0000097728-97941, APL630DEF-

11  WH0000097942-98045, APL630DEF-WH0000098046-98143, APL630DEF-WH0000098144-

12  98243, APL630DEF-WH0001708357-1708434, APL630DEF-WH0001712049-1712162,

13  

14  APL630DEF-WH0001712166-1712279, APL630DEF-WH0001712281-1712348, APL630DEF-

15  WH0001712349-1712426, APL630DEF-WH0001712430-1712507, APL630DEF-

16  WH0001712508-1712583, APL630DEF-WH00017261801726248, APL630DEF-

17  WH0001726252-1726351, APL630DEF-WH0001726353-1726452, APL630DEF-

18  WH0001726464-1726601, APL630DEF-WH0005214335-5214457, APL630DEF-

19  WH0005224613-5224751, APL630DEF-WH0005224752-5224847, APL630DEF-

20  WH0005226539-5226707, OMNI0001-1385.

21  

22  **C.        "a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals"**

23  

24  In its third supplemental infringement contentions, Samsung contends that the accused

25  products have "a video encoder that utilizes at least the H.264 and MPEG-4 standards for

26  compressing moving images and the JPEG standard for compressing still images." Samsung is

27  wrong. As Apple system-on-chip (SOC) engineer Tim Millet testified, ███████████████

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

■■■■■■■■■■■■■■■■■■■■■■■■■■■. *See, e.g.*, Millet Dep. at 28-31; *see also id.* at 47-48. The video encoders do not perform JPEG compression. *See, e.g.*, Millet Dep. at 103; *see also, e.g.*, SOC User's Manuals at APL630DEF-WH0001708435-1708676, APL630DEF-WH0001708681-1712045, APL630DEF-WH0001712585-1717115, APL630DEF-WH0001717117-1721647, APL630DEF-WH0001721649-1726179, APL630DEF-WH0001726602-1732790, APL630DEF-WH0001732791-1738775, APL630DEF-WH0001738776-1744368, APL630DEF-WH0001744369-1749888, APL630DEF-WH0001749889-1757765, APL630DEF-WH0004002318-4008422, APL630DEF-WH0005307879-5310811, APL630DEF-WH0007009869-7016101.

**D.** **"a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal"**

As with the "compressor" claim element, Samsung alleges that the accused products have "a video decoder that utilizes the H.264 and MPEG-4 standards for decompressing moving images and the JPEG standard for decompressing still images." Samsung's Third Amended Infringement Contentions, July 4, 2013, at 5. Again, this is incorrect, as Mr. Millet confirmed. *See, e.g.*, Millet Dep. at 101-02. *See, e.g.*, SOC User's Manuals at APL630DEF-WH0001708435-1708676, APL630DEF-WH0001708681-1712045, APL630DEF-WH0001712585-1717115, APL630DEF-WH0001717117-1721647, APL630DEF-WH0001721649-1726179, APL630DEF-WH0001726602-1732790, APL630DEF-WH0001732791-1738775, APL630DEF-WH0001738776-1744368, APL630DEF-WH0001744369-1749888, APL630DEF-WH0001749889-1757765, APL630DEF-WH0004002318-4008422, APL630DEF-WH0005307879-5310811, APL630DEF-WH0007009869-7016101.

**E.** **"a display which displays said moving image signals and still image signals outputted from said reproducing circuit, and a list of said moving image**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 | Dated: July 15, 2013

/s/ Mark D. Selwyn
Mark D. Selwyn (CA SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

- 207 -
Case No. 12-CV-00630-LHK
APPLE'S FURTHER SUPPLEMENTAL RESPONSES TO
SAMSUNG'S FIRST SET OF INTERROGATORIES (NO. 12)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## CERTIFICATE OF SERVICE

I, Andrew Liao, hereby certify that on July 15, 2013, a true and correct copy of the foregoing document, Apple Inc.'s Further Supplemental Objections and Responses to Samsung's First Set of Interrogatories (No. 12), was served on counsel for Samsung via electronic mail.

*/s/ Andrew Liao*
Andrew Liao

- 208 -
Case No. 12-CV-00630-LHK
APPLE'S FURTHER SUPPLEMENTAL RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES (NO. 12)