# EXHIBIT 7

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3227**

WRITER'S INTERNET ADDRESS
**michaelfazio@quinnemanuel.com**

August 21, 2013

<u>VIA E-MAIL</u>

Kathryn Zalewski
Wilmer Hale
950 Page Mill Road
Palo Alto, CA 94304

Re:     <u>Apple Inc. v. Samsung Electronics Co., Ltd., et al.</u>, Case No. 12-cv-0630 (N.D. Cal.)

Dear Kathryn:

     I write in response to your letter of August 21 regarding the Mac computers accused of infringing the '239 patent.  Please see the Corrected Expert Report of James Kearl, served Monday, August 19, 2013.  The analysis in this report defines the products accused of infringement for the '239 patent.

Best regards,

/s/ Michael L. Fazio


Michael L. Fazio

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS