# EXHIBIT 8

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3227**

WRITER'S INTERNET ADDRESS
**michaelfazio@quinnemanuel.com**

August 27, 2013

<u>VIA ELECTRONIC MAIL</u>

Kathryn Zalewski, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, California 94304

Re:   <u>Apple v. Samsung Elecs. Co. et al, Case No 12-cv-630 (N.D.Cal.)</u>

Dear Kathryn:

I write in response to your letter of August 23 regarding Mac computers. Dr. Schonfeld's report identifies the products that are accused of infringing the limitations of Claims 1, 7, and 15 of the '239 patent. To provide additional clarification, the accused products include all Mac computers sold during the damages time period identified in the Corrected Expert Report of James Kearl, served Monday, August, 19, 2013, including those noted in your letter of August 20, 2013.

Very truly yours,

*/s/ Michael L. Fazio*

Michael L. Fazio