# EXHIBIT 11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Civil Action No. 12-CV-00630-LHK<br><br>**APPLE INC.'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES (NOS. 28, 29, 31, 32 AND 34)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**INTERROGATORY NO. 31:**

Describe any testing performed on each APPLE ACCUSED PRODUCT, including by or with any third party, for certification of compliance with 3GPP standards and/or for compliance with a 3GPP carrier's network.

**RESPONSE TO INTERROGATORY NO. 31**

Apple objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, especially to the extent it seeks information about the accused Apple products beyond the components, functionalities, or technologies of those products that may be relevant to Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent Rule 3-1 Disclosures. Accordingly, in responding to this interrogatory, Apple is only providing information for those Apple products that Samsung has accused of infringing the '087 and '596 patents, and only for the versions of those products that are compatible with the 3GPP UMTS standard, as all other Apple products are outside the scope of Samsung's infringement contentions for those patents. Apple further objects to this Interrogatory as it contains subparts, each of which should count as a separate Interrogatory.

Apple also objects to this Interrogatory to the extent it seeks information that is subject to a confidentiality or non-disclosure agreement or governed by a protective order preventing its production, or otherwise seeks confidential, proprietary, or trade secret information of third parties. Apple further objects to this Interrogatory to the extent it requires information outside Apple's possession, custody, and control, including, for example, information concerning components that Apple has purchased from third parties.

Subject to and without waiving the foregoing General and Specific Objections, Apple responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and that the burden of ascertaining the answer to this Interrogatory from the produced business records is

1   substantially the same for Apple as for Samsung. Apple further designates, at this time, the

2   following documents from which information responsive to this Interrogatory may be

3   ascertained:

4          <u>Apple iPhone related documents</u>: APL7940001420530 - APL7940001420761,

5   APL7940001420762 - APL794000142941, APL7940011143026 - APL7940011143139,

6   APL7940011143160 - APL7940011143179, APL7940011143201 - APL7940011143361,

7   and APL7940011143362 - APL7940011143627.

8          <u>Apple iPad related documents</u>: APL7940001421024 - APL7940001421103,

9   APL7940011143180 - APL7940011143200 and APL7940001421104 - APL7940001421202.

10         Discovery is still in its early stages and Apple is continuing to investigate. Apple

11  reserves the right to supplement and/or amend its response as appropriate.

12  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 31**

13         Subject to and without waiving the foregoing General and Specific Objections, Apple

14  supplements its Response to Interrogatory No. 31 as follows:

15         Apple further designates, at this time, the following documents from which

16  information responsive to this Interrogatory may be ascertained:

17         <u>Apple iPhone related documents</u>: APL630DEF-WH0001777742 - APL630DEF-

18  WH0001777785, APL630DEF-WH0001777807 - APL630DEF-WH0001777850,

19  APL630DEF-WH0001777898 - APL630DEF-WH0001777924, APL630DEF-

20  WH0001777964 - APL630DEF-WH0001777992, APL630DEF-WH0001777996 -

21  APL630DEF-WH0001778019, APL630DEF-WH0001778109 - APL630DEF-

22  WH0001778132, APL630DEF-WH0001778190 - APL630DEF-WH0001778224,

23  APL630DEF-WH0001778347 - APL630DEF-WH0001778631, APL630DEF-

24  WH0001779406 - APL630DEF-WH0001779429, APL630DEF-WH0001780049 -

25  APL630DEF-WH0001780079, APL630DEF-WH0001780107 - APL630DEF-

26  WH0001780136, APL630DEF-WH0001780214 - APL630DEF-WH0001780239,

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL630DEF-WH0001780501 - APL630DEF-WH0001780526, APL630DEF-WH0001782328 - APL630DEF-WH0001782375, APL630DEF-WH0001782797 - APL630DEF-WH0001782856, APL630DEF-WH0001783111 - APL630DEF-WH0001783157, S-ITC-003902108 - S-ITC-003902373.

Apple iPad related documents: APL630DEF-WH0001777119 - APL630DEF-WH0001777308, APL630DEF-WH0001778260 - APL630DEF-WH0001778293, APL630DEF-WH0001779433 - APL630DEF-WH0001779456, APL630DEF-WH0001779551 - APL630DEF-WH0001779583, APL630DEF-WH0001779682 - APL630DEF-WH0001779708, APL630DEF-WH0001779805 - APL630DEF-WH0001779846, APL630DEF-WH0001780018 - APL630DEF-WH0001780046, APL630DEF-WH0001780139 - APL630DEF-WH0001780167, APL630DEF-WH0001780318 - APL630DEF-WH0001780372.

Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

**INTERROGATORY NO. 32**

For each APPLE ACCUSED PRODUCT, IDENTIFY by Bates Number the final submitted and completed version (completed by Apple and submitted to AT&T) of the following documents:

(1) AT&T Device Requirements Document (AT&T Document # 13340);

(2) Handset Specification Compliance Spreadsheet (AT&T Document # 13289); and

(3) Lab and Field Test Requirements for Terminal Unit Acceptance (AT&T Document #10776)

**RESPONSE TO INTERROGATORY NO. 32**

Apple objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, especially to the extent it seeks information about the accused Apple products beyond the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| Dated:  May 25, 2013 | */s/ Mark D. Selwyn*<br>Mark D. Selwyn (CA SBN 244180)<br>(mark.selwyn@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>William F. Lee (admitted *pro hac vice*)<br>(william.lee@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333<br><br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>*Attorneys for Plaintiff and*<br>*Counterclaim-Defendant Apple Inc.* |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CERTIFICATE OF SERVICE

I, Andrew Liao, hereby certify that on May 25, 2013, true and correct copies of the foregoing document, Apple Inc.'s Third Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 28, 29, 31, 32, and 34), was served on counsel for Samsung via electronic mail.

I declare under the penalty of perjury that the foregoing is true and correct.

*/s/ Andrew Liao*
Andrew Liao

-27-    Case No. 12-CV-00630-LHK
APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES