1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1.      Portions of the confidential, unredacted version of Apple Inc.'s Reply In Support Of Its Motion To Strike Arguments From Samsung's Infringement Expert Reports Regarding Samsung Patents ("Apple's Reply");

2.      Portions of Exhibit 6 to the Declaration of Peter J. Kolovos in support of Apple's Reply ("Kolovos Declaration"); and

3.      Exhibits 2, 3, and 9 to the Kolovos Declaration.

In support of its motion, Apple has filed the Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal ("Kolovos Sealing Declaration"), as required under Civil Local Rule 79-5, which provides the necessary evidence for this Court to permit filing under seal.  Apple also filed a proposed public redacted version of Apple's Reply, of which only portions are sealable, in which Apple's confidential and sealable information is highlighted in yellow and blue and any confidential and sealable information of Samsung and third parties is highlighted in other colors.

Additionally, Apple filed with the Court a version of Exhibit 6 that highlights those portions that contain confidential and sealable information.  The Kolovos Sealing Declaration provides sufficient evidence that the documents listed below are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable.  Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information. Accordingly, the Court GRANTS Apple's Administrative Motion to Seal.

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Apple's Reply | Pages 2-5, 7-15 |
| Exhibit 2 to the Kolovos Declaration | Entire Document |

| Document | Portion to be Sealed |
|---|---|
| Exhibit 3 to the Kolovos Declaration | Entire Document |
| Exhibit 6 to the Kolovos Declaration | Page 165:2-6<br>Pages 165:27-166:3 |
| Exhibit 9 to the Kolovos Declaration | Entire Document |

The Court further orders that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____     By: _____

Hon. Paul S. Grewal
United States District Court Judge