QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES** |

Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal the following documents or portions thereof relating to Samsung's Reply In Support of its Motion to Strike Expert Testimony Based On Previously Undisclosed Theories:

1. The confidential, unredacted version of Samsung's Reply In Support of its Motion to Strike Expert Testimony Based On Previously Undisclosed Theories ("Samsung's Reply In Support of its Motion to Strike").

2. Exhibit 2 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike, excerpts of the sworn deposition transcript of Gordon Freedman, taken in this case on January 16, 2013.

3. Exhibit 3 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike, excerpts of the Rebuttal Expert Report of Dr. Martin Rinard, served September 13, 2013.

4. Exhibit 4 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike, excerpts of the Opening Expert Report of Dr. Alex Snoeren, served August 12, 2013.

5. Exhibit 5 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike, excerpts of the sworn deposition transcript of Bjorn Bringert, taken in this case on May 10, 2012.

6. Exhibit 7 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike, a letter from Michael Valek of Gibson Dunn to Matthew Warren of Quinn Emanuel, dated March 26, 2013.

7. Exhibit 9 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike, excerpts of Samsung's Objections and Responses to Apple's Twelfth Set of Interrogatories, Interrogatory No. 48, dated July 15, 2013.

8.      Exhibit 10 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike, excerpts of Samsung's Objections and Responses to Apple's Sixth Set of Interrogatories, Interrogatory No. 41, dated April 5, 2013.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Reply In Support of its Motion to Strike and the Declaration of Daniel Wooseob Shim in support of Samsung's Administrative Motion to File Under Seal, filed herewith.  In short, the above documents discuss and refer to material designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential.  Samsung accordingly requests that the Court order the information filed under seal, and expects that Apple will comply with L.R. 79-5(e) by filing an appropriate declaration with the Court for those portions and documents that reference Apple-designated information.  Samsung's entire filing will be filed with the Court pursuant to L.R. 79-5 and served on all parties.

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Reply In Support of its Motion to Strike as a procedural mechanism for filing portions of Samsung's Reply and supporting documents under seal.  Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

1  DATED: November 26, 2013         QUINN EMANUEL URQUHART &
2                                   SULLIVAN, LLP

3                                   By */s/ Michael L. Fazio*
                                       Charles K. Verhoeven
4                                      Kevin P.B. Johnson
                                       Victoria F. Maroulis
5                                      William C. Price

6                                      Attorneys for Defendants
7                                      SAMSUNG ELECTRONICS CO., LTD.,
                                       SAMSUNG ELECTRONICS AMERICA, INC.,
8                                      and SAMSUNG TELECOMMUNICATIONS
                                       AMERICA, LLC

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: November 26, 2013

/s/ Patrick D. Curran
Patrick D. Curran