QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits this motion for an order to seal the following documents or portions thereof relating to Samsung's Reply In Support of its Motion to Strike Expert Testimony Based On Previously Undisclosed Theories in order to protect information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential:

3. The confidential, unredacted version of Samsung's Reply In Support of its Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, portions of which Samsung, Apple, and Google have designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information, and should be filed under seal as detailed in the accompanying declaration of Daniel Wooseob Shim ("Shim Declaration").

4. Exhibit 2 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike contains excerpts of the sworn deposition transcript of Gordon Freedman, taken in this case on January 16, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

5. Exhibit 3 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike contains excerpts of the Rebuttal Expert

Report of Dr. Martin Rinard, served September 13, 2013, which Google has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

6. Exhibit 4 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike contains excerpts of the Opening Expert Report of Dr. Alex Snoeren, served August 12, 2013, which Apple, Samsung, and Google have designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information, and should be filed under seal as detailed in the accompanying Shim Declaration.

7. Exhibit 5 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike contains excerpts of the sworn deposition transcript of Bjorn Bringert, taken in this case on May 10, 2012, which Google has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

8. Exhibit 7 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike contains a letter from Michael Valek of Gibson Dunn to Matthew Warren of Quinn Emanuel, dated March 26, 2013, which reflects information Google has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

9. Exhibit 9 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply In Support of its Motion to Strike contains excerpts of Samsung's Objections and Responses to Apple's Twelfth Set of Interrogatories, Interrogatory No. 48, dated July 15, 2013, which Samsung has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise

1  deemed confidential business information, and should be filed under seal as detailed in the
2  accompanying Shim Declaration.
3      10.   Exhibit 10 to the Supplemental Declaration of Michael L. Fazio in Support of
4  Samsung's Reply In Support of its Motion to Strike contains excerpts of Samsung's Objections
5  and Responses to Apple's Sixth Set of Interrogatories, Interrogatory No. 41, dated April 5, 2013,
6  which Samsung has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS'
7  EYES ONLY" under the Protective Order entered in this case, and should be filed under seal as
8  detailed in the accompanying Shim Declaration.
9      11.   Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has
10 been filed electronically with the Court and served on all parties.
11
12     I declare under penalty of perjury under the laws of the United States of America that the
13 foregoing is true and correct.
14     Executed on November 26, 2013, at Los Angeles, California.

15                                             */s/ Michael L. Fazio*
                                               _____
16                                             Michael L. Fazio

# ATTESTATION

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: November 26, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran