1
2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 10  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 11             Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES** |
| 12          vs. | |
| 13  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 14 | |
| 15 | |
| 16 | |
| 17             Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2   Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3   to File Documents Under Seal Relating to Samsung's Reply In Support of its Motion to Strike
4   Expert Testimony Based On Previously Undisclosed Theories.  The Court finds that Samsung's
5   sealing request is narrowly tailored and justified.  Therefore, the following documents or portions
6   thereof may be filed under seal consistent with Samsung's requests:

7   1.   The confidential, unredacted version of Samsung's Reply In Support of its Motion
8   to Strike Expert Testimony Based On Previously Undisclosed Theories ("Samsung's Reply In
9   Support of its Motion to Strike").

10  2.   Exhibit 2 to the Supplemental Declaration of Michael L. Fazio in Support of
11  Samsung's Reply In Support of its Motion to Strike, excerpts of the sworn deposition transcript of
12  Gordon Freedman, taken in this case on January 16, 2013.

13  3.   Exhibit 3 to the Supplemental Declaration of Michael L. Fazio in Support of
14  Samsung's Reply In Support of its Motion to Strike, excerpts of the Rebuttal Expert Report of Dr.
15  Martin Rinard, served September 13, 2013.

16  4.   Exhibit 4 to the Supplemental Declaration of Michael L. Fazio in Support of
17  Samsung's Reply In Support of its Motion to Strike, excerpts of the Opening Expert Report of Dr.
18  Alex Snoeren, served August 12, 2013.

19  5.   Exhibit 5 to the Supplemental Declaration of Michael L. Fazio in Support of
20  Samsung's Reply In Support of its Motion to Strike, excerpts of the sworn deposition transcript of
21  Bjorn Bringert, taken in this case on May 10, 2012

22  6.   Exhibit 7 to the Supplemental Declaration of Michael L. Fazio in Support of
23  Samsung's Reply In Support of its Motion to Strike, a letter from Michael Valek of Gibson Dunn
24  to Matthew Warren of Quinn Emanuel, dated March 26, 2013

25  7.   Exhibit 9 to the Supplemental Declaration of Michael L. Fazio in Support of
26  Samsung's Reply In Support of its Motion to Strike, excerpts of Samsung's Objections and
27  Responses to Apple's Twelfth Set of Interrogatories, Interrogatory No. 48, dated July 15, 2013.

28

1  8. Exhibit 10 to the Supplemental Declaration of Michael L. Fazio in Support of
2  Samsung's Reply In Support of its Motion to Strike, excerpts of Samsung's Objections and
3  Responses to Apple's Sixth Set of Interrogatories, Interrogatory No. 41, dated April 5, 2013.
4      Accordingly, for good cause shown, the Court HEREBY ORDERS that these documents
5  may be filed under seal.

7  DATED: _____

   The Honorable Paul S. Grewal
8  United States Magistrate Judge