1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 | Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
3 | Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
4 | 50 California Street, 22nd Floor
San Francisco, California 94111
5 | Telephone: (415) 875-6600
Facsimile: (415) 875-6700
6 |
Kevin P.B. Johnson (Bar No. 177129)
7 | kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
8 | victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
9 | Redwood Shores, California 94065
Telephone: (650) 801-5000
10 | Facsimile: (650) 801-5100

11 | William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
12 | 865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
13 | Telephone: (213) 443-3000
Facsimile: (213) 443-3100
14 |
Attorneys for SAMSUNG ELECTRONICS
15 | CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
16 | TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|---|---|
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: December 10, 2013<br>Time: 10:00 a.m.<br>Place: Courtroom 5<br>Judge: Honorable Paul S. Grewal |
| Defendants. | |

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Samsung's Second Amended Patent Local Rule 3-3 and 3-4 Disclosures, served April 22, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the sworn deposition transcript of Gordon Freedman, taken in this case on January 16, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Martin Rinard, served September 13, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Alex Snoeren, served August 12, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the sworn deposition transcript of Bjorn Bringert, taken in this case on May 10, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email from Jeanine Zalduendo of Quinn Emanuel to Mark Lyon of Gibson Dunn, dated September 11, 2012.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Michael Valek of Gibson Dunn to Matthew Warren of Quinn Emanuel, dated March 26, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Apple's Twelfth Set of Interrogatories, Interrogatory No. 48, served June 7, 2013.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Samsung's Objections and Responses to Apple's Twelfth Set of Interrogatories, Interrogatory No. 48, dated July 15, 2013.

11.  Attached hereto as Exhibit 10 is a true and correct copy of excerpts of Samsung's Objections and Responses to Apple's Sixth Set of Interrogatories, Interrogatory No. 41, dated April 5, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 26, 2013, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

**ATTESTATION**

I, Patrick D. Curran, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: November 26, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran