# EXHIBIT 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S SECOND AMENDED PATENT LOCAL RULE 3-3 AND 3-4 DISCLOSURES**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

1  Each of these claim limitations is governed by 35 U.S.C. § 112, paragraph 6.  The '959 patent
2  specification, however, fails to set forth the structure, material or acts for accomplishing the
3  recited function.  Each of these claims is therefore invalid as indefinite under 35 U.S.C. § 112(2).
4  In addition, based on Samsung's present understanding of Plaintiff's infringement
5  contentions, each of the asserted claims in which the terms identified above appear are invalid
6  because the specification fails to provide sufficient disclosure to enable any person of ordinary
7  skill in the art to which it pertains, or with which it is most nearly connected, to implement the
8  invention without undue experimentation.  The '959 patent specification fails to describe the
9  manner and process of making and using the claimed invention in such full, clear concise and
10 exact terms as to enable a person of ordinary skill in the art to which it pertains to make and use
11 the claimed invention.
12 For at least the reasons set forth above, the claims fail to satisfy the requirements of § 112
13 ¶¶ 1 and 2.

## IV. THE '414 PATENT

### A. Local Patent Rule 3-3(a):  Identification of Prior Art

At this time, Samsung contends that at least the following prior art references anticipate under 35 U.S.C. § 102(a), (b), (e), (f) and/or (g) or render obvious under 35 U.S.C. § 103, either alone or in combination, the asserted claims of the '414 Patent:

1. **Patent References**[8]

| Country of Origin | Patent Number | Date of Issue | Priority Date |
|---|---|---|---|
| US | 5,255,388 | Oct. 19, 1993 | Sep. 26, 1990 |
| US | 5,473,776 | Dec. 5, 1995 | Feb. 16, 1993 |
| US | 5,515,502 | May 7, 1996 | Sep. 30, 1993 |
| US | 5,729,710 | Mar. 17, 1998 | June 22, 1994 |
| US | 5,734,910 | Mar. 31, 1998 | Dec. 22, 1995 |
| US | 5,937,414 | Aug. 10, 1999 | Feb. 28, 1997 |
| US | 6,000,000 | Dec. 7, 1999 | May 4, 1998 |
| US | 6,012,081 | Jan. 4, 2000 | July 3, 1996 |
| US | 6,014,681 | Jan. 11, 2000 | July 15, 1997 |
| US | 6,021,414 | Feb. 1, 2000 | Sep. 11, 1995 |
| US | 6,260,075 | July 10, 2001 | June 19, 1995 |

---

[8] Samsung incorporates by reference all prior art references cited in the patents listed herein and/or their file histories.

| Country of Origin | Patent Number | Date of Issue | Priority Date |
|---|---|---|---|
| US | 6,446,092 | Sep. 3, 2002 | Mar. 15, 1999 |
| US | 6,643,669 | Nov. 4, 2003 | Mar. 14, 2000 |
| US | 6,662,212 | Dec. 9, 2003 | Aug. 31, 1999 |
| US | 6,662,212 | Dec. 9, 2003 | Aug. 31, 1999 |
| US | 6,671,700 | Dec. 30, 2003 | May 23, 2000 |
| US | 6,983,247 | Jan. 3, 2006 | June 26, 2002 |
| US | 7,024,491 | Apr. 4, 2006 | May 23, 2001 |
| US | 7,024,491 | Apr. 4, 2006 | May 23, 2001 |
| US | 7,032,003 | Apr. 18, 2006 | Aug. 13, 2001 |
| US | 7,158,998 | Jan. 2, 2007 | July 31, 2002 |
| US | 7,290,034 | Oct. 30, 2007 | May 7, 2004 |
| US | 7,290,034 | Oct. 30, 2007 | May 7, 2004 |
| US | 7,318,071 | Jan. 8, 2008 | May 27, 2003 |
| US | 7,366,743 | Apr. 29, 2008 | Mar. 6, 2002 |
| US | 7,370,025 | May 6, 2008 | Dec. 17, 2002 |
| US | 7,403,958 | July 22, 2008 | Jan. 19, 2005 |
| US | 7,412,460 | Aug. 12, 2008 | June 19, 2003 |
| US | 7,430,426 | Sep. 30, 2008 | Jan. 24, 2005 |
| US | 7,457,846 | Nov. 25, 2008 | Oct. 5, 2001 |
| US | 7,477,890 | Jan. 13, 2009 | June 30, 2000 |
| US | 7,503,052 | Mar. 10, 2009 | Apr. 14, 2004 |
| US | 7,506,006 | Mar. 17, 2009 | Sep. 3, 2004 |
| US | 7,523,344 | Apr. 21, 2009 | June 19, 2006 |
| US | 7,546,364 | June 9, 2009 | May 16, 2002 |
| US | 7,752,166 | July 6, 2010 | Nov. 15, 2001 |
| US | 7,788,225 | Aug. 31, 2010 | Mar. 18, 2005 |
| US | 7,849,140 | Dec. 7, 2010 | Aug. 29, 2002 |
| US | 7,877,797 | Jan. 25, 2011 | Feb. 23, 2006 |
| US | 8,005,889 | Aug. 23, 2011 | Nov. 16, 2005 |
| US | 8,121,978 | Feb. 21, 2012 | Sep. 11, 2003 |
| US | 2006/0026198 | Feb. 2, 2006 | July 30, 2004 |
| US | 2002/0059299 | May 16, 2002 | Jan. 23, 2001 |
| US | 2003/0149762 | August 7, 2003 | Oct. 5, 2001 |
| US | 2004/0139235 | July 15, 2004 | Oct. 31, 2003 |
| US | 2005/0278458 | Dec. 15, 2005 | June 9, 2004 |
| US | 2006/0238652 | Oct. 26, 2006 | Apr. 22, 2005 |
| US | 2006/0242609 | Oct. 26, 2006 | Apr. 22, 2005 |
| US | 2007/0180447 | Aug. 2, 2007 | Nov. 14, 2006 |
| US | 2008/0066148 | Mar. 13, 2008 | Oct. 30, 2007 |
| US | 2008/0256547 | Feb. 23, 2005 | Oct. 16, 2008 |
| EP | 1130513 | Sep. 5, 2001 | Jan. 25, 2000 |

| Title | Date of Publication | Author | Publisher |
|---|---|---|---|
| Unix Applications Programming Mastering the Shell | 1990 | Ray Swartz | Sams Publishing |
| Using FastMail.FM with Mozilla Thunderbird | Jan. 2006 | Terrence Kearns, Bob Peers | |
| Using Your Palm® Treo™ 700w Smartphone | 2006 | | Palm |
| Visto Mobile™ Personal Edition for Professionals | 2005 | | Visto |
| Welcome to Panther – Find out what you can do with Mac OS X and Mac OS X applications | 2004 | | Apple |
| Welcome to Tiger – Find out what you can do with Mac OS X v10.4 | 2005 | | Apple |
| Windows CE handheld systems for the corporate mobile work force | Mar. 30, 2005 | Steven J. Mastrianni | |
| What are the iTunes Library Files? | 2005 | | Apple |
| Windows Mobile Software for Pocket PC: Pocket Outlook | July 1, 2005 | | Microsoft |
| Windows Mobile Software for Pocket PC Phone Edition | Sep. 19, 2003 | | Microsoft |
| Windows Vista: Centralizing Data Synchronization With The New Sync Center, Microsoft 2005 Professional Developers Conference Presentation, including all audio and video recordings and transcripts of the same | 2005 | David Potter | Microsoft |
| Windows Vista User Experience Walkthrough Guide | 2006 | | Microsoft |

3.     **Systems**

Samsung also contends that the asserted claims of the '414 patent are invalid in view of public knowledge and uses and/or offers for sale or sales of products and services that are prior art under 35 U.S.C. Sec. 102(a) and/or (b), and/or prior inventions made in the United States by other

1  inventors who had not abandoned, suppressed, or concealed them under 35 U.S.C. Sec. 102(g),
2  and that anticipate or render obvious the asserted claims.
3       The following lists prior art products or services that invalidate under 35 U.S.C. Sec.
4  102(a), (b), and/or (g) by the name of the item, and Samsung may rely on all versions of the
5  following prior art systems commercially sold, publicly known or used before the priority date of
6  the '414 Patent, including documents and source code describing the same:

- Evolution (all versions before the '414 priority date, including version 2.4)
- Ficus
- Coda
- Bayou
- Mozilla Thunderbird (all versions before the '414 priority date, including version 1.5rc2.)
- SyncKolab
- Mozilla Lightning Project
- Coldsync
- iTunes (all versions before the '414 priority date, including version 6.0.1)
- iSync (all versions before the '414 priority date, including version 1.4)
- Sync Services (all versions before the '414 priority date)
- Windows Mobile / Microsoft Exchange ActiveSync / Pocket Outlook
- Blackberry (all versions before the '414 priority date, including version 4.1)
- NotifyLink Hosted Edition
- Microsoft Windows Vista (all versions before the '414 priority date)
- Sync
- Broadbeam Mobile Development Environment / Mobile Solutions System/ ExpressSync
- Microsoft Outlook

27       Additional details on these invalidating references are included in Exhibit D, including to
28  the extent now known when the item became publicly known or was used, offered for sale, or

1  DATED: April __, 2013                QUINN EMANUEL URQUHART & SULLIVAN LLP

2

3                                        By /s/ Victoria F. Maroulis
                                            Victoria F. Maroulis
4                                           Attorneys for Defendants
                                            SAMSUNG ELECTRONICS CO., LTD.,
5                                           SAMSUNG ELECTRONICS AMERICA, INC. and
                                            SAMSUNG TELECOMMUNICATIONS
6                                           AMERICA, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**    -226-    Case No. 12-cv-00630-LHK
SAMSUNG'S PATENT LOCAL RULE 3-3 AND 3-4 DISCLOSURES

# EXHIBIT 6

|  |  |
|---|---|
| **From:** | Jeanine Zalduendo |
| **Sent:** | Tuesday, September 11, 2012 10:12 AM |
| **To:** | 'mlyon@gibsondunn.com'; 'RHung@mofo.com'; 'MJacobs@mofo.com'; '*** Apple/Samsung'; 'jkrevitt@gibsondunn.com'; 'Rho, Jennifer J.'; 'Clementine'; 'Selwyn, Mark (Mark.Selwyn@wilmerhale.com)'; 'Liao, Andrew' |
| **Cc:** | Patrick Shields; Michael Fazio; Boris Babic; Kevin Johnson; Victoria Maroulis; Chris Grant; Pam Davis |
| **Subject:** | Samsung's Document Production |

Counsel,

Please find the production of documents bates numbered SAMNDCA630-00966714 - SAMNDCA630-01078753, located in the subfolders listed at the file path: /array1/Quinn_630APP/ SAMNDCA630_09102012_1.zip and SAMNDCA630_09102012_2.zip.


**INTENTIONALLY OMITTED
FROM EXHIBIT/RECORD**


Password to follow.


Regards,

**Jeanine Zalduendo**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3632 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
jeaninezalduendo@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT 8

| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| | jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| | mlyon@gibsondunn.com |   HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| | 1881 Page Mill Road | Boston, Massachusetts 02109 |
| 4 | Palo Alto, California 94304-1211 | Telephone: (617) 526-6000 |
| | Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| 5 | Facsimile: (650) 849-5333 | MARK D. SELWYN (SBN 244180) |
| | | mark.selwyn@wilmerhale.com |
| 6 | MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| | mjacobs@mofo.com |   HALE AND DORR LLP |
| 7 | RICHARD S.J. HUNG (CA SBN 197425) | 950 Page Mill Road |
| | rhung@mofo.com | Palo Alto, California 94304 |
| 8 | MORRISON & FOERSTER LLP | Telephone: (650) 858-6000 |
| | 425 Market Street | Facsimile: (650) 858-6100 |
| 9 | San Francisco, California  94105-2482 | Attorneys for Plaintiff and |
| | Telephone:  (415) 268-7000 | Counterclaim-Defendant Apple Inc. |
| 10 | Facsimile:  (415) 268-7522 | |

**Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S TWELFTH SET OF INTERROGATORIES (NOS. 47-50) TO DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

APPLE INC.'S TWELFTH SET OF INTERROGATORIES
CASE NO. 12-cv-00630-LHK (PSG)                                                                                           1

# INTERROGATORIES

**Interrogatory No. 47**

Separately for each Samsung Accused Feature, state when such Samsung Accused Feature was first implemented in any Samsung Product regardless of whether the Samsung Product is an Accused Samsung Product, fully describe Samsung's factual bases for its response to this Interrogatory, and identify all documents relating to Samsung's response to this Interrogatory and all individuals with knowledge of facts relating to Samsung's response to this Interrogatory.

**Interrogatory No. 48**

For each launch release and maintenance release identified in your response to Interrogatory No. 41 identify all source code files found in the corresponding Perforce Server Path for that launch release or maintenance release that get compiled for, used in or included in the commercially available software for the particular model to which that launch release or maintenance release corresponds. Such identification should include the full directory path for that file.

**Interrogatory No. 49**

Separately for each of the Samsung Patents-In-Suit, identify the following: (1) the role, if any, that each of the Samsung Patented Features has in consumer purchase decisions, (2) whether each of the Samsung Patented Features is the basis of consumer demand for, or substantially creates the value of, the component parts of the Samsung Practicing Devices and Apple Accused Devices, and (3) any documents upon which Samsung relies in providing its response to this Interrogatory.

1 **Interrogatory No. 50**

2      Identify all facts that support your contention that consumers purchase the Accused
3 Samsung Products for reasons other than the Samsung Accused Features and identify any
4 documents upon which Samsung relies in providing its response to this Interrogatory.

5

6 Dated:  June 7, 2012                    GIBSON, DUNN & CRUTCHER LLP

7

8                                                         By: */s/ Mark Lyon*
9                                                         ***Attorneys for Apple Inc.***

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S TWELFTH SET OF INTERROGATORIES (NOS. 47-50)** was served on June 7, 2013, by electronic mail upon the following counsel of record:

Kevin P.B. Johnson
Victoria F. Maroulis
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com

William Price
Michael Fazio
Amar Thakur
Jeanine M. Zalduendo
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
williamprice@quinnemanuel.com
michaelfazio@quinnemanuel.com
amarthakur@quinnemanuel.com
jeaninezalduendo@quinnemanuel.com

Charles K. Verhoeven
Kevin A. Smith
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com

Aaron P. Maurer
David Michael Horniak
David M. Krinsky
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5282
amaurer@wc.com
dhorniak@wc.com
dkrinsky@wc.com

Dated: June 7, 2013        /s/   *Phillip K. Lum*

                                    Phillip K. Lum