1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100

15

16              UNITED STATES DISTRICT COURT

17       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
19 |                   Plaintiff, | **DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF SAMSUNG'S** |
20 |          vs. | **ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
24 |                   Defendants. | |
25

26

27

28

I, Daniel Wooseob Shim, declare:

1.      I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2.      I submit this declaration in support of Samsung's administrative motion to file under seal documents in connection with Samsung's Reply In Support of its Motion to Strike Expert Testimony Based On Previously Undisclosed Theories.

3.      I understand that some of the documents Samsung seeks to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties.  I have reviewed partially redacted versions of the documents that exclude Apple and third-party confidential information.

4.      The documents Samsung seeks to seal include Samsung's source code and detailed descriptions of the operations of Samsung's source code.  The portions of the exhibits in support of Samsung's motion that Samsung seeks to seal and the type of information are identified below:

| Document | Portion Samsung Seeks to Seal | Type of Information |
|----------|-------------------------------|---------------------|
| Samsung's Reply In Support of its Mot. to Strike | Portions highlighted in green. | Detailed descriptions of the operation of Samsung's source code. |
| Supp. Fazio Mot. to Strike Decl. Ex. 4 (August 12, 2013 Snoeren Opening Report Excerpts) | p. 39 ¶ 129, lines 16-17 <br> p. 40 ¶ 129, lines 1, 18-24 <br> p. 41 ¶ 129, lines 2-4 <br> p. 50, footnote 37 | Detailed descriptions of the operation of Samsung's source code; detailed information regarding Samsung's product development. |
| Supp. Fazio Mot. to Strike Decl. Ex. 9 (Samsung's Objections and Responses to Apple's Twelfth Set of Interrogatories, No. 48, dated July 15, 2013) | p. 25, lines 1-2 <br> p. 25, lines 20-28 <br> p. 26 (all) <br> p. 27 (all) | Detailed descriptions of the operation of Samsung's source code. |
| Supp. Fazio Mot. to Strike Decl. Ex. 10 (Samsung's Objections and Responses to Apple's Sixth Set of | p. 14 (all) | Detailed information regarding Samsung's product development. |

Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF DANIEL WOOSEOB SHIM

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Interrogatories, No. 41, dated April 5, 2013) | | |

5.     As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

6.     Information about Samsung's internal product development processes is likewise highly confidential because competitors could use the information to estimate Samsung's development time frames and release dates.  Competitors could then try to beat Samsung to the market, removing any first-mover advantage Samsung may otherwise enjoy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Sydney, Australia on November 27, 2013.

*/s/ Daniel Wooseob Shim*
_____

Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated:  November 26, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran