1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Cal. Bar No. 108542)
10 williamprice@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG)
19 |            Plaintiff,                 |
20 |        vs.                            | **CERTIFICATE OF SERVICE UPON T-MOBILE**
21 | SAMSUNG ELECTRONICS CO., LTD., a      |
   | Korean business entity; SAMSUNG       |
22 | ELECTRONICS AMERICA, INC., a New      |
   | York corporation; SAMSUNG             |
23 | TELECOMMUNICATIONS AMERICA,           |
   | LLC, a Delaware limited liability company, |
24 |                                       |
   |            Defendants.                |
25

26
27
28

**CERTIFICATE OF SERVICE**

I am employed in Washington, D.C.   I am over the age of eighteen years and not a party to the above-captioned action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 1299 Pennsylvania Avenue NW, Suite 825, Washington, D.C. 20004.

On November 27, 2013, I served the following document(s):

1. **DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS**

by email containing the aforementioned document to Counsel for T-Mobile:

Reese Nguyen
Keker & VanNest LLP
RNguyen@kvn.com

I declare under penalty of perjury that the foregoing is true and correct.   Executed on November 27, 2013, at Washington, D.C.

*/s/ Deepa Acharya*___
Deepa Acharya

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service.    In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Deepa Acharya has concurred in this filing.

Dated:    November 27, 2013          */s/ Victoria Maroulis*
                                                                    Victoria Maroulis