Daryl M. Crone (Bar No. 209610)
 daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Telephone:  (310) 893-5150
Facsimile:   (310) 893-5195

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1. I am over the age of eighteen years and not a party to the within action; my business address is 10880 Wilshire Boulevard, Suite 1150, Los Angeles, CA 90024.

On November 27, 2013, I served true copies of the document described as

1. The Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Reply in Support of its Motion to Strike Testimony Based on Undisclosed Theories and Claim Constructions [Dkt. No. 1009-1].

by emailing the aforementioned document to the interested parties as follows:

Counsel for Qualcomm Incorporated:

Brett E. Bachtell, Esq.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Email: bbachtell@mwe.com

Counsel for AT&T Inc.:

Paula M. Phillips, Esq.
AT&T Inc.
One AT&T Way
Bedminster, New Jersey 07921-0752
Email: pp2713@att.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2013.

DATED: December 2, 2013

                                                         /s/ Daryl M. Crone
                                                         Daryl M. Crone

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Daryl Crone has concurred in this filing.

Dated:  December 2, 2013              */s/ Victoria Maroulis*
                                                         Victoria Maroulis