IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, <br><br> Defendant. | Case No. 12-CV-00630-LHK (PSG) <br><br> **DECLARATION OF THIRD-PARTY MICROSOFT IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL CERTAIN SUBMISSIONS CONTAINING HIGHLY CONFIDENTIAL MICROSOFT INFORMATION** |

I, William J. Harmon, declare and state as follows:

1. I am an attorney at Microsoft Corporation. Pursuant to Local Rule 79-5, I submit this Declaration in support of Apple's Administrative Motion to File Documents under Seal (Dkt. 1101) filed in connection with its Reply in Support of its Motion to Strike certain arguments from Samsung's expert reports.

2. I am the same Bill Harmon who submitted a previous declaration (Dkt. 933) in support of Apple's Corrected Administrative Motion (Dkt. 890) to seal similar information in Apple's underlying Motion to Strike, which was filed on November 5, 2013. I have personal knowledge of the facts set forth in both this and my previous declarations and, if called as a witness, could competently testify to them under oath on behalf of Microsoft.

3. Apple's current sealing motion (Dkt. 1101) relates to documents filed in connection with its Reply in Support of Apple's Motion to Strike certain arguments from Samsung's expert reports, as well as the Furman Declaration accompanying the Reply. I submit this declaration to confirm that Exhibit 50 of the supporting Furman declaration discloses highly confidential information relating to Microsoft's Window's Mobile operating systems and the

Declaration Of Third-Party Microsoft In Support Of Apple's
Administrative Motion To Seal Certain Submissions Containing
Highly Confidential Microsoft Information

**Woodcock Washburn LLP**
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

1. ActiveSynch feature of those systems, including characterization of its source code. This Exhibit 50 as well as portions of the Apple Reply brief that relate to the same subject matter of Microsoft's Windows Mobile systems should be maintained under seal.

4. This information had been produced by Microsoft in response to subpoenas served on it by the parties and had been marked as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Outside Attorneys' Eyes Only – Source code," as appropriate at the time of production. This same information was included in Apple's underlying Motion to Strike and supporting declarations as filed November 5, 2013. My current declaration is submitted to confirm that this information remains highly confidential to Microsoft and should be sealed for all the same reasons presented in my earlier declaration (Dkt. 933), which I hereby incorporate by reference in its entirety.

5. The requested relief is necessary and narrowly tailored to protect the sensitive nature of the information contained in the Reply brief and supporting exhibit. Because Microsoft is a third party to this litigation and did not choose to put its information into issue, sealing of the information is especially appropriate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 1, 2013     By: _____
                                William J. Harmon

Declaration Of Third-Party Microsoft In Support Of Apple's
Administrative Motion To Seal Certain Submissions Containing
Highly Confidential Microsoft Information

Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

## **ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that William J. Harmon has concurred in this filing.

Dated: December 2, 2013           By:   */s/ H. Mark Lyon*
                                              H. Mark Lyon

Declaration of Third Party Microsoft In Support of Apple's
Administrative Motion to Seal Certain Submissions Containing
Highly Confidential Microsoft Information
12-CV-00630-LHK (PSG)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document and its supporting documents were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: December 2, 2013                     /s/   *H. Mark Lyon*

Gibson, Dunn & Crutcher LLP

Declaration of Third Party Microsoft in Support of Apple's
Administrative Motion to Seal Certain Submissions Containing Highly
Confidential Microsoft Information
12-cv-00630-LHK (PSG)