1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6

7  Attorneys for Non-Party Google Inc.

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12

13 | APPLE INC., a California corporation, |
14 |              Plaintiff, |  CASE NO. 12-CV-00630-LHK
15 |        v. |
16 | SAMSUNG ELECTRONICS CO., LTD., a | **DECLARATION OF KRISTIN J.**
   | Korean corporation; SAMSUNG | **MADIGAN IN SUPPORT OF APPLE'S**
17 | ELECTRONICS AMERICA, INC., a New | **AND SAMSUNG'S ADMINISTRATIVE**
   | York corporation, and SAMSUNG | **MOTIONS TO FILE UNDER SEAL**
18 | TELECOMMUNICATIONS AMERICA, | **[DOCKET NOS. 1011, 1018]**
   | LLC, a Delaware limited liability company, |
19 |
20 |              Defendants. |
21 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean corporation; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
   | York corporation, and SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
24 |              Counterclaim-Plaintiff,
25 |        v.
26 | APPLE INC., a California corporation,
27 |              Counterclaim-Defendant.
28

1    I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

2    1.    I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-

3    party Google Inc. ("Google") in this action.  I submit this declaration in support of Apple's

4    Administrative Motion to File Under Seal and Samsung's Administrative Motion to File Under

5    Seal.  I have personal knowledge of the following facts, and would competently testify to them if

6    called upon to do so.

7    **APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE'S**

8    **REPLY IN SUPPORT OF ITS MOTION TO STRIKE ISSUES RELATED TO**

9    **APPLE PATENTS**

10    2.    On November 26, 2013, Apple Inc. ("Apple") filed an administrative motion to file

11    documents under seal (Docket No. 1011), which sought to protect information designated as

12    confidential by non-party Google and discussed in Apple's Reply In Support of Its Motion to

13    Strike Arguments From Samsung's Invalidity and Non-Infringement Expert Reports Regarding

14    Apple Patents (Docket No. 1011, Attachment 6) ("Reply"); and Exhibits to the Declaration of

15    Joshua Furman In Support of Apple's Reply ("Furman Reply Declaration") (Docket No. 1011,

16    Attachment 4).  Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in

17    support of Apple's administrative motion to file documents under seal (Docket No. 1011), to the

18    extent Apple's Reply and supporting documents reference non-party Google's highly confidential

19    or proprietary business information.

20    3.    Selected portions of Apple's Reply (Docket No. 1011, Attachment 6, at 14-15)

21    discuss Google's highly confidential and proprietary source code produced under the protective

22    order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the

23    protective order regarding Google source code production (Docket No. 159).  In addition, selected

24    portions of Apple's Reply (Docket No. 1011, Attachment 6, at 15) discuss proprietary information

25    that is confidential to non-party Google, including product development information, testing

26    documents, and other non-public information of similar competitive and business sensitivity,

27    produced under the protective order governing confidentiality in this action (Docket No. 171).

28

4.      Selected portions of Exhibit 48 to the Furman Reply Declaration (Docket No. 1011, Attachment 7, at 144-145) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

5.      Selected portions of Exhibit 51 to the Furman Reply Declaration (Docket No. 1011, Attachment 7) discuss proprietary information that is confidential to non-party Google, including product development information, testing documents, and other non-public information of similar competitive and business sensitivity, produced under the protective order governing confidentiality in this action (Docket No. 171).  In addition, selected portions of Exhibit 51 to the Furman Reply Declaration (Docket No. 1011, Attachment 7) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE ISSUES RELATED TO APPLE PATENTS**

6.      On November 26, 2013, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed an administrative motion to file documents under seal (Docket No. 1018), which sought to protect information designated as confidential by non-party Google and discussed in Samsung's Reply In Support of Its Motion to Strike Expert Testimony Based on Previously Undisclosed Theories (Docket No. 1018, Attachment 4) ("Reply"); and Exhibits to the Supplemental Declaration of Michael L. Fazio In Support of Samsung's Reply In Support of Its Motion to Strike Expert Testimony Based on Previously Undisclosed Theories ("Supplemental Fazio Declaration") (Docket No. 1018, Attachment 5).  Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's administrative motion to file documents under seal (Docket

1   No. 1018), to the extent Samsung's Reply and supporting documents reference non-party

2   Google's highly confidential or proprietary business information.

3          7.      Selected portions of Samsung's Reply (Docket No. 1018, Attachment 4, at 5-6)

4   discuss the May 10, 2012 deposition testimony of Bjorn Bringert.  Mr. Bringert's deposition

5   transcripts are highly confidential under the protective order governing confidentiality in this

6   action (Docket No. 171) because, among other things, Mr. Bringert testified regarding proprietary

7   functionality and internal business processes that are confidential to non-party Google.  In

8   addition, selected portions of Samsung's Reply (Docket No. 1018, Attachment 4, at 6, 9-10)

9   discuss Google's highly confidential and proprietary source code produced under the protective

10  order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the

11  protective order regarding Google source code production (Docket No. 159).

12         8.      Selected portions of Exhibit 3 to the Supplemental Fazio Declaration (Docket No.

13  1018, Attachment 7, at 53-54) discuss Google's highly confidential and proprietary source code

14  produced under the protective order governing confidentiality in this action (Docket No. 171) and

15  the agreed addendum to the protective order regarding Google source code production (Docket

16  No. 159).

17         9.      Selected portions of Exhibit 4 to the Supplemental Fazio Declaration (Docket No.

18  1018, Attachment 7, at 39-41) discuss the May 10, 2012 and June 28, 2013 deposition testimony

19  of Bjorn Bringert.  Mr. Bringert's deposition transcripts are highly confidential under the

20  protective order governing confidentiality in this action (Docket No. 171) because, among other

21  things, Mr. Bringert testified regarding proprietary functionality and internal business processes

22  that are confidential to non-party Google.  In addition, selected portions of Exhibit 4 to the

23  Supplemental Fazio Declaration (Docket No. 1018, Attachment 7, at 40, 45) discuss proprietary

24  information that is confidential to non-party Google, including product development information,

25  testing documents, and other non-public information of similar competitive and business

26  sensitivity, produced under the protective order governing confidentiality in this action (Docket

27  No. 171).  In addition, selected portions of Exhibit 4 to the Supplemental Fazio Declaration

28  (Docket No. 1018, Attachment 7, at 45, 64-65, 94) discuss Google's highly confidential and

proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

10.     Exhibit 5 to the Supplemental Fazio Declaration (Docket No. 1018, Attachment 7) is an excerpt from the May 10, 2012 deposition testimony of Bjorn Bringert.  Mr. Bringert's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Bringert testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

11.     Selected portions of Exhibit 7 to the Supplemental Fazio Declaration (Docket No. 1018, Attachment 7) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California, on December 2, 2013.

By_/s/ Kristin J. Madigan_____
Kristin J. Madigan

MADIGAN DECLARATION IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL