QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|---|---|
| Plaintiff, | **CONSOLIDATED DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/5645040.1

I, Daniel Wooseob Shim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's administrative motions to file under seal documents in connection with: (1) Apple Inc.'s Reply In Support of Its Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents (Dkt. No. 1011); and (2) Apple Inc.'s Reply in Support of Its Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents (Dkt. No. 1017).

3. I understand that some of the documents Samsung seeks to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties. I have reviewed partially redacted versions of the documents that exclude Apple and third-party confidential information.

4. The document Samsung seeks to seal includes descriptions of the operation of Samsung's source code. The portions Samsung seeks to seal and the type of information are identified below:

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Apple's Reply ISO Apple's Mot. To Strike Regarding Apple's Patents | None | |
| Ex. 47 to Furman Decl. ISO Apple's Mot. To Strike Regarding Apple's Patents (Frid-Nielsen Dep. Tr.) | None | |
| Ex. 48 to Furman Decl. ISO Apple's Mot. To Strike Regarding Apple's Patents (Samsung's Supp. Resp. to Apple's Rog 24) | p. 140 lines 21-23, 27-28<br>p. 141 lines 3-4, 9-20, 23-28<br>p. 142 lines 8-11, 17-21, 24-26<br>p. 143 lines 3-10, 14-17, | Detailed descriptions of the operation of Samsung's source code. |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | 21-26 p. 175 line 5 to 177 line 16. | |
| Ex. 49 to Furman Decl. ISO Apple's Mot. To Strike Regarding Apple's Patents (Exs. 1 & 2 to Jeffay Opening Rep., Sidekick Chart) | None | |
| Ex. 50 to Furman Decl. ISO Apple's Mot. To Strike Regarding Apple's Patents (Chase Opening Rep.) | None | |
| Ex. 51 to Furman Decl. ISO Apple's Mot. To Strike Regarding Apple's Patents (Rinard Rebuttal Rep.) | None | |

5. As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sydney, Australia on December 3, 2013.

/s/ Daniel Wooseob Shim

Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated: December 2, 2013

*/s/ Michael L. Fazio*
Michael L. Fazio