QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES** |

1    Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3 "Samsung") hereby bring this administrative motion to file under seal the following documents or
4 portions thereof relating to Samsung's Motion to Strike Expert Testimony Based On Previously
5 Undisclosed Theories:
6    1.    The confidential, unredacted version of Samsung's Motion to Strike Expert
7 Testimony Based On Previously Undisclosed Theories.
8    2.    Exhibit 8 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
9 to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Objections and
10 Responses to Samsung's Interrogatory No. 25, served July 15, 2013.
11    3.    Exhibit 9 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
12 to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Objections and
13 Responses to Samsung's Interrogatory No. 42, served June 13, 2013.
14    4.    Exhibit 10 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
15 to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of Apple's
16 Opening Expert Report of Dr. Alex Snoeren, served August 12, 2013.
17    5.    Exhibit 11 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
18 to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of Exhibit 4 to
19 Apple's Opening Expert Report of Dr. Alex Snoeren, served August 12, 2013.
20    6.    Exhibit 12 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
21 to Strike Expert Testimony Based On Previously Undisclosed Theories, the Errata to Apple's
22 Opening Expert Report of Dr. Alex Snoeren, served August 30, 2013.
23    7.    Exhibit 13 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
24 to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of Apple's
25 Rebuttal Expert Report of Dr. Alex C. Snoeren, served September 13, 2013.
26    8.    Exhibit 14 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
27 to Strike Expert Testimony Based On Previously Undisclosed Theories, the Errata to Apple's
28 Opening Expert Report of Dr. Alex Snoeren, served September 24, 2013.

9. Exhibit 15 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, the Errata to Exhibit 3 to Apple's Opening Expert Report of Dr. Alex C. Snoeren, served September 24, 2013.

10. Exhibit 16 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, a redline document comparing the Errata to Exhibit 3 to Apple's Opening Expert Report of Dr. Alex C. Snoeren, served September 24, 2013, to Exhibit 3 to Apple's Opening Expert Report of Dr. Alex C. Snoeren, served August 12, 2013.

11. Exhibit 17 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Objections and Responses to Samsung's Interrogatory No. 5, served July 15, 2013.

12. Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of the sworn deposition transcript of Dr. Alex Snoeren dated September 25, 2013.

13. Exhibit 20 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Objections and Responses to Samsung's Interrogatory No. 26, served July 15, 2013.

14. Exhibit 21 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Objections and Responses to Samsung's Interrogatory No. 46, served July 15, 2013.

15. Exhibit 23 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Infringement Claim Chart for the Samsung Galaxy S III of U.S. Patent No. 6,847,959, served July 10, 2013.

16. Exhibit 27 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of Apple's Initial Expert Report of Dr. Todd C. Mowry, served August 12, 2013.

17. Exhibit 28 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of Apple's Rebuttal Expert Report of Dr. Todd C. Mowry, served September 13, 2013.

18. Exhibit 29 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of the sworn deposition transcript of Thomas Deniau, taken in this case on July 12, 2013.

19. Exhibit 31 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of the sworn deposition transcript of Gordon Freedman, taken in this case on January 16, 2013.

20. Exhibit 33 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, excerpts of the sworn deposition transcript of Dr. Todd C. Mowry, taken in this case on September 19, 2013.

21. Exhibit 34 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories, Apple's Infringement Claim Chart for the Samsung Galaxy S II for U.S. Patent No. 6,847,959, served July 10, 2013.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories and the Declaration of Daniel Wooseob Shim in support of Samsung's Administrative Motion to File Under Seal, filed herewith. In short, the above documents discuss and refer to material designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or ""HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential. Samsung accordingly requests that the Court order the information filed under seal, and expects that Apple will comply with L.R. 79-5(e) by filing an appropriate declaration with the Court for those portions and documents that reference Apple-designated information. Samsung's entire filing will be filed with the Court pursuant to L.R. 79-5 and served on all parties.

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion. Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories as a procedural mechanism for filing portions of Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories and supporting documents under seal. Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

DATED: November 5, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ Michael L. Fazio*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: November 5, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran