DAVID H. DOLKAS (State Bar No. 111080)
ddolkas@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park, CA 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401

BRETT E. BACHTELL
bbachtell@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606-5055
Telephone: +1 312 372 7000
Facsimile: +1 312 984 7700

Attorneys for Non-Party
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF BRETT E. BACHTELL REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Brett E. Bachtell, hereby declare as follows:

1. I am a partner at the law firm of McDermott Will & Emery LLP and counsel for non-party Qualcomm Incorporated ("Qualcomm"). I am licensed to practice law in the State of Illinois. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Apple filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 1017) on November 26, 2013. Concurrently with this motion, Apple also filed its Reply in Support of its Motion to Strike Portions of Samsung's Expert Reports ("Apple's Reply"). Given the sensitive nature of certain highly confidential material contained within Apple's Reply, Qualcomm also supports Apple's request to seal portions of Apple's Reply that contain Qualcomm's confidential information.

3. Upon information and belief, at least page 13 lines 3, 8, 11 and 13 and page 14 lines 1-4 and 21-22 of Apple's Reply refer to and describe highly confidential Qualcomm technical materials and trade-secret reference software that Qualcomm licenses to its customers to adapt to their devices containing Qualcomm chipsets. Public disclosure of this information or unauthorized disclosure to non-licensees or competitors would be harmful to Qualcomm. This Court has previously granted similar requests to seal in the litigation between Apple and Samsung tried last year. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8).

4. The relief requested is necessary and narrowly tailored to protect confidential information contained within the highly confidential Qualcomm material produced in this matter.

5. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 5th day of December, 2013, in Chicago, Illinois.

Dated:  December 5, 2013                           */s/* Brett E. Bachtell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 5, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Brett Bachtell has concurred in this filing.

Dated: December 5, 2013           */s/ Mark D. Selwyn*
                                  Mark D. Selwyn