1  Sterling A. Brennan (CA State Bar No. 126019; E-Mail: sbrennan@mabr.com)
   MASCHOFF BRENNAN LAYCOCK
2     GILMORE ISRAELSEN & WRIGHT PLLC
   20 Pacifica, Suite 1130
3  Irvine, California 92618
   Telephone:  (949) 202-1900
4  Facsimile:   (949) 453-1104

5  Attorneys for Third-Party NOVELL, INC.

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  APPLE, INC., a California corporation,        | Case No. 12-cv-00630-LHK (PSG)

13                 Plaintiff,                      | **NOTICE OF WITHDRAWAL OF**
                                                   | **DECLARATION OF BRADLEY O.**
14        vs.                                      | **HAQUE OF THIRD-PARTY NOVELL,**
                                                   | **INC., PURSUANT TO L. R. 79-**
15  SAMSUNG ELECTRONICS CO., LTD., a              | **5(d)(1)(A), IN SUPPORT OF "APPLE,**
    Korean corporation; SAMSUNG                   | **INC.'S ADMINISTRATIVE MOTION**
16  ELECTRONICS AMERICA, INC., a New              | **TO FILE DOCUMENTS UNDER SEAL**
    York corporation; and SAMSUNG                 | **(APPLE'S MOTION TO STRIKE**
17  TELECOMMUNICATIONS AMERICA,                   | **ARGUMENTS FROM SAMSUNG'S**
    LLC, a Delaware limited liability company,,   | **INVALIDITY AND NON-**
18                                                | **INFRINGEMENT EXPERT REPORTS**
                 Defendants.                       | **REGARDING APPLE PATENTS)"**
19
                                                   | HON. LUCY H. KOH
20                                                 | UNITED STATES DISTRICT JUDGE
21                                                 | COURTROOM 8
22

23

24

25

26

27

28

1     On November 12, 2013, third-party Novell, Inc. ("Novell") filed in the above-captioned

2  action the Declaration of Bradley O. Haque ("Haque Declaration," Dkt. 920) in connection with

3  Apple Inc.'s Administrative Motion to File Documents Under Seal (Dkt. 882). To reduce

4  burdens on the Court, Novell will not maintain a request to seal the information at issue in the

5  Haque Declaration, and therefore withdraws the Haque Declaration.  Moreover, to further

6  reduce burdens on the Court, Novell will not seek to seal information identified as potential

7  Novell confidential information in Apple's Administrative Motion to File Documents Under

8  Seal (Dkt. 882).  Likewise, to also further reduce burdens on the Court, Novell will not seek to

9  seal information identified as potential Novell confidential information in Samsung's

10  Administrative Motion to File Under Seal (Dkt. 962) or Apple's Administrative Motion to File

11  Documents Under Seal (Dkt. 1011).

12  Dated:  December 5, 2013                    Respectfully submitted,

13                                              MASHCOFF BRENNAN LAYCOCK
                                                   GILMORE ISRAELSEN & WRIGHT PLLC
14

15
                                              By:   /s/ Sterling A. Brennan
16                                                   Sterling A. Brennan
                                              Attorneys for Third-Party NOVELL, INC.
17

18

19

20

21

22

23

24

25

26

27

28

1