[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Hearing:**<br><br>Date:     December 12, 2013<br>Time:    1:30 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | |

Pursuant to this Court's Civil Local Rule 16-10(d), the parties respectfully submit this Joint Case Management Statement to update their prior Case Management Statement (D.I. 708), submitted by the parties on July 29, 2013.

### 1. Progress or Changes Since the Last Statement

Since submitting their previous Case Management Statement on July 29, 2013, the parties each filed Motions for Summary Judgment (D.I. 803, 805, 830) and *Daubert* Motions (D.I. 802, 806) on October 10, 2013, for which hearings are set for December 12, 2013 and January 23, 2014, respectively.  The parties also each filed two Motions to Strike expert testimony on November 5, 2013 (D.I. 877, 878, 880, 882), with a hearing set for December 10, 2013 before Judge Grewal.  In addition, Samsung filed a Motion to Enforce the Case Narrowing Order on October 10, 2013, which is also set for hearing on December 12, 2013.  (D.I. 804.)

In addition to the matters set forth in the parties' prior Case Management Statement, the parties have filed joint stipulations regarding a procedure for authentication of documents, as well as additional time to negotiate such procedure and to conduct any related depositions, which the Court entered on December 3, 2013 and October 25, 2013.  (D.I. 1032, 847, 848.)  The parties also filed a joint stipulation regarding the use of declarations submitted by third parties, and objections thereto, which was entered by the Court on October 8, 2013.  (D.I. 795.)  The parties have since served objections to such third party declarations.

The Court also entered an Order regarding Samsung's Motions for Relief from Nondispositive Pretrial Order of Magistrate Judge (Re: Docket No. 785), Stipulation and Order re Motion for Protective Order by Nokia Corporation and to Stay on October 7, 2013.  (D.I. 791.)

Furthermore, in compliance with the Court's Case Narrowing Order and July 31, 2013 Order, the parties filed Notices of Dismissal without Prejudice regarding patent, claims, and accused products (D.I. 714, 715), as well as Further Case Narrowing Statements identifying the Asserted Patents, Claims, Accused Products, and Invalidity References/Systems/Combinations upon which they will proceed.  (D.I. 786, 787, 792, 793.)

Additionally, and consistent with the Court's Case Management Order dated July 31, 2013, the parties continue to meet and confer regarding the counting of accused and representative

products.

**2.     The Parties' Views on the Remainder of the Case**

The parties do not currently have any issues, apart from the outstanding motions noted above, to bring before the Court.  However, the parties believe resolution of these outstanding motions will likely have an impact on both the scope and content of the issues to be tried.  As a result, the parties suggest that the Court schedule a further case management conference for early February 2014, prior to the February 18 deadline for pre-trial filings, to discuss and plan for the upcoming pre-trial conference and trial in light of any rulings the Court may have rendered on the outstanding motions.

**3.     Settlement and ADR**

The parties do not have any new progress regarding mediation or settlement to report since submitting their previous Case Management Statement on July 29, 2013.  (D.I. 708.)

Dated: December 5, 2013

| | |
|---|---|
| By: /s/ H. Mark Lyon | By: /s/ Victoria F. Maroulis (with permission) |
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| Josh A. Krevitt (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>Michael A. Jacobs<br>(CA SBN 111664)<br>mjacobs@mofo.com<br>Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>William F. Lee (pro hac vice)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

## ATTESTATION OF E-FILED SIGNATURES

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Joint Case Management Conference Statement. In compliance with General Order 45.X.B, I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: December 5, 2013                                                              /s/ H. Mark Lyon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: December 5, 2013                                                              /s/ H. Mark Lyon