[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DECLARATION OF THIRD PARTY T-MOBILE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1  Pursuant to Civil L.R. 7-12, Samsung Electronics Co., Ltd., Samsung Electronics America,
2 Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.
3 ("Apple") file this Stipulation regarding a declaration signed by third party T-Mobile, USA, Inc.
4  WHEREAS, Apple commenced the above-captioned action (the "Litigation") against
5 Samsung on February 8, 2012;
6  WHEREAS, Samsung subsequently filed counterclaims against Apple;
7  WHEREAS, the parties have determined that it is in their mutual interest to avoid the
8 significant burden and expense associated with taking depositions of certain third parties in order
9 to authenticate documents, and that stipulating to the authenticity of certain documents
10 authenticated by these third parties via declaration will promote the orderly and efficient progress
11 of the Litigation;
12  WHEREAS on October 8, 2013, the parties filed a stipulation (Dkt. 794) regarding certain
13 third-party declarations, in which they agreed, *inter alia*, to enter to a stipulation for any T-Mobile
14 declaration provided on or before November 4, 2013 which is similar in nature to those listed in
15 the parties' October 8, 2013 stipulation;
16  WHEREAS, the Court granted the parties' stipulation on October 9, 2013 (Dkt. 795);
17  WHEREAS, the parties agree that the third party declaration listed below is sufficient to
18 authenticate the documents or exhibits referred to therein as business records as of the date of the
19 declaration, and that the sworn testimony in this declarations will not be subject to any objection
20 that the declaration is hearsay or any ground that could have been raised in a deposition eliciting
21 such testimony, in the same fashion as if this testimony were the deposition testimony of an
22 unavailable witness:
23 • <u>T-Mobile USA, Inc.</u>  Declaration of Ed Eiker for T-Mobile USA, Inc., dated October
24  31, 2013 (hereinafter "T-Mobile Declaration").
25
26  WHEREAS, the parties agree that the documents or exhibits referred to in the foregoing T-
27 Mobile Declaration and the sworn testimony in this declaration will be admissible as substantive
28

evidence and may be used for all permissible purposes in this case, subject only to the objections included by Samsung for the T-Mobile Declaration in its Objections to Third Party Declarations Pursuant to October 8, 2013 Stipulation, dated November 8, 2013.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

(1) the T-Mobile Declaration is sufficient to authenticate the documents or exhibits referred to therein as business records as of the date of the declaration, and that the sworn testimony in the T-Mobile Declaration will not be subject to any objection that the declaration is hearsay or any ground that could have been raised in a deposition eliciting such testimony, in the same fashion as if this testimony were the deposition testimony of an unavailable witness.

(2) the documents or exhibits referred to in the T-Mobile Declaration and the sworn testimony in this declaration will be admissible as substantive evidence and may be used for all permissible purposes in this case, subject only to the objections included by Samsung for this declaration in its Objections to Third Party Declarations Pursuant to October 8, 2013 Stipulation, dated November 8, 2013.

IT IS SO STIPULATED.

DATED: December 5, 2013

By /s/ Mark D. Selwyn

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

By /s/ Victoria F. Maroulis

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

| | |
|---|---|
| Josh A. Krevitt (CA SBN 208552) | Charles K. Verhoeven (Bar No. 170151) |
| jkrevitt@gibsondunn.com | charlesverhoeven@quinnemanuel.com |
| H. Mark Lyon (CA SBN 162061) | Kevin A. Smith (Bar No. 250814) |
| mlyon@gibsondunn.com | kevinsmith@quinnemanuel.com |
| GIBSON, DUNN & CRUTCHER LLP | QUINN EMANUEL URQUHART & |
| 1881 Page Mill Road | SULLIVAN LLP |
| Palo Alto, CA  94304-1211 | 50 California Street, 22nd Floor |
| Telephone: (650) 849-5300 | San Francisco, California 94111 |
| Facsimile: (650) 849-5333 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| Michael A. Jacobs | Kevin P.B. Johnson |
| (CA SBN 111664) | (Bar No. 177129 (CA); 2542082 (NY)) |
| mjacobs@mofo.com | kevinjohnson@quinnemanuel.com |
| Richard S.J. Hung (CA SBN 197425) | Victoria F. Maroulis (Bar No. 202603) |
| rhung@mofo.com | victoriamaroulis@quinnemanuel.com |
| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & |
| 425 Market Street | SULLIVAN LLP |
| San Francisco, California 94105-2482 | 555 Twin Dolphin Drive, 5th Floor |
| Telephone: (415) 268-7000 | Redwood Shores, California 94065 |
| Facsimile: (415) 268-7522 | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| William F. Lee (pro hac vice) | |
| William.lee@wilmerhale.com | William C. Price (Bar No. 108542) |
| WILMER CUTLER PICKERING | williamprice@quinnemanuel.com |
|    HALE AND DORR LLP | QUINN EMANUEL URQUHART & |
| 60 State Street | SULLIVAN LLP |
| Boston, Massachusetts 02109 | 865 South Figueroa Street, 10th Floor |
| Telephone: (617) 526-6000 | Los Angeles, California 90017-2543 |
| Facsimile: (617) 526-5000 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| Mark D. Selwyn (CA SBN 244180) | |
| mark.selwyn@wilmerhale.com | |
| WILMER CUTLER PICKERING | |
|    HALE AND DORR LLP | |
| 950 Page Mill Road | |
| Palo Alto, CA 94304 | |
| Telephone: (650) 858-6000 | |
| Facsimile: (650) 858-6100 | |

1                                              * * *

2

3   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5

6   Dated: December 12, 2013

7

8                                   By:  _____/s/ Lucy H. Koh_____
                                         HONORABLE LUCY H. KOH
9

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Third Party Declarations.  In compliance with General Order 45.X.B, I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: December 5, 2013                               */s/ Mark D. Selwyn*
                                                                            Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: December 5, 2013                               */s/ Mark D. Selwyn*
                                                                            Mark D. Selwyn