QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF DANIEL C. POSNER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN PROVISIONS OF OCTOBER 2, 2013 STIPULATION** |

# DECLARATION OF DANIEL C. POSNER

1. I am a member of the bar of the State of California, and a partner in the firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. On December 4, 2013, I sent an email to Nokia's counsel, Randall Allen and Ryan Koppelman, notifying them that "Samsung intends to file an administrative motion for relief from the provision in Paragraph 7 of the Stipulation calling for the preparation of a log, on the grounds that Samsung has already effectively complied with that provision and that further compliance is no longer necessary given events that have already occurred, including the Court's *in camera* review of documents," and to ask if Nokia would stipulate to this relief. Counsel for Nokia responded that it would not stipulate to this relief.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on December 6, 2013, at Los Angeles, California.

By  */s/ Daniel C. Posner*

Daniel C. Posner

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel C. Posner.

                     */s/ Victoria F. Maroulis*
                         Victoria F. Maroulis