UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN PROVISIONS OF OCTOBER 2, 2013 STIPULATION** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion for Relief from Certain Provisions of October 2, 2013 Stipulation.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS that Samsung has complied fully with the provision in Paragraph 7 of the October 2, 2013 so-ordered stipulation between Samsung and Nokia, Dkt. 785, relating to the preparation of a log of documents, and that Samsung has no further obligations to comply with that provision.

1     **IT IS SO ORDERED.**

3 DATED: _____, 2013

                                                                                Honorable Paul S. Grewal
                                                                                United States Magistrate Judge