1  RANDALL L. ALLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
4  Menlo Park, CA 94025
   Telephone:     650-838-2000
5  Facsimile:     650-838-2001

6  PATRICK J. FLINN (Ca. Bar No. 104423)
   patrick.flinn@alston.com
7  B. PARKER MILLER (*pro hac vice*)
   parker.miller@alston.com
8  ALSTON & BIRD LLP
   1201 West Peachtree Street
9  Atlanta, GA 30309
   Telephone:     404-881-7000
10 Facsimile:     404-881-7777

11 Attorneys for NOKIA CORPORATION

12              UNITED STATES DISTRICT COURT

13       FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                  SAN JOSE DIVISION

15

16 APPLE, INC., a California corporation,          | Case No.: 5:12-cv-00630-LHK (PSG)

17              Plaintiff,

18        v.

19 SAMSUNG ELECTRONICS CO., LTD., a               | **DECLARATION OF RYAN W.**
   Korean corporation, SAMSUNG                    | **KOPPELMAN IN SUPPORT OF NOKIA**
20 ELECTRONICS AMERICA, INC., a New York          | **CORPORATION'S ADMINISTRATIVE**
   corporation; SAMSUNG                           | **MOTION TO STRIKE SAMSUNG'S**
21 TELECOMMUNICATIONS AMERICA, LLC,               | **ADMINISTRATIVE MOTION FOR**
   a Delaware limited liability company,          | **RELIEF FROM CERTAIN**
22                                                | **PROVISIONS OF OCTOBER 2, 2013**
                Defendants.                       | **STIPULATION (DKT. NO. 1038)**
23

24

25

26

27

28

---

DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF        **1**        CASE NO.: 5:12-CV-00630-LHK (PSG)
NOKIA'S ADMINISTRATIVE MOTION TO STRIKE

1    I, Ryan W. Koppelman, declare as follows:

2    1.    I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation

3  in the above-captioned action currently pending in the U.S. District Court for the Northern District of

4  California.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and

5  would testify thereto.

6    2.    I am a member in good standing of the State Bar of California and am admitted to

7  practice before this Court.

8    3.    I submit this declaration, pursuant to Civil Local Rule 7-11(a) in support of Nokia's

9  Administrative Motion to Strike Samsung's Administrative Motion for Relief from Certain Provisions of

10  October 2, 2013 Stipulation (Dkt. No. 1038).

11    4.    On December 4, 2013, Dan Posner, counsel for Samsung, sent me an email stating that

12  Samsung intended to file an administrative motion for relief from paragraph 7 of the October 2, 2013

13  Stipulated Order (Dkt. No. 785) and asked if Nokia would stipulate to this relief.

14    5.    On December 4, 2013, I responded to Mr. Posner's email and stated that Nokia would not

15  stipulate to the requested relief.  I also stated that Nokia did not agree that an administrative motion for

16  relief is the appropriate vehicle for Samsung's requested relief.  Accordingly, a stipulation could not be

17  obtained regarding Nokia's Motion to Strike.

18

19    I declare under penalty of perjury under the laws of the United States that the foregoing is true

20  and correct.

21    Executed this 9th day of December, 2013, in Menlo Park, California.

22                          */s/ Ryan W. Koppelman*

23                          Ryan W. Koppelman
                            ryan.koppelman@alston.com
24                          (Ca. Bar No. 290704)
                            **ALSTON & BIRD LLP**
25                          275 Middlefield Road, Suite 150
                            Menlo Park, CA 94025
26                          Telephone:    650-838-2000
                            Facsimile:    650-838-2001
27
                            *Attorneys for NOKIA CORPORATION*
28

DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF          **2**          CASE NO.: 5:12-CV-00630-LHK (PSG)
NOKIA'S ADMINISTRATIVE MOTION TO STRIKE