UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 5:12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO STRIKE SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN PROVISIONS OF OCTOBER 2, 2013 STIPULATION (DKT. NO. 1038)** |

The Court has considered Nokia Corporation's Administrative Motion to Strike Samsung's Administrative Motion for Relief from Certain Provisions of October 2, 2013 Stipulation (Dkt. No. 1038). Good cause being shown, Nokia's Administrative Motion to Strike is hereby **GRANTED**.

The Court strikes Samsung's December 6, 2013 Administrative Motion for Relief from Certain Provisions of October 2, 2013 Stipulation (Dkt. No. 1038).

**IT IS SO ORDERED.**

Dated: _____, 2013.

Hon. Paul S. Grewal
United States Magistrate Judge