WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Apple Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FROM REMOVAL OF SERVICE LIST** |

PLEASE TAKE NOTICE that Anna Bonny Chauvet of WILMER CUTLER PICKERING HALE AND DORR LLP hereby withdraws her appearance as counsel for Plaintiff Apple Inc. in the above-captioned matter. Additionally, the undersigned request that she be removed from the service list of Plaintiff's counsel.

Dated: December 9, 2013        WILMER CUTLER PICKERING HALE
                               AND DORR LLP

                               By: /s/ Mark D. Selwyn
                                   Mark D. Selwyn
                                   950 Page Mill Road
                                   Palo Alto, CA 94304
                                   Telephone: (650) 858-6000
                                   Facsimile: (650) 858-6100

                               Attorney for APPLE INC.

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 9, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

                                     /s/ Mark D. Selwyn
                                     Mark D. Selwyn