# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

# Civil Minute Order

Date: December 10, 2013                          Time in Court: 2 hours and 13 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (9:59 to 12:14)

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: **CV12-00630 LHK**

Plaintiff Attorney(s) present: Josh Krevitt, Mark Lyon, Daniel Thomasch, Brian Buroker, Bill Lee and Mark Selwyn

Defendant Attorney(s) present: Victoria Maroulis, Sean Pak, Patrick Curran, Richard Erwine, Alan Whitehurst and Todd Briggs

### PROCEEDINGS:
**Apple, Inc.'s Motions to Strike (Dkt. Nos. 877-3 & 882-4)**
**Samsung's Motions to Strike (Dkt. Nos. 878-3 & 880-4)**

The court takes matters under submission; written order to be issued.

///