UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER TO FILE CHART |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

In preparing for the summary judgment hearing, the Court notes that the parties assert multiple challenges to each other's experts' theories and also appear to assert challenges to some of the same theories before Judge Grewal, albeit perhaps on different grounds. For example, Samsung challenges Apple's experts' discussions of claim 11 of Apple's '414 Patent in Samsung's motion to enforce the Court's case narrowing order and its *Daubert* motion, and Samsung also seeks summary judgment of invalidity of claim 11 in its motion for summary judgment. Samsung also appears to challenge Apple's experts' discussions of this same claim before Judge Grewal.

For purposes of properly sequencing the rulings on these issues, the parties shall file by 8:00 a.m., Thursday, December 12, 2013, a joint chart, if possible, otherwise separate charts, identifying (1) each expert theory that is being challenged by either party, (2) the basis for each challenge, and (3) the motion that articulates each challenge, by ECF number.

**IT IS SO ORDERED.**

Dated: December 10, 2013

_____
LUCY H. KOH
United States District Judge