1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE, INC., a California corporation, | Case No.: 5:12-cv-00630-LHK (PSG) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DENYING SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN PROVISIONS OF OCTOBER 2, 2013 STIPULATION (DKT. NO. 1038)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1 | The Court has considered Samsung's Administrative Motion for Relief from Certain Provisions
2 | of October 2, 2013 Stipulation (Dkt. No. 1038) and Nokia's Opposition thereto.  Samsung has failed to
3 | show good cause for granting its Motion, and Samsung's Motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: _____, 2013.

_____
Hon. Paul S. Grewal
United States Magistrate Judge