UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, ) | Case No.: 5:12-cv-00630-LHK (PSG) |
| ) | |
| Plaintiff, ) | **ORDER SETTING MEET-AND-** |
| v. ) | **CONFER** |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | **(Re: Docket Nos. 877-4, 878-4, 880-5,** |
| Korean corporation; SAMSUNG ) | **882-3, 962-4, 963-3, 964-25, 965-4, 1009-** |
| ELECTRONICS AMERICA, INC., a New York ) | **4, 1011-6, 1017-3, 1018-4 )** |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before he spoke of houses divided, proclaimed emancipation and saved our union, Abraham Lincoln was just another trial lawyer in the woods of Illinois.  A decade before he was elected president, Lincoln wrote to his fellow lawyers:  "Discourage litigation. Persuade your neighbors to compromise whenever you can. As a peacemaker, the lawyer has superior opportunity of being a good man. There will still be business enough."

1

Case No.: 5:11-cv-01846-LHK (PSG)
**ORDER SETTING MEET-AND-CONFER**

Thinking further about yesterday's hearing, the undersigned can only wonder at how often Lincoln's advice about compromise has been ignored in this case. However quaint or naive it may sound today, it is still advice worth taking. At the hearing, the parties argued challenges to the expert reports of Dr. Min, Dr. Schofeld, Mr. Parulski, Dr. Snoren, Dr. Mowrey, Dr. Fuja, Dr. Storer, Dr. Taylor, Dr. Chase, Dr. Rinard, Dr. Jeffay, Dr. Greenberg and Dr. Wigdor. That was not remarkable; parties in patent cases challenge expert reports all the time. It was remarkable, however, the number of times that counsel stood up to decry an inconsistency with their opponent's prior contentions, only to be replaced by a colleague defending that same party's own inconsistencies. Accusations of false statements, intentional withholdings, ambushes, and detachments from reality passed as easily as small talk about the weather. There was no indication that either side's counsel meaningfully considered any compromise whatsoever in their purported meet-and-confer.

And so counsel shall try again. This court would be truly astounded if attorneys of this caliber were incapable of reaching a compromise to resolve at least some of the challenges now before the court. In that spirit, any counsel that wishes to present summary judgment arguments of any kind to Judge Koh tomorrow at 1:30 p.m. shall appear for a further meet-and-confer in the jury room of the undersigned at 8:30 a.m. The topic for discussion will be what deals can be cut regarding any of the pending expert report challenges. Before heading down the hall to see Judge Koh, counsel shall appear in the courtroom to report on their progress. Depending on the report tendered, the undersigned will consider whether further meet-and-confer will be required.

**IT IS SO ORDERED.**

Dated: December 11, 2013

PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 5:11-cv-01846-LHK (PSG)
**ORDER SETTING MEET-AND-CONFER**