1

2    [COUNSEL LISTED ON SIGNATURE PAGES]

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   APPLE INC., a California corporation,              CASE NO. 5:12-cv-00630-LHK (PSG)

12                  Plaintiff,                          **JOINT STIPULATION AND**
                                                        **[PROPOSED] ORDER PERMITTING**
13        v.                                            **USE OF EQUIPMENT IN THE**
                                                        **COURTROOM**
14   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG                        **Hearing:**
15   ELECTRONICS AMERICA, INC., a New York
     corporation; and SAMSUNG                           Date:        December 12, 2013
16   TELECOMMUNICATIONS AMERICA, LLC, a                 Time:        1:30 p.m.
     Delaware limited liability company,                Place:       Courtroom 8, 4th Floor
17                                                      Judge:       Hon. Lucy H. Koh
                   Defendants.
18

19   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG
20   ELECTRONICS AMERICA, INC., a New York
     corporation, and SAMSUNG
21   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company,
22
                  Counterclaim-Plaintiffs,
23
          v.
24
     APPLE INC., a California corporation,
25
                  Counterclaim-Defendant.
26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM
CASE NO. 5:12-CV-00630-LHK (PSG)

1    The parties, through their respective counsel of record, hereby stipulate and agree as follows:

2    WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung

3    Electronics America, Inc., and Samsung Telecommunications America, LLC (together with Apple,

4    "the Parties") seek to use certain equipment and devices at the hearing on their motions for summary

5    judgment on December 12, 2013;

6    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

7    Parties that

8    1.    The Parties and their attorneys, paralegals, assistants and consultants may bring laptop

9    computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and

10   carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips,

11   A/B switches, samples of the products at issue in this litigation, and related equipment into the

12   courtroom for use at the hearing on December 12, 2013;

13   3.    Beginning at 9:00 a.m. on Wednesday, December 11, 2013, the Parties may have

14   access to the courtroom to set up and test the above equipment so that the Parties will be prepared to

15   proceed with the hearing as scheduled.

16   **IT IS SO STIPULATED.**

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: December 9, 2013

2

3    By:  /s/ H. Mark Lyon                              By:  /s/ Victoria F. Maroulis (with permission)

4        Attorney for Plaintiff and Counterclaim-          Attorney for Defendants and Counterclaim-
         Defendant APPLE INC.                              Plaintiff SAMSUNG ELECTRONICS
5                                                          CO., LTD., SAMSUNG ELECTRONICS
                                                           AMERICA,  INC., AND SAMSUNG
6        Josh A. Krevitt (CA SBN 208552)                   TELECOMMUNICATIONS AMERICA,
         jkrevitt@gibsondunn.com                           LLC
7        H. Mark Lyon (CA SBN 162061)
         mlyon@gibsondunn.com
8        GIBSON, DUNN & CRUTCHER LLP
         1881 Page Mill Road                               Charles K. Verhoeven (Bar No. 170151)
9        Palo Alto, CA  94304-1211                         charlesverhoeven@quinnemanuel.com
         Telephone: (650) 849-5300                         Kevin A. Smith (Bar No. 250814)
10       Facsimile: (650) 849-5333                         kevinsmith@quinnemanuel.com
                                                           QUINN EMANUEL URQUHART &
11       Michael A. Jacobs                                 SULLIVAN LLP
12       (CA SBN 111664)                                   50 California Street, 22nd Floor
         mjacobs@mofo.com                                  San Francisco, California 94111
13       Richard S.J. Hung (CA SBN 197425)                 Telephone: (415) 875-6600
         rhung@mofo.com                                    Facsimile: (415) 875-6700
14       MORRISON & FOERSTER LLP
15       425 Market Street                                 Kevin P.B. Johnson
         San Francisco, California 94105-2482              (Bar No. 177129 (CA); 2542082 (NY))
16       Telephone: (415) 268-7000                         kevinjohnson@quinnemanuel.com
         Facsimile: (415) 268-7522                         Victoria F. Maroulis (Bar No. 202603)
17                                                         victoriamaroulis@quinnemanuel.com
         William F. Lee (pro hac vice)                     QUINN EMANUEL URQUHART &
18       William.lee@wilmerhale.com                        SULLIVAN LLP
19       WILMER CUTLER PICKERING                           555 Twin Dolphin Drive, 5th Floor
          HALE AND DORR LLP                                Redwood Shores, California 94065
20       60 State Street                                   Telephone: (650) 801-5000
         Boston, Massachusetts 02109                       Facsimile: (650) 801-5100
21       Telephone: (617) 526-6000
         Facsimile: (617) 526-5000                         William C. Price (Bar No. 108542)
22                                                         williamprice@quinnemanuel.com
23       Mark D. Selwyn (CA SBN 244180)                    QUINN EMANUEL URQUHART &
         mark.selwyn@wilmerhale.com                        SULLIVAN LLP
24       WILMER CUTLER PICKERING                           865 South Figueroa Street, 10th Floor
          HALE AND DORR LLP                                Los Angeles, California 90017-2543
25       950 Page Mill Road                                Telephone: (213) 443-3000
         Palo Alto, CA 94304                               Facsimile: (213) 443-3100
26       Telephone: (650) 858-6000
27       Facsimile: (650) 858-6100

28

JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM
CASE NO. 5:12-cv-00630-LHK (PSG)

1

2    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4
     Dated:   12/ 9/13
5

6

7                                          By:    _Lucy H. Koh_
                                                 HONORABLE LUCY H. KOH
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

**ATTESTATION OF E-FILED SIGNATURES**

5        I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Joint

6   Stipulation and [Proposed] Order Permitting Use of Equipment in the Courtroom.  In compliance

7   with General Order 45.X.B, I hereby attest that Victoria F. Maroulis has concurred in this filing.

8   Dated: December 9, 2013                                        */s/        H. Mark Lyon*

9

10

11

**CERTIFICATE OF SERVICE**

12

13        The undersigned hereby certifies that the foregoing document was filed electronically in

14   compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties

15   who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's

16   ECF system.

17

18

    Dated: December 9, 2013                                        */s/        H. Mark Lyon*

19

20

21

22

23

24

25

26

27

28