UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: December 12, 2013                                Time in Court: 15 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (8:30 to 8:31; 12:18 to 12:32)

**TITLE: Apple, Inc. v. Samsung Electronics, Co. Ltd., et al.**
**CASE NUMBER**: **CV12-00630 LHK**
Plaintiff Attorney(s) present: Josh Krevitt, Mark Lyon, Brian Buroker, Daniel Thomasch, Bill Lee and Mark Selwyn
Defendant Attorney(s) present: Kevin Johnson, Sean Pak, Patrick Curran, Matthew Warren, Richard Erwine, Alan Whitehurst, Todd Briggs and Victoria Maroulis

**PROCEEDINGS:**
**Hearing Re: Order Setting Meet and Confer (Docket No. 1051)**

Counsel meet and confer.
Counsel report to the court what issues were resolved during meet and confer.
Counsel to submit table outlining issues resolved and what issues remain outstanding in 4 motions pending before the court by noon of 12/13/2013.

///