1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | CASE MANAGEMENT ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |

Clerk:  Martha Parker Brown
Reporter:  Lee-Anne Shortridge
Length of Hearing:  4hr 1min

Plaintiff's Attorneys:  Josh Krevitt, Mark Lyon, Bill Lee, Mark Selwyn
Defendants' Attorneys:  Kevin Johnson, Victoria Maroulis, Sean Pak, Alan Whitehurst

A case management conference was held on December 12, 2013 at 1:30 p.m. A further case management conference is set for February 20, 2013, at 1:30 p.m. The Court also heard arguments on the parties' motions for summary judgment (ECF Nos. 805-3 & 830-3) and Samsung's motion to enforce the Court's case narrowing order (ECF No. 804-3). The Court issued the following rulings on the record:

The parties' administrative motions to seal relating to the aforementioned motions, *see* ECF Nos. 811, 809, 808, 804, 852, are DENIED without prejudice. The parties' proposed redactions were overly broad. For example, the parties sought to seal discussions of dictionary definitions and published patents. The parties are ordered to refile administrative motions to seal that are more narrowly tailored by Monday, December 16, 2013. In filing their renewed administrative motions

Case No.: 12-CV-00630-LHK
CASE MANAGEMENT ORDER

to seal, per L.R. 79-5(d)(1)(D), the parties are reminded of the need to file an unredacted version of each document highlighting the portions of the document that the parties seek to seal.

By Monday, December 16, 2013, the parties shall jointly file the portions of the prosecution history of the '905 patent relating to the term "heuristic" that were addressed for the first time at the hearing.

At the hearing, Apple stated that it would not seek to introduce at trial any evidence of its three unasserted claims, i.e., Claim 34 of the '959 patent, Claim 27 of the '172 patent, and Claim 11 of the '414 patent. Accordingly, the Court denies Samsung's motion to enforce Apple's compliance with the Court's case narrowing order, ECF No. 804-3, as moot. Consistent with Apple's withdrawal, the Court strikes any contentions in Apple's experts' reports that Apple practices Claim 34 of the '959 patent, Claim 27 of the '172 patent, and Claim 11 of the '414 patent. The Court will resolve Samsung's motion to strike other portions of Apple's experts' reports regarding unasserted claims when the Court rules on Samsung's *Daubert* motion, ECF No. 802-3, set for hearing on January 23, 2014.

The Case Schedule remains set as follows:

| Scheduled Event | Date |
| --- | --- |
| Hearing on *Daubert* motions | January 23, 2014, at 1:30 p.m. |
| Final Pretrial Conference | March 5, 2014, at 2:00 p.m. |
| Jury Trial | March 31, 2014, at 9:00 a.m. |
| Length of Trial | 12 days |

**IT IS SO ORDERED.**

Dated:  December 13, 2013

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00630-LHK
CASE MANAGEMENT ORDER

United States District Court
For the Northern District of California