[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 5:12-cv-000630-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE PUBLIC REDACTED VERSIONS OF DOCUMENTS RELATING TO THE COURT'S DECEMBER 12, 2013 ORDER REGARDING RENEWED SEALING PAPERS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | |

1    Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,
2 Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.
3 ("Apple") file this Stipulation regarding the time to comply with the Civil Local Rule 79-
4 5(d)(1)(C).
5    WHEREAS, on December 12, 2013, the Court denied without prejudice all motions to seal
6 relating to Apple's and Samsung's Motions for Summary Judgment and Samsung's Motion to
7 Enforce (*see* Dkt. No. 1057);
8    WHEREAS, on December 12, 2013, the Court, after consulting with the parties as to when
9 they can file the renewed motions, ordered the parties to file renewed motions to seal on
10 December 16, 2013 (*see id.*);
11    WHEREAS, the parties have conferred regarding the Court's Order and have worked
12 diligently to review the documents at issue to meet the Court's deadline;
13    WHEREAS, the parties will file renewed sealing motions and an unredacted version of
14 each document highlighting the portions of the document that the parties seek to seal on December
15 16, 2013;
16    WHEREAS, the parties will file publicly unredacted versions of documents not subject to
17 renewed motions to seal in compliance with Civil Local Rule 79-5(f) within seven days of the
18 Court's Order on December 12, 2013;
19    WHEREAS, the documents subject to the parties' renewed motions to seal contain
20 information designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by third
21 parties;
22    WHEREAS, the parties have concluded that they need additional time to consult with third
23 parties and prepare public redacted versions of the aforementioned documents;
24    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
25 parties that:
26    1. The parties shall file public redacted versions of the documents that they seek to seal no
27       later than seven days from the filing date of the renewed motions to seal.
28

-1-   Case No. 12-cv-000630-LHK (PSG)
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF
TIME TO FILE PUBLIC REDACTED VERSIONS OF DOCUMENTS RELATING TO THE COURT'S
DECEMBER 12, 2013 ORDER REGARDING RENEWED SEALING PAPERS

* * *

## [PROPOSED] ORDER

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: _____, 2013

By: _____
HONORABLE LUCY H. KOH

DATED: December 16, 2013

By  /s/ *H. Mark Lyon*        By  /s/ *Victoria F. Maroulis*

| | |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.<br><br>Josh A. Krevitt (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA   94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>Michael A. Jacobs<br>(CA SBN 111664)<br>mjacobs@mofo.com<br>Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>William F. Lee (pro hac vice)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC<br><br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time to File Public Redacted Versions of Documents.   In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:   December 16, 2013          By:     */s/ H. Mark Lyon*
                                                  H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5-1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5-1 via the Court's ECF system.

Dated: December 16, 2013            */s/ H. Mark Lyon*
                                              H. Mark Lyon