# Attachment A

**Documents Samsung Moves to File Under Seal in Connection with its Motion to Enforce and Motion for Summary Judgment**

| Original Dkt. | Document | Party Claiming Confidentiality | Portions Parties Seek to Seal[1] |
|---|---|---|---|
| 804 | Ex. 5 to Fazio iso Samsung's Mot. to Enforce | Samsung | See highlighted version.[2] |
|  | Ex. 6 to Fazio iso Samsung's Mot. to Enforce | Apple | See highlighted version. |
|  | Ex. 8 to Fazio iso Samsung's Mot. to Enforce | Apple | See highlighted version. |
| 805 | Samsung's MSJ | Samsung, Google, Microsoft | See highlighted version. |
|  | Ex. 1 to Fazio iso Samsung's MSJ | Samsung | See highlighted version. |
|  | Ex. 2 to Fazio iso Samsung's MSJ | Samsung | See highlighted version. |
|  | Ex. 4 to Fazio iso Samsung's MSJ | Samsung | See highlighted version. |
|  | Ex. 6 to Fazio iso Samsung's MSJ | Samsung | Document in its entirety. |
|  | Ex. 10 to Fazio iso Samsung's MSJ | Apple | See highlighted version. |
|  | Ex. 11 to Fazio iso Samsung's MSJ | Apple | See highlighted version. |
|  | Ex. 12 to Fazio iso Samsung's MSJ | Apple | See highlighted version. |
|  | Ex. 13 to Fazio iso Samsung's MSJ | Samsung, Google | See highlighted version.[3] |

---

[1] Concurrently with this motion, Samsung files highlighted versions of all documents. Portions Apple seeks to seal are highlighted in yellow, portions Samsung seeks to seal are highlighted in green, and portions third parties seek to seal are highlighted in blue.

[2] Exhibit 5 to the Fazio Declaration in Support of Samsung's Motion to Enforce includes redactions to sections Samsung intentionally withheld from the exhibit and the record to minimize the burden on the Court.

[3] Exhibit 13 to the Fazio Declaration in Support of Samsung's MSJ includes redactions to sections Samsung intentionally withheld from the exhibit and the record to minimize the burden on the Court.

1

| Original Dkt. | Document | Party Claiming Confidentiality | Portions Parties Seek to Seal[1] |
|---|---|---|---|
|  | Ex. 14 to Fazio iso Samsung's MSJ | Apple, Microsoft | See highlighted version.[4] |
|  | Ex. 19 to Fazio iso Samsung's MSJ | Microsoft | Document in its entirety. |
|  | Ex. 23 to Fazio iso Samsung's MSJ | Microsoft | Document in its entirety. |
|  | Ex. 24 to Fazio iso Samsung's MSJ | Microsoft | See highlighted version. |
|  | Ex. 42 to Fazio iso Samsung's MSJ | Microsoft | Document in its entirety. |
| 852 | Ex. 4 to Fazio iso Samsung's Mot. to Enforce Reply | Apple, Samsung | See highlighted version. |
| 854 | Samsung's Opp. to Apple's MSJ | Apple, Samsung, Google, Microsoft | See highlighted version. |
|  | Chase Dec. iso Samsung's Opp. to Apple's MSJ | Samsung, Google | See highlighted version. |
|  | Jeffay Dec. iso Samsung's Opp. to Apple's MSJ | Samsung | See highlighted version. |
|  | Westbrook Dec. iso Samsung's Opp. to Apple's MSJ | Google | Document in its entirety. |
|  | Rinard Dec. iso Samsung's Opp. to Apple's MSJ | Apple | See highlighted version.[5] |
|  | Schonfeld Dec. iso Samsung's Opp. to Apple's MSJ | Apple | See highlighted version. |
|  | Ex. D to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
|  | Ex. E to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
|  | Ex. F to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
|  | Ex. G to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |

---

[4]  Exhibit 14 to the Fazio Declaration in Support of Samsung's MSJ includes redactions to sections Samsung intentionally withheld from the exhibit and the record to minimize the burden on the Court.

[5]  The Rinard Declaration and Exhibit 1 thereto include yellow highlighting for emphasis.  Apple does not maintain a claim of confidentiality over the portions highlighted in yellow in the following pages: Declaration at 22, 25, 26, 43; Exhibit 1 at 24, 25, 96-98.

| Original Dkt. | Document | Party Claiming Confidentiality | Portions Parties Seek to Seal[1] |
|---|---|---|---|
| | Ex. H to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. I to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. J to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. K to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. L to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. M to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. N to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. O to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. P to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. Q to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. R to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. S to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. T to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. U to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. V to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. W to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. X to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. Y to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. Z to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. AA to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. BB to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |

| Original Dkt. | Document | Party Claiming Confidentiality | Portions Parties Seek to Seal[1] |
|---|---|---|---|
| | Ex. CC to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. DD to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple | Document in its entirety. |
| | Ex. 3 to Fazio iso Samsung's Opp. to Apple's MSJ | Samsung, Google | See highlighted version. |
| | Ex. 4 to Fazio iso Samsung's Opp. to Apple's MSJ | Apple, Microsoft | See highlighted version. |
| | Ex. 5 to Fazio iso Samsung's Opp. to Apple's MSJ | Google | See highlighted version. |
| | Ex. 7 to Fazio iso Samsung's Opp. to Apple's MSJ | Google | See highlighted version. |
| 946 | Samsung's MSJ Reply | Apple, Samsung, Microsoft | See highlighted version. |
| | Ex. 1 to Fazio iso Samsung's MSJ Reply | Apple | See highlighted version. |
| | Ex. 2 to Fazio iso Samsung's MSJ Reply | Microsoft | Document in its entirety. |
| | Ex. 12 to Fazio iso Samsung's MSJ Reply | Microsoft | See highlighted version. |