UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS  UNDER SEAL (APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br> v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Plaintiff and Counterclaim-Defendant Apple Inc.'s Reply in support of Its Motion for Partial Summary Judgment ("Summary Judgment Reply");

2. Portions of Exhibit D-11 to the Declaration of Jennifer Rho ("Rho Declaration"); and

3. Exhibits B-7, C-7, C-8, C-9, and D-10 to the Rho Declaration.

In support of its motion, Apple has filed the Declaration of Emily L. Fedman in support of Apple's Renewed Administrative Motion to File Documents Under Seal, as required under Civil Local Rule 79-5 and pursuant to the Court's December 13, 2013 Case Management Order, which provides evidence of compelling reasons for this Court to permit filing under seal. Apple also lodged with the Court versions of Apple's Summary Judgment Reply and Exhibits D-10 and D-11 to the Rho Declaration, of which only portions are sealable, in which Apple's confidential and sealable information is highlighted in yellow, confidential and sealable information of Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") is highlighted in green, and confidential and sealable information of any third parties is highlighted in blue.

The Declaration of Emily L. Fedman filed in support of this renewed motion provides sufficient evidence that Exhibit D-11 is "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a). The declarations filed by Samsung and third parties Oracle Corporation and Google, Inc. in support of Apple's initial Administrative Motion to File Under Seal, provide sufficient evidence that Apple's Summary Judgment Reply and Exhibits B-7, C-7, C-8, C-9 and D-10 are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable.

1  Civil L.R. 79-5(a); D.I. 954, 957 and 960.  Apple's request is narrowly tailored to seek the
2  sealing only of sealable information.
3     Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative
4  Motion to Seal (Apple Inc.'s Reply in support of Its Motion for Partial Summary Judgment).
5     IT IS HEREBY ORDERED that the confidential, unredacted versions of the following
6  documents shall be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Apple's Summary Judgment Reply | Page 3, lines 8, 18-21, 23; page 4, lines 3, 18-22; page 5, lines 6-7, 9, 26; page 6, lines 1, 7-10, 20-21; page 7, lines 16-17, 21-28; page 8 lines 1, 12-13, 16-17; fn. 7, lines 24-25; fn. 8, lines 27-28; fn. 9, lines 25-27; fn. 11, lines 20-21; fn. 12, lines 21-22, fn. 13, lines 23-24, fn. 14, lines 25-27; fn. 24, line 28. |
| Exhibit B-7 to Rho Declaration | Entire Document |
| Exhibit C-7 to Rho Declaration | Entire Document |
| Exhibit C-8 to Rho Declaration | Entire Document |
| Exhibit C-9 to Rho Declaration | Entire Document |
| Exhibit D-10 to Rho Declaration | Entire Document |
| Exhibit D-11 to Rho Declaration | Highlighted portions of pages 7, 9, 10, 27, 64, 80, 81, 90, and 93. |

23     The Court further ORDERS that the proposed redacted versions of the above documents
24  already filed by Apple shall remain the publicly-available versions filed on ECF.
25     **IT IS SO ORDERED.**

1
2   Dated: _____   By: _____
3                                         Hon. Lucy H. Koh
                                          United States District Court Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28