UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed a Renewed Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing ("Samsung's Motion to Enforce") (Dkt. No. 804); Samsung's Motion for Summary Judgment ("Samsung's MSJ") (Dkt. No. 805); Samsung's Reply in Support of its Motion to Enforce ("Samsung's Motion to Enforce Reply") (Dkt. No. 852); Samsung's Opposition to Apple's Motion for Partial Summary Judgment ("Samsung's Opp. to Apple's MSJ") (Dkt. No. 854); and Samsung's Reply in Support of its MSJ ("Samsung's MSJ Reply") (Dkt. No. 946).  The Court finds that Samsung's sealing request is narrowly tailored and justified.  Therefore, Samsung may file under seal the following documents or portions of the following documents highlighted in its filings with the Court:

| Document | Portions That May be Filed Under Seal |
|---|---|
| Ex. 5 to Fazio iso Samsung's Mot. to Enforce | See highlighted version. |
| Ex. 6 to Fazio iso Samsung's Mot. to Enforce | See highlighted version. |
| Ex. 8 to Fazio iso Samsung's Mot. to Enforce | See highlighted version. |
| Samsung's MSJ | See highlighted version. |
| Ex. 1 to Fazio iso Samsung's MSJ | See highlighted version. |
| Ex. 2 to Fazio iso Samsung's MSJ | See highlighted version. |
| Ex. 4 to Fazio iso Samsung's MSJ | See highlighted version. |
| Ex. 6 to Fazio iso Samsung's MSJ | Document in its entirety. |
| Ex. 10 to Fazio iso Samsung's MSJ | See highlighted version. |
| Ex. 11 to Fazio iso Samsung's MSJ | See highlighted version. |
| Ex. 12 to Fazio iso Samsung's MSJ | See highlighted version. |
| Ex. 13 to Fazio iso Samsung's MSJ | See highlanted version. |
| Ex. 14 to Fazio iso Samsung's MSJ | See highlighted version. |
| Ex. 19 to Fazio iso Samsung's MSJ | Document in its entirety. |
| Ex. 23 to Fazio iso Samsung's MSJ | Document in its entirety. |
| Ex. 24 to Fazio iso Samsung's MSJ | See highlighted version. |
| Ex. 42 to Fazio iso Samsung's MSJ | Document in its entirety. |
| Ex. 4 to Fazio iso Samsung's Mot. to Enforce Reply | See highlighted version. |
| Samsung's Opp. to Apple's MSJ | See highlighted version. |
| Chase Dec. iso Samsung's Opp. to Apple's MSJ | See highlighted version. |

| Document | Portions That May be Filed Under Seal |
|---|---|
| Jeffay Dec. iso Samsung's Opp. to Apple's MSJ | See highlighted version. |
| Westbrook Dec. iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Rinard Dec. iso Samsung's Opp. to Apple's MSJ | See highlighted version.[1] |
| Schonfeld Dec. iso Samsung's Opp. to Apple's MSJ | See highlighted version. |
| Ex. D to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. E to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. F to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. G to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. H to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. I to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. J to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. K to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. L to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. M to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. N to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. O to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. P to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. Q to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. R to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. S to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. T to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. U to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. V to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. W to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. X to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. Y to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. Z to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. AA to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. BB to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. CC to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |

---

[1] The Rinard Declaration and Exhibit 1 thereto include yellow highlighting for emphasis. Apple does not maintain a claim of confidentiality over the portions highlighted in yellow in the following pages: Declaration at 22, 25, 26, 43; Exhibit 1 at 24, 25, 96-98.

| Document | Portions That May be Filed Under Seal |
|---|---|
| Ex. DD to Schonfeld iso Samsung's Opp. to Apple's MSJ | Document in its entirety. |
| Ex. 3 to Fazio iso Samsung's Opp. to Apple's MSJ | See highlighted version. |
| Ex. 4 to Fazio iso Samsung's Opp. to Apple's MSJ | See highlighted version. |
| Ex. 5 to Fazio iso Samsung's Opp. to Apple's MSJ | See highlighted version. |
| Ex. 7 to Fazio iso Samsung's Opp. to Apple's MSJ | See highlighted version. |
| Samsung's MSJ Reply | See highlighted version. |
| Ex. 1 to Fazio iso Samsung's MSJ Reply | See highlighted version. |
| Ex. 2 to Fazio iso Samsung's MSJ Reply | Document in its entirety. |
| Ex. 12 to Fazio iso Samsung's MSJ Reply | See highlighted version. |

Accordingly, for good cause and compelling reasons shown, the Court HEREBY ORDERS that these documents may be filed under seal.

DATED: _____

The Honorable Lucy H. Koh
United States District Judge