| | |
|---|---|
| JOSH KREVITT (CA SBN 208552) | WILLIAM F. LEE (pro hac vice) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts 02109 |
| Palo Alto, CA  94304-1211 | Telephone: (617) 526-6000 |
| Telephone:  650.849.5300 | Facsimile: (617) 526-5000 |
| Facsimile:  650.849.5333 | |
| | |
| MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| rhung@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, CA 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**APPLE INC.'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

In accordance with Civil L.R. 7-11 and 79-5 and the Court's December 13, 2013 Case Management Order (D.I. 1057), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby move this Court for an order to seal the following documents:

1. Portions of the confidential, unredacted version of Apple's Opposition to Samsung's Motion for Summary Judgment; and

2. Exhibits A-1, A-2, A-4, A-5, B-2, B-3, B-4, B-6, B-8, B-9, C-2, and D-1 to the Declaration of Joshua Furman ("Furman Declaration"), or portions thereof.[1]

As detailed in the supporting declaration of Jennifer Rho, item numbers 1 and 2 above contain or discuss information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential Source Code – Outside Attorneys' Eyes Only" by Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") and/or third parties Google Inc. ("Google"), and Microsoft Corp ("Microsoft") pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung, Google, and/or Microsoft, because these parties filed declarations supporting the sealing of this information when it was addressed in Apple's original motion to seal filed on November 1, 2013. *See, e.g.,* D.I. 865, 874, and 876. Accordingly, Apple renews its motion to file these documents under seal. The complete, unredacted versions of all of the documents identified above will be e-filed under seal concurrently with this motion. In the highlighted unredacted versions of these documents, Samsung's confidential information has been highlighted in green, and the third parties' information has been highlighted in blue. The motion and supporting exhibits do not contain any Apple confidential information that Apple is seeking to seal. Pursuant to the stipulation filed by the parties on December 16, 2013, Apple will file publicly redacted versions of supporting documents within seven days.

---

[1] Apple's Opposition to Samsung's Motion for Summary Judgment and supporting exhibits included citations from and constituted documents that Samsung and/or third parties designated as confidential under the protective order. Apple accordingly filed such information under seal as required by the Protective Order, as it was not able to obtain consent to file such information publicly. Apple does not now, and did not before, maintain that any claim of confidentiality over any information other than that specified below.

Pursuant to Civil L.R. 7-11, counsel for Samsung and Apple met and conferred regarding the process for and scope of sealing information at issue in the present motion to seal.  Rho Declaration ¶ 19.

For the foregoing reasons, Apple respectfully requests sealing of the information contained in:

1. Portions of the confidential, unredacted version of Apple's Opposition to Samsung's Motion for Summary Judgment; and

2. Exhibits A-1, A-2, A-4, A-5, B-2, B-3, B-4, B-6, B-8, B-9, C-2, and D-1 to the Furman Declaration, or portions thereof.

Dated:  December 16, 2013

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ H. Mark Lyon

Attorneys for Plaintiff
APPLE, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: December 16, 2013            */s/ H. Mark Lyon*