| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF MARK D. SELWYN REGARDING APPLE INC.'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT)** |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. On October 10, 2013, Apple filed its Motion for Partial Summary Judgment ("Apple's Motion for Summary Judgment"), including the Declaration of Jennifer Rho in Support of Apple's Motion for Summary Judgment ("Rho Summary Judgment Declaration") and exhibits thereto.

3. Concurrent with Apple's Motion for Summary Judgment, Apple submitted its Original Motion to Seal, including the Declaration of Peter J. Kolovos and the Declaration of Cyndi Wheeler in support thereof.

4. Apple's Motion for Summary Judgment included numerous quotations of and citation to documents that Samsung designated as confidential under the protective order. For example, Samsung identified the entirety of Dr. Schonfeld's expert report regarding validity of the '757 as confidential, including portions that discuss patents, dictionary definitions, and other publicly available information. Before filing its MSJ, Apple requested Samsung identify which portions of its expert reports could be filed publicly. Because Samsung did not do so, Apple filed Samsung's expert reports and any references to Samsung's expert reports under seal as the Protective Order requires. Apple does not now, and did not before, maintain that any claim of confidentiality over any material other than what is specified herein as containing Apple's confidential information, namely the portions of Exhibits D-1 and E-6 to the Rho Summary Judgment Declaration highlighted in yellow. Apple was similarly cautious with the sealing of third party information.

5.  Pursuant to Local Rule 79-5(e), Jennifer Rho submitted a declaration to identify the documents designated as confidential by Samsung and/or Google, Inc. ("Google"). In its Original Motion to Seal, Apple sought to file these documents under seal because they had been designated by Samsung and/or Google as highly confidential and Samsung and/or Google had not identified specific portions to seal.

6.  Pursuant to Local Rule 79-5(e), I now submit this declaration to identify documents and portions of documents designated as confidential by Apple, Samsung and/or Google, Inc. ("Google") in accordance with the Court's December 13, 2013 Case Management Order (D.I. 1057). In Apple's Renewed Motion to Seal, Apple seeks to file these documents under seal because the documents, or portions thereof, have been specifically designated by Apple, Samsung and/or Google as highly confidential.

7.  Specifically, the following documents, or portions thereof, have been designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential Source Code – Outside Attorneys' Eyes Only" by Samsung and/or Google, and their sealing was supported by Samsung and Google by declaration, *see* D.I. 821, 826:

- Portions of Apple's Motion for Summary Judgment, at pp. 1, 4-9, 11, 13 and 14; and
- Portions of the confidential, unredacted versions of Exhibits B-1, B-2, B-3, B-4, B-5, C-1, C-2, C-4, C-5, and C-6 to the Rho Summary Judgment Declaration.

8.  Exhibit D-1 to the Rho Summary Judgment Declaration is a true and correct copy of excerpts of the Expert Report of Martin Rinard, Ph.D. Regarding the Validity of Claims 24 and 25 of U.S. Patent No. 6,847,959, served on August 12, 2013 by Samsung ("Rinard Expert Report"), as well as Exhibits 1 and 9 to that report which contains Apple source code. As detailed in the declaration of Cyndi Wheeler in Support of Apple's Renewed Motion to Seal, Apple seeks to seal portions of D-1.

9.  Exhibit E-6 to the Rho Summary Judgment Declaration contains excerpts of the Report of Dan Schonfeld, Ph.D. Regarding Infringement of U.S. Patent Nos. 5,579,239 and 7,577,757 ("Schonfeld Report"). The portions of pages 1224–28, 1231, and 1232 highlighted in

Exhibit E-6 contain detailed technical information regarding the components and configuration for accused Apple products, including information about the location and manner in which data is stored.  Exhibit E-6 contains proprietary Apple information and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing the configuration of Apple's products because detailed information of this kind constitutes trade secret information)).  The Court has previously granted Apple's request to seal product schematics that contain a similar level of detail regarding the accused Apple products.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to the Apple iBook and iSight).

      10.    The relief requested by Apple is necessary and narrowly tailored to protect confidential information pertaining to the accused Apple products.

      11.    Pursuant to Civil L.R. 7-11, counsel for Samsung and Apple met and conferred regarding the process for and scope of sealing information at issue in the present renewed motion to seal.

      12.    I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 16th day of December, 2013, in Palo Alto, California.

Dated:  December 16, 2013　　　　　　*/s/ Mark D. Selwyn*
　　　　　　　　　　　　　　　　　　　Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 16, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

　　　　　　　　　　　　　　　　　　　　　*/s/ H. Mark Lyon*
　　　　　　　　　　　　　　　　　　　　　H. Mark Lyon

**ATTESTATION OF E-FILED SIGNATURE**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated:   December 16, 2013　　　　　　　*/s/ H. Mark Lyon*
　　　　　　　　　　　　　　　　　　　　　H. Mark Lyon