1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 5:12-cv-000630-LHK (PSG) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE PUBLIC REDACTED VERSIONS OF DOCUMENTS RELATING TO THE COURT'S DECEMBER 12, 2013 ORDER REGARDING RENEWED SEALING PAPERS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,

2  Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.

3  ("Apple") file this Stipulation regarding the time to comply with the Civil Local Rule 79-

4  5(d)(1)(C).

5    WHEREAS, on December 12, 2013, the Court denied without prejudice all motions to seal

6  relating to Apple's and Samsung's Motions for Summary Judgment and Samsung's Motion to

7  Enforce (*see* Dkt. No. 1057);

8    WHEREAS, on December 12, 2013, the Court, after consulting with the parties as to when

9  they can file the renewed motions, ordered the parties to file renewed motions to seal on

10  December 16, 2013 (*see id.*);

11    WHEREAS, the parties have conferred regarding the Court's Order and have worked

12  diligently to review the documents at issue to meet the Court's deadline;

13    WHEREAS, the parties will file renewed sealing motions and an unredacted version of

14  each document highlighting the portions of the document that the parties seek to seal on December

15  16, 2013;

16    WHEREAS, the parties will file publicly unredacted versions of documents not subject to

17  renewed motions to seal in compliance with Civil Local Rule 79-5(f) within seven days of the

18  Court's Order on December 12, 2013;

19    WHEREAS, the documents subject to the parties' renewed motions to seal contain

20  information designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by third

21  parties;

22    WHEREAS, the parties have concluded that they need additional time to consult with third

23  parties and prepare public redacted versions of the aforementioned documents;

24    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

25  parties that:

26  1. The parties shall file public redacted versions of the documents that they seek to seal no

27    later than seven days from the filing date of the renewed motions to seal.

28

-1-    Case No. 12-cv-000630-LHK (PSG)
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF
TIME TO FILE PUBLIC REDACTED VERSIONS OF DOCUMENTS RELATING TO THE COURT'S
DECEMBER 12, 2013 ORDER REGARDING RENEWED SEALING PAPERS

* * *

**~~[PROPOSED]~~ ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated:   December 17 , 2013

By:   *Lucy H. Koh*
HONORABLE LUCY H. KOH