1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:    (213) 443-3000
   Facsimile:    (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                        UNITED STATES DISTRICT COURT
19
             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California.   I am over the age of eighteen years and not a party to the within action; my business address is 865 S. Figueroa Street, 10th Floor, Los Angeles, California 90017.

On December 16, 2013, I served true and correct copies of unredacted versions of:

1. Exhibits 5, 6, and 8 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing ("Samsung's Motion to Enforce");

2. Samsung's Motion for Summary Judgment ("Samsung's MSJ");

3. Exhibits 1, 2, 4, 6, 10-14, 19, 23, 24, and 42 to the Declaration of Michael L. Fazio in Support of Samsung's MSJ;

4. Exhibit 4 to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of its Motion to Enforce;

5. Samsung's Opposition to Apple's Motion for Summary Judgment ("Samsung's Opp. to Apple's MSJ");

6. The Declarations of Jeffrey S. Chase and Paul Westbrook in Support of Samsung's Opp. to Apple's MSJ;

7. The Declaration of Martin Rinard, Ph. D. in Support of Samsung's Opp. to Apple's MSJ, and Exhibit 1 thereto;

8. The Declaration of Professor Dan Schonfeld in Support of Samsung's Opp. to Apple's MSJ, and Exhibits D-DD thereto;

9. Samsung's Reply in Support of its MSJ; and

10. Exhibits 1, 2, and 12 to the Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of its MSJ

by emailing a link to a FTP server containing the aforementioned document to the mailings lists of the parties in this action as follows:

//

//

**Counsel for Apple Inc.**

| | |
|---|---|
| **Gibson, Dunn & Crutcher LLP**<br>Apple/Samsung@gibsondunn.com | **Wilmer Cutler Pickering Hale and Dorr LLP**<br>WHAppleSamsungNDCalIIService@wilmerhale.com |

Executed on December 17, 2013 at Los Angeles, California.

                                              */s/ Prashanth Chennakesavan*
                                                  Prashanth Chennakesavan

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Prashanth Chennakesavan.

                                        */s/ Victoria F. Maroulis*

                                             Victoria F. Maroulis