1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Cal. Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Cal. Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Cal. Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13
   Attorneys for SAMSUNG ELECTRONICS CO.,
14 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16
                    UNITED STATES DISTRICT COURT
17
             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  PLEASE TAKE NOTICE that effective immediately, the address for the District of
2  Columbia Office of Quinn Emanuel Urquhart & Sullivan, LLP has changed.  The new address is
3  777 6th Street, NW, 11th Floor, Washington, D.C. 20001.  The telephone number, the facsimile
4  number and email addresses remain the same.

5

6  DATED: December 17, 2013          QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
7

8

9                                    By */s/ Victoria Maroulis*
                                         Victoria F. Maroulis
10                                       Attorneys for Defendants
                                         SAMSUNG ELECTRONICS CO., LTD.,
11                                       SAMSUNG ELECTRONICS AMERICA, INC.,
                                         and SAMSUNG TELECOMMUNICATIONS
12                                       AMERICA, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Case No. 12-CV-0630-LHK (PSG)
NOTICE OF CHANGE OF ADDRESS