# EXHIBIT 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**EXPERT REPORT OF DR. ALEX C. SNOEREN CONCERNING U.S. PATENT NOS. 6,847,959 AND 7,761,414**<br><br><br><br>**HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE**<br><br>**GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE** |

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

360. I have been asked to evaluate whether Apple practices the '959 Patent with the Siri personal assistant software. Siri is available in iOS versions 5 and 6 running on the Phone 4S and iPhone 5 and on servers operated by Apple. It is my opinion that Apple practices claim 34 of the '959 Patent in the Siri system used with iOS 5 and 6. This opinion is based on a review of source code and documents relating to Siri, inspection of the devices, and discussions with Apple engineer, Benjamin Phipps.

361. That version of Siri practices a method for displaying information in a computer system, namely, the iPhone 5 or iPhone 4S operating version 6.1. Siri receives an information identifier from the voice processing system and employs a global heuristic to selectively provide the information identifier to one or more heuristics, which match the information based on the heuristics. Specifically, Siri employs a global heuristic to select the apps or services to send the information identifier. As shown below, Apple indicates that Siri works with a variety of apps and services:

**Which apps does Siri work with?**

Siri works with almost all your built-in apps. And it's smart enough to figure out which apps to use to provide you with answers. It also uses Search and Location Services to help you with your requests. Here's a list of apps and services that Siri works with worldwide:

| | | |
|---|---|---|
| Maps | Web Search | Notes |
| Sports | Send a Tweet | Contacts |
| Movies | App Launch | Weather |
| Local Search | Find My Friends | Stocks |
| Post on Facebook | Music | Wikipedia search |
| FaceTime | Messages | Alarms, World Clock and Timer |
| Phone | Calendar | Wolfram\|Alpha (English only) |
| Mail | Reminders | |

362. See, e.g., Apple's Siri FAQ from http://www.apple.com/ios/siri/siri-faq/ on August 7, 2013. Apple references its use of a global heuristic when it indicates that Siri is "smart enough to figure out which apps to use to answer your questions."

363. Siri's global heuristic chooses between the above apps and services. At least two of those apps are heuristics, as I understand them. One heuristic module is the weather module that searches for weather information that matches the information identifier and also uses location information to heuristically find weather information for the user. For example, if the information identifier is "Is it going to rain today?," Siri's global heuristic determines that the user is most likely looking for weather information and provides that information identifier to the weather app. The weather app employs a heuristic to determine the weather based on the user's current location, rather than the weather of the user's home or office or some other location.

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

364. Another heuristic module is the Contacts module. If the global heuristic determines that the information identifier is most likely a name, then it selectively provides the information identifier to the Contacts module. For example, a user presses the Siri button on their phone and initiates the input of a spoken request, such as, "who is Dennis Ritchie?"

(Screenshot of iPhone Siri Interface from the iPhone 5)

365. Based on the information identifier, the global heuristic would determine that it is likely a request for information about a person – Dennis Ritchie.

366. Upon receipt of the information identifier, the Contacts module employs a heuristic to search for information based on the information identifier. First, the heuristic determines if there is match on the Siri server's copy of the user's contacts. If it is found, then it presents the information in the following format.

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE



(Screenshot from iPhone 5 upon inputting "Who is Dennis Ritchie?" where Dennis Richie's phone number is stored in the iPhone 5 contacts database)

367.  If it is not found, the heuristic transmits the search to on-the-phone Contacts module and asks whether it has any matches.  If the on-the-phone Contacts module reports back that it does not have a match, then the Contacts module's heuristic then determines that it should transmit the request to Wolfram|Alpha.  If it sends it to Wolfram|Alpha, then it presents any results.  In the Dennis Ritchie example, the Wolfram|Alpha result is shown below.  If it fails to find any information at that point, the heuristic further provides suggestions of possible names from the Contacts database.   Siri then receives at least one candidate and displays a representation of the candidate item of information as shown above.

EXPERT REPORT  OF DR. ALEX SNOEREN
CONCERNING U.S. PATENT NOS. 6,847,959 AND
7,761,414                                                                   133

Gibson, Dunn
& Crutcher LLP

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

525. I have been asked to evaluate whether Apple practices claim 11 of the '414 Patent in iOS version 6.1. It is my opinion that version 6.1 of iOS practices claim 11 of the '414 Patent. In forming my opinion I relied on the source code Apple made available in the following directory: Source\Additional_Samsung630_Off_21030605\1055-Samsung_Sync_14038700\6.1\

526. Version 6.1 of iOS provides a number of applications including a Calendar and Contacts application. Each of those applications provides a user-level non-synchronization processing thread that enables the user to access and edit structured data. The contacts and calendar applications both store information in a SQLite database on the iPhone that enables a user to access and edit contact information in that contact database.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

Case 5:12-cv-00630-LHK   Document 1081   Filed 12/19/13   Page 8 of 9

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

527.  Version 6.1 of iOS also provides separate synchronization software components for each applications that provide a separate synchronization processing thread that operates concurrently with the non-synchronization processing thread for contacts and calendars that synchronizes structured data from the SQLite databases on the iPhone with structured data in a remote database.

528.  I understand that the Address Book functionality described here has been in iOS since at least version 4.0 and the Calendar functionality since iOS version 5.0.  See Apple Developer: ABSource Reference *available at* http://developer.apple.com/library/ios/documentation/AddressBook/Reference/ABSourceRef_iPhoneOS/ABSourceRef_iPhoneOS.pdf *produced at* APLNDC630-0001911803; Apple Developer: EKSource Reference *available at* http://developer.apple.com/library/ios/documentation/EventKit/Reference/EKSourceClassRef/EKSourceClassRef.pdf *produced at* APLNDC630-0001911812.

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2013

_____
Alex C. Snoeren