# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630<br><br>**EXPERT REPORT OF JOHN R. HAUSER,**<br>**August 11, 2013** |

**\*\*CONFIDENTIAL – CONTAINS MATERIAL DESIGNATED AS CONFIDENTIAL – PURSUANT TO A PROTECTIVE ORDER\*\***

UNITED STATES DISTRICT COURT

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

42. To develop the questionnaire, I first consulted with counsel to identify the smartphone and tablet features related to the patents I was asked to test. In order to explain these features to survey respondents, I used a short name for each feature within a feature category, a brief description of that feature, and a short video animation of that feature. I understand from counsel that the description of each patent-related feature fairly represents how the corresponding patented innovation is used in practice by Samsung in its accused smartphones and tablets. The brief descriptions and animations were tested and then shown to respondents, as discussed below in Section V.D. For the smartphone survey, these tested patents and the short names of related features were as follows:

- '647 Patent, with related feature "Quick Links"
- '959 Patent, with related feature "Universal Search"
- '172 Patent, with related feature "Automatic Word Correction"
- '760 Patent, with related feature "Missed Call Screen Management"
- '414 Patent, with related feature "Background Syncing"

43. For the tablet survey, the tested patents and the short names of related features were as follows:

- '721 Patent, with related feature "Slide to Unlock"
- '647 Patent, with related feature "Quick Links"
- '959 Patent, with related feature "Universal Search"

- '172 Patent, with related feature "Automatic Word Correction"

- '414 Patent, with related feature "Background Syncing"

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

74. The specific language used to describe the Background Syncing, Universal Search, and Automatic Word Correction patent-related features included in the smartphone [tablet] survey was as follows:

- **Background Syncing.** The Background Syncing feature allows you to continue to use an app while data related to that app that is stored on your smartphone [tablet] synchronizes with data stored elsewhere, such as on a remote computer. For example, you can access and edit data, such as the list of contacts on your smartphone [tablet], even as your phone [tablet] is sending data for those contacts to your work computer. Without this feature, you would have to wait to use an app, for example the contacts app, while the data for the app is synchronizing with a remote computer, and that wait may be long or short.

- **Universal Search.** Universal Search lets you use a single search to find information from different sources of information, for example data stored on your smartphone [tablet] as well as information found on the Internet. Universal Search uses different rules of thumb for searching the different sources in order to find good results tailored to each source. For example, when you type "George" in a single search box, the feature searches the Internet for "George," which might yield web pages about George Washington, and at the same time searches for "George" stored on your smartphone [tablet], which might retrieve "George Adams" from your contacts or songs by "George Michael" from your music files. Without Universal Search, you would have to separately search each information source, for example searching the Internet in a browser or for your contacts within your contacts application.

- **Automatic Word Correction.** As you type, your smartphone [tablet] displays text you typed in a text box, and at the same time provides suggested replacement text in a separate box alongside the text box that displays what you actually typed. The Automatic Word Correction feature allows you to automatically replace your original text with suggested text when, for example, you press space to move on to the next word you want to type, or you press period to end the sentence. For example, if you type "birfday" and then press space or period, you will automatically replace it with "birthday." Without this feature, pressing space or period would retain your original text, "birfday"; if you want to replace your original text, you would need to select the suggested "birthday" yourself.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**