# EXHIBIT 9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**REBUTTAL EXPERT REPORT OF DR. ALEX C. SNOEREN CONCERNING U.S. PATENTS NOS. 6,847,959 AND 7,761,414**<br><br><br>**HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE** |

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

620.     Specifically, with respect to the ability to access and edit data while synchronization of that data is occurring (which is one of the benefits claim 20 provides), Professor Hauser found that Samsung smartphone consumers were between 4 and 17 percent less likely to buy a smartphone without this feature.  Hauser Report, ¶ 116 and Table 8.  Professor Hauser further found that "the percentage decline in willingness-to-buy upon removal of" this feature ranged from 5 to 23 percent for tablets.  *Id.*, ¶ 119.  Professor Hauser also conducted a market simulation that predicted a "price premium" customers would pay for this feature.  *Id.*, ¶ 129 and Table 9.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

EXPERT REPORT OF DR. ALEX SNOEREN
CONCERNING U.S. PATENT NOS. 6,847,959 AND
7,761,414                                                                 203

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

627.    Finally, Dr. Chase makes several arguments and refers to documents relating to Apple's practice of the '414 Patent in the context of his "secondary considerations" analysis. *See* CR, ¶¶ 869-884; 886-887; 891; 895-898; 904.   While it is my opinion that iOS 6.1 practices claim 11 and therefore Apple does practice the '414 Patent, I do not have an opinion as to whether Apple practices claim 20.  *See* Snoeren Report, ¶¶ 525-528.  In any event, none of the documents Dr. Chase cites suggest that the particular combination of elements in claim 20 was obvious as of either the filing or invention date.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**