# EXHIBIT 28

Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California corporation,
 6
                    Plaintiff,
 7
     vs.                          CASE NO.  11-cv-00630-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                  Defendants.
     _____/
14
15
16       H I G H L Y   C O N F I D E N T I A L
17        A T T O R N E Y S'   E Y E S   O N L Y
18
19    VIDEOTAPED DEPOSITION OF GORDON FREEDMAN
20             PALO ALTO, CALIFORNIA
21          WEDNESDAY, JANUARY 16, 2013
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 56774
```

Highly Confidential - Attorneys' Eyes Only

Page 128

1   THE WITNESS:  That's open to interpretation.
2   MR. CURRAN:  Q.  So a system that uses
3   multiple different components to perform a
4   synchronization may not have one synchronization
5   software component?
6   MR. BUROKER:  Same objection.
7   THE WITNESS:  One could consider some subset
8   of those components or one part of that to strictly be
9   the synchronization component.  One could also
10  consider the aggregate of those components in a nested
11  fashion to itself be a component.
12       In other words, a component may consist
13  itself of multiple components.
14  MR. CURRAN:  Q.  What does it mean for there
15  to be at least one synchronization processing thread
16  provided by a synchronization software component?
17  MR. BUROKER:  Objection; calls for a legal
18  conclusion.
19  THE WITNESS:  It means there's one or more --
20  I'm sorry.
21       You know what?  Can you ask the question
22  again, because we have proc- -- you know, a lot of
23  different words here.
24  MR. CURRAN:  Yes, sir.
25  Q    What does it mean for there to be at least

1  one synchronization processing thread provided by a
2  synchronization software component?
3      A   That means there are one or more threads
4  which engage in synchronization or which are part of
5  what is considered the synchronization component.
6      Q   And what does it mean for a synchronization
7  processing thread to be provided by a synchronization
8  software component?
9          MR. BUROKER:  Same objections; calls for a
10 legal conclusion.
11         THE WITNESS:  A component, which is some
12 software application, would have executing code, and
13 that executing code must execute in a thread.  Thus,
14 that thread would be provided by the synchronization
15 component.
16         MR. CURRAN:  Q.  Let's take a look at
17 Claim 4:
18         "The method as in claim 1, wherein the
19 synchronization software component acquires a lock on
20 the first store."
21         Do you see that?
22     A   Yes.
23     Q   What does it mean to acquire a lock?
24         MR. BUROKER:  Objection; calls for a legal
25 conclusion.

Highly Confidential - Attorneys' Eyes Only

Page 130

1  THE WITNESS: A lock can be used to arbitrate
2  read access, write access, or read/write access.
3  MR. CURRAN: Q. And what does it mean for a
4  synchronization software component to acquire a lock?
5  MR. BUROKER: Same objection.
6  THE WITNESS: That means that as part of the
7  execution, that component acquires a lock.
8  MR. BUROKER: Counsel --
9  MR. CURRAN: Q. And what does it mean for
10 that component to acquire a lock?
11 MR. BUROKER: Same -- same objection.
12 Go ahead.
13 THE WITNESS: I -- the same as for anything
14 to acquire a lock. It's no different for a
15 synchronization component than any other component.
16 MR. CURRAN: I want to understand the word
17 "acquire."
18 Q What does it mean for the -- for that
19 specific component to acquire a lock?
20 MR. BUROKER: Same objection.
21 THE WITNESS: Acquiring a lock grants
22 exclusive access either to reading, to writing, or to
23 reading and writing.
24 Actually, it more generally acquires
25 exclusive access to perform some operation on the