# EXHIBIT 31

Highly Confidential - Outside Attorneys' Eyes Only

1          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
2             SAN JOSE DIVISION
3

4

5    APPLE INC., a California      )
     Corporation,                  )
6                                  )
                   Plaintiff,      )
7                                  )
          vs.                      ) No. 12-CV-00630-LHK
8                                  )
     SAMSUNG ELECTRONICS CO.,      )
9    LTD., a Korean business       )
     entity; SAMSUNG               )
10   ELECTRONICS AMERICA, INC.,    )
     a New York corporation;       )
11   SAMSUNG TELECOMMUNICATIONS     )
     AMERICA, LLC, a Delaware      )
12   limited liability company,    )
                                   )
13                 Defendants.     )
     _____)
14

15    HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

16

17         VIDEOTAPED DEPOSITION OF APPLE INC.,
18           30(B)(6) WITNESS YAN ARROUYE
19            Redwood Shores, California
20            Friday, April 27, 2012
21

22

23   Reported by:
24   SUZANNE BOSCHETTI, CSR NO. 5111
25   Job No. 49059

Highly Confidential -  Outside Attorneys' Eyes Only

Page 13

1    documents from me for the litigation.

2        Q    Okay.  When was that?

3        A    It was probably a month ago or a little bit

4    more.

5        Q    Okay.

6        A    Sometime this year.

7        Q    I don't want you to reveal the

8    communications that you've had with Apple's counsel.

9            Can you tell me what you did to collect

10   documents without revealing your communications with

11   Apple's counsel?

12       A    I made available my computer system and

13   access to my email and the things for him that might

14   be relevant documents.

15       Q    Did you identify any particular areas,

16   folders or files, that might contain relevant

17   documents?

18       A    My -- I thought if relevant documents

19   existed, it would be my email.

20       Q    How far back does your email go?

21       A    I actually don't know.

22       Q    You don't keep any hard copy documents?

23       A    No.

24            MR. BUROKER:  Try to -- try to wait until

25   she finishes her question before you answer.

Highly Confidential - Outside Attorneys' Eyes Only

Page 14

1           THE WITNESS:  Yes.

2    BY MS. FERNANDS:

3        Q    Did you keep any written notebooks, either

4    handwriting or electronically, when you were

5    developing what's described in the '604 patent?

6        A    No, I do not keep any notebooks.

7        Q    Okay.  Now, I know you're currently

8    employed by Apple.

9             How long have you been employed by Apple?

10       A    I've been employed by Apple since

11   September 1989.  '89.

12       Q    1989.  Thank you.

13       A    Sure.

14       Q    I should be careful of my notes there.  You

15   can see it.

16       A    It's not my job to correct them.  Sorry.

17       Q    Do you have any ownership interest in

18   Apple?

19       A    What do you mean by that?

20       Q    Do you own shares of Apple stock?

21       A    Yes, I do.

22       Q    Could you give me a brief description of

23   your educational history after high school?

24       A    Okay.  So after high school I went to

25   college.  I did two years of, I guess, general

Page 15

1  scientific education followed by two years of

2  computer science education, followed by two years

3  of -- I'm not sure how to describe that, but

4  basically what we call generalist in general

5  education.  It covers a lot of matters from economy

6  to hard science.

7         And after that -- so I graduated from --

8  from that.  And that was the end, I guess, of my

9  education.

10     Q    So that's six years of education after high

11  school?

12     A    That's correct.

13     Q    You said you graduated.  What is your

14  degree called?

15     A    So in French -- well, the translation of

16  the French title would be civil engineer from École

17  des Mines of Paris.

18         THE REPORTER:  I'm sorry.

19         THE WITNESS:  École.  École, which means

20  school, des Mines, M-i-n-e-s, of Paris.

21  BY MS. FERNANDS:

22     Q    You said that two years there were in

23  computer science; is that correct?

24     A    There were two years in computer science in

25  the middle.

Highly Confidential - Outside Attorneys' Eyes Only

Page 16

1    Q    And in that two years of studying computer
2    science, did you study programming?
3    A    Yes, I did.
4    Q    Did you take any courses concerning
5    developing searches in computer systems?
6    A    No, I don't think such existed at that
7    time.
8    Q    What years were these, the six years that
9    you were in school post high school?
10   A    So I believe I graduated from my school in
11   1982, so that would be the next -- yeah, that would
12   be the next six years.
13   Q    So about '82 to '88?
14   A    Most likely.
15   Q    Then you joined Apple in September of '89,
16   correct?
17   A    That's correct.
18   Q    Did you work between when you ended school
19   in '88 and when you joined Apple?
20   A    So at that time, there were -- there was a
21   year of military obligation, so I spend that year.
22   Q    Immediately after your year of military
23   obligation, you joined Apple?
24   A    No.
25   Q    What did you do after the military

Highly Confidential - Outside Attorneys' Eyes Only

Page 17

1   obligation?

2       A    I briefly worked for a bank.

3       Q    What did you do for the bank?

4       A    Not much.  I basically went through a very

5   long hiring process, competitive process, was

6   eventually selected, and I think I spent a week

7   there before I joined Apple.

8       Q    Okay.  What job did you anticipate doing

9   after the bank -- at the bank after the competitive

10  process?

11      A    So the job I was hired for was for the

12  general inspection of -- the bank was named Société

13  Générale.

14          MR. BUROKER:  You might want to spell that.

15          THE WITNESS:  Okay.  That's Société --

16  that's S-o-c-i-e-t-e, space, Générale, like general

17  with an e on the end, G-e-n-e-r-a-l-e.

18  BY MS. FERNANDS:

19      Q    And then about a week later you joined

20  Apple?

21      A    Yes.

22      Q    Okay.  And what was your first job at

23  Apple?

24      A    So I was hired to work on the team that

25  developed mail systems.

Highly Confidential - Outside Attorneys' Eyes Only

Page 18

1    Q     Where was that team located?

2    A     It was located in Paris, France.

3    Q     What was your job title on that team?

4    A     I do not remember.

5    Q     What were your job duties and

6    responsibilities on that team?

7    A     I don't remember what my first job specific

8    responsibilities were.

9    Q     Do you remember generally what you worked

10   on when you were working on the mail systems in the

11   late 1980s?

12   A     Yes, I was, generally speaking, working

13   on -- I was a development engineer, so I was writing

14   code.  And that was part around the user interface

15   for the mail system, for configuring the mail

16   system.

17   Q     So you were writing code for the user

18   interface for the mail system; is that --

19   A     For the configuration piece of the mail

20   system.

21   Q     The configuration piece.  What is the

22   configuration piece?

23   A     That was the user interface which would let

24   an administrator set up a mail network.

25   Q     After your work on the mail system, what

Highly Confidential -  Outside Attorneys' Eyes Only

Page 19

1   was your next project at Apple?

2       A    So while I was in -- in Paris, I worked on

3   several different projects that were all in the mail

4   domain.  So my second job that I remember was about

5   integrating that mail system with another mail

6   system that was developed in Cupertino by other

7   Apple teams.

8       Q    How long were you working for Apple in

9   Paris?

10      A    I worked in Paris for Apple for five years.

11      Q    So that's until about 1994?

12      A    Yes.

13      Q    Okay.  And were you working with mail

14  systems the entire time that you were in the Paris

15  location?

16      A    I had some other -- more assignments when

17  there.

18      Q    Do you recall generally what those were?

19      A    I recall some.  So they -- and one of them

20  was helping a partner company that Apple was working

21  with to deliver product in time by helping them with

22  their user interface.

23      Q    What are the others that you remember

24  generally from that time?

25      A    Various investigations.

Highly Confidential -  Outside Attorneys' Eyes Only

Page 20

1      Q      Did any of your work while you were located

2   at the Paris location involve search algorithms?

3      A      I don't remember.

4      Q      In 1994 you left the Paris location?

5      A      This is correct.

6      Q      Where did you go from there?

7      A      So I moved here in Cupertino in January of

8   1994.

9      Q      Do you recall your first project when you

10  moved to Cupertino?

11     A      Yes, I do.

12     Q      What was that?

13     A      I joined the team called Open Transport.

14  That team was developing the networking stack for

15  Mac OS.  And on that team, I was in charge again of

16  the configuration UI.

17     Q      About how long did that project last?

18     A      That, I don't remember.

19     Q      Do you remember what your next project was?

20     A      Yes.

21     Q      And what was the next project?

22     A      So after that I joined the Navigation

23  Services project.

24     Q      What was the Navigation Services project?

25     A      It was a project to modernize the user

Highly Confidential - Outside Attorneys' Eyes Only

Page 21

1   interface to access information from applications.

2       Q    What was your role in the Navigation

3   Services project?

4       A    I was brought in to understand how we could

5   productize some of the prior work that other people

6   had done in that area.

7            THE REPORTER:  The last word?

8            THE WITNESS:  Area, a-r-e-a.

9   BY MS. FERNANDS:

10      Q    And did you determine that you could

11  productize some of the work that other people had

12  done in this area?

13      A    We worked on -- for some amount of time on

14  that, and yes, we did productize a subset of what we

15  developed.

16      Q    Was there a name for the product?

17      A    It was internally known as Navigation

18  Services.

19      Q    Was there a commercial name for it?

20      A    Not that I recall.

21      Q    Was it productized in some other Apple

22  product as a portion of a product?

23      A    Yes.

24           MR. BUROKER:  Objection.  Vague.

25           But you can answer.  Go ahead.

Highly Confidential - Outside Attorneys' Eyes Only

Page 26

1    project with respect to this particular area that

2    you've just described?

3                MR. BUROKER:  Objection.  Vague.

4                But you can answer.

5                THE WITNESS:  Right.  So on that sort of

6    back end part of the Navigation Services, it was

7    Keith and I.

8    BY MS. FERNANDS:

9        Q    And what do you mean, the "back end part of

10   the Navigation Services"?

11       A    I mean as opposed to front end.

12       Q    Is front end more user interface?

13       A    Yes, that's -- exactly that.

14       Q    And by "back end," you mean the search

15   technology itself?

16       A    That would be one part of the back end.

17   There were other parts.

18       Q    What are the other parts of the back end?

19       A    Another part of the back end would be the

20   ability to browse contents.

21       Q    Any other parts of the back end that you

22   were working on at the time?

23       A    There was some logic to decide which of the

24   back ends to consult for given operation.

25       Q    Anything else that you and Mr. Mortensen

Highly Confidential - Outside Attorneys' Eyes Only

Page 27

1    were working on for the back end at that time?

2        A    There must be more, but that's --

3        Q    What was your next project at Apple after

4    the Navigation Services project?

5        A    So after that I became the manager of the

6    Finder team.

7        Q    What was the Finder team?

8        A    So the Finder is an application on Mac OS

9    that lets users interact with the files and hard

10   drives.

11       Q    And how does Finder let users interact with

12   their files and hard drives?

13       A    Through windows that show the contents of

14   hard drives or file servers.

15       Q    You said you were the manager of the Finder

16   project?

17       A    That is correct.

18       Q    Were you involved in writing any of the

19   code for the Finder project?

20       A    No, I was not.

21       Q    Was the Finder project implemented as a

22   commercial project?  Product, sorry.

23       A    Yes.  It shipped in various versions of

24   Mac OS.

25       Q    Do you remember in which versions of Mac OS

Page 28

1    it shipped?

2        A    Yes.  Finder existed from the first version

3    of Mac OS and still exists today.

4        Q    Did -- did Finder exist before you began

5    working on the Finder project?

6        A    Yes, it did.

7        Q    Okay.  Did Finder use search algorithms?

8            MR. BUROKER:  Objection.  Vague.  Go ahead.

9            THE WITNESS:  At some point in history

10   Finder gained such capabilities.

11   BY MS. FERNANDS:

12       Q    Do you know when in Finder's history that

13   was?

14       A    I actually don't know exactly when it was.

15       Q    Was it before or after you became manager

16   of the Finder project?

17       A    I actually don't know for a fact.

18       Q    Do you know what type of search algorithms

19   were used when Finder had search capabilities?

20       A    It was the ability may need to find file by

21   name and possibly the criteria.

22       Q    Did it employ a string search to find the

23   files by name?

24       A    What do you mean by "string search"?

25       Q    Do you have an understanding of what a

Highly Confidential - Outside Attorneys' Eyes Only

Page 29

1    string search is?

2        A    I do.

3        Q    What is your understanding of a string

4    search?

5        A    It's taking a string and searching whether

6    another string is inside it.

7        Q    Okay.  And using that definition of string

8    search, was the Finder finding files by name using a

9    string search?

10            MR. BUROKER:  Objection.  Vague.

11            THE WITNESS:  It's a lot more complicated

12    than that, so I don't think I would describe it that

13    way.

14    BY MS. FERNANDS:

15        Q    How would you describe the mechanism by

16    which Finder found files by name?

17            MR. BUROKER:  Objection as to time.

18            THE WITNESS:  So as I said earlier, I don't

19    remember when Finder gained such abilities, but over

20    time there have been different technologies that

21    have been used to find files.

22    BY MS. FERNANDS:

23        Q    When you joined the Finder project as

24    manager of the Finder project, did the capability to

25    find files by name exist in Finder at that time?

Highly Confidential - Outside Attorneys' Eyes Only

Page 30

1    A    I don't remember if it did.

2    Q    Was there a particular mechanism for

3    finding files by name that you had in mind when you

4    said that at some point Finder gained the ability to

5    find files by name?

6    A    Well, for example, in more recent history,

7    Finder is using Spotlight to find files by name.

8    Q    What is Spotlight?

9    A    Spotlight is a commercial name of a search

10   technology that's part of Mac OS.

11   Q    Have you been involved in Spotlight at

12   Mac -- at Apple?

13   A    Yes, I have.

14   Q    What is your involvement with the Spotlight

15   project?

16   A    I've created it.

17   Q    What do you mean you created it?

18   A    I started the project and developed the

19   technology with the team.

20   Q    When did you start the Spotlight project?

21   A    So I don't remember the -- the exact dates.

22   It was after I was manager -- it was sometimes after

23   I was manager of the Finder team.

24   Q    Did you work on other projects between when

25   you were manager of the Finder team and when you

Highly Confidential - Outside Attorneys' Eyes Only

Page 31

1   started the Spotlight project?

2        A     Yes, I did.

3        Q     What projects did you work on in that time

4   frame between?

5        A     So after managing the Finder, I was in

6   charge of the performance and architecture of the

7   operating system.

8        Q     And after you were in charge in performance

9   and architecture of the operating system, was there

10  another project before Spotlight?

11       A     Yes.

12       Q     What was the next project?

13       A     So then I was in charge of a project that

14  shipped under the name Rosetta.

15       Q     What was Rosetta?

16       A     Rosetta was a system that enabled

17  applications compiled for the PowerPC processor to

18  run unmodified on Intel processors.

19       Q     Do you recall when you were working on the

20  Rosetta project?

21       A     Not specifically.

22       Q     Do you recall generally the time frame?

23       A     I don't.

24       Q     And after Rosetta, was there another

25  project at Apple before Spotlight?

Highly Confidential - Outside Attorneys' Eyes Only

1      A     Not that I recall.

2      Q     Okay.  So Spotlight was your next project

3  after Rosetta, as far as you recall?

4      A     As far as I remember.

5      Q     And I don't recall.  Did you say -- do you

6  remember when you started on Spotlight?

7      A     No, I don't remember the date.

8      Q     When was Spotlight added to a commercial

9  project -- product?  Do you know?

10     A     It shipped in the version of Mac OS X, code

11 named Tiger.

12     Q     Are you familiar with the project at Apple

13 called Sherlock?

14     A     I know the name.

15     Q     Okay.  Did you have any involvement with

16 Sherlock?

17     A     No, I did not.

18     Q     Do you know what Sherlock was?

19     A     Yes, as a user.

20     Q     What -- what was Sherlock?

21     A     Sherlock was an application that was part

22 of Mac OS -- some versions of Mac OS prior to

23 Mac OS X, I guess.

24     Q     And do you know what the Sherlock

25 application did?

Highly Confidential -  Outside Attorneys' Eyes Only

Page 33

1          MR. BUROKER:  Objection.  Vague.  Time.

2          THE WITNESS:  It's allowed users to search

3     places.

4     BY MS. FERNANDS:

5          Q    What do you mean, "to search places"?

6          A    As I recall, you could select maybe a

7     website and search that website.

8          Q    What does Spotlight do?

9          A    Spotlight is a metadata extension to the

10    file system that enables to describe and index

11    information in richer ways.  And they are both APIs

12    to manipulate the data or to perform searches.  And

13    there are also several pieces of user interface

14    that's used with APIs to implement search and virus

15    application of the system.

16         Q    Does Spotlight use search algorithms to

17    perform the searches?

18         A    Yes.

19         Q    What search algorithms are used in

20    Spotlight?

21         MR. BUROKER:  Objection.  Vague.

22         THE WITNESS:  Can you clarify what you mean

23    by "search algorithms"?

24    BY MS. FERNANDS:

25         Q    You said -- I believe you testified that --

Highly Confidential - Outside Attorneys' Eyes Only

Page 34

1   that Spotlight does use search algorithms to perform

2   searches, correct?

3        A    Yes, I said that.

4        Q    Okay.  And what did you have in mind when

5   you testified that Spotlight uses search algorithms?

6        A    So you can provide Spotlight with a user

7   input, and Spotlight will perform a search against

8   its index and return results based on that.

9        Q    Is there a particular type of search that

10  Spotlight performs against the index?

11           MR. BUROKER:  Objection.  Vague.

12           THE WITNESS:  Could you clarify what you

13  mean by "type of search"?

14  BY MS. FERNANDS:

15       Q    Is there a word that you use to describe

16  the nature of the search that Spotlight performs?

17       A    Spotlight performs a number of different

18  searches.

19       Q    What are the number of different searches

20  Spotlight performs?

21       A    So, for example, Spotlight performs

22  searches against metadata.

23       Q    And is there a particular type of search

24  that's -- that Spotlight performs against the

25  metadata?

Highly Confidential - Outside Attorneys' Eyes Only

1     A     It's up to the application using Spotlight

2   to decide which kind of search it wants to do.

3     Q     What do you mean, "it's up to the

4   application using Spotlight"?

5     A     The application that uses Spotlight

6   constructs the query it wants Spotlight to perform,

7   thereby chooses how it wants Spotlight to perform

8   the search.

9     Q     The application constructs the query,

10  correct?

11    A     That's correct.

12    Q     Okay.  Is the technology for performing the

13  search in the application or in Spotlight?

14    A     The technology to perform the search is in

15  Spotlight.

16    Q     Okay.  And is there a particular type of

17  algorithm that is used to perform the metadata

18  searches in Spotlight?

19    A     There is definitely an algorithm.  I don't

20  know what you mean by that.

21    Q     Okay.  Do you know what the algorithm is?

22    A     Not in details.

23    Q     Okay.  Do you know generally what the

24  algorithm is in Spotlight?

25    A     As I said before, there are several

Page 36

1   algorithms in Spotlight for different queries.

2       Q    Well, specifically for the metadata search

3   that we were talking about, do you know what the

4   algorithm is that is used?

5       A    Not in details.

6       Q    Have you ever heard it described as any

7   particular type of algorithm that is used in the

8   metadata searches?

9       A    Not that I recall.

10      Q    Do you recall what any of the algorithms --

11  any of the many algorithms used in Spotlight are?

12      A    Can you please repeat?

13      Q    I think you said that there were many

14  algorithms used in Spotlight; is that correct?

15      A    Yes.

16      Q    Do you recall what any of them are?

17      A    So one of them was the metadata search.

18      Q    And other than the metadata search

19  algorithm, do you recall what the other algorithms

20  are used for?

21      A    And there is like -- another example would

22  be the content search.

23      Q    Are there any others?

24      A    There are other modules in Spotlight that

25  perform more specialized searches.

Highly Confidential - Outside Attorneys' Eyes Only

Page 37

1    Q    You said there were other modules in

2  Spotlight?

3    A    Yes.

4    Q    Do the different modules in Spotlight use

5  different algorithms?

6    A    Yes, they --

7         MR. BUROKER:  Objection to form.  Go ahead.

8         THE WITNESS:  Yes, they may use different

9  algorithms.

10  BY MS. FERNANDS:

11    Q    After Spotlight, what was your next project

12  at Apple?

13    A    So after Spotlight, I managed a larger set

14  of technologies.

15    Q    So you were managing a larger group?

16    A    Yes.

17    Q    Okay.  Does that mean you were -- were you

18  promoted at that time?

19    A    I don't know that there was any

20  correlation.

21    Q    Do you know what your title was at that

22  time?

23    A    I don't.

24    Q    To whom did you report while you were

25  working on Spotlight?

Highly Confidential - Outside Attorneys' Eyes Only

Page 38

1      A      I reported to Bertrand Serlet.

2      Q      And when you were working on Navigation

3  Services, to whom did you report?

4      A      I think I report -- well, actually, I'm not

5  sure.  On Navigation Services, I don't remember who

6  I reported to.

7      Q      And when you moved on to manage a larger

8  group, to whom were you reporting then?

9      A      You are talking after Spotlight?

10      Q      After Spotlight.

11      A      After Bertrand Serlet?  It was Bertrand

12  Serlet or Scott Forstall.  I don't remember --

13      Q      Okay.

14      A      -- the timeline.

15            MR. BUROKER:  It's Forstall.

16            THE WITNESS:  Forstall, yes.

17            MR. BUROKER:  F-o-r-s-t-a-l-l.

18            MS. FERNANDS:  Which is Forstall?

19            MR. BUROKER:  He said Forstall and she

20  wrote Foster.

21            MS. FERNANDS:  Okay.

22            MR. BUROKER:  So I wanted to clarify it.

23  BY MS. FERNANDS:

24      Q      Okay.  So it's Scott Forstall?

25      A      That's correct.

Highly Confidential -  Outside Attorneys' Eyes Only

Page  39

1    Q    And Bertrand's last name is?

2    A    S-e-r-l-e-t.

3    Q    Okay.  I would not have gotten that right.

4    A    Sorry.

5    Q    Thank you.

6         After Spotlight, the larger group of

7    technologies that you were managing, what

8    technologies were involved?

9    A    So I continued to have Spotlight.  We also

10   did Quicklook.  We had some graphics technologies.

11   A number of other projects.

12   Q    What time frame was that after -- after you

13   were working only on Spotlight and then were

14   managing a larger group that included Spotlight?

15   A    Firstly, I don't remember the dates

16   precisely.

17   Q    Okay.  And is that still your role or do

18   you have new job responsibilities now?

19   A    I have a even larger set of

20   responsibilities.

21   Q    Okay.  What is your larger set of

22   responsibilities now?

23   A    So I'm again managing the Finder and some

24   other parts of the Mac OS user interface.

25        Let me correct that.

Highly Confidential - Outside Attorneys' Eyes Only

Page 40

1        I'm -- those teams report to me.  I'm not

2   managing them --

3        Q    Okay.

4        A    -- directly.  Those teams report to me.

5   I'm not directly managing them.

6        Q    So the Finder and Mac OS teams, Mac OS

7   users or interface teams?

8        A    No, no.  What I meant to say is that Finder

9   and other parts of the Mac OS user interface report

10  in to my organization.

11       Q    Okay.  So the Finder and other parts of

12  Mac OS user interface report to your group.

13       Are there any other technologies that

14  you're responsible -- your group is responsible for

15  other than Finder and the parts -- the other parts

16  of the Mac OS?

17       A    All the stuff that I was already

18  responsible for.

19       Q    So that included Spotlight and -- what are

20  the other pieces in addition to Spotlight?

21       A    And Quicklook and many other things,

22  graphics and etc.

23       Q    Have you had any responsibility for any

24  work on the iPhone?

25       A    Some of my teams have projects that exist