# EXHIBIT 33

Page 1

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4     APPLE INC., a California
      corporation,

5

           Plaintiff,

6                                  Case No.

       vs.                         12-cv-00630-LHK (PSG)

7

      SAMSUNG ELECTRONICS CO., LTD.,

8     a Korean corporation; SAMSUNG
      ELECTRONICS AMERICA, INC.,

9     a New York corporation; and
      SAMSUNG TELECOMMUNICATIONS

10    AMERICA, LLC, a Delaware
       limited liability company,

11

           Defendants.

12    ------------------------------------

13

14

15              ** HIGHLY CONFIDENTIAL **

16

17

18      VIDEOTAPED DEPOSITION OF KEITH L. MORTENSEN

19                 Palo Alto, California

20                 Friday, May 10, 2013

21

22

23

24    REPORTED BY:
      CYNTHIA MANNING, CSR No. 7645, CLR, CCRR

25    JOB NO. 61147

Highly Confidential

1        A.   Okay.

2        Q.   -- as I'm sure you're -- actually, let me

3    ask you another question.

4             Are you represented by counsel here today?

5        A.   Yes.

6        Q.   Who is that?

7        A.   Mr. Buroker.

8        Q.   Your counsel has probably discussed some of

9    these things with you, but I'll --

10       A.   Yes.

11       Q.   -- just go over them on the record so that

12   we can make sure that we are on the same page.

13            The way this works is I ask the questions,

14   you answer the questions.  You're obviously being

15   videographed and also the reporter is taking down

16   everything that you say, so it's important that

17   instead of nodding or saying "uh-huh," you answer my

18   questions audibly.

19            Does that make sense?

20       A.   Yes.

21       Q.   In addition, it's important, so that the

22   transcript is clear, so -- that we try not to talk

23   over each other.  I will always try to let you make

24   a complete answer.  If for some reason I'm too

25   enthusiastic in asking the next question and I

Highly Confidential

1   interrupt your answer, please let me know and I will

2   let you finish your answer.

3             Do you understand that?

4        A.  Yes.

5        Q.  In addition, if you answer -- if you don't

6   understand a question that I ask, please let me

7   know.  And if you answer a question, I'm going to

8   understand that you did understand my question, so

9   please tell me if you don't.

10            Does that make sense?

11       A.  Yes.

12       Q.  Do you have any questions about the

13  deposition procedures before we go forward?

14       A.  No.

15       Q.  Is there anything that would prevent you

16  from giving your best and most accurate testimony

17  today?

18       A.  No.

19       Q.  Who's your present employer?

20       A.  Apple computer.

21       Q.  And what is your present job?

22       A.  I'm a software engineer, tech support

23  engineer.

24       Q.  And what does that entail?

25       A.  I help third-party developers write

Highly Confidential

Page 8

1    software for the Mac and for iOS.

2         Q.   And how long have you been doing that for?

3

4         A.   Six years.

5              MR. WARREN:   Let's mark as Exhibit 1.

6              (Deposition Exhibit 1 was marked for

7              identification)

8    BY MR. WARREN:

9         Q.   Mr. Mortensen, my first question is:   Do

10   you recognize this document?

11        A.   Yes.

12        Q.   What is this document?

13        A.   This is my resume.

14        Q.   Where did we get it from?

15             MR. BUROKER:   Objection; calls for

16   speculation.

17             THE WITNESS:   From my personal website.

18   BY MR. WARREN:

19        Q.   And is this resume accurate?

20        A.   Yes.

21        Q.   Okay.   Great.   That will simplify some of

22   our questions.

23             I'd like to focus principally on your work

24   with Apple.

25        A.   Yes.

Highly Confidential

1    Q.  And I think if we turn to page 3 of Exhibit

2  1, we will see your first employment with Apple, I

3  believe, in 1989.

4         Am I correct about that?

5    A.  Yes, correct.

6    Q.  Okay.  How did you come to join Apple?

7    A.  I worked at Apple as a contractor -- as a

8  summer intern and as a contractor before that.

9    Q.  Okay.  And what was your first position at

10  Apple?

11    A.  Full-time position?  Yes.

12    Q.  Start with -- start with anything.

13    A.  Oh, okay.  I -- I started working at Apple

14  as a contractor when I was 13 in 1981.  I did work

15  on the Apple II, worked for the Apple Education

16  Foundation, and did all kinds of miscellaneous jobs

17  for -- for that group until -- up until high school.

18    Q.  Okay.  And let's -- what happened after

19  high school?

20    A.  So I went to Chico State and I came back to

21  Apple as a summer intern three times.  And then --

22  and then I graduated in 1989 and then I joined Apple

23  full time.

24    Q.  I see.

25         What were you doing as a summer intern

Highly Confidential

Page 10

1   while you were in college?

2       A.  I did quality insurance work for the Apple

3   II and for the Mac and I helped write a personnel

4   database for the IS&T group.

5       Q.  When you say "personnel database," can you

6   tell me what you mean?

7       A.  It's the phone directory system for -- for

8   employees.

9       Q.  And is that still used?

10      A.  No.

11      Q.  When -- tell me when that occurred that you

12  wrote the phone directory database.

13      A.  In 1988.  Summer of '88.

14      Q.  And when you say "database," I think I know

15  what you mean, but can you just explain what you

16  mean by "database"?

17      A.  It's just a relational database written in

18  Omnis, Omnis 3 and it keeps track of everybody's

19  phone numbers and which groups they work for.

20      Q.  And can you spell Omnis for the court

21  reporter?

22      A.  O-M-N-I-S.

23      Q.  And what hardware did that run on?

24      A.  The Mac.

25      Q.  Okay.  What year was this?

Highly Confidential

Page 11

1       A.   1988.

2       Q.   I used Macs in 1988 and I don't remember

3   Omnis at all.

4            Was that a commercial product?

5       A.   Yes.

6       Q.   So Apple didn't write that product?

7       A.   No.

8       Q.   Did you decide to use the Omnis product --

9       A.   No.

10      Q.   Sorry.  You've got to let me finish.

11      A.   Oh, I'm sorry.

12           MR. BUROKER:  I was about to tell you, slow

13  down so he can get his question and I can object if

14  I need to.  Just slow down.

15  BY MR. WARREN:

16      Q.   You can rest assured I won't ask any

17  objectionable questions.

18           Do -- just for the clarity of the record,

19  as Mr. Buroker said, try to let me finish the

20  question.  I know it's hard.  Remember, I'll always

21  try to let you finish the answer.

22           What was the purpose of the database that

23  you were working on as a summer intern in 1987?

24      A.   The output of that database was printed in

25  binders and each group within Apple had a red binder

Highly Confidential

Page 12

1   with the whole list of phone numbers.  And we used

2   that database for -- just to measure how often new

3   employees come in and leave the company.

4        Q.  Oh, I see.  So as an Apple employee, I

5   couldn't look people up on it.  I had to look in the

6   printout.

7        A.  Correct.

8        Q.  You could look people up on it, though,

9   right?

10       A.  As -- as the author of the database, yes.

11       Q.  That's what I meant, yes.

12       A.  Yes.

13       Q.  And how could you search for people using

14   that database?

15       A.  There is a user interface that's built into

16   the product that you can just do a find by first,

17   last name, phone number.

18       Q.  I see.

19            Was there any other fields that were stored

20   in the database besides first name, last name, and

21   phone number?

22       A.  If I can remember, department number and

23   location.

24       Q.  Okay.  You mentioned that it was

25   relational.  So far you've described fields that I

Highly Confidential

1  think could be reasonably handled in a flat

2  database.

3          Was there a relational aspect of it that we

4  haven't talked about?

5      A.  Well, the departments were a separate

6  database, so, you know, you have each record that

7  relationally points to that separate database.

8      Q.  That make sense.

9      A.  Yeah.

10     Q.  Anything else that you can recall that was

11 relational?

12     A.  Locations database.

13     Q.  Anything else?

14     A.  That's all I can remember.

15     Q.  And this was in 1987.

16         So you were a college rising junior?

17     A.  1988.

18     Q.  I apologize.

19     A.  Yeah.

20     Q.  You were a college rising senior?

21     A.  Correct.

22     Q.  Okay.  Did that database use SQL?

23     A.  I don't know.

24     Q.  It didn't -- if it did, you didn't see it?

25 It wasn't part of the user interface that you

Highly Confidential

Page 14

1   interacted with.

2        A.   Yes.

3             MR. BUROKER:  Pause a little longer.  It's

4   fine.

5             MR. WARREN:  Microphone keeps falling off.

6   The sad demise of the tie as a social construct is

7   really reeking havoc with the ...

8   BY MR. WARREN:

9        Q.   That gets us through when you were at --

10  that was your last time as a summer intern; is that

11  correct?

12       A.   Yes.

13       Q.   Okay.  Besides quality assurance work and

14  the database work that we've talked about, did you

15  do anything else as a summer intern?

16       A.   I did quality assurance work, finding bugs

17  against the Apple II operating system called GS/OS

18  and then on the Mac I did some -- did some QA work

19  on the Mac.  So it was both platforms.

20       Q.   Aside from QA and databases, are there any

21  other sort of broad categories of your work as a

22  summer intern?

23       A.   No.

24       Q.   Then you graduated and then you went back

25  to work for Apple; is that correct?

Highly Confidential

Page 15

1       A.   Yes.

2       Q.   And what were your responsibilities when

3  you went back to work for Apple?

4       A.   I did quality assurance work for the

5  networking and communications group.

6       Q.   And what did that entail?

7       A.   We were developing networking products for

8  Ethernet, Token Ring and Wide Area Networks.  So my

9  job was to qualify those products.

10      Q.   Okay.

11           MR. WARREN:   Hang on for one second.

12           Excuse me.

13  BY MR. WARREN:

14      Q.   Did that involve databases in any way?

15      A.   No.

16      Q.   Okay.  And when did you stop working -- and

17  that -- correct me if I am wrong, that corresponds

18  to the line in your resume for network quality

19  engineer; is that correct?

20      A.   Correct.

21      Q.   And what was your next position at Apple?

22      A.   Doing quality assurance work for human

23  interface products, the Mac desktop in particular.

24      Q.   And when you say "quality assurance for the

25  Mac desktop," can you explain a little more what you

Highly Confidential

Page 16

1  mean?

2      A.  Writing test tools, automated test tools to

3  help qualify the Finder desktop in its various user

4  interface components and report bugs.

5      Q.  Anything else besides that?

6      A.  No.

7      Q.  Okay.  And that corresponds, I believe, to

8  the line on your resume on page 2, senior quality

9  lead and tools engineer; is that correct?

10     A.  Yes.

11     Q.  And then what was your position after that?

12     A.  I left quality assurance and started doing

13  engineering work for the same group.

14     Q.  And this is the human interface/desktop

15  group?

16     A.  Correct.

17     Q.  And what were you working on there?

18     A.  I worked on a product called "Navigation

19  Services."

20     Q.  What is "Navigation Services"?

21     A.  It's -- it's a part of the operating system

22  that allows -- that has the user interface for

23  opening and saving files and browsing the file

24  system.

25     Q.  Oh, the dialogue -- the open and save

Highly Confidential

Page 17

1  dialogue box; is that correct?

2      A.  Yes.

3      Q.  And what was your role in Navigation

4  Services?

5      A.  I was the co-author of it and I wrote --

6  basically wrote the code to display those dialogues,

7  those various dialogues.

8      Q.  And what was there before you had worked on

9  it?

10     A.  It was a component called "Standard File,"

11  and that's part of the older classic Mac OS.  So my

12  job was to improve that user interface and we

13  designed Navigation Services to replace the standard

14  file.

15     Q.  So I'm picturing a modal dialogue box with

16  a box on the top left and then some stuff down at

17  the bottom and then maybe some stuff at the right.

18          Am I picturing that correctly?

19     A.  More or less, yeah.  It's just a list of

20  files that you're navigating.

21     Q.  Okay.

22     A.  Files and folders.

23     Q.  Okay.  What was the difference?  I guess

24  what I'm asking is:  I understand you had an old

25  tool that wasn't as good and you have a new tool

Page 18

1   that's better.

2          What's the difference between the old tool

3   and new tool that makes the new tool better?

4      A.   Standard File was just a static dialogue,

5   couldn't be moved around the screen, couldn't be

6   re-sized, and the look and feel was older; and the

7   new operating system was becoming more modern,

8   grayscale look, navigation by hierarchy.  So this

9   new Navigation Services basically upgraded the user

10   interface to match the newer interface in Mac OS.

11      Q.   I see.

12          And when you say -- so you could move it

13   around the screen, that was one thing?

14      A.   Yes.

15      Q.   It was no longer modal, or was it still

16   modal?

17      MR. BUROKER:  We're -- try to pause, let

18   him finish his question, then answer so we get a

19   clear -- know what you're answering too.

20          Go ahead.  Sorry, Mr. Warren.

21   BY MR. WARREN:

22      Q.   So previously you had a modal dialogue you

23   could not move around the screen; correct?

24      A.   Yes.

25      Q.   And your dialogue box, you could move it

Highly Confidential

Page 19

1   around the screen?

2       A.  Yes.

3       Q.  Aside from that, what changes did you make

4   to the Navigation Services?  You mentioned something

5   about a hierarchical navigation?

6       A.  Yes.  So it was basically to mimic what you

7   would see in the Finder desktop.  So you can

8   navigate your file system by hierarchy.  So it

9   would -- so this dialogue would look essentially as

10  close as we can to what the Finder desktop looks

11  like.  So when apps ask to open up a file, you get

12  this dialogue, and it's more modern, more polished.

13          And we added features like favorites,

14  favorite places you go to; recents, recent documents

15  you've opened; and it remembers the last time you

16  were at a particular place.  So if you opened a file

17  and you open again, it will take you back to the

18  same place.

19      Q.  I remember that.  That was cool.

20      A.  Yeah.  And you can open multiple documents

21  instead of just one at a time.

22      Q.  I see.

23          And did that get productized?

24      A.  Yes.

25      Q.  And what version of Mac OS did that get

Highly Confidential

Page 20

1    included in?

2         A.   System 8.5, I believe.

3         Q.   And when was that released?

4         A.   1998.

5         Q.   Okay.  And so your code essentially

6    accessed the file system and provided information to

7    the user; is that correct?

8         A.   Yes.

9         Q.   Okay.  Did your code store any information

10   itself, such as any sort of caching or anything like

11   that?

12        A.   Yes.

13        Q.   How did that work?

14        A.   It would store the location of the

15   dialogue, the size of the dialogue, and the place in

16   the file system that that dialogue was at last.

17        Q.   And did that survive a reboot?

18        A.   Yes.

19        Q.   And how was that information stored so that

20   it could survive a reboot?

21        A.   It stores it as a presence file.  So

22   applications store preference files that they use to

23   remember all kinds of things.  Navigation Services

24   stored a preference file for each dialogue and for

25   each app.

Highly Confidential

Page 21

1    Q.  Okay.  And what was the time that you were

2  working at Apple when you were working on the

3  Navigation Services dialogue?

4    A.  1997 to 2001.

5    Q.  So let me make sure I understand.  I want

6  to go back one question, I apologize.

7       So if I'm in Application No. 1 and I open a

8  file in Folder No. A, and I quit that application

9  and I load Application 2, and I open a file in

10 Folder B and then I quit that application and go

11 back to Application No. 1 and do open, I'm going to

12 be set up in Folder A because that's where I was in

13 that application; correct?

14   A.  Yes.

15      MR. BUROKER:  Objection; vague and

16 ridiculous but you can answer.

17      MR. WARREN:  He understood it.

18      THE WITNESS:  I'm sorry.

19 BY MR. WARREN:

20   Q.  That's the behavior I remember, so I just

21 want to make sure I understood what I were saying

22 correctly.

23      So I'm sorry.  You said 1997 to 2001;

24 correct?

25   A.  Yes.

Highly Confidential

Page 22

1      Q.  So that is operating systems engineer, user

2   interface engineering on your resume on page 2;

3   correct?

4      A.  Yes.

5      Q.  So I think we skipped over one, which is

6   1996 to 1997, human interface product center; is

7   that correct?

8      A.  Yes.

9      Q.  Why don't we just talk briefly.  That's

10  okay.  Lapses of memory happen all the time.

11          Can you talk briefly about what you were

12  doing there?

13     A.  Yes.  I worked on -- back then called "The

14  Appearance Manager."  I wrote the tools to create

15  appearances or themes for the Mac OS.

16     Q.  And an appearance or theme is a

17  user-configurable option that allows things to

18  display differently?

19     A.  Yes.

20     Q.  Okay.  I don't even remember that.

21          Was that popular?

22     A.  I don't know.

23     Q.  Okay.  Did you like it?

24     A.  Sure.

25     Q.  Okay.

Highly Confidential

1    A.   Yes.

2    Q.   They don't still allow themes on Mac OS;

3  right?

4    A.   No.

5    Q.   Okay.  Do you remember what version of the

6  Mac OS the themes rolled out as part of?

7    A.   It never did roll out as a feature.

8    Q.   That would explain my lack of recollection,

9  I think, somewhat convincingly.

10         Do you know why?

11         MR. BUROKER:  Objection; calls for

12  speculation.

13         Go ahead.

14         THE WITNESS:  The project was canceled.

15  BY MR. WARREN:

16    Q.   Okay.  And do you know who decided to

17  cancel the project?

18    A.   Don't know.

19    Q.   Okay.  Did you want to cancel the project?

20    A.   No.

21    Q.   People never do.

22         All right.  Thank you.  That's -- that's

23  helpful.  Let's go back.  I apologize for the

24  detour.

25         Let's go back to when you were working in

Page 24

1  the network -- I'm sorry -- the Navigation Services.

2      A.  Mm-hmm.

3      Q.  Now, you mentioned that you had worked on

4  this dialogue box.

5          Did that dialogue box have a name?

6      A.  Each dialogue box had an API attached to it

7  but they didn't necessarily have a name.

8      Q.  So the dialogue box itself wasn't called

9  Navigation Services?

10     A.  No.

11     Q.  So then Navigation Services maybe

12 encompassed some more things?

13     A.  Yes.

14     Q.  Can you tell me the hundred percent of the

15 things that Navigation Services encompassed?

16     A.  An open dialogue, we call it "NAV get

17 file."  That's the API.  Save dialogue.  A choose

18 dialogue, and -- I'm sorry.  Open, save, choose

19 folder, choose volume.

20     Q.  What's the difference between the open

21 dialogue and the choose folder and choose volume

22 dialogue?

23     A.  The open dialogue allows you to choose a

24 file, whereas the choose volume and choose folder

25 allows you to choose -- choose folder while you only

Highly Confidential

1    need to choose a folder.  It wouldn't display or

2    allow you to select files.  The choose volume would

3    only show volumes.

4         Q.  What are the user interface situations

5    under which you would want to let the user choose

6    only a volume and not a file?

7         A.  A hard disc utility app would want to say

8    which volume would you like me to repair, that kind

9    of thing.

10        Q.  Same question with the folder?

11        A.  Probably choose a location to -- to

12   remember, you know -- to save files or a preferred

13   location.

14        Q.  Oh, I see.  So like I'm going to write a

15   bunch of stuff, tell me where to put it, but I'm not

16   going to give you control over what the file names

17   are?

18        A.  Yes.

19        Q.  I see.  Okay.  That makes sense.

20            And how many people worked on Navigation

21   Services?

22        A.  Three people.

23        Q.  Who are those people?

24        A.  Yan Arrouye, myself, and Sean Findley.

25        Q.  Can you spell the other two names for the

Highly Confidential

1   reporter?

2        A.   Sean, S-E-A-N, Findley, F-I-N-D-L-E-Y and

3   Yan, Y-A-N, Arrouye, A-R-R-O-U-Y-E.

4        Q.   Okay.  And what was Mr. Arrouye's -- I'll

5   mangel his pronunciation -- what was Mr. Arrouye's

6   role in the project?

7        A.   He is my boss.

8        Q.   And what was Mr. Findley's role in the

9   project?

10       A.   He is my coworker, software engineer.

11       Q.   So Mr. Arrouye is sort of an overall charge

12  of the Navigation Services; is that correct?

13       A.   Yes.

14       Q.   And you and Mr. Findley worked for him;

15  correct?

16       A.   Yes.

17       Q.   And what -- among the three of you, what

18  was your specific role?

19       A.   It was -- writing the code to display the

20  user interface portion.

21       Q.   Okay.  And what was Mr. Findley's role?

22       A.   The lower level parts of the OS that speak

23  to the file system.

24       Q.   Okay.  We'll come back to that in a second.

25            And what was Mr. Arrouye's role?

Highly Confidential

Page 27

1        A.   Just manager and architect.

2        Q.   Was he also writing code?

3        A.   Yes.

4        Q.   Okay.   What language was this in?

5        A.   C++.

6        Q.   Was it only C++?

7        A.   Yes.

8        Q.   Excuse me.

9             And when you say you wrote the user

10   interface portions of the code, can you explain what

11   you mean by that?

12       A.   Just the code that displays -- brings up

13   the dialogue, draws all the elements on screen.

14       Q.   Anything else?

15       A.   Worked on the persistent part of -- of

16   those dialogues, what it remembers; locations, size,

17   everything.

18       Q.   Okay.   Did your role in the project change

19   over time?

20       A.   No.

21       Q.   Okay.   Did Navigation Services include

22   any -- aside from the dialogue box that we've talked

23   about, did Navigation Services include any other

24   interfaces?

25       A.   No.

Highly Confidential

1        Q.  Did it include any search functionality?

2        A.  No.

3        Q.  Okay.  You also mentioned in your resume

4   something called a "network browser"?

5        A.  Yes.

6        Q.  What is that?

7        A.  That is a -- what we called a desk

8   accessory or Apple menu item, and it uses the

9   technology of Navigation Services to display network

10  devices.

11       Q.  So this is a successor to the Chooser?

12           MR. BUROKER:  Objection; foundation.

13           THE WITNESS:  I don't -- I'd say no.

14  BY MR. WARREN:

15       Q.  I'm remembering correctly that there was a

16  Chooser that had some of the same functionality

17  though; correct?

18           MR. BUROKER:  Objection; vague.

19           THE WITNESS:  It's -- yeah, I -- I can't

20  necessarily comment on.

21  BY MR. WARREN:

22       Q.  What was the Chooser?

23       A.  The Chooser allows you to choose printers

24  and, what else, and modems.  I think it was printers

25  and modems.

Highly Confidential

1     Q.  Did the Chooser allow you to choose

2  AppleShare servers as well?

3     A.  Yes.

4     Q.  Did it allow you to choose FTP servers?

5     A.  Of the Chooser?

6     Q.  Yes.

7     A.  No.  Not to my knowledge.

8     Q.  So the network browser did allow you to

9  choose printers; correct?

10    A.  Yes.

11    Q.  And it also allowed you to choose

12 AppleShare servers; correct?

13    A.  Yes.

14    Q.  And it also allowed you to choose FTP

15 servers?

16    A.  Yes.

17    Q.  How did it allow you to choose FTP servers?

18    A.  I don't have the lower-level knowledge of

19 how that actually worked.  The networking portion,

20 the FTP servers, I don't have direct knowledge of

21 that.

22    Q.  Because you were just working on the

23 interface portion; correct?

24    A.  Yes.

25    Q.  Now, during this time, I think -- correct

Highly Confidential

Page 30

1   me if I am wrong -- what we've talked about so far

2   has been the products that were actually released;

3   is that correct?

4       A.  Yes.  Other than the Appearance Manager.

5       Q.  Other than the Appearance Manager.  I

6   apologize.

7           With regard to Navigation Services and the

8   network browser, we've talked about products that

9   were actually released?

10      A.  Yes.

11      Q.  During this time when you were working on

12  Navigation Services, did you work on any other

13  projects including projects that were not released?

14      A.  No.

15      Q.  Okay.  During the time between 1997 and

16  2001 when you worked on Navigation Services, did you

17  work on anything other than the -- what -- the open,

18  save, choose folder, choose volume series of

19  dialogues and the network browser application?

20      A.  No.

21      Q.  Did you work on anything with regard to

22  those other than the user interface portion?

23      A.  No.

24      Q.  Network browser, I think you already

25  answered this, but network browser was also

Highly Confidential

1  released; correct?

2      A.  Yes.

3      Q.  And what version of Mac OS was the network

4  browser released as part of?

5      A.  System 9.

6      Q.  And you stopped working on Navigation

7  Services in 2001; correct?

8      A.  Around there, around 2001 -- between 2001

9  and 2000 -- yes, 2001.

10     Q.  Okay.  And then what you did you do after

11 that?

12     A.  I joined the Finder desktop team.  Same

13 team I worked with -- same boss, but I was moved

14 over to work on the Finder.

15     Q.  That was still under -- reporting to

16 Mr. Arrouye?

17     A.  Correct.

18     Q.  And what were you working on for Finder

19 desktop?

20     A.  I worked on various parts of the interface,

21 the "copy progress" windows.  I worked on the "get

22 info" window so the user interface portions of the

23 Finder desktop.

24     Q.  And is it correct that throughout the time

25 that you were working at Apple, so far at least, as

Highly Confidential

1 an engineer, all of your work was done at the user

2 interface level?

3         MR. BUROKER:  Objection; vague.

4         THE WITNESS:  Yeah.  No, I mean it's -- I

5 can't answer that question.

6 BY MR. WARREN:

7     Q.  So, I'm sorry.  So let's back up.

8         Between 1997 and 2001, I think you said

9 that your work was all done at the user interface

10 level; correct?

11     A.  Yes.

12     Q.  What about between 2001 and 2003?

13     A.  Yes.

14     Q.  What about between 1996 and 1997?

15     A.  Can you rephrase that question?

16     Q.  Sure.

17     A.  Yeah.

18     Q.  Between 1996 and 1997, would you say that

19 your work was all done at the user interface level?

20     A.  Yes.

21     Q.  Okay.  And then before 1996, you were a QA

22 person, not an engineer; correct?

23     A.  Yes.

24     Q.  So at least through 1996 to 2003, all of

25 your work was done at the user interface level;

Highly Confidential

Page 33

1    correct?

2        A.  Yes.

3        Q.  Okay.  That's helpful.

4            And then after 2003 -- beginning in 2003,

5    you worked on Sherlock; is that correct?

6        A.  Yes.

7        Q.  And what did your work in Sherlock entail?

8        A.  Maintaining the Sherlock channels and bug

9    fixes and new feature.

10       Q.  When you say "maintaining the Sherlock

11   channels," tell me what you mean.

12       A.  The Sherlock channels need maintenance from

13   time to time when the data provider changes their --

14   their user interface for their Web page, we would

15   often have to fix our channels as a result of that.

16       Q.  So I asked a stupid question.  Let me ask a

17   better question.

18           What are "Sherlock channels"?

19       A.  Sherlock channels are a -- are a front end

20   to a Web service.

21       Q.  Can you give me an example?

22       A.  Yes.  Like the movies channel would provide

23   an interface where you enter your ZIP code and it

24   shows you the nearby theaters and movies.

25       Q.  I see.

Highly Confidential

Page 34

1          And you were getting that data from someone

2     else; correct?

3          A.  Yes.  I'm sorry.

4          MR. BUROKER:  Slow down.

5     BY MR. WARREN:

6          Q.  I didn't need to say correct.  It was clear

7     what I was asking.

8          A.  Okay.

9          Q.  So you were getting that data from someone

10    else.

11          So if the data provider changed something

12    such as the format of the data, you would have to

13    modify the channels; is that correct?

14          A.  Yes.

15          Q.  Now, if I already have a Mac and I have

16    Sherlock installed on my Mac, and you modify that,

17    how do I get that update?

18          MR. BUROKER:  Objection; vague.

19          THE WITNESS:  Yeah, that's -- I can't

20    answer that question.

21    BY MR. WARREN:

22          Q.  Why can't you answer that question?

23          A.  Because there are a lot of other elements

24    involved in that -- in that upgrade process.

25          Q.  Well, let's -- let's -- let's go back.

Highly Confidential

Page 35

1          Did Sherlock -- did Apple maintain any

2     Sherlock-related servers?

3          A.  Yes.

4          Q.  What were those?

5          A.  Well, it was just a server that hosted

6     these Sherlock channel source files.

7          Q.  And when you say "Sherlock channel source

8     file," can you explain what you mean?

9          A.  It's code written in JavaScript or XQuery.

10         Q.  And what did the Sherlock channel source

11    files do?

12         A.  They described the user interface that

13    Sherlock would display for that channel.

14         Q.  And -- okay.  So let's actually back up.

15    Let me ask some more basic questions.

16         You said you started on Sherlock in 2003 --

17    I'm sorry, 19 -- no, in 2003; correct?

18         A.  Yes.

19         Q.  And at that point Sherlock had already been

20    written; correct?

21         A.  Yes.

22         Q.  Okay.  When did Sherlock -- when was

23    Sherlock written?

24         MR. BUROKER:  Objection; foundation.

25         THE WITNESS:  Which Sherlock?

Highly Confidential

1   BY MR. WARREN:

2       Q.  When was the first version of Sherlock

3   release?

4           MR. BUROKER:  Same objection.  Objection;

5   foundation.

6           THE WITNESS:  I -- actually, I don't quite

7   honestly remember which release the first version of

8   Sherlock was included as part of the OS.

9   BY MR. WARREN:

10      Q.  It's perfectly fine if you don't know the

11  answer.

12      A.  Yeah.  Because I didn't work it.

13      Q.  I understand.  But that's why I ask.

14  Right?  If you don't know the answer, you don't know

15  the answer.

16          So you don't know, correct, when the first

17  version of Sherlock was released by Apple?

18      A.  Correct.

19      Q.  When did you first use Sherlock as an Apple

20  employee?

21      A.  I used Sherlock 3 as an Apple employee.

22      Q.  And you don't recall when that was, but you

23  know that was the version; correct?

24      A.  The version -- yes, I worked on Sherlock 3.

25      Q.  I understand that you worked on Sherlock 3,

Highly Confidential

Page 37

1    but as a user, did you use previous versions of

2    Sherlock?

3         A.  No.

4         Q.  And why not?

5         A.  Just didn't use it.

6         Q.  And was Sherlock 3 also the version of

7    Sherlock that you worked on as a developer?

8         A.  Yes.

9         Q.  Okay.  So the first version of Sherlock

10   that you used as a user was also the first version

11   that you worked on as an engineer; correct?

12        A.  Yes.

13        Q.  And that was Sherlock 3; correct?

14        A.  Yes.

15        Q.  Can you describe the user interface of

16   Sherlock for me?

17             MR. BUROKER:  Objection; vague.

18             THE WITNESS:  Which -- yeah, I -- I need

19   more specifics.

20   BY MR. WARREN:

21        Q.  What more specifics do you need?

22        A.  Which version of Sherlock?

23        Q.  I apologize.

24             Let's start with Version 3 of Sherlock,

25   first version that you used.

Highly Confidential

1    A.   Yes.

2    Q.   What was the user interface of Sherlock?

3    A.   You have the list of channels at the top of

4  the window, like a toolbar, and you tap each one,

5  the user interface below changes.  And so you tap

6  the movies channel and you see the movies UI below

7  it.

8    Q.   I see.

9         And was the user -- so you said in the

10  movies you -- aside from that, that's the main

11  interface of Sherlock; correct?

12    A.   Yes.

13    Q.   And you said the user was able to enter in

14  the ZIP code in the movies UI?

15    A.   Yes.

16    Q.   Was there sort of an input area for the

17  user to do that?

18    A.   Yes.

19    Q.   And that input area, was that between the

20  buttons and the display area at the bottom?

21    A.   No.

22    Q.   Where was the input area?

23    A.   It was part of the lower UI.

24    Q.   Okay.  Did the user have the capability to

25  enter an input into any Sherlock channel?

Highly Confidential

1          MR. BUROKER:  Same -- well, same objection.

2          THE WITNESS:  Which channel are you talking

3    about?  They are all very different.

4    BY MR. WARREN:

5        Q.  So I guess -- that answers my question.

6            I was wondering if part of the Sherlock

7    interface was the user is always able to type

8    something in.

9        A.  No, that's not --

10       Q.  So you could set up a channel that doesn't

11   allow the user to enter anything; correct?

12       A.  That's vague because "enter," what does

13   that mean?  I mean, typing something in?

14       Q.  Yes.

15       A.  Didn't always have to type in.

16       Q.  Did the user always have the option of

17   typing something in?

18       A.  Which channel?

19       Q.  I mean any channel.

20       A.  Any channel, yes.

21       Q.  What other channels do you recall besides

22   movies?

23       A.  There is movies, there was flights, phone

24   book, Internet, pictures, AppleCare, eBay.

25       Q.  EBay existed in 2003?

Highly Confidential

Page 40

1        A.  Yes.

2        Q.  I'm old.  Wow.  Okay.

3            So in -- let's pick the movies since you

4   talked about it.

5            The user could type in a ZIP code and get a

6   list of nearby movies; correct?

7        A.  Yes.

8        Q.  Could the user type in the name of a movie

9   and figure out where that movie is playing?

10       A.  I -- I'm sorry.

11       Q.  Let me ask the question again.

12       A.  Yeah.

13       Q.  Could the user type in the name of a movie

14  in order to figure out where that movie is playing?

15       A.  Yes.

16       Q.  Was there anything else the user could type

17  in to the movies channel of Sherlock?

18       A.  Yes.

19       Q.  What else?

20       A.  The ZIP code.

21       Q.  Besides those two.

22       A.  That's all I can remember.

23       Q.  Fair enough.

24           What about eBay?  What could the user type

25  in to the eBay channel?

Highly Confidential

Page 41

1       A.  Well, the name -- the name of the product

2  they're looking for.

3       Q.  So that was basically just a search on

4  eBay?

5       A.  Yes.

6       Q.  On the movies channel, it's -- presumably

7  if you type in a ZIP code, it's a different search

8  than if you type in the name of a movie; correct?

9           MR. BUROKER:  Objection; foundation.

10          THE WITNESS:  Yeah, I -- you'd need --

11  you'd need -- I'd need more information on that

12  question.

13  BY MR. WARREN:

14      Q.  Let me put it this way.  For eBay, sounds

15  like -- tell me if I am wrong -- for eBay it sounds

16  like you're always going to run the same search;

17  right?  Whatever I type in, you are going to send

18  that to eBay and see what's available on eBay;

19  correct?

20      A.  Yes, but there is -- there is a lot more to

21  the UI that I can't remember.

22      Q.  Fair enough.

23          But the answer to my basic question is yes;

24  correct?

25      A.  What's -- restate the question then.

Highly Confidential

Page 42

1    Q.  The basic question is it sounds like for

2   eBay, you're always doing the same thing; that is to

3   say, whatever the user types in, you're going to

4   send that off to eBay and then eBay is going to tell

5   you if anything matches?

6    A.  I can't honestly say that that's true.

7    Q.  Just because you didn't work on that?

8    A.  No.  Because I don't quite remember all the

9   parameters of input for eBay.

10    Q.  Understandable.

11        For movies, however, we've indicated there

12  are two different ways to search; correct?  You can

13  search by ZIP code and find out everything that's

14  playing nearby or you can search by movie name and

15  figure out where that movie is playing; correct?

16    A.  Yes, but -- but you would need to enter in

17  the ZIP code to get a more narrowed search results.

18    Q.  I'm not sure what you mean by "you would

19  need to enter in a ZIP code to get more narrowed

20  search results."

21    A.  If you look for Star Wars, Star Wars all

22  over the world?  Star Wars in the Bay Area?  You

23  need a ZIP code.

24    Q.  So it doesn't know where you are if you

25  don't put in the ZIP code?

Highly Confidential

Page 43

1      A.  No.

2      Q.  I see.

3          And was there a different place for you to

4  enter in the ZIP code?  Were there two boxes for the

5  user to type into?

6      A.  Yes.

7      Q.  I see.

8          So you could type in either a movie name, a

9  ZIP code, or a movie name and a ZIP code?

10     A.  I don't quite remember what -- what the

11  restrictions are, the constraints on that kind of a

12  search.

13     Q.  Okay.  But you could at least type

14  in -- you know for certain you could type in either

15  a ZIP code by itself or a movie name and a ZIP code

16  at the same time; correct?

17     A.  Yes.

18     Q.  And if you type in a ZIP code by itself,

19  you get all the movies nearby, and if you type in a

20  ZIP code and a movie name you just get that movie

21  nearby; correct?

22     A.  Yes.

23     Q.  If you typed in a ZIP code and a movie, did

24  you get more instances of that movie than you might

25  get if you just type in a ZIP code?

Highly Confidential

1          MR. BUROKER:  Objection; vague.  I lost.

2     Go ahead.

3          THE WITNESS:  Yeah.  Can you just state

4  that question again?

5  BY MR. WARREN:

6     Q.  So it's -- one way to do it would be if I

7  type in a ZIP code, you get the 20 nearest movies,

8  but if I type in a ZIP code plus Star Wars, I get

9  the 10 nearest Stars Wars.  So in theory, depending

10  on how movies are distributed, I might get more Star

11  Wars if I specify Star Wars than if I just specify

12  the ZIP code?

13     A.  Yes.

14     Q.  And that happened?

15     A.  Yes.

16          MR. BUROKER:  Objection; incomplete

17  hypothetical.

18          THE WITNESS:  Okay.  I'm sorry.

19  BY MR. WARREN:

20     Q.  And how was that implemented?

21     A.  How was what implemented?

22     Q.  What we just talked about.

23     A.  The movies channel?

24     Q.  Yes.

25     A.  It was a combination of JavaScript and

Highly Confidential

Page 45

1    XQuery.

2        Q.  And when you say "XQuery," tell me what you

3    mean.

4        A.  XQuery is an expression language that does

5    queries and -- or examines XML feeds.

6        Q.  I see.

7            And so Sherlock was communicating in some

8    way with some sort of movie information provider

9    that was sending XML?

10       A.  No.

11       Q.  So tell me how Sherlock is getting the

12   information about the movies.

13           MR. BUROKER:  Objection; vague as to --

14   wait.

15           THE WITNESS:  Yeah.

16           MR. BUROKER:  I'd like to be clear which

17   version of Sherlock we're talking about.

18           Are we talking about Version 3?

19           MR. WARREN:  We've only been talking about

20   Version 3.

21           MR. BUROKER:  I don't want to object every

22   question so as long as we're clear with that, go

23   ahead.

24           THE WITNESS:  For Sherlock 3, how does the

25   movies channel work with communicating with the

Highly Confidential

Page 46

1  provider?

2  BY MR. WARREN:

3       Q.  Yes, sir.

4       A.  I don't know enough information about the

5  lower levels of Sherlock to answer that question.

6       Q.  Who would know that?

7       A.  Who would know that?

8       Q.  Yes, sir.

9       A.  My coworkers who worked on Sherlock 3.

10       Q.  Who were they?

11       A.  On my team?

12       Q.  Yeah.

13       A.  Who do I remember --

14       Q.  I would hope all coworkers were on your

15  team.

16       A.  Yeah.  Riley Howard was the engineer of

17  Sherlock.

18       Q.  And he was reporting also to Mr. Arrouye?

19       A.  Yes.

20       Q.  Who else besides Mr. Howard would know more

21  of these back-end details?

22       A.  Eric Koebler.

23       Q.  Can you spell that, please?

24       A.  Eric with a C, E-R-I-C, Koebler,

25  K-O-E-B-L-E-R.

Highly Confidential

1    Q.   Okay.  Who else?

2    A.   That's all I can remember.

3    Q.   So we've been talking about Sherlock 3.

4  Using math skills, do I correctly deduce that there

5  was a Sherlock 1 and a Sherlock 2?

6    A.   Yes.

7    Q.   Okay.  And were those released?

8    A.   Yes.

9         MR. BUROKER:  Objection; foundation.

10        Go ahead.

11  BY MR. WARREN:

12    Q.  And you testified that you did not use

13  them; correct?

14    A.   Correct, yes.

15    Q.   And so did you -- and I asked why, and you

16  said you just didn't; correct?

17    A.   Yes.

18    Q.   Was that because you had no need for the

19  information that was provided by Sherlock 1 and

20  Sherlock 2 or because you had alternative methods of

21  obtaining that information or some other reason?

22    A.   Some other reason.

23    Q.   What was the other reason?

24    A.   Just had no -- just had no need for it.

25    Q.   Okay.

Highly Confidential

1      A.  I mean, I didn't -- didn't use it because I

2  didn't have a need for it.

3      Q.  Did Sherlock 1 or Sherlock 2 have the

4  channels that were available in Sherlock 3?

5          MR. BUROKER:  Objection; calls for

6  speculation, foundation.

7          THE WITNESS:  I don't know enough about

8  Sherlock 2 to answer that question.

9  BY MR. WARREN:

10     Q.  It's perfectly fine when you say "I don't

11  know."

12     A.  Okay.

13     Q.  Don't be ashamed of saying "I don't know."

14     A.  No.

15     Q.  I don't know what you don't know, so I've

16  got to ask these questions.

17         Do you know anything about the user

18  interface of Sherlock 1?

19     A.  No.

20     Q.  Do you know anything about the user

21  interface of Sherlock 2?

22     A.  No.

23     Q.  Do you know anything about any of the

24  capabilities of Sherlock 1?

25     A.  Sherlock 1 helped a user find files.

Highly Confidential

Page 49

1    Q.  Okay.  Do you know anything else about

2  Sherlock 1?

3    A.  No.

4    Q.  Okay.  Do you know anything about the

5  capabilities of Sherlock 2?

6    A.  No, other than Find File.  Sorry.

7    Q.  Okay.  So you know that Sherlock 1 and

8  Sherlock 2 included a Find File capability; correct?

9    A.  Yes.

10    Q.  When you say "Find File capability," what

11  do you mean by that?

12    A.  The ability to search for files on your

13  local computer.

14    Q.  Okay.  When you -- I know this sounds like

15  I'm an idiot, and you probably do think I'm an

16  idiot, which is fine.

17        When you say "search for files," can you

18  explain more specifically what you mean by that?

19    A.  Looking for files on your hard drive.

20    Q.  Would that be searching by file name?

21    A.  Yes.

22    Q.  Did Sherlock 1 or Sherlock 2 include any

23  other method of finding files other than searching

24  by file name?

25    A.  I can't remember.

Highly Confidential

Page 50

1    Q.  Okay.  But you do recall that it could

2  search by file name; correct?

3    A.  Yes.

4    Q.  How did you know that if you never used it?

5    A.  Because at the time, the Finder -- Find

6  File feature was moved over to Sherlock.

7    Q.  I see.

8        So there was an existing Find File feature

9  in previous versions of the Finder that was then

10  integrated with Sherlock with Sherlock 1; correct?

11    A.  I don't know for sure when that was moved

12  over.

13    Q.  Okay.  Well, you said that Sherlock 1

14  contained a Find File feature; correct?

15    A.  Yes.

16    Q.  So it's possible that there were two Find

17  File features in some releases of Mac OS?

18    A.  I can't remember that.

19    Q.  So it's possible, is what you're saying;

20  you don't recall?

21    A.  Yeah, I don't recall; but it's possible,

22  yeah.

23    Q.  But you never used the Find File feature in

24  either Sherlock 1 or Sherlock 2; right?

25    A.  Not that I recall, no.

Highly Confidential

Page 51

1    Q.  Did the previous versions of the Finder

2    include any capability of finding files other than

3    by file name?

4    A.  I can't remember.

5    Q.  Okay.  So let me ask a better question,

6    actually.

7         Before Sherlock 1 or Sherlock 2 or

8    Sherlock 3, the old Find File feature in the Finder,

9    you could definitely Find Files by name; correct?

10   A.  Yes.

11   Q.  Could you Find Files by any other criteria?

12   A.  I can't remember.

13   Q.  Okay.  Let's go back to the sort of

14   structure of Sherlock.  Sherlock interaction begins

15   with a user sitting at a Macintosh; correct?

16   A.  Which Sherlock?

17   Q.  I apologize.  You're quite right.

18        Let's go back to Sherlock 3.

19   A.  Yes.

20   Q.  And all of my questions will be about

21   Sherlock 3 until I tell you otherwise, okay?

22   A.  Okay.

23   Q.  Excellent.

24        So in Sherlock 3, the interaction begins

25   with a user sitting at a Macintosh with a Sherlock

Highly Confidential

Page 52

1  window open; correct?

2      A.  Yes.

3      Q.  And let's say the user types in "Star Wars"

4  and a zip code, "94111," okay, which is in San

5  Francisco.  The Sherlock is somehow going to look

6  for Star Wars playing near 94111; correct?

7          MR. BUROKER:  Objection; incomplete

8  hypothetical.

9          THE WITNESS:  Yeah, I would need more

10  information on -- on -- on that.  Which channel are

11  you talking about?  And --

12  BY MR. WARREN:

13      Q.  I thought I said.

14          So we have a user sitting at a Macintosh;

15  correct?

16      A.  Yes.

17      Q.  The user has a Sherlock window open;

18  correct?

19      A.  Yes.

20      Q.  And the user selects the movies channel;

21  correct?

22      A.  Yes.

23      Q.  And the user now has two boxes, one for

24  movie name and one for zip code; correct?

25      A.  Yes.

Highly Confidential

1      Q.   And the user types "Star Wars" into movie

2   name and types "94111" into zip code.

3           Do you understand that?

4      A.   Yes.

5      Q.   What happens now?

6      A.   The Sherlock channel issues an XQuery

7   command to get that information.  And we get back

8   either XML or HTML.  And we parse that HTML and we

9   display the relevant information in a different UI,

10  a Mac-like UI in Sherlock.

11     Q.   When you say it sends "an XQuery

12  command" --

13          I think you said "sends an XQuery command";

14  right?

15     A.   Yes.

16     Q.   -- where does that XQuery command go?

17     A.   I don't know from then on where -- all the

18  details beyond that.

19     Q.   Does it go to a server controlled by Apple

20  or does it go to a server controlled by the movie

21  people?

22          MR. BUROKER:  Objection; foundation.

23          THE WITNESS:  I don't know any further

24  level -- or level where all -- how all that works.

25  //

Highly Confidential

1    BY MR. WARREN:

2         Q.   So you mentioned that Apple maintained

3    Sherlock-related servers; correct?

4         A.   Yes.

5         Q.   What are those for?

6         A.   To store the source files for the Sherlock

7    channels.

8         Q.   So when I run Sherlock on my Mac, again

9    we're talking about Sherlock 3, does it download the

10   source files?

11        A.   I can't remember that.

12        Q.   Okay.  What I'm trying to get at here, and

13   I think you understand this, is you are doing this

14   maintenance of channels; correct?

15        A.   Yes.

16        Q.   And the maintenance of channels presumably

17   involves changing the source files to reflect new

18   query structures or something related to a change by

19   the movie people on their server; correct?

20        A.   Yes.

21        Q.   And I'm trying to figure out how that gets

22   distributed to the users.  Because obviously we

23   can't wait for them to upgrade their systems;

24   correct?

25        A.   Yes.

Highly Confidential

1    Q.  So how did that maintenance that you did

2  get distributed to the end users?

3    A.  All I know is, the source files that I

4  would maintain would go to the Sherlock server.  How

5  the source code is distributed from there, I don't

6  know --

7    Q.  Okay.

8    A.  -- I don't have knowledge of.

9        I'm sorry.

10   Q.  I did not mean to interrupt you, and I

11 apologize for doing that.

12       But you did know, correct, that it was

13 distributed in some fashion that was faster than

14 simply waiting for them to upgrade their software;

15 correct?

16   A.  Yes.

17   Q.  And so there was some mechanism by which

18 the Sherlock clients would synchronize or download

19 or something with these Sherlock files, query files

20 maintained on the server; correct?

21   A.  Yes.

22   Q.  And you used a different word for what

23 those files were.  And I apologize for not

24 remembering it because I'm stupid.

25       MR. BUROKER:  Objection.

Highly Confidential

1            THE WITNESS:  I don't -- how I described

2    those files or named those files --

3    BY MR. WARREN:

4        Q.  Yes.

5        A.  -- source files?

6        Q.  Yes.

7            What did you call them, query source files?

8        A.  I call them source files because they're --

9    it's a mix of JavaScript and XQuery.

10       Q.  So query source files is the best way would

11   you know to refer to those files?

12       A.  No, I call them source files.

13       Q.  Just source files?

14       A.  Yes.

15       Q.  Sherlock files or source files?

16       A.  Source files.

17       Q.  I do apologize.

18           So when you were working on this channel

19   maintenance project, part of your job would be to

20   update the source files to reflect changes in how

21   Sherlock users were going to access information on

22   certain channels; correct?

23       A.  Yes.

24       Q.  And you would do those updates in response

25   to changes on the way that information was actually

Highly Confidential

1   stored at the ultimate source of that information;

2   correct?

3          A.  That's one of the reasons, yes.

4          Q.  I was just about to say, what were the

5   other ones?

6          A.  If the data provider provides new features

7   or new information, we would need to upgrade the

8   channels -- we would decide if those features would

9   be included.

10         Q.  Were there any other reasons?

11         A.  Well, if -- those Sherlock channels would

12  actually work in multiple languages.  So from time

13  to time, we would add language support, more

14  languages for a given channel.

15         Q.  I see.

16             Any other reasons?

17         A.  No.

18         Q.  Was there ever like a just change in

19  provider, so like you used to be getting your movie

20  information from Moviefone and now you're getting

21  your movie information from Movieline?

22         A.  I don't remember any changes.

23         Q.  But if that happened, you could do that by

24  changing around these source files; correct?

25         A.  Yes.

Highly Confidential

Page 58

1    Q.  Could you add channels by changing the

2  source files?

3    A.  No.

4    Q.  So if my version of Sherlock -- say I have

5  a version -- a client for Sherlock 3 and it had

6  movies, weather and sports, you couldn't add a

7  source file for politics and then I would get a new

8  box with politics on it?

9    A.  Me being the engineer?

10   Q.  You being you.

11   A.  Yeah.  As a user?

12   Q.  No.  Let me ask -- okay.  Sorry.

13        You testified previously that -- our query

14  began with a user sitting in a window; correct?

15   A.  Yes.

16   Q.  And the user has a Sherlock 3 window, and

17  across the top of that window are a series of icons

18  representing channels; correct?

19   A.  Yes.

20   Q.  And each of those channels is -- and the

21  result that the user receives in response to a query

22  into each of those channels is at least partially

23  determined by the source files on the server that

24  you control; correct?

25   A.  Yes.

Highly Confidential

1      Q.  And so my question was:  Could you change

2   the channels that I see across the top of my

3   interface by adding new source files?

4      A.  No.

5      Q.  Okay.  And that would require an actual

6   change to the client; correct?

7      A.  No.

8      Q.  Okay.  So how would you do that?

9      A.  I wasn't involved in the specifics about

10   how new channels were added to Sherlock.

11      Q.  So let me ask a better question.

12      A.  Mm-hmm.

13      Q.  Could new channels be added to a particular

14   user's Sherlock window without that user upgrading

15   his or her software?

16          MR. BUROKER:  Objection; incomplete

17   hypothetical.

18          THE WITNESS:  I don't remember the process

19   of how those -- of how channels were -- were

20   released by Apple.  So I -- I don't know the

21   specifics of the conditions or how that would

22   actually work.

23   BY MR. WARREN:

24      Q.  Okay.  So you know that if I have an

25   existing channel, you can change how -- you can

Highly Confidential

Page 60

1  change the -- withdraw that whole stupid question.

2          If I have an existing channel, you've

3  previously said that by changing the source files,

4  you could change the results that I would receive to

5  a particular query; correct?

6      A.  Yes.

7      Q.  But you don't know whether or not anyone at

8  Apple could give me a new channel without me

9  upgrading my software; correct?

10     A.  Yes.

11     Q.  Okay.  That's very helpful.

12          Did you do the channel maintenance on all

13  the channels?

14     A.  No.

15     Q.  What were the channels that you did

16  maintenance on?

17     A.  All of them but phone book.  So movies --

18  I'm sorry.

19          I worked on movies, I worked on pictures, I

20  worked on flights, worked on Apple Care and eBay.

21     Q.  And not phone book?

22     A.  Not phone book.

23     Q.  Who worked on phone book?

24     A.  The person who worked on it before me.

25     Q.  Who was that?

Highly Confidential

Page 61

1    A.  The Sherlock team.  I can't remember

2  specifically who.

3    Q.  So there was a human, but you don't

4  remember that human's name?

5    A.  Right.  Correct.

6    Q.  And why didn't you work on phone book if

7  you worked on all the other ones?

8    A.  It didn't need the maintenance, didn't

9  require the maintenance.

10    Q.  Oh, so if it did require maintenance, you

11  would have been responsible for it; it just never

12  happened?

13    A.  Right.  Correct.  Yes.

14    Q.  That's helpful.  Because I didn't

15  understand that part, so I appreciate that.

16    And so basically what you're saying is that

17  the sources for the information for the phone book

18  never changed during the time that you were working

19  on this?

20    A.  Yes.

21    Q.  Did you work on versions of Sherlock other

22  than Sherlock 3?

23    A.  No.

24    Q.  Okay.  Were there versions of Sherlock

25  beyond Sherlock 3?

Highly Confidential

Page 62

1    A.  I don't have any knowledge of that.

2    Q.  So you don't, as a user, recall using a

3  Sherlock 4 or Sherlock 5 or Sherlock 98?

4    A.  No.

5    Q.  You mention, at the bottom of page 1 and

6  carry over to page 2 of your resume, that Sherlock

7  was "a technology dramatically better than Web

8  browsers at retrieving and displaying some of the

9  most practical and useful information on the

10  Internet."

11        Do you see that?

12    A.  Yes.

13    Q.  Do you agree with that?

14    A.  Yes.

15    Q.  Why is that?

16    A.  The user interface was consistent with the

17  rest of the Mac.  So it was an experience that the

18  users were used to.  So we would display information

19  that was much more -- easier to understand and to

20  use.

21    Q.  Aside from a better UI, are there any other

22  ways in which Sherlock was dramatically better than

23  Web browsers in retrieving and displaying some of

24  the most practical and useful information

25  available --

Highly Confidential

Page 63

1       A.  Other than the UI, I don't know.

2       Q.  And that's, again, because you only worked

3   on the UI?

4       A.  Correct.

5       Q.  Whose idea was Sherlock?

6           MR. BUROKER:  Objection; foundation.

7           THE WITNESS:  I have no idea.  I have no

8   idea.

9   BY MR. WARREN:

10      Q.  Okay.  Do you know whose idea it was to

11  have channels in Sherlock?

12      A.  I don't know.

13      Q.  So it wasn't yours?

14      A.  No.

15      Q.  I guess it couldn't have been because they

16  were there when you got there?

17      A.  Yes.

18      Q.  Okay.  What happened -- why did you leave

19  Apple?

20      A.  The project was finished.  No further work

21  was to be done, at least from my responsibilities,

22  so I was let go.

23      Q.  Okay.  And what did you do then?

24      A.  I worked for another company after that.

25      Q.  What was that company?

Highly Confidential

Page 64

1    A.   Molecular Devices.

2    Q.   And what did they do?

3    A.   They make microplate readers for

4  pharmaceutical and life science research companies.

5    Q.   And what were your responsibilities there?

6    A.   I wrote the software -- or assisted writing

7  the software that controlled those microplate

8  readers.

9    Q.   And what happened to make you leave that

10 job?

11   A.   I wanted to come back to Apple.

12   Q.   And what were -- you were rehired in Apple

13 in 2006; correct?

14   A.   Yes.

15   Q.   And what did you do when you were rehired

16 at Apple?

17   A.   We were part of the marketing group where

18 we assist third-party developers in writing code for

19 Mac and IOS.

20   Q.   In what languages do you assist third-party

21 developers writing code for Mac and IOS?

22   A.   Objective-C.

23   Q.   When did you learn Objective-C?

24   A.   A year before I came back to Apple.

25   Q.   Okay.  And you mentioned that some of the

Highly Confidential

1   work you did when you first worked at Apple was in

2   C++.  You've also mentioned JavaScript and XQuery;

3   correct?

4        A.  Yes.

5        Q.  Besides those three languages, did you work

6   in any other languages during your first stint at

7   Apple?

8        A.  No.

9        Q.  Besides -- was all of the UI development

10  work that you did in C++?

11       A.  Yes.

12       Q.  Okay.  And so was there any work, other

13  than the work that you did for the Sherlock 3

14  channels, that was done in JavaScript or XQuery?

15       A.  No.

16            MR. WARREN:  It's been an hour.  Do you

17  want to take a break?

18            THE WITNESS:  Yes, please.

19            THE VIDEOGRAPHER:  The time is 10:35 a.m.,

20  and we are off the record.

21            (Recess taken)

22            THE VIDEOGRAPHER:  The time is 10:52 a.m.,

23  and we are back on the record.

24  BY MR. WARREN:

25       Q.  Hello again.

Highly Confidential

Page 66

1      Are you familiar with the word "heuristic"?

2    A.  Yes.

3    Q.  What does the word "heuristic" mean to you?

4      MR. BUROKER:  Calls for a legal conclusion.

5      You can answer.

6      THE WITNESS:  Heuristic is more like a set

7  of rules or algorithms to -- to function in a

8  specific way.

9  BY MR. WARREN:

10   Q.  So I'm not sure I totally understand what

11  you mean by that.

12      Is there something that distinguishes an

13  algorithm that includes a heuristic from an

14  algorithm that does not include a heuristic?

15   A.  You could -- they are mutually exclusive,

16  if that's what you mean.

17   Q.  Explain what you mean by "they're mutually

18  exclusive."

19   A.  You can have an algorithm that's not a

20  heuristic.

21   Q.  And you can also have an algorithm that is

22  a heuristic; is that correct?

23   A.  Sure.

24   Q.  So what's the difference between a

25  heuristic algorithm and a nonheuristic algorithm?

1       A.  I couldn't honestly say what the hard

2   differences are.

3       Q.  So if I gave you -- let's back up.

4       You're -- you're familiar with C++;

5   correct?

6       A.  Yes.

7       Q.  So if I gave you -- when you were working

8   at Apple working on C++, let's say in 2000, if I

9   gave you some C++ code, could you look at it and

10  tell me whether or not it was heuristic or

11  nonheuristic?

12          MR. BUROKER:  Objection --

13          THE WITNESS:  No.

14          MR. BUROKER:  -- hypothetical.

15          THE WITNESS:  No, I can't.  That's -- I

16  can't honestly say yes or no.

17  BY MR. WARREN:

18      Q.  I'm not -- not sure I follow.

19      A.  It's -- it's too vague.  I don't -- I don't

20  understand.  I -- I wouldn't be able to make that

21  distinction.  I need some more specific examples.

22      Q.  Okay.  Are you familiar with the term

23  "recursive"?

24      A.  Yes.

25      Q.  What does "recursive" mean?

Highly Confidential

Page 68

1    A.  It's when -- in -- in software engineering

2    terms, it means when a method calls itself.

3        Q.  Okay.  So just to be clear, I'm -- I'm only

4    referring to software engineering terms at this

5    point.

6        A.  Yes.

7        Q.  So I'm not asking for any general meaning;

8    I'm asking for your understanding as a software

9    engineer.

10        Do you understand?

11        A.  Yes.

12        Q.  Okay.  So if I gave you some C++ code and

13   told you to look at it, and it's a page -- say it's

14   a page of code, told you to look at it, and -- could

15   you tell me whether or not it contained any

16   recursion?

17            MR. BUROKER:  Objection; hypothetical.

18            THE WITNESS:  I -- I need more specifics.

19   I'd need some code in front of me to -- to be able

20   to...

21   BY MR. WARREN:

22        Q.  Why would you need more specifics?

23        A.  Well, recursion -- recursion in code can --

24   can vary.  I mean, it's -- it's not a simple -- it's

25   not as simple -- as simple as saying a method calls

Highly Confidential

Page 81

1    asked and answered --

2    BY MR. WARREN:

3         Q.  You may answer.

4              MR. BUROKER:  -- legal conclusion.

5              THE WITNESS:  I -- I'd like to -- could you

6    repeat the question?  I'm sorry.

7              MR. WARREN:  Could you read the question

8    back, please?

9              (Whereupon the reporter read the record as

10             follows:

11             "Question:  So you've given me a

12             definitional difference between algorithms

13             that include recursion and algorithms that

14             do not include recursion.  What I'm asking

15             is exactly the same question regarding

16             heuristics.")

17             THE WITNESS:  Yes, heuristics can include

18   recursion.

19             MR. WARREN:  Read back the whole question,

20   please.

21             (Whereupon the reporter read the record as

22             follows:

23             "Question:  What I'm asking is exactly the

24             same question regarding heuristics --")

25             MR. WARREN:  I'll -- I'll ask -- I'll ask

Highly Confidential

Page 82

1    the question again.

2    BY MR. WARREN:

3        Q.  You've given me a definitional difference

4    between algorithms that include recursion and

5    algorithms that do not include recursion.  The

6    definitional difference that you gave me was

7    algorithms that include recursion have at least one

8    method that, under some circumstance, calls itself;

9    correct?

10       A.  Yes.

11       Q.  Okay.  So now I'm asking exactly the same

12   question regarding heuristics.

13           You have testified that there are some

14   algorithms that include heuristics; you have

15   testified that there are some algorithms that do not

16   include heuristics.  So my question is:  Can you

17   articulate a definitional difference between these

18   two categories other than you know it when you see

19   it?

20           MR. BUROKER:  Same --

21           THE WITNESS:  No.

22           MR. BUROKER:  Same objections.

23   BY MR. WARREN:

24       Q.  Thank you.

25           Let me give you an example.  Say I have a

Highly Confidential

Page 83

1   program.  My program is called "Is This a Big

2   Number," and it takes in input of a number and it

3   returns "yes" or "no," depending on whether or not

4   the number is big.

5           And in my program, it simply checks to see

6   if the program -- if the number is greater than 100.

7           Is that a heuristic algorithm?

8       A.  Yes.

9           MR. BUROKER:  Objection; incomplete -- hold

10  on.  Objection; incomplete hypothetical.

11          You can answer.

12  BY MR. WARREN:

13      Q.  Why is that a heuristic algorithm?

14      A.  Because it's taking an input and -- and

15  analyzing that information and coming up with a

16  conclusion and returns a -- a result.

17      Q.  Okay.  But what about that makes it

18  heuristic?  I mean, I understand that it's taking an

19  input, I understand that it's analyzing it to see if

20  it's greater than 100, and I understand that it's

21  responding the result.

22          What about that process is heuristic?

23      A.  It does an analysis of that data and makes

24  decisions on -- on that input.

25      Q.  Okay.  So the analysis of is the number

Highly Confidential

Page 186

1  BY MR. WARREN:

2       Q.  Okay.

3       A.  -- and --

4       Q.  Go --

5       A.  And searching -- searching those -- whether

6  or not to search those -- those local volumes or

7  not.

8       Q.  Is searching a mounted server a heuristic?

9       A.  Yes.

10          MR. BUROKER:  Same objection.

11          THE WITNESS:  I'm sorry.

12  BY MR. WARREN:

13       Q.  And why is that a heuristic?

14       A.  Because communicating with a remote file

15  server is different than talking or communicating

16  with a local file system.

17       Q.  Okay.  Is searching remote computers over

18  the Internet a heuristic?

19          MR. BUROKER:  Same objection.

20          THE WITNESS:  Yes.

21  BY MR. WARREN:

22       Q.  And why is that?

23       A.  Because the process of -- of searching

24  across the Internet uses a different -- you know,

25  uses a networking technology that's different than

Highly Confidential

1  searching your local machine.

2      Q.  Okay.  Is searching for a file name

3  heuristic?

4          MR. BUROKER:  Same objection.

5          THE WITNESS:  Yes.

6  BY MR. WARREN:

7      Q.  Okay.  Why is that?

8      A.  Because that -- it's a search criteria.  It

9  determined -- you're -- you're determining what --

10 what you're interested in searching for.

11     Q.  Okay.  Is searching the content of files a

12 heuristic?

13     A.  Yes.

14     Q.  And why is that?

15     A.  Because it -- it's more than just

16 identifying the file; it's searching the -- the

17 content itself, which is very different than

18 discovering files.

19     Q.  Is searching a list of the most recently

20 accessed files a heuristic?

21     A.  Yes.

22     Q.  And why is that?

23     A.  Because those -- those list of files that

24 you want to search through are -- are identified or

25 stored differently than -- than actually on disc.

Highly Confidential

Page 188

1    So there is a place to go to that you would

2    recognize those recent files.

3         Q.  Yeah.

4             Is searching an Internet search engine a

5    heuristic?

6             MR. BUROKER:  Objection; calls for a legal

7    conclusion.

8             Go ahead.

9             THE WITNESS:  Yes.

10   BY MR. WARREN:

11        Q.  Okay.  And why is that?

12        A.  Because some search engines have different

13   search parameters than others.  So if you want to

14   search, you know, one server versus another, they

15   are very different.

16        Q.  Is using -- I apologize.

17            Is deciding where to search a heuristic?

18        A.  Yes.

19        Q.  And why is that?

20        A.  Because it's just one of those inputs into

21   the -- the -- Figure -- in Figure 2 --

22        Q.  Figure 2 of Exhibit?

23        A.  I'm sorry, Exhibit 3.

24        Q.  Figure 2 of the '959 patent, sure.

25        A.  Yeah, so the retrieval manager can -- can

Highly Confidential

1  have different heuristics on its own, and one of

2  them would be where -- where am I allowed to search.

3      Q.  Okay.  Suppose, in response to a query, an

4  algorithm searches for both file names and the

5  contents of file names.

6          Is that a heuristic?

7          MR. BUROKER:  Objection; legal conclusion.

8          THE WITNESS:  I wouldn't consider them the

9  same heuristic, no.

10  BY MR. WARREN:

11      Q.  Okay.  And how are they different

12  heuristics?

13      A.  Because how you search for files on disc is

14  different than how you search the content of a file.

15      Q.  Okay.  So it would be more accurate to say

16  if I'm searching for file names and the contents of

17  files, that's two heuristics; correct?

18      A.  Yes.

19      Q.  Okay.  Are you familiar with the algorithm

20  FTS3?

21      A.  No.

22      Q.  Are you familiar with SQLite, S-Q-L-I-T-E?

23      A.  Yes.

24      Q.  And what is your familiarity with SQLite?

25      A.  You -- I'm familiar with the APIs because