# EXHIBIT 34

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
    APPLE, INC., a California
 5  corporation,
 6           Plaintiff,
 7  vs.                    Case No. 12-cv-00630-LHK (PSG)
 8  SAMSUNG ELECTRONICS CO., LTD.,
    a Korean corporation; SAMSUNG
 9  ELECTRONICS AMERICA, INC., a
    New York corporation; and
10  SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC, a Delaware
11  limited liability company,
12           Defendants.
    _____/
13
14
15    ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
16         VIDEOTAPED DEPOSITION OF YAN ARROUYE
17                 Palo Alto, California
18                Tuesday, May 14, 2013
19
20
21
22  Reported by:
23  LORRIE L. MARCHANT, CSR No. 10523
24  RPR, CRR, CCRR, CLR
25  JOB NO. 61144
```

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 46

1  hypothetical.
2         THE WITNESS:  I think you can apply
3  heuristics to search file names.  But searching a
4  file name itself may or may not be used in
5  heuristics.
6         BY MR. JAFFE:
7     Q.   I see.  So you said searching a file name
8  itself may or may not be used in heuristics.  Why --
9  why is that?
10    A.   So it all boils down to how you interpret
11 what the input of the user is.
12    Q.   Can you explain what you mean?
13    A.   I think same example as before.  So if I
14 type C-A-T, am I finding files that contain the
15 three letters C-A-T in any order?  I might find a
16 file that contains the letters C-A-T in that order,
17 C, then A, then T, or some other ...
18    Q.   So I just -- sorry.  I'm probably not being
19 clear.  I think -- I was referring to searching by
20 file name, and you said, it may or may not be used
21 in heuristics.
22         And I said, why -- why is there sometimes
23 it is a heuristic and sometimes there isn't?
24         And you said, it boils down how to you
25 interpret what the input of the user is.

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 47

1  And I asked you to explain what that meant,
2  and then you went back to your earlier example.
3  So I just want to reorient ourselves.
4  We're talking about searching by file names.
5  A.  Yes.
6  Q.  So you said searching by file names, that
7  can or cannot be a heuristic; is that right?
8  A.  That's not what I said.  I said can use or
9  not use a heuristic.
10  Q.  Okay.  So then let me ask a different
11  question, then.
12  Is searching by file name a heuristic?
13  MR. BUROKER:  Objection.  Calls for a legal
14  conclusion.
15  THE WITNESS:  I don't think that question
16  makes sense.
17  BY MR. JAFFE:
18  Q.  Why?
19  A.  Because a heuristic is how you do things,
20  not what you do.
21  Q.  What do you mean by that?
22  A.  Searching a file name is a task, and you
23  can realize it by employing a heuristic or not
24  employing a heuristic.
25  Q.  But searching -- but searching by file name

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 48

1  itself is not a heuristic?
2     A.   I wouldn't say that is heuristic, no,
3  absolutely not.
4     Q.   What about searching for content?  Is that
5  a heuristic?
6          MR. BUROKER:  Objection.  Calls for a legal
7  conclusion.
8          MR. JAFFE:  Strike that.  Let me actually
9  ask a better question.
10         BY MR. JAFFE:
11    Q.   Is searching the content of files on your
12 local computer, is that a heuristic?
13         MR. BUROKER:  Legal -- objection.  Calls
14 for a legal conclusion.
15         Go ahead.
16         THE WITNESS:  So as an engineer, I would
17 make the same answer as for the file name:
18 searching by contents is the task, and you may
19 decide to use a heuristic or not as you perform that
20 task.
21         BY MR. JAFFE:
22    Q.   So what's the distinction between a task
23 and a heuristic?
24         MR. BUROKER:  Same objection.
25         THE WITNESS:  The heuristic is how you make

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 49

1  some judgment calls and decisions on how to achieve
2  the goal or get closer to the goal you're trying to
3  reach.
4          BY MR. JAFFE:
5      Q.  So I'm not sure if that answered my
6  question.
7          What's the distinction between a task and a
8  heuristic?
9          MR. BUROKER:  Same objection.  Calls for a
10 legal conclusion.
11         Go ahead.
12         THE WITNESS:  Maybe for an example here, a
13 task would be to go from San Francisco to Palo Alto,
14 and heuristic may involve which route to take.
15         BY MR. JAFFE:
16     Q.  I see.  So searching by file names by
17 itself is not a heuristic; correct?
18         MR. BUROKER:  Same objection.
19         THE WITNESS:  As an engineer, I would
20 consider that to be a task.
21         BY MR. JAFFE:
22     Q.  So the answer is, no, it's not a heuristic
23 because you're saying that heuristic and task are
24 different things.  Am I right about that?
25         MR. BUROKER:  Same objection.  Sorry.

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 50

1    THE WITNESS:  I would not call searching by
2 file name a heuristic.
3    BY MR. JAFFE:
4    Q.  And searching the content of files is not a
5 heuristic; is that right?
6    MR. BUROKER:  Same objection.
7    THE WITNESS:  As an engineer, I would
8 not -- I would call that a task, not a heuristic.
9    BY MR. JAFFE:
10   Q.  Okay.  Is searching the Internet a
11 heuristic?
12   MR. BUROKER:  Same objection.
13   THE WITNESS:  Again, follow those -- I
14 think you can employ heuristics to perform the task
15 you are trying to do.  So I would call that a task
16 for which you can use or not use a heuristic.
17   BY MR. JAFFE:
18   Q.  And is searching your Internet browsing
19 history, for example, is that a heuristic?
20   MR. BUROKER:  Same objection.
21   THE WITNESS:  I think that's the same
22 answer.  You may or may not use a heuristic to
23 achieve that goal.
24   BY MR. JAFFE:
25   Q.  So and by -- same answer for purposes of

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 51

1  the record, you mean by itself it's not a heuristic;
2  is that right?
3      A.   By itself it will not be a heuristic, in my
4  mind.  You could apply heuristic to achieve the
5  goal.
6      Q.   Is deciding where to search a heuristic?
7          MR. BUROKER:  Same objection.
8          THE WITNESS:  Depending on the context,
9  defining where to search might be based on using a
10 heuristic.
11         BY MR. JAFFE:
12     Q.   But simply deciding where to search is not
13 a heuristic in and of itself; is that right?
14         MR. BUROKER:  Objection.  Calls for a legal
15 conclusion.
16         THE WITNESS:  I would say that it doesn't
17 have to be, but, again, depending on the context, it
18 may involve using heuristic or not.
19         BY MR. JAFFE:
20     Q.   So is -- is deciding where to search, is
21 that a task, to put it in your terminology?
22         MR. BUROKER:  Same objection.
23         THE WITNESS:  So can you be more specific
24 in defining your question?
25

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 83

1  Q. And can you give me any more specificity
2  than that?
3  A. I mean, we discussed what heuristics were
4  before; so same kind of answers.
5  Q. So -- so where in this patent does it
6  disclose the heuristics in these modules?
7  A. Well, I need to read before that.
8  Q. And I'm specifically just referring to the
9  modules in Figure 2. I'm not asking you to digest
10 or read the entire thing. I'm just asking you about
11 Figure 2.
12 A. But I have to read because the --
13 Q. Oh, please, don't get me wrong. Read as
14 much as you like.
15 A. Yeah. So I believe heuristic actually
16 described in Column 5, and some example of
17 heuristics have been described in Column 5 at line
18 10. So basically what the patent says that the
19 input of the user is being sent to the modules,
20 plug-in modules.
21      THE REPORTER: The what modules?
22      THE WITNESS: The plug-in modules. And
23 that then use that input to decide how to best find
24 results for their respective search -- search
25 domain.

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 84

1   BY MR. JAFFE:
2   Q.   Are you finished with your answer?
3   A.   Yes.
4   Q.   So what -- what is the heuristic?
5        MR. BUROKER:  Objection.  Calls for a legal
6   conclusion.
7        THE WITNESS:  So the heuristic might be to
8   decide what to match these inputs against.
9   BY MR. JAFFE:
10  Q.   So, again, what is the heuristic for the
11  plug-in modules in Figure 2 that's described in the
12  '959 and '604 patents?
13  A.   So an example that's given is to match the
14  descriptor with the names of information located
15  within the large storage media.
16  Q.   So if I match a user descriptor with the
17  names of information located within various storage
18  media in a computer, I'm using a heuristic; is that
19  right?
20  A.   You might be using a heuristic, absolutely.
21  Q.   I might not be, though?
22  A.   Who knows?
23  Q.   Are there any other heuristics described in
24  the '959 and '604 patents that are used by the
25  plug-in modules other than the one we just

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 85

1  discussed?

2       A.    There are other examples.

3       Q.    Can you point me to those examples, please?

4       A.    Continuing in that same column, the one
5  heuristic might be to use additional information,
6  such as --

7             THE REPORTER:  Such as --

8             THE WITNESS:  -- history of information
9  recently accessed to determine which results match
10 the descriptor best.

11            BY MR. JAFFE:

12      Q.    I see.  And so if I review the history of
13 information that has been recently accessed to
14 determine which might match the descriptor, that's a
15 heuristic?

16      A.    Well, the heuristic decide which result to
17 return in that case employs that additional
18 information of history to make a judgment call.

19      Q.    So reviewing the history of information
20 that's recently accessed to determine what might
21 match an information descriptor, that's a heuristic
22 in the context of the '604 and '959 patents; is that
23 correct?

24            MR. BUROKER:  Objection.  Vague.

25            Go ahead.