# EXHIBIT 35

**NAME OF CASE:** *Apple, Inc. v. Samsung Electronics Co., et al, Case No. 12-cv-630*
**DATE OF DEPOSITION:** May 15, 2013
**NAME OF WITNESS:** Yan Arrouye

**REASON CODES:**
1. TO CLARIFY THE RECORD
2. TO CONFORM TO THE FACTS
3. TO CORRECT TRANSCRIPTION ERRORS

     I have read the foregoing testimony of the pages of this deposition and hereby certify it to be a true and correct transcript subject to the corrections, if any, listed below.

| PAGE/LINE NUMBER | FROM | TO | REASON CODE |
|---|---|---|---|
| 23:7 | brought as | brought in as | 3 |
| 25:18 | DOS | the OS | 3 |
| 30:17 | So the problem was | So the larger intent was | 3 |
| 39:6 | remember the | remember all the | 3 |
| 41:2 | It highly was. | It likely was. | 3 |
| 46:4 | may not be used in heuristics | may not use an heuristic | 3 |
| 48:2 | that is heuristic | that it is a heuristic | 3 |
| 52:13 | difference | decision | 3 |
| 52:18 | the ranges | apples and oranges | 3 |
| 61:9 | I cannot time | I cannot recall a time | 3 |
| 73:1-2 | So what the figure to show this plug-in module. | So what the figure shows is plug-in modules | 3 |
| 74:19 | don't have to read it | would have to read it | |
| 84:22 | Who knows? | No | 3 |
| 86:14 | So there is not a heuristic – an example of heuristic … | So there is a heuristic – an example of a heuristic … | 3 |
| 86:19 | Is an example of heuristic, absolutely. | Is an example of a heuristic, absolutely. | 3 |

| PAGE/LINE NUMBER | FROM | TO | REASON CODE |
|---|---|---|---|
| 96:21 | that's a word sentence. | that's a word in this sentence | 3 |
| 99:13-14 | this is not an important part of the patent | this is an important part of the patent | 3 |
| 104:23 | Well, we are trying | Well, we were trying | 3 |
| 106:6 | (No audible response) | That's correct. | 1 |
| 107:22 | model | Module | 3 |
| 133:2 | still distinct machine | still a distinct machine | 3 |
| 172:6 | modular context | module | 3 |
| 175:25 | intent the diagram | intent of the diagram | 3 |

_____          _6/20/2013_____
Yan Arrouye                                                        Date

2

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 182

1  only until we have a chance to review the entire
2  transcript.
3          And second, we disagree with the need to
4  call Mr. Arrouye back because we believe the
5  production has been adequate to date.
6          So that's our position. I don't have any
7  further questions.
8          THE VIDEOGRAPHER: This concludes today's
9  deposition of Yan Arrouye. Master disc of today's
10 deposition will remain in the custody of TSG. The
11 time is 3:07 p.m. We are now off the record.
12         (Time Noted: 3:07 p.m.)
13                 ---oOo---
14
15
16
17 _____
    YAN ARROUYE
18

    Subscribed and sworn to
19  before me this 20th day
    of June    2013.
20
21 _____
22
23
24
25