# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**REBUTTAL EXPERT REPORT OF DR. ALEX C. SNOEREN CONCERNING U.S. PATENTS NOS. 6,847,959 AND 7,761,414**<br><br><br>**HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE** |

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

### c. Apple's Commercial Success and Siri.

321. In Apple's Supplemental Response to Interrogatory No. 5, Apple cites a lot of evidence related to the success of Apple's iPhone and iPad products. As discussed in my opening report, Apple's iPhone 4S and iPhone 5 practice at least one claim of the '959 Patent and incorporate many of the features of the systems described in the specification through the manner in which Siri was implemented. I believe that the commercial success, consumer approval and demand and industry recognition of the Siri addition to the iPhone 4S and iPhone 5 cited in the Hauser report, as well as that identified in the Supplemental Interrogatory Response No. 5 by Apple demonstrates that selectively providing an information identifier to a plurality of heuristics in the context of a method of searching is non-obvious.

322. That earlier versions of the iPhone, iPad and iPod Touch were successful does not mean that the iPhone 4S and iPhone 5 were not also successful, contrary to Dr. Rinard's suggestion in paragraphs 657-660. Consumers appear to demand significant improvements from one model to the next and the iPhone 4S introduced Siri as one of the major improvements. Contrary to Dr. Rinard's suggestion in paragraphs 661-663, I have demonstrated in my opening report that iPhone 4S and iPhone 5 practice at least claim 34 of the '959 Patent, which includes elements related to the selective providing of an information identifier to a plurality of heuristics – one of the important elements of asserted claims 24 and 25 as well.

323. Siri's inclusion in iPhone 4S and iPhone 5 (with the features that practice the '959 Patent, including the use of a plurality of heuristics for searching for content) helped sustain and even increase the iPhone's commercial success. For example, in 2010, Apple sold nearly 40 million iPhones, while in 2011, Apple sold over 72 million iPhones. *See* Apple Inc. Form 10-K, Oct. 31, 2012, at 30. In fiscal year 2012, Apple sold over 125 million iPhone units. *See id.* at 30. Moreover,

net sales of iPhone and related products and services were $80.5 billion in 2012, while net sales of iPad and related products and services were $32.4 billion in 2012. *See id.* at 31. I understand that iPhone 4S was released in October of 2011 and that the iPhone 5 was released in the fall of 2012. Thus, the increase in sales in 2012 over sales in 2011 appears to be a result of the improvements that the iPhone 4S and iPhone 5 offer over prior iPhone models. And, as discussed, one of those improvements is the Siri functionality.

324. Apple's products practicing the claimed inventions have also achieved high praise and industry acclaim. For example, numerous industry observers have praised the iPhone's groundbreaking patented features. *See, e.g.*, APLNDC630-0000149197 (noting that while "many consider [Siri] the best voice recognition application in history," "its potential really lies in its ability to revolutionize the way we search the Internet, answer questions and consume information."). Thus, this document focuses on Siri's use of searching technology that searches the Internet – a feature that is implemented in Siri through the use of a plurality of heuristics as discussed above.

325. That Siri was not introduced until many years after the '959 Patent was issued does not undermine the commercial success that Siri produced when it was finally introduced into the iPhone product offering. Indeed, while earlier versions of the iPhone were commercial successes, the iPhone 4S and iPhone 5 appear to be even more so given the increase in total sales. I do not think it is relevant to the question of whether Apple's practice of the patent demonstrates non-obviousness that the 959 Patent was developed without a product in mind.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

### d. Industry Praise.

330. I disagree with the analysis in paragraphs 676-681. The evidence cited demonstrates industry praise attributed to Siri's ability to find information. As discussed above, Siri uses '959 Patent technology to provide information. Therefore, even though the praise does not mention the

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

use of heuristics by name, the evidence still supports Apple's position that the industry recognized the usefulness of its search technology that implements a plurality of heuristics.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

Dated: September 13, 2013

_____
Alex C. Snoeren