# EXHIBIT 2

1              IN THE UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4    APPLE, INC., a California          )
     corporation,                       )
5                                       )
                   Plaintiff,           )
6                                       ) Case No.
                                        ) 12-cv-00630-LHK (PSG)
7              vs.                      )
                                        ) Volume 1
8    SAMSUNG ELECTRONICS CO., LTD., a   )
     Korean corporation; SAMSUNG       )
9    ELECTRONICS AMERICA, INC., a New   )
     York corporation and SAMSUNG       )
10   TELECOMMUNICATIONS AMERICA, LLC, a )
     Delaware limited liability         )
11   company,                           )
                                        )
12                                      ) Pages 1 to 311
                   Defendants.          )
13   _____)

14

15

16

17

18          VIDEOTAPED DEPOSITION OF ALEX SNOEREN

19                 San Diego, California

20            Wednesday, September 25, 2013

21

22

23

24   Reported by:
     ELIZABETH BORRELLI, CSR No. 7844, CCLL, CLR
25   JOB NO. 65775

Page 287

1          THE WITNESS:  Again, you have a                17:51

2   hypothetical.  So I don't know why you only got two

3   threads.  But what I'm saying is that each component

4   must provide a thread in Claim 20.  So yes, if I

5   have three components, each one of them provides      17:51

6   it's own separate thread.

7   BY MR. PAK:

8      Q.   And what I'm saying is if I end up with a

9   system with three software components but there are

10  only two threads, Claim 20 would not be satisfied,    17:51

11  right?

12          MR. BUROKER:  Same objections.

13          THE WITNESS:  Again, your hypothetical:  I

14  don't know why there are only two threads.  Are you

15  saying there were three, one died, one was killed,    17:52

16  one was stolen?  I don't know.  The claim language

17  requires that the -- each module provides a thread.

18  So if I have three modules, each one of them is

19  going to provide its own thread.  So there are going

20  to be three threads provided, one by each.            17:52

21  BY MR. PAK:

22      Q.   And that's -- and I understand that.  I'm

23  trying to get you to understand -- I'm trying to

24  understand the scope of Claim 20 as you understand

25  it.                                                   17:52

Page 288

1        I understand what you think is covered by        17:52

2   Claim 20, but I also want to understand what you

3   think is not covered by Claim 20.  And I'm not

4   entitled to know that if I can -- if you have an

5   answer for me.                                          17:52

6        Which is if I have three software

7   components and each of them are servicing different

8   data classes, but in the system for those three

9   software components, whatever the reason might be,

10  there were only two threads corresponding to those    17:52

11  three software components, is Claim 20 satisfied or

12  not?

13       MR. BUROKER:  Same objections.  Asked and

14  answered.

15       THE WITNESS:  Again, you have three             17:53

16  software components.  Each one of them provides a

17  thread.  A system that meets the requirements of

18  Claim 20 that has three software components would

19  provide three threads.

20       Your hypothetical system with only two           17:53

21  threads, I don't know if there was a third thread or

22  what happened to it, so I can't answer your

23  question.

24       A system that infringes it must provide

25  three threads where each one of those threads was     17:53

Page 289

1    provided by one of the three software                    17:53

2    synchronization components.

3    BY MR. PAK:

4        Q.   Okay.  Let me see if I can be more

5    specific.  I have a single thread of operation.  Are      17:53

6    you with me?

7        A.   Yes, sir.

8        Q.   And I'm going to share that single thread

9    of operation across three software components.  Do

10   you understand that?                                      17:53

11       A.   Yes, sir, I do.

12       Q.   Okay.  In that case, the three software

13   components are not each providing a separate thread.

14   Do you understand that?

15       A.   I know that you just told me that the time       17:54

16   three software components are not each providing a

17   thread.  By definition, you have a tautology.  They

18   do not each provide a separate thread.  They do not

19   meet Claim 20 in your hypothetical tautological

20   construction, yes.                                        17:54

21       Q.   And it's not tautological.  I'm explaining

22   to you a scenario that is technically possible,

23   correct, which is, I have a single thread of

24   execution.  Is it possible to have three software

25   components share that single thread of execution,         17:54

Page 290

1   yes or no?                                              17:54

2         MR. BUROKER:  Objection.  Incomplete

3   hypothetical.

4         THE WITNESS:  I don't know what you mean

5   by "share."  Any thread is executing one instruction    17:54

6   at a time.

7         Did that instruction -- is that

8   instruction somehow shared across three modules?  Is

9   that instruction unique for one of the modules?  I

10  mean, you're asking a deep technical question, and      17:55

11  so I -- I'm not trying to be flip.  I want to make

12  sure that I get you the exact answer you're looking

13  for.

14  BY MR. PAK:

15     Q.   Absolutely.                                     17:55

16         Do you understand -- let's say -- let's

17  step back.  Do you understand what the 414 patent

18  actually talks about sequential execution of

19  software components used for synchronization?

20     A.   So you use the term "sequential              17:55

21  execution."  It's ironic we have Dr. Rinard in the

22  room.

23         He could probably tell us a lot about

24  sequential execution.  That has a general meaning in

25  the computer science lexicon.  Is there a particular    17:55

Page 299

1    Q.   By something else.  So let me clarify.          18:05

2         So I have three threads, each of those

3    three threads were provided or created by another

4    component that is not a synchronization software

5    component, okay.  And now I execute each of the       18:05

6    three synchronization software components on one of

7    the three threads.

8         Are you with me on the hypothetical?

9    A.   I think I am, but because we are

10   hypothetical, I'm going to need to nail something     18:05

11   down.  You used the word "created" and not

12   "provided," and I'm just wondering if you're trying

13   to make some distinction there.

14        My interpretation of Claim 20 is that it

15   meets limitations of Claim 11.  And so are you       18:06

16   saying that you have some thread that was created

17   but not provided by those -- are you trying to draw

18   a distinction?

19   Q.   I understand there's a dispute among the

20   experts, and I don't mean to necessarily have you    18:06

21   adopt Dr. Chase's construction.  So my understanding

22   of the dispute is you say the word providing in

23   Claim 11 requires creating a thread; is that fair?

24   A.   I say it requires providing the thread,

25   which is the plain language interpretation.  I'm not 18:06

Page 300

1  quite sure what you mean by "create."  I mean                18:06

2  technically there is no create.

3      Q.   Spawn, evoke, whatever you want to call

4  it.

5      A.   So in the context of particular                     18:06

6  instantiation of different language there's going to

7  be a different way to do that.  And again, I just

8  want to be sure to the extent that you're trying

9  draw a distinction between if I invoke, fork, you

10  know, where that thread gets created in a library or       18:07

11  not a library, means that this module didn't create

12  it.  I just -- hypotheticals are a wash in -- in

13  complexity, and so I --

14      Q.   I want to give you a chance, Dr. Snoeren,

15  when you say the word "providing a thread," your           18:07

16  interpretation of providing a thread in the context

17  of theses claims, what is your interpretation?

18      A.   My understanding of providing a thread is

19  that the software synchronization component, along

20  with all the other requirements in Claim 11, or            18:07

21  Claim 20 to the extent that's required, provides the

22  thread, meaning it causes the generation of the

23  thread on which it is going to execute.

24      Q.   Now, Dr. Chase, I understand has different

25  understanding of providing thread, as he stated in         18:07

1   his expert reports.  Is that your understanding?        18:07

2       A.   I'm not sure Dr. Chase's understanding.

3   My reading of his reports do not seem to square

4   with -- with my opinion, that's correct.

5       Q.   So let's use the causing the generation of      18:08

6   threads --

7            [Reporter requests clarification.]

8   BY MR. PAK:

9       Q.   -- causing the generation of threads as

10  your understanding of providing a thread.  Fair?       18:08

11      A.   So again, the synchronization software

12  component has to itself cause the generation of that

13  thread -- I mean you're putting words in, I'm not

14  sure what meaning you have -- you have to them, so I

15  just want to make sure that we're not creating a        18:08

16  record here that I didn't provide to you.

17           The module is providing a thread.  And

18  when I say it's providing a thread, I mean that

19  module is causing that thread to be created.

20      Q.   Perfect.  That's all I'm getting at.  Now,      18:08

21  I want to -- I want to make sure the record is

22  clear.  I'm glad we're having this discussion.  Any

23  time you feel the need to elaborate or clarify

24  something, please do so.

25           With that definition of providing a            18:08

Page 306

1       A.   Well, it couldn't satisfy Claim 20 because       18:14

2   Claim 20 would require the three threads to be

3   provided by each of the thing.  So you said one of

4   them is going to provide all three.

5       Q.   No.                                              18:14

6       A.   Unless I misheard you.

7       Q.   Yeah, you misheard me; I'll just clarify

8   the record.

9            I have a system that practices Claim 20

10  under your interpretation, where each of the three    18:14

11  synchronization software components provides its own

12  thread.

13           Do you understand?

14      A.   I do.

15      Q.   Technologically speaking, what is the         18:14

16  difference between that system versus a system where

17  one of the threads is provided by a synchronization

18  software component; the second thread is provided by

19  a second synchronization software component, but the

20  third synchronization software component uses the     18:15

21  second thread?

22           MR. BUROKER:  Objection.  Vague.

23           THE WITNESS:  You haven't described how

24  those two -- the third and the second would share

25  their thread.  I could think of a number of           18:15

Page 307

1   situations.  One would be the performance of the          18:15

2   synchronization of the third class would be

3   intimately tied to the performance of the second,

4   and to the extent that the second was slow, the

5   third would suffer.                                        18:15

6           I could think of significant architectural

7   ramifications of having a disparate set of data

8   classes.  Some classes are somehow more important.

9   They're first priority because they get to make

10  their own thread.  Some are secondary because they         18:15

11  have to live off the threads of others.  I mean,

12  that's an interesting architecture that you've

13  proposed.  It's not what was proposed in the 414.

14  And indeed it doesn't enjoy the benefits of the

15  architecture described in the 414, where each one of       18:16

16  the data classes is handled by a discrete software

17  synchronization component that creates its own

18  thread, doesn't depend on these other software

19  synchronization components for its thread.  And so I

20  mean I have no idea why I would create an                   18:16

21  architecture that you've described.  It seems

22  awkward.  It seems fraught with complications.  I'd

23  need to have more details about why you think that

24  would be a beneficial thing to do, but I could see

25  number of potential ramifications.                          18:16

1          MR. PAK:  Great.  Let's take our next          18:16

2   break.

3          THE VIDEOGRAPHER:  Off the record at

4   6:16 p.m.

5      (Whereupon, the deposition adjourned at 6:16 p.m.)          18:16

6                        -oOo-

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25