# EXHIBIT 6

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

## Smartphone Conjoint Survey Questionnaire

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

**FORMAT:** The survey consists of the following tracks:

| |
|---|
| Introduction & Screening (questions labeled QS) |
| Choice Exercise Setup |
| Choice Exercise |

### Overview

**Quota:** n=600 who have owned certain models of Samsung smartphone in the past twelve months

Subquotas for <u>most recent</u> Samsung smartphone:

- n=168 (any of the following): Admire, Conquer 4G, Captivate Glide, Dart, Exhibit II 4G, Galaxy Nexus, Galaxy Note, Galaxy Note II, Illusion, Stratosphere, Transform Ultra, or Galaxy Rugby Pro
- n=126 (any of the following): Galaxy S II, Galaxy S II Epic 4G Touch, or Galaxy S II Skyrocket
- n=306: Galaxy S III

**Inbound sample:** Targeted sample of smartphone owners, inbound clicks balanced to US Census for age, gender and region.

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

### Introduction & Screening

[INTRODUCTION 1] Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW / UNSURE option.  <u>It is very important that you not guess.</u>

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

This survey should take about 30-45 minutes to complete.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

[INSERT CAPTCHA]
QS0. Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.
** code is case sensitive **

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

**[NEXT PAGE]**

QS1. What type of electronic device are you using to complete this survey? *(Select one only)*
   **[RANDOMIZE]**
- ⊙ Desktop computer **[CONTINUE]**
- ⊙ Laptop computer **[CONTINUE]**
- ⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab) **[TERMINATE]**
- ⊙ Smartphone (e.g., iPhone, Android, Blackberry) **[TERMINATE]**
- ⊙ Other mobile or electronic device **[ANCHOR; TERMINATE]**


**[NEXT PAGE]**

QS2. In which state do you live? (*Select one only*) **[DROP DOWN LIST OF 50 STATES + DC]**

REGION. **[HIDDEN VARIABLE; ASSIGN US CENSUS REGION BASED ON QS2]**

**[NEXT PAGE]**

QS3. Are you…? *(Select one only)*
- ⊙ Male
- ⊙ Female
- ⊙ Prefer not to say **[TERMINATE]**

**[NEXT PAGE]**

QS4. Into which of the following categories does your age fall? *(Select one only)*
- ⊙ Under 15 **[TERMINATE]**
- ⊙ 15 - 19 **[CONTINUE]**
- ⊙ 20 - 34 **[CONTINUE]**
- ⊙ 35 - 49 **[CONTINUE]**
- ⊙ 50 - 64 **[CONTINUE]**
- ⊙ 65+ **[CONTINUE]**
- ⊙ Prefer not to say **[TERMINATE]**

**[NEXT PAGE]**

**[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]**


QS5. Do you or does any member of your household work for any of the following types of companies or in any of the following industries? *(Select all that apply)* **[RANDOMIZE]**
- ❑ A company that makes or sells consumer electronics **[TERMINATE]**
- ❑ A company that makes or sells home appliances
- ❑ A company that makes or sells automotive parts
- ❑ A marketing or market research firm **[TERMINATE]**
- ❑ A public relations or advertising agency **[TERMINATE]**
- ❑ None of the above **[ANCHOR; EXCLUSIVE]**

**[NEXT PAGE]**

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT E

QS6. In the **past 12 months** which, if any, of the following have you personally owned? *(Select all that apply)* [RANDOMIZE]
- ❐ Smartphone [CONTINUE]
- ❐ Laptop computer
- ❐ Tablet computer
- ❐ Desktop computer
- ❐ Portable MP3 player
- ❐ Blu-ray player
- ❐ Video game player
- ❐ Portable GPS
- ❐ None of the above [ANCHOR; EXCLUSIVE]

[IF SMARTPHONE NOT SELECTED IN QS6, TERMINATE]

[NEXT PAGE]

QS7. In the **past 12 months**, which of the following brands of smartphones have you personally owned? *(Select all that apply)* [RANDOMIZE]
- ❐ Apple (iPhone 5, iPhone 4S, etc.)
- ❐ BlackBerry (Z10, Curve, etc.)
- ❐ HTC (One, Desire, etc.)
- ❐ LG (Motion, G2X, etc.)
- ❐ Motorola (Razr M, Droid Razr, etc.)
- ❐ Nokia (Lumia 620, Lumia 920, etc.)
- ❐ Samsung (Galaxy Note II, Galaxy S III, etc.) [CONTINUE]
- ❐ Sony Ericsson (Xperia, Vivaz, etc.)
- ❐ None of the above [ANCHOR; EXCLUSIVE]

[IF SAMSUNG NOT SELECTED IN QS7, TERMINATE; IF MORE THAN THREE BRANDS SELECTED, ASK QS7a; OTHERWISE SKIP QS7a AND ASK QS7b]

[NEXT PAGE]

QS7a. In the **past 12 months**, which, if any, of the following brands of desktop or laptop computers have you personally owned? *(Select all that apply)* [RANDOMIZE]
- ❐ Acer (Aspire, Iconia, etc.)
- ❐ Apple (MacBook Air, MacBook Pro, iMac, etc.)
- ❐ ASUS (Zenbook, Transformer, Eee Box, etc.)
- ❐ Dell (Inspiron, Latitude, XPS, etc.)
- ❐ HP (Pavilion, Envy, Spectre, etc.)
- ❐ Lenovo (ThinkPad, IdeaPad, IdeaCentre, etc.)
- ❐ Other (please specify) [ANCHOR]
- ❐ None of the above [ANCHOR; EXCLUSIVE]

[IF MORE THAN THREE BRANDS SELECTED, TERMINATE; ALSO TERMINATE IF THE RESPONDENT (A) DID NOT SELECT LAPTOP COMPUTER IN QS6, (B) DID NOT SELECT DESKTOP COMPUTER IN QS6, AND (C) DID NOT SELECT "NONE OF THE ABOVE" IN QS7a; OTHERWISE CONTINUE TO QS7b]

[NEXT PAGE]

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT E

**QS7b.** [IF MORE THAN ONE BRAND OF PHONE SELECTED IN QS7, INSERT: "Now we are going to ask you about one of the brands of smartphones you have owned."] In the **past 12 months**, which specific model(s) of **Samsung** smartphones have you personally owned? *(Select all that apply)*

- ❏ Acclaim
- ❏ Admire [*]
- ❏ Admire 4G
- ❏ ATIV Odyssey
- ❏ Axiom
- ❏ Captivate Glide [*]
- ❏ Conquer 4G [*]
- ❏ Continuum
- ❏ Dart [*]
- ❏ DoubleTime
- ❏ Droid Charge
- ❏ Exhibit 4G
- ❏ Exhibit II 4G [*]
- ❏ Express
- ❏ Focus 2
- ❏ Focus Flash
- ❏ Focus S
- ❏ Galaxy Appeal
- ❏ Galaxy Attain 4G
- ❏ Galaxy Discover
- ❏ Galaxy Exhilarate
- ❏ Galaxy Metrix 4G
- ❏ Galaxy Nexus [*]
- ❏ Galaxy Note [*]
- ❏ Galaxy Note II [*]
- ❏ Galaxy Precedent
- ❏ Galaxy Prevail
- ❏ Galaxy Proclaim
- ❏ Galaxy Reverb
- ❏ Galaxy Rugby Pro [*]
- ❏ Galaxy Rush
- ❏ Galaxy S II [*]
- ❏ Galaxy S II Epic 4G Touch [*]
- ❏ Galaxy S II 4G

- ❏ Galaxy S II Skyrocket [*]
- ❏ Galaxy S III [*]
- ❏ Galaxy S Aviator
- ❏ Galaxy S Blaze
- ❏ Galaxy S Lightray
- ❏ Galaxy S Relay 4G
- ❏ Galaxy Stellar
- ❏ Galaxy Stratosphere [*]
- ❏ Galaxy Stratosphere II
- ❏ Galaxy Victory 4G
- ❏ Gravity Smart
- ❏ Illusion [*]
- ❏ Indulge
- ❏ Nexus S
- ❏ Nexus S 4G
- ❏ Replenish
- ❏ Repp
- ❏ Rugby Smart
- ❏ Sidekick 4G
- ❏ Transfix
- ❏ Transform Ultra [*]
- ❏ Vitality
- ❏ Other (please specify)
- ❏ Don't know / Unsure [EXCLUSIVE; TERMINATE]

[TERMINATE IF NO STARRED (*) SAMSUNG MODEL SELECTED; IF MORE THAN THREE MODELS SELECTED, ASK QS7c;]

[IF ONE SMARTPHONE SELECTED IN QS7b, SKIP TO QS7e; ELSE IF MORE THAN ONE SMARTPHONE SELECTED IN QS7b, ASK QS7d]

[NEXT PAGE]

4

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

QS7c. In the **past 12 months**, which, if any, of the following brands of portable GPS have you personally owned? *(Select all that apply)* [RANDOMIZE]

❒ Garmin (nüvi, eTrex, etc.)
❒ Magellan (RoadMate, eXplorist, etc.)
❒ TomTom (VIA, Start, etc.)
❒ Celestron (reTrace, CoursePro, etc.)
❒ Rand McNally (IntelliRoute, Foris, etc.)
❒ Other (please specify) [ANCHOR]
❒ None of the above   [ANCHOR; EXCLUSIVE]

[TERMINATE IF MORE THAN THREE BRANDS SELECTED IN QS7c; ALSO TERMINATE IF THE RESPONDENT (A) DID NOT SELECT PORTABLE GPS IN QS6 AND (B) DID NOT SELECT "NONE OF THE ABOVE" IN QS7c; OTHERWISE CONTINUE TO QS7d]


[NEXT PAGE]

QS7d. Which one of the following Samsung smartphones that you owned was purchased most recently? This will be referred to as your most recent Samsung smartphone for the rest of this survey.   *(Select one only)* [SHOW THE PRODUCTS SELECTED IN QS7b, IN THE SAME ORDER AS IN QS7b]

⊙ [INSERT MODEL]
⊙ [INSERT MODEL]
⊙ Don't know / Unsure [TERMINATE]

[MUST SELECT A STARRED (*) SMARTPHONE TO CONTINUE, OTHERWISE TERMINATE]

[NEXT PAGE]

QS7e. Thinking of your most recent Samsung smartphone, to what degree were you involved in the decision to select the product? *(Select one only)* [ROTATE FIRST THREE OPTIONS]

⊙ You had no involvement in the decision to select this product (i.e., you received it from someone else, or you simply purchased it but did not have any input into the choice of the model or features) [TERMINATE]
⊙ You were involved in the decision to select this product but did not purchase it yourself  (i.e., you may have specified the brand or model you desired or specified the key features you desired, but someone else bought it) [CONTINUE]
⊙ You were the primary decision maker in the selection of this product and purchased it for yourself or someone else [CONTINUE]
⊙ Don't know / Unsure [ANCHOR] [TERMINATE]

[NEXT PAGE]

QS7f. Approximately how much did it cost to buy your most recent Samsung smartphone, excluding sales tax? Please give your best estimate.

*Please include only the cost of the phone. Do not include the cost of optional accessories or monthly service fees associated with your wireless service provider (for example, AT&T, Verizon, or Sprint).  If your phone was free as part of a wireless service contract, please enter $0.*

*(Enter a whole number)* $ [REQUIRE A WHOLE NUMBER FROM $0 TO $999, INCLUSIVE]

❒ Don't know / Unsure [TERMINATE]

**QS8. (ANIMATION/AUDIO TEST)**

Before the survey begins, it is important to verify that you are able to see and hear videos that will be presented to you.  Please click on the button to open the video/audio test tool and then type the word you heard in the box below.

**Note:**  The video/audio test tool will appear in a pop-up window.
- If you can't **see** the video/audio test tool, it may be because the pop-up window with the tool is hidden behind your current browser window.
- If you can't **hear** the video/audio test tool, then please make sure your speakers are turned on and the volume is up.

[INSERT FLASH VIDEO BUTTON LABELED "Click to see video/audio test tool". ONCE CLICKED, THE FLASH VIDEO PLAYS AN AUDIO CLIP SAYING THE WORD "DOG".]

What word did you hear?
*(Type the exact word you heard.)*
[OPEN-ENDED]

[TERMINATE IF ANYTHING OTHER THAN "DOG" OR "DOG."  IS TYPED (NOT CASE SENSITIVE)]

[NEXT PAGE]

**Choice Exercise Setup**

[INTRODUCTION 2]  Now imagine that **your current contract with your service provider has ended and you are in the market to buy a new smartphone** to replace your most recent Samsung smartphone**.**

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, **you will be shown different Samsung smartphones**. You will be asked to **choose a Samsung smartphone that you most prefer**.

- After you make your choice, you will be asked whether you would buy **the Samsung smartphone that you chose.**

For purposes of these exercises, you should assume:

- The smartphone that you choose will come with a new **two-year contract**.

- **Monthly phone/data plan fees are <u>NOT</u> included in the purchase price of the smartphone that is listed in the exercise**, but all types of phone/data plans are available through the wireless service provider of your choice (for example, AT&T, Verizon, or Sprint).

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

We want to reward you for thinking carefully about the choices that you make in this survey. Therefore, **we will randomly pick 1 out of every 20 respondents who take this survey and pay for their next smartphone**. If you are one of the lucky respondents, you will be offered a free smartphone under the following conditions:

- If you wish to participate in the free smartphone offer, you will please volunteer to tell us about your top-choice smartphone when you decide to replace your existing smartphone with a new smartphone under a new contract.

- We will then offer you a free smartphone based on your top-choice smartphone as well as the choices that you make in this survey. Except for the phone features that will vary in this survey, the free smartphone we offer you (based on your responses in this survey) will match your top-choice smartphone as closely as possible.

- If the free smartphone we offer you is priced less than $300 under contract, you will get the difference in cash. For example, if the market price of the smartphone that we offer you is $199 under contract, you will receive that smartphone plus $101 in cash ($300 - $199 = $101), if you accept the offer. If you chose to reject the offer, you forgo the reward.

- **Because your answers will determine the smartphone that we offer, it is in your best interest to think hard about the questions and answer them to reflect your preferences. Therefore, please think carefully when:**

  - **Choosing your most preferred smartphone among the alternatives shown;**

  - **Deciding whether or not to actually buy that smartphone given the availability of other smartphones in the market.**

[NEXT PAGE]

Next, you will be shown descriptions of features that may be present in the Samsung smartphones that you will be asked to choose from.  You will be shown videos of these features to help you understand them better.

**Note:**  Each video will appear in a pop-up window. Please do not close the pop-up window until the video has finished playing.
- If you can't **see** the video, it may be because the pop-up window with the video is hidden behind your current browser window.
- If you can't **hear** the video, then please make sure your speakers are turned on and the volume is up.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

The Samsung smartphones that will be shown to you include one or more features within each of the following categories:  [RANDOMIZE LIST EXCEPT PRICE – PRESENT IN SAME ORDER AS RANDOMIZED FEATURES IN THIS SECTION]

1. Price [ANCHOR]
2. Data Accessibility
3. Call Initiation and Screening
4. Input Assistance
5. Screen Size
6. Camera

In addition to features within each of the above categories, please assume that the Samsung smartphones you will be shown will have all the other features on your most recent Samsung smartphone.

**We will now introduce you to the features that will vary in the Samsung smartphones that you will be asked to choose from.**

[WAIT 10 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

[IN THE SECTION THAT FOLLOWS, RANDOMIZE THE ORDER IN WHICH THE DIFFERENT FEATURE CATEGORIES APPEAR, BUT DO NOT RANDOMIZE INDIVIDUAL FEATURES.  IN OTHER WORDS, LIST THE FEATURES WITHIN A FEATURE CATEGORY TOGETHER AND IN THE ORDER IN WHICH THEY APPEAR WITHIN THE FEATURE CATEGORY (I.E., DO NOT RANDOMIZE THE ORDER OF THE FEATURES WITHIN A FEATURE CATEGORY.)

PRICE IS ALWAYS THE FIRST FEATURE CATEGORY SHOWN]

[TIME THE ANIMATIONS AND DO NOT ALLOW THE "NEXT" BUTTONS TO APPEAR BEFORE THE LENGTH OF THE ANIMATION HAS PASSED.]

**Price Introduction**

The Samsung smartphones you will choose from vary in **Price**.

Click "NEXT" to view the video of this feature. This description and video will be available for you to review throughout the exercises.

[NEXT PAGE]

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

**Please click on any of the four Price icons to view an animation describing this feature.** You can also read the description of the feature below.


Price $49


Price $99


Price $149


Price $299

**Price.** The price of the smartphone with a 2-year service contract could be $49, $99, $149, or $299. Monthly data and cellular plan fees are NOT included in the price of the smartphone. You can enter the 2-year service contract with the wireless service provider of your choice (for example, AT&T, Verizon, or Sprint).

[NEXT PAGE]

## Data Accessibility Introduction

The Samsung smartphones you will choose from vary in **Data Accessibility** features. They include one or more of the following features: **Notification Bar, Background Syncing, Quick Links, and Universal Search**.

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

[NEXT PAGE]

**Please click on the Notification Bar icon to view an animation describing this feature.** You can also read the description of the feature below.


Notification Bar

**Notification Bar.** You can access the Notification Bar by dragging down from the top of the screen. This feature allows you to quickly review any new notifications received by your smartphone, as well as to quickly access certain configuration settings, such as adjusting volume or turning off Wi-Fi. Without this feature, new notifications received by your smartphone would appear in a pop-up window, and you would be able to access configuration settings only by navigating to the "Settings" app on your device.

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT E

[NEXT PAGE]

**Please click on the Background Syncing icon to view an animation describing this feature.**  You can also read the description of the feature below.



**Background Syncing.**  The Background Syncing feature allows you to continue to use an app while data related to that app that is stored on your smartphone synchronizes with data stored elsewhere, such as on a remote computer.  For example, you can access and edit data, such as the list of contacts on your smartphone, even as your phone is sending data for those contacts to your work computer.  Without this feature, you would have to wait to use an app, for example the contacts app, while the data for the app is synchronizing with a remote computer, and that wait may be long or short.

[NEXT PAGE]

**Please click on the Quick Links icon to view an animation describing this feature.**  You can also read the description of the feature below.



**Quick Links.**  When you are viewing text on your smartphone (for example in an email), the Quick Links feature automatically detects certain types of data (such as phone numbers or email addresses) and enables you to choose among multiple actions to perform on that data.  For example, this feature will automatically detect a phone number displayed in an email, and if you press and hold the phone number, it will offer you multiple actions such as calling or texting the number, or adding it to your contacts folder.  Without this feature, if you wanted to take various actions, like calling or texting a number, you would have to manually identify and select the exact text that might be data to take actions on.

[NEXT PAGE]

**Please click on the Universal Search icon to view an animation describing this feature.**  You can also read the description of the feature below.



**Universal Search**. Universal Search lets you use a single search to find information from different sources of information, for example data stored on your smartphone as well as information found on the Internet.  Universal Search uses different rules of thumb for searching the different sources in order to find good results tailored to each source.  For example, when you type "George" in a single search box, the feature searches the Internet for "George," which might yield web pages about George Washington, and at the same time searches for "George" stored on your smartphone, which might retrieve "George Adams" from your contacts or songs by "George Michael" from your music files.

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT E

Without Universal Search, you would have to separately search each information source, for example searching the Internet in a browser or for your contacts within your contacts application.

[NEXT PAGE]

In summary, each Samsung smartphone you will choose from comes with **Data Accessibility** with one or more of the following features:  **Notification Bar, Background Syncing, Quick Links, and Universal Search**.



[DO NOT FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS]

[NEXT PAGE]

## Call Initiation and Screening Introduction

The Samsung smartphones you will choose from vary in **Call Initiation and Screening** features. They include one or more of the following features: **Three-Way Calling, Reject Call with Message, Missed Call Screen Management, and Wi-Fi Calling.**

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

[NEXT PAGE]

**Please click on the Three-Way Calling icon to view an animation describing this feature.**  You can also read the description of the feature below.



**Three-Way Calling.**  Three-Way Calling allows you to set up a conference call with two other callers. When on a call with one person, you can touch "add call" to place your first call on hold.  Once you call a second person, you can touch "merge calls" to talk with both people at the same time.

[NEXT PAGE]

**Please click on the Reject Call with Message icon to view an animation describing this feature.** You can also read the description of the feature below.

11

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT E



**Reject Call with Message.**  The Reject Call with Message feature allows you to reject a phone call and simultaneously send a text message to that caller.  When receiving a call, your smartphone will display the "Answer" button so that you can take the call as well as a "Reject" button so that you can reject the call and a "Reject call with message" button so that you can reject the call while at the same time sending a text message.  This text message can either be a pre-stored text message, such as "I'll call you later," or a message you can then create.   Without this feature, you would have only the "Answer" and "Reject" buttons, and if you wanted to send the caller a text message, you would have to separately compose one after rejecting the call by using your text messaging app.


[NEXT PAGE]

**Please click on the Missed Call Screen Management icon to view an animation describing this feature.**  You can also read the description of the feature below.



**Missed Call Screen Management.** The Missed Called Screen Management feature allows you to return a missed call or respond to the caller by listing the missed calls and providing you with two interactive areas to take further action.  If you touch one area, such as the picture of the missed caller, John Doe, you call John Doe back.  If you touch the other area, such as John Doe's name or phone number, then the feature takes you to a new screen that displays all of John Doe's contact information.  From the new screen, you can call John Doe, text him, or email him.  Without two areas you would have to remember to use different gestures to take different actions—like tapping John Doe's entry on the missed calls list to call him back but swiping his entry to view his contact information.


[NEXT PAGE]

**Please click on the Wi-Fi Calling icon to view an animation describing this feature.**  You can also read the description of the feature below.



Wi-Fi Calling

**Wi-Fi Calling**.  Wi-Fi Calling allows you to make phone calls and send messages over a Wi-Fi network when you are in areas of poor reception.   You can make phone calls and send text messages over a Wi-Fi network in the same way as you do on a cellular network.  Calls made and text messages sent over Wi-Fi count towards your monthly voice and data plan just like when you are on a cellular network.

[NEXT PAGE]

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT E

In summary, each Samsung smartphone you will choose from comes with **Call Initiation and Screening** with one or more of the following features: **Three-Way Calling, Reject Call with Message, Missed Call Screen Management, and Wi-Fi Calling.**



| Three-Way Calling | Reject Call with Message | Missed Call Screen Management | Wi-Fi Calling |

**[DO NOT FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS]**

**[NEXT PAGE]**

**Input Assistance Introduction**

The Samsung smartphones you will choose from vary in **Input Assistance** features. They include one or more of the following features: **Copy-Paste, Voice to Text, Automatic Word Correction, and S Pen.**

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

**[NEXT PAGE]**

**Please click on the Copy-Paste icon to view an animation describing this feature.**  You can also read the description of the feature below.



Copy-Paste

**Copy-Paste.**  The Copy-Paste feature allows you to copy and paste text on your device.  To use this feature, you touch and hold a word to select it.  You can also select more text by dragging the anchor points at either end of the selected word.  Then, you can select "Copy" to copy the text you selected.  Touching and holding anywhere else in a text field will then allow you to select "Paste" to paste in your selected text.

**[NEXT PAGE]**

EXHIBIT E

**Please click on the Voice to Text icon to view an animation describing this feature.** You can also read the description of the feature below.



Voice To Text

**Voice to Text.** The Voice to Text feature allows you to enter text using your voice instead of typing it on your smartphone. You can tap the microphone icon on your keyboard and speak the words you want to type. Your device will then transcribe your spoken words into written text for you, for example in a text message or email. Without this feature, you would have to type all of the text you wanted to enter on your smartphone.

[NEXT PAGE]

**Please click on the Automatic Word Correction icon to view an animation describing this feature.** You can also read the description of the feature below.



Automatic Word Correction

**Automatic Word Correction.** As you type, your smartphone displays text you typed in a text box, and at the same time provides suggested replacement text in a separate box alongside the text box that displays what you actually typed. The Automatic Word Correction feature allows you to automatically replace your original text with suggested text when, for example, you press space to move on to the next word you want to type, or you press period to end the sentence. For example, if you type "birfday" and then press space or period, you will automatically replace it with "birthday." Without this feature, pressing space or period would retain your original text, "birfday"; if you want to replace your original text, you would need to select the suggested "birthday" yourself.

[NEXT PAGE]

**Please click on the S Pen icon to view an animation describing this feature.** You can also read the description of the feature below.



S Pen

**S Pen.** With the S Pen feature your smartphone comes with a stylus, or electronic pen. In addition to the finger gestures you normally use on your smartphone, this feature gives you the option to use the stylus to navigate menus and enter information. For example, you can write directly in the calendar application of your device as if you are handwriting on a paper calendar.

[NEXT PAGE]

14

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

In summary, each Samsung smartphone you will choose from comes with **Input Assistance** with one or more of the following features: **Copy-Paste, Voice to Text, Automatic Word Correction, and S Pen.**



[DO <u>NOT</u> FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS.]

[NEXT PAGE]

## Screen Size Introduction

The Samsung smartphones you will choose from vary in **Screen Size**.

Click "NEXT" to view the video of this feature. This description and video will be available for you to review throughout the exercises.

[NEXT PAGE]

**Please click on any of the four Screen Size icons to view an animation describing this feature.** You can also read the description of the feature below.


Size 4.0"


Size 4.8"


Size 5.0"


Size 5.5"

**Screen Size.** The diagonal length of the screen could be 4.0 inches, 4.8 inches, 5.0 inches, or 5.5 inches.

[NEXT PAGE]

## Camera Introduction

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

The Samsung smartphones you will choose from vary in **Camera** features. They include one or more of the following features: **Panorama, Best Photo, Smile Shot, and Buddy Photo Share.**

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

[NEXT PAGE]

**Please click on the Panorama icon to view an animation describing this feature.**  You can also read the description of the feature below.


Panorama

**Panorama.** The Panorama feature allows you to take wide-angle, panoramic camera shots that cannot be contained in a single frame.  You can point your device's camera in the direction in which you want to begin your panoramic shot, and when the first frame you want is fully within the green square on the screen, you can take the picture, and then move the camera over to take the next part of the panoramic shot.  You can repeat this process up to eight times, moving the camera one frame over in each case.  The Panorama feature then automatically stitches together the different photos you have taken to form one single panoramic image.

[NEXT PAGE]

**Please click on the Best Photo icon to view an animation describing this feature.**  You can also read the description of the feature below.


Best Photo

**Best Photo.** The Best Photo feature allows you to automatically capture eight photos of whatever you are taking a picture of so that you can choose the best single photo to keep.  For example, if you want to have a picture of a hot air balloon, the Best Photo feature will take eight successive photos automatically so that you can select the one photo of that hot air balloon that you feel is best and discard the rest.

[NEXT PAGE]

16

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

**Please click on the Smile Shot icon to view an animation describing this feature.**  You can also read the description of the feature below.



Smile Shot

**Smile Shot.**  The Smile Shot feature allows you to capture pictures while your subjects are smiling. For example, if you are taking a photo of a child, Smile Shot enables your smartphone's camera to detect when the child is smiling, and to then take a photo at that moment.   Without this feature, you would need to exactly time when you take the photo if you want to capture your subjects when they are smiling.

[NEXT PAGE]

**Please click on the Buddy Photo Share icon to view an animation describing this feature.**  You can also read the description of the feature below.



Buddy Photo Share

**Buddy Photo Share.**  The Buddy Photo Share feature allows you to tag and share pictures with individuals listed in your contacts.  For example, when you take a picture using your smartphone, this feature will automatically place a yellow box around each face it detects in that picture.  You can then tap each box to tag that face as one of your existing contacts, and then tap the face of your contact to choose to email or message the picture to that contact.  You can also tap the Send button on the upper right to email the picture to all the contacts tagged in the picture.   Without this feature, you would have to manually send your photos to your contacts.

[NEXT PAGE]

In summary, each Samsung smartphone you will choose from comes **with a Camera** with one or more of the following features: **Panorama, Best Photo, Smile Shot, and Buddy Photo Share.**



[DO NOT FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS.]

[NEXT PAGE]

17

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

---

**Choice Exercise Tutorial**

The following video will walk you through an example of the choice exercise you will be asked to do in this survey. **Please click on the button below to view the video.**

[INSERT FLASH VIDEO BUTTON LABELED "Click to see video"]

**Click here to launch choice exercise tutorial"**

[NEXT BUTTON DELAYED FOR THE LENGTH OF THE VIDEO]

[NEXT PAGE]

Next, you will begin the choice exercises. Click the "NEXT" button to get started.

[NEXT PAGE]

EXHIBIT E

## Choice Exercises

[WHEN RESPONDENT CLICKS ON ONE OF THE FEATURE CATEGORY LABELS BELOW (E.G., "DATA ACCESSIBILITY"), A POP-UP WINDOW OPENS SHOWING A 2-BY-2 TABLE WITH THE INDIVIDUAL ICONS FOR THAT FEATURE CATEGORY.
- EACH QUADRANT OF THE TABLE SHOWS THE INDIVIDUAL ICONS FOR EACH FEATURE, ARRANGED JUST LIKE THE QUADRANT ICONS.
- FOR EXAMPLE, IN THE DATA ACCESSIBILITY TABLE BELOW, NOTIFICATION BAR WOULD BE IN THE UPPER LEFT, BACKGROUND SYNCING IN THE UPPER RIGHT, QUICK LINKS IN THE LOWER LEFT, AND UNIVERSAL SEARCH IN THE LOWER RIGHT.
- WITHIN THIS 2-BY-2 TABLE, RESPONDENTS CAN CLICK ON THE INDIVIDUAL ICON OF EACH FEATURE TO POP UP THE WINDOW WITH THAT FEATURE'S ANIMATION. FOR EXAMPLE, CLICKING ON THE NOTIFICATION BAR ICON IN THE UPPER LEFT QUADRANT BELOW WILL LAUNCH A POP-UP WINDOW SHOWING THAT FEATURE'S VIDEO.
- TRACK THE NUMBER OF TIMES (0, 1, 2, 3, ETC.) THAT A RESPONDENT CLICKS TO WATCH THE VIDEO FOR EACH FEATURE.]

[EXAMPLE POP-UP WINDOW STARTS HERE]

Please click on an icon below to view an animation describing the feature.

Data Accessibility



[EXAMPLE POP-UP WINDOW ENDS HERE]

19

EXHIBIT E

[PART I – INSERT "(X/16)" WHERE X = CURRENT CHOICE EXERCISE NUMBER]

**Please choose your most preferred Samsung smartphone among the four below.** At any point you may click on the label of each feature category, on the left, to view an animation describing the features within that feature category.

| | Phone 1 | Phone 2 | Phone 3 | Phone 4 |
|---|---|---|---|---|
| **Price (with 2-year service contract)** | Price $49 | Price $99 | Price $149 | Price $299 |
| **Data Accessibility** | Notification Bar | Notification Bar, Background Syncing | Notification Bar, Background Syncing, Quick Links | Notification Bar, Background Syncing, Quick Links, Universal Search |
| **Call Initiation and Screening** | Three-Way Calling | Three-Way Calling, Reject Call with Message | Three-Way Calling, Reject Call with Message, Missed Call Screen Management | Three-Way Calling, Reject Call with Message, Missed Call Screen Management, Wi-Fi Calling |
| **Input Assistance** | Copy-Paste | Copy-Paste, Voice To Text | Copy-Paste, Voice To Text, Automatic Word Correction | Copy-Paste, Voice To Text, Automatic Word Correction, S Pen |

20

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

| Screen Size | Size 4.0" | Size 4.8" | Size 5.0" | Size 5.5" |
|---|---|---|---|---|
| Camera | Panorama | Panorama    Best Photo | Panorama    Best Photo    Smile Shot | Panorama    Best Photo    Smile Shot    Buddy Photo Share |
| With all other features on your most recent Samsung smartphone | **All other features on your most recent Samsung smartphone** | **All other features on your most recent Samsung smartphone** | **All other features on your most recent Samsung smartphone** | **All other features on your most recent Samsung smartphone** |
| | ⊙ | ⊙ | ⊙ | ⊙ |

[PART II. WILL BE SHOWN ON THE SAME SCREEN BELOW THE ABOVE CHOICES]

**In answering this question, you may wish to consider the availability of other smartphone options in the market that may influence your purchase decision, including smartphones by other manufacturers or other Samsung smartphones.**

**Given the Samsung smartphone you chose as your most preferred among the alternatives shown, would you buy it at the indicated price?**

Choose by clicking one of the buttons below. Then, click the arrow at the bottom to continue.

| Yes, I would buy the smartphone above | No, I would not buy the smartphone above. |
|---|---|
| ⊙ | ⊙ |

[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 16 TIMES. ATTRIBUTE ORDER RANDOMIZED ACROSS RESPONDENTS. THE TWO EXCEPTIONS ARE PRICE, WHICH IS ALWAYS FIRST, AND THE "ALL OTHER FEATURES" ATTRIBUTE, WHICH IS ALWAYS LAST.]

21

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

[NEXT PAGE]

[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]

[END OF SURVEY]