# EXHIBIT 17

**CONTAINS INFORMATION DESIGNATED AS APPLE, SAMSUNG, AND THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Civil Action No. 12-cv-00630-LHK |

**Expert Report of Richard Newton Taylor, Ph.D.**
**Regarding Invalidity of the Asserted Claims of U.S. Patent No. 7,577,757**

**CONTAINS INFORMATION DESIGNATED AS APPLE,
SAMSUNG, AND THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

1  185.   As detailed above, it is my opinion that the '704 patent anticipates every element of the claims of the '757 patent. To the extent an element is found to be missing, it would be obvious in combination with the knowledge of a person with ordinary skill in the art.

       (i)      "a system for synchronizing devices in a multimedia environment" [Claim 1]

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

---

[8] It is conceivable that Samsung intended the interrogatory response to read "multiple-user devices," meaning devices to be used by more than one user. However, the asserted claims contain no such requirement of multi-user functionality, and, if there were, the ability to provide certain users access to certain information through the use of a password or login was well known in the art.

- 72 -

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

Dated: August 12, 2013

_____
Richard Newton Taylor, Ph.D.