# EXHIBIT 18

CONTAINS HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY PORTION

Page 1

1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
2                   SAN JOSE DIVISION
3    APPLE INC,  a California Corporation,
4                     Plaintiff,
5    v.                            CASE NO.
                                   11-cv-01847-LHK
6    SAMSUNG ELECTRONICS CO., LTD., a   12-cv-00630-LHK
     Korean business entity; SAMSUNG
7    ELECTRONICS AMERICA, INC,.
     a New York corporation; SAMSUNG
8    TELECOMMUNICATIONS, a Delaware limited liability
     company,
9                     Defendants.
     _____/
10
11   CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY PORTION
12      VIDEOTAPED DEPOSITION OF RICHARD TAYLOR
13                   VOLUME 1
14           Friday, September 27, 2013
15                AT:  9:14 a.m.
16                  Taken at:
17      QUINN EMANUEL URQUHART & SULLIVAN LLP
                 One Fleet Place
18               London EC4M 7RA
                 United Kingdom
19
20
21
22
23   Court Reporter:
24   Kim Cole, MBIVR
     Accredited Real-time Reporter
25   TSG Job # 66023

CONTAINS HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY PORTION

Page 44

| | | |
|---|---|---|
| 1 | the users can synchronize or make the update on | 10:13:16 |
| 2 | demand. | 10:13:23 |
| 3 | Q.  You agree that claim 1 of the '757 patent | 10:13:24 |
| 4 | requires multimedia data to be synchronized | 10:13:28 |
| 5 | automatically, right? | 10:13:30 |
| 6 | A.  I don't see that word anywhere in column 1. | 10:13:48 |
| 7 | Q.  Let me ask it a different way.  Does claim 1 | 10:14:01 |
| 8 | of the '757 patent require the multimedia data be | 10:14:08 |
| 9 | synchronized automatically? | 10:14:13 |
| 10 | A.  It requires that the data be synchronized. | 10:14:18 |
| 11 | It says that the information between the various | 10:14:21 |
| 12 | devices are updated in relation to each other, such | 10:14:26 |
| 13 | that you get all the information on all the devices. | 10:14:30 |
| 14 | That's what it says. | 10:14:35 |
| 15 | Q.  Does claim 1 of the '757 patent require that | 10:14:37 |
| 16 | the multimedia data be synchronized automatically? | 10:14:40 |
| 17 | A.  Tell me what you mean by "automatically". | 10:14:45 |
| 18 | Q.  The patent uses the term automatically, | 10:14:46 |
| 19 | right? | 10:14:49 |
| 20 | A.  The patent does use the word automatic as | 10:14:49 |
| 21 | one scheme of multiple that's possible. | 10:14:52 |
| 22 | Q.  It also uses the word automatically, doesn't | 10:14:56 |
| 23 | it? | 10:14:59 |
| 24 | A.  Could you point that to me. | 10:15:01 |
| 25 | Q.  Take a look at column 3, line 4, lines 3 and | 10:15:02 |

CONTAINS HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY PORTION

Page 45

1    4.  You see it says:                              10:15:10

2            "Have the entire collection synchronized   10:15:14

3    automatically by having the devices communicate to 10:15:17

4    and from each other..."                            10:15:20

5        A.  I see that.                                10:15:28

6        Q.  Okay.  What does the term "automatically"  10:15:29

7    mean there, to a person of ordinary skill in the art? 10:15:34

8        A.  I would say that, in the context of that and 10:15:38

9    the rest of the specification and the claims, that 10:15:42

10   it's saying that you don't do a manual -- for       10:15:45

11   example, manual drag and drop -- to get the         10:15:49

12   information synchronized, but rather that the        10:15:53

13   synchronization activity itself, once it's started -- 10:15:56

14   and it may be started at multiple times or different 10:16:04

15   frequencies, once it's started it does all the work 10:16:08

16   automatically.  That is to say without manual        10:16:13

17   intervention.                                        10:16:16

18       Q.  But looking back at claim 1 of the '757     10:16:17

19   patent, does that claim require that the multimedia 10:16:21

20   data be synchronized automatically?                  10:16:24

21       A.  With respect to the answer I just gave about 10:16:29

22   what automatically means in the context of the       10:16:31

23   patent, yes, because that's saying that the action of 10:16:34

24   synchronizing the devices is an algorithm, it's a    10:16:40

25   process that runs on its own and does not involve,   10:16:43

CONTAINS HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY PORTION

Page 46

1   for example, manual drag and drop from one machine to   10:16:48

2   the other.   10:16:52

3       Q.  Do you agree that the -- start over.   10:16:54

4           Do you agree that the synchronization   10:16:58

5   required by claim 1 requires more than a manual   10:17:00

6   selection of media assets to be exchanged?   10:17:04

7       A.  If I understand you correctly, yes, the   10:17:27

8   synchronization activity can require work to do.  So,   10:17:31

9   if I identify the set of media that is mine, then the   10:17:36

10  synchronization of that media goes on automatically   10:17:46

11  after that synchronization process is initiated.   10:17:53

12      Q.  And the trigger for synchronization can be   10:17:58

13  manually adding or purchasing a song, for example,   10:18:00

14  right?   10:18:07

15      A.  That could be the case because if you, for   10:18:12

16  example, rip a CD and thereby add data to one device,   10:18:14

17  when the synchronization takes place, for example   10:18:28

18  it's the daily synchronization, the presence of that   10:18:31

19  new file would be noted and therefore it would need   10:18:38

20  to be synchronized with the other devices.   10:18:42

21      Q.  Can you explain to us what you mean by "rip   10:18:46

22  a CD"?   10:18:48

23      A.  Transfer the content of a physical CD to its   10:18:49

24  file form such that you can manipulate the file   10:18:55

25  independent -- transfer the file independently of the   10:18:59