# EXHIBIT 20

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION**

**EXHIBIT C-21**
**INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 6,847,959**

AppleSearch Version 1.5 was first released by Apple for the Mac OS in December 1994 (hereafter "AppleSearch"). The first version, AppleSearch 1.0, had been released by Apple in May 1994. AppleSearch was known sold, offered for sale, and in public use before January 5, 2000, and is prior art to the '959 patent under 35 U.S.C. §§ 102(a), (b), and (g) & 103. Samsung has prepared this invalidity chart based on its current understanding of AppleSearch. Samsung's investigation of AppleSearch is ongoing. Samsung reserves the right to rely on information relating to AppleSearch that is produced later in this proceeding by Apple. Descriptions of AppleSearch can be found in at least:

- *AppleSearch User's Guide* ("AppleSearch User's Guide"), published by Apple Computer, Inc. (1994) [APLNDC630-0000441829 to 943]
- *AppleSearch Administrator's Guide* ("AppleSearch Administrator's Guide"), published by Apple Computer, Inc. (1994) [APLNDC630-0000441944 to 2053]
- D. Casseres, "Waters External Reference Specification, Draft 1.2, August 15, 1993) ("WAIS Gateway Spec.") [APLNDC630-0000369862-884] **[CBI]**
- *AppleSearch User's Guide for Windows* ("AppleSearch User's Guide for Windows"), published by Apple Computer, Inc. (1995) [APLNDC630-0000441690 to 828]
- *AppleSearch Version 1.5 Quick Reference* ("AppleSearch Version 1.5 Quick Reference"), published by Apple Computer, Inc. (1993) (available at http://support.apple.com/kb/TA32875) [APLNDC630-0000380377-79]
- *AppleSearch TCP/IP Connection User's Guide*, published by Apple Computer, Inc. (1993) [APLNDC630-0000442054 to 143]
- *Getting Started with AppleSearch*, published by Apple Computer, Inc. (1994)   [APLNDC630-0000441299 to 317]
- *About AppleSearch*, published by Apple Computer, Inc. (1994) [APLNDC630-0000441318 to 343]
- *AppleSearch Update File Format Reference* ("AppleSearch Update File Format Reference"), published by Apple Computer, Inc. (1993) [APLNDC630-0000441458 to 497]
- *AppleSearch Client Developer's Guide* ("AppleSearch API Documentation"), published by Apple Computer, Inc. (1993) [APLNDC630-0000441500 to 644]
- *AppleSearch*, published by Apple Computer, Inc. (1993) [SAMNDCA630-052349477-80]
- K. Yanagihara "AppleSearch Client Future Direction" ("Yanagihara") (August 25, 1993) [APLNDC000630-0000382173-77] **[CBI]**
- R. Martherus, "AppleSearch" (available at http://infomotions.com/musings/tricks/manuscript/1600-0001.html) (September 26, 1995) ("Martherus Article")  [SAMNDCA630-04524923 to 24]

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION

herewith; such references are in the same field of art, and discuss various techniques and improvements that would have been known to yield predictable results when applied to the technology claimed in the '959 patent, and a person of ordinary skill therefore would have been motivated to so combine them in view of the disclosures therein.  Below included in this chart are examples of specific teachings from references that, combined with AppleSearch, render the '959 patent invalid under § 103.

Samsung reserves the right to use the entirety of the reference cited in its contentions to show that the asserted claims are anticipated and/or are obvious.  Moreover, to the extent that any of the below claim limitations are found to not be expressly disclosed by the below reference, it is Samsung's contention that any such limitation would be obvious, either based the knowledge of one of ordinary skill in the art or based on any of the art cited in Samsung's invalidity contentions.  It is also Samsung's contention that one of ordinary skill in the art would find such limitation obvious for at least one or more of the following reasons: (1) the combination would unite  old elements with no change in their respective function; (2) the combination would have been a predictable variation of a work in the same or a different field of endeavor; (3) the modification would have used a known technique to improve a similar device in the same way; (4) the modification was a known problem for which there was an obvious solution; (5) the modification would have been "obvious to try"; (6) the modification was known work in one field of endeavor that would have prompted variations of it for use in either the same or different field based on design incentives or other market forces; (7) there was an explicit teaching, suggestion, or motivation in the prior art for the modification.

AppleSearch anticipates at least claims 1, 24-25 and 27 under 35 U.S.C. § 102 and renders obvious at least claims 1, 24-25 and 27 of the U.S. Patent No. 6,847,959 under 35 U.S.C. § 103, alone and/or in combination with one or more of the references listed below.

- The Apple Newton Operating System ("Newton"), including all references described therein in Exhibit C-6.

- The Sherlock Utility ("Sherlock") as available by least November 1998, including all references described therein in Exhibit C-8.

- The WAIS System and Publications, including all references described therein in Exhibit C-9

- The Tung Thesis, including all references described therein in Exhibit C-15.

Samsung contends that each individual publication identified above as describing AppleSearch anticipates and/or renders obvious the asserted claims alone.  Further, Samsung contends that each publication describes AppleSearch, as was publicly available before the priority date of the '959 patent, which further anticipates and/or renders obvious the asserted claims.