# EXHIBIT EE

STRATEGYANALYTICS
TABLET & TOUCHSCREEN STRATEGIES

# Tablet usage behavior and WiFi / 3G connectivity expectations

Tablet & Touchscreen Strategies Service

Martin Bradley, mbradley@strategyanalytics.com

## Viewpoint Snapshot

This report summarizes the findings of the part of our recent tablet survey which explored tablet usage behavior, for both existing owners and future buyers. The relative importance of media consumption, simple web browsing, and other applications are examined for these groups, as well as interests by age and gender. We also analyze the desired usage locations and environments for tablet users and preferred wireless connectivity methods. Finally, we use the survey to assess the proportion of tablet devices which are likely to become 3G/4G enabled.

July 2011

Highly Confidential - Attorneys' Eyes Only                                SAMNDCA630-07399402



When the estimated 'active' hours in each environment are taken into account, the proportion of overall **usage is** more clearly **skewed towards the home,** and represents about 60% of overall usage by existing owners (fractionally less for intenders). **The other 40% is split across many different types of environment.**

We also tested consumer interest in using WiFi or 3G connectivity in locations, such as the home, work, public places, trains and cars, and in urban and rural environments. In the home, WiFi was almost universally preferred, but most other location types showed a mixed picture, with some WiFi, some 3G and some standalone operation. 3G was expected to be used for 15-25% of the time. We also found that 'side-loading' with a cable was consistently the least desired method of accessing content and using the device, across all application types.

**Exhibit 1.1: Tablet frequency and proportion of usage, and connectivity methods**



Source: Source: SA TTS Primary research for US and UK owners (n=115)

The survey also found that about **23% of current users in the US and UK have a 3G data plan** specifically for their tablet. For future tablet buyers, about 26% have declared an interest in 3G connectivity, 28% have rejected the need for it, and **a substantial 46% are undecided.** 3G connectivity offers both incremental functionality and costs for consumers. The discrete choice model used in our tablet survey indicates that of the potential high tier tablet adopters in the US and UK market, about 45% would choose a 3G device with a $10 per month service charge for 2GB of 3G data, costing $130 more than a WiFi only tablet. If the price differential between 3G and WiFi only devices is reduced to the true incremental cost and standard margins of adding 3G, *and* 3G data plans contain no payment 'commitments', consumers would have the 'option' to satisfy 15-25% of their usage demand for only a 10% increase in device price. **This could lead to a significant upward trend in the proportion of shipments being 3G in regions where this occurs.**

Highly Confidential - Attorneys' Eyes Only          SAMNDCA630-07399404



**The older age group** shows a propensity to want to use a tablet for significantly longer than younger users (around 13% longer per week) and many of the **desired activities are based on web browsing, email, and reading newspapers and magazines.**

In contrast, **users under 35 expect to spend more time on social networking, interactive games and videos on demand.**

## 2.7  Usage differences between the US and UK markets

Analysis of the US and UK markets individually shows that UK respondents expect to spend slightly longer per week (2%) using their tablet product compared to potential US buyers. However, **the UK market exhibits 'simpler' expectations of usage activities:** - respondents had higher proportions of general browsing and email usage. By contrast, future **US buyers expect to spend longer reading books, playing games, watching movies and viewing photos**. This suggests the US market has a greater intention to rely on the media store content functions of tablets - capabilities which help make the tablet device distinctly different to other mobile computing platforms.

## 2.8  Usage differences for buyers insisting on an Apple tablet

We investigated whether there was any discernable difference between all potential tablet buyers, and the future buyers who declared that only an Apple product would meet their needs. The overall desired usage levels are almost identical, but **the distribution of usage for Apple focused buyers is slightly skewed towards the use of entertainment applications**, and away from general web browsing and email.

About half of all future tablet buyers in our survey claimed to have **handled an iPad** for a couple of minutes. Relative to all potential buyers, this subset of people envisaged 5% lower usage on web browsing, email and social networking, and about **10% greater usage on app store content, reading books and magazines and creating content.**

Clearly the above examples are only key highlights of the data available from our survey but further analysis can be discussed to meet any more specific client needs.

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA630-07399413



### 3.2 Variation in desired applications by location

The survey data was also analyzed to see how the desirability of usage in each environment varied for each application type. This provided some insight into whether users most interested in a particular tablet capability would be more likely to use it in the home, on a train, or in urban public places for example.



Exhibit 3.2: Desired frequency of usage of each application by tablet owners*

*Linear scale where 100% = would use it every time in this location

Source: SA TTS Primary research for US and UK owners (n=115)

Clearly existing tablet owners believe that many functions of the device are suitable for the home environment, and the frequency of use of all applications in an airport would be significantly lower. However, **in airports, tablet owners appear to value video over IP calls (perhaps continuing business meetings while travelling) as well as using the device to show material to colleagues.** Some forms of media consumption like **newspapers and Live TV** are desired use cases in airports.

We also examined desired tablet usage for **train travel**. Frequency of usage is less than in an airport, but exhibits **a similar business oriented application skew**, perhaps indicative of the early adopters in the owner sample.

Highly Confidential - Attorneys' Eyes Only                                          SAMNDCA630-07399415

**STRATEGY ANALYTICS**
TABLET & TOUCHSCREEN STRATEGIES

**Exhibit 3.3: Desired frequency of usage of each application by tablet owners on trains**
(as a proportion of occasions in this environment)



Source: SA TTS Primary research for US and UK owners (n=115)

**In cars,** apart from an ability to watch TV, creating one's own content and conducting video over IP calls are the most sought-after applications.

**Exhibit 3.4: Desired frequency of usage of each application by tablet owners in cars**
(as a proportion of occasions in this environment)



Source: SA TTS Primary research for US and UK owners (n=115)

Highly Confidential - Attorneys' Eyes Only          SAMNDCA630-07399416