# EXHIBIT GG

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
 5   APPLE, INC., a California    )
     corporation,                 )
 6                                )
             Plaintiff,           )
 7                                )
         vs.                      ) No. 12-CV-00630-LHK
 8                                )
     SAMSUNG ELECTRONICS CO.,     )
 9   LTD., a Korean business      )
     entity; SAMSUNG ELECTRONICS  )
10   AMERICA, INC., a New York    )
     corporation; and SAMSUNG     )
11   TELECOMMUNICATIONS AMERICA,  )
     LLC, a Delaware limited      )
12   liability company,           )
                                  )
13           Defendants.          )
     ___                          )
14
15              HIGHLY CONFIDENTIAL
16          OUTSIDE COUNSEL EYES ONLY
17              VIDEO DEPOSITION OF
18             CHRISTOPHER R. WYSOCKI
19               San Francisco, CA
20             Thursday, June 27, 2013
21
22   REPORTED BY:
23   SUSAN F. MAGEE, RPR, CCRR, CLR, CSR No. 11661
24
25   Job No. 62884
```

Highly Confidential - Outside Attorneys Eyes' Only

Page 22

1  Incorporated.
2      Q.  And it's directed to, at least the title, A
3  Docking Station, Moveable Connector For Handheld
4  Electronic Device?
5      A.  Yes.
6      Q.  Can you turn to the 13th page of this
7  patent, and we'll look at Column 1.  Sorry, we're
8  looking at -- I'm sorry.  I'm focus on Column 1 of
9  the patent, which is on --
10     A.  I'm sorry.
11     Q.  It is probably easier just to go to --
12         MR. PETTIT:  Not Column 13.  Column 1.
13         THE WITNESS:  I'm sorry.  I thought you
14  said page 13.
15         BY MR. MILOWIC:  Q.  I apologize.  So if we
16  look at line 19, the start of a paragraph in the
17  background, it says, Additionally, people often use
18  a media player when they're at home or at some other
19  stationary location.
20         Do you believe that's an accurate statement
21  made by Apple in this patent?
22         MR. PETTIT:  Objection.  Form.
23         THE WITNESS:  I think you can use a media
24  player in lots of locations: home, work, while
25  you're running, in your car.  So to say can you use

Highly Confidential - Outside Attorneys Eyes' Only

Page 23

1   it at home, I think that's one location you can use
2   a media player.
3           BY MR. MILOWIC:  Q.  And then it goes on to
4   say, When stationary, docking stations are available
5   for connecting the media player, for example, to a
6   sound system.  In this manner, songs on the media
7   player may be listened to as one resides in the same
8   room but without having to use headphones.
9           Is that an accurate statement made by Apple
10  in this patent?
11          MR. PETTIT:  Objection.  And I believe you
12  also misread the text.
13          MR. MILOWIC:  Which part of the text did I
14  misread?
15          MR. PETTIT:  I think you said listened.
16          MR. MILOWIC:  Okay.  It says listed, but I
17  think that's clearly a typo.  It should be listened
18  to.  So I'll repeat the question.
19          BY MR. MILOWIC:  Q.  It says -- Apple says,
20  When stationary, docking stations are available for
21  connecting the media player, for example, to a sound
22  system.  In this manner, songs on the media player
23  may be -- and it says listed to as one resides in
24  the same room but without having to use headphones.
25          Although I believe that's a typo and it

Page 24

1  should be "listened to" because that would make
2  sense.  You're listening to a media player.  So with
3  that type of fix, the statement would be, When
4  stationary, docking stations are available for
5  connecting the media player, for example, to a sound
6  system.  In this manner, songs on the media player
7  may be listened to as one resides in the same room
8  but without having to use headphones.
9           Is that an accurate statement made by
10 Apple?
11          MR. PETTIT:  Objection.  Form.
12          THE WITNESS:  There's really nothing about
13 having to have a dock that you need in order to
14 connect your device to a media player, so is it
15 accurate?  I'd -- it's certainly a use case.  You
16 can certainly plug your iPod or other device
17 directly into your stereo as well because you don't
18 really need to use a docking station per se.
19          BY MR. MILOWIC:  Q.  So I'm not -- I'm not
20 sure if you answered the question.  The question is,
21 is this an accurate statement?  Do you believe it's
22 an accurate statement?
23     A.  I -- certainly one use case, yes.
24     Q.  And by use case, you mean this is a use
25 that Apple customers put to their docking stations

Highly Confidential - Outside Attorneys Eyes' Only

Page 25

1   and their iOS devices; correct?

2           MR. PETTIT:  Objection.  Form.

3           THE WITNESS:  Well, I'm not sure if this is
4   specific talking about iOS devices, but I don't --
5   but that -- that is a -- a use case.  You could use
6   your device, iPod or iOS, to listen to music in that
7   way.

8           BY MR. MILOWIC:  Q.  If you replace the
9   phrase "docking stations" with "cables," would
10  the -- would the quote still be accurate?

11          MR. PETTIT:  Objection.  Form.

12          THE WITNESS:  So -- so then what would the
13  question be?

14          BY MR. MILOWIC:  Q.  Let's see.  When
15  stationary, cables are available for connecting the
16  media player, for example, to a sound system.  In
17  this manner, songs on the media player may be
18  listened to as one resides in the same room but
19  without having to use headphones.

20          Can you use cables instead of a docking
21  station?

22      A.  Yes.

23      Q.  All right.  Was iTunes version 10.5 the
24  first version of iTunes to support WiFi sync?

25      A.  Assuming that iTunes 10.5 was the version