# EXHIBIT 3

```
1            IN THE UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
3
4   APPLE, INC., a California        )
    corporation,                     )
5                                    )
                 Plaintiff,          )
6                                    ) Case No.
                                     ) 12-cv-00630-LHK (PSG)
7             vs.                    )
                                     ) Volume 1
8   SAMSUNG ELECTRONICS CO., LTD., a )
    Korean corporation; SAMSUNG      )
9   ELECTRONICS AMERICA, INC., a New )
    York corporation and SAMSUNG     )
10  TELECOMMUNICATIONS AMERICA, LLC, a)
    Delaware limited liability       )
11  company,                         )
                                     )
12                                   ) Pages 1 to 311
                 Defendants.         )
13  _____)
14
15
16
17
18        VIDEOTAPED DEPOSITION OF ALEX SNOEREN
19                San Diego, California
20           Wednesday, September 25, 2013
21
22
23
24  Reported by:
    ELIZABETH BORRELLI, CSR No. 7844, CCLL, CLR
25  JOB NO. 65775
```

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHRE:  Go off? | 10:20 |
| 2 | THE REPORTER:  Yes, please. | |
| 3 | THE VIDEOGRAPHRE:  Off the record at 10:20 | |
| 4 | a.m. | |
| 5 | (Discussion off the record.) | 10:20 |
| 6 | THE VIDEOGRAPHER:  We are back on the | |
| 7 | record at 10:22 a.m. | |
| 8 | BY MR. PAK: | |
| 9 | Q.  Doctor, let me make sure I have a clean | |
| 10 | record. | 10:22 |
| 11 | With respect to the issue of infringement | |
| 12 | by the accused Samsung products, do you have any | |
| 13 | expert opinions on that issue that you have not set | |
| 14 | forth in the two reports and the erratas to those | |
| 15 | reports? | 10:22 |
| 16 | MR. BUROKER:  Objection.  Vague. | |
| 17 | THE WITNESS:  To the extent that I was | |
| 18 | asked to opine upon the infringement by the accused | |
| 19 | devices in this matter, and the particular devices | |
| 20 | that I was asked to opine upon are listed in my | 10:22 |
| 21 | report, I attempted to provide a full and complete | |
| 22 | explanation of -- of my opinion on that matter. | |
| 23 | BY MR. PAK: | |
| 24 | Q.  Thank you. | |
| 25 | With respect to the issue of the validity | 10:23 |

1  of the 959 and the 414 patents, do the expert    10:23
2  reports and the erratas provide a complete summary
3  of those opinions?
4          MR. BUROKER:  Same objection.
5          THE WITNESS:  Again, to the extent that I    10:23
6  was asked to provide an opinion regarding the
7  validity of the patents and to the extent that I was
8  asked provided with reports by Samsung alleging
9  additional prior art, I did respond to those
10 particular pieces.  I may have additional opinions    10:23
11 about additional pieces of prior art should they --
12 or alleged prior art should they be raised, but to
13 the extent that someone has asked me for an opinion
14 about a particular piece of prior art, I have done
15 my best to provide a description of my opinion    10:23
16 within those reports, yes, sir.
17     Q.  And are those descriptions full and
18 complete?
19     A.  To the best of my ability, sir.
20     Q.  Okay.  And on the issue of whether any of    10:23
21 the Apple products practice any of the claims of the
22 959 and the 414 patents, have you provided a
23 complete explanation of your opinions and basis for
24 those opinions in the two reports?
25         MR. BUROKER:  Same objection.    10:24