# EXHIBIT 11

Confidential Business Information - Outside Attorneys' Eyes Only

Page 1

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                          SAN JOSE DIVISION

4

5     APPLE, INC., a California          )

6     corporation,                       )

7           Plaintiff,                    )     Case No.

8                                         )12-cv-00630-LHK (PSG)

9             vs.                         )

10    SAMSUNG ELECTRONICS CO., LTD., a )

11    Korean corporation; SAMSUNG        )

12    ELECTRONICS AMERICA, INC., a New )

13    York corporation; and SAMSUNG      )

14    TELECOMMUNICATIONS AMERICA, LLC, )

15    a Delaware limited liability       )

16    company,                           )

17           Defendants.                  )

18    _____ )

19    Confidential Business Information - Outside Attorneys' Eyes Only

20         VIDEOTAPED DEPOSITION OF THOMAS E. FUJA, Ph.D.

21               Thursday, September 19, 2013

22                   Boston, Massachusetts

23

24    Reported by:  Dana Welch, CSR, RPR, CRR, CBC, CCP,

25    Job No. 65943

Confidential Business Information - Outside Attorneys' Eyes Only

Page 30

| | | |
|---|---|---|
| 1 | Q.  So you have taught classes on | 09:47 |
| 2 | non-scheduled transmissions? | 09:47 |
| 3 | MS. SAXTON:  Objection. | 09:47 |
| 4 | A.  I want to be a little bit careful, because | 09:47 |
| 5 | I want to make sure I understand what you're | 09:47 |
| 6 | asking.  When you use the word "autonomous | 09:47 |
| 7 | transmission," can you tell me exactly what you | 09:47 |
| 8 | mean by that? | 09:47 |
| 9 | Q.  I never used the term ontonomous [sic] | 09:47 |
| 10 | transmission.  But maybe we should back up. | 09:47 |
| 11 | A.  Okay. | 09:47 |
| 12 | Q.  I asked you about non-scheduled | 09:47 |
| 13 | transmissions, correct? | 09:47 |
| 14 | A.  Okay. | 09:47 |
| 15 | Q.  What is a non-scheduled transmission? | 09:47 |
| 16 | A.  In the context of the '087 and the '596, | 09:47 |
| 17 | they use the term non-scheduled transmission as a | 09:47 |
| 18 | counterpoint to transmission that occurs as a | 09:47 |
| 19 | result of a scheduling grant issued by the node B. | 09:47 |
| 20 | That particular feature, node B scheduling, was | 09:48 |
| 21 | something that was first incorporated into the | 09:48 |
| 22 | downlink in version 5 and in the enhanced uplink in | 09:48 |
| 23 | version 6. | 09:48 |
| 24 | Q.  You used the term ontonomous [sic] | 09:48 |
| 25 | transmission.  When you use the term ontonomous | 09:48 |

Confidential Business Information - Outside Attorneys' Eyes Only

Page 31

1    [sic] transmission, did you intend to mean the same   09:48

2    thing as non-scheduled transmission, or did you      09:48

3    mean something different?                             09:48

4        A.   I meant the same thing.                      09:48

5        Q.   So you use the term --                       09:48

6             MR. WHITEHURST:  Strike that.                 09:48

7        Q.   To you, the terms non-scheduled              09:48

8    transmissions and ontonomous [sic] transmission can   09:48

9    be used interchangeably?                              09:48

10       A.   You keep saying "ontonomous."  It's          09:48

11   autonomous.                                           09:48

12       Q.   Thank you.                                   09:48

13       A.   But the answer is yes.                       09:48

14       Q.   So you use the terms non-scheduled           09:49

15   transmission and autonomous transmission              09:49

16   interchangeably, and to you they mean the same        09:49

17   thing?                                                09:49

18       A.   Some places in the development of the        09:49

19   HSUPA feature, the word autonomous transmission was   09:49

20   used, and in some places, the term non-scheduled      09:49

21   transmission was used.  But they were both used to    09:49

22   mean the same thing, which is to say transmissions    09:49

23   that occur without benefit of a node B issued         09:49

24   scheduling grant.                                     09:49

25       Q.   To you, the terms non-scheduled              09:49

Confidential Business Information - Outside Attorneys' Eyes Only

Page 32

| | | |
|---|---|---|
| 1 | transmission and autonomous transmission mean the | 09:49 |
| 2 | same thing? | 09:49 |
| 3 | A.  Yes. | 09:49 |
| 4 | Q.  What experience do you have with HARQ | 09:49 |
| 5 | processes? | 09:50 |
| 6 | A.  I've written research papers on HARQ | 09:50 |
| 7 | processes.  In one of the handbooks on | 09:50 |
| 8 | communication, I don't remember, maybe it was | 09:50 |
| 9 | Wiley, I wrote a chapter on ARQ and HARQ | 09:50 |
| 10 | processing.  It's part of my research focus. | 09:50 |
| 11 | Q.  What experience do you have with | 09:50 |
| 12 | scheduling information? | 09:50 |
| 13 | A.  Other than knowing that it exists within | 09:50 |
| 14 | the UMTS standard, and to the familiarity that I've | 09:50 |
| 15 | gained over the -- over the -- in the cases with | 09:50 |
| 16 | the standard, I have not carried out any work in | 09:50 |
| 17 | terms of my research or in my classroom that | 09:50 |
| 18 | affects -- that uses scheduling information. | 09:50 |
| 19 | Q.  So you've never taught any classes about | 09:51 |
| 20 | scheduling information? | 09:51 |
| 21 | A.  I think that's correct. | 09:51 |
| 22 | Q.  You've never written any papers about | 09:51 |
| 23 | scheduling information? | 09:51 |
| 24 | A.  I think that's correct. | 09:51 |
| 25 | Q.  You've never designed the scheduling | 09:51 |