# EXHIBIT 13

**Testimony by Persons of Ordinary
Skill Concerning the Term "Heuristic"**

**Nathanial Polish - Apple's Technical Expert For Purposes of Apple's Preliminary Injunction Motion Concerning U.S. Patent No. 8,086,604[1]**

> Q. Okay. Are these dictionary definitions of "heuristic" on page 10 of what we marked as Exhibit 5 consistent with your understanding of "heuristic" as it would have been understood by a person of skill in the art in 2000?
>
> A. I think so. I'm not sure I necessarily buy all of it, but it -- I think these are not inconsistent with -- with my view of it.
>
> Q. Which ones do you not necessarily buy?
>
> A. Well, I mean, these definitions that are here are not necessarily even internally consistent. I mean, there's some -- there's -- I mean, they're describing here -- "used to describe a computer program that can modify its software response to the user." Okay. That's -- that's fine, but then there's also "using or arrived at by means of process of trial and error rather than set rules." That is not necessarily the same as or fully consistent with the notion that it's -- that it's self-modifying.
>
> So there's -- there's a number of the -- you would have to think real hard about drawing the then diagrams of these different definitions. I wouldn't necessarily say that they're all precisely describing the same thing.
>
> I would have to, you know -- certainly when we do claim construction in this case, I look pretty carefully at it, and I don't, as I say, I don't think it matters for the purposes of the infringement of the accused product simply because the spec lists those three and they match what's in the accused product. I do think that these definitions here give you a pretty good sense of it, but I wouldn't necessarily accept this paragraph as, you know, fully controlling of what the word means.

Fazio Decl. in Support of Samsung's Motion for Summary Judgment, Ex. 29A (Polish Dep.) at 57:18-59:7.)

> Q. In your earlier answer, you had stated that for some definitions of "heuristic" the searches in the Soliloquy -- the phonetic searches could be considered heuristic searches. Under what definitions of "heuristic"?
>
> A. Well, I taught computer science around this time and I taught artificial intelligence, and we taught something referred to as heuristic search. And I think when I looked at the file history for the '604 patent, there was a description in there of some definitions of "heuristic" and I think they were all within the range of what people would accept, which is generally some kind of rule of thumb that

---

[1] The '604 patent is a continuation of the asserted '959 patent.

helps you find an answer.  I know it's a very vague answer, but heuristic is kind of a broad concept."

Fazio Decl. in Support of Samsung's Motion for Summary Judgment, Ex. 29A (Apr. 3, 2012 Polish Dep.) at 25:21-26:12)

**Kenneth McLeod - Apple's Designated Corporate Witness Regarding its AppleSearch Information Retrieval System from the 1990's**

> Q.  CPU cycles.  Okay.  So your definition of a heuristic is something that makes an algorithm more efficient than it might otherwise be?  Am I understanding that correctly?
>
> THE WITNESS:  I think that's how I would think of it.
>
> BY MR. WARREN:  Q.  Okay.  How can you tell whether or not an algorithm is more efficient than it might otherwise be if you don't construct a whole   bunch of other algorithms and examine their efficiency?
>
> THE WITNESS:  You would have to do that and see which is, you know, more efficient.

Fazio Decl. in Support of Samsung's Motion for Summary Judgment, Ex. 29B, (McLeod Dep.) at 275:20 – 276:11 (objections omitted).)  Mr. McLeod is a person of ordinary skill for purposes of the '959 patent.  *See*, *e.g. id.* at 8:5-13:1, 32:19-25, 269:12-272:2.

**Oliver Steele – Developer Of Apple Software, Including Information Retrieval Interfaces**

> Q. What is your understanding of the meaning of "heuristic"?
>
> A. It is, I believe it is, vaguely used something around the idea of formalizing a rule of thumb or of implementing an algorithm which may sometimes give incorrect results, but is useful as a first pass where you don't need to be absolutely correct.
>
> Q. You mentioned it is vaguely used.  What did you mean by that?
>
> A. I mean that if you put two computer scientists or software engineers in a room and asked them whether something was -- some particular thing was heuristic, I suspect a lot of times they would disagree.
>
> Q. So you would get many different answers?
>
> Q. Is that correct?
>
> A. Well, there's only two answers about whether something is or isn't a heuristic.  Yes, you would get both of those.

Fazio Decl. in Support of Samsung's Motion for Summary Judgment, Ex. 29C, (Steele Dep.) at 67:20-68:19 (objections omitted). Mr. Steele is a person of ordinary skill for purposes of the '959 patent. *See*, *e.g. id*. at 7:1-8:6, 11:4-24:14, 25:2-33:3, 47:3-48:18.

**Tim Oren - Former Apple engineer responsible for research and development of information retrieval algorithms and interfaces for Apple in the late 1980s to early 1990s**

> Q. Sure, sure. If it's easier not to use an example at all, that's fine. But I'm just trying to understand what the difference is between your definition or your understanding of a heuristic in the context of user interface versus the context of software -- or computer science?
>
> BY MR. YANG:
>
> Q. So what is the difference between those two definitions?
>
> THE WITNESS: It's difficult to give a general answer because of the vagueness of the term. What I've been trying to do is anchor it in particular things. In the algorithmic sense, my understanding of the term is something that is not going to be – that's not going to give the same answer, even when asked the same way. It implies a rule of thumb that may or may not be other people's definition of the term. Okay. In the user interface sense, I'm using it in the sense of, here is a rule of thumb that the system designers have come up with to guesstimate either user intent or what we think would serve the user well. And that, again, may or may not be anybody else's definition of the term.

Fazio Decl. in Support of Samsung's Motion for Summary Judgment, Ex. 29D, (Oren Dep.) at 55:21-56-25 (objections omitted).)

> Q. So what's the difference, then, between a rule of thumb and an inference?
>
> THE WITNESS: A very blurry one.
>
> BY MR. YANG:
>
> Q. Can you define it?
>
> A. No, not really. What's that famous quote? I'll know it when I see it.
>
> Q. Would that also apply to heuristics?
>
> THE WITNESS: Kind of depends on the domain, the sense of the word.
>
> BY MR. YANG:
>
> Q. So is that a "yes," then?
>
> THE WITNESS: I think so.

Fazio Decl. in Support of Samsung's Motion for Summary Judgment, Ex. 29D, (Oren Dep.) at 220:15-221:6 (objections omitted).)  Mr. Oren is a person of ordinary skill for purposes of the '959 patent.  *See*, *e.g. id*. at 91:21-92:18, 315:8-316:17.

**Stephen Capps – Former Apple Engineer and Developer of the Apple Newton's "Global Find" Feature**

> Q. So the idea of using different heuristics to decide the result of a search like this, that was something somebody could have implemented when you filed for this 447 patent, true?
>
> A. Again, heuristic is that 50 dollar word. I've upped the ante here. Heuristic is just too vague of a term.  If you say make your best guess based on the last used or times used, yes, that's a relatively straightforward problem.
>
> Saying heuristic when I don't know what heuristic even means half the time, but I certainly don't -- I think it's one of those big words that can mean a billion different things, so I can't say yes to that about it being somebody skilled using a heuristic.  It just means too much.
>
> Q. So how would a computer programmer know if an algorithm they were using was a heuristic approach or was not a heuristic approach?
>
> THE WITNESS: Heuristic is not a word I use, so I'm not just enough of a computer scientist to say what the answer to that would be.
>
> The only time I use that word is when I want to sound like I know what I'm talking about.
>
> BY MR. CURRAN:
>
> Q. But somebody with your experience and your education, if I just told you go use a heuristic approach, that would be -- that wouldn't be enough information, would it, for you to know whether you were using a heuristic approach or not?
>
> THE WITNESS: Heuristic, like I said, heuristic could mean anything. Heuristic could be like I like chocolate, so I'm going to use chocolate.
>
> In the context of this patent I'm sure it's defined, but I don't know what -- I can't draw any -- I can't draw any inference besides that, that that's what word was used here. I see what these diagrams present. And as to what it really quote means, that's not really my department.
>
> BY MR. CURRAN:
>
> Q. Suppose I was just going to do a straight compare and I was just going to take database entry that says Isaac Asimov and compare some string in a buffer and

4

>say is this string also Isaac Asimov. That kind of case [in]sensitive straight compare, is that a heuristic?
>
>THE WITNESS: Again, I'm not -- I wish Isaac Asimov were answering that question. I'm not enough of a wordsmith to say that -- like I said, a heuristic is anything you want it to be. If I like chocolate and you asked me to make my best guess of what flavor ice cream I'm going to eat tomorrow, I'd say chocolate. Am I using a heuristic? I don't know.

Fazio Decl. in Support of Samsung's Motion for Summary Judgment, Ex. 29E, (Capps Dep.) at 101:19-104:17 (objections omitted). Mr. Capps is a person of ordinary skill for purposes of the '959 patent. *See*, *e.g. id*. at 11:20-12:3, 14:2-17:16, 19:5-20:18, 27:24-30:25.

### **David Casseres – Former Apple Engineer for Apple's Search Products in the 1990's**

>Q. And what is your -- your understanding of the word "heuristic"?
>
>A. A heuristic to me is a method of doing something that doesn't depend on analysis of the problem but has simply been found to work.

Fazio Decl. in Support of Samsung's Motion for Summary Judgment, Ex. 29F, (Casseres Dep.) at 295:24-296:3.

>Q. So you've been programming search products at Apple for over 10 years. If I gave you a piece of software, do you think you'd be able to tell me whether it used heuristics or not?
>
>THE WITNESS: Am I running this piece of software or reading the code or what?
>
>Q. Reading the source code.
>
>THE WITNESS: Yeah, I -- it's not an answerable question.
>
>Q. And why isn't it an answerable question?
>
>A. Because I don't -- looking at the code, supposing that I understand the code completely, I don't really know whether a particular method was arrived at by analyzing a problem or not.

Fazio Decl. in Support of Samsung's Motion for Summary Judgment, Ex. 29F, (Casseres Dep.) at 297:12-298:7 (objections omitted).)

>Q. I see.
>
>   So even with the source code, supposing that you understood it completely, you wouldn't be able to know whether it uses a heuristic or not. Is that fair?

> MS. SLADIC: Objection; mischaracterizes the witness' testimony, calls for expert testimony, calls for speculation, incomplete hypothetical.
>
> THE WITNESS: All that.
>
> Q. I'm sorry?
>
> A. All of that. I can't answer the question.
>
> Q. So what is it about the word "heuristic" that makes it that you can't determine whether source code includes it or not?
>
> MS. SLADIC: Objection; mischaracterizes the witness' testimony.
>
> THE WITNESS: I can't tell a heuristic from reading the source code because I don't know what -- how it was reached. I don't know how that solution was arrived at.
>
> Q. And that's something that was arrived at in the head of the programmer. Is that fair?
>
> A. Perhaps.
>
> Q. So whether a heuristic is used would depend on how the programmer in their mind arrived at the solution to the problem. Is that fair?
>
> MS. SLADIC: Objection; mischaracterizes the witness' testimony.
>
> THE WITNESS: It isn't a detailed analysis, whether -- whether something is a heuristic or not.
>
> It's -- you know, it's a heuristic if it was -- in -- in my definition of heuristic, it is a heuristic if it was arrived at in a certain way or not arrived at in a certain way.

Fazio Decl. in Support of Samsung's Motion for Summary Judgment, Ex. 29F, (Casseres Dep.) at 298:8-299:20. Mr. Casseres is a person of ordinary skill for purposes of the '959 patent. *See*, *e.g. id*. at 14:11-32-15.

**Tim Harrington – Former Apple Software Developer and Manager of the Newton Group**

> Q. Can you give an example of a heuristic?
>
> A. Not of -- not -- not -- no. Not right now. I mean, if I've given enough time I'm sure I can, but . . .
>
> Q. Anything more definitive than just a method of algorithm to measure and determine a result to measure data?

        THE WITNESS:  No, nothing more than that.

Fazio Declaration in Support of Samsung's Summary Judgment Motion, Ex. 29G, (Harrington Dep.) at 121:6-14 (objections omitted).  Mr. Harrington is a person of ordinary skill for purposes of the '959 patent.  *See*, *e.g. id*. at 10:8-22, 11:11-22, 32:1-14, 37:17-38:24, 46:24-47:23.