# EXHIBIT A-2

Highly Confidential - Outside Attorneys' Eyes Only

Page 1

1           IN THE UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
3
4
   APPLE INC., a California
5      Corporation,
                   Plaintiff,
6
         v.                         NO. 12-CV-00630-LHK
7
   SAMSUNG ELECTRONICS CO., LTD.,
8  A Korean corporation, et al.,
                   Defendants.
9  _____/
10
   HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
11
12              VIDEOTAPED DEPOSITION
13                      OF
14             DANIEL J. WIGDOR, PH.D.
15               New York, New York
16            Sunday, September 22, 2013
17
18
19
20
21
22
23
24  Reported by:
   ANNETTE ARLEQUIN, CCR, RPR, CRR, CLR
25  JOB NO. 66082

Page 90

1      (Document review.)
2      A.   There are a few aspects. First and
3   most important is -- I'm looking now to the
4   patent, claim 18 says, "A graphical user
5   interface on a portable electronic device with a    11:04AM
6   keyboard and a touchscreen display."
7          The graphical user interface of a
8   device is the virtual object or the virtual
9   stuff that act reply appears on the screen.
10         In this claim, it calls out the        11:04AM
11  graphical user interface as a separate entity
12  from what follows. So it is a graphical user
13  interface on a portable electronic device with a
14  keyboard. So the device is required to connect
15  the keyboard independently of the graphical user    11:05AM
16  interface. That's the first.
17         Second, here the ordering of keyboard
18  in the claim, a keyboard and a touchscreen
19  display. The fact that before describing things
20  that would be on the touchscreen, the keyboard    11:05AM
21  is called out. That further reinforces for me
22  the intention or, excuse me, further reinforces
23  for me what the person of ordinary skill would
24  understand.
25         And additionally in the claim    11:06AM

Page 91

1   language, we see, for example, the phrase, in
2   part, "If the user activates a key on the
3   keyboard," which is distinct from, later on,
4   "the user performs a gesture" on something that
5   would be on the touchscreen.    11:06AM
6          Activating a keyboard is something
7   also to describe a physical keyboard and that
8   simply reinforces what I've described elsewhere
9   or described previously.
10     Q.   Okay. You looked first at the use of    11:07AM
11  the term "graphical user interface on a portable
12  electronic device."
13         You agree it says the graphical user
14  interface is on the device, correct?
15     A.   I see that, yes.    11:07AM
16     Q.   And in order for a graphical user
17  interface to work, there has to be, in this
18  case, a touchscreen display, correct?
19     A.   In this case, the graphical user
20  interface requires at least in part input from    11:07AM
21  the touchscreen, that's true.
22     Q.   And then why by the same logic
23  doesn't the graphical user interface require
24  input from the keyboard?
25     A.   Using the terms as I understand them,    11:08AM

Page 92

1   the graphical user interface here -- described
2   here does require input from the keyboard.
3      Q.   Your understanding based on this
4   clause, though, is that the keyboard is
5   something different and can't be part of the    11:08AM
6   touchscreen display; is that correct?
7      A.   That's in part what I've been
8   explaining, yes.
9      Q.   Is it based on just the word "and"?
10         MS. FERNANDS: Objection.    11:08AM
11         Mischaracterizes.
12     A.   No, it's not just based on the word
13  "and."
14     Q.   Well, it doesn't say that they have
15  to be separate.    11:08AM
16         Does it use the word a "separate"
17  touchscreen display?
18     A.   The word "separate" doesn't appear
19  here, but that doesn't change how I think the
20  person of ordinary skill would read this.    11:08AM
21     Q.   Now, you understand that a person of
22  ordinary skill in the art is supposed to read
23  the claims in light of the specification; is
24  that correct?
25     A.   Yes.    11:09AM

Page 93

1      Q.   And you acknowledge that the
2   specification of the '172 patent talks about
3   virtual keyboards and physical keyboards,
4   correct?
5      A.   It does, yes.    11:09AM
6      Q.   But every figure shows a virtual
7   keyboard, correct?
8      A.   Could you rephrase the question?
9      Q.   Yes. Every figure of the '172 patent
10  that shows a portable electronic device shows a    11:09AM
11  virtual keyboard, not a physical keyboard,
12  correct?
13         (Document review.)
14     A.   I believe that's correct, yes.
15     Q.   In figure 2, for example, element 210    11:10AM
16  is a virtual keyboard, correct?
17     A.   I see that, yes. As carefully
18  distinguished from physical described elsewhere,
19  yes.
20     Q.   And looking at figure 2, for example,    11:10AM
21  isn't element 214 a touchscreen display?
22         (Document review.)
23     A.   Could you repeat the question,
24  please?
25     Q.   Is element 214 part of a touchscreen    11:11AM

Page 102

1  Q. And why, again, does the order have
2  anything to do with how one interprets what the
3  keyboard is?
4  A. I certainly recognize that
5  conjunctions are symmetrical as a fact of          11:34AM
6  symbolic logic. But what I believe is here in
7  claim 18 where the person of ordinary skill will
8  see the graphical user interface is called out
9  separately and the keyboard is described first
10 before explaining that there is a touchscreen     11:34AM
11 display, I believe that that serves to reinforce
12 the separation that is already clear.
13  Q. But in claim 28 there is a display
14 called out and then a keyboard, which by your
15 logic, wouldn't that argue that they have to be    11:35AM
16 completely separate?
17  A. I don't believe that in claim 28 the
18 display and the keyboard have to be completely
19 separate.
20  Q. Just because keyboard is second?       11:35AM
21  A. No, not for that reason alone.
22      In claim 18 what is explained is this
23 graphical user interface, which is separate from
24 the rest of the device, which is described first
25 as having a keyboard and then as having a          11:35AM

Page 103

1  touchscreen display.
2      In claim 28, there is no attempt to
3  distinguish between the graphical user interface
4  and these elements.
5  Q. In your view, do each of the elements   11:36AM
6  in claim 18 have to be part of the graphical
7  user interface?
8  A. No, I don't believe that they do.
9  Q. Well, isn't that what the word
10 "comprising" means? Do you have an                11:36AM
11 understanding of what the word "comprising"
12 means in patent parlance?
13  A. I do understand that that's what
14 comprising means. But when you said the
15 elements have to be part of the graphical user    11:36AM
16 interface, I was understanding that to include
17 portable electronic device, which I don't think
18 is part of a graphical user interface. I don't
19 believe the keyboard is, and I don't believe the
20 touchscreen is.                                   11:36AM
21  Q. Okay. But the elements after
22 "comprising," do they all have to be part of the
23 graphical user interface?
24  A. There are portions of this where it
25 describes how the graphical user interface will   11:37AM

Page 104

1  respond to certain things. For example, it
2  refers to the user. Obviously the user is not
3  part of the graphical user interface. Excuse
4  me, it refers to how the interface responds to
5  the activation of a key on the keyboard. Those    11:37AM
6  aren't part graphical user interface.
7      But, you know, the primary elements
8  in each of the limitations, yes, is part of the
9  graphical user interface.
10  Q. So, again, your view is that some of    11:38AM
11 these things after comprising are part of the
12 graphical user interface and some of them are
13 external to it. And you point out the user and,
14 in your view, the key on the keyboard are being
15 outside of the graphical user interface.          11:38AM
16      Is that your reading of how this
17 works?
18  A. My reading of it is that the text
19 comprising, excuse me, the use of the term
20 "comprising" describes elements that thereafter   11:38AM
21 are part of the graphical user interface.
22      But language is used to describe the
23 behavior of those components in response to
24 things that are happening after or things that
25 are happening outside. And, yes, those include    11:38AM

Page 105

1  the user doing things and the physical keyboard
2  sending input into the system.
3  Q. And you gave some weight to the use
4  of the term "activate."
5      Have you ever heard the term            11:39AM
6  "activate" to describe an action performed on a
7  virtual keyboard?
8  A. I have seen that term. It's common
9  in user interface design to use metaphor,
10 because we're trying to describe virtual things   11:39AM
11 that very commonly employ metaphor and show
12 metaphor.
13      If the word "activate" appeared only
14 on its own and not in this larger context, then
15 it wouldn't -- it wouldn't carry particular       11:39AM
16 weight. I meant only that it reinforces what is
17 already to me clear that this is physical.
18  Q. Is it correct that this
19 interpretation is central to your opinion that
20 the accused Samsung products do not infringe      11:39AM
21 claim 18 of the '172 patent?
22  A. Yes, that's fair to say.
23  Q. In fact, do you offer an opinion on
24 any other grounds as to why the accused products
25 do not infringe claim 18 of the '172 patent       11:40AM

27 (Pages 102 to 105)

Highly Confidential - Outside Attorneys' Eyes Only

## Page 106

```
 1   other than your view that they do not provide a
 2   physical keyboard?
 3       A.   I'm sorry, can you please repeat the
 4   question?
 5       Q.   Sure.                          11:40AM
 6            Well, let me step back.
 7            Do you understand that amongst the
 8   accused products, there are specific keyboards
 9   that are accused of infringement by Apple in
10   this case?  Keyboard systems, I should say.  11:40AM
11       A.   Yes, I understand that.
12       Q.   And is it your understanding that the
13   so-called Android keyboard system is accused of
14   infringement in this case, correct?
15       A.   Yes, I understand that to be true.  11:40AM
16       Q.   But not the Samsung keyboards?
17       A.   I know that, yes.
18       Q.   And one version of the Swype keyboard
19   is accused infringement but not a later version;
20   is that correct?                         11:41AM
21       A.   That's my understanding, yes.
22       Q.   Do you know of terminology that's
23   used to differentiate between those two
24   different versions of the Swype keyboard that we
25   can use for purposes of our discussion?   11:41AM
```

## Page 107

```
 1       A.   I hadn't thought of it before.  I'm
 2   sorry.  I would like to be able to help.
 3       Q.   I think in your report you did say at
 4   some point the Swype keyboard was changed, but
 5   you didn't give it new name.  So we don't get  11:41AM
 6   confused on the record, we can call it the old
 7   Swype or the new Swype or --
 8       A.   Old and new sounds fine to me, sure.
 9       Q.   So the older -- the older version of
10   the Swype keyboard is accused of infringement in  11:41AM
11   this case; is that correct?
12       A.   That's my understanding, yes.
13       Q.   For the Android keyboard and the
14   older version of the Swype keyboard, do you
15   provide an opinion as to those systems that use  11:42AM
16   that technology -- let me start over again.
17            Other than arguing that those systems
18   do not provide a physical keyboard, do you offer
19   any other non-infringement opinion as it relates
20   to products that utilize the Android keyboard  11:42AM
21   and the older Swype keyboard?
22       A.   To be clear, it is my opinion that
23   the claim requires a physical keyboard, and
24   those don't have a physical keyboard and
25   therefore don't infringe.  There are no other  11:42AM
```

## Page 108

```
 1   bases for my opinion.
 2       Q.   And you understand that if that's
 3   determined to be an issue of claim
 4   interpretation, the court at some point may
 5   offer a claim construction.  And if the court  11:43AM
 6   disagrees with your reading of claim 18, then
 7   you don't offer any opinion as to why those
 8   Android or earlier Swype keyboards do not
 9   infringe claim 19, correct?
10       A.   Well, to be clear, I think it's    11:43AM
11   important to understand that the claim does
12   require a physical keyboard.  But aside from
13   that, then I have no other basis for my
14   opinions.
15       Q.   The report contains a fair number of  11:43AM
16   pages devoted to the Samsung keyboard that you
17   understand not to be accused.
18            What was the purpose of including
19   that in this report?
20            (Document review.)                 11:44AM
21       A.   I was attempting to provide an
22   overview of the products that were accused and
23   functionality that relates to the matter at
24   hand.
25       Q.   And so the discussion relating to the  11:44AM
```

## Page 109

```
 1   Samsung keyboard on -- well, subsection, let's
 2   see, 6A through -- all of 6A relates to the
 3   Samsung keyboard input methods, correct?
 4            (Document review.)
 5       A.   Can you repeat the question, please?  11:45AM
 6       Q.   I was just trying to identify the
 7   Section 6A of your report, which spans pages 19
 8   through 40, is a description of the Samsung
 9   keyboard system that is not accused of
10   infringement in this case, correct?      11:47AM
11       A.   Yes.  Yes, that's correct.
12       Q.   Then turning to page 51 --
13       A.   Okay.
14       Q.   -- after you've described some
15   functionality -- strike that.            11:47AM
16            Starting on page 49, Section C, that
17   relates to the Swype method.
18       A.   Yes, I see that.
19       Q.   Paragraph 100 says, "In early
20   versions of Swype, as shown on the Samsung Dart,  11:48AM
21   the software had predictive text called 'word
22   prediction' disabled by default."
23            Did you evaluate whether or not the
24   word prediction could be turned on in those
25   early versions of Swype, such as on the Samsung  11:48AM
```