# EXHIBIT D-2

Page 1

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4

5   APPLE INC., a California        )
6   corporation,                    )
7            Plaintiff,             )
8   vs.                             ) No. 12-cv-00630-LHK
9   SAMSUNG ELECTRONICS CO., LTD.,  )
10  Korean business entity;         )
11  SAMSUNG ELECTRONICS AMERICA,    )
12  INC., a New York corporation;   )
13  SAMSUNG TELECOMMUNICATIONS      )
14  AMERICA, LLC, a Delaware        )
15  limited liability company,      )
16           Defendants.            )
17                                  )
18

19     * * * CONFIDENTIAL PROPRIETARY SOURCE CODE * * *

20      VIDEOTAPED DEPOSITION OF MARTIN RINARD, Ph.D.

21              WEDNESDAY, OCTOBER 2, 2013

22                SAN FRANCISCO, CALIFORNIA

23

24  REPORTED BY:

    JANIS JENNINGS, CSR 3942, CLR, CCRR

25  JOB NO: 66001

Confidential Proprietary Source Code

Page 174

1  in my hypothetical is the heuristic that includes --
2  that searches the Internet.
3      A.  So as I understand the question -- look.
4  There is a -- there is voluminous documentation here
5  that describes how the AppleSearch system         15:01:05
6  invalidates the asserted claims of the '959 patent.
7      Q.  And you can't identify what in your
8  voluminous analysis is the element that is the
9  heuristic that searches the Internet?
10         MR. CURRAN:  Objection.  Argumentative.   15:01:29
11  Mischaracterizes testimony.
12         (Clarification requested by Reporter.)
13         MR. CURRAN:  Argumentative.
14  Mischaracterizes testimony.
15         THE WITNESS:  So to meet the limitations of 15:01:54
16  claim 24, you have to have, as claim 24 reads,
17  instructions -- again, to the extent that the
18  preamble is limiting, you have to have instructions
19  that receive an information identifier, provide the
20  information identifier to a plurality of heuristics 15:02:18
21  to locate information, determine at least one
22  candidate item of information and display
23  representation of said candidate item of
24  information.
25         And you'll notice that I have -- in fact,  15:02:30

Page 175

1  what I should probably do is go back and read this
2  just so the record is completely clear.  Okay?  So
3  you see the elements of the asserted claim 24.
4  The -- the system has to have instructions that do
5  that to the extent that a computer -- the computer  15:02:44
6  readable medium has to contain instructions to the
7  extent that it's limiting.  So if you look at the
8  AppleSearch system, it contains those instructions.
9  BY MR. BUROKER:
10     Q.  Right.                                    15:02:57
11         What is it?  What instruction in the
12  AppleSearch system provides the information
13  identifier to a heuristic to locate information on
14  the Internet?
15     A.  Okay.  There are instructions in the       15:03:08
16  AppleSearch server, instructions in the -- I note
17  here that when I say "AppleSearch server," that's
18  the software as identified in the administrator's
19  guide, which states explicitly that the AppleSearch
20  server is the software.  So there are instructions  15:03:51
21  in the AppleSearch server, and -- let me see.
22         And I'm going to find in the claim chart
23  here where -- the specific information that you are
24  looking for, I believe.
25         And let's see.  There are pictures in the  15:04:24

Page 176

1  AppleSearch documentation that show the
2  AppleSearch -- you know, that show AppleSearch
3  providing -- the illustrated AppleSearch providing
4  the information identifier to the heuristic.
5      Q.  What's the heuristic that searches the    15:05:05
6  Internet?
7      A.  The heuristic is the heuristic that I
8  identified as the WAIS Internet heuristic.
9      Q.  So you agree that the WAIS Internet
10  heuristic does not come with the AppleSearch 1.5   15:05:19
11  system; correct?
12         MR. CURRAN:  Objection.  Vague.
13         THE WITNESS:  So the WAIS Internet -- so --
14  okay.  So AppleSearch has voluminous documentation
15  regarding how its operation -- how things work.  So 15:05:34
16  part of that documentation describes how WAIS works
17  and how it interfaces with WAIS.
18  BY MR. BUROKER:
19     Q.  Right.
20         But the WAIS heuristic that you identified 15:05:44
21  as being the heuristic doesn't come with the
22  AppleSearch 1.5 system; right?
23         MR. CURRAN:  Objection.  Vague.
24         THE WITNESS:  Can you be more specific by
25  what you mean by the "AppleSearch system"?  It's -- 15:05:56

Page 177

1  BY MR. BUROKER:
2      Q.  What do you mean by the "AppleSearch
3  system"?
4      A.  Oh.  So I mean the AppleSearch system as
5  described in my -- Exhibit 1 to my expert report.   15:06:07
6      Q.  Right.  And that includes, does it not, a
7  connection to a WAIS server; correct?
8      A.  It certainly is true that AppleSearch can
9  connect to a WAIS server; correct.
10     Q.  WAIS servers do not come with the          15:06:31
11  AppleSearch 1.5 software when you purchase it from
12  Apple; correct?
13     A.  So WAIS -- so the AppleSearch software came
14  with the capability to connect to WAIS servers.
15     Q.  But did not come with a WAIS server;       15:06:45
16  correct?
17     A.  The AppleSearch server -- in fact, the
18  AppleSearch product came with documentation showing
19  how to connect to WAIS servers, showed -- came with
20  instructions showing people how to connect to WAIS  15:06:54
21  servers.  It came with software that connected to
22  WAIS servers.  And in that way AppleSearch meets the
23  limitations of the asserted claims.
24     Q.  I'm going to ask again, because I'm not
25  getting an answer to my question.                  15:07:08

Confidential Proprietary Source Code

```
                                                     Page 178
 1        It did not come with a WAIS server as part
 2   of the software; correct?
 3        MR. CURRAN:  Objection.  Asked and answered.
 4   BY MR. BUROKER:
 5        Q.  It hasn't been answered.          15:07:14
 6        A.  So AppleSearch came with -- well, okay.  So
 7   AppleSearch came with documentation that described
 8   the operation of AppleSearch.  It came with software
 9   that includes connections to WAIS servers -- that
10   you can use to connect to WAIS servers.  It  15:07:33
11   included, you know, documentation showing how to
12   connect to WAIS servers.  It showed -- it had
13   instructions that show how to connect to WAIS
14   servers.
15        Q.  I will move to strike as nonresponsive.  15:07:56
16        It did not include a WAIS server as part of
17   the software when you purchased AppleSearch 1.5;
18   correct?
19        A.  I believe I've answered your question.  So
20   AppleSearch came with software, client server  15:08:11
21   software.  The software was enabled -- the user's
22   end was designed to allow users to connect to WAIS
23   servers.  The software contained the ability to send
24   requests to WAIS servers.  The software and the
25   documentation showed how to connect to WAIS servers. 15:08:34
```

```
                                                     Page 179
 1        MR. BUROKER:  I move to strike that too.
 2   Okay.
 3   BY MR. BUROKER:
 4        Q.  What is the heuristic in your -- that
 5   searches the Internet in your analysis?  It's the  15:08:50
 6   WAIS server; right?
 7        A.  It's something that I -- it's the WAIS
 8   Internet heuristic.
 9        Q.  Right.  Which is part of the WAIS server,
10   right, according to your analysis in this chart?  15:09:05
11        A.  I would say the WAIS Internet heuristic was
12   implemented by a WAIS database search engine.
13        Q.  Which didn't come as part of the box when
14   you purchased AppleSearch 1.5; right?
15        A.  When you purchased AppleSearch 1.5, the box  15:09:26
16   came with documentation that showed how to connect
17   to WAIS servers.  It came with instructions that
18   showed people how to connect to WAIS servers.  It
19   was designed to connect to WAIS servers.  It was
20   designed to query local information as well as  15:09:49
21   information on the Internet.
22        Q.  How was it -- how was it connected to the
23   Internet?
24        MR. CURRAN:  Objection.  Vague.
25        THE WITNESS:  It contained -- well, clearly,  15:10:02
```

```
                                                     Page 180
 1   the WAIS documentation tells you to connect to the
 2   Internet.  I'm sorry.  Clearly, the AppleSearch
 3   documentation tells you to connect to the Internet.
 4   BY MR. BUROKER:
 5        Q.  And is it your opinion that a WAIS server  15:10:23
 6   that has a local database local to that WAIS server,
 7   that that is a search of the Internet when the
 8   AppleSearch system would connect to that WAIS server
 9   over the Internet?
10        MR. CURRAN:  Objection.  Vague.  Incomplete  15:10:38
11   hypothetical.
12        THE WITNESS:  So -- I'm sorry.  Could I have
13   the question read back again.
14        (Record read as follows:
15        "Q.  And is it your opinion that a WAIS  15:10:23
16         server that has a local database local
17         to that WAIS server, that that is a
18         search of the Internet when the
19         AppleSearch system would connect to that
20         WAIS server over the Internet?")  15:10:34
21        THE WITNESS:  So in the context of the
22   AppleSearch system, the WAIS database is provided
23   access to remote databases.
24        (Clarification requested by Reporter.)
25        THE WITNESS:  Remote databases over the  15:11:20
```

```
                                                     Page 181
 1   Internet.
 2   BY MR. BUROKER:
 3        Q.  So just connecting to something over the
 4   Internet means it is a search of the Internet:  is
 5   that your position?                           15:11:44
 6        A.  No, I didn't say that at all.
 7        MR. CURRAN:  Objection.  Mischaracterizes
 8   his testimony.
 9   BY MR. BUROKER:
10        Q.  So what about the WAIS system you claim  15:11:48
11   could be connected to by the AppleSearch 1.5 system
12   made it an Internet heuristic?
13        MR. CURRAN:  Objection.  Vague.
14        THE WITNESS:  So the claim doesn't discuss
15   Internet heuristics.  Could you --           15:12:07
16   BY MR. BUROKER:
17        Q.  Your analysis does.  You call it a "WAIS
18   Internet heuristic."  What makes it an Internet
19   heuristic?
20        A.  Oh, what makes it a WAIS --         15:12:14
21        MR. CURRAN:  Objection.
22        You got to let me get the objection.
23        THE WITNESS:  I'm sorry.
24        MR. CURRAN:  Objection.  Argumentative.  And
25   vague.                                       15:12:21
```

46

Confidential Proprietary Source Code

Page 182

1    THE WITNESS:  So if you look at the analysis
2  I present, you'll see that in Figure 4.17 there are
3  a illustrat- -- that I cite in my AppleSearch chart,
4  there are a variety of -- there are various
5  heuristics that make the WAIS -- that make the WAIS    15:12:54
6  Internet heuristic -- a heuristic.
7    In particular, there is synonym detection
8  which goes off and tries to find documents that have
9  words that contain synonyms that are synonyms that
10 are in the query.  There is also stemming, which    15:13:23
11 finds root words, as I discuss in detail here.
12 There's also various phonetic search capability.
13 Those are examples of things that make the WAIS
14 Internet search -- WAIS Internet heuristic a
15 heuristic.                                15:13:49
16 BY MR. BUROKER:
17    Q.  And that is from the free-WAIS-sf version of
18 the WAIS server; correct?
19    A.  There are -- there's many documents that I
20 cite in my report detailing the operation of WAIS,    15:13:57
21 and there's -- WAIS was developed over a period of
22 time.  Those documents show that WAIS systems -- the
23 WAIS systems that I cite implemented heuristics, as
24 I believe that that term is properly construed
25 within the context of the '959 patent.        15:14:17

Page 183

1    Q.  Which WAIS system other than free-WAIS-sf do
2  you identify as having heuristic?
3    MR. CURRAN:  Objection.  Vague.  Incomplete
4  hypothetical.
5    THE WITNESS:  So I cite documents describing    15:14:32
6  many WAIS systems in my expert report.  Those
7  documents describe many different heuristics of the
8  WAIS system -- describes different heuristics that
9  the WAIS systems implement, again as that term is
10 properly construed in the context of the '959    15:14:51
11 patent.
12 BY MR. BUROKER:
13    Q.  In the AppleSearch chart you don't rely on
14 any other WAIS server other than the WAIS -- excuse
15 me -- the free-WAIS-sf server to provide the    15:15:05
16 heuristic; right?
17    A.  So the free-WAIS -- so if you look at the
18 AppleSearch -- you know, the pictures in the -- in
19 the -- in the charts, you'll see that AppleSearch is
20 designed to interoperate with arbitrary WAIS    15:15:32
21 systems.
22    Q.  Name me one company or person prior to 2000
23 that used an AppleSearch 1.5 system to connect to a
24 free-WAIS-sf server.
25    A.  So if you look at the chart, you'll see that 15:15:52

Page 184

1  AppleSearch was designed to operate with arbitrary
2  WAIS servers.  There is voluminous documentation
3  about how WAIS servers were available.  There is
4  documentation about how the WAIS servers implemented
5  heuristics.  And all that documentation goes to show    15:16:10
6  that the -- that these -- that these servers
7  implemented heuristics.
8    Q.  Right.  So do you understand that for
9  anticipation you need to find a single system that
10 has all of the elements of the claim?  Correct?    15:16:25
11    A.  Well, let me go back and see if I can find a
12 relevant section in my report here.
13    So it says that "I understand" -- okay.  I'm
14 on page 49, paragraph 133.
15    "I understand that a prior art reference    15:17:25
16 'anticipates' an asserted claim, and thus renders
17 the claim invalid, if all elements of the claim are
18 disclosed in that prior art reference, either
19 explicitly or inherently (i.e., necessarily present
20 or implied)."                          15:17:41
21    Q.  Right.
22    So prior to 2000 what single system was
23 being used by somebody that had all of the elements
24 of the AppleSearch 1.5 system with the free-WAIS-sf
25 server that you identify in your report?    15:18:00

Page 185

1    A.  The -- so AppleSearch includes an enormous
2  amount of documentation showing how -- in fact,
3  advising people to connect to WAIS servers.  This
4  documentation shows -- in effect, shows people that
5  they should connect to the AppleSearch servers and    15:18:23
6  to access information.
7    The free-WAIS software was designed to
8  connect to WAIS servers.  It was designed to send
9  queries to WAIS servers.  It was -- you know, I cite
10 documentation about people who are using AppleSearch 15:18:45
11 for a variety of reasons, and all of that evidence
12 shows -- you know, is relevant to the operation of
13 the AppleSearch system.
14    Q.  And none of those people were using
15 AppleSearch to connect to a free-WAIS-sf server;    15:19:05
16 right?
17    MR. CURRAN:  Objection.  Form.
18    THE WITNESS:  Okay.  So, again, I think I've
19 answered the question.  But the way AppleSearch
20 worked and the way AppleSearch came with the box, it 15:19:22
21 contained software to -- that was designed to
22 connect to WAIS, that had the capability to connect
23 to WAIS servers.  It helped -- it was designed to
24 enable people to interact with WAIS servers.
25    The software itself was designed to forward 15:19:41

Page 186

```
1   queries to WAIS servers and to receive responses, so
2   it would interoperate with all these WAIS servers.
3   And, you know, I cited in -- many documents in my
4   report about people using WAIS and AppleSearch
5   together.                             15:20:05
6   BY MR. BUROKER:
7       Q.  Where is that?
8       A.  So take a look at page 3.
9       Q.  No document you cite in your report
10  identifies a system where the AppleSearch 1.5 system  15:20:26
11  was connected to a free-WAIS-sf version of WAIS;
12  correct?
13      A.  So what these documents describe and what
14  these documents establish was that AppleSearch was
15  designed to connect to WAIS servers, search WAIS  15:20:43
16  databases -- I'm sorry -- connect to WAIS servers,
17  transmit queries to WAIS servers, receive
18  information back from WAIS servers, use WAIS servers
19  as part of local and remote searches.
20      Q.  But that's like saying, "I know how to drive  15:21:03
21  a car," but that doesn't mean I'm driving a Ferrari.
22  How do you know that any of these people used the
23  free-WAIS-sf server?
24          MR. CURRAN:  Objection.  Vague.  Incomplete
25  hypothetical.                          15:21:19
```

Page 187

```
1           THE WITNESS:  To be honest, I don't
2   understand your analogy.
3   BY MR. BUROKER:
4       Q.  Skip the analogy.  You have no evidence that
5   anyone in the world prior to 2000 ever connected the  15:21:28
6   AppleSearch 1.5 system to a free-WAIS-sf server that
7   used stemming or any of the other heuristics that
8   you identify, do you?
9           MR. CURRAN:  Objection.  Argumentative.
10          THE WITNESS:  No, I mean, I believe it's   15:21:44
11  apparent that people did, in fact, connect
12  AppleSearch to free-WAIS -- I'm sorry -- to WAIS
13  servers that used stemming.
14  BY MR. BUROKER:
15      Q.  Name one person who did it.            15:21:59
16      A.  I mean, if you look at the documentation,
17  you can see that people using WAIS -- I'm sorry --
18  people using AppleSearch were instructed to connect
19  to WAIS servers, were instructed to do searches that
20  involved WAIS, and the software was designed to do   15:22:15
21  so.
22          There's documents -- there is -- there is a
23  lot of documentation that describes how to do it,
24  advises people about doing it, and that
25  documentation instructed people to go off and do it.  15:22:29
```

Page 188

```
1       Q.  Right.
2           You've testified yourself that there were
3   lots of different versions of WAIS servers -- in
4   fact, 70 or more; correct?
5           MR. CURRAN:  Objection.  Mischaracterizes   15:22:40
6   testimony.
7           THE WITNESS:  So I certainly didn't -- okay.
8   So I didn't provide any kind of number.
9   BY MR. BUROKER:
10      Q.  Okay.  But you're saying that as part of    15:22:46
11  your system that you believe existed prior to 2000
12  that there necessarily would have been a person who
13  connected version 1.5 of AppleSearch to a
14  free-WAIS-sf server that used stemming?
15      A.  So what the document -- what the         15:23:03
16  documentation and the evidence shows is that
17  AppleSearch was designed to work with WAIS servers.
18  AppleSearch contained instructions to interoperate
19  with WAIS servers.  AppleSearch contained software
20  that was designed to work with WAIS servers.  It     15:23:21
21  came with documentation that told people --
22  instructed people how to connect to WAIS servers and
23  access WAIS databases.
24      Q.  And you agree that what you've identified as
25  being the heuristic -- excuse me -- the Internet    15:23:35
```

Page 189

```
1   heuristic is remote from the AppleSearch server;
2   correct?
3       A.  Can you be more specific by what you mean by
4   "remote"?
5       Q.  It's not on the same machine as the        15:23:52
6   AppleSearch server; right?
7       A.  Oh.  I believe in the version I consider,
8   the WAIS server is running on a machine different
9   from -- in fact, on the Internet with respect to the
10  machine running the AppleSearch software.          15:24:22
11      Q.  And if claim 24 requires that all of the
12  heuristics are in the same machine where the
13  information identifier is provided, then that
14  heuristic would not be on the same machine where the
15  information is provided; right?                    15:24:43
16          MR. CURRAN:  Objection.  Form.
17          THE WITNESS:  Can you give me a more -- so
18  I'm going -- can you give me a more precise
19  specification of what the -- what's being -- of what
20  the precise hypothetical you have in mind is.      15:24:57
21  BY MR. BUROKER:
22      Q.  Yes.  If claim 24 is found to require that
23  the plurality of heuristics to locate information
24  reside on the same physical machine as the
25  instructions to receive an information identifier,  15:25:10
```

Page 202

1  Q. When you set up a free-WAIS-sf server, it
2  was on the same machine as the WAIS client; right?
3  A. I don't believe that accurately and
4  completely describes the scenario I'm discussing
5  here in context in this paragraph.        15:41:31
6  Q. What's inaccurate about it?
7  A. Can you ask me a more specific question so I
8  can respond appropriately in context?
9  Q. You said my statement was inaccurate.
10 What's inaccurate about my statement?      15:41:41
11 A. It doesn't -- it doesn't -- it does not
12 summarize -- it doesn't reflect accurately the
13 contents of what's going on in this paragraph.
14 Q. So in your WAIS demonstration system that
15 you set up, you chose to use the free-WAIS-sf-2.0.65  15:42:00
16 distribution; correct?
17 A. I'm sorry. Could I hear the question again.
18     (Record read as follows:
19      "Q. So in your WAIS demonstration system
20      that you set up, you chose to use the    15:42:00
21      free-WAIS-sf-2.0.65 distribution;
22      correct?")
23     THE WITNESS: That was a video -- that was a
24 demonstration. So I used the free-WAIS-sf-2.0.65
25 source code to demonstrate the capabilities of that   15:42:36

Page 203

1  system.
2  BY MR. BUROKER:
3  Q. Of what system?
4  A. Well, okay. So -- let me go back. So
5  the -- the free-WAIS-sf-2.0.65 system was a system   15:43:09
6  that I, you know, obtained the source code for and
7  compiled and installed on computers.
8  Q. And are you aware of any individual system
9  prior to 2000 that had a configuration identical to
10 what you created and described here in       15:43:48
11 paragraphs 480 to 484?
12     MR. CURRAN: Objection. Vague.
13     THE WITNESS: Let me get my document back in
14 shape here. Okay. So where did you direct me,
15 again?                                      15:44:29
16 BY MR. BUROKER:
17 Q. You describe a WAIS system that you set up
18 in paragraphs 480 to 484. The question is: Are you
19 aware of any system prior to 2000 that had this
20 particular configuration?                   15:44:43
21     MR. CURRAN: Same objections.
22     THE WITNESS: So when I did the
23 installation, I built a -- I installed a system that
24 is representative of the way those WAIS systems were
25 used and the capabilities that those systems had.   15:45:02

Page 204

1      I looked at the documentation of the -- that
2  came with the distribution, used that to understand
3  how to install it and chose -- and installed -- and
4  installed the system that is representative of the
5  way -- the capabilities and the way those systems   15:45:22
6  operated.
7  BY MR. BUROKER:
8  Q. You said representative of how those WAIS
9  systems were used. Who used a system like the one
10 you set up?                                 15:45:32
11 A. So if you look at the documentation, it
12 provides instructions to how to set up a system. It
13 tells you to do various things. It provides you
14 with instructions for how to do it. I went through
15 and installed a representative system -- a system   15:45:43
16 that -- that is designed to be representative of and
17 to illustrate the capabilities of the systems
18 that -- of this system.
19 Q. So your understanding is that a system that
20 has the capability to be set up in a certain way    15:46:04
21 anticipates a claim?
22     MR. CURRAN: Objection. Mischaracterizes
23 the testimony. Vague.
24     THE WITNESS: So I created this system to
25 illustrate the operation of a representative system. 15:46:18

Page 205

1  BY MR. BUROKER:
2  Q. Are you relying on your representative
3  system as prior art?
4  A. So the system that I installed is designed
5  to be representative.                       15:46:41
6  Q. You agree that the system you created in
7  2013 is not prior art to claim 24 of the '959
8  patent; correct?
9  A. The system I -- the system that I installed
10 was designed to be representative.          15:46:56
11 Q. And also the AppleSearch system that you
12 created in 2013 is not prior art to claims 24 and
13 25; correct?
14 A. The AppleSearch system -- and can you,
15 again, be -- be specific as to which AppleSearch    15:47:09
16 system you are talking about here?
17 Q. The demonstration system that you, you know,
18 disclose and cite to in your report. That system is
19 not prior art to claims 24 and 25?
20     MR. CURRAN: Objection. Objection. Vague. 15:47:23
21     THE WITNESS: So the AppleSearch system that
22 is used in the demonstration videos is designed to
23 be representative.
24 BY MR. BUROKER:
25 Q. You also created a demonstration based on   15:47:33

**Page 206**

1  Sherlock 2. That system is not prior art to claims
2  24 and 25; correct?
3      MR. CURRAN: Objection. Vague.
4      THE WITNESS: Are you referring -- can you
5  be more specific about what you're referring to when   15:47:49
6  you say that?
7  BY MR. BUROKER:
8      Q. The demonstration system you referred to in
9  paragraphs 494 to 497 of your report, that system is
10 not prior art to claims 24 and 25; correct?   15:48:04
11     A. And, again, I am looking -- I just want to
12 be sure that I give you the information you are
13 looking for here, so I want to be -- it is going to
14 take me a second to get that information. Do you
15 want me to go ahead and do that or not?   15:48:41
16     Q. Yes.
17     A. Okay. So the Sherlock system that is
18 demonstrated in the videos is intended to
19 demonstrate the functionality and be representative.
20     Q. It's not prior art itself; correct? That   15:48:58
21 demonstrative system you did videos of?
22     A. That system -- the Sherlock system that
23 appears in the videos is designed to be illustrative
24 and representative of the capabilities of the
25 Sherlock system.   15:49:16

**Page 207**

1      Q. You did not create a demonstrative system
2  for the MetaCrawler system; correct?
3      A. Can you be -- I mean, I'm not sure I
4  understand the question. Are you referring to a
5  specific piece of my report? Are you saying -- what   15:49:39
6  are you asking me?
7      Q. In your report you have a section where you
8  talk about video demonstrations that you created,
9  and you created one for WAIS, AppleSearch, Newton
10 version 2.0 running Hemlock and Sherlock 2.   15:49:55
11     Is it true you did not create a video
12 demonstration for the MetaCrawler system?
13     A. I did not -- so the -- my expert report does
14 not come with a video that demonstrates the
15 capabilities of MetaCrawler.   15:50:15
16     Q. Did you attempt to create a system that
17 demonstrates the capabilities of MetaCrawler?
18     A. No, I didn't.
19     Q. Did you have the source code available to
20 you for MetaCrawler?   15:50:31
21     A. I had MetaCrawler distribution that had
22 source code in it. I was able to analyze that
23 source code. I was able to verify and investigate
24 that source code.
25     Q. Okay. For the WAIS analysis you do, again,   15:50:47

**Page 208**

1  you're not relying on a single printed publication
2  as allegedly anticipating claims 24 and 25; correct?
3      A. So -- man. Okay. Let me -- so the -- my
4  opinion is that the WAIS system anticipates
5  claims 24 and 25, and the WAIS source code   15:51:25
6  demonstrates that the WAIS system invalidates the
7  asserted claims.
8      Q. And when you say "WAIS source code," you're
9  talking only about the free-WAIS-sf-2.0.65 source
10 code; correct?   15:51:40
11     A. So that is a piece of source code that I
12 analyzed along with a bunch of other documents in my
13 WAIS chart that together illustrate the
14 functionality of WAIS.
15     Q. Did you analyze any other WAIS source code   15:51:53
16 that you would argue anticipates claims 24 and 25,
17 other than the free-WAIS-sf-2.0.65?
18     A. There are a large number of documents that
19 describe the operation of different WAIS servers and
20 different WAIS systems, and all those documents show   15:52:13
21 how these WAIS systems -- you know, they're relevant
22 information for understanding operations of WAIS
23 systems and why the WAIS system anticipates 24 and
24 24 -- claims 24 and 25 of the '959 patent.
25     Q. Okay. But you're not relying on any source   15:52:33

**Page 209**

1  code for those other WAIS systems? You're only
2  relying on source code for free-WAIS-sf-2.0.65;
3  right?
4      A. So I cite many documents that describe the
5  operation of WAIS. I cite the free-WAIS 2.0.65   15:52:50
6  source code, and, you know, my analysis here focuses
7  on a 2.0.65 source code in large part. But of
8  course there's a large number of evidence that
9  demonstrates the functionality of WAIS that I cite
10 in this chart.   15:53:08
11     Q. You agree that there is no such thing as a
12 single WAIS system; correct?
13     MR. CURRAN: Objection. Vague.
14     THE WITNESS: What are you asking me? It's
15 not clear what the question is. And what do you   15:53:22
16 mean, "a single WAIS system"? What do you mean by
17 "a single WAIS system"?
18 BY MR. BUROKER:
19     Q. When I say -- you say "the WAIS system."
20 What is "the WAIS system"?   15:53:31
21     A. So the WAIS system is a system that was
22 developed over time at a variety of places,
23 including Dortmund, including by Brewster Kahle.
24 There is a history of the development of the WAIS
25 system over time, as is demonstrated by the evidence   15:53:49

Page 210

1  that I -- all the documents that I cite here in my
2  expert report and by the source code itself.
3      Q.  Okay.  Other than the free-WAIS-sf-2.0.65
4  configuration, what specific configuration of
5  clients, servers and databases do you claim          15:54:15
6  anticipates claim 24?
7         MR. CURRAN:  Objection.  Vague.
8         THE WITNESS:  So certainly the documentation
9  and the references cited here disclose a large
10 amount of information regarding WAIS, and all of     15:54:45
11 that information is relevant and -- is relevant to
12 the invalidation analysis that I perform in this
13 part of the claim chart that invalidates the
14 asserted claims.
15 BY MR. BUROKER:                                      15:54:59
16     Q.  Okay.  What WAIS client are you relying on?
17        MR. CURRAN:  Objection.  Vague.
18        THE WITNESS:  So the WAIS documentation that
19 I cite here describes aspects and characteristics of
20 a variety of WAIS clients.  All of that information  15:55:21
21 is relevant and -- is relevant to the analysis that
22 I do, in -- but I -- one specific WAIS client is the
23 XWAIS client.
24        (Clarification requested by Reporter.)
25        THE WITNESS:  Yeah, X-W-A-I-S, all one word,  15:55:45

Page 211

1  all lowercase.
2  BY MR. BUROKER:
3      Q.  And what company or individual prior to 2000
4  used an XWAIS client on the same machine as a
5  free-WAIS-sf server that searched locally and        15:56:06
6  connected to a free-WAIS server over the Internet?
7      A.  Okay.  So if you look at the documentation
8  and you look at the system -- and you look at the
9  software, you can see documentation inside the
10 free-WAIS 2.0.65 distribution, and you can see       15:56:28
11 the -- you can see documents there that instruct you
12 how to install, configure and use the
13 free-WAIS 2.0.65 system.
14        And that documentation instructs you to
15 perform a variety of things, including compiling the 15:56:50
16 ability to search local WAIS databases in a very
17 efficient way into the XWAIS client.  That's not the
18 only thing you can do with that distribution.  You
19 can also, you know, use it in other ways to
20 anticipate the claims.                               15:57:11
21        It describes a variety of ways of using the
22 system, and all of that goes together to show the
23 invalidity of claims -- of the asserted claims in
24 this case.
25     Q.  So is it your understanding that as long as  15:57:26

Page 212

1  all of the elements of a system are available that a
2  person would necessarily have combined them in a
3  manner to anticipate claim 24?
4         MR. CURRAN:  Objection.  Mischaracterizes
5  testimony.                                           15:57:55
6         THE WITNESS:  So are you asking me about any
7  particular system, any combination of elements in
8  particular, or just in general?
9  BY MR. BUROKER:
10     Q.  With regard to the WAIS system, is it your   15:58:12
11 view that because you can find an article that
12 mentions the free-WAIS-sf system and it mentions
13 using the stemming that you can come up with all of
14 the elements of claim 24 and it would still be an
15 anticipating system?                                 15:58:35
16     A.  So if you look at the free-WAIS system, what
17 you see is documentation that instructs you how to
18 build it, how to use it.  That documentation tells
19 you, in particular, how to compile a -- the
20 capability to search local WAIS databases            15:58:52
21 efficiently into a WAIS client.  It tells you how
22 to -- is there some --
23     Q.  Keep going.
24     A.  Okay.  It tells you how to -- how to set up
25 remote WAIS servers that you can access.  It tells   15:59:08

Page 213

1  you how to configure a system in all the ways that
2  you need to to anticipate the claims.
3      Q.  So are you relying on the publications
4  themselves or an actual system that was for sale or
5  in use prior to 2000?                                15:59:35
6      A.  So I believe -- so the WAIS system is the
7  system that I -- that anticipates claim 24 and 25.
8      Q.  Right.
9         And to be -- a system prior art has to have
10 been sold, offered for sale -- strike that -- has to 15:59:59
11 have been known, sold, offered for sale or in public
12 use.  What system are you aware of that was in
13 public use prior to 2000 that had all of the
14 elements of the WAIS system you've identified?
15     A.  So if you look at the documentation and the  16:00:13
16 articles that I cite in the WAIS chart, you'll see
17 evidence that WAIS systems were widely used, widely
18 known, widely adopted prior to 2000.  And those
19 systems and the documents described various -- you
20 know, described the characteristics of those systems 16:00:35
21 and their -- how they're intended to be used and the
22 capabilities that they offer to their users.
23     Q.  Are you aware as you sit here today of a
24 WAIS system that was in public use or sold or
25 offered for sale prior to January 5 of 2000 that had 16:00:53

Confidential Proprietary Source Code

Page 214

1  an XWAIS client, free-WAIS-sf server on the same
2  machine that searched locally using heuristics that
3  connected to a free-WAIS-sf server over the Internet
4  that used heuristics?
5      MR. CURRAN: Objection. Vague. Compound.    16:01:11
6  And form.
7      THE WITNESS: Can you break the question
8  down for me?
9  BY MR. BUROKER:
10     Q. No, I can't.                             16:01:24
11     Are you aware as you sit here today of a
12 WAIS system that was in public use or sold or
13 offered for sale prior to January 5 of 2000 that
14 used an XWAIS client, a free-WAIS-sf server on the
15 same machine as that XWAIS client that searched    16:01:37
16 locally using heuristics and that connected to a
17 free-WAIS-sf server over the Internet that used
18 heuristics?
19     A. So if you --
20     MR. CURRAN: Same objections.                16:01:49
21     THE WITNESS: Same objections? Okay.
22     If you look at the documentation I cite in
23 my report, if you look at the contents of the
24 free-WAIS-sf-2.0.65 distribution, if you look at all
25 the evidence that shows people using these systems, 16:02:04

Page 215

1  if you look at the documentation that comes with the
2  system, you'll see instructions for building and
3  configuring systems to include the ability to access
4  local databases efficiently in combination with
5  remote databases on the Internet to satisfy the     16:02:23
6  limitations of the asserted claims.
7  BY MR. BUROKER:
8      Q. And if it were so clear to set it up in the
9  manner you've described, you should be able to
10 identify the name of a person who did it prior to   16:02:35
11 2000; right?
12     MR. CURRAN: Objection. Argumentative.
13     THE WITNESS: So, again, I think I've
14 answered your question. The -- if I look -- so if
15 you look at all the documentation that I attached to 16:02:47
16 my report, you'll see evidence that WAIS was a
17 widely known, widely used system. The documentation
18 provides -- the documentation and articles tell you
19 what capabilities; they describe the capabilities;
20 they show people using it; they describe what its   16:03:04
21 goals were.
22     If you look at the -- for example, the
23 free-WAIS-sf-2.0.65 distribution, you will see that
24 that distribution is -- came specifically designed
25 to be compiled with, for example, the ability to    16:03:20

Page 216

1  access a local WAIS database efficiently from the
2  XWAIS client. You'll see that it had the capability
3  and was designed to have the capability to at the
4  same time access remote WAIS servers. You can see
5  that their system is designed to work in this way   16:03:42
6  and have those capabilities.
7      Q. Right.
8      Isn't it your testimony that --
9      MR. BUROKER: Let's go off, take a break.
10 Let's take a break.                                 16:03:52
11     THE VIDEOGRAPHER: This marks the end of
12 disc No. 3 in the deposition of Martin Rinard. The
13 time is now 4:03 p.m., and we are off the record.
14     (Off the record.)
15     THE VIDEOGRAPHER: This marks the beginning 16:19:14
16 of disk No. 4 in the deposition of Martin Rinard.
17 The time is now 4:19 p.m., and we are on the record.
18 BY MR. BUROKER:
19     Q. Sir, in your WAIS analysis, isn't it your
20 position that a person could have created an        16:19:31
21 anticipating system, not that a person actually did?
22     A. So if you look at the documentation that you
23 see that I've cited here in the expert report, if
24 you look at the documentation that comes with the
25 WAIS system, if you look at the instructions that   16:19:53

Page 217

1  that documentation gives to people -- for people
2  how to build and install the WAIS system, if you
3  look at -- so in particular there are specific
4  instructions to compile the ability to search local
5  databases efficiently and to the XWAIS client, for  16:20:12
6  example, into the WAIS client. And there is also
7  the capability to search remote WAIS database, to
8  configure the system, send queries to remote WAIS
9  databases and, you know, locate information using
10 those remote WAIS databases. All of that            16:20:36
11 information is present in there, and in fact you can
12 see documentation describing the capabilities of the
13 WAIS system describing how the WAIS system was used
14 and popularized, and it was a very prominent system
15 in -- back in the '90s.                             16:20:55
16     Q. In the demonstrative you created your own
17 synonym file for the system; correct?
18     A. Your -- which demonstrative are you
19 referring to?
20     Q. The WAIS demonstrative system that you      16:21:17
21 created where you demonstrate the synonym
22 functionality of the free-WAIS-sf server, you
23 created your own synonym file; correct?
24     A. Can you refer me to the -- a specific page
25 that you're -- that you're referencing here or a    16:21:32

Confidential Proprietary Source Code

Page 222

1  documents that have words that have related meanings
2  to the words that are present in your query.  So
3  what you can do is you can give it a query that has
4  a word in it and then find documents that have
5  synonyms of that word in it.  So you are more likely     16:27:50
6  to find documents that you might be interested in
7  even though they don't have exactly the same words
8  in them.  So that's what synonym detection does,
9  that is one of the ways you can set up a WAIS
10 database to use synonym detection is to give it a        16:28:04
11 synonym detection file -- a file of synonyms that
12 this file is organized as lines of words where the
13 words that you see are the synonyms you're
14 interested in.  And WAIS can read that file and do
15 synonym detection, and that's one of the things the      16:28:25
16 WAIS demonstration system that I demonstrated does.
17     Q.  Who created the synonym file?
18     A.  Okay.  So in general the WAIS documentation
19 tells you how to build synonym files.  So the way
20 the synonym files work is as I mentioned earlier and     16:28:42
21 as described in the WAIS documentation is there are
22 a list of lines in the file.  The file itself has
23 individual words on each line, and all of those
24 words are considered to be synonyms.  So the -- and
25 you can give that synonym file to a WAIS database        16:29:03

Page 223

1  and it will do synonym detection if you do
2  everything else right.  And what this lets you do is
3  design synonym files for specific kinds of WAIS
4  databases.
5      So in the demonstration system that I built         16:29:18
6  to demonstrate this capability, I provided a -- I
7  came up with a synonym file that was appropriate for
8  that database to demonstrate that kind of synonym
9  detection capability in ways where you are able to
10 give search terms that have a -- that have words in     16:29:33
11 the query that are similar to but not the same as
12 words in the -- the documents that you want to
13 retrieve.
14     Q.  Is that synonym file that you created based
15 on anything that you know of that existed prior to      16:30:00
16 2000?
17     MR. CURRAN:  Objection.  Vague.
18     THE WITNESS:  Okay.  So again, the way
19 synonyms works in WAIS is you've got a -- so WAIS
20 lets you do synonym detection, which I spoke about      16:30:13
21 earlier.  What synonym detection does is it lets you
22 define synonyms, in other words, words that have
23 roughly the same meaning so you can do a search for
24 a query that has one of them and one of those words
25 and retrieve documents that have other of those         16:30:31

Page 224

1  words.  Those synonyms let you find WAIS documents
2  that you might be interested in based -- that have
3  different words in them but are synonyms to the
4  words that you gave in the query.
5      So the synonym detection file, one of the          16:30:49
6  things I wanted to do in the demonstration system
7  was demonstrate the synonym detection capability of
8  WAIS, which is described in the documentation in
9  voluminous detail and the documentation tells you
10 how to build these synonym detection files.  So --     16:31:05
11 and I described the structure of the synonym
12 detection file earlier, so it's a set of lines with
13 synonyms on each line, each line contains a set of
14 words, those are the synonyms.
15     And the -- so the synonym detection file          16:31:19
16 that I -- so I -- I -- to demonstrate this
17 capability in WAIS in the demonstration -- in the
18 WAIS demonstration system that I show in the videos
19 attached to my initial expert report was -- yeah, so
20 it was designed to show off that capability.          16:31:44
21 BY MR. BUROKER:
22     Q.  That's not responsive.
23     Is it based on an actual system that existed
24 prior to 2000, the synonym file you created?
25     MR. CURRAN:  Objection.  Asked and answered. 16:31:57

Page 225

1      THE WITNESS:  Okay.  So you're asking -- so
2  you're asking me about synonym files.
3  BY MR. BUROKER:
4      Q.  I asked is the one you created in your
5  demonstration is based on something you know existed   16:32:10
6  prior to 2000 or is it just based on what you think
7  was capable of being built prior to 2000?
8      MR. CURRAN:  Objection.  Compound.
9      THE WITNESS:  So -- okay.
10     MR. CURRAN:  Vague.  Asked and answered.          16:32:20
11     THE WITNESS:  Okay.  So as I -- I believe
12 I've answered the question, but as I stated before,
13 the WAIS system had the capability to do -- offers
14 the ability to do synonym detection.
15     The basic idea behind synonym detection is       16:32:34
16 that you may want to if you give a query containing
17 one word or two words or three words or four words,
18 you may be interested in finding documents that
19 contain synonyms that are words that mean roughly
20 the same thing but aren't identical.                  16:32:55
21     So what you can do in WAIS is you can use
22 this capability and you can do it by building a
23 synonym file that the WAIS system uses to do synonym
24 detection.  So when you -- so when the WAIS system
25 does this, what it does is it reads the synonym       16:33:16

Confidential Proprietary Source Code

Page 226

1  file, it takes all of the words in the synonym file,
2  considers words on the same line of that file to be
3  synonyms, goes off and does synonym detection so
4  that if you give it one of the words in that line in
5  a query, it may find documents that contains other     16:33:33
6  of those -- that contains other synonyms in that
7  line.
8       So the -- so when I -- in the demonstration
9  system that you can see attached to the videos
10 attached -- the demonstration system that's     16:33:49
11 demonstrated in the videos that I attach to my
12 report show this synonym detection capability, and
13 they do this by -- by a synonym file that the system
14 uses to do synonym detection.
15      MR. BUROKER: Okay. I move to strike as     16:34:08
16 nonresponsive. I will move on.
17 BY MR. BUROKER:
18   Q. So did you speak to anyone in forming your
19 opinion that was a user of a WAIS system prior to
20 2000?     16:34:44
21   A. So when I look at the WAIS documentation, I
22 see a lot of documentation about how the system
23 works, the goals of the system, the vision of the
24 WAIS system, the capabilities of the WAIS system,
25 what WAIS was designed to do, what WAIS was deployed  16:35:08

Page 227

1  to do, how many people use the system. There is a
2  lot of publicity about WAIS.
3       All of these documents together demonstrate
4  the capability of the WAIS system, and as I think I
5  lay out in Exhibit 9, I cite very many WAIS     16:35:26
6  documents, a lot of documentation regarding the
7  abilities of WAIS, the goals it was designed to do,
8  how people used it, how many people used it, where
9  it was being used, who was developing it, why it was
10 being developed, that sort of thing.     16:35:40
11   Q. Can you answer my simple question of whether
12 you talked to anybody in forming your opinions about
13 the WAIS system?
14      MR. CURRAN: Objection. Argumentative.
15      THE WITNESS: So if you look at the way --  16:35:54
16 at the chart that I -- that I cite in my expert
17 report chart, attached to my expert report, what you
18 will see is a set of documents referenced that
19 describe various aspects of WAIS, the vision behind
20 WAIS, the idea of Brewster Kahle, the man who     16:36:11
21 initially came up with the WAIS vision, the
22 capabilities of the various systems that he
23 developed, the -- the -- the organizations that were
24 developing it, the people who were using it, the
25 various varieties of ways that you could use the     16:36:30

Page 228

1  system, and my opinion is based in part on that
2  documentation, as well as the free-WAIS-sf-2.0.65
3  distribution and other documentation associated with
4  the WAIS system.
5  BY MR. BUROKER:     16:36:52
6    Q. So you didn't talk to anybody; correct?
7    A. So if you look -- so I believe I've answered
8  that question. I'm going to try to answer it again.
9    Q. You haven't, sir. I am asking a question.
10     Did you speak to any human being live in     16:36:59
11 forming your opinion relating to the WAIS system?
12 Not documents you keep pointing to. Any human being
13 that you talked to?
14   A. Okay. So if I look at the documents here
15 that I attach to my report, these are the doc -- I     16:37:11
16 believe I cite the -- I cite these documents and the
17 materials relied upon. I reference these documents
18 in the -- in the -- in my claim charts, these
19 documents give an enormous amount of information
20 about who was using WAIS, how they were using it,     16:37:33
21 what the capabilities were, what the vision behind
22 WAIS was, who was developing it, and my opinion is
23 based on the materials that I cite in my expert
24 report.
25   Q. Did you talk to those pieces of paper? I'm     16:37:44

Page 229

1  not understanding your answers. I'm asking you if
2  you spoke to a live human being and you keep talking
3  about the documents. Is it true or not that you did
4  not speak to any human being that was a WAIS user in
5  forming your opinion relating to the WAIS system?     16:38:00
6    A. So I will try to tell you how I -- how --
7  what I relied on in forming my opinion about the
8  WAIS system.
9    Q. And is any of those things a human being
10 that you talked to?     16:38:08
11   A. So what I am going to do is -- is reference
12 you to the documents that are cited in my -- in my
13 expert report that lay out the basis for me forming
14 my opinions.
15   Q. What -- what's difficult about my question?   16:38:23
16   A. I just want to be sure that I'm giving you
17 an accurate answer as to how I formulated my opinion
18 on the WAIS system.
19   Q. And you -- you're not saying whether or not
20 you spoke to a human being. Did you speak to a     16:38:32
21 human being as form -- in part of forming your
22 opinion as to the WAIS system?
23   A. I think what I relied on in my WAIS system
24 in -- in -- in forming my opinion to the WAIS system
25 is clear specifically it's this documentation that I     16:38:47