# COCKBURN

# EXHIBIT 3

# EXHIBIT 4-6

**Infringement by Samsung Galaxy Nexus of U.S. Patent No. 8,074,172[1]**

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| 18. A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[2]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Nexus provides a graphical user interface on a portable electronic device with a keyboard and a touch screen.<br><br>The Samsung Galaxy Nexus is a portable device, as evidenced by its size. The dimensions of the Galaxy Nexus are 5.33 x 2.67 x 0.37 inches. *See* APLNDC630-0000160368 (Galaxy Nexus Specifications).<br><br>The Samsung Galaxy Nexus is an electronic device, as evidenced by the presence of a 1.2 GHz processor, memory devices, and a camera. *Id.*<br><br>As shown below, the Samsung Galaxy Nexus provides a graphical user interface and a virtual keyboard on a touch screen.<br><br>The Galaxy Nexus User Manual teaches users how to use the touch screen and keyboard. *See* APLNDC630-0000171537 (Galaxy Nexus User Manual). |

---

[1] The Samsung Galaxy Nexus is available in three versions: Verizon, Sprint, and Unlocked (available from Google). The screenshots and specifications provided in these claim charts are exemplary and come from a Verizon Galaxy Nexus running the Android Ice Cream Sandwich operating system. The functionality described in this document is identical on the Sprint and Unlocked Galaxy Nexuses running Android Jelly Bean or Android Ice Cream Sandwich. Therefore, this chart applies to those versions of the Galaxy Nexus as well. The specifications for the Sprint Galaxy Nexus can be found at APLNDC630-0000160354. The specifications for the Unlocked Galaxy Nexus available from Google can be found at APLNDC630-0000160391.

[2] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Galaxy Nexus displays a current character string being input in a first area of the touch screen display by a user with the keyboard. For example, in the Samsung Galaxy Nexus Messaging App, as the user the inputs character string "messaf," the Samsung Galaxy Nexus displays "messaf" in a first area of the touch screen display, which contains the text "This is a new messaf", as shown in the screenshot below: |

2

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement character string are displayed.<br><br><br><br>The second area is located between the first area and the keyboard. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Galaxy Nexus replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the spacebar, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement character string "message."  User selects spacebar |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Galaxy Nexus replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement character string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested replacement character string.<br><br>User selects "message" |

5

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string in the second area, the current character string in the first area is kept.  For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br><br>User selects "messaf" |