**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# EXHIBIT D-3

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| v. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

**EXPERT REPORT OF DR. THOMAS E. FUJA**
**REGARDING NON-INFRINGEMENT OF U.S. PATENT NOS. 7,756,087 AND 7,551,596**

SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information

### 1.     A Mux-Id is not the same as a DDI

96.     In particular, Dr. Min attempts to gloss over the differences between the first and second embodiments in the '596 patent. The second embodiment is nowhere discussed in the 11/9/04 Application to which the '596 patent claims priority. The 11/9/04 Application discloses only the first embodiment of the '596 patent, in which a MAC-e PDU uses Mux-Id fields in the header. The '596 patent itself acknowledges that the second embodiment differs from the first embodiment in that it "uses a data description indicator (DDI) in order to identify a MAC-d flow instead of the reordering queue." ('596 patent, 10:52-55.)

97.     In his infringement report, Dr. Min asserts that "[t]he Mux_id and DDI fields disclose the same information." (Min 8/12/13 Report ¶ 165) In my invalidity report (Part 3, Section VIII), I described the differences between the multiplexing identifier ("Mux-Id") and a data description indicator ("DDI") in the context of explaining why the asserted claims—which require a DDI field—were not entitled to the priority date of the 11/9/04 Application, which discloses only the Mux-Id field. Dr. Min's analysis does not change my opinion that the technical record draws a clear and important difference between these two concepts.

98.     It is useful to understand the context in which these terms were used. The '596 patent and the 11/9/04 Application to which it claims priority discuss technology potentially applicable to the operation of the enhanced uplink feature of the UMTS standard. They were drafted at a time when the relevant parts of the standard were still under development. Therefore, there were assumptions in both the 11/9/04 Application and the '596 patent about how the standard for the enhanced uplink would be written – assumptions that were not included in the claim language and, in some cases, assumptions that ultimately proved incorrect.

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information**

99. Here is how the 11/9/04 Application defines the Mux-Id field:

> The aforementioned Mux id (532) is a logical identifier that is a combination of a logical channel identifier, a reorder queue identifier, and PDU size information.

(11/9/04 Application ¶ 50.) The '596 patent contains a nearly identical definition, except that it uses the term "reordering queue identifier" in place of "sequence reordering buffer identifier." ('596 patent, 8:22-24.) In contrast, here is how the '596 patent defines the DDI field:

> The second exemplary implementation of an embodiment of the present invention uses a DDI, which is a logical identifier for identifying a logical channel, a MAC-d flow, and an RLC PDU size…

('596 patent, 10:61-64.) The 11/9/04 Application never mentions a "DDI" field.

100. Dr. Min asserts that the Mux-Id and DDI fields are the "same" but for having different names. (Min 8/12/13 Report ¶¶ 165, 187, 1237.) Thus, critical to understanding the differences that exist between the two fields is the difference between a "sequence reordering buffer" (or "reordering queue") and a "MAC-d flow."

101. In his report, Dr. Min asserts that because there is a one-to-one correspondence between a reordering queue and a MAC-d flow, by indicating the reordering queue, the Mux-Id also indicates the MAC-d flow:

> The Mux-ID header field is used to identify the reordering queue. Samsung's proposal explains that "it is clear that one re-ordering queue is only used for one MAC-d flow [t]herefore when we indicate the re-ordering queue, we have implicitly also indicated the MACd flow." R2-042382 at APL630DEF-WH0000012909. Therefore, Samsung's proposal makes clear that the Mux-ID indicates both the reordering queue and the MAC-d flow.

(Min 8/12/13 Report ¶ 185.)

SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information

102.   It is significant that Dr. Min points to Samsung's proposal R2-042382 for support of this position, and not to the '596 patent, its claimed priority applications, or the UMTS standard.  As I explained in my invalidity report, the reordering queue and MAC-d flow are not inherently the same thing.  (Fuja 8/12/13 Report ¶ 504.)  Even though it may be possible to impose some sort of relationship between them, the '596 patent and the 11/9/04 Application do not unambiguously establish that there is a one-to-one correspondence between them.  (Fuja 8/12/13 Report ¶ 505.)

103.   Moreover, the UMTS standard as promulgated does not include a one-to-one correspondence between a reordering queue and a MAC-d flow, such that identifying one also identifies the other.  Instead, the UMTS standard unambiguously states that the reordering is done per logical channel, not per MAC-d flow:

> The re-ordering entity is part of a separate MAC sub-layer, MAC-es, in the SRNC. Data coming from different MAC-d flows are reordered in different reordering queues. **There is one reordering queue per logical channel.**

(3GPP TS 25.309 v6.1.0 § 7.1.2 (emphasis added).)

> The MAC-es PDUs are sent over Iub [the Node B/RNC interface] to MAC-es, where **they are distributed on the reordering queue of each logical channel**.

(3GPP TS 25.309 v6.1.0 § 7.3.1 (emphasis added).)

> There is one reordering process per logical channel.

(3GPP TS 25.321 v6.6.0 § 4.2.4.4.)  As I note elsewhere in this report (Section X.A), the standard allows for multiple logical channels to be included in a MAC-d flow.  Accordingly, it does not impose a one-to-one correspondence between a reordering queue and a MAC-d flow.

SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information

104.  Under the scheme of the standard, the Mux-Id field (if used in a MAC-e PDU) would convey less information than the DDI field because (1) the reordering queue and logical channel identifiers within the Mux-Id field would convey redundant information and (2) the Mux-Id field would not identify the MAC-d flow.

105.  It is noteworthy that, while 3GPP TS 25.309 v6.1.0, published in December 2004, makes it clear there is one reordering queue per logical channel, the version that was published just three months earlier indicates the issue is still unresolved.

> The re-ordering entity is in a separate MAC sub-layer in the UE and the SRNC. The assumption is that the re-ordering is done per priority (re-ordering) queues and that the entity is located just below MAC-d. **It is FFS [for future study], if it is found that the additional overhead is acceptable, to do the re-ordering per logical channels.**

(3GPP TS 25.309 v6.0.0 § 7.1.2 (September 2004) (emphasis added).)

106.  Although the standards (as of September 2004) indicated an "assumption" that the re-ordering would be done "per priority"—meaning per QoS or per MAC-d flow—by December 2004 it had been determined that the reordering could be done at a more refined level.  Instead of reordering a single MAC-d flow containing data from multiple logical channels, the reordering would be done per logical channel.

107.  Therefore, Dr. Min's claim that a Mux-Id (which indicates a reordering queue) is the same as DDI (which indicates a MAC-d flow) is based on an "assumption" that was apparently in place at the time that Samsung submitted its proposal R2-042382: that reordering would be done per MAC-d flow, and therefore specifying the reordering queue would also specify the MAC-d flow.  However, that "assumption" does not impose an inherent relationship between a reordering queue and a MAC-d flow.  Moreover, it was not subsequently incorporated

Case 5:12-cv-00630-LHK   Document 1089-1   Filed 12/19/13   Page 7 of 7

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information**

into the standard, and using that assumption to draw an equivalence between two things (MAC-d flow and reordering queue) that are not equivalent is flawed logic.

108. Moreover, even contemporaneous with the 11/9/04 Application and Samsung proposal R2-042382 there were other working group participants who recognized that the reordering queue and MAC-d flow were not equivalent. The below passage is from the Nokia proposal circulated with the October 29, 2004 email by Denis Fauconnier:

> MAC-e entity in Node B demultiplexes the MAC-e PDU into MAC-es PDUs which are for separate MAC-d flows and for separate reordering queues within MAC-d flow. **Therefore, it is not enough to distinguish only MAC-d flows in the MAC-e header but also the reordering queue [should] be identified.** Thus a queue id (QID) should be added in the header.

(Nokia 10/29/04 Proposal § 4.1 [SAMNDCA630-02620229] (emphasis added).)

109. To summarize: in his assertion that "[t]he Mux_id and DDI fields disclose the same information," Dr. Min relies on assumptions about data (MAC-d flows) and RNC memory locations (reordering queues) that are not present in the '596 patent, the 11/9/04 Application, or the standards. Indeed, to buttress his assertion that "Mux-ID indicates both the reordering queue and the MAC-d flow," he points to nothing apart from a Samsung proposal that assumed that reordering would be done per MAC-d flow – an assumption that ultimately proved inaccurate. And finally, other working group participants recognized that specifying a MAC-d flow in the MAC-e header was not the same as specifying a reordering queue.

110. For all these reasons, I believe that Dr. Min's assertion that "[t]he Mux_id and DDI fields disclose the same information" is incorrect.