QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S RENEWED ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Renewed Administrative Motions to File Under Seal:

   a. Apple's Motion for Partial Summary Judgment ("Apple's MSJ") (Dkt. 1074);

   b. Exhibits B-1, B-2, B-3, B-4, B-5, C-1, C-2, C-4, C-5, and C-6 to the Rho Declaration in Support of Apple's MSJ (Dkts. 1074, 1079);

   c. Apple's Opposition to Samsung's Motion for Summary Judgment ("Apple's Opp. to Samsung's MSJ") (Dkt. 1073);

   d. Exhibits A-1, A-2, A-4, B-8, B-9, and D-1 to the Furman Declaration in Support of Apple's Opp. to Samsung's MSJ (Dkt. 1073);

   e. Apple's Reply in Support of its MSJ ("Apple's MSJ Reply") (Dkt. 1067); and

   f. Exhibit B-7 to the Rho Declaration in Support of Apple's MSJ Reply (Dkt. 1067).

3. Samsung maintains a claim of confidentiality over all portions highlighted in green in Apple's filings.

4. The Samsung-confidential portions of the documents identified in paragraph 2 consist of Samsung's source code, and detailed descriptions of the structure and development of Samsung's source code.

5. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of the previously filed administrative motions to file under seal documents in connection with the motions listed in paragraph 2. (*See* Dkts. 821 (re: Apple's MSJ), 874 (re: Apple's Opp. to Samsung's MSJ), 960 (re: Apple's MSJ Reply); *see also* Dkts. 810, 852, 858, 949 (providing compelling reasons why

-1-   Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF MICHAEL L. FAZIO

1  various categories of Samsung-confidential information should be filed under seal).)  Apple's
2  Administrative Motions to File Under Seal should be granted with respect to documents that
3  include Samsung's confidential information for the reasons stated in the Shim declarations.

5  I declare under penalty of perjury that the foregoing is true and correct.  Executed on
6  December 19, 2013, at Los Angeles, California.

8          */s/ Michael L. Fazio*
9           Michael L. Fazio