# Corrected Exhibit A

**Documents Subject to Samsung's Renewed Administrative Motion to File Under Seal**

| Original Dkt. | Document | Party Claiming Confidentiality[1] |
|---|---|---|
| 804 | Ex. 5 to Fazio iso Samsung's Mot. to Enforce | Samsung |
| | Ex. 6 to Fazio iso Samsung's Mot. to Enforce | Apple |
| | Ex. 8 to Fazio iso Samsung's Mot. to Enforce | Apple |
| 805 | Samsung's MSJ | Samsung, Google, Microsoft |
| | Ex. 1 to Fazio iso Samsung's MSJ | Samsung |
| | Ex. 2 to Fazio iso Samsung's MSJ | Samsung |
| | Ex. 4 to Fazio iso Samsung's MSJ | Samsung |
| | Ex. 6 to Fazio iso Samsung's MSJ | Samsung |
| | Ex. 10 to Fazio iso Samsung's MSJ | Apple |
| | Ex. 11 to Fazio iso Samsung's MSJ | Apple |
| | Ex. 12 to Fazio iso Samsung's MSJ | Apple |
| | Ex. 13 to Fazio iso Samsung's MSJ | Samsung, Google |
| | Ex. 14 to Fazio iso Samsung's MSJ | Apple, Microsoft |
| | Ex. 19 to Fazio iso Samsung's MSJ | Microsoft |
| | Ex. 23 to Fazio iso Samsung's MSJ | Microsoft |
| | Ex. 24 to Fazio iso Samsung's MSJ | Microsoft |
| | Ex. 42 to Fazio iso Samsung's MSJ | Microsoft |
| 852 | Ex. 4 to Fazio iso Samsung's Mot. to Enforce Reply | Apple, Samsung |
| 854 | Samsung's Opp. to Apple's MSJ | Samsung, Google, Microsoft |
| | Chase Dec. iso Samsung's Opp. to Apple's MSJ | Samsung, Google |
| | Jeffay Dec. iso Samsung's Opp. to Apple's MSJ | Samsung |
| | Westbrook Dec. iso Samsung's Opp. to Apple's MSJ | Google |
| | Rinard Dec. iso Samsung's Opp. to Apple's MSJ, and Ex. 1 thereto | Apple |

---

[1] The "Party Claiming Confidentiality" column has been corrected to reflect that Apple does not maintain a claim of confidentiality over Samsung's Opposition to Apple's Motion for Summary Judgment or Samsung's Reply in Support of its Motion for Summary Judgment.

1

| Original Dkt. | Document | Party Claiming Confidentiality[1] |
|---|---|---|
| | Schonfeld Dec. iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. D to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. E to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. F to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. G to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. H to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. I to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. J to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. K to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. L to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. M to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. N to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. O to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. P to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. Q to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. R to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. S to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. T to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. U to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. V to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. W to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. X to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. Y to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. Z to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. AA to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. BB to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. CC to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. DD to Schonfeld iso Samsung's Opp. to Apple's MSJ | Apple |
| | Ex. 3 to Fazio iso Samsung's Opp. to Apple's MSJ | Samsung, Google |
| | Ex. 4 to Fazio iso Samsung's Opp. to Apple's MSJ | Apple, Microsoft |

| Original Dkt. | Document | Party Claiming Confidentiality[1] |
|---|---|---|
| | Ex. 5 to Fazio iso Samsung's Opp. to Apple's MSJ | Google |
| | Ex. 7 to Fazio iso Samsung's Opp. to Apple's MSJ | Google |
| 946 | Samsung's MSJ Reply | Samsung, Microsoft |
| | Ex. 1 to Fazio iso Samsung's MSJ Reply | Apple |
| | Ex. 2 to Fazio iso Samsung's MSJ Reply | Microsoft |
| | Ex. 12 to Fazio iso Samsung's MSJ Reply | Microsoft |