Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF APPLE'S RENEWED ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL AND SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DOCKET NOS. 1064, 1066, 1067, 1069, 1073, 1074]** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motions to File Under Seal (Docket Nos. 1067, 1073, 1074, ) and Samsung's Administrative Motion to File Under Seal (Docket No. 1064). I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

**SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT**

2. On December 16, 2013, Samsung filed an administrative motion to file documents under seal (Docket No. 1064), which sought to protect information designated as confidential by non-party Google and discussed in Samsung's Motion for Summary Judgment (Docket No. 1066) ("Motion"); and Exhibits to the Declaration of Michael L. Fazio In Support of Samsung's Motion for Summary Judgment ("Fazio Declaration"). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Its Motion for Summary Judgment Under Seal (Docket No. 1064), to the extent Samsung's Motion and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Exhibit 13 to the Fazio Declaration (Docket No. 1066, Attachment 8, at 55) discuss proprietary information that is confidential to non-party Google, including communications among Google engineers regarding development strategy and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

**APPLE'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT**

4. On December 16, 2013, Apple filed an administrative motion to file documents under seal (Docket No. 1073), which sought to protect information designated as confidential by non-party Google and discussed in Apple's Opposition to Samsung's Motion for Summary Judgment (Docket No. 1073, Attachment 7) ("Apple's Summary Judgment Opposition"); and Exhibits to the Declaration of Joshua Furman In Support of Apple's Opposition to Samsung's

Motion for Summary Judgment ("Furman Declaration").  Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Documents Under Seal (Docket No. 1073), to the extent Apple's Summary Judgment Opposition and supporting documents reference non-party Google's highly confidential or proprietary business information.

5.   Selected portions of Exhibit A-5 to the Furman Declaration (Docket No. 1073, Attachment 7) discuss the June 25, 2013 deposition testimony of Cary Clark.  Mr. Clark's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Clark testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

6.   Selected portions of Exhibit B-8 to the Furman Declaration (Docket No. 1073, Attachment 12) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

7.   Selected portions of Exhibit B-9 to the Furman Declaration (Docket No. 1073, Attachment 13) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).  In addition, selected portions of Exhibit B-9 to the Furman Declaration (Docket No. 1073, Attachment 13, at 153-160, 163, 170, 172) discuss the June 11, 2013 deposition testimony of Paul Westbrook.  Mr. Westbrook's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Westbrook testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.  In addition, selected portions of Exhibit B-9 to the Furman Declaration (Docket No. 1073, Attachment 13, at 153-159, 161-163, 172-173) discuss the June 13, 2013 deposition testimony of Fred Quintana.  Mr. Quintana's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171)

because, among other things, Mr. Quintana testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

8. Selected portions of Exhibit C-2 to the Furman Declaration (Docket No. 1073, Attachment 14, at ii, 90-93, 101-102, 106) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

**APPLE'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

9. On December 17, 2013, Apple filed an administrative motion to file documents under seal (Docket No. 1074), which sought to protect information designated as confidential by non-party Google and discussed in Apple's Motion for Partial Summary Judgment (Docket No. 1074, Attachment 4) ("Apple's Summary Judgment Motion"); and Exhibits to the Declaration of Jennifer Rho In Support of Apple's Motion for Partial Summary Judgment ("Rho Declaration"). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Documents Under Seal (Docket No. 1074), to the extent Apple's Summary Judgment Motion and supporting documents reference non-party Google's highly confidential or proprietary business information.

10. Selected portions of Apple's Motion (Docket No. 1074, Attachment 4, at 11) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

11. Selected portions of Exhibit B-1 to the Rho Declaration (Docket No. 1074, Attachment 5, at 90) discuss proprietary information that is confidential to non-party Google, including communications among Google engineers regarding development strategy and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

12. Selected portions of Exhibit B-2 to the Rho Declaration (Docket No. 1074, Attachment 6) discuss Google's highly confidential and proprietary source code produced under

1  the protective order governing confidentiality in this action (Docket No. 171) and the agreed

2  addendum to the protective order regarding Google source code production (Docket No. 159).

3      13.   Selected portions of Exhibit B-4 to the Rho Declaration (Docket No. 1074,

4  Attachment 8, at 194, 208) discuss proprietary information that is confidential to non-party

5  Google, including communications among Google engineers regarding development strategy and

6  plans, produced under the protective order governing confidentiality in this action (Docket No.

7  171).

8      14.   Selected portions of Exhibit C-1 to the Rho Declaration (Docket No. 1074,

9  Attachment 10, at 163-164, 166-167) discuss Google's highly confidential and proprietary source

10 code produced under the protective order governing confidentiality in this action (Docket No. 171)

11 and the agreed addendum to the protective order regarding Google source code production

12 (Docket No. 159).

13     15.   Selected portions of Exhibit C-1 to the Rho Declaration (Docket No. 1074,

14 Attachment 10, at 163, 170, 172) discuss the June 11, 2013 deposition testimony of Paul

15 Westbrook. Mr. Westbrook's deposition transcript is highly confidential under the protective

16 order governing confidentiality in this action (Docket No. 171) because, among other things, Mr.

17 Westbrook testified regarding proprietary functionality and internal business processes that are

18 confidential to non-party Google.

19     16.   Selected portions of Exhibit C-1 to the Rho Declaration (Docket No. 1074,

20 Attachment 10, at 172, 175) discuss proprietary information that is confidential to non-party

21 Google, including proprietary and confidential architecture of Google's servers and

22 communications among Google engineers regarding development strategy and plans, produced

23 under the protective order governing confidentiality in this action (Docket No. 171).

24     17.   Selected portions of Exhibit C-1 to the Rho Declaration (Docket No. 1074,

25 Attachment 10, at 163, 172-173) discuss the June 13, 2013 deposition testimony of Fred Quintana.

26 Mr. Quintana's deposition transcript is highly confidential under the protective order governing

27 confidentiality in this action (Docket No. 171) because, among other things, Mr. Quintana testified

28

regarding proprietary functionality and internal business processes that are confidential to non-party Google.

18. Selected portions of Exhibit C-2 to the Rho Declaration (Docket No. 1074, Attachment 11) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

19. Selected portions of Exhibit C-4 to the Rho Declaration (Docket No. 1074, Attachment 12) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

20. Selected portions of Exhibit C-5 to the Rho Declaration (Docket No. 1074, Attachment 13) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

21. Selected portions of Exhibit C-6 to the Rho Declaration (Docket No. 1074, Attachment 14) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

### SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT

22. On December 16, 2013, Samsung filed an administrative motion to file documents under seal (Docket No. 1064), which sought to protect information designated as confidential by non-party Google and discussed in Samsung's Opposition to Apple's Motion for Partial Summary Judgment (Docket No. 1069) ("Samsung's Summary Judgment Opposition"); and Exhibits to the Declaration of Michael L. Fazio In Support of Samsung's Opposition ("Fazio Declaration"). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Docket No. 1064), to the extent Samsung's

Summary Judgment Opposition and supporting documents reference non-party Google's highly confidential or proprietary business information.

23. Selected portions of Samsung's Summary Judgment Opposition (Docket No. 1069, at 8, 10-11), discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159). Selected portions of Samsung's Summary Judgment Opposition (Docket No. 1069, at 8) also discuss proprietary information that is confidential to non-party Google, including communications among Google engineers regarding product development information and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

24. Selected portions of Exhibit 3 to the Fazio Declaration (Docket No. 1069, Attachment 5, at 157-159, 168, 171, 174), discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

25. Selected portions of Exhibit 5 to the Fazio Declaration (Docket No. 1069, Attachment 7) discuss the June 11, 2013 deposition testimony of Paul Westbrook. Mr. Westbrook's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Westbrook testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

26. Selected portions of Exhibit 7 to the Fazio Declaration (Docket No. 1069, Attachment 8) discuss the June 13, 2013 deposition testimony of Fred Quintana. Mr. Quintana's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Quintana testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

27. Selected portions of the Declaration of Jeffrey S. Chase (Docket No. 1069, Attachment 1, at 6-9, 18-20, 22-23) discuss Google's highly confidential and proprietary source

code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

28.     The Declaration of Paul Westbrook (Docket No. 1069, Attachment 4) discusses Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

## APPLE'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

29.     On December 16, 2013, Apple filed an administrative motion to file documents under seal (Docket No. 1067), which sought to protect information designated as confidential by non-party Google and discussed in Apple's Reply In Support of its Motion for Partial Summary Judgment (Docket No. 1067, Attachment 3) ("Apple's Summary Judgment Reply"); and Exhibits to the Reply Declaration of Jennifer Rho In Support of Apple's Motion for Partial Summary Judgment ("Rho Reply Declaration").  Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Documents Under Seal (Docket No. 1067), to the extent Apple's Summary Judgment Reply and supporting documents reference non-party Google's highly confidential or proprietary business information.

30.     Selected portions of Apple's Summary Judgment Reply (Docket No. 1067, Attachment 3, at 8 and footnote 11) discuss proprietary information that is confidential to non-party Google, including licensing terms of Google's intellectual property, produced under the protective order governing confidentiality in this action (Docket No. 171).  In addition, selected portions of Apple's Summary Judgment Reply (Docket No. 1067, Attachment 3, at 8 and footnote 11) discuss the August 16, 2013 deposition testimony of James Maccoun.  Mr. Maccoun's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Maccoun testified regarding internal business processes and licensing of Google's intellectual property that are confidential to non-party Google.

31. Selected portions of Apple's Summary Judgment Reply (Docket No. 1067, Attachment 3, at 8, footnote 12) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159). In addition, selected portions of Apple's Summary Judgment Reply (Docket No. 1067, Attachment 3, at 8, footnote 12) discuss the June 11, 2013 deposition testimony of Paul Westbrook and the June 13, 2013 deposition testimony of Fred Quintana. Mr. Westbrook's and Mr. Quintana's deposition transcripts are highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Westbrook and Mr. Quintana testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

32. Exhibit C-7 to the Rho Reply Declaration (Docket No. 1067, Attachment 5) discusses the August 16, 2013 deposition testimony of James Maccoun. Mr. Maccoun's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Maccoun testified regarding internal business processes and licensing of Google's intellectual property that are confidential to non-party Google.

33. Exhibit C-8 to the Rho Reply Declaration (Docket No. 1067, Attachment 6) discusses the June 13, 2013 deposition testimony of Fred Quintana. Mr. Quintana's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Quintana testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

34. Exhibit C-9 to the Rho Reply Declaration (Docket No. 1067, Attachment 7) discusses the June 11, 2013 deposition testimony of Paul Westbrook. Mr. Westbrook's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171)

/ / /

/ / /

because, among other things, Mr. Westbrook testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

Executed in San Francisco, California, on December 20, 2013.

By /s/ Kristin J. Madigan
Kristin J. Madigan

-9-   CASE NO. 12-CV-00630 LHK
MADIGAN DECLARATION IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL