IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, <br><br> Defendant. | Case No. 12-CV-00630-LHK (PSG) <br><br> **DECLARATION OF THIRD-PARTY MICROSOFT IN SUPPORT OF APPLE'S AND SAMSUNG'S RENEWED ADMINISTRATIVE MOTIONS TO SEAL CERTAIN SUBMISSIONS CONTAINING HIGHLY CONFIDENTIAL MICROSOFT INFORMATION** |

I, Gary H. Levin, declare and state as follows:

1. I am a member of the State Bar of Pennsylvania, and a partner at the law firm of Woodcock Washburn LLP, counsel for Microsoft Corporation. Pursuant to Local Rule 79-5, I submit this Declaration in support of both Apple's "Renewed Administrative Motion to File Documents under Seal Relating to Apple's Opposition to Samsung's Motion for Summary Judgment" (Dkt. 1073), and Samsung's Renewed Administrative Motion to File Documents Under Seal (Dkt. 1064), which relates to documents previously submitted by Samsung in connection with summary judgment briefing. Through this declaration, I confirm that certain documents submitted in connection with Apple's Opposition (Dkt. 853) and Samsung's filings (Dkt. Nos. 805, 854, and 946) disclose or characterize certain highly confidential Microsoft information that was produced by Microsoft pursuant to subpoenas issued in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could competently testify to them on behalf of Microsoft under oath.

Declaration of Third Party Microsoft in Support of Apple's and
Samsung's Renewed Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

Renewed Woodcock Washburn LLP
One Liberty Place, 46ᵗʰ Floor

2.   More particularly, this declaration is submitted to confirm that confidential and sealable information relating to Microsoft's Windows Mobile operating systems and the ActiveSync feature of those systems, including source code, is disclosed in (a) Exhibits B-02, B-03, B-04, B-06, and B-09 to the Declaration of Joshua Furman that was filed in Support of Apple's Opposition, and in the portions of the Opposition in which the exhibits are discussed; and (b) in certain previously identified exhibits of the Samsung filings – See, the Fazio Declaration and its Exh. A (Dkt. Nos. 104-2 and 1064-3, respectively), filed in support of Samsung's Renewed Motion – and in the filings themselves.  I incorporate the Fazio Declaration by reference.

3.   In response to the Court's Order of December 13, 2013 (Dkt. 1057), and the parties' Renewed Administrative Motions, I reviewed the Microsoft information contained in the documents that the parties seek to seal.  I have also reviewed the declarations originally filed by Microsoft's William Harmon (Dkt. Nos. 819, 865, and 956) filed in support of the parties' original Administrative motions to seal this information.   I confirm that it is appropriate and necessary to seal this information for the reasons stated in Mr. Harmon's declarations, which I incorporate by reference here.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated:   December 19, 2013          By: _____
                                          Gary H. Levin

Declaration of Third Party Microsoft in Support of Apple's and
Samsung's Renewed Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

Renewed Woodcock Washburn LLP
One Liberty Place, 46th Floor

Case5:12-cv-00630-LHK   Document1096   Filed12/20/13   Page3 of 3

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Gary H. Levin has concurred in this filing.

Dated: December 20, 2013           /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: December 20, 2013           /s/ H. Mark Lyon

Declaration of Third Party Micorsoft in Support of Apple's and
Samsung's Renewed Administrative Motion to Seal Certain Submission
12-CV-00630-LHK (PSG)