UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**CORRECTED [PROPOSED] ORDER GRANTING APPLE INC.'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS  UNDER SEAL (APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT)** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Apple's Opposition to Samsung's Motion for Summary Judgment; and

2. Exhibits A-1, A-2, A-3, A-4, A-5, B-2, B-3, B-4, B-6, B-8, B-9, C-2, and D-1 to the Declaration of Joshua Furman ("Furman Declaration").

As detailed in the declaration of Jennifer Rho filed in support of this motion, item numbers 1 and 2 above contain or discuss information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential Source Code – Outside Attorneys' Eyes Only" by Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") and/or third parties Google Inc. ("Google") and Microsoft Corp ("Microsoft") pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung, Google, and/or Microsoft, because these parties filed documents supporting the sealing of such information. D.I. 865, 974, 976.

The declarations filed by Samsung and third parties Microsoft and Google in support of Apple's initial Administrative Motion to File Under Seal, provide sufficient evidence that portions of Apple's Opposition to Samsung's Motion for Judgment and Exhibits A-1, A-2, A-3, A-4, A-5, B-2, B-3, B-4, B-6, B-8, B-9, C-2, and D-1 are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a); D.I. 865, 974, and 976. Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Renewed Administrative Motion to Seal (Apple's Opposition to Samsung's Motion for Summary Judgment).

**IT IS HEREBY ORDERED** that the confidential, unredacted versions of the following documents shall be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Apple's Opposition to Samsung's Motion for Summary Judgment | 1: 15-16, 18-20, 24; <br> 2: 8-10, 14, 19-23; <br> 3: 1-5, 10-15; <br> 4: 2-12, 26; <br> 5: 16-18; <br> 6: 9-13; <br> 7: 21-22, 26-27; <br> 8: 2, 4, 22-23, 26-27; <br> 9: 2, 4-7, 9, 15, 19, 21, 26-27; <br> 10: 14, 23; <br> 11: 3-5, 7, 11, 15-17, 19, 23; <br> 12: 4-7, 14; <br> 13: 21-22, 24-25; <br> 14: 25; and <br> 15: 9. |
| Exhibit A-1 to the Furman Declaration | 87: ¶¶ 174-76; <br> 99: ¶¶ 187-88; <br> 100: ¶ 188; <br> 101: ¶ 188; <br> 102: ¶ 188; <br> 103: ¶¶ 188, 190; <br> 104: ¶ 190; <br> 105: ¶ 190; <br> 106: ¶ 190; <br> 107: ¶ 191; <br> 223: ¶¶ 338-41; <br> 225: ¶¶ 343-44; and <br> 226: ¶¶ 344, 346. |
| Exhibit A-2 to the Furman Declaration | 58: ¶¶ 155-56; <br> 59: ¶¶ 156-57; <br> 60: ¶¶ 158, 160-61; and <br> 99: ¶¶ 249-52. |
| Exhibit A-4 to the Furman Declaration | 183-88 and 242-44. |
| Exhibit A-5 to the Furman Declaration | 5, 170-77, and 214. |
| Exhibit B-2 to the Furman Declaration | 19, 37-38, 76, 79-80, 90, 101-02, and 112. |
| Exhibit B-3 to the Furman Declaration | 181: ¶ 540; <br> 182: ¶¶ 541-43; <br> 183: ¶¶ 543-46; <br> 184: ¶¶ 546-48; <br> 185: ¶¶ 548-50; and <br> 186: ¶¶ 550-52. |

| Document | Portion to be Sealed |
|---|---|
| Exhibit B-4 to the Furman Declaration | 70-77. |
| Exhibit B-6 to the Furman Declaration | 2, 237-41, and 243-44. |
| Exhibit B-8 to the Furman Declaration | 8. |
| Exhibit B-9 to the Furman Declaration | 30: ¶¶ 105-06;<br>31: ¶¶ 106-07;<br>87: ¶¶ 229-32;<br>88: ¶¶ 234-36;<br>89: ¶ 236;<br>92: ¶ 245;<br>93: ¶¶ 245-49;<br>94: ¶¶ 249-52;<br>95: ¶¶ 253-55;<br>96: ¶¶ 257-61;<br>97: ¶¶ 264-68;<br>98: ¶¶ 270-73<br>99: ¶¶ 273-78<br>100: ¶¶ 278-81, 283,<br>101: ¶¶ 286-88;<br>102: ¶¶ 292-93, 295-96;<br>103: ¶¶ 298-99, 301;<br>152: ¶¶ 412-13;<br>153: ¶ 415;<br>154: ¶ 416;<br>155: ¶¶ 417-18;<br>156: ¶¶ 419-21<br>157: ¶¶ 421-23;<br>158: ¶¶ 423-25;<br>159: ¶¶ 425-28;<br>160: ¶¶ 428-29<br>161: ¶¶ 430-31<br>162: ¶¶ 431-32, 434;<br>163: ¶¶ 434, 436;<br>164: ¶ 436;<br>165: ¶ 441;<br>166: ¶¶ 444-46;<br>167: ¶¶ 446-52;<br>168: ¶ 455;<br>169: ¶¶ 456-58;<br>170: ¶¶ 458-61;<br>171: ¶¶ 462-64;<br>172: ¶ 465;<br>173: ¶ 468;<br>174: ¶¶ 472-74; |

| Document | Portion to be Sealed |
|---|---|
| | 175: ¶¶ 474-75;<br>182: ¶¶ 542-543;<br>183: ¶¶ 543, 545, 546; and<br><br>Page 7 of Exhibit 7-N. |
| Exhibit C-2 to the Furman Declaration | ii;<br>90: ¶ 222;<br>91: ¶¶ 222-26;<br>92: ¶¶ 226-27, 229;<br>93: ¶¶ 229-31;<br>101: ¶ 253;<br>102: ¶ 257; and<br>106: ¶ 269. |
| Exhibit D-1 to the Furman Declaration | 141: ¶ 434;<br>144: ¶ 439;<br>155: ¶ 464; and<br>156: ¶ 464. |

The Court further ORDERs that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**


Dated: _____   By: _____
                                             Hon. Lucy H. Koh
                                             United States District Judge