UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK  (PSG) |
| Plaintiff, | **[PROPOSED] CORRECTED ORDER GRANTING APPLE INC.'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS  UNDER SEAL (APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Apple Inc.'s Motion for Partial Summary Judgment;
2. Portions of the confidential, unredacted versions of Exhibits B-1, B-2, B-3, B-4, B-5, C-1, C-4, C-5, C-6, D-1 and E-6 to the Declaration of Jennifer J. Rho ("Rho Declaration");
3. Exhibit C-2 to the Rho Declaration.

In support of its motion, Apple has filed the following declarations, as required under Civil Local Rule 79-5, which provide evidence of compelling reasons for this Court to permit filing under seal: the Declaration of Cyndi Wheeler ("Wheeler Declaration") and the Declaration of Mark Selwyn ("Selwyn Declaration"). The Wheeler and Selwyn Declarations provide sufficient evidence that the documents listed below are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a).

The declarations filed by Samsung and third party Google in support of Apple's initial Administrative Motion to File Under Seal, provide sufficient evidence that portions of Apple's Motion for Summary Judgment and Exhibits B-1, B-2, B-3, B-4, B-5, C-1, C-2, C-4, C-5, C-6, D-1 and E-6 are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a); D.I. 821 and 826. Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Renewed Administrative Motion to Seal (Apple Inc.'s Motion for Partial Summary Judgment).

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Apple's Notice of Motion and Motion for Partial Summary Judgment | Page 1, footnote 1 lines 24-25; page 4, footnote 4 lines 22-26; page 5, lines 21-25; page 6, lines 1-3, 7-8; page 7, lines 15-21; page 8, line 7, 14-18, 27; page 9, lines 1-5, 10, 18-20; page 11, lines 4-8, 21-25, footnote 8, lines 26-28; page 13, lines 1-5, 14-24; page 14, footnote 11, lines 26-28 |
| Exhibit B-1 to the Declaration of Jennifer J. Rho | Portions of paragraphs 16, 99, 100, 106, 108, 112, 113, 133-37, 139-43, 145, 146, 148-150, 155-58, 160, 161, 166, 168, 226, 227, 229-33, 235-42, 246-55, 257-62, 264, 270, 283-85, 293, 294 and footnotes 16, 18, 19, 20 |
| Exhibit B-2 to the Declaration of Jennifer J. Rho | Portions of pages 1, 7-11, 14-18, 20, 21, 23, 24, 26, 28, 30-32, 34, 35, 37-41, and the appendix |
| Exhibit B-3 to the Declaration of Jennifer J. Rho | Portions of pages 2, 8, 10-12, 14-20, 22-32, 34, 35, 37, 38, 40-42, and the appendix |
| Exhibit B-4 to the Declaration of Jennifer J. Rho | Portions of pages iv, vii, paragraphs 154-60, 178-82, 267, 269, 270, 272, 274-77, 279, 280, 282-84, 287, 291, 295, 297, 298, 300-03, 305-08, 310, 311, 313-15, 317, 321, 323, 325-31, 335-41, 343, 344, 346-49, 351-54 and footnotes 1, 2, 3, 6, 7, 8, 22, 24, 26, 27-30 |
| Exhibit B-5 to the Declaration of Jennifer J. Rho | Portions of pages 182-87, 189 |

| Document | Portion to be Sealed |
|---|---|
| Exhibit C-1 to the Declaration of Jennifer J. Rho | Portions of paragraphs 434, 436, 441, 443-52, 454-58, 460-63, 465, 468, 472, 473, 474, 475, and footnote 91 |
| Exhibit C-2 to the Declaration of Jennifer J. Rho | Entire Document |
| Exhibit C-4 to the Declaration of Jennifer J. Rho | Entire Document |
| Exhibit C-5 to the Declaration of Jennifer J. Rho | Portions of pages 6, 7, 8, 11-14, 16-19 and the appendix |
| Exhibit C-6 to the Declaration of Jennifer J. Rho | Portions of pages 3-7, 10-13, 15-18 and the appendix |
| Exhibit D-1 to the Declaration of Jennifer J. Rho | Martin Rinard's Validity Report, Exhibit 1: pages 16, 44, 58, 62, 64, 91-95, 100, 105, |
| Exhibit E-6 to the Declaration of Jennifer J. Rho | Dan Schonfeld's Infringement Report: ¶¶ 2106-21078, 2110, 2114, 2122-2124 |

The Court further ORDERs that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                      Hon. Lucy H. Koh
                                      United States District Judge