# EXHIBIT 6
# TO FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO ENFORCE REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | Civil Action No. 12-CV-00630-LHK (PSG)<br><br>**APPLE INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S INTERROGATORIES (NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>       Counterclaim-Plaintiffs,<br>    v.<br><br>APPLE INC., a California corporation,<br><br>       Counterclaim-Defendant. | |

U.S. Patent No. 8,014,760:  A person with at least a bachelor's degree in computer science, computer engineering or electrical engineering, or the equivalent, or at least four years of experience in designing and/or implementing systems that enable user interaction and input.  That person might have either more formal education with less practical experience or more practical experience with less formal education.

U.S. Patent No. 7,761,414:  A person with at least a bachelor's degree in computer science, computer engineering or electrical engineering, or the equivalent, or at least four years of experience in designing and/or implementing systems that enable user interaction and data management.  That person might have either more formal education with less practical experience or more practical experience with less formal education.

**INTERROGATORY NO. 25:**

If YOU contend that any APPLE COVERED PRODUCT practices any asserted claim of the APPLE PATENTS, IDENTIFY: (i) the APPLE COVERED PRODUCT; (ii) the asserted claim of the APPLE PATENT; (iii) the features or functionality of the APPLE COVERED PRODUCT that practice the asserted claim; (iv) the software, by name and version, responsible for those features or functionality; (v) the source code (identified by file name and line number) that implements any software features or functionality that YOU contend practices any asserted claim of the APPLE PATENTS, including an identification (by file name and line number) of source code YOU contend was properly produced under Patent Local Rule 3-2(e); (vi) the names of any engineers, designers, and authors responsible for creating or maintaining the features or functionality and/or the source code implementing them; and (vii) the person(s) most knowledgeable regarding the response to this interrogatory.

**RESPONSE TO INTERROGATORY NO. 25:**

-42-

1    In addition to its General Objections above, which it hereby incorporates by

2  reference, Apple objects to this Interrogatory on the grounds and to the extent that it is overly

3  broad and unduly burdensome, seeking information that is neither relevant nor reasonably

4  calculated to lead to the discovery of admissible evidence, to the extent that it (i) seeks an

5  identification of "any APPLE COVERED PRODUCT," defined overly broadly as "any

6  PRODUCT sold or offered for sale at any time by APPLE that APPLE contends practices

7  any of the APPLE PATENTS-IN-SUIT," regardless of whether all such products are relevant

8  to this litigation; and (ii) seeks an identification of "the source code (identified by file name

9  and line number) that implements any software features or functionality that YOU contend

10  practices any asserted claim of the APPLE PATENTS, including an identification (by file

11  name and line number) of source code YOU contend was properly produced under Patent

12  Local Rule 3-2(e)."  Apple further objects to this Interrogatory to the extent that it calls for

13  legal conclusions and prematurely calls for expert testimony or opinions at this stage of

14  litigation to the extent that it (i) seeks an identification of "the features or functionality of the

15  APPLE COVERED PRODUCT that practice the asserted claim;" (ii) seeks an identification

16  of "the software, by name and version, responsible for those features or functionality;" (iii)

17  seeks an identification of "the source code (identified by file name and line number) that

18  implements any software features or functionality that YOU contend practices any asserted

19  claim of the APPLE PATENTS, including an identification (by file name and line number)

20  of source code YOU contend was properly produced under Patent Local Rule 3-2(e);" and

21  (iv) seeks an identification of "the names of any engineers, designers, and authors

22  responsible for creating or maintaining the features or functionality and/or the source code

23  implementing them."  Apple additionally objects to this Interrogatory to the extent that it

24  seeks information protected from disclosure by the attorney-client privilege, work product

25  doctrine, or other applicable privilege or immunity against disclosure.  Apple also objects to

-43-

1 | this Interrogatory because it is compound and comprises discrete subparts resulting in

2 | separate interrogatories.

3 |     Subject to and without waiving the foregoing General and Specific Objections, Apple

4 | responds as follows:

5 |     The Apple devices, identified with iOS version where appropriate, that practice any

6 | of the asserted Apple Patents are indicated below, along with the claims practiced of such

7 | Apple Patent:

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| iPad | iOS 3 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPad | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPad | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPad 2 | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |

-44-

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| iPad 2 | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPad 2 | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| New iPad | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| New iPad | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| iPad Mini | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| iPhone | iOS 1 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |

-45-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

Case No. 12-CV-00630-LHK (PSG)

APPLE'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S INTERROGATORIES
(NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|--------|-----|------------|------------|------------|------------|------------|------------|------------|------------|
| iPhone | iOS 2 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone | iOS 3 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 3G | iOS 2 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 3G | iOS 3 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 3G | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 3GS | iOS 3 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 3GS | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22- | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31- | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |

-46-

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| | | 24, 26 | | | 32 | | | | |
| iPhone 3GS | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 3GS | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4 | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4 | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4 | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4S | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27- | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

-47-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 30, 32-33 | | | | | |
| iPhone 4S | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| iPhone 5 | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| iPod touch | iOS 1 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 2 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 3 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |

-48-

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|--------|-----|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
| iPod touch | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

Discovery is still in its early stages and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

Subject to and incorporating its General Objections and its Specific Objections and Responses from Apple Inc.'s Objections and Responses to Samsung's Second Set of Interrogatories with regard to Samsung's Interrogatory No. 25, Apple provides the following supplemental response:

Pursuant to the parties' meet-and-confer discussions, Apple supplements its response to this interrogatory with respect to the Apple devices that Apple contends practice U.S. Patent Nos. 5,946,647; 8,014,760; 8,046,721; and 8,074,172.  Pursuant to the parties' meet-

-49-

1   and-confer discussions, Apple will further supplement its response with respect to the Apple

2   devices that Apple contends practice U.S. Patent Nos. 5,666,502; 6,847,959; 7,761,414; and

3   8,086,604 at a later date.  With respect to an identification of the Apple products that practice

4   the Apple Patents, the asserted claims that are practiced by each such product, and the

5   software by version for each such product, Apple identified this information in its original

6   response, which is incorporated herein by reference.  With respect to the identification below

7   of file directories where source code implementing the patented features or functionalities

8   may be found, Apple's identification is not intended to be an exhaustive listing of every file

9   in which practicing source code may be found.  To the extent the source code in the

10  identified file may reference other source code files, those files are incorporated herein by

11  reference.  Apple reserves the right to further supplement its response to the extent

12  information becomes available during discovery.

13  <u>U.S. Patent No. 5,946,647</u>

14        Apple generally refers to the functionality covered by the asserted claims of the '647

15  patent as "data detectors," and that term has also been used in numerous reviews and

16  discussions of Apple products to describe this functionality (although this "data detectors"

17  functionality is not necessarily coterminous with the asserted claims).  Thomas Deniau is an

18  individual with primary responsibility for creating and/or maintaining source code

19  implementing this functionality.  File names where code implementing the feature or

20  functionality may be found with respect to iOS version 5 include at least the following:

21  ██████████████████████████████████████████████████████████████;

22  ██████████████████████████████████████████████████████████████;

23  ██████████████████████████████████████████████████████████████;

24  ██████████████████████████████████████████████████████████████;

25  ████████████████████████████████████████████████████████.

26

27                                     -50-

28  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –          Case No. 12-CV-00630-LHK (PSG)
    SOURCE CODE
    ────────────────────────────────────────────────────────────────────────
    APPLE'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S INTERROGATORIES
    (NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)

1   Pursuant to Fed. R. Civ. P. 33(d), information responsive to this interrogatory may be

2   found at APLNDC630-0000069204-69324; APLNDC630-0000069325-69460;

3   APLNDC630-0000169870-169907.

4   U.S. Patent No. 8,014,760

5   Apple generally refers to the functionality covered by the asserted claims of the '760

6   patent as the "missed calls list," and that term has also been used in numerous reviews and

7   discussions of Apple products to describe this functionality (although this "missed call lists"

8   functionality is not necessarily coterminous with the asserted claims).  Ed Voas is an

9   individual with primary responsibility for creating and/or maintaining at least some of the

10  source code implementing this functionality.  File names where code implementing the

11  feature or functionality may be found with respect to iOS version 5 include at least the

12  following:

13  █████████████████████████████████████████████████████████████████;

14  ██████████████████████████████████████████████████████████████████████;

15  ███████████████████████████████████████████████████████████████████;

16  ████████████████████████████████████████████████████████████.

17  U.S. Patent No. 8,046,721

18  Apple generally refers to the functionality covered by the asserted claim of the '721

19  patent as "slide to unlock," and that term has also been used in numerous reviews and

20  discussions of Apple products to describe this functionality (although this "slide to unlock"

21  functionality is not necessarily coterminous with the asserted claims).  Balaji Sarpeshkar is

22  an individual with primary responsibility for creating and/or maintaining at least some of the

23  source code implementing this functionality.

24  The '721 patent is a user interface patent, and therefore any infringement or

25  practicing of the patent occurs at the user interface level, regardless of the manner in which

26  the source code implements the patented features.  Accordingly, Apple is not relying on any

27  -51-

28  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –           Case No. 12-CV-00630-LHK (PSG)
    SOURCE CODE

1 | source code either to prove infringement of the '721 patent, or to demonstrate its practice of

2 | the patent, and therefore objects to identifying source code files in connection with Apple's

3 | implementation of its slide to unlock functionality.  Subject to these objections, Apple is

4 | informed and believes that file names where code implementing the feature or functionality

5 | may be found with respect to iOS version 5 include at least the following: ███████████████;

6 | ██████████████████████████████████████████████████████████████████;

7 | ██████████████████████████████████████████████████████████;

8 | ████████████████████████████████████████████████████████;

9 | ██████████████████████████████████████████████████████;

10 | ████████████████████████████████████████████;

11 | ████████████████████████████;

12 | ████████████████████████████;

13 | U.S. Patent No. 8,074,172

14 | Apple generally refers to the functionality covered by the asserted claim of the '172

15 | patent as "auto-correction," "word-correction," or "word suggestion," and these terms have

16 | also been used in numerous reviews and discussions of Apple products to describe this

17 | functionality (although the discussed functionality is not necessarily coterminous with the

18 | asserted claims).  Kenneth Kocienda is an individual who had primary responsibility for

19 | creating and/or maintaining this functionality.

20 | The '172 patent is a user interface patent, and therefore any infringement or

21 | practicing of the patent occurs at the user interface level, regardless of the manner in which

22 | the source code implements the patented features.  Accordingly, Apple is not relying on any

23 | source code either to prove infringement of the '172 patent, or to demonstrate its practice of

24 | the patent, and therefore objects to identifying source code files in connection with Apple's

25 | implementation of its auto-correction, word correction, or word suggestion functionality.

26 | Subject to these objections, Apple is informed and believes that file and project names where

27 | -52-

1  code implementing the feature or functionality may be found with respect to iOS version 5

2  include at least the following: █████████████████████████

3  ██████████████████████████████████

4  ████████████████████████████████████████████

5  ██████

6          Apple reserves the right to supplement and/or amend its response as appropriate.

7  **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

8          Subject to and incorporating its General Objections and its Specific Objections and

9  Responses from Apple Inc.'s Objections and Responses to Samsung's Second Set of

10 Interrogatories with regard to Samsung's Interrogatory No. 25, Apple provides the following

11 supplemental response:

12         U.S. Patent No. 5,666,502

13         Apple practices the asserted claims of the '502 patent through the use of history list or

14 search histories in certain applications available on its devices (although references to history

15 list or search history functionality are not necessarily coterminous with the asserted claims).

16 Brad Moore and Adele Peterson are individuals responsible for creating and/or maintaining

17 source code implementing this functionality.  File names where code implementing the

18 feature or functionality may be found with respect to iOS version 6 include at least the

19 following: █████████████████████████

20 ██████████████████████████████████

21 ████████████████████████████

22 ██████████████████████████████████████

23 ████████████████████

24 ██████████████████████████████

25 ████████████████████████████████████████

26 ██████████████████

27                                 -53-

28 HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –          Case No. 12-CV-00630-LHK (PSG)
   SOURCE CODE

1 ██████████████████████████████████████████████████████████

2 ████████████████████████████████████;

3 ██████████████████████████████████████████████

4 ██████████████████████████████;

5 ██████████████████████████████████████████████

6 ████████.

7 U.S. Patent Nos. 6,847,959 and 8,066,604:

8 Apple practices the asserted claims of the '959 and '604 patents through the use of

9 the Siri Personal Assistant. Benjamin Phipps is one individual responsible for creating

10 and/or maintaining source code implementing this functionality. File names where code

11 implementing the feature or functionality may be found with respect to iOS version 6 include

12 at least the following: ██████████████████████████

13 ██████████████████████████████████████████████;

14 ██████████████████████████████████████;

15 ██████████████████████████████████████.

16 U.S. Patent No. 7,761,414

17 The following Apple devices running the listed versions of iOS practice at least claim

18 11 of the '414 patent:

19 • iPad (iOS 3, 4, 5)

20 • iPad 2 (iOS 4, 5, 6)

21 • New iPad (iOS 5, 6)

22 • iPad Mini (iOS 6)

23 • iPhone (iOS 3)

24 • iPhone 3G (iOS 3, 4)

25 • iPhone 3GS (iOS 3, 4, 5, 6)

26 • iPhone 4 (iOS 4, 5, 6)

27 • iPhone 4S (iOS 5, 6)

28 • iPhone 5 (iOS 6)

• iPod touch (iOS 3, 4, 5, 6)

-54-

1    Apple practices one or more of the asserted claims of the '414 patent through the use

2    of the syncing functionality available on iOS 3 and later for certain applications including

3    Calendar and Contacts that allow data for those applications to synchronize with a remote

4    server.  Olivier Bonnet is one individual responsible for creating and/or maintaining source

5    code implementing this functionality.  File names where code implementing the feature or

6    functionality may be found with respect to iOS version 6 include at least the following:

7    ███████████████████████████████████████

8    ████████████████████████████████████████

9    █████████████████████████████████████████████████████

10   █████████████████████████████████████

11   ██████████████████████████████████████████████

12   ███████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████

14   ██████████████████████████████████████████████████████

15   █████████████████████████████████████

16   <u>U.S. Patent No. 8,046,721</u>

17   Apple generally refers to the functionality covered by the asserted claim of the '721

18   patent as "slide to unlock," and that term has also been used in numerous reviews and

19   discussions of Apple products to describe this functionality (although this "slide to unlock"

20   functionality is not necessarily coterminous with the asserted claims).  Balaji Sarpeshkar is

21   an individual with primary responsibility for creating and/or maintaining at least some of the

22   source code implementing this functionality.

23   The '721 patent is a user interface patent, and therefore any infringement or

24   practicing of the patent occurs at the user interface level, regardless of the manner in which

25   the source code implements the patented features.  Accordingly, Apple is not relying on any

26   source code either to prove infringement of the '721 patent, or to demonstrate its practice of

27   -55-

1  the patent, and therefore objects to identifying source code files in connection with Apple's

2  implementation of its slide to unlock functionality.  Subject to these objections, Apple is

3  informed and believes that file names where code implementing the feature or functionality

4  may be found with respect to iOS version 5 include at least the following: ██████████;

5  ████████████████████████████████████████████████████;

6  ██████████████████████████████████████████████████;

7  ████████████████████████████████████████████;

8  ██████████████████████████████████████████;

9  ███████████████████████████████████;

10  ██████████████████████;

11  ████████████████████████████████████████████████████;

12  █████████████████

13       Apple reserves the right to supplement and/or amend its response as appropriate.

14  **THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

15       Subject to and incorporating its General Objections and its Specific Objections and

16  Responses from Apple Inc.'s previous Objections and Responses to Samsung's Second Set

17  of Interrogatories with regard to Samsung's Interrogatory No. 25, Apple provides the

18  following supplemental response:

19       U.S. Patent Nos. 6,847,959 and 8,066,604:

20       Apple practices the asserted claims of the '959 and '604 patents through the use of

21  the Siri Personal Assistant. Benjamin Phipps is one individual responsible for creating and/or

22  maintaining source code implementing this functionality. File names where code

23  implementing the feature or functionality may be found with respect to iOS version 6 include

24  at least the following: ████████████████████████;

25  ████████████████████████████████████████████████;

26

27                                   -56-

28  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –         Case No. 12-CV-00630-LHK (PSG)
    SOURCE CODE
    _____
    APPLE'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S INTERROGATORIES
    (NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)

[REDACTED]

[REDACTED]

U.S. Patent No. 7,761,414

The following Apple devices running the listed versions of iOS practice at least claim 11 of the '414 patent:

- iPad (iOS 3, 4, 5)
- iPad 2 (iOS 4, 5, 6)
- New iPad (iOS 5, 6)
- iPad Mini (iOS 6)
- iPhone (iOS 3)
- iPhone 3G (iOS 3, 4)
- iPhone 3GS (iOS 3, 4, 5, 6)
- iPhone 4 (iOS 4, 5, 6)
- iPhone 4S (iOS 5, 6)
- iPhone 5 (iOS 6)
- iPod touch (iOS 3, 4, 5, 6)

Apple practices one or more of the asserted claims of the '414 patent through the use of the syncing functionality available on iOS 3 and later for certain applications including Calendar and Contacts that allow data for those applications to synchronize with a remote server. Olivier Bonnet is one individual responsible for creating and/or maintaining source code implementing this functionality. File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

-57-

1 ██████████████████████████████████████████████████████████████,

2 ██████████████████████████████████████████████████████████;

3 █████████████████████████████████████████.

4       Additional file names where code implementing the feature or functionality may be

5 found with respect to iOS version 6 include at least the following:

6       ████████████████████████████████████████████████;

7 █████████████████████████████████;

8 ██████████████████████████████████████;

9 ██████████████████████████████████████;

10 ████████████████████████████████████████████;

11 ██████████████████████████████████████;

12 ███████████████████████████████████████████████;

13 ███████████████████████████████████████;

14 ████████████████████████████████████████████;

15 ██████████████████████████████████.

16       Apple reserves the right to supplement and/or amend its response as appropriate.

17 **FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

18       Subject to and incorporating its General Objections and its Specific Objections and

19 Responses from Apple Inc.'s Objections and Responses to Samsung's Second Set of

20 Interrogatories with regard to Samsung's Interrogatory No. 25, and all supplements thereto,

21 Apple provides the following supplemental response:

22       For the files identified in Apple's Response to Samsung's Interrogatory No. 25,

23 including all supplements thereto, the same functionalities are present in iOS version 6.

24 U.S. Patent No. 5,946,647

25       File names where code implementing the feature or functionality may be found with

26 respect to iOS version 5 include at least the following: ████████████████████;

27                                         -58-

28

1  ███████████████████████████████████████████████████████

2  ██████████████████████████████████████████████████

3  ████████████████████████████████████████████████████████████;

4  ████████████████████████████████████████████████████████;

5  ████████████████████████████████████████████████████;

6  ████████████████████████████████████████████;

7  ████████████████████████████████████████████████████;

8  ██████████████████████████████████████████████████████████;

9  ████████████████████████████████████████.

Information responsive to this interrogatory may also be found in the transcript of the July 12, 2013 deposition of Thomas Deniau.

Apple reserves the right to supplement and/or amend its response as appropriate.

**INTERROGATORY NO. 26:**

For each of the APPLE PATENTS-IN-SUIT, explain in detail all legal and factual bases for APPLE'S contentions as to why each asserted claim of the PATENTS-IN-SUIT is not invalid under 35 U.S.C. §§ 102, 103 and/or 112. To the extent that YOU disagree with SAMSUNG'S invalidity contentions in whole or part, please include in YOUR answer a point-by-point rebuttal of SAMSUNG'S invalidity contentions, including an IDENTIFICATION of each element that is not allegedly present in the prior art cited in SAMSUNG'S invalidity contentions, and why each claim is not allegedly obvious over the prior art cited in SAMSUNG'S invalidity contentions (including any contentions based on secondary considerations of nonobviousness).

**RESPONSE TO INTERROGATORY NO. 26:**

-59-