# EXHIBIT 8
# TO FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO ENFORCE REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA  94304-1211
   Telephone:    (650) 849-5300
5  Facsimile: (650) 849-5333

   MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
   RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
   MORRISON & FOERSTER LLP
   425 Market Street
   San Francisco, CA  94105-2482
   Telephone: (415) 268-7000
   Facsimile: (415) 268-7522

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC., a California corporation,

　　　　Plaintiff,

　　v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

　　　　Defendants.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

　　　　Counterclaim-Plaintiffs,

　　v.

APPLE INC., a California corporation,

　　　　Counterclaim-Defendant.

Civil Action No. 12-CV-00630-LHK (PSG)

**APPLE INC.'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S SECOND SET OF INTERROGATORIES**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

# PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S SECOND SET OF INTERROGATORIES (NO. 25)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby provides its supplemental response to Interrogatory No. 25 served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung") on December 13, 2012. These responses are based on information reasonably available to Apple at the present time. Apple reserves the right to continue discovery and investigation into this matter and reserves the right to amend and supplement these responses when and if additional information becomes available. Apple's objections as set forth herein are made without prejudice to Apple's right to assert any additional or supplemental objections pursuant to Rule 26(e).

## GENERAL OBJECTIONS

The General Objections set forth in Apple Inc.'s Objections and Responses to Samsung's Third Set of Interrogatories, served on January 14, 2013, are incorporated herein by reference.

## OBJECTIONS AND RESPONSES TO INTERROGATORIES

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung's Second Set of Interrogatories as follows:

**INTERROGATORY NO. 25:**

If YOU contend that any APPLE COVERED PRODUCT practices any asserted claim of the APPLE PATENTS, IDENTIFY: (i) the APPLE COVERED PRODUCT; (ii) the asserted claim of the APPLE PATENT; (iii) the features or functionality of the APPLE COVERED PRODUCT that practice the asserted claim; (iv) the software, by name and version, responsible for those features or functionality; (v) the source code (identified by file

-1-

name and line number) that implements any software features or functionality that YOU contend practices any asserted claim of the APPLE PATENTS, including an identification (by file name and line number) of source code YOU contend was properly produced under Patent Local Rule 3-2(e); (vi) the names of any engineers, designers, and authors responsible for creating or maintaining the features or functionality and/or the source code implementing them; and (vii) the person(s) most knowledgeable regarding the response to this interrogatory.

**RESPONSE TO INTERROGATORY NO. 25:**

In addition to its General Objections above, which it hereby incorporates by reference, Apple objects to this Interrogatory on the grounds and to the extent that it is overly broad and unduly burdensome, seeking information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, to the extent that it (i) seeks an identification of "any APPLE COVERED PRODUCT," defined overly broadly as "any PRODUCT sold or offered for sale at any time by APPLE that APPLE contends practices any of the APPLE PATENTS-IN-SUIT," regardless of whether all such products are relevant to this litigation; and (ii) seeks an identification of "the source code (identified by file name and line number) that implements any software features or functionality that YOU contend practices any asserted claim of the APPLE PATENTS, including an identification (by file name and line number) of source code YOU contend was properly produced under Patent Local Rule 3-2(e)." Apple further objects to this Interrogatory to the extent that it calls for legal conclusions and prematurely calls for expert testimony or opinions at this stage of litigation to the extent that it (i) seeks an identification of "the features or functionality of the APPLE COVERED PRODUCT that practice the asserted claim;" (ii) seeks an identification of "the software, by name and version, responsible for those features or functionality;" (iii) seeks an identification of "the source code (identified by file name and line number) that

1. ███████████████████████████████████████████;
2. ███████████████████████████████████████;
3. ██████████████████████████████;
4. ████████████████████████████████████████████;
5. ████████████████████████.
6. Apple reserves the right to supplement and/or amend its response as appropriate.

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

Subject to and incorporating its General Objections and its Specific Objections and Responses from Apple Inc.'s previous Objections and Responses to Samsung's Second Set of Interrogatories with regard to Samsung's Interrogatory No. 25, Apple provides the following supplemental response:

U.S. Patent Nos. 6,847,959 and 8,066,604:

Apple practices the asserted claims of the '959 and '604 patents through the use of the Siri Personal Assistant. Benjamin Phipps is one individual responsible for creating and/or maintaining source code implementing this functionality. File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following: ████████████████████████;

████████████████████████████████████████████;
██████████████████████████████████;
████████████████████████.

U.S. Patent No. 7,761,414

The following Apple devices running the listed versions of iOS practice at least claim 11 of the '414 patent:
- iPad (iOS 3, 4, 5)
- iPad 2 (iOS 4, 5, 6)
- New iPad (iOS 5, 6)

-16-

- iPad Mini (iOS 6)
- iPhone (iOS 3)
- iPhone 3G (iOS 3, 4)
- iPhone 3GS (iOS 3, 4, 5, 6)
- iPhone 4 (iOS 4, 5, 6)
- iPhone 4S (iOS 5, 6)
- iPhone 5 (iOS 6)
- iPod touch (iOS 3, 4, 5, 6)

Apple practices one or more of the asserted claims of the '414 patent through the use of the syncing functionality available on iOS 3 and later for certain applications including Calendar and Contacts that allow data for those applications to synchronize with a remote server. Olivier Bonnet is one individual responsible for creating and/or maintaining source code implementing this functionality. File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

[REDACTED]

Additional file names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

[REDACTED]

-17-

1. ████████████████████████████████████████████████
2. ████████████████████████████████████████████████████████
3. ████████████████████████████████████████
4. ████████████████████████████████████████████████████████
5. ████████████████████████████████████████
6. ████████████████████████████████████████████████████████
7. ██████████████████████████████████.

Apple reserves the right to supplement and/or amend its response as appropriate.

Dated: June 19, 2013                    By:  /s/ H. Mark Lyon

                                           H. Mark Lyon

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*