# EXHIBIT 2
# DOCUMENT REDACTED IN ITS ENTIRETY