# EXHIBIT 4
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN JOSE DIVISION
 3                  - - - - -
 4   APPLE, INC., a          )
     California corporation,)
 5                          )
             Plaintiff,     )
 6                          )
             vs.            ) Civil Action
 7                          ) No. 12-CV-00630-LHK
     SAMSUNG ELECTRONICS     )
 8   CO., LTD., a Korean     )
     corporation, et al.,    )
 9                          )
             Defendants.    )
10

                    - - - - -
11

12      VIDEOTAPED DEPOSITION OF TODD CARL MOWRY

                    - - - - -
13

14             September 19, 2013

                    - - - - -
15

16             HIGHLY CONFIDENTIAL

                    - - - - -
17
18
19
20
21
22
23
24   Reported By: Ronda Weinell
25   Job No: 65971
```

Highly Confidential

Page 127

1        Q.    Dr. Mowry, I have marked as an        13:33

2   exhibit your Reply Declaration from the PI        13:33

3   phase of this case, Exhibit 16.  Would you        13:33

4   please turn to Page 53.                          13:33

5        A.    (Witness complies.)                   13:33

6        Q.    In particular, I'm interested in      13:33

7   Section 4.  Do you see that where it says, in    13:33

8   quotes, "The user interface enabling the         13:33

9   selection of a detected structure and a linked   13:33

10  action"?                                         13:33

11       A.    Yes.                                  13:33

12       Q.    You understand that's the claim       13:33

13  language from Claim 1 of the '647 patent?        13:33

14       A.    Appears to be.  Let me check it.      13:33

15  Yes, that's right.                               13:33

16       Q.    And you see Paragraph 139, sir?       13:33

17       A.    I do.                                 13:33

18       Q.    You see that it says, "The Sidekick   13:33

19  dialer does not disclose a," quote, "'user       13:33

20  interface enabling the selection of a detected   13:33

21  structure and a linked action'"?                 13:34

22       A.    I see that, yes.                      13:34

23       Q.    Do you agree with that statement?     13:34

24       A.    Yes.  That's my opinion.              13:34

25       Q.    That's your opinion?                  13:34

Highly Confidential

Page 128

1      A.    That's what I wrote.                          13:34

2      Q.    And look at Paragraph 140.  Do you          13:34

3  see the sentence that says, in quotes,                13:34

4  "'Selection of a detected structure,'" end           13:34

5  quote, "as written in the claim limitation,          13:34

6  necessarily requires that a particular detected       13:34

7  structure can be chosen from a set of detected        13:34

8  structures"?  Do you see that?                         13:34

9      A.    I see that.                                  13:34

10     Q.    Do you agree with that statement?           13:34

11     A.    Well, that's what I wrote at the           13:34

12  time.  And that was -- I'm not sure why I wrote      13:35

13  in the part where it says "as written in the         13:35

14  claim limitation."  I think it would have been       13:35

15  more correct for me to refer to the example of       13:35

16  the preferred implementation of the invention.       13:35

17     Q.    So you're changing your opinion?           13:35

18  Yes?                                                  13:35

19     A.    Well, I wrote this -- I think that I        13:35

20  did not write this as precisely as I intended        13:35

21  to write it.  So you asked earlier if there          13:36

22  were any corrections, if I had noticed this.         13:36

23  This would be something that I would have            13:36

24  written more carefully.                               13:36

25     Q.    So you disagree with the opinion           13:36

Highly Confidential

Page 129

1    that you have in here, and you're now changing   13:36

2    your opinion; is that right?   13:36

3                MR. VINCENT:  Objection.   13:36

4    Misstates testimony, asked and answered.   13:36

5      A.   What I said was I think this is true   13:36

6    with respect to the preferred embodiment in the   13:36

7    patent.  What I have written here is as written   13:36

8    in the claim limitation, and I could have   13:36

9    written that more carefully.  I think that   13:36

10    should not have said "as written in the claim   13:36

11    limitation."  I should have said "as   13:36

12    illustrated in the preferred embodiment."   13:36

13         So, yes, that is something that I   13:36

14    would like to -- yes, that is something that I   13:36

15    would, given the choice, have fixed that error   13:36

16    in what I wrote.   13:36

17      Q.   So you're saying that that is an   13:36

18    error; is that right?   13:36

19      A.   Yes, that is an error.   13:36

20      Q.   And you submitted this declaration   13:36

21    in support of Apple's Motion For Preliminary   13:36

22    Injunction; correct?   13:37

23      A.   I believe that's the context in   13:37

24    which this is submitted.   13:37

25      Q.   And if you turn to Page 111 of your   13:37

Highly Confidential

Page 130

1    report -- I'm sorry -- the declaration, please        13:37

2    turn to Page 111.  It should be the last page.        13:37

3         A.    Okay.                                       13:37

4         Q.    Do you see there it says, "I                13:37

5    declare, under penalty of perjury, that the           13:37

6    foregoing is true and correct"; right?                13:37

7         A.    Yes.                                        13:37

8         Q.    That's your signature?                      13:37

9         A.    That is.                                    13:37

10        Q.    And you're saying this is not               13:37

11   correct, what you drafted here in Paragraph 140       13:37

12   is not correct?                                        13:37

13        A.    That was an error in what I wrote           13:37

14   down.  People make mistakes when they write           13:37

15   things down sometimes, so that is -- you asked        13:37

16   earlier at the beginning of the deposition if         13:37

17   there are any things that I wanted to correct         13:37

18   where I was aware of any mistakes.  And I did         13:37

19   not notice this before, but that is something         13:38

20   that I would prefer to amend.                          13:38

21              So that's -- I think of it as I            13:38

22   could have written that more precisely.  As I         13:38

23   said, that really should be referring to the          13:38

24   preferred embodiment rather than the claim            13:38

25   limitation language specifically.                      13:38

Highly Confidential

Page 152

1    it would just require the detection -- sorry.        14:14

2    It would require the selection of a detected        14:14

3    structure from the structures.                      14:14

4           The claim language does not require          14:14

5    that all of the structures be detected before       14:15

6    the user interface enables the user to select a     14:15

7    detected structure.                                 14:15

8    ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮                                              14:17

18          Q.    You understand that it was after you   14:17

19   submitted your Reply Declaration; correct?          14:17

20          A.    I don't remember if it was before or   14:17

21   after.  It may have been after.  I don't            14:17

22   remember when it was.                               14:17

23          Q.    You understand that Jelly Bean was     14:17

24   not an issue in the PI stage of this case;          14:17

25   correct?                                            14:17

Highly Confidential

Page 153

1    A.    I'd have to -- that may be true.        14:17

2  I'd have to look through the document to        14:17

3  confirm that.  But I don't remember something   14:17

4  to the contrary.                                14:18

5    Q.    Let's go back -- let's go back again     14:18

6  to the claim language, and let's look at the    14:18

7  user interface connotation again.  You agree    14:18

8  again that Claim 1 cites a user interface       14:18

9  enabling the selection of a detected structure  14:18

10 linked action; right?                           14:18

11   A.    Yes, it says that.                       14:18

12   Q.    Now, that claim language, the user       14:18

13 interface enabling the selection of a detected  14:18

14 structure, requires the user interface to       14:18

15 enable selection of a structure by the user     14:18

16 after the structure has already been detected;  14:18

17 correct?                                        14:18

18   A.    It does say selection of the            14:18

19 detected structure, so the structure that       14:18

20 you're selecting has been detected.             14:18

21   Q.    So you're saying, yes, you agree         14:19

22 with what I just said?                           14:19

23   A.    The selection -- I think that I          14:19

24 agree with what you said.  I'm trying to         14:19

25 remember if I remember the question precisely.  14:19

Highly Confidential

Page 154

1    Q.    I can repeat it.                        14:19

2    A.    That would be great.                    14:19

3    Q.    The claim language of Claim 1, the      14:19

4  user interface enabling the selection of a      14:19

5  detected structure, requires the user interface  14:19

6  to enable selection of a structure by the user  14:19

7  after the structure has already been detected;  14:19

8  correct?                                        14:19

9    A.    Yes.  The selection of a detected       14:19

10 structure means that the structure has been     14:19

11 detected at some point.  By the time that the   14:19

12 user is selecting it -- in the selection        14:19

13 process, the structure has to be detected.  The 14:19

14 structure can't be detected after it's selected 14:20

15 somehow.  It has to be detected prior to         14:20

16 selection.  That's correct.                     14:20

17   Q.    So the user must be able to pick or     14:20

18 choose a detected structure after the system    14:20

19 identifies such structures for the user;        14:20

20 correct?                                        14:20

21            MR. VINCENT:  Objection,             14:20

22 vague.                                          14:20

23   A.    No.  I disagree.  As we discussed       14:20

24 earlier, you said that the system has already   14:20

25 identified such structures to the user.  And    14:21

Highly Confidential

Page 155

1    these structures, that would correspond to, in      14:21

2    my opinion, the scenario where you're               14:21

3    highlighting structures, I mean, in the case        14:21

4    where you're highlighting the structures before     14:21

5    selection.  And that to implement that, you         14:21

6    would need to have detected the structures that     14:21

7    you're going to highlight.                          14:21

8            But Claim 1, since it doesn't               14:21

9    require the highlighting, it's possible that        14:21

10   the system has not detected the structures          14:21

11   ahead of time, the set of structures.               14:21

12      Q.    So you're saying the plain language        14:21

13   of Claim 1 does not require that?                   14:21

14      A.    Require what?                              14:21

15      Q.    What you just said.                        14:21

16            MR. VINCENT:  Objection.                   14:21

17      A.    Can you repeat what you just said?         14:21

18      Q.    Sure.  User must be able to pick or        14:21

19   choose a detected structure after the system       14:21

20   identifies such structures for the user.            14:21

21      A.    I disagree with that wording, as           14:21

22   just said, because you just said after the          14:21

23   system identifies such structures for the user     14:21

24   and there is not a requirement that has             14:21

25   identified such structures for the user.  If        14:22

Highly Confidential

Page 185

1       Q.    So I want to go back to the user.      14:59

2   Do you agree that when a user puts his finger    14:59

3   on the screen, that he is selecting a            14:59

4   structure?  Right?                               14:59

5             MR. VINCENT:  Objection.               14:59

6   Vague, misstates testimony, asked and answered.  14:59

7       A.    I disagree, because as I just said,    14:59

8   so, for example, in Pandit, what the user did    14:59

9   was they took their mouse, and they dragged it   14:59

10  to highlight the beginning and ending of a       14:59

11  whole sequence of characters.  So they've        15:00

12  demarcated beginning and ending of, say, a       15:00

13  phone number, an entire phone number.            15:00

14  ████████████████████████                    ███

███ ████████████████████████████                ███

███ ██████████████████████                      ███

███ ███  ██████████████████                     ███

███ ████████████████████████████                ███

███ ██████████████████████████                  ███

███ ███  ████████████████████████               ███

███ ██████████████   ███████████████            ███

███ ██████████████                              ███

███      ██  ████████████████████               ███

███ ██████████████████████████                  ███

███ ██████████████████████████                15:00

Highly Confidential

Page 186

13      MR. ERWINE:  We've got to  15:01

14 change the tape, so why don't we take a break. 15:01

15      THE VIDEOGRAPHER:  We're at 15:01

16 the end of Tape 3.  We will continue with 15:01

17 Tape 4.  The time is 3:01 p.m. 15:01

18      (Off the record.) 15:11

19      THE VIDEOGRAPHER:  This marks 15:11

20 the beginning of Tape No. 4 of the deposition 15:11

21 of Todd Mowry.  The time is 3:11 p.m. 15:11

22 BY MR. ERWINE: 15:11

Highly Confidential

Page 187



Highly Confidential

Page 188



[redacted]





[redacted]

[redacted]





[redacted]

Highly Confidential

Page 193



Highly Confidential

Page 194



Highly Confidential

Page 195

18        Q.    Why don't we take a two-minute          15:22

19   break.  I think they're bringing in the sodas.     15:22

20             THE VIDEOGRAPHER:  Going off             15:22

21   the record at 3:22 p.m.                            15:22

22             (Off the record.)                        15:24

23             THE VIDEOGRAPHER:  We're back            15:24

24   on the record at 3:24 p.m.                         15:24

25   BY MR. ERWINE:                                     15:24