# EXHIBIT 6
## DOCUMENT REDACTED IN ITS ENTIRETY