# EXHIBIT 13
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**EXPERT REPORT OF DR. ALEX C. SNOEREN CONCERNING U.S. PATENT NOS. 6,847,959 AND 7,761,414**<br><br><br><br>**HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE**<br><br>**GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE** |

[Lines 1–5: redacted]

89.     Overall, the invention recited in claims 24 and 25 of the '959 Patent is valuable to the functionality of a mobile computing device because it enhances the ease of use by allowing the user to input a single query and have that query searched across multiple data sources, including both the local device and the Internet. In addition, it improves usability because it employs heuristics to locate information in the local and Internet locations. As described in the '959 Patent, heuristics enable users to input queries without having to provide constraint satisfaction parameters or learn complicated search semantics. Searching local and Internet locations using heuristics provides a robust search tool that provided enhanced functionality.

**C.     Asserted Claims of The '959 Patent**

90.     I understand that Apple is asserting claims 24 and 25 of the '959 Patent, which recite:

**Claim 24**. A computer readable medium for locating information from a plurality of locations containing program instructions to:

   receive an information identifier;

   provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media;

   determine at least one candidate item of information based upon the plurality of heuristics; and

   display a representation of said candidate item of information.

**Claim 25**. The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic.

[Lines 25–27: redacted]

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE



101. Other claims in the '959 Patent and the related '604 Patent provide further qualifications on the type of module that has an associated heuristic or heuristic algorithm. For example, in claim 6 of the '604 Patent, which was the subject of the Court's construction, the

EXPERT REPORT OF DR. ALEX SNOEREN
CONCERNING U.S. PATENT NOS. 6,847,959 AND
7,761,414

28

Case 5:12-cv-00630-LHK   Document 1102-8   Filed 12/23/13   Page 5 of 12

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

construed "heuristic algorithm" was employed by a "heuristic module." In claim 1 of the '959 Patent there are "a plurality of plug-in modules each using a different heuristic." Here, in claim 24 of the '959 Patent, the "plurality of heuristics" are two or more modules that each implement a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters, as defined by the Court.

[redacted]

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

[Page content redacted]

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE



EXPERT REPORT OF DR. ALEX SNOEREN
CONCERNING U.S. PATENT NOS. 6,847,959 AND
7,761,414

56

[lines 1–8 redacted]

408.   Of course, this plug-in model architecture is only one embodiment and not all the '414 Patent claims require it. Claim 11, for example, does not require multiple, dedicated synchronization software components. But in light of the specification, one of skill in the art would understand claim 20 to require the use of a plug-in model architecture such that additional synchronization software components corresponding to other classes of structured data are plugged into that architecture to handle the synchronization of such data in addition to the requirements of claim 11 discussed above.

[lines 15–28 redacted]

*next page)*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn
& Crutcher LLP

EXPERT REPORT OF DR. ALEX SNOEREN
CONCERNING U.S. PATENT NOS. 6,847,959 AND
7,761,414                                      168

[Lines 1–15 redacted]

## I. Use by Apple of The '414 Patented Technology

525. I have been asked to evaluate whether Apple practices claim 11 of the '414 Patent in iOS version 6.1. It is my opinion that version 6.1 of iOS practices claim 11 of the '414 Patent. In forming my opinion I relied on the source code Apple made available in the following directory: Source\Additional_Samsung630_Off_21030605\1055-Samsung_Sync_14038700\6.1\

526. Version 6.1 of iOS provides a number of applications including a Calendar and Contacts application. Each of those applications provides a user-level non-synchronization processing thread that enables the user to access and edit structured data. The contacts and calendar applications both store information in a SQLite database on the iPhone that enables a user to access and edit contact information in that contact database.

[Line 27 redacted]

527.   Version 6.1 of iOS also provides separate synchronization software components for each applications that provide a separate synchronization processing thread that operates concurrently with the non-synchronization processing thread for contacts and calendars that synchronizes structured data from the SQLite databases on the iPhone with structured data in a remote database.

528.   I understand that the Address Book functionality described here has been in iOS since at least version 4.0 and the Calendar functionality since iOS version 5.0.  See Apple Developer: ABSource Reference *available at* http://developer.apple.com/library/ios/documentation/AddressBook/Reference/ABSourceRef_iPhoneOS/ABSourceRef_iPhoneOS.pdf *produced at* APLNDC630-0001911803; Apple Developer: EKSource Reference *available at* http://developer.apple.com/library/ios/documentation/EventKit/Reference/EKSourceClassRef/EKSourceClassRef.pdf *produced at* APLNDC630-0001911812.

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 12, 2013

_____
Alex C. Snoeren