# EXHIBIT 19
# DOCUMENT REDACTED IN ITS ENTIRETY