# EXHIBIT 23
# DOCUMENT REDACTED IN ITS ENTIRETY