# EXHIBIT 24
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**DECLARATION OF JEFFREY S. CHASE, PH.D., IN SUPPORT OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

I, Jeffrey S. Chase, declare:

1.      My name is Jeffrey S. Chase.    Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") in this case has retained me to analyze U.S. Patent No. 7,761,414 (the "'414 patent") and opine on the validity of claims 11 and 20 asserted by plaintiff Apple Inc. ("Apple").

2.      I am being compensated for my work at my standard consulting rate of $650 per hour.    I am also being reimbursed for expenses that I incur.    My compensation is not contingent upon the results of my study or the substance of my testimony.

3.      I submit this declaration in support of Samsung's Motion for Summary Judgment regarding the invalidity of the '414 patent.    If asked at hearings or trial, I am prepared to testify regarding the matters I discuss in this declaration.

4.      I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, in light of any documents, testimony, expert opinions, or other evidence or information that may emerge during the course of this matter, including depositions that have yet to be taken.

## I.      QUALIFICATIONS

5.      I have more than 25 years of experience as a software developer, researcher, and professor in the field of computer science, with emphasis on operating systems and systems for networked storage and data sharing.

6.      In 1982, I began working as a systems programmer at Dartmouth College building software tools for an early multi-user operating system ("OS").    At Dartmouth, I also worked on embedded network router software and Internet Protocol implementations.    I received my Bachelor of Arts with a double major in Mathematics and Computer Science from Dartmouth College in 1985.

7.      In July 1985, I began working as a software engineer for Digital Equipment Corporation's Unix ("Ultrix") Engineering Group ("DEC") in Merrimack, New Hampshire.    At DEC, I worked primarily on Unix operating system kernel software for file and storage systems,

DECLARATION OF JEFFREY S. CHASE, PH.D., IN SUPPORT OF
SAMSUNG'S MOTION FOR SUMMARY JUDGMENT

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

1   including network file systems.   I continued to be employed by DEC after I began graduate

2   study in Computer Science at the University of Washington in Seattle in September of 1987.   I

3   earned my Master of Science in Computer Science in 1989, and my PhD degree in 1995, both

4   from the University of Washington in Seattle ("UW").

5          8.      Since 1995, I have been a faculty member in Computer Science at Duke University.

6   I have conceived and led a number of research projects and published widely in leading research

7   forums in the areas of operating systems, storage systems, and networked systems.   I earned

8   tenure at Duke University in 2002, and was promoted to Full Professor in 2006.

9          9.      I teach courses for undergraduate and graduate students on operating systems,

10  networking and networked systems, distributed systems, and Internet technology and society.

11         10.     My research has spanned a broad range of topics relating to networked computer

12  systems and Internet systems in particular.   I have published at least 80 peer-reviewed papers on

13  these topics over a twenty-year research career.   Much of my later research deals with

14  communication, coordination, and data sharing mechanisms in networked systems.

15         11.     I have served in a number of editorial and organizing roles for various academic

16  forums and publications in these topic areas.   My ongoing research deals primarily with

17  architectures, mechanisms, and systems for hosting and automated control of Internet systems

18  and Internet application services.

19         12.     I have worked as an expert in several legal matters as a consulting expert and as an

20  expert witness.   I have written expert reports, given deposition testimony, and provided

21  testimony in court.

22         13.     Attached as Exhibit 1 to my declaration is Appendix 2 to my opening expert report,

23  a curriculum vitae that includes a complete list of my qualifications and also includes a list of

24  matters in which I have provided expert testimony, either at deposition or at arbitration.

25

26

27

28

DECLARATION OF JEFFREY S. CHASE, PH.D., IN SUPPORT OF
SAMSUNG'S MOTION FOR SUMMARY JUDGMENT

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

## II.     LEGAL STANDARDS

14.     In this section I describe my understanding of certain legal standards.   I have been informed of these legal standards by Samsung's attorneys.   I am not an attorney and I am relying only on instructions from Samsung's attorneys for these legal standards.

A.     Legal Standard for Prior Art.

15.     I understand that a patent or other publication must first qualify as prior art before it can be used to invalidate a patent claim.

16.     I understand that, absent an assertion by the patentee otherwise, the date of invention is the filing date of the patent.   I understand that a U.S. patent qualifies as prior art to the asserted patent if the application for that patent was filed in the United States before the invention of the asserted patent.

17.     I understand that a system or device qualifies as prior art to the asserted patent if it was known or used in the United States prior to the invention of the asserted patent. I further understand that a system or device qualifies as prior art to the asserted patent if it was in public use or on sale in the United States more than one year prior to the priority date of the asserted patent.

18.     I understand that documents and materials that qualify as prior art can be used to invalidate a patent claim as anticipated or as obvious.

19.     I understand that invalidity must be shown by clear and convincing evidence.

B.     Legal Standard for Anticipation.

20.     I understand that, once the claims of a patent have been properly construed, the second step in determining anticipation of a patent claim requires a comparison of the properly construed claim language to the prior art on a limitation-by-limitation basis.

21.     I understand that a prior art reference "anticipates" an asserted claim, and thus renders the claim invalid, if all elements of the claim are disclosed in that prior art reference, either explicitly or inherently (*i.e.*, necessarily present or implied).

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

22.     I understand that a patent is anticipated if before such person's invention thereof, the invention was made in this country by another inventor who had not abandoned, suppressed, or concealed it.

23.     A patent claim is also anticipated if there is clear and convincing proof that, more than one year before the priority date of the patent, the claimed invention was: in public use or on sale in the United States; patented anywhere in the world; or described in a printed publication anywhere in the world. This is called a statutory bar.

24.     I submit this declaration with the understanding that anticipation must be shown by clear and convincing evidence.   I understand that clear and convincing evidence means that it is highly probable that the fact is true.

## III.    CLAIM CONSTRUCTION

25.     In conducting my analysis of the '414 patent claims, I have applied the legal understandings set out in this declaration.

26.     On April 10, 2013, the Court issued an order construing various claim terms in the asserted patents in this litigation, including the '414 patent.

27.     The Court has construed the term "concurrently with" in the '414 patent to mean "the synchronization thread and the non-synchronization thread are both active during an overlapping time interval."

28.     I have applied the Court's constructions to my analysis in my declaration.   I also have applied to my analysis my understanding of the claim terms' ordinary and accustomed meaning in the art, except where otherwise indicated.   In addition, I have considered and applied to my analysis the apparent application of claim terms by Apple in this litigation at the time of my expert report.

## IV.    WINDOWS MOBILE ANTICIPATES CLAIMS 11 AND 20 OF THE '414 PATENT

A.     <u>Overview.</u>

29.

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

1    ███████████████████████████████ ████████████

2    ██████████

3      30.     Windows Mobile was sold on commercial devices, including the HP iPAQ rx1950

4 series PocketPC (*see* Fazio Decl. Ex. 20 (SAMNDCA630-07673924)) and the Palm Treo 700ws

5 smartphone (*see* Fazio Decl. Ex. 21 (SAMNDCA630-07673928)), both of which ran Windows

6 Mobile 5.0.

7      31.     ████████████████████████████████████

8 ██████████████████████████████ ████████████

9 ██████████████████████████   In particular,

10 the Windows Mobile ActiveSync application allowed for e-mail, contacts and calendar data (also

11 called "PIM," or "Personal Information Manager" data) stored locally on a Windows phone to be

12 synchronized wirelessly with a Microsoft Exchange 2003 server.   (Fazio Decl. Ex. 22 (TechNet

13 Article) at 1; Fazio Decl. Ex. 23 (Hall Dep. Tr.) at 13:25-14:21, 26:4-13.)

14      32.     The TechNet Article also provides a high-level diagram illustrating ActiveSync

15 communication between a Windows handheld device and an Exchange server.   (*See also* Fazio

16 Decl. Ex. 23 (Hall Dep. Tr.) at 25:2-16.)



ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE



DECLARATION OF JEFFREY S. CHASE, PH.D., IN SUPPORT OF
SAMSUNG'S MOTION FOR SUMMARY JUDGMENT

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

37. ████████████████████████████████████

████████  ████████████████  █████████████████████

████████████████████████  ████████████████

38. ████████████████████████████████████

████████████████████████████████████████

████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████

39.     Microsoft Exchange Server 2003 uses the Microsoft Exchange Information Store service as its "core data storage repository."   (Fazio Decl. Ex. 41 (Exchange Information Store) at 1.)   The Microsoft Exchange Information Store service "uses a database engine called Extensible Storage Engine (ESE), a transaction-based database technology," to implement the Exchange store.   (*Id.*)[1]

40.     As discussed in the following paragraphs, in my opinion, Windows Mobile anticipates each and every limitation in claims 11 and 20 of the '414 patent.   My opinions regarding Windows Mobile set forth in this declaration are based on:

---

[1]     Additional description of the Extensible Storage Engine Architecture, including its use in Exchange 2000 Server and Exchange Server 2003, is at http://technet.microsoft.com/en-us/library/aa998171(v=exchg.65).aspx.

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

1       •    running and observing Windows Mobile 5 on an HP iPAQ rx1950, in conjunction

2            with Windows Server and Exchange Server 2003.

3       •    reviewing portions of the source code for Windows Mobile 5 provided by

4            Microsoft in this litigation;

5       •    reviewing the deposition testimony of Windows Mobile and Active Sync

6            engineers; and

7       •    reviewing documentation associated with Windows Mobile.

8      41.    My analysis of the Windows Mobile source code is set forth below, as well as in

9 Exhibit 3 to my opening expert report, which I have attached as Exhibit 2 to this declaration and

10 incorporate herein by reference.   I also have attached Video Exhibits 9-13 of my opening report

11 as Exhibits 3-7 to this declaration and incorporate them herein by reference.

12      B.     <u>Windows Mobile Anticipates Claim 11.</u>

13           *11.   A computer readable storage medium containing executable*
*program instructions which when executed cause a data processing*
14           *system to perform a method comprising:*

15      42.    I understand that the preamble of a patent claim may or may not be limiting

16 depending on certain legal principles as well as the Court's construction of the claim.   I

17 understand that the Court determines whether or not the preamble of claim 11 is limiting.   In any

18 event, should the Court determine that the preamble of claim 11 is a limitation, it is my opinion

19 that it is met by Windows Mobile.

20      43.    As discussed above, Windows Mobile was sold commercially in the United States,

21 including on mobile devices such as the HP iPaq and Palm Treo.

22      44.    Accordingly, each device or distribution of Windows Mobile was "a computer

23 readable storage medium containing executable program instructions which when executed cause

24 a data processing system to perform a method."

25           *executing at least one user-level non-synchronization processing*
*thread, wherein the at least one user-level non-synchronization*
26           *processing thread is provided by a user application which provides*
*a user interface*

27

28

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

45.    In my opinion, Windows Mobile contains instructions to perform the above limitation of claim 11.

46.    As discussed above, Windows Mobile contains multiple user applications for handling data, including mail, calendar, and contacts applications.    (Fazio Decl. Ex. 22 (TechNet Article) at 2; Fazio Decl. Ex. 23 (Hall Dep. Tr.) at 29:21-31:5.)

47.    As Mr. Hall testified, each of these applications had a user interface.    (Fazio Decl. Ex. 23 (Hall Dep. Tr.) at 57:21-58:1.)    Mr. Hall further testified that each of these applications ██████████████████████████████████████████████████████ ████████████    ██  ████████

48.    I confirmed through operation of an HP iPAQ running Windows Mobile 5.0 that the Pocket Outlook user applications provides a user interface that is receptive to user input. Exemplary screenshots of the Messaging, Contacts and Calendar applications are below.



ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE



(*See also* Exhibits 3-4.)

49. ███████████████████████████████████████
████████████████████████████████████████
████████████████████████.

50. █████████   ██████████████████████████
████████████████████████████████████████
████████   ██████████████████████████████
████████████████████████████████████████
████████████.

51. ███████████████████████████████████████
████████████████████   ████████████████████
██████████   ████████████████████████████
██████████████████   ██████████████████████
██████████████████████.

52. ███████████████████████████████████████
████████████████████████████████████████
████████████████████████████   ████████████
████████████████████████████████████████

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE



57. [redacted]

58. For instance, I observed that the user interface of the Contacts application allows a user to modify information associated with a contact, add new contacts and delete contacts. (*See* Exhibit 3.)

59. [redacted]

60. [redacted]

61. [redacted]

62. [redacted]

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

1

2

3

4

5

6

7

8    63.

9

10

11

12

13

14

15

16

17

18    64.

19

20

21

22

23

24

25

26    65.

27

28



ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE



Case No. 12-cv-00630-LHK
DECLARATION OF JEFFREY S. CHASE, PH.D., IN SUPPORT OF
SAMSUNG'S MOTION FOR SUMMARY JUDGMENT

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

69. ███████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████

       *executing at least one synchronization processing thread*
       *concurrently with the executing of the at least one user-level non-*
       *synchronization processing thread,*

70. The Court has construed the term "concurrently with" in the '414 patent to mean

"the synchronization thread and the non-synchronization thread are both active during an

overlapping time interval." ██████████████████████████████████

███████████████████████████████████

71. ████████████████████████████████████████

█████████████████████████████  ██████████████████████

███████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████

72. ████████████████████████████████████████

████████████████████  ██████████████████████████

██████████████████████████████████████████████

█████████████████████  ██████████████████████

████████████████████████████████████████████

██  ███████████

73. ████████████████████████████████████████████

██  ████████  ██████████████████████████████

DECLARATION OF JEFFREY S. CHASE, PH.D., IN SUPPORT OF
SAMSUNG'S MOTION FOR SUMMARY JUDGMENT

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE



ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE



77. ████████████████████████████████████
████████████████████    ████████████████████████
████████████████████████████████████████████
████████████████████    ████████████████████████
████████████████████████████████████████████
███    ████████████████████████████████████
████████████████████    ████████████████████████
████████████████████████████████████████
████████████████████████████

78. ████████████    ████████████████████████
████████████████████████████████    ██
████████████████████████████████████████
████████████████████████    ████████████████

DECLARATION OF JEFFREY S. CHASE, PH.D., IN SUPPORT OF
SAMSUNG'S MOTION FOR SUMMARY JUDGMENT

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE



ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE





ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

Case No. 12-cv-00630-LHK
DECLARATION OF JEFFREY S. CHASE, PH.D., IN SUPPORT OF
SAMSUNG'S MOTION FOR SUMMARY JUDGMENT

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

*wherein the at least one synchronization processing thread is provided by a synchronization software component*

95.

96.

97.

98.



ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE



99.

*[a synchronization software component] which is configured to synchronize the structured data from the first database with the structured data from a second database.*

100.

101.

102.

103.

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE



1

2

3

4

5

6

7

8

9

10

11    104.

12

13

14    C.    <u>Windows Mobile Anticipates Claim 20.</u>

15        *20.   The storage medium as in claim 11 wherein the*
16    *synchronization software component is configured to synchronize*
      *structured data of a first data class and other synchronization*
      *software components are configured to synchronize structured data*
17    *of other corresponding data classes.*

18    105.

19

20    106.

21

22

23

24    107.

25

26

27

28

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

1

2

3    108.

4

5    109.

6

7

8

9        I declare under penalty of perjury that the foregoing is true and correct.

10   Executed in Durham, North Carolina, on October 10, 2013.

11

12                                    By: _____

13                                         Jeffrey S. Chase

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CHASE DECLARATION EXHIBIT 1

**Jeffrey S. Chase**

**2012**

**C 2**

**G 4**

**GSUB  8 (not counting industry proposals)**

**GNEW 3 (not counting industry grants)**

**Teaching 1**

**Talk 11**

**Award 2**

**External 6**

**Duke 1**

**Department 1**

2012 Undergraduate independent studies: 1

2012 Five graduated terminal MS students (though I think maybe you didn't ask)

Student info in CV and at end of CV.

**CURRICULUM VITAE**

**Jeffrey S. Chase**

Department of Computer Science
Box 90129
Duke University
Durham, NC 27708-0129

E-mail: *chase@cs.duke.edu*
Office phone: (919) 660-6559
Department phone: (919) 660-6500
Fax: (919) 660-6519
URL: *http://www.cs.duke.edu/~chase*

## Education

**Ph.D. in Computer Science**, University of Washington, August 1995
Advisors: Henry M. Levy and Edward D. Lazowska
Dissertation: *An Operating System Structure for Wide-Address Architectures*

**Master of Science in Computer Science**, University of Washington, May 1989
Advisor: Henry M. Levy

**Bachelor of Arts.** Dartmouth College, June 1985 (*cum laude*)
Double Major: Mathematics and Computer Science

## Professional Appointments

Professor, Department of Computer Science, Duke University (effective July 2006).

Visiting Scholar, Renaissance Computing Institute (RENCI), 2011-2012.

Associate Professor, Department of Computer Science, Duke University (effective July 2002).

Visiting Scholar, Hewlett-Packard Laboratories, September 2003–June 2004.

Assistant Professor, Department of Computer Science, Duke University,  September 1995–July 2002.

Senior Software Engineer, Digital Equipment Corporation, 1985–1994 (effective July 1987).

## Research Summary and Background

My research deals with experimental software systems for efficient and reliable sharing of resources and information in computer networks ranging from clusters to the global Internet.  Much of my recent research focuses on automated dynamic resource management for on-demand computing and storage utilities.  Other research topics include network storage services, I/O prefetching, low-overhead network I/O, active storage, large-scale Internet services, Web caching and content delivery, self-organizing Internet service utilities, network emulation, grid computing environments, and multidisciplinary research efforts directed at managing, storing, and processing massive spatial data.  My earlier work at the University of Washington dealt with distributed data sharing and data, cluster computing, and virtual memory models for wide-address (e.g., 64-bit) computers.   My academic career is supplemented by several years of Unix kernel engineering experience with Digital Equipment Corporation overlapping with my graduate work.

## Honors and Awards

IBM Faculty Partnership award, 2002; IBM Faculty Award: 2003, 2004, 2007-**2011**.

NetApp Faculty Fellowship, 2009.

Award papers: *Symposium on Operating System Design and Implementation (OSDI)*, 2000;  *Usenix Technical Conference*, 2002.

**Award**  Paper on Dynamic Virtual Clusters selected as one of "best 20 papers over 20 years" in *IEEE High Performance Distributed Computing (HPDC)* symposium (published in 2003, selected in 2012).  This paper is one of the earliest papers on cloud infrastructure as a service.

**Award**  Paper on petascale file system analysis nominated for Best Paper and Best Student Paper for SC12 (IEEE 2012 *International Conference for High Performance Computing, Networking, Storage, and Analysis*): one of 7/479 submissions nominated for one or both of these categories.

National Science Foundation CAREER Young Investigator Research Initiation Award, 1996.

Intel Foundation Graduate Fellowship, 1993-1994.

Digital Equipment Corporation GEEP Fellowship, 1987-1989

## Professional Activities

**External** GENI Working Groups: NSF Global Environment for Network Investigations (GENI) project: *Services Working Group* (chair) 2007-2009; *Control Framework Working Group* (co-chair), 2009-2010.  GENI Architecture  Board voting member, **2011-**

**External\*5** Program committees: *IEEE International Conference on Distributed Systems (ICDCS 2013) Special Panel on Green Computing, USENIX/ACM Symposium on Networked System Design and Implementation* (*NSDI* 2013), *Third ACM Symposium on Cloud Computing (SOCC 2012), 2012* ACM Cloud Computing Security Workshop (CCSW 2012), *7th ACM Symposium on Information, Computer, and Communications Security (ASIACCS 2012),////* 18th Network and Distributed System Security Symposium (NDSS 2012), ACM Cloud Computing Security Workshop (CCSW 2011), *Second ACM Symposium on Cloud Computing (SOCC 2011,* **program co-chair***), 9th USENIX Symposium on File and Storage Technologies (FAST* 2011), *First ACM Symposium on Cloud Computing (SOCC 2010); International Conference on Testbeds and Research Infrastructures for the Development of Networks (TridentCom 2010,* **program co-chair***); International Conference on Autonomic Computing (ICAC 2010); ACM Symposium on Operating Systems Principles (SOSP 2009, light committee), Workshop on Automated Control for Datacenters and Clouds (ACDC09,* **program co-chair***); First Workshop on Hot Topics in Cloud Computing (HotCloud 2009); Workshop on Power Aware Computing and Systems (HotPower 2009); Workshop on Managed Multi-Core Systems (MMCS 2008); Third Workshop on Machine Learning in Systems (SysML08), Third Workshop on Economics of Networked  Systems (NetEcon 2008), USENIX Technical Conference 2008, USENIX/ACM Symposium on Networked System Design and Implementation* (*NSDI* 2008), *USENIX Technical Conference 2007 (***program co-chair***), Second Workshop on Machine Learning in Systems (***program co-chair***, SysML07), First Workshop on Economics of Networked Systems* (NetEcon 2006, **program co-chair***), USENIX Technical Conference 2006, International Conference on Autonomic Computing 2006, WWW 2006* (**deputy vice-chair** for Performance, Reliability, and Scalability), *Supercomputing 2005* (**program subchair** for system software), *Third Workshop on Economics of Peer-to-Peer Systems (EconP2P 2005),* ACM *SIGMETRICS* 2004, *International Conference on Autonomic Computing (ICAC-04), IEEE International Symposium on High-Performance Distributed Computing (HPDC-13,* 2004), *3rd USENIX Conference on File and Storage Technologies (FAST* 2004), *First USENIX/ACM Symposium on Networked System Design and Implementation (NSDI* 2004), 2003 *Workshop on Network I/O (NICELI/SIGCOMM)*, 2003 *Workshop on Hot Topics in Operating Systems (HotOS-IX)*, 2003 *Conference on File and Storage Technologies (FAST* **program chair***),*  2002 *Seventh International Workshop on Internet Content Caching and Distribution* (**program chair**), 2002 *Conference on File and Storage Technologies (FAST)*, 2001 *IEEE International Conference on Distributed Systems (ICDCS)*, 2001 *Sixth International Workshop on Web Caching and Content Delivery (WCW-6)*, *2001 World-Wide Web Conference (WWW10)*, 2000 *World Wide Web Conference (WWW9)*, 1999 *Seventh Workshop on Hot Topics in Operating Systems (HotOS-VII)*, 1999 *World Wide Web Conference (WWW8)*, 1998 *International Performance and Dependability Symposium (IPDS)*, 1997 *ACM Symposium on Operating Systems Principles (SOSP)*.

Conference steering committees: *USENIX Conference on File and Storage Technologies (FAST), 2003-2007, Workshop on Economics of Networked  Systems (NetEcon, 2006-2007); Workshop on Machine Learning in Systems (SysML), 2007-2008; International Workshop on Internet Content Caching and Distribution (2002-2006).*

Other conference organizing: 2004 *IEEE Computer Communications Workshop (CCW),* 1999 *ACM Symposium on Operating Systems Principles* (*SOSP*).

Reviewer for grant funding programs and leading conferences and journals in operating systems, distributed systems, Internet technologies, storage systems, and computer architecture.

Advisory Boards: Silverback Systems (2002-2006), Blue Stripe Software.

Consulting:  Various clients.  Expert witness: Latham and Watkins 2006-2008 (Veritas/Symantec Inc.), Kirkland and Ellis 2008-2009 (Limelight Networks), Quinn Emanuel 2010-2011 (Google), 2011-2012 (Motorola), 2012- (Samsung, MotionPoint), Haynes and Boone 2011-2012 (AT&T).

## Refereed Journal Publications

L. Ramakrishnan, D. Gannon, D. Nurmi, R. Wolski,, J. Chase. **Deadline-Sensitive Workflow Orchestration Without Explicit Resource Control**. *Journal of Parallel and Distributed Computing*. 71(3)  pages 343-353, (Elsevier).   March 2011.

A. Yumerefendi and J. Chase.  **Strong Accountability for Network Storage**.  ACM Transactions on Storage (TOS), 3(3), October 2007.   Special issue: selected papers from the *Sixth USENIX Symposium on File and Storage Technologies (FAST)*.

R. Sharma, C. Bash, C. Patel, R. Friedrich, and J. Chase. **Balance of Power: Dynamic Thermal Management for Internet Data Centers**. *IEEE Internet Computing*, 9(1): 42-49, January 2005.

S. Anastasiadis, S. Gadde, and J. Chase.  **Scale and Performance in Semantic Storage Management of Data Grids**.  *Springer-Verlag  International Journal on Digital Libraries, Special Issue on Semantic Web and Science Data Interoperation*, (2004) 00:1-15, September 2004.

L. Toma, R. Wickremesinghe, L. Arge, J. Chase, J. Vitter, P. Halpin, and D. Urban.  **Flow Computation on Massive Grids**.  *Geoinformatica*, 7(4), December 2003.

R. Wickremesinghe, L. Arge, J. Chase, and J. Vitter.  **Efficient Sorting Using Registers and Caches**.  *ACM Journal of Experimental Algorithmics (JEA)*, 7(1), December 2002.

D. Anderson and J. Chase.  **Failure-Atomic File Access in an Interposed Network Storage System**.  *Cluster Computing*: *The Journal of Networks, Software Tools, and Applications*, 5(4):411-419, October 2002.

R. Doyle, J. Chase, S. Gadde, and A. Vahdat.  **The Trickle-Down Effect: Web Caching and Server Request Distribution**.  Elsevier *Computer Communications*, 25(4): 345-356, March 2002.

D. Anderson, J. Chase, and A. Vahdat.  **Interposed Request Routing for Scalable Network Storage**.  *ACM Transactions on Computer Systems (TOCS)*, 20(1): 25-48, February 2002.

J. Chase, A. Gallatin, and K. Yocum.  **End System Optimizations for High-Speed TCP**.  In *IEEE Communications* special issue on *TCP Performance in Future Networking Environments*, 39(4):68-74, April 2001.

W. Jin, J. Chase, X. Sun. **FastSlim: Prefetch-Safe Trace Reduction for I/O Cache Simulation**.  *ACM Transactions on Modeling and Computer Simulation (TOMACS)*, (11)2, April 2001.

S. Gadde, J. Chase, and M. Rabinovich. **Web Caching and Content Distribution: A View from the Interior** (extended version).  In *Computer Communications*, 24(2):222-231, February 2001.

M. Rabinovich, J. Chase, S. Gadde, **Not All Hits Are Created Equal: Cooperative Proxy Caching Over a Wide Area Network** (extended version).  In *Journal of Computer Networks*, 30(2), October 1998.

J. Chase, H. Levy, M. Feeley, and E. Lazowska.  **Sharing and Protection in a Single Address Space Operating System**.  In *ACM Transactions on Computer Systems (TOCS)*, November 1994.

## Major Conference Publications

*Works in this category are refereed standard-length conference papers (10-16 pages) presented in conferences with acceptance ratios below 30%.*

**C** Ilia Baldine, Y. Xin, A. Mandal, P. Ruth, A. Yumerefendi, and J. Chase. **ExoGENI: A Multi-Domain Infrastructure-as-a-Service Testbed**. *TridentCom: International Conference on Testbeds and Research Infrastructures for the Development of Networks and Communities.* June 2012.

**C** B. Xie, J. Chase, D. Dillow, O. Drokin, S. Klasky, S. Oral, and N. Podhorszki. **Characterizing Output Bottlenecks on a Supercomputer.** *IEEE International Conference for High-Performance Computing, Networking, Storage, and Analysis (SC12).* November 2012.

H. Lim, J. Chase, S. Babu**. Automated Control for Elastic Storage**. In *IEEE International Conference on Autonomic Computing (ICAC)*, June 2010.

P. Shivam, V. Marupadi, J. Chase, T. Subramaniam, S. Babu. **Cutting Corners: Workbench Automation for Server Benchmarking.** In *USENIX Technical Conference*, June 2008.

A. Yumerefendi and J. Chase. **Strong Accountability for Network Storage**. In the *Sixth USENIX Symposium on File and Storage Technologies (FAST)*, March 2007. Acceptance ratio: 19/98.

L. Ramakrishnan, L. Grit, A. Iamnitchi, D. Irwin, A. Yumerefendi, J. Chase. **Toward a Doctrine of Containment: Grid Hosting with Adaptive Resource Control**. *Supercomputing* 2006. November 2006. Acceptance ratio: 54/239.

P. Shivam, S. Babu, J. Chase. **Active and Accelerated Learning of Cost Models for Optimizing Scientific Applications**. *International Conference on Very Large Data Bases (VLDB)*, September 2006. Acceptance ratio:xx/yy.

P. Ranganathan, D. Irwin, J. Chase. **Enclosure-Level Power Management for Dense Blade Servers**. *International Symposium on Computer Architecture (ISCA),* June 2006. Acceptance ratio: 31/229.

P. Shivam, S. Babu, J. Chase. **Learning Performance Models in Network Utilities**. In *IEEE International Conference on Autonomic Computing (ICAC)*, June 2006. Acceptance ratio: 26/120.

J. Moore, J. Chase, P. Ranganathan. **Weatherman: Automated, Online, and Predictive Thermal Mapping and Management for Data Centers**. In *IEEE International Conference on Autonomic Computing (ICAC)*, June 2006. Acceptance ratio: 26/120.

D. Irwin, J. Chase, L. Grit, A. Yumerefendi, D. Becker, K. Yocum. **Sharing Networked Resources with Brokered Leases**. In *USENIX Technical Conference*, June 2006. Acceptance ratio: 21/153.

M. Karlsson, C. Karamanolis, J. Chase. **Controllable Fair Queuing for Meeting Performance Goals**. In *Performance 2005*, IFIP/Elsevier, October 2005.

S. Anastasiadis, R. Wickremisinghe, J. Chase. **Lerna: An Active Storage Framework for Flexible Data Access and Management**. *Fourteenth International Symposium on High Performance Distributed Computing (HPDC-14)*, July 2005. Acceptance ratio: 24/153.

J. Moore, J. Chase, P. Ranganathan. **Making Scheduling ``Cool'': Temperature-Aware Workload Placement in Data Centers**. In the *2005 USENIX Annual Technical Conference (USENIX '05)*, April 2005. Acceptance ratio: 24/118.

I. Cohen, M. Goldszmidt, T. Kelly, J. Symons, and J. Chase. **Correlating Instrumentation Data to System States: A Building Block for Automated Diagnosis and Control**. In the *Sixth Symposium on Operating System Design and Implementation (OSDI)*, December 2004. Acceptance ratio: 27/193.

W. Jin, J. Chase, and J. Kaur. **Interposed Proportional Sharing for a Storage Service Utility**. In the *Joint International Conference on Measurement and Modeling of Computer Systems (ACM SIGMETRICS/Performance)*, June 2004. Acceptance ratio: 33/265.

D. Irwin, J. Chase, and L. Grit. **Balancing Risk and Reward in Market-Based Task Scheduling**. In the *Thirteenth International Symposium on High Performance Distributed Computing (HPDC-13),* June 2004. Acceptance ratio: 24/153.

M. Ripeanu, M. Bowman, J. Chase, I. Foster, and M. Milenkovic. **Globus and PlanetLab Resource Management Solutions Compared**. In the *Thirteenth International Symposium on High Performance Distributed Computing (HPDC-13)*, June 2004. Acceptance ratio: 24/153.

S. Anastasiadis, R. Wickremisinghe, J. Chase. **Circus: Opportunistic Block Reordering for Scalable Content Servers**. In the *Third USENIX Conference on File and Storage Technologies (FAST)*, March 2004. Acceptance ratio: 18/72.

K. Keeton, C. Santos, D. Beyer, J. Chase, J. Wilkes. **Designing for Disasters**. In the *Third USENIX Conference on File and Storage Technologies (FAST)*, March 2004. Acceptance ratio: 18/72.

Y. Fu, J. Chase, B. Chun, S. Schwab, and A. Vahdat. **SHARP: An Architecture for Secure Resource Peering**. In the *19th ACM Symposium on Operating Systems Principles (SOSP)*, October 2003. Acceptance ratio: 22/128.

J. Chase, L. Grit, D. Irwin, J. Moore, and S. Sprenkle. **Dynamic Virtual Clusters in a Grid Site Manager**. In the *Twelfth International Symposium on High Performance Distributed Computing (HPDC-12)*, June 2003. Acceptance ratio: 25/121.

K. Yocum, J. Chase, and A. Vahdat. **Anypoint: Extensible Transport Switching on the Edge**. In the *Fourth USENIX Symposium on Internet Technologies and Systems (USITS)*, March 2003. Acceptance ratio: 19/75.

R. Doyle, O. Asad, J. Chase, and A. Vahdat. **Model-Based Resource Provisioning in a Web Service Utility**. In the *Fourth USENIX Symposium on Internet Technologies and Systems (USITS)*, March 2003. Acceptance ratio: 19/75.

A. Vahdat, K. Yocum, K. Walsh, P. Mahadevan, D. Kostic, J. Chase, D. Becker. **Scalability and Accuracy in a Large-Scale Network Emulator**. In the *Fifth Symposium on Operating System Design and Implementation (OSDI)*, December 2002. Acceptance ratio: 27/150.

R. Wickremesinghe, J. Vitter, J. Chase. **Distributed Computing with Load-Managed Active Storage**. In the *IEEE International Symposium on High-Performance Distributed Computing (HPDC-11),* July 2002.

R. Braynard, D. Kostic, A. Rodriguez, J. Chase and A. Vahdat. **The Case for an Overlay Utility Service**. *In The Fifth IEEE Conference on Open Architectures and Network Programming (OPENARCH 2002)*. June 2002.

K. Magoutis, S. Addetia, A. Fedorova, M. Seltzer, J. Chase, A. Gallatin, R. Kisley, R.Wickremesinghe, and E. Gabber. **Structure and Performance of the Direct Access File System**. *In 2002 USENIX Annual Technical Conference*. June 2002. *Best paper award.* Acceptance ratio: 25/105.

J. Chase, D. Anderson, P.Thakar, A.Vahdat, and R. Doyle. **Managing Energy and Server Resources in Hosting Centers**. In the *18th ACM Symposium on Operating System Principles (SOSP)*, October 2001. Acceptance ratio for *SOSP-18*: 17/85.

K. Yocum and J. Chase. **Payload Caching: High-Speed Data Forwarding for Network Intermediaries**. In the *2001 USENIX Technical Conference*, June 2001. Acceptance ratio for *USENIX-01*: 24/82.

D. Anderson, J. Chase, and A. Vahdat. **Interposed Request Routing for Scalable Network Storage**. In the *Fourth ACM/USENIX Symposium on Operating System Design and Implementation (OSDI)*, October 2000. Acceptance ratio for *OSDI-2000*: 24/111. This is paper is one of four award papers selected for journal publication in a special issue of ACM *TOCS*.

D. Anderson and J. Chase. **Failure-Atomic File Access in an Interposed Network Storage System**. In the *Ninth IEEE International Symposium on High Performance Distributed Computing (HPDC-9)*, August 2000. Acceptance ratio for *HPDC-9*: 32/103.

D. Anderson, J. Chase, S. Gadde, A. Gallatin, K. Yocum, M. Feeley. **Cheating the I/O Bottleneck: Network Storage with Trapeze/Myrinet**. In *Proceedings of the 1998 USENIX Technical Conference*, June 1998. Acceptance ratio for *USENIX-98*: 23/87.

G. Cohen, J. Chase, D. Kaminsky. **Automatic Program Transformation with JOIE**. In the *1998 USENIX Technical Conference*, June 1998. Acceptance ratio for *USENIX-98*: 23/87.

G. Voelker, T. Kimbrel, M. Feeley, A. Karlin, J. Chase, H. Levy. **Cooperative Prefetching and Caching in a Globally-Managed Memory System**. In *Proceedings of the 1998 ACM Conference on Performance Measurement, Modeling, and Evaluation (SIGMETRICS)*, June 1998. Acceptance ratio for *SIGMETRICS-98*: 25/135.

M. Feeley, J. Chase, V. Narasayya, and H. Levy. **Integrating Coherency and Recovery in Distributed Systems**. In *Proceedings of the First USENIX Symposium on Operating System Design and Implementation (OSDI)*, November, 1994. Acceptance ratio for *OSDI-94*: 21/178.

E. Koldinger, S. Eggers, and J. Chase. **Architectural Support for Single Address Space Operating Systems**. In *Proceedings of the ACM Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS)*, October 1992. Acceptance Ratio for *ASPLOS-92*: 24/150+.

J. Chase, H. Levy, M. Baker-Harvey, and E. Lazowska. **Lightweight Shared Objects in a 64-bit Operating System**. In *Proceedings of the ACM Conference on Object-Oriented Programming Systems, Languages, and Applications (OOPSLA)*, October 1992. Acceptance Ratio for *OOPSLA-92*: 41/250.

M. Feeley, B. Bershad, J. Chase, and H. Levy. **Dynamic Node Reconfiguration in a Parallel-Distributed Environment**. In *Proceedings of the Third ACM Symposium on Principles and Practices of Parallel Programming (PPoPP)*, April 1991. Acceptance Ratio for *PPoPP-91*: 21/79.

J. Chase, F. Amador, E. Lazowska, H. Levy, and R. Littlefield. **The Amber System: Parallel Programming on a Network of Multiprocessors**. In *Proceedings of the 12th ACM Symposium on Operating System Principles (SOSP)*, December 1989. Acceptance Ratio for *SOSP-89*: 20/84.

## Invited Papers and Book Chapters

J. Chase. **Demand Response for Computing Centers**. Invited chapter for *Green High-Performance Computing*. Wuchun Feng, editor. Taylor and Francis. Expected in 2012. (26 pages)

J. Chase. **Software Implementation of TCP**. Invited chapter for *High Performance TCP/IP Networking*. Mahbub Hassan and Raj Jain, editors. Prentice Hall, 2003. ISBN:0130646342. (29 pages)

J. Chase. **Single Address Space Operating Systems**. Invited entry for the *Encyclopedia of Distributed Computing*. Joseph E. Urban and Partha Dasgupta, editors. Kluwer Academic Press. September 1999. (3 pages)

J. Chase, D. Anderson, A. Gallatin, A. Lebeck, and K. Yocum. **Network I/O with Trapeze**. In the *1999 IEEE Symposium on High-Performance Interconnects (Hot Interconnects-7)*, August 1999. Invited for a special session on network storage. (7 pages)

## Other Conference Publications

*Works in this category are other papers published in refereed workshops and conferences, with a presentation unless otherwise indicated.*

A. Mandal, Y. Xin, I. Baldine, P. Ruth, C. Heerman, J. Chase, V. Orlikowski, A. Yumerefendi. **Provisioning and Evaluating Multi-Domain Clouds for Hadoop-based Applications**. *2011 Workshop on Network Infrastructure Services for Cloud Computing (NetCloud),* Athens, Greece, December 2011. (8 pages)

A. Brown, J. Chase. Trusted Platform-as-a-Service: A Foundation for Trustworthy Cloud-Hosted Applications. *2011 ACM Cloud Computing Security Workshop (CCSW 2011),* Chicago IL, October 2011.

Y. Xin, I. Baldine,, J. Chase, T. Beyene, A. Chakrabortty. **Virtual Smart Grid Architecture and Control Framework.** *2nd IEEE Conference on Smart Grid Communications*, Brussels, Belgium, October 2011.

Y. Xin, I. Baldine, A. Mandal, C. Heerman, J. Chase, A. Yumerefendi. **Embedding Virtual Topologies in Networked Clouds.** *6th International Conference on Future Internet Technologies,* Seoul, Korea, June, 2011. (4 pages)

I. Baldine, Y. Xin, A. Mandal,  C. Heerman, J. Chase, V. Marupadi, A. Yumerefendi., D. Irwin  **Networked Cloud Orchestration: A GENI Perspective**. *IEEE Workshop on Management of Emerging Networks and Services (MENS),* Miami, Florida, December, 2010.  (6 pages)

I. Baldine, Y. Xin, D. Evans, C. Heerman, J. Chase, V. Marupadi, A. Yumerefendi.  **The Missing Link: Putting the Network in Networked Cloud Computing**. *International Conference on the Virtual Computing Initiative (ICVCI '09),* a forum for participants in IBM's Virtual Computing Initiative.  (6 pages)

A. Demberel, J. Chase, S. Babu.  **Reflective Control for an Elastic Cloud Application: An Automated Experiment Workbench**. *First Workshop on Hot Topics in Cloud Computing (HotCloud '09)*, June 2009.  (6 p)

H. Lim, S. Babu, J. Chase, S. Parekh.  **Automated Control in Cloud Computing: Challenges and Opportunities**. *Workshop on Automated Control for Data Centers and Clouds (ACDC '09),* June 2009.  (6 p)

I. Constandache, A. Yumerefendi, and J. Chase. **Secure Control of Portable Images in a Virtual Computing Utility**. *First Workshop on Virtual Machine Security (VMSec),* October 2008.  (8 pages)

J. Chase, I. Constandache, A. Demberel, L. Grit, V. Marupadi, M. Sayler, A. Yumerefendi.  **Controlling Dynamic Guests in a Virtual Computing Utility**. *International Conference on the Virtual Computing Initiative (ICVCI '008),* a forum for participants in IBM's Virtual Computing Initiative, May 2008.  This paper was selected for publication via ACM Digital Library. (8 pages)

A. Yumerefendi, P. Shivam, D. Irwin, P. Gunda, L. Grit, A. Demberel, J. Chase, and S. Babu.  **Toward an Autonomic Computing Testbed**. *Second Workshop on Hot Topics in Autonomic Computing (HotAC II).*  June 2007.  (6 pages)

J. Chase, L. Grit, D. Irwin, V. Marupadi, P. Shivam, A. Yumerefendi.  **Beyond Virtual Data Centers: Toward an Open Resource Control Architecture**. *International Conference on the Virtual Computing Initiative (ICVCI '07),* a forum for participants in IBM's Virtual Computing Initiative, May 2007.  This paper was selected for publication via ACM Digital Library. (8 pages)

L. Grit, D. Irwin, V. Marupadi, P. Shivam, A. Yumerefendi, J. Chase, and J. Albrecht.  **Harnessing Virtual Machine Resource Control for Job Management**.  In Workshop on System-Level Virtualization for High-Performance Computing (HPCVirt).  March 2007.

P. Shivam, S. Babu, J. Chase.  **Active Sampling for Accelerated Learning of Performance Models**.  In the *First Workshop on Tackling Computer Systems Problems with Machine Learning (SysML)*, June 2006 (6 pages). Acceptance ratio: 8/20.

J. Moore, J. Chase, P. Ranganathan.  **ConSil: Low-Cost Thermal Mapping of Data Centers**.  In the *First Workshop on Tackling Computer Systems Problems with Machine Learning (SysML)*, June 2006 (6 pages). Acceptance ratio: 8/20.

D. Irwin, J. Chase, L. Grit, A. Yumerefendi.  **Self-Recharging Virtual Currency**.  In the *Third Workshop on Economics of Peer-to-Peer Systems (EconP2P 2005)*, August 2005 (6 pages).

A. Yumerefendi and J. Chase.  **The Role of Accountability in Dependable Distributed Systems**.  In the *First Workshop on Hot Topics in Dependability (HotDep '05)*, June 2005 (6 pages).  Acceptance ratio: 10/39.

J. Moore, J. Chase, K. Farkas, P. Ranganathan.  **Data Center Workload Modeling, Analysis, and Emulation**. In the *Eighth Workshop on Computer Architecture Evaluation Using Commercial Workloads (CAECW '05)*, February 2005 (8 pages).  Invited.

A. Yumerefendi and J. Chase.  **Trust but Verify: Accountability for Internet Services**.  In the *Eleventh ACM SIGOPS European Workshop*, September 2004 (6 pages, no presentation).  Acceptance ratio: 37/99.

K. Keeton, D. Beyer, J. Chase, A. Merchant, C. Santos, and J. Wilkes.  **Lessons and Challenges in Automating Data Dependability**. In the *Eleventh ACM SIGOPS European Workshop*, September 2004 (6 pages).  Acceptance ratio: 24/99.

J. Moore, R. Sharma, R. Shih, J. Chase, C. Patel, and P. Ranganathan.  **Going beyond CPUs: The Potential of Temperature-Aware Solutions for the Data Center**.  In the *First Workshop on Temperature-Aware Computer Systems (TACS-1)*, June 2004 (8 pages).

8

K. Yocum, E. Eade, J. Degesys, D. Becker, J. Chase, and A. Vahdat. **Toward Scaling Network Emulation using Topology Partitioning**. In the *11th International Symposium on Modeling, Analysis, and Simulation of Computer and Telecommunication Systems (MASCOTS)*, October 2003 (4 pages).

P. Shivam and J. Chase. **On the Elusive Benefits of Protocol Offload**. In the *Workshop on Network-I/O Convergence: Experience, Lessons, Implications (NICELI)*, at SIGCOMM, August 2003 (6 pages).

J. Chase, A. Vahdat, J. Wilkes. **Back to the Future: Dependable Computing = Dependable Services**. Extended abstract in the *Tenth ACM SIGOPS European Workshop*, September 2002. (4 pages, no presentation)

A. Vahdat and J. Chase. **Self-Organizing Subsets: From Each According to His Abilities, to Each According to His Needs**. *First International Workshop on Peer-to-Peer Systems*, March 2002. (6 pages, no presentation)

S. Gadde, J. Chase, and A. Vahdat. **Coarse-Grained Network Simulation for Wide-Area Distributed Systems**. In *Communication Networks and Distributed System Modeling and Simulation Conference (CNDS)*, January 2002. (8 pages)

L. Arge, J. Chase, L. Toma, J.S. Vitter, R. Wickremesinghe, P. Halpin and D. Urban. **Flow Computation on Massive Grids**. In the *9th ACM Symposium on Advances in Geographic Information Systems (ACM-GIS)*, November 2001. Acceptance ratio for ACM-GIS-01: 29/95. (6 pages)

J. Chase. **Server Switching: Yesterday and Tomorrow**. In *Workshop on Internet Applications (WIAPP)*, July 2001. Acceptance ratio for *WIAPP-01*: 15/35. (10 pages)

R. Doyle, J. Chase, S. Gadde, and A. Vahdat. **The Trickle-Down Effect: Web Caching and Server Request Distribution**. In *Sixth International Workshop on Web Caching and Content Delivery (WCW-6)*, June 2001. Acceptance ratio for *WCW-6*: 21/61. This paper is one of 10 selected for journal publication. (10 pages)

R. Wickremesinghe, L. Arge, J. Chase, and J. Vitter. **Efficient Sorting Using Registers and Caches**. In *Fourth Workshop on Algorithm Engineering (WAE 00)*, September 2000. (12 pages) Invited for *ACM Journal of Experimental Algorithmics (JEA)*.

K. Yocum and J. Chase. **Experiences with Fast Forwarding in Myrinet**. In *Myrinet User Group Workshop*, September 2000. (10 pages)

S. Gadde, J. Chase, and M. Rabinovich. **Web Caching and Content Distribution: A View from the Interior**. In *Fifth International Workshop on Web Caching and Content Delivery (WCW-5)*, May 2000. Acceptance ratio for WCW-5: 16/36. (9 pages)

G. Berry, J. Chase, G. Cohen, L Cox, and A. Vahdat. **Toward Automatic State Management for Dynamic Web Services**. In the *1999 Internet-2 Network Storage Symposium (NetStore-99)*, Seattle, WA, October 1999. (12 pages)

D. Anderson, J. Chase, and K. Yocum. **A Case for Buffer Servers**. In the 1999 *Workshop on Hot Topics Operating Systems* (HOTOS VII), Rio Rico AZ, May 1999. (5 pages, no presentation)

A. Gallatin, J. Chase, and K. Yocum. **Trapeze/IP: TCP/IP at Gigabit Speeds**. In the 1999 *USENIX Technical Conference (Freenix Track)*, June 1999. (11 pages)

S. Gadde, J. Chase, and M. Rabinovich. **A Taste of Crispy Squid**. In the 1998 ACM *Workshop on Internet Server Performance (WISP)*, June 1998. (8 pages)

M. Rabinovich, J. Chase, and S. Gadde. **Not All Hits Are Created Equal: Cooperative Proxy Caching Over a Wide Area Network**. In *Fourth International Workshop on World Wide Web Proxy Caching (WCW-4)*, April 1998. (10 pages)

K. Yocum, J. Chase, A. Gallatin, and A. Lebeck. **Cut-Through Delivery in Trapeze: An Exercise in Fast Messaging**. In *Proceedings of the Sixth IEEE International Symposium on High Performance Distributed Computing (HPDC-6)*, August 1997. Acceptance ratio for *HPDC-97*: 36/76. (10 pages)

S. Gadde, M. Rabinovich, and J. Chase. **Reduce, Reuse, Recycle: An Approach to Building Large Internet Caches**. In *Proceedings of the Sixth Workshop on Hot Topics in Operating Systems (HotOS- VI)*. May 1997. Acceptance ratio for *HotOS- VI*: 23/81. (6 pages)

R. Schmidt, J. Chase, and H. Levy. **Using Shared Memory for Read-Mostly RPC Services**. In *Proceedings of the* 29*th Hawaii International Conference on System Sciences (HICSS)*, January 1996. (9 pages)

J. Chase, M. Feeley, and H. Levy. **Some Issues for Single Address Space Systems**. In *Fourth IEEE Workshop on Workstation Operating Systems (WWOS)*, October 1993. Acceptance ratio for WWOS-4: 35/52. (5 pages)

J. Chase, H. Levy, and V. Issarny. **Supporting Distribution in a Single Address Space Operating System**. In *5th ACM SIGOPS European Workshop*, September 1992. Acceptance ratio for *EURO-SIGOPS-92*: 50/76. Also appeared in *ACM Operating Systems Review*, April 1993. (6 pages)

J. Chase, H. Levy, and A. Tiwary. **Using Virtual Addresses as Object References**. In the IEEE *2nd International Workshop on Object Orientation in Operating Systems (IWoOOS)*, September 1992. (6 pages)

J. Chase, H. Levy, E. Lazowska, and M. Baker-Harvey. **Opal: A Single Address Space System for 64-Bit Architectures**. In *IEEE Workshop on Workstation Operating Systems (WWOS)*, April 1992. (5 pages)

## Work-in-Progress Papers and Posters

*Works in this category are short refereed summaries with no presentation. Works prior to 2001 are omitted.*

L. Grit and J. Chase. **Weighted Fair Sharing for Dynamic Virtual Clusters**. Refereed poster at ACM SIGMETRICS, June 2008.

P. Shivam, A. Demberel, P. Gunda, D. Irwin, L. Grit, A. Yumerefendi, S. Babu, J. Chase. **Automated On-Demand Provisioning of Virtual Machines for Database Applications**. Refereed demo, *ACM International Conference on Management of Data (SIGMOD)*. June 2007.

Shirako project poster/demo at OSDI and Supercomputing, 2006.

P. Shivam, A. Iamnitchi, A. Yumerefendi, J. Chase. **Model-Driven Placement of Compute Tasks and Data in a Networked Utility**. February 2005. Poster at *International Conference on Autonomic Computing (ICAC '05)*, June 2005.

K. Keeton, D. Beyer, J. Chase, S. McCaughan, A. Merchant, C. Santos, and J. Wilkes. **Designing dependable data storage systems**. In *Hewlett-Packard Technical Conference*. June, 2004.

K. Magoutis, S. Addetia, A. Fedorova, M. Seltzer, J. Chase, A. Gallatin, R. Kisley, R.Wickremesinghe, and E. Gabber. **Structure and Performance of the Direct Access File System**. Project statement and poster for the *18th ACM Symposium on Operating System Principles (SOSP)*, October 2001. Acceptance ratio for *SOSP-18 posters: 20/45*.

R. Braynard, D. Kostic, A. Rodriguez , J. Chase  and A. Vahdat. **OPUS: An Overlay Utility Service**. Project statement and poster for the *18th ACM Symposium on Operating Sysem Principles (SOSP)*, October 2001. Accepted: *20/45*.

S. Sprenkle and J. Chase. **Scaling Java-Based Dynamic Web Services**. Project statement and poster for the *18th ACM Symposium on Operating System Principles (SOSP)*, October 2001. Accepted: *20/45*.

J. Chase and R. Doyle. **Balance of Power: Energy Management for Server Clusters**. Position summary (1 page) for the *8th Workshop on Hot Topics in Operating Systems (HotOS-VIII)*, May 2001. 60% of submissions were accepted for presentation or position summary.

K. Yocum, J. Chase, and A. Vahdat. **Anypoint Communication Protocol**. Position summary (1 page) for the *8th Workshop on Hot Topics in Operating Systems (HotOS-VIII)*, May 2001. 60% of submissions were accepted for presentation or position summary.

**Internet Engineering Task Force (IETF) Drafts**

*IETF drafts are unrefereed working drafts produced to define or propose new Internet standards or issues for discussion within the IETF.*

A. Romanow, C. Sapuntzakis, and J. Chase. **The Case for Remote Direct Memory Access (RDMA)**, *draft-csapuntz-caserdma-00.txt*. December, 2000.

J. Williams , J. Pinkerton, C. Sapuntzakis, J. Wendt, and J. Chase. **Upper Layer Protocol Framing for TCP**, *draft-williams-tcpulpframe-01*. March 2001.

**Submitted Work and Selected Technical Reports**

*Works in this category are selected papers of standard conference length  (10  pages or more) reporting on significant research activities not reflected in the papers listed above.  All works prior to 1997 are omitted.*

J. Chase, P. Jaipuria, S. Schwab, T. Faber. **Managing Identity and Authorization for Community Clouds.** Technical Report CS-2012-08, Duke University Department of Computer Science, August, 2012.  (18 pages)

J. Chase. **GENI from First Principles**.  GENI working paper, groups.geni.net.  (8 pages).  April 2012.

J. Chase.  **A short primer on declarative representations for logic programming wizards who forgot how it works**.  (10 pages), April 2012.

J. Chase.  **GENI Authorization Story Board**.  (120 powerpoint slides) http://groups.geni.net/geni/wiki/AuthStoryBoard.

J. Chase.  **Authorization and Trust Structure in GENI: A Perspective on the Role of ABAC**.  GENI working paper, groups.geni.net.  (18 pages).  June 2011.

J. Chase, I. Baldine, Y. Xin, A. Mandal, C. Heerman, A. Yumerefendi., D. Irwin.  **Cloud Network Infrastructure as a Service: An Exercise in Multi-Domain Orchestration**. March 2010.  (6 pages)

S. Babu, V. Thummala, S. Duan, P. Shivam, P. Franklin, J. Chase.  **A Case for Automating Experiment-driven Management of Database Systems**.  October 2008.

L. Grit and J. Chase.  **Weighted Fair Sharing for Dynamic Virtual Clusters**.  November 2007.

P. Shivam, S. Babu, S. Duan, P. Gunda, A. Demberel, D. Irwin, J. Chase.  **Experiment-Driven Query Processing for System Management**.  October 2007.

A. Yumerefendi, D. Irwin, V. Marupadi, M. Sayler, L. Grit, and J. Chase.  **Robust Leasing for Networked Virtual Infrastructure**.  October 2007.

L. Grit, J. Chase, D. Irwin, A. Yumerefendi.  **Adaptive Virtual Machine Hosting with Brokers**.  May 2006.

R. Wickremesinghe, P. Shivam, and J. Chase.  **Adaptive Load Management for Web-based Data Services**, May 2004.

M. Aguilera, J. Chase, M. Goldszmidt, M. Kallahala, C. Karamanolis, M. Karlsson, and M. Uysal.  **Black-Cloud and Grey-Cloud Performance Control for Utilities**, May 2004.

K. Yocum and J. Chase.  **Explicit Rate Control for Anypoint Communication**, June 2004.

J. Moore, J. Chase, K. Farkas, and P. Ranganathan.  **A Sense of Place: Toward a Location-Aware Data Plane for Data Centers**, December 2003.

J. Moore, L. Grit, D. Irwin, S. Sprenkle, and J. Chase.  **Managing Mixed-Use Clusters with Cluster-on-Demand**.  November 2002.

D. Anderson and J. Chase.  **Fstress: A Flexible Network File Service Benchmark**.  September 2002.

G. Cohen and J. Chase.  **An Architecture for Safe Bytecode Insertion**, November 2000.

K. Yocum, D. Anderson, J. Chase, S. Gadde, D. Gallatin, A. R. Lebeck. **Adaptive Message Pipelining for Network Memory and Network Storage**. *Duke University TR CS-1998-10*, March 1998.

S. Gadde. J. Chase, and M. Rabinovich. **Directory Structures for Scalable Internet Caches**. *Duke University Computer Science Technical Report CS-1997-18*, November 1997.

## Software

**ORCA/Shirako.** Leasing core and toolkit for an Open Resource Control Architecture (Orca Project). Released under Eclipse open-source license, June 2007. This release includes Cluster-on-Demand (COD) plug-in resource manager and Automat experimental portal software. My research group has developed and refined this software over a three-year period prior to initial release in 2007. **http://nicl.cod.cs.duke.edu/orca** (This link has fallen into disuse: see **http://www.networkedclouds.org**.)

The expanded ORCA control framework software was re-released in 2009 under MIT software license for use as a candidate control framework in NSF's Global Environment for Network Innovations (GENI) project. Users in GENI "Cluster-D" testbed projects using ORCA include VISE and DOME testbed groups (U. Mass Amherst), Kansei Wireless Testbed (The Ohio State University), RENCI's Breakable Experimental Network, and new partners for GENI Spiral-2 prototyping effort.

In 2011, the ORCA software with further extensions was demonstrated at Supercomputing 2011, and selected for the GENI Spiral 4 ExoGENI deployment on 15 campuses.

In 2012, ExoGENI rolled out initial deployment on 5 campuses. (See **http://www.exogeni.net**.)

## Patents

**Network with Shared Caching**. Filed October 1997, awarded May 1999 (with S. Gadde and M. Rabinovich, assignee: AT&T Corporation).

**System and Method for Adaptive Message Pipelining**. Filed November 1998, awarded November 2000 (with K. Yocum, assignee: Duke University). License agreement with Open Invention Network LLC completed in January 2009.

**Method, System and Computer Program Product for Hierarchical Load Balancing.** Filed July 2001 (with R. Doyle, assignee: IBM Corporation).

**Method of Designing Storage System**. Filed November 2004 (with K. Keeton and J. Wilkes, assignee: Hewlett-Packard Company).

**Configuration System and Method**. Filed September 2005 (with K. Keeton, J. Wilkes, and A. Merchant, assignee: Hewlett Packard Company).

## Institutional Service

*Service for Duke University*: Information Technology Advisory Council (ITAC) and Institutional Data Working Group, Spring 1995 - Spring 1997. Vice President for Information Technology (VP/IT) Search Committee, August-December 2001. Mass Storage Oversight Committee, July 2001 – present. Cluster Advisory Committee, July 2002 – present. OIT Senior Technology Architect Search Committee, November 2002. Steering Committee for CSEM (Computational Science, Engineering, and Medicine), 2003 – present. Duke faculty representative for RENCI, 2006-2008. Consultant to CSEM for computing/storage infrastructure, 2006 (informal). Duke representative for ORNL petascale proposal to NSF (2006, funded), Computing Advisory Committee (Fall 2007), CIO/VP-IT Review Committee (Chair, Fall 2007), Duke representative for RENCI Director Search Committee (2008-2009), Faculty Co-Director for Scalable Computing (2008-2011). Chair of Research Computing Advisory Committee (RCAC, 2012-).

## Duke

*Service for Duke Department of Computer Science*: Faculty Search Committee (Systems: 1995, 1996, 1998, 2000, 2002, 2003, 2005-2009; Algorithms: 1998), Graduate Admissions Committee (1996, adjunct in 1997 and 1998,

2002-2008 (**chair** in 2006 and 2007), 2010**,** 2011.  Undergraduate advisor (2000-2002, 2008-), Strategic Planning Committee (2002-2003), Director of Graduate Studies for Computer Science (2002-2008), various faculty review committees (chaired two junior faculty reappointment committees in 2008, one full professor promotion committee in 2009).  **2012**: Space and Infrastructure Committee, one faculty review committee, one full professor promotion committee.

**Dept**

## Panels and Presentations

**Talk\*9.**  Selected recent presentations. **2012**:  multiple GENI events, First GENI Research and Educational Experiment Workshop (March, invited keynote: **Foundations of a Future InterCloud Architecture**); U. Colorado (March, **GENI from First Principles**), USC-ISI (March, **Managing Trust in a Federation of Clouds and Networks**); TridentCom (Thessaloniki, Greece, June): **ExoGENI: A Multi-Domain Infrastructure-as-a-Service Testbed** (paper presentation); Tridentcom: **Built to Last: Making the Leap from Testbeds to Deployment Platforms** (invited keynote); NSF GENI Education Workshop (July), **ExoGENI…** (invited talk); NSF CIO Workshop (July): **Virtualizing, Sharing, Interconnecting Part 2: Servers and Pipes**; Networking the Future – North Carolina (November, US Ignite workshop): **NC Leads in National Networking Initiatives** (invited keynote); GlobeCom Cloud Interoperability special session (December): **Community Multi-Clouds: Perspectives fron NSF's GENI Project** (invited talk).

**2011**: multiple GENI events; U. Mass Amherst (September), Williams College (September), Cornell (September), NCSU trustworthy cloud computing meeting (September), Network Appliance technical lunch (April).   (**2010**: GENI plenary demo (March), multiple GENI events, DoE-LBL (November), Cisco technical lunch (November). **2009**: multiple GENI events, IBM Virtual Computing forum (October), IBM Smarter Planet forum (November). **2008**: NSF GENI Engineering Conference (GEC2, February), IBM university event (May), GENI steering forum at CNRI (June), GENI Engineering Conference (GEC3, October), NSF-EU GENI-FIRE International Collaboration Workshop (December), EU Future Internet Assembly meeting (December).  **2007**: IBM university events (February, May, October).  **2006**: Duke Frontiers (May), ICAC (June), SysML (July), IBM RTP (August), Harvard University (September), demo at Supercomputing (November), HP Labs (December).  **2005**: Duke Frontiers (May); Network Appliance (May); University of Wisconsin-Madison (June), HPDC (July), NSF Grand Challenges workshop (September).   **2004**: IBM University Partners Workshop (February); U. Kentucky (March); Duke Grid Workshop (April); Purdue University (April); *FAST* (April); HP Labs (April); *SIGMETRICS* (June), U. Chicago (June), UT Austin (September), IBM University Partners Workshop (October), Intel Autonomic Computing Seminar (October).  **2003**: ORNL/ORAU cyberinfrastructure workshop (February); NSF CISE-RI workshop (August); Cornell (October); Opticomm (October), Veritas (November), HP Labs (November). **2002**: IBM Almaden (May), NSF CISE-RI Snowbird workshop (July), IBM Hawthorne (October), UCSD (November), PlanetLab workshop (December).  **2001**: *WCW* (June), IBM RTP (July) *WIAPP* (July), HP Labs (August), *SOSP* (October), *IETF* (December), Cornell (December).  **2000**: *WCW* (May), *OSDI* (October), NSF CISE Research Infrastructure PI workshop (July).  **1999**: CMU (January), National Storage Industry (May), NCGNI/MCNC Internet-2 Workshop (May), Data General (July), IBM (July), *Hot Interconnects Symposium* (August), *Netstore Symposium* (October), Tandem Labs (October), Compaq Systems Research Center (October), University of Washington (October), Microsoft Research (October), *FreeBSDCon Symposium* (invited talk, October), University of Utah (October), HP Labs (October), University of Virginia (November).

**Panel\*2**  Invited Panels: **2012**: NSF US-Middle East Workshop on Trustworthiness in Emerging Distributed Systems and Networks (Istanbul, June): **Cloud Services and Trust** (panel organizer), **New Internet Architectures** (panel); **2009**: Two panels on GENI Control Frameworks at *GENI Engineering Conference*, November 2009; Rethinking File Systems (*HotStorage* workshop, October 2009); Green Clouds: Power Consumption as a First-Order Criterion? (*International Conference on Autonomic Computing*, June 2009); Clean-Slate Internet Architecture and Management (European Union Future Internet Assembly, December 2008); Critical Grid Research Issues: Perspective and Lessons from Large-Scale Grids, *Symposium on High Performance Distributed Computing* (*HPDC*, June 2004); Battle of the Network Stars, *Supercomputing 2003* (November 2003); Infrastructure as a Research Enabler (*NSF CISE-RI workshop*, August 2003); Content Distribution, *Workshop on Web Caching and Content Delivery* (*WCW*, May 2000); 64-bit Address Spaces, *Workshop on Workstation Operating Systems* (*WWOS*, March 1992); Virtual Memory Management, *Workshop on Workstation Operating Systems* (*WWOS*, October 1993).

**Professional Affiliations**

Member of the Association for Computing Machinery (ACM), and USENIX.

**Teaching and Course Development**

CPS 296, *Topics in Virtual Memory,* Spring 1995 (*developed*: a one-time graduate-level offering)

CPS 210, *Operating Systems* (graduate), Fall 1995, Fall 1996, Spring 1998 (with Lebeck and Yousif), Spring 2002, Spring 2003, Spring 2008, Spring 2009, Spring 2010.

CPS 212, *Distributed Information Systems* (graduate), Spring 1996, Spring 1997, Fall 1998, Fall 2000, Fall 2002, Fall 2007, Fall 2010 (*developed* and accepted by Duke University in 10/97 as a regular graduate-level distributed systems course).

CPS 114/214, *Networks and Distributed Systems* (combined graduate and undergraduate), Spring 2005, Spring 2007.

Teaching CPS 1/210, *Operating Systems* (undergraduate) Fall 1997, Spring 1998, Spring 1999, Spring 2000, Spring 2001, Fall 2008, Fall 2009, Spring 2011, **Fall 2012**.

CPS 49S, *Six Centuries of Internetworking*, Fall 2001 (*developed*: a freshman seminar).

CPS 196, *Systems and Networks*, Spring 2006 (*developed*: new undergraduate introductory course in systems, to replace core curriculum course in operating systems).

CPS 49S, *The Global Commons: Conflict and Cooperation on the Internet*, Fall 2006 (*developed*: a freshman seminar).

CPS 300, *Introduction to Graduate Study in Computer Science*, Fall 2002, Fall 2004, Fall 2005, Fall 2006.

**Research Supervision**

PhD students completed prelim: Andrew Brown, Vamsi Thummala

PhD students completed qualifying exams: Bing Xie

Postdoctoral supervision: Stergios Anastasiadis (2003-2004), Wei Jin (2001), Adriana Iamnitchi (2004-2005).

Graduated PhD students:
1.   Wei Jin, *Practical I/O Prefetching*, June 2000 (Shaw University).
2.   Geoff A. Cohen, *Architecture, Implementation, and Applications of Bytecode Transformation*, May 2001 (Ernst and Young Business Innovations Center).
3.   Darrell C. Anderson, *Virtualized Network Storage*, November 2002 (Google).
4.   Ronald P. Doyle, *Model-Based Adaptive Resource Provisioning in a Web Service Utility*, November 2003 (IBM).
5.   Kenneth G. Yocum, *Anypoint: A Network Communication Model for Internet Services*.  December 2003 (UCSD, Research Scientist).
6.   Rajiv Wickremesinghe, *Methods and Models for Reconfigurable Data-Intensive Computing*.  December 2004 (Oracle).
7.   Justin Moore, *Automated Cost-Aware Data Center Management*, May 2006 (Google).
8.   David Irwin, *An Operating System Architecture for Network Server Infrastructure*, December 2007 (U. Mass Amherst, Research Scientist).
9.   Laura Grit, *Extensible Resource Management for Networked Virtual Computing*, December 2007 (Amazon)
10.  Piyush Shivam, *Proactive Experiment-Driven Learning for System Management*, December 2007 (Sun Microsystems).  Co-advised with Shivnath Babu.
11.  Aydan Yumerefendi, *System Support for Strong Accountability*, February 2009 (Blue Stripe Software).

Graduated terminal MS students:
1.   Yong Gao, thesis: *A Shadowing Network File Service*, September 1996.  Employed at Oracle Corporation.
2.   Nnaemeka Egwuekwe, Jr, thesis: *Castalia: A Toolkit for Trap-Driven Simulation of Virtual Memory Paging Behavior*, December 1996.  African-American, employed at Hewlett-Packard's Internet Security group.

3.  Carmine Greco, thesis: *A Simple Shared Data Space for Web-Based Distributed Collaborative Applications*, April 1997.  Employed at IBM's Emerging Internet Technologies group (RTP).

4.  Jeffrey Scott Ransbottom, thesis: *DU-NET: An Implementation of User Level Communication in Digital Unix*, May 1997.  Primary advisor was Alvin Lebeck.  Employed by the United States Army.

5.  Rung-Huang Tsai, project: *Method Logging for a Persistent Virtual Heap*, December 1997.  Employed at Oracle Corporation.

6.  Padmini Krishnan, project: *A Dynamic Web Service for I/O System Visualization*, December 1999.  Employed at Cisco Systems.

7.  Richard Kisley, project: *Structure, Implementation, and Performance of the Direct Access File System*, August 2001.  Employed at IBM's Network Storage group.

8.  Omer M. Asad,  project: *DASH: Dynamic Resource Provisioning Infrastructure for Data Centers*, December 2002.  Employed at Sun Microsystems.

9.  Sara Sprenkle, project: *Using Leases for High Resource Efficiency in Resource Management*.  January 2004.  Continuing in PhD program at U. Delaware.

10.  Vinay Bansal, project: *An Integration of the Globus Toolkit with SHARP*.  April 2005.  Employed at Cisco Systems.

11.  Thileepan Subramaniam, project: *Improving File Server Benchmarking with a Managed Testbed*, May 2007.  Employed at Riverbed Technology.

12.  Kareem Dana, project: *Honest Shirking in Content Swarms*, May 2009.  (Blue Stripe Software)

13.  Matthew Sayler, project: *Open Resource Control with Cloud Middleware*, July 2009.

14.  Varun Marupadi, project: *The Missing Link: Dynamic Virtual Networks*, September 2009.  (Amazon)

15.  Prateek Jaipuria, project: *Building GENI Authorization with a Distributed Trust Management Framework*, May 2012 (USC/ISI).

16.  Muzhi Zhao, project: *Sharing Virtual Appliances and Credentials in the Cloud*.  April 2012.

17.  Zihang Yin, project: *SafeSets: A Cloud-Based Object Store Supporting Authentication and Set Operations*.  February 2012 (Amazon).

18.  Ke Xu, project: *Programmable Packet Service in a Multi-Domain Network Infrastructure*.  May 2012.

19.  Asic Demberel, project: *Utility-directed Reflective Cloud Control: Dynamic Elasticity for Science Workflows in the Cloud*.  April 2012.

## Current Grants

### G (co-PI Ilia Baldine of RENCI, budget listed is my budget)
Support:   Current
Project Proposal Title: Deploying a Vertically Integrated GENI "Island": a Prototype GENI Control Plane (ORCA) for a Metro-Scale Optical Testbed
Source of Support:    UNC-Chapel Hill  (NSF GENI: BBN Technologies)
Total Award Amount: $161,307     Total Award Period Covered:  10/1/08 – 9/30/11
Location of Project: Duke University
Person–Months Per Year Committed to the Project:   Cal.:       Acad:      Sumr: 1.0

### G (PI Peng Ning of NCSU, two other co-PIs at NCSU and UNC) Budget listed is Duke (my) budget.
 Support:   Current
Project Proposal Title: TC: Large: Collaborative Research: Trustworthy Virtual Cloud Computing
Source of Support:    NCSU (NSF)
Total Award Amount:  $626,638     Total Award Period Covered:  8/16/09 - 8/15/13
Location of Project: Duke University
Person –Months Per Year Committed to the Project:   Cal.:       Acad:      Sumr: 1.0

### G (co-PI Ilia Baldine of RENCI, budget listed is my budget)
Support:   Current
Project Proposal Title: Integration and Augmentation for a Prototype GENI Control Plane (ORCA) for a Metro-Scale Optical Testbed (BEN)
Source of Support:    UNC-Chapel Hill (NSF GENI – BBN Technologies)

Total Award Amount:  $201,606      Total Award Period Covered:  10/1/09 – 9/30/12
Location of Project:  Duke University
Person –Months Per Year Committed to the Project:   Cal.:      Acad:      Sumr: 1.0

### G (co-PI Ilia Baldine of RENCI, co-PI Prashant Shenoy U. Mass Amherst, budget listed is Duke budget, subcontract $100K to DoE-LBL)

Support:   Current
Project Proposal Title: Collaborative Research: SDCI Net New: The Missing Link: Connecting Eucalyptus Clouds with Multi-Layer Networks
Source of Support:    National Science Foundation
Total Award Amount:  $401,000      Total Award Period Covered:  9/1/10 - 8/31/13
Location of Project:  Duke University
Person –Months Per Year Committed to the Project:   Cal.:      Acad:      Sumr: 0.67

### GSUB GNEW (co-PI, PI is Ilia Baldine of RENCI, senior personnel from 20 universities, equipment funding only for distributed testbed, $2M total)

Support:   Current
Project Proposal Title: Network-agile Multiprovisioned Infrastructure for GENI and ExoGENI
Source of Support:    UNC-Chapel Hill  (NSF GENI: BBN Technologies)
Total Award Amount:  $0      Total Award Period Covered:  04/04/2011 - 04/04/2014
Location of Project: 20 universities
Person –Months Per Year Committed to the Project:   Cal.:      Acad:      Sumr: 0.0

### GSUB GNEW (collaborative with RENCI and USC/ISI, budget listed is my budget)

Support:   Current
Project Proposal Title: Collaborative Research: CC-NIE Integration: Transforming Computational Science with ADAMANT
Source of Support:    NSF
Total Award Amount:  $279,937      Total Award Period Covered:  1/1/13 – 12/31/14
Location of Project: Duke University
Person –Months Per Year Committed to the Project:   Cal.:      Acad:      Sumr: 1.0

### GSUB GNEW (Co-PI, Tracy Futhey PI)

Support:   Current
Project Proposal Title: Duke ON-RAMPS: OpenFlow-Enabled Network Resource Access that is Manageable, Programmatic, and Safe.
Source of Support:    NSF
Total Award Amount:  $300,000      Total Award Period Covered:  8/1/12 – 7/31/2014
Location of Project: Duke University
Person –Months Per Year Committed to the Project:   Cal.:      Acad:      Sumr: 1.0

**Pending Proposals**

### GSUB (Ben Lee lead PI)

Support:   Pending
Project Proposal Title: CSR: Medium: Heterogeneous Foundations for Datacenter Demand Response
Source of Support:    NSF
Total Award Amount:  $1.2M  Total Award Period Covered:  7/1/13 – 6/30/2017

Location of Project: Duke University
Person –Months Per Year Committed to the Project:    Cal.:        Acad:        Sumr: 1.0

---

**Recent Declined Proposals**

### GSUB  (PI Ben Lee of  Duke ECE)

Support:   Declined
Project Proposal Title: CSR:Small:Coherent Energy Management in Hierarchical Systems
Source of Support:    National Science Foundation
Total Award Amount:   $500,000     Total Award Period Covered:  09/01/2011 - 08/31/2014
Location of Project: Duke University
Person –Months Per Year Committed to the Project:    Cal.:        Acad:        Sumr: 0.1

---

### GSUB

Support:   Declined
Project Proposal Title:
Source of Support:     DARPA resilient clouds (submitted July 2011)
Total Award Amount:        Total Award Period Covered:
Location of Project: Duke University
Person –Months Per Year Committed to the Project:    Cal.:        Acad:        Sumr: 0.0

---

### GSUB

Support:   Declined
Project Proposal Title: Resilient Decentralized Provisioning for Deeply Networked Infrastructure Services
Source of Support:     DOE OSP (Terabits program)
Total Award Amount:        Total Award Period Covered:
Location of Project: Duke University
Person –Months Per Year Committed to the Project:    Cal.:        Acad:        Sumr: 0.0

---

### GSUB (co-PI Rob Fowler of RENCI, other co-PIs at UNC and NCSU, budget listed is Duke budget)

Support:   Declined
Project Proposal Title: Collaborative Research: CI-ADDO-New: Triangle Reconfigurable Infrastructure for Advanced Distributed Systems
Source of Support:     National Science Foundation
Total Award Amount:   $241,244     Total Award Period Covered:  1/1/11 - 12/31/14
Location of Project: Duke University
Person –Months Per Year Committed to the Project:    Cal.:        Acad:        Sumr: 0.0

---

## Recent Industry Proposals (2009-2012)

**Representing and Orchestrating Composite Applications in Open Cloud Networks.**  IBM Faculty Partner proposal, April 2011.  Awarded $20,000 or $30,000 or something.

**Multi-Domain Applications for a Federated Cloud.** IBM Faculty Partner proposal, April 2010.  Awarded.  $30,000 industry gift.

**Toward a Smarter Edge for a Smarter Grid**.  IBM Faculty Partner proposal, March 2009.  Awarded.  $30,000 industry gift.

**Feedback Control for Elastic Cloud Storage**.  NetApp Faculty Fellowship Proposal, November 2009.  Awarded. $40,000 industry gift.

**Expeditions in Autonomic Policy for a Programmable Hosting Platform**, March 2008.  IBM Faculty Partner Proposal, March 2008.  Awarded.  $30,000 industry gift.

**Building Virtual Cloud Computing at Duke**.  IBM Shared University Research proposal, with Board, Trivedi, Pormann, Fouts.  May 2008.  Awarded, $50,000 IBM BladeCenter servers for Duke Shared Cluster Resource (DSCR) nucleus.

**Undergraduate Independent Studies**

Sunny Sun, Fall 2012, *Networked Cloud Computing: Issues for Trust and Security*.

Justin Wickett, Spring 2010, *Demand-Side Energy Management for Cluster Computing,* This student submitted an senior honors project with the same title and graduated with High Distinction.  Co-supervised by Lincoln Pratson.

Siyang Chen, Fall 2009: *Community Grid Hosting Systems*.

Madeleine Daley, Spring 2009: *Digital Forensics*.

**Current Graduate Students**

Harold Lim, year 6 doctoral student (co-supervised with Shivnath Babu, formal advisee only, I haven't spent much time with him in 2011-2012)

Bing Xie, year 2 doctoral student (RIP completed)

Andrew Brown, year 4 doctoral student (prelim completed)

Vamsi Thummala, year * doctoral student (recently acquired from Shivnath Babu).

 (EOF)

# CHASE DECLARATION EXHIBIT 2

ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE



| CLAIM | ANALYSIS |
|---|---|
| **11.** A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising: | |
| [a] executing at least one user level non-synchronization processing thread, wherein the at least one user-level non-synchronization processing thread is provided by a user application | |

ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|---|---|
| |  |
| [c] [a user application] which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database. | |

ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|---|---|



ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|---|---|
| |  |
| [e] executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, | |

ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|-------|----------|



ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|-------|----------|



ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|-------|----------|



ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|-------|----------|



ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|-------|----------|



ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|---|---|
| |  |

ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|---|---|



ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|---|---|
| |  |
| [f] wherein the at least one synchronization processing thread is provided by a synchronization software component | |
| [g] [a synchronization software component] which is configured to synchronize the structured data from the first database with the structured data from a second database. | |

ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|-------|----------|



ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|-------|----------|



ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|-------|----------|
| |  |

ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|-------|----------|



ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|-------|----------|



ATTORNEYS' EYES ONLY -- CONTAINS SOURCE CODE

| CLAIM | ANALYSIS |
|---|---|
|  | |
| **20.** The storage medium as in claim 11 | |
| [a] wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes. | |

# CHASE DECLARATION EXHIBITS 3-7

1   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
2   Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
3   Kevin A. Smith (Bar No. 250814)
    kevinsmith@quinnemanuel.com
4   50 California Street, 22nd Floor
    San Francisco, California 94111
5   Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
6
    Kevin P.B. Johnson (Bar No. 177129)
7   kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
8   victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
9   Redwood Shores, California 94065
    Telephone: (650) 801-5000
10  Facsimile: (650) 801-5100

11  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
12  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
13  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
14
    Attorneys for SAMSUNG ELECTRONICS
15  CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
16  TELECOMMUNICATIONS AMERICA, LLC

17                    UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19
    APPLE INC., a California corporation,        CASE NO. 12-CV-00630-LHK (PSG)
20
                 Plaintiff,                      **MANUAL FILING NOTIFICATION FOR**
21                                               **EXHIBITS 3 - 7 TO THE DECLARATION**
             vs.                                 **OF JEFFREY S. CHASE, PH.D., IN**
22                                               **SUPPORT OF SAMSUNG'S MOTION**
    SAMSUNG ELECTRONICS CO., LTD., a             **FOR SUMMARY JUDGMENT**
23  Korean business entity; SAMSUNG
    ELECTRONICS AMERICA, INC., a New             Date:  December 12, 2013
24  York corporation; SAMSUNG                    Time:  1:30 p.m.
    TELECOMMUNICATIONS AMERICA,                  Place:  Courtroom 8, 4th Floor
25  LLC, a Delaware limited liability company,   Judge:  Honorable Lucy H. Koh

26               Defendants.

27

28

1

## MANUAL FILING NOTIFICATION

2     Regarding Exhibits 3 - 7 to the Declaration of Jeffrey S. Chase, Ph.D., In Support of

3  Samsung's Motion for Summary Judgment.

4     This filing is in physical form only and is being maintained in the case file in the Clerk's

5  office.

6     If you are a participant in this case, this filing will be served in hard-copy shortly.  For

7  information on retrieving this filing directly from the court, please see the court's main web site at

8  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9     This filing was not e-filed for the following reason(s):

10    [_] Voluminous Document (PDF file size larger than the efiling system allows)

11    [_] Unable to Scan Documents

12    [_] Physical Object (description): _____

13    _____

14    [X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

15    [_] Item Under Seal in Criminal Case

16    [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

17    [_] Other (description): _____

18

19  DATED:  October 10, 2013            QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
20

21                                      By /s/ Victoria F. Maroulis _____
22                                         Charles K. Verhoeven
                                           Kevin P.B. Johnson
23                                         Victoria F. Maroulis
                                           William C. Price
24
25                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
26                                         INC., and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC
27

28

## <u>ATTESTATION OF E-FILED SIGNATURE</u>

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file Samsung's Manual Filing Notification For Samsung's Notice of Motion and Motion for Summary Judgment.  In compliance with General Order 45.X.B, I hereby attest that Victoria F. Maroulis has concurred in this filing.


Dated:  October 10, 2013                              */s/ Patrick D. Curran*
                                                                  Patrick D. Curran