# EXHIBIT 42
# DOCUMENT REDACTED IN ITS ENTIRETY