# EXHIBIT 4
## to Fazio ISO S Motion to Enforce Reply
## REDACTED PUBLIC VERSION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| | ) | |
| | ) | |
| APPLE INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.12-cv-00630-LHK |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, | ) | |
| LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

# OPENING EXPERT REPORT OF
# CHRISTOPHER A. VELLTURO, PH.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

I.     OVERVIEW ........................................................................................................................ 2

II.    RELEVANT BACKGROUND .......................................................................................... 8

III.   DAMAGES ANALYSIS: LOST PROFITS PLUS REASONABLE ROYALTIES ...................................................54

   A.   SAMSUNG'S ACCUSED PRODUCTS..................................................................................56
   B.   ASSESSMENT OF LOST PROFITS DUE TO APPLE'S LOST SALES........................................58
       1.   Panduit Factor 1: Demand for the Patented Product................................................59
       2.   Panduit Factor 2: Absence of Acceptable Non-Infringing Substitutes for the Patented Inventions ..........93
       3.   Panduit Factor 3: Manufacturing/Marketing Capability to Exploit Demand..........................108
       4.   Panduit Factor 4: Amount of Lost Profits ..............................................111
   C.   REASONABLE ROYALTY DAMAGES ON INFRINGING SALES ON WHICH LOST PROFITS ARE NOT CLAIMED............................123
       1.   Initial Conditions and Parameters .....................................................123
       2.   Edgeworth Box: Georgia-Pacific Factor 15..................................................126
       3.   Consideration of the Remaining Georgia-Pacific Factors..................................175
       4.   Conclusions from the Georgia-Pacific Analysis and Reasonable Royalty Damages ................192
   D.   SUMMARY AND CONCLUSION ON LOST PROFITS PLUS REASONABLE ROYALTIES ............................194

IV.    COMPUTATION OF REASONABLE ROYALTY DAMAGES, SHOULD THE TRIER OF FACT FIND THAT APPLE IS
       ENTITLED ONLY TO REASONABLE ROYALTIES ..........................................................................196

V.     PERMANENT INJUNCTION ..........................................................................................197

VI.    CONCLUSION.......................................................................................................199

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

#### (c) Universal Search ('959 Patent)

192.     Apple introduced the universal search capability claimed in the '959 Patent October 2011 when it first offered the Siri personal assistant on the iPhone 4S.  Siri has been hailed as "the standout feature" of the iPhone 4S that has to "be tried to be believed."[337]

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

194.     To illustrate this point, think of a human personal assistant, as opposed to a "virtual personal assistant."  If an individual asked a human assistant to find a friend's phone number, and the assistant used only the Internet and not an available personal contacts list to perform that search, the individual would always have to check the accuracy of the information that the assistant retrieved.  Similarly, if the individual asked her assistant to find the number for a particular airline, and the assistant searched only the individual's personal contacts list, this may not generate the information needed to change a flight reservation to accommodate a last-minute scheduling change.  The ability to intelligently search multiple data sources for the most pertinent information is crucial for the success of any assistant    human or virtual.

195.     According to Greg Joswiak, Apple customers share the views above.  As Mr. Joswiak explained, "[f]inding information is very important to [Apple's] customers", but "[p]art

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

[337] Brian X. Chen, "Apple iPhone 4S," *Wired*, Oct. 11, 2011 (http://www.wired.com/reviews/2011/10/iphone4s/): "Siri is the reason people should buy this phone."; Walt Mossberg, "The iPhone Finds Its Voice," *All Things D*, Oct. 11, 2011 (http://allthingsd.com/20111011/the-iphone-finds-its-voice/): labeling Siri the "standout feature" of the iPhone, which is so astonishing that it "has to be tried to be believed."

of the magic, … if you will, of Siri and our products in general is not explaining to the customer the entire way something works.  The magic is they just ask Siri a question, and Siri comes back with the appropriate response.  They didn't . . . have to understand that there's unified search going on…. They just asked a question.  The answer came back.  We know finding information is very important to them."[338]

196.    An iPhone 4S user study identifies the search capabilities accessed through Siri as an important contributor to end-user satisfaction with the feature.  In particular, 61% of iPhone users cited "finding information" as a common way they use Siri, which overall met or exceeded the expectations of over 75% of iPhone 4S buyers.[339]  Putting this in context, using Siri to place a call ranked only three percentage points higher than using it for searching.

197.    It is also evident that Siri has been a material driver of user demand for the iPhone 4S.  In a customer survey, Siri has been cited as the best-liked feature of the iPhone 4S by 49% of iPhone 4S owners.[340]  Similarly, in a more recent Apple survey, 71% of U.S. iPhone 4S buyers cited Siri as an important feature in their purchasing decision.[341]  In addition, of the 27% of buyers who purchased an iPhone 4S primarily for a specific feature or capability, nearly 80% cited Siri as an important feature driving their purchasing decision and 36% cited Siri as the most important feature.[342]  Furthermore, recent Apple surveys and documents indicate that iPhone

---

[338] Deposition of Greg Joswiak, Transcript, Apr. 17, 2012, at 43:24  44:11.

[339] "US iPhone 4S Siri Data from the Apple Customer Pulse," Jan. 9, 2012, APLNDC630-0000149086, at -092, -094.

[340] John Cox, "Survey: iPhone 4S Owners Are Very Satisfied with the Device," Macworld, Dec. 1, 2011 (http://www.macworld.com/article/1163965/survey_iphone_4s_owners_are_very_satisfied_with_the_device.html): "Apple's bet on Siri has paid off: ... it is the best-liked feature of the new phone.  Siri was ranked as the best-liked feature by 49 percent of these owners."

[341] "iPhone Buyer Survey," FY2012 Q1, APLNDC630-0000149470, at -490.

[342] "iPhone Buyer Survey," FY2012 Q1, APLNDC630-0000149470, at -481, -483-84.

buyers find Siri to be the most important feature of the iPhone 5 and iPhone 4S[343] and use Siri frequently.[344]

198.    Industry observers have highlighted Siri's ability to effectively search multiple sources of information as a prominent threat to Google and, by extension, Samsung phones that utilize the infringing search capabilities found in Android.  Google's CEO, according to a 2012 Siri Board Meeting presentation,[345] considered Siri a "significant development" in search.[346] One observer, writing in *Forbes* magazine, found that while "many consider [Siri] the best voice recognition application in history," "its potential really lies in its ability to revolutionize the way we search the Internet, answer questions and consume information."[347]  The writer then cites another *Forbes* contributor as concluding that Siri "may even be a 'Google killer.'"[348]

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

---

[343] "iPhone Buyer Survey", FY2013 Q1, APLNDC630-0001233406, at -420-22; "iPhone Buyer Survey," FY2013 Q2, APLNDC630-0000937009, at -023-27; "iPhone Buyer Survey," FY2012 Q2, APLNDC630-0000167955, at -970-72.

[344] "iPhone Owner Study," June 2012, APLNDC630-0000177067, at -193-95; Siri presentation, Dec. 1, 2011, APLNDC630-0001427164, at -167; see also Email, dated Nov. 22, 2011, APLNDC630-0000757048, at -048: Changewave survey finds Siri as the top feature of the iPhone 4S, right above "ease of use"; Email, dated Oct. 22, 2012, APLNDC630-0000832896, at -896: Siri was used 1 billion times between September and October 2012.

[345] Siri presentation, Dec. 1, 2011, APLNDC630-0001427164, at -189.

[346] See, e.g., Email, dated Nov. 6, 2011, APLNDC630-0000129438, at -439; see also Email, dated Jan. 20, 2012, APLNDC630-0000135098, at -098; "UBS Investment Research, Key Call: Apple Inc.," Oct. 14, 2011, APLNDC630-0001465329, at -329: "Siri seen as key driver of iPhone 4S."

[347] "Google Isn't 'Leveraging Its Dominance,' It's Fighting to Avoid Obsolescence," Mar. 12, 2012, APLNDC630-0000149197, at -197.

[348] "Google Isn't 'Leveraging Its Dominance,' It's Fighting to Avoid Obsolescence," Mar. 12, 2012, APLNDC630-0000149197, at -197; see also Email, dated Nov. 5, 2011, APLNDC630-0000127110, at -110.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

206.    As the above documents convey, universal search functionality has been an important element of both Apple and Samsung smartphone development.  Users are drawn to the Siri-based functionality of the iPhone 4S because it can obtain relevant information quickly, from a variety of sources.  If Apple's Siri feature could not reliably obtain relevant information from different sources, its utility as a voice-based "personal assistant" and its importance as a driver of consumer demand would be critically diminished.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

### (f)  AutoCorrect ('172 Patent)

240.    Documents I have reviewed indicate that the ease and speed enabled by the autocorrect feature described in the '172 Patent has contributed directly to the success of the iPhones and Galaxy products.  In fact, these materials indicate that without an autocorrect feature, widespread adoption of the iPhone's touchscreen and virtual keyboard may never have occurred.

241.    The '172 Patent's autocorrect feature was critical in overcoming a key sticking point in the iPhone's widespread adoption: the transition for most users from a conventional push-button text-entry system to one based on a virtual keyboard.  According to Steven Sinclair, an iPhone product marketing manager at Apple, when Apple first launched the iPhone, "there was a very concerted effort by the company to overcome this belief that a … phone that didn't have a keypad, a physical hard keyboard, was really usable.  So we spent a lot of effort to educate consumers about the fact that you could use a touch screen and still be very accurate, and the ability to correct and suggest words is a very important element of that capability."[425]  An email between Steven Sinclair to Lauren Becker, Apple's Producer, Video and Motion Graphics, showed competitive messaging emphasizing the utility of the keyboard to educate consumers.[426]

---

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

[425] Deposition of Steven Sinclair, Transcript, Apr. 4, 2012, at 65:7-16.

[426] Email, dated June 6, 2008, APLNDC630-0000129659, at -660-61.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

242.     An Apple iPhone Reviewer's Guide from 2007 confronts this user skepticism directly, touting the iPhone's virtual keyboard with autocorrect functionality by claiming that in "less than a week you'll likely be typing faster on iPhone than on any other small keyboard especially if you trust the intelligence of the keyboard."[427]   Similarly, Apple product guides, e.g., the Finger Tips Guide for the original iPhone and the iPod Touch Reviewers Guide showed the text corrections in action.[428]

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

---

[427] "iPhone Reviewers Guide," June 2007, APLNDC630-0000128231, at -238.

[428] "Finger Tips," APLNDC630-0000056520, at -521; "iPod Touch Reviewer's Guide," Jan. 2008, APL-ITC796-0000436056, at -063.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

246.    Mr. Joswiak later added that correcting words typed on glass keyboard is a "huge part of ease of use"[433] and that without autocorrect, tapping on a glass keyboard would be a "horrible experience."[434]  He considered the feature so important that he instituted a rule that there should be autocorrect and a dictionary for every language.[435]  Phil Schiller also agreed that the virtual keyboard adds to ease of use.[436]

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

[433] Deposition of Greg Joswiak, Transcript, July 9, 2013, at 28:4-9.

[434] Deposition of Greg Joswiak, Transcript, July 9, 2013, at 177:22-178:6.

[435] Deposition of Greg Joswiak, Transcript, July 9, 2013, at 177:22-178:6.

[436] Deposition of Phil Schiller, Transcript, July 23, 2013, at 311:17-312:5.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

### (g) Summary of Qualitative Evidence as to the Significance of the Patented Features

254.    The evidence presented above provides a consistent picture with respect to each of the Apple Asserted Patents:

- Apple end users found the Patented Feature a material contributor to ease of use and functionality in the iPhone/iPad;

- ███████████████████████████████████████████████████ ███████████████████████████

- ████████████████████████████████████████████████ █████████████████████

------------------------------------

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

- ████████████████████████████████████
  ████████████████████

255.    Thus, in my opinion, the evidence in this Section demonstrates that the implementation of the Asserted Patents by Apple contributed materially to demand for its devices and ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

### 1.  Initial Conditions and Parameters

330.    The overriding consideration governing a license by Apple to Samsung is the intensely competitive relationship between the parties, coupled with the importance of the product features covered by the Asserted Patents for consumer demand, as discussed in my lost profits consideration above.  For this reason, royalties under such a license must account for the losses of sales and harm to its reputation as an innovator and, thus, its brand that Apple would have anticipated from granting such a license to its chief rival, and the corresponding gains in competing with Apple and other smartphone and tablet manufacturers that Samsung would have anticipated.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

361.    User loyalty and switching costs exist for a variety of reasons, not the least of which is that applications and digital content across smartphone and tablet platforms are commonly non-transferrable.[578]  As a result of these switching costs, some current smartphone users have said it is easier to switch banks or utility services rather than switching to a new smartphone.[579]  The results of a consumer survey on user experience and loyalty in the digital

---

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

[578] The situation is similar to that of personal computers, where programs designed to run on the Windows operating system are incompatible with the Apple Mac operating system.

[579] Emma Woollacott, "iPhone Users Most Loyal (Now, There's a Surprise)," TG Daily, Nov. 28, 2011 (http://www.tgdaily.com/mobility-features/59873-iphone-users-most-loyal-now-theres-a-surprise).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

ecosystem by GfK Group confirm these switching costs:  "As consumers build digital ecosystems and their own world of content on handsets, the [GfK] study shows that their loyalty to their smartphone brand increases with the number of apps and services they use.  The research reveals that the tipping point for loyalty is when a consumer uses seven or more services on their device," with consumers in the U.S. being the most likely to use seven or more services.[580] Furthermore, this study indicates that 33% of respondents cited disruption to apps and services as a reason to stick with their current platform, while 29% were worried about having to learn to use a different type of smartphone and 28% did not want to have to move their music, videos, books, and apps from one type of smartphone to another.[581] ████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████[582] ████████████████

---

[580] Amanda Wheeler, *Loyalty to Smartphone Brand Increases with Greater Use of Digital Content*, GfK Group, Nov. 25, 2011 (http://www.gfk.com/gfkdaphne/news/international_news/009051/index.en.print.html); see also Allan Swann, *No Surprise That Smartphone Loyalty Is Tied to Apps and Services*, CBR Rolling Blog, Nov. 28, 2011 (http://www.cbronline.com/blogs/cbr-rolling-blog/no-surprises-that-smartphone-loyalty-is-tied-to-apps-and-services28.11.11): "Consumer 'lock in' through their app and service eco-system may do more to keep customers' loyalty than any other concern. . . . Apple users in particular have said they would find it harder to change their smartphones than it would be to change power companies."

[581] Amanda Wheeler, *Loyalty to Smartphone Brand Increases with Greater Use of Digital Content*, GfK Group, Nov. 25, 2011 (http://www.gfk.com/gfkdaphne/news/international_news/009051/index.en.print.html); see also Allan Swann, *No Surprise That Smartphone Loyalty Is Tied to Apps and Services*, CBR Rolling Blog, Nov. 28, 2011 (http://www.cbronline.com/blogs/cbr-rolling-blog/no-surprises-that-smartphone-loyalty-is-tied-to-apps-and-services28.11.11): "It also requires a measure of tech savvy-ness to convert video and music to another company's file format. Apple's iTunes of course will do all this for you without any tech knowhow.  I know I have podcasts and music dating back to my first iPod in 2003 in Apple's AAC format.  I am not going to spend an entire weekend converting them to MP3."

[582] Deposition of Nick DiCarlo, Transcript, June 26, 2013, at 251:22-24; see also 184:19-185:15 (████████████████████████████████████████ ████████████████████).

███████████████████████████████████████████████████████

███████████████████████████████ 583,584

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

---

[583] Nigam Arora, "Siri is Apple's Post-Jobs Ticket to $1,000," Forbes, Oct. 23, 2011 (http://www.forbes.com/sites/greatspeculations/2011/10/23/siri-is-apples-post-jobs-ticket-to-1000/): "Siri increases stickiness of Apple phones.  High stickiness means that once someone starts using Siri they are unlikely to switch.  When asked to call my wife, Siri responded with question wanting to know which one of my contacts was my wife.  After about 10 minutes, when I again asked Siri to call my wife, it knew who my wife was.  Imagine Siri learning about you and what you do for two years and then giving up Siri for an Android phone that does not know you!"

[584] ███████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████ ████ █████

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

### c.  Perspective of the Hypothetical Licensor (Apple)

414.    At a hypothetical negotiation with Samsung in June 2011, Apple would have recognized that it was sitting across the table from its most serious competitor for mobile devices and that the Asserted Patents cover valuable features intended to differentiate Apple's products from those of its competitors.  Thus, Apple would have considered the profits it would lose on sales that would go to Samsung if it granted a license and the customers it would lose as a result. For Apple as for Samsung, this concern would have been amplified by the fact that the smartphone marketplace was entering the high-growth stage of mass adoption by first-time buyers that Apple could win to its ecosystem were it not to license Samsung (that would naturally "tip" more toward Samsung/Android under Samsung's licensed rights).  Importantly,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple also would have considered the potential dilution of its reputation as an innovator from allowing the features covered by the Asserted Patents to appear in a competitor's products.  For Apple, the question would be whether Samsung would make enough sales in addition to those it captured from Apple <u>and</u> pay a sufficiently high royalty to more than offset the profits Apple expected to lose by granting to Samsung a license to the Asserted Patents.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

458.     As mentioned in my introduction to this reasonable royalty analysis, because Apple practiced the Asserted Patents at the time of the hypothetical negotiation and has continued to do so, I find that Apple and Samsung would have negotiated a non-exclusive license.  In general, non-exclusivity implies a lower royalty rate than exclusivity.  However, this aspect of the hypothetically negotiated license is already accounted for in my analysis of *Georgia-Pacific* Factor 15, and it, therefore, does not indicate any change from the reasonable royalty rates I determined through that analysis

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

470.    The exceptional popularity, commercial success, and profitability of Apple's iPhones, iPads, and, more recently, Samsung's Accused Products is documented in the Exhibits cited in my discussion of *Panduit* Factor 1 (Demand for the Patented Product) in Section III.B.1.a, above. ████████████████

████████████████████████████

████████████████████████████

████████████████████████████

████████████████ **Exhibit 10** shows a Samsung gross profit margin of 38 percent and an incremental profit margin of 37 percent on Samsung accused phones from June 2011 to February 2013.  **Exhibit 10** shows a Samsung gross profit margin of 8 percent and an incremental profit margin of 7 percent on Samsung accused tablets from June 2011 to February 2013.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

474.    I have described each of the Patented Inventions, their commercial embodiments, and their benefits over previously available alternatives in Section III.B above.  I have also provided a quantitative assessment of the value of the Patented Inventions to Apple (on a per-unit basis) in my discussion of *Panduit* Factor 1 in Section III.B.4.b, discussed qualitative evidence of their value in Section III.B.4.b, and provided a quantitative assessment of their value to Samsung (on a per-unit and aggregate basis) under *Georgia-Pacific* Factor 15.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

## VI.  CONCLUSION

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

August 12, 2013

_____
Dr. Christopher A. Vellturo

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER