# DECLARATION OF PAUL WESTBROOK IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT
# DOCUMENT REDACTED IN ITS ENTIRETY