# EXHIBIT 5
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Highly Confidential Business Information

Page 1

1         UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3              SAN JOSE DIVISION
4  APPLE INC., a California Corporation,
5                              No. 12-CV-00630-LHK
            Plaintiff,
6  vs.
7  SAMSUNG ELECTRONICS CO., LTD,
   a Korean business entity; SAMSUNG
8  ELECTRONICS AMERICA, INC., a
   New York corporation; SAMSUNG
9  TELECOMMUNICATIONS AMERICA, LLC,
   a Delaware limited liability
10 company,
11           Defendants.
12 _____/
13
14    ** TRANSCRIPT MARKED HIGHLY CONFIDENTIAL **
15           ** BUSINESS INFORMATION **
16    VIDEOTAPED DEPOSITION OF PAUL WESTBROOK
17             Palo Alto, California
18             Tuesday, June 11, 2013
19
20
21
22
23 Reported By:
24 LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25 JOB NO. 62472







