# EXHIBIT 7
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Highly Confidential Business Information

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                Plaintiff,
 7                                      No. 12-cv-00630-LHK
           vs.                                (PSG)
 8
     SAMSUNG ELECTRONICS CO., LTD.,
 9   a Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC., a
10   New York corporation; and
     SAMSUNG TELECOMMUNICATIONS
11   AMERICA, LLC, a Delaware
     limited liability company,
12
                Defendants.
13   _____/
14
15
         HIGHLY CONFIDENTIAL BUSINESS INFORMATION
16
17
18
19     VIDEOTAPED DEPOSITION OF FRED QUINTANA
20           Redwood Shores, California
21            Thursday, June 13, 2013
22
23
24   Reported by:
     LESLIE ROCKWOOD, RPR, CSR 3462
25   Job No. 62513
```





