# EXHIBIT D
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT E
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT F
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT G
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT H
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT I
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT J
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT K
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT L
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT M
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT N
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT O
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT P
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT Q
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT R
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT S
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT T
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT U
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT V
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT W
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT X
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT Y
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT Z
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT AA
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT BB
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT CC
# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT DD
# DOCUMENT REDACTED IN ITS ENTIRETY