# EXHIBIT 12
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 |
| 14 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>Plaintiff, <br><br>vs. <br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>Defendants. | CASE NO. 12-cv-00630-LHK <br><br>**SAMSUNG'S FURTHER SUPPLEMENTAL RESPONSE TO APPLE'S THIRD SET OF INTERROGATORIES** <br><br>**(Interrogatory No. 28)** <br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, ("Samsung") submit the following Further Supplemental Responses to Plaintiff Apple Inc's ("Apple's") Third Set of Interrogatories.

**INTERROGATORY NO. 28:**

Describe in detail the factual and legal basis (including the identity of all documents and persons) upon which you will rely to establish, or that contradict, each of your affirmative defenses.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 28:**

In addition to its General Objections above, which it hereby incorporates by reference, Samsung objects to this Interrogatory on the ground that: (i) it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity; (ii) it is unduly burdensome and oppressive; (iii) it calls for legal conclusions; (iv) it is premature to the extent that it seeks information that is properly the subject of expert opinion prior to the deadline established in the May 2, 2012 Minute Order and Case Management Order; (v) it is vague and ambiguous, especially with regard to the terms "rely" and "contradict"; (vi) it is vague, ambiguous, and unintelligible to the extent it seeks information about any "affirmative defenses" that are not specifically identified in the interrogatory; and (vii) it is compound and comprises discrete subparts resulting in separate interrogatories.

Subject to and without waiving the foregoing general and specific objections, Samsung responds as follows:

Failure to state a claim (ECF No. 264 at ¶ 67): Samsung incorporates by reference its Answer, Affirmative Defenses, and Counterclaims to Apple Inc.'s Amended Complaint filed on September 14, 2012, in which Samsung described, based upon information then known to it, the factual bases for every affirmative defense that Samsung asserted in connection with Apple's Amended Complaint. Apple's Complaint fails to state a claim on which relief can be granted.

the following production ranges: 630OFFAPPLESOURCECODE_000001-1058; 630OFFAPPLESOURCECODE_001148-1695; 630OFFAPPLESOURCECODE_001800-1975; 630OFFAPPLESOURCECODE_002016-2273; 630OFFAPPLESOURCECODE_003196-3504; 630OFFAPPLESOURCECODE_003662-3711; 630OFFAPPLESOURCECODE_003836-4278; 630OFFAPPLESOURCECODE_004619-4733;   630OFFAPPLESOURCECODE_005166-7090.

[Lines 6-28 redacted]

1 [REDACTED]
2 [REDACTED]
3 [REDACTED]
4 [REDACTED]
5 [REDACTED]
6 [REDACTED]
7 [REDACTED]
8 [REDACTED]
9 [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]

Samsung further intends to rely on source code in the following directories and files produced by Novell, as well as source code called or used by the identified files: NOVELLNDCA630-00000002, including suse/src/evolution-2.4.0/addressbook/conduit/address-conduit.c; evolution-2.4.0/addressbook/gui/component/addressbook.c; evolution-2.4.0/addressbook/gui/contact-editor/e-contact-editor.c; evolution-2.4.0/addressbook/gui/merging/eab-contact-compare.c, eab-contact-merging.c; evolution-2.4.0/calendar/conduits/calendar/calendar-conduit.c; evolution-2.4.0/calendar/gui/calendar-commands.c, calendar-view.c, main.c; evolution-2.4.0/composer/e-msg-composer.c; evolution-2.4.0/e-util/e-account-list.c; evolution-2.4.0/mail/em-folder-view.c, mail-component-factory.c; mail-component.c; mail-mt.c, mail-ops.c, mail-send-recv.c, mail-tools.c; evolution-2.4.0/plugins/exchange-operations; evolution-2.4.0/plugins/mark-all-read; evolution-2.4.0/shell/main.c, e-shell.c; evolution-data-server-1.4.0/addressbook/backends/file/e-book-

| | |
|---|---|
| DATED: July 15, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By */s/ Michael L. Fazio*<br>　　Charles K. Verhoeven<br>　　Kevin P.B. Johnson<br>　　Victoria F. Maroulis<br>　　William C. Price<br>　　Michael L. Fazio<br><br>Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |