1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Cal. Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Cal. Bar No. 108542)
11 williamprice@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 20         Plaintiff, | |
| 21         vs. | **CERTIFICATE OF SERVICE** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25         Defendants. | |

27
28

Case No. 12-CV-00630-LHK (PSG)
CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California.   I am over the age of eighteen years and not a party to the within action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 50 California St., 22nd Floor, San Francisco, California 94111.

On December 23, 2013, I served a true and correct copy of an unredacted version of

1. Second Corrected Highlighted Version of Exhibit 1 to the Fazio Declaration in Support of Samsung's Motion for Summary Judgment.

by email containing the aforementioned document to the parties in this action as follows:

**Counsel for Apple Inc.**

**Gibson, Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalIIIService@wilmerhale.com

I declare under penalty of perjury that the foregoing is true and correct.   Executed on December 23, 2013, at San Francisco, California.

*/s/ Katherine B. Bearman*
Katherine B. Bearman

**ATTESTATION OF E-FILED SIGNATURE**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this Certificate of Service.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Katherine B. Bearman has concurred in this filing.

Dated:   December 23, 2013          */s/ Patrick D. Curran*
Patrick D. Curran