REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# EXHIBIT B-2

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

**EXHIBIT 3G – INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY NEXUS**

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 1.  A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy Nexus is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below.  Specifically, the Samsung Galaxy Nexus is an Android smartphone with a 4.65'' HD Super AMOLED contoured touch screen display, a 1.2GHz dual-core processor, and 32GB of internal memory.  (See Samsung, Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs).[2]  |

---

[1]  My inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  I reserve the right to provide any such opinions in response to any arguments raised by Samsung in this case.

[2]  Citations to specifications in this claim chart are generally to the Verizon Galaxy Nexus specifications on Samsung's website, unless otherwise specified.  However, in this claim chart, "Samsung Galaxy Nexus" or "Galaxy Nexus" mean all of the following:  the Verizon Galaxy Nexus (SCH-I515) operating Android Ice Cream Sandwich or Jelly Bean, the Sprint Galaxy Nexus (SPH-L700) operating Android Ice Cream Sandwich or Jelly Bean, and the Unlocked Galaxy Nexus (GT-I9250) operating Android Ice Cream Sandwich or Jelly Bean, and all such devices that have upgraded to later Android versions.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | (Samsung, Samsung Galaxy Nexus Overview, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW). |
| | The Samsung Galaxy Nexus is equipped with the Android operating system and comes with various pre-installed applications, including a web browser, Email and Gmail applications, and a messaging application.  (*See* Samsung Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs). |
| | **Platform** |
| | **Platform** Android™ 4.0, Ice Cream Sandwich |
| | (*Id.* as last visited June 2012). |
| | **Platform** |
| | **Platform** Android™ 4.1, Jelly Bean |
| | (Samsung Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs (last visited May 2013)). |
| an input device for receiving data; | The Samsung Galaxy Nexus includes an input device for receiving data.  For example, the Samsung Galaxy Nexus includes hardware input devices such as a touchscreen, radios for receiving text messages, wireless-internet adapters for receiving internet data, and memory.  (*See* Samsung Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs). |
| | In particular, the Samsung Galaxy Nexus includes a 4.65'' touchscreen that receives data that the user inputs.  (*See* Samsung Galaxy Nexus User Guide, at 9)  A user interacts with the Samsung Galaxy Nexus's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sliding her finger vertically |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | or horizontally across the screen.  (Samsung Galaxy Nexus User Guide, at 9).<br><br>According to the Galaxy Nexus User's Guide, the Samsung Galaxy Nexus detects movements on the touch screen display and executes a variety of actions depending on the nature of the touch. For example, common gestures include:<br><br>► **Touch & hold**: Touch & hold an item on the screen by touching it and not lifting your finger until an action occurs.<br><br>► **Drag**: Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can drag to reposition shortcuts on the Home screen.<br><br>► **Swipe or slide**: Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens.<br><br>► **Double-tap**: Tap quickly twice on a webpage, map, or other screen to zoom. For example, double-tap a webpage in Browser to zoom in, and double-tap again to zoom out.<br><br>► **Pinch**: In some apps (such as Maps, Browser, and Gallery), you can zoom in and out by placing two fingers on the screen at once and pinching them together (to zoom out) or spreading them apart (to zoom in).<br><br>(Samsung Galaxy Nexus User Guide, at 9).<br><br>Additionally, the Samsung Galaxy Nexus permits the user to enter text via an onscreen keyboard. (*See* Galaxy Nexus User Guide, at 53). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
|  | You can enter text using the onscreen keyboard. Some apps open it automatically. In others, you open it by touching where you want to type.<br><br><br><br>As you type, the keyboard displays suggestions above the top row of keys. To accept a suggestion, touch it.<br><br>(Galaxy Nexus User Guide, at 53).<br><br>Another input device included in the Samsung Galaxy Nexus is a radio that enables the phone to communicate with cellular towers.<br><br><br><br>(Samsung Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs). |

4

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
|  | Utilizing the radio, the Samsung Galaxy Nexus can receive data from a network provider, e.g., Verizon.  (*See id.*).  This data can then be used by, for example, the Email, Gmail, Messaging, and Browser applications on the phone.<br><br>Further, the Samsung Galaxy Nexus includes wireless-internet adapters for receiving internet data from wireless local area networks.<br><br>**Connectivity**<br>· Bluetooth®; Bluetooth® Profiles, A2DP, AVCTP, AVRCP, GAVDP, HFP, HSP, OPP, PAN, PBAP, SPP ; Wi-Fi® ; Wi-Fi® Hotspot; HTML Browser<br><br>(Samsung Galaxy Nexus Features, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-features).  These adapters allow the Samsung Galaxy Nexus to receive data, such as webpages that can be loaded in the Internet browser application and messages that can be displayed in the Messaging application. |
| an output device for presenting the data; | The Samsung Galaxy Nexus includes an output device for presenting data.  For example, the Samsung Galaxy Nexus includes a 4.65'' HD Super AMOLED contoured touchscreen display that presents data to the user. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| |  <br><br> (Samsung Galaxy Nexus Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH -I515MSAVZW-sp). |
| a memory storing information including program routines including | The Samsung Galaxy Nexus includes a memory storing information including program routines. For example, the Samsung Galaxy Nexus includes 32GB of internal non-volatile memory and RAM that stores information including program routines. <br><br>  <br><br> (*Id.*) |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Samsung Galaxy Nexus includes an analyzer server for detecting structures in the data and for linking actions to the detected structures.  For example, the Samsung Galaxy Nexus includes an analyzer server that detects structures (such as phone numbers, email addresses, and postal addresses) in webpages and messages. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | **Android 4.0 (Ice Cream Sandwich)**[3] <br><br>  <br><br> For example, as shown below, when a user navigates to a webpage containing phone numbers in the Browser application, the analyzer server detects those phone numbers. Although not shown below, the analyzer server similarly detects email addresses, and postal addresses on webpages. |

---

[3]  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality. I reserve the right to provide additional details, including additional citations to source code, in response to arguments made by Samsung or its experts.

[4]

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|-------------------------------------------|
| | <br><br>(Screenshot of Samsung Galaxy Nexus showing a detected structure, a phone number, in web browsing data as a user is selecting it)<br><br>The analyzer server then links actions to the detected structure. ████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|------------------------------------------|
|         |                                          |



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | <br><br>**(Screenshot of Samsung Galaxy Nexus showing actions linked to a detected and selected phone number**)<br><br>Although not shown above, actions are also linked to detected email addresses and postal addresses. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | Galaxy Nexus launches the dialer with the detected phone number filled in.<br><br><br><br>**(Screenshot of the Samsung Galaxy Nexus having a detected structure that is linked to actions, upon selection of the "Dial" option)**<br><br>Although not shown above, the action processor for the Samsung Galaxy Nexus initiates program routines for selected actions related to detected email addresses, and postal addresses.<br><br>████████████████████████ Android's Linkify functionality "take[s] a piece of text and a regular expression and turns all of the regex matches in the text into clickable links.  This is particularly useful for matching things like email addresses, web urls, etc. and making them actionable." |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|-------------------------------------------|
|         | (Android Developer Site at Linkify).<br><br>For example, when the Samsung Galaxy Nexus receives a message in its Messaging application that includes an email address, postal address, or phone number, the Samsung Galaxy Nexus detects those structures and links actions to them.  To the extent that claim 1 is construed to only require a single action linked to a detected structure, the Samsung Galaxy Nexus infringes through the Messaging application.  As shown below, if the user presses the detected email, the Samsung Galaxy Nexus gives the user the option to send an email to the detected address.[11] |

---

[11] To the extent that claim 1 is construed to only require a single action linked to a detected structure, the Samsung Galaxy Nexus operating Android 4.0 (Ice Cream Sandwich) infringes as described in this chart.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | <br>(Screenshots of a detected email address and linked actions)<br><br>If the user selects "mailto" from the menu, the action processor for the Samsung Galaxy Nexus launches the Email application with the detected email address as the target address. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|------------------------------------------|
| | <br><br>(*Screenshot of initiated Email application*) |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|------------------------------------------|
|  | **Android 4.1 (Jelly Bean)**<br>Additionally, the Samsung Galaxy Nexus operating Android 4.1 (Jelly Bean) includes an |



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|-------------------------------------------|
|         | analyzer server that detects structures such as phone numbers, email addresses, and postal addresses in webpages. |



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| |  For example, as shown below, when a user navigates to a webpage containing phone numbers in the Browser application, the analyzer server detects those phone numbers. Although not shown below, the analyzer server similarly detects email addresses and postal addresses on webpages.<br><br>**(Screenshot of Samsung Galaxy Nexus showing a detected structure, a phone number, in web browsing data as a user is selecting it)** |

17

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|------------------------------------------|
| | The analyzer server then links actions to the detected structure. |



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|------------------------------------------|
|         | <br><br>(Screenshot of Samsung Galaxy Nexus showing actions linked to a detected and selected phone number) |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|-------------------------------------------|
| | Although not shown above, actions are also linked to detected email addresses and postal addresses.<br><br><br><br>**(Screenshot of the Samsung Galaxy Nexus having a detected structure that is linked to** |

20

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | **actions, upon selection of the "Dial" option**) |

(continued in right column)

**actions, upon selection of the "Dial" option**)

Although not shown above, the action processor for the Samsung Galaxy Nexus initiates program routines for selected actions related to detected email addresses and postal addresses.

███████████████████████████████████
████████████████████ Android's Linkify functionality "take[s] a piece of text and a regular expression and turns all of the regex matches in the text into clickable links.  This is particularly useful for matching things like email addresses, web urls, etc. and making them actionable." (Android Developer Site at Linkify).

In particular, when the Samsung Galaxy Nexus receives a message in its Messaging application that includes an email address, postal address, or phone number, the Samsung Galaxy Nexus detects those structures and links actions to them.  As shown below, if the user presses the detected email, the Samsung Galaxy Nexus gives the user the option to send an email to the detected address.[35]

---

[35] To the extent that claim 1 is construed to only require a single action linked to a detected structure, the Samsung Galaxy Nexus infringes as describe in this chart.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|------------------------------------------|
| |  **(Screenshots of a detected email address and linked actions)**<br><br>If the user selects "mailto" from the menu, the action processor for the Samsung Galaxy Nexus launches the Email application with the detected email address as the target address. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|-------------------------------------------|
| |  **(Screenshot of initiated Email application)** |

---
36

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | |
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Galaxy Nexus includes a user interface enabling the selection of a detected structure and a linked action.  For example, the Samsung Galaxy Nexus' user interface for the Browser and Messaging applications allows the user to select a detected structure like a phone number, email address, or postal address.  The Samsung Galaxy Nexus' user interface also |



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|-------------------------------------------|
| | enables the selection of candidate actions linked to those structures.<br><br>**<u>Android 4.0 (Ice Cream Sandwich)</u>**<br>In particular, the Samsung Galaxy Nexus's user interface for the Browser and Messaging applications allows the user to select a detected structure like a phone number, email address, or postal address.  The Samsung Galaxy Nexus user interface also enables the selection of candidate actions linked to those structures.  For example, as shown below, the user can select phone numbers detected on webpages in the Browser application.  The user interface then allows the user to select a candidate action linked to the phone number.<br><br>Although not shown below, the Samsung Galaxy Nexus's user interface also enables the selection of detected email addresses and postal addresses and enables the selection of candidate actions linked to those structures.<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|-------------------------------------------|
|         | **(Screenshots of the Samsung Galaxy Nexus with a user interface enabling the selection of a detected structure (phone number) and selection of linked actions)** |



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | As another example, the user can also select structures such as email addresses appearing in the Messaging application user interface.  The user interface then allows the user to select a candidate action associated with the selected email address.  Although not shown below, the Samsung Galaxy Nexus's user interface also enables selection of postal addresses and phone numbers detected in the Messaging application.  The user interface then enables the selection of candidate actions linked to those structures.<br><br><br><br>**(Screenshots of the Samsung Galaxy Nexus with a user interface enabling the selection of a detected email address in the Messaging application and a user interface enabling the selection of actions linked to the email address)** |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | <br><br><br><br><br><br><br><br>**Android 4.1 (Jelly Bean)**<br>Additionally, the Samsung Galaxy Nexus's user interface for the Browser and Messaging applications in Android 4.1 (Jelly Bean) allows the user to select a detected structure like a phone number, email address, or postal address.  The Samsung Galaxy Nexus user interface also enables the selection of actions linked to those structures.<br><br>For example, as shown below, the user can select phone numbers detected on webpages in the Browser application.  The user interface then allows the user to select a candidate action linked to the phone number.  Although not shown below, the Samsung Galaxy Nexus's user interface also enables the selection of detected email addresses and postal addresses, and enables the |



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
|  | selection of candidate actions linked to those structures.<br><br><br><br>**(Screenshots of the Samsung Galaxy Nexus with a user interface enabling the selection of a detected structure (phone number) and selection of linked actions)** |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|------------------------------------------|
|         | Additionally, the user can also select structures such as email addresses appearing in the Messaging application user interface.  The user interface then allows the user to select a candidate action associated with the selected email address.  Although not shown below, the Samsung Galaxy Nexus's user interface also enables selection of postal addresses and phone numbers detected in the Messaging application.  The user interface then enables the selection of candidate actions linked to those structures. |



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|-------------------------------------------|
|         |  **(Screenshots of the Samsung Galaxy Nexus with a user interface enabling the selection of a detected email address in the Messaging application and a user interface enabling the selection of actions linked to the email address)** |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
|  |  |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Galaxy Nexus includes an action processor for performing the selected action linked to the selected structure.<br><br>**Android 4.0 (Ice Cream Sandwich)**<br>For example, the Samsung Galaxy Nexus operating Android 4.0 (Ice Cream Sandwich) includes a phone application.  Upon selection of the "Dial" option from the Browser in the user interface, the action processor performs the selected action, namely, it launches the dialer with the detected phone number filled in.  As described above, the "Dial" action is linked to the selected phone number. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | <br><br>**(Screenshot of the Samsung Galaxy Nexus showing the result of the linked action having been performed**)<br><br>As another example, the Samsung Galaxy Nexus includes an Email application.  Upon selection of the "mailto" option from the Messaging application in the user interface, the action processor performs the selected action, namely, it launches the Email application with the detected email address as the target address. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| |  **(Screenshot of the Samsung Galaxy Nexus showing the result of the linked action having been performed)** |

68
69

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|------------------------------------------|
|         | **Android 4.1 (Jelly Bean)** <br> Additionally, the Samsung Galaxy Nexus operating Android 4.1 (Jelly Bean) includes a phone application.  Upon selection of the "Dial" option from the Browser in the user interface, the action processor performs the selected action, namely, it launches the dialer with the detected phone number filled in.  As described above, the "Dial" action is linked to the selected phone number. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| |  **(Screenshot of the Samsung Galaxy Nexus showing the result of the linked action having been performed**) As another example, the Samsung Galaxy Nexus includes an Email application. Upon selection of the "mailto" option from the Messaging application in the user interface, the action processor performs the selected action, namely, it launches the Email application with the detected email address as the target address. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| |  **(Screenshot of the Samsung Galaxy Nexus showing the result of the linked action having been performed)** |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---------|-------------------------------------------|
|  |  |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Galaxy Nexus includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines.  For example, the Samsung Galaxy Nexus includes a 1.2GHz dual-core processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 4.65'' HD Super AMOLED contoured touchscreen display), and memory (32GB of internal memory).  (*See* Samsung, Samsung Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs).

The processing unit controls the execution of the program routines. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 4 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 4.  The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Samsung Galaxy Nexus's analyzer server includes grammars and a parser for detecting structures in the data.<br><br>**Android 4.0 (Ice Cream Sandwich)** |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 6 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 6.  The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | The Samsung Galaxy Nexus's analyzer server includes a string library and a fast string search function for detecting structures in the data.<br><br>**Android 4.0 (Ice Cream Sandwich)**<br><br><br>**Android 4.1 (Jelly Bean)** |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 8 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 8.  The system recited in claim 1, wherein the user interface highlights the detected structures. | The Samsung Galaxy Nexus further includes a user interface that highlights the detected structures.<br><br>**Android 4.0 (Ice Cream Sandwich)**<br>For example, when a user long presses on a phone number detected in a webpage in the Browser application on the Samsung Galaxy Nexus (ICS), the phone number is highlighted in blue, as shown below.  Although not shown below, the Samsung Galaxy Nexus's user interface also highlights postal addresses and email addresses detected in the Browser application. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 8 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | <br><br>(**Screenshot of a detected phone number highlighted in blue after a long press in the Browser application**)<br><br>As a second example, when the Samsung Galaxy Nexus (ICS) receives a message in its Messaging application that contains an email address or a phone number, the phone highlights those detected structures in blue, as shown below. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 8 | Infringement by the Samsung Galaxy Nexus |
|---------|-------------------------------------------|
|         |  **(Screenshot of detected email address highlighted in the Messaging application**)<br><br>**Android 4.1 (Jelly Bean)**<br>Additionally, when a user long presses on a phone number detected in a webpage in the Browser application on the Samsung Galaxy Nexus operating Android 4.1 (Jelly Bean), the phone number is highlighted in blue, as shown below.  Although not shown below, the Samsung |

43

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 8 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | Galaxy Nexus's user interface also highlights postal addresses and email addresses detected in the Browser application.  **(Screenshot of a detected phone number highlighted in blue after a long press in the Browser application)** Additionally, when the Samsung Galaxy Nexus receives a message in its Messaging application that contains an email address or a phone number, the phone highlights those detected structures |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 8 | Infringement by the Samsung Galaxy Nexus |
|---------|------------------------------------------|
| | in blue, as shown below.<br><br><br><br>(Screenshot of detected email address highlighted in the Messaging application) |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 9 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 9.  The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Galaxy Nexus further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions.<br><br>**Android 4.0 (Ice Cream Sandwich)**<br>For example, when a user long presses on a phone number on a webpage, the Samsung Galaxy Nexus (ICS) presents the user with a pop-up menu of linked actions on its touch screen display. The phone's user interface enables the user to select one of the actions, for example, "Dial" or "Add contact," from the pop-up menu.<br><br><br><br>**(Screenshot of the user interface of the Samsung Galaxy Nexus (ICS) enabling selection of** |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 9 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | **an action linked to a phone number from a pop-up menu**) <br><br> As a second example, when a user presses on a detected email address in the Messaging application, the Samsung Galaxy Nexus presents the user with a pop-up menu displaying an action linked to that email address on its touch screen display, as shown below.  The phone's user interface enables the user to select the linked action, namely "mailto." <br><br>  <br><br> **(Screenshot of the user interface of the Samsung Galaxy Nexus enabling selection of an** |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 9 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | **action linked to an email address from a pop-up menu**) <br><br> **Android 4.1 (Jelly Bean)** <br> For example, when a user long presses on a phone number on a webpage, the Samsung Galaxy Nexus operating Android 4.1 (Jelly Bean) presents the user with a pop-up menu of linked actions on its touch screen display.  The phone's user interface enables the user to select one of the actions, for example, "Dial" or "Add contact," from the pop-up menu. <br><br>  <br><br> (**Screenshot of the user interface of the Samsung Galaxy Nexus enabling selection of an** |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 9 | Infringement by the Samsung Galaxy Nexus |
|---------|-------------------------------------------|
|  | **action linked to a phone number from a pop-up menu**) <br><br> As a second example, when a user presses on a detected email address in the Messaging application, the Samsung Galaxy Nexus presents the user with a pop-up menu displaying an action linked to that email address on its touch screen display, as shown below.  The phone's user interface enables the user to select the linked action, namely "mailto." <br><br>  <br><br> **(Screenshot of the user interface of the Samsung Galaxy Nexus enabling selection of an** |

49

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

| Claim 9 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | **action linked to an email address from a pop-up menu**) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## APPENDIX – U.S. PATENT NO. 5,946,647 – SAMSUNG GALAXY NEXUS



**Samsung Galaxy Nexus**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Nexus |
|:---:|
| |
| |

| Samsung Galaxy Nexus |
|:---:|
| |
| |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| **Samsung Galaxy Nexus** |
| --- |
|  |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Nexus |
| --- |

| Samsung Galaxy Nexus |
| --- |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| **Samsung Galaxy Nexus** |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| **Samsung Galaxy Nexus** | | |
|---|---|---|
|  |  |  |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



**Samsung Galaxy Nexus**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Nexus |
|---|

| Samsung Galaxy Nexus |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Galaxy Nexus** |
| --- |



| **Samsung Galaxy Nexus** |
| --- |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy Nexus |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



**Samsung Galaxy Nexus**

**Samsung Galaxy Nexus**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Nexus |
|---|
| |

| Samsung Galaxy Nexus |
|---|
| |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



**Samsung Galaxy Nexus**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy Nexus |
|---|

| Samsung Galaxy Nexus |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| **Samsung Galaxy Nexus** |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Nexus |
|---|

| Samsung Galaxy Nexus |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Galaxy Nexus** |
| --- |
| |



| **Samsung Galaxy Nexus** |
| --- |
| |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy Nexus |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Nexus |
|---|

