REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# EXHIBIT B-3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

**EXHIBIT 3M – INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY SIII**

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| 1.  A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy SIII is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below.  For example, the Samsung Galaxy SIII is an Android smartphone with a 1.5 GHz dual-core processor, 16 GB of internal memory, and a 4.8'' HD Super AMOLED touchscreen display.  (Samsung, Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs).  (Samsung, Samsung Galaxy SIII Gallery, http://www.samsung.com/global/galaxys3/ gallery.html). |

---

[1]  My inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  I reserve the right to provide any such opinions in response to any arguments raised by Samsung in this case.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
|         | **Powerful Hardware and Software**<br><br>The Galaxy S III gives you the most powerful hardware and software you'll find anywhere. First of all, there's a 1.5 GHz dual-core processor to make sure everything works quickly and smoothly. Second of all, there's the Android™ 4.0, Ice Cream Sandwich platform. You'll have the smartest smartphone around.<br><br><br><br>(Samsung, Samsung Galaxy SIII Features, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-features).[2] |

---

[2] Citations to product specifications in this claim chart are generally to the AT&T Galaxy SIII (SGH-I747) specifications on Samsung's website, unless otherwise specified.  In this claim chart, "Samsung Galaxy SIII" means all accused versions of the Samsung Galaxy SIII:  the Verizon Galaxy SIII (SCH-I535) running Android Ice Cream Sandwich or Android Jelly Bean; the AT&T Galaxy SIII (SGH-I747) running Android Ice Cream Sandwich or Android Jelly Bean; the Sprint Galaxy SIII (SPH-L710) running Android Ice Cream Sandwich or Android Jelly Bean; the T-Mobile Galaxy SIII (SGH-T999) running Android Ice Cream Sandwich or Android Jelly Bean, the US Cellular Galaxy SIII (SCH-R530U) running Android Ice Cream Sandwich or Android Jelly Bean; the MetroPCS Galaxy SIII (SCH-R530M) running Android Ice Cream Sandwich or Android Jelly Bean; the Cricket Galaxy SIII (SCH-R530C) running Android Ice Cream Sandwich or Android Jelly Bean; and all such devices that have upgraded to later Android versions.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | **Memory** |
| | | Internal Memory | RAM (2GB), ROM (16GB) | |
| | | External Memory/microSD™ Capacity | Up to 64GB microSD | |
| | (Samsung, Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs). |
| | The Samsung Galaxy SIII is equipped with the Android operating system and comes with various pre-installed applications, including web browser and Messaging (or MMS) applications. (Samsung, Samsung Galaxy SIII Specifications, http://www.samsung.com/ us/mobile/cell-phones/SGH-I747RWBATT). |
| | **Platform** |
| | | Platform | Android™ 4.0, Ice Cream Sandwich | |
| | (Samsung, Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs (as visited Nov. 2012)). |
| | **Platform** |
| | | Platform | Android™ 4.1, Jelly Bean | |
| | (Samsung, T-Mobile Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-specs (last visited May 2013). |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | <br><br>(**Image of Samsung Galaxy SIII showing preinstalled applications, including Browser and Messaging**)<br><br>(Samsung, Samsung Galaxy SIII Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-gallery). |
| an input device for receiving data; | The Samsung Galaxy SIII includes an input device for receiving data.  For example, the Samsung Galaxy SIII includes hardware input devices such as a touchscreen, radios for receiving text messages, wireless-internet adapters for receiving internet data, and memory.  (*See* Samsung, Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs; *see also, e.g.*, Samsung, Samsung T-Mobile Galaxy SIII Portable Quad-Band Mobile Phone User Manual (T999_UM_MR2_English_UVLH2_PS_110612_F7), at 25-26, 92-99, 238-58 (2012) [hereinafter "Samsung Galaxy SIII User Manual"]). |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | <br><br>(Samsung, Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs).<br><br>In particular, the Samsung Galaxy SIII includes a 4.8'' HD Super AMOLED touchscreen display that receives data that the user inputs.  (*See* Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs; *see also* Samsung Galaxy SIII User Manual, at 25).  The touchscreen allows the user to interact with applications running on the Samsung Galaxy SIII.  (*See* Samsung Galaxy SIII User Manual, at 51 ("Using the touch screen display and keys, you can navigate the features of your device and enter characters.")).  Additionally, the Samsung Galaxy SIII permits the user to enter text via an onscreen keyboard.  (*See* Samsung Galaxy SIII User Manual, at 92-99).<br><br>Another input device included in the Samsung Galaxy SIII is a radio that enables the phone to communicate with cellular towers.  (*See* Samsung Galaxy SIII Features, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-features). |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
|  | **Network**<br><br>• Frequencies and Data Type: GSM Quad-band: 850/900/1800/1900MHz; UMTS Tri-band: 850/1900/2100MHz; LTE Dual-Band: Band 4/17<br><br>• Data Speed: GPRS/EDGE/UMTS/HSPA+/LTE®<br><br>(*Id.*).<br><br>Utilizing the radio, the Samsung Galaxy SIII can receive data from a network provider.  (*See id.*).  This data can then be used by, for example, the Messaging and Browser applications on the phone.<br><br>Further, the Samsung Galaxy SIII includes wireless-internet adapters for receiving internet data from wireless local area networks.  (*See* Samsung Galaxy SIII User Manual, at 25-26, 238-58 (indicating that the Samsung Galaxy SIII has built-in Bluetooth and Wi-Fi technology); *see also* Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs).<br><br>**Connectivity**<br><br>• Bluetooth®; Bluetooth® Profiles, A2DP, AVRCP, HID, HFP, PBAP, HSP, OPP, SPP; Wi-Fi® ; Wi-Fi® Hotspot; HTML Browser; Flash®; GPS<br><br>(Samsung, Samsung Galaxy SIII Features, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-features).<br><br>These adapters allow the Samsung Galaxy SIII to receive data, such as webpages that can be loaded in the Internet browser application and messages that can be displayed in the Messaging application.  (*See* Samsung Galaxy SIII User Manual, at 238-58). |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| an output device for presenting the data; | The Samsung Galaxy SIII includes an output device for presenting data.  For example, the Samsung Galaxy SIII includes a 4.8'' HD Super AMOLED touchscreen display that presents data to the user.<br><br>**Display**<br><br>Main Display Resolution — 1280 x 720 Pixel<br>Main Display Size — 4.8"<br>Main Display Technology — HD Super AMOLED™<br><br>(Samsung, Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs). |
| a memory storing information including program routines including | The Samsung Galaxy SIII includes a memory storing information including program routines. For example, the Samsung Galaxy SIII includes 16 GB of internal non-volatile memory and RAM that stores information including program routines.  (Samsung Galaxy SIII Specifications, http://www.samsung. com/us/mobile /cell-phones/SGH-I747RWBATT-specs).<br><br>**Memory**<br><br>Internal Memory — RAM (2GB), ROM (16GB)<br>External Memory/microSD™ Capacity — Up to 64GB microSD<br><br>(*Id.*). |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Samsung Galaxy SIII includes an analyzer server for detecting structures in the data and for linking actions to the detected structures.  For example, the Samsung Galaxy SIII includes an analyzer server that detects structures (such as phone numbers, email addresses, and postal addresses) in webpages and messages.<br><br>**Android 4.0 (Ice Cream Sandwich)**[3]<br><br><br><br>For example, as shown below, when a user navigates to a webpage containing phone numbers in the Browser application, the analyzer server detects those phone numbers.  Although not shown below, the analyzer server similarly detects email addresses and postal addresses on webpages. |

---

[3] Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.  I reserve the right to provide additional details, including additional citations to source code, in response to arguments made by Samsung or its experts.

[4]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | <br><br>(Screenshot of Samsung Galaxy SIII showing a detected structure, a phone number, in web browsing data) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
|         | The analyzer server then links actions to the detected structure. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | 

**(Screenshot of Samsung Galaxy SIII showing actions linked to a detected and selected phone number)**

Although not shown above, actions are also linked to detected email addresses and postal addresses.

███████████████████████████████████████████

the user selects "Dial" from the menu shown above, the action processor for the Samsung Galaxy |

11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| | SIII launches the dialer with the detected phone number filled in.<br><br><br><br>**(Screenshot of Samsung Galaxy SIII having a detected structure that is linked to actions, upon selection of the "Dial" option)**<br><br>Although not shown above, the action processor for the Samsung Galaxy SIII initiates program routines for selected actions related to detected email addresses and postal addresses.<br><br>Android's Linkify functionality "take[s] a piece of text and a regular expression and turns all of the regex matches in the text into clickable links.  This is particularly useful for matching things like email addresses, web urls, etc. and making them actionable." (Android Developer Site at Linkify). |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| | For example, when the Samsung Galaxy SIII receives a message in its Messaging application that includes an email address, postal address, or phone number, the Samsung Galaxy SIII detects those structures and links actions to them.  As shown below, if the user presses the detected email, the Samsung Galaxy SIII gives the user the option to send an email to the detected address.<br><br><br>(**Screenshots of a detected email address and linked actions**)<br><br>If the user selects "Send Email" from the menu, the action processor for the Samsung Galaxy SIII launches the Email application with the detected email address as the target address. |

13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| |  (Screenshot of initiated Email application) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| | |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| | **Android 4.1 (Jelly Bean)** |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | ████████████████████████████████████████████████ <br><br> For example, as shown below, when a user navigates to a webpage containing phone numbers in the Browser application, the analyzer server detects those phone numbers.  Although not shown below, the analyzer server similarly detects email addresses and postal addresses on webpages. <br><br>  <br><br> **(Screenshot of Samsung Galaxy SIII showing a detected structure, a phone number, in web browsing data)** |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
|  | The analyzer server then links actions to the detected structure. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | <br><br>(**Screenshot of Samsung Galaxy SIII showing actions linked to a detected and selected phone number**)<br><br>Although not shown above, actions are also linked to detected email addresses and postal addresses. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | the user selects "Dial" from the menu shown above, the action processor for the Samsung Galaxy SIII launches the dialer with the detected phone number filled in.  **(Screenshot of Samsung Galaxy SIII having a detected structure that is linked to actions, upon selection of the "Dial" option)** Although not shown above, the action processor for the Samsung Galaxy SIII initiates program routines for selected actions related to detected email addresses and postal addresses. ██████████████████████████████████████████████████ Android's Linkify functionality "take[s] a piece of text and a regular expression and turns all of the regex matches in the text into clickable links.  This is particularly |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| | useful for matching things like email addresses, web urls, etc. and making them actionable." (Android Developer Site at Linkify). <br><br> For example, when the Samsung Galaxy SIII receives a message in its Messaging application that includes an email address, postal address, or phone number, the Samsung Galaxy SIII detects those structures and links actions to them.  As shown below, if the user presses a detected email, the Samsung Galaxy SIII gives the user the option to send an email to the detected address. <br><br>  <br> **(Screenshots of a detected email address and linked actions)** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
|  | If the user selects "Send email" from the menu, the action processor for the Samsung Galaxy SIII launches the Email application with the detected email address as the target address.<br><br><br><br>(**Screenshot of initiated Email application**)<br><br>■■■■■■■■■■■■■■■ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | ███████████████████████████ |
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Galaxy SIII includes a user interface enabling the selection of a detected structure and a linked action.  For example, the Samsung Galaxy SIII's user interface for the Browser and Messaging applications allows the user to select a detected structure like a phone number, email address, or postal address.  The Samsung Galaxy SIII user interface also enables the selection of candidate actions linked to those structures.<br><br>**Android 4.0 (Ice Cream Sandwich)**<br>For example, as shown below, the user can select phone numbers detected on webpages in the Browser application.  The user interface then allows the user to select a candidate action linked to the phone number.  Although not shown below, the Samsung Galaxy SIII's user interface also enables the selection of detected email addresses and postal addresses and enables the selection of candidate actions linked to those structures. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
|  |  (Screenshots of the Samsung Galaxy SIII with a user interface enabling the selection of a detected structure (phone number) and selection of linked actions) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | As another example, the user can also select structures such as email addresses appearing in the Messaging application user interface.  The user interface then allows the user to select a candidate action associated with the selected email address.  Although not shown below, the Samsung Galaxy SIII's user interface also enables selection of postal addresses and phone numbers detected in the Messaging application.  The user interface then enables the selection of candidate actions linked to those structures. |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| |  (Screenshots of the Samsung Galaxy SIII with a user interface enabling the selection of a detected email address in the Messaging application and a user interface enabling the selection of actions linked to the email address) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| | **Android 4.1 (Jelly Bean)**<br>Additionally, as shown below, the user can select phone numbers detected on webpages in the Browser application on the Samsung Galaxy SIII running Android Jelly Bean.  The user interface then allows the user to select a candidate action linked to the phone number.  Although not shown below, the Samsung Galaxy SIII's user interface also enables the selection of detected email addresses and postal addresses, and enables the selection of candidate actions linked to those structures. |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| |  (**Screenshots of the Samsung Galaxy SIII with a user interface enabling the selection of a detected structure (phone number) and selection of linked actions**) |

54
55
56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
|         |  As another example, the user can also select structures such as email addresses appearing in the Messaging application.  The user interface then allows the user to select a candidate action associated with the selected email address.  Although not shown below, the Samsung Galaxy SIII's user interface also enables selection of postal addresses and phone numbers detected in the Messaging application.  The user interface then enables the selection of candidate actions linked to those structures. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
|         | <br><br>**(Screenshots of the Samsung Galaxy SIII with a user interface enabling the selection of a detected email address in the Messaging application and a user interface enabling the selection of actions linked to the email address)** |

31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| | |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Galaxy SIII includes an action processor for performing the selected action linked to the selected structure.<br><br>**Android 4.0 (Ice Cream Sandwich)**<br>For example, the Samsung Galaxy SIII running Android 4.0 (Ice Cream Sandwich) includes a phone application.  Upon selection of the "Dial" option from the Browser in the user interface, the action processor performs the selected action, namely, it launches the dialer with the detected phone number filled in.  As described above, the "Dial" action is linked to the selected phone number. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | <br><br>**(Screenshot of the Samsung Galaxy SIII showing the result of the linked action having been performed**)<br><br>As another example, the Samsung Galaxy SIII includes an Email application.  Upon selection of the "Send email" option from the Messaging application in the user interface, the action processor performs the selected action, namely, it launches the Email application with the detected email address as the target address. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
|  | <br><br>**(Screenshot of the Samsung Galaxy SIII showing the result of the linked action having been performed)** |

34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | <br><br><br><br><br><br><br><br><br><br><br><br><br>**Android 4.1 (Jelly Bean)**<br>Additionally, the Samsung Galaxy SIII running Android 4.1 (Jelly Bean) includes a phone application.  Upon selection of the "Dial" option from the Browser in the user interface, the action processor performs the selected action, namely, it launches the dialer with the detected phone number filled in.  As described above, the "Dial" action is linked to the selected phone number. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| |  **(Screenshot of the Samsung Galaxy SIII showing the result of the linked action having been performed)** <br><br> As another example, the Samsung Galaxy SIII running Android 4.1 (Jelly Bean) includes an Email application.  Upon selection of the "Send email" option from the Messaging application in the user interface, the action processor performs the selected action, namely, it launches the Email application with the detected email address as the target address. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| | <br><br>**(Screenshot of the Samsung Galaxy SIII showing the result of the linked action having been performed)** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| |  |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Galaxy SIII includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines.  For example, the Samsung Galaxy SIII includes a 1.5 GHz dual-core processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 4.8'' HD Super AMOLED touchscreen display), and memory (16 GB of internal memory).  (*See* Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs).  |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
|  | **Display** |
|  | Main Display Resolution — 1280 x 720 Pixel |
|  | Main Display Size — 4.8" |
|  | Main Display Technology — HD Super AMOLED™ |
|  | **Memory** |
|  | Internal Memory — RAM (2GB), ROM (16GB) |
|  | External Memory/microSD™ Capacity — Up to 64GB microSD |
|  | (Samsung, Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs). |
|  | The processing unit controls the execution of the program routines. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 4 | Infringement by the Samsung Galaxy SIII |
|---|---|
| 4.  The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Samsung Galaxy SIII's analyzer server includes grammars and a parser for detecting structures in the data.<br><br>**Android 4.0 (Ice Cream Sandwich)**<br><br>**Android 4.1 (Jelly Bean)** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 6 | Infringement by the Samsung Galaxy SIII |
|---|---|
| 6.  The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | The Samsung Galaxy SIII's analyzer server includes a string library and a fast string search function for detecting structures in the data.<br><br>**Android 4.0 (Ice Cream Sandwich)**<br><br>**Android 4.1 (Jelly Bean)** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 6 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| |  |

| Claim 8 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| 8.  The system recited in claim 1, wherein the user interface highlights detected structures. | The Samsung Galaxy SIII further includes a user interface that highlights detected structures.<br><br>**Android 4.0 (Ice Cream Sandwich)**<br>For example, when the Samsung Galaxy SIII receives a text in its Messaging application that contains an email address or a phone number, the phone highlights those detected structures in blue, as shown below.  Although not shown below, the Messaging application user interface also highlights in blue postal addresses detected in text messages. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 8 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
|         |  **(Screenshot of detected email address highlighted in the Messaging application)** <br><br> <u>**Android 4.1 (Jelly Bean)**</u> <br> For example, the Samsung Galaxy SIII's user interface highlights phone numbers and email addresses detected in the Browser application.  As a second example, when the Samsung Galaxy SIII receives a text in its Messaging application that contains an email address or a phone number, the phone highlights those detected structures in blue, as shown below.  Although not shown below, the Messaging application user interface also highlights in blue postal addresses detected in text messages. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 8 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| |  |
| | **(Screenshot of detected email address highlighted in the Messaging application)** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 9 | Infringement by the Samsung Galaxy SIII |
|---|---|
| 9.  The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Galaxy SIII further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions.<br><br>**Android 4.0 (Ice Cream Sandwich)**<br>For example, when a user long presses on a phone number on a webpage, the Samsung Galaxy SIII running Android Ice Cream Sandwich presents the user with a pop-up menu of linked actions on its touchscreen display.  The phone's user interface enables the user to select one of the actions, for example, "Dial" or "Add contact," from the pop-up menu.<br><br><br><br>**(Screenshot of the user interface of the Samsung Galaxy SIII enabling selection of an action linked to a phone number from a pop-up menu)** |

45

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 9 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
|  | As a second example, when a user presses on a detected email address in the Messaging application, the Samsung Galaxy SIII presents the user with a pop-up menu of actions linked to that email address on its touch screen display, as shown below.  The phone's user interface enables the user to select one of the linked actions, for example, "Send email" or "Add to contacts," from the presented pop-up menu.<br><br><br><br>**(Screenshot of the user interface of the Samsung Galaxy SIII enabling selection of an action linked to an email address from a pop-up menu)** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 9 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| | **Android 4.1 (Jelly Bean)**<br>For example, when a user long presses on a phone number on a webpage, the Samsung Galaxy SIII running Android Jelly Bean presents the user with a pop-up menu of linked actions on its touch screen display.  The phone's user interface enables the user to select one of the actions, for example, "Dial" or "Add Contact," from the pop-up menu.<br><br><br><br>**(Screenshot of the user interface of the Samsung Galaxy SIII enabling selection of an action linked to a phone number from a pop-up menu)** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 9 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
|  | As a second example, when a user presses on a detected email address in the Messaging application, the Samsung Galaxy SIII presents the user with a pop-up menu of actions linked to that email address on its touch screen display, as shown below.  The phone's user interface enables the user to select one of the linked actions, for example, "Send email" or "Add to Contacts," from the presented pop-up menu. <br><br>  <br><br> **(Screenshot of the user interface of the Samsung Galaxy SIII enabling selection of an action linked to an email address from a pop-up menu)** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 5,946,647 – SAMSUNG GALAXY SIII



| Samsung Galaxy S III |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |
|  |

| Samsung Galaxy S III |
| --- |
|  |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
|---|---|---|
| | | |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



| Samsung Galaxy S III |
| --- |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
| --- | --- | --- |
| | | |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
|---|---|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|

| Samsung Galaxy S III |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|
| | | |

| Samsung Galaxy S III |
|---|
| | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

**Samsung Galaxy S III**



**Samsung Galaxy S III**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



**Samsung Galaxy S III**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



| **Samsung Galaxy S III** |
| --- |
| |



| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|
|  |



| Samsung Galaxy S III |
|---|
|  |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



**Samsung Galaxy S III**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
| --- | --- | --- |
| | | |

| Samsung Galaxy S III | | |
| --- | --- | --- |
| | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
|---|---|---|
| | | |

| Samsung Galaxy S III | | |
|---|---|---|
| | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|:---:|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
|---|---|---|
| | | |





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|:---:|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



| Samsung Galaxy S III |
| --- |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

**Samsung Galaxy S III**



**Samsung Galaxy S III**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|:---:|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



| Samsung Galaxy S III |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
|---|---|---|
| | | |



| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|
| |

| Samsung Galaxy S III |
|---|
| |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S III |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



| Samsung Galaxy S III |
| --- |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|:---:|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S III |
| --- |

| Samsung Galaxy S III |
| --- |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|





Samsung Galaxy S III

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
|---|---|---|
| | | |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S III | | |
|---|---|---|
| | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
|---|---|---|
| | | |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|
|  |

| Samsung Galaxy S III |
|---|
|  |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
|---|---|---|
| | | |



| Samsung Galaxy S III | | |
|---|---|---|
| | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
|---|---|---|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
|:---:|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



| Samsung Galaxy S III |
| --- |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
| --- | --- | --- |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
|---|---|---|
| | | |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S III | | |
|---|---|---|
| | | |

| Samsung Galaxy S III | | |
|---|---|---|
| | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung Galaxy S III

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III |
| --- |



| Samsung Galaxy S III | | |
|---|---|---|
| | | |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE



**Samsung Galaxy S III**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | |
|---|---|---|
| | | |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Galaxy S III** | | |
|---|---|---|
| | | |

