REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# EXHIBIT C-5

# CONFIDENTIAL EXHIBIT –
# SUBJECT TO PROTECTIVE ORDER


# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 7,761,414**

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
| 11. A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising[2]: | To the extent that the preamble may be construed to be limiting, the Samsung Admire comprises a computer readable storage medium containing executable program instructions which, when executed, cause a data processing system to perform the method recited. <br><br> The Admire (Metro PCS) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Admire (Metro PCS) includes a 800 MHz processor CPU, 196 MB of on-board memory, a 3.5" TFT screen, CDMA/EVDO, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited. <br><br>  |

---

[1]    In this document, "Admire" refers to all versions of the Samsung Admire.  The specifications for the Samsung Admire running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Admire (Metro PCS), unless otherwise specified.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]    Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim by claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
|  |  See Admire (Metro PCS)'s specifications (n.1, *supra*).[3] The Admire (Metro PCS) contains instructions within its computer readable media, to perform the claimed steps.  The Admire (Metro PCS) includes the Android software platform, which includes such instructions, as set forth below. |
| executing at least one user-level non-synchronization processing thread, wherein the at least one user-level non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured | The Samsung Admire is a computer readable storage media containing executable program instructions which, when executed, cause the products to perform the step of executing at least one user-level non-synchronization processing thread, wherein the at least one user-level non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database.<br><br>By way of example, the Admire (Metro PCS) includes program instructions which, when executed, cause the Admire (Metro PCS) to perform the step of executing applications such as the Email, Contacts, Calendar, and Gmail applications. These applications provide a user-level non-synchronization processing thread that provides |

---

[3]   All accused versions of the Admire have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
| data in a first store associated with a first database; and | a user interface to allow users of the applications to access and edit structured data in a first store associated with a first database.<br><br>The Android software platform is based on the Linux operating system, with user-level "Android Applications [that] are written in the Java programming language."  (Android Developer Site at Application Fundamentals, available at http://developer.android.com/guide/topics/fundamentals.html).<br><br>   "When an application is launched, the system creates a thread of execution for the application, called 'main.' This thread is very important because it is in charge of dispatching events to the appropriate user interface widgets, including drawing events. It is also the thread in which your application interacts with components from the Android UI toolkit (components from the android.widget and android.view packages). As such, the main thread is also sometimes called the UI thread."  (Android Developer Site at Processes and Threads, available at http://developer.android.com/guide/components/processes-and-threads.html).<br><br>The Email, Contacts, Calendar, and Gmail applications are all Android applications and, accordingly, threads of execution associated with them are user-level threads.  As set forth below, synchronization activities are performed in a separate thread and, accordingly, the threads for the Email, Contacts, Calendar, and Gmail applications are user-level non-synchronization processing threads.<br><br>The Email application provides a user interface that allows a user to access and edit structured data corresponding to emails in a first store associated with a first database.  The Email application uses EmailProvider to access and edit structured data in a SQLite database.[4]  (Android Developer Site at Class SQLiteDatabase, available at http://developer.android.com/reference/android/database/sqlite/SQLiteDatabase.html.)  This database is created by the various methods in DBHelper or EmailProvider, depending on the version of Android.[5] |

---

[4]   All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[5]   All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
| | The Contacts application provides a user interface that allows a user to access and edit structured data corresponding to contacts associated with a first database.  As shown in the screenshot below, the user interface of the Contacts application allows a user to access and edit structured data in a first store associated with a first database.  The Contacts application uses ContactsProvider2 to access and edit structured data in a SQLite database.[6]  (Android Developer Site at Class SQLiteDatabase, available at http://developer.android.com/reference/android/database/sqlite/SQLiteDatabase.html.)  This database is created by the onCreate() method in ContactsDatabaseHelper.[7] |

---

[6]    All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[7]    All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
| | <br><br>The Calendar application provides a user interface that allows a user to access and edit structured data corresponding to calendar entries associated with a first database.  As shown in the screenshot below, the user interface of the Calendar application allows a user to access and edit structured data in a first store associated with a first database.  The Calender application uses CalendarProvider2 to access and edit structured data in a SQLite database.[8]  (Android Developer Site at Class SQLiteDatabase, available at http://developer.android.com/reference/android/database/sqlite/SQLiteDatabase.html.)  This database is created by the onCreate() method in CalendarDatabaseHelper.[9] |

---

[8]   All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[9]   All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
|  | <br><br>(*Id.*)  As shown in the screenshot below, the user interface of the Gmail application allows a user to access and edit structured data in a first store associated with a first database [1] ███████████████<br><br>(Android Developer Site at Class SQLiteDatabase, available at |

---

[1] ███████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
| | http://developer.android.com/reference/android/database/sqlite/SQLiteDatabase.html.)  |
| executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, | The Samsung Admire is a computer readable storage media containing executable program instructions which, when executed, cause the products to perform the step of executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread. <br><br> For example, the Admire (Metro PCS), includes software implementing the AbstractThreadedSyncAdapter[11] class, which provides "an abstract implementation of a SyncAdapter that spawns a thread to invoke a sync operation.(Android Developer Site at Class AbstractThreadedSyncAdapter, available at |

---

[11]   All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

7

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
| | http://developer.android.com/reference/android/content/AbstractThreadedSyncAdapter.html.) ██████████ ██████████ which is a synchronization processing thread.  This process of ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Use of the Admire (Metro PCS) demonstrates that the synchronization processing thread is active concurrently[16] with the non-synchronization processing thread.  For example, a user can create an event using the Calendar application on the Admire (Metro PCS), as seen in this screenshot: |

---

[12]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[13]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.  In Android version 2.3, the Email application utilizes ██████████████ which operates identically for relevant purposes.

[14]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[15]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[16]  The Court construed "concurrently" to mean ". . . during an overlapping time interval"  Claim Construction Order, 4/10/13 (D.I. 447).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
|  | <br><br>While the user is still accessing and editing Calendar data in the Calendar application, the same event then appears in the user's Google calendar, accessed from a computer, as seen in the screenshot below.  This demonstrates that the synchronization processing thread executes concurrently with at least one non-synchronization processing thread.  The Email, Contacts, and Gmail applications behave similarly with respect to the infringing functionality. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
| |  |
| wherein the at least one synchronization processing thread is provided by a synchronization software | The Samsung Admire is a computer readable storage media containing executable program instructions which, when executed, cause the products to perform the step of executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
| component which is configured to synchronize the structured data from the first database with the structured data from a second database. | which is configured to synchronize the structured data from the first database with the structured data from a second database. <br><br> The Email, Gmail, Calendar and Contacts application each have a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database. <br><br> ██████████████████████████████ |

---

17  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.  In Android version 2.3, the Email application utilizes ████████████████ which operates identically for relevant purposes.

18  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

19  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

20  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.  In Android version 2.3, the Email, Contacts, and Calendar applications use SyncManager, which operates identically for relevant purposes.

21  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
| |  "The design of Exchange Server is based on standard database technology. The system relies on an embedded database engine that lays out the structure of the disk for Exchange Server and manages memory. The database engine technology is also used behind the scenes by other Windows applications, for example, Windows Internet Name Service (WINS) and Dynamic Host Configuration Protocol (DHCP)." Overview of Exchange Server database architecture and Database Engine *available at* http://support.microsoft.com/kb/271987. |

---

[22] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[23] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[24] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[25] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[26] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[27] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
| | Examples of well-known Google applications that use Megastore are Gmail, Picasa, Calendar, Android Market, and AppEngine."  (Corbett, J., et al., *Spanner: Google's Globally-Distributed Database*, Published in the Proceedings of OSDI 2012, available at http://static.googleusercontent.com/external_content/untrusted_dlcp/research.google.com/en/us/archive/spanner-osdi2012.pdf; for a description of Megastore as a database that stores structured data, see Baker, J., *Megastore: Providing Scalable, Highly Available Storage for Interactive Services*, 5th Biennial Conference on Innovative Data Systems Research (CIDR '11), January 9-12, 2011, available at http://www.cidrdb.org/cidr2011/Papers/CIDR11_Paper32.pdf.) |

---

28   This file is named CalendarSyncAdapterApiary in some versions, but the relevant functionality operates identically to CalendarSyncAdapter.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
| --- | --- |
| | A user can create an event using the Calendar app on the Admire (Metro PCS), thus updating the structured data on the first database, as seen in this screenshot:  |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Admire[1] |
|---|---|
|  | While the user is still accessing and editing Calendar data in the Calendar application, the same event then appears in the user's Google calendar, accessed from a computer, as seen in the screenshot below.  This demonstrates that the structured data from the first database was synchronized with the structured data from the second database on Google's servers.  The Email, Contacts, and Gmail applications behave similarly with respect to the infringing functionality.<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 20 of the '414 Patent | Infringement by the Samsung Admire |
|---|---|
| 20. The storage medium as in claim 11 wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes. | The Samsung Admire comprises the storage medium as in claim 11 wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes.<br><br>The Email, Gmail, Calendar and Contacts application each have a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database. |

---

[29]   All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.  In Android version 2.3, the Email application utilizes ███████████████ which operates identically for relevant purposes.

[30]   All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[31]   All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[32]   All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.  In Android version 2.3, the Email, Contacts, and Calendar applications use SyncManager, which operates identically for relevant purposes.

[33]   All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 20 of the '414 Patent | Infringement by the Samsung Admire |
|---|---|
|  |  |

---

[34] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[35] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[36] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[37] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[38] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

[39] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 414 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 20 of the '414 Patent | Infringement by the Samsung Admire |
|---|---|
|  | "The design of Exchange Server is based on standard database technology. The system relies on an embedded database engine that lays out the structure of the disk for Exchange Server and manages memory. The database engine technology is also used behind the scenes by other Windows applications, for example, Windows Internet Name Service (WINS) and Dynamic Host Configuration Protocol (DHCP)." Overview of Exchange Server database architecture and Database Engine *available at* http://support.microsoft.com/kb/271987.<br><br>Examples of well-known Google applications that use Megastore are Gmail, Picasa, Calendar, Android Market, and AppEngine."  (Corbett, J., et al., *Spanner: Google's Globally-Distributed Database*, Published in the Proceedings of OSDI 2012, available at http://static.googleusercontent.com/external_content/untrusted_dlcp/research.google.com/en/us/archive/spanner-osdi2012.pdf; for a description of Megastore as a database that stores structured data, see Baker, J., *Megastore: Providing Scalable, Highly Available Storage for Interactive Services*, 5th Biennial Conference on Innovative Data Systems Research (CIDR '11), January 9-12, 2011, available at http://www.cidrdb.org/cidr2011/Papers/CIDR11_Paper32.pdf.) |

---

40   This file is named CalendarSyncAdapterApiary in some versions, but the relevant functionality operates identically to CalendarSyncAdapter.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 20 of the '414 Patent | Infringement by the Samsung Admire |
|---|---|
| | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Appendix – 7,761,414 for the Admire

| Samsung Admire | | | | |
|---|---|---|---|---|
| ███████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ███████ | ████ | ████ | ███████████████████ | ████████ |
| | ████ | ████ | ███████████████████ | ████████ |
| | ████ | ████ | ███████████████████ | ████████ |

| Samsung Admire | | | | |
|---|---|---|---|---|
| ████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██████ | ████ | ████ | ████████████████████ | █ |
| | ████ | ████ | ████████████████████ | █ |
| | ████ | ████ | ████████████████████ | █ |

| Samsung Admire | | | | |
|---|---|---|---|---|
| ███████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ███████ | ████ | ████ | ████████████ | ███████████ |
| | ████ | ████ | ████████████ | ███████████ |
| | ████ | ████ | ████████████ | ███████████ |

| Samsung Admire | | | | |
|---|---|---|---|---|
| ███████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██████ | ████ | ████ | ████████████████ | ██████████████ |
| | ████ | ████ | ████████████████ | ██████████████ |
| | ████ | ████ | ████████████████ | ██████████████ |

4

| Samsung Admire | | | | |
|---|---|---|---|---|
| ███████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██████ | ████ | ████ | ████████████████ | ███████████ |
| | ████ | █████ | ████████████████ | █████████████ |
| | ████ | ████ | ████████████████ | ███████████ |

| Samsung Admire | | | | |
|---|---|---|---|---|
| ███████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ███████ | ████ | ████ | ████████████ | ███████████ |
| | ████ | █████ | ████████████ | ███████████ |
| | ████ | ████ | ████████████ | ████████████ |

| Samsung Admire | | | | |
|---|---|---|---|---|
| ████████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ███████ | ████ | ████ | ████████████████ | ████████ |
| | ████ | ████ | ████████████████ | ████████ |
| | ████ | ████ | ████████████████ | ████████ |

| **Samsung Admire** | | | | |
|---|---|---|---|---|
| ███████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ███████ | ████ | █████ | ██████████████████ | █████████ |
| | ████ | █████ | ██████████████████ | █████████ |
| | ████ | █████ | ██████████████████ | █████████ |

| **Samsung Admire** | | | | |
|---|---|---|---|---|
| ███████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ███████ | ████ | █████ | ██████████████████ | █████████ |

8

| | | | | ██████ |
|---|---|---|---|---|
| | ██ | ██ | ████████████████████ | ██████ |
| | ██ | ██ | ████████████████████ | ██████ |

| **Samsung Admire** | | | | |
|---|---|---|---|---|
| ███████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██████ | ██ | ██ | ███████████████████ | ██████ |
| | ██ | ██ | ███████████████████ | ██████ |
| | ██ | ██ | ███████████████████ | ██████ |

9

| Samsung Admire | | | | |
|---|---|---|---|---|
| ███████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██████ | ████ | ████ | ███████████ | ████████ |
| | ████ | ████ | ███████████ | |
| | ████ | ████ | ███████████ | |

| Samsung Admire | | | | |
|---|---|---|---|---|
| ███████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ████████ | ██████ | ██████ | ████████████████████ | ████████████ |
| | ██████ | ██████ | ████████████████████ | ████████████ |
| | ██████ | ██████ | ████████████████████ | ████████████ |

| Samsung Admire | | | | |
|---|---|---|---|---|
| ██████████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ████████ | ██████ | ██████ | ████████████████████ | ████████████ |

11

| | | | | |
|---|---|---|---|---|
| | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |

| Samsung Admire | | | | |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |

12

| Samsung Admire | | | | |
| --- | --- | --- | --- | --- |
| ███████████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ████████ | ████ | ████ | ████████████████████████ | ████████ |
| | ████ | ████ | ████████████████████████ | ████████ |
| | ████ | ████ | ████████████████████████ | ████████ |

13

| Samsung Admire | | | | |
|---|---|---|---|---|
| ███████████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ███████ | ████ | ████ | ███████████████ | ███████████ |
|  | ███ | ████ | ███████████████ | ███████████ |
|  | ███ | ███ | ███████████████ | ███████████ |

███████████████