REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

EXHIBIT C-6

# CONFIDENTIAL EXHIBIT – SUBJECT TO PROTECTIVE ORDER

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 7,761,414**

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| 11. A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising[2]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy S III comprises a computer readable storage medium containing executable program instructions which, when executed, cause a data processing system to perform the method recited.<br><br>The Galaxy S III (T-Mobile) running Android Jelly Bean is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S III (T-Mobile) running Android Jelly Bean includes a 1.5 GHz CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br>**Note:** This device supports a memory card of up to a 64GB. The device comes in either a 16GB or 32GB model. |

---

[1]    In this document, "Galaxy S III" refers to all versions of the Samsung Galaxy S III.  The specifications for the Galaxy S III (Verizon) can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-I535MBBVZW-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (AT&T) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (Sprint) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L710MBBSPR-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (T-Mobile) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T999MBATMB-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S III (T-Mobile) running Android Jelly Bean, unless otherwise specified.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]    Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim by claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| | <br><br>*See* Galaxy S III (T-Mobile) running Android Jelly Bean's specifications (n.1, *supra*).[3] The Galaxy S III (T-Mobile) running Android Jelly Bean contains instructions within its computer readable media, to perform the claimed steps.  The Galaxy S III (T-Mobile) running Android Jelly Bean includes the Android software platform, which includes such instructions, as set forth below. |
| executing at least one user-level non-synchronization processing thread, wherein the at least one user-level non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database; and | The Samsung Galaxy S III is a computer readable storage media containing executable program instructions which, when executed, cause the products to perform the step of executing at least one user-level non-synchronization processing thread, wherein the at least one user-level non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database.<br><br>By way of example, the Galaxy S III (T-Mobile) running Android Jelly Bean includes program instructions which, when executed, cause the Galaxy S III (T-Mobile) running Android Jelly Bean to perform the step of executing applications such as the Email, Contacts, Calendar, and Gmail applications. These applications provide a user-level non-synchronization processing thread that provides a user interface to allow users of the applications to access and edit structured data in a first store associated with a first database. |

---

[3]    All accused versions of the Galaxy S III have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| | The Android software platform is based on the Linux operating system, with user-level "Android Applications [that] are written in the Java programming language." (Android Developer Site at Application Fundamentals, available at http://developer.android.com/guide/topics/fundamentals.html).<br><br>"When an application is launched, the system creates a thread of execution for the application, called 'main.' This thread is very important because it is in charge of dispatching events to the appropriate user interface widgets, including drawing events. It is also the thread in which your application interacts with components from the Android UI toolkit (components from the android.widget and android.view packages). As such, the main thread is also sometimes called the UI thread." (Android Developer Site at Processes and Threads, available at http://developer.android.com/guide/components/processes-and-threads.html).<br><br>The Email, Contacts, Calendar, and Gmail applications are all Android applications and, accordingly, threads of execution associated with them are user-level threads. As set forth below, synchronization activities are performed in a separate thread and, accordingly, the threads for the Email, Contacts, Calendar, and Gmail applications are user-level non-synchronization processing threads.<br><br>The Email application provides a user interface that allows a user to access and edit structured data corresponding to emails in a first store associated with a first database. The Email application uses EmailProvider to access and edit structured data in a SQLite database.[4] (Android Developer Site at Class SQLiteDatabase, available at http://developer.android.com/reference/android/database/sqlite/SQLiteDatabase.html.) This database is created by the various methods in DBHelper or EmailProvider, depending on the version of Android.[5]<br><br>The Contacts application provides a user interface that allows a user to access and edit structured data corresponding to contacts associated with a first database. As shown in the screenshot below, the user interface |

---

[4]     All accused versions of the Galaxy S III implement the same functionality. *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[5]     All accused versions of the Galaxy S III implement the same functionality. *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| | of the Contacts application allows a user to access and edit structured data in a first store associated with a first database.  The Contacts application uses ContactsProvider2 to access and edit structured data in a SQLite database.[6]  (Android Developer Site at Class SQLiteDatabase, available at http://developer.android.com/reference/android/database/sqlite/SQLiteDatabase.html.)  This database is created by the onCreate() method in ContactsDatabaseHelper.[7] <br><br>  <br><br> The Calendar application provides a user interface that allows a user to access and edit structured data corresponding to calendar entries associated with a first database.  As shown in the screenshot below, the user interface of the Calendar application allows a user to access and edit structured data in a first store associated |

---

[6]   All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[7]   All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| | with a first database.  The Calender application uses CalendarProvider2 to access and edit structured data in a SQLite database.[8]  (Android Developer Site at Class SQLiteDatabase, available at http://developer.android.com/reference/android/database/sqlite/SQLiteDatabase.html.)  This database is created by the onCreate() method in CalendarDatabaseHelper.[9]  |

---

[8]    All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[9]    All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| | The Gmail application provides a user interface that allows a user to access and edit structured data corresponding to emails associated with a first database.  (*Id.*)  As shown in the screenshot below, the user interface of the Gmail application allows a user to access and edit structured data in a first store associated with a first database.[10] <br><br>  |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| | |
| executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, | The Samsung Galaxy S III is a computer readable storage media containing executable program instructions which, when executed, cause the products to perform the step of executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread.<br><br>For example, the Galaxy S III (T-Mobile) running Android Jelly Bean, includes software implementing the AbstractThreadedSyncAdapter[11] class, which provides "an abstract implementation of a SyncAdapter that spawns a thread to invoke a sync operation.(Android Developer Site at Class AbstractThreadedSyncAdapter, available at http://developer.android.com/reference/android/content/AbstractThreadedSyncAdapter.html.) Specifically, ████████████████████████████████████, which is a synchronization processing thread.  This process of ██████████[12] ███████████████████████████████████████████████████████████████████████████ |

---

[11]   All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[12]   All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[13]   All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.  In Android version 2.3, the Email application utilizes ████████████████ which operates identically for relevant purposes.

[14]   All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[15]   All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| | Use of the Galaxy S III (T-Mobile) running Android Jelly Bean demonstrates that the synchronization processing thread is active concurrently[16] with the non-synchronization processing thread.  For example, a user can create an event using the Calendar application on the Galaxy S III (T-Mobile) running Android Jelly Bean, as seen in this screenshot:<br><br><br><br>While the user is still accessing and editing Calendar data in the Calendar application, the same event then appears in the user's Google calendar, accessed from a computer, as seen in the screenshot below.  This demonstrates that the synchronization processing thread executes concurrently with at least one non- |

---

[16]    The Court construed "concurrently" to mean ". . . during an overlapping time interval."  Claim Construction Order, 4/10/13 (D.I. 447).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| | synchronization processing thread.  The Email, Contacts, and Gmail applications behave similarly with respect to the infringing functionality.<br><br> |
| wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first | The Samsung Galaxy S III is a computer readable storage media containing executable program instructions which, when executed, cause the products to perform the step of executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| database with the structured data from a second database. | The Email, Gmail, Calendar and Contacts application each have a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database. |

[17] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.  In Android version 2.3, the Email application utilizes ███████████ which operates identically for relevant purposes.

[18] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[19] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[20] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.  In Android version 2.3, the Email, Contacts, and Calendar applications use SyncManager, which operates identically for relevant purposes.

[21] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[22] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
|  | "The design of Exchange Server is based on standard database technology. The system relies on an embedded database engine that lays out the structure of the disk for Exchange Server and manages memory. The database engine technology is also used behind the scenes by other Windows applications, for example, Windows Internet Name Service (WINS) and Dynamic Host Configuration Protocol (DHCP)." Overview of Exchange Server database architecture and Database Engine *available at* http://support.microsoft.com/kb/271987. |

---

[23]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[24]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[25]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[26]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[27]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| | "Examples of well-known Google applications that use Megastore are Gmail, Picasa, Calendar, Android Market, and AppEngine." (Corbett, J., et al., *Spanner: Google's Globally-Distributed Database*, Published in the Proceedings of OSDI 2012, available at http://static.googleusercontent.com/external_content/untrusted_dlcp/research.google.com/en/us/archive/spanner-osdi2012.pdf; for a description of Megastore as a database that stores structured data, see Baker, J., *Megastore: Providing Scalable, Highly Available Storage for Interactive Services*, 5th Biennial Conference on Innovative Data Systems Research (CIDR '11), January 9-12, 2011, available at http://www.cidrdb.org/cidr2011/Papers/CIDR11_Paper32.pdf.) |

---

28  This file is named CalendarSyncAdapterApiary in some versions, but the relevant functionality operates identically to CalendarSyncAdapter.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| | ███████████████ A user can create an event using the Calendar app on the Galaxy S III (T-Mobile) running Android Jelly Bean, thus updating the structured data on the first database, as seen in this screenshot:<br><br><br><br>While the user is still accessing and editing Calendar data in the Calendar application, the same event then appears in the user's Google calendar, accessed from a computer, as seen in the screenshot below. This demonstrates that the structured data from the first database was synchronized with the structured data from the second database on Google's servers. The Email, Contacts, and Gmail applications behave similarly with respect to the infringing functionality. |

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| |  |

| Claim 20 of the '414 Patent | Infringement by the Samsung Galaxy S III |
|---|---|
| 20. The storage medium as in claim 11 wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software | The Samsung Galaxy S III comprises the storage medium as in claim 11 wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes.

The Email, Gmail, Calendar and Contacts application each have a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 20 of the '414 Patent | Infringement by the Samsung Galaxy S III |
|---|---|
| components are configured to synchronize structured data of other corresponding data classes. | database. |

---

[29] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.  In Android version 2.3, the Email application utilizes ███████████ which operates identically for relevant purposes.

[30] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[31] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[32] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.  In Android version 2.3, the Email, Contacts, and Calendar applications use SyncManager, which operates identically for relevant purposes.

[33] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[34] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 20 of the '414 Patent | Infringement by the Samsung Galaxy S III |
|---|---|
| | <br><br>"The design of Exchange Server is based on standard database technology. The system relies on an embedded database engine that lays out the structure of the disk for Exchange Server and manages memory. The database engine technology is also used behind the scenes by other Windows applications, for example, Windows Internet Name Service (WINS) and Dynamic Host Configuration Protocol (DHCP)." Overview of Exchange |

---

35  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

36  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

37  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

38  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

39  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 20 of the '414 Patent | Infringement by the Samsung Galaxy S III |
| --- | --- |
|  | Server database architecture and Database Engine *available at* http://support.microsoft.com/kb/271987.<br><br>Examples of well-known Google applications that use Megastore are Gmail, Picasa, Calendar, Android Market, and AppEngine." (Corbett, J., et al., *Spanner: Google's Globally-Distributed Database*, Published in the Proceedings of OSDI 2012, available at http://static.googleusercontent.com/external_content/untrusted_dlcp/research.google.com/en/us/archive/spanner-osdi2012.pdf; for a description of Megastore as a database that stores structured data, see Baker, J., *Megastore: Providing Scalable, Highly Available Storage for Interactive Services*, 5th Biennial Conference on Innovative Data Systems Research (CIDR '11), January 9-12, 2011, available at http://www.cidrdb.org/cidr2011/Papers/CIDR11_Paper32.pdf.) |

---

40  This file is named CalendarSyncAdapterApiary in some versions, but the relevant functionality operates identically to CalendarSyncAdapter.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 20 of the '414 Patent | Infringement by the Samsung Galaxy S III |
| --- | --- |
|  |  |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 7,761,414 for the Galaxy S III

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| ██████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██ | ██ | ██ | ██<br>██████████████████████<br>████████████ | ██████<br>██████<br>████████<br>██████████<br>████████<br>██████ |
| | ██ | ██ | ██████████<br>████████████████████<br>████████████ | ██████<br>██████<br>████████<br>████████ |

| | ███ | ███ | ███ | ███ |
|---|---|---|---|---|
| | | | ████████████████ | ███ |
| | | | ████████████████ | |
| ███ | ███ | ████████ | ██████████ | ███ |
| | | | ████████████████ | ███ |
| | | | ████████ | ███ |
| | | | | ███ |
| | ███ | ████████ | ██████ | ███ |
| | | | ████████████████ | ███ |
| | | | ██████████ | ███ |
| | | | | ███ |
| | ███ | ████████ | ███ | |
| | | | ████████████████ | ███ |
| | | | █████████ | ███ |
| | | | | ███ |
| | | | | ████████ |
| ███ | ██ | ███ | ██████████ | ███ |
| | | | ████████████████ | ███ |
| | | | ██████████ | ███ |
| | | | | ██████ |
| | ██ | ███ | ██████████ | ███ |
| | | | ████████████████ | ████████ |
| | | | ██████████ | |
| | ██ | ██ | ████████ | ███ |
| | | | ████████████████ | ███ |

| | | | | |
|---|---|---|---|---|
| | | | ██████████████████ | ████████ ████████ |
| | ██ | ████ | █ ██████████████████████ ██████████ | ████████ ██████████ |
| ████ | ██ | ████▌ | █ ██████████████████ ████████ | ████████ ████████ ████████ ████████ |
| | ██ | ███████ | █ █████████████ ████████ | ████████ ██████████ |
| | ██ | ██████ | █ ████████████████████ ████████ | ████████ ██████████ |
| | ██ | █████ | █ ██████████████████████ ████████████ | ████████ ██████████ |
| ████ | █ | ██ | ████████████████ ███████████████████ █████████ | ████████ ████████ ████████ ████████ ████████ |

| | | | | SC00048434 |
|---|---|---|---|---|
| | ■ | ■ | ███████ ████████████████ █████████ | ██████ ████████ |
| | ■ | ■ | ███████ ████████████████ ██████████ | ██████ ██████ |
| | ■ | ■ | █ ████████████████ ███████ | ██████ ████████ |
| ■ | ■ | ■ | ███████ ███████████████ ████████████ ██████████ | ██████ ██████ |
| | ■ | ■ | ███████ ████████████████ █ ████████████████ █████████ | █████ ██████████ |
| ■ | ■ | ■ | ███████ ██████████████ ██████████████████ █████████ | █████ ██████████ |
| | ■ | ■ | ███████ ████████████████ █████████████████ | █████ ██████████ |

| | | | ███████████████████ | |
|---|---|---|---|---|

| **Samsung Galaxy S III** | | | | |
|---|---|---|---|---|
| ███████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██ | ██ | ██ | █████████████████████ ████ | ▌ |
| | ██ | ██ | ████████ | ████████ |
| | | | ███████████████████████ | ███████████ |
| | | | ██████████████████ | |
| | ██ | ██ | ███ | ████████ |
| | | | ███████████████████████ | ███████████ |
| | | | ████████████████████████ | |
| ██ | ██ | ███████████ | ██████████████████████ | ▌ |
| | ██ | ███████████ | ███████████████████████ | ▌ |
| | ██ | ███████████ | ████ | ██████████ |
| | | | ██████████████████████ | █████████ |
| | | | ██████████████ | |



| | | | | |
|---|---|---|---|---|
| ■ | ■ | ■ | ████████ | ■ |
| | ■ | ■ | ████ | ████ |
| | ■ | ■ | ██ | ████ |
| ■ | ■ | ■ | ████████ | ■ |
| | ■ | ■ | ███ | ████ |
| ■ | ■ | ■ | ████████ | ■ |
| | ■ | ■ | ████ | ████ |

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| ███████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ███ | ███ | ███ | ███<br>███████████████████████<br>██████████████████████ | ████████<br>███████<br>█████████<br>█████████<br>█████████<br>████████ |
| | ████ | ████ | ████████████<br>█████████████████████████<br>██████████████████ | ████████<br>████████<br>██████████<br>████████<br>██████████ |
| | ████ | ████ | ████<br>███████████████████<br>██████████████████████<br>███████████ | █████████<br>██████████<br>██████████ |





| | | | | |
|---|---|---|---|---|
| | ■ | ███████ | ■ ████████████████████ ████████████████████ | ████ ████████ ████ ████████ |
| ███ | ■ | ■ | ████████████ ████████████████ ██████████████████ | ████ ████ |
| | ■ | ■ | ██████████████ ████████████████ ██████████████ | ████ ████ |
| | ■ | ■ | ████████ ████████████████ ██████████████████ | ████ ████████ |
| | ■ | ■ | ■ ████████████████████ ██████████████████ | ████ ████████ ████████ |
| ███ | ■ | ■ | ████████ ████████████ ████████████████████ ████████████████ | ████ ████████ ████████████ ████████ |
| | ■ | ■ | ████████ ████████████████ ██ ████████████████████ | ████ ████████ ████ ████████ |

| | | | ████████████████████████████████ | |
|---|---|---|---|---|
| ██████ | ███ | ███ | ████████████ | ████████ |
| | | | ██████████████████████ | ████████████ |
| | | | ████████████████████████ | █████████ |
| | | | ███████████████████████ | █████████ |
| | ███ | ███ | ████████████ | ████████ |
| | | | ████████████████████████ | ████████████ |
| | | | ███████████ | █████████ |
| | | | ██████████████████████ | ████████████ |
| | | | ████████████████ | |

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| | | ████████████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██████ | ████ | ███ | ████████████████████████████ | ████████████ |
| | | | | ████████████ |
| | | | | ████████████ |
| | | | | █████████ |









| | | | ████████████████████████ | ████████ |
|---|---|---|---|---|
| | ████ | ████ | █████████<br>███████████████<br>███████<br>████████████████<br>█████████████ | ████████<br>████████ |

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| ████████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ████ | ████ | ████ | ██████████████████████ | █████████ |
| | ████ | ████ | ████████████████████████ | ██████████ |
| | ████ | ████ | █████ | ████████ |





| | ▮ | ▮ | ██████ | ████ |
| | ▮ | ▮ | ██████ | ████ |
| ██ | ▮ | ▮ | ██████ | ████ |
| | ▮ | ▮ | ██████ | ████ |
| ██ | ▮ | ▮ | ██████ | ████ |

| | | | ███████████████████████ | |
|---|---|---|---|---|
| | ███ | ███ | ██████████ | ████████ |
| | | | ██████████████████████ | |
| | | | █████████████████████████ | |
| | | | ████████████████ | |

| **Samsung Galaxy S III** | | | | |
|---|---|---|---|---|
| ███████████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██ | ███ | ███ | ██████████████████ | ████████ |
| | ███ | ███ | ████████████████████ | ████████ |
| | ███ | ███ | █████████████████████████ | ██████████ |

21







| | | | ███████████████████████████████ ████████████████████ | █████████████ |
|---|---|---|---|---|
| ████ | ██ | ██ | ██████████<br>████████████████████<br>██████████████████████████<br>████████████████ | ██████████████<br><br>██████████████ |
| | ████ | ████ | █████████████<br>███████████████████████████<br>██████████████████████<br>███████████████████ | ███████████████<br><br>██████████████ |

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| | | ████████████████████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██████ | ██████ | █████ | ███████████████████████████████████ | ██████████████ |





| | ■ | ■ | ████████████████████ | ████████ |
| | ■ | ■ | ████████████████████ | ████████ |
| ██ | ■ | ■ | ████████████████████ | ████████ |
| | ■ | ■ | ████████████████████ | ████████ |
| ██ | ■ | ■ | ████████████████████ | ████████ |
| | ■ | ■ | ████████████████████ | ████████ |

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| ███████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██ | ██ | ██ | ████████████████ | ███████ |
| | ██ | ██ | ████████████ | ███████ |
| | ██ | ██ | ██ ████████████ ████████████ | ██████████ |
| ██ | ██ | ████████ | █████████████████ | ███████ |







| | | | ████████████████████████████████ ████████████ | |
| | | | | |
| ████ | ██ | ██ | ███████████ ██████████████████ ████████████████████████ █████████████ | ██████████████ |
| | ██ | ██ | ███████████ █████████████████████ ████████████████████████ ████████████ | ██████████████ |

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| | | | ███████████████████ | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ████ | ███ | ██ | ██████████████████████████████ | ████████ |







| ███ | ██ | ██ | ████████████ | ████████ |
|---|---|---|---|---|
| | | | ████████████████ | |
| | | | ████████████████████ | |
| | | | ██████████ | |
| | ██ | ██ | ████████████ | ████████ |
| | | | ████████████████ | |
| | | | ████████████████████ | |
| | | | ██████████ | |

| **Samsung Galaxy S III** | | | | |
|---|---|---|---|---|
| ████████████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ███ | ██ | ██ | ██████████████████ | ████████ |
| | ██ | ██ | ██████████████████ | ████████ |





| | | | | |
|---|---|---|---|---|
| | ▮ | ▮ | ████████████████ ███████████████████ ███ | █████████ |
| | ▮ | ▮ | ████████████████████ | ██████ |
| | ▮ | ▮ | ██ █████████████████████ ████████████ | █████████ |
| ▮ | ▮ | ▮ | █████████ ████████████████ ██████████████████ ██████████ | █████████ |
| | ▮ | ▮ | █████████ ████████████████████ ██ ████████████████████ ██████████ | █████████ |
| ▮ | ▮ | ▮ | █████████ ██████████████ ████████████████████ | █████████ |

| | | | ███████████ | |
|---|---|---|---|---|
| | ███ | ███ | ██████████<br>███████████████████████<br>███████████████████████<br>█████████████ | ████████████<br>█ |

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| | | ██████████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ████ | ███ | ███ | ██████████████████████████ | ████████████<br>███████████<br>██████ |
| | ███ | ███ | ██████████████████████████ | ███████████<br>████████<br>█████████<br>███████████<br>██████████<br>█████████ |







| | | | | |
|---|---|---|---|---|
| ███ | | | ██████████████ ████████ | ████████ |
| | ██ | ██ | ████████ ██████████████ ██ ██████████████ ████████ | ████████ ████████ |
| ███ | ██ | ██ | ████████ ██████████████ ██████████████ ████████ | ████████ ████████ |
| | ██ | ██ | ████████ ██████████████ ██████████████ ████████ | ████████ ████████ |

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| ██████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██ | ██ | ██ | ████████████████████ | ██████████ |
| | ██ | ██ | ████████████████ | |
| | ██ | ██ | ██ ████████████████ ████████ | |
| ██ | ██ | ████████ | ████████████████ | ████████ |





| | | | | |
|---|---|---|---|---|
| | ▮ | ▮ | ▮▮▮▮ | ▮▮▮ |
| | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮ | ▮▮▮ |
| | ▮ | ▮ | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮ | ▮▮▮ |

| | | | | |
|---|---|---|---|---|
| | ■ | ■ | ■■■■■■■■■<br>■■■■■■■■■■■■■■■■<br>■■■■■■■■■■■■■■■■■■<br>■■■■■■■■■■ | ■■■■■■■■<br><br>■■■■■■■■ |



| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| ■■■■■■■■■■ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ■■ | ■■ | ■■ | ■■■■■■■■■■■■■■■■■■ | ■■■■■■■ |
| | ■■ | ■■ | ■■■■■■■■■■■■■■■■■ | ■■■■■■■ |
| | ■■ | ■■ | ■■■<br>■■■■■■■■■■■■■■■■■■■<br>■■■■■■■■■■■■■■■ | ■■■■■■■■ |





| | | | | |
|---|---|---|---|---|

| | | | ███████████████████████████████ | |
| | | | ██████████████████ | |

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| ███████████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██ | ██ | ██ | █████████████████████████████ | ██████████ |
| | ██ | ██ | █████████████████████████████ | ██████████ |
| | ██ | ██ | ██ ███████████████████████ | ██████████ |







| | | | ██████████████████ | |
|---|---|---|---|---|
| | ████ | ████ | ██████████ <br> ████████████████████ <br> ████████████████████ <br> ████████████████ | ████████████ <br><br> ████████████ |

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| | | ████████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ████ | ████ | ████ | █████ <br> ████████████ | ████████████ |
| | ████ | ████ | ████████████ <br> ████████████████████ | ████████████ |
| | ████ | ████ | ██████           ████████ <br> ████████████████████ | ████████████ |





| | | | | |
|---|---|---|---|---|
| | ■ | ■ | ■ ▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬ | ▬▬▬▬ |
| ■ | ■ | ■ | ▬▬▬▬ ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬ | ▬▬▬▬ |
| | ■ | ■ | ▬▬▬▬ ▬▬▬▬▬▬▬▬▬ ■ ▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬ | ▬▬▬▬ |
| ■ | ■ | ■ | ▬▬▬▬ ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬ | ▬▬▬▬ |
| | ■ | ■ | ▬▬▬▬ ▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ ▬▬▬▬ | ▬▬▬▬ |

| Samsung Galaxy S III | | | | |
|---|---|---|---|---|
| ██████████ | | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** | **Bates Number(s)** |
| ██ | ██ | ██ | ████████████ | ████████ |
| | ██ | ██ | ████████████ | ████████ |
| | ██ | ██ | ██ ████████████ ████████ | ████████ |
| ██ | ██ | ████████ | ████████████ | ████████ |





| | | | | |
|---|---|---|---|---|
| | | | ████████████ | ████████ |
| | ██ | ██ | ██<br>████████████████<br>████████████ | ████████ |
| ████ | ██ | ██ | ██████████<br>████████████████<br>████████████████████<br>████████████ | ████████ |
| | ██ | ██ | ████████████<br>████████████████████<br>██<br>████████████████████<br>██████████████ | ████████ |
| ████ | █ | ██ | ████████████<br>██████████████████<br>████████████████████<br>████████████ | ████████ |
| | ██ | ██ | ████████████<br>████████████████████<br>██████████████████████ | ████████ |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | ███████████████ |   |

101512903_1 (GALAXY S III - SOURCE CODE APPENDIX).DOCX