REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# CONFIDENTIAL EXHIBIT – SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL

## EXHIBIT D-1

## PART 1 OF 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | CASE NO. 12-cv-00630-LHK |

**EXPERT REPORT OF MARTIN RINARD, PH.D.**
**REGARDING THE VALIDITY OF**
**CLAIMS 24 and 25 OF U.S. PATENT NO. 6,847,959**

## TABLE OF CONTENTS

**Page**

LIST OF REPORT APPENDICES AND EXHIBITS ................................................................VIII

I.      INTRODUCTION .................................................................................................1

II.     BASIS FOR OPINIONS .......................................................................................2

      A.     Qualifications ...........................................................................................2

      B.     Materials Considered .............................................................................15

      C.     Level of Ordinary Skill in the Art ........................................................15

III.    TECHNOLOGY BACKGROUND ......................................................................16

      A.     Searching for Information in Different Locations Using a Universal Interface ...............................................................................................16

      B.     Searching Distributed Databases and the Internet ...............................26

            1.     Operating Systems Mechanisms ...............................................35

            2.     Run-Time System Layer ............................................................37

      C.     Heuristics ...............................................................................................38

      D.     SQL ........................................................................................................46

IV.    SUMMARY OF OPINIONS ...............................................................................47

V.     LEGAL STANDARDS .......................................................................................47

      A.     Legal Standard for Prior Art ..................................................................47

      B.     Legal Standard for Anticipation ............................................................49

      C.     Legal Standard for Obviousness ...........................................................49

      D.     Person of Ordinary Skill in the Art .......................................................54

      E.     Legal Standard for Written Description and Enablement ......................54

      F.     Legal Standard for Claim Construction .................................................55

      G.     Legal Standard for Indefiniteness .........................................................59

      H.     Legal Standard for Inventorship ...........................................................61

      I.     Legal Standard for Conception, Diligence and Reduction to Practice ................61

i

J.   Legal Standard for Priority Date...............................................................62

K.   Incorporation By Reference ...................................................................63

VI.   THE '959 PATENT .......................................................................63

A.   The '959 Patent Generally .......................................................................63

B.   The '959 Patent Specification ...............................................................64

   1.   The '959 Patent File History.......................................................67

      (a)   January 5, 2000, Application [APLNDC630-0000041194] ..........67

      (b)   March 10, 2003, Non-Final Office Action [APLNDC630-0000041234   1242].........................................................67

      (c)   June 17, 2003 Response to March 10, 2003 Non-Final Office Action [APLNDC630-0000041244   1254] .....................68

      (d)   July 12, 2003 Final Office Action [APLNDC630-0000041257   1269]............................................................68

      (e)   November 7, 2003 Brief of the Appellant [APLNDC630-0000041278   1309].......................................................68

      (f)   January 15, 2004, Non-Final Office Action in Response to Brief of the Appellant [APLNDC630-0000041310   1322].........69

      (g)   June 15, 2004, Notice of Appeal and Supplemental Brief of January 15, 2004, Office Action [APLNDC630-0000041324   1351]............................................................71

      (h)   September 7, 2004, Notice of Allowability [APLNDC630-0000041352   1355]...........................................71

   2.   The '604 Patent File History.......................................................72

      (a)   December 1, 2004, Application [APLNDC630-0000040382]...................................................................72

      (b)   February 7, 2007, Non-Final Rejection [APLNDC630-0000040416 - 40420].............................................72

      (c)   May 7, 2007, Response to Non-Final Rejection [APLNDC630-0000040425 - 40436] .............................73

      (d)   July 23, 2007, Final Rejection [APLNDC630-0000040450 - 40458]...........................................................73

      (e)   October 23, 2007, Request for Continued Examination and Amendment[APLNDC630-0000040464 - 40478].................74

(f) January 25, 2008, Non-Final Rejection [APLNDC630-0000040491 - 40500].................................................77

(g) April 23, 2008 Amendment [APLNDC630-0000040504 - 40512]...............................................................77

(h) July 11, 2008, Final Rejection [APLNDC630-0000040516 - 40528]...............................................................78

(i) December 11, 2008, Amendment [APLNDC630-0000040547 - 40558]...............................................................79

(j) December 26, 2008 Non-Final Rejection [APLNDC630-0000040562 - 40576]...............................................81

(k) April 27, 2009, Amendment [APLNDC630-0000040594 - 40604]...............................................................82

(l) July 8, 2009, Final Rejection [APLNDC630-0000040611 - 40627]...............................................................82

(m) October 8, 2009, Request for Continued Examination [APLNDC630-0000040642 - 40647]............................83

(n) February 5, 2010, Appeal Brief [APLNDC630-0000040667 - 40686]...............................................................83

(o) May 7, 2010, Rejection [APLNDC630-0000040692 - 40703]...............................................................84

(p) September 13, 2010, Amendment and Remarks [APLNDC630-0000040723 - 40735]............................85

(q) November 29, 2010, Final Office Action [APLNDC630-0000040743 - 40758]...............................................87

(r) January 31, 2011, Reply After Final Action [APLNDC630-0000040772 - 40774]...............................................87

(s) February 12, 2011, Non-Final Rejection [APLNDC630-0000040777 - 40790]...............................................87

(t) June 14, 2011, Request for Reconsideration [APLNDC630-0000040807 - 40812]...............................................87

(u) September 2, 2011, Notice of Allowance [APLNDC630-0000040820 - 40828]...............................................88

3. Priority Date.................................................88

VII. ASSERTED CLAIM SCOPE AND CLAIM INTERPRETATION ................................88

A.      "Heuristic" ........................................................................................90

VIII.   THE PRIOR ART ..........................................................................................95

A.      WAIS ................................................................................................95

1.      The Client.............................................................................98

2.      The Server...........................................................................104

3.      Searching in WAIS .............................................................112

4.      The Communication Protocol .............................................114

5.      FreeWAIS-sf .......................................................................114

B.      Sherlock ..........................................................................................122

C.      Newton running Hemlock ...............................................................130

1.      Newton 2.0 Was Designed as a Mobile Internet Device .......................130

2.      The Newton Operating System ...........................................132

3.      The Universal or Global Find on the Newton.........................133

4.      The Newton Intelligent Assistant........................................142

5.      Hemlock Search Tool on the Newton ..................................144

D.      Metacrawler ....................................................................................146

1.      Overview.............................................................................147

2.      MetaCrawler Architecture ..................................................148

3.      MetaCrawler Integration with Clio Local Search..................151

E.      AppleSearch ....................................................................................154

1.      History of AppleSearch.......................................................155

2.      AppleSearch Architecture ...................................................156

3.      Locating Information in Local Storage Media.......................160

4.      Locating Information on the Internet....................................161

5.      Searching Local Storage Media and Internet Storage Media In
        Parallel ...............................................................................162

F.      Evans................................................................................................163

G.    Jensen ................................................................................................165

H.    U.S. Patent No. 7,653,614 to Smith ...............................................165

I.    Legall ...............................................................................................166

J.    Grossman ..........................................................................................168

K.    U.S .Patent No. 5,855,015 to Shoham ............................................171

L.    Analysis and Video Demonstrations of Prior Art Software.................180

    1.    WAIS ....................................................................................180

    2.    AppleSearch .........................................................................182

    3.    Newton version 2.0 running Hemlock ...................................184

    4.    Sherlock 2 .............................................................................185

IX.    ANALYSIS OF THE VALIDITY OF THE '959 PATENT ...........................186

A.    Anticipation ......................................................................................186

    1.    AppleSearch System ............................................................186

    2.    U.S. Patent No. 5,926,808 to Evans......................................186

    3.    MetaCrawler System ............................................................187

    4.    WAIS System ......................................................................187

B.    Obviousness ......................................................................................188

    1.    The Scope and Content of the Prior Art.................................190

        (a)    The AppleSearch System .........................................191

        (b)    U.S. Patent No. 5,926,808 to Evans..........................191

        (c)    U.S. Patent No. 6,834,276 to Jensen..........................191

        (d)    U.S. Patent 6,005,565 to Legall ................................192

        (e)    MetaCrawler System ................................................192

        (f)    Newton running Hemlock ........................................192

        (g)    The Sherlock System ................................................193

        (h)    U.S. Patent No. 7,653,614 to Smith..........................193

(i)     The WAIS System .....................................................................193

(j)     The Asserted '959 Patent Claims Are A Combination of
        Well Known Prior Art Elements....................................................194

        (i)     Receiving an information identifier was well known......194

        (v)     Applying an information identifier separately to
                each heuristic was known ...................................................210

2.      The Combinations in the '959 Asserted Patent Claims are
        Predictable........................................................................................211

3.      The Combinations In The '959 Asserted Patent Claims do not
        Yield any Unpredictable Results .............................................................212

4.      One of Ordinary Skill in the Art would have been Motivated to
        Pursue the Claimed Combinations through Market Forces and
        Trends ....................................................................................................212

        (a)     Differences Between the Prior Art and the Claims at Issue.........217

                (i)     AppleSearch in Combination with the Knowledge
                        of a Person of Ordinary Skill in the Art Renders the
                        '959 Asserted Claims Obvious ........................................218

                (ii)    Evans in Combination with the Knowledge of a
                        Person of Ordinary Skill in the Art Renders the '959
                        Asserted Claims Obvious................................................219

                (iii)   Evans in Combination with Grossman, further in
                        Combination with Sherlock, further in Combination
                        with the Knowledge of a Person of Ordinary Skill in
                        the Art Renders the '959 Asserted Claims Obvious........219

                (iv)    Jensen in Combination with Shoham, further in
                        Combination with the Knowledge of a Person of
                        Ordinary Skill in the Art Renders the '959 Asserted
                        Claims Obvious................................................................220

                (v)     Legall in Combination with Shoham, further in
                        Combination with Sherlock, further in Combination
                        with the Knowledge of a Person of Ordinary Skill in
                        the Art Renders the '959 Asserted Claims Obvious........221

                (vi)    MetaCrawler in Combination with the Knowledge
                        of a Person of Ordinary Skill in the Art Renders the
                        '959 Asserted Claims Obvious ........................................221

                (vii)   Newton running Hemlock in Combination with
                        Sherlock, further in Combination with the

Knowledge of a Person of Ordinary Skill in the Art Renders the '959 Asserted Claims Obvious ...................222

(viii) Smith in Combination with Shoham, further in Combination with the Knowledge of a Person of Ordinary Skill in the Art Renders the '959 Asserted Claims Obvious..............................................223

(ix) Sherlock in Combination with the Knowledge of a Person of Ordinary Skill in the Art Renders the '959 Asserted Claims Obvious....................................225

(x) WAIS in Combination with the Knowledge of a Person of Ordinary Skill in the Art Renders the '959 Asserted Claims Obvious....................................226

(b) Level of Ordinary Skill in the Art.................................227

(c) Secondary Considerations Set Forth in *Graham* Do Not Alter the Conclusion of Obviousness ...........................228

(i) No Commercial Success Attributed to the Purported Invention ........................................................229

(ii) No Evidence of Industry Recognition Or Praise..............240

(iii) No Evidence of Copying..................................................242

(iv) No Evidence of Failure of Others ....................................245

(v) No Evidence of Long-Felt but Unsolved Need...............247

(vi) Other Secondary Considerations.....................................249

C. Lack of Written Description and Enablement ......................................251

1. Lack of Written Description ....................................................251

2. Non-Enablement ......................................................................257

D. Indefiniteness ........................................................................258

X. OTHER COMMENTS................................................................................269

## LIST OF REPORT APPENDICES AND EXHIBITS

| Appendix No. | Description |
|---|---|
| Appendix 1 | List of materials relied upon |
| Appendix 2 | Curriculum Vitae of Martin Rinard, Ph.D. |
| Exhibit 1 | Invalidity Claim Chart for AppleSearch |
| Exhibit 2 | Invalidity Claim Chart for Evans |
| Exhibit 3 | Invalidity Claim Chart for Jensen |
| Exhibit 4 | Invalidity Claim Chart for Legall |
| Exhibit 5 | Invalidity Claim Chart for MetaCrawler |
| Exhibit 6 | Invalidity Claim Chart for Newton Running Hemlock |
| Exhibit 7 | Invalidity Claim Chart for Sherlock |
| Exhibit 8 | Invalidity Claim Chart for Smith |
| Exhibit 9 | Invalidity Claim Chart for WAIS |
| Video Exhibits 1-11 | Video demonstration of AppleSearch |
| Video Exhibit 12 | Video demonstration of Sherlock |
| Video Exhibit 13 | Video demonstration of Newton running Hemlock |
| Video Exhibits 14-38 | Video demonstration of WAIS |

## I.  INTRODUCTION

1.      My name is Martin C. Rinard. I have been retained to testify as an expert in this action on behalf of defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung" or "Defendants").   For this report, I have been asked to provide analysis and expert opinions on the following topics: (a) the disclosures of U.S. Patent Nos. 6,847,959 (the "'959 patent"); (b) interpretation of the terms of the claims in the '959 patent; and (c) the validity of claims 24 and 25 of the '959 patent (the "Asserted Claims"), including validity in light of prior art.[1]

2.      I am being compensated for my work on this case at my standard consulting rate of $850 per hour.   I am also being reimbursed for expenses that I incur.   My compensation is not contingent upon the results of my analysis or the substance of my testimony.

3.      I expect to be called to provide expert testimony regarding opinions formed resulting from my analysis of the issues considered in this report if asked about those issues by the Court or by the private parties' attorneys.   If asked to do so, I may also provide testimony describing information retrieval techniques in the field, and the history and use of those information retrieval techniques.   I may also discuss my own work, teaching, and publications in the field, and knowledge of the state of the art in the relevant time period.   I may rely on handbooks, textbooks, technical literature, my own personal experience in the field, and other relevant materials and/or information to demonstrate the state of the art in the relevant period and the evolution of relevant technologies.

---

[1]      I understand that on August 11, 2013, counsel for Apple informed counsel for Samsung that (1) Apple would no longer assert claim 27 of the '959 patent, (2) Apple would soon file a stipulation of dismissal regarding this claim, and (3) Apple would not address claim 27 in its expert reports on infringement.   Based on Apple's commitment to dismiss claim 27 from the case and its representation that its expert report on alleged infringement of the '959 patent will not address claim 27, I understand that claim 27 is no longer at issue in this case, and therefore do not address claim 27 of the '959 patent in this report.

4.      I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, in light of any documents, testimony, or other evidence that may emerge during the course of this matter, including additional deposition testimony or newly-produced documents, including additional source code productions by Apple and/or depositions relating to such source code.

5.      In reaching the conclusions described herein, I have considered the documents and materials identified in Appendix 1.   My opinions are also based upon my education, training, research, knowledge, and personal and professional experience.

6.      It is my understanding that discovery is still ongoing.    For example, I understand that the parties are still taking depositions, submitting declarations and updating written discovery.   I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, in light of any documents, testimony, or other evidence that may emerge during the course of this matter, including depositions that have yet to be taken.

7.      It is also my understanding that Apple may submit an expert report responding to this report.   I reserve the right to rebut any positions taken in that report.

## II.     <u>BASIS FOR OPINIONS</u>

### A.      <u>Qualifications</u>

8.      My experience and education are detailed in my curriculum vitae, which is attached as Appendix 1 to this report.

9.      I am currently a tenured Professor in the Department of Electrical Engineering and Computer Science and a member of the Computer Science and Artificial Intelligence Laboratory at the Massachusetts Institute of Technology. Prior to my position at MIT, I held an academic position at the University of California, Santa Barbara.   I have published over 100 papers in refereed workshops, conferences, and journals in the areas of programming languages,

a specific category or area of search is held to be valid, I note that, as described in detail below

and in the attached exhibits to my report, the prior art that I cite contains such software.

298.    I reserve the right to amend my opinions if and when Apple provides further

clarification on what it understands to be the plain and ordinary meaning of this term.

299.    I reserve the right to supplement the opinions provided in this Report should the

Court provide any additional constructions.

## VIII.   **THE PRIOR ART**

### A.   **WAIS**

300.    The Wide Area Information Server ("WAIS") was a search system that enabled

users to for information located in multiple locations, including local storage media or the

Internet, through a single, universal interface.

> **WAIS** (Wide Area Information Server) is an information system designed to help
> users find information *locally or on the Internet*.   Information sources may be
> *local or remote*.   From these information sources, which may be located
> anywhere on the Internet, WAIS software makes it possible for users to search for
> and select documents.   A search is started with a query consisting of a sequence
> of key words.   Search queries are formulated in natural language.

*Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 86.

301.    "The goals of developing WAIS are . . . to facilitate use via a uniform interface,

which is capable of accessing numerous information servers     regardless of their location.

Users then are not required to be familiar with the various systems of the information server."

*Id.* at 86-87; s*ee*, *also*, *An Information System for Corporate Users: Wide Area Information*

*Servers*, Kahle and Medlar, Reprinted from ONLINE, September 1991, KAHLENDCA630-

00000593/SAMNDCA630-00943190 at 94 ("One of the ***primary objectives*** of the project is to

***allow a user to retrieve personal, corporate, and wide area information through one easy-to-***

***use interface***."); *id.* at 95 ("From the ***user's point of view***, a server is a source of information.

It can be ***located anywhere*** that one's workstation has access to: ***on the local machine, on a***

*network, or on the other side of a modem*."); *see also Wide Area Information Servers: An*

*Executive Information System for Unstructured Files*, Kahle, *et al*., Electronic Networking:

Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101 at

163 ("The data can **reside** on distributed servers **anywhere** on a wide area network, giving the

users access to **personal, corporate, and published information from a single interface**."); *id.* at

164 ("The WAIS architecture was **intended** to have the following characteristics . . . **Uniform**

**interface** - a variety of databases, whether **personal, corporate, or published, must be**

**accessible from the same user interface**."); *WAIS:   Wide Area Information Servers*, Thinking

Machines,  KAHLENDCA630-00009500-01 ("WAIS--The Wide Area Information Servers

system--is an electronic publishing software set which allows you to search out and retrieve

multimedia information from databases anywhere in the world. This information can be **drawn**

**from data stored on your own desktop, in your organization's mainframe or in a**

**supercomputer on another continent**.); *For Shakespeare, Just Log On*, Markoff, New York

Times, July 3, 1991, KAHLENDCA630-00011172 at 73 ("**WAIS delivers information over the**

**Internet**."); *Wide Area View*, Internet World, September 1995, KAHLENDCA630-00005716 at

97 ("WAIS is **an Internet tool for searching for information**."); *Wide Area Information Servers*

*(WAIS)*, Christian and Gauslin, Information Systems Development, 1992, KAHLENDCA630-

00000403 ("Information servers can be local (on **the workstation** . . . as well as remote

(accessible now via **TCP/IP** and X.25 networks or asynchronous dial-up access in the future)");

*Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-

04524942 at 44 ("A WAIS server can be **located anywhere** that one's workstation has access: **on**

**the local machine, on a network, or on the other end of a modem**."); *WAIS:   Wide Area*

*Information Servers*, Thinking Machines, KAHLENDCA630-00009500 ("With over 100

databases and 5,000 users worldwide, WAIS is rapidly becoming **a standard for information**

*distribution within the Internet* environment.   Much of the software is currently available for

free use."); *WAIS, A Sketch of an Overview*, Kellem, September 23, 1991, SAMNDCA630-

00003841 at p.1 ("a set of programs (or, more specifically, a protocol) that allows users to search

and access different types of information from a single interface. . . .   The information can

reside anywhere and on many different computer systems.").

302.   WAIS developers recognized that "it is **key** to have **one interface** that can address

**large numbers of databases**. And **not just external databases**: Your own personal e-mail and

your corporate files as well as wide-area information should be accessible from **one point-and-**

**click interface**."   *Wide Area View*, Internet World, September 1995, KAHLENDCA630-

00005716 at 99.   The creator of WAIS stated that "Most people find their own information to

be the **most important**, their group's information somewhat less important, and wide-area

information even less."   *Id.*

303.   *An Information System for Corporate Users: Wide Area Information Servers*,

Kahle,     Reprinted     from     ONLINE,     September     1991,     KAHLENDCA630-

00000593/SAMNDCA630-00943190 at 94 discloses:

> With WAIS, the user selects *a set of sources* to query for information, and then
> formulates a question. When the question is run, the system *automatically asks*
> *all the servers for the required information* with no further interaction necessary
> by the user. The documents retrieved are sorted and consolidated in *a single place*,
> to be easily manipulated by the user. The user has *transparent access to a*
> *multitude of local and remote databases*.

*See also*, *Wide Area Information Servers: An Executive Information System for Unstructured*

*Files*, Kahle, *et al*., Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1,

Spring 1992, KAHLENDCA630-00000101 at 167.

304.   Therefore, "[f]rom the user's point of view," the "source of information" "can be

located anywhere: on the local machine, on a network, or on the other side of a modem."   *Wide*

*Area Information Servers: An Executive Information System for Unstructured Files*, Kahle, *et al.*,

Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101 at 167; *see also Roles of Electronic Publishing on Campus*, Kahle, 1991, KAHLENDCA630-00002940 at 41 ("From the user's point of view, a server is a source of information.   It can be *located anywhere* the user has access to: *on the user's own workstation, organization network, a wide area network, or a system connected by modem*.")

305.    "The public domain WAIS software is written in C and has been ported to a variety of platforms.   The client software is available for a range of UNIX workstations (including Sun and Data General) in the X Window System, MS-DOS in either Windows 3.0 (using Dynamic Link Libraries) or character mode, the Apple Macintosh, and the NeXT computers, plus DEC VMS, IBM VM, and the Connection Machine, among others . . . .   *In all instances explored so far, searching sources either locally or on the Internet occurs in a matter of seconds*."   *Wide Area Information Servers (WAIS)*, Christian, Information Systems Development, 1992, KAHLENDCA630-00000403.

### 1.    The Client

306.    The client refers to the component of the WAIS system located on the user's computer and includes the universal interface and heuristics for locating information.   Multiple clients and interfaces were available for different computer systems, such as Unix, Apple, Microsoft, and Next computer systems.   *See*, *e.g.*, *The Promise of the WAIS Protocol*, UNIX Today!, December 1991, located in Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC Conference, CORNELLNDCA630-00000058 at 80, SAMNDCA630-07330038, KAHLENDCA630-00013891 at 912 ("Not surprisingly, WAIS is already being used to connect archive sites on the Internet running *on various Unix-based machines as well as proprietary systems such as Macintosh and NEXT*."); *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 ("This

article describes five interfaces to distributed systems of servers that have been designed and implemented: WAIStation for the Macintosh, XWAIS for X-Windows, GWAIS for Gnu-Emacs, SWAIS for dumb terminals"); *see also* Proceedings of SIGWAIS-II, Library of Congress, July 23, 1993, KAHLENDCA630-00006381 at 488:



307. One such client was Xwais, "a freeware WAIS client program for X-Windows developed by Jonathan Goldman at Thinking Machines" that included the Xwais interface. *WAIS Software Technical Description*, Version 2, October 1994, KAHLENDCA630-00012188 at 81; *see also* KAHLENDCA630-00002689; KAHLENDCA630-00003072;

KAHLENDCA630-00012302;    KAHLENDCA630-00012489;    KAHLENDCA630-00012973;

KAHLENDCA630-00013130;                          KAHLENDCA630-00013891/SAMNDCA630-

07330038/CORNELLNDCA630-00000058; *Expansion of the FreeWAIS Server*, Tung, 1994,

SAMNDCA630-06029163 at 315-20; *The Promise of the WAIS Protocol*, UNIX Today!,

December 1991, Proceedings for Wide Area Information Server Workshop, February 3-4, 1992,

MCNC            Conference,            KAHLENDCA630-00013891-912/SAMNDCA630-

07330038/CORNELLNDCA630-00000058; *WAIS: The Wide Area Information Server or*

*Anonymous What???*, Marshall, The University of Western Ontario, 1992, KAHLENDCA630-

00000206/SAMNDCA630-04386277      at      213;      ASIS      Mid-Year      Meeting,      1992,

KAHLENDCA630-00008958 at 9099; KAHLENDCA630-00010117.

308.    "Xwais is a graphic user interface with which a user can interactively perform an

information search.   Xwais runs on X-Windows.   Documents of different document types can

be displayed by using corresponding specifications in X-Resources.   For example, a document

of the postscript type can be displayed by using ghostview . . . .   The xwais application is

divided into two separate applications:   xwais, the simple interface for selecting database

descriptions and stored queries; and xwaisq, an interface with which a user can perform the

actual information search.   Xwais supports search queries, relevance feedback, document

display and database selection."   *Expansion of the FreeWAIS Server*, Tung, 1994,

SAMNDCA630-06029163 at 315.

*X-Windows Based Interface for WAIS: XWAIS*

XWAIS at a Glance

| | |
|---|---|
| Target Machine | X-Windows terminals on UNIX machines |
| Effort | 4 person-months |
| Number of Users | 500 |
| Status | Finished, freely distributed |
| Language | C |
| Communications | TCP/IP |
| Designer | Jonathan Goldman |
| Organization | Thinking Machines |
| Availability | Available anonymous FTP from /public/wais/wais*.tar.Z@think.com |
| Design Goals | Copy WAIStation so that we can leverage one design, portable, and based only on freeware. Display data in many different formats (image, text, etc.). |
| Used | Used in the Internet experiment. Heavy use by X users within Thinking Machines and outside. |

*Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 48.



FIG. 6.   The XWAIS interface, including the Questions and Sources windows, and an open question.

*Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 49.

309.   "To start the search in the query window from figure A.5, the desired database must first be selected, e.g., journal.src, using the 'Add Source' button." *Expansion of the*

*FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 318.   "Clicking on the 'Search' button will activate the search."   *Id.*

310.   As discussed in more detail elsewhere in this report, I installed and used the Xwais client that was included in the freeWAIS-sf 2.0.65 distribution.

311.   WAIStation was another client that "gives you access to sources of information ranging from files stored on your own computer's disks to electronic libraries across the country. Moreover, it lets you search through any combination of these sources in a single, integrated search.   You choose which sources are to be used for which searches; you can change your mind at any stage during the search." *WAIStation User Guide*, Prototype Version, v. 0.57, February   14,   1991,   KAHLENDCA630-00000571/SAMNDCA630-00944300   at   74. "WAIStation enables users to retrieve information from the DowQuestTM document retrieval system at Dow Jones News/Retrieval,® the Connection Machine® Document Retrieval System, your local Macintosh, and any other database server that supports the WAIS protocol."   *Id.* at 71.

**WAIStation: An Interactive Query Interface**

WAIStation at a Glance

| | |
|---|---|
| Target Machine | Macintosh Plus and above, 9" Mono-chrome screen |
| Effort | 1 person-year |
| Number of Users | 2000 |
| Status | Finished, freely distributed |
| Language | ThinkC |
| Communications | TCP/IP and Modem (not supported) |
| Designer | Harry Morris |
| Organization | Thinking Machines |
| Availability | Available for anonymous FTP from /public/wais/WAIStation*.sit.hqx @think.com |
| Design Goals | Implementable quickly, support interactive queries well, changeable based on user's comments, make something very simple to learn (partner friendly). Try out many ideas: interactive queries, passive alerting, asking multiple servers. |
| Used | In a study with accountants and tax consultants at KPMG: very good user acceptance. In the Internet experiment: estimated that half of the uses of WAIS are using WAIStation. (Based on when the directory of servers did not work for Macintoshes, usage dropped to half). |

*Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 44.



**Figure 1. Sources are dragged with the mouse into the Question Window. A question can contain multiple sources. When the question is run, the program asks for information from each included source.**

*Wide Area Information Servers: An Executive Information System for Unstructured Files*, Kahle, Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101 at 165.; *see also, WAIStation User Guide*, Prototype Version, v. 0.57, February 14, 1991, KAHLENDCA630-00000571/SAMNDCA630-00944300 at 77.

### 2.    The Server

312.    "[T]he WAIS server is the information provider." *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 87.   "The WAIS server is a process that processes requests from the WAIS client, in which it accesses the WAIS databases that are located on the same machine of the server." *Id.* at 238.   "A WAIS server can be located anywhere that one's workstation has access: on the local machine, on a network, or on the other end of a modem." *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 44; *see also The Promise of the WAIS Protocol*, UNIX Today!, December 1991, Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC        Conference,        KAHLENDCA630-00013891/CORNELLNDCA630-00000058

/KAHLENDCA630-00008314 at 911 ("In the UNIX Today! labs, I decided to put together a small heterogeneous network and run WAIS.   Acting as the WAIS server system (and also a client) was a NeXTstation.")

313.   "A WAIS database contains information the user wishes to search through, and is generated and managed by the WAIS server through indexing."   *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 87.   "[T]he WAIS server accesses one or more WAIS databases simultaneously."   *Id.*   The WAIS server contains a search engine for searching information located in databases.   *Id.* at 240.   Databases can store "any of the items, be they text, picture, video, sound, or whatever."   *An Information System for Corporate Users: Wide Area Information Servers*, Kahle, Reprinted from ONLINE, September 1991, KAHLENDCA630-00000593 at 95.   For example:

The following parse formats are supported by WAIS:

**dash**   In the dash format, documents are separated from one another by at least 20 dash characters "-". The line that follows the line containing the dash characters forms a headline. This format is useful for single files that contain multiple documents.

**dvi**   The dvi format is for device independent printer output files. The filename forms the headline. Each file is a document. All valid words in the file are indexed.

**filename**   In the filename format, each file is a document. The filename forms the headline. The content of the file is not indexed. This format is useful for binary files.

**first-line**   In the first-line format, each file contains one document. The first non-blank line forms the headline. The remainder of the file is indexed.

**first-words**   The first-words format is like the first-line format. The headline consists of the first 100 characters in a file.

**gif**   The gif-format is for CompuServe's popular Graphics Interchange Format files. A file is one document. The filename forms the headline. The content of the file is not indexed.

**mail-digest**   In the mail-digest format, one file contains multiple mails, with each mail being considered one document. The subject line forms the headline. The content of the mail is indexed.

**mail-or-rmail**   The mail-or-rmail format is for Unix mail files and is interpreted in the same way as the mail-digest format.

**netnews**   The netnews format is for Internet network news files. Each file contains multiple news pieces. A news piece is one document. The subject line forms the headline. The content of the news is indexed.

**one-line**   In the one-line format, each line in a file is viewed as a document. At the same time, this line also forms the headline.

**paragraph**   In the paragraph format, each paragraph is separated by a blank line. The first line of the paragraph forms the headline. The content of the paragraph is indexed.

**pict**   The pict format is for Apple PICT image files. A file is viewed as a document, with the filename forming the headline.

**ps**   The ps format is for PostScript files. The filename forms the headline. All valid words in the file are indexed.

**text**   In the text format, each file is a document. The filename forms the headline. The content of the file is indexed. This format is useful for collections consisting of multiple separate files. This format is the standard format in WAIS.

**source**   The source format is for files in the format of the source description structure, which is generated by the WAIS indexer. They are interpreted as in the text format.

**tiff**   The tiff format is for Tagged Interchange File Formats. A file is viewed as a document, with the filename forming the headline. The content of the file is not indexed.

*Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 232-33.

314.   Clients can access databases that are stored in local storage media or the Internet. Each database in a server, *i.e.*, a source of information, has a corresponding source description file. These source description files include the necessary information to connect to local databases or databases on the Internet through TCP/IP:

A database description is used by the WAIS client to address a server to gain access to its database.   It is selected by the client prior to each query.   Database descriptions are generated automatically during indexing or can be selected through the WAIS database under the name directory-of-servers (see also section 3.5.4).   However, they can also be generated interactively with the WAIS client. During indexing, either a fixed number of terms that occur with the greatest frequency are searched for by accessing the WAIS index, or the externally specified words are written as key words into the database description.

The basic idea of the database description consists in establishing conceptual links between an information seeker and an information provider.   A database description allows an information provider to provide specific information to an information seeker.   Specifically, this includes the address of the server, the name of the database, the cost of using it, etc.

*Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 224.

The database description ('database.src') serves for two purposes:

- The description is used by some clients to extract connection information.  This might be hostname/ip-address and port or the location of the index files for local searches.  See Section 3.2.2.5 [LOCAL_SEARCH], page 8.

*freeWAIS-sf    UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 304;  *see also*  FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

315.    For example, the following source description file provides only the local file path

to the database, and thus, there database can only be accessed locally:

```
( :source
   :version  3
   :database-name  /usr/local/ls6/src+data/src/freeWAIS-sf-2.0/FIELD-EXAMPLE/test
   :cost 0.00
   :cost-unit :free
   :maintainer  pfeifer@buster
   :keyword-list (
                   fuhr
                   pfeifer
                 )
```

*freeWAIS-sf    UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 304-05;  *see also*  FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

316.    Another source description file, shown below, provides the necessary TCP/IP

information to connect to the database through the Internet:

```
(:source
    :version  3
    :ip-address  "129.217.20.190"
    :ip-name  "buster"
    :tcp-port 210
    :database-name  "test"
```

*freeWAIS-sf    UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 305; *see also* FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

317.   WAIS offers two mechanisms to search information stored on the local storage media.   First, the WAIS client uses the same TCP/IP communications mechanism as it would if it were searching for information located on the Internet, sometime referred to as "loop-back." With this approach, the communication is directed to the WAIS server, which happens to be running on the same machine as the WAIS client.   The operating system on the machine will correctly forward the communication along within the machine from the WAIS client to the WAIS server.   The end result is that the WAIS server can locate information stored in local storage media of the machine running the WAIS client.

318.   Second, WAIS supports databases that are only available for local searches to the client on the same computer - in other words, for searches that come from WAIS clients running on the same machine as the database.   WAIS clients can optionally be compiled to include WAIS server code so that they can search these local WAIS databases by directly invoking the client's own WAIS server code instead of using the TCP/IP communications mechanism.   In this case, the WAIS client would include the server code, including instructions that implement any heuristics that the server implements.

319.   The WAIS installation provides the user to setup the client to include the WAIS server code.   For example:

## A.2   Installation

The software is installed using *sh-script*, in which it is necessary only to answer certain questions. The sh-script is generated using the GNU autoconf[1] tool. This eliminates the need for a makefile for each individual system. The following are possible prompts for installation:

**configure** Here, the following questions must be answered interactively:

```
Do you want to use your system regexp.h (no)?

Ok, will use my own regxep.h
Will you have HEADLINE files greater than 16 MB (no)?

Ok, no huge headlines; old indexes remain valid

You can compile freeWAIS-sf with it's own ctype package. You
should do this, if you want to use special (country specific)
chars, which are not supported by your systems ctype.
Use your systems ctype (no)?

Ok, will use my own ctype

I will now ask for your special letters. If you do not want
to give the now, edit Default.tmpl after this configure run.
Input your upper case letters in the same order than your
lower case letters. toupper() and tolower() depend on this
order. Input letters wich are upper and lower case in both
strings.
what are your lower case letters ()?

what are your upper case letters ()?

You can compile and link the clients with the capability to
search index files directely. So you need not to install a
server, for local searches. The clients will be greater, but
faster with local searches.
You can not run the test without the switch
Do you want to compile with -DLOCAL_SEARCH (yes)?

Ok, will compile with the -DLOCAL_SEARCH switch
```

*Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 305-06.

```
3.2.2.5 LOCAL_SEARCH
```

You can compile and link the clients with the capability to search index files directly. So you need not to install a server, for local searches. The clients will be greater, but faster with local searches.

You will have to run the test (see Section 3.3.1 [Tests], page 10) manualy without the switch!

```
    Do you want to compile with -DLOCAL_SEARCH? [y]
```

```
tool LOCAL_SEARCH                                    'config.h'
    Server code is linked to the clients when true.
```

*freeWAIS-sf     UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 92-93; *see also* FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

### 3.3.1  Running the tests

After successful compilation the make process indexes a test database and runs some queries. You will have to start the tests manually, if you did not chose the LOCAL_SEARCH option. See Section 3.2.2.5 [LOCAL_SEARCH], page 8.

*freeWAIS-sf    UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 94; *see also* FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

320.    Mr. Pfeifer testified:

Q. When you say it was a compile time configuration, what was a compile time configuration?

A. The compile time configuration was if you want to enable local search. So the system defaulted to "enable local search," but you could switch it off.

Q. What do you mean by "local search?"

A. Local search -- the WAIS system was made for communicating via a protocol called WAIS, it's a derivative of a bibliography protocol. And so normally the transaction was the client sends a request to the server via the Internet, get a response back via the Internet. And by default the server was included in the client binary. So you had both in one binary and you could start the client containing the server, and the request would not go via the Internet, it would go into the server part of the binary and the server part would answer the question directly.

Q. When there was local search would the server -- would the database that the server was querying necessarily be located on the same computer as the client and the server?

A. I don't recall the start of the question, sorry for that.

Q. You said local search was where the client would start the server binary on the same computer, is that correct?

A. It is the same binary. So you had the client, which does include the server.

Q. But a WAIS server didn't necessarily have to query a database on the same computer as the WAIS server, is that correct?

MR JAFFE: Objection. Mischaracterizes the witness's previous testimony.

THE WITNESS: Sorry, maybe I was not clear.

So normally the client would generate and send a request to a server over the Internet, and the server would respond over the Internet. But the distribution

contained, of course, the -- of course we discussed that before -- the code for the client and the server.

And, by default, the server code would be included in the client, so in case the database that was queried was locally, the server would sort of -- or the client would shortcut and say: Okay, I'm not sending a request to a remote server, I'm asking the server included in this binary, and this search would be handled on the same machine locally.

BY MR FURMAN:

Q. And whether or not the server was compiled with the client was a compile time option?

A. It was a compile time option, so users could switch it off.

Q. Was it an option for compiling the client or was it an option for compiling the server?

A. It was for compiling the client.

July 14, 2013 Deposition of Ulrich Pfeifer at 184:2-186:18.

Q. Could that server source code that was included and linked be freeWAIS-sf source code?

A. In the freeWAIS-sf distribution it would be the freeWAIS-sf.

Q. What was the default?

A. The default was "enable local search."

*Id.* at 117:14-21.

321.   Mr. Kahle testified:

Q. How would a Z39.50 request be transmitted from one machine to itself?

A. By using its own IP address.

Q. So it would go out over the Internet and come back to itself, or how would it work?

A. As I understand it, the -- how these work is just -- it's just looped back. It's within the -- if you make a request on a machine to itself, it is captured by the -- by the network stack and it -- it says, oh, I'm already there.

July 25, 2013 Deposition of Brewster Kahle at 52:19-53:3.

THE WITNESS: Clients that could access local indices would have one or two ways doing it in the WAIS system. One is directly opening the files within the

client process to query the -- the systems, or by using an IP address and having it be referred back to itself.

July 25, 2013 Deposition of Brewster Kahle at 53:23-54:2.

322.    When creating a database, the   export command determines whether to create a databases accessible locally and remotely, or just locally.   If the waisindex program is given the -export option, it generates a source description file that contains a host name and tcp port for remote access.   Otherwise, the source description file contains no connection information and is intended only for local searches.

> -export   This causes the resulting source description file to include the host-name and tcp-port
>            for use by the clients. Otherwise the file contains no connection information, and is
>            expected to be used only for local searches.

*freeWAIS-sf    UNIDO Edition 0.5,* University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283   at   97;*see   also*   FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

### 3.    Searching in WAIS

323.    WAIS allows users to use natural English language to enter in queries.   WAIS attempts to locate documents that would be relevant to the user's queries.

**How does WAIS work?**

The servers take a users question and ***do their best to find relevant documents***. The servers, at this point, ***do not "understand" the users English language question***, rather they try to find documents that contain those words and phrases and ***ranks them based on heuristics***.

324.    *Overview of Wide Area Information Servers*, Kahle, April 1991, SAMNDCA630-00821974; *see also WAIS    Making it Easier to Access Internet Resources*, Link Letter, 1992, Reprinted from CERFnet News, Volume 3 Number 6, KAHLENDCA630-00001343 at 45; *Wide Area Information Servers*, 1991, KAHLENDCA630-00009871 at 72; Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC Conference, KAHLENDCA630-00013891/CORNELLNDCA630-00000058/SAMNDCA630-07330038   at 903.

325.    "To improve . . . retrieval effectiveness, WAIS uses ***a heuristic ranking*** method,

which sorts the documents according to decreasing **relevance**." *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 87-88. "A ranking number, which is generated by the server using a heuristic ranking method, indicates the ordinal position of a headline in the set of responses to a query." *Id.* at 247.

**Dig Those Heuristical Algorithms**

. . .

WAIS, an experimental project of Thinking Machines Corporation in Cambridge, Massachusetts, ***will search any compatible system on a network, then prioritize the results, based on simple heuristical algorithms***. Prioritizing search results according to the degree of relevance will become increasingly important over time as the growing number of compatible nodes on a virtual network dump more and more data into the ocean of navigable information.

*Beyond the Theory: Knowledge Networking in Practice*, Information Today, May 1992, KAHLENDCA630-00008314 at 27; *see also For Shakespeare, Just Log On*, Markoff, New York Times, July 3, 1991, KAHLENDCA630-00011172 at 73 ("While current systems like Dialog and Nexis require users to specify precisely the information they want," WAIS "can respond to ***a user's inferences***."); *Client-Server Standards for Text: Foundation for Innovation*, Dyson, Release 1.0, 1991, KAHLENDCA630-00000487 at 96 ("The server makes its ***best effort*** to answer the user's query and sends back a list of texts, identified fully according to the WAIS syntax, with an ID, a title, score, types and date. (The ID includes the originating source, the copyright owner, and a unique ID, as well as the server supplying the document and the ID given it by that server.)"); *Collective Dynabases*, COMMUNICATION OF THE ACM, vol. 35, No. 6, June 1992, KAHLENDCA630-199 at 200-01, 203, also at KAHLENDCA630-1487, ([T]he length of the gray bar before the listed titles ***indicates the strength of a heuristic index of the degree of relevance***. . . . [A]n interim dynabase ***can use heuristics and file inversion to index text*** (as WAIS does).")

One very useful feature . . . is that the user sees documents listed in a ranked order based on relative score assigned to documents by the servers . . . . In a sense*, **the**

> *scoring algorithm is where judgment is applied about the likelihood that a particular document will be seen as relevant by the user.   The public domain version of WAIS has a fairly simplistic scoring algorithm which stresses the frequency of occurrence of the searched for words.   It does include differential weighing for where in the document the words occur and whether the words occur so often as to be non-specific.*

*Wide Area Information Servers (WAIS)*, Christian, Information Systems Development, 1992, KAHLENDCA630-00000403

### 4.    The Communication Protocol

326.    "Communication between the WAIS client and the WAIS server is enabled via the WAIS protocol." *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 88.   "On the client side, questions are formulated as English-language questions. The client application then translates the query into the WAIS protocol, and transmits it over a network to a server.   The server receives the transmission, translates the received packet into its own query language, and searches for documents satisfying the query." *An Information System for Corporate Users: Wide Area Information Servers*, Kahle, Reprinted from ONLINE, September 1991, KAHLENDCA630-00000593/SAMNDCA630-00943190 at 94; *see also Wide Area Information Servers: An Executive Information System for Unstructured Files*, Kahle, Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101 at 165.

### 5.    FreeWAIS-sf

327.    I understand that "[t]he fundamental concepts of WAIS were developed by Brewster Kahle" at Thinking Machines, Inc. released the first free version of WAIS in 1991. *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 88; *see also*, *WAIS:   Wide Area Information Servers*, Thinking Machines, KAHLENDCA630-00009500.

328.    I understand that later, "support and further development" was transferred to the Clearinghouse for Networked Information Discovery and Retrieval ("CNIDR"). *Expansion of*

*the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 89.   "The WAIS packet that is offered for free by CNIDR is called freeWAIS."   *Id.*

329.   I understand that support and further development was then transferred to a team at the University of Dortmund, which released "an expanded version of WAIS" called freeWAIS-sf by at least 1994.   *See*, *e.g.*, Deposition of Norbert Fuhr at 83:8-84:23, 73:13-76:8; *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 65.   "In addition to all the functionalities of WAIS," freeWAIS-sf enhances the search capabilities of WAIS.   *Id.* at 298.   *see also Webmasters Need to Choose Best WAIS*, Frentzen, PC Magazine, December 1994, ("the University of Dortmund offer an extension to freeWAIS, called FreeWAIS-sf, which adds more sophisticated search capabilities to the underlying WAIS database.   Check out http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/README-sf for more information.")

330.   I understand that the goal of the freeWAIS-sf team was to "expand and improve upon the freeWAIS server."   *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 65.   FreeWAIS-sf improves upon the search efficiency and effectiveness of WAIS. *Id.* at Chapter 5.

331.   I understand that the first free version of WAIS was publicly available by at least 1991, before the critical date of the Asserted Patent, and is therefore prior art to the Asserted Patent.   I understand that the first free version of freeWAIS-sf was publicly available by at least 1994, before the critical date of the Asserted Patent, and is therefore prior art to the Asserted Patent.   I understand that the freeWAIS-sf version 2.0.65 was publicly available by at least 1998, before the critical date of the Asserted Patent, and is therefore prior art to the Asserted Patent.   I base this understanding in part on the deposition of and documents produced by Norbert Fuhr, Kevin Gamiel, Norbert Govert, Brewster Kahle, and Ulrich Pfeifer.

332.   For example, I understand that Mr. Kahle came up with the concept for WAIS in

the 1980s:

> Q. What was the very first time you came up with the concept of what is known as the Wide Area Information Server project?

> A. The precursors and sort of the basic ideas and   prototypes and ideas were being put together in the mid-1980s, only -- on the order of 1986, 1987, 1988.

> Q. Did those precursors or prototypes have a name?

> A. Oh. Well, actually, no, it goes further back than that. So there's the search systems, which is 1983, 1984; then the -- including the relevance feedback work; then in -- those resulted in things like DowQuest.

> Then there was work that was called Supertext, which brought a networking component.   And that was the type of work that then related and became the Wide Area Information Server project.

> Q. Were each of the projects you just mentioned projects for Thinking Machines?

> A. They were projects for Thinking Machines.

July 25, 2013 Deposition of Brewster Kahle at 35:16-36:10.

> 333.    I understand that Thinking Machines and Brewster Kahle made the first WAIS

software and source code publicly available for free starting in April 1991.

> Q. Earlier you mentioned something about the Internet version of WAIS.

> What did you mean by that?

> MR. WARREN: Objection. Vague.

> Go ahead.

> THE WITNESS: The -- in April of 1991, we made an open source -- I guess that word didn't exist yet.   We made a bundle of software available for public distribution. And it was distributed over the Internet, and it was particularly crafted for users of Internet systems -- Internet-connected systems.

July 25, 2013 Deposition of Brewster Kahle at 80:20-81:5; *see also WAIS Daily Usages on Quake.Think.Com since April 16, 2991*, KAHLENDCA630-00002900:



334.    "This phase of WAIS is still in progress, and has resulted in the creation of new

interfaces, the availability over the Internet of more than 100 servers on three continents, and

over 100,000 searches of the directory of servers.   In the first six months of the Internet

experiment, approximately 4000 users from 20 countries have tried this system, with no training

other than documentation."   *Interfaces for Distributed Systems of Information Servers*, Kahle,

1993, SAMNDCA630-04524942 at 43; *see also WAIS:   Wide Area Information Servers*,

Thinking Machines, KAHLENDCA630-00009500-01 ("With over 100 databases and 5,000

users worldwide, WAIS is rapidly becoming a standard for information distribution within the

Internet environment. Much of the software is currently available for free use."); *see also Press*

release for: *WAIS Server for Unix and WAIS Workstation for Unix*, April 1993, KAHLENDCA630-00001963; *Wide Area View*, Internet World, September 1995, KAHLENDCA630-00005716 at 99; *Client-Server Standards for Text: Foundation for Innovation*, Dyson, Release 1.0, 1991, KAHLENDCA630-00000487 at 93; Proceedings of SIGWAIS-ii, KAHLENDCA630-00006381 at 404-07, 483, 491; *Wide Area Information Servers (WAIS)*, Christian, Information Systems Development, 1992, KAHLENDCA630-00000403; *Collective Dynabases*, COMMUNICATION OF THE ACM, vol. 35, No. 6, June 1992, KAHLENDCA-630-199, KAHLENDCA-630-1487; WAIS  *Making it Easier to Access Internet Resources*, Link Letter, 1992, Reprinted from CERFnet News, Volume 3 Number 6, KAHLENDCA630-00001343 at 46; *WAIS: The Wide Area Information Server or Anonymous What???*, Marshall, The University of Western Ontario, 1992, KAHLENDCA630-00000206/SAMNDCA630-04386277/SAMNDCA630-04386277 at 209; *see also* APLNDC630-0000261167, 177, 182, 226, 230, 233, 374, 458, 464, 466, 511, 592.

335.    I understand that the software and source code were made publicly available, in part, to promote the development and use of WAIS and to stimulate further design work on interfaces for information retrieval.  *See*, *.e.g.*, *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 ("We hope that the challenges we have identified, as well as the existence and public availability of source code for the WAIS system, will serve as a stimulus for further design work on interfaces for information retrieval."); *id.* at 55 ("To encourage development and use, Thinking Machines is making the source code for a WAIS protocol implementation freely available."); An Information System for Corporate Users: Wide Area Information Servers, Kahle, Reprinted from ONLINE, September 1991, KAHLENDCA630-00000593/SAMNDCA630-00943190 at 94 ("In order to promote the development of both clients and servers, the protocol specification is public, as is its initial

implementation."); *id*. at 97 ("In order to encourage development and use, Thinking Machines is not only publishing a specification for the protocol, but is also making the source code for a WAIS Protocol implementation freely available. . . . We hope that it will facilitate others in developing servers and clients."); *see also Wide Area Information Servers: An Executive Information System for Unstructured Files,* Kahle, Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101 at 164 ("In order to promote the development of both clients and servers, the protocol specification is in the public domain, as is its initial implementation."); *For Shakespeare, Just Log On*, Markoff, New York Times, July 3, 1991, KAHLENDCA630-00011172 at 73 ("But to encourage progress, the Thinking Machines Corporation, a Cambridge, Mass., supercomputer manufacturer, has made its software available at no charge."); *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 48 ("In order to distribute this software without restriction, XWAIS uses the freely distributed Athena Widget set included in the X11R4 release from MIT."); *see also* APLNDC630-0000441829, APLNDC630-0000441944, APLNDC630-0000380377, KAHLENDCA630-00006595.

336.    I understand that freeWAIS-sf development began in 1993:

Q. And at that 1993 workshop, you did not have a working version of FreeWAIS-sf; is that correct?

A. Yes, that's correct, yes.   I only remember it because I know that we were working on it, so work started in '93.

July 12, 2013 Deposition of Norbert Fuhr, 21:1-5.

337.    I understand that freeWAIS-sf was publicly available in 1994; *see*, *e.g.*, *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 67, Appendix A; *freeWAIS-sf    UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 7 ("2 Getting freeWAIS-sf and related stuff); *Webmasters Need to Choose Best*

*WAIS*, Frentzen, PC Magazine, December 1994, ("the University of Dortmund offer an extension to freeWAIS, called FreeWAIS-sf, which adds more sophisticated search capabilities to the underlying WAIS database.   Check out http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/README-sf for more information."); PFEIFERNDCA630-000000067:

```
Path: gmd.de!xlink.net!howland.reston.ans.net!cs.utexas.edu!uunet!Germany.EU.net!Informatik.Uni-Dortmund.DE!fbi-
news!pfeifer
From: pfei...@ls6.informatik.uni-dortmund.de (Ulrich Pfeifer)
Newsgroups: comp.infosystems.wais
Subject: ANNOUNCING freeWAIS-0.2-sf alpha
Date: 02 Mar 1994 16:16:36 GMT
Organization: Universitaet Dortmund, Lehrstuhl Informatik VI
Lines: 159
Distribution: world
Message-ID: <PFEIFER.94Mar2171636@woodstock.informatik.uni-dortmund.de>
Reply-To: Ulrich Pfeifer <pfei...@ls6.informatik.uni-dortmund.de>
NNTP-Posting-Host: woodstock.informatik.uni-dortmund.de

Hi everybody!

A new version of freeWAIS is available based on version 202 of the
original distribution. Read about the astonishing features below.

We think about it as an *alpha* release. If you decide to use it -
please let us know. Also feel free to send comments and bug reports.

The code is tested on a SUN SPARC. Porting to machines with short
integers might be not too easy.

Huynh Quoc thanh Tung, Ulrich Pfeifer
-------------------------------------------------------------------------
Title: README freeWAIS-0.2-sf
Authors: Thinking Machines, Jim Fullton, Kevin Gamiel, Jane Smith, Tung Huynh
Last update: 02.25.1994
Abstract: This file contains overview information about freeWAIS 0.2 sf

Send comments and bug fixes to huy...@ls6.informatik.uni-dortmund.de

WHERE TO GET
   ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/freeWAIS-0.2-sf-alpha.tar.gz
   1163437 Mar  2 16:44 freeWAIS-0.2-sf-alpha.tar.gz
```

338.      I understand that a version of WAIS, freeWAIS-sf 2.0.65, was publicly available by 1998.   *See*, *e.g.*, July 42, 2013 Deposition of Ulrich Pfeifer, 21:1-5 ("Q. When was version 2.0.65 of freeWAIS-sf released? A. In my recollection -- no, not 'in my recollection.' The version was created in January '96 and released shortly after that."); FUHRNDCA630-00000001, GOVERTNDCA630-00000001, PFEIFERNDCA630-00000007-08, SAMNDCA630-05349929, SAMNDCA630-07601359; SAMNDCA630-07601360, SAMNDCA630-07884648:

```
From: binkley@xavier.dfrc.nasa.gov (Rob -Not from Bloom County- Binkley, EIT)
Subject: Current freeWAIS-sf version
Date: 1997/01/30
Message-ID: <E4t8sw.Fq9@news.dfrc.nasa.gov>#1/1
X-Deja-AN: 213185198
sender: news@news.dfrc.nasa.gov
organization: NASA Dryden Flight Research Center, Edwards CA
newsgroups: comp.infosystems.wais


What is the current freeWAIS-sf version?

On ftp.germany.eu.net/pub/infosystems/wais/Unido-LS6/
the latest version is 2.0.65 (with patches available to .68)  and seems to have been la

On ftp.wsct.wsc.com/pub/freeWAIS-sf/
the latest version is 2.1.2 and  seems to be last updated in Aug 96.

Is any site archiving/coordinating the patches that occasionally roll by?

Rob Binkley - Robert.Binkley@dfrc.nasa.gov
NASA Dryden Flight Research Center
```

339.   I understand the WAIS and freeWAIS-sf, including 2.0.65, was used to search information located on local media storage and Internet.   *See*, *e.g.*, Deposition of and Documents produced by Norbert Fuhr, Kevin Gamiel, Norbert Govert, Brewster Kahle, and Ulrich Pfeifer.   I have reviewed materials demonstrating that freeWAIS-sf was used to search information located on local media storage and the Internet, including the documents produced by Ulrich Pfeifer, such as PFEIFERNDCA630-00000487, 566, 1976, 4380, and 4201; *The Promise of the WAIS Protocol, UNIX Today!*, December 1991, Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC Conference, KAHLENDCA630-00013891-912/CORNELLNDCA630-00000058/SAMNDCA630-07330038; *Wide Area View*, Internet World, September 1995, KAHLENDCA630-00005716 at 99; Proceedings of SIGWAIS-ii, KAHLENDCA630-00006381; *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163; *Wide Area Information Servers demonstration video by Franklin Davis of Thinking Machine*, 1991, SAMNDCA630-00026730; *Wide Area Information Servers launch lecture at Xerox PARC*, 1991, SAMNDCA630-04526333.

BY MR. JAFFE:

Q.        Would results, assuming that there was a hit from both search engines, be provided to the user from

both your local storage media as well as the internet?

THE WITNESS:   If -- when given query results came back from, say, Lycos as well as Clio, both would be displayed to the user on a single page.

Selberg Depo., Jul. 8, 2013 at 138:12-139:13.

410.    MetaCrawler accomplished this integration using the following architecture, depicted in Dr. Selberg's thesis:



Figure 3.3: Clio and MetaCrawler integration.

*A user connects to the Web via a Browser. The Browser connects to the Web via Clio, which copies all pages browsed into a History Index. When a user connects to MetaCrawler, Clio sends additional information that allows MetaCrawler to query the History Index. This information is then merged with results from other search services, and transmitted back to the user.*

PQ000078.

E.    **AppleSearch**

411.    I understand that AppleSearch version 1.5 ("AppleSearch") was an Apple commercial software application first sold in 1994 which allowed users to search for information

stored both on their local computer and a remote WAIS server across the Internet and return results in a single unified interface.

### 1.    History of AppleSearch

412.    AppleSearch originally grew out of a proof-of-concept project at Apple called "Rosebud." (Martherus Tr. 53:4-54:21).  I understand that Rosebud was the brainchild of Apple's research and development arm referred to as the Advanced Technology Group ("ATG Group") and was Apple's attempt to exploit WAIS as an information retrieval tool.   (Erickson Tr. 72:3-13; Bedard Tr. 46/5-47/14.)

413.    Thomas Erickson, a user interface designer in the ATG Group, first met Brewster Kahle, the principal architect of WAIS, around October of 1989. (Erickson Tr. 22/8-23/9.)  Shortly thereafter, the ATG group began working on the Rosebud Project.   (Erickson Tr. 72:3-13; Bedard Tr. 46/5-47/14.)   Rosebud's client interface was called a "Reporter" and allowed a user to enter a search term in a dialog box which would be used to query a number of information sources selected by the user.   (APLNDC630-0000261243-55.)   Those information sources were intended to include both local information sources as well as remote information sources such as WAIS  (Bedard Tr. 46:5-47:14; APLNDC630-0000261255-58.)   On July 1, 1992, Janet Vratny Watts demonstrated Rosebud at the Apple Library User Group Annual Meeting   in   Cupertino,   California.   (STANFORDNDCA630-00000148.)   Additional demonstrations of Rosebud functionality took place on January 23, 1992 and in September 1992.  (STANFORDNDCA630-00000148; APLNDC630-0000261392).

414.    I understand that by 1992, Apple decided to turn Rosebud into a commercial product. (Holloway Tr. 25:3-5.)  The productization of Rosebud was assigned to the Apple Business Systems Division and resulted in AppleSearch.  (Wolfe Tr. 94:5-19; Erickson Tr. 25:11-19; Holloway Tr. 19:8-21:4; Casseres Tr. 50:17-51:1.)   However, Apple was never able

to get the WAIS functionality working on its own.  I understand that the first release of AppleSearch, AppleSearch 1.0, only searched local information sources.  (McLeod Tr. 73/18-75/22; SAMNDC630-07604014.)   I understand that, Apple turned to Dartmouth University for help with enabling WAIS information sources for AppleSearch, specifically Eric Bivona, a Dartmouth employee who was a member of the Z39.50 Implementer's Group, a group responsible for developing and improving upon the WAIS protocol.  In the fall of 1992, Apple asked Dartmouth's DCIS team to work on a solution that would allow their working prototype for AppleSearch (code-named "Bogart") to search WAIS servers over the Internet in addition to local databases.  (07/12/2013 McLeod Tr. at 109/20-110/13; 07/03/2013 Bivona Tr. at 21/11-22/10, 78/19-80/15.)   Over the next year, Bivona worked with David Casseres at Apple on the WAIS Gateway project (code-named Waters) which ultimately resulted in AppleSearch version 1.5.  (Bivona Tr. at 73/2-15).

415.    I understand that Dartmouth's efforts were successful.  In October 1993, David Casseres and Eric Bivona demonstrated AppleSearch with working WAIS functionality at EDUCOM 1993, an Apple-sponsored conference in Cincinnati, Ohio.  (Bivona Tr. 173/15-177/11).  In January 1994, David Casseres also demonstrated AppleSearch with WAIS functionality to Brewster Kahle at Apple's facilities.  (Bivona Tr. 184/23-187/17; DARTMOUTHNDCA630-1353-1357.)   On March 22, 1993, Apple announced that AppleSearch 1.5 would be released to the public.  (SAMNDC630-07604032.)  I understand that AppleSearch 1.5 was first shipped to the public in December 1994.  (SAMNDC630-07604016; McLeod Tr. 126/15-130/16; 267/20-268/10.)

### 2.    AppleSearch Architecture

416.    I    understand    that    AppleSearch    consisted    of    two    software components:  AppleSearch Server and AppleSearch Client.

417.     I understand that both the AppleSearch server and the AppleSearch client was capable of being installed and operated on the same computer.

Q. . . . There was a recommended configuration for an AppleSearch server; correct?

A. Yes, I believe so.

Q. And if you have that recommended minimum configuration for the AppleSearch server and you also ran the AppleSearch client on the same computer, it would be possible to query that server from the same computer; correct?

MR. BUROKER: Objection. Incomplete hypothetical.

THE WITNESS: I imagine it would be possible.

(McLeod Tr., 134/12-135/25)

```
From: casseres@apple.com (David Casseres)
Subject: Re: AppleSearch Pros/Cons
Date: 1996/09/05
Message-ID: <casseres-0509960917440001@cassda.apple.com>#1/1
X-Deja-AN: 178686613
references: <clement-0309962205360001@ts7port27.port.net>
organization: Apple Computer, Inc.
newsgroups: comp.sys.mac.system


In article <clement-0309962205360001@ts7port27.port.net>,
clement@interport.net (Clement J. Galluccio) wrote:

> I am considering indexing legal documents in MS Word format so they can
> searched quickly for text strings. I saw a AppleSearch demo at MacWorld
> two or three years ago and it seemed to be more than capable. Any comments
> or alternatives?

AppleSearch is good.  You should be aware that it is designed to be a
client/server application, with an indexing/search engine running on a
server (which might also be a file server) and a number of clients
connecting via the local net to request searches.

You can instead run both the server application and the client on your own
machine, but then you need to have a good deal of RAM and hard disk space
as the server's footprint is fairly big.  If your system can handle it, it
works fine in this configuration.

--
David Casseres
Exclaimer: Hey!
```

SAMNDCA630-07216825; *see also* (Holloway Tr. at 23/11-25/2; 267/4-19; Binova Tr., 158/24-159/5; 223/17-224/5; SAMNDCA630-07216824-33.)    (emphasis added.)

418.    The AppleSearch Client software component provided a user with a graphical interface referred to as a "Reporter" which allowed the user to select information sources to search, including local and WAIS sources, and search them in parallel.



The search request in this example will cause AppleSearch to look in the information sources called "poetry" and "Literature" for articles that contain one or more occurrences of the word *Shakespeare*.

(AppleSearch User's Guide at p. 29, APLNDC630-0000441868.)

In the example above, the user selected poetry, an information source stored on the local computer, and Literature, a WAIS information source stored on the Internet (indicated by the globe icon), from a list of available information sources, by clicking on the "Info Sources" button.

2    Click the Info Sources button or choose Information Sources from the Search menu.

The Information Sources window opens. The left side of the window lists all of the available information sources that your reporter can search. A WAIS information source is identified by the globe in its icon.

(AppleSearch User's Guide at p. 25, APLNDC630-0000441864.)

419.    A user could then click the "Start Search" button after which the user would immediately receive a list of results from both information sources.

> In the following illustration, AppleSearch indicates that 20 articles were returned out of 50 matches for the corresponding information source. The other matching articles were not returned because of the Search Options settings. (For example, perhaps the number of maximum returns was already reached. In this case, the user could expand the Search Options parameters to allow other matching articles to be returned.)



Clicking on the triangle or double-clicking on the title of the information source would display a list of articles returned.

**2   Click the triangle to the left of the information source icon, or double-click the title of the information source.**

A list of article titles is displayed.



420.    The AppleSearch Server component is responsible for receiving queries inputted by a user into the client interface and returning results from the information sources selected which could include local information sources or remote WAIS information sources on the Internet.

The AppleSearch server software running on the server computer collaborates with the AppleSearch Client application program to provide AppleSearch users

with fast, tailored access to information. Electronic search agents called *AppleSearch reporters* present the server with queries from users, to be performed immediately or on a schedule specified by the user. AppleSearch Server responds by searching the specified information, ranking the results, and returning those results to the client computer.

The AppleSearch server treats information as organized groups of documents known as *information sources.* An information source consists primarily of a set of shared documents and an extensive index to the full text of those documents. AppleSearch currently supports two types of information sources: local information sources and remote information sources.

*      *      *

421.   The following figure shows an AppleSearch server searching a local information source as well as a remote WAIS information source via the Internet.



(AppleSearch Administrator's Guide, p. 3, APLNDC630-0000441958.)

### 3.    Locating Information in Local Storage Media

422.   AppleSearch allowed a user to search local information sources attached to the computer running the server software application.

The contents of local information sources are kept on the AppleSearch server. Typically, local information sources contain the types of files found in all organizations: memos, financial data, operational procedures, personnel policies,

and so forth. In general, if your organization creates or maintains a document, that document will be stored in a local information source.

Local information sources can be kept on any locally attached SCSI device, such as a hard disk or CD-ROM drive. Some CD-ROM discs are available pre-indexed for AppleSearch. With additional hardware and software, you can have some commercial online services such as news wires add documents directly into your local information sources.

(AppleSearch Administrator's Guide, p. 2, APLNDC630-0000441957.)

423.    As discussed above, I understand the AppleSearch client software application was capable of being installed on the same computer as the AppleSearch server software application. Accordingly, a user could search for information located on local storage media on or attached to the same computer the user was using to operate the client application.

### 4.    Locating Information on the Internet

424.    AppleSearch was capable of locating information on the Internet.   As discussed in Section VIII.A of my Report, WAIS information servers were accessible across the Internet. AppleSearch was intended to allow users to search any WAIS server made accessible on the Internet.

The AppleSearch WAIS Gateway program provides a software connection to WAIS databases. AppleSearch Server uses the WAIS Gateway to allow you to make WAIS databases available to your users as WAIS information sources. This interaction is shown in the following figure.



**IMPORTANT** All WAIS information sources can be searched by all AppleSearch client software users. Some material published on the Internet through WAIS may be inappropriate for your users and their needs. As soon as you add a WAIS information source, it is recommended that you screen its content by running some test searches. (For more information, see "Adding WAIS Information Sources" in Chapter 2.)

With a few clicks, you designate your shared folders and selected WAIS databases as information sources. With a few more clicks, you tell AppleSearch to index the local information sources. They are then ready to be searched by authorized AppleSearch users.

AppleSearch Administrator's Guide, p. 2, APLNDC630-0000441959-60.

### 5.    Searching Local Storage Media and Internet Storage Media In Parallel

425.   Because the AppleSearch Client software application was capable of being installed and operated on the same computer as the AppleSearch Server software application, a user could create an AppleSearch information source indexing information stored on media on or attached to his local desktop computer, and use the AppleSearch client application running on the same desktop computer to search that information.   I understand that testimony from both current and former Apple employees who worked on AppleSearch, testimony from Eric Binova, the Dartmouth employee who worked on the AppleSearch Gateway, and contemporaneous documentation from an Apple employee who formerly worked on AppleSearch, confirms that AppleSearch client and server software applications were capable of being installed and operated

on the same computer, and were in fact used in this fashion. (5/29/2013 Holloway Tr. at 23/11-25/2; 7/12/2013 McLeod Tr., 134/12-135/25, 267/4-19; Bivona Tr., 158/24-159/5; 223/17-224/5; SAMNDCA630-07216824-33.).

426.   I also confirmed AppleSearch was capable of this functionality myself, as demonstrated in video attachments to my report.

427.   I understand that AppleSearch version 1.5 was publicly available by at least 5 years, before the critical date of the Asserted Patents, and is therefore prior art to the Asserted Patents.   I base this understanding in part on the deposition of Ken McLeod, an Apple employee whom I understand worked on AppleSearch and was Apple's designated witness on AppleSearch.   (*See e.g.* McLeod Tr. 126/15-130/16; 267/20-268/10.)   Apple agrees that the AppleSearch source code and software it produced in this Action are prior art to the '959 patent. (Stipulation Regarding Authenticity of Source Code (Docket No. 705), ¶¶ 6, 17.)

### F.   Evans

428.   U.S. Patent No. 5,926,808 to Evans ("Evans") was filed on July 25, 1997 and issued on July 20, 1999, and therefore I understand Evans is prior art to the '959 patent under 35 U.S.C. §§ 102(a). (e), & 103.

429.   Evans, entitled *Displaying Portions Of Text From Multiple Documents Over Multiple Databases Related To A Search*, discloses a search system that "provides for a method and apparatus of displaying portions of text from multiple documents over multiple databases related to a search query."   Evans at Abstract.   Significantly, Evans discloses a universal search interface which, takes the "various sets of identified documents from multiple databases" and "create[s] an ordered ranking for the returned documents."   Evans at Abstract.

430.   Evans discloses searching information stored on the local storage media   *i.e.*, memory system 230 associated with computer 220.   *See*, *e.g.*, Evans at Col. 3:15-18 ("The

Block 126 of FIG. 4 presents selected information resources to the user based on a presentation heuristic. The presentation heuristic may be the same, similar to, or different from the exploration heuristic. For example, if the heuristics are the same, the system functions as if there were only one heuristic and presents all of the information resources selected by the exploration heuristic to the user."
Shoham 8:45-60

L.      **Analysis and Video Demonstrations of Prior Art Software**

479.    For certain of the prior art systems listed above I received a produced copy of or was otherwise able to obtain a copy of executable software or a device already running executable software disclosed by that prior art system.   As described below, I then directed the installation and configuration of that software where necessary, and operation of that software, in order to determine whether any inconsistencies with my opinions expressed below.   I also directed and supervised the preparation of videos demonstrating the operation of this software. The operation of the executable software confirmed my opinions that each of those prior art systems invalidates the asserted claims of the '959 patent.   I note that the particular hardware used, network configuration and software configuration, including the databases and indexes configured and/or connected to, information sources selected, and queries performed, were intended to be exemplary.   I reserve the right to rely on other searches of one or more information sources, other search queries, and connecting to other servers running other software produced in this litigation.   I also reserve the right to prepare additional video demonstrations based on other configurations.   I have provided the particular details concerning the installation, configuration and operation of the executable software of the prior art systems which I reviewed and analyzed below.

1.      **WAIS**

480.    In addition to analyzing the documentation and source code for the distribution of free-WAIS-sf 2.0.65 relied upon in my Report and Exhibit 9 to my Report, I also directed the installation   and   configuration   of   the   free-WAIS-sf   2.0.65   distribution   produced   at

FUHRNDCA630-00000001 on a computer environment that would have been available on or around when the free-WAIS-sf 2.0.65 distribution was first made available to the public in the United States, which was before January 5, 2000.   In my opinion, this configuration, which is described below, corroborates my opinion that the contents of the free-WAIS-sf 2.0.65 distribution invalidate the asserted claims of the '959 patent.  This configuration is described below and based on the documentation included with the free-WAIS-sf 2.0.65 distribution and produced at FUHRNDCA630-00000001.

481.   An Internet WAIS server was configured using the free-WAIS-sf version 2.0.65 distribution on a Dell Inspiron 7000 laptop computer running the Redhat Linux version 6.1 operating system (the "WAIS Internet Server").   The WAIS Internet Server was configured with the host name "wais-internet1" and a public IP address of 12.144.180.200.   The public IP address allows other computers connected to the Internet to access the WAIS Internet Server. The free-WAIS-sf version 2.0.65 server distribution, produced at FUHRNDCA630-00000001 was installed on the WAIS Internet Server.   A free-WAIS-sf database named "Cats" was created on the WAIS Internet Server by indexing four text files, each containing a description of a particular breed of cat, and configured to use stemming and synonym detection.   The WAIS server software was launched on port 213 so the free-WAIS-sf database Cats would be accessible to a computer connected to the Internet that was running a WAIS client.

482.   A local WAIS computer was configured using the free-WAIS-sf version 2.0.65 distribution on a Dell Inspiron 7000 laptop computer running the Redhat Linux version 6.1 operating system (the "WAIS Local Computer").   The WAIS Local Computer was configured with the host name "my-localwais-westcoast" and an IP address of 192.168.0.99.   The WAIS Local Computer was configured to access the Internet.   The free-WAIS-sf version 2.0.65 xwais client in the free-WAIS-sf version 2.0.65 distribution, produced at FUHRNDCA630-00000001,

was installed on the WAIS Local Computer and was configured to compile and link in the WAIS server code so that it could access local WAIS databases directly. A free-WAIS-sf database named "Dogs" was created on the WAIS Local Computer by indexing four text files, each containing a description of a particular breed of dog, and configured to use stemming and synonym detection, but based on a different synonym file than the synonym file used on the WAIS Internet Server.

483.    The Xwais client was launched from X Windows on the WAIS Local computer. Two information sources were configured using the Xwais client software: one information source to connect to the database Cats on port 213 of the WAIS Internet Server, and a second information source to connect to the local database Dogs on the WAIS Local Computer.

484.    The Xwais client was used to perform several searches of both the WAIS Internet information source and the WAIS Local information source, which confirmed my opinion that the free-WAIS-sf version 2.0.65 distribution produced at FUHRNDCA630-00000001, invalidates the asserted claims of the '959 patent.

485.    Attached as Video Exhibits 14-38 to my Report are videos which were prepared that demonstrate the free-WAIS-sf 2.0.65 installation and configuration described above.  I have included screen captures of this demonstration in Exhibit 9 to my Report.

### 2.    AppleSearch

486.    In addition to analyzing the documentation and source code for the distribution of free-WAIS-sf 2.0.65 relied upon in my Report and Exhibit 1 to my Report, I also directed the installation and configuration of AppleSearch Version 1.5 produced by Apple at APLNDC630-Z000000003 on a computer environment that would have been available on or around when AppleSearch Version 1.5 was first made available to the public in the United States, which was before January 5, 2000.   In my opinion, this configuration, which is described below,

corroborates my opinion that AppleSearch Version 1.5 invalidates the asserted claims of the '959 patent.   This configuration is described below.

487.   An AppleSearch computer was configured using the AppleSearch Version 1.5 Client and Server software produced by Apple at APLNDC630-Z000000003 on a Macintosh LC630 DOS Compatible computer running Mac OS 7.5.3 (the "AppleSearch Computer").   This configuration was based on the instructions and disclosures provided in the AppleSearch Version 1.5 documentation, including the AppleSearch Version 1.5 Administrator's Guide produced at APLNDC630-0000441944-2053 and the AppleSearch Version 1.5 User's Guide produced at APLNDC630-0000441829-943.

488.   The AppleSearch Computer was configured with an IP address of 192.168.0.39. The AppleSearch Version 1.5 Server application, produced by Apple at APLNDC630-Z000000003, was installed on the AppleSearch Computer.   The AppleSearch Version 1.5 Client application, produced by Apple at APLNDC630-Z000000003, was also installed on the AppleSearch Computer.   The Custom WAIS Databases file in the AppleSearch preferences folder was configured to recognize the database "Cats" on port 213 of the WAIS Server at public IP address 12.144.180.200, the same Internet WAIS server that was configured to demonstrate the free-WAIS-sf 2.0.65 software, which is described above and incorporated into this section by reference.

489.   The AppleSearch Server application was launched on the AppleSearch computer and used to create an information source based on the contents of the folder named "Fish" located on the hard drive of the AppleSearch computer, by indexing four text files, each containing a description of a particular type of fish.   The index was also stored on the hard drive of the local AppleSearch computer.   The AppleSearch Server application was used to add the local index Fish located on the hard drive of the AppleSearch computer as an information source.

The AppleSearch Server application was also used to add the WAIS Internet database Cats, located on the WAIS Internet server on the Internet, as an information source.

490.    The AppleSearch Client application was launched on the AppleSearch computer, that is the same computer running the AppleSearch Server application and storing the index of the files in the folder Fish, which was also on the AppleSearch computer.   A reporter was created using the AppleSearch Client application and used to perform several searches of both the WAIS Internet information source and the local AppleSearch information source, which confirmed my opinion that the AppleSearch version 1.5 software produced by Apple at APLNDC630-Z000000003, invalidates the asserted claims of the '959 patent.

491.    Attached as Video Exhibits 1-11 to my Report are videos which were prepared that demonstrate the AppleSearch version 1.5 installation and configuration described above. Attached as Video Exhibits 15-20, and referenced above, are videos that demonstrate the free-WAIS-sf Internet server installation and configuration which was used in the AppleSearch demonstration.   I have included screen captures of this demonstration in Exhibit 1 to my Report.

### 3.      Newton version 2.0 running Hemlock

492.    In addition to analyzing the documentation and source code for Newton running Hemlock relied upon in my Report and Exhibit 6 to my Report, I also performed searches on the Newton MessagePad 2100 device produced at LUKENDCA630PHYS6, running Newton version 2.0 and Hemlock, which I understand is exemplary of the software that was available to the public in the United States before January 5, 2000.   In my opinion, the configuration of this device, which is described below, corroborates my opinion that Newton running Hemlock, in combination with the knowledge of a person of ordinary skill in the art, invalidates the asserted claims of the '959 patent.

493.    Attached as Video Exhibit 13 to my Report is a video which was prepared at my

IX.      **ANALYSIS OF THE VALIDITY OF THE '959 PATENT**

     A.      **Anticipation**

498.      As discussed above, it is my opinion that certain claims of the '959 patent are anticipated by the prior art discussed below under either my understanding of the plain and ordinary meaning of the claims or Apple's apparent understanding.

499.      In the following sections, I provide a narrative of my opinions.   I have also attached detailed charts for each reference identifying the anticipating disclosure for each prior art reference discussed below.    These charts also reference Exhibits 1-9, which are incorporated by reference into this report.

500.      Moreover, the invalidity claim charts attached hereto as Exhibits 1-9 set forth excerpts from the prior art that anticipates or renders obvious the asserted claims and my analysis of those disclosures and are offered in addition to the analysis in the body of this report.    The claim charts are not intended to limit or supplant in any way the analysis contained in this report. Rather, the charts and report together comprise my opinion.

     1.      **AppleSearch System**

501.      In my opinion, the AppleSearch system discloses each and every element of claims 24 and 25 and therefore anticipates these claims.

502.      Exhibit 1 provides an element-by-element analysis of AppleSearch, and is incorporated by reference into this report.   In my opinion, the AppleSearch system, including the disclosures in Exhibit 1, enable one of ordinary skill to practice the asserted claims of the '959 patent without undue experimentation.

     2.      **U.S. Patent No. 5,926,808 to Evans**

503.      In my opinion, Evans discloses each and every element of claims 24 and 25 and therefore anticipates these claims using that construction.

504.    Exhibit 2 provides an element-by-element analysis of Evans, and is incorporated by reference into this report.    In my opinion, the disclosure of Evans, including the disclosures in Exhibit 2, enable one of ordinary skill to practice the asserted claims of the '959 patent without undue experimentation.

### 3.    MetaCrawler System

505.    In my opinion, MetaCrawler renders obvious claims 24 and 25 of the '959 patent. However, Apple or its expert may take the position that instructions on a local machine that provide an information identifier to a service running on a remote server, which in turn provides the information identifier to a plurality of heuristics, may satisfy the limitations of this claim even though the instructions that provide the identifier to the plurality of heuristics execute on the remote server, not on the local machine.    To the extent that this position is held to be valid, a standard configuration in which the Web browser and Clio ran on the user's workstation while MetaCrawler ran on a remote server would anticipate claims 24 and 25 of the '959 patent, including enabling a person of ordinary skill in the art to practice the claims without undue experimentation.

506.    Exhibit 5 provides an element-by-element analysis of MetaCrawler, and is incorporated by reference into this report.

### 4.    WAIS System

507.    In my opinion, the WAIS system discloses each and every element of claims 24 and 25 and therefore anticipates these claims.

Exhibit 9 provides an element-by-element analysis of WAIS, and is incorporated by reference into this report.    In my opinion, the WAIS system, including the disclosures in Exhibit 9, enable one of ordinary skill to practice the asserted claims of the '959 patent without undue experimentation.

Martin Rinard

Aug. 12, 2013

Date

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

## EXHIBIT 1

### APPLESEARCH SYSTEM CLAIM CHART FOR U.S. PATENT NO. 6,847,959

The AppleSearch version 1.5 system ("AppleSearch") was a commercial product sold by Apple which allowed users to search for information stored on both their local computer and a remote WAIS server across the Internet, and return results in a single unified interface. AppleSearch was known sold, offered for sale, and in public use in the United States more than a year before January 5, 2000, and therefore I understand is prior art to the '959 patent under 35 U.S.C. §§ 102(a), (b), and (g) & 103.

The AppleSearch system anticipates claims 24 and 25 of the '959 patent. The AppleSearch system, as describe by the documents produced in the case, invalidates the asserted claims. I incorporate by reference my discussion of AppleSearch in my Report into this chart. Because AppleSearch also searched WAIS databases on the Internet, I also incorporate my discussion of WAIS in my Report.

Additionally, the AppleSearch software and source code also demonstrates that the AppleSearch system invalidates the asserted claims. I rely on the AppleSearch 1.5 Client and Server source code in my analysis below, produced by Apple at the source code path: /Volumes/Source/Additional_Samsung630_Off_20130325/921-Samsung630_AppleSearch/AppleSearch_source/. I rely on the AppleSearch 1.5 Client and Server software applications in by analysis below, produced by Apple at APLNDC630-Z000000003.

In my analysis below, I also rely on the WAIS software and source code version freeWAIS-sf 2.0.65, produced as FUHRNDCA630-00000001, as well as SAMNDCA630-05349929, both of which were known and made publicly available after AppleSearch version 1.5 became publicly available, but more than a year before January 5, 2000. However, as explained in the discussion of AppleSearch in my report, and detailed below, the AppleSearch software contained a WAIS Gateway which could connect and locate information in any WAIS database on the Internet. *See* AppleSearch Administrator's Guide at pp. 4-5, 25-29, APLNDC630-0000441959-60, APLNDCA630-0000441979-84 ("All WAIS information source can be searched by all AppleSearch client software users"); AppleSearch source code at ████████████████████████████████████ Accordingly, the particular version of free-WAIS-sf 2.0.65 upon which I rely is intended to be exemplary only.

The AppleSearch Server and Client software produced by Apple at APLNDC630-Z000000003, which was known, made publicly available, sold and in public use in the United States more than a year before January 5, 2000, includes a) the complete version of AppleSearch Version 1.5 Server which can be installed on a Macintosh computer, then used to index a folder on the hard drive of that same Macintosh computer, store the index on the same computer, and connect to a WAIS database located on the Internet; and b) the complete version of AppleSearch Version 1.5 Client which can be installed on the same computer, and be used to search and retrieve indexed documents located on the hard drive of that same computer, and also search and retrieve indexed documents on WAIS databases on the Internet which the user configured to connect to the same computer using the AppleSearch Server software. Apple

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

has also produced documentation regarding the installation, configuration and use of the AppleSearch version 1.5 Server and Client software at APLNDC630-0000441829-943 and APLNDC630-0000441944-2053, both of which were known and made publicly available in the United States more than a year before January 5, 2000.

The freeWAIS-sf 2.0.65 distribution, which was made publicly available, known and in public use in the United States more than one year before January 5, 2000, includes all source code necessary to operate a WAIS server, including the complete source code for a WAIS server.  The freeWAIS-sf 2.0.65 distribution also contains documentation regarding the configuration, installation, and use of a WAIS server.

I have analyzed the source code and documentation for AppleSearch version 1.5 Client and Server.  I have also directed the configuration, installation, and testing of the AppleSearch version 1.5 Client and Server software on the same computer.  I have also analyzed the source code for the free-WAIS-sf 2.0.65 distribution  of WAIS as discussed in Exhibit 9 to my report.  I have also directed the configuration, installation, and testing of the WAIS components in this distribution.  I have used these installed components to perform the steps outlined in claims 24 and 25 of the '959 patent, thereby verifying that the AppleSearch version 1.5 software contains the claimed program instructions.  When the components are installed in a computer readable medium, specifically, the hard drive of a computer, according to the configuration and installation software and documentation for AppleSearch version 1.5 provided by Apple, the computer readable storage medium satisfies all of the limitations of claims 24 and 25 of the '959 patent.  I demonstrate this in my AppleSearch Demonstration Videos attached to my Report as Video Exhibits 1-11 to my Report and the WAIS Internet Server Demonstration Videos attached to my Report as Video Exhibits 15-20, which is incorporated here by reference.  I have also directed screen captures of these demonstrations, which are incorporated into my discussion below.

As discussed above, the WAIS server based on the free-WAIS-sf 2.0.65 distribution is used solely as a representative version of WAIS and is used solely to demonstrate AppleSearch's invalidating functionality.  The invalidating AppleSearch functionality described herein applies to AppleSearch as used with other WAIS distributions.  Moreover, the information sources, specific search queries, and other aspects of the AppleSearch demonstration depicted by the screen captures and in the video demonstrations are offered as examples only.  In addition, the particular configuration of the AppleSearch Server indexes and search queries are intended to be exemplary as well.  I reserve the right to rely on other uses of the AppleSearch Client and Server software, including using that software to demonstrate other searches of one or more information sources, using other search queries, and connecting to other servers running other WAIS software produced in this litigation.

Descriptions of the AppleSearch system include the documents cited below as well as in my Report:

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

- *AppleSearch User's Guide* ("AppleSearch User's Guide"), published by Apple Computer, Inc. (1994) [APLNDC630-0000441829 to 943]
- *AppleSearch Administrator's Guide* ("AppleSearch Administrator's Guide"), published by Apple Computer, Inc. (1994) [APLNDC630-0000441944 to 2053]
- D. Casseres, "Waters External Reference Specification, Draft 1.2, August 15, 1993) ("WAIS Gateway Spec.") [APLNDC630-0000369862-884] **[CBI]**
- *AppleSearch User's Guide for Windows* ("AppleSearch User's Guide for Windows"), published by Apple Computer, Inc. (1995) [APLNDC630-0000441690 to 828]
- *AppleSearch Version 1.5 Quick Reference* ("AppleSearch Version 1.5 Quick Reference"), published by Apple Computer, Inc. (1993) (available at http://support.apple.com/kb/TA32875) [APLNDC630-0000380377-79]
- *AppleSearch TCP/IP Connection User's Guide*, published by Apple Computer, Inc. (1993) [APLNDC630-0000442054 to 143]
- *Getting Started with AppleSearch*, published by Apple Computer, Inc. (1994) [APLNDC630-0000441299 to 317]
- *About AppleSearch*, published by Apple Computer, Inc. (1994) [APLNDC630-0000441318 to 343]
- *AppleSearch Update File Format Reference* ("AppleSearch Update File Format Reference"), published by Apple Computer, Inc. (1993) [APLNDC630-0000441458 to 497]
- *AppleSearch Client Developer's Guide* ("AppleSearch API Documentation"), published by Apple Computer, Inc. (1993) [APLNDC630-0000441500 to 644]
- *AppleSearch*, published by Apple Computer, Inc. (1993) [SAMNDCA630-05234977-80]
- K. Yanagihara "AppleSearch Client Future Direction" ("Yanagihara") (August 25, 1993) [APLNDC000630-0000382173-77] **[CBI]**
- R. Martherus, "AppleSearch" (available at http://infomotions.com/musings/tricks/manuscript/1600-0001.html) (September 26, 1995) ("Martherus Article")  [SAMNDCA630-04524923 to 24]
- D. Rose, J. Bornstein and K. Tiene, "MessageWorld: A New Approach to Facilitating Asynchronous Group Communication", Advanced Technology Group, Apple Computer, Inc., CIKM '95, Baltimore Maryland (1995) ("Rose Article") [SAMNDCA630-04523646 to 53]
- E. Valauskas, "Mac Monitor: AppleSearch, Power Macintosh--Most Significant Developments for 1994," *Database*,  Vol. 17, No. 6 (December 1994) ("Vaslauskas Article") [SAMNDCA630-04524914 to 917]
- J. Vratny, "A Homegrown 'Competitive Tool' at Apple Computer's Corporate Library Becomes the Newest Librarian's Assistant" *IFLA Journal*, 20:512 (1994)  ("Vratny Article") [SAMNDCA630-04524918 to 922]
- "APPLESEARCH UPGRADE PROVIDES AGENT -BASED SEARCHES ON THE INFORMATION "SUPERHIGHWAY; Text search and retrieval software for local networks enhanced to help users easily find data on the Internet", *PR Newswire*, July 26, 1994 ("AppleSearch 1.5 Press Release Article")  [SAMNDCA630-07604029-31]

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

- Usenet Postings to comp.sys.mac.system newsgroup
  - C. Galluccio, "AppleSearch Pros/Cons" (09/03/1996) (available at https://groups.google.com/group/comp.sys.mac.system/msg/57bf5fc531a4ab0b?dmode_source&output_gplain&noredirect) [SAMNDCA630-07216824]
  - D. Casseres in reply to C. Galluccio, "Re: AppleSearch Pros/Cons" (09/05/1996) (available at https://groups.google.com/group/comp.sys.mac.system/msg/cf1ffdb6403c49fd?dmode_source&output_gplain&noredirect) ("09/05/1996 Casseres Usenet Posting") [SAMNDCA630-07216825]
  - C. Galluccio, "ASIP 5.0 & AppleSearch 1.5" (08/01/1997) (available at (https://groups.google.com/group/comp.sys.mac.comm/msg/ee0ff56d1e50616d?dmode_source&output_gplain&noredirect) ("08/01/1997 Galluccio Usenet Posting") [SAMNDCA630-07216827]
  - B. Brown, "Applesearch" (03/23/1995)  (available at https://groups.google.com/group/comp.sys.mac.apps/msg/6a88801b2340b56a?dmode_source&output_gplain&noredirect)  [SAMNDCA630-07216828]
  - M. Hume in reply to B. Brown, "Re: Applesearch" (03/23/1995) (available at https://groups.google.com/group/comp.sys.mac.apps/msg/b776a536dc5293dc?dmode_source&output_gplain&noredirect) ("03/23/1995 Hume Usenet Posting") [SAMNDCA630-07216829]
  - F. Charrette, "AppleSearch - only for servers?" (06/17/1993) available at (https://groups.google.com/group/comp.sys.mac.system/msg/3f515a2b2a6e7dfa?dmode_source&output_gplain&noredirect) [SAMNDCA630-07216830]
  - S. McMains in reply to F. Charrette, "Re: AppleSearch - only for servers?" (06/17/1993) available at (https://groups.google.com/group/comp.sys.mac.system/msg/2024c491b6ccff43?dmode_source&output_gplain&noredirect) [SAMNDCA630-07216831]
  - F. Charrette in reply to S. McMains, "Re: AppleSearch - Client/Server Software on the same machine?" (06/17/1993) available at (https://groups.google.com/group/comp.sys.mac.system/msg/203d2895c80b22b9?dmode_source&output_gplain&noredirect) [SAMNDCA630-07216832]
  - S. McMains in reply to F. Charrette, "Re: AppleSearch - only for servers?" (06/18/1993) available at (https://groups.google.com/group/comp.sys.mac.system/msg/8155f7ac4961d226?dmode_source&output_gplain&noredirect&pli_1)  ("06/18/1993 McMains Usenet Posting") [SAMNDCA630-07216833]

Deposition testimony of persons with knowledge of AppleSearch include the deposition transcripts cited below as well as in my Report:
- Ken McLeod, July 12, 2013

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

- Robin Martherus, May 24, 2013
- David Casseres, May 29, 2013
- Matthew Holloway, May 29, 2013
- Dartmouth College, July 3, 2013

Software and source code for AppleSearch version 1.5 include:
- The AppleSearch Server and Client software produced by Apple at APLNDC630-Z000000003
- The AppleSearch source code produced by Apple at the source code path: /Volumes/Source/Additional_Samsung630_Off_20130325/921-Samsung630_AppleSearch/AppleSearch_source/, including but not limited to: 630OFFAPPLESOURCECODE_002725-30, 002731-46, 002754-73, 002774-75, 002776-87, 002788-95, 002796-18, 002819-20, 002821-50, 002851-53, 002854-80, 002981-3026, 003072-73, 003074-93, 003176-79, 003192-93, 003584-86, 003587-98, 003599-3602, 003603-23, 003624, 003625-31, 003632-34, 003635-54, 003657-61, 004773-74, 004775-87;  004788-93, 002898-912, 002913-14, 002919-27, 003037-43, 003044-71, 003099-3109, 003128-34, 003135-37, 003140-47, 003545-47, 003578-83, 004734-39, 004740-70, 004771-72, 004794-99, 004800-01, 004802-06, 004807-09, 004810-12, 004813-16, 004817-20, 004821-42, 004843-62, 004863-75, 004876-88, 004889-4916, 004917-42, 004943-72, 004973-80; and  004981-5013.

Descriptions of the WAIS system include the documents cited below as well as in my Report:

- *Client-Server Standards for Text: Foundation for Innovation*, Dyson, Release 1.0, 1991, KAHLENDCA630-00000487/SAMNDCA630-0000261466 ("Dyson").
- *FreeWAIS-sf\**, Pfeifer, University of Dortmund (1995), SAMNDCA630-00821903 ("freeWAIS-sf\*").
- *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 ("Tung Thesis").
- *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 ("Interfaces").
- *Overview of Wide Area Information Servers*, Kahle, April 1991, SAMNDCA630-00821974 ("Overview").
- *FREQUENTLY ASKED QUESTION FOR freeWAIS-sf*, SAMNDCA630-07218302 ("FreeWAIS-sf FAQ"); *see also* PFEIFERNDCA630-00002649; PFEIFERNDCA630-00005148.
- *MacWAIS User Manual*, Version 1.29, Microelectronics and Computer Technology Corporation (1993, 1994), SAMNDCA630-00821931 ("User Manual").
- *freeWAIS-sf   UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00028135; *also located at* SAMNDCA630-00822283; FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps ("Unido").

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

- *An Information System for Corporate Users: Wide Area Information Servers*, Kahle, Reprinted from ONLINE, September 1991, KAHLENDCA630-00000593/SAMNDCA630-00943190 ("Online Article").
- *Wide Area Information Servers: An Executive Information System for Unstructured Files*, Kahle, Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101/SAMNDCA630-04524969 ("Executive").
- *WAIS, A Sketch of an Overview*, Kellem, September 23, 1991, SAMNDCA630-00003841 ("Sketch").
- *The Promise of the WAIS Protocol*, UNIX Today!, December 1991, located in Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC Conference, KAHLENDCA630-00013891/SAMNDCA630-07330038 ("Conference").
- *WAIS: The Wide Area Information Server or Anonymous What???*, Marshall, The University of Western Ontario, 1992, KAHLENDCA630-00000206/SAMNDCA630-04386277 ("Anonymous").
- *WAIStation User Guide*, Prototype Version, v. 0.57, February 14, 1991, KAHLENDCA630-00000571/SAMNDCA630-00944300 ("User Guide").
- Wide Area Information Servers demonstration video by Franklin Davis of Thinking Machines, 1991, SAMNDCA630-00026730 ("Davis Video").
- Wide Area Information Servers (WAIS) launch lecture at Xerox PARC, 1991, SAMNDCA630-04526333 ("PARC Video").

Software and source code for free-WAIS-sf version 2.0.65 include FUHRNDCA630-00000001.

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| **[24pre]** A computer readable medium for locating information from a plurality of locations containing program instructions to: | To the extent the preamble of Claim 24 may be construed to be limiting, the AppleSearch system includes a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>AppleSearch is software that comprises program instructions residing on a computer readable medium, as described in the preamble of claim 24.  These program instructions are executed to locate information from a plurality of locations.  As discussed in my Report, which I incorporate here by reference, AppleSearch was a commercial software application, which provided a single, unified interface for locating information stored both on the local computer and in a remote WAIS server in the Internet.<br><br> "AppleSearch is a full-text search-and-retrieval application program. It builds your organization's unstructured information into an information collection and provides electronic search agents, called *reporters,* to search that collection for the information you need. For example, you could use AppleSearch to find all documents in the collection that are dated after October 14, 1989, and that discuss computer graphics; to sort those documents according to their relevance to your needs; and to display the sorted list for you.<br><br> You can add your own documents to this information, to be shared with other members of your workgroup. You can also use AppleSearch to search for information on certain computers over a network and to retrieve that information to your desktop computer."<br><br>AppleSearch User's Guide, p. 1.<br><br>As described herein, AppleSearch is able to locate information in both local storage media and in the Internet, in response to a user's query, where a local search engine and a WAIS Gateway search engine locate information in local storage media and in the Internet.<br><br>The AppleSearch Client software provided a user with a graphical interface referred to as a |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | "Reporter" which allowed the user to select information sources to search, including local and WAIS sources, and search them in parallel.<br><br><br><br>The search request in this example will cause AppleSearch to look in the information sources called "poetry" and "Literature" for articles that contain one or more occurrences of the word *Shakespeare*.<br><br>AppleSearch User's Guide at p. 29, APLNDC630-0000441868. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | In the example above, the user selected poetry, an information source stored on the local computer, and Literature, a WAIS information source stored on the Internet (indicated by the globe icon), from a list of available information sources, by clicking on the "Info Sources" button.  AppleSearch User's Guide at p. 25, APLNDC630-0000441864. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | A user could then click the "Start Search" button after which the user would immediately receive a list of results from both information sources. <br><br> In the following illustration, AppleSearch indicates that 20 articles were returned out of 50 matches for the corresponding information source. The other matching articles were not returned because of the Search Options settings. (For example, perhaps the number of maximum returns was already reached. In this case, the user could expand the Search Options parameters to allow other matching articles to be returned.) <br><br>  <br><br>                                                *   *   * <br><br> 2  Click the triangle to the left of the information source icon, or double-click the title of the information source. <br><br> A list of article titles is displayed. <br><br>  <br><br> AppleSearch User's Guide, APLNDC630-0000441873-74 |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The AppleSearch Server is responsible for receiving queries inputted by a user into the client interface and displaying results from the selected information sources. The selected information sources could include local information sources or remote WAIS information sources in the Internet.<br><br>The AppleSearch server software running on the server computer collaborates with the AppleSearch Client application program to provide AppleSearch users with fast, tailored access to information. Electronic search agents called *AppleSearch reporters* present the server with queries from users, to be performed immediately or on a schedule specified by the user. AppleSearch Server responds by searching the specified information, ranking the results, and returning those results to the client computer.<br><br>The AppleSearch server treats information as organized groups of documents known as *information sources.* An information source consists primarily of a set of shared documents and an extensive index to the full text of those documents. AppleSearch currently supports two types of information sources: local information sources and remote information sources.<br><br>&ast;  &ast;  &ast;<br><br>The following figure shows an AppleSearch server local information source as well as a WAIS information source and the remote information it represents. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  (AppleSearch Administrator's Guide, p. 3, APLNDC630-0000441958.) As shown below, AppleSearch takes the user's query, then formats the search request for the particular information sources selected, a local information source or a remote WAIS database, where the search request contains the query and is appropriately formatted for AppleSearch's local search engine or a WAIS server.  AppleSearch then provides the appropriately formatted search request to the local search engine or a WAIS server.   In response, the local search engine and WAIS server locate candidate items of information and return these candidate items of information.  AppleSearch then determines at least one of the returned candidate items of information to display to the user and displays a representation of the determined item. The candidate items of information are located both in local storage media and the Internet. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The AppleSearch version 1.5 software runs on Apple computers. To run on Apple computers, the software must take the form of instructions stored in a computer readable medium, for example the RAM of the Apple computer. These instructions locate information from plurality of locations as the Claim requires.  AppleSearch Demonstration Video showing screen capture of an Apple Macintosh LC630 computer (the AppleSearch computer) running Mac OS 7.5.3, running both the AppleSearch version 1.5 Client software application and the AppleSearch version 1.5 Server software application, receiving the information identifier "cat" from an input box, and returning results from an index of a WAIS database named "Cats" located in the Internet and an index of files in a folder named "Fish" |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | located in the hard drive of the AppleSearch computer.  The globe icon next to the name "Cats" indicates that it is a WAIS database located in the Internet.  *See* AppleSearch User's Guide at p. 25, APLNDC630-0000441864. |
| **[24A]** receive an information identifier; | AppleSearch includes instruction which receive an information identifier.   Specifically, AppleSearch  receives one or more words a user types into the "Search for:" box in an AppleSearch client application.

"Specifying your search request
After you select information sources, you can type your search request. . . .

Typing a request
A search request consists of one or more words related to the information you want to find. You can type uppercase or lowercase letters; AppleSearch is not case sensitive. AppleSearch will search for articles containing any or all of these words.

To type a search request:

In the "Search for" box, type (or copy and paste) any word or phrase that relates to the information you want to find. . . . |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>The search request in this example will cause AppleSearch to look in the information sources called "poetry" and "Literature" for articles that contain one or more occurrences of the word *Shakespeare*."<br><br>AppleSearch User's Guide at p. 29.<br><br><br>The software for AppleSearch version 1.5 also demonstrates that AppleSearch received an information identifier: |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch computer running the AppleSearch version 1.5 Client software application and the AppleSearch version 1.5 Server software application, and receiving the information identifier "fish" from an input box. <br><br> Further detail regarding how AppleSearch receives the information identifier is available in the AppleSearch source code, including for instance ███████████████ ██████████ |
| **[24B]** provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | AppleSearch includes instructions which provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media. |

- 16 -

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | AppleSearch includes instructions to locate information in a plurality of locations which include the Internet and local storage media.<br><br>Specifically, AppleSearch allows a user to search local information sources attached to the computer running the server software application. These information sources include folders on the server's hard disk.<br><br>     The contents of local information sources are kept on the AppleSearch server. Typically, local information sources contain the types of files found in all organizations: memos, financial data, operational procedures, personnel policies, and so forth. In general, if your organization creates or maintains a document, that document will be stored in a local information source.<br><br>     Local information sources can be kept on any locally attached SCSI device, such as a hard disk or CD-ROM drive.<br><br>AppleSearch Administrator's Guide, p. 2, APLNDC630-0000441957. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of AppleSearch computer showing the folder "Fish" located on the hard drive of the AppleSearch computer on which AppleSearch Server and AppleSearch client have been installed. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch Server application on the AppleSearch computer showing the user adding the folder "Fish" located on the hard drive of the AppleSearch computer as a local information source to be indexed by the AppleSearch server, the index to also be located on the hard drive of the AppleSearch computer. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch Client application (top window) on the AppleSearch computer also running the AppleSearch Server application (bottom window), showing the user using the Client application to select the local information source "Fish" located on the hard drive of the AppleSearch computer, as one of the information sources the user will search. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch computer running the AppleSearch Server application (bottom window) and the AppleSearch Client application (top window) returning results from the local information source "Fish", located on the hard drive of the AppleSearch computer, after the user entered the word "fish" and clicked "Start Search."  Results returned include the locally stored files Goldfish.txt, Guppy.txt, Catfish.txt and Rainbowfish.txt.<br><br>The AppleSearch client application was capable of being installed on the same computer as the AppleSearch server application.  Accordingly, the storage media that stored the indexed data and the AppleSearch code for locating information on that local storage media could all be on the same desktop computer. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The system requirements for the AppleSearch Server and AppleSearch Client software which were printed on the software packaging demonstrated that a computer that a single computer could meet both the requirements of the AppleSearch Server software and the AppleSearch client software; therefore the software could be installed on both:  APLNDC630-0000442269. In addition, Apple's own deposition testimony, deposition testimony of former employees |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | and third-parties who worked on AppleSearch, and Usenet postings of Apple employees and third-parties who installed AppleSearch, confirm that to be the case.<br><br>    Q. . . . There was a recommended configuration for an AppleSearch server; correct?<br><br>    A. Yes, I believe so.<br><br>    Q. And if you have that recommended minimum configuration for the AppleSearch server and you also ran the AppleSearch client on the same computer, it would be possible to query that server from the same computer; correct?<br><br>    MR. BUROKER: Objection. Incomplete hypothetical.<br><br>    THE WITNESS: I imagine it would be possible.<br>McLeod Tr., 134/12-135/25. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | From: casseres@apple.com (David Casseres)<br>Subject: Re: AppleSearch Pros/Cons<br>Date: 1996/09/05<br>Message-ID: <casseres-0509960917440001@cassda.apple.com>#1/1<br>X-Deja-AN: 178686613<br>references: <clement-0309962205360001@ts7port27.port.net><br>organization: Apple Computer, Inc.<br>newsgroups: comp.sys.mac.system<br><br>In article <clement-0309962205360001@ts7port27.port.net>,<br>clement@interport.net (Clement J. Galluccio) wrote:<br><br>> I am considering indexing legal documents in MS Word format so they can<br>> searched quickly for text strings. I saw a AppleSearch demo at MacWorld<br>> two or three years ago and it seemed to be more than capable. Any comments<br>> or alternatives?<br><br>AppleSearch is good.  You should be aware that it is designed to be a<br>client/server application, with an indexing/search engine running on a<br>server (which might also be a file server) and a number of clients<br>connecting via the local net to request searches.<br><br>You can instead run both the server application and the client on your own<br>machine, but then you need to have a good deal of RAM and hard disk space<br>as the server's footprint is fairly big.  If your system can handle it, it<br>works fine in this configuration.<br><br>--<br>David Casseres<br>Exclaimer: Hey!<br><br>SAMNDCA630-07216825. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Path: nntp.gmd.de!dearn!blekul1!ccsdec1.ufsia.ac.be!reks.uia.ac.be!idefix.CS.kuleuv<br> Belgium.EU.net!EU.net!howland.reston.ans.net!cs.utexas.edu!news.tamu.edu!news.utdal<br>From: mnh@bnr.ca (Mark Hume)<br>Newsgroups: comp.sys.mac.apps<br>Subject: Re: Applesearch<br>Date: Thu, 23 Mar 1995 16:04:00 -0500<br>Organization: Bell-Northern Research Ltd.<br>Lines: 40<br>Message-ID: <mnh-2303951604000001@bcarm5cc.ott.bnr.ca><br>References: <rmbrow2-230395114618@rmbrow2.ecte.uswc.uswest.com><br>NNTP-Posting-Host: bcarm5cc.bnr.ca<br><br>In article <rmbrow2-230395114618@rmbrow2.ecte.uswc.uswest.com>,<br>rmbrow2@denitqm.ecte.uswc.uswest.com (bob brown) wrote:<br><br>> Anyone had any experience using Applesearch? Does it do Boolean and other<br>> complex searches? Can I use it to search more than one external drive at a<br>> time using the same search parameters? (I want to daisy chain two drives<br>> and search them both simultaneously.) Can I install it on  my machine as<br>> the host and search an external drive conected to my machine as a client?<br>><br>> I want to search for text in documents on my own internal drive. Are there<br>> any other good search engines (that allow complex search parameters and are<br>> fast) which are better than Microsoft Word's engine ?<br>><br>> Post, but e-mail's preferred. Thanks!<br>><br>> --<br>> Bob Brown<br>> US WEST Communications<br>> Multimedia Marketing<br><br>Hi,<br><br>AppleSearch supports boolean and other wildcard searches.<br><br>Using the supplied client, it will search any number of sources you<br>specify including WAIS servers.  The searches are actually performed and<br>the results returned to you one source at a time, so you can start<br>examining the result before the search is complete.<br><br>One restriction is that the sources all have to be local to the Server<br>machine (you can't mount an AppleShare volume on the server and search<br>it).  They can be on multiple drives though (hard disk and CDRROM - any<br>SCSI drive).<br><br>The server and client can be on the same machine.<br><br>Cheers, Mark Hume<br>Bell-Northern Research Ltd.<br>-------<br>Standard Disclaimer<br><br>SAMNDCA630-07216829.<br><br>*See also* Bivona Tr., 158/24-159/5; Holloway Tr. at 23/11-25/2. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Further, as repeatedly shown in the screen captures above, the AppleSearch Server version 1.5 and AppleSearch Client version 1.5 software applications can successfully be installed and operated on the same computer.<br><br>To the extent that Apple or its expert contend that AppleSearch does not disclose the limitation of "provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include . . . local storage media" because AppleSearch only locates information on the local storage media of the computer containing the AppleSearch Server software, in my opinion it would have been obvious for a person of ordinary skill in the art to combine AppleSearch with his or her own knowledge and install the AppleSearch Server software on the same computer as the AppleSearch Client software so that he or she could search for documents located on the same computer as the interface he or she was using to enter the search and display results.<br><br>As shown above, based on the system requirements of the AppleSearch Client and Server software, the deposition testimony related to AppleSearch, Usenet postings on AppleSearch software and the demonstrations of the AppleSearch software, and my own testing and analysis of this software, it was well within the knowledge of the person of ordinary skill that the AppleSearch Client and AppleSearch Server software could be installed on the same computer. This installation would yield completely predictable results, and this software was in fact used in this fashion during the prior art period, as demonstrated by the testimony of witnesses and by Usenet postings describing this very configuration.<br><br>A person of ordinary skill in the art would also have been motivated to install the AppleSearch Client and AppleSearch Server software on the same computer for many reasons.  First, in the early-to-mid-1990s, a person would often have access to only one computer on which he or she could install software, specifically his or her desktop computer. In the home environment computers were expensive enough so that many people would only |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | purchase one computer. In many work environments system administration policies allowed users to install software only on his or her own desktop machine.  Second, even if the user had access to multiple computers, in many cases only one of them may have met the requirements for installing the AppleSearch software.  For example, a user may have had access to only one computer running Mac OS 7.0 or later.  I also note that in many environments, early adopters often purchase the first version of a machine available in that environment, then use that machine to explore the potential capabilities available via that machine. Moreover, even if a user had multiple machines available that satisfied the requirements, when exploring the capabilities of a new system or systems, users would often attempt to confine their installation of software to a single machine, leaving the other configurations in place and not introducing any potential unwanted interactions introduced by the installation of new software.  Accordingly, a person of ordinary skill in the art would be motivated to install and use the AppleSearch Server software and AppleSearch Client software on the same machine.  The deposition testimony and Usenet postings cited above, as well as the deposition testimony of the developers of free-WAIS-sf cited below, corroborates my opinion that a person of ordinary skill would be motivated to install client and server software on the same computer: <br><br> "Q. So could a user download FreeWAIS-sf server and download a WAIS client and then set up the FreeWAIS-sf server and use -- the same WAIS client will use FreeWAIS as the example to search that FreeWAIS-sf server? <br><br> MR. FURMAN: Objection: calls for speculation; incomplete hypothetical; vague. <br><br> THE WITNESS: Yes, that was the normal procedure. <br><br> BY MR. JAFFE: <br><br> Q. Why was that the normal procedure? <br><br> MR. FURMAN: Objection. Again, this is outside the scope of |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | what's appropriate for redirect.  This is not your deposition. |
| | THE WITNESS: Because -- well, you usually want it when you set up the server. You had to test it and for that you also needed the client and then typically you needed several trials before you had set up the server properly and the only way to check this was through using it via a client. |
| | BY MR. JAFFE: |
| | Q. Was the FreeWAIS-sf server and the FreeWAIS client capable of being installed on the same computer? |
| | MR. FURMAN: Objection: calls for speculation; hypothetical. |
| | THE WITNESS: Yes, that certainly was all the standard procedure for a new installation or especially for a new database, that you first had both the client and the server on your own machine and, yes, just for this testing cycle this was the most efficient way for doing it. |
| | BY MR. JAFFE: |
| | Q. So it was actually expected that a user who first downloaded the FreeWAIS-sf server that you made available would install it and set up a database on the same computer that they -- that a user would install the client so that they could test that the FreeWAIS-sf server was working? |
| | MR. FURMAN: Objection: incomplete hypothetical; calls for speculation. |
| | THE WITNESS: Yes. |
| | Fuhr Tr. at 173/14-175/5. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | "Q. And you testified earlier that SFGate could be installed on the same computer as a FreeWAIS - sf server? |
| | MR. FURMAN: Objection, misstates his prior testimony. |
| | A. That is possible. That is true. |
| | Q. How do you know? |
| | A. I did that on my own during development of SFGate. It has been the set-up of my test environment, test and development environment. |
| | Q. And why did you do that? |
| | A. In order to further develop SFGate, I had to test, for example, additional features, and therefore I need a test application and a test environment and, of course, to be flexible, to be able to do this work everywhere where my computer is, I installed all these components locally on my computer, and from SFGate on it. |
| | Q. You mentioned earlier that it is 1 possible for someone, for anyone who downloaded and installed SFGate as well as downloaded and installed FreeWAIS - sf to install them on the same computer? |
| | Correct? |
| | MR. FURMAN: Objection, misstates his prior testimony. |
| | A. This is true. |
| | Q. Why would someone do that? |
| | A. One reason is for testing, like I did it. |
| | Q. Any other reasons? |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | A. It could be that people want to make local collections searchable just for themselves. One application could be, for example, to index e-mails of course which should not go through the internet searchable.<br><br>Q. And when you say "should not go through the internet", what do you mean?<br><br>A. That the respective SFGate application search form is not available to others digging into your personal e-mails."<br><br>Gövert, 122/7-123/21.<br><br>Another motivation would be to limit the need to access or transfer data across a network where possible to improve the performance of the system.  A person of ordinary skill in the art would be motivated to install the AppleSearch Server software on the same computer as AppleSearch Client software to reduce network latency because the client application would not have to communicate over a network to access local information sources indexed by the AppleSearch server.  Yet another motivation would be to install the AppleSearch Server software and AppleSearch Client software on the same computer for testing purposes and quality assurance in order to eliminate the network as a potential bottleneck or other source of issues.  Another motivation was that typical users were motivated to install the AppleSearch client software and AppleSearch server software on the same computer as evidenced by many of the Usenet postings concerning AppleSearch.  SAMNDCA630-07216825-33.  Another motivation would be to install the client on the most powerful computer available to increase responsiveness.<br><br>Finally, a person of ordinary skill in the art would have been motivated to install AppleSearch Server software and AppleSearch Client software on the same computer due to market forces and design trends.  Brewster Kahle of Thinking Machines discussed the need to merge searching desktop information and WAIS information in a single interface: |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The problems that are being addressed in the design of this system include ***human interface issues, merging of information of many sources***, ***finding applicable sources of information,*** and setting up a framework for the rapid proliferation of information servers. Accessing ***private, group, and public information with one user model*** implemented on personal workstations is attempted to allow users access to many sources without learning specialized commands.<br><br>*   *   *<br><br>Finding documents (or more generally, information) on ***one's personal disk is important***, but finding relevant information on ***remote systems would extend the usefulness of personal computers . . . .  One of the major goals of the WAIS project is to integrate wide area requests in a natural way with local area requests.***<br><br>Wide Area Information Server Concepts, by Brewster Kahle, Thinking Machines, 11/3/1989, KAHLENDCA630-00000522 at 524, 531.<br><br>As Kahle and the New York Times pointed out, the market for rapid retrieval of information was growing in the early-1990s:<br><br>The market for software that allows the rapid retrieval of computerized text is small but growing, according to industry analysts. In 1989, the United States had fewer than 60,000 users; by the next year, total sales were about $120 million. The Delphi Consulting Group expects the market to grow to 160,000 users and $235 million by 1992.  "Information retrieval technology is starting to spread from supercomputers |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | all the way down to personal computers," said Brewster Kahle, a Thinking Machines scientist who has led the WAIS experiment.<br><br>KAHLENDCA630-00011173, "For Shakespeare Just Log On", *New York Times* (July 3, 1991)<br><br>Accordingly, a person of ordinary skill would have been motivated to combine the teachings of AppleSearch with her or her knowledge to install AppleSearch Server and AppleSearch Client software on the same computer such that the local storage media indexed by the AppleSearch Server software component was on the same computer as the AppleSearch client interface.<br><br>AppleSearch also includes instructions which locate information in the Internet. Specifically, AppleSearch locates information in a WAIS database or databases which are accessible in the Internet through the TCP/IP protocol.  In doing so, AppleSearch is acting as a WAIS client which can search information that has been indexed on WAIS servers via the Internet. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | AppleSearch and the Internet |

AppleSearch and the Internet

Most WAIS servers are connected to an intercontinental network called the *Internet*. The Internet, simply stated, is a communications network that supports information sharing among many computers, as shown in the following figure.



The Internet provides for standardized communication of information by using a set of protocols known as the *Transmission Control Protocol* (TCP) and the *Internet Protocol* (IP), commonly referred to together as TCP/IP. Using MacTCP (TCP/IP software from Apple), AppleSearch Server gives your organization managed access to many WAIS databases available through your Internet connection.

\* \* \*

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The AppleSearch WAIS Gateway program provides a software connection to WAIS databases. AppleSearch Server uses the WAIS Gateway to allow you to make WAIS databases available to your users as WAIS information sources. This interaction is shown in the following figure.  **IMPORTANT** All WAIS information sources can be searched by all AppleSearch client software users. Some material published on the Internet through WAIS may be inappropriate for your users and their needs. As soon as you add a WAIS information source, it is recommended that you screen its content by running some test searches. (For more information, see "Adding WAIS Information Sources" in Chapter 2.) With a few clicks, you designate your shared folders and selected WAIS databases as information sources. With a few more clicks, you tell AppleSearch to index the local information sources. They are then ready to be searched by authorized AppleSearch users. AppleSearch Administrator's Guide at pp. 4-5, APLNDCA630-0000441959-60. The software for AppleSearch version 1.5 also demonstrates that AppleSearch could locate information in the Internet: |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | <br><br>WAIS Demonstration Video showing screen capture of a free-WAIS-sf server on the Internet running Redhat Linux 6.1.  The server has a public IP address of 12.144.180.200, an Internet address to which other computers connected to the Internet may send data. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>WAIS Demonstration Video showing screen capture of the freeWAIS-sf server with free-WAIS-sf version 2.0.65 installed, showing the creation of a database Cats launching the free-WAIS-sf server on port 213, which is indicated by the command "waisserver -d . -p 213 &" so that the database Cats on the free-WAIS-sf server is ready to be searched. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of an Apple Macintosh LC630 computer (the AppleSearch computer) running Mac OS 7.5.3, which has an IP address of 192.168.0.39, and can connect to the Internet. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | AppleSearch Demonstration Video showing screen capture of the WAIS Custom Databases file on the AppleSearch computer being configured to connect to the WAIS database named Cats on port 213 of the WAIS server at the IP address 12.144.180.200. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch computer showing the WAIS database Cats on the free-WAIS-sf server at the public IP address 12.144.180.200 being added as an information source in the AppleSearch Server software application. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch computer running the AppleSearch Server application (bottom window) and the AppleSearch Client application (top window) showing the user using the Client application to select the WAIS database "Cats" located on the Internet as a WAIS information source to be searched. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch computer running the AppleSearch Server application (bottom window) and the AppleSearch Client application (top window) returning results from the WAIS database "Cats" on the free-WAIS-sf server on the Internet after the user entered the word "cat" and clicked "Start Search."  Returned results include the files stored on the Internet: AmericanBobtail.txt, Snowshoe.txt, Manx.txt, and CornishRex.txt. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the free-WAIS-sf computer running free-WAIS-sf server 2.0.65 showing that it has been searched for the word "cat" and the results returned. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | AppleSearch also includes instructions which provide the information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media. These heuristics include, for example, a heuristic for locating information in the Internet via WAIS and a heuristic for locating information in local storage media.<br><br>As discussed in more detail below, when an information identifier is received by the AppleSearch instructions, those instructions provide the information identifier to each information source selected.<br><br>If the information source is a local information source it is provided to the CPL information retrieval engine which implements a local storage media heuristic.  If the information source is a WAIS information source, the information identifier is provided to a WAIS server which implements a WAIS Internet heuristic. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The following figure shows an AppleSearch server with a local information source as well as a WAIS information source and the remote information it represents.<br><br><br><br>AppleSearch Administrator's Guide at p. 3, APLNDCA630-0000441958.<br><br>*See also* AppleSearch Administrator's Guide at pp. 3-7, APLNDC630-0000441958-62; AppleSearch 1.5 Press Release Article, SAMNDCA630-07604030.<br><br>Further detail regarding these instructions are available in the AppleSearch source code, including for instance ███████████████████████████<br>███████ |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | In this chart I also consider an AppleSearch system as demonstrated in the AppleSearch demonstration videos attached to my Report as Video Exhibits 1-11, with an AppleSearch Server software installed on the same machine as the Apple Search Client software, and the AppleSearch Server configured with two information sources: one is a local index of files on the AppleSearch computer's hard drive directly, and the other is a WAIS database containing a remote index of files located on the WAIS server on the Internet.  In response to queries, the AppleSearch CPL Information retrieval engine heuristic implemented by the AppleSearch software would locate information in the local index in local storage media and the WAIS Internet heuristic implemented by the WAIS server would locate information in a WAIS database in the Internet.  *See*  AppleSearch Demonstration Videos.  As stated above, the particular configuration of the AppleSearch local index, the version of the WAIS software used, the configuration of the WAIS server database, and the queries used to locate information on the AppleSearch computer and the WAIS server are merely exemplary. |
| | The AppleSearch CPL information retrieval engine implements a heuristic which a) is a "rule of thumb," b) does not consist solely of constraint satisfaction parameters, c) receives the claimed information identifier, and d) locates information in the local storage media of the Apple computer running the AppleSearch software.  The CPL information retrieval engine heuristic incorporates, in turn, a number of other heuristics. These heuristics include, for example, stemming and relevance ranking to locate documents. As discussed further below, the information identifier is provided to both the stemming and relevance ranking heuristics. |
| | As discussed above, AppleSearch provides the information identifier to a WAIS server on the Internet which contains a WAIS database selected by the user, such as the WAIS server included in the freeWAIS-sf 2.0.65 distribution. |
| | Each WAIS server, such as the WAIS server included in the freeWAIS-sf 2.0.65 distribution, implemented a heuristic. This WAIS Internet heuristic a) was a "rule of thumb," b) did not |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | consist solely of constraint satisfaction parameters, c) was provided with the claimed information identifier, and d) when accessed via the Internet, located information in the Internet, specifically in the WAIS databases that the server could search in response to queries from remote clients. This WAIS Internet heuristic could incorporate, in turn, a number of other configurable heuristics. These heuristics included, for example, stemming, synonym detection, phonetic search (*e.g.*, SOUNDEX and PHONIX), and a relevance ranking heuristic.<br><br>The WAIS server incorporates a WAIS database search engine that locates information stored in WAIS databases. The stemming heuristic could be turned on and off in either the WAIS search engine or in the WAIS databases that the WAIS search engine searched. Depending on the presence or absence of a synonym file and the contents of the synonym file if present, the synonym detection heuristic could be configured to use different synonyms or no synonyms at all. The relevance ranking heuristic could be configured to use different relevance ranking weighting functions.<br><br>See, for example,<br>ir/sersrch.c 909-917, 952-960<br>ir/sersrch.c 1129-1141, 1238-1249<br>ir/synonym.c 181-185, 53-83, 86-316<br><br>Figure 4.17 of the Tung thesis presents an overview of the heuristics described above. As this diagram illustrates, the query is provided to the WAIS heuristics, which locate information in a WAIS database: |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  Figure 4.17: Integration of the query parser into the search engine<br><br>See also, for example |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  Figure 3.28: The search engine<br><br>Tung Thesis at SAMNDCA630-06029240.<br><br>The documents are listed by title (either a specified title or the first line of text by default), in order of their scores*. **The scores measure relevance, according to algorithms that may vary from server to server**. On a Boolean server, that might simply be the number of times a specific word appears in a document, or the number of times it appears divided by the number of words in the document, or it might be a 1 for "present"; on a Thinking Machines server, it might be a complex, proprietary ranking that involves weights, co-occurrences of words, etc. (see Release 1.0, 1-88 and 3-90). |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | The type defines the document's format -- TEXT, PICT, TIFF, etc.   an extensible list that could include spreadsheet files or voice annotations. ***WAIS has already extended Z39 to handle multimedia by handling larger files, parts of files, and "understanding" the vagaries of graphics and potentially sound or video formats.*** Obviously, the client needs the appropriate facilities to represent the objects retrieved to the user, but the protocol itself can handle anything digital.  Dyson at KAHLENDCA630-00000487.<br><br>*See also* July 25, 2013 Deposition of Brewster Kahle at 72:4-15:<br><br>Q. So there were different clients developed by different people, correct?<br>A. Yes.<br>Q. And different server systems, correct?<br>A. Yes.<br>Q. And different indexing tools to index content?<br>A. There were different indexing tools, yes.<br>Q. Different searching mechanisms?<br>A. There were different searching mechanisms developed that were plugged into this system.<br><br>*Id.* at 97:18-21:<br><br>A. There are many different kinds of servers that  answered questions in very different ways. So this is a -- again, a simplification to talk about a particular set of server technologies.<br><br>*Id.* at 109:15-22:<br><br>Q. Later on, were -- were some web -- excuse me.<br>Were some WAIS servers set up to index and offer web content? |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | A. Yes. So there were web servers that were used for many -- sourcing many types of information and things that would be involved as served out over -- from the one level of the protocol interaction would go over HTTP. That was common.  WAIS Demonstration Video showing screen capture of the synonym file "Cats.syn" located on the free-WAIS-sf server.  This file is typically created and configured by the user who creates the database for the free-WAIS-sf server with synonyms corresponding to words that the creator expects users to enter as a search term.  See Exhibit 9 to my Report at [24B].  Accordingly, the search term "cherish" should also locate documents in the WAIS database containing the search term "love." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch server showing the results of a search in the AppleSearch client application for the word "cherish."  The results include the file "Snowshoe.txt" and "Manx.txt" on the free-WAIS-sf server. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  WAIS Demonstration Video showing screen capture of the file "Snowshoe.txt on the free-WAIS-sf server  on the Internet showing that the file does not contain the word "cherish." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  WAIS Demonstration Video showing screen capture of the file "Manx.txt on the free-WAIS-sf server  on the Internet showing that the file does not contain the word "cherish." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of the file "Snowshoe.txt" located on the free-WAIS-sf server being displayed on the AppleSearch computer after double-clicking the result.  The file does not contain the word "cherish", but does contain the word "love," a the synonym the creator of the free-WAIS-sf database "Cats" configured for the word "cherish." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  |  AppleSearch Demonstration Video showing screen capture of the file "Manx.txt" located on the free-WAIS-sf server being displayed on the AppleSearch computer after double-clicking the result.  The file does not contain the word "cherish", but does contain the word "fun-loving." Because of a combination of stemming and synonym detection, the free-WAIS-sf server locates the file "Manx.txt" when presented "cherish" as a query. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | When an information identifier is received by the AppleSearch instructions, those instructions provide the information identifier to each information source selected.  If the information source is a local information source it is provided to the CPL information retrieval engine which implements a local storage media heuristic.  If the information source is a WAIS information source, the information identifier is provided to a WAIS server which implements a WAIS Internet heuristic.<br><br><br><br>AppleSearch Administrator's Guide at p. 3, APLNDCA630-0000441958. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The AppleSearch WAIS Gateway program provides a software connection to WAIS databases. AppleSearch Server uses the WAIS Gateway to allow you to make WAIS databases available to your users as WAIS information sources. This interaction is shown in the following figure.  IMPORTANT All WAIS information sources can be searched by all AppleSearch client software users. Some material published on the Internet through WAIS may be inappropriate for your users and their needs. As soon as you add a WAIS information source, it is recommended that you screen its content by running some test searches. (For more information, see "Adding WAIS Information Sources" in Chapter 2.) With a few clicks, you designate your shared folders and selected WAIS databases as information sources. With a few more clicks, you tell AppleSearch to index the local information sources. They are then ready to be searched by authorized AppleSearch users. AppleSearch Administrator's Guide at pp. 4-5, APLNDCA630-0000441959-60. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | **3.2 Query Syntax Conversion**<br><br>The CPL information-retrieval engine in AppleSearch allows (but does not require) various operators to be embedded in the text of a query; these specify Boolean combinations of search terms, adjacency requirements, expanded search, etc.<br><br>Likewise, the WAIS protocol supports the use of various operators for similar functions, but the operator syntax is not identical. AppleSearch users will presumably formulate their queries in AppleSearch (i.e. CPL) style, and it would be desirable to convert this to WAIS style.<br><br>The syntax-checking code already incorporated in the AppleSearch Server may make it practical to do this without excessive effort. Exactly how much difference there is between the two syntaxes, whether there are also important semantic differences, and the effort required to deal with the differences are matters for investigation.<br><br>WAIS Gateway Spec., APLNDC630-0000369880 (describing code which sends queries to the CPL Search engine versus sending them to a WAIS Server)<br><br>Further detail re ardin  how these instructions provide th ███████████████████ are available in the AppleSearch source code  includin  for instance in the files ███████████████ as well as functions transitively invoked from these files.<br><br>Apple or its expert may take the position that AppleSearch does not disclose providing the information identifier to the heuristics. To the extent this position is held to be valid, it would |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | be obvious to provide the information identifier to the heuristics for software engineering reasons, specifically to eliminate code duplication and enable extensibility. Because these are basic concepts in software development and programming and taught as good practice in undergraduate software engineering and programming courses, a person of ordinary skill in the art would be motivated to develop software in which the information identifier is provided to the heuristics.<br><br><br>Each CPL information retrieval engine heuristic locates information in the local AppleSearch index stored in local storage media and the WAIS Internet heuristic locates information in the WAIS database in the Internet. Indeed, the purpose of providing the information identifier to the heuristics is to enable the heuristics to use the query to locate information in their respective indexes. This functionality is also evident in the operation of the software as seen in the video demonstrations prepared under my direct supervision and attached to this Report.<br><br>The CPL information retrieval engine implements stemming and relevance ranking, both of which are heuristics that locate information.<br><br>The CPL information retrieval engine provides the information identifier to a stemming heuristic which removes common suffixes from words to abstract root words for matching purposes.  The stemming heuristic does not consist solely of constraint satisfaction parameters because there are no constraints, merely substitutions that remove suffixes. Stemming is a heuristic because it attempts to determine the root meaning of words, but only partially succeeds because the stemming techniques that it employs sometimes fail to identify words with the same meaning.<br><br>"For local information sources, AppleSearch uses a technique called *stemming*, which recognizes the root words in each article.  Stemming removes common suffixes from words, such |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | as plurals and verb tenses.  In the English language, AppleSearch recognizes suffixes such as *-ing, -ed,* or *-es* and abstracts the root word for matching purposes.  As a result, your searches will be more broad as AppleSearch looks for common variations of the root word.  For example, in a search on a local information source for the word *representing*, AppleSearch would actually find such words as *represent, represents, and representative.* *Note*: This feature is not supported for some WAIS information sources.  Instead the WAIS server performs a literal search on the exact word." (APLNDC630-0000441890, AppleSearch User's Guide at p. 63.) My review of the software for AppleSearch version 1.5 corroborates my opinion that AppleSearch implements stemming for local information sources. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch Client application showing the result "Goldfish.txt" located on the hard drive of the AppleSearch computer returned from a search of the word "humanity." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch Client application displaying the file "Goldfish.txt" located on the hard drive of the AppleSearch computer, after clicking on the result in the AppleSearch Client application, showing that the word "humans" was a match, which is a stem of the word "humanity".  The word "humanity", however, does not appear in the file.<br><br>Further detail re_ardin_ A__leSearch's implementation of the ████████ ████████████████████████████████████████ is available in the AppleSearch source code, including for instance ████████<br><br>When locating information in a local information source, the CPL information retrieval engine also provides the information identifier to a heuristic that performs relevance ranking of results.  The relevance ranking heuristic does not employ constraint satisfaction |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | parameters because it does not work with or involve formal logic, constraints, or constraint satisfaction algorithms.  In particular, the CPL information retrieval engine employs a rule of thumb for determining a particular document's relevance. This rule of thumb uses the information identifier to determine how frequently the information identifier appears within a document and to determine whether words from the information identifier appear near each other within a document.<br><br>"If you conduct an immediate information search (typing a search request and then clicking StartSearch in the reporter window), the set of articles retrieved by AppleSearch first appears in your reporter window as a list of article titles with a number of stars beside them. The titles are automatically ranked, or placed in order, according to a statistical measure of the similarity between your request and the content of each article. (As options, you can view the list by title or by date, but initially the list is ordered by rank.) This ordering process is called *relevance ranking, and it's applied separately to each information source*.<br><br>The following four key criteria are applied in this statistical measure to assign a relevance rank to a particular article:<br><br>• *The frequency with which each search word occurs within a document is an indicator of relevance.*<br><br>• *A match on a word that is rare within a given information source is more indicative of relevance than a match on a word that is common in that information source.*<br><br>• Since long articles have a greater chance of containing search words, AppleSearch adjusts the relevance ranking so that long articles don't rank higher just |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | because of their length.<br><br>   • ***Sometimes the fact that search words occur near each other within a document is an indicator of relevance.***<br><br>As AppleSearch evaluates the materials, those that best answer the criteria of relevance ranking are given a greater number of stars."<br><br>APLNDC630-0000441898-99, AppleSearch User Guide at pp. 61-62 (emphasis added).<br><br>Further detail regarding AppleSearch's implementation of the ▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ is available in the AppleSearch source code, including for instance ▆▆▆▆▆▆▆▆▆.<br><br>The WAIS Internet heuristic locates information in the WAIS database in the Internet. Indeed, the purpose of providing the information identifier to the heuristics is to enable the heuristics to use the query to locate information in their respective databases. This functionality is also evident in the operation of the software as seen in the video demonstrations prepared under my direct supervision and attached to this Report. Also see Figure 4.17 of the Tung thesis, which shows that the heuristics locate information.<br><br>WAIS includes an optional heuristic that uses synonym detection to determine whether a ***document*** may be relevant to the user based on the user's query. WAIS search engines use a customized synonym file (*i.e.* thesaurus) for this heuristic.  *See*, *e.g.*:<br><br>    The ***optional*** synonym file contains multiple lines with synonym terms separated by spaces.<br>    wais freewais<br>    programming hacking |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Unido at SAMNDCA630-00028155.<br><br>2.7      What does WAIS support?<br>. . .<br>• identification of synonyms<br><br>Tung Thesis at SAMNDCA630-06029190.<br><br>Search for synonyms<br><br>This step has already been described in section 3.3.3.3.<br><br>Tung Thesis at SAMNDCA630-06029241.<br><br>**3.3.3.3    Synonym detection**<br><br>Free text search is frequently characterized by an ambiguity of terms.  For example, the term *telephone* is related to the term *phone*.  Therefore, in searches for documents that contain the term *telephone*, it is also desirable to receive all documents in which the term *phone* occurs.  To solve this problem, *synonyms* are detected.  In the detection of synonyms, terms that have the same or a similar meaning are combined into equivalence classes.  One element in each equivalence class is selected as a designator and is used as a descriptor. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | In WAIS, in the detection of synonyms, all terms that are related to the term selected as the descriptor are entered into an external file *database.syn*.  This file has the following syntax: $$\text{Synonym}_1 \quad \text{Word}_1, \ldots, \text{Word}_k$$ $$\text{Synonym}_t \quad \text{Word}_1, \ldots, \text{Word}_n$$ In indexing, this file is read line by line.  Each line corresponds to an equivalence class.  The $\text{synonym}_i$ serves as the descriptor and is entered into the WAIS index.  In a subsequent search for information, this file is read in order to determine whether or not a query term belongs to one of these equivalence classes.  If so, the query term will be replaced by the $\text{synonym}_i$ as a new query term.  Let us now consider an example of this.  Assume that a synonym file contains the following entries:<br><br>*Telefon  telephone  phone*<br><br>A search is performed for documents that contain the term *phone*.  The query term in this case is therefore *phone*.  A check is made to determine whether the term *phone* occurs in one of the equivalence classes.  If so, the query term *phone* will be replaced by the term *telephone*, and a search will be performed in the WAIS index for the term *telephone*.<br>The detection of synonyms is optional in WAIS – depending upon whether a synonym file exists.<br><br>Tung Thesis at SAMNDCA630-06029235-36.<br><br>*See also* July 25 Deposition of Brewster Kahle at 120:5-19:<br><br>Q. And which of these customizable stop word, stemming, and thesaurus was done at preparation versus run time?<br>A. There would be components of these that would be done -- I'm not -- I -- I think thesaurus lookup would be primarily run time. I'm not sure how one would -- what would happen at index build time that would involve the thesaurus expansion of one's |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | query.  The stemming has things -- parts of the  the programming that is affected at both the index build time and query time so that if the words were stemmed at index build time to eliminate plurals, then at query time, if you searched on the plural, it would not be in the index. Therefore, the stemming has to apply to the query at run time.<br><br>*See also* freeWAIS-sf 2.0.65:<br><br>  &bull;  ir/sersrch.c, lines 738-50, 781-871<br>  &bull;  ir/irsearch.c, lines 1287-1503<br>  &bull;  ir/synonym.c, lines 53-86<br>  &bull;  ir/irext.h, lines 456-64<br>  &bull;  ir/irhash.c, lines 454-502, 659-704<br><br>My review of the software for free-WAIS-sf version 2.0.65 and AppleSearch version 1.5 corroborates my opinion that WAIS heuristic which implements a synonym detection heuristic is provided the information identifier. |