REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# CONFIDENTIAL EXHIBIT – SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL

# EXHIBIT E-6

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# REPORT OF DAN SCHONFELD, PHD.
# REGARDING INFRINGEMENT OF U.S. PATENT NOS. 5,579,239 AND 7,577,757

*Apple Inc. v. Samsung Elecs. Co. Ltd. et al*,

Case No. 12-CV-00630 LHK (N.D. Cal.)

August 12, 2013

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**TABLE OF CONTENTS**

VII. OVERVIEW OF THE '757 PATENT and PROSECUTION HIstory ..........................1036

    I. The '757 Patent ................................................................................................1036

        The Specification ...............................................................................................1037

        Claim 1 ................................................................................................................1039

        Claim 14 ..............................................................................................................1039

        Claim 15 ..............................................................................................................1040

    J. The '757 File History .......................................................................................1040

        2. File History of '934 Patent ('661 Parent App.) ......................................1040

        3. File History of the '757 Patent ('921 App.) ............................................1046

    K. The '757 Inventor Testimony ..........................................................................1053

VIII. OVERVIEW OF THE ACCUSED PRODUCTS ..........................................................1056

    J. iTunes synchronization via iTunes in the Cloud ..............................................1060

    K. iTunes synchronization via iTunes Match .......................................................1088

    L. iTunes synchronization via Wi-Fi Sync ...........................................................1110

    M. iTunes synchronization via Home Sharing ......................................................1126

    N. Photo synchronization via Photo Stream .........................................................1133

IX. technical overview of the '757 accused products ..........................................................1175

        1. Occasionally Connected ...........................................................................1175

        2. Online Synchronization ...........................................................................1182

X. SUMMARY OF OPINIONS ..........................................................................................1214

XI. APPLE's accused products infringe the asserted claims of the '757 patent .................1214

    I. Analysis of Accused Products ..........................................................................1214

        1. Claim 1 .....................................................................................................1216

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

    A.    iTunes synchronization via iTunes in the Cloud ............................................... 1216

    B.    iTunes synchronization via iTunes Match ....................................................... 1217

    C.    iTunes synchronization via Wi-Fi Sync ........................................................... 1218

    D.    iTunes synchronization via Home Sharing ..................................................... 1220

    E.    Photo synchronization via Photo Stream ........................................................ 1220

    A.    iTunes synchronization via iTunes in the Cloud ............................................... 1222

    B.    iTunes synchronization via iTunes Match ....................................................... 1228

    C.    iTunes synchronization via Wi-Fi Sync ........................................................... 1235

    D.    iTunes synchronization via Home Sharing ..................................................... 1236

    E.    Photo synchronization via Photo Stream ........................................................ 1237

    A.    iTunes synchronization via iTunes in the Cloud ............................................... 1249

    B.    iTunes synchronization via iTunes Match ....................................................... 1262

    C.    iTunes synchronization via Wi-Fi Sync ........................................................... 1276

    D.    iTunes synchronization via Home Sharing ..................................................... 1280

    E.    Photo synchronization via Photo Stream ........................................................ 1285

        2.    Claim 14 ............................................................................................ 1313

    A.    iTunes synchronization via iTunes in the Cloud ............................................... 1314

    B.    iTunes synchronization via iTunes Match ....................................................... 1314

    C.    iTunes synchronization via Wi-Fi Sync ........................................................... 1314

    D.    iTunes synchronization via Home Sharing ..................................................... 1315

    E.    Photo synchronization via Photo Stream ........................................................ 1315

        2.    Claim 15 ............................................................................................ 1315

    F.    iTunes synchronization via iTunes in the Cloud ............................................... 1316

    G.    iTunes synchronization via iTunes Match ....................................................... 1316

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

      H.      iTunes synchronization via Wi-Fi Sync ............................................................. 1316

      I.      iTunes synchronization via Home Sharing ........................................................ 1316

      J.      Photo synchronization via Photo Stream ........................................................... 1317

      K.      Direct Infringement ........................................................................................... 1317

      L.      Indirect Infringement ........................................................................................ 1318

XII.    apple's non-infringement arguments do not change my opinions ................................ 1324

XIII.   Apple's claimed "alternatives" are not viable non-infringing alternatives .................... 1332

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

APL630DEF-WH-SC00045663, APL630DEF-WH-SC00047437; *see also* ¶¶VIII.J.1834-VIII.J.1838 (describing iCloud pushing music onto other devices).

2106. In this case, song data, including both "content information" and "content management information," of songs purchased by users using their Apple ID from the iTunes Store is stored in digital form ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The "content information" includes songs purchased by users using their Apple ID from the iTunes Store and stored in digital form ▮▮▮▮▮▮▮▮▮▮▮▮. The "content information" also includes metadata that are associated with and specific to songs (e.g. songs' name, songs' duration, track number, release date, copyright, sample rate, bit rate, etc.) purchased by users using their Apple ID from the iTunes Store and stored in digital form ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The "content management information" includes metadata used for managing content (e.g. playlists, purchased list) or metadata but not specific to songs (e.g. artist, composer, genre, album name, album artwork, etc.) purchased by users using their Apple ID from the iTunes Store and stored in digital form ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *See, e.g,* APL630DEF-WH- SC00047797, APL630DEF-WH-SC00041273, APL630DEF-WH-SC00041282; *see also* ¶¶VIII.J.1834-VIII.J.1838 (describing iCloud storing music and purchase history)..

2107. In the second configuration including at least a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and the user's computer devices, the "central storage and interface device" corresponds to a ▮▮▮▮▮▮

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

███████████████████████████████████████████████████████████████████████.[10]

The ██████████████████████████████████████████████████████████████████████

(██████████) is a storage device because it consists of various computer servers that can store large amounts of data on various databases and storage devices such as hard disks. The ██████████████████████████████████████████████████████████████████████

(██████████) is an interface device because it resides in the Cloud and interacts with user devices through the Internet. See ¶¶VIII.J.1834-VIII.J.1838 (describing iCloud storing music and purchase history).

2108. In this case, song data, including both "content information" and "content management information," of songs purchased by users using their Apple ID from the iTunes Store is stored in digital form █████████████████████████████████████ █████████████████████████████████ using the iTunes in the Cloud feature. The "content information" includes a subset of songs purchased by users using their Apple ID from the iTunes Store and stored in digital form ████████████████████████████. The "content information" also includes metadata that are associated with and specific to the subset of songs (e.g. songs' name, songs' duration, track number, release date, copyright, sample rate, bit rate, etc.) purchased by users using their Apple ID from the iTunes Store and stored in digital form ████████████████████████████. The "content management information" includes metadata used for managing content (e.g. playlists, purchased list) or metadata that are associated with but not specific to the subset of songs (e.g. artist, composer, genre, album name,

---

[10] To the extent the █████████████████████████████████████████████████████████
██████████████████████ can be considered more than one central storage and interface devices, the claims only require "at least one" central storage and interface device.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

album artwork, etc.) purchased by users using their Apple ID from the iTunes Store and stored in digital form ( ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ). *See* ¶¶VIII.J.1834-VIII.J.1838 (describing iCloud storing music and purchase history).

2109. Lastly, as Apple admits, iCloud stores content information and content management information. Krugler Tr. At 32:10-33:3; Krugler Dep. Exh. 7 (Apple Inc.'s Further Supplemental Responses To Samsung's First Set of Interrogatories (No. 12), served 5/14/13).

2110. To the extent that Apple argues that the iCloud is not at least one [] device, but multiple servers, one of ordinary skill in the art at the relevant time would understand that the phrase "<u>at least</u> one central [] device" (<u>emphasis</u> added) means one or more. Further, and alternatively, the phrase "<u>at least one</u> central [] device" encompasses scalability considerations, including the use of multiple servers to accommodate a large volume of users. This understanding was confirmed by Apple's corporate representative, Eric Krulger. (Krugler Tr. At 90:5-23)(Q. …So my question is: As an engineer, could you set up the application instances to operate on a single computer as opposed to multiple computers? MR. KOLOVOS: Object to the form. THE WITNESS: The answer is no, because we need to scale the service for many, many users…. THE WITNESS: We -- we can't operate them on a single server. BY MR. MILOWIC: Q. So the reason to use multiple servers is a function of the capacity of -- of data that you're -- you are handling? MR. KOLOVOS: Objection. THE WITNESS: That's one thing we consider."). ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬ *See* (APPLE INC.'S FURTHER SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES TO APPLE (NO. 12),

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Served Jul. 17, 2013); APLDEF-WH-SC00008963 (█████████████████████)

(████████████████); and APLDEF-WH-SCA000 266-281 (████████████████

████████████████████████████████████████████████████████). Lastly,

████████████████████████████████████████████████████████████████████

████████████████████). See ¶¶VIII.J.1834-VIII.J.1838 (describing iCloud storing music and purchase history).

2111. In the third configuration of using the iTunes in the Cloud feature including at least a user's Mac OS X computer and the user's remaining computer (e.g., Mac OS X computers and iTunes on PC) and iOS devices, the at least one "central storage and interface device" corresponds to a user's Mac OS X computer or iTunes on PC. For simplicity's sake, I will discuss Mac OS X computers, but the analysis is equally applicable to iTunes on PC. The user's Mac OS X computer is a storage device because it consists of a computer that can store data on storage devices such as a hard disk. The user's Mac OS X computer is an interface device because it interacts with the user's remaining devices, for example through the Internet or Wi-Fi network. I note that the interaction between the Mac OS X computer and the user's remaining computer devices using the iTunes in the Cloud feature is performed using the iCloud, which in this case serves as a conduit for communication between the Mac OS X computer and the user's remaining computer devices. *Compare* '757 Patent, Fig. 1 and APLNDC630-0000163077; *see also, e.g.,* ¶ *VIII*.J.1835.

2112. In this case, song data, including both "content information" and "content management information," of songs purchased by a user using his or her Apple ID from the iTunes Store is stored in digital form in the user's Mac OS X computer using the iTunes in the

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Cloud feature. The "content information" includes songs purchased by the user using his or her Apple ID from the iTunes Store and stored in digital form in the user's Mac OS X device. The "content information" also includes metadata that are associated with and specific to songs (e.g. songs' name, songs' duration, track number, release date, copyright, sample rate, bit rate, etc.) purchased by the user using his or her Apple ID from the iTunes Store and stored in digital form in the user's Mac OS X device. The "content management information" includes metadata used for managing content (e.g. playlists, purchased list) or metadata or metadata that are associated with but not specific to songs (e.g. artist, composer, genre, album name, album artwork, etc.) purchased by the user using his or her Apple ID from the iTunes Store and stored in digital form in the user's Mac OS X device. *See, e.g.,* APL630DEF-WH-SC00041789, APL630DEF-WH-SC00024571; *see also* ¶VIII.J.1831-VIII.J.1872 and IX.2.2049-IX.2.2058..

### B. iTunes synchronization via iTunes Match

2113. iTunes synchronization via iTunes Match includes at least one central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to at least one user, are stored in digital form.

2114. It is important to point out that unlike iTunes in the Cloud where "the music you buy from the iTunes Store automatically appears on all your devices," with iTunes Match, music that has not been purchased from iTunes Store, is simply stored in Cloud and made "available" or "accessible" for download, but is not "automatically downloaded" or "synchronized." More particularly, with iTunes Match "[o]nce your music is in iCloud, you can play it from any of your devices. Just browse the complete list of all your music stored in the cloud and tap to play to it. You can store up to 25,000 songs in iCloud (more if songs are purchased from the iTunes Store), but only what you play or download is stored on your device. Tap the iCloud download

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

▮▮▮) and the user's computer devices and (3) a user's Mac OS X computer and the user's remaining computer devices.

2119. In the first configuration, Apple iTunes Match is at least one central storage and interface device.

2120. The Apple iTunes Match can interface with at least one zone device. *See ¶¶ VIII.K.1873-VIII.K.1903 and IX.2.2059-IX.2.2065.*

2121. Further, Apple iTunes Match can store audio, video, or photographic data, including content information and content management information, relating to at least one user, in digital form. *See ¶¶ VIII.K.1873-VIII.K.1903 and IX.2.2059-IX.2.2065.*

2122. In the first configuration including at least ▮▮▮ ▮▮▮ ▮▮▮ and the user's computer devices, the at least one "central storage and interface device" corresponds to ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮) is a storage device because it consists of various computer servers that can store extremely large amounts of data on various databases and storage devices such as hard disks. ▮▮▮ ▮▮▮) is an interface device because it resides in the Cloud and interacts with user devices through the Internet. *See e.g., VIII.K.1873-VIII.K.1903 and IX.2.2059-IX.2.2065.*

2123. In this case, song data, including both "content information" and "content management information," of matched and non-matched songs uploaded by users under their

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Apple ID account is stored in digital form in ▉▉▉▉▉ ▉▉▉▉▉ ▉▉▉▉▉. The "content information" includes matched songs uploaded by users under their Apple ID account and stored in digital form ▉▉▉▉▉. The "content information" also includes non-matched songs uploaded by users under their Apple ID account and stored in digital form ▉▉▉▉▉. The "content information" also includes metadata that are associated with and specific to matched and non-matched songs (e.g. songs' name, songs' duration, trac number, release date, copyright, sample rate, bit rate, etc.) uploaded by users using their Apple ID account and stored in digital form ▉▉▉▉▉. The "content management information" includes metadata used for managing content (e.g. playlists, purchased list, matched list, etc.) or metadata that are associated with but not specific to matched and non-matched songs (e.g. genre, album name, album artwork, playlists, etc.) uploaded by users using their Apple ID account and stored in digital form ▉▉▉▉▉. *See e.g, VIII.K.1873*-VIII.K.1903 and IX.2.2059-IX.2.2065.

2124. In the second configuration including at least a ▉▉▉▉▉ ▉▉▉▉▉ and the user's computer devices, the "central storage and interface device" corresponds to ▉▉▉▉▉ ▉▉▉▉▉[11] ▉▉▉▉▉

---

[11] To the extent ▉▉▉▉▉ ▉▉▉▉▉ can be considered more than one central storage and interface devices, the claims only require "at least one" central storage and interface device.