**Redacted Version of Document to be Filed Under Seal**

# EXHIBIT A-2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br>  v.<br><br>APPLE INC., a California corporation,<br>    Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**INITIAL EXPERT REPORT OF DR. TODD C. MOWRY REGARDING INFRINGEMENT OF U.S. PATENT NO. 5,946,647**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE**<br><br>**GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE** |

purposes, Dr. Cohen argues that "creating a specified connection" would have been obvious given one of ordinary skill in the art's familiarity with the use of "pointers," a "standard technique" at the time.  See, e.g., Cohen Decl., ¶ 128.

152. Thus, the Samsung Accused Products operate in a manner insubstantially different from providing a "program routine separate from a client" and "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure."  The Samsung Accused Products perform substantially the same function, in substantially the same way, to produce substantially the same result as this claim limitation, as one of skill in the art would understand it.

    f. **Claim 1 – (e) "user interface enabling the selection of a detected structure and a linked action"**

153. The Accused Browser Products contain program routines that provide a user interface that enables the selection of a detected structure and a linked action.

154. The below figures consist of three images of the Browser application on a Samsung Galaxy Nexus running Android 4.0.   Figure (a) depicts a detected phone number that the user has begun to select through a long-press on the phone's touchscreen; (b) depicts a context menu of linked actions displayed to the user; and (c) depicts the phone application after the user has selected the linked "Dial" action.

**Browser on Samsung Galaxy Nexus running Android 4.0:**

INITIAL EXPERT REPORT OF DR .TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-00630-LHK (PSG)  56

Gibson, Dunn &
Crutcher LLP

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE



(a) user begins a long-press on a detected phone number in a webpage;



(b) a context menu of linked actions is displayed;

INITIAL EXPERT REPORT OF DR .TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-00630-LHK (PSG)          57



**(c) selected action is performed**

155. 

156.

INITIAL EXPERT REPORT OF DR. TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-00630-LHK (PSG)          58

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE



157.

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

158. [REDACTED]

### g. Claim 1 – (f) "an action processor for performing the selected action linked to the selected structure"

159. In my opinion, the Accused Browser Products contain an action processor for performing selected actions linked to the selected structure.

160. In each Android OS version, the Samsung Accused Products include program routines that constitute an action processor for performing the selected action linked to the selected structure. [REDACTED]

161. [REDACTED]



c.

250. I understand that Samsung raised this argument for the first time in its July 15, 2013 supplemental responses to certain of Apple's interrogatories.  For the reasons discussed below,

251.

252.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2013

_____
Todd C. Mowry