**Redacted Version of Document to be Filed Under Seal**

# EXHIBIT A-3

Highly Confidential Business Information of Non-Party Google
Attorneys' Eyes Only Containing Source Code

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
                 Plaintiff,
 6                                      Case No.
      vs.                               12-cv-00630-LHK (PSG)
 7
     SAMSUNG ELECTRONICS CO., LTD.,
 8   a Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC.,
 9   a New York corporation; and
     SAMSUNG TELECOMMUNICATIONS
10   AMERICA, LLC, a Delaware
     limited liability company,
11
                 Defendants.
12   -------------------------------------
13
14     HIGHLY CONFIDENTIAL BUSINESS INFORMATION OF
15                  NON-PARTY GOOGLE
16                ATTORNEYS' EYES ONLY
17               CONTAINING SOURCE CODE
18
19        VIDEOTAPED DEPOSITION OF CARY CLARK
20             Redwood Shores, California
21              Tuesday, June 25, 2013
22
23
24   REPORTED BY:
     CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 62515
```

Highly Confidential Business Information of Non-Party Google
Attorneys' Eyes Only Containing Source Code

Page 2

```
 1         June 25, 2013
 2           10:01 a.m.
 3
 4
 5    Deposition of CARY CLARK, taken at Quinn
 6    Emanuel Urquhart & Sullivan, LLP, 555 Twin
 7    Dolphin Road, 5th Floor, Redwood Shores,
 8    California, before Cynthia Manning,
 9    Certified Shorthand Reporter No. 7645,
10    Certified LiveNote Reporter, California
11    Certified Realtime Reporter.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1    APPEARANCES:
 2
 3    FOR PLAINTIFF:
 4        GIBSON DUNN & CRUTCHER
 5        BY:  ROBERT VINCENT, ESQ.
 6        2100 McKinney Avenue
 7        Dallas, TX 75201
 8
 9
10
11
12    FOR DEFENDANTS SAMSUNG ELECTRONICS COMPANY, LTD.,
13    SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG
14    TELECOMMUNICATIONS AMERICA, LLC:
15        QUINN EMANUEL URQUHART & SULLIVAN
16        BY:  MAXIM PRICE, ESQ.
17        51 Madison Avenue
18        New York, NY 10010
19
20
21
22
23
24
25    ///
```

Page 4

```
 1    APPEARANCES (Continued):
 2
 3    FOR NON-PARTY GOOGLE INC. and THE WITNESS:
 4        QUINN EMANUEL URQUHART & SULLIVAN
 5        BY:  PATRICK D. CURRAN, ESQ.
 6        51 Madison Avenue
 7        New York, NY 10010
 8
 9
10
11    ALSO PRESENT:
12        Chester Day, Google In-house Counsel
13        Pete Sais, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1          REDWOOD SHORES, CALIFORNIA;
 2        TUESDAY, JUNE 25, 2013; 10:01 A.M.
 3
 4    [REDACTED]
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Highly Confidential Business Information of Non-Party Google
Attorneys' Eyes Only Containing Source Code



Highly Confidential Business Information of Non-Party Google
Attorneys' Eyes Only Containing Source Code

Page 215

1  Q. 
2
3
4  A.
5
...
25

1  DECLARATION UNDER PENALTY OF PERJURY
2
3      I, CARY CLARK, do hereby certify under penalty
4  of perjury that I have read the foregoing transcript
5  of my deposition taken on June 25, 2013; that I have
6  made such corrections as appear noted herein in ink,
7  initialed by me; that my testimony as contained
8  herein, as corrected, is true and correct.
9
10      DATED this          day of
11  2013, at              , California.
12
13
14
15                    _____
                              CARY CLARK

Page 216

1  STATE OF CALIFORNIA )
2      :ss
3  COUNTY OF SAN MATEO )
4      I, CYNTHIA MANNING, a Certified Shorthand
5  Reporter of the State of California, do hereby
6  certify:
7      That the foregoing proceedings were taken
8  before me at the time and place herein set forth;
9  that any witnesses in the foregoing proceedings,
10 prior to testifying, were placed under oath; that a
11 verbatim record of the proceedings was made by me
12 using machine shorthand which was thereafter
13 transcribed under my direction; further, that the
14 foregoing is an accurate transcription thereof.
15     I further certify that I am neither
16 financially interested in the action, nor a relative
17 or employee of any attorney of any of the parties.
18
19     IN WITNESS WHEREOF, I have subscribed my
20 name this 25th day of June 2013.
21
22
     _____
23       CYNTHIA MANNING, CSR No. 7645, CCRR, CLR

Page 217

1          I N D E X
2  TUESDAY, JUNE 25, 2013
3  DEPOSITION OF CARY CLARK
4
5  EXAMINATION                      PAGE
6    BY MR. VINCENT               6, 212
7    AFTERNOON SESSION               101
8    BY MR. CURRAN               210, 213
9
10      PORTIONS MARKED BY COUNSEL
11          NONE
12           * * *
13 QUESTION WITNESS INSTRUCTED NOT TO ANSWER
14          NONE
15           * * *