**Redacted Version of Document to be Filed Under Seal**

# EXHIBIT B-4

Highly Confidential - Attorneys' Eyes Only
Contains Highly Confidential Source Code Portion

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE, INC., a California    )
     corporation,                 )
 6                                )
             Plaintiff,           )
 7                                )
         vs.                      ) No. 12-CV-00630-LHK
 8                                )
     SAMSUNG ELECTRONICS CO.,     )
 9   LTD., a Korean business      )
     entity; SAMSUNG ELECTRONICS  )
10   AMERICA, INC., a New York    )
     corporation; and SAMSUNG     )
11   TELECOMMUNICATIONS AMERICA,  )
     LLC, a Delaware limited      )
12   liability company,           )
                                  )
13           Defendants.          )
     __                           )
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16                UNDER PROTECTIVE ORDER
17   *** CONTAINS HIGHLY CONFIDENTIAL SOURCE CODE PORTION ***
18                 VIDEO DEPOSITION OF
19                    GARY W. HALL
20                   Burlingame, CA
21               Thursday, July 11, 2013
22
23   REPORTED BY:
24   SUSAN F. MAGEE, RPR, CCRR, CLR, CSR No. 11661
25   Job No. 63275
```

Highly Confidential - Attorneys' Eyes Only
Contains Highly Confidential Source Code Portion

### Page 2

```
 5      July 11, 2013
 6      9:00 a.m.

 8  HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 9  UNDER PROTECTIVE ORDER and HIGHLY
10  CONFIDENTIAL SOURCE CODE VIDEO DEPOSITION
11  OF GARY W. HALL held at San Francisco
12  Airport Marriott Waterfront,
13  1800 Old Bayshore Highway, Burlingame, CA
14  94010 pursuant to Notice before
15  SUSAN F. MAGEE, RPR, CCRR, CLR, CSR
16  No. 11661.
```

### Page 3

```
 1  APPEARANCES:
 2     GIBSON DUNN & CRUTCHER
 3     Attorney for Plaintiff/
 4     Counterclaim-Defendant Apple, Inc.
 5        2100 McKinney Avenue
 6        Dallas, TX 75201
 7     BY: MICHAEL VALEK, ESQ.

11     QUINN EMANUEL URQUHART & SULLIVAN
12     Attorney for Defendants
13        50 California Street
14        San Francisco, CA 94111
15     BY: DEREK TANG, ESQ.
```

### Page 4

```
 1  APPEARANCES (continued):
 2     WOODCOCK WASHBURN
 3     Attorney for Deponent
 4        2929 Arch Street
 5        Philadelphia, PA 19104-2891
 6        (215) 568-3100
 7        efalke@woodcock.com
 8     BY: ERICH M. FALKE, ESQ.

10     The Videographer:
11        ALAN DIAS
12           --o0o--
```

### Page 5

```
 1           BURLINGAME, CA, THURSDAY, JULY 11, 2013
 2                9:00 a.m.
 3
 4        THE VIDEOGRAPHER:  Good morning.  I am         09:00
 5  Alan Dias from TSG Reporting.  This is a matter       09:00
 6  pending before the United States District Court,     09:00
 7  Northern District of California, San Jose Division,  09:00
 8  Case No. 12-CV-00630.                                09:00
 9        Today is July 11th, 2013.  Here with me is     09:01
10  Susan Magee, also from TSG Reporting.                09:01
11        Counsel, will you please identify yourself     09:01
12  for the record.                                      09:01
13        MR. TANG:  Derek Tang from Quinn Emanuel       09:01
14  for the defendants.                                  09:01
15        MR. VALEK:  Michael Valek, Gibson Dunn, for    09:01
16  Apple.                                               09:01
17        MR. FALKE:  Erich Falke from Woodcock          09:01
18  Washburn for the witness Gary Hall.                  09:01
19        THE VIDEOGRAPHER:  Will the court reporter     09:01
20  please swear in the witness.                         09:01
21                                                       09:01
22           GARY HALL,                                  09:01
23  called as a witness, having been duly sworn by a     09:01
24  Certified Shorthand Reporter, was examined and       09:01
25  testified as follows:                                09:01
```

2 (Pages 2 to 5)

Highly Confidential - Attorneys' Eyes Only
Contains Highly Confidential Source Code Portion



Page 70
1  A.
4  Q. All right. I'm sorry about that.    11:04
5     So you mentioned before that the --
8                                          11:04
9  A. Yes, as I recall.
10 Q. Okay. What did you mean by
12 A.
20 Q.
23 A.
24 Q.

Page 71
1  MR. TANG: Objection. Mischaracterizes.    11:05

Page 72

Page 73

