**Redacted Version of Document to be Filed Under Seal**

# EXHIBIT B-8

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 7,761,414**

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| 11. A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising[2]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy S III comprises a computer readable storage medium containing executable program instructions which, when executed, cause a data processing system to perform the method recited.<br><br>The Galaxy S III (T-Mobile) running Android Jelly Bean is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S III (T-Mobile) running Android Jelly Bean includes a 1.5 GHz CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited. |

---

[1]   In this document, "Galaxy S III" refers to all of the following accused versions of the Samsung Galaxy S III ("accused versions"): the Samsung Galaxy S III (Verizon) sold with Android 4.0, the Samsung Galaxy S III (AT&T) sold with Android 4.0, the Samsung Galaxy S III (Sprint) sold with Android 4.0, the Samsung Galaxy S III (T-Mobile) sold with Android 4.0, the Samsung Galaxy S III (Verizon) sold with Android Jelly Bean, the Samsung Galaxy S III (AT&T) sold with Android Jelly Bean, the Samsung Galaxy S III (Sprint) sold with Android Jelly Bean and the Samsung Galaxy S III (T-Mobile) sold with Android Jelly Bean.  The specifications for the Galaxy S III (Verizon) can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-I535MBBVZW-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (AT&T) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (Sprint) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L710MBBSPR-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (T-Mobile) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T999MBATMB-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S III (T-Mobile) running Android Jelly Bean, unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S III or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S III.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim by claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| user-level non-synchronization processing thread, | For example, the Galaxy S III (T-Mobile) running Android Jelly Bean, includes software implementing the AbstractThreadedSyncAdapter[11] class, which provides "an abstract implementation of a SyncAdapter that spawns a thread to invoke a sync operation.(Android Developer Site at Class AbstractThreadedSyncAdapter, available at http://developer.android.com/reference/android/content/AbstractThreadedSyncAdapter.html.) Specifically, th █████████████████████████████ which is a synchronization processing thread.  This process of █████████████████[12] ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Use of the Galaxy S III (T-Mobile) running Android Jelly Bean demonstrates that the synchronization processing thread is active concurrently[16] with the non-synchronization processing thread.  For example, a user can create an event using the Calendar application on the Galaxy S III (T-Mobile) running Android Jelly Bean, as seen in this screenshot: |

---

[11]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[12]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[13]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.  In Android version 2.3, the Email application utilize ████████████████ which operates identically for relevant purposes.

[14]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[15]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 414 - Galaxy S III - Source Code Appendix.

[16]  The Court construed "concurrently" to mean ". . . during an overlapping time interval." Claim Construction Order, 4/10/13 (D.I. 447).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
| | <br>While the user is still accessing and editing Calendar data in the Calendar application, the same event then appears in the user's Google calendar, accessed from a computer, as seen in the screenshot below.  This demonstrates that the synchronization processing thread executes concurrently with at least one non-synchronization processing thread.  The Email, Contacts, and Gmail applications behave similarly with respect to the infringing functionality. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of the '414 Patent | Infringement by the Samsung Galaxy S III[1] |
|---|---|
|  | *[screenshot of Google Calendar showing Monday, Nov 19, 2012 with a 4p–5p Meeting]* |
| wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database. | The Samsung Galaxy S III is a computer readable storage media containing executable program instructions which, when executed, cause the products to perform the step of executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database.<br><br>The Email, Gmail, Calendar and Contacts application each have a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second |