Redacted Version of Document to be Filed Under Seal

# EXHIBIT D-1

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>SAMSUNG ELECTRONICS CO., LTD., a )<br>Korean business entity, SAMSUNG )<br>ELECTRONICS AMERICA, INC., a New )<br>York corporation, and SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, )<br>LLC, a Delaware limited liability company, )<br><br>Defendants. )<br>_____ )<br><br>SAMSUNG ELECTRONICS CO., LTD., a )<br>Korean business entity, SAMSUNG )<br>ELECTRONICS AMERICA, INC., a New )<br>York corporation, and SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, )<br>LLC, a Delaware limited liability company, )<br><br>Counterclaim-Plaintiffs, )<br><br>v. )<br><br>APPLE INC., a California corporation, )<br><br>Counterclaim-Defendant. )<br>_____ )  | Civil Action No. 12-CV-00630-LHK |

**EXPERT REPORT OF DR. THOMAS E. FUJA
REGARDING INVALIDITY OF U.S. PATENT NOS. 7,756,087 AND 7,551,596**

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

characteristics, in which case it would be necessary to identify either the *number* of MAC-d

PDUs in each such set or the total size of all of the MAC-d PDUs in a set.

433.    Subsequently, the working group participants exchanged proposals for the MAC-e

PDU format reflecting the group's decision on the E-DCH architecture.  Many of these proposals

bear significant similarity to the standard as drafted today.

434.



435.    This Qualcomm document noted that the logical channel could be encoded in the

header once for multiple MAC-d PDUs:

> Since it was agreed to only send the logical channel information
> once for multiple MAC-d PDUs, it is equivalent to encode it as
> part of the MAC-e/es header.

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

(10/26/04 Van Lieshout Email [SAMNDCA630-02197029-33 at 31].)  This is consistent with

the suggestion made by various working group participants that space could be saved in the

MAC-e PDU by encoding the logical channel identification once for a group of MAC-d PDUs

sharing that logical channel association.

436.    The Qualcomm document proposed the following header fields for a MAC-e

PDU:

> - MAC-d Flow ID (FID):
>
> The FID field identifies to MAC-d flow for which the data is
> intended. The length of the FID field is [2] bits.
>
> - Transmission Sequence Number (TSN):
>
> The TSN field provides the transmission sequence number on the
> E-DCH. The TSN field is used for reordering purposes to support
> in-sequence delivery to higher layers. The length of the TSN field
> is [4] bits.
>
> - Data description indicator DDI:
>
> The DDI field identifies the logical channel and the size of the
> MAC-d PDUs. The mapping between the DDI values and the
> logical channel ID and PDU size will be provided by higher layers.
> The length of the DDI field is [4] bits
>
> - Number of MAC-d PDUs (N):
>
> The number of consecutive MAC-d PDU s with equal size is
> identified with the N field. The length of the N field is variable and
> depends on the TB size.

(10/26/04 Van Lieshout Email [SAMNDCA630-02197029-33 at 31].)  I note that the fields

described in this Qualcomm document are very similar to those actually included in the MAC-e

PDU of the standard today.  In particular, this is the earliest document that I have reviewed that

contained a reference to something called a "DDI" field.  The DDI and FID fields described in

this Qualcomm document convey the same information as the DDI field of the standard.

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

437.    This Qualcomm document further noted that its proposal is "consistent with most proposals" submitted at the last meeting" (the 44th meeting of Working Group 2), specifically citing R2-042133 (Qualcomm) (Oct. 4-8, 2004) and R2-042244  (Ericsson) (Oct. 4-8, 2004). (10/26/04 Van Lieshout Email [SAMNDCA630-02197029-33 at 31, 33].)  Among other things, the cited documents both suggested joint encoding.  For instance, the cited Ericsson document is one of the proposals in which Ericsson proposed jointly encoding the MAC-d flow, logical channel, and the size of MAC-d PDUs in a single field in a MAC-e PDU – exactly what is done by the DDI field in the standard today.

438.    On October 29, 2004, Denis Fauconnier, who I understand was a representative of Nortel, sent an email to the distribution list for Working Group 2, attaching documents that I understand to be proposals made by different companies regarding the MAC-e PDU format. (10/29/04 Fauconnier Email [SAMNDCA630-02620226-239].)  The email also attaches a document of "open items" related to the MAC-e PDU.  Of particular interest in the open items document is the following reference to a "Data Description Indicator":

2.4. Details of MAC-e/es header and PDU format

Long discussion, with 4 contributions submitted. Main differences are:

• C/T

◦ Keep one "R99" C/T field per MAC-d PDU

◦ Share one "R99" C/T field for consecutive MAC-d PDUs

◦ Remap R99 logical channels on a unique "Data Desciption [sic] Indicator »

• Level of seperation / mix of MAC-e and MAC-es information

• What goes to Frame Protocol on Iub or not

It will continue at the next conference call on MAC Stage 3

SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information

(10/29/04 Fauconnier Email [SAMNDCA630-02620237].)  I understand the above reference to "remap R99 logical channels" on a "Data Description Indicator" to allude to the suggestion made by Ericsson and Qualcomm to encode logical channel information with other information in a single field, which Qualcomm referred to as a DDI field.

439. 

440.    A Nokia contribution attached to the Fauconnier email proposes a MAC-e PDU that "combine[s] the different ids in the MAC-e header into a single multiplexing id (MID). The MAC-d PDU size, the MAC-d flow id as well as the reordering queue id are all mapped to MID. TSN per reordering flow is added to each MAC-e PDU."  (10/29/04 Fauconnier Email [SAMNDCA630-02620229].)  So, similar to the proposals made by Ericsson and Qualcomm, Nokia too suggested using a single field to represent multiple pieces of information characterizing a set of MAC-d PDUs within a MAC-e PDU.

SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information

443.    On November 4, 2004, Hector Vayanos, who I understand was a representative of

Qualcomm, sent another proposal to the working group mailing list.  (11/4/04 Vayanos Email

[APL630DEF-WH-A0000012037-40].)  Mr. Vayanos's email was a reply to an email sent to the

group by Hakan Olofsson of Ericsson, which stated:

> Also note that potential MAC layer signaling (SI field etc) can be
> appended to any scheme, and it is recommended that we keep that
> discussion as a separate one.

(11/4/04 Vayanos Email [APL630DEF-WH-A0000012037-40 at 37].)  I understand Mr.

Olofsson's statement to reflect an understanding that any signaling that the group decided to

include in the MAC layer, such as SI (Scheduling Information), could be easily added to any

MAC-e PDU format.  I agree with this statement.

444.    On November 10, 2004, Hector Vayanos sent an email to the group attaching

proposals for the MAC-e PDU submitted by various working group participants: Siemens,

Samsung, Qualcomm, Nortel, Nokia, Motorola, and Ericsson.  (11/10/04 Vayanos Email

[APL630DEF-WH-A0000007176-188].)  Mr. Vayanos noted that Samsung's proposal was

"[v]ery close to Ericsson/Qualcomm proposal."  (11/10/04 Vayanos Email [APL630DEF-WH-

A0000007176-7188 at 176-177].)

445.    Two of the proposals depict a MAC-e PDU using DDI and N fields.  (11/10/04

Vayanos Email [APL630DEF-WH-A0000007176-188 at 179, 184].)  I understand these to be

proposals from Qualcomm and Ericsson.  One of these proposals describes the DDI and N fields

as follows:

> Data description indicator (DDI): The DDI field identifies the
> logical channel, the size of the MAC-d PDUs, the MAC-d flow ID,
> the reordering queue ID. The length of the DDI field is [4] bits

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

Number of MAC-d PDUs (N): The number of consecutive MAC-d
PDUs with equal size is identified with the N field. The length of
the N field is [X] bits

(11/10/04 Vayanos Email [APL630DEF-WH-A0000007176-188 at 184].)

446. One of the other attached proposals depicts the following MAC-es PDU format:

_MACe/es PDU structure proposal_



**Figure 31:     MAC-e PDU format proposed by Samsung**

(11/10/04 Vayanos Email [APL630DEF-WH-A0000007176-7188 at 180].)  Although not

labeled as such, I understand this to be the Samsung proposal, because it depicts the use of Mux-

ID fields, as described in the '596 patent.

447. Meeting #45 of Working Group 2 was held on November 15-19, 2004.  (Draft0

Minutes of the 45th TSG-RAN WG2 meeting at 1.)  For this meeting, LG submitted R2-042462,

a proposal describing different ways of transmitting control information for Node B scheduling,

including by appending a MAC-e control PDU to the payload of a MAC-e PDU, as seen in the

following figure:

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

452.     Other companies also submitted for the same meeting proposals for transmitting control information.  For instance, Siemens proposed using MAC-e control PDUs to send control information to the Node B for scheduling.  (R2-042493 (Siemens) (Nov. 15-19, 2004).) Motorola proposed an approach that would send Scheduling Information via both L1 signaling on E-DPCCH and in the MAC-e header on E-DPDCH.  (R2-042358 (Motorola) (Nov. 15-19, 2004); *see also* R2-042441 (Ericsson) (Nov. 15-19, 2004).)

453.     Based on the documents I have reviewed, starting with the November 15-19, 2004 meeting through meetings in 2005, Samsung submitted a number of proposals to the working group that appear closely related to the two Korean patent applications to which the '596 patent claims priority.

454.     For the November 15-19, 2004 meeting, Samsung submitted a proposal for a MAC-e PDU format that closely resembles the MAC-e PDU format described in Samsung's 11/9/04 Application and the unclaimed first embodiment in the '596 patent.  (R2-042382 (Samsung) (Nov. 15-19, 2004).)

455.     For example, as shown in the table below, Figure 1 in Samsung's R2-042382 proposal, entitled "Proposed MACe PDU structure," depicts a MAC-e PDU format that includes a common MAC-e header with multiple Mux-Id, N, and F fields corresponding to a MAC-e Control SDU (containing control information) and MAC-es PDUs included in the MAC-e payload.  This figure closely resembles Figure 5 in the 11/9/04 Application.

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**



**Figure 33:     Figure 1 of R2-042382 (Samsung)**



**Figure 34:     Figure 5 of Samsung's 11/9/04 Application**

456.    As noted, Samsung's proposed MAC-e PDU included Mux-Id, N, and F fields in the header, and did not use a DDI field as proposed by Qualcomm and Ericsson.  Nevertheless, it certainly appears that Samsung took inspiration from the proposals submitted by Qualcomm and

- 151 -

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

Ericsson, because the Mux-Id field contained multiple pieces of information jointly encoded into

a single field.

457.     Apparently at some point subsequent to Samsung's submission of its Mux-Id

proposal, Samsung submitted a joint proposal (R2-042402) with Qualcomm and Ericsson for a

MAC-e PDU format using a DDI field instead of a Mux-Id field, as shown below:



**Figure 35:     MAC-e PDU format depicted in R2-042402**

(R2-042402 (Samsung, Ericsson, Qualcomm) (Nov. 15-19, 2004).)  This suggests that Samsung

had adopted the ideas proposed by Qualcomm and Ericsson.  The proposed format also used an

N field.  The joint proposal described the fields as follows:

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

- Data description indicator (DDI):

The DDI field identifies the logical channel, MAC-d flow, re-ordering queue and size of MAC-d PDUs. The mapping between the DDI values and the logical channel ID, MAC-d flow, re-ordering queue and PDU size will be provided by higher layers. The length of the DDI field is [4/5] bits.

- Number of MAC-d PDUs (N):

The number of consecutive MAC-d PDUs corresponding to the same DDI value.

(R2-042402 (Samsung, Ericsson, Qualcomm) (Nov. 15-19, 2004).)

458.    My review of the documents from the November 15-19, 2004 meeting indicates that the working group by then had a clear view as to a handful of possible formats of the MAC-e PDU, including how it would handle the inclusion of Scheduling Information.

459.    For example, Qualcomm drafted a document summarizing the viewpoints of the working group participants on the format of the MAC-e PDU and how Scheduling Information should be handled.  (R2-042667 (Qualcomm) (Nov. 15-19, 2004).)  This document states that "[a]t the beginning of the meeting, the group agreed to rely on in-band information (sent as part of the MAC-e PDU) for the purpose of rate-request."  (R2-042667 (Qualcomm) (Nov. 15-19, 2004) at 1.)  It further states that the information that would need to be conveyed would include information relating to "power headroom" and "buffer status."  (R2-042667 (Qualcomm) (Nov. 15-19, 2004) at 1.)  This is to say, the group agreed to include control information – and specifically scheduling information – in the MAC-e PDU.

460.    The document also describes two ways to indicate that the control information is included in the MAC-e PDU:

The control information will need to be integrated into the MAC-e header. For this purpose there were two possibilities:

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

- Specific DDI code-point: does not take bits on MAC-e header,
but costs 6 bits in the MAC-e control. …

- New bit in the MAC-e header to indicate the presence of control
information: costs one bit on each MAC-e header. …

(R2-042667 (Qualcomm) (Nov. 15-19, 2004) at 5.)  The document noted that the working group

participants had different preferences between the two alternatives:

> The format for introducing MAC-e control information depends on
> the frequency of the message transmission. Again there were
> differences between companies. Some companies expected to send
> the information rarely and would therefore prefer to reserve a DDI
> value, whereas others expected to send the information frequently
> and would prefer to add a bit to the MAC-e header in order to
> indicate the presence of control information:
>
> - Frequent transmission (use bit on MAC-e header): Panasonic,
> Qualcomm, Ericsson
>
> - Infrequent transmission (use DDI code-point): Samsung, LG

(R2-042667 (Qualcomm) (Nov. 15-19, 2004) at 6.)

461.    The official minutes for this meeting reflect that the group agreed on a MAC-e

PDU format for inclusion in 3GPP TS 25.309.  (Draft0 Minutes of the 45th TSG-RAN WG2

meeting at 30; *see also* R2-042664.)  The agreed-upon format is similar to the MAC-e PDU

format as it appears in the standard today, but without explicitly depicting the inclusion of

Scheduling Information.  (R2-042664.)

462.    The official minutes for this meeting also reflect discussions and decisions made

as to the transmission of Scheduling Information.  (Draft0 Minutes of the 45th TSG-RAN WG2

meeting at 33-45.)  The minutes appear to reflect that the group agreed that Scheduling

Information may be sent in a "stand-alone" MAC-e control PDU or in a MAC-e PDU wherein

data is sent.  (Draft0 Minutes of the 45th TSG-RAN WG2 meeting at 38.)  The minutes also

appear to reflect that the group recognized that a "[s]pecific DDI value" or "[n]ew bit in the

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

MAC-e header" could be used "to indicate the presence of control information."  (Draft0

Minutes of the 45th TSG-RAN WG2 meeting at 45.)

463.    Ericsson's internal report of the meeting reported "[g]ood progress of enhanced

UL."  With respect to scheduling, it stated that the group had come to a general agreement:

> Agreements on signaling structure for scheduling request to be a
> MAC-e control PDU at initial request and then MAC-e header
> information in case the UE is transmitting. There was no
> conclusion on the exact content but all companies' opinions can be
> seen in R2-042667, which was the result of a long parallel session
> on the topic.

(ERICSSON630-000740-790 at 742.)  The report also noted that the group agreed that on a

structure for the MAC-e header in line with the proposals made by Qualcomm and Ericsson

before the meeting:

> There was also agreement on the MAC header structure, very
> much inline with the Qualcomm and Ericsson proposals before the
> meeting. This is reflected in the latest version of stage 2 (R2-
> 042664) that also will be discussed during the phone conferences.

(ERICSSON630-000740-790 at 742.)  The referenced R2-042664 is a draft version of 3GPP TS

25.309 that depicted the agreed-upon MAC-e PDU format.

464.



**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**



465.    The agreed-upon format was included in 3GPP TS 25.321 v6.3.0, dated

December 2004, which illustrates a MAC-e PDU having basically the same format as it does in

version 6.6.0, but without an explicit indication that Scheduling Information could be included.

That is, it depicted a MAC-e PDU using the DDI field agreed upon by the group (and which

were noted to be consistent with proposals submitted by Qualcomm and Ericsson), and *not* the

Samsung-proposed format using the Mux-Id field:



**Figure 36:     MAC-e PDU format depicted in Figure 9.1.5.2 of**
**3GPP TS 25.321 v6.3.0 (December 2004)**

466.    Notably, on December 21, 2004, Samsung filed the second Korean application to

which the '596 patent claims priority.  The 12/21/04 Application replicated material from the

11/9/04 Application – and included, for the first time, additional material discussing MAC-e

PDU formats using the DDI field instead of the Mux-Id field, and using a "special DDI value" to

represent the inclusion of control information.  It is apparent that the new material added by

- 156 -

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

Samsung to the 12/21/04 Application was intended to track the working group's decisions from

the 45th meeting as to the MAC-e PDU format and reflections on possible ways to identify

control information included in the MAC-e PDU.  (*See, e.g.*, Draft0 Minutes of the 45th TSG-

RAN WG2 meeting at 45; R2-042667 (Qualcomm) (Nov. 15-19, 2004); ERICSSON630-

000740-790 at 742; SAMNDCA630-04599551-554 at 554.)

467.    3GPP TS 25.321 v6.6.0, which Samsung contends to be covered by the '596

patent, was "frozen" or adopted into the standard at the 3GPP RAN Plenary Group Meeting #29

that took place on September 21-23, 2005.  (*See* Screenshot of the 3GPP website showing the

"freeze" meeting for each version of 3GPP TS 25.321 [APL630DEF-WH-A0000008889-8891 at

8890]; Approved report of the 29th 3GPP TSG RAN meeting [APL630DEF-WH-A0000008803-

8888 at 19, 54, 62].)

468.    A number of proposals relating to Scheduling Information were submitted before

3GPP TS 25.321 v6.6.0 was finalized.  For example, LG continued to submit proposals to

include Scheduling Information in the payload of the MAC-e PDU – proposals that described,

among other things, the feasibility of using a 1-bit flag or a special DDI value to indicate that the

Scheduling Information is included.  (R2-050076 (LG) (Jan. 10-14, 2005); R2-050377 (LG)

(Feb. 14-18, 2005); R2-050855 (LG) (Apr. 4-8, 2005).)

469.    Samsung also continued to submit proposals related to the MAC-e PDU until

shortly before 3GPP TS 25.321 v6.6.0 was finalized.  Samsung's additional proposals came after

it filed the 12/21/04 Application to which the '596 patent claims priority.

470.    Two weeks after filing the 12/21/04 Application, Samsung submitted R2-050038

to the working group describing a MAC-e PDU format similar to that it included in the

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

USPTO during the prosecution of the '596 patent).  These materials make it clear that the asserted claims are not directed to the MAC-e PDU format disclosed in the 11/9/04 Application, which corresponds to the first embodiment of the '596 patent.

479.    The 11/9/04 Application did not include any mention of the "data description indicator (DDI) field" that is required by both of the asserted claims.  Instead, the 11/9/04 Application referred to another data structure called a "multiplexing identifier," or "Mux-Id" field.  In the '596 patent, the DDI field is discussed in connection only with the second and third embodiments, which were not included in the 11/9/04 Application.

480.    Because Samsung contends that the asserted claims are entitled to the priority date of the 11/9/04 Application, I expect that Samsung will take the position that the 11/9/04 Application's description of the Mux-Id field discloses the "data description indicator (DDI) field" of the claims.  However, the descriptions in the '596 patent and the 11/9/04 Application that make clear that the Mux-Id and DDI fields are different things.

481.    Therefore, it is my view that the asserted claims (which require "a data description indicator (DDI)") do not find support in the written disclosure of the 11/9/04 Application and are thus not entitled to claim priority to November 9, 2004.  At best, they are entitled to claim priority to the 12/21/04 Application.

482.    I explain below my reasoning as to my view that the Mux-Id and DDI fields are different things.

483.    The difference between a Mux-Id and a DDI field is made clear by the written descriptions of the 11/9/04 Application and '596 patent.

484.    First, the 11/9/04 Application defines the Mux-Id (or "multiplexing identifier") as follows:

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

> The multiplexing identifier 532 may be a logical identifier, which is obtained by combining a logical channel identifier, a sequence reordering buffer identifier, and PDU size information.

(11/9/04 Application at 13 [SAMNDCA630-00833775].)  The '596 patent contains a nearly identical definition, except that it uses the term "reordering queue identifier" in place of "sequence reordering buffer identifier":

> The multiplexing identifier 532 may be a logical identifier, which is obtained by combining a logical channel identifier, a reordering queue identifier, and PDU size information.

('596 patent, 8:22-25.)

485.  To clarify the definition, the 11/9/04 Application and '596 patent include "Table 1" (included below) as an example of how the combination of three things – a logical channel identifier, a reordering queue identifier (or "sequence reordering buffer identifier") and RLC PDU size information – are taken together and assigned a Mux-Id.

Table 1

| Multiplexing Identifier | Logical Channel Identifier | Sequence Reordering Buffer Identifier | RLC PDU Size |
|---|---|---|---|
| Mux id 0 | LCH 0 | sequence reordering buffer 0 | 336 bit |
| Mux id 1 | LCH 1 | sequence reordering buffer 0 | 336 bit |
| Mux id 2 | LCH 2 | sequence reordering buffer 1 | 336 bit |
| Mux id 3 | LCH 2 | sequence reordering buffer 1 | 168 bit |

**Figure 39:    Table 1 of the 11/9/04 Application**

TABLE 1

| Multiplexing Identifier | Logical Channel Identifier | Reordering Queue Identifier | RLC PDU Size |
|---|---|---|---|
| Mux id 0 | LCH 0 | reordering queue 0 | 336 bit |
| Mux id 1 | LCH 1 | reordering queue 0 | 336 bit |
| Mux id 2 | LCH 2 | reordering queue 1 | 336 bit |
| Mux id 3 | LCH 2 | reordering queue 1 | 168 bit |

**Figure 40:    Table 1 of the '596 patent**

- 162 -

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

486.    The 11/9/04 Application explains Table 1 as follows:

> Table 1 illustrates the relationship between the values of the
> multiplexing identifier and the logical channel/the sequence
> reordering buffer/the RLC PDU size.

The corresponding passage in the '596 patent is as follows:

> Table 1 illustrates the relationship between the multiplexing
> identifier and the logical channel, reordering queue, and RLC PDU
> size. Herein, the RLC PDU size represents the size of MAC-d
> PDU input to the MAC-e/es layer 420.

('596 patent, 8:38-42.)

487.    The Mux-Id, as described in the 11/9/04 Application and '596 patent, is a 4-bit

field that is inserted into the header of a MAC-e PDU; the MAC-e header may contain several

such Mux-Id fields, one for each of the MAC-es PDUs that are contained in the payload of the

MAC-e PDU.  More specifically, a Mux-Id field is used to characterize one MAC-es PDU – and

each of those MAC-es PDUs contains a transmission sequence number (TSN) and one or more

RLC PDUs.  This organization is seen in Figure 5 of the 11/9/04 Application and the '596 patent,

reproduced below.



**Figure 41:      MAC-e PDU format of the first exemplary
embodiment of the '596 patent. (Figure 5 of the 11/9/04
Application and '596 patent)**

- 163 -

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

488.    As noted above, the Mux-Id field is defined as indicating three characteristics of a

MAC-es PDU.  It is useful to explain those three characteristics.

489.    <u>Logical Channel Identifier</u>:  A "logical channel" lies between the RLC and MAC

layers.  (*See* '596 patent, 6:16-17.)  For an uplink service like HSUDPA, the UE's RLC layer

"writes" its output (in the form of RLC PDUs) onto a logical channel; the UE's MAC layer

accepts this input and processes the RLC PDUs, ultimately producing MAC-e PDUs that are

conveyed to the physical layer.  The reciprocal processing occurs at the Node B and RNC – i.e.,

the MAC layer conveys RLC PDUs to the RLC layer via logical channels.  There are multiple

logical channels connecting the MAC and RLC layers, and the 11/9/04 Application and '596

patent assume that each MAC-es PDU will contain RLC PDUs from exactly one logical channel.

Therefore, the "logical channel identifier" associated with the Mux-Id field of a particular MAC-

es PDU indicates *which* logical channel carried the RLC PDUs contained in that MAC-es PDU.

490.    <u>Reordering Queue Identifier</u>:  The 11/9/04 Application and the '596 patent

explain that one of the processes carried out in the MAC-es layer at the RNC is the reordering

(based on their transmission sequence numbers, or TSNs) of the MAC-es PDUs before they are

disassembled into RLC PDUs.  The 11/9/04 Application states:

> The RNC 462 includes sequence reordering buffers (reordering
> queues) 465 and 470, disassembly units 475 and 480, C/T
> demultiplexing units 485 and 487, RLC layers 490A to 490C,
> 492A and 492B.
>
> The sequence reordering buffers 465 and 470 are configured for
> each of MAC-d flows, and reorder the sequence of MAC-es PDUs.
> The TSN inserted into the multiplexing and TSN setting unit 430 is
> used to reorder the sequence. The disassembly units 475 and 480
> disassemble the MAC-es PDUs in each MAC-e flow to RLC
> PDUs. The C/T demultiplexing units 485 and 487 function to
> transmit the RLC PDUs in each MAC-e flow to appropriate RLC
> entities of the RLC layers 490 and 492. The RLC layer 490 and

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

> 492 reconstructs RLC PDUs to the original upper-layer data, and
> then transmits the reconstructed data to an upper layer.

(11/9/04 Application at 11-12 [SAMNDCA630-00833773-774].)  The corresponding passage in

the '596 patent provides:

> The RNC 462 includes reordering queues 465 and 470,
> disassembly units 475 and 480, C/T demultiplexing units 485 and
> 487, RLC entities 490A to 490C, 492A and 492B (hereinafter,
> simply referred to as "490 and 492").
>
> The reordering queues 465 and 470 are configured for each of
> MAC-d flows in order to reorder the sequence of MAC-es PDUs.
> The TSN inserted into the multiplexing and TSN setting unit 430 is
> used to reorder the sequence of the MAC-es PDUs. Each of he
> [sic] disassembly units 475 and 480 disassembles the MAC-es
> PDUs of a MAC-e flow, which is provided from each of the
> reordering queues 465 and 470, to RLC PDUs. The C/T
> demultiplexing units 485 and 487 functions to transmit the RLC
> PDUs of each MAC-e flow to appropriate RLC entities 490 and
> 492 of the RLC layer.

('596 patent, 7:14-27.)  As can be seen in the passages above, the 11/9/04 Application and '596

patent make clear that reordering is performed by the RNC—and the reordering queues exist at

the RNC.  The 11/9/04 Application and the '596 patent do not describe reordering queues as

existing at the UE (or the Node B).

491.    The two figures below provide block diagrams of the processing carried out at the

UE and at the Node B/RNC, respectively, as described by the 11/9/04 Application and the '596

patent.

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information**



**Figure 42:      UE block diagram (Figure 4A of the 11/9/04
Application and the '596 patent)**



**Figure 43:      Node B and RNC block diagram (Figure 4B of
the 11/9/04 Application and the '596 patent)**

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

492.     This reordering is required because the presence of HARQ processing in the

MAC-e layer means that the MAC-es PDUs may not be received in the same order in which they

were generated; if a particular MAC-e PDU requires several retransmissions, then the MAC-es

PDUs contained therein will be delayed.

493.     As observed in Figure 4B from the 11/9/04 Application and the '596 patent, there

may be multiple reordering queues configured at the RNC, and the "reordering queue identifier"

(or "sequence reordering buffer identifier") – one of the three MAC-es PDU characteristics

indicated by the Mux-Id field – indicates *which* reordering queue the MAC-es PDU should be

routed to.  The 11/9/04 Application states:

> One UE includes a plurality of RLC entities 405 and 407, and one
> RLC entity corresponds to one logical channel. A plurality of
> logical channels correspond to one sequence reordering buffer. For
> instance, RLC #1 to RLC #3 405A to 405C correspond to the
> sequence reordering buffer 465, while RLC #4 and RLC #5 407A
> and 407B correspond to the sequence reordering buffer 470.

(11/9/04 Application at 12 [SAMNDCA630-00833774].)  Similarly, the '596 patent states:

> As described above, one UE 402 includes a plurality of RLC
> entities 405 and 407, and one RLC entity corresponds to one
> logical channel. A plurality of logical channels may correspond to
> one reordering queue. For instance, RLC #1 to RLC #3 405A to
> 405C correspond to the reordering queue 35 465, while RLC #4
> and RLC #5 407A and 407 B correspond to the reordering queue
> 470.

('596 patent,7:31-37.)  As seen from the passages above, the 11/9/04 Application and the '596

patent state that "[a] plurality of logical channels may correspond to one reordering queue [or

sequence reordering buffer]," and Figure 4B from the 11/9/04 Application and the '596 patent

depicts multiple logical channels (RLC entities) corresponding to one reordering queue.  This

differs from the 3GPP TS 25.321 standard, which provides that "[t]here is one Re-ordering

Process per logical channel."  (3GPP TS 25.321 v6.6.0 § 4.2.4.4.)

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

494.    PDU Size:  Finally, each of the RLC PDUs that are contained in the payload of a particular MAC-es PDU are necessarily the same size – i.e., the same number of bits in length.  (11/9/04 Application at 14 [SAMNDCA630-00833776]; '596 patent, 8:41-42.)  This is the third MAC-es PDU characteristic captured by its corresponding Mux-Id field.

495.    A Mux-Id in the context of the 11/9/04 Application and the '596 patent is a field in a MAC-e PDU header associated with one of the MAC-es PDUs contained in the payload of that MAC-e PDU, and it provides an indication of three characteristics of the MAC-es PDU: the associated logical channel, the associated reordering queue, and the associated RLC PDU size.

496.    Having addressed the Mux-Id field, I explain below in detail why it is different from a data description indicator or DDI field.

497.    As noted, the 11/9/04 Application contains no mention of a "data description indicator" or DDI field.  But as described in the specification of the '596 patent, a DDI field (like the Mux-Id field) is contained in the MAC-e header and is associated with a particular MAC-es PDU.  More specifically:

> The second exemplary implementation of an embodiment of the present invention uses a DDI, which is a logical identifier for identifying a logical channel, a MAC-d flow, and an RLC PDU size…

('596 patent, 10:61-64.)

498.    Both the Mux-Id and DDI fields provide indications of three characteristics of a MAC-es PDU.  They both identify the *logical channel* the associated RLC PDUs traverse between the RLC and MAC layers, and they both indicate the *size* of those RLC PDUs.  However, while the Mux-Id field indicates the associated *reordering queue*, the DDI field indicates the associated *MAC-d flow*.  Which means the immediate question at hand is this:  Is

- 168 -

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

there a difference between the *MAC-d flow* associated with a particular MAC-es PDU and the

*reordering queue* associated with that same MAC-es PDU?

499.    The 11/9/04 Application defines a "MAC-d flow" like this:

> Data output from one C/T multiplexing unit 410A or 410B is
> called a "MAC-d flow" 415. The MAC-d flow 415 is obtained by
> classifying logical channels according to requested quality of
> service (QoS). Data of logical channels requesting the same QoS
> are classified as the same MAC-d flow, and the MAC-eles layer
> 420 can provide a specific QoS for each of the MAC-d flows. The
> QoS may be controlled, for example, by controlling the number of
> HARQ retransmission or by adjusting the transmission power.

(11/9/04 Application at 10 [SAMNDCA630-00833772] (emphasis added).)  Similarly, the '596

patent states:

> Data output from each C/T multiplexing unit 410A or 410B is
> called a "MAC-d PDU", and a series of MAC-d PDUs is called a
> "MAC-d flow" 415. The MAC-d flow 415 is obtained by
> classifying logical channels based on requested qualify of service
> (QoS). Data of logical channels requesting the same QoS are
> classified into the same MAC-d flow 415, and the MAC-e/es layer
> 420 can provide a specific QoS for each of the MAC-d flows. The
> QoS may be controlled, for example, by controlling the number of
> HARQ retransmission or by adjusting the transmission power.

('596 patent, 6:27-36 (emphasis added).)

500.    According to the '596 patent, a MAC-d PDU is a protocol data unit produced at

the transmitter by the MAC-d sub-layer; a MAC-d PDU is what is "handed off" between the

MAC-d sub-layer and the MAC-es/MAC-e sub-layers.  And a *MAC-d flow* is a series of MAC-d

PDUs from logical channels that should be processed to have the same "quality of service" –

meaning, for example, the PDUs should have the same probability of being delivered error-free,

or they should have the same maximum delay.

501.    Based on these definitions, there is clearly no intrinsic relationship between a

MAC-d flow and a reordering queue.  One concept (MAC-d flow) captures the notion of a data

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

stream, conveyed over, perhaps, multiple logical channels, that is associated with the same

quality of service.  The other concept (reordering queue) reflects the resource that will be

brought to bear in the MAC-es layer at the radio network controller (RNC) to ensure that the data

are delivered in order to the higher layers.

502.    Indeed, the inventors of the '596 patent recognized that a MAC-e PDU header

employing a Mux-Id field to characterize the encapsulated MAC-es PDUs was different than a

MAC-e PDU header that employs a DDI field:

> According to the first exemplary implementation of an
> embodiment of the present invention, a multiplexing identifier
> included in a MAC-e header of a MAC-e PDU is used to identify a
> logical channel, a reordering queue, and an RLC PDU size. [¶]
>
> Different from the first embodiment, the second exemplary
> implementation of an embodiment of the present invention uses a
> data description indicator (DDI) in order to identify a MAC-d flow
> instead of the reordering queue.

('596 patent, 10:48-55 (emphasis added).)

503.    The inventors of the '596 patent then go on to make a claim that seems to

contradict their observation that the second embodiment (using a DDI) is "different from the

first" (using a Mux-Id):

> The combination of a logical channel, a reordering queue, and an
> RLC PDU size is identical to the combination of a logical channel,
> a MAC-d flow, and an RLC PDU size, in view that both include
> information about the size of RLC PDUs contained in a MAC-es
> PDU and information about an upper layer to which the RLC
> PDUs will be transmitted.

('596 patent, 10:55-61.)

504.    It is accurate to say that the Mux-Id and the DDI fields "both include information

about the size of RLC PDUs contained in a MAC-es PDU and information about an upper layer

to which the RLC PDUs will be transmitted."  Indeed, they both include information about RLC

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

PDU size and which logical channel is used to exchange information between the MAC layer
and the higher RLC layer.  That does not, however, make them "identical."  As noted above and
described in the 11/9/04 Application and the '596 patent, the reordering queue is a *MAC-es layer
resource at the RNC* used to guarantee in-order conveyance of data to the RLC layer, while the
MAC-d flow is a *grouping of MAC-d PDUs from logical channels with the same quality of
service* – two concepts that are neither identical nor even necessarily even related.  The MAC-d
flow in the enhanced uplink is created at the output of the MAC-d sublayer in the UE, continues
to exist in the MAC-e processing in the Node B, and still continues to exist through the MAC-es
processing at the RNC until the MAC-d PDUs flow into the MAC-d sub-layer.  However, the
reordering queue exists at only one place – in the MAC-es sublayer at the RNC.

505.    It is possible to *impose* a relationship between two unrelated entities, and in the
examples provided in the 11/9/04 Application and the '596 patent that seems to be what is done,
if ambiguously: "The sequence reordering buffers 465 and 470 are configured for each of MAC-
d flows, and reorder the sequence of MAC-es PDUs."  (11/9/04 Application at 12
[SAMNDCA630-00833774]; *see also* '596 patent, 7:18-20 ("The reordering queues 465 and 470
are configured for each of MAC-d flows in order to reorder the sequence of MAC-es PDUs.")
This is ambiguous at least in part because it does not state *how many* reordering queues should
be associated with each MAC-d flow or how they should be "configured."

506.    While the 11/9/04 Application and the '596 patent may suggest an ambiguous
relationship between the MAC-d flows and the reordering queues, it does not follow that they are
the same thing – clearly they are not.  Moreover, it is instructive to consider those parts of the
UMTS standard that addresses the reordering that takes place at the "serving" radio network
controller ("SRNC"):

- 171 -

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

For each UE, there is one MAC-es entity in the SRNC. The MAC-es sublayer handles E-DCH specific functionality, which is not covered in the MAC-e entity in Node B. In the model below, the MAC-es comprises the following entities:

- Reordering Queue Distribution:

The reordering queue distribution function routes the MAC-es PDUs to the correct reordering buffer based on the SRNC configuration.

- Reordering:

This function reorders received MAC-es PDUs according to the received TSN and Node-B tagging i.e. (CFN, subframe number). MAC-es PDUs with consecutive TSNs are delivered to the disassembly function upon reception. Mechanisms for reordering MAC-es PDUs received out-of-order are left up to the implementation. <u>There is one Re-ordering Process per logical channel</u>.

(3GPP TS 25.321 § 4.2.4.4 (emphasis added).)

The re-ordering entity is part of the MAC-es sublayer in the SRNC. There is one re-ordering entity per UE. <u>Each re-ordering entity will support one re-ordering process per logical channel</u>. The DDI value is used to determine the logical channel for which each MAC-es PDU is meant. Based on this information, the MAC-es PDUs are routed to the proper re-ordering process. The re-ordering process may use the explicit TSN indication as well as the timing information provided by the Node B in order to eliminate duplicates and deliver the packets in order to RLC. The details of the re-ordering mechanism are left up to the implementation.

(3GPP TS 25.321 § 11.8.3.1 (emphasis added).)

507.    Thus, the standard makes it clear that reordering is carried out as per logical channels, not as per MAC-d flows.  Therefore, specifying the MAC-d flow associated with a MAC-es PDU is *not* the same as specifying the reordering queue; there can be MAC-d PDUs from multiple logical channels within a single MAC-d flow, but the standards indicate that the

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

single MAC-d flow will be split by the "Reordering Queue Distribution" function (see figure

below) into its constituent logical channels for reordering.



**Figure 44:       Details of MAC-es processing at RNC (Figure
4.1.4.4-1 of 3GPP TS 25.321)**

508.    The fact that the standard does *not* treat reordering queue identity and MAC-d

flow as equivalent makes it clear to me that Samsung's 11/9/04 Application – which mentions

*only* a Mux-Id field indicating reordering queue and *not* a DDI field indicating MAC-d flow –

cannot be used to establish priority for the asserted claims, which require a DDI field.

509.    Based on documents I have reviewed, my interpretation is consistent with that of

the participants of the working group while they were developing the HSUPA standards.  For

instance, in the Nokia proposal circulated with the October 29, 2004 email by Denis Fauconnier,

this point was made:

> MAC-e entity in Node B demultiplexes the MAC-e PDU into
> MAC-es PDUs which are for separate MAC-d flows and for
> separate reordering queues within MAC-d flow. Therefore, it is not
> enough to distinguish only MAC-d flows in the MAC-e header but

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

<u>also the reordering queue shold be identified</u>. Thus a queue id
(QID) should be added in the header.

(Nokia 10/29/04 Proposal, Section 4.1 (emphasis added).)  Thus, in both contemporaneous

proposals and in the ultimately-approved standard, specifying a reordering queue was not the

same as specifying a MAC-d flow.

510.    Finally, it should be noted that not only is a MAC-d flow a completely different

concept from a reordering queue, but the combination of (MAC-d flow, logical channel, RLC

PDU size) is different from the combination of (reordering queue, logical channel, RLC PDU

size).  The second combination carries information about the memory locations at the RNC that

will be used for reordering while the first combination does not.

511.    In summary, it is my opinion that the asserted claims describe something

substantially different from what was disclosed in the 11/9/04 Application.

- The asserted claims of the '596 patent require a "data description indicator (DDI)
  field" that the specification defines as "a logical identifier for identifying a logical
  channel, a MAC-d flow, and an RLC PDU size."  ('596 patent, 10:63-64.)

- The 11/9/04 Application includes no mention of a DDI.  The closest thing to a
  DDI field included in this application is a Mux-Id field, which is defined as "a
  logical identifier, which is obtained by combining a logical channel identifier, a
  sequence reordering buffer identifier, and PDU size information."  (11/9/04
  Application at 13 [SAMNDCA630-00833775].)

- Because Samsung claims that the asserted claims are entitled to the November 9,
  2004 priority date, Samsung must take the position that the 11/9/04 Application's
  description of a Mux-Id field discloses the DDI field of the asserted claims.  The
  difference between the two is that a Mux-Id field identifies a reordering queue
  instead of a MAC-d flow.  (Both also identify a logical channel and a RLC PDU
  size.)  As such, I presume Samsung will take the position that a reordering queue
  is the same as or equivalent to a MAC-d flow.

- A reordering queue and a MAC-d flow are different and not equivalent.  A
  reordering queue is a set of memory locations at the RNC used to place received
  MAC-es PDUs in the same order they were generated.  A MAC-d flow is a flow
  of data – a series of MAC-d PDUs – from logical channels with the same

- 174 -

SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information

requested quality of service.  A MAC-d flow exists at the UE, the Node B, and the RNC, while a reordering queue exists only at the RNC.

- While the 11/9/04 Application cryptically suggests a relationship between these two very different things – "sequence reordering buffers 465 and 470 are configured for each of MAC-d flows" – the relationship is ambiguous at best.  At no point in the application do the inventors assert that specifying a reordering queue is the same thing as specifying a MAC-d flow.  Moreover, the claim language in the 11/9/04 Application includes nothing about MAC-d flows. (11/9/04 Application at 19-23 [SAMNDCA630-00833781-785].)

- Contemporaneous proposals make a clear distinction between indicating a reordering queue and indicating a MAC-d flow in the MAC-e header.

- The UMTS standards make it very clear that the reordering processes are organized per logical channel, not per MAC-d flow – thus teaching away from the sameness or equivalence that Samsung apparently wants to find.

IX.   **The State of the Art, or the Knowledge of the Person of Ordinary Skill, at the Relevant Time**

512.    None of the concepts recited by the asserted claims were new at the time of the purported invention.

A.   **Transmission of Control Information**

513.    The concept of a mobile device transmitting information on buffer status and transmission power to the base station to use in scheduling was known before Samsung filed the relevant applications.

514.    As I have already noted above, the transmission of control information for scheduling was specifically discussed in 3GPP TR 25.896 (released March 2004) as a potential technique to include in enhanced uplink, and numerous working group participants submitted proposals on this technique.

515.    This concept was also known outside the context of 3GPP's development of the HSUPA standards.  For instance, the transmission of buffer status and power headroom information from the mobile device to a base station, for use in scheduling, was incorporated into