1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333
6
   HAROLD J. McELHINNY (CA SBN 66781)
7  hmcelhinny@mofo.com
   JACK W. LONDEN (CA SBN 85776)
8  jlonden@mofo.com
   RACHEL KREVANS (CA SBN 116421)
9  rkrevans@mofo.com
   RUTH N. BORENSTEIN (CA SBN 133797)
10 rborenstein@mofo.com
   ERIK J. OLSON (CA SBN 175815)
11 ejolson@mofo.com
   MORRISON & FOERSTER LLP
12 425 Market Street
   San Francisco, California  94105-2482
13 Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
14
   Attorneys for Plaintiff and
15 Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

16                      UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                            SAN JOSE DIVISION

19
   APPLE INC., a California corporation,        Case No.    12-cv-00630-LHK (PSG)
20
                    Plaintiff,                  **NOTICE OF APPEARANCE OF
21                                              HAROLD J. MCELHINNY**
          v.
22
   SAMSUNG ELECTRONICS CO., LTD., a
23 Korean corporation; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
24 York corporation; and SAMSUNG
   TELECOMMUNICATIONS AMERICA,
25 LLC, a Delaware limited liability company,

26                  Defendant.

27

28

   NOTICE OF APPEARANCE
   CASE NO.12-cv-00630-LHK (PSG)
   sf-3368571

1    PLEASE TAKE NOTICE that attorney Harold J. McElhinny of Morrison & Foerster

2  LLP, a member of the State Bar of California (CA SBN 66781) and admitted to practice in this

3  Court, and whose contact information appears below, hereby enters an appearance as an

4  additional attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-

5  captioned case.

6              Harold J. McElhinny
             Morrison & Foerster LLP
7            425 Market Street
             San Francisco, CA 94105
8            Phone:  (415) 268-7265
             Fax:  (415) 276-7265
9            Email:  HMcElhinny@mofo.com

10  Dated: January 6, 2014            MORRISON & FOERSTER LLP

11

12                          By:    /s/ Harold J. McElhinny
                                  Harold J. McElhinny
13
                                  Attorneys for Plaintiff and
14                                Counterclaim-Defendant
                                  APPLE INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28