JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendant. | Case No.    12-cv-00630-LHK (PSG)<br><br>**NOTICE OF APPEARANCE OF JACK W. LONDEN** |

PLEASE TAKE NOTICE that attorney Jack W. Londen of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 85776) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned case.

Jack W. Londen
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Phone:  (415) 268-7415
Fax:  (415) 276-7415
Email:  JLonden@mofo.com

Dated: January 6, 2014                    MORRISON & FOERSTER LLP


                                          By:   /s/ Jack W. Londen
                                                Jack W. Londen

                                          Attorneys for Plaintiff and
                                          Counterclaim-Defendant
                                          APPLE INC.