| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**NOTICE OF APPEARANCE OF ERIK J. OLSON** |

1 | PLEASE TAKE NOTICE that attorney Erik J. Olson of Morrison & Foerster LLP, a
2 | member of the State Bar of California (CA SBN 175815) and admitted to practice in this Court,
3 | and whose contact information appears below, hereby enters an appearance as an additional
4 | attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned
5 | case.

        Erik J. Olson
        Morrison & Foerster LLP
        755 Page Mill Road
        Palo Alto, CA  94304-1018
        Phone:  (650) 813-5825
        Fax:  (650) 251-3842
        Email:  EJOlson@mofo.com

Dated: January 6, 2014        MORRISON & FOERSTER LLP

        By:  */s/ Erik J. Olson*
              Erik J. Olson

        Attorneys for Plaintiff and
        Counterclaim-Defendant
        APPLE INC.

NOTICE OF APPEARANCE
CASE NO. 12-cv-00630-LHK (PSG)
sf-3368575

1