1

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

2

3

4

5

6

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

7

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

8

9

10

11

12

13

14

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

15

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

SAN JOSE DIVISION

19

20

21

22

23

24

25

26

27

28

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

Defendant.

Case No.    12-cv-00630-LHK (PSG)

**NOTICE OF APPEARANCE OF
KENNETH A. KUWAYTI**

1    PLEASE TAKE NOTICE that attorney Kenneth A. Kuwayti of Morrison & Foerster LLP,

2    a member of the State Bar of California (CA SBN 145384) and admitted to practice in this Court,

3    and whose contact information appears below, hereby enters an appearance as an additional

4    attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned

5    case.

6              Kenneth A. Kuwayti
              Morrison & Foerster LLP
7              755 Page Mill Road
              Palo Alto, CA  94304-1018
8              Phone:  (650) 813-5688
              Fax:  (650) 494-0792
9              Email:  KKuwayti@mofo.com

10   Dated: January 6, 2014              MORRISON & FOERSTER LLP

11

12                          By:   /s/ Kenneth A. Kuwayti

13                              Kenneth A. Kuwayti

14                              Attorneys for Plaintiff and
                              Counterclaim-Defendant
15                              APPLE INC.

16

17

18

19

20

21

22

23

24

25

26

27

28