| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER L. ROBINSON** |

NOTICE OF APPEARANCE
CASE NO.12-cv-00630-LHK (PSG)
sf-3368532

PLEASE TAKE NOTICE that attorney Christopher L. Robinson of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 260778) and admitted to practice in the Court, and whose contact information appears below, hereby enters an appearance as additional attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc., in the above-captioned case.

> Christopher L. Robinson
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA  94105
> Phone:  (415) 268-7000
> Fax:  (415) 268-7522
> Email:  ChristopherRobinson@mofo.com

Dated: January 6, 2014                MORRISON & FOERSTER LLP

By:   */s/ Christopher L. Robinson*
         Christopher L. Robinson

         Attorneys for Plaintiff and
         Counterclaim-Defendant
         APPLE INC.

NOTICE OF APPEARANCE
CASE NO.12-cv-00630-LHK (PSG)
sf-3368532

1