| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br>                 Plaintiff, <br>    v. <br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br>                 Defendant. | Case No.   12-cv-00630-LHK (PSG) <br><br> **NOTICE OF APPEARANCE OF EFRAIN STAINO** |

1    PLEASE TAKE NOTICE that attorney Efrain Staino of Morrison & Foerster LLP, a
member of the State Bar of California (CA SBN 271715) and admitted to practice in the Court,
and whose contact information appears below, hereby enters an appearance as additional attorney
of record for Plaintiff and Counterclaim-Defendant Apple Inc., in the above-captioned case.

Efrain Staino
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
Phone:  (415) 268-7000
Fax:  (415) 268-7522
Email:  EStaino@mofo.com

Dated: January 6, 2014                    MORRISON & FOERSTER LLP

                                          By:  */s/ Efrain Staino*
                                                Efrain Staino

                                          Attorneys for Plaintiff and
                                          Counterclaim-Defendant
                                          APPLE INC.

NOTICE OF APPEARANCE
CASE NO.12-cv-00630-LHK (PSG)
sf-3368554

1