IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> SAMSUNG ELECTRONICS CO., LTD, et al. <br><br>    Defendants. | Case No. 12-CV-00630-LHK (PSG) <br><br> **[PROPOSED] ORDER GRANTING THIRD-PARTY MICROSOFT'S COMPREHENSIVE ADMINISTRATIVE MOTION TO PLACE UNDER SEAL ALL CONFIDENTIAL DOCUMENTS DISCOVERED FROM MICROSOFT BY SUBPOENA WITHOUT THE NEED FOR REPEATED CONFIRMING DECLARATIONS** |

By administrative motion, Third-Party Microsoft Corporation ("Microsoft") has requested an order that all submissions by the parties that contain, disclose, or characterize any confidential Microsoft information discovered by the parties during this action be filed and maintained under seal, without the need for further confirming declarations from Microsoft for each such filing. The specific documents that Microsoft requests be maintained under seal are identified in Exhibit A of its motion, reproduced and attached here as part of this order.

In support of its motion, Microsoft has filed the Declaration of William J. Harmon, as required under Civil Local Rule 79-5 and General Order 62, which provides evidence of compelling reasons for this Court to permit filing and maintaining the referenced Microsoft documents under seal without the need for a supporting declaration for each party filing that contains or relates to those documents.  Microsoft has also represented that the parties do not oppose its motion and agree to filing the referenced Microsoft documents under seal and to relieving Microsoft of having to confirm the confidential nature of its documents with each such filing.

[Proposed] Order Granting Third-Party Microsoft's Comprehensive
Administrative Motion To Place Under Seal All Confidential Documents
Discovered From Microsoft By Subpoena Without The Need
For Repeated Confirming Declarations
 12-cv-00630-LHK (PSG)

Baker & Hostetler LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19103
(215) 568-3100

1  Accordingly, for compelling reasons shown and pursuant to Stipulation, the Court hereby
2  GRANTS Third-Party Microsoft's Comprehensive Administrative Motion to Maintain Under
3  Seal all Confidential Documents Discovered from Microsoft By Subpoena without the Need for
4  Repeated Confirming Declarations.
5      IT IS HEREBY ORDERED that, from the date of this Order, all submissions by the
6  parties that contain, disclose, or characterize any Microsoft documents or information as listed in
7  Exhibit A to this order be filed and maintained under seal, without the need for further
8  confirming declarations from Microsoft for each such filing.
9      **IT IS SO ORDERED.**

11  Dated: _____     By: _____
                                                                           Hon. Lucy H. Koh
                                                                           United States District Judge

28  [Proposed] Order Granting Third-Party Microsoft's Comprehensive
Administrative Motion To Place Under Seal All Confidential Documents
Discovered From Microsoft By Subpoena Without The Need
For Repeated Confirming Declarations
12-cv-00630-LHK (PSG)

Baker & Hostetler LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19103
(215) 568-3100