IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, et al. <br><br> Defendants. | Case No. 12-CV-00630-LHK (PSG) <br><br> **DECLARATION OF THIRD-PARTY MICROSOFT IN SUPPORT OF ITS COMPREHENSIVE ADMINISTRATIVE MOTION TO PLACE UNDER SEAL ALL CONFIDENTIAL DOCUMENTS DISCOVERED FROM MICROSOFT BY SUBPOENA WITHOUT THE NEED FOR REPEATED CONFIRMING DECLARATIONS** |

I, William J. Harmon, declare and state as follows:

1. I am an attorney at Microsoft Corporation ("Microsoft"). Pursuant to Local Rule 79-5, I submit this declaration in support of Third-Party Microsoft's Comprehensive Administrative Motion to Require All Confidential Documents Produced by Microsoft Pursuant to Subpoena and the Protective Order to be Filed under Seal Without the Need for a Confirming Declaration. I am the same Bill Harmon who submitted seven previous declarations in support of administrative motions filed by the parties to maintain certain of their submissions containing highly confidential information, including Microsoft information, under seal. (See Dkts. 567, 819, 865, 933, 956, 988, and 1026 in support of Dkts. 540, 809, 853/854, 878/880, 946, 962/964, and 1101, respectively.) I have personal knowledge of the facts set forth in both this and my previous declarations and, if called as a witness, could competently testify to them under oath on behalf of Microsoft.

Declaration Of Third-Party Microsoft In Support Of Its Comprehensive Administrative Motion To Place Under Seal All Confidential Documents Discovered From Microsoft By Subpoena Without The Need For Repeated Confirming Declarations
12-cv-00630-LHK (PSG)

Woodcock Washburn LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19104
(215) 568-3100

2. Documents listed in Appendix A of Microsoft's Comprehensive Administrative Motion here contain information that is highly confidential and sensitive to Microsoft that was produced to Apple and Samsung in response to subpoenas issued in this action. At the time of its production, the information was designated by Microsoft as "Highly Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Outside Attorneys' Eyes Only – Source Code," as appropriate, under the Protective Order entered in this case. Likewise, transcripts of depositions taken of current and former Microsoft employees on the same and related subject matter of the produced documents were marked as "highly confidential" under the order.

3. The documents identified in Appendix A of the Motion are of the kind that disclose information relating to Microsoft's products operating systems; designs, operations, specifications, and features of those systems; source code; software protocols; operating protocols; and software sales, revenue, pricing, and licensing data. The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the afore-mentioned documents. Because Microsoft is a third-party to this litigation and did not choose to put its information into issue, sealing of the information is especially appropriate.

4. As part of my role at Microsoft, I am familiar with the development of Microsoft's source code and related confidential information and with the procedures Microsoft employs to maintain source code and other information secure within the company. Although Microsoft does choose to make certain information, such as emulators, derived from its source code available, Microsoft generally maintains the source code and other related information, such as source code paths and underlying designs, specifications, and protocols for related software, such as the synchronization applications, in confidence. I am also familiar with the procedures Microsoft employs to maintain in confidence the sales and licensing of its software.

Declaration Of Third-Party Microsoft In Support Of Its Comprehensive
Administrative Motion To Place Under Seal All Confidential Documents
Discovered From Microsoft By Subpoena Without The Need For Repeated
Confirming Declarations
12-cv-00630-LHK (PSG)

Woodcock Washburn LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19104
(215) 568-3100

5. Access to source code and related confidential information is limited within Microsoft to a select group of individuals involved in software development, management, and security. Source code and related information and software is archived under secure conditions with limited access. Source code for Windows and Windows Mobile operating systems is maintained under high security because it controls how certain Microsoft devices and software operate.

6. This security applies even with respect to products that are no longer supported by Microsoft because aspects of such a product's software and underlying code are often the foundation for later generation products. Public exposure of the source code and related confidential information would cause significant competitive harm to Microsoft. The source code produced by Microsoft to the parties was produced only in compliance with a subpoena and under the confidential protections afforded by the protective order and have been designated as "Highly Confidential – Outside Attorneys' Eyes Only – Source Code" under the Protective Order entered in this case.

7. Likewise, confidential information directly related to features and operating protocols for Microsoft's Windows operating systems is highly proprietary and valuable to Microsoft's business. Microsoft would suffer significant competitive harm if this highly confidential information were disclosed to the public.

8. Confidential Microsoft sales information was produced by Microsoft in response to a subpoena issued by Samsung in this matter and was obtained from a secure database. Access to this database is restricted even among Microsoft employees. Microsoft considers its sales and revenue information to be highly confidential and public disclosure of the information

Declaration Of Third-Party Microsoft In Support Of Its Comprehensive
Administrative Motion To Place Under Seal All Confidential Documents
Discovered From Microsoft By Subpoena Without The Need For Repeated
Confirming Declarations
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104
(215) 568-3100

would be harmful to Microsoft's business by making available pricing and other competitive information.

9. Public exposure of the information discussed above would cause significant competitive harm to Microsoft. It would provide Microsoft's competitors with an unfair advantage and erode the value of Microsoft's investment in the development of this software. It is particularly appropriate to seal this information here because Microsoft is a third party to this litigation and did not choose to put its information into issue.

10. It is unduly burdensome for Microsoft to have to repeatedly file declarations in support of sealing in response to each submission by the parties that contains confidential Microsoft information, particularly since the local rules provide only four calendar days to do so. Microsoft is a third party to this case. It did not voluntarily place its highly sensitive information into issue, but was legally required to respond to repeated subpoenas requesting production of its confidential information, at great cost and time. All of the Microsoft documents of the kind referenced in its present Administrative Motion are confidential and sensitive and have been designated as such under the protective order. Sealing of the Microsoft documents without further requirement of additional supporting declarations would alleviate the undue burden and costs to Microsoft.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  December 16, 2013           By: _____
                                         William J. Harmon

Declaration Of Third-Party Microsoft In Support Of Its Comprehensive
Administrative Motion To Place Under Seal All Confidential Documents
Discovered From Microsoft By Subpoena Without The Need For Repeated
Confirming Declarations
12-cv-00630-LHK (PSG)

Woodcock Washburn LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19104
(215) 568-3100