| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA  02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA  94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No.   12-cv-00630-LHK (PSG) <br><br> **NOTICE OF APPEARANCE OF ESTHER KIM** |

NOTICE OF APPEARANCE
CASE NO.12-cv-00630-LHK (PSG)
sf-3368525

1  PLEASE TAKE NOTICE that attorney Esther Kim of Morrison & Foerster LLP, a
2  member of the State Bar of California (CA SBN 258024) and admitted to practice in the Court,
3  and whose contact information appears below, hereby enters an appearance as additional attorney
4  of record for Plaintiff and Counterclaim-Defendant Apple Inc., in the above-captioned case.

>  Esther Kim
>  Morrison & Foerster LLP
>  425 Market Street
>  San Francisco, CA  94105
>  Phone:  (415) 268-7000
>  Fax:  (415) 268-7522
>  Email:  EKim@mofo.com

Dated: January 6, 2014                MORRISON & FOERSTER LLP

                                      By:  */s/ Esther Kim*
                                           Esther Kim

                                      Attorneys for Plaintiff and
                                      Counterclaim-Defendant
                                      APPLE INC.

NOTICE OF APPEARANCE
CASE NO.12-cv-00630-LHK (PSG)
sf-3368525

1