| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (pro hac vice) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street Boston, |
| 1881 Page Mill Road | Massachusetts 02109 |
| Palo Alto, CA  94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| | MARK D. SELWYN (SBN 244180) |
| HAROLD J. McELHINNY (CA SBN 66781) | mark.selwyn@wilmerhale.com |
| hmcelhinny@mofo.com | WILMER CUTLER PICKERING |
| JACK W. LONDON (CA SBN 85776) | HALE AND DORR LLP |
| jlondon@mofo.com | 950 Page Mill Road |
| RACHEL KREVANS (CA SBN 116421) | Palo Alto, California 94304 |
| rkrevans@mofo.com | Telephone: (650) 858-6000 |
| RUTH N. BORNSTEIN (CA SBN 133797) | Facsimile: (650) 858-6100 |
| rbornstein@mofo.com | |
| ERIK J. OLSEN (CA SBN 175815) | |
| ejolsen@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, | |
| Plaintiff and Counterclaim-Defendant, | CASE NO. 12-cv-00630-LHK (PSG) |
| v. | **NOTICE OF CORRECTION OF EXHIBITS IN SUPPORT OF APPLE INC.'S MOTION TO EXCLUDE CERTAIN UNRELIABLE AND IMPERMISSIBLE SAMSUNG EXPERT TESTIMONY** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaim-Plaintiffs. | |

Apple Inc. filed its Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony (Dkt. 806-3) on October 10, 2013.  Exhibit B-7 to the Declaration of Casey J. McCracken in Support of Apple's Motion ("McCracken Declaration"), filed under seal, should have included an Excel spreadsheet containing individual scores, from a document produced with bates number RAONDCA630-00001750.  Exhibit B-8 to the McCracken Declaration, also filed under seal, should have included Excel spreadsheets containing relative value scores.  Instead, Apple inadvertently filed the Excel spreadsheet containing individual scores as Exhibit B-8 and the excel spreadsheets containing relative value scores as Exhibit B-7.

Apple had moved to file Exhibit B-7 and Exhibit B-8 under seal based upon Samsung's designation of information in the exhibits as highly confidential; Apple did not make any claim of confidentiality to these exhibits, or submit a declaration in support of sealing. (Dkt. 806-1 at 5.) Samsung has since notified the Court that it does not maintain a claim of confidentiality over the contents of these exhibits.  (Dkt. 821 at 4.)

Apple now provides notice that it has filed corrected versions of Exhibits B-7 and B-8. Because Samsung does not maintain a claim of confidentiality over the contents of these exhibits, they have been filed publically.

Dated:  January 14, 2014

Respectfully Submitted,

By: */s/ Mark D. Selwyn*

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

APPLE'S NOTICE OF CORRECTION OF EXHIBITS
CASE NO. 12-CV-00630-LHK (PSG)

ActiveUS 121293571v.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 14, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn