# EXHIBIT B-7

**Probability Scale (Anchor = 100)**

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 1 | 180.83251 | 162.45564 | 199.20939 |
| Use FaceTime to make or receive video-calls over a cellular connection | 2 | 168.15670 | 150.58337 | 185.73004 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 3 | 177.43742 | 160.33659 | 194.53825 |
| Take video and transmit it to another device by e-mail over a cellular connection | 4 | 144.94863 | 129.04483 | 160.85243 |
| Take video and transmit it to another device by text message | 5 | 168.49196 | 150.88541 | 186.09850 |
| Take video and upload it to YouTube over a cellular connection | 6 | 94.05151 | 79.48833 | 108.61468 |
| Take video and upload it to YouTube over a Wi-Fi connection | 7 | 113.99210 | 97.62593 | 130.35827 |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 8 | 200.64829 | 183.35529 | 217.94129 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 9 | 161.28857 | 145.45286 | 177.12429 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 10 | 207.74395 | 191.21074 | 224.27716 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 11 | 197.55255 | 180.53441 | 214.57069 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 12 | 226.58941 | 209.81325 | 243.36558 |
| See the number of photos or videos in an album next to the album name in the Photos application | 13 | 169.07329 | 151.10090 | 187.04567 |
| Have twice the memory capacity compared to what my iPod Touch currently has | 14 | 263.54434 | 245.47041 | 281.61827 |
| Anchor | 15 | 100.00000 | * | * |

**Zero-Anchored Interval Scale**

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 1 | 8.97721 | 3.52488 | 14.42954 |

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use FaceTime to make or receive video-calls over a cellular connection | 2 | 4.92962 | -0.13662 | 9.99586 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 3 | 9.04241 | 4.43365 | 13.65118 |
| Take video and transmit it to another device by e-mail over a cellular connection | 4 | -1.22572 | -5.55702 | 3.10559 |
| Take video and transmit it to another device by text message | 5 | 5.06497 | 0.06723 | 10.06271 |
| Take video and upload it to YouTube over a cellular connection | 6 | -17.50222 | -22.08720 | -12.91725 |
| Take video and upload it to YouTube over a Wi-Fi connection | 7 | -13.47863 | -18.77022 | -8.18704 |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 8 | 13.00434 | 8.32852 | 17.68017 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 9 | 3.20626 | -0.95595 | 7.36847 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 10 | 15.40366 | 11.17388 | 19.63345 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 11 | 12.69541 | 8.15547 | 17.23535 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 12 | 21.71561 | 17.24646 | 26.18476 |
| See the number of photos or videos in an album next to the album name in the Photos application | 13 | 2.74556 | -2.83194 | 8.32305 |
| Have twice the memory capacity compared to what my iPod Touch currently has | 14 | 36.30435 | 30.29660 | 42.31210 |
| Anchor | 15 | 0.00000 | * | * |

**Raw Scores**

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 1 | 0.69522 | 0.30372 | 1.08671 |
| Use FaceTime to make or receive video-calls over a cellular connection | 2 | 0.38488 | 0.01933 | 0.75042 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 3 | 0.71129 | 0.37365 | 1.04894 |
| Take video and transmit it to another device by e-mail over a cellular connection | 4 | 0.00640 | -0.30790 | 0.32071 |
| Take video and transmit it to another device by text message | 5 | 0.42917 | 0.08043 | 0.77792 |
| Take video and upload it to YouTube over a cellular connection | 6 | -1.18278 | -1.51760 | -0.84797 |
| Take video and upload it to YouTube over a Wi-Fi connection | 7 | -0.86100 | -1.24288 | -0.47911 |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 8 | 1.10250 | 0.76139 | 1.44362 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 9 | 0.39885 | 0.09960 | 0.69810 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 10 | 1.22893 | 0.91943 | 1.53843 |

| | | | | |
|---|---|---|---|---|
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 11 | 1.07198 | 0.73572 | 1.40823 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 12 | 1.63386 | 1.30348 | 1.96424 |
| See the number of photos or videos in an album next to the album name in the Photos application | 13 | 0.37241 | -0.03374 | 0.77855 |
| Have twice the memory capacity compared to what my iPod Touch currently has | 14 | 2.85851 | 2.38445 | 3.33257 |
| Anchor | 15 | 0.00000 | * | * |

## Data Summary

| | |
|---|---|
| Total Respondents | 264 |
| Total 'Best' Choices | 3432 |
| Total 'Worst' Choices | 3432 |
| Average 'Best' Choices per Respondent | 13.00 |
| Average 'Worst' Choices per Respondent | 13.00 |

'Best' Responses by Position

| | |
|---|---|
| 1 | 27.21% |
| 2 | 26.31% |
| 3 | 23.98% |
| 4 | 22.49% |

'Worst' Responses by Position

| | |
|---|---|
| 1 | 25.70% |
| 2 | 23.22% |
| 3 | 24.83% |
| 4 | 26.25% |

## Settings Summary

| | |
|---|---|
| Respondents to Include | All respondents included |

## Estimation Summary

| | |
|---|---|
| Total Iterations | 30000 |
| Fit Statistic (Root Likelihood) | 0.447 |
| Iterations per Second | 108.715 |

**Probability Scale (Anchor = 100)**

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 1 | 247.45635 | 235.26150 | 259.65119 |
| Use FaceTime to make or receive video-calls over a cellular connection | 2 | 221.89605 | 209.87976 | 233.91234 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 3 | 232.21282 | 220.81750 | 243.60815 |
| Take video and transmit it to another device by e-mail over a cellular connection | 4 | 194.91414 | 182.96467 | 206.86360 |
| Take video and transmit it to another device by text message | 5 | 200.57096 | 188.84465 | 212.29727 |
| Take video and upload it to YouTube over a cellular connection | 6 | 106.95350 | 96.16423 | 117.74277 |
| Take video and upload it to YouTube over a Wi-Fi connection | 7 | 124.43870 | 113.02591 | 135.85149 |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 8 | 221.97707 | 210.60165 | 233.35249 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 9 | 234.92324 | 223.97849 | 245.86799 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 10 | 204.20493 | 192.59990 | 215.80997 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 11 | 197.32400 | 185.50508 | 209.14292 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 12 | 230.18112 | 218.85838 | 241.50385 |
| See the number of photos or videos in an album next to the album name in the Photos application | 13 | 192.10497 | 179.33811 | 204.87184 |
| Have twice the memory capacity compared to what my iPad currently has | 14 | 280.53661 | 269.28097 | 291.79225 |
| Anchor | 15 | 100.00000 | * | * |

**Zero-Anchored Interval Scale**

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 1 | 27.37678 | 23.97684 | 30.77673 |
| Use FaceTime to make or receive video-calls over a cellular connection | 2 | 18.58577 | 15.47130 | 21.70024 |

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 3 | 23.50171 | 20.57990 | 26.42351 |
| Take video and transmit it to another device by e-mail over a cellular connection | 4 | 14.04612 | 11.06783 | 17.02441 |
| Take video and transmit it to another device by text message | 5 | 14.51693 | 11.45514 | 17.57873 |
| Take video and upload it to YouTube over a cellular connection | 6 | -15.02553 | -18.01539 | -12.03567 |
| Take video and upload it to YouTube over a Wi-Fi connection | 7 | -9.84424 | -13.08159 | -6.60690 |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 8 | 19.74938 | 17.08056 | 22.41819 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 9 | 23.15381 | 20.52324 | 25.78437 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 10 | 15.80076 | 13.11824 | 18.48329 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 11 | 13.82377 | 10.96487 | 16.68267 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 12 | 22.43963 | 19.77975 | 25.09951 |
| See the number of photos or videos in an album next to the album name in the Photos application | 13 | 11.54682 | 7.84683 | 15.24681 |
| Have twice the memory capacity compared to what my iPad currently has | 14 | 40.20432 | 36.65643 | 43.75220 |
| Anchor | 15 | 0.00000 | * | * |

**Raw Scores**

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 1 | 2.28963 | 2.00436 | 2.57491 |
| Use FaceTime to make or receive video-calls over a cellular connection | 2 | 1.61898 | 1.35896 | 1.87900 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 3 | 1.88757 | 1.64392 | 2.13123 |
| Take video and transmit it to another device by e-mail over a cellular connection | 4 | 1.19339 | 0.94230 | 1.44449 |
| Take video and transmit it to another device by text message | 5 | 1.26971 | 1.01209 | 1.52732 |
| Take video and upload it to YouTube over a cellular connection | 6 | -1.07155 | -1.32654 | -0.81656 |
| Take video and upload it to YouTube over a Wi-Fi connection | 7 | -0.71531 | -0.98850 | -0.44212 |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 8 | 1.61665 | 1.40318 | 1.83012 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 9 | 1.87413 | 1.66263 | 2.08564 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 10 | 1.32016 | 1.10185 | 1.53846 |

| | | | | |
|---|---|---|---|---|
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 11 | 1.17969 | 0.94364 | 1.41574 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 12 | 1.82400 | 1.60301 | 2.04498 |
| See the number of photos or videos in an album next to the album name in the Photos application | 13 | 1.08562 | 0.76820 | 1.40303 |
| Have twice the memory capacity compared to what my iPad currently has | 14 | 3.44645 | 3.12858 | 3.76433 |
| Anchor | 15 | 0.00000 | * | * |

### Data Summary

| | |
|---|---|
| Total Respondents | 594 |
| Total 'Best' Choices | 7722 |
| Total 'Worst' Choices | 7722 |
| Average 'Best' Choices per Respondent | 13.00 |
| Average 'Worst' Choices per Respondent | 13.00 |

'Best' Responses by Position

| | |
|---|---|
| 1 | 26.95% |
| 2 | 24.05% |
| 3 | 24.64% |
| 4 | 24.36% |

'Worst' Responses by Position

| | |
|---|---|
| 1 | 24.92% |
| 2 | 24.44% |
| 3 | 24.42% |
| 4 | 26.22% |

### Settings Summary

| | |
|---|---|
| Respondents to Include | All respondents included |

### Estimation Summary

| | |
|---|---|
| Total Iterations | 30000 |
| Fit Statistic (Root Likelihood) | 0.473 |
| Iterations per Second | 48.442 |

**Probability Scale (Anchor = 100)**

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 1 | 225.39315 | 213.40454 | 237.38176 |
| Use FaceTime to make or receive video-calls over a cellular connection | 2 | 224.41693 | 212.28316 | 236.55069 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 3 | 230.73284 | 219.52740 | 241.93827 |
| Take video and transmit it to another device by e-mail over a cellular connection | 4 | 220.06360 | 208.50118 | 231.62602 |
| Take video and transmit it to another device by text message | 5 | 250.42744 | 239.20046 | 261.65442 |
| Take video and upload it to YouTube over a cellular connection | 6 | 109.53470 | 98.99624 | 120.07315 |
| Take video and upload it to YouTube over a Wi-Fi connection | 7 | 114.04165 | 103.38107 | 124.70223 |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 8 | 187.48504 | 176.32962 | 198.64046 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 9 | 199.96689 | 188.83356 | 211.10022 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 10 | 183.20513 | 172.02290 | 194.38736 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 11 | 163.72043 | 152.58047 | 174.86039 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 12 | 196.95578 | 185.86062 | 208.05093 |
| See the number of photos or videos in an album next to the album name in the Photos application | 13 | 192.69669 | 180.49296 | 204.90042 |
| Have twice the memory capacity compared to what my iPhone currently has | 14 | 276.15212 | 265.00978 | 287.29445 |
| Anchor | 15 | 100.00000 | * | * |

**Zero-Anchored Interval Scale**

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 1 | 20.43129 | 17.15381 | 23.70877 |
| Use FaceTime to make or receive video-calls over a cellular connection | 2 | 20.52922 | 17.08380 | 23.97463 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 3 | 23.09423 | 20.19350 | 25.99497 |
| Take video and transmit it to another device by e-mail over a cellular connection | 4 | 19.66453 | 16.52081 | 22.80825 |
| Take video and transmit it to another device by text message | 5 | 28.98657 | 25.91284 | 32.06031 |
| Take video and upload it to YouTube over a cellular connection | 6 | -13.86963 | -17.11280 | -10.62645 |
| Take video and upload it to YouTube over a Wi-Fi connection | 7 | -12.10287 | -15.38334 | -8.82240 |

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 8 | 10.59326 | 7.80093 | 13.38558 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 9 | 14.66957 | 11.84958 | 17.48956 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 10 | 10.11354 | 7.26726 | 12.95983 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 11 | 4.63317 | 1.84772 | 7.41862 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 12 | 14.06018 | 11.27730 | 16.84306 |
| See the number of photos or videos in an album next to the album name in the Photos application | 13 | 13.30753 | 9.72725 | 16.88782 |
| Have twice the memory capacity compared to what my iPhone currently has | 14 | 37.75118 | 34.32452 | 41.17784 |
| Anchor | 15 | 0.00000 | * | * |

Raw Scores

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 1 | 1.67904 | 1.41487 | 1.94320 |
| Use FaceTime to make or receive video-calls over a cellular connection | 2 | 1.69509 | 1.41630 | 1.97388 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 3 | 1.80104 | 1.56920 | 2.03289 |
| Take video and transmit it to another device by e-mail over a cellular connection | 4 | 1.58596 | 1.33595 | 1.83596 |
| Take video and transmit it to another device by text message | 5 | 2.26017 | 2.01362 | 2.50672 |
| Take video and upload it to YouTube over a cellular connection | 6 | -1.02074 | -1.28090 | -0.76057 |
| Take video and upload it to YouTube over a Wi-Fi connection | 7 | -0.91658 | -1.17851 | -0.65465 |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 8 | 0.87647 | 0.66273 | 1.09021 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 9 | 1.12903 | 0.91409 | 1.34397 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 10 | 0.81872 | 0.60070 | 1.03674 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 11 | 0.43870 | 0.22667 | 0.65073 |

| | | | | |
|---|---|---|---|---|
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 12 | 1.10512 | 0.89345 | 1.31678 |
| See the number of photos or videos in an album next to the album name in the Photos application | 13 | 1.08727 | 0.80344 | 1.37109 |
| Have twice the memory capacity compared to what my iPhone currently has | 14 | 3.06508 | 2.78019 | 3.34997 |
| Anchor | 15 | 0.00000 | * | * |

**Data Summary**

| | |
|---|---|
| Total Respondents | 626 |
| Total 'Best' Choices | 8138 |
| Total 'Worst' Choices | 8138 |
| Average 'Best' Choices per Respondent | 13.00 |
| Average 'Worst' Choices per Respondent | 13.00 |

'Best' Responses by Position

| | |
|---|---|
| 1 | 27.29% |
| 2 | 24.87% |
| 3 | 24.72% |
| 4 | 23.11% |

'Worst' Responses by Position

| | |
|---|---|
| 1 | 25.26% |
| 2 | 24.05% |
| 3 | 24.39% |
| 4 | 26.30% |

**Settings Summary**

| | |
|---|---|
| Respondents to Include | All respondents included |

**Estimation Summary**

| | |
|---|---|
| Total Iterations | 30000 |
| Fit Statistic (Root Likelihood) | 0.468 |
| Iterations per Second | 44.164 |

**Probability Scale (Anchor = 100)**

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 1 | 161.98754 | 148.07618 | 175.89891 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 2 | 167.88326 | 153.63539 | 182.13114 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 3 | 158.67660 | 144.98516 | 172.36805 |
| Use iTunes Match to sync music (NOT purchased at iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 4 | 153.24423 | 139.65068 | 166.83778 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 5 | 177.78928 | 165.48436 | 190.09421 |
| See the number of photos or videos in an album next to the album name in the Photos application | 6 | 183.42343 | 167.40123 | 199.44563 |
| Have twice the memory capacity compared to what my iPhone currently has | 7 | 227.75722 | 213.76614 | 241.74829 |
| Anchor | 8 | 100.00000 | * | * |

**Zero-Anchored Interval Scale**

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 1 | 15.66665 | 10.54368 | 20.78961 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 2 | 16.87204 | 11.64876 | 22.09532 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 3 | 13.56267 | 8.72376 | 18.40158 |
| Use iTunes Match to sync music (NOT purchased at iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 4 | 10.26399 | 5.51524 | 15.01274 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 5 | 18.94647 | 14.70452 | 23.18843 |

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| See the number of photos or videos in an album next to the album name in the Photos application | 6 | 20.75986 | 13.27199 | 28.24773 |
| Have twice the memory capacity compared to what my iPhone currently has | 7 | 51.25165 | 44.34387 | 58.15943 |
| Anchor | 8 | 0.00000 | * | * |

### Raw Scores

| Label | Item Number | Average | 95% Lower | 95% Upper |
|---|---|---|---|---|
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 1 | 1.23954 | 0.86660 | 1.61247 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 2 | 1.34146 | 0.95321 | 1.72971 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 3 | 1.19439 | 0.84700 | 1.54177 |
| Use iTunes Match to sync music (NOT purchased at iTunes) between any combination of two or more devices/computers (e.g.iPhone, iPad/iPad Mini, iPod Touch or any computer) | 4 | 0.93306 | 0.59067 | 1.27544 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 5 | 1.54140 | 1.21640 | 1.86640 |
| See the number of photos or videos in an album next to the album name in the Photos application | 6 | 1.80250 | 1.21719 | 2.38780 |
| Have twice the memory capacity compared to what my iPhone currently has | 7 | 4.03767 | 3.46246 | 4.61288 |
| Anchor | 8 | 0.00000 | * | * |

### Data Summary

| | |
|---|---|
| Total Respondents | 228 |
| Total 'Best' Choices | 2052 |
| Total 'Worst' Choices | 2052 |
| Average 'Best' Choices per Respondent | 9.00 |
| Average 'Worst' Choices per Respondent | 9.00 |

'Best' Responses by Position

| | |
|---|---|
| 1 | 34.65% |
| 2 | 32.75% |
| 3 | 32.60% |

'Worst' Responses by Position

| | |
|---|---|
| 1 | 32.55% |
| 2 | 31.77% |
| 3 | 35.67% |

### Settings Summary

| | |
|---|---|
| Respondents to Include | All respondents included |

**Estimation Summary**
Total Iterations                                    30000
Fit Statistic (Root Likelihood)                     0.522
Iterations per Second                               221.623