# EXHIBIT B-8

## Dr. Kearl's Relative Value Factors for the '239 Patent
## 100- and Zero-Anchored Relative Value Survey Results

| Infringement Read | iPhone 4/4S/5 Anchor 100 | iPhone 4/4S/5 Anchor 0 | iPad Anchor 100 | iPad Anchor 0 | iPod Touch 4/5G Anchor 100 | iPod Touch 4/5G Anchor 0 |
|---|---|---|---|---|---|---|
| *HB Relative Value Scores* | | | | | | |
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 225.39 | 20.43 | 247.46 | 27.38 | 180.83 | 8.98 |
| Use FaceTime to make or receive video-calls over a cellular connection | 224.42 | 20.53 | 221.90 | 18.59 | 168.16 | 4.93 |
| Take video and transmit it to another device by email over a Wi-Fi connection | 230.73 | 23.09 | 232.21 | 23.50 | 177.44 | 9.04 |
| Take video and transmit it to another device by email over a cellular connection | 220.06 | 19.66 | 194.91 | 14.05 | 144.95 | -1.23 |
| Take video and transmit it to another device by text message | 250.43 | 28.99 | 200.57 | 14.52 | 168.49 | 5.06 |
| *Relative Value Factors* | | | | | | |
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 0.50 | 0.50 | 0.53 | 0.60 | 0.52 | 0.65 |
| Use FaceTime to make or receive video-calls over a cellular connection | 0.50 | 0.50 | 0.47 | 0.40 | 0.48 | 0.35 |
| Take video and transmit it to another device by email over a Wi-Fi connection | 0.51 | 0.56 | 0.49 | 0.51 | 0.51 | 0.65 |
| Take video and transmit it to another device by email over a cellular connection | 0.49 | 0.48 | 0.42 | 0.31 | 0.42 | -0.09 |
| Take video and transmit it to another device by text message | 0.56 | 0.71 | 0.43 | 0.32 | 0.48 | 0.36 |

**Notes:**
1. Any difference between the 100-anchored relative value figures above and in Kearl Corrected Table 16 due to rounding.
2. As in Kearl Corrected Table 16, Value Relative to the FaceTime Reads is calculated by dividing each relative value by the sum of the following '239 Reads: "Use FaceTime to make or receive video-calls over a WiFi connection" and "Use FaceTime to make or receive video-calls over a cellular connection."

**Sources:**
1. iPhone 4/4S/5: "COPY JULY44S5_scores_hb_report.xlsx" (RAONDCA630-00001750)
2. iPad: "COPY JULYiPAD_scores_hb_report.xlsx" (RAONDCA630-00001750)
3. iPod Touch 4/5G: "COPY iPODTOUCH_scores_hb_report.xlsx" (RAONDCA630-00001750)

## Dr. Kearl's Relative Value Factors for the '449 Patent
## 100- and Zero-Anchored Relative Value Survey Results

| Feature | iPhone 3G/3GS Anchor 100 | iPhone 3G/3GS Anchor 0 | iPhone 4/4S/5 Anchor 100 | iPhone 4/4S/5 Anchor 0 | iPad Anchor 100 | iPad Anchor 0 | iPod Touch 4/5G Anchor 100 | iPod Touch 4/5G Anchor 0 |
|---|---|---|---|---|---|---|---|---|
| *HB Relative Value Scores* | | | | | | | | |
| See the number of photos or videos in an album next to the album name in the Photos application | 183.42 | 20.76 | 192.70 | 13.31 | 192.10 | 11.55 | 169.07 | 2.75 |
| *Relative Value Factors* | | | | | | | | |
| See the number of photos or videos in an album next to the album name in the Photos application | 0.41 | 0.51 | 0.43 | 0.32 | 0.41 | 0.25 | 0.48 | 0.20 |

**Notes:**
1. Any difference between the 100-anchored relative value figures above and in Kearl Table 24 due to rounding.
2. As in Kearl Table 24, Value Relative to the FaceTime Reads is calculated by dividing each relative value by the sum of the following '239 Reads: "Use FaceTime to make or receive video-calls over a WiFi connection" and "Use FaceTime to make or receive video-calls over a cellular connection."
2. As in Kearl Table 24, Difference in Value is the Value Relative to FaceTime Reads for the iPhones and iPod Touches less the Value Relative to FaceTime Reads for the iPad.

**Sources:**
1. iPhone 3G/3GS: "COPY JULY3G3GS_scores_hb_report.xlsx" (RAONDCA630-00001750)
2. iPhone 4/4S/5: "COPY JULY44S5_scores_hb_report.xlsx" (RAONDCA630-00001750)
3. iPad: "COPY JULYiPAD_scores_hb_report.xlsx" (RAONDCA630-00001750)
4. iPod Touch 4/5G: "COPY iPODTOUCH_scores_hb_report.xlsx" (RAONDCA630-00001750)
5. As in Kearl Table 24, the Value Relative to FaceTime Reads for the 3G/3GS is estimated using the Relative Value Scores for Reads 1 and 2 of the iPhone 4/4S/5 since scores for the 3G/3GS are not available.

## Dr. Kearl's Relative Value Factors for the '757 Patent
## 100- and Zero-Anchored Relative Value Survey Results

| Infringement Read | iPhone 3G/3GS Anchor 100 | iPhone 3G/3GS Anchor 0 | iPhone 4/4S/5 Anchor 100 | iPhone 4/4S/5 Anchor 0 | iPad Anchor 100 | iPad Anchor 0 | iPod Touch 4/5G Anchor 100 | iPod Touch 4/5G Anchor 0 |
|---|---|---|---|---|---|---|---|---|
| *HB Relative Value Scores* | | | | | | | | |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers | 161.99 | 15.67 | 187.49 | 10.59 | 221.98 | 19.75 | 200.6483 | 13.00 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers | 167.88 | 16.87 | 199.97 | 14.67 | 234.92 | 23.15 | 161.2886 | 3.21 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers | 158.68 | 13.56 | 183.21 | 10.11 | 204.20 | 15.80 | 207.744 | 15.40 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers | 153.24 | 10.26 | 163.72 | 4.63 | 197.32 | 13.82 | 197.5525 | 12.70 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices | 177.79 | 18.95 | 196.96 | 14.06 | 230.18 | 22.44 | 226.5894 | 21.72 |
| *Relative Value Factors* | | | | | | | | |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers | 0.36 | 0.38 | 0.42 | 0.26 | 0.47 | 0.43 | 0.57 | 0.94 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers | 0.37 | 0.41 | 0.44 | 0.36 | 0.50 | 0.50 | 0.46 | 0.23 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers | 0.35 | 0.33 | 0.41 | 0.25 | 0.44 | 0.34 | 0.60 | 1.11 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers | 0.34 | 0.25 | 0.36 | 0.11 | 0.42 | 0.30 | 0.57 | 0.91 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices | 0.40 | 0.46 | 0.44 | 0.34 | 0.49 | 0.49 | 0.65 | 1.56 |

**Notes:**
1. Any difference between the 100-anchored relative value figures above and in Kearl Table 20 due to rounding.
2. As in Kearl Table 20, Value Relative to the FaceTime Reads is calculated by dividing each relative value by the sum of the following '239 Reads: "Use FaceTime to make or receive video-calls over a WiFi connection" and "Use FaceTime to make or receive video-calls over a cellular connection."

**Sources:**
1. iPhone 3G/3GS: "COPY JULY3G3GS_scores_hb_report.xlsx" (RAONDCA630-00001750)
2. iPhone 4/4S/5: "COPY JULY44S5_scores_hb_report.xlsx" (RAONDCA630-00001750)
3. iPad: "COPY JULYiPAD_scores_hb_report.xlsx" (RAONDCA630-00001750)
4. iPod Touch 4/5G: "COPY iPODTOUCH_scores_hb_report.xlsx" (RAONDCA630-00001750)
5. As in Kearl Table 20, the Value Relative to FaceTime Reads for the 3G/3GS is estimated using the Relative Value Scores for Reads 1 and 2 of the iPhone 4/4S/5 since scores for the 3G/3GS are not available.