[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><hr>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK<br><br>**JOINT MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SEALING OF THE PARTIES' MOTIONS TO STRIKE (DKT. 1127)** |

On January 9, 2014, this Court entered an Order Granting-in-Part and Denying-in-Part the Parties' Motions to Strike and Denying the Parties' Motions to Seal ("Order Denying Sealing Motions to Strike").  (Dkt. 1127.)

Pursuant to Civil Local Rule 7-9, the parties respectfully request leave to file motions for reconsideration of the Court's Order Denying Sealing Motions to Strike (Dkts. 877, 878, 880 and 882) that were not withdrawn as "Resolved" following the parties' Court-ordered meet and confer and subsequent withdrawal of issues listed as "Resolved" in the Parties' Joint Chart Identifying Remaining Issues in Motions to Strike.  (Dkt. 1056.)  In support of their Motions to Seal (Dkts. 877, 878, 880, 882, 962, 963, 964, 965, 1009, 1011, 1017 and 1018), Apple, Samsung, and 13 third parties filed declarations supporting the confidential nature of the information that they sought to seal, which included source code and other technical information regarding the operation of Apple's, Samsung's and third parties' products and the components therein.

Consistent with various orders by this Court (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.), Dkts. 1649, 2046, 2215, 2575) and the Federal Circuit's decision in *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 727 F.3d 1214 (Fed. Cir. 2013), this Court has previously allowed the parties and third parties to seal information of the same types.  (*See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. 1649 at 8) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal schematics related to the Apple iBook and iSight and Apple source code).)

If granted leave to file motions for reconsideration, the parties will work jointly to create final consolidated highlighted versions of the briefing to ensure that the Court receives only one set of each Motion to Strike and related filing that is highlighted to show only the information Apple, Samsung, or a third party supported sealing in their original declarations and still support sealing.[1]  The parties will further work together to narrow their confidentiality designations in the underlying briefing and supporting exhibits as much as reasonably possible.  In order to allow sufficient time to: (1) jointly create these consolidated highlighted versions; (2) narrow their confidentiality designations; and (3) allow the parties to consult with third parties and prepare public redacted versions of this documents, the parties respectfully request they be allowed to file their motions for reconsideration by January 24, 2014.

Dated: January 14, 2014

By: */s/*

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com

By: */s/*

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

---

[1] To minimize the sealing burden on this Court, the parties have separately filed a Joint Notice that they are withdrawing the portions of their briefing that was not ruled upon by the Court because the issues were withdrawn by the parties in Docket No. 1056.  The withdrawn portions of the briefing will not be re-filed and the withdrawn exhibits will not be included in the parties' motions for reconsideration.

|   |   |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>Harold J. McElhinny (CA SBN 66781)<br>hmcelhinny@mofo.com<br>Jack W. Londen (CA SBN 85776)<br>jlonden@mofo.com<br>Rachel Krevans (CA SBN 116421)<br>rkrevans@mofo.com<br>Ruth N. Borenstein (CA SBN 133797)<br>rborenstein@mofo.com<br>Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>William F. Lee (pro hac vice)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Joint Motion for Leave to File Motion for Reconsideration of the Court's Order Denying Sealing of the Parties' Motions to Strike (Dkt. 1127).  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: January 14, 2014                             *s/* Mark D. Selwyn                   
                                                                          Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 14, 2014  to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                                          */s/* Mark D. Selwyn                   
                                                                          Mark D. Selwyn