UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SEALING OF THE PARTIES' MOTIONS TO STRIKE (DKT. 1127)** |

Pursuant to Civil Local Rule 7-9, Apple and Samsung have jointly moved for leave to file motions for reconsideration of the Court's Order denying the parties' motions to seal their Motions to Strike. (Dkt. 1127).

Accordingly, the Court GRANTS the Joint Motion for Leave to File Motion for Reconsideration of the Court's Order Denying Sealing of the Parties' Motions to Strike.

IT IS HEREBY ORDERED that the parties may file motions for reconsideration of the Court's Order denying their motions to seal (Dkt. 1127) by January 24, 2014.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                Hon. Paul S. Grewal
                                United States District Court Judge