UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR STAY OF THE COURT'S ORDER DENYING SEALING OF THE PARTIES' MOTIONS TO STRIKE (DKT. 1127)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Counterclaim-Plaintiffs,<br>  v.<br><br>APPLE INC., a California corporation,<br><br>  Counterclaim-Defendant. | |

1  Apple and Samsung have jointly moved for an Order staying the Court's Order denying
2  the parties' motions to seal their Motions to Strike, Oppositions to Motions to Strike and Replies
3  in Support of their Motions to Strike (Dkt. 1127) until the later of: (1) its ruling on the parties'
4  Motions for Reconsideration, or (2) in the event that the Court denies the parties leave to file
5  their Motions for Reconsideration, or grants leave but denies the Motions for Reconsideration, a
6  ruling by Judge Koh on the parties' motion for relief of non-dispositive order pursuant to *Fed. R.*
7  *Civ. P.* 72(a) and 28 U.S.C. § 636(b)(1)(A) (or in the alternative pending resolution of any appeal
8  to the Federal Circuit).

9  The limited stay requested is warranted and there is no substantial countervailing public
10 or private interest in immediate disclosure of these documents.

11 Accordingly, the Court GRANTS the Joint Motion for Stay of the Court's Order Denying
12 Sealing of the Parties' Motions to Strike.

13 IT IS HEREBY ORDERED that the Court's Order denying the parties' motions to seal
14 their Motions to Strike, Oppositions to Motions to Strike and Replies in Support of their Motions
15 to Strike (Dkt. 1127) is stayed until the later of: (1) the Court's ruling on the parties' Motions for
16 Reconsideration, or (2) in the event that the Court denies the parties leave to file their Motions
17 for Reconsideration, or grants leave but denies the Motions for Reconsideration, a ruling by
18 Judge Koh on the parties' motion for relief of non-dispositive order pursuant to *Fed. R. Civ. P.*
19 72(a) and 28 U.S.C. § 636(b)(1)(A) (or in the alternative pending resolution of any appeal to the
20 Federal Circuit).

23 **IT IS SO ORDERED.**

25 Dated: _____  By: _____
26                              Hon. Paul S. Grewal
                                 United States District Court Judge