1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10

11  APPLE INC., a California corporation,

12                  Plaintiff,

                                                  CASE NO. 5:12-cv-00630-LHK
13          v.

14  SAMSUNG ELECTRONICS CO., LTD., a          **JOINT NOTICE REGARDING THE**
    Korean corporation; SAMSUNG               **PARTIES' MOTIONS TO STRIKE**
15  ELECTRONICS AMERICA, INC., a New          **(DOCKET NOS. 877, 878, 880 AND 882)**
    York corporation; and SAMSUNG
16  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,

17                  Defendants.

18

19  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
20  ELECTRONICS AMERICA, INC., a New
    York corporation, and SAMSUNG
21  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,

22                  Counterclaim-Plaintiffs,

23          v.

24  APPLE INC., a California corporation,

25                  Counterclaim-
                    Defendant.
26

27

28

1     On January 9, 2014, this Court entered an Order Granting-in-Part and Denying-in-Part

2   the Parties' Motions to Strike and Denying the Parties' Motions to Seal.  (Dkt. 1127.)  Prior to

3   the Court's Order, and following a meet and confer held at the courthouse on December 12,

4   2013, the parties withdrew those portions of their Motions to Strike (Dkts. 877, 878, 880 and

5   882) relating to the issues listed as "Resolved" in the Parties' Joint Chart Identifying Remaining

6

7   Issues in Motions to Strike.  (Dkt. 1056.)  Accordingly, the Court did not consider or rule on

8   those portions of the parties' motions in the Court's January 9, 2014 Order.  (Dkt. 1127.)

9     Pursuant to Civil Local Rule 79-5(f)(2), and in order to reduce the burdens on the Court

10  associated with review of voluminous materials no longer at issue, the parties hereby provide

11  notice to the Court that they will not be re-filing unredacted versions of documents that relate

12

13  solely to the withdrawn portions of their Motions to Strike, including the supporting argument

14  contained in, and exhibits offered in support of, withdrawn portions of those Motions,

15  Oppositions to Motions to Strike (Dkts. 962, 963, 964 and 965) and Replies in Support of

16  Motions to Strike (Dkts. 1009, 1011, 1017 and 1018) on the grounds that materials relating

17  solely to issues that were withdrawn prior to the January 9, 2014 Order were not considered by

18  the Court when issuing its Order.  The parties also provide notice to the Court that they will be

19  filing a motion to remove such documents from the docket, on the grounds that such documents

20

21  relate to issues that were withdrawn from the Court's consideration.

22  Dated: January 14, 2014

23

24  By:  _/s/_____     By:  _/s/_____

25

26

27

28

1

2
Attorney for Plaintiff and Counterclaim-
Defendant APPLE INC.

3

4
Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)

5
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP

6
1881 Page Mill Road

7
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300

8
Facsimile: (650) 849-5333

9
Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com

10
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com

11
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com

12
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com

13
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com

14
MORRISON & FOERSTER LLP
425 Market Street

15
San Francisco, California  94105-2482
Telephone:  (415) 268-7000

16
Facsimile:  (415) 268-7522

17
William F. Lee (pro hac vice)

18
William.lee@wilmerhale.com
WILMER CUTLER PICKERING

19
  HALE AND DORR LLP
60 State Street

20
Boston, Massachusetts 02109
Telephone: (617) 526-6000

21
Facsimile: (617) 526-5000

22
Mark D. Selwyn (CA SBN 244180)

23
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING

24
  HALE AND DORR LLP
950 Page Mill Road

25
Palo Alto, CA 94304
Telephone: (650) 858-6000

26
Facsimile: (650) 858-6100

27

28

Attorney for Defendants and
Counterclaim-Plaintiff SAMSUNG
ELECTRONICS CO., LTD., SAMSUNG
ELECTRONICS AMERICA,  INC., AND
SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Joint Notice Regarding the Parties' Motions to Strike
Case No. 12-cv-00630-LHK (PSG)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Joint Notice Regarding the Parties' Motions to Strike.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: January 14, 2014               *s/* Mark D. Selwyn
                                        Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 14, 2014  to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                        */s/* Mark D. Selwyn
                                        Mark D. Selwyn