[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF TIME TO FILE NARROWING STATEMENTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

WHEREAS, Apple Inc. ("Apple") commenced this action against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the Parties" and individually each a "Party") on February 8, 2012;

WHEREAS, Samsung subsequently filed counterclaims against Apple;

WHEREAS, on July 31, 2013, the Court issued a Case Management Order (D.I. 713) which provided, inter alia, that "[b]y February 6, 2014, the parties will be required to limit their asserted claims to 5 per side and limit their accused products to 10 per side.  In addition, the parties will be required to reduce their invalidity references/systems/combinations to 15 per side" (*id.*);

WHEREAS, the Court's Case Management Order provided staggered deadlines for prior case narrowing stages, including providing 3 days between the deadline to narrow claims and the deadline to narrow prior art – specifically, setting a September 27, 2013 deadline for the parties to "limit their asserted claims to 10 per side and limit their accused products to 15 per side" and a September 30, 2013 deadline for the parties to "reduce their invalidity references/systems/combinations to 25 per side" (*id.*);

WHEREAS, the parties request a small amount of time following the upcoming reduction of asserted claims and accused products to consider the reduction of invalidity/systems/combinations, consistent with the Court's previous staggered deadlines;

WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter; and

WHEREAS, counsel for both parties agree (a) to shorten the deadline for limiting their asserted claims to 5 per side and limiting their accused products to 10 per side by two business days to February 4, 2014, and (b) to extend the deadline for reducing their invalidity references/systems/combinations to 15 per side by two business days to February 10, 2014.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the deadline for the parties to limit their asserted claims to 5 per side and limit their accused products to 10 per side shall be shortened to February 4, 2014, and the deadline for the parties to reduce their invalidity references/systems/combinations to 15 per side shall be extended to February 10, 2014.

Dated: January 15, 2014

| | |
|---|---|
| By: *s/ Mark D. Selwyn*<br>Attorney for Plaintiff and Counterclaim-Defendant<br><br>APPLE INC. | By: */s/ Victoria F. Maroulis*<br>Attorney for Defendants and Counterclaim-Plaintiffs<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

**ATTESTATION OF E-FILED SIGNATURES**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Modification of Time to File Narrowing Statements. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: January 15, 2014                                        /s/   Victoria F. Maroulis

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: January 15, 2014                                        /s/   Victoria F. Maroulis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING MODIFICATION OF TIME TO FILE NARROWING STATEMENTS**<br><br>**CASE NO. 5:12-CV-00630-LHK** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | |

1   WHEREAS, on July 31, 2013, the Court issued a Case Management Order in this action
2  between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and
3  Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
4  Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 713);

5   WHEREAS, the Court ordered that "[b]y February 6, 2013, the parties will be required to
6  limit their asserted claims to 5 per side and limit their accused products to 10 per side.  In addition,
7  the parties will be required to reduce their invalidity references/systems/combinations to 15 per side"
8  (*id*.);

9   WHEREAS, the parties have requested a small amount of time following the upcoming
10  limiting of asserted claims and the limiting of accused products to consider the reduction of invalidity
11  references/systems/combinations, consistent with the Court's previous deadlines;

12   WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any
13  other deadline presently on calendar in this matter; and

14   WHEREAS, counsel for both parties agree (a) to shorten the deadline for limiting their
15  asserted claims to 5 per side and limiting their accused products to 10 per side by two business days
16  to February 4, 2014, and (b) to extend the deadline for reducing their invalidity
17  references/systems/combinations to 15 per side by two business days to February 10, 2014.

18   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the
19  deadline for the parties to limit their asserted claims to 5 per side and limit their accused products to
20  10 per side shall be shortened to February 4, 2014, and the deadline for the parties to reduce their
21  invalidity references/systems/combinations to 15 per side shall be extended to February 10, 2014.

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The deadline for the parties to limit
24  their asserted claims to 5 per side and to limit their accused products to 10 per side is hereby
25  shortened to February 4, 2014, and the deadline for the parties to reduce their invalidity
26  references/systems/combinations to 15 per side is hereby extended to February 10, 2013.

28  Dated: _____, 2014       By:_____
                                                  HONORABLE LUCY H. KOH