1
2
3
4
5
6
7
8
9

**United States District Court**
For the Northern District of California

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN JOSE DIVISION

| | | |
|---|---|---|
| 13 APPLE INC., a California Corporation, | ) | Case No.: 5:12-cv-00630-LHK (PSG) |
| 14 | ) | |
| Plaintiff, | ) | **ORDER SETTING HEARING** |
| 15  v. | ) | **REGARDING SEALING PRACTICES** |
| | ) | |
| 16 SAMSUNG ELECTRONICS CO., LTD., a | ) | **(Re: Docket Nos. 1129-30)** |
| 17 Korean corporation; SAMSUNG | ) | |
| ELECTRONICS AMERICA, INC., a New York | ) | |
| 18 corporation; and SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| 19 a Delaware limited liability company, | ) | |
| | ) | |
| 20 Defendants. | ) | |
| 21 | ) | |

22

At 11:10 p.m. on January 14, 2014, the parties filed a joint motion for leave to file a motion

23 for reconsideration of the undersigned's recent ruling on four administrative motions to seal, as

24 well as a motion to stay the decision pending reconsideration.   The parties shall appear for a

25 hearing before the undersigned to discuss this subject tomorrow morning, January 16, 2014, at 8:30

26 a.m.

27

28

1   **IT IS SO ORDERED.**

2   Dated: January 15, 2014

3                                                    _____

4                                                    PAUL S. GREWAL
                                                     United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 5:12-cv-00630-LHK (PSG)
ORDER SETTING HEARING REGARDING SEALING PRACTICES

United States District Court
For the Northern District of California