UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>[PROPOSED] ORDER REGARDING MODIFICATION OF TIME TO FILE NARROWING STATEMENTS<br><br>CASE NO. 5:12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | |

1 WHEREAS, on July 31, 2013, the Court issued a Case Management Order in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 713);

WHEREAS, the Court ordered that "[b]y February 6, 2013, the parties will be required to limit their asserted claims to 5 per side and limit their accused products to 10 per side.  In addition, the parties will be required to reduce their invalidity references/systems/combinations to 15 per side" (*id*.);

WHEREAS, the parties have requested a small amount of time following the upcoming limiting of asserted claims and the limiting of accused products to consider the reduction of invalidity references/systems/combinations, consistent with the Court's previous deadlines;

WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter; and

WHEREAS, counsel for both parties agree (a) to shorten the deadline for limiting their asserted claims to 5 per side and limiting their accused products to 10 per side by two business days to February 4, 2014, and (b) to extend the deadline for reducing their invalidity references/systems/combinations to 15 per side by two business days to February 10, 2014.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the deadline for the parties to limit their asserted claims to 5 per side and limit their accused products to 10 per side shall be shortened to February 4, 2014, and the deadline for the parties to reduce their invalidity references/systems/combinations to 15 per side shall be extended to February 10, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The deadline for the parties to limit their asserted claims to 5 per side and to limit their accused products to 10 per side is hereby shortened to February 4, 2014, and the deadline for the parties to reduce their invalidity references/systems/combinations to 15 per side is hereby extended to February 10, 2014.

Dated: ___January 16_____, 2014   By:___*Lucy H. Koh*_____
                                                HONORABLE LUCY H. KOH