# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: January 16, 2014                                  Time in Court: 14 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: CV12-00630 LHK
Plaintiff Attorney(s) present: Mark Lyon, Jennifer Rho, Mark Selwyn & Liv Herriot
Defendant Attorney(s) present: Victoria Maroulis & Todd Briggs

**PROCEEDINGS:**
Hearing re: Sealing Practices

Hearing held.

///