1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK  (PSG) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT MOTION FOR STAY OF THE COURT'S ORDER DENYING SEALING OF THE PARTIES' MOTIONS TO STRIKE (DKT. 1127) |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

1 | Apple and Samsung have jointly moved for an Order staying the Court's Order denying the parties' motions to seal their Motions to Strike, Oppositions to Motions to Strike and Replies in Support of their Motions to Strike (Dkt. 1127) until the later of: (1) its ruling on the parties' Motions for Reconsideration, or (2) in the event that the Court denies the parties leave to file their Motions for Reconsideration, or grants leave but denies the Motions for Reconsideration, a ruling by Judge Koh on the parties' motion for relief of non-dispositive order pursuant to *Fed. R. Civ. P.* 72(a) and 28 U.S.C. § 636(b)(1)(A) (or in the alternative pending resolution of any appeal to the Federal Circuit).

The limited stay requested is warranted and there is no substantial countervailing public or private interest in immediate disclosure of these documents.

Accordingly, the Court GRANTS the Joint Motion for Stay of the Court's Order Denying Sealing of the Parties' Motions to Strike.

IT IS HEREBY ORDERED that the Court's Order denying the parties' motions to seal their Motions to Strike, Oppositions to Motions to Strike and Replies in Support of their Motions to Strike (Dkt. 1127) is stayed until the later of: (1) the Court's ruling on the parties' Motions for Reconsideration, or (2) in the event that the Court denies the parties leave to file their Motions for Reconsideration, or grants leave but denies the Motions for Reconsideration, a ruling by Judge Koh on the parties' motion for relief of non-dispositive order pursuant to *Fed. R. Civ. P.* 72(a) and 28 U.S.C. § 636(b)(1)(A) (or in the alternative pending resolution of any appeal to the Federal Circuit).

**IT IS SO ORDERED.**

Dated: January 16, 2014

By: /s/ Paul S. Grewal
Hon. Paul S. Grewal
United States District Court Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Counterclaim-Plaintiffs,<br>    v.<br><br>APPLE INC., a California corporation,<br><br>           Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SEALING OF THE PARTIES' MOTIONS TO STRIKE (DKT. 1127) |

1   Pursuant to Civil Local Rule 7-9, Apple and Samsung have jointly moved for leave to file
2   motions for reconsideration of the Court's Order denying the parties' motions to seal their
3   Motions to Strike.  (Dkt. 1127).
4   Accordingly, the Court GRANTS the Joint Motion for Leave to File Motion for
5   Reconsideration of the Court's Order Denying Sealing of the Parties' Motions to Strike.
6   IT IS HEREBY ORDERED that the parties may file motions for reconsideration of the
7   Court's Order denying their motions to seal (Dkt. 1127) by January 24, 2014.

**IT IS SO ORDERED.**

Dated: January 16, 2014         By: /s/ Paul S. Grewal
                                    Hon. Paul S. Grewal
                                    United States District Court Judge