1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 | Charles K. Verhoeven (Bar No. 170151)
  | charlesverhoeven@quinnemanuel.com
3 | 50 California Street, 22nd Floor
  | San Francisco, California 94111
4 | Telephone: (415) 875-6600
  | Facsimile: (415) 875-6700
5 |
6 | Kevin P.B. Johnson (Bar No. 177129)
  | kevinjohnson@quinnemanuel.com
  | Victoria F. Maroulis (Bar No. 202603)
7 | victoriamaroulis@quinnemanuel.com
  | 555 Twin Dolphin Drive, 5th Floor
8 | Redwood Shores, California 94065
  | Telephone: (650) 801-5000
9 | Facsimile: (650) 801-5100

10 | William C. Price (Bar No. 108542)
   | williamprice@quinnemanuel.com
11 | 865 South Figueroa Street, 10th Floor
   | Los Angeles, California  90017-2543
12 | Telephone:  (213) 443-3000
   | Facsimile:  (213) 443-3100
13 |
14 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG
15 | TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED CLAIM CONSTRUCTIONS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:  February 20, 2014
Time:  1:30 p.m.
Place:  Courtroom 8, 4th Floor
Judge:  Hon. Lucy H. Koh |
| Defendants. | |

1    I, Bill Trac, declare as follows:

2    1.    I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.    Attached hereto as Exhibit 1 is a true and correct copy of Excerpts of the Rebuttal Report of Dr. James Storer Regarding Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449, dated September 13, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2014, at Washington, D.C.

*/s/ Bill Trac*
Bill Trac

-1-    Case No. 12-CV-00630-LHK (PSG)
TRAC DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED CLAIM CONSTRUCTIONS

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Bill Trac has concurred in this filing.

Dated: January 16, 2013
　　　　　　　　　　　　　　　　　　　*/s/ Victoria Maroulis*
　　　　　　　　　　　　　　　　　　　Victoria Maroulis