1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

| | |
|---|---|
| 11  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 12          Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED CLAIM CONSTRUCTIONS** |
| 13          vs. | |
| 14  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 18          Defendants. | |

19
20
21
22
23
24
25
26
27
28

1   Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Strike
3  Expert Testimony Based on Undisclosed Claim Constructions ("Motion to Strike").

4   Having considered Samsung's Motion to Strike, the papers submitted by the parties and
5  argument by counsel, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS
6  Samsung's Motion to Strike and ORDERS that, to the extent that they rely on undisclosed claim
7  constructions as set forth in Samsung's Memorandum of Points and Authorities, Apple shall be
8  precluded from citing, basing testimony on, offering expert testimony corresponding to, or in any
9  other way relying on the offending portions of the following Apple expert reports, which are
10 hereby stricken:

11   1.   Paragraphs 95-97, 124 and 143 of the August 12, 2013, Expert Report of Richard
12 Newton Taylor, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent No. 7,557,757;

13   2.   Paragraphs 33-40, 159-165, 169-171, 175-178, 183-189, 192, 197-200, 204-210,
14 213-215, 221-224, and 232-238 of the September 13, 2013 Expert Report of Richard Newton
15 Taylor, Ph.D. Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,577,757;

16   3.   Paragraphs 143, 356, 398-401, 533, 538, 615, 639, 643, 648, 691, and 728 of the
17 August 12, 2013 Expert Report of Dr. Thomas E. Fuja Regarding Invalidity of U.S. Patent Nos.
18 7,756,087 and 7,551,596;

19   4.   Paragraphs 116-120, 123, 316-318, 328, 337-351, 378-385, 388, 390-391, 394-398,
20 407, 409, 413-414, 425-426, 430-434, 438-442, 448-460, 466-469, 472-473, 475-479, and 483 of
21 the September 13, 2013 Expert Report of Dr. Thomas E. Fuja Regarding Non-Infringement of
22 U.S. Patent Nos. 7,756,087 and 7,551,596;

23   5.   Paragraphs 121-126, 132-148, 208-213, 216-221, 246-251, 254-257, 294-300, 352-
24 354, 402-410, 413-420, 464-468, 500-503, 532-544, 659-660, 662-674, 683-691, 702-708, 715-
25 740, 749-756, 762-767, 789-798, 809-835, 842-848 of the August 12, 2013 Expert Report of
26 James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent Nos. 5,579,239
27 and 6,226,449; and
28

6. Paragraphs 23, 57, 63, 107-111, 113-126, 127-161, 162-226, 227-230, 231-294, 298-306, 307-321, 322-345, 356-357, 413-421, 430-462, 580-593, 646-697, and 701-714 of the September 13, 2013 Corrected Expert Report of James A. Storer, Ph.D. Regarding Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

**IT IS SO ORDERED.**

DATED: _____    _____
                                  The Honorable Lucy H. Koh
                                  United States District Judge