Daryl M. Crone (Bar No. 209610)
 daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Telephone: (310) 893-5150
Facsimile: (310) 893-5195

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  I am over the age of eighteen years and not a party to the within action; my business

2  address is 10880 Wilshire Boulevard, Suite 1150, Los Angeles, CA 90024.

3  On January 17, 2014, I served true copies of the document described as

4  1. The Declaration of Bill Trac in Support of Samsung's Administrative Motion to

5  File Documents Under Seal Relating to Samsung's Motion to Strike Expert Testimony Based on

6  Undisclosed Claim Constructions [Dkt. No. 1138-1].

7  by emailing the aforementioned document to the interested parties as follows:

8  Counsel for AT&T Inc.:

9  Paula M. Phillips, Esq.
10 AT&T Inc.
   One AT&T Way
11 Bedminster, New Jersey 07921-0752
   Email:  pp2713@att.com
12

13  I declare under penalty of perjury that the foregoing is true and correct.  Executed on

14 January 17, 2014.

15

16 DATED:  January 17, 2014

17

18                                                  /s/ Daryl M. Crone
                                                    Daryl M. Crone
19

{00063123.DOC - v1}

-1-

Case No. 12-cv-00630-LHK
CERTIFICATE OF SERVICE

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Daryl M. Crone has concurred in this filing.

Dated:  January 17, 2014         */s/ Victoria Maroulis*
                                                    Victoria Maroulis