1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                   UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK(PSG) |
|---|---|
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Pursuant to Civil Local Rule 7-11 and 79-5, Samsung Electronics Co. Ltd., Samsung
2   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3   "Samsung") hereby bring this administrative motion to file under seal portions of the Notice of
4   Errata Regarding Exhibits H, W, Z, AA, and KK to the Declaration of Michael L. Fazio in
5   Support of Motion and Notice of Motion to Exclude Opinions of Certain of Apple's Experts
6   ("Notice of Errata").
7   The unredacted exhibits to Samsung's Notice of Errata include information Apple has
8   designated Highly Confidential – Outside Attorneys' Eyes Only—Source Code, Highly
9   Confidential – Outside Attorneys' Eyes Only and Highly Confidential – Attorneys' Eyes Only
10  under the Protective Order. Samsung expects that Apple will file a declaration as required by
11  Civil Local Rule 79-5(e) establishing good cause to permit filing under seal.

DATED: January 17, 2014         QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                                By */s/ Michael L. Fazio*
                                    Charles K. Verhoeven
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    William C. Price
                                    Michael T. Zeller

                                    Attorneys for Defendants
                                    SAMSUNG ELECTRONICS CO., LTD.,
                                    SAMSUNG ELECTRONICS AMERICA, INC.,
                                    and SAMSUNG TELECOMMUNICATIONS
                                    AMERICA, LLC