1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                 UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    I, Michael L. Fazio, declare:

2    1.    I am a member of the bar of the State of California and a partner at Quinn Emanuel
3    Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics
4    America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").   I
5    have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and,
6    if called as a witness, could and would testify to those facts under oath.

7    2.    I submit this declaration in support of Samsung's Administrative Motion to File
8    Under Seal relating to the Notice of Errata Regarding Exhibits H, W, Z, AA, and KK to the
9    Declaration of Michael L. Fazio in Support of Motion and Notice of Motion to Exclude Opinions
10   of Certain of Apple's Experts ("Notice of Errata").

11   3.    The unredacted exhibits to Samsung's Notice of Errata include information Apple
12   has designated Highly Confidential – Outside Attorneys' Eyes Only—Source Code, Highly
13   Confidential – Outside Attorneys' Eyes Only and Highly Confidential – Attorneys' Eyes Only
14   under the Protective Order.

15   I declare under penalty of perjury of the laws of the United States that the foregoing is true
16   and correct.   Executed in Los Angeles, California on January 17, 2014.

             /s/   Michael L. Fazio
             Michael L. Fazio

-1-   Case No. 11-cv-01846-LHK
DECLARATION OF MICHAEL L. FAZIO