1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 | APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2   Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3   Administrative Motion to File Documents Under Seal.
4   Apple Inc. has filed a declaration as required under Civil Local Rule 79-5(e) provide
5   evidence of good cause shown for this Court to permit filing under seal.
6   Having considered Samsung's motion, and for good cause having been shown, the Court
7   GRANTS Samsung's motion and ORDERS sealed the portions listed below.

| Document | Sealable Portions |
|---|---|
| Exhibit W to Notice of Errata | Proposed redactions filed by Apple. |
| Exhibit Z to Notice of Errata | Proposed redactions filed by Apple. |
| Exhibit AA to Notice of Errata | Proposed redactions filed by Apple. |
| Exhibit KK to Notice of Errata | Proposed redactions filed by Apple. |

**IT IS SO ORDERED.**

DATED:

The Honorable Lucy H. Koh
United States District Judge

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL