1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO.,
16 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                 UNITED STATES DISTRICT COURT

19         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| 21          Plaintiff, | **NOTICE OF ERRATA REGARDING EXHIBITS H, W, Z, AA, AND KK TO** |
| 22      vs. | **THE DECLARATION OF MICHAEL L. FAZIO IN SUPPORT MOTION AND** |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | **NOTICE OF MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S** |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | **EXPERTS** |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: January 23, 2014
Time: 1:30 p.m. |
| 26          Defendants. | Place: Courtroom 8, 4th Floor |

27
28

                                        Case No. CASE NO. 12-cv-00630-LHK
                                        SAMSUNG'S NOTICE OF ERRATA

1  TO THE CLERK OF THE COURT AND PLAINTIFF APPLE, INC.:

2  PLEASE TAKE NOTICE that Samsung Electronics Co., Ltd., Samsung Electronics

3  America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung")

4  hereby serve this Notice of Errata Regarding Exhibits H, W, Z, AA, and KK to the Declaration of

5  Michael L. Fazio in Support of Motion and Notice of Motion to Exclude Opinions of Certain of

6  Apple's Experts ("Fazio Declaration").   Samsung inadvertently omitted pages from Exhibits H,

7  W, Z, AA, and KK to the Fazio Declaration.   Corrected versions of Exhibits H, W, Z, AA, and

8  KK to Fazio Declaration are filed concurrently.

10  DATED:   January 17, 2014          Respectfully submitted,

                                       QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By */s/ Michael L. Fazio*
                                          Charles K. Verhoeven
                                          Kevin P.B. Johnson
                                          Victoria F. Maroulis
                                          William C. Price
                                          Michael L. Fazio

                                          Attorneys for SAMSUNG ELECTRONICS
                                          CO., LTD., SAMSUNG ELECTRONICS
                                          AMERICA, INC. and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC