[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF *DAUBERT* ISSUES RELATED TO SAMSUNG PATENTS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | |

1       Pursuant to Civil L.R. 7-12, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Stipulation withdrawing certain issues raised in the Parties' respective *Daubert* motions.

      WHEREAS, on October 10, 2013, Apple and Samsung each filed *Daubert* motions seeking to exclude certain expert opinions (Dkt. Nos. 802 ("Samsung's Notice of Motion and Motion to Exclude Opinions of Certain of Apple's Experts") and 806 ("Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony");

      WHEREAS, both motions remain pending and are scheduled for oral argument on January 23, 2014;

      WHEREAS, Apple and Samsung have met and conferred regarding the pending *Daubert* motions and have each agreed to withdraw all pending *Daubert* issues related to patents asserted by Samsung;

      WHEREAS, Apple agrees to withdraw its pending *Daubert* motions related to Drs. Kearl and Schonfeld (Dkt. No. 806-3 at III.B and III.C);

      WHEREAS, Samsung agrees to withdraw its pending *Daubert* motion related to Dr. Storer (Dkt. No. 802-3 at V);

      WHEREAS, all other issues remain pending;

      NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that the foregoing pending *Daubert* motions related to Drs. Kearl, Schonfeld, and Storer are withdrawn.

      IT IS SO STIPULATED.

DATED: January 20, 2013

By  /s/ William F. Lee                                By  /s/ Victoria F. Maroulis

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA   94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Michael A. Jacobs
(CA SBN 111664)
mjacobs@mofo.com
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

William F. Lee (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1  Mark D. Selwyn (CA SBN 244180)
   mark.selwyn@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____, 2014


By: _____
       HONORABLE LUCY H. KOH

**ATTESTATION OF E-FILED SIGNATURES**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Withdrawal of *Daubert* Issues Related to Samsung Patents.  In compliance with General Order 45.X.B, I hereby attest that William F. Lee has concurred in this filing.

Dated: January 20, 2014                                        */s/ Victoria F. Maroulis*
                                                                                Victoria F. Maroulis

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: January 20, 2014                                        */s/ Victoria F. Maroulis*