1   [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12   APPLE INC., a California corporation,          CASE NO. 5:12-cv-00630-LHK

13                    Plaintiff,                     **STIPULATION AND [PROPOSED]
                                                    ORDER REGARDING WITHDRAWAL
                                                    OF *DAUBERT* ISSUES RELATED TO
14           v.                                     SAMSUNG PATENTS**

15   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG
16   ELECTRONICS AMERICA, INC., a New York
     corporation; and SAMSUNG
17   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company,

18                    Defendants.

19   ───────────────────────────────

20   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG
21   ELECTRONICS AMERICA, INC., a New York
     corporation, and SAMSUNG
22   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company,

23                    Counterclaim-Plaintiffs,

24           v.

25   APPLE INC., a California corporation,

26                    Counterclaim-Defendant.

27

28

Pursuant to Civil L.R. 7-12, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Stipulation withdrawing certain issues raised in the Parties' respective *Daubert* motions.

WHEREAS, on October 10, 2013, Apple and Samsung each filed *Daubert* motions seeking to exclude certain expert opinions (Dkt. Nos. 802 ("Samsung's Notice of Motion and Motion to Exclude Opinions of Certain of Apple's Experts") and 806 ("Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony");

WHEREAS, both motions remain pending and are scheduled for oral argument on January 23, 2014;

WHEREAS, Apple and Samsung have met and conferred regarding the pending *Daubert* motions and have each agreed to withdraw all pending *Daubert* issues related to patents asserted by Samsung;

WHEREAS, Apple agrees to withdraw its pending *Daubert* motions related to Drs. Kearl and Schonfeld (Dkt. No. 806-3 at III.B and III.C);

WHEREAS, Samsung agrees to withdraw its pending *Daubert* motion related to Dr. Storer (Dkt. No. 802-3 at V);

WHEREAS, all other issues remain pending;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that the foregoing pending *Daubert* motions related to Drs. Kearl, Schonfeld, and Storer are withdrawn.

IT IS SO STIPULATED.

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    January 21   , 2014

By:  _Lucy H. Koh_____
HONORABLE LUCY H. KOH