| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (pro hac vice) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| Harold J. McElhinny (CA SBN 66781) <br> hmcelhinny@mofo.com <br> Jack W. Londen (CA SBN 85776) <br> jlonden@mofo.com <br> Rachel Krevans (CA SBN 116421) <br> rkrevans@mofo.com <br> Ruth N. Borenstein (CA SBN 133797) <br> rborenstein@mofo.com <br> Erik J. Olson (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions ("Samsung's Motion to Seal" (Dkt. No. 1138)) regarding Samsung's Notice of Motion and Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions; Memorandum of Points and Authorities in Support Thereof ("Samsung's Motion to Strike") and Exhibit 1 to the Declaration of Bill Trac in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions ("Exhibit 1 to the Trac Declaration").

3. Apple does not maintain a claim of confidentiality with respect to Samsung's Motion to Strike. However, Samsung designated portions of its Motion to Strike as containing Apple confidential information that Apple believes may actually be the confidential information of third-party Qualcomm. Accordingly, Apple is not moving to seal this information itself and has notified Qualcomm about this information. Apple has not yet heard back from Qualcomm regarding whether Qualcomm intends to support sealing that information. If Qualcomm does, Apple will work with Samsung to ensure that all information Qualcomm supports sealing is highlighted in the "final consolidated and conformed copy of the motion and exhibits thereto identifying what information Apple, Samsung, and any third parties have supported sealing in their declarations" (Dkt. No. 1138 at 2) Samsung submits to the Court.

4. Apple supports sealing Exhibit 1 to the Trac Declaration insofar as it contains source code information and/or detailed technical information regarding the accused Apple products. The public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal

1  Trial Exhibits (*see Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846
2  (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing documentation showing the configuration of
3  Apple's products because information of this kind constitutes trade secret information)). The
4  Court has previously granted Apple's request to seal similar information.  *See, e.g., Apple Inc. v.*
5  *Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (August 9, 2012 N.D. Cal.) (Dkt.
6  No. 1649 at 8) (granting Apple's request to seal source code and schematics related to the Apple
7  iBook and Apple iSight).

8       5.     For the purpose of preparing a "final consolidated and conformed copy of the
9  motion and exhibits thereto identifying what information Apple, Samsung, and any third parties
10 have supported sealing in their declarations" (Dkt. No. 1138 at 2), Apple will lodge with the
11 Court and serve on Samsung a highlighted version of Exhibit 1 to the Trac Declaration indicating
12 those portions of Exhibit 1 that Apple seeks to seal highlighted in yellow.

13       6.     The relief requested by Apple is necessary and narrowly tailored to protect
14 confidential Apple information.

15       7.     I declare under the penalty of perjury under the laws of the United States of
16 America that the forgoing is true and correct to the best of my knowledge and that this
17 Declaration was executed this 21st day of January, 2014, in Boston, Massachusetts.

Dated:  January 21, 2014           */s/ Peter J. Kolovos*
                                    Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 21, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn<br>Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: January 21, 2014           */s/ Mark D. Selwyn*
                                   Mark D. Selwyn