JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (OPENING REPORT OF CHRISTOPHER A. VELLTURO, PH. D.)** |

Counterclaim-Plaintiffs,

v.

APPLE INC., a California corporation,

Counterclaim-Defendant.

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves this Court for an order to seal the following document:

1.  Portions of the confidential, unredacted version of the Opening Report of Christopher A. Vellturo, Ph. D (the "Vellturo Report").[1]

As detailed in the supporting declaration of Jennifer Rho, the Vellturo Report contains or discusses information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Apple, Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"), and/or third parties to this litigation pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Apple, Samsung, and/or third parties.

**Apple Confidential Information For Which Apple Supports Sealing**

The Vellturo Report contains information relating to or discusses Apple's highly sensitive financial data, confidential license agreements, confidential manufacturing capabilities, confidential market research, and confidential pricing and competitive strategies. Apple has established compelling reasons to permit the filing of the above Apple confidential information under seal through the Declaration of Jennifer Rho filed in support of this Administrative Motion to File Documents Under Seal ("Rho Declaration"). As further detailed in the Rho Declaration, the Apple confidential information referenced within the Vellturo Report relates to, among other things, Apple's non-public financial data, confidential license agreements and negotiations, confidential manufacturing capabilities, confidential market research, and confidential pricing and competitive strategies. Apple personnel have previously supported the sealing of such information, and this Court and the Federal Circuit have already recognized the propriety of sealing certain categories of such information. (Rho Dec. ¶¶ 3-11.) The requested relief is

---

[1] The Vellturo Report also includes information that Samsung and/or third parties have designated as confidential under the Protective Order. Apple has not yet been able to confer with the third parties regarding their confidential information and is thus filing such information under seal as required by the Protective Order. To the extent that Apple shares a claim of confidentiality with a third party over some information, such information has been highlighted in teal to reflect the third party's claim.

necessary and narrowly tailored to protect the confidentiality of Apple's confidential information contained in the Vellturo Report.

**Information Marked Confidential By Samsung or Third Parties**

As described in the Rho Declaration, the Vellturo Report also contains information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Samsung and/or third parties, and the confidentiality of such information is to be confirmed by the declarations that these parties may file supporting the sealing of such information. Apple makes no claim to the confidentiality of any data except as set forth in the Rho Declaration.

*   *   *

Pursuant to Civil L.R. 7-11, counsel for Samsung and Apple met and conferred regarding the process for and scope of sealing information at issue in the present motion to seal. (Rho Dec. ¶ 13.)

The complete, unredacted version of the Vellturo Report will be e-filed under seal concurrently with this motion. In the highlighted unredacted versions of these documents, Apple's confidential information has been highlighted in yellow, Samsung's confidential information has been highlighted in green, and information that is deemed confidential by third parties (or by both third parties and Apple) has been highlighted in teal.

In light of the short timeframe on filing and the extensive amount of third party information, Apple has not yet filed a public redacted version. Apple intends to do so upon further review and discussion with third parties. Apple further notes that it will continue to evaluate this request for sealing, in conjunction with conferring with the third parties whose information is at issue and will notify the Court should it determine that it may withdraw portions of this request as a result.

For the foregoing reasons, Apple respectfully requests sealing of the information contained in the Vellturo Report.

Dated: January 22, 2014

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *H. Mark Lyon*

Attorneys for Plaintiff
APPLE, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: January 22, 2014                               */s/ H. Mark Lyon*