UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (OPENING EXPERT REPORT OF CHRISTOPHER A. VELLTURO, PH.D.)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　Counterclaim-Defendant. | |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of the Opening Expert Report of Christopher A. Vellturo, Ph.D. (the "Vellturo Report").

In support of its motion, Apple filed the Declaration of Jennifer Rho in Support of Apple's Administrative Motion to File Documents Under Seal, as required by Civil Local Rule 79-5.

The Declaration of Jennifer Rho filed in support of this renewed motion provides sufficient evidence that the yellow highlighted portions of the Vellturo Report are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a).

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative Motion to Seal (Opening Expert Report of Christopher A. Vellturo, Ph.D.).

IT IS HEREBY ORDERED that the highlighted portions of the unredacted version of the Vellturo Report shall be filed under seal.

The Court further ORDERS that the proposed redacted versions of the Vellturo Report, which shall be filed by the parties after conference with the third parties whose information is at issue in the report, shall be the publicly-available version filed on ECF.

**IT IS SO ORDERED.**

Dated: _____     By: _____
Hon. Lucy H. Koh
United States District Court Judge