QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 1127)** |

02198.51981/5725277.1

Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RELATING TO SAMSUNG'S MOTION
FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 1127)

1   Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung
2   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3   "Samsung") hereby bring this administrative motion to file under seal the following documents or
4   portions thereof relating to Samsung's Notice of Motion and Motion for Relief from
5   Nondispositive Pretrial Order of Magistrate Judge (Dkt. 1127) ("Motion for Relief"):
6      1.   The confidential, unredacted version of Samsung's Motion for Relief; and
7      2.   Exhibit 1 to the Declaration of Todd Briggs in Support of Samsung's Motion for
8   Relief.
9      Samsung has established good cause to permit filing these documents under seal through
10  the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents
11  Under Seal Relating to Samsung's Motion for Relief from Nondispositive Pretrial Order of
12  Magistrate Judge (Dkt. 1127), filed herewith.  In short, the above documents discuss and refer to
13  material designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS'
14  EYES ONLY," or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –
15  SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of
16  Discovery Materials, or otherwise deemed confidential.  Samsung accordingly requests that the
17  Court order the information filed under seal, and expects that Apple will comply with L.R. 79-5(e)
18  by filing an appropriate declaration with the Court for those portions and documents that reference
19  Apple-designated information.  Samsung's entire filing will be filed with the Court pursuant to
20  L.R. 79-5 and served on all parties.
21     Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel
22  regarding this motion to seal.  Apple does not oppose Samsung's Administrative Motion to File
23  Documents Under Seal Relating to Samsung's Motion for Relief from Nondispositive Pretrial
24  Order of Magistrate Judge as a procedural mechanism for filing portions of Samsung's Motion for
25  Relief and supporting documents under seal.  Apple reserves the right to challenge any proposed
26  redactions to the extent it believes those redactions improperly seal non-confidential information.
27  Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and
28

1  Samsung will file a final consolidated and conformed copy of the motion and exhibits thereto
2  identifying what information Apple, Samsung, and any third parties have supported sealing in
3  their declarations.

5  DATED: January 23, 2014         QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

                                    By */s/ Victoria Maroulis*
                                       Charles K. Verhoeven
                                       Kevin P.B. Johnson
                                       Victoria F. Maroulis
                                       William C. Price
                                       Michael L. Fazio

                                       Attorneys for Defendants
                                       SAMSUNG ELECTRONICS CO., LTD.,
                                       SAMSUNG ELECTRONICS AMERICA, INC.,
                                       and SAMSUNG TELECOMMUNICATIONS
                                       AMERICA, LLC