1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF PRETRIAL JUDGE (DKT. 1127)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/5725298.1

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3  to File Documents Under Seal Relating to Samsung's Motion for Relief from Nindispositive
4  Pretrial Order of Magistrate Judge (Dkt. 1127).

5  Having considered Samsung's motion, and compelling reasons having been shown, the
6  Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. 1127) | See public redacted version of document. |
| Exhibit 1 to the Declaration of Todd Briggs in Support of Samsung's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. 1127) | Sealed in its entirety |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge

02198.51981/5725298.1

-1-   Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE)