QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

1      I, Todd Briggs, declare as follows:

2      1.      I am a member of the bar of the State of California, admitted to practice before this

3  Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants

4  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5  Telecommunications America, LLC (collectively, "Samsung") in this action.  I make this

6  declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and

7  would testify as set forth below.

8      2.      Attached hereto as Exhibit 1 is a true and correct copy of Apple Inc.'s

9  Supplemental Responses to Samsung's Fifth Set of Interrogatories (No. 38).

10     I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct.

13     Executed on January 23, 2014, at Pleasanton, CA.

14                    */s/ Todd Briggs*
                      Todd Briggs

-1-   Case No. 12-CV-00630-LHK (PSG)
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE
PRETRIAL ORDER OF MAGISTRATE JUDGE

## ATTESTATION

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Todd Briggs has concurred in this filing.

Dated: January 23, 2014

/s/ Victoria Maroulis
Victoria Maroulis