1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 1127)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/5725360.1

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RELIEF
FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE

1  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion for
3  Relief from Nondispositive Pretrial Order of Magistrate Judge ("Motion for Relief").
4  Having considered Samsung's Motion to Strike, the papers submitted by the parties and
5  argument by counsel, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS
6  Samsung's Motion for Relief and ORDERS that the portions of Dr. Schonfeld's report discussing
7  third party servers shall not be stricken.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Lucy H. Koh
United States District Judge

02198.51981/5725360.1

-1-   Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RELIEF
FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE