UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

**Civil Minute Order**

Court Proceedings: Daubert Motions, Thursday, December 6, 2012     Time in Court: 2hr50min
Case Number: 12-CV-00630LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

___TITLE:

| APPLE INC. | V. | SAMSUNG ELECTRONICS CO. LTD., ET AL |
|---|---|---|
| PLAINTIFF(S) | | DEFENDANT(S) |

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | John B. Quinn |
| Rachel Krevans | Victoria F. Maroulis |
| Mark Lyon | Kevin Johnson |
| Mark D. Selwyn | Scott Watson |
| | Sean Pak |

**PROCEEDINGS:   DAUBERT MOTIONS**

The motions are argued by counsel and taken under submission.  The Court will issue written orders.