QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. 1173-3)** |

02198.51855/5726414.1

Case No. 12-cv-00630-LHK (PSG)
**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

1  Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
2 Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this
3 administrative motion to remove Docket No. 1173-3, a document identified as the redacted
4 version of Samsung's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.
5 Samsung inadvertently filed an unredacted version of Samsung's Motion for Relief instead of a
6 redacted version.
7  For the foregoing reasons, Samsung respectfully requests that the Court grant this
8 Administrative Motion to Remove Incorrectly Filed Document.

10 DATED: January 24, 2014  QUINN EMANUEL URQUHART &
  SULLIVAN, LLP

13  By  /s/ Victoria Maroulis
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    William C. Price
    Michael T. Zeller
    Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
    INC., and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC