1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. 1173-3)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have moved for the Court to
3  remove incorrectly filed Docket No. 1173-3.  Samsung's motion relates to a document
4  inadvertently submitted in unredacted form.
5    Have considered the papers submitted, and finding good cause thereof, the Court hereby
6  grants Samsung's Motion to Remove Incorrectly Filed Documents and HEREBY ORDERS that
7  Docket No. 1173-3 be removed from the ECF system.

10  DATED:

The Honorable Lucy H. Koh
United States District Judge