1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11 | APPLE INC., a California Corporation, |
12 |                    Plaintiff, |
13 |        v. |
14 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | CASE NO. 12-cv-00630-LHK (PSG)
15 |  |
16 |  | **JOINT MOTION TO WITHDRAW DOCUMENTS FILED IN CONNECTION WITH MOTIONS TO STRIKE**
17 |                    Defendants. |
18 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
19 |  |
20 |  |
21 |  |
22 |                    Counterclaim-Plaintiffs, |
23 |        v. |
24 | APPLE INC., a California corporation, |
25 |                    Counterclaim-Defendant. |

26

27

28

1    Pursuant to Civil Local Rule 79-5(f), Plaintiff and Counterclaim-Defendant Apple Inc.
2  ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd.,
3  Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
4  (collectively, "Samsung") hereby move to withdraw documents filed in connection with the
5  parties' motions to strike that related solely to issues resolved informally.  In addition, the
6  parties request an order instructing the Clerk of the Court to remove those documents from the
7  Court's ECF system and docket.
8    In connection with the parties' motions to strike, Apple and Samsung moved to file
9  under seal portions of briefs and exhibits that included information designated "Confidential,"
10 "Highly Confidential – Attorneys' Eyes Only," or "Highly Confidential – Attorneys' Eyes
11 Only – Source Code" by Apple, Samsung, and third parties.  *See* ECF Nos. 877, 878, 880, 882,
12 962, 963, 964, 965, 1009, 1011, 1017, 1018.  Once briefing was complete, the Court ordered
13 the parties to meet and confer to resolve issues raised in the motions to strike without the
14 Court's intervention.  *See* ECF Nos. 1051, 1054.  The parties resolved a majority of issues
15 informally and submitted to the Court for resolution only a subset of issues raised in the
16 briefing.  *See* ECF No. 1056 (table identifying issues resolved and outstanding in the parties'
17 motions to strike).  The Court issued an order addressing only the issues that remained
18 outstanding, and denying motions to file under seal the parties' briefing and exhibits.  ECF No.
19 1127.
20   In an effort to minimize the burden on the Court raised by motions to file under seal, the
21 parties filed a Notice stating that pursuant to Civil Local Rule 79-5(f)(2), the parties would not
22 be "re-filing unredacted versions of documents that relate solely to withdrawn portions of" the
23 motions to strike.  ECF No. 1131.  In addition, the Court granted the parties' request to move
24 for reconsideration of the Court's Order on sealing of documents that relate to issues addressed
25 by the Court.  ECF No. 1137.
26   Because the parties will not re-file un-redacted versions of documents that relate to
27 withdrawn portions of the motions to strike, and because those documents were not relevant to
28 the Court's Order on the motions to strike, the parties move to withdraw those documents from

1  the Court's docket, and seek an order instructing the Clerk of the Court to remove the
2  documents from the Court's ECF system and docket.
3        The documents the parties seek to withdraw are identified in Exhibit A to this motion.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: January 24, 2014

By  /s/ Mark D. Selwyn

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

William F. Lee (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By  /s/ Michael L. Fazio

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**ATTESTATION OF E-FILED SIGNATURES**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file this Notice. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: January 24, 2014                           */s/ Michael L. Fazio*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: January 24, 2014                           */s/ Michael L. Fazio*