# Exhibit A

**List of Documents the Parties Seek to Withdraw Related to Motions to Strike**

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| **D.I. 877, Apple's Motion to Strike regarding Samsung's Patents** | | |
| 877-03, 877-04 | Apple's Motion to Strike Expert Testimony re: Samsung's Patents | Portions of Part I, II.A, II.B, II.C; Sections III.A, III.B.1, III.C. |
| 877-08 | Exhibit C to the Selwyn Declaration in support of Apple's Motion to Strike re: Samsung's Patents | Exhibit in its entirety. |
| 877-12 | Exhibit F to the Selwyn Declaration in support of Apple's Motion to Strike re: Samsung's Patents | Exhibit in its entirety. |
| 877-13 | Exhibit G to the Selwyn Declaration in support of Apple's Motion to Strike re: Samsung's Patents | Exhibit in its entirety. |
| **D.I. 878, Samsung's Motion to Strike regarding Samsung's Patents** | | |
| 878-03, 878-04, 878-05 | Samsung's Motion to Strike Expert Testimony re: Samsung's Patents | Statement of Issues to be Decided #2 (p.1); section II.B (pp. 6-9); section III.B (pp. 14-15). |
| **D.I. 880, Samsung's Motion to Strike regarding Apple's Patents** | | |
| 880-04, 880-05 | Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Background sections A-D (pp. 3-9); Argument sections A-E (pp. 12-22). |
| 880-21 | Exhibits 9-15 to the Fazio Declaration in Support of Samsung's Motion to Strike re: Apple's Patents | Exhibits in their entirety. |
| 880-22 | Exhibits 16, 17, 19, 20, 21, 23, 31, 34 to the Fazio Declaration in Support of Samsung's Motion to Strike re: Apple's Patents | Exhibits in their entirety. |
| **D.I. 882, Apple's Motion to Strike regarding Apple's Patents** | | |
| 882-03, 882-04 | Apple's Motion to Strike Expert Testimony regarding Apple's Patents | Sections III.A.1.a, III.A.2, III.A.3, III.B, III.D, III.E |
| 882-07 | Exhibit 1 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-08 | Exhibit 2 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-09 | Exhibit 3 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 882-11 | Exhibit 5 to the Furman Declaration in support of Apple's Motion to Strike re: Apple Patents | Portions on pages 42-44, 277-80, 282-83 |
| 882-12 | Exhibit 6 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-13 | Exhibit 7 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-14 | Exhibit 8 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-15 | Exhibit 9 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-16 | Exhibit 10 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-17 | Exhibit 11 to the  Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Portion on page 112. |
| 882-18 | Exhibit 12 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-19 | Exhibit 13 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-20 | Exhibit 14 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-21 | Exhibit 15 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-22 | Exhibit 16 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-23 | Exhibit 17 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-24 | Exhibit 18 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-25 | Exhibit 19 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-26 | Exhibit 20 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-27 | Exhibit 21 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 882-28 | Exhibit 22 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-29 | Exhibit 23 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-30 | Exhibit 24 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-33, 882-34 | Exhibit 27 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-50, 882-51 | Exhibit 28 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-35 | Exhibit 29 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-36 | Exhibit 30 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-37 | Exhibit 31 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-38 | Exhibit 32 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-39 | Exhibit 33 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-40 | Exhibit 34 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-41 | Exhibit 35 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-42 | Exhibit 36 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Portions on pages 11, 58-62, 155-74, 328 |
| 882-43 | Exhibit 37 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-44 | Exhibit 38 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-45 | Exhibit 39 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-46 | Exhibit 40 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 882-47 | Exhibit 41 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-48 | Exhibit 42 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-49 | Exhibit 43 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| **D.I. 962, Samsung's Opposition to Apple's Motion to Strike regarding Apple's Patents** | | |
| 962-03, 962-04 | Samsung's Opposition to Apple's Motion to Strike Expert Testimony re: Apple's Patents | Section II.A.1 (pp. 2-7); sections II.A.3-6 (pp. 12-20); sections II.C-D (pp. 21-25). |
| 962-10 | Exhibit 2 to the Fazio Declaration in support of Samsung's Opposition to Apple's Motion to Strike re: Apple's Patents | Portions of pages 2-4 |
| 962-10 | Exhibits 1, 3, and 4 to the Fazio Declaration in Support of Samsung's Opposition to Apple's Motion to Strike re: Apple's Patents | Portions of pages 1-3 of Exhibit 1; Exhibits 3 and 4 in their entirety. |
| 962-11 | Exhibits 6, 7, 9, 10, 11, 24, and 28 to the Fazio Declaration in Support of Samsung's Opposition to Apple's Motion to Strike re: Apple's Patents | Exhibits in their entirety. |
| 962-12 | Exhibits 31, 36, 37, 38, 39, 40, and 42 to the Fazio Declaration in Support of Samsung's Opposition to Apple's Motion to Strike re: Apple's Patents | Exhibits in their entirety. |
| 962-13 | Exhibits 45, 46, 47, 48, 53, and 54 to the Fazio Declaration in Support of Samsung's Opposition to Apple's Motion to Strike re: Apple's Patents | Exhibits in their entirety. |
| **D.I. 963, Samsung's Opposition to Apple's Motion to Strike regarding Samsung's Patents** | | |
| 963-03, 963-19, 963-20 | Samsung's Opposition to Apple's Motion to Strike Expert Testimony re: Samsung's Patents | Section III.A.1 (pp. 5-10); section III.B.1 (pp. 20-22); section III.C (p.25). |
| 963-06 | Exhibit 1 to Drezdon Declaration in Support of Samsung's Opposition to Apple's Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| **D.I. 964, Apple's Opposition to Samsung's Motion to Strike regarding Apple's Patents** | | |
| 964-24, 964-25 | Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Portions of Introduction; Sections I, II, III, V |

| ECF No. | Document | Portions to be Withdrawn |
|---------|----------|--------------------------|
| 964-03 | Exhibits A-D to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibits in their entirety. |
| 964-04 | Exhibit E-F to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibits in their entirety. |
| 964-05 | Exhibit G to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-06 | Exhibit I to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-07 | Exhibit J to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-08 | Exhibit K to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-09 | Exhibit L to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-10 | Exhibit M to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-11 | Exhibit N to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-12 | Exhibit O to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-13 | Exhibit P to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Portions on pages 10, 11, 45, 59, 107, 108, 109, 110-21, 147, 150, 156-62, 204 |
| 964-17 | Exhibit T to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Portions on pages 10, 115, 118 |

| <u>ECF No.</u> | <u>Document</u> | <u>Portions to be Withdrawn</u> |
|---|---|---|
| 964-19 | Exhibit W to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Portion on pages 565 |
| 964-21 | Exhibit Y to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-22 | Exhibit AA to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-23 | Exhibits BB-GG to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibits in their entirety. |
| **D.I. 965, Apple's Opposition to Samsung's Motion to Strike regarding Samsung's Patents** | | |
| 965-03, 965-04 | Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Samsung's Patents | Section III.C |
| **D.I. 1009, Samsung's Reply in support of its Motion to Strike regarding Samsung's Patents** | | |
| 1009-03, 1009-04, 1009-05 | Samsung's Reply in Support of its Motion to Strike Expert Testimony re: Samsung's Patents | Section III (pp. 12-15). |
| **D.I. 1011, Apple's Reply in support of its Motion to Strike regarding Apple's Patents** | | |
| 1011-03, 1011-06 | Apple's Reply in support of its Motion to Strike Expert Testimony re: Apple's Patents | Sections I.A.1, I.B, I.C, II, IV, V |
| 1011-05 | Exhibits 45, 46, 52, 53 to the Furman Declaration in support of Apple's Reply in support of its Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 1011-07 | Exhibits 48, 50, 51 to the Furman Declaration in support of Apple's Reply in support of its Motion to Strike Expert Testimony re: Apple's Patents | Exhibits in their entirety (but not entire document associated with this docket entry). |
| **D.I. 1017, Apple's Reply in support of its Motion to Strike regarding Samsung's Patents** | | |
| 1017-02, 1017-03 | Apple's Reply in support of its Motion to Strike Expert Testimony re: Samsung's Patents | Sections I.A, I.B.1, I.C.4 |
| 1017-06 | Exhibit 2 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 1017-07 | Exhibit 3 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| 1017-14 | Exhibit 9 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| 1017-15 | Exhibit 10 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| 1017-16 | Exhibit 11 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| 1017-17 | Exhibit 12 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| **D.I. 1018, Samsung's Reply in support of its Motion to Strike regarding Apple's Patents** | | |
| 1018-03, 1018-04 | Samsung's Reply in Support of its Motion to Strike Expert Testimony re: Apple's Patents | Sections I-VI (pp. 1-14). |
| 1018-07 | Exhibits 2, 3, 4, 5, 7, 9, and 10 to the Fazio Declaration in Support of Samsung's Reply in Support of its Motion to Strike Expert Testimony re: Apple's Patents | Exhibits in their entirety. |