1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO WITHDRAW DOCUMENTS FILED IN CONNECTION WITH MOTIONS TO STRIKE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Counterclaim-Plaintiffs,<br>     v.<br><br>APPLE INC., a California corporation,<br><br>             Counterclaim-Defendant. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") moved to withdraw documents, and portions thereof, originally filed in connection with their motions to strike, *see* D.I. Nos. 877, 878, 880, 882, 962, 963, 964, 965, 1009, 1011, 1017, 1018, that relate solely to issues that were subsequently resolved informally.  *See* D.I. 1056.  The Court thus did not address these issues when it issued its order on the parties' motions to strike.  *See* D.I. 1127.

Having considered the papers submitted, and finding good cause thereof, the Court hereby GRANTS the parties' Joint Motion to Withdraw Documents Filed in Connection with Motions to Strike and HEREBY ORDERS that the documents in the following chart be removed from the ECF system:

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| **D.I. 877, Apple's Motion to Strike regarding Samsung's Patents** | | |
| 877-03, 877-04 | Apple's Motion to Strike Expert Testimony re: Samsung's Patents | Portions of Part I, II.A, II.B, II.C; Sections III.A, III.B.1, III.C. |
| 877-08 | Exhibit C to the Selwyn Declaration in support of Apple's Motion to Strike re: Samsung's Patents | Exhibit in its entirety. |
| 877-12 | Exhibit F to the Selwyn Declaration in support of Apple's Motion to Strike re: Samsung's Patents | Exhibit in its entirety. |
| 877-13 | Exhibit G to the Selwyn Declaration in support of Apple's Motion to Strike re: Samsung's Patents | Exhibit in its entirety. |
| **D.I. 878, Samsung's Motion to Strike regarding Samsung's Patents** | | |
| 878-03, 878-04, 878-05 | Samsung's Motion to Strike Expert Testimony re: Samsung's Patents | Statement of Issues to be Decided #2 (p.1); section II.B (pp. 6-9); section III.B (pp. 14-15). |
| **D.I. 880, Samsung's Motion to Strike regarding Apple's Patents** | | |
| 880-04, 880-05 | Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Background sections A-D (pp. 3-9); Argument sections A-E (pp. 12-22). |
| 880-21 | Exhibits 9-15 to the Fazio Declaration in Support of Samsung's Motion to Strike re: Apple's Patents | Exhibits in their entirety. |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 880-22 | Exhibits 16, 17, 19, 20, 21, 23, 31, 34 to the Fazio Declaration in Support of Samsung's Motion to Strike re: Apple's Patents | Exhibits in their entirety. |
| **D.I. 882, Apple's Motion to Strike regarding Apple's Patents** | | |
| 882-03, 882-04 | Apple's Motion to Strike Expert Testimony regarding Apple's Patents | Sections III.A.1.a, III.A.2, III.A.3, III.B, III.D, III.E |
| 882-07 | Exhibit 1 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-08 | Exhibit 2 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-09 | Exhibit 3 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-11 | Exhibit 5 to the Furman Declaration in support of Apple's Motion to Strike re: Apple Patents | Portions on pages 42-44, 277-80, 282-83 |
| 882-12 | Exhibit 6 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-13 | Exhibit 7 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety.. |
| 882-14 | Exhibit 8 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-15 | Exhibit 9 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-16 | Exhibit 10 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-17 | Exhibit 11 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Portion on page 112. |
| 882-18 | Exhibit 12 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-19 | Exhibit 13 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-20 | Exhibit 14 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-21 | Exhibit 15 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-22 | Exhibit 16 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-23 | Exhibit 17 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 882-24 | Exhibit 18 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-25 | Exhibit 19 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-26 | Exhibit 20 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-27 | Exhibit 21 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-28 | Exhibit 22 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-29 | Exhibit 23 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-30 | Exhibit 24 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-33, 882-34 | Exhibit 27 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-50, 882-51 | Exhibit 28 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-35 | Exhibit 29 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-36 | Exhibit 30 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-37 | Exhibit 31 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-38 | Exhibit 32 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-39 | Exhibit 33 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-40 | Exhibit 34 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-41 | Exhibit 35 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-42 | Exhibit 36 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Portions on pages 11, 58-62, 155-74, 328 |
| 882-43 | Exhibit 37 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-44 | Exhibit 38 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-45 | Exhibit 39 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 882-46 | Exhibit 40 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-47 | Exhibit 41 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-48 | Exhibit 42 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| 882-49 | Exhibit 43 to the Furman Declaration in support of Apple's Motion to Strike re: Apple's Patents | Exhibit in its entirety. |
| **D.I. 962, Samsung's Opposition to Apple's Motion to Strike regarding Apple's Patents** | | |
| 962-03, 962-04 | Samsung's Opposition to Apple's Motion to Strike Expert Testimony re: Apple's Patents | Section II.A.1 (pp. 2-7); sections II.A.3-6 (pp. 12-20); sections II.C-D (pp. 21-25). |
| 962-10 | Exhibit 2 to the Fazio Declaration in support of Samsung's Opposition to Apple's Motion to Strike re: Apple's Patents | Portions of pages 2-4 |
| 962-10 | Exhibits 1, 3, and 4 to the Fazio Declaration in Support of Samsung's Opposition to Apple's Motion to Strike re: Apple's Patents | Portions of pages 1-3 of Exhibit 1; Exhibits 3 and 4 in their entirety. |
| 962-11 | Exhibits 6, 7, 9, 10, 11, 24, and 28 to the Fazio Declaration in Support of Samsung's Opposition to Apple's Motion to Strike re: Apple's Patents | Exhibits in their entirety. |
| 962-12 | Exhibits 31, 36, 37, 38, 39, 40, and 42 to the Fazio Declaration in Support of Samsung's Opposition to Apple's Motion to Strike re: Apple's Patents | Exhibits in their entirety. |
| 962-13 | Exhibits 45, 46, 47, 48, 53, and 54 to the Fazio Declaration in Support of Samsung's Opposition to Apple's Motion to Strike re: Apple's Patents | Exhibits in their entirety. |
| **D.I. 963, Samsung's Opposition to Apple's Motion to Strike regarding Samsung's Patents** | | |
| 963-03, 963-19, 963-20 | Samsung's Opposition to Apple's Motion to Strike Expert Testimony re: Samsung's Patents | Section III.A.1 (pp. 5-10); section III.B.1 (pp. 20-22); section III.C (p.25). |
| 963-06 | Exhibit 1 to Drezdon Declaration in Support of Samsung's Opposition to Apple's Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| **D.I. 964, Apple's Opposition to Samsung's Motion to Strike regarding Apple's Patents** | | |
| 964-24, 964-25 | Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Portions of Introduction; Sections I, II, III, V |
| 964-03 | Exhibits A-D to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibits in their entirety. |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 964-04 | Exhibit E-F to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibits in their entirety. |
| 964-05 | Exhibit G to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-06 | Exhibit I to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-07 | Exhibit J to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-08 | Exhibit K to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-09 | Exhibit L to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-10 | Exhibit M to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-11 | Exhibit N to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-12 | Exhibit O to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-13 | Exhibit P to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Portions on pages 10, 11, 45, 59, 107, 108, 109, 110-21, 147, 150, 156-62, 204 |
| 964-17 | Exhibit T to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Portions on pages 10, 115, 118 |
| 964-19 | Exhibit W to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Portion on pages 565 |
| 964-21 | Exhibit Y to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 964-22 | Exhibit AA to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 964-23 | Exhibits BB-GG to the Rho Declaration in support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Apple's Patents | Exhibits in their entirety. |
| **D.I. 965, Apple's Opposition to Samsung's Motion to Strike regarding Samsung's Patents** | | |
| 965-03, 965-04 | Apple's Opposition to Samsung's Motion to Strike Expert Testimony re: Samsung's Patents | Section III.C |
| **D.I. 1009, Samsung's Reply in support of its Motion to Strike regarding Samsung's Patents** | | |
| 1009-03, 1009-04, 1009-05 | Samsung's Reply in Support of its Motion to Strike Expert Testimony re: Samsung's Patents | Section III (pp. 12-15). |
| **D.I. 1011, Apple's Reply in support of its Motion to Strike regarding Apple's Patents** | | |
| 1011-03, 1011-06 | Apple's Reply in support of its Motion to Strike Expert Testimony re: Apple's Patents | Sections I.A.1, I.B, I.C, II, IV, V |
| 1011-05 | Exhibits 45, 46, 52, 53 to the Furman Declaration in support of Apple's Reply in support of its Motion to Strike Expert Testimony re: Apple's Patents | Exhibit in its entirety. |
| 1011-07 | Exhibits 48, 50, 51 to the Furman Declaration in support of Apple's Reply in support of its Motion to Strike Expert Testimony re: Apple's Patents | Exhibits in their entirety (but not entire document associated with this docket entry). |
| **D.I. 1017, Apple's Reply in support of its Motion to Strike regarding Samsung's Patents** | | |
| 1017-02, 1017-03 | Apple's Reply in support of its Motion to Strike Expert Testimony re: Samsung's Patents | Sections I.A, I.B.1, I.C.4 |
| 1017-06 | Exhibit 2 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| 1017-07 | Exhibit 3 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| 1017-14 | Exhibit 9 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| 1017-15 | Exhibit 10 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| 1017-16 | Exhibit 11 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |
| 1017-17 | Exhibit 12 to the Kolovos Declaration in support of Apple's Reply in support of Its Motion to Strike Expert Testimony re: Samsung's Patents | Exhibit in its entirety. |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| **D.I. 1018, Samsung's Reply in support of its Motion to Strike regarding Apple's Patents** | | |
| 1018-03, 1018-04 | Samsung's Reply in Support of its Motion to Strike Expert Testimony re: Apple's Patents | Sections I-VI (pp. 1-14). |
| 1018-07 | Exhibits 2, 3, 4, 5, 7, 9, and 10 to the Fazio Declaration in Support of Samsung's Reply in Support of its Motion to Strike Expert Testimony re: Apple's Patents | Exhibits in their entirety. |

With respect to those documents of which a portion is being withdrawn, the versions of those documents filed by the parties on January 24, 2014 and January 29, 2014 in connection with their Motions for Reconsideration of Order Denying Administrative Motions to File Documents Under Seal, D.I. 1127, shall constitute the pertinent versions of such documents.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                                                                Hon. Paul S. Grewal
                                                                                United States Magistrate Judge

02198.51981/5727244.1
[PROPOSED] ORDER GRANTING JOINT MOTION TO WITHDRAW
DOCUMENTS FILED IN CONNECTION WITH MOTIONS TO STRIKE

-7-     CASE NO. 12-CV-00630-LHK (PSG)