# Attachment A

**Documents Samsung Moves to File Under Seal in Connection with its Motion for Reconsideration**

| Original Dkt. | Document | Party Claiming Confidentiality | Portions Parties Seek to Seal[1] |
|---|---|---|---|
| 878 | SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS INCONSISTENT WITH THE COURT'S MARKMAN ORDER | N/A | None |
| | Exhibit 6 (Dkt. No. 878-11) to the Declaration of Todd Briggs | Third parties Alcatel-Lucent, AT&T, Ericsson, Intel, Nokia, Qualcomm, Siemens and T-Mobile | See highlighted version. |
| | Exhibit 7 (Dkt Nos. 878-12, 878-13) to the Declaration of Todd Briggs | Third parties Microsoft and Voice Over Cellular Inventions | See highlighted version. |
| | Exhibit 8 (Dkt. Nos. 878-14, 878-15) to the Declaration of Todd Briggs | Apple and third parties Cirrus Logic, Intel and Omni Vision | See highlighted version. |
| | Exhibit 10 (Dkt. No. 878-17) to the Declaration of Todd Briggs | Apple and third party Microsoft | See highlighted version. |
| | Exhibit 11 (Dkt. No. 878-18) to the Declaration of Todd Briggs | Third parties Ericsson, Intel and Qualcomm | See highlighted version. |
| 880 | SAMSUNG'S NOTICE OF MOTION AND MOTION TO STRIKE EXPERT TESTIMONY BASED ON PREVIOUSLY UNDISCLOSED THEORIES | N/A | None |

---

[1] Concurrently with this motion, Samsung files highlighted versions of all documents. Portions Apple seeks to seal are highlighted in yellow, portions Samsung seeks to seal are highlighted in green, and portions third parties seek to seal are highlighted in blue.

| Original Dkt. | Document | Party Claiming Confidentiality | Portions Parties Seek to Seal[1] |
|---|---|---|---|
| | Exhibit 8 to the Declaration of Michael L. Fazio | Apple | See highlighted version. |
| | Exhibit 27 to the Declaration of Michael L. Fazio | Samsung | See highlighted version. |
| 962 | SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INVALIDITY AND NON-INFRINGEMENT EXPERT REPORTS REGARDING APPLE PATENTS | N/A | None |
| | Exhibit 19 to the Declaration of Michael L. Fazio | Samsung | See highlighted version. |
| 963 | SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE ARGUMENTS FROM SAMSUNG'S INFRINGEMENT REPORTS REGARDING SAMSUNG PATENTS | Apple and third party Cirrus Logic | See highlighted version. |
| | Exhibit 2 (Dkt. No. 963-7) to the Declaration of Samuel Drezdzon | Apple | See highlighted version. |
| | Exhibit 5 (Dkt. No. 963-10) to the Declaration of Samuel Drezdzon | Third party Cirrus Logic | See highlighted version. |
| | Exhibit 7 (Dkt. No. 963-12) to the Declaration of Samuel Drezdzon | Apple | See highlighted version. |
| | Exhibit 8 (Dkt No. 963-13) to the Declaration of Samuel Drezdzon | Apple | See highlighted version. |
| | Exhibit 9 (Dkt. No. 963-14) to the Declaration of Samuel Drezdzon | Apple | See highlighted version. |
| | Exhibit 13 (Dkt No. 963-18) to the Declaration of Samuel Drezdzon | Apple | See highlighted version. |

| Original Dkt. | Document | Party Claiming Confidentiality | Portions Parties Seek to Seal[1] |
|---|---|---|---|
| 1009 | SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS | Third parties AT&T and Qualcomm | See highlighted version. |