QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF SAMSUNG'S MOTION FOR RECONSIDERATION OF JANUARY 9, 2014 ORDER DENYING MOTIONS TO SEAL** |

02198.51981/5723765.4

Case No. Case No. 12-cv-00630-LHK (PSG)

DECLARATION OF DANIEL WOOSEOB SHIM

I, Daniel Wooseob Shim, declare:

I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

1. I submit this declaration in support of Samsung's Motion for Reconsideration of January 9, 2013 Order Denying Motions to Seal, in which Samsung seeks to seal portions of documents filed in connection with the parties' motions to strike.

2. I understand that some of the documents Samsung has sought to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties. I have reviewed partially redacted versions of the documents that exclude Apple and/or third party confidential information.

3. The documents Samsung seeks to seal include Samsung's source code and detailed descriptions of the operations of Samsung's source code. The portions of documents that Samsung seeks to seal are highlighted in green in the versions of documents filed concurrently with Samsung's Motion for Reconsideration. In addition, the portions and the type of information are identified below.

| Document | Portion Samsung Seeks to Seal | Type of Information |
| --- | --- | --- |
| Samsung's Motion to Strike Expert Testimony Based On Previously Undisclosed Theories (Dkt. No. 880) | None | N/A |
| Fazio Decl. In Support of Samsung's Motion to Strike, Ex. 27 – Mowry Expert Report (Dkt. No. 880) | p. 99 (line 25); p. 100 (lines 8-9) | Descriptions of operation Samsung source code. |

| Document | Portion Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Samsung's Opposition to Apple's Motion to Strike (Dkt. No. 962) | None | N/A |
| Fazio Decl In Support of Samsung's Opposition to Apple's Motion to Strike, Ex. 19 – Mowry Deposition (Dkt. No. 962) | p. 251 (lines 14-25); p. 255 (lines 10-11, 16-19); p. 264 (lines 11-20); p. 265 (lines 7-9, 15-17); p. 266 (lines 3-4), p. 268 (lines 17, 24) | Detailed descriptions of operation and function of Samsung source code |

4. As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Suwon, South Korea on January 24, 2014.



Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael Fazio, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated:  January 24, 2014

*/s/ Michael Fazio*
Michael Fazio