UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RECONSIDERATION OF THE COURT'S JANUARY 9, 2014 ORDER DENYING MOTIONS TO SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion for Reconsideration of the Court's January 9, 2014 Order Denying Motions to Seal.[1]

Having considered Samsung's motion, and the papers submitted by the parties, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion for Reconsideration and ORDERS sealed the documents listed below:

//

---

[1] The Court having previously granted leave to file this motion for reconsideration. Dkt. No. 1137 at 3-4.

1  //

2  //

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit 6 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order (re: Samsung's patents) ("Briggs Declaration") (Dkt. No. 878-11) | See public redacted version of document. |
| Exhibit 7 to the Briggs Declaration (Dkt. Nos. 878-12 and 878-13) | See public redacted version of document. |
| Exhibit 8 to the Briggs Declaration (Dkt. Nos. 878-14, 878-15) | See public redacted version of document. |
| Exhibit 10 to the Briggs Declaration (Dkt. No. 878-17) | See public redacted version of document. |
| Exhibit 11 to the Briggs Declaration (Dkt. No. 878-18) | See public redacted version of document. |
| Exhibit 8 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based on Previously Undisclosed Theories (re: Apple's patents) ("Fazio Motion to Strike Declaration") (Dkt. No. 880-21) | See public redacted version of document. |
| Exhibit 27 to the Fazio Motion to Strike Declaration (Dkt. No. 880-22) | See public redacted version of document. |
| Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Report (re: Apple's patents) ("Fazio Opposition Declaration") (Dkt. No. 962-11) | See public redacted version of document. |
| Samsung's Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement Report (re: Samsung's patents) (Dkt. No. 963-3) | See public redacted version of document. |
| Exhibit 2 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement Report (re: Samsung's patents) ("Drezdon Declaration) (Dkt. No. 963-8) | See public redacted version of document. |
| Exhibit 5 to the Drezdon Declaration (Dkt. No. 963-10) | See public redacted version of document. |
| Exhibit 7 to the Drezdon Declaration (Dkt. No. | See public redacted version of |

| | |
|---|---|
| 963-12) | document. |
| Exhibit 8 to the Drezdon Declaration (Dkt No. 963-13) | See public redacted version of document. |
| Exhibit 9 to the Drezdon Declaration (Dkt. No. 963-14) | See public redacted version of document. |
| Exhibit 13 to the Drezdon Declaration (Dkt No. 963-18) | See public redacted version of document. |
| Samsung's Reply in Support of Its Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions (Dkt No. 1009) | See public redacted version of document. |

**IT IS SO ORDERED.**

DATED: _____, 2014

_____
Honorable Paul S. Grewal
United States Magistrate Judge