UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR RECONSIDERATION OF ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL (D.I. 1127)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Counterclaim-Plaintiffs,<br>    v.<br><br>APPLE INC., a California corporation,<br><br>              Counterclaim-Defendant. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved for reconsideration of the order denying its administrative motions to file under seal the following documents:

1. Exhibits 5, 11, and 36 to the Declaration of Joshua Furman supporting Apple's Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents ("Furman Declaration");

2. Exhibits P and S to the Declaration of Jennifer Rho supporting Apple's Opposition to Samsung's Motion to Strike Regarding Apple Patents ("Rho Declaration");

3. Exhibit 8 to the Declaration of Michael Fazio supporting Samsung's Motion to Strike Based on Previously Undisclosed Theories, D.I. 880 ("Fazio Declaration");

4. Apple's Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents ("Apple's Motion to Strike") and Exhibits A, B, and D to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike ("Selwyn Motion to Strike Declaration");

5. Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions ("Apple's Opposition") and Exhibits 3, 5, 10, 11, 14, and 16 to the Declaration of Peter J. Kolovos in Support of Apple's Opposition ("Kolovos Opposition Declaration");

6. Apple's Reply in Support of Its Motion to Strike ("Apple's Reply") and Exhibit 6 to the Declaration of Mark D. Selwyn in Support of Apple's Reply ("Selwyn Reply Declaration");

7. Exhibits 6, 8, 10, and 11 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's Markman Order ("Briggs Declaration"); and

8. Samsung's Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement Reports Regarding Samsung Patents ("Samsung's Opposition") and Exhibits 2, 7,

1  8, 9, and 13 to the Declaration of Samuel Drezdon in support of Samsung's Opposition
2  ("Drezdon Declaration").

3  In support of its motion, Apple has filed the Declarations of Samuel K. Whitt and Peter
4  Kolovos, which provide evidence of good cause for this Court to permit filing under seal.  The
5  Declarations of Samuel K. Whitt and Peter Kolovos, as well as previously-filed declarations of
6  Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics
7  America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") and
8  the third parties whose information is at issue in this motion, provide sufficient evidence that the
9  documents listed below are "privileged or protectable as a trade secret otherwise entitled to
10 protection under the law," and thus sealable.  Civil L.R. 79-5(a).  Apple's request is narrowly
11 tailored to seek the sealing only of sealable information.

12 Accordingly, for compelling reasons shown, the Court GRANTS Apple's Motion for
13 Reconsideration of Order Denying Administrative Motions to File Documents Under Seal.

14 IT IS HEREBY ORDERED that the confidential, unredacted versions of the following
15 documents shall be filed under seal:

| Motion | Document | Portion to be Sealed | Party Whose Information Is at Issue |
|---|---|---|---|
| **Apple's Motion to Strike regarding the Apple Patents (D.I. 882)** | Exhibit 5 to Furman Declaration | Pages iv, vii | Samsung |
| | Exhibit 11 to Furman Declaration | Pages 107, 111 | Samsung |
| | Exhibit 36 to Furman Declaration | Pages 149-154 | Samsung |
| **Apple's Opposition to Samsung's Motion to Strike regarding the Apple Patents (D.I. 964)** | Exhibit P to Rho Declaration | Pages 45-46 | Samsung |
| | Exhibit S to Rho Declaration | Page 13:4-16 | Apple |
| **Samsung's Motion to Strike Based on Previously Undisclosed Theories (D.I. 880)** | Exhibit 8 to the Fazio Declaration | Pages 50-59 | Apple |
| **Apple's Motion to Strike Arguments from Samsung's Infringement** | Apple's Motion to Strike | Pages 10, 11, 16, 17, 21, 22 | Apple |
| | | Page 19 | Cirrus Logic |

| Motion | Document | Portion to be Sealed | Party Whose Information Is at Issue |
|---|---|---|---|
| **Expert Reports regarding Samsung Patents (D.I. 877)** | Exhibit A to Selwyn Declaration | Pages 1305, 1307-09, 1318 n.97, 1325-26, 1378-82, 1466, 1639, 1855-57, 1863, 1878, 1918, 1934, 1988-94, 1995, 2025-27, 2031, 2033-48, 2050-51, 2056-61, 2065-66, 2070-71, 2075-80, 2105-08, 2110, 2118, 2122-25, 2139-43, 2147-51, 2159-60, 2162-68, 2172-79, 2181, 2187, 2193, 2197-2205, 2207, 2211-18 | Apple |
| | Exhibit B to Selwyn Declaration | Pages 57-68, 72-74, 76-98 | Apple |
| | | Pages 57, 58, 60-64, 66-67 | Omnivision |
| | Exhibit D to Selwyn Declaration | Pages 59-61, 69-71, 95-97, 134-36, 148-51 | Apple |
| | | Pages 59, 60 | Omnivision |
| **Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions (D.I. 965)** | Apple's Opposition Brief | Pages 9 and 17 | Apple |
| | | Pages 8, 9, and 17 | Qualcomm |
| | | Pages 9 and 17 | Intel |
| | | Pages 8-10, and 17 | AT&T |
| | | Pages 8-10, and 17 | Alcatel Lucent |
| | | Pages 8-10 | Ericsson |
| | Exhibit 3 to Kolovos Declaration | Page 71, 97-99, 109, 165, 172, 173, 179 | Apple |
| | | Pages 98-99, 165 | Omnivision |
| | Exhibit 5 to Kolovos Declaration | Paragraphs 175-179, 181, 183-194, 196, and 208-218 | Apple |
| | Exhibit 10 to Kolovos Declaration | Pages 840, 955, 973, 975-79, 1006, 1021 | Apple |
| | | Pages 24, 25, 988, 1004 | VOCI |
| | | Pages 973, 976, 978, | Omnivision |
| | Exhibit 11 to Kolovos Declaration | Paragraphs 1137, 1139, 1142, 1143, 1145, 1147, 1148 | Apple |

| Motion | Document | Portion to be Sealed | Party Whose Information Is at Issue |
|---|---|---|---|
| | | Paragraphs 687, 1137, 1139, 1142, 1143, 1144, 1145, 1147, 1148, 1149 | Qualcomm |
| | | Paragraphs 1137, 1143, 1145, 1147, 1148 | Intel |
| | | Paragraphs 686, 687, 1138, 1140, 1141 | AT&T |
| | | Paragraphs 686, 687, 1138, 1140, 1141 | Alcatel Lucent |
| | | Paragraphs 686, 1138 | T-Mobile/NSN |
| | Exhibit 14 to Kolovos Declaration | Pages 274, 276, 278-86, 288-90, 299, 303, 320, 321, 335-36 | Apple |
| | | Pages 275, 285, 287, | VOCI |
| | | Page 289 | Omnivision |
| | Exhibit 16 to Kolovos Declaration | Page 304 | VOCI |
| **Apple's Reply in support of Its Motion to Strike Arguments from Samsung's Infringement Expert Reports regarding Samsung Patents (D.I. 1017)** | Apple's Reply Brief | Pages 4, 5, 12, 13 | Apple |
| | Exhibit 6 to the Selwyn Declaration | Pages 165-66 | Apple |
| | | Page 165 | Omnivision |
| **Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's Markman Order (D.I. 878)** | Exhibit 6 to the Briggs Declaration | 98-103, 112, 120, 123-39, 146, 152-58 | Apple |
| | Exhibit 8 to the Briggs Declaration | Pages 61-123, 125-60, 173, 175-77, 274, 276, 278-86, 288-90, 299, 303, 313, 315, 316, 320-25, 327-32, 335, 336, 339-42, 345, 346, 350, 353-62, and 364 | Apple |
| | Exhibit 10 to the Briggs Declaration | Pages 55, 58, 59, 60, 62-64, 66, 67, 69, 70 | Apple |

| Motion | Document | Portion to be Sealed | Party Whose Information Is at Issue |
|---|---|---|---|
| | Exhibit 11 to the Briggs Declaration | Pages 188-192, 194-201, 204-205 | Apple |
| **Samsung's Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement Reports Regarding Samsung Patents (D.I. 963)** | Samsung's Opposition | Pages 16-19, 23-24 | Apple |
| | Exhibit 2 to the Drezdon Declaration | Pages 171 and 176 | Apple |
| | Exhibit 7 to the Drezdon Declaration | Page 3 | Apple |
| | Exhibit 8 to the Drezdon Declaration | Page 2 and Pages 1-4 of enclosure | Apple |
| | Exhibit 9 to the Drezdon Declaration | Page 7 | Apple |
| | Exhibit 13 to the Drezdon Declaration | Pages 1086-88, 1093-94, 1107-09, 1162-68, 1173-75, 1251-57, 1264-66, 1268-70, 1278-79, 1282-84, 1287-88, 1291-93, 1295-97, 1300-02, 1305-07, 1310, and 1311 | Apple |

The Court further ORDERS that the proposed redacted versions of these exhibits that shall be filed on January 29, 2014 shall constitute the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____   By: _____
Hon. Paul S. Grewal
United States Magistrate Judge