| | |
|---|---|
| JOSH KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone:     650.849.5300<br>Facsimile:      650.849.5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | Case No. 12-cv-00630-LHK<br><br>**CERTIFICATE OF SERVICE** |

ActiveUS 121627365v.1

1  I, Liv Herriot, hereby declare:

2

3  I am employed in Santa Clara County, California. I am over the age of eighteen years and

4  am not a party to the above-captioned action. My business address is Wilmer Cutler Pickering

5  Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

6

7  On January 25, 2014, I served the following documents by electronic service:

8  1.  Exhibits 5, 11, and 36 to the Declaration of Joshua Furman supporting Apple's
9      Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement
10     Expert Reports Regarding Apple Patents ("Furman Declaration");
11 2.  Exhibits P and S to the Declaration of Jennifer Rho supporting Apple's
12     Opposition to Samsung's Motion to Strike Regarding Apple Patents ("Rho
13     Declaration");
14 3.  Apple's Motion to Strike Arguments from Samsung's Infringement Expert
15     Reports Regarding Samsung Patents ("Apple's Motion to Strike") and Exhibits A,
16     B, and D to the Declaration of Mark D. Selwyn in Support of Apple's Motion to
17     Strike ("Selwyn Motion to Strike Declaration");
18 4.  Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on
19     Undisclosed Theories and Claim Constructions ("Apple's Opposition") and
20     Exhibits 3, 5, 10, 11, 14, and 16 to the Declaration of Peter J. Kolovos in Support
21     of Apple's Opposition ("Kolovos Opposition Declaration");
22 5.  Apple's Reply in Support of Its Motion to Strike ("Apple's Reply") and Exhibit 6
23     to the Declaration of Mark D. Selwyn in Support of Apple's Reply ("Selwyn
24     Reply Declaration");
25

26  BY ELECTRONIC SERVICE: I caused the documents to be sent by E-Mail to the
27  Counsel for Samsung: SamsungNEW@quinnemanuel.com
28

CERTIFICATE OF SERVICE
Case No. 12-cv-00630-LHK (PSG)
1

ActiveUS 121627365v.1

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on January 25, 2014, at Palo Alto, California.

*/s/ Liv Herriot*
Liv Herriot

ActiveUS 121627365v.1

2

CERTIFICATE OF SERVICE
Case No. 12-cv-00630-LHK (PSG)