1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                  UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| --- | --- |
21 | | |
| Plaintiff, | |
22 | | |
| vs. | **CERTIFICATE OF SERVICE** |
23 | | |
| SAMSUNG ELECTRONICS CO., LTD., a | |
24 | Korean business entity; SAMSUNG | |
| ELECTRONICS AMERICA, INC., a New | |
25 | York corporation; SAMSUNG | |
| TELECOMMUNICATIONS AMERICA, | |
26 | LLC, a Delaware limited liability company, | |
27 | Defendants. | |
28

**CERTIFICATE OF SERVICE**

I, Elliot Siegel, hereby declare:

I am employed in Los Angeles, California.   I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On January 25, 2014, I served true and correct copies of unredacted versions of:

1. Exhibit 6 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's *Markman* Order (re: Samsung's patents) ("Briggs Declaration") (Dkt. No. 878-11);

2. Exhibit 7 to the Briggs Declaration (Dkt. Nos. 878-12 and 878-13);

3. Exhibit 8 to the Briggs Declaration (Dkt. Nos. 878-14, 878-15);

4. Exhibit 10 to the Briggs Declaration (Dkt. No. 878-17);

5. Exhibit 11 to the Briggs Declaration (Dkt. No. 878-18);

6. Exhibit 8 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike Expert Testimony Based on Previously Undisclosed Theories (re: Apple's patents) ("Fazio Motion to Strike Declaration") (Dkt. No. 880-21);

7. Exhibit 27 to the Fazio Motion to Strike Declaration (Dkt. No. 880-22);

8. Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Report (re: Apple's patents) ("Fazio Opposition Declaration") (Dkt. No. 962-11);

9. Samsung's Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement Report (re: Samsung's patents) (Dkt. No. 963-3);

10. Exhibit 2 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement Report (re: Samsung's patents) ("Drezdon Declaration) (Dkt. No. 963-8);

11. Exhibit 5 to the Drezdon Declaration (Dkt. No. 963-10);

1    12. Exhibit 7 to the Drezdon Declaration (Dkt. No. 963-12);

2    13. Exhibit 8 to the Drezdon Declaration (Dkt No. 963-13);

3    14. Exhibit 9 to the Drezdon Declaration (Dkt. No. 963-14);

4    15. Exhibit 13 to the Drezdon Declaration (Dkt No. 963-18); and

5    16. Samsung's Reply in Support of Its Motion to Strike Expert Testimony Based on

6        Undisclosed Theories and Claim Constructions (Dkt No. 1009)

7

8  by emailing the aforementioned document to the mailings lists of the parties in this action as

9  follows:

10                        **Counsel for Apple Inc.**

11   **Gibson, Dunn & Crutcher LLP**
     Apple/Samsung@gibsondunn.com        **Wilmer Cutler Pickering Hale and Dorr**
12                                       **LLP**
     **Morrison & Foerster LLP**         WHAppleSamsungNDCalIIService@
13   Apple630Team@mofo.com               wilmerhale.com

14

15  I declare under penalty of perjury that the foregoing is true and correct.

16  Executed on January 25, 2014 at Los Angeles

17

18                                    ___ */s/ Elliot Siegel* _____
                                          Elliot Siegel
19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION**

2       I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the

3  foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic

4  filing of this document has been obtained from Elliot Siegel.

5

6                                                   */s/ Michael L. Fazio*

7                                                      Michael L. Fazio

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28