UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER DENYING SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

Defendants Samsung Electronics Co.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC (collectively "Samsung") seek relief from Magistrate Judge Grewal's January 9, 2014 Order Re: Motions to Strike (Dkt. 1127). Samsung contends that Judge Grewal improperly struck an opinion of Samsung's expert Dr. Schonfeld relating to Plaintiff Apple, Inc.'s ("Apple") alleged infringement of U.S. Patent No. 7,577,757 (the "'757 Patent"). *See* Dkt. 1157-4 (motion for relief).

The Court has invalidated the asserted claims of the '757 Patent. *See* Dkt. 1150 at 44 (Summary Judgment Order). Samsung acknowledges as much and states that it has filed the

1
Case No.: 12-CV-00630-LHK
ORDER DENYING SAMSUNG'S MOTION FOR RELIEF

present motion merely for preservation purposes "should the Court revise its [invalidity] decision or should the Court's decision be reversed in the future." Mot. at 1 n.1. Accordingly, the Court DENIES without prejudice Samsung's motion for relief.

    Samsung has also filed an administrative motion to seal (Dkt. 1157), seeking to keep confidential certain information included in its motion for relief related to Apple's software architecture. Samsung's administrative motion to seal is GRANTED. *See Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1226 (Fed. Cir. 2013) (sealing targeted portions of court filings appropriate where information not "essential to the district court's rulings").

    Finally, Samsung has filed a motion (Dkt. 1165) to remove a document it mistakenly filed publicly as part of its motion to seal.[1] That motion is GRANTED. The Clerk is directed to remove Docket No. 1157-3 from the public docket.

**IT IS SO ORDERED.**

Dated: January 27, 2014

                                                *Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] Samsung's motion asks the Court to remove Docket No. 1173-3. *See* Dkt. 1165. The Court assumes that reference is a mistake. Docket No. 1173-3 is part of an unrelated, later-filed motion. The Court assumes that Samsung meant to seek removal of Docket No. 1157-3, the unredacted version of Samsung's motion for relief that Samsung filed publicly.