Timothy T. Scott (State Bar No. 126971)
tscott@kslaw.com
Geoffrey M. Ezgar (State Bar No. 184243)
gezgar@kslaw.com
KING & SPALDING LLP
601 California Avenue
Palo Alto, CA 94304
Telephone:  +1 650 422 6700
Facsimile:   +1 650 422 6800

Attorneys for Non-Party
INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S NOTICE OF ADMINISTRATIVE MOTION FOR A LIMITED SEALING ORDER (OPENING EXEPRT REPORT OF CHRISTOPHER A. VELLTURO, PH.D)**<br><br>Judge:   Hon. Lucy H. Koh |

**ADMINISTRATIVE MOTION FOR A LIMITED SEALING ORDER**

In accordance with Civil Local Rules 7-11 and 79-5, non-party International Business Machines Corporation ("IBM") submits this administrative motion requesting an order sealing portions of the Opening Expert Report of Christopher A. Vellturo, Ph.D. (the "Vellturo Report") that describe or characterize the substantive and financial terms of IBM's confidential license agreements with Apple, including the scope of the licenses and the amount of consideration paid, which are commercially sensitive to IBM.[1]  There are compelling reasons for a narrowly tailored sealing of this information.  This Motion is accompanied by a declaration of Kenneth S. King, IBM's General Manager, Intellectual Property, and Vice President, Research Business Development, and a Proposed Order.

Apple informed IBM on January 22, 2014 of the Court's January 21, 2014 order requiring the parties to file a complete copy of the Vellturo Report.  Apple also informed IBM that on January 22, 2014 it filed an Administrative Motion to Seal portions of the Vellturo Report, including the portions in ¶ 434 and ¶¶ 447-452 that contain IBM's confidential licensing information (D.I. 1156). IBM understands that Apple e-filed a complete, unredacted version of the Vellturo Report under seal concurrently with its motion.  IBM further understands that in the highlighted unredacted version of the report, information in ¶ 434 and ¶¶ 447-452 that is confidential to IBM (or by both IBM and Apple) is highlighted in teal (as is the confidential information of other third parties that is referenced in the report).  IBM references these redactions submitted by Apple for purposes of this motion.

As noted in the accompanying declaration of Kenneth King, IBM's license agreements with Apple, including, e.g., the Apple-IBM October 1, 1991 Patent Cross License Agreement (the "1991 Agreement"); the Apple-IBM April 2, 1996 Amendment to Patent Cross License Agreement (the "1996 Amendment"); and the Apple-IBM October 2002 Patent Cross License Agreement (the "2002 Agreement"), contain highly sensitive information regarding confidential licensing terms and the consideration exchanged between Apple and IBM for patent licenses.  *See*

---

[1] The proposed redactions to the Vellturo report are consistent with the Court's prior sealing orders in this case and in in a related case involving the same parties. *See Apple v. Samsung*, Case No. 11-CV-01846-LHK, Dkt. Nos. 1660 and 2168.

1  Declaration of Kenneth S. King in Support Administrative Motion to Seal ("King Dec."), ¶ 3.
2  The Apple-IBM License Agreements require the parties to maintain the confidentiality of their
3  terms, King Decl. ¶ 6, and IBM relies upon that confidentiality obligation to protect its sensitive
4  corporate information.  *See In re Adobe Systems, Inc. Sec. Litigation*, 141 F.R.D. 155, 161-62
5  (N.D. Cal. 1992) (under-seal filings preserve third parties' "legitimate expectation that
6  confidential business information, proprietary technology and trade secrets will not be publicly
7  disseminated").  Public disclosure of the substantive and financial terms of the Apple-IBM
8  Agreements, including the commercially sensitive royalty rates and balancing payment
9  information specified in the agreements, would harm IBM's active and substantial patent
10 licensing business.  King Dec. ¶¶ 3, 6.
11       IBM requests an order sealing the limited portions of the Vellturo Report that discuss or
12 characterize the substantive and financial terms of the IBM-Apple License Agreements, including
13 the scope of the licenses and the amount of royalty rates and balancing payments of the
14 agreements.  In particular, IBM seeks to seal the teal-highlighted portions of ¶ 434 and ¶¶ 447-
15 452 of the Vellturo Report, which reflect the scope and consideration for the IBM-Apple
16 licensing transactions, as shown in the unredacted version of the report that was e-filed under seal
17 concurrently with Apple's motion to seal (D.I. 1156).
18       For the foregoing reasons,  IBM respectfully requests sealing of the confidential IBM
19 information contained in the Vellturo Report.

21 DATED: January 27, 2014          KING & SPALDING LLP

23                                  BY:  /S/
24                                       Timothy T. Scott
                                         Attorneys for Non-Party
25                                       INTERNATIONAL BUSINESS MACHINES
                                         CORPORATION