1  Timothy T. Scott (State Bar No. 126971)
   tscott@kslaw.com
2  Geoffrey M. Ezgar (State Bar No. 184243)
3  gezgar@kslaw.com
   KING & SPALDING LLP
4  601 California Avenue
   Palo Alto, CA 94304
5  Telephone:  +1 650 422 6700
   Facsimile:   +1 650 422 6800
6
7  Attorneys for Non-Party
   INTERNATIONAL BUSINESS MACHINES CORPORATION
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S ADMINISTRATIVE MOTION FOR A LIMITED SEALING ORDER**<br><br>Judge:   Hon. Judge Lucy H. Koh |

**[Proposed] Order**

Before this Court is Non-Party International Business Machines Company's ("IBM") Administrative Motion for an Order sealing limited portions of the Opening Expert Report of Christopher A. Vellturo, Ph.D. (the "Vellturo Report") that describe or characterize the substantive and financial terms of IBM's confidential license agreements with Apple, including the scope of the licenses and the amount of consideration paid, namely, the teal-highlighted portions of ¶ 434 and ¶¶ 447-452 of the Vellturo Report, as shown in the unredacted version of the report that was e-filed under seal concurrently with Apple's motion to seal (D.I. 1156)

This Court finds that IBM has demonstrated compelling reasons to seal these limited portions of the Vellturo Report.

IT IS SO ORDERED:

Dated: _____

                                              LUCY H. KOH
                                              United States District Judge