EXHIBIT A

April 2013

*ACADEMIC VITA (long version)*
John R. Hauser

*Address*

MIT Sloan School of Management
Massachusetts Institute of Technology, E62-538
Cambridge, Massachusetts 02142
(617) 253-2929
hauser@mit.edu;  web.mit.edu/hauser/www

*Education*

Sc.D.    M.I.T., 1975, Operations Research Dissertation: "A Normative Methodology for Predicting Consumer Response to Design Decisions: Issues, Models, Theory and Use."

Advisor: John D. C. Little. Committee members: Glen L. Urban and Moshe Ben-Akiva.

S.M.    M.I.T., 1973, Civil Engineering (Transportation Systems Division)

S.M.    M.I.T., 1973, Electrical Engineering

S.B.    M.I.T., 1973, Electrical Engineering
Joint Thesis (S.M.'s and S.B.):  "An Efficient Method to Predict the Impacts of Operating Decisions for Conventional Bus Systems."  Advisor: Nigel Wilson.

*Lifetime Achievement Awards*

Buck Weaver Award 2013, INFORMS Society of Marketing Science (ISMS).

Parlin Award 2001, The American Marketing Association describes this award as "the oldest and most distinguished award in the marketing research field."

Converse Award 1996, the American Marketing Association,  for "outstanding contributions to the development of the science of marketing."

Churchill Award 2011, the American Marketing Association, Market Research Special Interest Group, for "Lifetime achievement in the academic study of marketing research."

Fellow of the Institute for Operations Research and Management Science (INFORMS)

Inaugural Fellow of the INFORMS Society of Marketing Science (ISMS)

Highly Cited Researcher (ISI Web of Science), Since 2006.

*Awards for Published Papers*

| INFORMS Society of Marketing Science | ISMS Long Term Impact Award, 2012, Finalist |
| | ISMS Long Term Impact Award, 2011, Finalist |
| | John D.C. Little Best-paper Award, 2009, Finalist |
| | John D.C. Little Best-paper Award, 2003, First Place |
| | John D.C. Little Best-paper Award, 1998, Finalist |
| (formerly The Institute | John D.C. Little Best-paper Award, 1994, Finalist |

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

| | |
|---|---|
| of Management Science) | John D.C. Little Best-paper Award, 1993, First Place<br>John D.C. Little Best-paper Award, 1990, Honorable Mention<br>Best paper in Marketing Sciences Literature, 1984, Honorable mention.<br>Best Paper in Marketing Sciences Literature, 1983, First Place.<br>Best Paper in Marketing Sciences Literature, 1982, First Place.<br>Two published articles were cited in 2007 as one of "the top 20 marketing science articles in the past 25 years. |
| American Marketing Association: | Explor Award (Leadership is on-line market research), 2004, First-Place<br>Finalist, Paul Green Award for contributions to marketing research, 2004<br>MSI Award for Most Significant Contribution to Practice of Marketing in 1996.<br>Finalist, O'dell Award for best paper in the *Journal of Marketing Research*, published in 1986, awarded in 1991.<br><br>One of the top 50 most prolific marketing scholars (top journals) in the last 25 years (1982-2006).  Total articles, rate of publication, and author-adjusted rate. |
| Product Development Management Assoc. | Best Paper Award, Finalist, 2003.<br>Best Paper Award, Finalist, 2002.<br>One of ten most-cited papers in the *Journal of Product Innovation Management*.<br>One of the top articles in educational citations in the last twenty years. |
| Sawtooth Software Conference | Best Presentation and Paper, 2006; Runner-up, 2008. |
| European Society of Marketing Research: | Best Paper at Rome conference, September 1984. |
| Emerald Management Reviews | 2010 Citation of Excellence (top 50 of 15,000 published papers in 2009) |
| Doctoral Consortia Faculty | American Marketing Association, 1979, 1984, 1985, 1986, 1988, 1989, 1991, 1993, 1995, 1997, 1998, 2001, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2012, 2013.<br><br>INFORMS Society of Marketing Science, 2002 (founding member), 2003, 2004, 2012.<br><br>European Marketing Academy, 1985 |

*Awards, Teaching*

| | |
|---|---|
| MIT Sloan School of Management: | Nominated for Excellence in Teaching Award 2000, 2007, 2008.<br>Named "Outstanding Faculty" by *Business Week Guide to the Best Business Schools* (1995).<br>Excellence in Teaching Award 1994 (Awarded by the Master's Student class). |

*Awards for Thesis Supervision*

| | |
|---|---|
| American Marketing Association (Ph.D.): | Winner John Howard Dissertation Award (2010, Matt Selove, Committee)<br>Co-winner John Howard Dissertation Award (2005, Olivier Toubia)<br>1st Place (1981, Ken Wisniewski)<br>Honorable Mention (1979, Patricia Simmie). |
| INFORMS (Ph.D.) | Winner of the Frank Bass Award (2004, Olivier Toubia, awarded 2005)<br>Winner of the Frank Bass Award  (1989, Abbie Griffin, awarded 1995) |
| MIT Sloan School of Management (Ph.D.): | 1st Place (1987, Peter Fader) |
| MIT Sloan School of Management (Master's): | 1st Place (1991, Jon Silver and John Thompson)<br>1st Place (1983, Steve Gaskin) |

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

Honorable Mention (1982, Larry Kahn).

*Awards, Other*

| | |
|---|---|
| Who's Who in America | Since 1997 |
| Who's Who in Management Science | Since 2000 |
| Who's Who in Economics | Since 2003 |
| Who's Who in Finance and Business | Since 2009 |
| Harvard Business School: | Marvin Bower Fellow, 1987 - 1988. |
| National Science Foundation Fellowship: | 1971 - 1974. |
| M.I.T.: | National Scholar, 1967 - 1971. |
| Honor Societies: | Tau Beta Pi, Eta Kappa Nu, Sigma Xi |

*Directorships, Trustee, Advisory Board*

| | |
|---|---|
| 1988 – Present | Founder, Principal, Board Member, Applied Marketing Science, Inc. |
| March 2003 – July 2009 | Trustee, Marketing Science Institute |

*Academic Appointments*

| | |
|---|---|
| January 1989 - Present: | Kirin Professor of Marketing<br>MIT Sloan School of Management<br>Massachusetts Institute of Technology<br>Cambridge, Massachusetts 02142 |
| July 2010 – June 2011 | Head, Marketing Group |
| July 2005 – June 2009: | Area Head, Management Science Area |
| July 1988 – June 2003: | Head, Marketing Group |
| September 1993 - May 2000: | co-Director, International Center for Research on the Management of Technology |
| September 1997 - May 2000: | Research Director, Center for Innovation in Product Development |
| June 2001 – June 2006: | Virtual Customer Initiative Leader, Center for Innovation in Product Development |
| July 1984 - January 1989: | Professor of Management Science<br>MIT Sloan School of Management<br>Massachusetts Institute of Technology<br>Cambridge, Massachusetts 02142 |
| July 1987 - June 1988: | Marvin Bower Fellow<br>Harvard Business School<br>Harvard University<br>Cambridge, Massachusetts 02163 |
| March 1985 - May 1985: | Visiting Lecturer |

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

|  | European Institute of Business Administration<br>Fontainebleau, FRANCE |
|---|---|
| September 1980 - June 1984: | Associate Professor of Management Science<br>MIT Sloan School of Management<br>Massachusetts Institute of Technology<br>Cambridge, Massachusetts 02142 |
| September 1975 - August 1980: | Assistant Professor of Marketing and of Transportation<br>(granted tenure and promoted in 1980)<br>Graduate School of Management and Transportation Center<br>Northwestern University<br>Evanston, Illinois 60201 |

*Teaching Interests*

Marketing Management, New Product and Service Development, Competitive Marketing Strategy, Marketing Models, Measurement and Marketing Research, Research Methodology.

*Research Interests*

Virtual customer methods for rapid customer feedback via the web; polyhedral methods, Greedoid methods, and related theory for the analysis of non-compensatory decision making; customer satisfaction measurement and incentive systems; quality function deployment and customer driven engineering; market measurement, especially voice of the customer; marketing strategy, especially positioning, pricing, and advertising strategy; consumer behavior including information search, agendas, and market structure; prelaunch forecasting and information acceleration for new products; and design and marketing of new products and services, hierarchical Bayes methods for continuous-time Markov processes, website morphing, logical analysis of data, cognitive complexity.

*Texts*

Urban, Glen L. and John R. Hauser, *Design and Marketing of New Products*, Prentice-Hall, Second Edition 1993.

A comprehensive text that integrates advanced, state-of-the-art techniques to provide graduate-level students and marketing professionals with an understanding of the techniques and an operating ability to design, test, and implement new products and services.

This text has been honored by being selected for both the Prentice-Hall International Series in Management and the Series in Marketing. It has been adopted at a number of major universities. In a 1988 survey it was identified as the most widely used new product textbook at the graduate level.

The revision includes new material on designing for quality, reduced cycle times, prelaunch forecasting, quality improvement, defensive and competitive strategy, value mapping, the integration of marketing and engineering, new issues of organization, customer satisfaction, and new international examples. It is available in Korean and is being translated into Japanese and Chinese.

Third most cited work in the *Journal of Product Innovation*, 1984-2004. (Cited May 2010.)

Urban, Glen L., John R. Hauser, and Niki Dholakia, *Essentials of New Product Management*, Prentice Hall, 1986.

This is an undergraduate textbook which presents the essential concepts but written for a non-technical audience. It has been translated to Japanese and has sold well in Japan.

Hauser, John R., *Applying Marketing Management: Four Simulations*, Scientific Press, 1986.

This mini-text and software package contains four tutorial exercises for marketing management concepts. With this package students learn positioning, competitive strategy, new product development, and life cycle forecasting while using the personal computer to simulate marketing management problems. A detailed instructor's manual and transparency masters are also available. It is available in Japanese.

Hauser, John R., *ENTERPRISE: An Integrating Management Exercise*, Scientific Press, 1989.

> This mini-text and software package contains a comprehensive competitive simulation. Students compete in six markets by making marketing and production decisions. A detailed instructor's manual and administrative software is also available. It is available in Japanese.

*Journal Editor*

> *Marketing Science*, Editor-in-Chief for volumes 8, 9, 10, 11, 12, and 13 (1989-1994). Four issues per year including periodic editorials and journal management. Processed about 120 new papers per year.

*Journal Publications (Almost all available for download at web.mit.edu/hauser/www.)*

> *Citations Reports:* December 2012 Google Scholar; 13,885 citations and an H-index of 45 from http://scholar.google.com/citations?user=N6s8mO4AAAAJ&hl=en. ISI Web of Science : 3,480 citations with an H-index of 30. Not included in automatic ISI report: Design and Marketing of New Products (373) Defensive Marketing Strategies (193), Testing Competitive Market Structures (79).. Revised ISI H-index of 32.

> Urban, Glen L., Guilherme Liberali, Erin MacDonald, Robert Bordley, and John R. Hauser (2013), "Morphing Banner Advertisements," Forthcoming, *Marketing Science*.

> Hauser, John R., Songting Dong, and Min Ding (2013), " Self-Reflection and Articulated Consumer Preferences," forthcoming, *Journal of Product Innovation Management*.

> Hauser, John R. (2013), "Consideration-Set Heuristics," forthcoming, *Journal of Business Research*.

> Liberali, Guilherme, Glen L. Urban, and John R. Hauser (2013), " Competitive Information, Trust, Brand Consideration, and Sales: Two Field Experiments " *International Journal for Research in Marketing*, 30, 2, (June), 101-113.

> Dzyabura, Daria and John R. Hauser (2011), "Active Machine Learning for Consideration Heuristics," *Marketing Science*, 30, 5, (September-October), 801-819.

> Hauser, John R. (2011), "A Marketing Science Perspective on Recognition-Based Heuristics (and the Fast and Frugal Paradigm)," *Judgment and Decision Making*, 6, 5, (July), 396-408.

> Ding, Min, John Hauser, Songting Dong, Daria Dzyabura, Zhilin Yang, Chenting Su, and Steven Gaskin (2011), "Unstructured Direct Elicitation of Decision Rules," *Journal of Marketing Research*, 48, (February), 116-127.

> Hauser, John R., Olivier Toubia, Theodoros Evgeniou, Daria Dzyabura, and Rene Befurt (2010), "Cognitive Simplicity and Consideration Sets," *Journal of Marketing Research*, 47, (June), 485-496.

> Urban, Glen L., John R. Hauser, Guilherme Liberali, Michael Braun, and Fareena Sultan (2009), "Morph the Web to Build Empathy, Trust, and Sales," *Sloan Management Review*, 50, 4, (Summer), 53-61.

> Hauser, John R., Glen L. Urban, Guilherme Liberali, and Michael Braun (2009), "Website Morphing," *Marketing Science.*, 28, 2, (March-April), 202-224. Lead article with commentaries by Andrew Gelman, John Gittins, and Hal Varian. Includes rejoinder.

>> Finalist, John D. C. Little Award for Best Article in the Marketing Sciences Literature, 2009.

>> 2010 Emerald Management Reviews Citation of Excellence for one of best articles published in the top 400 business and management journals in 2009. (Top 50 of 15,000 articles.)

> Toubia, Olivier, John R. Hauser and Rosanna Garcia (2007), "Probabilistic Polyhedral Methods for Adaptive Choice-Based Conjoint Analysis: Theory and Application," *Marketing Science*, 26, 5, (September-October), 596-610.

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT A

> Co-winner, American Marketing Association, John Howard Dissertation Award, 2005

Yee, Michael, Ely Dahan, John Hauser, and James Orlin (2007), "Greedoid-Based Non-compensatory Two-Stage Consideration-then-Choice Inference," *Marketing Science*, 26, 4, (July-August), 532-549.

> First Place, American Marketing Association Explor Award, 2004

Toubia, Olivier and John R. Hauser (2007), "On Managerial Efficient Designs," *Marketing Science*, 26, 6, (November-December), 851-858.

Garcia, Rosanna, Paul Rummel, and John R. Hauser (2007), "Validating Agent-Based Marketing Models Using Conjoint-Analysis," *Journal of Business Research*, 60, 8, (August), 848-857.

Hauser, John R., Gerald Tellis, and Abbie Griffin (2006), "Research on Innovation: A Review and Agenda for Marketing Science," *Marketing Science*, 25, 6, (November-December), 687-717.

> Cited by Thomson Reuters' Essential Science Indicators as a Fast Breaking Paper in Economics and Business in April 2009.

Hauser, John R. and Olivier Toubia (2005), "The Impact of Utility Balance and Endogeneity in Conjoint Analysis," *Marketing Science*, 24, 3, (Summer), 498-507.

Glen L. Urban and John R. Hauser (2004), "'Listening-In' to Find and Explore New Combinations of Customer Needs," *Journal of Marketing*, 68, (April), 72-87.

Toubia, Olivier, John R. Hauser, and Duncan Simester (2004), "Polyhedral Methods for Adaptive Choice-based Conjoint Analysis," *Journal of Marketing Research*, 41, 1, (February), 116-131.

> Finalist, Paul Green Award for contributions to the practice of marketing research.

Toubia, Olivier, Duncan I. Simester, John R. Hauser, and Ely Dahan (2003), "Fast Polyhedral Adaptive Conjoint Estimation," *Marketing Science*, 22, 3, (Summer), 273-303.

> First Place, John D. C. Little Award for Best Article in the Marketing Sciences Literature, 2003

> First Place, Frank M. Bass Award for Best Article Based on a Dissertation, 2005.

> Finalist, INFORMS Society for Marketing Science Long Term Impact Award, 2011

> Finalist, INFORMS Society for Marketing Science Long Term Impact Award, 2012

Dahan, Ely and John R. Hauser (2002), "The Virtual Customer," *Journal of Product Innovation Management*, 19, 5, (September), 332-354.

> Finalist, PDMA Best Paper Award in 2003.

Hauser, John R. (2001), "Metrics Thermostat," *Journal of Product Innovation Management*, 18, 3. (May), 134-153.

> Finalist PDMA Best Paper Award in 2002.

> Cited by the PDMA in 2007 as one of the top articles in the last twenty years in educational citations.

Simester, Duncan I, John R. Hauser, Birger Wernerfelt, and Roland Rust (2000), "Implementing Quality Improvement Programs Designed to Enhance Customer Satisfaction: Quasi-experiments in the United States and Spain," *Journal of Marketing Research*, 37, 1, (February), 102-112.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

Hauser, John R. (1998), "Research, Development, and Engineering Metrics." *Management Science*, 44, 12, December, 1670-1689.

Hauser, John R. and Gerry Katz (1998), "Metrics: You Are What You Measure!." *European Management Journal*, 16, 5, (October), 516-528.  Highlighted in "A Round-up of Important Articles from Business Periodicals," in *Mastering Management Review* published by the *Financial Times*.

Hauser, John R., Duncan I. Simester, and Birger Wernerfelt (1997), "Side Payments in Marketing," *Marketing Science*, 16, 3, 246-255.

> Finalist, John D. C. Little Award for Best Article in the Marketing Sciences Literature, 1997.

Urban, Glen L., John R. Hauser, William J. Qualls, Bruce D. Weinberg, Jonathan D. Bohlmann and Roberta A. Chicos (1997), "Validation and Lessons from the Field: Applications of Information Acceleration," *Journal of Marketing Research*, 34, 1, (February), 143-153.

Hauser, John R. and Florian Zettelmeyer (1997), "Metrics to Evaluate R,D&E," *Research Technology Management*, 40, 4, (July-August), 32-38.

Griffin, Abbie, and John R. Hauser (1996), "Integrating Mechanisms for Marketing and R&D,"  *Journal of Product Innovation Management*, 13, 3, (May), 191-215.

> One of ten most-cited papers in the *Journal of Product Innovation Management* (JPIM 24, 3, 2007, p.209)

Hauser, John R., Duncan I. Simester, and Birger Wernerfelt (1996), "Internal Customers and Internal Suppliers," *Journal of Marketing Research,* 33, 3, (August), 268-280.

Urban, Glen L., Bruce Weinberg and John R. Hauser (1996), "Premarket Forecasting of Really-New Products," *Journal of Marketing,* 60,1, (January), 47-60. Abstracted in the Journal of Financial Abstracts, 2, 23A, (June) 1995.

> 1996 MSI Award for the most significant contribution to the advancement of the practice of marketing.

Hauser, John R., Duncan I. Simester, and Birger Wernerfelt (1994), "Customer  Satisfaction Incentives,"  *Marketing Science*, 13, 4, (Fall), 327-350.

> Finalist, John D. C. Little Award for Best Article in the Marketing Sciences Literature, 1994.

Hauser, John R., Glen L. Urban, and Bruce Weinberg (1993), "How Consumers Allocate their Time When Searching for Information," *Journal of Marketing Research,*30, 4, (November), 452-466.

Hauser, John R. (1993), "How Puritan Bennett Used the House of Quality," *Sloan Management Review*, 34, 3, (Spring), 61-70.  Reprinted in *Taiwan Philips News* (in Chinese), 23, 1, (Feb), 1994.

Griffin, Abbie and John R. Hauser (1993), "The Voice of the Customer," *Marketing Science*, 12, 1, (Winter), 1-27.

> First-place, John D. C. Little Award for Best Article in Marketing Sciences Literature, 1993.

> First Place, Frank M. Bass Award for Best Article Based on a Dissertation, 1995.

> Cited in 2007 by the INFORMS Society of Marketing Science as one "of the top 20 marketing science articles in the past 25 years.

Griffin, Abbie and John R. Hauser (1992), "Patterns of Communication Among Marketing, Engineering, and Manufacturing -- A Comparison between Two New Product Teams," *Management Science*, 38, 3, (March), 360-373.

> One of the 500 most-cited articles in the first 50 years of *Management Science*.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

Urban, Glen. L., John. R. Hauser, and John. H. Roberts (1990), "Prelaunch Forecasting of New Automobiles: Models and Implementation," *Management Science*, 36, 4, (April), 401-421.   Reprinted in *Modeling for Management, Vol. 1*, George P. Richardson, ed., Dartmouth Publishing Co., Hampshire England.

INFORMS (TIMS) Finalist, Best Article in Marketing Science Literature, 1990.

Hauser, John R. and Birger Wernerfelt (1990), "An Evaluation Cost Model of Consideration Sets," *Journal of Consumer Research*, 16, (March), 393-408.

Hauser, John R. and Birger Wernerfelt (1989), "The Competitive Implications of Relevant-Set/Response Analysis," *Journal of Marketing Research*, 26, 4, (November), 391-405.

Hauser, John R. and Don Clausing (1988), "The House of Quality," *Harvard Business Review*, 66, 3, (May-June), 63-73.  Reprinted in *The Product Development Challenge*, Kim B. Clark and Steven C. Wheelwright, eds., Harvard Business Review Book, Boston MA 1995.  Reprinted in *IEEE Engineering Management Review*, 24, 1, Spring 1996.  Translated into German and published in Hermann Simon and Christian Homburg (1998), *Kunderzufriedenheit*, (Druck and Buchbinder, Hubert & Co.: Gottingen, Germany).

Fader, Peter and John R. Hauser (1988), "Implicit Coalitions in a Generalized Prisoner's Dilemma," *Journal of Conflict  Resolution*, 32, 3, (September), 553-582.

Hauser, John R. (1988), "Competitive Price and Positioning Strategies," *Marketing Science*, 7, 1, (Winter), 76-91.

Hauser, John R. (1986), "Agendas and Consumer Choice," *Journal of Marketing Research*, 2 , 3, (August), 199-212.  (Includes unpublished appendix containing "Proofs of Theorems and Other Results." )  Reprinted in Gregory S. Carpenter, Rashi Glazer, and Kent Nakamota (1997), *Readings on Market-Driving Strategies, Towards a New Theory of Competitive Advantage,* (Reading, MA: Addison-Wesley Longman ,Inc.)

Finalist, 1991 American Marketing Associations O'dell Award for Best Paper in *JMR* (5-year lag)

Hauser, John R. and Glen L. Urban (1986), "Value Priority Hypotheses for Consumer Budget Plans," *Journal of Consumer Research*, 12, 4, (March), 446-462.

Eliashberg, Jehoshua and John R. Hauser (1985), "A Measurement Error Approach for Modeling Consumer Risk Preference," *Management Science*, 31, 1, (January), 1-25.

Hauser, John R., and Steven P. Gaskin (1984), "Application of the `DEFENDER' Consumer Model," *Marketing Science*, 3, 4, (Fall), 327-351.  Reprinted (in French) in *Recherche et Applications on Marketing*, Vol. 1, April 1986, pp. 59-92.

Urban, Glen L., P. L. Johnson and John R. Hauser (1984), "Testing Competitive Market Structures," *Marketing Science*, 3, 2, (Spring), 83-112.

INFORMS (TIMS) Finalist, Best Article in Marketing Science Literature, 1984.

Hauser, John R. (1984), "Consumer Research to Focus R&D Projects" *Journal of Product Innovation Management*, 1, 2, (January), 70.84.

Hauser, John R., and Steven M. Shugan (1983), "Defensive Marketing Strategy," *Marketing Science*,  2, 4, (Fall), 319-360.

INFORMS (TIMS) Best Article in Marketing Science Literature, 1983.

Cited in 2007 by the INFORMS Society of Marketing Science as one "of the top 20 marketing science articles in the past 25 years.

Republished in 2008 as one of eight "classic" articles in *Marketing Science*.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

Hauser, John R., and Kenneth J. Wisniewski (1982), "Application Predictive Test, and Strategy Implications of a Dynamic Model of Consumer Response," *Marketing Science*, 1, 2, (Spring), 143-179.

Hauser, John R., and Kenneth J. Wisniewski (1982), "Dynamic Analysis of Consumer Response to Marketing Strategies," *Management Science*, 28, 5, (May), 455-486.

INFORMS (TIMS) Best Article in Marketing Science Literature, 1982.

Tybout, Alice M. and John R. Hauser (1981), "A Marketing Audit Using a Conceptual Model of Consumer Behavior: Application and Evaluation," *Journal of Marketing*, 45, 3, (Summer), 81-101.

Hauser, John R., and Patricia Simmie (1981), "Profit Maximizing Perceptual Positions: An Integrated Theory for the Selection of Product Features and Price," *Management Science*, 27, 2, (January), 33-56.

One of the 500 most-cited articles in the first 50 years of *Management Science*.

Hauser, John R., Frank S. Koppelman and Alice M. Tybout (1981), "Consumer-Oriented Transportation Service Planning: "Consumer Analysis and Strategies," *Applications of Management Science*, 1, 91-138.

Hauser, John R., and Steven M. Shugan (1980), "Intensity Measures of Consumer Preference," Operation Research, 28, 2, (March-April), 278-320.

Hauser, John R., and Frank S. Koppelman (1979), "Alternative Perceptual Mapping Techniques: Relative Accuracy and Usefulness, *Journal of Marketing Research*, 16, 4, (November), 495-506.

Hauser, John R., and Glen L. Urban (1979), "Assessment of Attribute Importances and Consumer Utility Functions: von Neumann-Morgenstern Theory Applied to Consumer Behavior," *Journal of Consumer Research*, 5, (March), 251-262.

Koppelman, Frank S. and John R. Hauser (1979), "Destination Choice Behavior for Non-Grocery Shopping Trips," *Transportation Research Record*, 673, 157-165.

Hauser, John R. (1978), "Consumer Preference Axioms: Behavioral Postulates for Describing and Predicting Stochastic Choice," *Management Science*, 24, 13, (September), 1331-1341.

Hauser, John R. (1978), "Testing the Accuracy, Usefulness and Significance of Probabilistic Models: An Information Theoretic Approach," *Operations Research*, 26, 3, (May-June), 406-421.

Hauser, John R. and Glen L. Urban (1977), "A Normative Methodology for Modeling Consumer Response to Innovation," *Operations Research*, 25, 4. (July-August), 579-619.

*Published Notes and Commentaries*

Chintagunta, Pradeep, Dominique Hanssens, John R. Hauser, Jagmohan Singh Raju, Kannan Srinivasan, and Richard Staelin (2013), "*Marketing Science*: A Strategic Review," *Marketing Science,* 33, 1, (January-February).

Hauser, John R. (2011), "New Developments in Product-Line Optimization," forthcoming the *International Journal on Research in Marketing*. Commentary on papers by Michalek, Ebbes, Adigüzel, Feinberg, and Papalambros, "Enhancing Marketing with Engineering," and Tsafarakis, Marinakis, and Matsatsinis, "Particle Swarm Optimization for Optimal Product Line Design."

Hauser, John R. (2011), "Paul E. Green: An Applications' Guru," in Vithala Rao, Ed., *Paul Green's Legends Volume: Conjoint Analysis Applications*, (Newbury Park, CA: Sage Publications). Forthcoming.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-1   Filed 01/27/14   Page 10 of 123

EXHIBIT A

Hauser, John R. (2011), "Perspectives on Paul E. Green," in V. Srinivasan, Ed., *Paul Green's Contributions to Conjoint Analysis – Early Years,* (Newbury Park, CA: Sage Publications).  Forthcoming.

Hauser, John R. and Steven M. Shugan (2007), "Comments on 'Defensive Marketing Strategy,'" *Marketing Science*, 27, 1, (January-February), 85-87.

Rangaswamy, Arvind , Jim Cochran, Tülin Erdem, John R. Hauser, and Robert J. Meyer (2007), "Editor-in-Chief Search Committee Report: The Digital Future is Here," *Marketing Science*, 27, 1, (January-February), 1-3.

Hauser, John R. (2006), "Twenty-Five Years of Eclectic Growth in Marketing Science," *Marketing Science* (invited commentary), 25, 6, (November-December), 557-558.

Hauser, John R., Greg Allenby, Frederic H. Murphy, Jagmohan Raju, Richard Staelin, and Joel Steckel (2005), "Marketing Science – Growth and Evolution," *Marketing Science*, 24, 1, (Winter), 1-2, invited editorial.

Hauser, John R., Scott Carr, Barbara Kahn, James Hess, and Richard Staelin (2002), "Marketing Science: A Strong Franchise with a Bright Future," *Marketing Science*, 21, 1, (Winter), invited editorial.

Hauser, John R. (1984), "Price Theory and the Role of Marketing Science," *Journal of Business*, Vol. 57, No. 1, (January), S65-S72.

Hauser, John R. (1980), "Comments on 'Econometric Models of Probabilistic Choice Among Products'," *Journal of Business*, 53, 3, Part 2, (July 1980), S31-S34.

## Papers in Edited Volumes and/or Proceedings

Selove, Matthew and John R. Hauser (2010), "How Does Incorporating Price Competition into Market Simulators Affect Product Design Decisions?," *Proceedings of the Sawtooth Software Conference*, Newport Beach, CA, Oct 6-8, 2010.

Hauser, John R. and Glen L. Urban (2009), "Profile of John D. C. Little," in Saul I. Gass and Arjang A. Assad eds. *Profiles in Operations Research,* (New York, NY: Springer).

Ding, Min, Steven Gaskin, and John Hauser (2009), "A Critical Review of Non-compensatory and Compensatory Models of Consideration-Set Decisions," *2009 Sawtooth Software Conference Proceedings*, Delray, FL, March 23-27, 2009,  207-232.

      Runner-up, Best Paper at Sawtooth Software Conference, 2009.

Gaskin, Steven, Theodoros Evgeniou, Daniel Bailiff, John Hauser (2007), "Two-Stage Models: Identifying Non-Compensatory Heuristics for the Consideration Set then Adaptive Polyhedral Methods Within the Consideration Set," *Proceedings of the Sawtooth Software Conference* in Santa Rosa, CA, October 17-19, 2007.

Hauser, John R. and Ely Dahan (2010), "New Product Development," in Rajiv Grover, Ed., *Essentials of Marketing Management,*  (Englewood Cliffs, NJ: Prentice Hall), forthcoming January 2011.

Toubia, Olivier, Theodoros Evgeniou, and John Hauser (2007), "Optimization-Based and Machine-Learning Methods for Conjoint Analysis: Estimation and Question Design," in Anders Gustafsson, Andreas Herrmann and Frank Huber, Eds, *Conjoint Measurement: Methods and Applications*, 4E, (New York, NY: Springer). 231-258.

Hauser, John R., Ely Dahan, Michael Yee, and James Orlin (2006), ""Must Have" Aspects vs. Tradeoff Aspects in Models of Customer Decisions," *Proceedings of the Sawtooth Software Conference* in Del Ray Beach, FL, March 29-31, 2006

      Best Paper at the Sawtooth Software Conference, 2006.

Hauser, John R. and Vithala Rao (2004), "Conjoint Analysis, Related Modeling, and Applications," *Advances in Market*

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

*Research and Modeling: Progress and Prospects,,* Jerry Wind and Paul Green, Eds., (Boston, MA: Kluwer Academic Publishers), 141-168.

Dahan, Ely and John R. Hauser (2003), "Product Management: New Product Development and Launching," *Handbook of Marketing*, Barton Weitz and Robin Wensley, Eds, Sage Press, (June), 179-222.

Hauser, John R. (1997), "The Role of Mathematical Models in the Study of Product Development," *Proceedings of the 14th Paul D. Converse Awards Conference*, University of Illinois, Champaign-Urbana, IL, 72-90.

Swanson, Derby A. and John R. Hauser (1995), "The Voice of the Customer: How Can You Be Sure You Know What Customers Really Want?," *Proceedings* of the 1st Pacific Rim Symposium of Quality Function Deployment, MacQuarie University, NSW Australia, February 15-17.

Little, John D. C., Leonard M. Lodish, John R. Hauser, and Glen L. Urban (1993), "Comment on `Marketing Science's Pilgrimage to the Ivory Tower' by Hermann Simon," in *Research Traditions in Marketing*, Gary L. Lilien, Bernard Pras, and Gilles Laurent, eds, (Kluwer), 45-51.

Hauser, John R. (1986), "Theory and Application of Defensive Strategy" in *The Economics of Strategic Planning,* Lacy G. Thomas, ed., (Lexington Books, D. C. Heath & Co.: Lexington, MA), 113-140. Reprinted by the Marketing Science Institute.

Hauser, John R. (1985), "The Coming revolution in Marketing Theory," in R. Russell, ed., *Marketing in an Electronic Age*, (Harvard Business School Press: Boston, MA), 344-363.

Hauser, John R. and Glen L. Urban (1984), "Consumer Durables: Actual Budgets Compared to Value Priority Model - Preliminary Results and Managerial Implications," *Proceedings* of the ESOMAR-Congress, Rome, Italy, (September).  (Awarded Best Paper at Conference).

Hauser, John R., John H. Roberts and Glen L. Urban (1983), "Forecasting Sales of a New Consumer Durable: A Prelaunch Modeling and Measurement Methodology," *Advances and Practices of Marketing Science*, Fred S. Zufryden, ed., (The Institute of Management Science: Providence, RI), 115-128.

Hauser, John R., and Glen L. Urban (1982), "Prelaunch Forecasting of New Consumer Durables: Ideas on a Consumer Value-Priority Model," in A. D. Shocker and R. Srivastava, eds., *Analytic Approaches to Product and Market Planning*, Vol. 2, (Marketing Science Institute: Cambridge Massachusetts), 276-296.

Hauser, John R. (1982), "Comments on 'A Survey of Experimental Market Mechanisms for Classical Environments'," *Research in Marketing, Supplement 1: Choice Models for Buyer Behavior*, L. McAlister, ed., (JAI Press: Greenwich, CT), Spring, 49-56.

Hauser, John R. (1981), "Comments on 'Violations of Regularity and the Similarity Hypothesis by Adding Asymmetrically Dominated Alternatives to the Choice Set'," *Proceedings of the Special Conference on Choice Theory*, Joel Huber, ed., (Duke University: Durham, NC), June.

Hauser, John R., and Frank S. Koppelman (1979), "An Empirical Comparison of Techniques to Model Consumer Perceptions and Preferences," in A. D. Shocker, ed., *Analytic Approaches to Product and Marketing Planning*, (Marketing Science Institute: Cambridge, Massachusetts), 216-238.

Tybout, Alice M., John R. Hauser, and Frank S. Koppelman (1977), "Consumer-Oriented Transportation Planning: An  Integrated Methodology for Modeling Consumer Perceptions, Preferences and Behavior," *Advances in Consumer Research*, Vol. 5, (Chicago, Illinois), October.

Hauser, John R. and Steven M. Shugan (1977), "Extended Conjoint Analysis with Intensity Measures and Computer Assisted Interviews: Applications to Telecommunications and Travel, " *Advances in Consumer Research*, Vol. 5, (Chicago, Illinois), October.

Hauser, John R. and Frank S. Koppelman (1977), "Designing Transportation Services: A Marketing Approach."

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

*Proceedings of the Transportation Research Forum*, (Atlanta, GA), October, 638-652.

Hauser, John R. and Peter R. Stopher (1976), "Choosing an Objective Function Based on Modeling Consumer Perceptions and Preferences," *Proceedings of the International Conference on Cybernetics and Society*, (Washington, D.C.), November, 26-31.

*Magazine Articles*

Hauser, John R., Abbie Griffin, and Steve Gaskin (2011), "The House of Quality," *Wiley International Encyclopedia of Marketing*, (Chichester, West Sussex UK: John Wiley & Sons, Ltd.).

Abbie Griffin, Steve Gaskin, Robert Klein, Gerry Katz, and John R. Hauser (2009), "The Voice of the Customer," *Wiley International Encyclopedia of Marketing*, (Chichester, West Sussex UK: John Wiley & Sons, Ltd.).

Hauser, John R. (2002), "Marketing Makes a Difference," *Marketing Management*, (January/February), 11, 1, 46-47.

Hauser, John R. (2000), "Going Overboard on Platforms," *AMS Voices,* 8.

Hauser, John R. (1997), "The Problem with Pinball," *AMS Voices,* 4.

Hauser, John R. (1996), "You Are What You Measure," *AMS Voices*, 1.

Hauser, John R. (1995), "Internal Customers," *Insight*, 4, 1.

Hauser, John R. (1994), "Quality Function Deployment," *Marketing Encyclopedia for the Year 2000*, Jeffrey Heilbrunn, ed., American Marketing Association, Chicago, IL, 60606.

Hauser, John R. (1993), "Are Customer-Satisfaction Programs Profitable?, *Insight*, 3.

Hauser, John R. (1988), "Customer Driven Engineering," *Design News*, (July 18), p. 50.

Hauser, John R. and Robert L. Klein (1988), "Without Good Research, Quality is a Shot in the Dark," *Marketing News*, Vol. 22, No. 1, January 4. Page 1.

Hauser, John R. (1986), "`Defender' Helps Mature Brands Ward off New Foes," *Marketing Educator*, 5, 3, (Fall), 5.

*Working Papers*

Hauser, John R., Glen L. Urban, and Guilherme Liberali (2012), "When to Morph: Theory and Field Test of Website Morphing 2.0," (Cambridge, MA: MIT Sloan School of Management), July.

Selove, Matthew and John R. Hauser (2011), "The Strategic Importance of Accuracy in Conjoint Design," (Cambridge, MA: MIT Sloan School of Management), July.

Lin, Song, Juanjuan Zhang, and John R. Hauser (2012), "Learning from Experience, Simply," (Cambridge, MA: MIT Sloan School of Management), July.

*Draft Working Papers*

Ding, Min, John R. Hauser, and Lixin Huang (2009), "Sleuthing Game," draft working paper, (Cambridge, MA: MIT Sloan School of Management).

*Classic Working Papers (Support published papers with additional information)*

Braun, Michael, Clarence Lee, Glen L. Urban, and John R. Hauser (2009), "Does Matching Website Characteristics to Cognitive Styles Increase Online Sales?," (Cambridge, MA: MIT Sloan School of Management).

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

Zettelmeyer, Florian and John R. Hauser (1995), "Metrics to Evaluate R&D Groups:  Phase I, Qualitative Interviews," Working Paper, International Center for Research on the Management of Technology, MIT, Cambridge, MA, 02142.

Hauser, John R. (1991), "Comparison of Importance Measurement Methodologies and their Relationship to Consumer  Satisfaction," (Cambridge, MA: MIT Sloan School of Management).

*Research in Progress*

Review of incentive alignment in marketing research.  With Min Ding and Joel Huber.

Finding customer needs through user-generated content.  With Aliaa Atwi, Daria Dzyabura, Andry Mitzik, and Natalie Mizik.

*Research Reports (not otherwise listed)*

Hauser, John R. (1996), "R&D Metrics: An Annotated Bibliography," ICRMOT Working Paper, M.I.T., Cambridge, MA 02142. (June)  Also available as a Marketing Science Institute Working Paper (November).

Hauser, John R. and Greg Cirmak (1987), "Consumer Driven Engineering for the CHEK Automobiles," Information Resources, Inc.  Report to General Motors, Inc. Details the results of a major study on consumer perceptions and preferences of luxury automobiles.  April.

Hauser, John R. (1983), "Critique of Market Studies for Cellular Radio Telephone:.  Affidavits before the FCC evaluating market studies, June and September.

Hauser, John R. (1983), "Forecasts of Demand and Cellular Radio Telephone,: Affidavits before the FCC for five major and nine minor markets.  June and April.

Hauser, John R., and J. Bertan (1982), "Auto Show Interviews," Internal Report to Buick Division of General Motors, June.

Hauser, John R., and Kenneth J. Wisniewski (1981), "Monitoring the Implementation of Innovative Transportation Services, Phase I: Final Report," Technical Report to the Urban Mass Transit Administration, Research Grant IL-11-0012, May.

Hauser, John R. and Kenneth J. Wisniewski (1979), "Consumer Analysis for General Travel Destinations," Technical  Report, Transportation Center, Northwestern University, March.

Hauser, John R. and Steven M. Shugan (1978), "Designing and Building a Market Research Information System," Technical Report, Transportation Center, Northwestern University, February.

Hauser, John R. (1978), "Forecasting and Influencing the Adoption of Technological Innovations," Technical Report,  Transportation Center, Northwestern University, October.

Hauser, John R., Alice M. Tybout and Frank S. Koppelman (1978), "Consumer-Oriented Transportation Services Planning: The Development and Implementation of a Questionnaire to Determine Consumer Wants and Needs," Technical Report, Transportation Center, Northwestern University, October.

Tybout, Alice M., Frank S. Koppelman and John R. Hauser (1977), "Consumer Views of Transportation in Evanston:  A Report Based on Focus Group Interviews," Technical Report, Transportation Center, Northwestern University, June.

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-1   Filed 01/27/14   Page 14 of 123
EXHIBIT A

Koppelman, Frank S., John R. Hauser and Alice M. Tybout (1977), "Preliminary Analysis of Perceptions, Preferences, Beliefs and Usage of Transportation Services for Travel to Downtown Evanston," Technical, Report, Transportation Center, Northwestern University, May.

Hauser, John R. (1977), "Results of the Focus Group Interviews for Shared Ride Auto Transit," Cambridge Systematics Consultant's Report, May.

Hauser, John R. (1976), "Report on the Applicability of Attitudinal research for Improving the Effectiveness of Transportation Demand Models," Position Paper commissioned by Cambridge Systematics, Inc., April.

Wilson, Nigel, R. W. Weissberg and John R. Hauser (1976), "Advanced Dial-a-Ride Algorithms--Final Report," M.I.T. Department of Civil Engineering Technical Report, April.

Hauser, John R., et al. (1974), "The Chemung County Transit Survey."  Volunteers in Technical Assistance (a division of VISTA) publication for Chemung County, NY, June.  (Includes analysis of transportation options based on the results of the survey designed and implemented by the technical team.)

Hauser, John R. (1974), "A Cost Model for RTS (Rochester, NY) Conventional Bus Routes," M.I.T., Department  of Civil Engineering Report, January.

Hauser, John R. (1973), "An Efficient Model for Planning Bus Routes in Communities with Populations Between 20,000 and 250,000," M.I.T., Operations Research Center Working Paper OR-029-993, November.

*Research Grants*

| | |
|---|---|
| July 2007 – June 2008 | Understanding Non-compensatory Decision Making for Consideration Decisions (under Consortium with MIT Center for eBusiness and General Motors, Inc. |
| June 2000 – May 2006 | Center for Innovation in Product Development, MIT, Initiative Leader, Virtual Customer. |
| January 2001 – May 2002 | eBusiness Center at MIT.  Design and Delivery of Online Promotions.  (with John Little, Duncan Simester, and Glen Urban). |
| January 1997 – May 2000 | Center for Innovation in Product Development, Engineering Research Center Grant from the National Science Foundation.  Research Director.  In addition, research grants for non-monetary incentives, procurement metrics, and virtual customer methods. |
| June 1999 – May 2000 | "Metrics Thermostat," International Center for Research on the Management of Technology (Principal Investigator). |
| June 1999- May 2001 | "New Product Metrics at Ford and the US Navy," Center for Innovation in Product Development |
| June 1999- May 2001 | "Lean Sustainment Metrics at the USAF," Lean Sustainment Initiative at MIT |
| June 1994 - May 1999 | "Metrics to Value R&D," International Center for Research on the Management of Technology (Principal Investigator).  General topic.  Detailed proposals were for various aspects of the problem. |
| June 1991 - May 1994 | "Customer Needs, Customer Satisfaction, Sales, and Profit: Providing the Right Incentives to Engineering and R&D," International Center for Research on the Management of Technology (co-Principal Investigator with Birger Wernerfelt) |

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

| | |
|---|---|
| January 1990 - June 1992 | "Information Acceleration and Preproduction Forecasting of New Autos, Phases I and II."  General Motors Electric Vehicle Project.   (Associate) |
| December 1988 - June 1990 | "Improved Methodologies to Measure Consumer Needs," Procter & Gamble Company. (Principal Investigator) |
| September 1981 - December 1985 | "Prelaunch Forecasting System for New Consumer Durables and Its Applications to Auto Purchases," General Motors, Buick Division (co-Principal Investigator with Glen L. Urban). |
| January 1981 - May 1981 | "Marketing Approaches in Travel Demand," United Parcel Service Grant (Faculty Advisor). |
| January 1979 - August 1980 | "Monitoring the Implementation of Innovative Public Transportation Services" from University Research Program of the Urban Mass Transportation Administration (Principal Investigator). |
| July 1975 - September 1977 | "Consumer-Oriented Transportation Service Planning." from the Program of University Research, U.S. Department of Transportation (Faculty Associate). |
| September 1977 - January 1978 | "Consumer-oriented Transportation Service: Modification and Evaluation" from Program of University Research, USDOT (Faculty Associate). |
| May 1976 - September 1978 | "Enhancement of Communications with a Small Scientific Community Using Slow-Scan Televideo Terminals and Voice-Grade Telephone Lines" from the National Science Foundation (Faculty Associate). |
| January 1976 - December 1976 | "A Method for Assessing Pricing and Structural Changes on Transport Mode Use," U.S. Department of Transportation (Faculty Associate). |
| September 1976 - June 1977 | "Prediction of Urban Recreational Demand" from the National Science Foundation (Faculty Consultant). |

*Invited Lectures (Outside the MIT Sloan School)*

Marketing Science Institute, November 2012, "Panel Discussion: Perspectives on Big Data from Marketing Scholars," Cambridge, MA.

Wharton School, University of Pennsylvania, April 2009, "Website Morphing"

Max Planck Institute for Human Development, Center for Adaptive Behavior and Cognition, Summer Institute on Bounded Rationality in Psychology and Economics, August 2006, "Greedoid-Based Non-Compensatory Consider-then-Choice Inference."

Northwestern University, Evanston, IL, April 2006, "Greedoid-based Non-compensatory Inference."

University of Michigan, Seminar Series, October 2004, "Table Stakes: Non-compensatory Consideration-then-Choice Inference."

Management Roundtable Special Conference on "Taking the Voice of the Customer to the Next Level," Boston, MA October 2004, "The Virtual Customer."

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-1   Filed 01/27/14   Page 16 of 123
EXHIBIT A

Marketing Science Institute Research Generation Conference, Atlanta, GA, May 2004, "New Products/Innovation," (with Gerry Tellis).

Marketing Science Institute Conference on Emerging Approaches for Successful Innovation, Chicago, IL, May 2003, "'Listening-In' to Find Unmet Customer Needs and Solutions."

University of California at Los Angeles, "Polyhedral CBC (and other fun stuff), February 2003

New York University, "Polyhedral Methods," March 2003.

Industrial Liaison Program – Research Directors' Conference, April 2002, "The Virtual Customer."

University of Maryland, "Polyhedral Methods for Conjoint Analysis," March 2002.

Marketing Science Institute Trustees Meeting on Marketing Outside the Silo, Boston, MA, April 2002, "Challenges and Visions for Marketing's Role in Product Development Processes."

Managing Corporate Innovation -- ILP Symposium celebrating ten years of Management of Technology Research at MIT.  "Dealing with the Virtual Customer: Fast Web-based Customer Input."  April 2001

Epoch Foundation, Cambridge, MA, October 2000, "The Virtual Customer."

Yale University Research Seminar in Marketing, New Haven, CN, March 2000, "Metrics Thermostat."

Analysis Group Economics Seminar, Boston, MA, December 1999, "The Use of Marketing Research in Litigation." Also New York, NY, March 2000 and Washington, D. C., March 2002.

Boston Chapter of the Society for Concurrent Engineering, Waltham, MA, October 1999, "Metrics Thermostat."

University of Michigan DuPont Distinguished Speakers' Series, Ann Arbor, MI, March 1998, "New Product Metrics."

Kirin Brewery Co. Limited, Tokyo, JAPAN, December 1998, "You Are What You Measure!" and "Scientific Studies of the Voice of the Customer."

NEC Corporation, Tokyo, JAPA, December 1998, "Scientific Studies of the Voice of the Customer."

University of California at Los Angeles, Los Angeles, CA, February 1997, "Research, Development, and Engineering Metrics"

Stanford University, Stanford, CA, December 1996, "Metrics to Value R,D&E"

University of California at Los Angeles, Los Angeles, CA, February 1997, "Research, Development, and Engineering Metrics"

Duke University, Durham, NC, "Internal Customers and Internal Suppliers," Nov. 1995.

University of Minnesota, Minneapolis, MN, "Voice of the Customer," "Internal Customers and Captive Suppliers," May 1995.

Winter Retreat, University of Florida, Gainesville, FL, "Internal Customers and Captive Suppliers," December 1993.

Product Development Association - Boston, "Design and Marketing of New Products II: Advances in Product Development Management over the Last 13 Years," May 1993.

3M, Minneapolis, MN, "Incentives to Encourage a Long-term Perspective and a Customer Focus," Workshop on "Towards a World-class Research, Development, and Engineering Organization," November 1992.

Baxter Health Care, Orange County, CA, "The Voice of the Customer," August 1992.

TIMS College on the Practice of Management Science (*New Directions in Management Science*), Cambridge, MA: "The Voice of the Customer," October 1991.

IBM, Inc., Boca Raton, FL: "Voice of the Customer for Performance Graphics," May 1991.

Kirin Brewery Company, Ltd. Tokyo, JAPAN: "New Product Development" and "Customer Satisfaction and Customer Needs," April 1991.

American Iron and Steel Institute, Detroit, MI:  "Satisfying the Customer -- Technical Issues," February 1991.

Warner Lambert, Inc., Mountain Laurel, PA: "Communication Among R&D and Marketing," October 1990.

Digital Equipment Corporation, Maynard, MA: "Voice of the Customer," May 1990.

Life Insurance Marketing and Research Association, Inc.: 31st Research Planning Conference, Boston, MA, "The House of Quality." June 1989.

University of Illinois: "Customer Driven Engineering." April, 1988.

Marketing Science Institute and IBM Thornwood Educational Facility: Quality through Customer Driven Engineering."  April, 1988.

Harvard Business School: "Customer Driven Engineering: Integrating Marketing and Engineering."  February, 1988.

Vanderbilt University: "Competitive Price and Advertising Strategies" and "Customer Driven Engineering." October, 1988.

Columbia University: "Price, Positioning, and Advertising Games: To Equilibrate of Not, Does it Pay to be Smart?" May, 1987.

New York Marketing Modelers' Club: "Would You Really Rather Have a Buick?: Prelaunch Forecasting of New Automobiles," May 1987.

M.I.T. Applied Economics: "Competitive Product Selection and Advertising Models."  April, 1987.

Northwestern University: "Agendas and Consumer Choice," August, 1986.

AMA Faculty Consortium on Marketing Strategy at the University Tennessee, Knoxville.  "Defender:  Analyses for Competitive Strategy," July, 1986.

Ohio State University: "Defensive and Competitive Strategy."  May, 1986.

Boston University: "Research in Competitive Strategy."  November, 1985.

Midwest Electronics Association, Minneapolis, MN: "New Products for High-Tech Firms."  October, 1985.

University of Pennsylvania: "Agendas and Consumer Choice,"  August, 1985.

Herstein Institute, Vienna Austria: "Competitive Strategy,"  May, 1985.

Cadbury-Schweppes, Birmingham, England: "New Product Development and Defensive Strategy." May, 1985.

Rhone-Poulenc and Aluminum Pechiney, Paris, France: "New Product Development."  April, 1985.

University of Michigan: "Defensive and Competitive Strategy."  February, 1985.

Marketing Science Institute Special Mini-Conference: "Defensive Marketing Strategies for Consumer Firms." September 1983.

University of Chicago, Graduate School of Business, Chicago, IL. "Agendas and Consumer Choice," May 1984.

European Institute for Business Administration (INSEAD), Fontainebleau, FRANCE. "Agendas and Consumer Choice," June 1984.

University of Connecticut. "Defensive Marketing: Theory, Measurement, and Models," April, 1983.

University of Osaka, JAPAN "Defensive Marketing: Theory, Measurement, and Models," August, 1983.

Kao Soap, Ltd., Tokyo, JAPAN: "Defensive Marketing," August, 1983.

Johnson & Johnson, K. K., Tokyo, JAPAN: "Defensive Marketing," August, 1983.

Analog Devices, Inc., Norwood, MA.  "New Product Development," May, 1982.

University of Rochester Research Seminar, "Prelaunch Forecasting of New Consumer Durables," April 1982.

Frito-Lay R & D Laboratory, Dallas, TX, "Marketing and R & D for New Products," October 1981.

University of California at Los Angels Research Seminar, "Defensive Marketing Strategies," July, 1981.

Purdue University Research Seminar, "Product Realization," October 1979.

Stanford University Research Seminar, "Product Realization,"  October 1979.

Elrick and Lavidge, Inc., Chicago, Illinois, "Product Realization,"  October 1979.

Booz, Allen and Hamilton, Inc., Chicago, Illinois, "New Service Planning for Hospitals," April 1979.

Cornell University Research Seminar, "Intensity Measures of Consumer Preference," February 1979.

University of Rochester Research Seminar, "Product Realization: Synthesis of Marketing and Economic Theory," December 1978.

Region VI Center of Health Planning, New Orleans, LA, "Finding the Linkage Through Marketing,: August 1978.

Nebraska Hospital Association, Kearney, NE, "Hospital Marketing Surveys," May 1978.

Executive Development Group, Waterloo Management Education Centre, Toronto, Ontario, Canada, "Designing New Industrial Products," February 1978.

Academic Update, Xavier University Graduate Program in Hospital and Health Administration, Cincinnati, OH, "Designing Hospital Services: A Marketing Approach," October 1977.

The Hospital Marketing Workshop, Ireland Educational Corporation, Chicago, Illinois, "Analyzing the Hospital Markets," January 1977 and May 1977.

Association for College Unions - International, 1976 Fall Conference in Green Bay, WI, Keynote Speech - "Designing Successful Services: A Marketing Approach," October 1976.

University of Chicago, Graduate School of Business, Research Seminar, "Testing Probabilistic Models," April 1976.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-1   Filed 01/27/14   Page 19 of 123
EXHIBIT A

Council for the Advancement and Support of Education, Conference on Marketing Alumni Program, New York, NY, Keynote Speech, February 1976.

*Presentations at Professional Meetings (No published proceedings, some co-presented or presented by co-author[s]*)*

Joint Statistical Meetings 2013, Montreal, Ontario, August 2013. Song Lin*, Juanjuan Zhang, and John Hauser, "Learning from Experience, Simply."

2012 AMA Sheth Foundation Doctoral Consortium, Foster School of Business, University of Washington, June 2012, Panel: 10 Steps to Successful Publishing.

INFORMS Marketing Science Conference, Boston, MA, June 2012.
- Song Lin*, Juanjuan Zhang, and John R. Hauser, "Learning from Experience, Simply."
- Glen L. Urban, Guilherme Liberali, Erin MacDonald, Robert Bordley, and John R. Hauser*, "Morphing Banner Advertising"
- Matt Selove* and John R. Hauser, "The Strategic Importance of Accuracy in Conjoint Design."
- Panel: Research Opportunities at the Marketing/Operations Interface

The 2012 Theory & Practice in Marketing (TPM) Conference on Marketing Strategy, Harvard University, Boston, MA. May 2-3, 2012. Glen L. Urban, Guilherme Liberali, Erin MacDonald, Robert Bordley, and John R. Hauser*, "Morphing Banner Advertising."

New England Marketing Conference, Cambridge, MA, October 28, 2011. Gui Liberali, Glen L. Urban and John R. Hauser*, " Providing Unbiased Competitive Information to Encourage Trust, Consideration, and Sales: Two Field Experiments."

Yale School of Management, Center for Customer Insight, The Customer Insights Conference, New Haven, CT, May 12-14, 2011. John R. Hauser and Matthew Selove*, "The Strategic Importance of Accuracy in the Relative Quality of Conjoint Analysis."

INFORMS Marketing Science Conference, Cologne, Germany, June 2010 (*indicates primary presenter if not me)
- Liberali, Guilherme*, John R. Hauser, and Glen L. Urban, "Optimal Time-to-Morph and Cognitive Costs of Morphing."
- Liberali, Guilherme, Glen L. Urban, and John R. Hauser, "Do Competitive Test Drives and Product Brochures Improve Sales?"
- Urban, Glen L.*, Jong Moon Kim, Erin MacDonald, John R. Hauser and Daria Dzyabura,  "Developing Consideration Rules for Durable Goods Markets."

2010 Advanced Research Techniques Forum, San Francisco, CA, June 6-9, 2010, "Unstructured Direct Elicitation of Non-compensatory and Compensatory Decision Rules," with Min Ding, Songting Dong*, Daria Dzyabura (listed as Silinskaia), Zhilin Yang, Chenting Su, and Steven Gaskin.

2009 AMA Sheth Foundation Doctoral Consortium, J. Mack Robinson College of Business, Georgia State University, June 2009.  E-Commerce and Digital Marketing Topics.

INFORMS Marketing Science Conference, Ann Arbor, MI, June 2009 (* indicates primary presenter if not me)
- "An Empirical Test of Incentive-Compatible Direct Elicitation of Heuristic Decision Rules for Consideration and Choice," with Min Ding, Songting Dong, Daria Dzyabura, Zhilin Yang, Chenting Su, and Steven Gaskin
- "Adaptive Profile Evaluation to Identify Heuristic Decision Rules in "Large" and Challenging Experimental Designs," with Daria Dzyabura (formerly Silinskaia)* and Glen L. Urban..
- "Morphing Websites in the Presence of Switching Costs," with Guilherme Liberali* and Glen L. Urban.
- "Continuous-Time Markov-Process with Misclassification:  Modeling and Application to Auto Marketing," with Glen L. Urban* and Guilherme Liberali.
- "An Incentive-Aligned Sleuthing Game For Survey Research," with Min Ding*
- "Would You Consider a Buick Even if It Were #1 in JD Power?" with Erin MacDonald* and Glen Urban

- "Cognitive Simplicity and Consideration Sets," with Rene Befurt*, Daria Dzyabura, Olivier Toubia, and Theodoros Evgeniou
- "John D. C. Little, a Pioneer in Marketing Science (Festschrift paper)," with Glen L. Urban

INFORMS Marketing Science Conference, Vancouver, B.C., June 2008 (* indicates primary presenter if not me)
- "Cognitive Styles and Website Design," with Michael Braun, Glen L. Urban, and Clarence Lee.
- Modeling Cognitive Complexity to Predict Consideration Sets," with Daria Dzyabura (formerly Silinskaia)*, Theodoros Evgeniou, Olivier Toubia, and Rene Befurt.
- "Morphing Websites to Match Individual Cognitive Styles," with Michael Braun*, Glen L. Urban, and Guilherme Liberali

Sawtooth Software Conference, Delray, FL, March 2009, "A Critical Review of Non-compensatory and Compensatory Models of Consideration-Set Decisions," with Min Ding and Steven Gaskin

AMA Doctoral Consortium, Robert J. Trulaske, Sr. College of Business, University of Missouri, June 2007, "Looking Ahead: Directions for Scholarly Research in Marketing" and "Building Teaching Effectiveness: Stimulating Student Interest."

Sawtooth Software Conference, Santa Rosa, CA, October 2007, "Two-Stage Models: Identifying Non-Compensatory Heuristics for the Consideration Set then Adaptive Polyhedral Methods Within the Consideration Set," with Steven Gaskin, Theodoros Evgeniou, Daniel Bailiff.

AMA Advance Research Technologies Forum, Sante Fe, New Mexico, June 2007, "Two-Stage Models: Identifying Non-Compensatory Heuristics for the Consideration Set then Adaptive Polyhedral Methods Within the Consideration Set," with Steven Gaskin, Theodoros Evgeniou, and Daniel Bailiff.

AMA Doctoral Consortium, W. P. Carey School of Business, Arizona State University, May 2007, "Consideration The New Battlefield in Product Development."

Agent-based Models of Market Dynamics and Consumer Behaviour, University of Surrey, Guildford, UK, January 2006, "Co-opetition for the Diffusion of Resistant Innovations: A Case Study in the Global Wine Industry using an Agent-based Model." with Rosanna Garcia. Also presented at the American Marketing Association's Advanced Research Techniques (ART) Forum in June 2006 at Monterrey CA.

AMA Doctoral Consortium, University of Maryland, College Park, MD, July 2006, "Creating Value: Products and Brands."

Marketing Science Conference, University of Pittsburgh, Pittsburgh, PA, June 2006, "A Truth-telling Sleuthing Game for Survey Research," with Min Ding.

Marketing Science Conference, University of Pittsburgh, Pittsburgh, PA, June 2006, On Managerially Efficient Experimental Designs,: with Olivier Toubia.

Sawtooth Software Conference on Conjoint Analysis, Delray Beach, FL, March 2006, "Must Have" Aspects vs. Tradeoff Aspects in Models of Customer Decisions," with Michael Yee, James Orlin, Ely Dahan.

AMA Doctoral Consortium, University of Connecticut, Storrs CT, June 2005, "The Virtual Customer."

Marketing Science Conference, Emory, Atlanta, GA, June 2005, "Direct, Nonparametric Product Optimization Using Interactive Genetic Algorithms," with Kamal Malek and Kevin Karty.

Marketing Science Conference, Emory, Atlanta, GA, June 2005, "Non-Deterministic Polyhedral Methods for Adaptive Choice-Based Conjoint Analysis: Application to the Diffusion of the New Wine Cork," with Olivier Toubia and Rosanna Garcia.

Marketing Science Conference, Emory, Atlanta, GA, June 2005, "Greedoid-Based Non-compensatory Two-Stage

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-1   Filed 01/27/14   Page 21 of 123
EXHIBIT A

Consideration-then-Choice Inference," with Michael Yee, Jim Orlin, and Ely Dahan.

Marketing Science Doctoral Consortium, Rotterdam, The Netherlands, June 2004, "Research that Has Impact."

Marketing Science Conference, Rotterdam, The Netherlands, June 2004, "Improving Choice-Based Polyhedral Methods by Taking Response Error into Account," with Olivier Toubia.

Marketing Science Conference, Rotterdam, The Netherlands, June 2004, "The Dream Versus Reality of CRM," with Glen L. Urban, Eric Bradlow, and, Mahesh Kumar.

Marketing Science Conference, Rotterdam, The Netherlands, June 2004, "Non-compensatory Consideration-then-Choice Adaptive Conjoint Analysis," with Michael Yee and James Orlin.

AMA Doctoral Consortium, Texas A&M University, College Station, TX, June 2004, "Virtual Customer Initiative."

AMA Advanced Research Techniques Forum, June 2004, "Conjoint Adaptive Ranking Database System (CARDS)," with Ely Dahan, James Orlin, and Michael Yee.

AMA Doctoral Consortium, University of Minnesota, Minneapolis, MN, June 2003, "The Review Process."

Marketing Science Doctoral Consortium, University of Maryland, June 2003, "Roots of Marketing Science Thought," with John Little.

Marketing Science Conference, University of Maryland, June 12-15, 2003, "Individual-level Adaptation of Choice-Based Conjoint Questions: More Efficient Questions and More Accurate Estimation," (with Olivier Toubia and Duncan Simester).

Marketing Science Conference, University of Alberta, Canada, June 28, 2002, "Configurators, Utility Balance, and Managerial Use," (with Duncan Simester and Olivier Toubia).

Marketing Science Doctoral Consortium, University of Alberta, Canada, "Helping Managers Structure and Make Decisions," June 27, 2002.  (Founding Consortium).

Marketing Science Conference, University of Alberta, Canada, June 28, 2002, "Adaptive Choice-Based Conjoint Analysis with Polyhedral Methods," (with Duncan Simester and Olivier Toubia*).

Advances in Marketing Research and Modeling: The Academic and Industry Impact of Paul E. Green, Wharton, Philadelphia, PA, May 2002, "New Methods of Data Collection and Estimation Using Polyhedral Estimation Techniques."

Production and Operations Management Society (POMS) Conference 2002 - High Tech POM, San Francisco, CA, April 2002, "The Virtual Customer," (with Ely Dahan*).

Product Development Association (PDMA) International Research Conference, Santa Clara, CA, October 2001, "The Virtual Customer," (with Ely Dahan*).

New England Marketing Conference, Cambridge, MA, September 2002, "Fast Polyhedral Adaptive Conjoint Estimation," (with Ely Dahan, Duncan Simester, and Olivier Toubia).

Marketing Science Conference, Wiesbaden, Germany, July 2001, "Empirical Test of Web-based Conjoint Analysis Including ACA, Efficient Fixed Designs, Polyhedral Methods, and Hybrid Methods," (with Ely Dahan, Duncan Simester, and Olivier Toubia*)

Marketing Science Conference, Wiesbaden, Germany, July 2001, "Evaluation of Fast Polyhedral Adaptive Conjoint Estimation," (with Duncan Simester and Olivier Toubia).

The 12th Annual Advanced Research Techniques Forum, Amelia Island, Florida, June 2001, "The Virtual

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

Customer: Communication, Conceptualization, and Computation," (with Ely Dahan*).

AMA Doctoral Consortium, University of Miami, June 2001, "Role of Technology in Marketing."

Marketing Science Conference, UCLA, June 2000, "Applications of the Metrics Thermostat."

Marketing Science Conference, UCLA, June 2000, "The Virtual Customer." (with Ely Dahan and Duncan Simester).

Marketing Science Institute Marketing Metrics Workshop, Washington, D.C. October 1999, "Metrics for New Product Development: Making Agency Theory Practical," Plenary Speaker.

Marketing Science Conference, Syracuse, NY, May 1999, "Balancing Customer Input, Speed to Market, and Reduced Cost in New Product Development: What is the Most Profitable Strategy"

ICRMOT Conference on Technology Alliances and New Product Development: A Cross-cultural Perspective, Mishima, JAPAN, December 1998, "You Are What You Measure!"

AMA Doctoral Consortium, Athens, Georgia, August 1998, "Quantitative Advances in Marketing Models."

AMA Winter Educators' Conference, Austin, TX, February 1998 (Plenary Speaker), "New Challenges in the Marketing-Product Development Interface."

AMA Doctoral Consortium, Cincinnati OH, August 1997, "Working with Industry."

Marketing Science Conference, Berkeley CA, March 1997, "Cultivating Technological Managers for Customer Expertise."

Marketing Science Institute Conference on Interfunctional Interfaces: The Management of Corporate Fault Zones, Palo Alto, CA, December 1996, "Multi-Stage Modeling of R&D/Marketing Interfaces in New Product Development."

Marketing Science Conference, Berkeley CA, March 1997, "Cultivating Technological Managers for Customer Expertise."

Envisioning the Future on Internet Marketing: Research and Strategy Implications, M.I.T., September 1996, "Agents and Intermediaries: Roles, Trust, and Value."

"Can R&D be Evaluated on Market-Driven Criteria?," (with Florian Zettelmeyer).  Marketing Science Conference, University of Florida, Gainesville, March 1996

"Information Acceleration," (with Glen Urban, William Qualls, Bruce Weinberg, Jon Bohlmann, and Roberta Chicos).  Wharton Conference on Innovation in Product Development, Philadelphia, PA, May 1995.

"Metrics by Which Managers Evaluate R&D Groups," (with Florian Zettelmeyer).  Association of Consumer Research, Boston, MA, October 1994.

"Satisfying the Internal Customer," (with Birger Wernerfelt and Duncan Simester) Marketing Science Conference, University of Arizona, Tucson, AZ, March 1994.

"Customer-Satisfaction Based Incentive Systems,"  AMA Educator's Conference, Boston, MA, August 1993.

"Marketing in the 1990s: Emerging Issues," AMA Doctoral Consortium, University of Illinois, August 1993.

 "Quality Function Deployment and the Voice of the Customer," Pharmaceutical Management Science Association, Phoenix AZ, May 1993.

"In a World of Active Time-constrained Customers, How Can a Firm be the Great Communicator," (with Birger Wernerfelt), Marketing Science Conference, Washington University, St. Louis, MO, March 1993.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

"Customer Needs, Customer Satisfaction, Sales, and Profit," (with Birger Wernerfelt, Ronit Bodner, and Duncan Simester), ORSA/TIMS Joint National Conference, San Francisco, CA, November 1992.

"Customer Satisfaction and Employee Rewards," (with Birger Wernerfelt, Ronit Bodner, and Duncan Semester), Marketing Science Conference, London, England, June 1992.

"Information Acceleration and Preproduction Forecasting of Electric Autos," (with Glen L. Urban and Bruce Weinberg), Marketing Science Conference, London, England, June 1992.

"The Voice of the Customer and Customer Satisfaction," ORSA/TIMS Joint National Meeting, Anaheim, CA, October 1991.

"Modeling Marketing Phenomena," AMA Doctoral Consortium, University of Southern Calif. August 1991.

"Relationship of Satisfaction to Customer Needs and to Market Share," 1st Congress on Customer Satisfaction and Market-Driven Quality, American Marketing Association, Orlando FL, May 1991.

"Time Flies When You're Having Fun: How Consumers Allocate Their Time When Evaluating Products" (with Bruce Weinberg, Glen Urban, and Miguel Villas-Boas), Marketing Science Conference, Wilmington, DL, March 1991.

"Information Acceleration and Preproduction Forecasting of New Autos," (with Glen Urban, and Bruce Weinberg), Marketing Science Conference, Wilmington, DL, March 1991.

"Beyond Quality Function Deployment," ORSA/TIMS Joint National Meeting, Philadelphia, PA October 1990. (Conference-wide Tutorial)

"Competitive Marketing Strategies," Operations Research 1990 (Osterreichische Gesellschaft fur Operations Research), Vienna, Austria, August 1990.  (Invited Speaker)

"New Product Development: A Quantitative Analysis of Interfunctional Communication" (with Abbie Griffin), Marketing Science Conference, Urbana, IL, March 1990.

"Integrated Product Development: New Methodological Developments" (with Abbie Griffin), Marketing Science Conference, Durham, N.C., March 1989.

"Customer Driven Engineering" (with Gregory Cirmak and Robert Klein), ORSA/TIMS Joint National Meeting, Washington, D.C., April 1988.

"Competitive Advertising and Pricing in Duopolies" (with Birger Wernerfelt), Marketing Science Conference, Seattle, Washington, March  1988.

"Customer Driven Engineering" (with Abbie Griffin), Marketing Science Conference, Seattle, Washington, March 1988.

"Customer Needs," Visions of Design Practices for the Future, Newton, MA, October 1987.

"Effective Strategies in Oligopoly" (with Peter Fader), ORSA/TIMS Joint National Meeting, Miami Beach, Florida, November 1986.

"Competitive Strategy Contest: Result and Analysis" (with Peter Fader), Marketing Science Conference, Dallas, TX, March 1986.

"The PC As a Tool to Teach Complex Marketing Science Concepts," Marketing Science Conference, Dallas, TX, March 1986.

"The Coming Revolution in Marketing Theory," Plenary Speaker, European Marketing Conference, Bielefeld, West Germany.  April 1985.

"Defensive Strategy" Confer. on Economics of the Firm, Universite de Paris X, Nanterre, France, April 1985.

"Competitive Marketing Strategies" Marketing Science Conference, Nashville, Tennessee, March 1985.

"Developing New Product Management: Past Progress, Current Efforts, Current Needs" (Panel) Marketing Science Conference, Nashville, Tennessee, March 1985.

"Testing Competitive Marketing Structures: Theory and Applications" (with Glen Urban) ORSA/TIMS Joint National Meeting, Dallas, TX November 1984.

"Competitive Strategy," ORSA/TIMS Joint National Meeting, Dallas, Texas, November 1984.

"Forecasting Automobile Sales: An Application of a Value Priority Algorithm," (with Glen Urban), John Roberts and John Dabels), TIMS XXVI International Meeting, Copenhagen, Denmark, June 1984.

"Consumer Durables: The Actual Consumer Budgets Compared to the Value Priority Model," (with Glen Urban), Marketing Science Conference, Chicago, Illinois, March 1984.

"Defensive Strategy Models: Application and Predictive Text," (with Steven Gaskin, and Karl Irons) ORSA/TIMS Joint National Meeting, Orlando, Florida, November 1983.

"New Product Research: Focus on Defensive strategies," Roundtable Program, ORSA/TIMS Joint National Meeting, Orlando, FL, November 1983.

"Intensity of Preference," (with Steven Shugan) ORSA/TIMS Joint National meeting, San Diego, CA, October 1982.

"Measurement Error Theories for von Neumann-Morgenstern Utility Functions," (with Jehoshua Eliashberg) ORSA/TIMS Joint National Meeting, San Diego, CA, October 1982.

"Consumer Preference Models: Axioms and Statistics," ORSA/TIMS Joint National Meeting, Houston, Texas, October 1981.

"Economic Models of Consumer Behavior," (panel discussion), ORSA/TIMS Joint National Meeting, Houston, Texas, October 1981.

"Defensive Marketing Strategies, Part II," (with Steven Shugan), ORSA/TIMS Joint National Meeting, Houston, Texas, October 1981.

"Agendas and Choice Probabilities," (with Amos Tversky), Association of Consumer Research, St. Louis, Missouri, October 1981, and Special Conference on Choice Theory, Durham, North Carolina , June 1981.

"Strategic Response to Competitive New Products," (with Steven Shugan), ORSA/TIMS Joint National Meeting, Toronto, Ontario, Canada, May 1981.

"Applications of a Dynamic Semi-Markov Model of Consumer Choice," (with Ken Wisniewski), ORSA/TIMS Joint National Meeting, Colorado Springs, Colorado, November 1980.

"Models of Consumer Behavior," (panel discussion), ORSA/TIMS joint National Meetings, Colorado Springs, Colorado, November 1980.

"Dynamic Semi-Markov Models of Consumer Behavior," (with Ken Wisniewski) TIMS International Conference on Marketing, Paris, June 1980.

"Profit Maximizing Perceptual Positioning," (with Patricia Simmie) TIMS International Conference on Marketing, Paris, June 1980.

"An Error Theory for von Neumann-Morgenstern Utility Assessment," (with Jehoshua Eliashberg), ORSA/TIMS Joint National Meeting, Washington, D.C., May 1980.

"Defender: Defensive Strategies Against New Products" (with Steven Shugan), ORSA/TIMS Second Special Interest Conference on Marketing Measurement and Analysis, Austin, Texas, March 1980.

"Adaptive Control of New Product Launches," (with Ken Wisniewski), ORSA/TIMS Joint National Meeting, Milwaukee, Wisconsin, October 1979.

"The Value of Up-front Research in New Products," (with Glen Urban), TIMS International Meeting, Honolulu, Hawaii, June 1979.

"Methods for Computing Probabilities of Choice," (with Steven Shugan), TIMS International Meeting, Honolulu, Hawaii, June 1979.

"Forecasting and Improving the Adoption of New High Technology Products," (with Pat Lyon), ORSA/TIMS Joint National Meeting, New Orleans, Louisiana, May 1979.

"A Methodology for Product Realization: Multi-method Procedures," (with Patricia Simmie), ORSA/TIMS Joint National Meeting, Los Angeles, California, November 1978.

"Searching for Marketing Segments" (with Ken Wisniewski), ORSA/TIMS Joint National Meeting, New York, New York, May 1978.

"P.A.R.I.S.: An Interactive Market Research System," (with Steven Shugan), ORSA/TIMS Joint National Meeting, New York, New York, May 1978.

"Extended Conjoint Analysis," (with Steven Shugan), ORSA/TIMS Joint National Meeting, Atlanta, Georgia, November 1977.

"Consumer Preference Functions: Theory, Measurement, Estimation , and Application," (with Steven Shugan), ORSA/TIMS Joint National Meeting, Atlanta, Georgia, November 1977.

"Measuring Consumer Preferences for Health Care Plans," (with Glen Urban), ORSA/TIMS Joint National Meeting, San Francisco, California, May 1977.

"Improved Transportation Design with Consumer Response Models: An AMTRAK Example" (with Frank Koppelman), ORSA/TIMS Joint National Meeting, Miami, Florida, November 1976.

"A Comparison of Statistical and Direct Multiattribute Utility Assessment Procedures," (with Glen Urban), ORSA/TIMS Joint National Meeting, Las Vegas, Nevada, November 1985.

"Measuring Consumer Preferences: An Axiomization for Describing Choice," ORSA/TIMS Joint National Meeting, Las Vegas, Nevada, November 1975.

"Modeling Consumer Response to Innovations," (1) Milwaukee Chapter of ORSA/TIMS, November 1985; (2) Chicago Chapter of ORSA/TIMS, December 1975.

"Modeling Decisions of Choice Among Finite Alternatives: Applications to Marketing and to Transportation Demand Theory," ORSA/TIMS Joint National Meeting, San Juan, Puerto, Rico, October 1974.

"An Efficient Model for Planning Bus Routes in Medium Sized Communities," ORSA/TIMS Joint National Meeting, San Diego, CA, November 1973.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

*Professional Affiliations*

     The Institute for Operations Research and Management Science

     American Marketing Association

     Product Development and Management Association, Certified New Product Development Professional

     Association for Consumer Research

*Professional Services*

     President-elect, INFORMS Society of Marketing Science (January 2012 – present).

     Secretary, INFORMS Society of Marketing (January 2002 – December 2005).  Founding Officer.

     Advisory Council, INFORMS College of Marketing (1994 - 2002)

     Council of The Institute of Management Sciences (1987 - 1989)

     Associate Editor for Marketing, *Management Science*, (1980 - 1981)

     Department Editor for Marketing, *Management Science*, (1982 - 1988)

     Editor-in-Chief, *Marketing Science*, (1989 - 1994)

     Editor, Special Issue on Big Data, *Marketing Science*, 2013

     Editorial Advisory Board, *Sloan Management Review* (2000-2002).

     Associate Editor, *Journal of Marketing Research* (April 2006 – June 2009).  First time in journal history that Area Editors have been appointed.

     Senior Advisory Board, *Journal of Marketing Research* (July 2009 on).  First time such an advisory board was formed.

     Advisory Board, *Marketing Science* (January 2010 on).

     Emeritus Editorial Board, *Marketing Science* (present, includes active reviewing of papers).

     Editorial Boards, *Marketing Science*, (1980 – 1988, Editor 1989-1995, 2003- 2008, including acting Area Editor), *Journal of Product Innovation Management* (1997 - present), *Journal of Marketing* (2005- present, outstanding reviewer 2006), *European Management Journal* (advisory, 1998 - 2002), *International Journal for Research in Marketing* (2007 – present).

     Reviewer: *Advances in Consumer Research, Applications in Management Science, European Journal of Research in Marketing, Journal of the Academy of Marketing Science,* Journal *of Consumer Research, Journal of Marketing, Journal of Marketing Research, Journal of Mathematical Psychology, Journal of Product Innovation Management, Management Science, Marketing Science, Operations Research, Review of Marketing, Sloan Management Review, Transportation Research Record, Transportation Science,* AMA Dissertation Prize, AMA Educators' Conference, American Institute of Decision Sciences Dissertation Prize, Nicholson Dissertation Prize, Marketing Science Institute Dissertation Award, Product Development Management Association Dissertation Prize, Prentice-Hall Books, National Science Foundation.

*Conference Chairman:*     Conference Chair, Profitable Customer-Driven Organizations: Developing the Blueprint, Management Roundtable, May 1994.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

*Segment Chairman:*  Yale School of Management, Center for Customer Insight, The Customer Insights Conference, New Haven, CT. May 12-14, 2011. New Product Innovations.

Non-traditional Models of Consumer Preference and Choice, Adaptive Preference and Estimation, Optimizing Product Design and Customer Targeting, Obtaining Information From or About Consumers (Atlanta, GA, 2005, co-chair four sessions)

TIMS International Meeting, Copenhagen, Denmark, June 1984 (two sessions).

TIMS College of Marketing, Houston, Texas, October 1981 (twelve sessions).

TIMS College of Marketing, Milwaukee, Wisconsin, October 1979 (five sessions).

American Marketing Association Educator's Conference, Chicago, Illinois, August 1978, (three sessions).

INFORMS Marketing Science Conference, Atlanta GA, June 2005 (four sessions)

*Session Chairman:*  *INFORMS (Previously named ORSA or TIMS)*

Virtual Customer Initiative (Rotterdam, The Netherlands, 2004)

New Approaches to Mapping (University of Maryland, 2003)

The Virtual Customer (University of Alberta, Canada 2002)

The Virtual Customer (Wiesbaden, Germany 2001)

Building Competitive Advantage Through Product Quality and R&D (Gainesville, FL 1996)

Customer Satisfaction and Its Role in Global Competition (San Francisco, CA 1992)

Competitive R&D (Washington, D.C., April 1988)

Competitive Marketing Strategy, (St. Louis, Michigan, November 1987)

Competition in Multiattributed Spaces (Atlanta, Georgia, November 1985).

Marketing: Consumer Measurement (Copenhagen, Denmark, June 1984)

Marketing: Dynamic Structures (Copenhagen, Denmark, June 1984)

Product Policy (Orlando, Florida, November 1983)

Product Policy (San Diego, California, October 1982)

New Product Introduction and Defense in Competitive Environments, (Detroit, Michigan, April 1982)

New Product and Product Policy Models, (Houston, Texas, October 1981)

New Product Models (Toronto, Ontario, Canada, May 1981)

Models of Consumer Behavior (Colorado Springs, Colorado, November 1980)

New Product Realization and Selection (Los Angeles, California, November 1978).

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

*Session Chairman:*       *Association of Consumer Research*

Mathematical Theories of Consumer Behavior (St. Louis, Missouri, October 1981)

*Committee Memberships*

Editor Selection Committee, *Marketing Science*, INFORMS College of Marketing, 2001 (chair), 2004 (chair), 2007.

Editor Selection Committee, *Journal of Marketing Research,* American Marketing Association, 1999.

Conference Steering Committee, Duke Invitational Symposium on Choice Modeling and Behavior, June 1993.

Editor Selection Committee, *Management Science,* TIMS.

Founding Committee for *Marketing Science*, TIMS College of Marketing, (1979 - 1982).

Management Science Roundtable, TIMS, (1982 - 1988).

Marketing Strategy Steering Committee, Marketing Science Institute, (1983 - 1984).

Organizing Committee for Conference on Economics of the Firm, April 1985, Universite de Paris X Nanterre.

Organizing Committee for 1985 Conference in Bielefeld, West Germany, European Marketing Academy.

Publications Committee (1980 - 1982), Operations Society of America.

Scientific Committee for 1986 Conference in Helsinki, Finland.

Student Affairs Committee (1978 - 1979), Operations Society of America.

*Litigation Consulting (*<u>*on behalf of*</u>*, *deposition testimony, †court, commission, or arbitration testimony)*

ABC, Inc., American Broadcasting Company, Inc., and Disney Enterprises, Inc., Plaintiffs, v. <u>Dish Network L.L.C. and Dish Network Corp.</u>, (Preliminary Injunction)

<u>Alcatel-Lucent USA Inc.</u> v. Amazon.com, Inc. et al. (Patent Infringement)* †

<u>Allergan, Inc.</u> Engagement. (Off-label Prescriptions)

American Express Travel Related Services, Inc. v. <u>Visa USA, Inc., et. al.</u>* (Evaluation of marketing research)

American Multi-Cinema, Inc. v. <u>American Movie Classics Company, Inc., et. al.</u> (Confusion)

Amway v. <u>Procter & Gamble</u> (Damages)*

<u>Apple, Inc.</u> v. Samsung Electronics Company, Ltd, et al.* † (Patent infringement)

Atlantic Recording Corporation, et. al. v. <u>XM Satellite Radio, Inc.</u> (Copyright infringement).

<u>Axcan Scandipharm, Inc.</u> V. Global Pharmaceuticals And Impax Laboratories, Inc. (False Advertising)

Berlex v. <u>Biogen, Inc</u>. (Damages)*

Blue Mountain Arts, Susan Polis Schutz, and Stephen Schutz v. <u>Hallmark Card, Inc.</u> (Trade Dress)

James And Lisa Camenson, et al.; v. <u>Milgard Manufacturing Inc.</u>, et. al. (Class action)

Comm-Tract Corp. v. <u>Northern Telecom, Inc.</u> (Advice only)

Computer Aid, Inc. v. <u>Hewlett Packard</u> (damages)*

<u>Creative Laboratories, Inc.</u> v. Apple Computer, Inc. (Intellectual Property)

<u>CTC Communications Corporation</u> v. Bell Atlantic Corporation (Damages)

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-1   Filed 01/27/14   Page 29 of 123

EXHIBIT A

Curt Schlesinger and Peter Lore, on behalf themselves and the Certified Class, Plaintiffs, v. Ticketmaster* (Class
      action, false advertising, confusion)

Dayna Craft, et al. v. Philip Morris Companies, Inc. and Philip Morris Inc. (Class Action).*

EPD v. Curtis (Product Confusion)†

Fox Broadcasting Company, Inc., Twentieth Century Fox Film Corp., and Fox Television Holdings. Inc., Plaintiffs,
      v. Dish Network L.L.C. and Dish Network Corp., (Preliminary Injunction)

Stephen S. Gallagher, et. al. v. State Farm Mutual Automobile Insurance Company, et al. (Class Action)

Geico v. Google and Overture Services (Yahoo), Inc. (Trademark Infringement)

Gillette v. S. C. Johnson (Patent Infringement)

Gyrodata, Inc. v. Atlantic Inertial Systems Inc ("AIS"), et al. (consulting expert)

Heublein vs. Seagrams and Gallo (Liability)

Hewlett-Packard, Inc. v. Factory Mutual Insurance Company (Insurance Coverage)*

Intel v. Advanced Micro Devices (Damages)*

J. B. D. L. Corp. d/b/a, Beckett Apothecary v. Wyeth-Ayerst Laboratories, Inc. and American Home Products
      Corporation, (Class Action)

Jerry Jacobs, et. al. v. Osmose Inc., et. al. (Class Action)*

Jay Kordich, et. al. v. Salton Maxim Housewares, Inc., et. al. (Trademark)†

In RE J.P. Morgan Chase Cash Balance Litigation (Class Action)*

Lending Tree, Inc. v. The Gator Corporation (Intellectual Property)

Lotus v. Borland (Damages)*

Luciano F. Paone v. Microsoft Corporation (Patent Infringement)*.

Louis Vuitton Malletier, S. A. v. Hyundai Motor America (Trademark Infringement)*

Marvin Lumber and Cedar Company v. PPG Industries, Inc., et. al. (Survey Design)

MasterCard International, Inc. v. First National Bank of Omaha (Product Confusion)*

Mayo Foundation v. Mayo Health Facilities (Product Confusion)†

Mead Johnson Nutritionals v. unnamed party (False Advertising)

Merck & Co. (Lanham Act Advice)

In Re Microsoft Corporation Antitrust Litigation (Multi-district Litigation)*

Millennium Laboratories, Inc. v. Ameritox, Ltd. (False Advertising)

Pacific Bell Telephone Company in New Regulatory Framework Review of Customer Satisfaction before the
      California Public Utility Commission†

Pfizer Consumer Healthcare (Lanham Act Advice)

Playtex v. Procter & Gamble (Claims Substantiation)*†

Procter & Gamble v. Amway (Liability and Damages)*†

Procter & Gamble v. Haugan, et. al. (Liability and Damages)†

Putnum Fund Trustees, (Investment Fraud, advice on market research)

Ram Broadcasting, Inc. (Cellular Telephone Filings)

RealPlayer, Inc. v. Microsoft Corporation (Anti-trust)

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT A

Roberts et. al. v. <u>Enterprise Rent-a-Car Company of Boston, Inc.</u> (Class Action)

The Republic of Columbia v. <u>Diageo North America, et al.</u> (Anti-trust)

St. Clair Intellectual Property Consultants, Inc. v. <u>Research in Motion, Ltd.</u> and General Imaging Co. (Patent infringement)

<u>Barbara Schwab, et. al.</u> v. Philip Morris, USA (Class Action)*

SoundExchange, Inc. vs. <u>Sirius Satellite Radio, Inc. and XM Satellite Radio, Inc.</u>: In the Matter of Adjustment of Rates and Terms for Preexisting Subscription Services and Satellite Digital Radio Services. 2007*†. 2012†*

State of Colorado, et. al. v. <u>Warner Chilcott Holdings Company III, Ltd</u>., et. al. (Anti-trust)*

<u>State of Florida and Plaintiff States</u> Antitrust Litigation for Disposable Contact Lenses (Survey Analysis)†

Stipic, et. al. v. <u>Behr Process Corporation and Masco International</u> (Class Action)*

Straumann Company v. <u>Lifecore Biomedical, Inc.</u> (Product Confusion)*

Sun Microsystems, Inc. v. <u>Microsoft Corporation</u> (Anti-trust)

<u>Tivo, Inc.</u> v. Echostar Communications Corporation, et. al*

<u>Tropicana Products, Inc.</u> v. Vero Beach Groves, Inc. (Lanham Act)†

Wal-Mart Stores, Inc (and other retailers) v. <u>Mastercard International, Inc.</u> (Liability and Damages, Anti-trust)*

We Media, Inc. v. <u>We: Women's Entertainment, LLC.</u> (Product Confusion)*

*Marketing, Marketing Research, and Product Development Consulting*

American Home Foods, Inc.; American Airlines; American Hospital Supply Corporation; Analog Devices, Inc; Andersen Consulting, Inc. (Accenture), Applied Marketing Science, Inc.; A.T.&T.; Avon; Barton-Aschmann Associates; Baxter Cardiovascular Group, Booz Allen Hamilton, Inc., Cambridge Systematics, Inc.; Colgate-Palmolive; Costello Associates, Inc.; Economics' Laboratories, Inc.; Elrick and Lavidge, Inc.; Evanston Hospital; Evanston, Illinois and Schaumburg, Illinois (Transportation Planning); Fidelity Investments; French's Inc., G.D. Searle, Inc.; General Foods, Inc.; General Motors, Inc., Buick Division, Chevrolet Division, Marketing and Product Planning; Gillette; IBM, Inc.; Information Resources, Inc.; Intel, Inc., Johnson & Johnson; Kodak; Macromedia, Inc., Management Decision Systems, Inc.; M/A/R/C, Inc.; Merck, Inc., Navistar International, Inc.; Pacific Gas and Electric Company, Pepsi-Cola, Inc.; Polaroid; Procter & Gamble Company; Product Genesis, Inc.; RAM Broadcasting, Inc.; Regional Transportation Authority; Richardson-Vicks, Inc.; Southern Company Services, Inc.; Time-Life Books; Volunteers in Technical Assistance, and Wyeth-Ayerst Laboratories, Inc.  Co-founder, principal, and board member, Applied Marketing Science, Inc.,  Advisory Board, Affinnova, Inc.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*M.I.T. or MIT Sloan Committee Work*

Committee on the Undergraduate Program, 2003 – 2005.

MIT Sloan Committee on Educational Technology, 2004 – 2006.

Center for Innovation in Product Development

       Leader, Virtual Customer Initiative, 2000 - 2006

       Research Director, 1997 – 2000

Center for Transportation Studies, 1981 - 1982.

       Master of Science in Transportation Committee.

Committee to Investigate Sloan-Logo Research Notes (MIT Sloan, chair), 2001-2002.

Associated Faculty Committee to Review the Organizational Learning Center (MIT Sloan), 1995.

Dean's Consultation Committee (MIT Sloan), 2008-2009.

Dean Search Committee (MIT Sloan), 1993.

Building Committee for the E51 Expansion, MIT Sloan, 1992, Ad Hoc.

Organization Committee for the New MIT Sloan Building, E62, (2007- 2009).

Executive Educational Programs Committee (MIT Sloan), 1983 – 1985, 1998-1999, 2007.

Faculty Admissions Committee, 2004-2009.

Faculty Council (MIT Sloan), 1999.

International Center on Research for the Management of Technology (MIT Sloan).

       Co-Director, (1993 - 2000).

       Joint Steering Committee (1990 - 1993).

Management Science Area, MIT Sloan School of Management.

       Area Head, (2005- 2009).

       Chairman of Subcommittee on Peer Group Comparisons, (1981 - 1982).

       Committee on Management Science Curriculum Redesign, (1982 - 1983).

       Marketing Group Head (1986, 1988 – 2003, 2010-2011).

Management of Technology Program Committee (MIT Sloan), (2001- 2003).

EXHIBIT A

Master's Program Committee, MIT Sloan, (1980 – 1987, 2007 – present).

      Chairman: Subcommittee On Placement, (1981 - 1982).

      Core Curriculum Reassessment Committee (1991-1992).

      Core Curriculum Implementation Committee (1992-1994).

      Subcommittee on Admissions, Special Consideration, (2007 – 2009).

      Subcommittee on the Management Science Core, (1982 - 1983).

      Subcommittee on Entrepreneurship and Innovation Evaluation (Chair, 2008).

      Subcommittee on Tracks (2008-2009).

      Ad hoc committee to develop a Marketing, Operations and Strategy Track (2011-2012).

      Subcommittee on Strategy Curriculum (2009).

      Subcommittee on Course Ratings (2011).

Operations Research Center

      Admissions Committee, (1981 - 1982).

      Associated Faculty (1980 – present).

      Operations Research Committee (2001- 2003).

      President's Committee (1984).

Personnel and Policy Committee, MIT Sloan (Executive Committee, 2005 – 2009, 2013).

      Chair of ad hoc committees for reappointment, promotion, and tenure (1983 - present).

      Member of ad hoc committees for reappointment, promotion, and tenure (1981 - present).

Symposium Director, Marketing Center, MIT Sloan School, M.I.T., (1981 - 1982).

Zannetos Dissertation Award Committee, MIT Sloan, (1981-82, 1996-97, chair 1997-1998).

*M.I.T. Subjects Taught (often multiple sections)*

| | |
|---|---|
| 15.810, Marketing Management (Core) | Spring 1990, 1991, 1992, 1993, 1994, 1995, 1997, 1998, 1999, 2001, 2004, 2005. 2006.  Fall 1999, 2006, 2007, 2008, 2011, 2012. (Teaching awards listed on page 2 of vita.) |
| 15.812, Marketing Management (UG) | Fall 1981, 1982, 1984, 1985, 1986. Spring 1981, 1984, 2006. |
| 15.813, Marketing Management in Public Sector | Fall 1980. |
| 15.814, Marketing Mgmt (Mgmt of Technology) | Fall 1988, 1993, 1999, 2001. |
| 15.820, Advanced Marketing Management | Spring 1990 |
| 15.828, New Product Development | Spring 1981, 1982, 1989; Fall 1982, 1984; 1985. |

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT A

| | |
|---|---|
| 15.838, Ph.D. Seminar (Various Topics) | Spring 1986, 1997, 2002, 2006, 2011, 2013. |
| 15.839, Marketing and Statistics Workshop | Spring 1982; Fall 1982, 1984. |
| 15.TH4. Thesis Project on Competitive Strategy | Spring 1985, 1986. |

Summer Session, ILP, and External Executive

A.T.&T Course on New Product Development, 1986.

European Institute for Business Administration (INSEAD) European Marketing Programme, 1985.

Greater Boston Area Executive Program, 1982, 1983.

M.I.T. Civil Engineering, Demand Theory, 1980, 1981, and 1982.

M.I.T. ILP, Marketing Strategy and Models in the Information age, 1983.

M.I.T., Management of R&D, 1989, 1990, 1991, 1992, 1993, 1994. 1995, 1996, 1997, 1998, 1999.

M.I.T. Marketing Science Symposium, 1981, 1982, 1983, 1984, 1985, 1986, 1987, 1988.

M.I.T./M.I.P. Executive Program, 1992.

M.I.T. New Product Development, 1997.

*Pedagogical Developments.*

In 2012, I redesigned the core curriculum in marketing to reflect new developments in marketing analytics, big data, and new media.

In 1990 and 1991, Prof. John D. C. Little and I redesigned the core curriculum in Marketing Management and taught the course to the entire Master's class.

In the 1991-1992 I was part of a committee of six faculty members that redesigned the core curriculum at the Sloan School. I supervised the voice-of-the-customer analyses of students and recruiters and encouraged the committee to design a program that these customers would find exciting. The new core was implemented in the 1993-1994 academic year. Student satisfaction increased significantly.

*Teaching Notes*

Note on Defensive Marketing Strategy (2005, for 15.810, Marketing Management)

Note on Product Development (2005, for 15.810, Marketing Management)

Note on the Voice of the Customer (2005, for 15.810, Marketing Management)

Note on Consumer Behavior (2005, for 15.810, Marketing Management)

Note on Life Cycle Diffusion Models (2005, for 15.810, Marketing Management)

Note on Engineering Product Design (2006, for 15.810, Marketing Management)

Note on Conjoint Analysis (2007, for 15.810, Marketing Management)

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT A

*M.I.T. Thesis Supervision*

(a)      *Sloan School of Management, Master's Theses*

Hafiz Adamjee (joint with John Scaife), "The Face of the Customer: The Use of Multimedia in Quality Function Deployment," -  (1993).  This product was subsequently commercialized and was a finalist for the *New Media* Invision 1994 Multimedia award at COMDEX/Spring '94.

Ramay Akras, "Competitive Strategy in the Marketing of Small DDP Computers: an Analysis of Emerging Price and Product Position Patterns," -  (1986).

Frederic Amerson, "Strategic Marketing Simulation: Improvements to the Enterprise Integrating Exercise," - (1989).

Andrivet, Sébastien (Sloan Fellows Program), "Customer research, customer-driven design, and business strategy in Massively Multiplayer Online Games," – (2007)

Andrew Anagnos (joint with Karen Van Kirk), "A Framework for Analyzing Quality in the News Media," -  (1991)

Allen Aerni, "Measurement of Customer Satisfaction," -  (1994).

Joel Berez, "An Investigation of Decision Hierarchies" -  (1981).

Harel Beit-on, "Competitive Strategy for Small Business Jet Aircraft," -  (1985).

Willy Biberstein (SDM Program), "Framework for Customer Interaction Throughout the Automotive Product Development Process," (February 2002).

Andre Borschberg (joint with Webb Elkins), "Defensive Marketing Strategy: Its Application to a financial Decision Support System" - Reader (1983).

Philippe Bosquet, "European Airline Deregulation: Defining Air France's Strategy for the 1990's," - Reader (1989)

Jill A. Christians, (joint with Cheryl M. Duckworth), "Expectations and Customer Satisfaction: A Market Research Study for Plimoth Plantation," Reader (1994).

Poh-Kian Chua (MOT Program), "R,D&E Metrics: Shaping the Outcomes of Your R,D&E Investment," –  (1998).

Leslie K. Cooper, "The Structure of Recruiter Needs at the Sloan School of Management: A Quantitative Assessment," -  (1992).

Teruyuki Daino (Sloan Fellows Program), "How a Leading Company Can Overcome a Competitive Challenge: A Case Study of Anheuser-Busch Company." –  (1998).

Laura E. Donohue, "Software Product Development: An Application of the Integration of R&D and Marketing via Quality Function Deployment" -  (1990)

Cheryl M. Duckworth (joint with Jill A. Christians), "Expectations and Customer Satisfaction: A Market Research Study for Plimoth Plantation," Reader (1994).

Webb Elkins (joint with Andre Borschberg), "Defensive Marketing Strategy: Its Application to a Financial Decision Support System" - Reader (1983).

Rasheed El-Moslimany (LFM Program), "Getting Value from the Value Chain: Comfort Choice," Co-Advisor. (June 2002)

Julio Faura (MOT Program), "Contribution to Web-based Conjoint Analysis for Market Research," (2000).

Richard Feldman, "Decision Support Systems for Forecasting Communications in the Home," - Reader (1985).

Anders T. Fornander, "The Continuing Operating System Battle in the Personal Computer Industry," - Reader (1994).

Carl Frank (MOT Program), "Metrics Thermostat for Strategic Priorities in Military System Acquisition Projects," (2000).

Mihaela Fulga, "Competitive Pricing and Positioning Strategies in the Dating Service Market," - (1986).

Steven P. Gaskin, "Defender: Test and Application of a Defensive Marketing Model" - (1986). 1st Place, Brooks Award.

Peter N. Goettler, "A Pre-market Forecasting Model of New Consumer Durables: Development and Application," - Reader (1986).

Patti N. Goldberger, "Competitive Strategy in the Market for Running Shoes," - (1985).

Akhil Gupta, "The Personal Computer Industry: Economic and Market Influences on Product Positioning Strategies," - (1986).

Michael Halloran (joint with Marc Silver), "Defensive Marketing Strategy: Empirical Applications" - (1983).

Carla Heaton, "Competitive Strategy in the Facsimile Market," - (1985).

Judith Hee, "Determining Manufacturer's Coupon Strategies" - Reader (1981).

Jonathan E. Higginson, "Understanding Dependencies in Research and Development at the Charles Stark Draper Laboratory." - (1997).

Scott D. Hill, "Correlation of Core Competencies with Market-Driven or Self-Guided Research," - (1995).

Dan Isaacs, "Competitive Pricing and Positioning Strategies in the Imported Beer Marketing," - (1986).

Francois Jacques, "Marketing Strategies in Innovative Industries: The Case of Package/Document Delivery Services," - Co-Advisor (1985).

Lawrence Kahn, "Competitive Positioning: A Study of Recruiter's and Employer's Perceptions of the Sloan School of Management" - (1982). Honorable mention Brooke's Thesis Prize.

D. Darcy Kay, "Competitive Strategy for Anti-arthritic Drugs" - (1985).

Young Joo Kim (MOT Program), "R&D Management Applications of The Dynamic Metrics Framework" – (1998)

Sidney A. Kriger, "The Effect of Quality Function Deployment on Communications of the New Product Development Teams," - (1989)

Yasuke Kume, "New Marketing Strategy of Telecommunications in Japan" - Reader (1981).

Elvind Lange, "Measuring Market Response to Marketing Mix Variables Using Dynamic Modeling and Its Implications for Brand Strategy" - Reader (1981).

Stephen P. Langhans, "Defensive Marketing Strategy: A Consumer Semi-Durable Case Example" - (1983).

In-Kyu Lee, "Evaluating System for the Upstream Center of R&D for being Market-Oriented in a Consumer Electronics Company," - (1995).

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

Michael Leslie (joint with Joel Wachtler), "A Methodology for Making International Marketing Mix Decisions," - Reader (1985).

Kit Mee Lim, "Competitive Strategy among Companies Offering Credit Cards," - Reader (1985).

James A. Lutz, "Competitive Marketing Strategy in the CAD Marketplace," -  (1985).

Larry D. Lyons, "Forecasting the Impact of Competitive Entries on Sales of a New Consumer Durable" - Reader (1984).

Arpita Majundar (SDM Program), "Strategic Metrics for Product Development at Ford Motor Company,"  - (2000).

Catherine E. Manion, "A Survey of Customer Satisfaction Incentive Systems for Salespersons," -  (1993).

Maureen E. Matamoros, "Information Overload," – Reader (1986).

Meghan McArdle (LFM Program), "Internet-based Rapid Customer Feedback for Design Feature Tradeoff Analysis," –  co-Advisor (2000)

Fernando Motta, "Competitive Strategy Among Panamanian Banks," -  (1985).

Neil Novich, "Price and Promotion Analysis Using Scanner Data" - Reader (1981).

Kenji Nozaki, "Marketing and Technology Strategy for the Japanese Architectural Design Company," -  (1989).

Seiji Nozawa, "Voice of the Customer Analysis in the Japanese Beer Market." -  (1997).

Minho Park (MOT Program), "R&D Matrix at LG Electronics." -  (1997)

Stephen Pearse, "Production and Sales Forecasting: A Case Study and Analysis" - Reader (1982).

Ning P. Peng, "An Exploration of the Impact and Success of Customer Satisfaction Programs," -  (1994).

Homer Pien (MOT Program), "Competitive Advantage through Successful Management of R&D." -  (1997)

Susan B. Poulin, "Defensive Strategy in the Automatic Test Equipment Industry"  (1984).

Jill W. Roberts, "MBA Recruiters' Needs: Voice of the Customer Analysis," -  (1992).

Lisa Gayle Ross, "A Voice of the Customer Analysis of M.B.A. Schools: The Student Segment," -  (1992).  Lisa was a runner-up for the George Hay Brown Marketing Scholar of the Year in 1992.

Tamaki Sano, "Strategy for Kirin as a Global Brand" –  (2009) Sloan Fellow.

John Scaife (joint with Hafiz Adamjee), "The Face of the Customer: The Use of Multimedia in Quality Function Deployment," -  (1993).  See award listed under Adamjee.

Paul E. Schoidtz, "Advertising, Price, and Positioning Equilibria," -  (1986).

Hongmei Shang, "A Simulation Analysis of Optimal Task Assignment for Growing Managers from R&D Labs," – (February 2000).

Rosemarie Shield, "Competitive Pricing and Positioning Strategies in the Chromatographic Instruments Market," - , (1986).

Jon Silver (joint with John C. Thompson, Jr.), "Beta-binomial Analysis of Customer Needs -- Channels for Personal

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

Computers," -  (1991).  1st Prize, Brooks Award.

Marc Silver (joint with Michael Halloran), "Defensive Marketing Strategy: Empirical Applications" -  (1983).

Lisa Silverman, "An Application of New Product Growth Modeling to Automobile Introductions" - (1982).

Sheryl Sligh, "An Assessment of the Analog Modem Market," -  (1991).

Jamie Smith, "Industrial Buying Process of Pension Funds for Real Estate," -  (1982).

Yoshihito Takahashi (MOT), "Analysis of Strategy in an Ethical Drug Industry," – Reader ( 2000).

Genevieve Tchang, "A Methodology for Planning and Evaluating External Relations at Business Schools" - Reader (1982).

John C. Thompson, Jr. (joint with Jon Silver), "Beta-binomial Analysis of Customer Needs -- Channels for Personal Computers," -  (1991).  1st Place, Brooks Award.

V. Mullin Traynor, "The Dissemination and Adoption of New Technology: Control Data's Computer-Based Training System, Plato, and the Electric Utilities" -  (1982).

Karen Van Kirk (joint with Andrew Anagnos), "A Framework for Analyzing Quality in the News Media," -  (1991)

Joel Wachtler (joint with Michael Leslie), "A Methodology for Making International Marketing Mix Decisions," - Reader (1985).

Tamao Watanabe, "Customer Analysis of the U.S. Cardiovascular Drug Market: Focusing on Physician's Drug Choice" -  (1991)

Stephen L. Weise, "Expert Decision Support Systems for Marketing Management," – Reader (1986).

Nancy Werner, "Competitive Price and Positioning in the Integrated Office Automation Systems Market" -  (1986).

Julie Wherry, "Pre-Test Marketing:  Its Current State in the Consumer Goods Industry and Its Effect on Determining a Networked Good." - (2006).

Ali Yalcin, "The Potentials and Limitations of Customer Satisfaction Indices in Captive Customer-Supplier Environments," -  (1995)

Sandra Yie, "The Core Curriculum at Sloan: Establishing a Hierarchy of Needs," -  (1992).

Judy Young, "Responsive Marketing Strategy at AT&T" -  (1982).

(b)     *Aeronautics S.M. Theses*

Keith Russell (LSI), "Reengineering Metrics Systems for Aircraft Sustainment Teams: A Metrics Thermostat for Use in Strategic Priority Management," (February 2001).

(c)     *Electrical Engineering, S.B. and M.Eng. Theses*

Chan, Christine W. Y. (M. Eng), "Measuring Non-Monetary Incentives Using Conjoint Analysis," Co-Advisor (1999).

Emily Hui (M.Eng.), "Application of Polyhedral Conjoint Analysis to the Design of Sloan's Executive Education Programs."  June 2003.

Brian T. Miller (S. B.), "A Verification of Price Equilibria Based on Non-Zero Conjectural Variation,"  (1986).

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT A

(d)  *Mechanical Engineering, Master's Theses*

Burt D. LaFountain, "An Empirical Exploration of Metrics for Product Development Teams" –  (1999)

Tina Savage, "The Virtual Customer: A Distributed Methodology for Linking Product Design and Customer Preferences."  Co-Advisor (1998).

(e)  *Operations Research Center, Master's Theses*

Jeffrey Moffit (ORC), " Applying the Metrics Thermostat to Naval Acquisitions for Improving the Total Ownership Cost – Effectiveness of New Systems,"  (2001)

Olivier Toubia (ORC), "Interior-point Methods Applied to Internet Conjoint Analysis," (February 2001), Co-Advisor.

(f)  *Urban Studies, Master's Theses*

Marijoan Bull, "Affirmative Fair Housing Marketing" - Committee Member (1982).

Barry Cosgrove, "Marketing Analysis for the Brockton Area Transportation Authority" – Committee Member (1981).

(g)  *Sloan School of Management, Ph.D. Theses*

Makoto Abe, "A Marketing Mix Model Developed from Single Source Data:  A Semiparametric Approach." Committee member (August 1991).  Abe is on the faculty at the University of Tokyo.

Daria Dzyabura, "Essays on Machine Learning in Marketing (tentative title)," Chairman (June 2012). Dzyabura is now on the faculty at New York University.

Peter Fader, "Effective Strategies in Oligopolies," Chairman (February 1987).  Sloan School of Management, Zannetos Prize, 1st Place.  Fader is on the faculty at the University of Pennsylvania.

Fred Feinberg, "Pulsing Policies for Aggregate Advertising Models" Committee Member (August 1988).  Feinberg is on the faculty of the University of Michigan.

Dave Godes, " Friend or Foe?: The Relationship Between Learning and Incentives and two additional essays in marketing," (June 2000), Committee Member. Primary advisor on listed essay. Zannetos Prize, 1st Place. Godes is on the faculty of the University of Maryland.

Abbie Griffin, "Functionally Integrated New Product Development: Improving the Product Development Process Through Linking Marketing and Technology Development," Chairman.  (June 1989).  Griffin is on the faculty at the University of Utah and was editor of *Journal of Product Innovation Management* from 1997-2003  Frank Bass Dissertation Award (INFORMS).

Gurumurthy Kalyanaram, "Empirical Modeling of the Dynamics of the Order of Entry Effect on Market Share, Trial Penetration and Repeat Purchases for Frequently Purchased Consumer Goods," Committee Member (March 1989). G. K. was on the faculty at the University of Texas, Dallas.

Eriko Kitazawa, "Customer Satisfaction at Japanese Utility Franchises," Committee Member (1996).

John H. Roberts, "A Multiattributed Utility Diffusion Model: Theory and Application to the Prelaunch Forecasting of Autos".  Committee Member (February 1984).  Roberts is on the faculty at the London Business School.

Matt Selove, "The Strategic Importance of Accuracy in Conjoint Design," Committee Member (June 2010). Selove is on the faculty at the University of Southern California. John Howard Dissertation Award (AMA), 2010.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT A

Duncan I. Simester, "Analytical Essays on Marketing," Committee Member, (June 1993).  Sloan School of Management, Zannetos Prize, Honorable Mention.  Simester is on the faculty of M.I.T.

Olivier Toubia, "New Approaches to Idea Generation and Consumer Input in the Product Development Process," (June 2004).  Toubia is on the faculty of Columbia University.  Frank M. Bass Dissertation Award (INFORMS), 2005, John Howard Dissertation Award (AMA), 2005.

Miguel Villas-Boas, "On Promotions and Advertising Policies:  A Strategic Approach."  Committee member (February 1991).  Villas-Boas is on the faculty at the University of California, Berkeley.

Bruce Weinberg,  "An Information-Acceleration-Based Methodology for Developing Preproduction Forecasts for Durable Goods: Design, Development, and Initial Validation."  Committee Member.  (August 1992).  Weinberg was on the faculty at Boston University.

Florian Zettelmeyer, "Three Essays on Strategic and Organizational Uses of Information in Marketing."  Committee Member.  Zettelmeyer is on the faculty of Northwestern University.

(h)     *Civil Engineering, Ph.D. Thesis*

Karla Karash (Ph.D.), "An Application of the Lens Model in Measuring Retail Attractiveness and the Effects of Transportation Programs" - Committee Member (August 1983).  Karash was at the MBTA.

(i)     *Mechanical Engineering, Ph.D. Thesis*

Javier Gonzalez-Zugasti (Mechanical Engineering, Ph.D.), "Models for Product Family Design and Selection," (June 2000), Committee Member.

(j)     *Operations Research Center, Ph.D. Thesis*

Yee, Michael (Operations Research, Ph.D.), "Inferring Non-Compensatory Choice Heuristics," (June 2006), Co-Advisor.  Yee is at MIT's Lincoln Laboratories.

*Northwestern University Ph.D. Thesis Supervision (1975 - 1980 Academic Years)*

Steven M. Shugan, "A Descriptive Stochastic Preference Theory and Dynamic Optimization:  Applications Toward Predicting Consumer Choice' Chairman (September 1977).  Shugan is on the faculty at the University of Florida and current editor of *Marketing Science*.

Patricia Simmie, "Product Realization: Theory, Models, and Application" - Chairman (June 1979), American Marketing Association Dissertation Prize, Honorable Mention.  Simmie was at York University.

Ken J. Wisniewski, "A Semi-Markov Theory of Consumer Response: New Theoretical Properties, Simulation Testing, and Empirical Application" Chairman (June 1981).  American Marketing Association Dissertation Prize, First Place.  Wisniewski was on the University of Chicago.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT B

# John R. Hauser
## Expert Testimony 2008-2013

*In Re American Express Anti-Steering Rules Antitrust Litigation (II)*, United States District Court for the Eastern District of New York, Master File No. 11-MD-02221 (NGG)(RER). Deposition testimony planned August 12-13, 2013.

*Apple Inc. v. Samsung Electronics Co. Ltd. et al.,* Case No. 11-CV-01846-LHK, United States District Court Northern District of California San Jose Division. Deposition testimony, April 27, 2012. Trial Testimony, August 10, 2012. Deposition Testimony, November 29, 2012.

*In the Matter of Determination of Rates and Terms for Preexisting Subscriptions and Satellite Digital Audio Radio Services*, Docket No. 2011-1 CRB PSS/Satellite II, Before the Copyright Royalty Judges, Library of Congress. Deposition testimony, March 2, 2012. Trial testimony June 12, 2012.

*Alcatel Lucent, Inc. v. Amazon.Com, Inc. et al.,* Civil Docket No. 6:09-CV-422. United States District Court for the Eastern District Of Texas Tyler Division, Deposition testimony, June 3, 2011, Trial testimony, October 13, 2011.

*Luciano F. Paone v. Microsoft Corporation*, Case No. CV-07-2973, United States District Court, Eastern District of New York. Deposition Testimony, September 23, 2011.

*Louis Vuitton Malletier v. Hyundai Motor America*, Case Number 10-CIV-1611-PKC, United States District Court, Southern District of New York. Deposition testimony, May 6, 2011.

*Curt Schlesinger, et al. v. Ticketmaster*, Case No. BC30456, Superior Court of the State of California for the County of Los Angeles. Deposition testimony, November 19, 2010.

*St. Claire Intellectual Property Consultants, Inc. v. Research In Motion LTD., et al., Research In Motion Corporation,* Civil Action No. 08-371-JJF-LPS, United States District Court for the District of Delaware. Deposition testimony, February 26, 2010.

*Dayna Craft, et al. v. Philip Morris Companies, Inc. and Philip Morris Inc.*, Case No. 002-00406-02, Division No. 6, Missouri Circuit Court, Twenty-Second Judicial Circuit (City of St. Louis). Deposition testimony, November 11-12, 2009.

*Playtex Products, Inc. v. The Procter & Gamble Company*, Case No. 08 Civ. 1532 (WHP). Deposition testimony, February 25, 2009. Trial testimony, March 19, 2009.

*In Re J.P. Morgan Chase Cash Balance Litigation*, Master File No. 06. Div. 0732 (HB), United States District Court, Southern District of New York. Deposition testimony, December 10, 2008.

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT C

# MATERIALS RELIED UPON

## A.  Academic Articles and Books

1. Allenby, Greg M., Neeraj Arora, and James Ginter (1995), "Incorporating Prior Knowledge into the Analysis of Conjoint Studies," *Journal of Marketing Research*, 32, 2.

2. Allenby, Greg M., and Peter E. Rossi (2003), "Perspectives Based on 10 Years of HB in Marketing Research," Sawtooth Software Research Paper Series.

3. Boatwright, Peter, Robert McCulloch, and Peter Rossi (1999), "Account-Level Modeling for Trade Promotion: An Application of a Constrained Parameter Hierarchical Model," *Journal of the American Statistical Association*, 94, 448, (December).

4. Brazell, Jeff D., Christopher G. Diener, Ekaterina Karniouchina, William L. Moore, Válerie Séverin, and Pierre-Francois Uldry (2006), "The no-choice option and dual response choice designs," *Marketing Letters*, 17, 4, (December).

5. Dahan, Ely, and John R. Hauser (2002), "The Virtual Customer," *Journal of Product Innovation Management*, 19.

6. Diener, Christopher G., Bryan Orme, Dan Yardley, "Dual Response 'None' Approaches: Theory and Practice," *2006 Sawtooth Software Conference Proceedings*.

7. Ding, Min (2007), An Incentive-Aligned Mechanism for Conjoint Analysis, *Journal of Marketing Research*, 44, 2, (May).

8. Ding, Min, John R. Hauser, et al. (2011), Unstructured Direct Elicitation of Decision Rules, *Journal of Marketing Research*, 48, 1, (February).

9. Ding, Min, Rajdeep Grewal, and John Liechty (2005), "Incentive-Aligned Conjoint Analysis," *Journal of Marketing Research*, 42, 1, (February).

10. Ding, Min, Young-Hoon Park, and Eric T. Bradlow (2009), "Barter Markets for Conjoint Analysis," *Marketing Science*, 55, 6.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT C

11. Gelman, Andrew, John Carlin, Hal Stern, and Donald Rubin (2004), *Bayesian Data Analysis,* Second Edition, (Chapman & Hall).

12. Green, Paul E., Abba M. Krieger, and Yoram Wind (2001), "Thirty Years of Conjoint Analysis: Reflections and Prospects," *Interfaces*, 31, 3, (May-June).

13. Griffin, Abbie and John R. Hauser (1993), "The Voice of the Customer," *Marketing Science*, 12, 1, (Winter).

14. Guadagni, Peter, and John Little (1983), "A Logit Model of Brand Choice Calibrated on Scanner Data," *Marketing Science*, 2, 3.

15. Hardie, Bruce G., Eric J. Johnson, and Peter S. Fader (1993), "Modeling Loss Aversion and Reference Dependence Effects on Brand Choice," *Marketing Science*, 12, 4, (Fall).

16. Hauser, John R. (1978), "Testing the Accuracy, Usefulness, and Significance of Probabilistic Choice Models: An Information-Theoretic Approach", *Operations Research*, 26, 3, (May-June).

17. Hauser, John R., Olivier Toubia, Theodoros Evgeniou, Rene Befurt, and Daria Dzyabura (2010), "Disjunctions of Conjunctions, Cognitive Simplicity and Consideration Sets," *Journal of Marketing Research*, 47, (June).

18. Hauser, John R. and Vithala Rao (2004), "Conjoint Analysis, Related Modeling, and Applications," *Advances in Marketing Research: Progress and Prospects*, Jerry Wind and Paul Green, Eds., (Boston, MA: Kluwer Academic Publishers).

19. Kahneman, Daniel, and Amos Tversky (2000), "Prospect Theory: An Analysis of Decision under Risk," in *Choices, Values, and Frames*, Daniel Kahneman and Amos Tversky, Eds., (Cambridge University Press).

20. Kalyanaram, Gurumurthy, and Russell Winer (1995), "Empirical Generalizations from Reference Price Research," *Marketing Science*, 14, 3, Special Issue on Empirical Generalizations in Marketing.

21. Lenk, Peter J., Wayne S. DeSarbo, Paul E. Green and Martin R. Young (1996), "Hierarchical Bayes Conjoint Analysis: Recovery of Partworth Heterogeneity from Reduced Experimental Designs," *Marketing Science*, 15, 2.

22. Orme, B (2010), "Chapter 10: Market Simulators for Conjoint Analysis," *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research*, Second Edition, (Madison, Wis.: Research Publishers LLC).

23. Rao, Vithala (2008), "Developments in Conjoint Analysis," *Handbook of Marketing Decision Models,* B. Wierenga, Ed., ( Boston, MA: Springer Science and Business Media).

24. Rossi, Peter E. and Greg M. Allenby (2003), "Bayesian Statistics and Marketing," *Marketing Science*, 22, 3, (Summer).

25. Sawyer, Alan G. (1975), "Demand Artifacts in Laboratory Experiments in Consumer Research," *Journal of Consumer Research*, 1, 4, (March).

26. Selove, Matthew, and John R. Hauser (2011), "The Strategic Importance of Predictive Uncertainty in Conjoint Design," Working Paper.

27. Shimp, Terence A., Eva M. Hyatt, and David J. Snyder (1991), "A Critical Appraisal of Demand Artifacts in Consumer Research," *Journal of Consumer Research*, 18, 3, (December).

28. Smith, D.M., N. Schwarz, T.R. Roberts, and P.A. Ubel (2006), "Why are you calling me? How study introductions change response patterns," *Quality of Life Research*, 15.

29. Toubia, Olivier, Duncan I. Simester, John R. Hauser, and Ely Dahan (2003), "Fast Polyhedral Adaptive Conjoint Estimation," *Marketing Science*, 22, 3, (Summer).

30. Toubia, Olivier, John R. Hauser, and Duncan Simester (2004), "Polyhedral Methods for Adaptive Choice-based Conjoint Analysis," *Journal of Marketing Research*, 41, 1, (February).

31. Toubia, Olivier, John Hauser and Rosanna Garcia (2007), "Probabilistic Polyhedral Methods for Adaptive Choice-Based Conjoint Analysis: Theory and Application," *Marketing Science*, 26, 5, (September-October).

32. Urban, Glen L., and John R. Hauser (1980), *Design and Marketing of New Products*, (Englewood Cliffs, NJ; Prentice-Hall, Inc.).

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
Case 5:12-cv-00630-LHK Document 1182-1 Filed 01/27/14 Page 44 of 123

EXHIBIT C

33. Urban, Glen L., and John R. Hauser (2004), "'Listening-In' to Find and Explore New Combinations of Customer Needs," *Journal of Marketing*, 68, 2, (April).

## B. Bates Documents

1. SAMNDCA630-06642237.

## C. Other Publications

1. Diamond, Shari S. (2011), "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, Federal Judicial Center.

2. Sawtooth Software Research Paper (2000), "An Overview and Comparison of Design Strategies for Choice-Based Conjoint Analysis."

3. Sawtooth Software Technical Paper (2008), "The CBC System for Choice-Based Conjoint Analysis."

## D. Websites

1. "AMS Co-Founder John Hauser Receives Lifetime Achievement Award", PRWeb, http://www.prweb.com/releases/2013/8/prweb10989760.htm, visited on August 10, 2013.

2. "2009 Charles Coolidge Parlin Marketing Research Award," American Marketing Association, January 14, 2009, http://www.marketingpower.com/ResourceLibrary/Pages/MarketingThoughtLeaders/MarketingThoughtLeaders11409/Parlin_Marketing_Research_Award.aspx, visited on August 10, 2013.

3. "CAPTCHA: Telling Humans and Computers Apart Automatically," CAPTCHA, http://www.captcha.net/, visited on August 10, 2013.

4. "Charles Coolidge Parlin - Marketing Research Award," American Marketing Association, http://www.marketingpower.com/Calendar/Pages/CharlesCoolidgeParlinAward.aspx, visited on August 10, 2013.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT C

5.  http://downloadcenter.samsung.com/content/UM/201207/2012071003483969
    1/US_Cellular_R530_Galaxy_S_III_English_User_Manual_LG1_F3.pdf,
    visited on July 29, 2013.

6.  http://downloadcenter.samsung.com/content/UM/201306/2013060406391120
    3/TMO_SGH-T889_English_User_Manual_JB_MB3_F6.pdf, visited on
    August 10, 2013.

7.  http://downloadcenter.samsung.com/content/UM/201306/2013061823375868
    1/GEN_GT-N5110_Galaxy_Note8_JB_English_User_Manual_MCA_F6.pdf,
    visited on August 10, 2013.

8.  http://downloadcenter.samsung.com/content/UM/201306/2013062004533606
    2/ATT_SGH-i467_Galaxy_Note_8_JB_English_User_Manual_ME5_F4.pdf,
    visited on August 10, 2013.

9.  http://reviews.cnet.com/4504-6452_7-0.html?id=35326382&id=34129372,
    visited on August 4, 2013.

10. http://reviews.cnet.com/cell-phone-buying-guide/, visited on July 29, 2013.

11. http://reviews.cnet.com/tablet-buying-guide/, visited on August 10, 2013.

12. http://skp.samsungcsportal.com/integrated/popup/FaqDetailPopup3.jsp?cdsite
    =hk_en&seq=445281, visited on August 10, 2013.

13. https://support.google.com/nexus/10/answer/2781801?hl=en, visited on
    August 10, 2013.

14. http://t-mobile-coverage.t-mobile.com/4g-wireless-broadband-service, visited
    on July 29, 2013.

15. http://www.att.com/shop/wireless/devices/comparephone.html?sku=sku65804
    54&sku=sku6100225, visited on August 4, 2013.

16. http://www.nobelprize.org/nobel_prizes/economics/laureates/2002/press.html,
    visited on August 10, 2013.

17. http://www.researchnow.com/en-
    gb/Panels/PanelQuality/ResearchIntegrity.aspx, visited on August 5, 2013.

18. http://www.researchnow.com/en-US/Panels.aspx, visited on August 10, 2013.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT C

19. http://www.samsung.com/global/business/mobile/product/galaxy-tab/GT-P7300UWAXSP-spec, visited on August 10, 2013.

20. http://www.samsung.com/global/microsite/galaxytab2/10.1/features.html?type=find, visited on August 10, 2013.

21. http://www.samsung.com/global/microsite/galaxytab2/10.1/spec.html?type=find, visited on August 2, 2013.

22. http://www.samsung.com/us/article/tips--tricks-galaxy-s-ii-camera#ACTION, visited on July 29, 2013.

23. http://www.samsung.com/us/mobile/cell-phones/SGH-I317ZWAATT, visited on July 29, 2013.

24. http://www.samsung.com/us/mobile/cell-phones/SGH-I337ZWAATT-specs, visited on July 29, 2013.

25. http://www.samsung.com/us/mobile/cell-phones/SGH-I577YKAATT, visited on July 29, 2013.

26. http://www.samsung.com/us/mobile/cell-phones/SGH-T889PSATMB-specs, visited on July 29, 2013.

27. http://www.samsung.com/us/mobile/cell-phones/SPH-L710ZPBSPR, visited on July 29, 2013.

28. http://www.samsung.com/us/mobile/galaxy-tab-accessories/ETC-S1G2WEBXAR, visited on August 10, 2013.

29. http://www.samsung.com/us/mobile/galaxy-tab/GT-P3113GRSXAR-specs, visited on August 10, 2013.

30. http://www.samsung.com/us/mobile/galaxy-tab/GT-P5113TSYXAR, visited on August 10, 2013.

31. http://www.samsung.com/us/mobile/galaxy-tab/SCH-I815LSAVZW-specs, visited on August 10, 2013.

32. http://www.samsung.com/us/mobile/galaxy-tab/SCH-I925EAAUSC-specs, visited on August 10, 2013.

33. http://www.samsung.com/us/support/faq/FAQ00045927/48727, July 29, 2013.

34. http://www.samsung.com/us/support/faq/FAQ00047400/51443, visited on August 10, 2013.

35. http://www.samsung.com/us/support/faq/FAQ00052067/58473, visited on August 10, 2013.

36. http://www.samsung.com/us/support/faq/FAQ00052609/60943, visited on August 10, 2013.

37. http://www.samsung.com/us/support/howtoguide/N0000548/9621/108094, visited on August 10, 2013.

38. http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00048004&fm_seq=52144, visited on July 29, 2013.

39. http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00052311&fm_seq=59991, visited on July 29, 2013.

40. http://www.samsung.com/us/support/supportOwnersHowToGuidePopup.do?howto_guide_seq=7066&prd_ia_cd=N0000003&map_seq=48258, visited on August 9, 2013.

41. http://www.samsung.com/us/support/supportOwnersHowToGuidePopup.do?howto_guide_seq=7486, visited on July 29, 2013.

42. http://www.samsung.com/us/support/supportOwnersHowToGuidePopup.do?howto_guide_seq=9086&prd_ia_cd=N0000006&map_seq=74610, visited on July 29, 2013.

43. http://www.staples.com/sbd/cre/marketing/technology-research-centers/tablets/compare-tablets.html, visited on August 5, 2013.

44. "Previous Recipients," 18th Paul D. Converse Marketing Symposium, http://business.illinois.edu/converse/previous.htm, visited on August 10, 2013.

45. Research Now Panel Quality: Our Values, http://www.researchnow.com/en-US/~/media/578E9AB322D5491CA61005CF64005C54.ashx, visited on August 10, 2013.

46. Research Now Industry Associations, http://www.researchnow.com/en-US/AboutUs/IndustryInvolvement.aspx, visited on August 10, 2013.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT C

47. "The Paul D. Converse Awards," American Marketing Association, http://www.marketingpower.com/Community/ARC/Pages/Career/Awards/Converse.aspx, visited on August 10, 2013.

48. Thomas Gryta, "T-Mobile to Sell iPhone April 12," *The Wall Street Journal*, March 26, 2013, visited on August 10, 2013 at http://online.wsj.com/article/SB100014241278873241052045783844823192 59430.html.

Confidential—Contains Material Designated as Confidential—Pursuant to a Protective Order

EXHIBIT D1: SMARTPHONE

# Attribute Selection

| Name of Attribute | Features in Survey | Source | Information from Source |
|---|---|---|---|
| Data Accessibility | Notification Bar | Samsung Galaxy S III How to Guide | "The Notification Panel is a great place to quickly access alerts and shortcuts." "It is accessible from any menu or application." "With expandable notifications, apps can give more information, effortlessly and on demand." |
| Call Initiation and Screening | Three-Way Calling Reject Call with Message Wi-Fi Calling | Samsung Galaxy Note II User Manual | The "Call Functions and Contacts List" section of the user manual includes:     Making a Call     Quick Dialing a Number     Running a Call in the Background     Making Emergency Calls     Answering a Call (reject call with message included)     Managing Reject Calls (auto reject mode)     Pause and Wait Dialing     Wi-Fi Calling     Multi-Party Calls |
| Input Assistance | Copy-Paste Voice to Text S Pen | Samsung Galaxy Note II User Manual | The "Entering Text" section of the user manual includes:     Google voice typing     Samsung keyboard     Swype     Handwriting Mode (using S Pen) |
| Screen Size | 4.0" 4.8" 5.0" 5.5" | CNET Cell Phone Buying Guide Samsung Galaxy Note II Product Page | Listed under "Key consideration points." The "large, HD screen" is mentioned in the main summary and the specific size is mentioned on the main specs list. |
| Camera | Panorama Best Photo Smile Shot Buddy Photo Share | Samsung Galaxy Note II Product Page | Camera section includes: Auto Focus; Shot modes (Best Face, Best Photo, Beauty, Buddy Photo Share, Burst Shot, Face Detection, HDR, Low Light, Panorama, Share Shot, Single Shot, Smile Shot); Editing Modes; Camcorder; DivX; HD Recording and Playback; Video Share; TV-Out; Online Image Uploading |

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT D1: SMARTPHONE

# Feature Selection

| Name of Feature | Description from Survey | Source | Description from Source |
|---|---|---|---|
| Notification Bar | You can access the Notification Bar by dragging down from the top of the screen. This feature allows you to quickly review any new notifications received by your smartphone, as well as to quickly access certain configuration settings, such as adjusting volume or turning off Wi-Fi.   Without this feature, new notifications received by your smartphone would appear in a pop-up window, and you would be able to access configuration settings only by navigating to the "Settings" app on your device. | Samsung Galaxy SIII User Manual | "Notifications shows information about connections, alerts, and other items. 1. Touch and drag downward form the top of the screen to display notifications. 2. Touch an item to open the item, or to launch the related app or feature. 3. Touch Clear to clear all Notifications."<br><br>"Use settings at the top of the Notifications to control popular settings.  Slide your finger right and let to see all the icons. Wi-Fi...GPS...Sound...Screen rotation..." |
| Three-Way Calling | Three-Way Calling allows you to set up a conference call with two other callers.  When on a call with one person, you can touch "add call" to place your first call on hold.  Once you call a second person, you can touch "merge calls" to talk with both people at the same time. | Samsung Galaxy SIII User Manual | "Use multi-party call features to set up a call between multiple callers, such as for a conference call. 1. Establish the first call, by answering an incoming call or making a call. 2. Touch Add Call. The first call is placed on hold. 3. Make the second call by touching the phone number digits, then press [Call Button]. 4. Touch Merge to merge the calls into one conference call. 5. To end the call touch [End Call Button]." |
| Reject Call with Message | The Reject Call with Message feature allows you to reject a phone call and simultaneously send a text message to that caller.  When receiving a call, your smartphone will display the "Answer" button so that you can take the call as well as a "Reject" button so that you can reject the call and a "Reject call with message" button so that you can reject the call while at the same time sending a text message.  This text message can either be a pre-stored text message, such as "I'll call you later," or a message you can then create.   Without this feature, you would have only the "Answer" and "Reject" buttons, and if you wanted to send the caller a text message, you would have to separately compose one after rejecting the call by using your text messaging app. | Samsung How To Guide for Galaxy S III | "Alternatively, you can reject the call and send the caller a text message by sliding the Reject call with message bar up form the bottom of the screen and selecting the message template, or selecting Create new message." |
| Wi-Fi Calling | Wi-Fi Calling allows you to make phone calls and send messages over a Wi-Fi network when you are in areas of poor reception.   You can make phone calls and send text messages over a Wi-Fi network in the same way as you do on a cellular network.  Calls made and text messages sent over Wi-Fi count towards your monthly voice and data plan just l ke when you are on a cellular network. | T-Mobile Website | "T-Mobile® Wi-Fi Calling keeps you connected in areas with little or no coverage. Can't make a call from your basement? Switch to Wi-Fi Calling and you'll be set. Capable device and Wi-Fi connection required. Wi-Fi Calling may decrement plan minutes." |
| Copy-Paste | The Copy-Paste feature allows you to copy and paste text on your device.  To use this feature, you touch and hold a word to select it.  You can also select more text by dragging the anchor points at either end of the selected word.  Then, you can select "Copy" to copy the text you selected.  Touching and holding anywhere else in a text field will then allow you to select "Paste" to paste in your selected text. | Samsung FAQs: How do I Copy, Paste, Search, and Share Text on my Samsung Galaxy Note® II? | "You can copy and paste text in many applications... 1. Touch and hold the screen area containing the selected text until the text select is shown. 2. Adjust the selected area by touching and dragging the anchor points at either end of the selected text. Any selected text will appear highlighted... Touch Copy to make the selected area available for pasting into other apps... 1. Open the location to paste the text (for example, messaging, as shown below). 2. Touch and hold the text field where you want to paste the text, then touch Paste." |

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT D1: SMARTPHONE

# Feature Selection

| Name of Feature | Description from Survey | Source | Description from Source |
|---|---|---|---|
| Voice to Text | The Voice to Text feature allows you to enter text using your voice instead of typing it on your smartphone.  You can tap the microphone icon on your keyboard and speak the words you want to type.  Your device will then transcribe your spoken words into written text for you, for example in a text message or email.  Without this feature, you would have to type all of the text you wanted to enter on your smartphone. | Samsung FAQs: Open/Generic GSM: What keyboard input methods are offered on my Open GSM Galaxy™ Nexus™ (GT-i9250) mobile device? | "When using an app that requires text input, touch the text field. The Android Keyboard will automatically appear. If you want to enter text using the Speech-to-Text function, touch the Speech-to-Text icon." |
| S Pen | With the S Pen feature your smartphone comes with a stylus, or electronic pen.  In addition to the finger gestures you normally use on your smartphone, this feature gives you the option to use the stylus to navigate menus and enter information.  For example, you can write directly in the calendar application of your device as if you are handwriting on a paper calendar. | Samsung FAQs: How do I use the S Pen™ on my Samsung Galaxy Note® II? | "The S Pen™ not only enables you to interact with your device's screen to navigate menus and enter information, it also simplifies many other functions...Using the S Pen, you can write directly in an application. In the example below, we are creating a Calendar event using the S Pen." |
| 4.0" | The diagonal length of the screen could be 4.0 inches, 4.8 inches, 5.0 inches, or 5.5 inches. | Samsung Galaxy Exhilarate Product Page | Based on Samsung Galaxy Exhilarate (or Galaxy Axiom) |
| 4.8" | The diagonal length of the screen could be 4.0 inches, 4.8 inches, 5.0 inches, or 5.5 inches. | Samsung Galaxy S III Product Page | Based on Samsung Galaxy S III |
| 5.0" | The diagonal length of the screen could be 4.0 inches, 4.8 inches, 5.0 inches, or 5.5 inches. | Samsung Galaxy S IV Product Page | Based on Samsung Galaxy S IV |
| 5.5" | The diagonal length of the screen could be 4.0 inches, 4.8 inches, 5.0 inches, or 5.5 inches. | Samsung Galaxy Note II Product Page | Based on Samsung Galaxy Note II |
| Panorama | The Panorama feature allows you to take wide-angle, panoramic camera shots that cannot be contained in a single frame.  You can point your device's camera in the direction in which you want to begin your panoramic shot, and when the first frame you want is fully within the green square on the screen, you can take the picture, and then move the camera over to take the next part of the panoramic shot.  You can repeat this process up to eight times, moving the camera one frame over in each case.  The Panorama feature then automatically stitches together the different photos you have taken to form one single panoramic image. | Samsung Galaxy SII Tips and Tricks | "Once activated, simply point the camera in the direction indicated on the screen until the green square is fully contained and the picture is snapped.  Repeat the process up to eight times, moving the camera a frame over in each instance.  The phone will stitch the photos together to form on panoramic image." |
| Best Photo | The Best Photo feature allows you to automatically capture eight photos of whatever you are taking a picture of so that you can choose the best single photo to keep.  For example, if you want to have a picture of a hot air balloon, the Best Photo feature will take eight successive photos automatically so that you can select the one photo of that hot air balloon that you feel is best and discard the rest. | Samsung How To Guide for Galaxy S III | "Aim the camera at your subject and touch the area you want to focus on. When the focal point turns green, touch and hold the camera shutter button.  Your camera will capture eight images in quick succession, thanks to its zero shutter lag.  You will be taken to a review screen, and you will be shown the best picture first.  You can touch and hold the thumbnails to add more shots to the Best photo list.  Selected pictures will appear with a thumbs-up icon.  When you have marked all of the Best shots, touch Done to save those pictures to the a bum and discard the rest." |
| Smile Shot | The Smile Shot feature allows you to capture pictures while your subjects are smiling.  For example, if you are taking a photo of a child, Smile Shot enables your smartphone's camera to detect when the child is smiling, and to then take a photo at that moment.  Without this feature, you would need to exactly time when you take the photo if you want to capture your subjects when they are smiling. | Samsung Galaxy SIII User Manual | "Touch the Camera button to focus on the subject's face.  If a smile is detected, the picture is taken automatically." |

# Feature Selection

| Name of Feature | Description from Survey | Source | Description from Source |
|---|---|---|---|
| Buddy Photo Share | The Buddy Photo Share feature allows you to tag and share pictures with individuals listed in your contacts.  For example, when you take a picture using your smartphone, this feature will automatically place a yellow box around each face it detects in that picture.  You can then tap each box to tag that face as one of your existing contacts, and then tap the face of your contact to choose to email or message the picture to that contact.  You can also tap the Send button on the upper right to email the picture to all the contacts tagged in the picture.   Without this feature, you would have to manually send your photos to your contacts. | Samsung How to Guide for Galaxy S III | "Buddy Photo Share allows you to easily tag and share pictures with your contacts.  When you capture a picture with your camera, receive pictures in messages, or download pictures from other sources, your device will help you recognize faces and tag your contacts. Once you have added a contact, you can easily share the picture with the tagged contacts.  When you use Buddy Photo Share to tag pictures, your device will learn to automatically recognize your contacts in your pictures." <br><br> "...Your device will recognize any faces in the picture and mark them with a yellow box. 3. Touch the yellow box, and then touch Add name. 4. Select the contact that you want to tag in the picture. A tag box now appears with a button allowing you to share the picture with the contact.  The sharing option will vary based on the options available in the contact's information.  If you touch Send, the picture will be sent to everyone tagged." |

# Attribute Selection

| Name of Attribute | Features in Survey | Source | Information from Source |
|---|---|---|---|
| Data Accessibility | Status Bar | Samsung Galaxy Note 10.1 Frequently Asked Questions | "The Notification Panel is a great place to quickly access alerts and shortcuts."<br>"It is accessible from any menu or application." |
| Input Assistance | Copy-Paste<br>Voice to Text<br>S Pen | Samsung Galaxy Note 8 User Manual | The "Entering Text" section of the user manual includes:<br>    Google voice typing<br>    Samsung keyboard<br>    Swype<br>    Handwriting Mode (using S Pen) |
| Screen Size | 7.0"<br>7.7"<br>8.9"<br>10.1" | CNET Tablets Buying Guide | Screen size is mentioned as one of the criteria in the tablets buying guide. |
| Lock Screen Interface | Lock Screen Display Customization<br>Lock Screen Shortcuts<br>Multiple Lock Screen Widgets<br>Slide to Unlock | Samsung Galaxy Note 8 User Manual | The "Lock Screen" section of the user manual includes:<br>    Settings for unlocking your screen (swipe to unlock, face unlock, etc.)<br>    Customizing your lock screen<br>    Lock screen options (shortcuts, information ticker, clock, dual clock, weather, popup note)<br>    Security |
| Connectivity | Wi-Fi<br>GPS<br>AllShare Play<br>IR Blaster | Samsung Galaxy Note 8 User Manual<br>Samsung Galaxy Tab 2 10.1 Product Page - Specifications | The "Connections" section of the user manual includes WiFi.<br>Connectivity is a category, and includes WiFi. |

Confidential—Contains Material Designated as Confidential—Pursuant to a Protective Order

EXHIBIT D2: TABLET

# Feature Selection

| Name of Feature | Description from Survey | Source | Description from Source |
|---|---|---|---|
| Status Bar | You can access the Status Bar by dragging up the bottom right of the home screen. This feature allows you to quickly review any new notifications received by your tablet, as well as to quickly access certain configuration settings, such as adjusting volume or turning off Wi-Fi. Without this feature, new notifications received by your tablet would appear in a pop-up window, and you would be able to access configuration settings only by navigating to the "Settings" app on your device. | Samsung Galaxy Note 8 User Manual | " The Status Bar is part of the System Bar and displays icons to show network status, battery power and other details"<br><br>"When you receive a notification, the Notification icon displays in the System Bar, to the left of the Time. Notifications indicate the arrival of Gmail, Email, alarms and more."<br><br>"To view and control the most common settings for your tablet, as well as accessing the complete Settings application, open the Quick Settings panel…The Quick Settings are…Wi-Fi…GPS…" |
| Copy-Paste | The Copy-Paste feature allows you to copy and paste text on your device. To use this feature, you touch and hold a word to select it. You can also select more text by dragging the anchor points at either end of the selected word. Then, you can select "Copy" to copy the text you selected. Touching and holding anywhere else in a text field will then allow you to select "Paste" to paste in your selected text. | Samsung How To Guide for Galaxy Tab 10.1 | "While you are entering text, you can use the copy and paste feature to use text in other applications. (1) Tap and hold a word. (2) Drag [anchor points] to select the text you want. (3) Select Copy to copy, or Cut to cut the text onto the clipboard. (4) In another application, tap and hold the text input field. (5) Select Paste to insert the text from the clipboard into the text input field." |
| Voice to Text | The Voice to Text feature allows you to enter text using your voice instead of typing it on your tablet. You can tap the microphone icon on your keyboard and speak the words you want to type. Your device will then transcribe your spoken words into written text for you, for example in an email. Without this feature, you would have to type all of the text you wanted to enter on your tablet. | Samsung How to Guide for Nexus10 Tablet | "Google voice typing is a feature that allows you to enter text using your voice. To use Google voice typing when you are entering text, touch the Microphone key on the onscreen keyboard. When you see the microphone image, speak what you want to type." |
| S Pen | With the S Pen feature your tablet comes with a stylus, or electronic pen. In addition to the finger gestures you normally use on your tablet, this feature gives you the option to use the stylus to navigate menus and enter information. For example, you can write directly in the calendar application of your device as if you are handwriting on a paper calendar. | Samsung Galaxy Note 10.1 S Pen Product page | "The tip of [the] stylus simulates a finger touch, tap or swipe to provide a full touch screen enviornment without leaving a single fingerprint behind….the S Pen allows you to make quick notes, draw or edit in addition to performing touch touch screen demands." |
| Lock Screen Display Customization | The Lock Screen Display Customization feature allows you to customize the appearance of the lock screen on your tablet. For example, you can add or remove the clock and date, and change the wallpaper on the lock screen. | Samsung Galaxy Note 8 User Manual | "You can customize the Lock screen with the lock screen options…set news or stock information ticker on the lock screen…activate or deactivate the Lock screen clock…show a ripple effect non the lock screen…"<br><br>"You can choose a picture to display on the Home screen, Lock screen, or to both the Home and lock screens." |
| Lock Screen Shortcuts | The Lock Screen Shortcuts feature allows you to add shortcuts to your lock screen so that you can quickly access certain apps on your tablet without unlocking the tablet entirely. For example, you could add shortcuts to apps such as your camera and email service. To activate one of these shortcuts from the lock screen, simply select the app's icon and drag it upward. Without this feature, you would have to unlock your tablet every time you wanted to use an app. | Samsung How to Guide for Galaxy Note 10.1 | "Touch Shortcuts to modify the shortcuts shown on your lock screen. To open the shortcuts from the lock screen, touch the shortcut and swipe it in any direction. Your device's screen will unlock and your device will open the application" |

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT D2: TABLET

# Feature Selection

| Name of Feature | Description from Survey | Source | Description from Source |
|---|---|---|---|
| Multiple Lock Screen Widgets | The Multiple Lock Screen Widgets feature allows you to have access to up to five different lock screens, each of which could display different information or offer quick access to different services.  For example, the lock screens could be customized to display widgets such as Gmail, Calendar, and Yahoo! Finance.  To switch between your lock screens, you would simply swipe the lock screen to the left or right. | Google Support Page for Nexus 10: Use & customize the lock screen | "You can add widgets to your device's lock screen and swipe between them. Lock screen widgets let you scan recent Gmail messages, Calendar entries, and other app content without unlocking your screen."<br><br>"You can add up to five widgets to your lock screen. To move between them on your phone, swipe between screens. To move between them on your tablet, swipe across the top of the screen in portrait mode, or across the left side of the screen in landscape mode." |
| Wi-Fi | The Wi-Fi feature allows you to connect to a home, office, or public wireless network.  A Wi-Fi network allows you to access the Internet without the use of wires or cables, and without using your cellular service provider's network. | Samsung Galaxy Note 8 User Manual | "Wi-Fi is a wireless networking technology that provides access to local area networks. Use your device's Wi-Fi feature to: (1) access the internet for browsing or to send and receive email (2) access your corporate networks (3) use hotspots provided by hotels or airports while traveling." |
| GPS | The GPS feature allows your location-based apps to use Global Positioning System (GPS) signals when identifying your tablet's location.  For example, when you are using a navigation app such a Google Maps, the app can make use of GPS signals to achieve turn-by-turn navigation.  Without this feature, your tablet cannot use GPS signals to determine your location, but can use other methods, such as by detecting the location of a nearby Wi-Fi network. | Samsung Galaxy Note 8 User Manual | "GALAXY can use a Global Positioning System (GPS) signal for location-based applications"<br><br>"Before you use applications such as Google Maps and find your location or search for places of interest, you must enable the Use wireless networks option or enable the GPS satellites." |
| AllShare Play | The AllShare Play feature allows you to share content across your connected devices.  For example, you can display content from your tablet on your compatible television set, or you can use your tablet to remotely access content from other devices such as your computer at home.  You can also store content securely on the internet and access it anytime across all your connected devices. | Samsung Galaxy Tab 2 10.1 Features Page | "More multimedia sharing at your fingertips through AllShare Play* which connects all DLNA-compatible devices including your phone, computer or laptop to easily transfer data or push to TV. Using as mother remote, Tab 2 (10.1) plays movies and games on the big screen for everyone to enjoy together. Or set to Twin View or Clone View to view multiple TV shows so everyone gets to watch what they want. Cloud media storage provides added flexibility to accommodate everybody's different data needs." |
| IR Blaster | With the IR Blaster feature, you can use your tablet as a universal remote that controls various devices.  For example, you can synchronize your tablet with different devices such as your TV, cable box, and streaming media player.  You can then use your tablet as a universal remote that performs the functions of individual remote controls, such as changing channels, adjusting volume, and selecting streaming content. | Samsung Galaxy Tab 2 10.1 Product Page | "Built in IR Blaster turns your tablet into a universal remote helping you easily find your favorite shows." |
| 7.0" | The diagonal length of the screen could be 7.0 inches, 7.7 inches, 8.9 inches, or 10.1 inches. | Samsung Galaxy Tab 2 7.0 Product Page | Based on Samsung Galaxy Tab 2 7.0 |
| 7.7" | The diagonal length of the screen could be 7.0 inches, 7.7 inches, 8.9 inches, or 10.1 inches. | Samsung Galaxy Tab 7.7 Product Page | Based on Samsung Galaxy Tab 7.7 |
| 8.9" | The diagonal length of the screen could be 7.0 inches, 7.7 inches, 8.9 inches, or 10.1 inches. | Samsung Galaxy Tab 8.9 Product Page | Based on Samsung Galaxy Tab 8.9 |
| 10.1" | The diagonal length of the screen could be 7.0 inches, 7.7 inches, 8.9 inches, or 10.1 inches. | Samsung Galaxy Note 10.1 Product Page | Based on Samsung Galaxy Note 10.1 |

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

## Smartphone Conjoint Survey Questionnaire

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

**FORMAT:** The survey consists of the following tracks:

| |
|---|
| Introduction & Screening (questions labeled QS) |
| Choice Exercise Setup |
| Choice Exercise |

## Overview

**Quota:** n=600 who have owned certain models of Samsung smartphone in the past twelve months

Subquotas for <u>most recent</u> Samsung smartphone:

- n=168 (any of the following): Admire, Conquer 4G, Captivate Glide, Dart, Exhibit II 4G, Galaxy Nexus, Galaxy Note, Galaxy Note II, Illusion, Stratosphere, Transform Ultra, or Galaxy Rugby Pro
- n=126 (any of the following): Galaxy S II, Galaxy S II Epic 4G Touch, or Galaxy S II Skyrocket
- n=306: Galaxy S III

**Inbound sample:** Targeted sample of smartphone owners, inbound clicks balanced to US Census for age, gender and region.

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

## Introduction & Screening

[INTRODUCTION 1] Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW / UNSURE option. <u>It is very important that you not guess.</u>

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

This survey should take about 30-45 minutes to complete.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

[INSERT CAPTCHA]
QS0. Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.
** code is case sensitive **

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

**[NEXT PAGE]**

QS1. What type of electronic device are you using to complete this survey? *(Select one only)*
   **[RANDOMIZE]**
⊙  Desktop computer **[CONTINUE]**
⊙  Laptop computer **[CONTINUE]**
⊙  Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab) **[TERMINATE]**
⊙  Smartphone (e.g., iPhone, Android, Blackberry) **[TERMINATE]**
⊙  Other mobile or electronic device **[ANCHOR; TERMINATE]**


**[NEXT PAGE]**

QS2. In which state do you live? (*Select one only)* **[DROP DOWN LIST OF 50 STATES + DC]**

REGION. **[HIDDEN VARIABLE; ASSIGN US CENSUS REGION BASED ON QS2]**

**[NEXT PAGE]**

QS3. Are you…? *(Select one only)*
⊙  Male
⊙  Female
⊙  Prefer not to say **[TERMINATE]**

**[NEXT PAGE]**

QS4. Into which of the following categories does your age fall? *(Select one only)*
⊙  Under 15 **[TERMINATE]**
⊙  15 - 19 **[CONTINUE]**
⊙  20 - 34 **[CONTINUE]**
⊙  35 - 49 **[CONTINUE]**
⊙  50 - 64 **[CONTINUE]**
⊙  65+ **[CONTINUE]**
⊙  Prefer not to say **[TERMINATE]**

**[NEXT PAGE]**

**[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]**


QS5. Do you or does any member of your household work for any of the following types of companies
   or in any of the following industries? *(Select all that apply)* **[RANDOMIZE]**
❑  A company that makes or sells consumer electronics **[TERMINATE]**
❑  A company that makes or sells home appliances
❑  A company that makes or sells automotive parts
❑  A marketing or market research firm **[TERMINATE]**
❑  A public relations or advertising agency **[TERMINATE]**
❑  None of the above **[ANCHOR; EXCLUSIVE]**

**[NEXT PAGE]**

QS6. In the **past 12 months** which, if any, of the following have you personally owned? *(Select all that apply)* [RANDOMIZE]

- ❏ Smartphone [CONTINUE]
- ❏ Laptop computer
- ❏ Tablet computer
- ❏ Desktop computer
- ❏ Portable MP3 player
- ❏ Blu-ray player
- ❏ Video game player
- ❏ Portable GPS
- ❏ None of the above [ANCHOR; EXCLUSIVE]

[IF SMARTPHONE NOT SELECTED IN QS6, TERMINATE]

[NEXT PAGE]

QS7. In the **past 12 months**, which of the following brands of smartphones have you personally owned? *(Select all that apply)* [RANDOMIZE]

- ❏ Apple (iPhone 5, iPhone 4S, etc.)
- ❏ BlackBerry (Z10, Curve, etc.)
- ❏ HTC (One, Desire, etc.)
- ❏ LG (Motion, G2X, etc.)
- ❏ Motorola (Razr M, Droid Razr, etc.)
- ❏ Nokia (Lumia 620, Lumia 920, etc.)
- ❏ Samsung (Galaxy Note II, Galaxy S III, etc.) [CONTINUE]
- ❏ Sony Ericsson (Xperia, Vivaz, etc.)
- ❏ None of the above [ANCHOR; EXCLUSIVE]

[IF SAMSUNG NOT SELECTED IN QS7, TERMINATE; IF MORE THAN THREE BRANDS SELECTED, ASK QS7a; OTHERWISE SKIP QS7a AND ASK QS7b]

[NEXT PAGE]

QS7a. In the **past 12 months**, which, if any, of the following brands of desktop or laptop computers have you personally owned? *(Select all that apply)* [RANDOMIZE]

- ❏ Acer (Aspire, Iconia, etc.)
- ❏ Apple (MacBook Air, MacBook Pro, iMac, etc.)
- ❏ ASUS (Zenbook, Transformer, Eee Box, etc.)
- ❏ Dell (Inspiron, Latitude, XPS, etc.)
- ❏ HP (Pavilion, Envy, Spectre, etc.)
- ❏ Lenovo (ThinkPad, IdeaPad, IdeaCentre, etc.)
- ❏ Other (please specify) [ANCHOR]
- ❏ None of the above [ANCHOR; EXCLUSIVE]

[IF MORE THAN THREE BRANDS SELECTED, TERMINATE; ALSO TERMINATE IF THE RESPONDENT (A) DID NOT SELECT LAPTOP COMPUTER IN QS6, (B) DID NOT SELECT DESKTOP COMPUTER IN QS6, AND (C) DID NOT SELECT "NONE OF THE ABOVE" IN QS7a; OTHERWISE CONTINUE TO QS7b]

[NEXT PAGE]

EXHIBIT E

**QS7b.** **[IF MORE THAN ONE BRAND OF PHONE SELECTED IN QS7, INSERT: "**Now we are going to ask you about one of the brands of smartphones you have owned."**]** In the **past 12 months**, which specific model(s) of **Samsung** smartphones have you personally owned? *(Select all that apply)*

- ☐ Acclaim
- ☐ Admire [*]
- ☐ Admire 4G
- ☐ ATIV Odyssey
- ☐ Axiom
- ☐ Captivate Glide [*]
- ☐ Conquer 4G [*]
- ☐ Continuum
- ☐ Dart [*]
- ☐ DoubleTime
- ☐ Droid Charge
- ☐ Exhibit 4G
- ☐ Exhibit II 4G [*]
- ☐ Express
- ☐ Focus 2
- ☐ Focus Flash
- ☐ Focus S
- ☐ Galaxy Appeal
- ☐ Galaxy Attain 4G
- ☐ Galaxy Discover
- ☐ Galaxy Exhilarate
- ☐ Galaxy Metrix 4G
- ☐ Galaxy Nexus [*]
- ☐ Galaxy Note [*]
- ☐ Galaxy Note II [*]
- ☐ Galaxy Precedent
- ☐ Galaxy Prevail
- ☐ Galaxy Proclaim
- ☐ Galaxy Reverb
- ☐ Galaxy Rugby Pro [*]
- ☐ Galaxy Rush
- ☐ Galaxy S II [*]
- ☐ Galaxy S II Epic 4G Touch [*]
- ☐ Galaxy S II 4G

- ☐ Galaxy S II Skyrocket [*]
- ☐ Galaxy S III [*]
- ☐ Galaxy S Aviator
- ☐ Galaxy S Blaze
- ☐ Galaxy S Lightray
- ☐ Galaxy S Relay 4G
- ☐ Galaxy Stellar
- ☐ Galaxy Stratosphere [*]
- ☐ Galaxy Stratosphere II
- ☐ Galaxy Victory 4G
- ☐ Gravity Smart
- ☐ Illusion [*]
- ☐ Indulge
- ☐ Nexus S
- ☐ Nexus S 4G
- ☐ Replenish
- ☐ Repp
- ☐ Rugby Smart
- ☐ Sidekick 4G
- ☐ Transfix
- ☐ Transform Ultra [*]
- ☐ Vitality
- ☐ Other (please specify)
- ☐ Don't know / Unsure **[EXCLUSIVE; TERMINATE]**

**[TERMINATE IF NO STARRED (\*) SAMSUNG MODEL SELECTED; IF MORE THAN THREE MODELS SELECTED, ASK QS7c;]**
**[IF ONE SMARTPHONE SELECTED IN QS7b, SKIP TO QS7e; ELSE IF MORE THAN ONE SMARTPHONE SELECTED IN QS7b, ASK QS7d]**

**[NEXT PAGE]**

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

QS7c. In the **past 12 months**, which, if any, of the following brands of portable GPS have you personally owned? *(Select all that apply)* [RANDOMIZE]
- ❒ Garmin (nüvi, eTrex, etc.)
- ❒ Magellan (RoadMate, eXplorist, etc.)
- ❒ TomTom (VIA, Start, etc.)
- ❒ Celestron (reTrace, CoursePro, etc.)
- ❒ Rand McNally (IntelliRoute, Foris, etc.)
- ❒ Other (please specify) [ANCHOR]
- ❒ None of the above  [ANCHOR; EXCLUSIVE]

[TERMINATE IF MORE THAN THREE BRANDS SELECTED IN QS7c; ALSO TERMINATE IF THE RESPONDENT (A) DID NOT SELECT PORTABLE GPS IN QS6 AND (B) DID NOT SELECT "NONE OF THE ABOVE" IN QS7c; OTHERWISE CONTINUE TO QS7d]


[NEXT PAGE]

QS7d. Which one of the following Samsung smartphones that you owned was purchased most recently? This will be referred to as your most recent Samsung smartphone for the rest of this survey.   *(Select one only)* [SHOW THE PRODUCTS SELECTED IN QS7b, IN THE SAME ORDER AS IN QS7b]
- ⊙ [INSERT MODEL]
- ⊙ [INSERT MODEL]
- ⊙ Don't know / Unsure [TERMINATE]

[MUST SELECT A STARRED (*) SMARTPHONE TO CONTINUE, OTHERWISE TERMINATE]

[NEXT PAGE]

QS7e. Thinking of your most recent Samsung smartphone, to what degree were you involved in the decision to select the product? *(Select one only)* [ROTATE FIRST THREE OPTIONS]
- ⊙ You had no involvement in the decision to select this product (i.e., you received it from someone else, or you simply purchased it but did not have any input into the choice of the model or features) [TERMINATE]
- ⊙ You were involved in the decision to select this product but did not purchase it yourself  (i.e., you may have specified the brand or model you desired or specified the key features you desired, but someone else bought it) [CONTINUE]
- ⊙ You were the primary decision maker in the selection of this product and purchased it for yourself or someone else [CONTINUE]
- ⊙ Don't know / Unsure [ANCHOR] [TERMINATE]

[NEXT PAGE]

QS7f. Approximately how much did it cost to buy your most recent Samsung smartphone, excluding sales tax? Please give your best estimate.

*Please include only the cost of the phone.* **Do not include the cost of optional accessories or monthly service fees associated with your wireless service provider (for example, AT&T, Verizon, or Sprint).**  *If your phone was free as part of a wireless service contract, please enter $0.*

*(Enter a whole number)* $ [REQUIRE A WHOLE NUMBER FROM $0 TO $999, INCLUSIVE]

- ❒ Don't know / Unsure [TERMINATE]

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

**QS8. (ANIMATION/AUDIO TEST)**

Before the survey begins, it is important to verify that you are able to see and hear videos that will be presented to you.  Please click on the button to open the video/audio test tool and then type the word you heard in the box below.

**Note:**  The video/audio test tool will appear in a pop-up window.
- If you can't **see** the video/audio test tool, it may be because the pop-up window with the tool is hidden behind your current browser window.
- If you can't **hear** the video/audio test tool, then please make sure your speakers are turned on and the volume is up.

[INSERT FLASH VIDEO BUTTON LABELED "Click to see video/audio test tool". ONCE CLICKED, THE FLASH VIDEO PLAYS AN AUDIO CLIP SAYING THE WORD "DOG".]

What word did you hear?
*(Type the exact word you heard.)*
[OPEN-ENDED]

[TERMINATE IF ANYTHING OTHER THAN "DOG" OR "DOG."  IS TYPED (NOT CASE SENSITIVE)]

[NEXT PAGE]

**Choice Exercise Setup**

[INTRODUCTION 2]  Now imagine that **your current contract with your service provider has ended and you are in the market to buy a new smartphone** to replace your most recent Samsung smartphone**.**

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, **you will be shown different Samsung smartphones**. You will be asked to **choose a Samsung smartphone that you most prefer**.

- After you make your choice, you will be asked whether you would buy **the Samsung smartphone that you chose.**

For purposes of these exercises, you should assume:

- The smartphone that you choose will come with a new **two-year contract**.

- **Monthly phone/data plan fees are <u>NOT</u> included in the purchase price of the smartphone that is listed in the exercise**, but all types of phone/data plans are available through the wireless service provider of your choice (for example, AT&T, Verizon, or Sprint).

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

6

EXHIBIT E

We want to reward you for thinking carefully about the choices that you make in this survey. Therefore, **we will randomly pick 1 out of every 20 respondents who take this survey and pay for their next smartphone**. If you are one of the lucky respondents, you will be offered a free smartphone under the following conditions:

- If you wish to participate in the free smartphone offer, you will please volunteer to tell us about your top-choice smartphone when you decide to replace your existing smartphone with a new smartphone under a new contract.

- We will then offer you a free smartphone based on your top-choice smartphone as well as the choices that you make in this survey. Except for the phone features that will vary in this survey, the free smartphone we offer you (based on your responses in this survey) will match your top-choice smartphone as closely as possible.

- If the free smartphone we offer you is priced less than $300 under contract, you will get the difference in cash. For example, if the market price of the smartphone that we offer you is $199 under contract, you will receive that smartphone plus $101 in cash ($300 - $199 = $101), if you accept the offer. If you chose to reject the offer, you forgo the reward.

- **Because your answers will determine the smartphone that we offer, it is in your best interest to think hard about the questions and answer them to reflect your preferences. Therefore, please think carefully when:**

  - **Choosing your most preferred smartphone among the alternatives shown;**

  - **Deciding whether or not to actually buy that smartphone given the availability of other smartphones in the market.**

[NEXT PAGE]

Next, you will be shown descriptions of features that may be present in the Samsung smartphones that you will be asked to choose from.  You will be shown videos of these features to help you understand them better.

**Note:**  Each video will appear in a pop-up window. Please do not close the pop-up window until the video has finished playing.
- If you can't **see** the video, it may be because the pop-up window with the video is hidden behind your current browser window.
- If you can't **hear** the video, then please make sure your speakers are turned on and the volume is up.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

7

Confidential - Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT E

The Samsung smartphones that will be shown to you include one or more features within each of the following categories:  [RANDOMIZE LIST EXCEPT PRICE – PRESENT IN SAME ORDER AS RANDOMIZED FEATURES IN THIS SECTION]

1. Price [ANCHOR]
2. Data Accessibility
3. Call Initiation and Screening
4. Input Assistance
5. Screen Size
6. Camera

In addition to features within each of the above categories, please assume that the Samsung smartphones you will be shown will have all the other features on your most recent Samsung smartphone.

**We will now introduce you to the features that will vary in the Samsung smartphones that you will be asked to choose from.**

[WAIT 10 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

[IN THE SECTION THAT FOLLOWS, RANDOMIZE THE ORDER IN WHICH THE DIFFERENT FEATURE CATEGORIES APPEAR, BUT DO NOT RANDOMIZE INDIVIDUAL FEATURES.  IN OTHER WORDS, LIST THE FEATURES WITHIN A FEATURE CATEGORY TOGETHER AND IN THE ORDER IN WHICH THEY APPEAR WITHIN THE FEATURE CATEGORY (I.E., DO NOT RANDOMIZE THE ORDER OF THE FEATURES WITHIN A FEATURE CATEGORY.)

PRICE IS ALWAYS THE FIRST FEATURE CATEGORY SHOWN]

[TIME THE ANIMATIONS AND DO NOT ALLOW THE "NEXT" BUTTONS TO APPEAR BEFORE THE LENGTH OF THE ANIMATION HAS PASSED.]

## Price Introduction

The Samsung smartphones you will choose from vary in **Price**.

Click "NEXT" to view the video of this feature. This description and video will be available for you to review throughout the exercises.

[NEXT PAGE]

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

**Please click on any of the four Price icons to view an animation describing this feature.** You can also read the description of the feature below.



Price $49



Price $99



Price $149



Price $299

**Price.** The price of the smartphone with a 2-year service contract could be $49, $99, $149, or $299. Monthly data and cellular plan fees are NOT included in the price of the smartphone. You can enter the 2-year service contract with the wireless service provider of your choice (for example, AT&T, Verizon, or Sprint).

[NEXT PAGE]

## Data Accessibility Introduction

The Samsung smartphones you will choose from vary in **Data Accessibility** features. They include one or more of the following features:  **Notification Bar, Background Syncing, Quick Links, and Universal Search**.

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

[NEXT PAGE]

**Please click on the Notification Bar icon to view an animation describing this feature.** You can also read the description of the feature below.



Notification Bar

**Notification Bar.** You can access the Notification Bar by dragging down from the top of the screen. This feature allows you to quickly review any new notifications received by your smartphone, as well as to quickly access certain configuration settings, such as adjusting volume or turning off Wi-Fi. Without this feature, new notifications received by your smartphone would appear in a pop-up window, and you would be able to access configuration settings only by navigating to the "Settings" app on your device.

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT E

**[NEXT PAGE]**

**Please click on the Background Syncing icon to view an animation describing this feature.**  You can also read the description of the feature below.



Background
  Syncing

**Background Syncing.**  The Background Syncing feature allows you to continue to use an app while data related to that app that is stored on your smartphone synchronizes with data stored elsewhere, such as on a remote computer.  For example, you can access and edit data, such as the list of contacts on your smartphone, even as your phone is sending data for those contacts to your work computer.  Without this feature, you would have to wait to use an app, for example the contacts app, while the data for the app is synchronizing with a remote computer, and that wait may be long or short.


**[NEXT PAGE]**

**Please click on the Quick Links icon to view an animation describing this feature.**  You can also read the description of the feature below.



Quick Links

**Quick Links.**  When you are viewing text on your smartphone (for example in an email), the Quick Links feature automatically detects certain types of data (such as phone numbers or email addresses) and enables you to choose among multiple actions to perform on that data.  For example, this feature will automatically detect a phone number displayed in an email, and if you press and hold the phone number, it will offer you multiple actions such as calling or texting the number, or adding it to your contacts folder.  Without this feature, if you wanted to take various actions, like calling or texting a number, you would have to manually identify and select the exact text that might be data to take actions on.

**[NEXT PAGE]**

**Please click on the Universal Search icon to view an animation describing this feature.**  You can also read the description of the feature below.



Universal Search

**Universal Search**. Universal Search lets you use a single search to find information from different sources of information, for example data stored on your smartphone as well as information found on the Internet.  Universal Search uses different rules of thumb for searching the different sources in order to find good results tailored to each source.  For example, when you type "George" in a single search box, the feature searches the Internet for "George," which might yield web pages about George Washington, and at the same time searches for "George" stored on your smartphone, which might retrieve "George Adams" from your contacts or songs by "George Michael" from your music files.

Confidential—Contains Material Designated as Confidential—Pursuant to a Protective Order

EXHIBIT E

Without Universal Search, you would have to separately search each information source, for example searching the Internet in a browser or for your contacts within your contacts application.

[NEXT PAGE]

In summary, each Samsung smartphone you will choose from comes with **Data Accessibility** with one or more of the following features:  **Notification Bar, Background Syncing, Quick Links, and Universal Search**.



[DO NOT FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS]

[NEXT PAGE]

## Call Initiation and Screening Introduction

The Samsung smartphones you will choose from vary in **Call Initiation and Screening** features. They include one or more of the following features: **Three-Way Calling, Reject Call with Message, Missed Call Screen Management, and Wi-Fi Calling.**

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

[NEXT PAGE]

**Please click on the Three-Way Calling icon to view an animation describing this feature.**  You can also read the description of the feature below.



**Three-Way Calling.**  Three-Way Calling allows you to set up a conference call with two other callers. When on a call with one person, you can touch "add call" to place your first call on hold.  Once you call a second person, you can touch "merge calls" to talk with both people at the same time.

[NEXT PAGE]

**Please click on the Reject Call with Message icon to view an animation describing this feature.** You can also read the description of the feature below.

11

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E



Reject Call
with Message

**Reject Call with Message.**  The Reject Call with Message feature allows you to reject a phone call and simultaneously send a text message to that caller.  When receiving a call, your smartphone will display the "Answer" button so that you can take the call as well as a "Reject" button so that you can reject the call and a "Reject call with message" button so that you can reject the call while at the same time sending a text message.  This text message can either be a pre-stored text message, such as "I'll call you later," or a message you can then create.   Without this feature, you would have only the "Answer" and "Reject" buttons, and if you wanted to send the caller a text message, you would have to separately compose one after rejecting the call by using your text messaging app.

[NEXT PAGE]

**Please click on the Missed Call Screen Management icon to view an animation describing this feature.**  You can also read the description of the feature below.



Missed Call Screen
Management

**Missed Call Screen Management.** The Missed Called Screen Management feature allows you to return a missed call or respond to the caller by listing the missed calls and providing you with two interactive areas to take further action.  If you touch one area, such as the picture of the missed caller, John Doe, you call John Doe back.  If you touch the other area, such as John Doe's name or phone number, then the feature takes you to a new screen that displays all of John Doe's contact information.  From the new screen, you can call John Doe, text him, or email him.  Without two areas you would have to remember to use different gestures to take different actions—like tapping John Doe's entry on the missed calls list to call him back but swiping his entry to view his contact information.

[NEXT PAGE]

**Please click on the Wi-Fi Calling icon to view an animation describing this feature.**  You can also read the description of the feature below.



Wi-Fi Calling

**Wi-Fi Calling**.  Wi-Fi Calling allows you to make phone calls and send messages over a Wi-Fi network when you are in areas of poor reception.   You can make phone calls and send text messages over a Wi-Fi network in the same way as you do on a cellular network.  Calls made and text messages sent over Wi-Fi count towards your monthly voice and data plan just like when you are on a cellular network.

[NEXT PAGE]

12

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

In summary, each Samsung smartphone you will choose from comes with **Call Initiation and Screening** with one or more of the following features: **Three-Way Calling, Reject Call with Message, Missed Call Screen Management, and Wi-Fi Calling.**



| Three-Way Calling | Reject Call with Message | Missed Call Screen Management | Wi-Fi Calling |

**[DO NOT FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS]**

**[NEXT PAGE]**

**Input Assistance Introduction**

The Samsung smartphones you will choose from vary in **Input Assistance** features. They include one or more of the following features: **Copy-Paste, Voice to Text, Automatic Word Correction, and S Pen.**

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

**[NEXT PAGE]**

**Please click on the Copy-Paste icon to view an animation describing this feature.** You can also read the description of the feature below.



Copy-Paste

**Copy-Paste.** The Copy-Paste feature allows you to copy and paste text on your device. To use this feature, you touch and hold a word to select it. You can also select more text by dragging the anchor points at either end of the selected word. Then, you can select "Copy" to copy the text you selected. Touching and holding anywhere else in a text field will then allow you to select "Paste" to paste in your selected text.

**[NEXT PAGE]**

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

**Please click on the Voice to Text icon to view an animation describing this feature.**  You can also read the description of the feature below.



Voice To Text

**Voice to Text.** The Voice to Text feature allows you to enter text using your voice instead of typing it on your smartphone.  You can tap the microphone icon on your keyboard and speak the words you want to type.  Your device will then transcribe your spoken words into written text for you, for example in a text message or email.   Without this feature, you would have to type all of the text you wanted to enter on your smartphone.

[NEXT PAGE]

**Please click on the Automatic Word Correction icon to view an animation describing this feature.**  You can also read the description of the feature below.



Automatic Word
Correction

**Automatic Word Correction.** As you type, your smartphone displays text you typed in a text box, and at the same time provides suggested replacement text in a separate box alongside the text box that displays what you actually typed.  The Automatic Word Correction feature allows you to automatically replace your original text with suggested text when, for example, you press space to move on to the next word you want to type, or you press period to end the sentence.  For example, if you type "birfday" and then press space or period, you will automatically replace it with "birthday."  Without this feature, pressing space or period would retain your original text, "birfday"; if you want to replace your original text, you would need to select the suggested "birthday" yourself.

[NEXT PAGE]

**Please click on the S Pen icon to view an animation describing this feature.**  You can also read the description of the feature below.



S Pen

**S Pen.**  With the S Pen feature your smartphone comes with a stylus, or electronic pen.  In addition to the finger gestures you normally use on your smartphone, this feature gives you the option to use the stylus to navigate menus and enter information.  For example, you can write directly in the calendar application of your device as if you are handwriting on a paper calendar.

[NEXT PAGE]

14

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

In summary, each Samsung smartphone you will choose from comes with **Input Assistance** with one or more of the following features: **Copy-Paste, Voice to Text, Automatic Word Correction, and S Pen.**



| Copy-Paste | Voice To Text | Automatic Word Correction | S Pen |

**[DO NOT FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS.]**

**[NEXT PAGE]**

---

## Screen Size Introduction

The Samsung smartphones you will choose from vary in **Screen Size**.

Click "NEXT" to view the video of this feature. This description and video will be available for you to review throughout the exercises.

**[NEXT PAGE]**

---

**Please click on any of the four Screen Size icons to view an animation describing this feature.**
You can also read the description of the feature below.


Size 4.0″


Size 4.8″


Size 5.0″


Size 5.5″

**Screen Size.** The diagonal length of the screen could be 4.0 inches, 4.8 inches, 5.0 inches, or 5.5 inches.

**[NEXT PAGE]**

---

## Camera Introduction

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

The Samsung smartphones you will choose from vary in **Camera** features. They include one or more of the following features: **Panorama, Best Photo, Smile Shot, and Buddy Photo Share.**

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

[NEXT PAGE]

**Please click on the Panorama icon to view an animation describing this feature.**  You can also read the description of the feature below.



Panorama

**Panorama.** The Panorama feature allows you to take wide-angle, panoramic camera shots that cannot be contained in a single frame.  You can point your device's camera in the direction in which you want to begin your panoramic shot, and when the first frame you want is fully within the green square on the screen, you can take the picture, and then move the camera over to take the next part of the panoramic shot.  You can repeat this process up to eight times, moving the camera one frame over in each case.  The Panorama feature then automatically stitches together the different photos you have taken to form one single panoramic image.

[NEXT PAGE]

**Please click on the Best Photo icon to view an animation describing this feature.**  You can also read the description of the feature below.



Best Photo

**Best Photo.** The Best Photo feature allows you to automatically capture eight photos of whatever you are taking a picture of so that you can choose the best single photo to keep.  For example, if you want to have a picture of a hot air balloon, the Best Photo feature will take eight successive photos automatically so that you can select the one photo of that hot air balloon that you feel is best and discard the rest.

[NEXT PAGE]

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

**Please click on the Smile Shot icon to view an animation describing this feature.** You can also read the description of the feature below.



Smile Shot

**Smile Shot.** The Smile Shot feature allows you to capture pictures while your subjects are smiling. For example, if you are taking a photo of a child, Smile Shot enables your smartphone's camera to detect when the child is smiling, and to then take a photo at that moment.  Without this feature, you would need to exactly time when you take the photo if you want to capture your subjects when they are smiling.

[NEXT PAGE]

**Please click on the Buddy Photo Share icon to view an animation describing this feature.** You can also read the description of the feature below.



Buddy Photo
Share

**Buddy Photo Share.** The Buddy Photo Share feature allows you to tag and share pictures with individuals listed in your contacts.  For example, when you take a picture using your smartphone, this feature will automatically place a yellow box around each face it detects in that picture.  You can then tap each box to tag that face as one of your existing contacts, and then tap the face of your contact to choose to email or message the picture to that contact.  You can also tap the Send button on the upper right to email the picture to all the contacts tagged in the picture.   Without this feature, you would have to manually send your photos to your contacts.

[NEXT PAGE]

In summary, each Samsung smartphone you will choose from comes **with a Camera** with one or more of the following features: **Panorama, Best Photo, Smile Shot, and Buddy Photo Share.**



[DO NOT FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS.]

[NEXT PAGE]

17

Confidential - Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT E

**Choice Exercise Tutorial**

The following video will walk you through an example of the choice exercise you will be asked to do in this survey. **Please click on the button below to view the video.**

[INSERT FLASH VIDEO BUTTON LABELED "Click to see video"]

**Click here to launch choice exercise tutorial"**

[NEXT BUTTON DELAYED FOR THE LENGTH OF THE VIDEO]

[NEXT PAGE]

Next, you will begin the choice exercises. Click the "NEXT" button to get started.

[NEXT PAGE]

18

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

## Choice Exercises

[WHEN RESPONDENT CLICKS ON ONE OF THE FEATURE CATEGORY LABELS BELOW (E.G., "DATA ACCESSIBILITY"), A POP-UP WINDOW OPENS SHOWING A 2-BY-2 TABLE WITH THE INDIVIDUAL ICONS FOR THAT FEATURE CATEGORY.

- EACH QUADRANT OF THE TABLE SHOWS THE INDIVIDUAL ICONS FOR EACH FEATURE, ARRANGED JUST LIKE THE QUADRANT ICONS.
- FOR EXAMPLE, IN THE DATA ACCESSIBILITY TABLE BELOW, NOTIFICATION BAR WOULD BE IN THE UPPER LEFT, BACKGROUND SYNCING IN THE UPPER RIGHT, QUICK LINKS IN THE LOWER LEFT, AND UNIVERSAL SEARCH IN THE LOWER RIGHT.
- WITHIN THIS 2-BY-2 TABLE, RESPONDENTS CAN CLICK ON THE INDIVIDUAL ICON OF EACH FEATURE TO POP UP THE WINDOW WITH THAT FEATURE'S ANIMATION. FOR EXAMPLE, CLICKING ON THE NOTIFICATION BAR ICON IN THE UPPER LEFT QUADRANT BELOW WILL LAUNCH A POP-UP WINDOW SHOWING THAT FEATURE'S VIDEO.
- TRACK THE NUMBER OF TIMES (0, 1, 2, 3, ETC.) THAT A RESPONDENT CLICKS TO WATCH THE VIDEO FOR EACH FEATURE.]

[EXAMPLE POP-UP WINDOW STARTS HERE]

**Please click on an icon below to view an animation describing the feature.**

**Data Accessibility**



[EXAMPLE POP-UP WINDOW ENDS HERE]

19

EXHIBIT E

[PART I – INSERT "(X/16)" WHERE X = CURRENT CHOICE EXERCISE NUMBER]

**Please choose your most preferred Samsung smartphone among the four below.** At any point you may click on the label of each feature category, on the left, to view an animation describing the features within that feature category.

| | Phone 1 | Phone 2 | Phone 3 | Phone 4 |
|---|---|---|---|---|
| **Price (with 2-year service contract)** | Price $49 | Price $99 | Price $149 | Price $299 |
| **Data Accessibility** | Notification Bar | Notification Bar; Background Syncing | Notification Bar; Background Syncing; Quick Links | Notification Bar; Background Syncing; Quick Links; Universal Search |
| **Call Initiation and Screening** | Three-Way Calling | Three-Way Calling; Reject Call with Message | Three-Way Calling; Reject Call with Message; Missed Call Screen Management | Three-Way Calling; Reject Call with Message; Missed Call Screen Management; Wi-Fi Calling |
| **Input Assistance** | Copy-Paste | Copy-Paste; Voice To Text | Copy-Paste; Voice To Text; Automatic Word Correction | Copy-Paste; Voice To Text; Automatic Word Correction; S Pen |

20

EXHIBIT E

| | Size 4.0″ | Size 4.8″ | Size 5.0″ | Size 5.5″ |
|---|---|---|---|---|
| **Screen Size** | | | | |
| **Camera** | Panorama | Panorama, Best Photo | Panorama, Best Photo, Smile Shot | Panorama, Best Photo, Smile Shot, Buddy Photo Share |
| **With all other features on your most recent Samsung smartphone** | **All other features on your most recent Samsung smartphone** | **All other features on your most recent Samsung smartphone** | **All other features on your most recent Samsung smartphone** | **All other features on your most recent Samsung smartphone** |
| | ⊙ | ⊙ | ⊙ | ⊙ |

[PART II. WILL BE SHOWN ON THE SAME SCREEN BELOW THE ABOVE CHOICES]

In answering this question, you may wish to consider the availability of other smartphone options in the market that may influence your purchase decision, including smartphones by other manufacturers or other Samsung smartphones.

Given the Samsung smartphone you chose as your most preferred among the alternatives shown, would you buy it at the indicated price?

Choose by clicking one of the buttons below. Then, click the arrow at the bottom to continue.

| Yes, I would buy the smartphone above | No, I would not buy the smartphone above. |
|---|---|
| ⊙ | ⊙ |

[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 16 TIMES. ATTRIBUTE ORDER RANDOMIZED ACROSS RESPONDENTS. THE TWO EXCEPTIONS ARE PRICE, WHICH IS ALWAYS FIRST, AND THE "ALL OTHER FEATURES" ATTRIBUTE, WHICH IS ALWAYS LAST.]

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT E

[NEXT PAGE]

[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]

[END OF SURVEY]

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F

**Tablet Computer Conjoint Survey Questionnaire**

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

**FORMAT:** The survey consists of the following tracks:

| |
|---|
| Introduction & Screening (questions labeled QS) |
| Choice Exercise Setup |
| Choice Exercise |

## Overview

**Quota:** n=600 who have owned certain models of Samsung tablet computers in the past twelve months

Subquotas for <u>most recent</u> Samsung tablet computer:

- n=192 (any of the following): Galaxy Tab 7.0 Plus, Galaxy Tab 8.9, Galaxy Note 10.1
- n=408: Galaxy Tab 2 10.1

**Inbound sample:** Targeted sample of tablet computer owners, inbound clicks balanced to US Census for age, gender and region.

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

## Introduction & Screening

[INTRODUCTION 1]  Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW / UNSURE option.  <u>It is very important that you not guess.</u>

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

This survey should take about 30-45 minutes to complete.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

[INSERT CAPTCHA]
QS0. Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.
** code is case sensitive **

[NEXT PAGE]

1

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F

QS1. What type of electronic device are you using to complete this survey? *(Select one only)*
[RANDOMIZE]
⊙ Desktop computer [CONTINUE]
⊙ Laptop computer [CONTINUE]
⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab) [TERMINATE]
⊙ Smartphone (e.g., iPhone, Android, Blackberry) [TERMINATE]
⊙ Other mobile or electronic device [ANCHOR; TERMINATE]


[NEXT PAGE]

QS2. In which state do you live? (*Select one only)* [DROP DOWN LIST OF 50 STATES + DC]

REGION. [HIDDEN VARIABLE; ASSIGN US CENSUS REGION BASED ON QS2]

[NEXT PAGE]

QS3. Are you…? *(Select one only)*
⊙ Male
⊙ Female
⊙ Prefer not to say [TERMINATE]

[NEXT PAGE]

QS4. Into which of the following categories does your age fall? *(Select one only)*
⊙ Under 15 [TERMINATE]
⊙ 15-19 [CONTINUE]
⊙ 20-34 [CONTINUE]
⊙ 35-49 [CONTINUE]
⊙ 50-64 [CONTINUE]
⊙ 65+ [CONTINUE]
⊙ Prefer not to say [TERMINATE]

[NEXT PAGE]

[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]


QS5. Do you or does any member of your household work for any of the following types of companies or in any of the following industries? *(Select all that apply)* [RANDOMIZE]
❑ A company that makes or sells consumer electronics [TERMINATE]
❑ A company that makes or sells home appliances
❑ A company that makes or sells automotive parts
❑ A marketing or market research firm [TERMINATE]
❑ A public relations or advertising agency [TERMINATE]
❑ None of the above [ANCHOR; EXCLUSIVE]

[NEXT PAGE]

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F

QS6. In the **past 12 months** which, if any, of the following have you personally owned? *(Select all that apply)* [RANDOMIZE]
- ❒ Smartphone
- ❒ Laptop computer
- ❒ Tablet computer [CONTINUE]
- ❒ Desktop computer
- ❒ Portable MP3 player
- ❒ Blu-ray player
- ❒ Video game player
- ❒ Portable GPS
- ❒ None of the above [ANCHOR; EXCLUSIVE]

[IF TABLET COMPUTER NOT SELECTED IN QS6, TERMINATE]

[NEXT PAGE]

QS7. In the **past 12 months**, which of the following brands of tablet computers have you personally owned? *(Select all that apply)* [RANDOMIZE]
- ❒ Acer (Iconia A, Iconia W3, Iconia W7, etc.)
- ❒ Amazon (Kindle Fire, etc.)
- ❒ Apple (iPad, iPad2, the New iPad, etc.)
- ❒ Asus (Transformer, Transformer Prime, etc.)
- ❒ Barnes & Noble (Nook Color, Nook HD, etc.)
- ❒ BlackBerry (Playbook, etc.)
- ❒ HP (TouchPad, etc.)
- ❒ HTC (Flyer, etc.)
- ❒ Motorola (Xoom, Xoom 2, etc.)
- ❒ Samsung (Galaxy Tab 10.1, Galaxy Tab 2 10.1, etc.) [CONTINUE]
- ❒ None of the above [ANCHOR; EXCLUSIVE]

[IF SAMSUNG NOT SELECTED IN QS7, TERMINATE; IF MORE THAN THREE BRANDS
SELECTED, ASK QS7a; OTHERWISE SKIP QS7a AND ASK QS7b]

[NEXT PAGE]

QS7a. In the **past 12 months**, which, if any, of the following brands of desktop or laptop computers have you personally owned? *(Select all that apply)* [RANDOMIZE]
- ❒ Acer (Aspire, Iconia, etc.)
- ❒ Apple (MacBook Air, MacBook Pro, iMac, etc.)
- ❒ ASUS (Zenbook, Transformer, Eee Box, etc.)
- ❒ Dell (Inspiron, Latitude, XPS, etc.)
- ❒ HP (Pavilion, Envy, Spectre, etc.)
- ❒ Lenovo (ThinkPad, IdeaPad, IdeaCentre, etc.)
- ❒ Other (please specify) [ANCHOR]
- ❒ None of the above  [ANCHOR; EXCLUSIVE]

[IF MORE THAN THREE BRANDS SELECTED, TERMINATE; ALSO TERMINATE IF THE
RESPONDENT (A) DID NOT SELECT LAPTOP COMPUTER IN QS6, (B) DID NOT SELECT
DESKTOP COMPUTER IN QS6, AND (C) DID NOT SELECT "NONE OF THE ABOVE" IN
QS7a; OTHERWISE CONTINUE TO QS7b]

[NEXT PAGE]

Confidential - Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT F

**QS7b.** **[IF MORE THAN ONE BRAND OF TABLET COMPUTER SELECTED IN QS7, INSERT: "**Now we are going to ask you about one of the brands of tablet computers you have owned.**"]** In the **past 12 months**, which specific model(s) of **Samsung** tablet computers have you personally owned? *(Select all that apply)*

- ❐ Galaxy Tab 7.0
- ❐ Galaxy Tab 7.0 Plus [*]
- ❐ Galaxy Tab 7.7
- ❐ Galaxy Tab 8.9 [*]
- ❐ Galaxy Tab 10.1
- ❐ Galaxy Note 8.0
- ❐ Galaxy Note 10.1 [*]
- ❐ Galaxy Tab 2 7.0
- ❐ Galaxy Tab 2 10.1 [*]
- ❐ Other (please specify)
- ❐ Don't know / Unsure **[EXCLUSIVE] [TERMINATE]**

**[TERMINATE IF NO STARRED (*) SAMSUNG MODEL SELECTED; IF MORE THAN THREE MODELS SELECTED, ASK QS7c;]**
**[IF ONE TABLET COMPUTER SELECTED IN QS7b, SKIP TO QS7e; ELSE IF MORE THAN ONE TABLET COMPUTER SELECTED IN QS7b, ASK QS7d]**

**[NEXT PAGE]**

QS7c. In the **past 12 months**, which, if any, of the following brands of portable GPS devices have you personally owned?  *(Select all that apply)*  **[RANDOMIZE]**
- ❐ TomTom (VIA, Start, etc.)
- ❐ Garmin (nüvi, eTrex, etc.)
- ❐ Magellan (RoadMate, eXplorist, etc.)
- ❐ Celestron (reTrace, CoursePro, etc.)
- ❐ Rand McNally (IntelliRoute, Foris, etc.)
- ❐ Other (please specify) **[ANCHOR]**
- ❐ None of the above  **[ANCHOR; EXCLUSIVE]**
**[IF MORE THAN THREE BRANDS SELECTED, TERMINATE; ALSO TERMINATE IF THE RESPONDENT (A) DID NOT SELECT PORTABLE GPS IN QS6 AND (B) DID NOT SELECT "NONE OF THE ABOVE" IN QS7c; OTHERWISE CONTINUE TO QS7d]**

QS7d. Which <u>one</u> of the following Samsung tablet computers that you owned was <u>purchased most recently</u>? This will be referred to as your most recent Samsung tablet computer for the rest of this survey.  *(Select one only)* **[SHOW THE PRODUCTS SELECTED IN QS7b, IN THE SAME ORDER AS IN QS7b]**
- ⊙ **[INSERT MODEL]**
- ⊙ **[INSERT MODEL]**
- ⊙ Don't know / Unsure **[TERMINATE]**

**[MUST SELECT A STARRED (*) TABLET COMPUTER TO CONTINUE, OTHERWISE TERMINATE]**

**[NEXT PAGE]**

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT F

QS7e. Thinking of your most recent Samsung tablet computer, to what degree were you involved in the decision to select the product? *(Select one only)* [ROTATE FIRST THREE OPTIONS]

⊙ You had <u>no involvement in the decision</u> to select this product (i.e., you received it from someone else, or you simply purchased it but did not have any input into the choice of the model or features) [TERMINATE]

⊙ You were <u>involved in the decision</u> to select this product but <u>did not purchase</u> it yourself  (i.e., you may have specified the brand or model you desired or specified the key features you desired, but someone else bought it) [CONTINUE]

⊙ You were the <u>primary decision maker</u> in the selection of this product <u>and purchased</u> it for yourself or someone else [CONTINUE]

⊙ Don't know / Unsure [ANCHOR] [TERMINATE]

[NEXT PAGE]

QS7f. Approximately how much did it cost to buy your most recent Samsung tablet computer, excluding sales tax? Please give your best estimate.

*Please include only the cost of the tablet computer.* **Do not include the cost of optional accessories or monthly service fees associated with a data plan from a wireless service provider (for example, AT&T, Verizon, or Sprint).**

*(Enter a whole number)* $ [REQUIRE A WHOLE NUMBER FROM $0 TO $999, INCLUSIVE]

⊙ Don't know / Unsure [TERMINATE]

**QS8. (ANIMATION/AUDIO TEST)**

Before the survey begins, it is important to verify that you are able to see and hear videos that will be presented to you.  Please click on the button to open the video/audio test tool and then type the word you heard in the box below.

**Note:**  The video/audio test tool will appear in a pop-up window.
- If you can't **see** the video/audio test tool, it may be because the pop-up window with the tool is hidden behind your current browser window.
- If you can't **hear** the video/audio test tool, then please make sure your speakers are turned on and the volume is up.

[INSERT FLASH VIDEO BUTTON LABELED "Click to see video/audio test tool". ONCE CLICKED, THE FLASH VIDEO PLAYS AN AUDIO CLIP SAYING THE WORD "DOG".]

What word did you hear?
*(Type the exact word you heard.)*
[OPEN-ENDED]

[TERMINATE IF ANYTHING OTHER THAN "DOG" OR "DOG."  IS TYPED (NOT CASE SENSITIVE)]

[NEXT PAGE]

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F

**Choice Exercise Setup**

[INTRODUCTION 2]  Now imagine that y**ou are in the market to buy a tablet computer** to replace your most recent Samsung tablet computer**.**

The following questions will involve a series of exercises.  In each exercise, you will make **two** choices.

- First, **you will be shown different Samsung tablet computers**. You will be asked to **choose a Samsung tablet computer that you most prefer**.

- After you make your choice, you will be asked whether you would buy **the Samsung tablet computer that you chose.**

For purposes of these exercises, you should assume:

- **Monthly data plan fees are** <u>**NOT**</u> **included in the purchase price of the tablet computer that is listed in the exercise**.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

We want to reward you for thinking carefully about the choices that you make in this survey. Therefore, **we will randomly pick 1 out of every 20 respondents who take this survey and pay for their next tablet computer**. If you are one of the lucky respondents, you will be offered a free tablet computer under the following conditions:

- If you wish to participate in the free tablet computer offer, you will please volunteer to tell us about your top-choice tablet computer when you decide to replace your existing tablet computer with a new tablet computer.

- We will then offer you a free tablet computer based on your top-choice tablet computer as well as the choices that you make in this survey. Except for the tablet computer features that will vary in this survey, the free tablet computer we offer you (based on your responses in this survey) will match your top-choice tablet computer as closely as possible.

- If the free tablet computer we offer you is priced less than $600, you will get the difference in cash. For example, if the market price of the tablet computer that we offer you is $399, you will receive that tablet computer plus $201 in cash ($600 - $399 = $201), if you accept the offer. If you chose to reject the offer, you forgo the reward.

- **Because your answers will determine the tablet computer that we offer, it is in your best interest to think hard about the questions and answer them to reflect your preferences. Therefore, please think carefully when:**

  - **Choosing your most preferred tablet computer among the alternatives shown;**

  - **Deciding whether or not to actually buy that tablet computer given the availability of other tablet computers in the market.**

[NEXT PAGE]

6

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F

Next, you will be shown descriptions of features that may be present in the Samsung tablet computers that you will be asked to choose from.  You will be shown videos of these features to help you understand them better.

**Note:**  Each video will appear in a pop-up window. Please do not close the pop-up window until the video has finished playing.
- If you can't **see** the video, it may be because the pop-up window with the video is hidden behind your current browser window.
- If you can't **hear** the video, then please make sure your speakers are turned on and the volume is up.


Click "NEXT" to continue. **[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]**

**[NEXT PAGE]**


The Samsung tablet computers that will be shown to you include one or more features within each of the following categories: **[RANDOMIZE LIST EXCEPT PRICE – PRESENT IN SAME ORDER AS RANDOMIZED FEATURES IN THIS SECTION]**

1. Price **[ANCHOR]**
2. Data Accessibility
3. Input Assistance
4. Lock Screen Interface
5. Connectivity
6. Screen Size

In addition to features within each of the above categories, please assume that the Samsung tablet computers you will be shown will have all the other features on your most recent Samsung tablet computer.


**We will now introduce you to the features that will vary in the Samsung tablet computers that you will be asked to choose from.**

**[WAIT 10 SECONDS BEFORE SHOWING 'NEXT' BUTTON]**

**[NEXT PAGE]**

**[IN THE SECTION THAT FOLLOWS, RANDOMIZE THE ORDER IN WHICH THE DIFFERENT FEATURE CATEGORIES APPEAR, BUT DO NOT RANDOMIZE INDIVIDUAL FEATURES.  IN OTHER WORDS, LIST THE FEATURES WITHIN A FEATURE CATEGORY TOGETHER AND IN THE ORDER IN WHICH THEY APPEAR WITHIN THE FEATURE CATEGORY (I.E., DO NOT RANDOMIZE THE ORDER OF THE FEATURES WITHIN A FEATURE CATEGORY.)**

**[PRICE IS ALWAYS THE FIRST FEATURE CATEGORY SHOWN]**

**[TIME THE ANIMATIONS AND DO NOT ALLOW THE "NEXT" BUTTONS TO APPEAR BEFORE THE LENGTH OF THE ANIMATION HAS PASSED.]**

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F

## Price Introduction

The Samsung tablet computers you will choose from vary in **Price.**

Click "NEXT" to view the video of this feature. This description and video will be available for you to review throughout the exercises.

[NEXT PAGE]


**Please click on any of the four Price icons to view an animation describing this feature.**  You can also read the description of the feature below.



Price $199



Price $299



Price $449

Price $599

**Price.** The price of the tablet could be $199, $299, $449, or $599.


[NEXT PAGE]


## Data Accessibility Introduction

The Samsung tablet computers you will choose from vary in **Data Accessibility** features.  They include one or more of the following features:  **Status Bar, Background Syncing, Quick Links, and Universal Search**.

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

[NEXT PAGE]

**Please click on the Status Bar icon to view an animation describing this feature.**  You can also read the description of the feature below.



Status Bar

8

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F

**Status Bar.**  You can access the Status Bar by dragging up the bottom right of the home screen.  This feature allows you to quickly review any new notifications received by your tablet, as well as to quickly access certain configuration settings, such as adjusting volume or turning off Wi-Fi.  Without this feature, new notifications received by your tablet would appear in a pop-up window, and you would be able to access configuration settings only by navigating to the "Settings" app on your device.

[NEXT PAGE]

**Please click on the Background Syncing icon to view an animation describing this feature.**  You can also read the description of the feature below.



**Background Syncing.**  The Background Syncing feature allows you to continue to use an app while data related to that app that is stored on your tablet synchronizes with data stored elsewhere, such as on a remote computer.  For example, you can access and edit data, such as the list of contacts on your tablet, even as your tablet is sending data for those contacts to your work computer.  Without this feature, you would have to wait to use an app, for example the contacts app, while the data for that app is synchronizing with a remote computer, and that wait may be long or short.

[NEXT PAGE]

**Please click on the Quick Links icon to view an animation describing this feature.**  You can also read the description of the feature below.



**Quick Links.**  When you are viewing text on your tablet (for example in an email), the Quick Links feature automatically detects certain types of data (such as phone numbers or email addresses) and enables you to choose among multiple actions to perform on that data.  For example, this feature will automatically detect an email address displayed in an email, and if you press and hold the email address, it will offer you multiple actions such as sending an email to the address or copying the address.  Without this feature, if you wanted to take various actions, like sending an email, you would have to manually identify and select the exact text that might be data to take actions on.

[NEXT PAGE]

**Please click on the Universal Search icon to view an animation describing this feature.**  You can also read the description of the feature below.

9

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F



Universal Search

**Universal Search**. Universal Search lets you use a single search to find information from different sources of information, for example data stored on your tablet as well as information found on the Internet.  Universal Search uses different rules of thumb for searching the different sources in order to find good results tailored to each source.  For example, when you type "George" in a single search box, the feature searches the Internet for "George," which might yield web pages about George Washington, and at the same time searches for "George" stored on your tablet, which might retrieve "George Adams" from your contacts or songs by "George Michael" from your music files.  Without Universal Search, you would have to separately search each information source, for example searching the Internet in a browser or for your contacts within your contacts application.

[NEXT PAGE]

In summary, each Samsung tablet computer you will choose from comes with **Data Accessibility** with one or more of the following features:  **Status Bar, Background Syncing, Quick Links, and Universal Search**.



[DO **NOT** FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS]

[NEXT PAGE]

**Input Assistance Introduction**

The Samsung tablet computers you will choose from vary in **Input Assistance** features.  They include one or more of the following features: **Copy-Paste, Voice to Text, Automatic Word Correction, and S Pen.**

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

[NEXT PAGE]

**Please click on the Copy-Paste icon to view an animation describing this feature.**  You can also read the description of the feature below.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F



**Copy-Paste.**  The Copy-Paste feature allows you to copy and paste text on your device.  To use this feature, you touch and hold a word to select it.  You can also select more text by dragging the anchor points at either end of the selected word.  Then, you can select "Copy" to copy the text you selected. Touching and holding anywhere else in a text field will then allow you to select "Paste" to paste in your selected text.

**[NEXT PAGE]**

**Please click on the Voice to Text icon to view an animation describing this feature.**  You can also read the description of the feature below.



**Voice to Text.** The Voice to Text feature allows you to enter text using your voice instead of typing it on your tablet.  You can tap the microphone icon on your keyboard and speak the words you want to type.  Your device will then transcribe your spoken words into written text for you, for example in an email.  Without this feature, you would have to type all of the text you wanted to enter on your tablet.

**[NEXT PAGE]**

**Please click on the Automatic Word Correction icon to view an animation describing this feature.**  You can also read the description of the feature below.



**Automatic Word Correction.** As you type, your tablet displays text you typed in a text box, and at the same time provides suggested replacement text in a separate box alongside the text box that displays what you actually typed.  The Automatic Word Correction feature allows you to automatically replace your original text with suggested text when, for example, you press space to move on to the next word you want to type, or you press period to end the sentence.  For example, if you type "birfday" and then press space or period, you will automatically replace it with "birthday."  Without this feature, pressing space or period would retain your original text, "birfday"; if you want to replace your original text, you would need to select the suggested "birthday" yourself.

11

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT F

**[NEXT PAGE]**

**Please click on the S Pen icon to view an animation describing this feature.**  You can also read the description of the feature below.



S Pen

**S Pen.**  With the S Pen feature your tablet comes with a stylus, or electronic pen.  In addition to the finger gestures you normally use on your tablet, this feature gives you the option to use the stylus to navigate menus and enter information.  For example, you can write directly in the calendar application of your device as if you are handwriting on a paper calendar.

**[NEXT PAGE]**

In summary, each Samsung tablet computer you will choose from comes with **Input Assistance** with one or more of the following features: **Copy-Paste, Voice to Text, Automatic Word Correction, and S Pen.**



**[DO NOT FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS.]**

**[NEXT PAGE]**

**Lock Screen Interface Introduction**

The Samsung tablet computers you will choose from vary in **Lock Screen Interface** features.  They include one or more of the following features: **Lock Screen Display Customization, Lock Screen Shortcuts, Multiple Lock Screen Widgets, and Slide to Unlock.**

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

**[NEXT PAGE]**

**Please click on the Lock Screen Display Customization icon to view an animation describing this feature.**  You can also read the description of the feature below.

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F



**Lock Screen Display Customization.**  The Lock Screen Display Customization feature allows you to customize the appearance of the lock screen on your tablet.  For example, you can add or remove the clock and date, and change the wallpaper on the lock screen.

**[NEXT PAGE]**

**Please click on the Lock Screen Shortcuts icon to view an animation describing this feature.** You can also read the description of the feature below.



Lock Screen
Shortcuts

**Lock Screen Shortcuts.** The Lock Screen Shortcuts feature allows you to add shortcuts to your lock screen so that you can quickly access certain apps on your tablet without unlocking the tablet entirely. For example, you could add shortcuts to apps such as your camera and email service.  To activate one of these shortcuts from the lock screen, simply select the app's icon and drag it upward.  Without this feature, you would have to unlock your tablet every time you wanted to use an app.

**[NEXT PAGE]**

**Please click on the Multiple Lock Screen Widgets icon to view an animation describing this feature.**  You can also read the description of the feature below.



**Multiple Lock Screen Widgets.**  The Multiple Lock Screen Widgets feature allows you to have access to up to five different lock screens, each of which could display different information or offer quick access to different services.  For example, the lock screens could be customized to display widgets such as Gmail, Calendar, and Yahoo! Finance.  To switch between your lock screens, you would simply swipe the lock screen to the left or right.

**[NEXT PAGE]**

**Please click on the Slide to Unlock icon to view an animation describing this feature.**  You can also read the description of the feature below.



Slide to Unlock

13

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F

**Slide to Unlock.** The Slide to Unlock feature prevents unintentional unlocks by unlocking your tablet only when you slide an image, using one continuous motion, from a specific spot on the lock screen to another specific spot on the screen.  Without this feature, you would have to unlock your device using other techniques, for example by swiping the lock screen from any random spot on the screen to any other random spot that was far enough away, which may make unintentional unlocks more likely.

[NEXT PAGE]

In summary, each Samsung tablet computer you will choose from comes with a **Lock Screen Interface** with one or more of the following features: **Lock Screen Display Customization, Lock Screen Shortcuts, Multiple Lock Screen Widgets, and Slide to Unlock.**



[DO NOT FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS.]

[NEXT PAGE]

### Connectivity Introduction

The Samsung tablet computers you will choose from vary in **Connectivity** features.  They include one or more of the following features: **Wi-Fi, GPS, AllShare Play, and IR Blaster.**

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

[NEXT PAGE]

**Please click on the Wi-Fi icon to view an animation describing this feature.**  You can also read the description of the feature below.



Wi-Fi

**Wi-Fi.** The Wi-Fi feature allows you to connect to a home, office, or public wireless network.  A Wi-Fi network allows you to access the Internet without the use of wires or cables, and without using your cellular service provider's network.

[NEXT PAGE]

14

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F

**Please click on the GPS icon to view an animation describing this feature.** You can also read the description of the feature below.



GPS

**GPS.** The GPS feature allows your location-based apps to use Global Positioning System (GPS) signals when identifying your tablet's location. For example, when you are using a navigation app such a Google Maps, the app can make use of GPS signals to achieve turn-by-turn navigation. Without this feature, your tablet cannot use GPS signals to determine your location, but can use other methods, such as by detecting the location of a nearby Wi-Fi network.

[NEXT PAGE]

**Please click on the AllShare Play icon to view an animation describing this feature.** You can also read the description of the feature below.



AllShare Play

**AllShare Play.** The AllShare Play feature allows you to share content across your connected devices. For example, you can display content from your tablet on your compatible television set, or you can use your tablet to remotely access content from other devices such as your computer at home. You can also store content securely on the internet and access it anytime across all your connected devices.

[NEXT PAGE]

**Please click on the IR Blaster icon to view an animation describing this feature.** You can also read the description of the feature below.



IR Blaster

**IR Blaster.** With the IR Blaster feature, you can use your tablet as a universal remote that controls various devices. For example, you can synchronize your tablet with different devices such as your TV, cable box, and streaming media player. You can then use your tablet as a universal remote that performs the functions of individual remote controls, such as changing channels, adjusting volume, and selecting streaming content.

[NEXT PAGE]

In summary, each Samsung tablet computer you will choose from comes with **Connectivity** with one or more of the following features: **Wi-Fi, GPS, AllShare Play, and IR Blaster.**

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F



[DO **NOT** FORCE RESPONDENT TO CLICK ON ANY ICONS. THE ABOVE ICONS DO NOT LINK TO ANY VIDEOS.]

[NEXT PAGE]

**Screen Size Introduction**

The Samsung tablet computers you will choose from vary in **Screen Size**.

Click "NEXT" to view the video of this feature. This description and video will be available for you to review throughout the exercises.

[NEXT PAGE]

**Please click on any of the four Screen Size icons to view an animation describing this feature.**
You can also read the description of the feature below.

Size 7.0″

Size 7.7″

Size 8.9″

Size 10.1″

**Screen Size.** The diagonal length of the screen could be 7.0 inches, 7.7 inches, 8.9 inches, or 10.1 inches.

[NEXT PAGE]

16

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F

## Choice Exercise Tutorial

The following video will walk you through an example of the choice exercise you will be asked to do in this survey. **Please click on the button below to view the video.**

[INSERT FLASH VIDEO BUTTON LABELED "Click to see video"]

**Click here to launch choice exercise tutorial"**

[NEXT BUTTON DELAYED FOR THE LENGTH OF THE VIDEO]

[NEXT PAGE]

Next, you will begin the choice exercises. Click the "NEXT" button to get started.

[NEXT PAGE]

## Choice Exercises

[WHEN RESPONDENT CLICKS ON ONE OF THE FEATURE CATEGORY LABELS BELOW (E.G., "DATA ACCESSIBILITY"), A POP-UP WINDOW OPENS SHOWING A 2-BY-2 TABLE WITH THE INDIVIDUAL ICONS FOR THAT FEATURE CATEGORY.

- EACH QUADRANT OF THE TABLE SHOWS THE INDIVIDUAL ICONS FOR EACH FEATURE, ARRANGED JUST LIKE THE QUADRANT ICONS.
- FOR EXAMPLE, IN THE DATA ACCESSIBILITY TABLE BELOW, STATUS BAR WOULD BE IN THE UPPER LEFT, BACKGROUND SYNCING IN THE UPPER RIGHT, QUICK LINKS IN THE LOWER LEFT, AND UNIVERSAL SEARCH IN THE LOWER RIGHT.
- WITHIN THIS 2-BY-2 TABLE, RESPONDENTS CAN CLICK ON THE INDIVIDUAL ICON OF EACH FEATURE TO POP UP THE WINDOW WITH THAT FEATURE'S ANIMATION. FOR EXAMPLE, CLICKING ON THE STATUS BAR ICON IN THE UPPER LEFT QUADRANT BELOW WILL LAUNCH A POP-UP WINDOW SHOWING THAT FEATURE'S VIDEO.
- TRACK THE NUMBER OF TIMES (0, 1, 2, 3, ETC.) THAT A RESPONDENT CLICKS TO WATCH THE VIDEO FOR EACH FEATURE.]

[EXAMPLE POP-UP WINDOW STARTS HERE]

**Please click on an icon below to view an animation describing the feature.**

**Data Accessibility**



[EXAMPLE POP-UP WINDOW ENDS HERE]

**[PART I – INSERT "(X/16)" WHERE X = CURRENT CHOICE EXERCISE NUMBER]**

**Please choose your most preferred Samsung tablet computer among the four below.** At any point you may click on the label of each feature category, on the left, to view an animation describing the features within that feature category.

| | Tablet Computer 1 | Tablet Computer 2 | Tablet Computer 3 | Tablet Computer 4 |
|---|---|---|---|---|
| **Price** | Price $199 | Price $299 | Price $449 | Price $599 |
| **Data Accessibility** | Status Bar | Status Bar / Background Syncing | Status Bar / Background Syncing / Quick Links | Status Bar / Background Syncing / Quick Links / Universal Search |
| **Lock Screen Interface** | Lock Screen Display Customization | Lock Screen Display Customization / Lock Screen Shortcuts | Lock Screen Display Customization / Lock Screen Shortcuts / Multiple Lock Screen Widgets | Lock Screen Display Customization / Lock Screen Shortcuts / Multiple Lock Screen Widgets / Slide to Unlock |
| **Input Assistance** | Copy-Paste | Copy-Paste / Voice to Text | Copy-Paste / Voice to Text / Automatic Word Correction | Copy-Paste / Voice to Text / Automatic Word Correction / S Pen |
| **Screen Size** | Size 7.0" | Size 7.7" | Size 8.9" | Size 10.1" |
| **Connectivity** | Wi-Fi | Wi-Fi / GPS | Wi-Fi / GPS / AllShare Play | Wi-Fi / GPS / AllShare Play / IR Blaster |
| **With all other features on your most recent Samsung tablet computer** | **All other features on your most recent Samsung tablet computer** | **All other features on your most recent Samsung tablet computer** | **All other features on your most recent Samsung tablet computer** | **All other features on your most recent Samsung tablet computer** |
| | ⊙ | ⊙ | ⊙ | ⊙ |

**[PART II. WILL BE SHOWN ON THE SAME SCREEN BELOW THE ABOVE CHOICES]**

**In answering this question, you may wish to consider the availability of other tablet computer options in the market that may influence your purchase decision, including tablet computers by other manufacturers or other Samsung tablet computers.**

**Given the Samsung tablet computer you chose as your most preferred among the alternatives shown, would you buy it at the indicated price?**

18

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT F

Choose by clicking one of the buttons below. Then, click the <u>arrow</u> at the bottom to continue.

| Yes, I would buy the tablet computer above | No, I would not buy the tablet computer above |
|---|---|
| ⊙ | ⊙ |

[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 16 TIMES. ATTRIBUTE ORDER RANDOMIZED ACROSS RESPONDENTS. THE TWO EXCEPTIONS ARE PRICE, WHICH IS ALWAYS FIRST, AND THE "ALL OTHER FEATURES" ATTRIBUTE, WHICH IS ALWAYS LAST.]

[NEXT PAGE]

[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]

[END OF SURVEY]

EXHIBIT G

## Introduction 1

Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW / UNSURE option. It is very important that you not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

This survey should take about 30-45 minutes to complete.

When you are ready to get started, please click the "NEXT" button.

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ──────────── 100%
% complete

## Captcha

G523U2

Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

** code is case sensitive **

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ──────────── 100%
% complete

## QS1

What type of electronic device are you using to complete this survey?

*(Select one only)*

○ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab)
○ Smartphone (e.g., iPhone, Android, Blackberry)
○ Desktop computer
○ Laptop computer
○ Other mobile or electronic device

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ──────────── 100%
% complete

1

EXHIBIT G

## QS2

In which state do you live?

*(Select one only)*

<--select one-->

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% [_____] 100%
% complete

## QS3

Are you...?

*(Select one only)*

○ Male
○ Female
○ Prefer not to say

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% [_____] 100%
% complete

## QS4

Into which of the following categories does your age fall?

*(Select one only)*

○ Under 15
○ 15 - 19
○ 20 - 34
○ 35 - 49
○ 50 - 64
○ 65+
○ Prefer not to say

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% [_____] 100%
% complete

EXHIBIT G

## QS5

Do you or does any member of your household work for any of the following types of companies or in any of the following industries?

*(Select all that apply)*

☐ A company that makes or sells automotive parts
☐ A company that makes or sells home appliances
☐ A public relations or advertising agency
☐ A company that makes or sells consumer electronics
☐ A marketing or market research firm
☐ None of the above

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▮▮▮▮▮▮▮▮▮▮ 100%
% complete

## QS6

In the **past 12 months** which, if any, of the following have you personally owned?

*(Select all that apply)*

☐ Desktop computer
☐ Blu-ray player
☐ Laptop computer
☐ Portable GPS
☐ Tablet computer
☐ Smartphone
☐ Portable MP3 player
☐ Video game player
☐ None of the above

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▮▮▮▮▮▮▮▮▮▮ 100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G



## QS7

In the **past 12 months**, which of the following brands of smartphones have you personally owned?

*(Select all that apply)*

- ☐ Motorola (Razr M, Droid Razr, etc.)
- ☐ LG (Motion, G2X, etc.)
- ☐ Sony Ericsson (Xperia, Vivaz, etc.)
- ☐ Samsung (Galaxy Note II, Galaxy S III, etc.)
- ☐ Nokia (Lumia 620, Lumia 920, etc.)
- ☐ BlackBerry (Z10, Curve, etc.)
- ☐ HTC (One, Desire, etc.)
- ☐ Apple (iPhone 5, iPhone 4S, etc.)
- ☐ None of the above

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0%  ▮▮▮▮  100%
% complete

## QS7a

In the **past 12 months**, which, if any, of the following brands of desktop or laptop computers have you personally owned?

*(Select all that apply)*

- ☐ Dell (Inspiron, Latitude, XPS, etc.)
- ☐ ASUS (Zenbook, Transformer, Eee Box, etc.)
- ☐ Acer (Aspire, Iconia, etc.)
- ☐ HP (Pavilion, Envy, Spectre, etc.)
- ☐ Lenovo (ThinkPad, IdeaPad, IdeaCentre, etc.)
- ☐ Apple (MacBook Air, MacBook Pro, iMac, etc.)
- ☐ Other. Please specify: _____
- ☐ None of the above

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0%  ▮▮▮▮  100%
% complete

EXHIBIT G

## QS7b

Now we are going to ask you about one of the brands of smartphones you have owned. In the **past 12 months**, which specific model(s) of **Samsung** smartphones have you personally owned?

*(Select all that apply)*

- [ ] Acclaim
- [ ] Admire
- [ ] Admire 4G
- [ ] ATIV Odyssey
- [ ] Axiom
- [ ] Captivate Glide
- [ ] Conquer 4G
- [ ] Continuum
- [ ] Dart
- [ ] DoubleTime
- [ ] Droid Charge
- [ ] Exhibit 4G
- [ ] Exhibit II 4G
- [ ] Express
- [ ] Focus 2
- [ ] Focus Flash
- [ ] Focus S
- [ ] Galaxy Appeal
- [ ] Galaxy Attain 4G
- [ ] Galaxy Discover
- [ ] Galaxy Exhilarate
- [ ] Galaxy Metrix 4G
- [ ] Galaxy Nexus
- [ ] Galaxy Note
- [ ] Galaxy Note II
- [ ] Galaxy Precedent
- [ ] Galaxy Prevail
- [ ] Galaxy Proclaim
- [ ] Galaxy Reverb

- [ ] Galaxy Rugby Pro
- [ ] Galaxy Rush
- [ ] Galaxy S II
- [ ] Galaxy S II Epic 4G Touch
- [ ] Galaxy S II 4G
- [ ] Galaxy S II Skyrocket
- [ ] Galaxy S III
- [ ] Galaxy S Aviator
- [ ] Galaxy S Blaze
- [ ] Galaxy S Lightray
- [ ] Galaxy S Relay 4G
- [ ] Galaxy Stellar
- [ ] Galaxy Stratosphere
- [ ] Galaxy Stratosphere II
- [ ] Galaxy Victory 4G
- [ ] Gravity Smart
- [ ] Illusion
- [ ] Indulge
- [ ] Nexus S
- [ ] Nexus S 4G
- [ ] Replenish
- [ ] Repp
- [ ] Rugby Smart
- [ ] Sidekick 4G
- [ ] Transfix
- [ ] Transform Ultra
- [ ] Vitality
- [ ] Other. Please specify: _____
- [ ] Don't know / Unsure

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% 100% % complete

5

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## QS7c



In the **past 12 months**, which, if any, of the following brands of portable GPS have you personally owned?

*(Select all that apply)*

☐ Celestron (reTrace, CoursePro, etc.)
☐ Garmin (núvi, eTrex, etc.)
☐ TomTom (VIA, Start, etc.)
☐ Rand McNally (IntelliRoute, Foris, etc.)
☐ Magellan (RoadMate, eXplorist, etc.)
☐ Other. Please specify:
☐ None of the above

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬ 100%
% complete

## QS7d

Which <u>one</u> of the following Samsung smartphones that you owned was <u>purchased most recently</u>? This will be referred to as your most recent Samsung smartphone for the rest of this survey.

*(Select one only)*

○ Acclaim
○ Admire
○ Dart
○ Droid Charge
○ Exhibit II 4G
○ Galaxy Appeal
○ Galaxy Attain 4G
○ Galaxy Exhilarate
○ Galaxy S II Skyrocket
○ Galaxy S Lightray
○ Don't know / Unsure

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬ 100%
% complete

EXHIBIT G

## QS7e

Thinking of your most recent Samsung smartphone, to what degree were you involved in the decision to select the product?

*(Select one only)*

- ○ You had <u>no involvement in the decision</u> to select this product (i.e., you received it from someone else, or you simply purchased it but did not have any input into the choice of the model or features)
- ○ You were <u>involved in the decision</u> to select this product but <u>did not purchase</u> it yourself (i.e., you may have specified the brand or model you desired or specified the key features you desired, but someone else bought it)
- ○ You were the <u>primary decision maker</u> in the selection of this product <u>and purchased</u> it for yourself or someone else
- ○ Don't know / Unsure

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬ 100%
% complete

## QS7f

Approximately how much did it cost to buy your most recent Samsung smartphone, excluding sales tax? Please give your best estimate.

*Please include only the cost of the phone. **Do not include the cost of optional accessories or monthly service fees associated with your wireless service provider (for example, AT&T, Verizon, or Sprint).** If your phone was free as part of a wireless service contract, please enter $0.*

*(Enter a whole number)*

$ [    ]

☐ Don't know / Unsure

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬ 100%
% complete

EXHIBIT G

## QS8

Before the survey begins, it is important to verify that you are able to see and hear videos that will be presented to you. Please click on the button to open the video/audio test tool and then type the word you heard in the box below.

**Note:** The video/audio test tool will appear in a pop-up window.

- If you can't **see** the video/audio test tool, it may be because the pop-up window with the tool is hidden behind your current browser window.

- If you can't **hear** the video/audio test tool, then please make sure your speakers are turned on and the volume is up.



What word did you hear?

*(Type the exact word you heard.)*

*Please click the button above to see the video/audio test tool before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬ 100%
% complete

## Introduction 2

Now imagine that **your current contract with your service provider has ended and you are in the market to buy a new smartphone** to replace your most recent Samsung smartphone.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, **you will be shown different Samsung smartphones.** You will be asked to **choose a Samsung smartphone that you most prefer.**

- After you make your choice, you will be asked whether you would buy **the Samsung smartphone that you chose.**

For purposes of these exercises, you should assume:

- The smartphone that you choose will come with a new **two-year contract.**

- Monthly phone/data plan fees are <u>NOT</u> included in the purchase price of the **smartphone that is listed in the exercise,** but all types of phone/data plans are available through the wireless service provider of your choice (for example, AT&T, Verizon, or Sprint).

Click "NEXT" to continue.



Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬ 100%
% complete

8

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Introduction 2a

We want to reward you for thinking carefully about the choices that you make in this survey. Therefore, **we will randomly pick 1 out of every 20 respondents who take this survey and pay for their next smartphone.** If you are one of the lucky respondents, you will be offered a free smartphone under the following conditions:

- If you wish to participate in the free smartphone offer, you will please volunteer to tell us about your top-choice smartphone when you decide to replace your existing smartphone with a new smartphone under a new contract.

- We will then offer you a free smartphone based on your top-choice smartphone as well as the choices that you make in this survey. Except for the phone features that will vary in this survey, the free smartphone we offer you (based on your responses in this survey) will match your top-choice smartphone as closely as possible.

- If the free smartphone we offer you is priced less than $300 under contract, you will get the difference in cash. For example, if the market price of the smartphone that we offer you is $199 under contract, you will receive that smartphone plus $101 in cash ($300 - $199 = $101), if you accept the offer. If you chose to reject the offer, you forgo the reward.

- Because your answers will determine the smartphone that we offer, it is in your best interest to think hard about the questions and answer them to reflect your preferences. Therefore, please think carefully when:

  ○ Choosing your most preferred smartphone among the alternatives shown;

  ○ Deciding whether or not to actually buy that smartphone given the availability of other smartphones in the market.



Copyright © 2013, Applied Marketing Science, Inc.

0%  100%
% complete

9

EXHIBIT G

## Introduction 2b

Next, you will be shown descriptions of features that may be present in the Samsung smartphones that you will be asked to choose from. You will be shown videos of these features to help you understand them better.

**Note:** Each video will appear in a pop-up window. Please do not close the pop-up window until the video has finished playing.

- If you can't <u>see</u> the video, it may be because the pop-up window with the video is hidden behind your current browser window.

- If you can't <u>hear</u> the video, then please make sure your speakers are turned on and the volume is up.

Click "NEXT" to continue.



Copyright © 2013, Applied Marketing Science, Inc.

0%  ▬▬▬▬▬  100%
% complete

## Introduction 3

The Samsung smartphones that will be shown to you include one or more features within each of the following categories:

1. Price
2. Data Accessibility
3. Screen Size
4. Camera
5. Input Assistance
6. Call Initiation and Screening

In addition to features within each of the above categories, please assume that the Samsung smartphones you will be shown will have all the other features on your most recent Samsung smartphone.

**We will now introduce you to the features that will vary in the Samsung smartphones that you will be asked to choose from.**



Copyright © 2013, Applied Marketing Science, Inc.

0%  ▬▬▬▬▬  100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Price Introduction

The Samsung smartphones you will choose from vary in **Price**.

Click "NEXT" to view the video of this feature. This description and video will be available for you to review throughout the exercises.



Copyright © 2013, Applied Marketing Science, Inc.

0% █████████ 100%
% complete

## Price Description

**Please click on any of the four Price icons to view an animation describing this feature.** You can also read the description of the feature below.



Price $49

Price $99

Price $149

Price $299

**Price.** The price of the smartphone with a 2-year service contract could be $49, $99, $149, or $299. Monthly data and cellular plan fees are NOT included in the price of the smartphone. You can enter the 2-year service contract with the wireless service provider of your choice (for example, AT&T, Verizon, or Sprint).

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.

0% █████████ 100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Data Accessibility Introduction

The Samsung smartphones you will choose from vary in **Data Accessibility** features. They include one or more of the following features: **Notification Bar, Background Syncing, Quick Links,** and **Universal Search**.

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬ 100%
% complete

## Data Accessibility- Feature 1 (Notification Bar)

**Please click on the Notification Bar icon to view an animation describing this feature.** You can also read the description of the feature below.



### Notification Bar

**Notification Bar.** You can access the Notification Bar by dragging down from the top of the screen. This feature allows you to quickly review any new notifications received by your smartphone, as well as to quickly access certain configuration settings, such as adjusting volume or turning off Wi-Fi. Without this feature, new notifications received by your smartphone would appear in a pop-up window, and you would be able to access configuration settings only by navigating to the "Settings" app on your device.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬ 100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Data Accessibility- Feature 2 (Background Syncing)



Please click on the Background Syncing icon to view an animation describing this feature. You can also read the description of the feature below.



**Background Syncing.** The Background Syncing feature allows you to continue to use an app while data related to that app that is stored on your smartphone synchronizes with data stored elsewhere, such as on a remote computer. For example, you can access and edit data, such as the list of contacts on your smartphone, even as your phone is sending data for those contacts to your work computer. Without this feature, you would have to wait to use an app, for example the contacts app, while the data for the app is synchronizing with a remote computer, and that wait may be long or short.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬ 100%
% complete

## Data Accessibility- Feature 3 (Quick Links)

Please click on the Quick Links icon to view an animation describing this feature. You can also read the description of the feature below.



**Quick Links.** When you are viewing text on your smartphone (for example in an email), the Quick Links feature automatically detects certain types of data (such as phone numbers or email addresses) and enables you to choose among multiple actions to perform on that data. For example, this feature will automatically detect a phone number displayed in an email, and if you press and hold the phone number, it will offer you multiple actions such as calling or texting the number, or adding it to your contacts folder. Without this feature, if you wanted to take various actions, like calling or texting a number, you would have to manually identify and select the exact text that might be data to take actions on.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬ 100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Data Accessibility- Feature 4 (Universal Search)

Please click on the Universal Search icon to view an animation describing this feature. You can also read the description of the feature below.



Universal Search

**Universal Search.** Universal Search lets you use a single search to find information from different sources of information, for example data stored on your smartphone as well as information found on the Internet. Universal Search uses different rules of thumb for searching the different sources in order to find good results tailored to each source. For example, when you type "George" in a single search box, the feature searches the Internet for "George," which might yield web pages about George Washington, and at the same time searches for "George" stored on your smartphone, which might retrieve "George Adams" from your contacts or songs by "George Michael" from your music files. Without Universal Search, you would have to separately search each information source, for example searching the Internet in a browser or for your contacts within your contacts application.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.

0% 100%
% complete

## Data Accessibility Summary

In summary, each Samsung smartphone you will choose from comes with **Data Accessibility** with one or more of the following features: **Notification Bar,** Background Syncing, **Quick Links,** and Universal Search.


Notification Bar


Background Syncing


Quick Links


Universal Search

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% 100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Call Initiation and Screening Introduction



The Samsung smartphones you will choose from vary in **Call Initiation and Screening** features. They include one or more of the following features: **Three-Way Calling, Reject Call with Message, Missed Call Screen Management, and Wi-Fi Calling**.

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬▬▬ 100%
% complete

## Call Initiation and Screening- Feature 1 (Three-Way Calling)



**Please click on the Three-Way Calling icon to view an animation describing this feature.** You can also read the description of the feature below.



Three-Way
Calling

**Three-Way Calling.** Three-Way Calling allows you to set up a conference call with two other callers. When on a call with one person, you can touch "add call" to place your first call on hold. Once you call a second person, you can touch "merge calls" to talk with both people at the same time.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬▬▬ 100%
% complete

15

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Call Initiation and Screening- Feature 2 (Reject Call with Message)

Please click on the Reject Call with Message icon to view an animation describing this feature. You can also read the description of the feature below.



Reject Call
with Message

**Reject Call with Message.** The Reject Call with Message feature allows you to reject a phone call and simultaneously send a text message to that caller. When receiving a call, your smartphone will display the "Answer" button so that you can take the call as well as a "Reject" button so that you can reject the call and a "Reject call with message" button so that you can reject the call while at the same time sending a text message. This text message can either be a pre-stored text message, such as "I'll call you later," or a message you can then create. Without this feature, you would have only the "Answer" and "Reject" buttons, and if you wanted to send the caller a text message, you would have to separately compose one after rejecting the call by using your text messaging app.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.



## Call Initiation and Screening- Feature 3 (Missed Call Screen Management)

Please click on the Missed Call Screen Management icon to view an animation describing this feature. You can also read the description of the feature below.



Missed Call Screen
Management

**Missed Call Screen Management.** The Missed Called Screen Management feature allows you to return a missed call or respond to the caller by listing the missed calls and providing you with two interactive areas to take further action. If you touch one area, such as the picture of the missed caller, John Doe, you call John Doe back. If you touch the other area, such as John Doe's name or phone number, then the feature takes you to a new screen that displays all of John Doe's contact information. From the new screen, you can call John Doe, text him, or email him. Without this feature, you would have to remember to use different gestures to take different actions—like tapping John Doe's entry on the missed calls list to call him back but swiping his entry to view his contact information.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.



Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Call Initiation and Screening- Feature 4 (Wi-Fi Calling)

Please click on the Wi-Fi Calling icon to view an animation describing this feature.
You can also read the description of the feature below.



Wi-Fi Calling

**Wi-Fi Calling.** Wi-Fi Calling allows you to make phone calls and send messages over a Wi-Fi network when you are in areas of poor reception. You can make phone calls and send text messages over a Wi-Fi network in the same way as you do on a cellular network. Calls made and text messages sent over Wi-Fi count towards your monthly voice and data plan just like when you are on a cellular network.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.



## Call Initiation and Screening Summary

In summary, each Samsung smartphone you will choose from comes with **Call Initiation and Screening** with one or more of the following features: **Three-Way Calling, Reject Call with Message, Missed Call Screen Management, and Wi-Fi Calling**.

|  |  | |  |
|---|---|---|---|
| Three-Way Calling | Reject Call with Message | Missed Call Screen Management | Wi-Fi Calling |

NEXT

Copyright © 2013, Applied Marketing Science, Inc.



Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Input Assistance Introduction

The Samsung smartphones you will choose from vary in **Input Assistance** features. They include one or more of the following features: **Copy-Paste, Voice to Text, Automatic Word Correction, and S Pen**.

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.



Copyright © 2013, Applied Marketing Science, Inc.

0%                  100%
% complete

## Input Assistance- Feature 1 (Copy-Paste)

**Please click on the Copy-Paste icon to view an animation describing this feature.** You can also read the description of the feature below.



Copy-Paste

**Copy-Paste.** The Copy-Paste feature allows you to copy and paste text on your device. To use this feature, you touch and hold a word to select it. You can also select more text by dragging the anchor points at either end of the selected word. Then, you can select "Copy" to copy the text you selected. Touching and holding anywhere else in a text field will then allow you to select "Paste" to paste in your selected text.

***Please click the icon above to watch the video before proceeding.***

Copyright © 2013, Applied Marketing Science, Inc.

0%                  100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Input Assistance- Feature 2 (Voice to Text)

**Please click on the Voice to Text icon to view an animation describing this feature.** You can also read the description of the feature below.



**Voice to Text.** The Voice to Text feature allows you to enter text using your voice instead of typing it on your smartphone. You can tap the microphone icon on your keyboard and speak the words you want to type. Your device will then transcribe your spoken words into written text for you, for example in a text message or email. Without this feature, you would have to type all of the text you wanted to enter on your smartphone.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.



## Input Assistance- Feature 3 (Automatic Word Correction)

**Please click on the Automatic Word Correction icon to view an animation describing this feature.** You can also read the description of the feature below.



**Automatic Word Correction.** As you type, your smartphone displays text you typed in a text box, and at the same time provides suggested replacement text in a separate box alongside the text box that displays what you actually typed. The Automatic Word Correction feature allows you to automatically replace your original text with suggested text when, for example, you press space to move on to the next word you want to type, or you press period to end the sentence. For example, if you type "birfday" and then press space or period, you will automatically replace it with "birthday." Without this feature, pressing space or period would retain your original text, "birfday"; if you want to replace your original text, you would need to select the suggested "birthday" yourself.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.



Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Input Assistance- Feature 4 (S Pen)

Please click on the S Pen icon to view an animation describing this feature. You can also read the description of the feature below.



S Pen

**S Pen.** With the S Pen feature your smartphone comes with a stylus, or electronic pen. In addition to the finger gestures you normally use on your smartphone, this feature gives you the option to use the stylus to navigate menus and enter information. For example, you can write directly in the calendar application of your device as if you are handwriting on a paper calendar.

*Please click the icon above to watch the video before proceeding.*



Copyright © 2013, Applied Marketing Science, Inc.

0%  ▬▬▬▬  100%
% complete

## Input Assistance Summary

In summary, each Samsung smartphone you will choose from comes with **Input Assistance** with one or more of the following features: **Copy-Paste, Voice to Text, Automatic Word Correction, and S Pen.**



| Copy-Paste | Voice To Text | Automatic Word Correction | S Pen |



Copyright © 2013, Applied Marketing Science, Inc.

0%  ▬▬▬▬  100%
% complete

20

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Screen Size Introduction

The Samsung smartphones you will choose from vary in **Screen Size**.

Click "NEXT" to view the video of this feature. This description and video will be available for you to review throughout the exercises.



Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬▬▬▬ 100%
% complete

## Screen Size Description

**Please click on any of the four Screen Size icons to view an animation describing this feature.** You can also read the description of the feature below.



Size 4.0"

Size 4.8"

Size 5.0"

Size 5.5"

**Screen Size.** The diagonal length of the screen could be 4.0 inches, 4.8 inches, 5.0 inches, or 5.5 inches.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬▬▬▬ 100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Camera Introduction

The Samsung smartphones you will choose from vary in **Camera** features. They include one or more of the following features: **Panorama, Best Photo, Smile Shot, and Buddy Photo Share**.

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.



Copyright © 2013, Applied Marketing Science, Inc.

0%  100%
% complete

## Camera- Feature 1 (Panorama)

**Please click on the Panorama icon to view an animation describing this feature.**
You can also read the description of the feature below.



### Panorama

**Panorama.** The Panorama feature allows you to take wide-angle, panoramic camera shots that cannot be contained in a single frame. You can point your device's camera in the direction in which you want to begin your panoramic shot, and when the first frame you want is fully within the green square on the screen, you can take the picture, and then move the camera over to take the next part of the panoramic shot. You can repeat this process up to eight times, moving the camera one frame over in each case. The Panorama feature then automatically stitches together the different photos you have taken to form one single panoramic image.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.

0%  100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Camera- Feature 2 (Best Photo)

Please click on the Best Photo icon to view an animation describing this feature. You can also read the description of the feature below.



**Best Photo**

**Best Photo.** The Best Photo feature allows you to automatically capture eight photos of whatever you are taking a picture of so that you can choose the best single photo to keep. For example, if you want to have a picture of a hot air balloon, the Best Photo feature will take eight successive photos automatically so that you can select the one photo of that hot air balloon that you feel is best and discard the rest.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.



## Camera- Feature 3 (Smile Shot)

Please click on the Smile Shot icon to view an animation describing this feature. You can also read the description of the feature below.



**Smile Shot**

**Smile Shot.** The Smile Shot feature allows you to capture pictures while your subjects are smiling. For example, if you are taking a photo of a child, Smile Shot enables your smartphone's camera to detect when the child is smiling, and to then take a photo at that moment. Without this feature, you would need to exactly time when you take the photo if you want to capture your subjects when they are smiling.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.



Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Camera- Feature 4 (Buddy Photo Share)

Please click on the **Buddy Photo Share** icon to view an animation describing this feature. You can also read the description of the feature below.



Buddy Photo
Share

**Buddy Photo Share.** The Buddy Photo Share feature allows you to tag and share pictures with individuals listed in your contacts. For example, when you take a picture using your smartphone, this feature will automatically place a yellow box around each face it detects in that picture. You can then tap each box to tag that face as one of your existing contacts, and then tap the face of your contact to choose to email or message the picture to that contact. You can also tap the Send button on the upper right to email the picture to all the contacts tagged in the picture. Without this feature, you would have to manually send your photos to your contacts.

*Please click the icon above to watch the video before proceeding.*

Copyright © 2013, Applied Marketing Science, Inc.

0%  ▬▬▬▬▬▬  100%
% complete

## Camera Summary

In summary, each Samsung smartphone you will choose from comes **with a Camera** with one or more of the following features: **Panorama, Best Photo, Smile Shot, and Buddy Photo Share.**



| Panorama | Best Photo | Smile Shot | Buddy Photo Share |



NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  ▬▬▬▬▬▬  100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Introduction 4

The following video will walk you through an example of the choice exercise you will be asked to do in this survey. **Please click on the button below to view the video.**

Click to view the video

*The Next button will appear after you view the video*

Copyright © 2013, Applied Marketing Science, Inc.

0%      100%
% complete

## Introduction 5

Next, you will begin the choice exercises. Click the "NEXT" button to get started.



Copyright © 2013, Applied Marketing Science, Inc.

0%      100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

# Conjoint (x 16 choices)



(1/16)

**Please choose your most preferred Samsung smartphone among the four below.**
At any point you may click on the label of each feature category, on the left, to view an animation describing the features within that feature category.

In answering this question, you may wish to consider the availability of other smartphone options in the market that may influence your purchase decision, including smartphones by other manufacturers or other Samsung smartphones.

Given the Samsung smartphone you chose as your most preferred among the alternatives shown, would you buy it <u>at the indicated price</u>?

Choose by clicking one of the buttons below. Then, click the <u>arrow</u> at the bottom to continue.



0%  ████████████████  100%

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT G

## Final Page

Click **HERE** to complete the survey.

Powered by Sawtooth Software, Inc.

0% ████████████████████████ 100%