EXHIBIT H

## Introduction 1

Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW / UNSURE option. It is very important that you not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

This survey should take about 30-45 minutes to complete.

When you are ready to get started, please click the "NEXT" button.

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

## Captcha

Z2SF TZ

Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

** code is case sensitive **

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

## QS1

What type of electronic device are you using to complete this survey?

*(Select one only)*

- ○ Smartphone (e.g., iPhone, Android, Blackberry)
- ○ Laptop computer
- ○ Desktop computer
- ○ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab)
- ○ Other mobile or electronic device

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## QS2

In which state do you live?

*(Select one only)*

<--select one-->

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬ 100%
% complete

## QS3

Are you...?

*(Select one only)*

- ◯ Male
- ◯ Female
- ◯ Prefer not to say

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬ 100%
% complete

## QS4

Into which of the following categories does your age fall?

*(Select one only)*

- ◯ Under 15
- ◯ 15 - 19
- ◯ 20 - 34
- ◯ 35 - 49
- ◯ 50 - 64
- ◯ 65+
- ◯ Prefer not to say

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬ 100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## QS5



Do you or does any member of your household work for any of the following types of companies or in any of the following industries?

*(Select all that apply)*

- [ ] A public relations or advertising agency
- [ ] A company that makes or sells home appliances
- [ ] A marketing or market research firm
- [ ] A company that makes or sells automotive parts
- [ ] A company that makes or sells consumer electronics
- [ ] None of the above

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  100%
% complete

## QS6



In the **past 12 months** which, if any, of the following have you personally owned?

*(Select all that apply)*

- [ ] Portable MP3 player
- [ ] Tablet computer
- [ ] Video game player
- [ ] Blu-ray player
- [ ] Desktop computer
- [ ] Portable GPS
- [ ] Smartphone
- [ ] Laptop computer
- [ ] None of the above

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  100%
% complete

## QS7

In the **past 12 months**, which of the following brands of tablet computers have you personally owned?

*(Select all that apply)*

- [ ] Amazon (Kindle Fire, etc.)
- [ ] Barnes & Noble (Nook Color, Nook HD, etc.)
- [ ] HP (TouchPad, etc.)
- [ ] Motorola (Xoom, Xoom 2, etc.)
- [ ] BlackBerry (Playbook, etc.)
- [ ] HTC (Flyer, etc.)
- [ ] Asus (Transformer, Transformer Prime, etc.)
- [ ] Apple (iPad, iPad2, the New iPad, etc.)
- [ ] Acer (Iconia A, Iconia W3, Iconia W7, etc.)
- [ ] Samsung (Galaxy Tab 10.1, Galaxy Tab 2 10.1, etc.)
- [ ] None of the above

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  100%
% complete

EXHIBIT H

## QS7a

In the **past 12 months**, which, if any, of the following brands of desktop or laptop computers have you personally owned?

*(Select all that apply)*

- ☐ Acer (Aspire, Iconia, etc.)
- ☐ Lenovo (ThinkPad, IdeaPad, IdeaCentre, etc.)
- ☐ Dell (Inspiron, Latitude, XPS, etc.)
- ☐ Apple (MacBook Air, MacBook Pro, iMac, etc.)
- ☐ ASUS (Zenbook, Transformer, Eee Box, etc.)
- ☐ HP (Pavilion, Envy, Spectre, etc.)
- ☐ Other. Please specify: _____
- ☐ None of the above

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

## QS7b

In the **past 12 months**, which specific model(s) of **Samsung** tablet computers have you personally owned?

*(Select all that apply)*

- ☐ Galaxy Tab 7.0
- ☐ Galaxy Tab 7.0 Plus
- ☐ Galaxy Tab 7.7
- ☐ Galaxy Tab 8.9
- ☐ Galaxy Tab 10.1
- ☐ Galaxy Note 8.0
- ☐ Galaxy Note 10.1
- ☐ Galaxy Tab 2 7.0
- ☐ Galaxy Tab 2 10.1
- ☐ Other. Please specify: _____
- ☐ Don't know / Unsure

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

4

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## QS7c



In the **past 12 months**, which, if any, of the following brands of portable GPS devices have you personally owned?

*(Select all that apply)*

- [ ] Magellan (RoadMate, eXplorist, etc.)
- [ ] Garmin (nüvi, eTrex, etc.)
- [ ] Celestron (reTrace, CoursePro, etc.)
- [ ] TomTom (VIA, Start, etc.)
- [ ] Rand McNally (IntelliRoute, Foris, etc.)
- [ ] Other. Please specify: _____
- [ ] None of the above

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% [====] 100%
% complete

## QS7d

Which <u>one</u> of the following Samsung tablet computers that you owned was <u>purchased most recently</u>? This will be referred to as your most recent Samsung tablet computer for the rest of this survey.

*(Select one only)*

- ○ Galaxy Tab 7.0 Plus
- ○ Galaxy Tab 7.7
- ○ Galaxy Tab 8.9
- ○ Galaxy Tab 10.1
- ○ Galaxy Note 8.0
- ○ Don't know / Unsure

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% [====] 100%
% complete

## QS7e



Thinking of your most recent Samsung tablet computer, to what degree were you involved in the decision to select the product?

*(Select one only)*

- ○ You were the <u>primary decision maker</u> in the selection of this product <u>and purchased</u> it for yourself or someone else
- ○ You were <u>involved in the decision</u> to select this product but <u>did not purchase</u> it yourself (i.e., you may have specified the brand or model you desired or specified the key features you desired, but someone else bought it)
- ○ You had <u>no involvement in the decision</u> to select this product (i.e., you received it from someone else, or you simply purchased it but did not have any input into the choice of the model or features)
- ○ Don't know / Unsure

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% [====] 100%
% complete

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT H

## QS7f



Approximately how much did it cost to buy your most recent Samsung tablet computer, excluding sales tax? Please give your best estimate.

*Please include only the cost of the tablet computer.* **Do not include the cost of optional accessories or monthly service fees associated with a data plan from a wireless service provider (for example, AT&T, Verizon, or Sprint).**

*(Enter a whole number)*

$ [        ]

☐ Don't know / Unsure

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬▬▬▬▬▬ 100%
% complete

## QS8

Before the survey begins, it is important to verify that you are able to see and hear videos that will be presented to you. Please click on the button to open the video/audio test tool and then type the word you heard in the box below.

**Note:** The video/audio test tool will appear in a pop-up window.

- If you can't <u>see</u> the video/audio test tool, it may be because the pop-up window with the tool is hidden behind your current browser window.

- If you can't <u>hear</u> the video/audio test tool, then please make sure your speakers are turned on and the volume is up.



[ Click to see video/audio test tool ]

What word did you hear?

*(Type the exact word you heard.)*

[        ]

***Please click the button above to see the video/audio test tool before proceeding.***

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬▬▬▬▬▬ 100%
% complete

EXHIBIT H

## Introduction 2

Now imagine that **you are in the market to buy a tablet computer** to replace your most recent Samsung tablet computer.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, **you will be shown different Samsung tablet computers**. You will be asked to **choose a Samsung tablet computer that you most prefer**.

- After you make your choice, you will be asked whether you would buy **the Samsung tablet computer that you chose**.

For purposes of these exercises, you should assume:

- Monthly data plan fees are NOT included in the purchase price of the tablet computer that is listed in the exercise.

Click "NEXT" to continue.

*The Next button will appear in just a moment*

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬ 100%
% complete

## Introduction 2a

We want to reward you for thinking carefully about the choices that you make in this survey. Therefore, **we will randomly pick 1 out of every 20 respondents who take this survey and pay for their next tablet computer.** If you are one of the lucky respondents, you will be offered a free tablet computer under the following conditions:

- If you wish to participate in the free tablet computer offer, you will please volunteer to tell us about your top-choice tablet computer when you decide to replace your existing tablet computer with a new tablet computer.

- We will then offer you a free tablet computer based on your top-choice tablet computer as well as the choices that you make in this survey. Except for the tablet computer features that will vary in this survey, the free tablet computer we offer you (based on your responses in this survey) will match your top-choice tablet computer as closely as possible.

- If the free tablet computer we offer you is priced less than $600, you will get the difference in cash. For example, if the market price of the tablet computer that we offer you is $399, you will receive that tablet computer plus $201 in cash ($600 - $399 = $201), if you accept the offer. If you chose to reject the offer, you forgo the reward.

- **Because your answers will determine the tablet computer that we offer, it is in your best interest to think hard about the questions and answer them to reflect your preferences. Therefore, please think carefully when:**

  - **Choosing your most preferred tablet computer among the alternatives shown;**

  - **Deciding whether or not to actually buy that tablet computer given the availability of other tablet computers in the market.**

[NEXT]

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬ 100%
% complete

7

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Introduction 2b

Next, you will be shown descriptions of features that may be present in the Samsung tablet computers that you will be asked to choose from. You will be shown videos of these features to help you understand them better.

**Note:** Each video will appear in a pop-up window. Please do not close the pop-up window until the video has finished playing.

- If you can't __see__ the video, it may be because the pop-up window with the video is hidden behind your current browser window.

- If you can't __hear__ the video, then please make sure your speakers are turned on and the volume is up.

Click "NEXT" to continue.

[NEXT]

Copyright @ 2013, Applied Marketing Science, Inc.

0% ▭▭ 100%
% complete

## Introduction 3

The Samsung tablet computers that will be shown to you include one or more features within each of the following categories:

1. Price
2. Screen Size
3. Input Assistance
4. Connectivity
5. Lock Screen Interface
6. Data Accessibility

In addition to features within each of the above categories, please assume that the Samsung tablet computers you will be shown will have all the other features on your most recent Samsung tablet computer.

**We will now introduce you to the features that will vary in the Samsung tablet computers that you will be asked to choose from.**

[NEXT]

Copyright @ 2013, Applied Marketing Science, Inc.

0% ▭▭ 100%
% complete

## Price Introduction

The Samsung tablet computers you will choose from vary in **Price**.

Click "NEXT" to view the video of this feature. This description and video will be available for you to review throughout the exercises.

[NEXT]

Copyright @ 2013, Applied Marketing Science, Inc.

0% ▭▭ 100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Price Description



Please click on any of the four Price icons to view an animation describing this feature. You can also read the description of the feature below.

Price $199

Price $299

Price $449

Price $599

**Price.** The price of the tablet could be $199, $299, $449, or $599.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

## Screen Size Introduction

The Samsung tablet computers you will choose from vary in **Screen Size**.

Click "NEXT" to view the video of this feature. This description and video will be available for you to review throughout the exercises.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Screen Size Description



## Input Assistance Introduction



Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Input Assistance – Feature 1 (Copy Paste)

Please click on the Copy-Paste icon to view an animation describing this feature.
You can also read the description of the feature below.



Copy-Paste

**Copy-Paste.** The Copy-Paste feature allows you to copy and paste text on your device. To use this feature, you touch and hold a word to select it. You can also select more text by dragging the anchor points at either end of the selected word. Then, you can select "Copy" to copy the text you selected. Touching and holding anywhere else in a text field will then allow you to select "Paste" to paste in your selected text.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬▬ 100%
% complete

## Input Assistance – Feature 2 (Voice to Text)

Please click on the Voice to Text icon to view an animation describing this feature.
You can also read the description of the feature below.

Voice to Text

**Voice to Text.** The Voice to Text feature allows you to enter text using your voice instead of typing it on your tablet. You can tap the microphone icon on your keyboard and speak the words you want to type. Your device will then transcribe your spoken words into written text for you, for example in an email. Without this feature, you would have to type all of the text you wanted to enter on your tablet.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬▬ 100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Input Assistance – Feature 3 (Automatic Word Correction)

**Please click on the Automatic Word Correction icon to view an animation describing this feature.** You can also read the description of the feature below.



Automatic Word Correction

**Automatic Word Correction.** As you type, your tablet displays text you typed in a text box, and at the same time provides suggested replacement text in a separate box alongside the text box that displays what you actually typed. The Automatic Word Correction feature allows you to automatically replace your original text with suggested text when, for example, you press space to move on to the next word you want to type, or you press period to end the sentence. For example, if you type "birfday" and then press space or period, you will automatically replace it with "birthday." Without this feature, pressing space or period would retain your original text, "birfday"; if you want to replace your original text, you would need to select the suggested "birthday" yourself.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  ___ 100%
% complete

## Input Assistance – Feature 4 (S Pen)

**Please click on the S Pen icon to view an animation describing this feature.** You can also read the description of the feature below.

S Pen

**S Pen.** With the S Pen feature your tablet comes with a stylus, or electronic pen. In addition to the finger gestures you normally use on your tablet, this feature gives you the option to use the stylus to navigate menus and enter information. For example, you can write directly in the calendar application of your device as if you are handwriting on a paper calendar.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  ___ 100%
% complete

## Input Assistance Summary

In summary, each Samsung tablet computer you will choose from comes with **Input Assistance** with one or more of the following features: **Copy-Paste, Voice to Text, Automatic Word Correction, and S Pen.**

|  | Voice to Text |  | S Pen |
|---|---|---|---|
| Copy-Paste | | Automatic Word Correction | |

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  ___ 100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Connectivity Introduction



The Samsung tablet computers you will choose from vary in **Connectivity** features. They include one or more of the following features: **Wi-Fi, GPS, AllShare Play, and IR Blaster**.

Click "NEXT" to view videos explaining each of these features. These descriptions and videos will be available for you to review throughout the exercises.

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬ 100%
% complete

## Connectivity – Feature 1 (Wi-Fi)



**Please click on the Wi-Fi icon to view an animation describing this feature.** You can also read the description of the feature below.



Wi-Fi

**Wi-Fi.** The Wi-Fi feature allows you to connect to a home, office, or public wireless network. A Wi-Fi network allows you to access the Internet without the use of wires or cables, and without using your cellular service provider's network.

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬ 100%
% complete

## Connectivity – Feature 2 (GPS)

**Please click on the GPS icon to view an animation describing this feature.** You can also read the description of the feature below.



GPS

**GPS.** The GPS feature allows your location-based apps to use Global Positioning System (GPS) signals when identifying your tablet's location. For example, when you are using a navigation app such a Google Maps, the app can make use of GPS signals to achieve turn-by-turn navigation. Without this feature, your tablet cannot use GPS signals to determine your location, but can use other methods, such as by detecting the location of a nearby Wi-Fi network.

**NEXT**

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬ 100%
% complete

EXHIBIT H

## Connectivity – Feature 3 (AllShare Play)

Please click on the AllShare Play icon to view an animation describing this feature.
You can also read the description of the feature below.



AllShare Play

**AllShare Play.** The AllShare Play feature allows you to share content across your connected devices. For example, you can display content from your tablet on your compatible television set, or you can use your tablet to remotely access content from other devices such as your computer at home. You can also store content securely on the Internet and access it anytime across all your connected devices.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

## Connectivity – Feature 4 (IR Blaster)

Please click on the IR Blaster icon to view an animation describing this feature. You can also read the description of the feature below.

IR Blaster

**IR Blaster.** With the IR Blaster feature, you can use your tablet as a universal remote that controls various devices. For example, you can synchronize your tablet with different devices such as your TV, cable box, and streaming media player. You can then use your tablet as a universal remote that performs the functions of individual remote controls, such as changing channels, adjusting volume, and selecting streaming content.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

## Connectivity Summary

In summary, each Samsung tablet computer you will choose from comes **with Connectivity** with one or more of the following features: **Wi-Fi, GPS, AllShare Play, and IR Blaster.**

 Wi-Fi    GPS     AllShare Play     IR Blaster

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Lock Screen Interface Introduction



## Lock Screen Interface – Feature 1 (Lock Screen Display Customization)



## Lock Screen Interface – Feature 2 (Lock Screen Shortcuts)



15

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Lock Screen Interface – Feature 3 (Multiple Lock Screen Widgets)



Please click on the Multiple Lock Screen Widgets icon to view an animation describing this feature. You can also read the description of the feature below.

**Multiple Lock Screen Widgets.** The Multiple Lock Screen Widgets feature allows you to have access to up to five different lock screens, each of which could display different information or offer quick access to different services. For example, the lock screens could be customized to display widgets such as Gmail, Calendar, and Yahoo! Finance. To switch between your lock screens, you would simply swipe the lock screen to the left or right.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

## Lock Screen Interface – Feature 4 (Slide to Unlock)

Please click on the Slide to Unlock icon to view an animation describing this feature. You can also read the description of the feature below.

🔒➜🔓

Slide to Unlock

**Slide to Unlock.** The Slide to Unlock feature prevents unintentional unlocks by unlocking your tablet only when you slide an image, using one continuous motion, from a specific spot on the lock screen to another specific spot on the screen. Without this feature, you would have to unlock your device using other techniques, for example by swiping the lock screen from any random spot on the screen to any other random spot that was far enough away, which may make unintentional unlocks more likely.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0%  % complete  100%

16

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Lock Screen Interface Summary



## Data Accessibility Introduction



## Data Accessibility – Feature 1 (Status Bar)



Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Data Accessibility – Feature 2 (Background Syncing)



Please click on the Background Syncing icon to view an animation describing this feature. You can also read the description of the feature below.

Background Syncing

**Background Syncing.** The Background Syncing feature allows you to continue to use an app while data related to that app that is stored on your tablet synchronizes with data stored elsewhere, such as on a remote computer. For example, you can access and edit data, such as the list of contacts on your tablet, even as your tablet is sending data for those contacts to your work computer. Without this feature, you would have to wait to use an app, for example the contacts app, while the data for that app is synchronizing with a remote computer, and that wait may be long or short.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬ 100%
% complete

## Data Accessibility – Feature 3 (Quick Links)



Please click on the Quick Links icon to view an animation describing this feature. You can also read the description of the feature below.

Quick Links

**Quick Links.** When you are viewing text on your tablet (for example in an email), the Quick Links feature automatically detects certain types of data (such as phone numbers or email addresses) and enables you to choose among multiple actions to perform on that data. For example, this feature will automatically detect an email address displayed in an email, and if you press and hold the email address, it will offer you multiple actions such as sending an email to the address, or copying the address. Without this feature, if you wanted to take various actions, like sending an email, you would have to manually identify and select the exact text that might be data to take actions on.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% ▬▬▬▬▬ 100%
% complete

## Data Accessibility – Feature 4 (Universal Search)

**Please click on the Universal Search icon to view an animation describing this feature.** You can also read the description of the feature below.

### Universal Search

**Universal Search.** Universal Search lets you use a single search to find information from different sources of information, for example data stored on your tablet as well as information found on the Internet. Universal Search uses different rules of thumb for searching the different sources in order to find good results tailored to each source. For example, when you type "George" in a single search box, the feature searches the Internet for "George," which might yield web pages about George Washington, and at the same time searches for "George" stored on your tablet, which might retrieve "George Adams" from your contacts or songs by "George Michael" from your music files. Without Universal Search, you would have to separately search each information source, for example searching the Internet in a browser or for your contacts within your contacts application.

**NEXT**

Copyright @ 2013, Applied Marketing Science, Inc.

0%  % complete  100%

## Data Accessibility Summary

In summary, each Samsung tablet computer you will choose from comes with **Data Accessibility** with one or more of the following features: **Status Bar, Background Syncing, Quick Links, and Universal Search.**

| Status Bar | Background Syncing | Quick Links | Universal Search |

**NEXT**

Copyright @ 2013, Applied Marketing Science, Inc.

0%  % complete  100%

## Introduction 4

The following video will walk you through an example of the choice exercise you will be asked to do in this survey. **Please click on the button below to view the video.**

Click here to launch choice exercise tutorial

**NEXT**

Copyright @ 2013, Applied Marketing Science, Inc.

0%  % complete  100%

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Introduction 5



Next, you will begin the choice exercises. Click the "NEXT" button to get started.

NEXT

Copyright © 2013, Applied Marketing Science, Inc.

0% ▮▮▮▮▮▮▮▮▮ 100%
% complete

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

## Conjoint (x 16 choices)



In answering this question, you may wish to consider the availability of other tablet computer options in the market that may influence your purchase decision, including tablet computers by other manufacturers or other Samsung tablet computers.

Given the Samsung tablet computer you chose as your most preferred among the alternatives shown, would you buy it at the indicated price?

Choose by clicking one of the buttons below. Then, click the arrow at the bottom to continue.



Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H

## Final Page



Click **HERE** to complete the survey.

Powered by Sawtooth Software, Inc.

0% ████████████ 100%