Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT II: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*August 2, 2013*

**PHASE 1 PRE-TEST:  EVALUATION OF VIDEOS**
- Telephone interviews with remote viewing of the videos with 6-10 Samsung phone users
- The following questions will be asked about  a subset of the videos (see Appendix A with sample mix of videos to be presented to each respondent)
- AMS will provide a written summary of the responses for each video

Q1.[RESPONDENT VIEWS VIDEO]Upon viewing this video, do you feel like you understand the Smartphone feature called [FILL NAME OF FEATURE] that is described in the video?
- ❑ Yes[GO TO 1A]
- ❑ No [GO TO Q2]
- ❑ Unsure [GO TO Q2]

Q1A. Did or did not the video say that [FILL CONFIRMATION QUESTION FOR SPECIFIC SMARTPHONE FEATURE]?
- ❑ Yes[GO TO 1B]
- ❑ No [GO TO Q1B]
- ❑ Unsure [GO TO Q1B]

Q1B. Did or did not the video say that [FILL NIA CONFIRMATION QUESTION FOR SPECIFIC SMARTPHONE FEATURE]?
- ❑ Yes[GO TO Q3]
- ❑ No [GO TO Q3]
- ❑ Unsure [GO TO Q3]

Q2. [RESPONDENT VIEWS VIDEO A SECOND TIME] Upon viewing this video a second time, do you feel like you understand the Smartphone feature called [FILL NAME OF FEATURE] that is described in the video?
- ❑ Yes [GO TO Q2A]
- ❑ No [GO TO Q2A]
- ❑ Unsure [GO TO Q2A]

Q2A. Did or did not the video say that [FILL CONFIRMATION QUESTION FOR SPECIFIC SMARTPHONE FEATURE]?
- ❑ Yes[GO TO Q2B]
- ❑ No [GO TO Q2B]
- ❑ Unsure [GO TO Q2B]

Q2B. Did or did not the video say that [FILL NIA CONFIRMATION QUESTION FOR SPECIFIC SMARTPHONE FEATURE]?
- ❑ Yes[GO TO Q3]
- ❑ No [GO TO Q3]
- ❑ Unsure [GO TO Q3]

Summarize out loud to respondent about what was said.

Q3. Does this accurately represent your responses to my questions about this video?
- ❑ Yes
- ❑ No
- ❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-3   Filed 01/27/14   Page 2 of 41
EXHIBIT 11: SMARTPHONE

Privileged and Confidential – Attorney Work Product
Smartphone Study
August 2, 2013

## APPENDIX A – SAMPLE DISTRIBUTION OF VIDEO VIEWING BY RESPONDENT (each video is tested at least 3 times)

| 26 Videos | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **12 People** | **Video 1** | **Video 2** | **Video 3** | **Video 4** | **Video 5** | **Video 6** | **Video 7** | **Video 8** | **Video 9** | **Video 10** |
| Resp 1 | Three Way Calling | Reject Call with Message | Missed Call Management | WiFi Calling | Panorama | Best Photo | Smile Shot | Buddy Photo Share | | |
| Resp 2 | Notification Bar | Background Syncing | Quick Links | Universal Search | Smart Rotation | Smart Pause | Smart Scroll | Smart Stay | | |
| Resp 3 | Copy-Paste | Voice to Text | Automatic Word Correction | S Pen | Lock Screen Display Customization | Slide to Unlock | Lock Screen Shortcuts | Multiple Lock Screen Widgets | | |
| Resp 4 | Price | Screen Size | Three Way Calling | Reject Call with Message | Missed Call Management | WiFi Calling | Panorama | Best Photo | Smile Shot | Buddy Photo Share |
| Resp 5 | Three Way Calling | Reject Call with Message | Missed Call Management | WiFi Calling | Panorama | Best Photo | Smile Shot | Background Syncing | | |
| Resp 6 | Notification Bar | Background Syncing | Quick Links | Universal Search | Smart Rotation | Smart Pause | Smart Scroll | Smart Stay | | |
| Resp 7 | Copy-Paste | Voice to Text | Automatic Word Correction | S Pen | Lock Screen Display Customization | Slide to Unlock | Lock Screen Shortcuts | Multiple Lock Screen Widgets | | |
| Resp 8 | Price | Screen Size | Notification Bar | Background Syncing | Quick Links | Universal Search | Smart Rotation | Smart Pause | Smart Scroll | Smart Stay |
| Resp 9 | Three Way Calling | Reject Call with Message | Missed Call Management | WiFi Calling | Panorama | Best Photo | Smile Shot | Buddy Photo Share | | |
| Resp 10 | Notification Bar | Background Syncing | Quick Links | Universal Search | Smart Rotation | Smart Pause | Smart Scroll | Smart Stay | | |
| Resp 11 | Copy-Paste | Voice to Text | Automatic Word Correction | S Pen | Lock Screen Display Customization | Slide to Unlock | Lock Screen Shortcuts | Multiple Lock Screen Widgets | | |
| Resp 12 | Price | Screen Size | Copy-Paste | Voice to Text | Automatic Word Correction | S Pen | Lock Screen Display Customization | Slide to Unlock | Lock Screen Shortcuts | Multiple Lock Screen Widgets |

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*August 2, 2013*

**APPENDIX B:    CONFIRMATION STATEMENTS**

### *Data Accessibility*
- **Notification Bar (distraction):**  The notification bar feature allows you to quickly review any new notifications in addition to accessing certain configuration settings, such as adjusting volume up or down, or turning Wi-Fi on or off.
- Without this feature, new notifications received by your smartphone would appear in a pop-up window, and you would be able to access configuration settings only by navigating to the "Settings" app on your device.

- **Background Syncing ('414)** The Background Syncing feature allows you to continue to use an app while that app's data synchronizes with data stored elsewhere, such as on a remote computer.
- Without this feature, you would have to wait to use an app while the data for the app is synchronizing with, for example, a remote computer, and that wait may be long or short.

- **Quick Links ('647)** The Quick Links feature automatically detects and provides multiple ways to interact with phone numbers, email, and postal addresses.
- Without this feature, you would have to manually identify and select the exact text that might be data for which you could take various actions, like emailing or calling.

- **Universal Search ('959)** The Universal Search feature lets you use a single search to find information from different sources, both stored on your phone and on the Internet.
- Without Universal Search, you would have to separately search each information source, for example searching the Internet in a browser or for your contacts within your contacts application.

### *Call Initiation and Screening*
- **Three-Way Calling (distraction)** The Three-Way Calling feature allows you to set up a conference call among three people.

- **Reject Call with Message (distraction)** The Reject Call with Message feature allows you to reject a phone call while simultaneously sending a text message to that caller, for example, "I'll call you later."
- Without this feature, you would have only the "Answer" and "Reject" buttons, and if you wanted to send the caller a text message, you would have to separately compose one after rejecting the call using your text messaging app.

- **Missed Call Management ('760)** The Missed Called Management feature lets you respond to a missed call by phone or other methods, for example by text or email, by  touching two different areas.
- Without two areas you would have to remember to use different gestures to take different actions—like tapping an entry on the missed calls list to call back but swiping the entry to view the contact information.

- **Wi-Fi Calling (distraction)** The Wi-Fi Calling feature allows you to make phone calls and send messages over a Wi-Fi network when you are in areas of poor cellular reception, but calls made and messages sent over Wi-Fi still count towards your monthly voice and data plan.

### *Input Assistance*
- **Copy-Paste (distraction)** The Copy-Paste feature allows you to copy and paste text on your device.

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*August 2, 2013*

- **Voice to Text (distraction)** The Voice to Text feature allows you to enter text using your voice instead of typing it on your Smartphone.
- Without this feature, you would have to type all of the text you wanted to enter on your smartphone.

- **Automatic Word Correction ('172)** The Automatic Word Correction feature suggests word corrections alongside the text you are typing and allows you to automatically replace your original text with suggested text by pressing space or period.
- Without this feature, pressing space or period would retain your original text; if you want to remove your original text, you would need to select the suggested text yourself.

- **S Pen (distraction)** With the S Pen feature you can use a stylus or electronic pen to navigate menus and enter information, such as writing directly on your calendar as if you were handwriting on a paper calendar.

### *Lock Screen Interface*
- **Lock Screen Display Customization (distraction)** The Lock Screen Display Customization feature allows you to customize the appearance of the lock screen on your Smartphone, for example, changing the wallpaper on the lock screen.

- **Slide to Unlock ('721)** The Slide to Unlock feature prevents unintentional unlocks by unlocking your Smartphone only when you slide an image, using one continuous motion, from a specific spot on the lock screen to another specific spot on the screen.
- Without this feature, you would have to unlock your device using other techniques, for example by swiping the lock screen from any random spot on the screen to any other random spot that was far enough away, which may make accidental unlocks more likely.

- **Lock Screen Shortcuts (distraction)** The Lock Screen Shortcuts feature allows you to add shortcuts to your lock screen so that you can quickly access certain apps, such as your camera, without unlocking the phone entirely.
- Without this feature, you would have to unlock your phone every time you wanted to use an app.

- **Multiple Lock Screen Widgets (distraction)** The Multiple Lock Screen Widgets feature allows you to have access to up to five different lock screens, each of which could display different information, for example access to your missed calls, music, or stock price information.

### *Smart Screen (distraction)*
- **Smart Rotation** The Smart Rotation feature uses the phone's camera to detect your face and to prevent the device's screen from automatically rotating when it detects that you are lying sideways.

- **Smart Pause** The Smart Pause feature will pause a video when you look away from the screen, and resume the video when you look back at the screen.
- Without this feature, you have to manually press "pause" and "play."

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
EXHIBIT II: SMARTPHONE

- **Smart Scroll** The Smart Scroll feature allows you to scroll on your smartphone without using the touch screen. You can move your face relative to the screen or tilt your smartphone, and the pages will scroll up or down.
- Without this feature, you must use finger gestures on your touchscreen to scroll the page.

- **Smart Stay** The Smart Stay feature allows your smartphone's display to remain lit while you are looking at the screen.
- Without this feature, the screen dims or turns off automatically after a pre-specified period of time.

### Screen Size (distraction)
The screen size is measured by the diagonal length of the screen.
- 3.7"
- 4.0"
- 4.8"
- 5.5"

### Camera (distraction)
- **Panorama** The Panorama feature allows you to take wide-angle, panoramic camera shots that cannot be contained in a single frame.

- **Best Photo** The Best Photo feature allows you to automatically capture eight photos of whatever you are taking a picture of so that you can choose the best single photo to keep.

- **Smile Shot** The Smile Shot feature enables your Smartphone's camera to detect when your subject is smiling, and to then take a photo at that moment.
- Without this feature, you would need to exactly time when you take the photo if you want to capture your subjects when they are smiling.

- **Buddy Photo Share** The Buddy Photo Share feature allows you to tag and share pictures with individuals listed in your contacts.
- Without this feature, you would have to manually send your photos to your contacts.

### Price
The price of the Smartphone is with a 2-year service contract. Monthly data and cellular plan fees are NOT included in the price of the Smartphone.  You can enter the 2-year service contract with any of the major wireless service providers that you prefer (for example, AT&T, Sprint, T-Mobile, and Verizon).

- $0
- $99
- $199
- $299

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT II: SMARTPHONE

Pretest Int. 1

8am
Oscar T
45-49, M
Samsung Galaxy S2

4/14/13

Resp R

| | Resp 1 3-way | reject call Resp 2 | Reject call Resp 3 | Resp 4 | Resp 5 |
|---|---|---|---|---|---|
| Q1 | No | Yes | No | why yes | panorama yes |
| Q1A | | Yes | | yes | yes |
| Q1B | | Yes | | yes | |
| Q2 | Yes, generally | | No, sorry | | |
| Q2A | Was Yes | | No | | |
| Q2B | | | Me yes | | |
| Q3 | - Yes | Yes | yes | Yes | Yes |

Resp 1:
- Three way calling
- conference call
  two people
- only saw it local
  one

- Reject Call

Resp 2:
- Rejectful
- Accept
  Reject B
  ; applied

Resp 3:
- Mixed Call
- on each name
- no arrow in
  coming in
  out
- sign by me
  is now idea
  that new name
  call is saying
  message that
  they call you
- not clear

Resp 4:
- gets in to
  calling

- Now that you
  say it, I got it.

| | smoke shot | Best PASO | | Buddy Photo Share |
|---|---|---|---|---|
| Q1 | Yes | Yes | | yes |
| Q1A | Yes | Yes | | yes |
| Q1B | Yes | | | yes |
| Q2 | | | | |
| Q2A | | | | |
| Q2B | | | | |
| Q3 | Yes | Yes | | yes |

loves it

cool feature

- Order of video
  shown
- Put smartphone and
  separate
- Write summarize

6

Case 5:12-cv-00630-LHK   Document 1182-3   Filed 01/27/14   Page 7 of 41
Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
EXHIBIT II: SMARTPHONE

Sp. M reee Renée    Gular    #6
6/14

1   No # Bar
    yes (just learned about last night)
1A   NO, Then said yes.
1B   yes.
              a little confused about settings —
    thinks she has to go to each app to setup
    ∧ settings   vs settings
3 yes
    Its   around   Background sync,
1 yes
1A.  yes said she ded no know you could
         Not use application
              would wart while syncing ???
         Totally ded not get it
              Verizon back up assistance
         • could use any App whil waity
         • to sync.
3 ✓
    Quick links
1    yes
1A   yes
1B   yes (But Really Thorough would
    nure to Manually enter)
    - manually erase ...

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-3   Filed 01/27/14   Page 8 of 41
EXHIBIT II: SMARTPHONE

6/4 Review

Universal Search
- 1 yes
- 1A yes
- 1B individually then each file...
     sep
-3 yes

Smart rotation
1 yes
1A yes            Did Not Know it uses Camera.
2 yes

Smart Pause.
1 y
1A yes
1B yes
3 yes

Smart Scroll                    Smart stay
1    y                          1    y
1A   y                          1A   y
1B   y                          1B   y
3 y                             3    y

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

Kady 230 Fri 6/14   Resp 5

Smartphone: Samsung   Illusion Smartphone.

| 3way calling | Rej'd mesg | Missed call/msg | wifi |
|---|---|---|---|
| 1 Yes. | 1 yr. | 1 yes. | 1 yes. |
| 1A yes. | 1A yes | 1A yes. | 1A yes |
| 1B — | 1B yes. | 1B yes. | |
| Summarize | | Summarize | |
| 3 yes | 3 yes. | 3 yes | 3 yes |
| | | h, also- | |
| | | Exit | |
| | | read detail. | |

| Panorama | Best photo | Smile Shot |
|---|---|---|
| 1 yes | 1 yes | 1 y |
| 1A yes. | 1 yes | 1A y |
| 3 yes | 3 yes | 3 y. |

B5
contact women

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

# N A T I O N A L
# Field & Focus
FRAMINGHAM, MASSACHUSETTS
TEL 508-370-7788

R, 6/14/13, nam EDT — AvS Protest    Janet  ①

To Store Via Adobe (cont)

Ⓞ click Share My Screen    Ⓞ say Tia adobe lik
> store Reg
> vdo

Ⓞ stf of Shar    Samung Galaxy Note
pushed Jan '13

Phase Ⓐ Model    info (a) when got it
(b) what model

| Mdeo | Video | |
|---|---|---|
| ① Copy Paste | ② Voice to Text | ③ Autometic Word Correction |
| ① Yes | ① Yes | ① Yes |
| (1a) Yes | (1a) Yes | (1a) Yes (1b) Yes |
| (1b) N/A ③ = Yes | (1b) Yes ③ Yes | ③ Yes |
| ④ S-Pen | ⑤ Lock Screen Prefs Customize | ⑥ Slide to Unlock |
| ① Yes | ① Yes | ① Yes |
| (1a) Yes | (1a) Yes | (1a) Yes |
| (1b) N/A | (1b) N/A | (1b) Yes |
| ③ Yes | ③ Yes | ③ Yes |

10

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT I1: SMARTPHONE

# NATIONAL
# Field & Focus

FRAMINGHAM, MASSACHUSETTS
TEL 508-370-7788

Text (cont'd)    ②

⑦ Lock Screen Shortcuts

① yes
ⓐ yes
ⓑ yes
③ yes

⑧ Multiple Lock Screen Widgets

① yes
ⓐ yes
ⓑ N/A
③ yes

○ The last two features that taught her something new she did not realize

11

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
EXHIBIT II: SMARTPHONE

# N A T I O N A L
## Field & Focus
FRAMINGHAM, MASSACHUSETTS
TEL 508-370-7788

M, 6/17/13   AUS ZDZ

(Rose) # 9am

CA

Samsung Galaxy S III

purchased November 2012

| Resp #8 ① price | ② Screen size | ③ Notification Bar |
|---|---|---|
| Q1 | Q1 Y | Q1 Y |
| Q1a NO Doesn't say upgrade points | Q1a Y | Q1a Y |
| Q2 Y | | Q1b Y |
| ② Q2a → Didn't say upgrade points | Q2 Y | Q2 Y |
| Q3 Y | LikeA7&7 | |

| ④ Black & Space | ⑤ Quick Reply | ⑥ Universal Search |
|---|---|---|
| Q1 Y | Q1 Y | Q1 Y |
| Q1a Y | Q1 Y | Q1a Y |
| Q1b Y | Q1b Y | Q1b Y |
| Q3 Y | Q3 Y | Q3 Y |

| ⑦ Screen Rotation | ⑧ Screen Base | ⑨ Smart Scroll 10 sec |
|---|---|---|
| Q1 Y | Q1 Y | Q1 Y | Q1 Y |
| Q1a Y | Q1a Y | Q1a Y | Q1a Y |
| Q3 Y | Q1b Y | Q2 Y | Q1b Y |
| | Q3 Y → Doesn't know if it says it will actually | Q3 Y | Q3 Y |

go back out play the video

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT II: SMARTPHONE

M, 6/17/13                    AUS pretest 1pm

Jessica
(Idaho)                                    Samsung Galaxy S3
                                           pretest Feb 2012
Rep #9

---

① 3-Way Calling          ② Reject call w/ Msg      ③ Missed call Txt
Q1) Y                    Q1) Y                     Q1) Y    Confirming folder
Q1a) Y                   Q1a) Y                    Q1a) Y
Q3) Y                    Q1b) Y                    Q1b) Y
→ you and two           Q3) Y                     Q3) Y
  other people "                                          info to see everything
                                                          Video cap of home

④ WiFi Calling          ⑤ Panorama               ⑥ Best Photo
Q1) Y                    Q1) Y                     Q1) Y
Q1a Y                    Q1a) Y                    Q1a) Y
Q3) Y                    Q3) Y                     Q3) Y

⑦ Smile Shot            ⑧ Buddy Photo Share
Q1) Y                    Q1) Y
Q1a Y                    Q1a) Y
Q1b) No - I don't       Q1b) Y
  anyth  of what's      Q3) Y
  forest it
  got it in Q3a Y          used wrong one
Q3) Y   +Q3b Y

Case 5:12-cv-00630-LHK   Document 1182-3   Filed 01/27/14   Page 14 of 41
Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
EXHIBIT II: SMARTPHONE

(M, 6/17/13)   AUS   IOI

(3:45 pm) Resp 11   [Julis,] IL

Sensing Impression
purchased a little over 3yrs ago

① Copy-Paste          ④ Voice-to-Text          ③ Auto Word Correx
(Q1) Y                 (Q1) Y                    (Q1) Y
(Q1a) Y                (Q1a) Y                   (Q1a) Y
(Q3) Y                 (Q1b) Y                   (Q1b) Y
                       (Q3) Y                    (Q3) Y

④ S Pen               ⑤ Lock Screen Display     ⑥ Slide to Unlock
                          Customization
(Q1) Y                 (Q1) Y                    (Q1) Y
(Q1a) Y                (Q1a) Y                   (Q1a) Y
(Q3) Y                 (Q3) Y                    (Q1b) Y
                                                 (Q3) Y

⑦ Lock Screen Shortcuts    ⑧ Multiple Lock Screen    ⑨
                              Capability
(Q1) Y                 (Q1) Y  but hesitance if on
(Q1a) Y                       how to separate
(Q1b) Y                (Q1a) Y  lock screens → ie, how to
(Q3) Y                 (Q2) Y                    personalize
                       (Q1a) Y
                       (Q3) Y  Initially / only true info on Customize (personalize?)
                              Screens. But after viewing 2nd time she feels its Not need

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
EXHIBIT II: SMARTPHONE

M, 6/19/13 9pm EDT (AuS)

Tucker P.

Rep. 12

Age 30, WA state

Samsung Galaxy ~~Note~~ (Pro)

Purchased Oct 2012

① Price
Q1) Y
Q1a) Y
Q3) Y

④ Scr. Size
Q1) Y
Q1a) Y
Q3) Y

③ Copy-Paste
Q1) Y
Q1a) Y
Q3) Y

④ Voice to Text
Q1) Y
Q1a) Y
Q1b) Y
Q3) Y

Videos froze when his connection was lost

⑤ Auto. Word Correx
Q1) Y
Q1a) Y
Q1b) Y
Q3) Y

⑥ S-Pen
Q1) Y
Q1a) Y
Q3) Y

② Lock Screen Display Clarification
Q1) Y
Q1a) Y
Q3) Y

⑧ Slide to Unlock
Q1) Y
Q1a) Y
Q1b) Y
Q3) Y

⑨ Lock Screen Shortcuts
Q1) Y
Q1a) Y
Q1b) Y
Q3) Y

⑩ Multiply Lock Screen Widget
Q1) Y
Q1a) Y
Q3) Y

15

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT I1: SMARTPHONE

Pretest Int. 2                          Resp 2

| | Nof Bar | Batts Strng | Quick Contls | Univ. Search | Smart Rot | Smart Pause | Smart Scroll | Smart Stay |
|---|---|---|---|---|---|---|---|---|
| Q1 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Q1A | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Q1B | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Q2 | | | | | | | | |
| Q2A | | | | | | | | |
| Q2B | | | | | | | | |
| Q3 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |

Pretest #4                          Emme   130 pm
Resp 4                              E31    Galaxy S3

| | Race | Screen Size | 3-way | Reject Call w/ Msg | Missed Call | WoG | Panorama | Best Photo | Smile | Buddy |
|---|---|---|---|---|---|---|---|---|---|---|
| Q1 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Q1A | Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Q1B | | | | Yes | Yes | | | | Yes | Yes |
| Q2 | | | | | | | | | | |
| Q2A | | | | | | | | | | |
| Q2B | | | | | | | | | | |
| Q3 | Yes | Yes | Yes / Not Syd but mult. people | Yes | Yes | Yes | Yes | Yes | Yes | Yes |

Pretest #7                Robert G        Galaxy S3
(disp 7)                  M, 50

| | Copy Paste | Voice to Text | Auto Connect | S Pen | Lock Display Custom | Slide to Unlock | Lock Shortcuts | Widgets |
|---|---|---|---|---|---|---|---|---|
| Q1 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Q1A | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Q1B | | | Yes | Yes | | Yes | Yes | |
| Q2 | | | | | | | | |
| Q2A | | | | | | | | |
| Q2B | | | | | | | | |
| Q3 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |

Confidential — Contains Material Designated as Confidential — Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-3   Filed 01/27/14   Page 17 of 41
EXHIBIT II: SMARTPHONE

Anthony M. 58

Resp

Samsung Story

| | Moto Droid Bnz | Bnlyd Syn | Auto Code | Univ Search | Smart Rot | Smart Page | Smart Scroll | Smart Stay |
|---|---|---|---|---|---|---|---|---|
| Q1 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Q1A | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Q1B | Yes | Yes | Yes | Yes | | Yes | Yes | Yes |
| Q2 | | | | | | | | |
| Q2A | | | | | | | | |
| Q2B | | | | | | | | |
| Q3 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |

always 3 ways to get to anything

- don't know how it actually happens
- syncing
- manually type in # to computer (email solves this)

- have used it so understand it

may tns I won't just the single screen (my tongue wave)

Didn't think about this before (thought this constant phone facing person)

- didn't hear camera

EXHIBIT I1: SMARTPHONE

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

**PHASE 2 PRE-TEST:      DRY RUN OF PROGRAMMED SURVEY**
- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

    ❑ Yes….. If yes, who?  _____
    ❑ No
    ❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?


    _____

Q3. Did you have difficulty understanding the questions and instructions?

    ❑ Yes
    ❑ No
    ❑ Unsure

Q4.  In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

    ❑ Yes
    ❑ No
    ❑ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

    ❑ Yes
    ❑ No
    ❑  Unsure


[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6.  Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

    ❑ Yes
    ❑ No
    ❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT II: SMARTPHONE

Q7. Did you look at all or almost all of the features in making your choices?

❑  Yes
❑  No
❑  Unsure

Q8. In making your choices, did you consider some features to be more important than others?

❑  Yes
❑  No
❑  Unsure

*Karen J.*

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

## PHASE 2 PRE-TEST:    DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☑ Yes..... If yes, who?    *Samsung, or someone else*
❑ No
❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?

*To see what consumers like or don't like in their phone features*

Q3. Did you have difficulty understanding the questions and instructions?

❑ Yes
☑ No
❑ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

☑ Yes
❑ No
❑ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

☑ Yes
❑ No
❑ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6. Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

☑ Yes
❑ No
❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT II: SMARTPHONE

Q7. Did you look at all or almost all of the features in making your choices?

     ☑ Yes
     ☐ No
     ☐ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

     ☑ Yes
     ☐ No
     ☐ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
EXHIBIT II: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

Steve O.

July 2, 5rm, EST

## PHASE 2 PRE-TEST:    DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☑ Yes….. If yes, who?        *Samsung*
☐ No
☐ Unsure

Q2. What do you think might be the purpose for conducting this survey?

*To see which features are most important when purchasing a phone*

Q3. Did you have difficulty understanding the questions and instructions?

☐ Yes
☑ No
☐ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

☑ Yes
☐ No
☐ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

☑ Yes
☐ No
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6. Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

☑ Yes
☐ No
☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT 11: SMARTPHONE

Privileged and Confidential – Attorney Work Product
Smartphone Study
July 2, 2013

Q7. Did you look at all or almost all of the features in making your choices?

☒ Yes

☐ No

☐ Unsure

*Did have some that were more important than others*

Q8. In making your choices, did you consider some features to be more important than others?

☐ Yes

☐ No

☐ Unsure

Case 5:12-cv-00630-LHK  Document 1182-3  Filed 01/27/14  Page 24 of 41

EXHIBIT 11: SMARTPHONE

*Craig W.*

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 3, 2013*

## PHASE 2 PRE-TEST:     DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

- ☑ Yes….. If yes, who?  _Samsung_
- ❑ No
- ❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?

_Which features to get at different price points_

Q3. Did you have difficulty understanding the questions and instructions?

- ❑ Yes
- ☑ No
- ❑ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

- ☑ Yes
- ❑ No
- ❑ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

- ☑ Yes
- ❑ No
- ❑ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6. Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

- ☑ Yes
- ❑ No
- ❑ Unsure

24

Privileged and Confidential – Attorney Work Product
Smartphone Study
July 3, 2013

Q7. Did you look at all or almost all of the features in making your choices?

☑ Yes     *Weigh Some more than others*
☐ No
☐ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

☑ Yes
☐ No
☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT 11: SMARTPHONE



*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 3, 2013*

## PHASE 2 PRE-TEST:    DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

    ❑ Yes..... If yes, who? _____
    ☑ No     *No idea*
    ❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?

*What would it take to get consumers to buy the ideal phone*

Q3. Did you have difficulty understanding the questions and instructions?

    ❑ Yes
    ☑ No
    ❑ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

    ☑ Yes
    ❑ No
    ❑ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

    ☑ Yes
    ❑ No
    ❑ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6. Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

    ☑ Yes
    ❑ No
    ❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 3, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

☑ Yes
❑ No
❑ Unsure

looked at a few more than others

Q8. In making your choices, did you consider some features to be more important than others?

☑ Yes
❑ No
❑ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT H: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

*Sharon 6.*

## PHASE 2 PRE-TEST:    DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☑ Yes..... If yes, who?  _Samsung (?) OK for sure_
☐ No
☐ Unsure

Q2. What do you think might be the purpose for conducting this survey?

_What people want in their cell phones_

Q3. Did you have difficulty understanding the questions and instructions?

☐ Yes
☑ No          "Really clear"
☐ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

☑ Yes
☐ No
☐ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

☑ Yes
☐ No          _But also found written descriptions very helpful._
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6. Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

☑ Yes
☐ No
☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT I1: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

- ☑ Yes
- ☐ No
- ☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT LL: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

*(handwritten)* 1, 7/2/13, (an)

*Shalyne*

## PHASE 2 PRE-TEST:   DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☑ Yes….. If yes, who? *cell phone company*
❑ No
❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?

*Find out what features would matter to consumers*

Q3. Did you have difficulty understanding the questions and instructions?

❑ Yes
☑ No
❑ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

☑ Yes      *"Can't wait to get a new provider"*
❑ No
❑ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

☑ Yes      *"Really interesting"*
❑ No
❑ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6. Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

☑ Yes
❑ No
❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT 11: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

- ☑ Yes
- ❑ No
- ❑ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

- ☑ Yes
- ❑ No
- ❑ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
EXHIBIT I1: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 3, 2013*

Hal

## PHASE 2 PRE-TEST:    DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☑ Yes….. If yes, who?   *Samsung*
☐ No
☐ Unsure

Q2. What do you think might be the purpose for conducting this survey?

*Looking for the best price for a phone*

Q3. Did you have difficulty understanding the questions and instructions?

☐ Yes
☑ No
☐ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

☑ Yes
☐ No
☐ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

☑ Yes
☐ No
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6. Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

☑ Yes
☐ No
☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT I1: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 3, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

- ☑ Yes
- ❑ No
- ❑ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

- ☑ Yes
- ❑ No
- ❑ Unsure

*Looked mostly at price and screen size*
*(didn't want the highest price or the smallest screen size)*

Privileged and Confidential – Attorney Work Product
Smartphone Study
July 2, 2013

## PHASE 2 PRE-TEST:    DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

- ☑ Yes..... If yes, who?  _Samsung_
- ☐ No
- ☐ Unsure

Q2. What do you think might be the purpose for conducting this survey?

_Release next Samsung phone, how to price it_

Q3. Did you have difficulty understanding the questions and instructions?

- ☐ Yes
- ☑ No
- ☐ Unsure

Q4.  In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

- ☑ Yes
- ☐ No
- ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6.  Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

- ☑ Yes
- ☐ No
- ☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT II: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

- ☑ Yes
- ☐ No
- ☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order
EXHIBIT II: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

*Violet R*

## PHASE 2 PRE-TEST:     DRY RUN OF PROGRAMMED SURVEY
- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

     ☑ Yes..... If yes, who?  <u>Samsung</u>
     ❑ No
     ❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?

<u>Get people's feelings on this particular type of phone</u>

Q3. Did you have difficulty understanding the questions and instructions?

     ❑ Yes
     ☑ No
     ❑ Unsure

Q4.  In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

     ☑ Yes
     ❑ No
     ❑ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

     ☑ Yes
     ❑ No
     ❑ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6.  Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

     ☑ Yes
     ❑ No
     ❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

- ☑ Yes
- ❑ No
- ❑ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

- ☑ Yes
- ❑ No
- ❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT II: SMARTPHONE

*Heidi R.*

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

**PHASE 2 PRE-TEST:      DRY RUN OF PROGRAMMED SURVEY**
- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☑ Yes..... If yes, who?  <u>Samsung but don't know</u>
☐ No
☐ Unsure

Q2. What do you think might be the purpose for conducting this survey?

<u>Find out which feature people are most interested in</u>

Q3. Did you have difficulty understanding the questions and instructions?

☐ Yes
☑ No
☐ Unsure

Q4.  In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

☑ Yes
☐ No
☐ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

☑ Yes
☐ No
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6.  Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

☑ Yes
☐ No
☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT II: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 2, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

- ☑ Yes
- ❏ No
- ❏ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

- ☑ Yes
- ❏ No
- ❏ Unsure

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 3, 2013*

*Jennie*

## PHASE 2 PRE-TEST:   DRY RUN OF PROGRAMMED SURVEY
- Telephone interviews with 10 Samsung phone users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

   ☑ Yes..... If yes, who?  _Samsung Phones_
   ☐ No
   ☐ Unsure

Q2. What do you think might be the purpose for conducting this survey?

_Advertise more for phones and compare to current phones_

Q3. Did you have difficulty understanding the questions and instructions?

   ☐ Yes
   ☑ No   _Simple and easy to answer and understand_
   ☐ Unsure

Q4.  In doing the choice exercises, did you understand that you were asked to imagine that your current contract with your service provider has ended and you are in the market to buy a new Smartphone?

   ☑ Yes
   ☐ No
   ☐ Unsure

Q5. Did the animations help you to understand the various features of the Smartphones?

   ☑ Yes   _basic and easy to understand_
   ☐ No
   ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung smartphone..

Q6.  Did you understand the Samsung Smartphone you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Smartphone choices were the same as in your current Samsung smartphone?

   ☑ Yes
   ☐ No
   ☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT II: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 3, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

☐ Yes
☒ No *Not really – I looked at the ones that were most important to me – price, camera, screen size doesn't matter to me*
☐ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

☒ Yes
☐ No
☐ Unsure