Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-4   Filed 01/27/14   Page 1 of 33
EXHIBIT I2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*August 2, 2013*

**PHASE 1 PRE-TEST:  EVALUATION OF VIDEOS**
- Telephone interviews with remote viewing of the videos with 4 Samsung tablet users
- The following questions will be asked about the Connectivity videos
- AMS will provide a written summary of the responses for each video

Q1.[RESPONDENT VIEWS VIDEO]Upon viewing this video, do you feel like you understand the Tablet feature called [FILL NAME OF FEATURE] that is described in the video?
- ❑ Yes[GO TO 1A]
- ❑ No [GO TO Q2]
- ❑ Unsure [GO TO Q2]

Q1A. Did or did not the video say that [FILL CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ❑ Yes[GO TO 1B]
- ❑ No [GO TO Q1B]
- ❑ Unsure [GO TO Q1B]

Q1B. Did or did not the video say that [FILL NIA CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ❑ Yes[GO TO Q3]
- ❑ No [GO TO Q3]
- ❑ Unsure [GO TO Q3]

Q2. [RESPONDENT VIEWS VIDEO A SECOND TIME] Upon viewing this video a second time, do you feel like you understand the Tablet feature called [FILL NAME OF FEATURE] that is described in the video?
- ❑ Yes [GO TO Q2A]
- ❑ No [GO TO Q2A]
- ❑ Unsure [GO TO Q2A]

Q2A. Did or did not the video say that [FILL CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ❑ Yes[GO TO Q2B]
- ❑ No [GO TO Q2B]
- ❑ Unsure [GO TO Q2B]

Q2B. Did or did not the video say that [FILL NIA CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ❑ Yes[GO TO Q3]
- ❑ No [GO TO Q3]
- ❑ Unsure [GO TO Q3]

Summarize out loud to respondent about what was said.

Q3. Does this accurately represent your responses to my questions about this video?
- ❑ Yes
- ❑ No
- ❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order
EXHIBIT I2: TABLET

**APPENDIX A:    CONFIRMATION STATEMENTS**

<u>***Connectivity***</u>

- **WiFi** the WiFi feature allows you to connect to a home, office, or public wireless network

- **GPS** The GPS feature allows your location based apps to use global positioning system to identify your location
- Without this feature, your tablet cannot use GPS signals to determine your location, but can use other methods, such as by detecting the location of a nearby Wi-Fi network.

- **AllShare Play** The AllShare Play feature allows you to share content across your connected devices. For example, you can display content from your tablet on your compatible television set, or you can use your tablet to remotely access content from other devices such as your computer at home

- **IR Blaster** The IR Blaster feature allows you to use the tablet as a universal remote to control other devices

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT I2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 18, 2013*

Sho

12/pm
7/18/13

## PHASE 1 PRE-TEST:  EVALUATION OF VIDEOS

- Telephone interviews with remote viewing of the videos with 4 Samsung tablet users
- The following questions will be asked about the Connectivity videos
- AMS will provide a written summary of the responses for each video

Q1.[RESPONDENT VIEWS VIDEO]Upon viewing this video, do you feel like you understand the Tablet feature called [FILL NAME OF FEATURE] that is described in the video?
- ❑  Yes[GO TO 1A]
- ❑  No [GO TO Q2]
- ❑  Unsure [GO TO Q2]

Q1A. Did or did not the video say that [FILL CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ❑  Yes[GO TO 1B]
- ❑  No [GO TO Q1B]
- ❑  Unsure [GO TO Q1B]

Q1B. Did or did not the video say that [FILL NIA CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ❑  Yes[GO TO Q3]
- ❑  No [GO TO Q3]
- ❑  Unsure [GO TO Q3]

Q2. [RESPONDENT VIEWS VIDEO A SECOND TIME] Upon viewing this video a second time, do you feel like you understand the Tablet feature called [FILL NAME OF FEATURE] that is described in the video?
- ❑  Yes [GO TO Q2A]
- ❑  No [GO TO Q2A]
- ❑  Unsure [GO TO Q2A]

Q2A. Did or did not the video say that [FILL CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ❑  Yes[GO TO Q2B]
- ❑  No [GO TO Q2B]
- ❑  Unsure [GO TO Q2B]

Q2B. Did or did not the video say that [FILL NIA CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ❑  Yes[GO TO Q3]
- ❑  No [GO TO Q3]
- ❑  Unsure [GO TO Q3]

Summarize out loud to respondent about what was said.

Q3. Does this accurately represent your responses to my questions about this video?
- ❑  Yes
- ❑  No
- ❑  Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 18, 2013*

## APPENDIX A:   CONFIRMATION STATEMENTS

### *Connectivity*

- **WiFi** the WiFi feature allows you to connect to a home, office, or public wireless network

- **GPS** The GPS feature allows your location based apps to use global positioning system to identify your location
- Without this feature, your tablet cannot use GPS signals to determine your location, but can use other methods, such as by detecting the location of a nearby Wi-Fi network.

- **AllShare Play** The AllShare Play feature allows you to share content across your connected devices. For example, you can display content from your tablet on your compatible television set, or you can use your tablet to remotely access content from other devices such as your computer at home

- **IR Blaster** The IR Blaster feature allows you to use the tablet as a universal remote to control other devices

WiFi
1a Yes
1a Yes
3 Yes

GPS
1 Yes
1a Yes
1b Yes
3 Yes

All Share
1 Yes
1a Yes
3 Yes

IR Blaster
1 Yes
1a Yes
3 Yes

4

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 18, 2013*

## PHASE 1 PRE-TEST:  EVALUATION OF VIDEOS

- Telephone interviews with remote viewing of the videos with 4 Samsung tablet users
- The following questions will be asked about the Connectivity videos
- AMS will provide a written summary of the responses for each video

Q1.[RESPONDENT VIEWS VIDEO]Upon viewing this video, do you feel like you understand the Tablet feature called [FILL NAME OF FEATURE] that is described in the video?
- ☑ Yes[GO TO 1A]
- ❑ No [GO TO Q2]
- ❑ Unsure [GO TO Q2]

Q1A. Did or did not the video say that [FILL CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ☑ Yes[GO TO 1B]
- ❑ No [GO TO Q1B]
- ❑ Unsure [GO TO Q1B]

Q1B. Did or did not the video say that [FILL NIA CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ❑ Yes[GO TO Q3]
- ❑ No [GO TO Q3]
- ❑ Unsure [GO TO Q3]

Q2. [RESPONDENT VIEWS VIDEO A SECOND TIME] Upon viewing this video a second time, do you feel like you understand the Tablet feature called [FILL NAME OF FEATURE] that is described in the video?
- ❑ Yes [GO TO Q2A]
- ❑ No [GO TO Q2A]
- ❑ Unsure [GO TO Q2A]

Q2A. Did or did not the video say that [FILL CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ❑ Yes[GO TO Q2B]
- ❑ No [GO TO Q2B]
- ❑ Unsure [GO TO Q2B]

Q2B. Did or did not the video say that [FILL NIA CONFIRMATION QUESTION FOR SPECIFIC TABLET FEATURE]?
- ❑ Yes[GO TO Q3]
- ❑ No [GO TO Q3]
- ❑ Unsure [GO TO Q3]

Summarize out loud to respondent about what was said.

Q3. Does this accurately represent your responses to my questions about this video?
- ☑ Yes
- ❑ No
- ❑ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT I2: TABLET

(Tablet Protest)

7/18/13, 10:30 am   — Colton
                    — Galaxy Tab 2 10.1

WiFi
Q1) Y
Q1a) Y
Q3) Y   "very clear"

GPS
Q1) Y
Q1a) Y
Q1b) Y
Q3) Y

AllShare Play
Q1) Y
Q1a) Y
Q3) Y

IR Blaster
Q1) Y          "That's cool"
Q1a) Y
Q3) Y

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
EXHIBIT I2: TABLET

(Tablet Protest)

7/18/13) 11am — Denise
— Galaxy Tab 2 10.1

WiFi
Q1) Y — "very simple"
Q1a) Y
Q3) Y

GPS
Q1) Y
Q1a) Y
Q1b) Y
Q3) Y

All Share Play
Q1) Y
Q1a) Y
Q3) Y

IR Blaster
Q1) Y
Q1a) Y "(eg, a television)"
Q3) Y

7

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

**DRY RUN OF PROGRAMMED SURVEY**
- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

        ❑ Yes….. If yes, who?   _____
        ❑ No
        ❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?


    _____

Q3. Did you have difficulty understanding the questions and instructions?

    ❑ Yes
    ❑ No
    ❑ Unsure

Q4.  In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?


    ❑ Yes
    ❑ No
    ❑ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

    ❑ Yes
    ❑ No
    ❑  Unsure


[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6.  Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

    ❑ Yes
    ❑ No
    ❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-4   Filed 01/27/14   Page 9 of 33
EXHIBIT I2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

    ❑  Yes
    ❑  No
    ❑  Unsure

Q8. In making your choices, did you consider some features to be more important than others?

    ❑  Yes
    ❑  No
    ❑  Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

*Yvonne*
*5pm*
*7/16/13*

## DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

❑ Yes..... If yes, who? _____
☒ No *I have no idea*
❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?

*Tablet → looking into different aspects*

Q3. Did you have difficulty understanding the questions and instructions?

❑ Yes
☒ No
❑ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

☒ Yes
❑ No
❑ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

☒ Yes *very well*
❑ No
❑ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6. Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

☒ Yes
❑ No
❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

☑ Yes
❑ No
❑ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

☑ Yes
❑ No
❑ Unsure

Case 5:12-cv-00630-LHK Document 1182-4 Filed 01/27/14 Page 12 of 33
Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order
EXHIBIT I2: TABLET

*Terrelle*
*3pm*
*7/16/13*

Privileged and Confidential – Attorney Work Product
Tablet Study
July 15, 2013

**DRY RUN OF PROGRAMMED SURVEY**
- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☑ Yes..... If yes, who? *Samsung*
☐ No
☐ Unsure

Q2. What do you think might be the purpose for conducting this survey?

*Figure out customer preferences*

Q3. Did you have difficulty understanding the questions and instructions?

☐ Yes
☒ No
☐ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

☑ Yes
☐ No
☐ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

☑ Yes *I liked that*
☐ No
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6. Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

☑ Yes
☐ No
☐ Unsure

12

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

☑ Yes
❑ No
❑ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

☑ Yes    *GPS isn't as important b/c I use my phone*
❑ No
❑ Unsure

13

Case 5:12-cv-00630-LHK Document 1182-4 Filed 01/27/14 Page 14 of 33

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

*M Ohanone*
*2pm*
*7/16/13*

### DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

  ☑ Yes….. If yes, who?  *Samsung*
  ❑ No
  ❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?

  *Gain more knowledge to make new tablets*

Q3. Did you have difficulty understanding the questions and instructions?

  ❑ Yes
  ☑ No
  ❑ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

  ☑ Yes   *They showed that*
  ❑ No
  ❑ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

  ☑ Yes
  ❑ No
  ❑ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6. Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

  ☑ Yes
  ❑ No
  ❑ Unsure

14

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

☑ Yes
❑ No
❑ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

☑ Yes
❑ No
❑ Unsure

Some seemed more important than others
- I was looking at price and what I was getting at
each price

15

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT I2: TABLET

*Sho*

*7/16/13*

Privileged and Confidential – Attorney Work Product
Tablet Study
July 15, 2013

## DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☑ Yes..... If yes, who? _Samsung_
❑ No
❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?

_See what users want for features_

Q3. Did you have difficulty understanding the questions and instructions?

❑ Yes
☑ No _Pretty clear_
❑ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

☑ Yes
❑ No
❑ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

☑ Yes
❑ No
❑ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6. Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

☑ Yes
❑ No
❑ Unsure

Privileged and Confidential – Attorney Work Product
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

☑ Yes
❑ No
❑ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

☑ Yes    *Want something w/ GPS and I need wifi*
❑ No
❑ Unsure

Case 5:12-cv-00630-LHK Document 1182-4 Filed 01/27/14 Page 18 of 33
Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
EXHIBIT I2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

*Michael*
*7/16/13*
*8am*

## DRY RUN OF PROGRAMMED SURVEY
- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☐ Yes..... If yes, who? _____
☑ No  *No Idea*
☐ Unsure

Q2. What do you think might be the purpose for conducting this survey?

*Trying to get what the market needs for the next tablet*

Q3. Did you have difficulty understanding the questions and instructions?

☐ Yes
☑ No   *Choosing the tablet was tough but I understood*
☐ Unsure  *everything*

Q4. In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

☑ Yes
☐ No
☐ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

☑ Yes   *If I wasn't aware of the features, redundant if I understand them*
☐ No
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6. Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

☑ Yes
☐ No
☐ Unsure

18

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

- ☑ Yes
- ❑ No
- ❑ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

- ☑ Yes       Spen is really important, size is also important
- ❑ No
- ❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT I2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

*Venue*
*7/15/13*
*5pm*

## DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

- ☑ Yes….. If yes, who?  _Samsung_
- ☐ No
- ☐ Unsure

Q2. What do you think might be the purpose for conducting this survey?

_To provide a better tablet for the public_

Q3. Did you have difficulty understanding the questions and instructions?

- ☐ Yes
- ☑ No
- ☐ Unsure

Q4.  In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

- ☑ Yes
- ☐ No
- ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6.  Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

- ☑ Yes
- ☐ No
- ☐ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT I2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

☑ Yes
☐ No
☐ Unsure

*Have specific areas in mind I wanted*

Q8. In making your choices, did you consider some features to be more important than others?

☑ Yes
☐ No
☐ Unsure

*Liked the more fun features*

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT I2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

*Jeffery     4pm*

## DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

    ☑ Yes..... If yes, who?  ___Samsung_____
    ❑ No
    ❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?

*Feedback from Tablet users to build the perfect tablet*

Q3. Did you have difficulty understanding the questions and instructions?

    ☑ Yes
    ❑ No
    ❑ Unsure

Q4.  In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

    ☑ Yes
    ❑ No
    ❑ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

    ☑ Yes   *They made everything perfectly clear*
    ❑ No
    ❑ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6.  Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

    ☑ Yes
    ❑ No
    ❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT I2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

- ☑ Yes   *looked at all of them*
- ☐ No
- ☐ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

- ☑ Yes
- ☐ No
- ☐ Unsure

*I wouldn't buy a tablet w/o w/B*
*– Stylus is important for art related apps*

23

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT I2: TABLET

*John M   2pm* (handwritten)

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

## DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

     ☑ Yes..... If yes, who?  ___*Samsung*___
     ❑ No
     ❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?

*To produce a tablet w/ features ppl are looking for* (handwritten)

Q3. Did you have difficulty understanding the questions and instructions?

     ❑ Yes
     ☑ No    *Easy to understand* (handwritten)
     ❑ Unsure

Q4.  In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

     ☑ Yes
     ❑ No
     ❑ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

     ☑ Yes    *Learned something new* (handwritten)
     ❑ No
     ❑ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6.  Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

     ☑ Yes
     ❑ No
     ❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

- ☑ Yes   • 10 inch or smaller was the
- ☐ No        most important
- ☐ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

EXHIBIT I2: TABLET

*(handwritten: 1, 4 (10 1/17 2pm EDT Colten Galaxy Tab 2 10.)*

### DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☑ Yes..... If yes, who? _Samsung_
☐ No
☐ Unsure

Q2. What do you think might be the purpose for conducting this survey?

_Inform user of the features; to show new features_

Q3. Did you have difficulty understanding the questions and instructions?

☐ Yes
☑ No — _very simple → shorter than expected_
☐ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

☑ Yes
☐ No
☐ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

☑ Yes
☐ No
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6. Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

☑ Yes
☐ No
☐ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

☑ Yes
❑ No
❑ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

☑ Yes    — green size and Wifi
❑ No
❑ Unsure

27

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

EXHIBIT 12: TABLET  *Milan*

*3 pm EDT  Galaxy Z*
*∂ 7.0*

### DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☐ Yes..... If yes, who? _____
☐ No
☒ Unsure

Q2. What do you think might be the purpose for conducting this survey?

*Get info how very & features they want or don't want,*

Q3. Did you have difficulty understanding the questions and instructions?

☐ Yes
☒ No
☐ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

☒ Yes
☐ No
☐ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

☒ Yes
☐ No
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6. Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

☒ Yes
☐ No
☐ Unsure

Privileged and Confidential – Attorney Work Product
Tablet Study
July 15, 2013

Q7. Did you look at all or almost all of the features in making your choices?

☒ Yes
☐ No
☐ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

☒ Yes — wifi + gps, then status bar
☐ No                      then look screen shortcuts,
☐ Unsure

Not worth paying
for universal search for #gvorne.
(Likes universal search but it came
up on a pricey costing ~$200 more.)

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

EXHIBIT 12: TABLET

*4pm EDT*

*Jeff*

*Galaxy Tab 10.1*

## DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☑ Yes..... If yes, who? _Samsung_
❑ No
❑ Unsure

Q2. What do you think might be the purpose for conducting this survey?

_What features consumers want._

Q3. Did you have difficulty understanding the questions and instructions?

❑ Yes
☑ No _Not_
❑ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

☑ Yes
❑ No
❑ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

☑ Yes — _awesome, quick, very helpful_
❑ No
❑ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6. Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

☑ Yes
❑ No
❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

- ☑ Yes          *esp. All Share Play TV roaste(FR Blaster)*
- ☐ No                       *backgrd syncing*
- ☐ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT I2: TABLET *Heen*

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

6 pm EDT    Galaxy Tab ;

## DRY RUN OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Do you have a belief about who might be the sponsor of this study?

☐ Yes..... If yes, who? _____
☒ No
☐ Unsure      *Then said probably Samsung."*

Q2. What do you think might be the purpose for conducting this survey?

*What options people like, and what they would buy in tablet,*

Q3. Did you have difficulty understanding the questions and instructions?

☐ Yes
☒ No      *But took a while to download.*
☐ Unsure

Q4. In doing the choice exercises, did you understand that you were asked to imagine that you are in the market to buy a Samsung Tablet computer to replace your most recent Samsung Tablet computer?

☒ Yes
☐ No
☐ Unsure

Q5. Did the animations help you to understand the various features of the Tablets?

☒ Yes      *"very much"*
☐ No
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred Samsung Tablet.

Q6. Did you understand the Samsung Tablet you were asked to choose among only varied on the features described in the animations and that all the *other* features of the Tablet choices were the same as in your current Samsung Tablet?

☒ Yes
☐ No
☐ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 15, 2013*

Q7. Did you look at all or almost all of the features in making your choices?

☑ Yes
❑ No
❑ Unsure

Q8. In making your choices, did you consider some features to be more important than others?

☑ Yes        *sup- Scree size, lock screen customizatn*
❑ No
❑ Unsure