Confidential—Contains Material Designated as Confidential—Pursuant to a Protective Order

EXHIBIT J1: SMARTPHONE SURVEY INVITATION

**Subject Line:**

Get Rewarded for Your Time – Study about Consumer Products

**e-Mail Copy:**

Dear <%First%>,

Based on your e-Rewards profile, you are invited to earn e-Rewards(R) Currency for participating in a research survey.  If you qualify and complete the survey:

      Full reward amount:  $15.00 in e-Rewards Currency

      Full survey length:  approximately 30-45 minutes

To complete the survey and earn e-Rewards Currency, simply click the link below, or copy the URL into your browser:

http://<%website%>/pro.do?FT=<%uniqueid%>


Important:  This survey may or may not be compatible with smartphones or other mobile devices, so please use your desktop or laptop computer to complete this survey.  If you find that your device isn't compatible with a survey, please re-try your invitation link using your desktop or laptop computer.

We encourage you to respond quickly -- this e-Rewards invitation will be available only until a predetermined number of responses have been received.  Please Note:  you will only receive e-Rewards credit for taking the survey once.


Note: Adobe Flash Player will be required for you to properly view and complete some of the pages in this survey.

If you are unsure whether your computer has the latest Adobe Flash Player, you may click on this link to visit the Adobe website to test for the presence of the player on your computer. http://www.adobe.com/shockwave/welcome/

If you wish to download and install the latest free Adobe Flash Player, please click the link below.
http://www.adobe.com/shockwave/download/download.cgi?P1_Prod_Version=ShockwaveFlash

Confidential—Contains Material Designated as Confidential—Pursuant to a Protective Order
Case 5:12-cv-00630-LHK   Document 1182-5   Filed 01/27/14   Page 2 of 8

EXHIBIT J1: SMARTPHONE SURVEY INVITATION

For more information about the Adobe Flash Player, click the link below to visit the Adobe Flash Player Support FAQ page.
http://www.adobe.com/cfusion/knowledgebase/index.cfm?id=tn_15511

Continue to check your inbox and your Member home page for future opportunities to earn e-Rewards Currency.


Sincerely,
The e-Rewards Team




Follow us on Twitter:  @eRewardsUS

=========================================================
Update your profile, review your account status or cancel your membership online at:
http://<%website%>/myaccount.do
Unsubscribe from future e-mails from e-Rewards:
http://<%website%>/EmailOptOut.do?FT=<%uniqueid%>
=========================================================
If you have an inquiry or experience problems with this message, please contact Member Services online at:  http://<%website%>/contactus.do.

Please do not reply to this e-mail.

=========================================================
Read our Privacy Policy: http://<%website%>/privacypolicy.do
Read our Member Agreement: http://<%website%>/memberagreement.do

(C)2013 e-Rewards, Inc. 5800 Tennyson Parkway Suite 600, Plano, TX 75024  All rights reserved.
e-Rewards and the e-Rewards logo are registered trademarks of e-Rewards, Inc.

Confidential—Contains Material Designated as Confidential—Pursuant to a Protective Order

EXHIBIT J2: TABLET SURVEY INVITATION

**Subject Line:**

Get Rewarded for Your Time – Study about Consumer Products

**e-Mail Copy:**

Dear <%First%>,

Based on your e-Rewards profile, you are invited to earn e-Rewards(R) Currency for participating in a research survey.  If you qualify and complete the survey:

      Full reward amount:  $15.00 in e-Rewards Currency

      Full survey length:  approximately 30-45 minutes

To complete the survey and earn e-Rewards Currency, simply click the link below, or copy the URL into your browser:

http://<%website%>/pro.do?FT=<%uniqueid%>


Important:  This survey is not compatible with tablets or other mobile devices, so you must use your desktop or laptop computer to complete this survey.

We encourage you to respond quickly -- this e-Rewards invitation will be available only until a predetermined number of responses have been received.  Please Note:  you will only receive e-Rewards credit for taking the survey once.


Note: Adobe Flash Player will be required for you to properly view and complete some of the pages in this survey.

If you are unsure whether your computer has the latest Adobe Flash Player, you may click on this link to visit the Adobe website to test for the presence of the player on your computer. http://www.adobe.com/shockwave/welcome/

If you wish to download and install the latest free Adobe Flash Player, please click the link below.
http://www.adobe.com/shockwave/download/download.cgi?P1_Prod_Version=ShockwaveFlash

For more information about the Adobe Flash Player, click the link below to visit the Adobe Flash Player Support FAQ page.

Confidential—Contains Material Designated as Confidential—Pursuant to a Protective Order

EXHIBIT J2: TABLET SURVEY INVITATION

http://www.adobe.com/cfusion/knowledgebase/index.cfm?id=tn_15511

Continue to check your inbox and your Member home page for future opportunities to earn e-Rewards Currency.


Sincerely,
The e-Rewards Team




Follow us on Twitter:  @eRewardsUS

=======================================================
Update your profile, review your account status or cancel your membership online at:
http://<%website%>/myaccount.do
Unsubscribe from future e-mails from e-Rewards:
http://<%website%>/EmailOptOut.do?FT=<%uniqueid%>
=======================================================
If you have an inquiry or experience problems with this message, please contact Member Services online at:  http://<%website%>/contactus.do.

Please do not reply to this e-mail.

=======================================================
Read our Privacy Policy: http://<%website%>/privacypolicy.do
Read our Member Agreement: http://<%website%>/memberagreement.do

(C)2013 e-Rewards, Inc. 5800 Tennyson Parkway Suite 600, Plano, TX 75024  All rights reserved.
e-Rewards and the e-Rewards logo are registered trademarks of e-Rewards, Inc.

EXHIBIT J3: REINVITE TABLET SURVEY INVITATION

**Subject Line:**

Get Rewarded for Your Time – Study about Consumer Products

**e-Mail Copy:**

Dear <%First%>,

You recently took a survey that was not supported by the device you were using. However, you are still eligible to **TAKE THE SURVEY USING A DESKTOP OR LAPTOP COMPUTER**.

Based on your e-Rewards profile, you are invited to earn e-Rewards(R) Currency for participating in this research survey.  If you qualify and complete the survey:

    Full reward amount:  $15.00 in e-Rewards Currency

    Full survey length:  approximately 30-45 minutes

To complete the survey and earn e-Rewards Currency, simply click the link below, or copy the URL into your browser. Remember, you **MUST** take the survey using a **DESKTOP OR LAPTOP COMPUTER**.

http://<%website%>/pro.do?FT=<%uniqueid%>

We encourage you to respond quickly -- this e-Rewards invitation will be available only until a predetermined number of responses have been received.  Please Note:  you will only receive e-Rewards credit for taking the survey once.


Note: Adobe Flash Player will be required for you to properly view and complete some of the pages in this survey.

If you are unsure whether your computer has the latest Adobe Flash Player, you may click on this link to visit the Adobe website to test for the presence of the player on your computer. http://www.adobe.com/shockwave/welcome/

If you wish to download and install the latest free Adobe Flash Player, please click the link below.
http://www.adobe.com/shockwave/download/download.cgi?P1_Prod_Version=ShockwaveFlash

For more information about the Adobe Flash Player, click the link below to visit the Adobe Flash Player Support FAQ page.

1

Confidential—Contains Material Designated as Confidential—Pursuant to a Protective Order

EXHIBIT J3: REINVITE TABLET SURVEY INVITATION

http://www.adobe.com/cfusion/knowledgebase/index.cfm?id=tn_15511

Continue to check your inbox and your Member home page for future opportunities to earn e-Rewards Currency.


Sincerely,
The e-Rewards Team




Follow us on Twitter:  @eRewardsUS

======================================================
Update your profile, review your account status or cancel your membership online at:
http://<%website%>/myaccount.do
Unsubscribe from future e-mails from e-Rewards:
http://<%website%>/EmailOptOut.do?FT=<%uniqueid%>
======================================================
If you have an inquiry or experience problems with this message, please contact Member Services online at:  http://<%website%>/contactus.do.

Please do not reply to this e-mail.

======================================================
Read our Privacy Policy: http://<%website%>/privacypolicy.do
Read our Member Agreement: http://<%website%>/memberagreement.do

(C)2013 e-Rewards, Inc. 5800 Tennyson Parkway Suite 600, Plano, TX 75024  All rights reserved.
e-Rewards and the e-Rewards logo are registered trademarks of e-Rewards, Inc.

2

## SCREENING STATISTICS FOR SMARTPHONES

| Question Number | Screening Criteria | Number of Respondents | Percent of Respondents[1] |
|---|---|---|---|
| | Self-terminated | 173 | 1.5% |
| QS1 | Taking survey on inappropriate electronic device | 2772 | 23.4% |
| QS3/QS4 | Failed to validate on age or gender[2] | 520 | 4.4% |
| QS5 | Works in consumer electronics industry, marketing/marketing research industry, or public relations or advertising agency | 377 | 3.2% |
| QS6 | Doesn't own a smartphone | 601 | 5.1% |
| QS7 | Doesn't own a Samsung smartphone | 5531 | 46.7% |
| QS7a | Selected more than three brands of desktop or laptop computers or incompatible selection | 21 | 0.2% |
| QS7b | Doesn't own a Samsung smartphone model at issue | 654 | 5.5% |
| QS7c | Selected more than three brands of GPS devices or incompatible selection | 2 | 0.0% |
| QS7d | Doesn't know which model was purchased most recently | 42 | 0.4% |
| QS7e | Was not involved in decision to select the product | 46 | 0.4% |
| QS7f | Doesn't know how much it cost to purchase the product | 75 | 0.6% |
| QS8 | Failed animation test | 19 | 0.2% |
| | Overquota | 336 | 2.8% |
| | **Completed Surveys** | **671** | **5.7%** |
| | **Total Survey Respondents** | **11,840** | **100.0%** |
| | **Total Survey Invitations** | **73,632** | |

**Note**:
[1] The percentages are calculated out of the total survey respondents (11,840). The percentages represent the proportion of respondents that were screened out by particular questions in the survey. For example, 5,531 respondents, or 46.7% of the total respondents, were screened out when they were asked if they owned a Samsung smartphone (QS7).
[2] 9 respondents failed to validate on age or gender becasue of panel error. These 9 respondents were re-invited but none subsequently clicked through.

## SCREENING STATISTICS FOR TABLETS

| Question Number | Screening Criteria | Number of Respondents | Percent of Respondents[1] |
|---|---|---|---|
|  | Self-terminated | 130 | 0.9% |
| QS1 | Taking survey on inappropriate electronic device | 4578 | 31.0% |
| QS3/QS4 | Failed to validate on age or gender | 608 | 4.1% |
| QS5 | Works in consumer electronics industry, marketing/marketing research industry, or public relations or advertising agency | 361 | 2.4% |
| QS6 | Doesn't own a tablet | 1598 | 10.8% |
| QS7 | Doesn't own a Samsung tablet | 3981 | 27.0% |
| QS7a | Selected more than three brands of desktop or laptop computers or incompatible selection | 39 | 0.3% |
| QS7b | Doesn't own a Samsung tablet model at issue | 2423 | 16.4% |
| QS7c | Selected more than three brands of GPS devices or incompatible selection | 1 | 0.0% |
| QS7d | Doesn't know which model was purchased most recently | 46 | 0.3% |
| QS7e | Was not involved in decision to select the product | 76 | 0.5% |
| QS7f | Doesn't know how much it cost to purchase the product | 60 | 0.4% |
| QS8 | Failed animation test | 18 | 0.1% |
|  | Overquota | 231 | 1.6% |
|  | **Completed Surveys** | **607** | **4.1%** |
|  | **Total Survey Respondents** | **14,757** | **100.0%** |
|  | **Total Survey Invitations** | **62,301** |  |

**Note**:

[1] The percentages are calculated out of the total survey respondents (14,757). The percentages represent the proportion of respondents that were screened out by particular questions in the survey. For example, 3,981 respondents, or 27% of the total respondents, were screened out when they were asked if they owned a Samsung tablet (QS7).