EXHIBIT L1: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

### POST-TEST OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?

- ❑ Yes
- ❑ No
- ❑ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

- ❑ Yes
- ❑ No
- ❑ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that you were asked to consider other Smartphone options available in the market?

- ❑ Yes
- ❑ No
- ❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

EXHIBIT L1: SMARTPHONE

(13)

*Greg*

7/30/13

*Galaxy S III*

*5pm*

## POST-TEST OF PROGRAMMED SURVEY
- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?

- ☑ Yes   *but he's responsible for the fees (eg data plan)*
- ☐ No
- ☐ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

- ☑ Yes   *Blackberry, other Samsung phones, etc.*
- ☐ No
- ☐ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

EXHIBIT L1: SMARTPHONE ⑫

*Raven*
*4. 15 pm*
*Galaxy S III*
*(7/30/13)*

## POST-TEST OF PROGRAMMED SURVEY
- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

**Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?**

☑ Yes    *very clear*
☐ No
☐ Unsure

**Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?**

☑ Yes
☐ No
☐ Unsure

**Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?**

☑ Yes    *iphone, HTC, LG, etc.*
☐ No
☐ Unsure

3

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT L1: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

*David*
*4 pm      Galaxy S III*

**POST-TEST OF PROGRAMMED SURVEY**
- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?

☑ Yes
❑ No
❑ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

☑ Yes
❑ No
❑ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

☑ Yes      *droid, iPhone, other Samsung*
❑ No
❑ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

EXHIBIT L1: SMARTPHONE



*T, 7/30/13*
*3:45pm    Galaxy S III*

## POST-TEST OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?

- ☑ Yes   *but skeptical*
- ☐ No
- ☐ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

- ☑ Yes   *but already wanted to answer honestly*
- ☐ No
- ☐ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

- ☑ Yes   *, such as Apple, Blackberry, etc.*
- ☐ No
- ☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT L1: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

(9)

7/30/13

Masha, 2:30pm, Galaxy S III

## POST-TEST OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

**Q1.** Did you understand that you are eligible for a drawing to win a free Smartphone?

☑ Yes
❑ No
❑ Unsure

**Q2.** In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

☑ Yes      *though feels unlikely to win*
❑ No
❑ Unsure

**Q3.** Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

☑ Yes      *, Apple, other Android, Windows phone, etc.*
❑ No
❑ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT L1: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

## POST-TEST OF PROGRAMMED SURVEY
- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?

☑ Yes
☐ No
☐ Unsure


Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

☑ Yes
☐ No
☐ Unsure


Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

☑ Yes
☐ No
☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT 11: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

*Review*
*7/29/13*
*7pm EDT*

*Illusion*

## POST-TEST OF PROGRAMMED SURVEY
- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?

- ☑ Yes
- ❑ No
- ❑ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

- ☑ Yes
- ❑ No
- ❑ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that you were asked to consider other Smartphone options available in the market?

- ☑ Yes   *but mostly interested in Samsung & Nokia*
- ❑ No
- ❑ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

EXHIBIT L1: SMARTPHONE

6)

7/29/13        Galaxy S II
6:30PM EDT

## POST-TEST OF PROGRAMMED SURVEY
- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

- ☑ Yes    *but would have already given best answer he call*
- ☐ No
- ☐ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

- ☑ Yes    *eg, other Samsung*
- ☐ No
- ☐ Unsure

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

**POST-TEST OF PROGRAMMED SURVEY**
- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

**Q1.** Did you understand that you are eligible for a drawing to win a free Smartphone?

- ☑ Yes
- ☐ No
- ☐ Unsure

**Q2.** In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

- ☑ Yes *but would answer honestly anyway*
- ☐ No
- ☐ Unsure

**Q3.** Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

- ☑ Yes *e.g., iPhone and Samsung models, etc.*
- ☐ No
- ☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT L1: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

## POST-TEST OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

- ☑ Yes          *Such as various Android phones, other Samsung*
- ☐ No
- ☐ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT 8 — SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

*7/29/13*

*3pm ET*

*Samsung Galaxy SIL*

## POST-TEST OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

**Q1.** Did you understand that you are eligible for a drawing to win a free Smartphone?

- ☑ Yes
- ☐ No
- ☐ Unsure

**Q2.** In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

- ☑ Yes    *Yes, and some features were very attractively displayed*
- ☐ No
- ☐ Unsure

**Q3.** Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

- ☑ Yes    *Compared to other brands or other Samsung models*
- ☐ No
- ☐ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT L1: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

*[handwritten: 11:45 am EDT]*
*[handwritten: Johnnie]*
*[handwritten: Note 2]*

## POST-TEST OF PROGRAMMED SURVEY

- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

- ☑ Yes   *[handwritten: But I answer based on my honest preferences anyhow]*
- ☐ No
- ☐ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

- ☑ Yes   *[handwritten: other Samsung, Motorola, etc.]*
- ☐ No
- ☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT L1: SMARTPHONE

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

*7/31/13*

*11:30 am EDT*

*Mike*

*Galaxy S III*

## POST-TEST OF PROGRAMMED SURVEY
- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

- ☑ Yes   *but generally preferred what was shown*
- ☐ No
- ☐ Unsure

14

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

*Privileged and Confidential – Attorney Work Product*
*Smartphone Study*
*July 29, 2013*

EXHIBIT L1: SMARTPHONE

*7/31/13*
*11:15am EST Sherry*
*Galaxy 7*

## POST-TEST OF PROGRAMMED SURVEY
- Telephone interviews with 10 Samsung smartphone users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Smartphone?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Smartphone offered as a prize?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Smartphone among the alternatives shown, you were asked whether or not you would buy the Samsung Smartphone that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Smartphone options available in the market?

- ☑ Yes    *though has strong preference for Samsung brand in general*
- ☐ No
- ☐ Unsure

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order
EXHIBIT L2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 29, 2013*

## POST-TEST OF PROGRAMMED SURVEY
- Telephone interviews with 2-3 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Tablet computer?

- ❏ Yes
- ❏ No
- ❏ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Tablet computer offered as a prize?

- ❏ Yes
- ❏ No
- ❏ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Tablet among the alternatives shown, you were asked whether or not you would buy the Samsung Tablet that you chose at the indicated price. In answering this question, did you understand that you were asked to consider other Tablet options available in the market?

- ❏ Yes
- ❏ No
- ❏ Unsure

1

Confidential - Contains Material Designated as Confidential - Pursuant to a Protective Order

EXHIBIT L2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 29, 2013*

7/29/13

11am SMTRavis

## POST-TEST OF PROGRAMMED SURVEY
- Telephone interviews with 2-3 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Tablet computer?

☑ Yes
☐ No
☐ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Tablet computer offered as a prize?

☑ Yes *but little chance of winning*
☐ No
☐ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Tablet among the alternatives shown, you were asked whether or not you would buy the Samsung Tablet that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Tablet options available in the market?

☑ Yes *iPad, Nook, Kindle, etc.*
☐ No
☐ Unsure

EXHIBIT L2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 29, 2013*

*Emily*
*7/29/13*
*4 per E.T*

*Galaxy Tab 2 10.*

## POST-TEST OF PROGRAMMED SURVEY

- Telephone interviews with 2-3 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Tablet computer?

- ☐ Yes
- ☒ No      *Actually saw it but didn't think she'd win.*
- ☐ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Tablet computer offered as a prize?

- ☒ Yes      *And I always pick what I'm interested in.*
- ☐ No
- ☐ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Tablet among the alternatives shown, you were asked whether or not you would buy the Samsung Tablet that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Tablet options available in the market?

- ☒ Yes
- ☐ No
- ☐ Unsure

Confidential – Contains Material Designated as Confidential – Pursuant to a Protective Order

EXHIBIT L2: TABLET

*Privileged and Confidential – Attorney Work Product*
*Tablet Study*
*July 29, 2013*

*[handwritten: Jeffries]*
*[handwritten: 7/29/13]*
*[handwritten: 5:30 pm EDT]*
*[handwritten: Samsung Galaxy Tab & Note 10.]*

## POST-TEST OF PROGRAMMED SURVEY

- Telephone interviews with 2-3 Samsung Tablet users
- The following questions will be asked after the respondent has completed the survey

Q1. Did you understand that you are eligible for a drawing to win a free Tablet computer?

- ☑ Yes
- ☐ No
- ☐ Unsure

Q2. In doing the choice exercises, did you understand that it is in your best interest to think hard about the questions and answer them to reflect your true preferences because your answers would be used in selecting the specific Tablet computer offered as a prize?

- ☑ Yes    *[handwritten: Made me think hard because I wanted to win it!]*
- ☐ No
- ☐ Unsure

Q3. Please think back to the part of the survey where, after choosing your most preferred Samsung Tablet among the alternatives shown, you were asked whether or not you would buy the Samsung Tablet that you chose at the indicated price. In answering this question, did you understand that that you were asked to consider other Tablet options available in the market?

- ☑ Yes    *[handwritten: iPad, MS Surface, etc.]*
- ☐ No
- ☐ Unsure

4