JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**APPLE'S NOTICE OF FILING RE AUGUST 11, 2013, EXPERT REPORT OF JOHN R. HAUSER** |

NOTICE OF FILING RE AUGUST 11, 2013, EXPERT REPORT OF JOHN R. HAUSER
CASE NO.12-cv-00630-LHK (PSG)
sf-3377017

Pursuant to the Court's January 24, 2014, Case Management Order (Dkt. No. 1158), Apple is filing herewith the August 11, 2013, Expert Report of John R. Hauser, including all exhibits. Apple does not request that the Court consider any of this material under seal, but has redacted the full name of one surveytaker that appears in handwritten notes to an exhibit as irrelevant and private information.

Dated: January 27, 2014                    MORRISON & FOERSTER LLP

                                           By:  */s/ Harold J. McElhinny*
                                                HAROLD J. MCELHINNY

                                                Attorneys for Plaintiff and
                                                Counterclaim-Defendant
                                                APPLE INC.

NOTICE OF FILING RE AUGUST 11, 2013, EXPERT REPORT OF JOHN R. HAUSER
CASE NO.12-cv-00630-LHK (PSG)
sf-3377017

1