1    Scott R. Mosko (State Bar No. 106070)
     scott.mosko@finnegan.com
2    FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, LLP
3    Stanford Research Park
     3300 Hillview Avenue
4    Palo Alto, California  94304-1203
     Telephone:  (650) 849-6600
5    Facsimile:   (650) 849-6666
6
7    Attorneys for Third Parties
     HTC America Inc., HTC Corporation
8
                         UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN JOSE DIVISION
11

12   APPLE INC., a California Corporation,          CASE NO. 5:12-cv-00630-LHK

13                          Plaintiff,              **THIRD PARTIES HTC AMERICA,
                                                    INC., AND HTC CORPORATION'S
14           v.                                     RESPONSE TO APPLE INC.'S
                                                    ADMINISTRATIVE MOTION TO
15   SAMSUNG ELECTRONICS CO., LTD., a               FILE DOCUMENTS UNDER SEAL
     Korean Corporation; SAMSUNG                    (OPENING REPORT OF
16   ELECTRONICS AMERICA, INC., a New York          CHRISTOPHER A. VELLTURO,
     Corporation; SAMSUNG                           PH.D.) [(Docket No. 1156]**
17   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware Limited Liability Company,
18
19                          Defendants.
20
21
22
23
24
25
26
27
28

1    Third parties HTC America, Inc. and HTC Corporation (collectively "HTC") submit this

2  response to Apple Inc.'s Administrative Motion to File Documents Under Seal ("Sealing Motion" at

3  Docket No. 1156) which seeks to file under seal portions of the Opening Report of Christopher A.

4  Vellturo, Ph.D. ("Vellturo Report").

5    The Vellturo Report refers to confidential terms contained in an Agreement between HTC

6  and Apple that was the subject of a motion to file under seal in the companion 2012 case between

7  Apple and Samsung, Action No. 11-cv-01846-LHK ("The First Apple/Samsung case").  In the

8  context of that 2012 Motion to File under seal, HTC specially appeared because the Agreement that

9  was the subject of that motion contained confidential HTC information.  As a result of HTC's

10  pleadings and supporting declaration, this Court ordered that the Agreement be redacted before it

11  was publicly filed.  (Docket No. 2192 in The First Apple/Samsung case)

12    HTC respectfully submits that portions of Vellturo Report should be redacted because they

13  contain confidential information found in the redacted HTC/Apple Agreement.

14    I.    BACKGROUND

15    After the trial in The First Apple/Samsung Case, Apple and HTC entered into an Agreement,

16  some of the terms of which are the subject of Apple's current Motion to Seal.  During post-trial

17  proceedings in that first case, Samsung lodged this Agreement with the Court and, concurrently with

18  that lodging, filed a motion to file it under seal.  In response to this 2012 Motion to File Under Seal,

19  HTC filed a response (Docket No. 2186 in the First Apple/Samsung Case--attached as Exhibit 1 to

20  the accompanying Mosko Declaration) and the Lam Declaration (Docket No. 2186-1 in the First

21  Apple/Samsung Case--attached as Exhibit 2 to the accompanying Mosko declaration) that supported

22  its position that this Agreement contained confidential information.   HTC specifically identified

23  those portions of the Agreement that contained confidential information, the basis for the

24  confidentiality and moved that this Court authorize only a redacted version to be publicly filed.  This

25  Court agreed with HTC's proposed redactions, and ordered that only the redacted version be made

26  public.  (Docket No. 2192 in the First Apple/Samsung Case)  A copy of this Order is attached to the

27  accompanying Mosko Declaration as Exhibit 3 for the Court's convenience.  The public version of

28  this Agreement was thereafter filed.  (Docket No. 2182-5 in the First Apple/Samsung Case)

II.     APPLE'S CURRENT REQUEST

Apple's Sealing Motion (Docket No. 1156) seeks an order to file portions of the Vellturo

Report under seal.  HTC understands that Apple has lodged a redacted version of the Vellturo Report

representing those portions Apple believes had HTC confidential information in them.

On January 23, 2014, the day after Apple filed its Sealing Motion, Apple provided the

portions of the Vellturo Report to HTC which included highlighted portions representing proposed

redactions so that HTC could determine what portions were proposed to be redacted, and whether

additional portions contained HTC confidential information.  (Mosko Decl. ¶5).  Through this

pleading, HTC expresses its agreement with Apple regarding the proposed redactions from any

public versions of the Vellturo Report.

III.    ALL REFERENCES TO TERMS IN THE PREVIOUSLY-REDACTED
        HTC/APPLE AGREEMENT MUST REMAIN CONFIDENTIAL AND
        THEREFORE MUST BE REDACTED FROM ANY PUBLIC FILING

HTC supports Apple's proposed redactions to the Vellturo Report because they encompass

terms in the HTC/Apple agreement that this Court previously sealed.  Specifically, HTC seeks to

exclude from the public versions all references to the scope of the license, the products to which the

license applies, and the royalty term.  On January 23, 2014, Apple forwarded a copy of the proposed

redactions to HTC.  Mosko Decl. ¶5.  Those portions of the Vellturo Report that contain HTC

confidential information are found at the last three lines of ¶438; the entirety of ¶¶439 and 440; the

entirety of footnotes 705, 707, 708, and 709; the last three lines of ¶441; and portions of the first two

lines of ¶442.  This Court has previously excluded such terms from the public.  *See* Mosko Decl.,

Ex. 3; *Apple Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-0146 (Aug. 9, 2012 N.D. Cal.);

citing *In re Electronic Arts,* 298 Fed. App'x 568, 569 (9th Cir. 2008).  Disclosure of this information

///

///

///

///

///

///

HTC's Response to Apple's Mtn to Seal (Dkt. No. 1156)
Case No. 5:12-cv-00630-LHK

1    will place HTC at a competitive disadvantage, as stated in Lam declaration, attached as Exhibit 2 to

2    the accompanying Mosko Declaration.

3

4    Dated:  January 27, 2014                      FINNEGAN, HENDERSON, FARABOW,
                                                     GARRETT & DUNNER, LLP

5

6                                                  By:_____/s/ Scott R. Mosko_____
                                                           Scott R. Mosko

7                                                  Attorneys for Third Parties
8                                                  HTC America Inc., and HTC Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HTC's Response to Apple's Mtn to Seal (Dkt. No. 1156)
                                                                Case No. 5:12-cv-00630-LHK