Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>             Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**DECLARATION OF SCOTT R. MOSKO ON BEHALF OF THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (OPENING REPORT OF CHRISTOPHER A. VELLTURO, PH.D.) [(Docket No. 1156]** |

Mosko Declaration  re HTC's Response to
Apple's Mtn to Seal (Dkt. No. 1156)
Case No. 5:12-cv-00630-LHK

I, Scott R. Mosko hereby declare as follows:

1. I am a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for third parties HTC America, Inc. and HTC Corporation (collectively "HTC"). I am duly licensed to practice law in all state courts of California and am licensed to practice before this district. I submit this declaration in support of Third Parties HTC America, Inc., and HTC Corporation's Response to Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.) [(Docket No. 1156].

2. Attached as Exhibit 1 is a true and correct copy of "Third Parties HTC America, Inc. and HTC Corporation and S3G Graphics Co., Ltd's Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186.

3. Attached as Exhibit 2 is a true and correct copy of the "Declaration of Vincent Lam on Behalf of Third Party HTC in Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186-1.

4. Attached as Exhibit 3 is a true and correct copy of the "Order Granting Sealing Motion" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2192.

5. On January 23, 2014, the day after Apple filed its Motion to Seal at Docket No. 1156, Apple provided me with copies of portions of the Opening Report of Christopher A. Vellturo, Ph.D. ("Vellturo Report"). The version of the Vellturo Report that I received contained highlighted portions, particularly the last three lines of ¶438; the entirety of ¶¶439 and 440; the entirety of footnotes 705, 707, 708, and 709; the last three lines of ¶441; and portions of the first two lines of ¶442, which I understood represented Apple's beliefs that these lines included confidential information from the HTC/Apple Agreement that this Court addressed as referred to in the immediately preceding paragraph. Assuming this version of the Vellturo Report is the one that Apple has submitted in the course of its motion to seal, this declaration, and the attachments to this

///

///

1

Mosko Declaration re HTC's Response to
Apple's Mtn to Seal (Dkt. No. 1156)
Case No. 5:12-cv-00630-LHK

1 declaration are filed to support an Order that redacts the highlighted portions before a public version
2 is released.
3     I declare under penalty of perjury under the laws of the United States that the foregoing is
4 true and correct.
5     Executed this 27rd day of January, 2014, at Palo Alto, California.

          _/s/ Scott R. Mosko_

2

Mosko Declaration re HTC's Response to
Apple's Mtn to Seal (Dkt. No. 1156)
Case No. 5:12-cv-00630-LHK