HOGAN LOVELLS US LLP
CHRISTIAN MAMMEN (SBN 188454)
E-mail: chris.mammen@hoganlovells.com
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 374-2325
Facsimile: (415) 374-2499

Attorneys for Non-Party
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK (PSG) |
| Plaintiff, | **DECLARATION OF DAVID GREENBAUM IN SUPPORT OF CONFIDENTIALITY OF NUANCE COMMUNICATIONS, INC. INFORMATION IN APPLE'S OPENING EXPERT REPORT ON DAMAGES, PURSUANT TO LOCAL RULE 79-5** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| And related counterclaims | |

I, David Greenbaum declare as follows:

1. I am over the age of eighteen and the Vice President, Litigation, for Nuance Communications, Inc. ("Nuance"). As part of my job, I am responsible for supervising the company's litigation matters. This declaration is based on my own personal knowledge and, if called upon to testify thereto under oath, I could and would do so competently.

2. Nuance is a technology company that focuses on voice, natural language understanding, reasoning and systems integration.

3. Nuance is not a party to the above-captioned litigation.

4. It is my understanding that, information produced by Nuance under a confidentiality designation has been cited in paragraph 252 of the Opening Expert Report of Christopher A. Vellturo, Ph.D.

5. Pursuant to Northern District of California Local Rule 79-5(e)(1), all of the confidential Nuance information cited by Dr. Vellturo remains sealable. In particular, Nuance designated this information as "Highly Confidential – Attorney's Eyes Only" pursuant to the protective order in this matter, and the information remains sealable because it quotes and describes confidential, nonpublic communications between Nuance and its customer Samsung concerning the customization of certain functionalities or features in the products provided by Nuance to Samsung. This is highly sensitive commercial information, and should not be made public.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 27 day of January, 2014, at Mahwah, NJ.

David Greenbaum

DECLARATION OF DAVID GREENBAUM IN SUPPORT OF CONFIDENTIALITY DESIGNATION
CASE NO. 12-CV-00630 LHK (PSG)

2

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rule 5.1, I hereby attest that David Greenbaum has concurred in this filing.

Dated: January 27, 2014                                  /s/ H. Mark Lyon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: January 27, 2014                                  /s/ H. Mark Lyon