1  RANDALL L. ALLLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  XAVIER BRANDWAJN (State Bar No. 246218)
   xavier.brandwajn@alston.com
4  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
5  Menlo Park, CA 94025
   Telephone:     650-838-2000
6  Facsimile:     650-838-2001

7  Attorneys for Non-Party
   NOKIA CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12

13 | APPLE, INC., a California corporation,            | Case No.: Case No.: 12-CV-00630-LHK (PSG)
14 |                 Plaintiff,
15 |        v.
16 | SAMSUNG ELECTRONICS CO., LTD., a                  | **NON-PARTY NOKIA CORPORATION'S NOTICE OF PARTIAL JOINDER IN APPLE, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (OPENING REPORT OF CHRISTOPHER A. VELLTURO, PH.D) [DOCKET NO. 1156]**
   | Korean corporation, SAMSUNG
17 | ELECTRONICS AMERICA, INC., a New York
   | corporation; SAMSUNG
18 | TELECOMMUNICATIONS AMERICA, LLC,
   | a Delaware limited liability company,
19 |
   |                 Defendants.
20

On January 22, 2014, Apple Inc. ("Apple") filed an "Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D)" (Dkt. No. 1156) ("Motion to Seal"). Non-party Nokia Corporation ("Nokia") hereby joins in the Motion to Seal with respect to the proposed redactions on page 176 of the Opening Expert Report of Christopher A. Vellturo, Ph.D ("Vellturo Report"), which contain or discuss Nokia confidential information.

The text on page 176 of the Vellturo Report that Apple is moving the Court to redact and seal, and in which Nokia joins, discusses specific confidential terms of the 2011 "Patent License Agreement" entered into by Apple and Nokia and provides information that could be used to determine such license terms. As explained in the attached Exhibit A, Declaration of Paul Melin (previously filed in *Apple v. Samsung*, Case No.:11-CV-01846-LHK, Dkt. No. 2254 at ¶4), Nokia considers its licensing terms highly confidential because this information is not disclosed publicly or to any third party except under strict confidentiality agreements, and these redactions are necessary to avoid causing serious harm to Nokia. The Court, moreover, has previously ruled that non-public licensing terms are sealable (*see* 11-CV-01846-LHK, Dkt. No. 1649 at 7, 10-11).

Therefore, for the foregoing reasons, Nokia respectfully requests that the Court grant Apple's Motion to Seal, at least with respect to the proposed redactions of confidential Nokia license terms on page 176 of the Vellturo Report.

DATED: January 27, 2013           Respectfully submitted,

                                  ALSTON & BIRD, LLP

                                  */s/ Ryan W. Koppelman*
                                  RYAN W. KOPPELMAN

                                  Attorneys for Non-Party Nokia Corporation