UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PAULA M. PHILLIPS REGARDING APPLE'S AND SAMSUNG'S MOTIONS FOR RECONSIDERATION** |

I, Paula M. Phillips, hereby declare as follows:

1. I am a Legal Administrator for AT&T Services, Inc. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Apple and Samsung filed Motions for Reconsideration of the Court's Order Denying Motions to Seal Related to Motions to Strike (Dkt. Nos. 1169 and 1175) on January 24, 2014.

3. I understand that concurrently with these motions, Apple and Samsung filed the briefing related to their Motions to Strike and certain exhibits thereto under seal ("Motions to Strike"). AT&T supports Apple's and Samsung's requests to seal portions of the Motions to Strike that contain AT&T's confidential information.

4. Portions of Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions ("Apple's Opposition") (Dkt. 965) on page 8 lines 24-28, page 9 lines 2-5, page 10 lines 4-12, and page 17 lines 5-6 and 10 highlighted in blue contain or discuss information that AT&T considers confidential. As explained in my November 25, 2013 Declaration (Dkt. 993), these portions of Apple's Opposition reference highly confidential information relating to how network equipment on the AT&T network allegedly operates. This information is highly confidential trade secret information and public disclosure of it would be harmful to AT&T and to AT&T's network equipment suppliers.

5. Portions of Exhibit 11 to the Declaration of Peter J. Kolovos in support of Apple's Opposition is an excerpt of the Expert Report Paul S. Min, Ph.D. Regarding Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 in paragraphs 686, 687, 1138, 1140, 1141 highlighted in blue contain or discuss information that AT&T considers confidential. As explained in my November 25, 2013 Declaration (Dkt. 993), these portions of Exhibit 11 to Apple's Opposition reference highly confidential information relating to how network equipment on the AT&T network allegedly operates. In addition, paragraph 1138 discusses a "HSUPA Tutorial" document produced by AT&T. AT&T considers the contents of the "HSUPA Tutorial" document to be confidential and marked the document "AT&T Confidential" when it was

1 | produced. This information is highly confidential trade secret information and public disclosure
2 | of it would be harmful to AT&T and to AT&T's network equipment suppliers.

3 |       6.     Portions of Exhibit 6 to the Declaration of Todd Briggs in support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's Markman Order ("Samsung's Motion to Strike") (Dkt. 878) in paragraphs 345, 449, 450, 451, 452, 453, 456 highlighted in blue contain or discuss information that AT&T considers confidential. These portions of Exhibit 6 to Samsung's Motion to Strike reference highly confidential information relating to how network equipment on the AT&T network allegedly operates. In addition, paragraphs 452 and 453 discuss a "HSUPA Tutorial" document produced by AT&T. AT&T considers the contents of the "HSUPA Tutorial" document to be confidential and marked the document "AT&T Confidential" when it was produced. This information is highly confidential trade secret information and public disclosure of it would be harmful to AT&T and to AT&T's network equipment suppliers.

      7.     Portions of Exhibit 11 to the Declaration of Todd Briggs in support of Samsung's Motion to Strike on pages 192 line 27, 193 lines 1 and 5-6, 202 lines 10-11, 203 lines 9-12, highlighted in blue contain or discuss information that AT&T considers confidential. These portions of Exhibit 11 to Samsung's Motion to Strike reference highly confidential information relating to how network equipment on the AT&T network allegedly operates. This information is highly confidential trade secret information and public disclosure of it would be harmful to AT&T and to AT&T's network equipment suppliers.

      8.     Portions of Samsung's Reply in Support of its Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions ("Samsung's Reply") (Dkt. 1009) on page 8 lines 21-25 highlighted in blue contain or discuss information that AT&T considers confidential. These portions of Samsung's Reply reference highly confidential information relating to how network equipment on the AT&T network allegedly operates. This information is highly confidential trade secret information and public disclosure of it would be harmful to AT&T and to AT&T's network equipment suppliers.

9. The relief requested by is necessary and narrowly tailored to protect AT&T's confidential information produced in this matter.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 28th day of January, 2014, in Bedminster, New Jersey.

Dated: January 28, 2014

/s/ _____
Paula M. Philips

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 28, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                              /s/ Mark D. Selwyn
                                              Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Paula M. Phillips has concurred in this filing.

Dated: January 28, 2014                      */s/ Mark D. Selwyn*
                                                            Mark D. Selwyn