| | |
|---|---|
| JOSH KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: 650.849.5300 <br> Facsimile: 650.849.5333 | WILLIAM F. LEE (pro hac vice) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff/Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO.: 12-cv-00630-LHK (PSG) <br><br> **CERTIFICATE OF SERVICE UPON GOOGLE INC.** |

CERTIFICATE OF SERVICE FOR GOOGLE INC.
Case No.:12-cv-00630-LHK (PSG)

| | |
|---|---|
| 1 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
| | Counterclaim-Plaintiffs, |
| | v. |
| | APPLE INC., a California corporation, |
| | Counterclaim-Defendant. |

I, Jennifer J. Rho, hereby certify that on the 22nd day of January, 2014, I did cause the documents to be served in the following manner:

- Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.);
- Declaration of Jennifer Rho in Support of Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.);
- [Proposed] Order Granting Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.); and
- Redacted excerpts of the Expert Report of Christopher A. Vellturo, Ph.D.

on the interested parties in this action addressed as follows:

**ATTORNEY FOR GOOGLE INC.**

Matthew Warren, Esq.
Matthew.warren@quinnemanuel.com
Quinn Emanuel Urquart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

__X__   **BY ELECTRONIC MAIL TRANSMISSION** from jrho@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses.  The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

Executed on January 22, 2013 in Los Angeles, CA.

Dated:   January 22, 2014                                             *Jennifer J. Rho*

                                                                         Jennifer J. Rho
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7103

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5.1, I hereby attest that Jennifer Rho has concurred in this filing.

Dated: January 28, 2014                                    /s/ H. Mark Lyon