| | |
|---|---|
| JOSH KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: 650.849.5300 <br> Facsimile: 650.849.5333 | WILLIAM F. LEE (pro hac vice) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff/Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO.: 12-cv-00630-LHK (PSG) <br><br> **CERTIFICATE OF SERVICE UPON HTC CORPORATION** |

| | |
|---|---|
| 1 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

                Counterclaim-Plaintiffs,

     v.

APPLE INC., a California corporation,

Counterclaim-Defendant.

      I, Jennifer J. Rho, hereby certify that on the 22nd day of January, 2014, I did cause the documents to be served in the following manner:

- Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.);
- Declaration of Jennifer Rho in Support of Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.);
- [Proposed] Order Granting Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.); and
- Redacted excerpts of the Expert Report of Christopher A. Vellturo, Ph.D.

on the interested parties in this action addressed as follows:

**ATTORNEYS FOR HTC CORPORATION**

| | |
|---|---|
| Scott R. Mosko<br>scott.mosko@finnegan.com<br>Robert F. McCauley III<br>robert.mccauley@finnegan.com<br>Finnegan, Henderson, Farabow,<br>Garrett & Dunner, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>(650) 849-6600 | Laura Masurovsky<br>laura.masurovsky@finnegan.com<br>Finnegan, Henderson, Farabow,<br>Garrett & Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000 |

1
2   __X__   **BY ELECTRONIC MAIL TRANSMISSION** from jrho@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.
3
4
5   Executed on January 22, 2013 in Los Angeles, CA.
6   Dated:   January 22, 2014                              *Jennifer J. Rho*
                                                           Jennifer J. Rho
7                                                          Gibson, Dunn & Crutcher
                                                           333 South Grand Avenue
8                                                          Los Angeles, CA 90071-3197
                                                           213-229-7103
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE FOR HTC CORPORATION
CASE NO.:12-CV-00630-LHK (PSG)                                                                3

Gibson, Dunn & Crutcher LLP

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5.1, I hereby attest that Jennifer Rho has concurred in this filing.

Dated: January 28, 2014                    /s/ H. Mark Lyon