JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff/Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.: 12-cv-00630-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE UPON IBM CORPORATION** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiffs,<br>    v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. |

I, Jennifer J. Rho, hereby certify that on the 22nd day of January, 2014, I did cause the documents to be served in the following manner:

- Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.);
- Declaration of Jennifer Rho in Support of Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.);
- [Proposed] Order Granting Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.); and
- Redacted excerpts of the Expert Report of Christopher A. Vellturo, Ph.D.

on the interested parties in this action addressed as follows:

<u>**ATTORNEYS FOR IBM CORPORATION**</u>

| | |
|---|---|
| Tim Scott<br>TScott@KSLAW.com<br>King & Spalding LLP<br>601 S. California Avenue<br>Palo Alto, CA 9430<br>(650) 422-6700 | Holmes Hawkins<br>HHawkins@KSLAW.com<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>(404) 572-4600 |

| | |
|---|---|
| __X__   **BY ELECTRONIC MAIL TRANSMISSION** from jrho@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses.  The documents were transmitted by electronic transmission and such transmission was reported as complete and without error. | |

Executed on January 22, 2013 in Los Angeles, CA.

Dated:  January 22, 2014                                         *Jennifer J. Rho*
                                                                                         Jennifer J. Rho
                                                                                         Gibson, Dunn & Crutcher
                                                                                         333 South Grand Avenue
                                                                                         Los Angeles, CA 90071-3197
                                                                                         213-229-7103

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5.1, I hereby attest that Jennifer Rho has concurred in this filing.

Dated: January 28, 2014                             /s/ H. Mark Lyon

CERTIFICATE OF SERVICE FOR IBM CORPORATION
CASE NO.:12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP