| | |
|---|---|
| JOSH KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone:  650.849.5300<br>Facsimile:   650.849.5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

***Attorneys for Plaintiff/Counterclaim-Defendant Apple Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO.: 12-cv-00630-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE UPON MEDIA ARTS LAB** |

CERTIFICATE OF SERVICE FOR MEDIA ARTS LAB
Case No.:12-cv-00630-LHK (PSG)

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |

      Counterclaim-Plaintiffs,

  v.

APPLE INC., a California corporation,

Counterclaim-Defendant.

  I, Jennifer J. Rho, hereby certify that on the 22nd day of January, 2014, I did cause the documents to be served in the following manner:

- Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.);
- Declaration of Jennifer Rho in Support of Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.); and
- [Proposed] Order Granting Apple Inc.'s Administrative Motion to File Documents Under Seal (Opening Report of Christopher A. Vellturo, Ph.D.);

on the interested parties in this action addressed as follows:

### **ATTORNEY FOR MEDIA ARTS LAB**

Kenneth L. Wilton
Kwilton@seyfarth.com
Seyfarth Shaw LLP
One Century Plaza, Suite 3500
2029 Century Park East
Los Angeles, CA 90067-3021
Phone: (310) 277-7200

| | |
|---|---|
| 1 | |
| 2 | _X_  **BY ELECTRONIC MAIL TRANSMISSION** from jrho@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error. |

Executed on January 22, 2013 in Los Angeles, CA.

Dated: January 22, 2014

*Jennifer J. Rho*
Jennifer J. Rho
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7103

CERTIFICATE OF SERVICE FOR MEDIA ARTS LAB
CASE NO.:12-CV-00630-LHK (PSG)

3

Gibson, Dunn & Crutcher LLP

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rule 5.1, I hereby attest that Jennifer Rho has concurred in this filing.

Dated: January 28, 2014                                              /s/ H. Mark Lyon

CERTIFICATE OF SERVICE FOR MEDIA ARTS LAB
CASE NO.:12-CV-00630-LHK (PSG)