QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S MOTION FOR RECONSIDERATION OF ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 1175)** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Motion For Reconsideration Of Order Denying Administrative Motions To File Documents Under Seal (Dkt. No. 1175) ("Motion for Reconsideration").

3. Counsel for Samsung met and conferred with counsel for Apple to prepare highlighted versions of documents subject to Apple's Motion for Reconsideration. Samsung maintains a claim of confidentiality over all portions highlighted in green in Apple's filing. Specifically, Samsung maintains a claim of confidentiality over portions of:

- Exhibits 5, 11, and 36 to the Furman Declaration in Support of Apple's Motion to Strike Arguments ("MTS") from Samsung's Invalidity and Non-Infringement Export Reports Regarding Apple Patents (*see* Dkt. Nos. 882, 1175-12); and
- Exhibit P to the Rho Declaration in Support of Apple's Opposition to Samsung's Motion to Strike Regarding Apple Patents (*see* Dkt. Nos. 964, 1175-13).

4. The documents listed in paragraph 3 contain: (1) detailed descriptions of function, categorization, and operation of Samsung's source code; (2) detailed descriptions of internal Samsung deliberations regarding product development and/or marketing efforts; and (3) description of time to implement non-infringing alternatives.

5. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable. (*See* Dkts. 940 (re: Apple MTS), 1000 (re: Apple's Opp. to Samsung's MTS re: Apple Patents, and Apple Opp. to Samsung's MTS re: undisclosed theories); *see also* Dkts. 810, 858, 949 (providing

1  compelling reasons why various categories of Samsung-confidential information should be filed
2  under seal).)  Apple's Motion for Reconsideration should be granted with respect to the portions
3  of the documents at issue that include Samsung's confidential information for the reasons stated in
4  the Shim declarations.

6       I declare under penalty of perjury that the foregoing is true and correct.  Executed on
7  January 28, 2014, at Los Angeles, California.

                                              */s/ Michael L. Fazio*
                                              Michael L. Fazio