1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
11 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS CO.,
15 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17                      UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| 20  APPLE INC., a California corporation,<br><br>         Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**NOTICE OF SAMSUNG'S FILING OF REVISED HIGHLIGHTED VERSIONS OF DOCUMENTS SOUGHT TO BE SEALED [RELATES TO DKT. NO. 1138]** |

1     PLEASE TAKE NOTICE THAT pursuant to the parties' agreement to file highlighted
2  versions of documents that reflect information the parties and third parties have supported sealing
3  (*see* Dkt. 1138 at 2:3-6), Samsung files revised highlighted versions of all documents it moves to
4  seal in connection with its Motion to Strike Expert Testimony Based on Undisclosed Claim
5  Constructions. (*See* Dkt. 1138.)  The highlighted versions of the motion and exhibit thereto
6  identify the information Apple, Samsung, and any third parties have supported sealing in their
7  declarations.  As set forth in the Declaration of Peter J. Kolovos (Dkt. No. 1149), "Apple supports
8  sealing Exhibit 1 to the Trac Declaration insofar as it contains source code information and/or
9  detailed technical information regarding the accused Apple products." Dkt. No. 1149 at 1:4-26.
10 Samsung is also filing public redacted versions of its Motion to Strike and Exhibit thereto.

DATED:  January 29, 2014               QUINN EMANUEL URQUHART &
                                                      SULLIVAN, LLP


                                                      By */s/ Michael L. Fazio*
                                                           Charles K. Verhoeven
                                                           Kevin P.B. Johnson
                                                           Victoria F. Maroulis
                                                           William C. Price
                                                           Michael L. Fazio

                                                           Attorneys for Defendants
                                                           SAMSUNG ELECTRONICS CO., LTD.,
                                                           SAMSUNG ELECTRONICS AMERICA, INC.,
                                                           and SAMSUNG TELECOMMUNICATIONS
                                                           AMERICA, LLC

-1-                                                                          Case No. 12-CV-00630-LHK (PSG)
NOTICE OF SAMSUNG'S FILING OF REVISED HIGHLIGHTED VERSIONS OF DOCUMENTS SOUGHT TO BE SEALED

## ATTESTATION

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file Notice Of Samsung's Filing Of Revised Highlighted Versions Of Documents Sought To Be Sealed [Relates To Dkt. No. 1138]. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael Fazio has concurred in this filing.

Dated: January 29, 2014

*/s/ Victoria Maroulis*
Victoria Maroulis