1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California 94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 | Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 | 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
8 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100
9 |
William C. Price (Cal. Bar No. 108542)
10 | williamprice@quinnemanuel.com
865 S. Figueroa St., 10th Floor
11 | Los Angeles, California 90017
Telephone: (213) 443-3000
12 | Facsimile: (213) 443-3100

13 | Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
14 | AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC
15 |

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,          CASE NO. 12-CV-00630-LHK (PSG)

19 |          Plaintiff,

20 |          vs.                                   **CERTIFICATE OF SERVICE**

21 | SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,
24 |
          Defendants.
25 |

26 |

27 |

28 |

1

**CERTIFICATE OF SERVICE**

2        I am employed in Washington, D.C.    I am over the age of eighteen years and not a party

3  to the above-captioned action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP,

4  777 6th Street, NW, 11th Floor, Washington, D.C. 20001.

5        On January 29, 2014, I served the following documents:

6            1.  Conformed Highlighted Version of Samsung's Motion to Strike.

7            2.  Conformed Highlighted Version of Trac Declaration Exhibit 1

8

9  by placing the aforementioned documents on an FTP site and emailing credentials to access said

10  FTP site to the mailing lists of the parties in this action as follows:

11        **Counsel for Apple Inc.**

12        **Wilmer Cutler Pickering Hale and Dorr LLP**
         WHAppleSamsungNDCalIIService@wilmerhale.com

13
         **Gibson, Dunn & Crutcher LLP**
14       Apple/Samsung@gibsondunn.com

15        **Morrison Foerster**
         Apple630Team@mofo.com
16

17

18        I declare under penalty of perjury that the foregoing is true and correct.    Executed on

19  January 29, 2014, at Washington, D.C.

20                                        */s/ James Razick____*
                                         James Razick
21

22

23

24

25

26

27

28

1

**<u>ATTESTATION OF E-FILED SIGNATURE</u>**

2

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this

3

Certificate of Service.    In compliance with Civil L.R. 5-1(i)(3), I hereby attest that James Razick

4

has concurred in this filing.

5

6

Dated:    January 29, 2014                        */s/ Victoria Maroulis*
                                                           Victoria Maroulis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28