DAVID H. DOLKAS (State Bar No. 111080)
ddolkas@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park, CA 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401

BRETT E. BACHTELL
bbachtell@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606-5055
Telephone: +1 312 372 7000
Facsimile: +1 312 984 7700

Attorneys for Non-Party
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF BRETT E. BACHTELL REGARDING APPLE'S AND SAMSUNG'S MOTIONS FOR RECONSIDERATION (DKT. NOS 1169 AND 1175)** |

I, Brett E. Bachtell, hereby declare as follows:

1. I am a partner at the law firm of McDermott Will & Emery LLP and counsel for non-party Qualcomm Incorporated ("Qualcomm"). I am licensed to practice law in the State of Illinois. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Apple and Samsung filed Motions for Reconsideration of the Court's Order Denying Motions to Seal Related to Motions to Strike (Dkt. Nos. 1169 and 1175) on January 24, 2014.

3. I understand that concurrently with these motions, Apple and Samsung filed the briefing related to their Motions to Strike and certain exhibits thereto under seal ("Motions to Strike"). Qualcomm supports Apple's and Samsung's requests to seal portions of the Motions to Strike that contain Qualcomm's confidential information.

4. Exhibit 6 to the Declaration of Todd Briggs in support of Samsung's Motion to Strike is the Report of Dr. Thomas E. Fuja Regarding Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 ("Exhibit 6"). Portions highlighted in blue in paragraphs 330-336, 354, 404-409, 412, 414-417 and 423, 466-468, 471, 472 and 480 contain or discuss information that Qualcomm considers confidential. I have been informed by counsel for Samsung that paragraphs 330-336, 404-409, 412, 414-417 and 423 refer to and describe highly confidential Qualcomm technical materials and source code related to Qualcomm's chipsets. Accordingly, those paragraphs should be sealed for the reasons stated in my November 12, 2013 declaration in support of sealing of Exhibit 6. (*See* Dkt. 927). In addition, the portions of paragraphs 354, 466-468, 471, 472 and 480 highlighted in blue should be sealed because they refer to and describe highly confidential Qualcomm technical materials and source code related to Qualcomm's chipsets. Public disclosure of information regarding the technical functionality and source code related to Qualcomm products or unauthorized disclosure to non-licensees or competitors would be harmful to Qualcomm. This Court has previously granted similar requests to seal in the litigation between Apple and Samsung tried last year. *See, e.g., Apple Inc. v. Samsung*

Non-Party Qualcomm's Declaration in
Support of Apple's and Samsung's
Motions for Reconsideration                              1

Case No. 12-cv-00630 (LHK)

1  *Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at
2  8).

3      5.    Exhibit 11 to the Declaration of Todd Briggs in support of Samsung's Motion to
4  Strike is Apple Inc.'s Further Supplemental Objections and Responses to Samsung's First Set of
5  Interrogatories to Apple (No. 12) ("Exhibit 11").  On November 21, 2013, I filed a declaration in
6  support of sealing Exhibit 11. (*See* Dkt. 988).  For the reasons stated in my November 21, 2013
7  declaration, the portions of Exhibit 11 that reference highly confidential Qualcomm technical
8  materials and provide detailed information about the technical functionality and source code in
9  the Qualcomm chipsets should be sealed.

10      6.    Portions of Apple's Opposition to Samsung's Motion to Strike Expert Testimony
11  Based on Undisclosed Theories and Claim Constructions ("Apple's Opposition") (Dkt. 965) on
12  page 9 lines 14-20 and page 17 line 8 highlighted in blue contain or discuss information that
13  Qualcomm considers confidential.  These paragraphs refer to and describe highly confidential
14  Qualcomm technical materials and source code related to Qualcomm's chipsets.  Public
15  disclosure of information regarding the technical functionality and source code related to
16  Qualcomm products or unauthorized disclosure to non-licensees or competitors would be
17  harmful to Qualcomm.  This Court has previously granted similar requests to seal in the litigation
18  between Apple and Samsung tried last year. *See, e.g., Apple Inc. v. Samsung Electronics Co.,*
19  *Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8).

20      7.    Exhibit 11 to the Declaration of Peter J. Kolovos in support of Apple's Opposition
21  is an excerpt of the Expert Report Paul S. Min, Ph.D. Regarding Infringement of U.S. Patent
22  Nos. 7,756,087 and 7,551,596.  Portions of Exhibit 11 in paragraphs 1137, 1139, 1142, 1143,
23  1145, 1147, 1148 and 1149 highlighted in blue contain or discuss information that Qualcomm
24  considers confidential.  These paragraphs refer to and describe highly confidential Qualcomm
25  technical materials and source code related to Qualcomm's chipsets.  Public disclosure of
26  information regarding the technical functionality and source code related to Qualcomm products
27  or unauthorized disclosure to non-licensees or competitors would be harmful to Qualcomm.  This
28

Non-Party Qualcomm's Declaration in
Support of Apple's and Samsung's
Motions for Reconsideration     2      Case No. 12-cv-00630 (LHK)

1  Court has previously granted similar requests to seal in the litigation between Apple and
2  Samsung tried last year. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No.
3  11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8).
4      8.     The relief requested is necessary and narrowly tailored to protect confidential
5  information contained within the highly confidential Qualcomm material produced in this matter.
6      9.     I declare under the penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct to the best of my knowledge and that this
8  Declaration was executed this 29th day of January, 2014, in Chicago, Illinois.

Dated:  January 29, 2014                                      */s/* Brett E. Bachtell

Non-Party Qualcomm's Declaration in
Support of Apple's and Samsung's
Motions for Reconsideration            3            Case No. 12-cv-00630 (LHK)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 29, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                        /s/ Mark D. Selwyn  
                                        Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Brett Bachtell has concurred in this filing.

Dated: January 29, 2014              */s/ Mark D. Selwyn*  
                                                    Mark D. Selwyn