# EXHIBIT P

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S FURTHER SUPPLEMENTAL RESPONSES TO APPLE'S FIRST, THIRD, AND TENTH SETS OF INTERROGATORIES**<br><br>**(Interrogatory Nos. 4, 5, 6, 8, 20, 23, 24, 27, 29, 45)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE** |

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

**INTERROGATORY NO. 20:**

Separately for each claim of the Apple Patents-in-Suit, identify each secondary consideration that you contend supports the obviousness of the invention(s) claimed (e.g., lack of commercial success, lack of long-felt need, lack of commercial acquiescence, lack of expressions of skepticism, copying, lack of commercial acquiescence through acceptance of licenses, adherence to acceptable principles of prior art, or lack of acclaim by industry), and for each such

1   alleged secondary consideration describe in detail the facts underlying the alleged secondary

2   consideration including any related documents and people most knowledgeable of the secondary

3   consideration.

4   **OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 20:**

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE**
-11-

1

2

3   **Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

4

5

6

7

8

9

10

11   **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 20:**

12      Subject to and incorporating its General Objections and Specific Objections from

13   Samsung's Objections and Responses to Apple's Third Set of Interrogatories, Samsung further

14   supplements its response to Interrogatory No. 20 as follows:

15      Samsung incorporates by reference as if fully set forth herein its responses to Apple's

16   Interrogatory Nos. 4, 20, 23, 28, and 47 as relevant to the obviousness of the Apple Patents-in-

17   Suit, including as a rebuttal to any allegations of copying by Samsung or Google.  Individuals

18   with knowledge relevant to secondary considerations include Samsung's experts, who will be

19   disclosed consistent with the Court's Scheduling Order dated May 2, 2012 as amended, as well as

20   individuals named in Samsung's responses to Apple's Interrogatory Nos. 4, 20, 23, 28, and 47.

21   **'647 Patent:**

22      **No copying.**  As noted in Samsung's first supplemental response to this interrogatory,

23   Apple has provided no evidence that the functionality accused of infringing the '647 patent was

24   copied from Apple, or copied from any functionality that Apple asserts practices or infringes any

25   asserted claim of the '647 patent.  The ███████████████ functionality that

26   Apple accuses of infringing the '647 patent could not have been copied from functionality that

27   Apple asserts practices the '647 patent, because ████████████ existed in

28   Android prior to Apple's first practicing of the '647 patent.  According to Apple's response to

1    Samsung's Interrogatory No. 25, iOS 3 is the first version of iOS that practices the '647 patent.

2    *See* Apple's Second Supplemental Objections and Responses to Samsung's Second Set of

3    Interrogatories    (No.    25)    at    3-8.    ███    ███    ███    █

4    ████████████    █    ████████    █

5    ████████████████████

6    ███ have been utilized in Android since at least version 1.5, also known as Cupcake.

7    Android 1.5, produced in this action with Bates number SAMNDCA630AOSP-0000059, was

8    released to the public in April 2009.  *See, e.g.* S-ITC-003064576 ████████

9    ████████ *see also* Declaration of Cary Clark at ¶ 26, Dkt. 120 at 11 ("Code

10   implementing the functionality I have described above … has been available in the Android Open

11   Source Project since April 30, 2009, when the open source version of version 1.5 (cupcake) of

12   Android was made available on the Internet.").   By contrast, iOS 3 was released only with the

13   introduction of the iPhone 3GS, on June 18, 2009.  *See, e.g.,* <u>Apple Announces the New iPhone</u>

14   <u>3GS—The Fastest, Most Powerful iPhone Yet</u>, APL-ITC796-X0000002678 ("iPhone 3GS

15   includes the new iPhone OS 3.0, the world's most advanced mobile operating system with over

16   100 new features such as Cut, Copy and Paste, MMS*, Spotlight Search, landscape keyboard and

17   more.").  ████████████████

18   ████████████████

19   ████████████████

20   Samsung only became aware of the '647 patent in approximately August 2010, in connection with

21   patent discussions between Apple and Samsung. *See* APLNDC00000388 – APLNDC00000410.

22   ████████████████

23   ████████  Since Samsung was not aware of the '647 patent at the time the

24   functionality was created, it could not have copied that functionality from the '647 patent.

25        At least Jinhyung Kim, Cary Clark, and Dianne Hackborn have knowledge of facts relating

26   to this response.

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

-107-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

1  Portion is withdrawn with prejudice by agreement of the
2  parties, as indicated in the Joint Chart Identifying
3  Remaining issues in Motion to Strike, Docket 1056.

1

2

3

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

SAMSUNG'S FURTHER SUPPLEMENTAL RESPONSES TO APPLE'S FIRST, THIRD, AND TENTH   SETS OF INTERROGATORIES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

[tc] **Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

-158-

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

-160-

1
2
3

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

1
2
3

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

4
5
6
7
8
9
10
11
12

13  DATED:   July 15, 2013                    QUINN EMANUEL URQUHART &
14                                            SULLIVAN, LLP

15                                            By */s/ Michael L. Fazio*
                                                 Charles K. Verhoeven
16                                               Kevin P.B. Johnson
                                                 Victoria F. Maroulis
17                                               William C. Price
                                                 Michael L. Fazio
18

19                                               Attorneys for SAMSUNG ELECTRONICS
                                                 CO., LTD., SAMSUNG ELECTRONICS
20                                               AMERICA, INC. and SAMSUNG
                                                 TELECOMMUNICATIONS AMERICA, LLC
21  f

22
23
24
25
26
27
28

# EXHIBIT S

Highly Confidential - Outside Attorneys' Eyes Only

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5    APPLE INC., a California

     corporation,

6

                 Plaintiff,

7

     vs.                            NO. 12-CV-00630-LHK

8

     SAMSUNG ELECTRONICS CO., LTD.,

9    a Korean corporation; SAMSUNG

     ELECTRONICS AMERICA, INC., a

10   New York corporation; SAMSUNG

     TELECOMMUNICATIONS AMERICA, LLC,

11   a Delaware limited liability

     company,

12

                 Defendants.

13   _____/

14

15    **  HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY  **

16

17       GIBSON DUNN & CRUTCHER, LLP

18          2-4 Temple Avenue

19      Videotaped Deposition of THOMAS DENIAU

20             London, UK

21          July 12, 2013

22           9:00 A.M.

23

24   Reported by: Ailsa Williams

25   Job No: 63261

Highly Confidential - Outside Attorneys' Eyes Only

---

Page 2

```
1    A P P E A R A N C E S :
2    ON BEHALF OF PLAINTIFF AND
3    COUNTERCLAIM-DEFENDANT APPLE INC:
4        ROBERT VINCENT
5        GIBSON DUNN & CRUTCHER
6        2100 McKinney Avenue
7        Dallas, TX 75201
8
9
10
11   ON BEHALF OF DEFENDANT SAMSUNG ELECTRONICS CO., LTD.,
12   SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG
13   TELECOMMUNICATIONS AMERICA, LLC:
14       ZACHARIAH SUMMERS
15       QUINN EMANUEL URQUHART & SULLIVAN
16       51 Madison Avenue
17       New York, NY 10010
18
19
20
21   ALSO PRESENT:
22       TESSA MARKOVITCH (Interpreter)
23       FLORENCE MITCHELL (Check Interpreter)
24       VIDEOGRAPHER: SIMON ADDINSELL
25
```

---

Page 3

```
1                    I N D E X
2    THOMAS DENIAU (Sworn(
3    DIRECT EXAMINATION BY MR. SUMMERS      Pg. 6
4    CROSS-EXAMINATION BY MR. VINCENT       Pg. 104
5    RE-DIRECT EXAMINATION BY MR. SUMMERS   Pg. 105
6
7              INDEX OF EXHIBITS
8    Deniau Exhibit 1  Apple Inc's Second Supplemental . .30
9        Objections and Responses
10
11   Deniau Exhibit 2  Expert Report of Dr. Todd Mowry . .87
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 4

```
1        THE VIDEOGRAPHER:  This is the beginning of     08:51:50
2    tape one in volume one of the deposition of Tom    09:32:20
3    Deniau, in two matters of Apple Incorporated,      09:32:26
4    a California Corporation, plaintiff, versus Samsung 09:32:28
5    Electronics Company Limited, a Korean Corporation, 09:32:32
6    defendants, and also Samsung Electronics Company   09:32:36
7    Limited, Korean Corporation, et al, counterclaim   09:32:41
8    plaintiffs, versus Apple Incorporated, California  09:32:44
9    Corporation, counterclaim defendants.              09:32:48
10       This matter is before the United States        09:32:50
11   District Court, Northern District of California, San 09:32:51
12   Jose Division, civil action number 12-CV-00630 LHK 09:32:54
13   (PSG).                                             09:33:04
14       Today's date is 12 July 2013 and the time is   09:33:06
15   9:33 am.  This deposition is taking place at the   09:33:10
16   offices of Gibson Dunn in London.  The court reporter 09:33:15
17   is Ailsa Williams, videographer Simon Addinsell, both 09:33:20
18   with TSG Worldwide Reporting.                      09:33:24
19       Could counsel in the room please introduce     09:33:28
20   themselves and state who they represent today please. 09:33:29
21       MR. SUMMERS:  Zachariah Summers for the        09:33:34
22   Samsung parties.                                   09:33:36
23       MR. VINCENT:  Robert Vincent of Gibson Dunn    09:33:37
24   for Apple and the witness.                         09:33:39
25       THE VIDEOGRAPHER:  We have an interpreter      09:33:43
```

---

Page 5

```
1    present, Florence Mitchell, check interpreter and     09:33:45
2    Tessa Markovitch of Transperfect interpreting for the 09:33:50
3    witness.  Could the court reporter first swear in both 09:33:55
4    interpreters and then the witness, please.            09:33:59
5        (Interpreters sworn)            09:34:37
6          THOMAS DENIAU            09:34:04
7          Having been duly sworn,         09:34:04
8          Testified as follows:           09:34:04
```

## Intentionally Omitted from Exhibit/ Record

```
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide    877-702-9580

Highly Confidential - Outside Attorneys' Eyes Only

Page 10

Inten
tiona
lly
Omit
ted
From
Exhi
bit/
Reco
rd

Page 11

Intentionally Omitted
From Exhibit/Record

Page 12

Intentionally Omitted From
Exhibit/Record

16      Q.  Do you recall, was there a specific --      09:46:38
17  actually, let me ask a better question.  When you      09:46:40
18  started working, in July 2009, was the work you were      09:46:44
19  doing on data detectors for iOS?      09:46:47
20      A.  No, not at all.  Well, I mean, I could      09:46:51
21  not work on iOS.  Interns could not work on iOS      09:46:57
22  because it is confidential.  But the phone number      09:46:58
23  detection work that I did was later used in iOS, but      09:47:05
24  I didn't work technically on iOS at the time.      09:47:11
25      Q.  So, in July 2009, and through      09:47:31

Page 13

1  to January 2010, you didn't have access to iOS code,      09:47:34
2  is that correct?      09:47:41
3      A.  Actually, I worked on data detectors for      09:47:42
4  OS10 for the MAC.

                                          09:48:40
17      Q.  Do you remember when you started      09:48:54
18  in July 2009, what version of iOS -- that is a poor      09:48:56
19  question.  Scratch that.      09:49:09
20      Did you say that some of your work during your      09:49:27
21  internship was actually incorporated into iOS at a later      09:49:30
22  time?      09:49:34
23      A.  I did, yes.      09:49:34
24      Q.  Do you remember what version of iOS that      09:49:35
25  code was incorporated into?      09:49:38

4 (Pages 10 to 13)

Highly Confidential - Outside Attorneys' Eyes Only

Page 14

1    A.  So, the work I did on adding more        09:49:41
2  languages was incorporated into iOS 4 and the code to    09:49:46
3  make phone number detection faster, I actually      09:49:55
4  reworked it later when I was full-time and it was    09:50:01
5  integrated in the iOS 5 timeframe.          09:50:05
6    Q.  And then you started full-time at Apple    09:50:28
7  in January 2010, is that right?            09:50:30
8    A.  Um hum.              09:50:32
9    Q.  What was your title when you started      09:50:34
10  in January 2010?              09:50:36
11    A.  Software engineer.            09:50:38
12    Q.  And at the time you started full-time,    09:50:39
13  did you get full access to iOS code?          09:50:45
14    A.  Not immediately but after some time,    09:50:52
15  yes.                  09:50:55
16    Q.  Do you remember when you first got full    09:50:56
17  access to iOS code?              09:50:57
18    A.  No, I don't.  I would say a few months    09:51:01
19  after I started but I don't remember the date.      09:51:03
20    Q.  Do you remember the first project you    09:51:09
21  were given when you started work in January 2010?    09:51:10

Intentionally Omitted From
Exhibit/Record

Page 15

1    Intentionally
    Omitted From
    Exhibit/
    Record

10    Q.  And what was your role when you first    09:53:03
11  joined the data detectors team at the end of 2010?    09:53:06
12    A.  I didn't have a specific role.  I mean    09:53:11
13  I was one of the engineers in the team and performed    09:53:14
14  my usual duties.              09:53:20
15    Q.  Can you describe your usual duties?      09:53:23
16    A.  You know, adding new features, fixing    09:53:25
17  bugs, making sure that the quality of the project is    09:53:29
18  high and monitoring inputs from the field, from users.    09:53:38
19    Q.  Let's take a step back.  Can you explain    09:54:22
20  to me when you say "data detectors", what do you mean?    09:54:25
21    A.  This is a very broad question.  Could    09:54:33
22  you elaborate?              09:54:35
23    Q.  Sure.  Is there a specific definition of    09:54:38
24  what the data detectors project at Apple is?      09:54:41
25    A.  I could tell you what it does.  What it    09:54:50

Page 17

1    Q.  Can you describe the example of data    09:57:00
2  detectors you are thinking about in the note      09:57:03
3  application?              09:57:05
4    A.  It is the same thing.  If you have    09:57:07
5  a note where you typed an address, then you might want    09:57:10
6  to see where it is on a map.          09:57:13
7    Q.  Same question about Safari; where might    09:57:23
8  you see the data detectors functionality?        09:57:28
9    A.  Let's say you check out the web page for    09:57:30
10  a restaurant, there is a phone number on the web page.    09:57:33
11  You might want to call the restaurant to make      09:57:35
12  a reservation.  Again, this is just an example.  I am    09:57:38
13  not...                  09:57:52
14    Q.  Taking the examples of data detectors in    09:58:12
15  mail, notes and Safari -- actually, let's make this    09:58:15
16  a bit easier.  Just taking the data detector      09:58:25
17  functionality in mail and the data detector      09:58:27
18  functionality in Safari you were describing, do both    09:58:30
19  of those -- does the data detection happen in the same    09:58:36
20  way for both of those applications?          09:58:41
21    A.  Mobile Safari is different.  There are    09:58:43
22  two implementations.  One is used by most of the apps    09:58:48
23  on the system and one is used specifically for Safari.    09:58:53
24    Q.  The two implementations, do they have    09:59:02
25  specific names?              09:59:07

5 (Pages 14 to 17)

Highly Confidential - Outside Attorneys' Eyes Only

Page 18

1    A. You have the regular data detectors          09:59:11
2  implementation and then you have the one in Safari    09:59:17
3  which we call deterministic automaton.          09:59:20
4    Q. Just so I have this straight, Safari        09:59:53
5  uses deterministic automation. Is that correct?      09:59:56
6    A. Automatons.                      10:00:00
7    Q. Does it also use the data detection          10:00:05
8  functionality used by other applications?          10:00:08
9    A. As I said, there are two layers. One        10:00:12
10  layer at a UI level and one layer which is called data  10:00:15
11  detectors core. At the core level, which is detecting  10:00:24
12  simply as a question of where the phone numbers for    10:00:28
13  example are in a text, Mobile Safari uses the        10:00:32
14  deterministic automaton, and other apps use the      10:00:37
15  traditional system. But once you tap in a phone      10:00:41
16  number, for example, then mostly it is code in all the  10:00:47
17  apps.                            10:00:53
18    Q. Can you name the core set of code that      10:01:21
19  is involved with the implementation that is used in    10:01:23
20  Safari?                          10:01:29
21    A. As I said, it is deterministic          10:01:31
22  automaton. I don't have any other name for this.     10:01:35
23    Q. What about the actual file names of the      10:01:39
24  code that is involved?                  10:01:41
25    A. I would have to look at the list of file    10:01:42

Page 19

1  names. I would say most of the code is DD, DFS      10:01:46
2  scanner dot C and then there are a lot of other files   10:01:53
3  that go with it, but it is a check point.          10:01:57
4    Q. Has the implementation of the data        10:02:34
5  detectors functionality for Safari changed over time?  10:02:36
6    A. Yes, as I said, in iOS 5, Safari started    10:02:45
7  using the work I did as an intern to make phone number  10:02:51
8  detection faster and more accurate, compared to what   10:03:03
9  it was using previously.                  10:03:16
10    Q. Are you familiar with the code that was     10:03:28
11  used in, for instance, iOS 4 that your code replaced?   10:03:32
12    A. No, not really. I know why we replaced      10:03:39
13  it but I didn't write it or even look at it.        10:03:44
14    Q. I am assuming you did not look at an        10:04:01
15  earlier version, like iOS 3 either?            10:04:06
16    A. Actually, I don't have access to the       10:04:08
17  source code of earlier versions.              10:04:09
18    Q. So you don't have access to a version of    10:04:14
19  iOS 3?                          10:04:16
20    A. No. I mean, the code in data detectors,    10:04:17
21  I could look up the code in data detectors but not the  10:04:22
22  code in other parts.                   10:04:27
23    Q. I see. have you ever looked up the code     10:04:30
24  that was used for data detectors in iOS 3?         10:04:32
25    A. I did look at the core parse, which was     10:04:38

Page 20

1  OS10, and I must know what was there before I started   10:04:42
2  modifying it, but I am not really familiar with --    10:04:49
3  I don't remember how it was exactly at the time. It    10:04:52
4  is a long time ago. If you have a specific question   10:04:55
5  maybe I can answer. I am not sure.            10:05:00
6    Q. I want to jump back. I apologize, I am      10:05:18
7  just trying to understand the scope of your work. So   10:05:22
8  you started on the data detectors team in late 2010,   10:05:24
9  correct?                        10:05:29
10    A. It is, yes.                    10:05:30
11    Q. Then you worked on the data detectors      10:05:31
12  team until now, until the present day?          10:05:32
13    A. I was working full-time on data          10:05:39
14  detectors for most of -- well for first, I guess six   10:05:41
15  or eight months of 2011. Then I started spending most  10:05:47
16  of my time on the i-Cloud team, but I was still taking  10:05:54
17  care of data detectors on the side. It just was not   10:06:04
18  my main task. Let's say that starting in 2012      10:06:10
19  I became the main engineer on the iOS side, whereas    10:06:23
20  before, in 2011, I was working on both the MAC and the  10:06:28
21  iOS. So I reduced the scope of my work and made it    10:06:35
22  iOS specific.                      10:06:42
23    Q. Starting in 2012, when you became the      10:06:46
24  main engineer on the iOS side, how many other people   10:06:51
25  were working on the iOS side?              10:06:54

Page 21

1    A. Mostly just me. People help and the        10:06:57
2  main engineer on the OS10 side sometimes, you know, we   10:07:06
3  worked together, but it was mostly me.          10:07:10
4    Q. Are you saying "west end side"?          10:07:17
5    A. Am I saying what?                  10:07:23
6    Q. I am having a little trouble            10:07:25
7  understanding you. There is the iOS side and --      10:07:25
8    A. And the OS10 side, the MAC side. OS10      10:07:30
9  is -- OS10 and MAC. So those are synonyms.         10:07:37
10    Q. From 2012 until today, have you mostly      10:08:08
11  been the person who is responsible for the iOS data    10:08:14
12  detection functionality?                 10:08:19
13    A. That is correct. On iOS, right?          10:08:21
14    Q. Right. Would that time period encompass     10:08:24
15  iOS 5?                          10:08:30
16    A. iOS 5 shipped, if I remember correctly,    10:08:32
17  in July -- sorry, iOS 5 shipped in July 2011, if     10:08:35
18  I recall correctly, maybe a few months before or after  10:08:46
19  that, but 2011, and iOS 6 in 2012. So for iOS 5, as   10:08:50
20  I say, I worked on the Safari improvements. I also    10:08:56
21  worked on Siri, the voice recognition technology we    10:09:09
22  have. So iOS 5, 2011, so the work I did while I was    10:09:21
23  on the data detectors team was for iOS 5 but when     10:09:30
24  I became (inaudible) it was not until iOS 6.        10:09:36
25    Q. Do you have a sense of whether there       10:10:33

6 (Pages 18 to 21)

Highly Confidential - Outside Attorneys' Eyes Only

Page 22

1  were significant differences between data detection   10:10:36
2  functionality in iOS 5 and data detection   10:10:42
3  functionality in iOS 6?   10:10:46
4       MR. VINCENT: Objection, vague.   10:10:49
5       A. So, there are a lot of differences   10:10:51
6  between iOS 5 and iOS 6. I would say that on the iOS   10:10:55
7  specific side, most of the work has been to move some   10:11:02
8  parts of the detectors out of process, because in iOS   10:11:10
9  6 we started asking the user to give permission to   10:11:17
10  access their contacts and their calendar in apps, so   10:11:22
11  that apps can't, you know, like get your work and send   10:11:26
12  it to some server. So we don't want the app to ask   10:11:33
13  every time you use data detectors. So we changed the   10:11:38
14  architecture to make that happen transparently. There   10:11:42
15  have been lots of software improvements. That is just   10:11:52
16  one of them.   10:11:55
17       Q. I want to understand a little more what   10:12:36
18  you mean when you say you were moving parts of data   10:12:39
19  detectors out of process from iOS 5 and iOS 6. Can   10:12:44
20  you explain that a little further?   10:12:50
21       A. So. So when you tap on the phone number   10:12:53
22  and want to add that to an address book in iOS 5 we   10:12:56
23  just present UI to add number to your address book   10:13:01
24  inside the app, whereas in iOS 6 we are going to   10:13:07
25  launch a new process and as the new process displays   10:13:12

Page 23

1  this UI, so that it is only this other process which   10:13:16
2  has access to your address book and not the app. So   10:13:19
3  you don't give rights -- give permission to the app to   10:13:24
4  write the address book. It is done by another app.   10:13:29
5       Q. Do any other significant changes between   10:14:09
6  iOS 5 and iOS 6 come to mind, as regards data   10:14:12
7  detectors?   10:14:17
8       MR. VINCENT: Objection, vague.   10:14:17
9       A. Yes, there must have been a lot of   10:14:19
10  improvements on the core side, maybe new languages and   10:14:20
11  whatnot and other things. I would have to look at the   10:14:29
12  differences. I am sure there are a lot of them.   10:14:33
13  I just cannot give them readily.   10:14:36
14       Q. What would you look at to figure out the   10:14:45
15  differences between data detectors on iOS 5 and iOS 6?   10:14:47
16       A. I would compare the source code.   10:14:51
17       Q. Anything else?   10:14:56
18       A. Maybe look to see what features were   10:15:01
19  added and what bugs were fixed.   10:15:08
20       Q. Anything else?   10:15:34
21       A. Not that I can think of.   10:15:36
22       Q. Same questions for iOS 4 versus iOS 5.   10:16:27
23  Are you aware of any significant differences between   10:16:32
24  the operation of data detectors in iOS 4 and iOS 5?   10:16:35
25       MR. VINCENT: Objection, vague, compound.   10:16:40

Page 24

1       A. Yes, as I said there is at least the   10:16:42
2  Mobile Safari book and there might be lots of other   10:16:45
3  differences that I am not aware of, I mean that   10:16:50
4  I could look up but that I don't have with me right   10:16:54
5  now.   10:16:57
6       Q. How would you go about determining the   10:17:07
7  differences between iOS 4 and iOS 5?   10:17:08
8       A. First thing, I would go and look at the   10:17:12
9  bugs we fixed, what features were added. Those are   10:17:14
10  usually, you know, bucket box and of course the source   10:17:18
11  code.   10:17:24
12       Q. So you wrote the initial version of the   10:17:39
13  change to how Mobile Safari performed data detection.   10:17:41
14  Is that correct?   10:17:45
15       MR. VINCENT: Objection, misstates the   10:17:47
16  testimony. Vague.   10:17:48
17       A. So, I worked most of the code that   10:17:50
18  Safari uses to detect phone numbers in iOS 5, if that   10:17:56
19  is the question.   10:18:00
20       Q. That is probably a better question. So   10:18:03
21  you wrote most of the code that actually performs data   10:18:04
22  detection in Mobile Safari of iOS 5. Is that correct?   10:18:09
23       A. Yes, it is.   10:18:11
24       Q. I think we have covered work on data   10:18:49
25  detection. You mentioned some work on Siri and work   10:18:51

Page 25

1  on Scene Kit. Other than that have there been any   10:18:54
2  projects that you would characterize as significant   10:18:56
3  that you worked on during your time at Apple?   10:18:58
4       A. As I say, I spent most of the time from   10:19:03
5  let's say September 2011 to last month on i-Cloud.   10:19:05
6       Q. Can you describe your work on i-Cloud?   10:19:14
7       A. We were working on the file synching   10:19:18
8  service, the file synching stuff.   10:19:26
9       Q. Can you describe the change or can you   10:20:27
10  describe just at a high level the code that you wrote   10:20:30
11  for Mobile Safari and iOS 5?   10:20:32
12       A. This is a very broad question. What do   10:20:36
13  you want to know?   10:20:39
14       Q. What did it do?   10:20:40
15       A. What does it do? You mean what does it   10:20:42
16  do differently from the main code?   10:20:47
17       Q. Sure.   10:20:50
18       A. So what is different is that in Mobile   10:20:51
19  Safari we detect only phone numbers and not addresses   10:20:55
20  and dates and so on. So what we did is write   10:20:59
21  a different engine that is tuned for phone numbers so   10:21:07
22  that is faster than the usual code path which   10:21:11
23  detects a whole lot of other things.   10:21:17
24       Q. So Mobile Safari for iOS 5 only detected   10:21:40
25  phone numbers?   10:21:44

7 (Pages 22 to 25)

Highly Confidential - Outside Attorneys' Eyes Only

Page 26

```
1        MR. VINCENT:  Objection, misstates        10:21:46
2   testimony.  Vague.                             10:21:47
3        A.  So Mobile Safari -- when Mobile Safari 10:21:48
4   calls into data detectors to perform detection, then 10:21:53
5   data detectors performs detection, but I don't know 10:21:58
6   what other things Safari might do.  It might want to 10:22:03
7   detect other things on its own.              10:22:06
8        Q.  You said you wrote a different engine 10:22:25
9   for Mobile Safari that was tuned to phone numbers. 10:22:27
10  Can you describe the process of tuning?      10:22:30
11       A.  Phone numbers are simpler to detect than 10:22:36
12  addresses or dates, for example.  So instead of using 10:22:40
13  a non-deterministic automaton we used a deterministic 10:22:50
14  one, which is why I called it a deterministic 10:22:54
15  automaton before.  So since we can afford using 10:22:59
16  deterministic automaton, it is faster than the usual 10:23:03
17  code path.                                   10:23:08
18       MR. VINCENT:  I will designate the       10:23:12
19  transcript highly confidential, outside attorneys' 10:23:13
20  eyes only.                                   10:23:15
21       Q.  Why is performing detection in       10:23:44
22  a deterministic fashion faster than non-deterministic 10:23:46
23  fashion?                                     10:23:51
24       A.  I can't teach you the science but    10:23:54
25  basically, with the deterministic automaton, you don't 10:24:03
```

Page 27

```
1   have to track through a lot of states and with 10:24:05
2   deterministic automaton you just have one operation to 10:24:10
3   do for each thing that you create instead of 10:24:14
4   potentially many, many states and so on, but it is 10:24:19
5   a complicated matter.  I can't explain it in two 10:24:27
6   sentences.                                   10:24:32
7        Q.  Do you recall the amount of time you  10:24:34
8   spent on writing the code for Mobile Safari that was 10:24:36
9   incorporated into iOS 5?                     10:24:39
10       A.  I spent most of my internship on this. 10:24:43
11  So that was I would say maybe two man months at 10:24:47
12  a time, but it is vague.  It is not precise.  It is 10:24:54
13  just an estimate.  I worked on roughly three projects 10:24:59
14  when I was an intern and that was one of those.  So 10:25:01
15  I spent six months in the role.  So I say two months. 10:25:04
16  Then there was some work to mesh that code back into 10:25:09
17  iOS 5 when I was full-time and then, I don't know, 10:25:14
18  maybe I spent a month also.  I am not sure.  10:25:17
19       Q.  Did you have to write the new code from 10:25:28
20  scratch?                                     10:25:30
21       A.  Of course we reuse a lot of things that 10:25:32
22  were done in the past, for example, the patterns that 10:25:38
23  we use to save the numbers are mostly the same in new 10:25:42
24  code, but I did write the automaton from scratch. 10:25:49
25  What it is written from was reused.  What it was 10:25:55
```

Page 28

```
1   written from was reused, but the code that runs the 10:26:05
2   search is new.                               10:26:11
3        Q.  Do you know who wrote the patterns that 10:26:36
4   you reused?                                  10:26:39
5        A.  A lot of people on the data detectors 10:26:40
6   team have worked on those.  I could say at least 10:26:43
7   Guillaume Borios and Olivier Bonnet, but in the past 10:26:46
8   there have been other members on the data detectors 10:26:51
9   team whom I don't know.  So I can't give a specific 10:26:54
10  list.  At least when I was on the data detectors team 10:27:09
11  there were also others on the team.          10:27:15
12       Q.  Can you describe the process for writing 10:27:21
13  that code that was eventually integrated into iOS 5? 10:27:24
14       A.  What do you mean, the new automaton?  10:27:29
15       Q.  Um hum.                             10:27:33
16       A.  This kind of process -- can you be more 10:27:33
17  specific?                                    10:27:40
18       Q.  Sure.  Did you reference any particular 10:27:41
19  materials to write the code?                 10:27:44
20       A.  Have I referenced any particular    10:27:47
21  materials?  Obviously, I worked with research papers 10:27:48
22  and I shared ideas with my team mates but I can't be 10:28:01
23  more specific than this.                     10:28:08
24       Q.  Do you remember any of the research  10:28:10
25  papers you looked at?                        10:28:14
```

Page 29

```
1        A.  I don't.                           10:28:16
2        Q.  Did you look at any patents?        10:28:17
3        A.  I didn't, no.                       10:28:19
4        Q.  Do you ever review patents as part of 10:28:29
5   your work?                                   10:28:31
6        A.  No, never.                          10:28:31
7        MR. SUMMERS :  Let's take a quick break.  We 10:28:32
8   have been going about an hour.               10:28:45
9        THE VIDEOGRAPHER:  Going off the record at 10:28:48
10  10:29.                                       10:28:49
11       (A short break)                         10:42:21
12       THE VIDEOGRAPHER:  Back on the record at 10:42:29
13  10:42.                                       10:42:30
14       MR. SUMMERS :  Welcome back.  We have put in 10:42:32
15  front of you what has been marked as Exhibit number 1. 10:42:35
16       (Deniau Exhibit 1 marked for identification.) 10:42:41
17       It is a 17-page document, or should be, with 10:42:41
18  the title: "Apple Inc's second supplemental objections 10:42:45
19  and responses to Samsung's second set of    10:42:52
20  interrogatories."  So if you can go ahead and turn to 10:42:55
21  page 10, I want to ask you some specific questions 10:43:00
22  about page 10.  Specifically, if you can refer to line 10:43:04
23  five.  Actually, start at line two and if you want to 10:43:10
24  read down from line two to line 13 and then I will ask 10:43:15
25  you questions.  Not out loud.                10:43:18
```

8  (Pages 26 to 29)

Highly Confidential - Outside Attorneys' Eyes Only

Page 30

| | | |
|---|---|---|
| 1 | A. Okay. | 10:43:20 |
| 2 | Q. Have you read it? | 10:43:52 |
| 3 | A. Yes. | 10:43:53 |

4   Q. Do you see here, it says: "Apple   10:43:55
5   generally refers to the functionality covered by the   10:43:57
6   asserted claims in the '647 patent as 'data   10:43:59
7   detectors'." I am assuming -- do you have any   10:44:00
8   knowledge of what the '647 patent is?   10:44:04
9   A. No I do not.   10:44:07
10   Q. Have you ever seen it?   10:44:09
11   A. No, I don't believe so.   10:44:09
12   Q. We have been having a discussion about   10:44:18
13   your understanding of the term "data detectors",   10:44:21
14   correct?   10:44:22
15   A. Yes.   10:44:23
16   Q. At least as to that understanding, is it   10:44:23
17   correct that you are the individual with primary   10:44:26
18   responsibility for creating and maintaining the source   10:44:28
19   code implementing data detectors?   10:44:32
20   A. Yes, on iOS.   10:44:34
21   Q. Specifically here you see there is some   10:44:37
22   files at line eight that it lists with respect to iOS   10:44:40
23   version 5. Then there is a number of files down below   10:44:45
24   that. Do you see that?   10:44:48
25   A. Yes, I do.   10:44:50

Page 31

1   Q. Do you recognize all of the files that   10:44:51
2   are listed from lines nine to 13?   10:44:53
3   A. Not all of them, but most, yes.   10:44:57
4   Q. Could you tell me which ones you don't   10:45:00
5   recognize?   10:45:02

Intentionally Omitted From
Exhibit/Record

Page 32

Intentionally Omitted From
Exhibit/Record

TSG Reporting - Worldwide      877-702-9580

Highly Confidential - Outside Attorneys' Eyes Only

Page 110

J U R A T

I,        , do hereby certify under
penalty of perjury that I have read the foregoing
transcript of my deposition taken on        ;
that I have made such corrections as appear noted
herein in ink, initialed by me; that my testimony as
contained herein, as corrected, is true and correct.

DATED this ____ day of _____, 20 ,
at _____,      .

_____
SIGNATURE OF WITNESS

Page 111

CERTIFICATE OF COURT REPORTER

I, AILSA WILLIAMS, an Accredited LiveNote Reporter,
hereby certify that Thomas Deniau was duly sworn, that
I took the Stenograph notes of the foregoing
deposition and that the transcript thereof is a true
and accurate record transcribed to the best of my
skill and ability.  I further certify that I am
neither counsel for, related to, nor employed by any
of the parties to the action in which the deposition
was taken, and that I am not a relative or employee of
any attorney or counsel employed by the parties
hereto, nor financially or otherwise interested in the
outcome of the action.

Signed:  ........................
AILSA WILLIAMS
Dated:   7/13/13

Page 112

NAME OF CASE:
DATE OF DEPOSITION:
NAME OF WITNESS:
Reason Codes:
    1. To clarify the record.
    2. To conform to the facts.
    3. To correct transcription errors.
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

_____

29 (Pages 110 to 112)