# EXHIBIT T

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br>        Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**INITIAL EXPERT REPORT OF DR. TODD C. MOWRY REGARDING INFRINGEMENT OF U.S. PATENT NO. 5,946,647**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE**<br><br>**GOOGLE'S HIGHLY CONFIDENTIAL— OUTSIDE ATTORNEYS' EYES ONLY— SOURCE CODE** |

Case 5:12-cv-00630-LHK   Document 1208-2   Filed 01/29/14   Page 3 of 8

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

18.

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

19.

20.     Finally, I provide below my opinion that Apple practices the '647 Patent. I provided an extensive analysis of Apple's use of the '647 Patent technology in the 710 Investigation. There, I understand that the ITC agreed with my analysis. I also provided my opinions regarding Apple's practice of the '647 Patent during the preliminary injunction phase. I understand that based on my analysis, the Court found that Apple practices the '647 Patent in its Order granting Apple's Motion for Preliminary Injunction. *See* PI Order, at 85, 96. I have updated my analysis based on new versions of iOS, Apple's mobile operating system, and conclude that Apple continues to practice the '647 Patent in the same way.

II.     INTRODUCTION

21.

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

### VI. USE BY APPLE OF THE '647 PATENTED TECHNOLOGY

298.  I am aware that the ITC has already found that Apple practices at least claim 1 of the '647 Patent. Specifically, during the ITC investigation *In the matter of Certain Personal Data and Mobile Communications Devices and Related Software*, Investigation No. 337-TA-710 the ITC found that the Apple iPhone 3GS running iOS version 3.1.3 met the technical prong of the domestic industry requirement (*See* [Initial Determination at 157-164). I understand that this was affirmed by the Commission in the Final Determination (*See* [Commission Opinion at 6).

299.  For the reasons set forth in my expert report submitted in that investigation it is my opinion that the Apple iPhone 3GS running iOS 3.1.3 practices at least claim 1 of '647 Patent. The relevant portions of that report may be found at APLNDC630-0000069204-69324; APLNDC630-0000069325-69460; APLNDC630-0000169870-169907.

300.  Based on my review of certain iOS code and my discussions with Apple engineers, it is my understanding that Apple devices running iOS 3.0 through 6.0 practice the asserted claims of

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

the '647 Patent. These products include the iPhone 3Gs, iPhone 4, iPhone 4S, iPhone 5, iPad, iPad 2, iPad Mini, and iPod Touch. While there has been some refactoring of some of the practicing code, these devices practice the asserted claims in a manner substantially similar to the iPhone 3GS running iOS 3.1.3, which was found to practice the '647 Patent in the above-referenced ITC action against HTC.

301.   For example, the Mail application in all of these Apple products includes the claimed inventions. Such functionality is particularly attractive on generally smaller, mobile devices, such as Apple's or Samsung's smartphones and tablets, because seamless integration of a functionality that provides several benefits in one (e.g., the ability to dial the number or store it in contacts without having to cut and paste or write numbers down) is even more attractive than on desktop or laptop computers. I understand that this was one of the main drivers in Apple's implementation of the full features of claims 1 and 8 of the '647 Patent in Apple's iOS mobile devices. Apple generally refers to the functionality covered by the asserted claims as "data detectors," and that term has also been used in numerous reviews and discussions of Apple products to describe this functionality.

302.   My opinion that the claimed inventions are implemented in the abovementioned Apple products is based upon the following. As part of my work in the ITC Investigation No. 337-TA-710, I personally reviewed the Apple source code for the "data detectors" functionality (i.e., the claimed inventions) that runs in the Mail and Mobile Safari applications on the iPhone 3GS and the iPhone 4. I personally own an iPhone 4, an iPad, an iPad2 (as well as a MacBook Air, a MacBook Pro, and a Mac Pro). Not only have I extensively used and examined the Apple products that I own, but I have also personally used and examined all of the above-mentioned Apple products and have confirmed that all of them provide the functionality of the claimed inventions.

303.   In addition, Apple's user manuals that describe the claimed functionality. *See, e.g.*,

INITIAL EXPERT REPORT OF DR .TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-00630-LHK (PSG)          116

Gibson, Dunn &
Crutcher LLP

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

iPad User Guide iOS 5.0, p. 43 ("iPad detects web links, phone numbers, email addresses, dates, and other types of information that you can use to open a webpage, create a preaddressed email message, create or add information to a contact, or perform some other useful action. Detected data appears as blue underlined text. Tap the data to use its default action or touch and hold to see other actions. For example, for an address, you can display the location in Maps, or add it to Contacts."); iPhone User Guide iOS 4.2 and 4.3, p. 78 ("iPhone detects web links, phone numbers, email addresses, and other types of information that you can use to open a webpage, make a phone call, create a preaddressed email message, create or add information to a contact, or perform some other useful action. Detected data appears as blue underlined text. Tap the data to use its default action, or touch and hold it to see other actions."); iPod touch User Guide, p. 97 ("iPod touch detects web links, phone numbers, email addresses, and other types of information that you can use to open a webpage, create a preaddressed email message, create or add information to a contact, or perform some other useful action. Detected data appears as blue underlined text. Tap the data to use its default action, or touch and hold it to see other actions.").

304. From my discussions with Apple engineers, I also understand that the data detector functionality in iOS 3.0 originated from an existing functionality in Mac OS X, but that much of the functionality had to be redeveloped for iOS because of the processor and memory constraints of mobile devices that are not such a great concern in desktop computer systems.

305. It is thus my opinion that Apple iOS devices incorporate features claimed in the '647 Patent. For example, Apple iOS devices have an analyzer server for detecting structures in the data and for linking actions to the detected structures and a user interface enabling the selection of a detected structure and a linked action. Specifically, the those devices detect phone numbers and email addresses in web pages and provides actions linked to detected phone numbers or email

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

addresses.

## VI.   CONCLUSION

306.

307.   **Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

308.

309.

INITIAL EXPERT REPORT OF DR .TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-00630-LHK (PSG)       118

Gibson, Dunn &
Crutcher LLP

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2013

_____
Todd C. Mowry

INITIAL EXPERT REPORT OF DR. TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-00630-LHK (PSG)