# EXHIBIT W

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-cv-00630-LHK |

**EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

814.    I understand that Apple contends that the first product it released that incorporated this technology was iOS 3 (a/k/a "iPhone OS 3").  Apple's Supplemental Responses to Samsung's Interrogatories (Nos. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, and 41) at 44-49.  Further, I understand that the Android operating system has been available since 2008, before the date that Apple claims to have begun practicing the patent.  To the extent that the Android features accused by Apple have been present since the inception of Android, they predate Apple's purported practicing of the asserted claims of the '647 patent.  Accordingly, in my opinion, the evidence does not support a conclusion that the features accused by Apple were copied from Apple's technology.

815.

**Portion is withdrawn with prejudice by agreement of the parties, as indicated in the Joint Chart Identifying Remaining issues in Motion to Strike, Docket 1056.**

816.

_____  _____August 12, 2013_____
                Kevin Jeffay                                                          Date

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647