1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11 | APPLE INC., a California Corporation,

12 |             Plaintiff,

13 |     v.

14 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

                                                    CASE NO. 12-cv-00630-LHK (PSG)

17 |             Defendants.                        **REVISED JOINT NOTICE REGARDING THE PARTIES' MOTIONS TO SEAL THEIR DAUBERT BRIEFING [SUPERSEDES DKT. NO. 1155]**

18 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

22 |             Counterclaim-Plaintiffs,

23 |     v.

24 | APPLE INC., a California corporation,

25 |             Counterclaim-Defendant.

26

27

28

In an effort to facilitate the Court's analysis of the parties' motions to seal their *Daubert* briefing, *see* D.I. 802 (Samsung's Notice of Motion and Motion to Exclude Opinions of Certain of Apple's Experts), 806 (Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony), 856, 857, 945, 948, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby inform the Court that by the parties will file conformed consolidated versions of the papers subject to their motions to seal their *Daubert* motions, *see* D.I. 802, 806, 856, 857, 945, 948, which shall conform such papers to the supporting sealing declarations filed by the parties pursuant to Local Rule 79-5(e), as well as the events of the hearing that took place on January 23, 2014.  The parties shall file the highlighted, under seal versions of such papers by 9 p.m. on February 5, 2014, and public redacted versions of such papers by 6 p.m. on February 7, 2014.

Such papers shall further reflect the withdrawal of all pending *Daubert* issues related to patents asserted by Samsung.

This Notice supersedes the prior Notice filed by the parties (Dkt. No. 1155 ), which originally set the foregoing deadline as January 31, 2014.  The revised deadlines are necessitated by the extensive amount of third parties' confidential information contained in the documents at issue, as well as the sensitive nature of the task at hand.  The parties thus agree that extra time is helpful to ensure that the proper scope of requested sealing is accorded to the parties' and third parties' confidential information in the forthcoming conformed consolidated briefs and underlying exhibits.

DATED: January 29, 2014

| | |
|---|---|
| By /s/ H. Mark Lyon | By /s/ Michael L. Fazio |
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC |
| Josh A. Krevitt (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>Harold J. McElhinny (CA SBN 66781)<br>hmcelhinny@mofo.com<br>Jack W. Londen (CA SBN 85776)<br>jlonden@mofo.com<br>Rachel Krevans (CA SBN 116421)<br>rkrevans@mofo.com<br>Ruth N. Borenstein (CA SBN 133797)<br>rborenstein@mofo.com<br>Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>William F. Lee (pro hac vice)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

## ATTESTATION OF E-FILED SIGNATURES

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file this Notice. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that H. Mark Lyon has concurred in this filing.

Dated: January 29, 2014            */s/ Michael L. Fazio*
                                   Michael L. Fazio

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: January 29, 2014            */s/ Michael L. Fazio*
                                   Michael L. Fazio