# EXHIBIT 8

# Redacted Version of
# Document Sought to Be Sealed

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Civil Action No. 12-CV-00630-LHK (PSG)<br><br>**APPLE INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S INTERROGATORIES (NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>            Counterclaim-Plaintiffs,<br>        v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | |

U.S. Patent No. 8,014,760:  A person with at least a bachelor's degree in computer science, computer engineering or electrical engineering, or the equivalent, or at least four years of experience in designing and/or implementing systems that enable user interaction and input.  That person might have either more formal education with less practical experience or more practical experience with less formal education.

U.S. Patent No. 7,761,414:  A person with at least a bachelor's degree in computer science, computer engineering or electrical engineering, or the equivalent, or at least four years of experience in designing and/or implementing systems that enable user interaction and data management.  That person might have either more formal education with less practical experience or more practical experience with less formal education.

**INTERROGATORY NO. 25:**

If YOU contend that any APPLE COVERED PRODUCT practices any asserted claim of the APPLE PATENTS, IDENTIFY: (i) the APPLE COVERED PRODUCT; (ii) the asserted claim of the APPLE PATENT; (iii) the features or functionality of the APPLE COVERED PRODUCT that practice the asserted claim; (iv) the software, by name and version, responsible for those features or functionality; (v) the source code (identified by file name and line number) that implements any software features or functionality that YOU contend practices any asserted claim of the APPLE PATENTS, including an identification (by file name and line number) of source code YOU contend was properly produced under Patent Local Rule 3-2(e); (vi) the names of any engineers, designers, and authors responsible for creating or maintaining the features or functionality and/or the source code implementing them; and (vii) the person(s) most knowledgeable regarding the response to this interrogatory.

**RESPONSE TO INTERROGATORY NO. 25:**

-42-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

In addition to its General Objections above, which it hereby incorporates by reference, Apple objects to this Interrogatory on the grounds and to the extent that it is overly broad and unduly burdensome, seeking information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, to the extent that it (i) seeks an identification of "any APPLE COVERED PRODUCT," defined overly broadly as "any PRODUCT sold or offered for sale at any time by APPLE that APPLE contends practices any of the APPLE PATENTS-IN-SUIT," regardless of whether all such products are relevant to this litigation; and (ii) seeks an identification of "the source code (identified by file name and line number) that implements any software features or functionality that YOU contend practices any asserted claim of the APPLE PATENTS, including an identification (by file name and line number) of source code YOU contend was properly produced under Patent Local Rule 3-2(e)."  Apple further objects to this Interrogatory to the extent that it calls for legal conclusions and prematurely calls for expert testimony or opinions at this stage of litigation to the extent that it (i) seeks an identification of "the features or functionality of the APPLE COVERED PRODUCT that practice the asserted claim;" (ii) seeks an identification of "the software, by name and version, responsible for those features or functionality;" (iii) seeks an identification of "the source code (identified by file name and line number) that implements any software features or functionality that YOU contend practices any asserted claim of the APPLE PATENTS, including an identification (by file name and line number) of source code YOU contend was properly produced under Patent Local Rule 3-2(e);" and (iv) seeks an identification of "the names of any engineers, designers, and authors responsible for creating or maintaining the features or functionality and/or the source code implementing them."  Apple additionally objects to this Interrogatory to the extent that it seeks information protected from disclosure by the attorney-client privilege, work product doctrine, or other applicable privilege or immunity against disclosure.  Apple also objects to

-43-

this Interrogatory because it is compound and comprises discrete subparts resulting in separate interrogatories.

Subject to and without waiving the foregoing General and Specific Objections, Apple responds as follows:

The Apple devices, identified with iOS version where appropriate, that practice any of the asserted Apple Patents are indicated below, along with the claims practiced of such Apple Patent:

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| **iPad** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad 2** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE                Case No. 12-CV-00630-LHK (PSG)

APPLE'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S INTERROGATORIES
(NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| **iPad 2** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad 2** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **New iPad** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **New iPad** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| **iPad Mini** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| **iPhone** | **iOS 1** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |

-45-

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| **iPhone** | **iOS 2** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3G** | **iOS 2** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3G** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3G** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22- | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31- | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |

-46-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

Case No. 12-CV-00630-LHK (PSG)

APPLE'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S INTERROGATORIES
(NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| | | 24, 26 | | | 32 | | | | |
| **iPhone 3GS** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 4** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 4** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 4** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 4S** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27- | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

-47-

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 30, 32-33 | | | | | |
| **iPhone 4S** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| **iPhone 5** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| **iPod touch** | **iOS 1** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPod touch** | **iOS 2** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPod touch** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |

-48-

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| **iPod touch** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPod touch** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPod touch** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

Discovery is still in its early stages and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

Subject to and incorporating its General Objections and its Specific Objections and Responses from Apple Inc.'s Objections and Responses to Samsung's Second Set of Interrogatories with regard to Samsung's Interrogatory No. 25, Apple provides the following supplemental response:

Pursuant to the parties' meet-and-confer discussions, Apple supplements its response to this interrogatory with respect to the Apple devices that Apple contends practice U.S. Patent Nos. 5,946,647; 8,014,760; 8,046,721; and 8,074,172.  Pursuant to the parties' meet-

-49-

1    and-confer discussions, Apple will further supplement its response with respect to the Apple

2    devices that Apple contends practice U.S. Patent Nos. 5,666,502; 6,847,959; 7,761,414; and

3    8,086,604 at a later date.  With respect to an identification of the Apple products that practice

4    the Apple Patents, the asserted claims that are practiced by each such product, and the

5    software by version for each such product, Apple identified this information in its original

6    response, which is incorporated herein by reference.  With respect to the identification below

7    of file directories where source code implementing the patented features or functionalities

8    may be found, Apple's identification is not intended to be an exhaustive listing of every file

9    in which practicing source code may be found.  To the extent the source code in the

10   identified file may reference other source code files, those files are incorporated herein by

11   reference.  Apple reserves the right to further supplement its response to the extent

12   information becomes available during discovery.

13   U.S. Patent No. 5,946,647

14        Apple generally refers to the functionality covered by the asserted claims of the '647

15   patent as "data detectors," and that term has also been used in numerous reviews and

16   discussions of Apple products to describe this functionality (although this "data detectors"

17   functionality is not necessarily coterminous with the asserted claims).  Thomas Deniau is an

18   individual with primary responsibility for creating and/or maintaining source code

19   implementing this functionality.  File names where code implementing the feature or

20   functionality may be found with respect to iOS version 5 include at least the following:

21

22

23

24

25

26

27                                             -50-

28   HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –          Case No. 12-CV-00630-LHK (PSG)
     SOURCE CODE
     ─────────────────────────────────────────────────────────────────────────
     APPLE'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S INTERROGATORIES
     (NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)

1      Pursuant to Fed. R. Civ. P. 33(d), information responsive to this interrogatory may be

2   found at APLNDC630-0000069204-69324; APLNDC630-0000069325-69460;

3   APLNDC630-0000169870-169907.

4   <u>U.S. Patent No. 8,014,760</u>

5      Apple generally refers to the functionality covered by the asserted claims of the '760

6   patent as the "missed calls list," and that term has also been used in numerous reviews and

7   discussions of Apple products to describe this functionality (although this "missed call lists"

8   functionality is not necessarily coterminous with the asserted claims).  Ed Voas is an

9   individual with primary responsibility for creating and/or maintaining at least some of the

10  source code implementing this functionality.  File names where code implementing the

11  feature or functionality may be found with respect to iOS version 5 include at least the

12  following:

13

14

15

16

17  <u>U.S. Patent No. 8,046,721</u>

18     Apple generally refers to the functionality covered by the asserted claim of the '721

19  patent as "slide to unlock," and that term has also been used in numerous reviews and

20  discussions of Apple products to describe this functionality (although this "slide to unlock"

21  functionality is not necessarily coterminous with the asserted claims).  Balaji Sarpeshkar is

22  an individual with primary responsibility for creating and/or maintaining at least some of the

23  source code implementing this functionality.

24     The '721 patent is a user interface patent, and therefore any infringement or

25  practicing of the patent occurs at the user interface level, regardless of the manner in which

26  the source code implements the patented features.  Accordingly, Apple is not relying on any

27                                              -51-

28  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –                Case No. 12-CV-00630-LHK (PSG)
    SOURCE CODE

1   source code either to prove infringement of the '721 patent, or to demonstrate its practice of

2   the patent, and therefore objects to identifying source code files in connection with Apple's

3   implementation of its slide to unlock functionality.  Subject to these objections, Apple is

4   informed and believes that file names where code implementing the feature or functionality

5   may be found with respect to iOS version 5 include at least the following

6

7

8

9

10

11

12

13   U.S. Patent No. 8,074,172

14        Apple generally refers to the functionality covered by the asserted claim of the '172

15   patent as "auto-correction," "word-correction," or "word suggestion," and these terms have

16   also been used in numerous reviews and discussions of Apple products to describe this

17   functionality (although the discussed functionality is not necessarily coterminous with the

18   asserted claims).  Kenneth Kocienda is an individual who had primary responsibility for

19   creating and/or maintaining this functionality.

20        The '172 patent is a user interface patent, and therefore any infringement or

21   practicing of the patent occurs at the user interface level, regardless of the manner in which

22   the source code implements the patented features.  Accordingly, Apple is not relying on any

23   source code either to prove infringement of the '172 patent, or to demonstrate its practice of

24   the patent, and therefore objects to identifying source code files in connection with Apple's

25   implementation of its auto-correction, word correction, or word suggestion functionality.

26   Subject to these objections, Apple is informed and believes that file and project names where

27                                    -52-

28   HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –        Case No. 12-CV-00630-LHK (PSG)
     SOURCE CODE

1   code implementing the feature or functionality may be found with respect to iOS version 5

2   include at least the following █████████████████████████████████████

3   ████████████████████████████████████████████████████████████████████

4   ████████████████████████████████████████████████████████████████████

5   ████████████████████████████████████████████████████████████████████

6          Apple reserves the right to supplement and/or amend its response as appropriate.

7   **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

8          Subject to and incorporating its General Objections and its Specific Objections and

9   Responses from Apple Inc.'s Objections and Responses to Samsung's Second Set of

10  Interrogatories with regard to Samsung's Interrogatory No. 25, Apple provides the following

11  supplemental response:

12          U.S. Patent No. 5,666,502

13          Apple practices the asserted claims of the '502 patent through the use of history list or

14  search histories in certain applications available on its devices (although references to history

15  list or search history functionality are not necessarily coterminous with the asserted claims).

16  Brad Moore and Adele Peterson are individuals responsible for creating and/or maintaining

17  source code implementing this functionality.  File names where code implementing the

18  feature or functionality may be found with respect to iOS version 6 include at least the

19  following ███████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████████████████

26  ████████████████████████████████████████████████████████████████████

27                                        -53-

28  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –              Case No. 12-CV-00630-LHK (PSG)
    SOURCE CODE

1

2

3

4

5

6

7      <u>U.S. Patent Nos. 6,847,959 and 8,066,604:</u>

8            Apple practices the asserted claims of the '959 and '604 patents through the use of

9      the Siri Personal Assistant.  Benjamin Phipps is one individual responsible for creating

10     and/or maintaining source code implementing this functionality.  File names where code

11     implementing the feature or functionality may be found with respect to iOS version 6 include

12     at least the following

13

14

15

16     <u>U.S. Patent No. 7,761,414</u>

17            The following Apple devices running the listed versions of iOS practice at least claim

18     11 of the '414 patent:

19                  •   iPad (iOS 3, 4, 5)

20                  •   iPad 2 (iOS 4, 5, 6)

21                  •   New iPad (iOS 5, 6)

22                  •   iPad Mini (iOS 6)

                     •   iPhone (iOS 3)

23                  •   iPhone 3G (iOS 3, 4)

24                  •   iPhone 3GS (iOS 3, 4, 5, 6)

25                  •   iPhone 4 (iOS 4, 5, 6)

                     •   iPhone 4S (iOS 5, 6)

26                  •   iPhone 5 (iOS 6)

27                  •   iPod touch (iOS 3, 4, 5, 6)

                                    -54-

28     HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –        Case No. 12-CV-00630-LHK (PSG)
       SOURCE CODE

       (NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)

Apple practices one or more of the asserted claims of the '414 patent through the use of the syncing functionality available on iOS 3 and later for certain applications including Calendar and Contacts that allow data for those applications to synchronize with a remote server. Olivier Bonnet is one individual responsible for creating and/or maintaining source code implementing this functionality. File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

U.S. Patent No. 8,046,721

Apple generally refers to the functionality covered by the asserted claim of the '721 patent as "slide to unlock," and that term has also been used in numerous reviews and discussions of Apple products to describe this functionality (although this "slide to unlock" functionality is not necessarily coterminous with the asserted claims). Balaji Sarpeshkar is an individual with primary responsibility for creating and/or maintaining at least some of the source code implementing this functionality.

The '721 patent is a user interface patent, and therefore any infringement or practicing of the patent occurs at the user interface level, regardless of the manner in which the source code implements the patented features. Accordingly, Apple is not relying on any source code either to prove infringement of the '721 patent, or to demonstrate its practice of

-55-

the patent, and therefore objects to identifying source code files in connection with Apple's implementation of its slide to unlock functionality.  Subject to these objections, Apple is informed and believes that file names where code implementing the feature or functionality may be found with respect to iOS version 5 include at least the following:

Apple reserves the right to supplement and/or amend its response as appropriate.

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

Subject to and incorporating its General Objections and its Specific Objections and Responses from Apple Inc.'s previous Objections and Responses to Samsung's Second Set of Interrogatories with regard to Samsung's Interrogatory No. 25, Apple provides the following supplemental response:

U.S. Patent Nos. 6,847,959 and 8,066,604:

Apple practices the asserted claims of the '959 and '604 patents through the use of the Siri Personal Assistant. Benjamin Phipps is one individual responsible for creating and/or maintaining source code implementing this functionality. File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

-56-

█████████████████████████████████████████

U.S. Patent No. 7,761,414

The following Apple devices running the listed versions of iOS practice at least claim 11 of the '414 patent:

- iPad (iOS 3, 4, 5)
- iPad 2 (iOS 4, 5, 6)
- New iPad (iOS 5, 6)
- iPad Mini (iOS 6)
- iPhone (iOS 3)
- iPhone 3G (iOS 3, 4)
- iPhone 3GS (iOS 3, 4, 5, 6)
- iPhone 4 (iOS 4, 5, 6)
- iPhone 4S (iOS 5, 6)
- iPhone 5 (iOS 6)
- iPod touch (iOS 3, 4, 5, 6)

Apple practices one or more of the asserted claims of the '414 patent through the use of the syncing functionality available on iOS 3 and later for certain applications including Calendar and Contacts that allow data for those applications to synchronize with a remote server.  Olivier Bonnet is one individual responsible for creating and/or maintaining source code implementing this functionality.  File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

████████████████████████████████████████████

-57-

1

2

3

Additional file names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

4

5

6

7

8

9

10

11

12

13

14

15

16   Apple reserves the right to supplement and/or amend its response as appropriate.

17   **FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

18   Subject to and incorporating its General Objections and its Specific Objections and

19   Responses from Apple Inc.'s Objections and Responses to Samsung's Second Set of

20   Interrogatories with regard to Samsung's Interrogatory No. 25, and all supplements thereto,

21   Apple provides the following supplemental response:

22   For the files identified in Apple's Response to Samsung's Interrogatory No. 25,

23   including all supplements thereto, the same functionalities are present in iOS version 6.

24   U.S. Patent No. 5,946,647

25   File names where code implementing the feature or functionality may be found with

26   respect to iOS version 5 include at least the following:

27   -58-

28   HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –         Case No. 12-CV-00630-LHK (PSG)
SOURCE CODE

Information responsive to this interrogatory may also be found in the transcript of the July 12, 2013 deposition of Thomas Deniau.

Apple reserves the right to supplement and/or amend its response as appropriate.

**INTERROGATORY NO. 26:**

For each of the APPLE PATENTS-IN-SUIT, explain in detail all legal and factual bases for APPLE'S contentions as to why each asserted claim of the PATENTS-IN-SUIT is not invalid under 35 U.S.C. §§ 102, 103 and/or 112. To the extent that YOU disagree with SAMSUNG'S invalidity contentions in whole or part, please include in YOUR answer a point-by-point rebuttal of SAMSUNG'S invalidity contentions, including an IDENTIFICATION of each element that is not allegedly present in the prior art cited in SAMSUNG'S invalidity contentions, and why each claim is not allegedly obvious over the prior art cited in SAMSUNG'S invalidity contentions (including any contentions based on secondary considerations of nonobviousness).

**RESPONSE TO INTERROGATORY NO. 26:**

-59-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE          Case No. 12-CV-00630-LHK (PSG)

Dated:  July 15, 2013

By:  */s/ H. Mark Lyon*

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

-322-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

Case No. 12-CV-00630-LHK (PSG)

APPLE'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S INTERROGATORIES
(NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)

I, Robert A. Vincent, hereby certify that on this 15th day of July, 2013, I did cause the following documents to be served in the following manner:

**APPLE INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S INTERROGATORIES (NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)**

On the interested parties in this action addressed as follows:

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

William Price
Victoria F. Maroulis
Charles K. Verhoeven
Michael Fazio
Kevin A. Smith
Kevin P.B. Johnson
Amar Thakur
**Quinn Emanuel Urquart & Sullivan, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
williamprice@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
kevinjohnson@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com
michaelfazio@quinnemanuel.com
amarthakur@quinnemanuel.com

Aaron P Maurer
David Michael Horniak
David M. Krinsky
Williams & Connolly , LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5282
Fax: 202 434 5029
amaurer@wc.com
dhorniak@wc.com
dkrinsky@wc.com

**X**   **BY ELECTRONIC MAIL TRANSMISSION** from rvincent@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses.  The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 15, 2013 in Palo Alto, CA.

Dated:   July 15, 2013                          *Robert A. Vincent*
                                                Robert A. Vincent
                                                Gibson, Dunn & Crutcher
                                                1881 Page Mill Road
                                                Palo Alto, CA 94304
                                                (650) 849-5300

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –            Case No. 12-CV-00630-LHK (PSG)
SOURCE CODE