# EXHIBIT 28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**REBUTTAL EXPERT REPORT OF DR. TODD C. MOWRY REGARDING VALIDITY OF U.S. PATENT NO. 5,946,647**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | |

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

391.  Dr. Jeffay misstates the record when he says that he "understands that Apple contends that the first product it released that incorporated this technology was iOS 3 (a/k/a "iPhone OS 3")." Jeffay Validity Report, ¶ 814.  Dr. Jeffay's understanding is incorrect.  Apple's Interrogatory Responses never state that products using iOS 3 were the "first" Apple products to incorporate the '647 patent technology.  In fact, based on my discussions with Apple engineers, as well as my own experience with several Mac computers I have owned, I understand that Mac computers (including MacBook Air, MacBook Pro, Mac mini, iMac, and Mac Pro) running either the OS X 10.5 Leopard operating system or a later version of OS practice the '647 patent, and that a form of the "data detector" functionality was first implemented in Mac OS 8 in 1997, and that it was also used in Mac OS 9.  From my discussions with Apple engineers, I also understand that the data detector functionality in iOS 3.0 originated from an existing functionality in Mac OS X.  Mac OS X 10.5 was released in 2007, well before any implementation of the accused technology by Samsung, Google, or others.  *See* https://www.apple.com/pr/library/2007/10/16Apple-to-Ship-Mac-OS-X-Leopard-on-October-26.html (Apple press release noting release of Mac OS X 10.5 in October 2007); April 23, 2012 Declaration of Cary Clark, ¶ 26 (noting that certain of the accused functionality was introduced to Android version 1.5 in April 2009); April 23, 2012 Declaration of Dianne Hackborn, ¶ 14 (noting that certain of the accused functionality was introduced to Android version 1.0 in 2008).

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

REBUTTAL EXPERT REPORT OF TODD C.
MOWRY REGARDING VALIDITY OF U.S.
PATENT NO. 5,946,647                                139

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Gibson, Dunn & Crutcher LLP

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/13/13

_____
Todd C. Mowry

REBUTTAL EXPERT REPORT OF TODD C.
MOWRY REGARDING VALIDITY OF U.S.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Gibson, Dunn &