# EXHIBIT 29

Highly Confidential - Outside Attorneys' Eyes Only

```
                                                              Page 1
 1        IN THE UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
              Plaintiff,
 7
     vs.                           NO. 12-CV-00630-LHK
 8
     SAMSUNG ELECTRONICS CO., LTD.,
 9   a Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC., a
10   New York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
11   a Delaware limited liability
     company,
12
              Defendants.
13   _____/
14
15    **  HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY  **
16
17        GIBSON DUNN & CRUTCHER, LLP
18            2-4 Temple Avenue
19     Videotaped Deposition of THOMAS DENIAU
20              London, UK
21             July 12, 2013
22              9:00 A.M.
23
24   Reported by: Ailsa Williams
25   Job No: 63261
```

Highly Confidential - Outside Attorneys' Eyes Only

Page 2

1    A P P E A R A N C E S:
2  ON BEHALF OF PLAINTIFF AND
3  COUNTERCLAIM-DEFENDANT APPLE INC:
4         ROBERT VINCENT
5         GIBSON DUNN & CRUTCHER
6         2100 McKinney Avenue
7         Dallas, TX 75201
8
9
10
11 ON BEHALF OF DEFENDANT SAMSUNG ELECTRONICS CO., LTD.,
12 SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG
13 TELECOMMUNICATIONS AMERICA, LLC:
14        ZACHARIAH SUMMERS
15        QUINN EMANUEL URQUHART & SULLIVAN
16        51 Madison Avenue
17        New York, NY 10010
18
19
20
21 ALSO PRESENT:
22        TESSA MARKOVITCH (Interpreter)
23        FLORENCE MITCHELL (Check Interpreter)
24        VIDEOGRAPHER: SIMON ADDINSELL
25

Highly Confidential - Outside Attorneys' Eyes Only

Page 20

| | | |
|---|---|---|
| 1 | OS10, and I must know what was there before I started | 10:04:42 |
| 2 | modifying it, but I am not really familiar with -- | 10:04:49 |
| 3 | I don't remember how it was exactly at the time.  It | 10:04:52 |
| 4 | is a long time ago.  If you have a specific question | 10:04:55 |
| 5 | maybe I can answer.  I am not sure. | 10:05:00 |
| 6 | Q.  I want to jump back.  I apologize, I am | 10:05:18 |
| 7 | just trying to understand the scope of your work.  So | 10:05:22 |
| 8 | you started on the data detectors team in late 2010, | 10:05:24 |
| 9 | correct? | 10:05:29 |
| 10 | A.  It is, yes. | 10:05:30 |
| 11 | Q.  Then you worked on the data detectors | 10:05:31 |
| 12 | team until now, until the present day? | 10:05:32 |
| 13 | A.  I was working full-time on data | 10:05:39 |
| 14 | detectors for most of -- well for first, I guess six | 10:05:41 |
| 15 | or eight months of 2011.  Then I started spending most | 10:05:47 |
| 16 | of my time on the i-Cloud team, but I was still taking | 10:05:54 |
| 17 | care of data detectors on the side.  It just was not | 10:06:04 |
| 18 | my main task.  Let's say that starting in 2012 | 10:06:10 |
| 19 | I became the main engineer on the iOS side, whereas | 10:06:23 |
| 20 | before, in 2011, I was working on both the MAC and the | 10:06:28 |
| 21 | iOS.  So I reduced the scope of my work and made it | 10:06:35 |
| 22 | iOS specific. | 10:06:42 |
| 23 | Q.  Starting in 2012, when you became the | 10:06:46 |
| 24 | main engineer on the iOS side, how many other people | 10:06:51 |
| 25 | were working on the iOS side? | 10:06:54 |

Highly Confidential - Outside Attorneys' Eyes Only

Page 21

| | | |
|---|---|---|
| 1 | A. Mostly just me. People help and the | 10:06:57 |
| 2 | main engineer on the OS10 side sometimes, you know, we | 10:07:06 |
| 3 | worked together, but it was mostly me. | 10:07:10 |
| 4 | Q. Are you saying "west end side"? | 10:07:17 |
| 5 | A. Am I saying what? | 10:07:23 |
| 6 | Q. I am having a little trouble | 10:07:24 |
| 7 | understanding you. There is the iOS side and -- | 10:07:25 |
| 8 | A. And the OS10 side, the MAC side. OS10 | 10:07:30 |
| 9 | is -- OS10 and MAC. So those are synonyms. | 10:07:37 |
| 10 | Q. From 2012 until today, have you mostly | 10:08:08 |
| 11 | been the person who is responsible for the iOS data | 10:08:14 |
| 12 | detection functionality? | 10:08:19 |
| 13 | A. That is correct. On iOS, right? | 10:08:21 |
| 14 | Q. Right. Would that time period encompass | 10:08:24 |
| 15 | iOS 5? | 10:08:30 |
| 16 | A. IOS 5 shipped, if I remember correctly, | 10:08:32 |
| 17 | in July -- sorry, iOS 5 shipped in July 2011, if | 10:08:35 |
| 18 | I recall correctly, maybe a few months before or after | 10:08:46 |
| 19 | that, but 2011, and iOS 6 in 2012. So for iOS 5, as | 10:08:50 |
| 20 | I say, I worked on the Safari improvements. I also | 10:08:56 |
| 21 | worked on Siri, the voice recognition technology we | 10:09:09 |
| 22 | have. So iOS 5, 2011, so the work I did while I was | 10:09:21 |
| 23 | on the data detectors team was for iOS 5 but when | 10:09:30 |
| 24 | I became (inaudible) it was not until iOS 6. | 10:09:36 |
| 25 | Q. Do you have a sense of whether there | 10:10:33 |

Highly Confidential - Outside Attorneys' Eyes Only

Page 22

| | | |
|---|---|---|
| 1 | were significant differences between data detection | 10:10:36 |
| 2 | functionality in iOS 5 and data detection | 10:10:42 |
| 3 | functionality in iOS 6? | 10:10:46 |
| 4 |        MR. VINCENT:  Objection, vague. | 10:10:49 |
| 5 |        A.  So, there are a lot of differences | 10:10:51 |
| 6 | between iOS 5 and iOS 6.  I would say that on the iOS | 10:10:55 |
| 7 | specific side, most of the work has been to move some | 10:11:02 |
| 8 | parts of the detectors out of process, because in iOS | 10:11:10 |
| 9 | 6 we started asking the user to give permission to | 10:11:17 |
| 10 | access their contacts and their calendar in apps, so | 10:11:22 |
| 11 | that apps can't, you know, like get your work and send | 10:11:26 |
| 12 | it to some server.  So we don't want the app to ask | 10:11:33 |
| 13 | every time you use data detectors.  So we changed the | 10:11:38 |
| 14 | architecture to make that happen transparently.  There | 10:11:42 |
| 15 | have been lots of software improvements.  That is just | 10:11:52 |
| 16 | one of them. | 10:11:55 |
| 17 |        Q.  I want to understand a little more what | 10:12:36 |
| 18 | you mean when you say you were moving parts of data | 10:12:39 |
| 19 | detectors out of process from iOS 5 and iOS 6.  Can | 10:12:44 |
| 20 | you explain that a little further? | 10:12:50 |
| 21 |        A.  So.  So when you tap on the phone number | 10:12:53 |
| 22 | and want to add that to an address book in iOS 5 we | 10:12:56 |
| 23 | just present UI to add number to your address book | 10:13:01 |
| 24 | inside the app, whereas in iOS 6 we are going to | 10:13:07 |
| 25 | launch a new process and as the new process displays | 10:13:12 |

Highly Confidential - Outside Attorneys' Eyes Only

Page 23

| | | |
|---|---|---|
| 1 | this UI, so that it is only this other process which | 10:13:16 |
| 2 | has access to your address book and not the app.  So | 10:13:19 |
| 3 | you don't give rights -- give permission to the app to | 10:13:24 |
| 4 | write the address book.  It is done by another app. | 10:13:29 |
| 5 | Q.  Do any other significant changes between | 10:14:09 |
| 6 | iOS 5 and iOS 6 come to mind, as regards data | 10:14:12 |
| 7 | detectors? | 10:14:17 |
| 8 | MR. VINCENT:  Objection, vague. | 10:14:17 |
| 9 | A.  Yes, there must have been a lot of | 10:14:19 |
| 10 | improvements on the core side, maybe new languages and | 10:14:20 |
| 11 | whatnot and other things.  I would have to look at the | 10:14:29 |
| 12 | differences.  I am sure there are a lot of them. | 10:14:33 |
| 13 | I just cannot give them readily. | 10:14:36 |
| 14 | Q.  What would you look at to figure out the | 10:14:45 |
| 15 | differences between data detectors on iOS 5 and iOS 6? | 10:14:47 |
| 16 | A.  I would compare the source code. | 10:14:51 |
| 17 | Q.  Anything else? | 10:14:56 |
| 18 | A.  Maybe look to see what features were | 10:15:01 |
| 19 | added and what bugs were fixed. | 10:15:08 |
| 20 | Q.  Anything else? | 10:15:34 |
| 21 | A.  Not that I can think of. | 10:15:36 |
| 22 | Q.  Same questions for iOS 4 versus iOS 5. | 10:16:27 |
| 23 | Are you aware of any significant differences between | 10:16:32 |
| 24 | the operation of data detectors in iOS 4 and iOS 5? | 10:16:35 |
| 25 | MR. VINCENT:  Objection, vague, compound. | 10:16:40 |

```
                                                              Page 24
1         A.  Yes, as I said there is at least the            10:16:42
2   Mobile Safari book and there might be lots of other       10:16:45
3   differences that I am not aware of, I mean that           10:16:50
4   I could look up but that I don't have with me right       10:16:54
5   now.                                                      10:16:57
6         Q.  How would you go about determining the          10:17:07
7   differences between iOS 4 and iOS 5?                      10:17:08
8         A.  First thing, I would go and look at the         10:17:12
9   bugs we fixed, what features were added.  Those are      10:17:14
10  usually, you know, bucket box and of course the source   10:17:18
11  code.                                                     10:17:24
12        Q.  So you wrote the initial version of the        10:17:39
13  change to how Mobile Safari performed data detection.    10:17:41
14  Is that correct?                                          10:17:45
15        MR. VINCENT:  Objection, misstates the             10:17:47
16  testimony.  Vague.                                        10:17:48
17        A.  So, I worked most of the code that             10:17:50
18  Safari uses to detect phone numbers in iOS 5, if that    10:17:56
19  is the question.                                          10:18:00
20        Q.  That is probably a better question.  So        10:18:03
21  you wrote most of the code that actually performs data   10:18:04
22  detection in Mobile Safari of iOS 5.  Is that correct?   10:18:09
23        A.  Yes, it is.                                     10:18:11
24        Q.  I think we have covered work on data           10:18:49
25  detection.  You mentioned some work on Siri and work     10:18:51
```

Highly Confidential - Outside Attorneys' Eyes Only

Page 25

| | | |
|---|---|---|
| 1 | on Scene Kit.  Other than that have there been any | 10:18:54 |
| 2 | projects that you would characterize as significant | 10:18:56 |
| 3 | that you worked on during your time at Apple? | 10:18:58 |
| 4 |      A.   As I say, I spent most of the time from | 10:19:03 |
| 5 | let's say September 2011 to last month on i-Cloud. | 10:19:05 |
| 6 |      Q.   Can you describe your work on i-Cloud? | 10:19:14 |
| 7 |      A.   We were working on the file synching | 10:19:18 |
| 8 | service, the file synching stuff. | 10:19:26 |
| 9 |      Q.   Can you describe the change or can you | 10:20:27 |
| 10 | describe just at a high level the code that you wrote | 10:20:30 |
| 11 | for Mobile Safari and iOS 5? | 10:20:32 |
| 12 |      A.   This is a very broad question.  What do | 10:20:36 |
| 13 | you want to know? | 10:20:39 |
| 14 |      Q.   What did it do? | 10:20:40 |
| 15 |      A.   What does it do?  You mean what does it | 10:20:42 |
| 16 | do differently from the main code? | 10:20:47 |
| 17 |      Q.   Sure. | 10:20:50 |
| 18 |      A.   So what is different is that in Mobile | 10:20:51 |
| 19 | Safari we detect only phone numbers and not addresses | 10:20:55 |
| 20 | and dates and so on.  So what we did is write | 10:20:59 |
| 21 | a different engine that is tuned for phone numbers so | 10:21:07 |
| 22 | that it is faster than the usual code path which | 10:21:11 |
| 23 | detects a whole lot of other things. | 10:21:17 |
| 24 |      Q.   So Mobile Safari for iOS 5 only detected | 10:21:40 |
| 25 | phone numbers? | 10:21:44 |