# REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit A

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# REPORT OF DAN SCHONFELD, PHD.
# REGARDING INFRINGEMENT OF U.S. PATENT NOS. 5,579,239 AND 7,577,757

*Apple Inc. v. Samsung Elecs. Co. Ltd. et al*,

Case No. 12-CV-00630 LHK (N.D. Cal.)

August 12, 2013

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# TABLE OF CONTENTS

TABLE OF EXHIBITS ...................................................................................................7

REPORT OF DAN SCHONFELD, PHD. REGARDING INFRINGEMENT OF U.S.
PATENT NOS. 5,579,239 AND 7,577,757..............................................................8

I.     INTRODUCTION ...........................................................................................8

II.    BASIS FOR OPINIONS ..................................................................................9

       A.    Qualifications...........................................................................................9

       B.    Materials Considered ............................................................................11

       C.    Level of Ordinary Skill in the Art.......................................................12

III.   LEGAL UNDERSTANDINGS .....................................................................13

       B.    Infringement...........................................................................................13

       C.    Claim Construction ...............................................................................15

OPINIONS REGARDING THE '239 PATENT ....................................................17

I.     CLAIM CONSTRUCTION...........................................................................17

       B.    "means for storing said composite signal" (Claim 1) ...........................19

       C.    "means for receiving at least one composite signal transmitted by the
             remote unit" (Claim 1) .........................................................................21

       D.    "means for exchanging data with the host unit" (Claim 1)....................22

       E.    "means for storing the composite signal received by the host unit" (Claim
             1) ........................................................................................................24

       F.    "means for decompressing said composite signal" (Claim 1) ...............24

       G.    "means for transmission of said captured video over a cellular frequency"
             (Claim 15) ...........................................................................................25

II.    BACKGROUND OF THE ART OF THE '239 AND '757 PATENT .............28

       B.    Multimedia Data ...................................................................................28

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1.      Digital Signals ...............................................................................28

2.      Digital Media ..................................................................................30

3.      Digital Images ................................................................................31

4.      Digital Video...................................................................................34

5.      Digital Audio ..................................................................................35

C.      Multimedia Data Compression ...............................................................36

2.      Compression Techniques .................................................................37

3.      Image compression .........................................................................38

4.      Video compression ..........................................................................39

5.      Speech compression ........................................................................40

6.      Audio compression ..........................................................................40

7.      Decompression ................................................................................41

D.      Multimedia Data Networks.......................................................................42

2.      Internet ............................................................................................44

3.      Wireless Networks ..........................................................................45

4.      Cellular Network Architecture: Core Networks, Backhaul
        Networks, and Radio Access Networks...........................................49

5.      Bearers (3G, 4G, etc.) .....................................................................51

6.      Wi-Fi Networks ..............................................................................53

E.      Multimedia Data Protocols .......................................................................53

1.      Packets ............................................................................................53

2.      Ports ................................................................................................54

3.      Socket..............................................................................................54

4.      Routing............................................................................................54

5.      Protocol stack..................................................................................55

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

6.    RLP and PPP ..................................................................56

7.    TCP/UDP .....................................................................57

8.    RTP and RTCP ...............................................................58

9.    RTSP, SDP and SIP .........................................................58

10.   RTMP .........................................................................59

11.   HTTP .........................................................................61

12.   Progressive HTTP ..........................................................63

13.   HTTP Live Streaming .......................................................64

F.    Multimedia Computer Systems .............................................64

G.    Multimedia Computer Devices .............................................66

2.    Multimedia Data Acquisition and Display ...............................67

3.    Multimedia Data Storage ...................................................69

4.    Ports .........................................................................69

5.    Modems .......................................................................70

H.    Multimedia Computer Services ............................................70

2.    Email – (SMTP) ............................................................71

3.    Multimedia Messaging System (MMS) ...................................71

4.    Commercial Video Services ...............................................73

III.   OVERVIEW OF THE '239 PATENT,  PROSECUTION HISTORY, AND
       DEPOSITION TESTIMONY .....................................................73

B.    The '239 Patent ............................................................74

C.    The '239 File History .....................................................103

D.    The '239 Inventor Testimony .............................................150

2.    Deposition of Richard Freeman (June 18, 2013) ......................150

3.    Chad Boss (June 19, 2013) ...............................................152

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

4.      Mitchael Freeman (June 19, 2013) ........................................157

5.      Michael Freeman (June 20, 2013) ........................................160

IV.    OVERVIEW OF THE ACCUSED PRODUCTS..........................................161

B.    Videoconferencing via FaceTime ........................................165

C.    Video Transmission from Photos via Messages ...................................171

D.    Video Transmission from Photos via Mail ........................................176

E.    Video Transmission from QuickTime and Messages via Messages ..................182

F.    Video Transmission from QuickTime and Messages via Mail ..........................193

G.    Video Transmission from QuickTime and Messages via AirDrop ....................201

H.    Video Transmission from Photos and iPhoto via Wi-Fi or USB Sync...............205

V.    SUMMARY OF OPINIONS ........................................................210

VI.    APPLE'S ACCUSED PRODUCTS INFRINGE THE ASSERTED CLAIMS OF
THE '239 PATENT ........................................................210

A.    Overview of Infringement........................................................210

2.      Overview of Infringing behavior by FaceTime .......................212

3.      Overview of Infringing Behavior By Sending a Video via Email,
or Text Messages (MMS or iMessage)...................................214

B.    Direct Infringement........................................................215

C.    Description of the Components Used for Infringing the '239 Patent by the
Accused Products........................................................217

1.      Component layout and connections for accused products......................217

2.      Components shared by various products .................................393

3.      Further description of the accused functionality.....................................736

D.    Infringement of Claim 1........................................................786

1.      Claim 1 – Preamble........................................................786

2.      Claim 1 – Limitation 1 ........................................................825

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

3. Claim 1 – Limitation 2 ........................................................846

4. Claim 1 – Limitation 3 ........................................................854

E. Infringement of Dependent Claim 3 ..................................874

F. Infringement of Dependent Claim 7 ..................................875

G. Claim 15 ...............................................................................880

1. Claim 15 – Preamble ..........................................................880

2. Claim 15 – Limitation 1 .....................................................927

3. Claim 15 – Limitation 2 .....................................................929

H. Apple Tests the Accused Functionality and Apple Employees Routinely
Use the Accused Functionality in the Ordinary Course of Business .................940

I. Indirect Infringement ...........................................................940

J. Apple's confidential source code verifies my opinions that apple infringes
claims 1, 7 and 15 of the '239 Patent ..................................943

1. "A mobile remote unit including:  a.) means for capturing,
digitizing, and compressing at least one composite signal" (Claim
1) and "An apparatus for transmission of data, comprising: a
computer including a video capture module to capture and
compress video in real time" (Claim 15) ..................................944

2. "b.) means for storing said composite signal" (Claim 1) .........................952

3. "c.) means for transmitting said composite signal" (Claim 1) and
"means for transmission of said captured video over a cellular
frequency" (Claim 15) ..........................................................953

4. "a host unit including: a.) means for receiving at least one
composite signal transmitted by the remote unit" (Claim 1) ..................960

5. "a playback unit including: a.) means for exchanging data with
said host unit" ..................................................................964

6. "b.) means for storing the composite signal received by the host
unit"..................................................................................964

7. "c.) means for decompressing said composite signal".............................966

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

VII.    APPLE'S NON-INFRINGEMENT ARGUMENTS DO NOT CHANGE MY
        OPINIONS ..................................................................................................968

        B.    "means for capturing, digitizing, and compressing at least one composite
              signal"(Claim 1) ..........................................................................970

        C.    "means for storing said composite signal" (Claim 1) ..........................989

        D.    "Means for transmitting said composite signal" (Claim 1) ...............992

        E.    "means for receiving at least one composite signal transmitted by the
              remote unit" (Claim 1) ...................................................................1009

        F.    "a playback unit including means for exchanging data with said host unit"
              (Claim 1) .....................................................................................1012

        G.    "means for storing the composite signal received by the host unit" (Claim
              1) .................................................................................................1014

        H.    "means for decompressing said composite signal" (Claim 1) ...........1016

        I.    "wherein the means for transmitting the composite signal includes: at least
              one interface installed in conjunction with said remote unit; a cellular
              telephone connected to each said interface" (Claim 7)......................1017

        J.    "means ofr transmission of said captured video over a cellular frequency"
              (Claim 15) .....................................................................................1021

VIII.   SAMSUNG PRACTICES CLAIM 15 OF THE '239 PATENT ..................................1024

IX.     APPLE'S CLAIMED "ALTERNATIVES" ARE NOT VIABLE NON-
        INFRINGING ALTERNATIVES ...............................................................1027

OPINIONS REGARDING THE '757 PATENT ...................................................1035

I.      SEE EXPERT REPORT OF DAN SCHONFELD REGARDING THE 239 AND
        757 PATENTS PART 2 OF 2 (757) ..........................................................1035

OTHER COMMENTS...........................................................................1338

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

## TABLE OF EXHIBITS

| | |
|---|---|
| Appendix 239-1 | List of '239 Materials Considered |
| Appendix 757-1 | List of '757 Materials Considered |
| Exhibit DS-1 | Dan Schonfeld, Ph.D. Curriculum Vitae |
| Exhibit DS-2 | Dan Schonfeld List of Testimony |
| Exhibit DS-3 | Markman Order |
| Exhibit 239-01 | Component Charts |
| Exhibit 239-02 | List of Demonstrative '239 Infringement Videos |
| Exhibit 239-03 | FaceTime iPad Mini→MacBook Pro Video WiFi |
| Exhibit 239-04 | FaceTime iPad Mini→MacBook Pro Video Cellular |
| Exhibit 239-05 | FaceTime iPhone 5→iPad 3 Video WiFi |
| Exhibit 239-06 | FaceTime iPhone 4S→MacBook Pro Video Cellular |
| Exhibit 239-07 | FaceTime iPhone 4S→MacBook Pro Video WiFi |
| Exhibit 239-08 | FaceTime iPad 4→iPad 4 Video Cellular |
| Exhibit 239-09 | FaceTime iPad 4→iPad 4 Video WiFi |
| Exhibit 239-10 | FaceTime iPod Touch 5th Gen→iPad 4 Video WiFi |
| Exhibit 239-11 | Video Transfer iPhone 4S→ MacBook Pro Video Email |
| Exhibit 239-12 | Video Transfer iPhone 4S→MacBook Pro Video Text Message |
| Exhibit 239-13 | Video Transfer iPhone 4S→MacBook Pro Video Text Message |
| Exhibit 757-01 | iTunes in the Cloud Video 1 |
| Exhibit 757-02 | iTunes in the Cloud Video 2 |
| Exhibit 757-03 | iTunes in the Cloud Deposition Video |
| Exhibit 757-04 | iTunes Match Video |
| Exhibit 757-05 | iTunes Match Deposition Video |
| Exhibit 757-06 | Syncing with iTunes Video |
| Exhibit 757-07 | Syncing with iTunes Deposition Video |
| Exhibit 757-08 | Home Sharing Video |
| Exhibit 757-09 | Photo Stream Video 1 |
| Exhibit 757-10 | Photo Stream Video 2 |
| Exhibit 757-11 | Photo Stream Deposition Video |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

> One host unit can support as many as thirty (30) remote units.  The host unit can only receive a transmitted data file from one remote unit at any given time, however.

'239 patent at 11:14-16.

57.     One of ordinary skill in the art would recognize that each of the 30 remote units may not have the precise number of modems as the single host unit that supports the 30 remote units.  Therefore, the specification discloses the use of a host unit with a number of modems different from the number of modems in the remote unit.

58.     Finally, it is my opninion that the specification does not require any software for the "means for receiving" limitation.  Apple points to approximately 3 columns of specification, none of which specifies any algorithm that performs "receiving at least one composite signal transmitted by the remote unit."

59.     In my opinion, Apple's proposed construction incorporates structure for limitations that are not part of this function.  For example, Apple incorporates 10:33-61 into its construction, but this merely describes the hardware structure that Apple proposed.  Moreover, this section incorporates combining a split data file – the patent makes clear that this is an optional function. *See also* 48-49.  Apple's proposed structure also includes using "DDE," which the patent admits does not relate to receiving data, but rather to multiple applications in a windows environment. '239 patent at 11:33-37.

### D.     "means for exchanging data with the host unit" (Claim 1)

60.     It is my opinion that the proper structure for "means for exchanging data with the host unit" is "a network or wired interface for communication between host and playback units."

61.     It is important to note that the host unit and playback unit may be separate or combined.  Dependent Claim 2 envisions a situation where the two are combined:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

2.   An apparatus according to claim 1 wherein the host unit and the playback unit are combined in a single computer.

'239 patent at 18-19.

62.   The speciifcation indicates that the playback unit is actually an interface between capturing video and outputing the signal for playback. '239 patent at 11:62-12:8.  Moreover, the specification indicates that the host unit and playback unit are networked together:

Host unit 3 and playback unit 4 are networked together.

'239 patent at 10:57-58.

63.   Although the interface between components is networked together even when they are part of the same computer, this is likely to be a wired network interface.  The interface is therefore a network or wired interface, to account for the two different embodiments disclosed in the '239 patent.

64.   Apple's construction blatantly excludes the embodiment disclosed in Claim 2 of the patent.  One of ordinary skill in the art would recognize that it would not be feasible to use an ethernet card to communicate internal in a single computer.  Moreover, there is nothing in the specification that indicates the ethernet card in the playback unit is even necessary to communicate with the host unit, let alone interface with it. *See* '239 patent at 11:62-12:8.  It is merely listed as a component that may be part of the playback unit computer.

65.   Finally, the software Apple points to ("Host Boot Software Sequence D") once again addresses limitations not involved with "exchanging data."  Most notably, that software sequence does not even relate to the playback unit, it relates to the host unit. '239 patent at 10:63-11:24.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1299.  As seen above, the selection of the "Sync Photos" feature allows the user the option to sync "All photos, albums, Events, and Faces" or "Selected albums, Events, and Faces, and automatically include [options]."  Moreover, the user also has the option to "Include videos" in photo synchronization.

1300.  Whenever the iOS device is plugged into an electric power source and is connected to a the same Wi-Fi network to which the Mac OS X device is connected, any videos added in either device will be automatically transmitted to the other device.  Once the video has been received on the other device (e.g. Mac, iPad or iPhone), the video can be played back and displayed using applications such as QuickTime.

### 2.  Claim 1 – Limitation 1

*a mobile remote unit including:*

1301.  The '239 Accused Products meet this claim limitation.  In particular, the '239 Accused Products can and are used to form a system for transmission of data comprising a mobile remote unit.  More particularly, all iOS devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices)[75] are mobile remote units because they can and are moved to different and remote locations.  As explained above, I understand that Samsung has accused the iPhone 4, iPhone 4S, iPad 2, iPad 3, iPad 4, iPad Mini, iPod Touch 4th Generation, and iPod Touch 5th Generation as infringing mobile remote units for purposes of infringing Claims 1 and 7.

### (b)  means for capturing, digitizing, and compressing at least one composite signal;

---

[75] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1302.  Under the Court's construction, the means-plus-function claim term "means for capturing, digitizing, and compressing at least one composite signal" has the function of "capturing, digitizing, and compressing at least one composite signal" and the corresponding structure is "an audio capture card, and a video card having a video capture module."

1303.  The '239 Accused Products meet this claim limitation.  In particular, the '239 Accused Products can and are used to form a system for transmission of data comprising a mobile remote unit that captures, digitizes, and compresses composite signals.   More particularly, all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices)[76] are mobile remote units that capture, digitize, and compress, combined audio and video signals to form composite signals.

1304.  Capture and digitization of audio signals in the Accused Mobile Remote Units is performed by a ▮▮▮▮▮▮▮▮▮▮ that interfaces to a microphone and includes an Analog-to-Digital Converter (ADC), as explained above.  Capture and digitization of video signals is performed by an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that includes an image array (with sample/hold circuitry) and an Analog-to-Digital Converter (ADC).[77]

---

[76] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[77] iPhone, iPad, and iPod touch devices have (front and rear) camera sensors.  The rear camera sensor for iPhone 4S and iPhone 5 is produced by a different manufacturer.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1305.   Capture and compression of audio signals is performed by ███████████

██████████████████ ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████ ███████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████

1306.   Evidence describing these components is described in other sections of my Report.

1307.   Further, the '239 Accused Products have the structure of a "means for capturing, digitizing, and compressing at least one composite signal."   In particular, the '239 Accused Products have an audio capture card, and a video card having a video capture module.   More specifically, the '239 Accused Products have a logic board that contains a ████████████ ████████ that interfaces to a microphone and includes an Analog-to-Digital Converter (ADC).   In addition, the logic board in the '239 Accused Products also contains an ████████████████ ████████████████████████ that includes an image array (with sample/hold circuitry) and an Analog-to-Digital Converter (ADC).[79]   Further, the logic board in the '239 Accused Products also contains an ███████████████████████████████

---

[78] As stated in other sections of this Report, I use application processor ██████████████ ████████████████████████████ for iOS devices; and to refer to ████████████████ in conjuction with with a ████████████ when configured with that option, for Mac OS X devices.

[79] iPhone, iPad, and iPod touch devices have (front and rear) camera sensors.   The rear camera sensor for iPhone 4S and iPhone 5 is produced by a different manufacturer.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1308.   To the extent that one considers that the structure of a "means for capturing, digitizing, and compressing at least one composite signal" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.  In particular, the logic board that contains ███████████████ and includes an Analog-to-Digital Converter (ADC) ████████████████ ████ ████████████████ that includes an image array (with sample/hold circuitry) and an Analog-to-Digital Converter (ADC) as well as an ████████████████████

████████████████████████

████████████████ in the '239 Accused Products is insubstantially different from an audio capture card, and a video card having a video capture module because both the '239 Accused Products and the claimed structure capture, digitize, and compress audio and video signals on devices that reside on at least one card in the mobile remote unit and thus generate compressed digital audio and video signals in the mobile remote unit.  In addition, the logic board that contains a ████████████████ and includes an Analog-to-Digital Converter (ADC) ████████████████ ████ ████████████████ that includes an image array (with sample/hold circuitry) and an Analog-to-Digital Converter (ADC) as well as an ████████████████████

████████████████████████

---

[80] iPhone, iPad, and iPod touch devices have (front and rear) camera sensors.  The rear camera sensor for iPhone 4S and iPhone 5 is produced by a different manufacturer.

[81] iPhone, iPad, and iPod touch devices have (front and rear) camera sensors.  The rear camera sensor for iPhone 4S and iPhone 5 is produced by a different manufacturer.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

[REDACTED] in the '239 Accused Products performs substantially the same function as an audio capture card, and a video card having a video capture module because both the '239 Accused Products and the claimed structure capture, digitize, and compress audio and video signals. Moreover, the logic board that contains a [REDACTED] and includes an Analog-to-Digital Converter (ADC) [REDACTED] [REDACTED] that includes an image array (with sample/hold circuitry) and an Analog-to-Digital Converter (ADC) as well as an [REDACTED]

[REDACTED]

'239 Accused Products is performed in substantially the same way as an audio capture card, and a video card having a video capture module because both the '239 Accused Products and the claimed structure capture, digitize, and compress audio and video signals on devices that reside on at least one card in the mobile remote unit. Further, the logic board that contains a [REDACTED] and includes an Analog-to-Digital Converter (ADC) [REDACTED] that includes an image array (with sample/hold circuitry) and an Analog-to-Digital Converter (ADC) [REDACTED]

[REDACTED]

[REDACTED] in the '239 Accused Products achieve substantially the same results as an audio capture card, and a video card having a video capture module because both the '239 Accused

---

[82] iPhone, iPad, and iPod touch devices have (front and rear) camera sensors. The rear camera sensor for iPhone 4S and iPhone 5 is produced by a different manufacturer.

[83] iPhone, iPad, and iPod touch devices have (front and rear) camera sensors. The rear camera sensor for iPhone 4S and iPhone 5 is produced by a different manufacturer.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Products and the claimed structure generate compressed digital audio and video signals in the mobile remote unit.

1309.   The Court has not included any software in the structure corresponding to this limitation.  However, I have included evidence regarding the function, including documents, deposition testimony, and source code elsewhere in this Report, and may rely on that evidence to prove infringement of this limitation.  This includes evidence that the structure identified above, including the █████████████████████████████████████ capture, digitize, and compress the composite signal.

### (c)   means for storing said composite signal;

1310.   I understand that under Samsung's proposed construction, the means-plus-function claim term "means for storing said composite signal" has the function of "storing said composite signal" and the corresponding structure is "memory, such as a hard disk or random access memory."  I also understand that under Apple's proposed construction, the means-plus-function claim term "means for storing said composite signal" has the function of "storing said composite signal" and the corresponding structure is "a Hard disk drive and the software identified at 3:1-5, 4:52-57, and 6:14-16."

1311.   The '239 Accused Products meet this claim limitation.  In particular, the '239 Accused Products can and are used to form a system for transmission of data comprising a mobile remote unit that stores composite signals.  More particularly, all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Air and MacBook Pro devices)[84] are mobile remote units that store combined audio and video signals in memory storage devices.

1312.   The memory storage devices include both a DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices).[85]  These components are described above.

1313. I understand that Samsung's proposed construction for the structure corresponding to the means-plus-function claim term "means for storing said composite signal" is "memory, such as a hard disk or random access memory."  Under this construction, the '239 Accused Products have the structure of a "means for storing said composite signal."   In particular, the '239 Accused Products have memory, such as a hard disk or random access memory.   More specifically, the '239 Accused Products have a DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices).[86]

1314.   To the extent that one considers that the structure of a "means for storing said composite signal" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.  In particular, the DDR SDRAM as well as a NAND Flash

---

[84] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[85] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[86] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices)[87] in the '239 Accused Products is insubstantially different from memory, such as a hard disk or random access memory because both the '239 Accused Products and the claimed structure write the composite signal into a memory storage device in the mobile remote unit for later retrieval.  In addition, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices)[88] in the '239 Accused Products performs substantially the same function as memory, such as a hard disk or random access memory because both the '239 Accused Products and the claimed structure write the composite signal into a memory storage device. Moreover, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices)[89] in the '239 Accused Products is performed in substantially the same way as memory, such as a hard disk or random access memory because both the '239 Accused Products and the claimed structure write the composite signal into a memory storage device in the mobile remote unit.  Further, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and

---

[87] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[88] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[89] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices)[90] in the '239 Accused Products achieve substantially the same results as memory, such as a hard disk or random access memory because in both the '239 Accused Products and the claimed structure the composite signal can be read from a memory storage device in the mobile remote unit at a later time.

1315. I also understand that Apple's proposed construction for the structure corresponding to the means-plus-function claim term "means for storing said composite signal" is "a Hard disk drive and the software identified at 3:1-5, 4:52-57, and 6:14-16." Under this construction, the '239 Accused Products have the structure of a "means for storing said composite signal." In particular, the '239 Accused Products have a Hard disk drive and the software. More specifically, the '239 Accused Products have a DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices).[91] In addition, the '239 Accused Products have both operating system and application software for writing data to the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices).[92]

---

[90] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[91] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[92] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**2 & 3**

1316.   To the extent that one considers that the structure of a "means for storing said composite signal" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.  In particular, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices)[93] as well as the operating system and application software for writing data to these memory storage devices in the '239 Accused Products is insubstantially different from a Hard disk drive and the software because both the '239 Accused Products and the claimed structure use software to write the composite signal into a memory storage device in the mobile remote unit for later retrieval.  In addition, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices)[94] as well as the operating system and application software for writing data to these memory storage devices in the '239 Accused Products performs substantially the same function as a Hard disk drive and the software because the '239 Accused Products and the claimed structure write the composite signal into a memory storage device.  Moreover, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop

---

[93] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[94] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

computers (including MacBook Air and MacBook Pro devices)[95] as well as the operating system

and application software for writing data to these memory storage devices in the '239 Accused

Products is performed in substantially the same way as a Hard disk drive and the software

because both the '239 Accused Products and the claimed structure use software to write the

composite signal into a memory storage device in the mobile remote unit.  Further, the DDR

SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and

iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop

computers (including MacBook Air and MacBook Pro devices)[96] as well as the operating system

and application software for writing data to these memory storage devices in the '239 Accused

Products achieve substantially the same results as a Hard disk drive and the software because in

both the '239 Accused Products and the claimed structure the composite signal can be read from

a memory storage device in the mobile remote unit at a later time.

1317.   It is not clear what software Apple seeks to incorproate into the structure because

Apple merely cited to portions of the specification that do not identify specific software.  To the

extent the Court incorporates any software into the structure, I reserve the right to supplement

my Expert Report to the extent necessary.

1318.   I have included evidence in my Expert Report that I may rely on at trial that the

video is stored, including source code, elsewhere in this Report.  Specifically, FaceTime stores

---

[95] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[96] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

the video frames files and audio files in a memory location prior to transmission.[97]  Moreover,

videos for transmission via email or text message are inserted in the camera roll and stored in

memory and/or NAND Flash memory for iOS devices and stored on memory and/or solid-state

drive or hard drive on Mac OS X devices after they are recorded on the Accused Devices.

### (d)  means for transmitting said composite signal;

1319.  Under the Court's construction, the means-plus-function claim term "means for

transmitting said composite signal" has the function of "transmitting said composite signal" and

the corresponding structure is "one or more modems connected to one or more cellular

telephones, telephone lines, and/or radio transmitters, and software performing a software

sequence of initializing one or more communications ports on the remote unit, obtaining the

stored data file, and transmitting the stored data file."

1320.  The '239 Accused Products meet this claim limitation.  In particular, the '239

Accused Products can and are used to form a system for transmission of data comprising a

mobile remote unit that transmits composite signals.  More particularly, all handheld devices

(including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook

Air and MacBook Pro devices)[98] are mobile remote units that transmit combined audio and video

signals.

1321.  Transmission of combined audio and video signals is performed over Wi-Fi

networks for all handheld devices (including all iPhone, iPad, and iPod Touch devices) and

---

[97] To the extent that ██████████████████████████████ video
frames files and audio files are also stored on NAND Flash drive for iOS devices and solid-state
drive or hard drive for Mac OS X devices.

[98] For simplicity, I have not included laptop computers as mobile remote units in the
infringement analysis.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

laptop computers (including MacBook Air and MacBook Pro devices).[99]   Moreover, transmission of combined audio and video signals is performed over cellular networks for all cellular-enabled iPhone and iPad devices.  Further, transmission of combined audio and video signals is performed over Ethernet networks for all MacBook Pro devices.[100]

[3]

1322.   The Wi-Fi network transmitter includes a Wi-Fi module and radio-frequency (RF) transceiver and antenna for all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices).[101]   The cellular network transmitter includes a baseband processor combined with a mobile data modem and radio-frequency (RF) transceiver and antenna for all cellular enabled iPhone and iPad devices.  The Ethernet network transmitter includes an Ethernet modem for all MacBook Pro devices.[102]  I have discussed all of these components above for each device.

[3]

[3]

1323. Further, the '239 Accused Products have the structure of a "means for transmitting said composite signal."  In particular, the '239 Accused Products have one or more modems connected to one or more cellular telephones, telephone lines, and/or radio transmitters, and software performing a software sequence of initializing one or more communications ports on the remote unit, obtaining the stored data file, and transmitting the stored data file.  More specifically, all handheld devices (including all iPhone, iPad, and iPod Touch devices) and

---

[99] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[100] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[101] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

[102] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

laptop computers (including MacBook Air and MacBook Pro devices)[103] have a Wi-Fi module

that is connected to a radio-frequency (RF) transceiver and antenna.   The Wi-Fi module

described above includes a modem because it modulates and demodulates signals for

transmission and reception.   In addition, the cellular-enabled iPhone and iPad devices have a

baseband processor combined with a mobile data modem that are connected to a radio-frequency

(RF) transceiver and antenna as well as cellular telephones.   The baseband processor constitutes

a modem and a mobile telephone because it modulates and demodulates cellular signals, and

further constitutes a modem connected to a mobile telephone and RF transmitter.

1324.   Moreover, all of the '239 Accused Products have operating system and

application software that is compatible with the Wi-Fi communication standard and is used to

enable communications between the Wi-Fi modules on the transmitting and receiving devices

and thus allow the transmitter to send data over the antenna.   In addition, all of the '239 Accused

Products have operating system and application software that is compatible with the cellular

communication standard and is used to enable communications between the baseband processors

and mobile data modems on the transmitting and receiving devices and thus allow the transmitter

to send data over the antenna.   Further, all of the '239 Accused Products have operating system

and application software that is compatible with the data communication protocols (e.g.

TCP/UDP/IP) that are used to enable communications between applications on the transmitting

and receiving devices and thus allow the transmitter to send data over a port.   In addition, the

input and output of the modem structure (e.g., the baseband processor, mobile media modem

---

[103] For simplicity, I have not included laptop computers as mobile remote units in the infringement analysis.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

3

chip, Wi-Fi module, Ethernet modem, RF transceivers, etc.) are ports that must be initialized for

transmission.  All of these are either software or hardware ports on the mobile remote unit.

1325.   Below, I have identified specific software corresponding to the software structural

limitation for "initializing one or more ports on the mobile remote unit."  The following applies

to all infringing features of the Accused Products, including FaceTime and sending audio and

video over email or text messages.  Additional software that meets this structural limitation is

located below in my source code description.  In one example, ███████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████        ████████████████████████████

████████████████████████████████████████████████████████████

██████████  ██  █████████  ████  █████  ██  ██████  ████████  █████  █

████████████████████████████████████████████████████████████

█  ████  █████████████  ████████████████  █  ████

████████████████  ████████████████████  ██  ████

████████████████████████████████████████████████████████████

████████████████████████████

1326.  Moreover, in ████████████████████ running on the operating systems of

the Accused Devices is ████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████        There is also source code for

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

3

iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices).

**(b)** **means for receiving at least one composite signal transmitted by the remote unit;**

1345.  I understand that under Samsung's proposed construction, the means-plus-function claim term "means for receiving at least one composite signal transmitted by the remote unit" has the function of "receiving at least one composite signal transmitted by the remote unit" and the corresponding structure is "one or more modems connected to one or more cellular telephones, telephone lines, or radio receivers."  I also understand that under Apple's proposed construction, the means-plus-function claim term "means for receiving at least one composite signal transmitted by the remote unit" has the function of "receiving at least one composite signal transmitted by the remote unit" and the corresponding structure is "one or more modems, corresponding to the number of modems used in the remote unit, connected to one or more cellular telephones, telephone lines, and/or radio transmitters and File Reception Software Sequence E."

1346.  The '239 Accused Products meet this claim limitation.  In particular, the '239 Accused Products can and are used to form a system for transmission of data comprising a host unit that receives composite signals transmitted by the mobile remote units.  More particularly, all of the '239 Accused Products are host units that can and are used to receive composite signals from mobile remote units such as all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices).  The '239 Accused Products receive a combination of audio and video signals transmitted from mobile remote units such as all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices).

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1347.   Reception of combined audio and video signals is performed over Wi-Fi networks for all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices).   Moreover, reception of combined audio and video signals is performed over cellular networks for all cellular-enabled iPhone and iPad devices.   Further, reception of combined audio and video signals is performed over Ethernet networks for all MacBook Pro devices.

1348.   The Wi-Fi network receiver includes a Wi-Fi module and radio-frequency (RF) transceiver and antenna for all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices).   The cellular network receiver includes a baseband processor combined with a mobile data modem and radio-frequency (RF) transceiver and antenna for all cellular-enabled iPhone and iPad devices.   The Ethernet network receiver includes an Ethernet modem for all MacBook Pro devices.

1349.   I understand that Samsung's proposed construction for the structure corresponding to the means-plus-function claim term "means for receiving at least one composite signal transmitted by the remote unit" is "one or more modems connected to one or more cellular telephones, telephone lines, or radio receivers."   Under this construction, the '239 Accused Products have the structure of a "means for receiving at least one composite signal transmitted by the remote unit."   In particular, the '239 Accused Products have one or more modems connected to one or more cellular telephones, telephone lines, or radio receivers.   More specifically, all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices) have a Wi-Fi module that is connected to a radio-frequency (RF) transceiver and antenna.   In addition, the cellular-enabled

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

iPhone and iPad devices have a baseband processor combined with a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna as well as cellular telephones.

1350.   To the extent that one considers that the structure of a "means for receiving at least one composite signal transmitted by the remote unit" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.  In particular, the Wi-Fi module that is connected to a radio-frequency (RF) transceiver and antenna on all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices) as well as the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices in the '239 Accused Products is insubstantially different from one or more modems connected to one or more cellular telephones, telephone lines, or radio receivers because both the '239 Accused Products and the claimed structure are used for reception of a composite signal (i.e. a combined audio and video signal) from a mobile remote unit using a modem over a communication network to a modem on the host unit.  In addition, the Wi-Fi module that is connected to a radio-frequency (RF) transceiver and antenna on all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices) as well as the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices in the '239 Accused Products performs substantially the same function as one or more modems connected to one or more cellular telephones, telephone lines, or radio receivers because both the '239 Accused Products and the claimed structure are used for reception of a composite signal (i.e. a combined audio and video signal) at a host unit.  Moreover, the Wi-Fi module that is connected to a radio-frequency (RF)

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

transceiver and antenna on all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices) as well as the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices in the '239 Accused Products is performed in substantially the same way as one or more modems connected to one or more cellular telephones, telephone lines, or radio receivers because both the '239 Accused Products and the claimed structure receive a composite signal (i.e. a combined audio and video signal) from a mobile remote unit using a modem over a communication network to a modem on the host unit.  Further, the Wi-Fi module that is connected to a radio-frequency (RF) transceiver and antenna on all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices) as well as the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices in the '239 Accused Products achieve substantially the same results as one or more modems connected to one or more cellular telephones, telephone lines, or radio receivers because in both the '239 Accused Products and the claimed structure the host unit receives a composite signal (i.e. a combined audio and video signal) from a mobile remote unit.

1351. I also understand that Apple's proposed construction for the structure corresponding to the means-plus-function claim term "means for receiving at least one composite signal transmitted by the remote unit" is "one or more modems, corresponding to the number of modems used in the remote unit, connected to one or more cellular telephones, telephone lines, and/or radio transmitters and File Reception Software Sequence E."  Under this construction, the '239 Accused Products have the structure of a "means for receiving at least one composite signal

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

transmitted by the remote unit."   In particular, the '239 Accused Products have one or more

modems, corresponding to the number of modems used in the remote unit, connected to one or

more cellular telephones, telephone lines, and/or radio transmitters and File Reception Software

Sequence E.  More specifically, all handheld devices (including all iPhone, iPad, and iPod Touch

devices) and laptop computers (including MacBook Air and MacBook Pro devices) have a Wi-Fi

module that is connected to a radio-frequency (RF) transceiver[108] and antenna.  In addition, the

cellular-enabled iPhone and iPad devices have a baseband processor combined with a mobile

data modem that are connected to a radio-frequency (RF) transceiver[109] and antenna as well as

cellular telephones.  Moreover, transmission and reception of the composite signals is performed

in the '239 Accused Products using a Wi-Fi network or cellular network, not both.  Therefore,

the number of modems used for transmission and reception of the composite signal in the '239

Accused Products is limited to a single modem and is therefore is always the same.  Further, the

number of modems available (irrespective of their usage) in the mobile remote unit and host unit

is the same whenever both devices are limited to Wi-Fi network communications and whenever

both devices are capable of cellular communications.[110]  I reserve the right to provide additional

---

[108] I note that Apple's proposed construction of the structure corresponding to this "means-plus-function" claim term requires a "transmitter" as part of the structure for a "receiver."  This requirement is nonetheless satisfied in the '239 Accused Products because these products rely on a transceiver.

[109] I note that Apple's proposed construction of the structure corresponding to this "means-plus-function" claim term requires a "transmitter" as part of the structure for a "receiver."  This requirement is nonetheless satisfied in the '239 Accused Products because these products rely on a transceiver.

[110] The only exception to this observation is that MacBook Pro devices must be used both as mobile remote units and host units because MacBook Pro is the only mobile remote unit that has an Ethernet modem.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

detail and analysis for the structure corresponding to this "means-plus-function" claim term should the Court adopt Apple's proposed construction, to the extent necessary.

2

1352.   To the extent that one considers that the structure of a "means for receiving at least one composite signal transmitted by the remote unit" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.  In particular, the Wi-Fi module that is connected to a radio-frequency (RF) transceiver and antenna on all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices) as well as the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices and related software in the '239 Accused Products is insubstantially different from one or more modems, corresponding to the number of modems used in the remote unit, connected to one or more cellular telephones, telephone lines, and/or radio transmitters and File Reception Software Sequence E because both the '239 Accused Products and the claimed structure are used for reception of a composite signal (i.e. a combined audio and video signal) from a mobile remote unit using a modem over a communication network to a modem on the host unit.  In addition, the Wi-Fi module that is connected to a radio-frequency (RF) transceiver and antenna on all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices) as well as the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices and related software in the '239 Accused Products performs substantially the same function as one or more modems, corresponding to the number of modems used in the remote unit, connected to one or more cellular telephones, telephone lines, and/or radio transmitters and File Reception Software

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Sequence E because both the '239 Accused Products and the claimed structure are used for reception of a composite signal (i.e. a combined audio and video signal) at a host unit. Moreover, the Wi-Fi module that is connected to a radio-frequency (RF) transceiver and antenna on all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices) as well as the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices and related software in the '239 Accused Products is performed in substantially the same way as one or more modems, corresponding to the number of modems used in the remote unit, connected to one or more cellular telephones, telephone lines, and/or radio transmitters and File Reception Software Sequence E because both the '239 Accused Products and the claimed structure receive a composite signal (i.e. a combined audio and video signal) from a mobile remote unit using a modem over a communication network to a modem on the host unit.  Further, the Wi-Fi module that is connected to a radio-frequency (RF) transceiver and antenna on all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices) as well as the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices and related software in the '239 Accused Products achieve substantially the same results as one or more modems, corresponding to the number of modems used in the remote unit, connected to one or more cellular telephones, telephone lines, and/or radio transmitters and File Reception Software Sequence E because in both the '239 Accused Products and the claimed structure the host unit receives a composite signal (i.e. a combined audio and video signal) from a mobile remote unit. I reserve the right to provide additional detail and analysis for the equivalence of the structure

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

corresponding to this "means-plus-function" claim term should the Court adopt Apple's proposed construction.

1353. I have included evidence in my Expert Report that I may rely on at trial that this limitation is met, including source code, elsewhere in this Report. Moreover, evidence that the composite signal is received by the host unit can be found through use of the Accused Devices. In FaceTime, evidence that the composite signal is received can be seen when the audio and video are received by the device. Moreover, evidence that the audio and video file sent via email or text message is received can be seen when an Accused Device receives that audio and video file.

### 4. Claim 1 – Limitation 3

*a playback unit including:*

1354. The '239 Accused Products meet this claim limitation. In particular, the '239 Accused Products can and are used to form a system for transmission of data comprising a playback unit. More particularly, all of the '239 Accused Products are playback units because they can and are used for data storage and display.

### (b) means for exchanging data with said host unit;

1355. I understand that under Samsung's proposed construction, the means-plus-function claim term "means for exchanging data with the host unit" has the function of "exchanging data with the host unit" and the corresponding structure is "a network or wired interface for communication between host and playback units." I also understand that under Apple's proposed construction, the means-plus-function claim term "means for exchanging data with the host unit" has the function of "exchanging data with the host unit" and the

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

corresponding structure is "a 16-bit Ethernet card, Novell Netware Lite software and Host Boot

Software Sequence D."

3    1356.   The '239 Accused Products meet this claim limitation. In particular, the '239 Accused Products can and are used to form a system for transmission of data comprising a playback unit that exchanges data with the host unit. There are at least two possible configurations that can be used in forming a system for transmission of data: (a) the host unit and playback unit are combined in a single device; and, (b) the host unit and playback unit are distinct devices.

3    1357.   In the case that the host unit and playback unit are combined in a single device, the host and playback device receives the composite signal from the mobile remote unit and decompresses (and potentially displays) the composite signal on the same device. In this case, data is exchanged between the host unit and playback unit over the internal communication system of the device (e.g. data wires and busses).  All of the '239 Accused Products are a combined host unit and playback unit in a single device.  In addition, all of the '239 Accused Products are capable of data communication over the internal communication system of the device (e.g. data wires and busses) between the Wi-Fi module, DDR SDRAM and Flash drive or hard drive, and application/computer processor System-on-Chip (SoC).  Moreover, iPhone and iPad devices are capable of data communication over the internal communication system of the device (e.g. data wires and busses) between the Wi-Fi module and baseband processor, DDR SDRAM and Flash drive, and application/computer processor System-on-Chip (SoC).  Further, MacBook Pro, iMac, Mac Mini, and Mac Pro are capable of data communication over the internal communication system of the device (e.g. data wires and busses) between the Wi-Fi

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

module and Ethernet modem, DDR SDRAM and Flash drive or hard drive, and application/computer processor System-on-Chip (SoC).

1358.  I understand that Samsung's proposed construction for the structure corresponding to the means-plus-function claim term "means for exchanging data with the host unit" is "a network or wired interface for communication between host and playback units." Under this construction, the '239 Accused Products have the structure of a "means for exchanging data with the host unit."  In particular, the '239 Accused Products have a network or wired interface for communication between host and playback units.  More specifically, all of the '239 Accused Products have an internal communication system (e.g. data wires and busses) between the Wi-Fi module, DDR SDRAM and Flash drive or hard drive, and application/computer processor System-on-Chip (SoC).  Moreover, iPhone and iPad devices have an internal communication system (e.g. data wires and busses) between the Wi-Fi module and baseband processor, DDR SDRAM and Flash drive, and application/computer processor System-on-Chip (SoC).  Further, MacBook Pro, iMac, Mac Mini, and Mac Pro have an internal communication system (e.g. data wires and busses) between the Wi-Fi module and Ethernet modem, DDR SDRAM and Flash drive or hard drive, and application/computer processor System-on-Chip (SoC).  The internal communication system (e.g. data wires and busses) is a wired interface for communication between the Wi-Fi module, baseband processor, and/or Ethernet modem in the host unit and the DDR SDRAM, Flash drive, hard drive, and/or application/computer processor System-on-Chip (SoC) in the playback unit.  I have further discussed these components above.

1359.  To the extent that one considers that the structure of a "means for exchanging data with the host unit" is not present in the '239 Accused Products, an equivalent structure can be

856

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

found in the '239 Accused Products.  In particular, the internal communication system (e.g. data wires and busses) in the '239 Accused Products is insubstantially different from a network or wired interface for communication between host and playback units because both the '239 Accused Products and the claimed structure exchange data using a wired interface between the host unit and playback unit on the single device formed by the combination of the host unit and playback unit.  In addition, the internal communication system (e.g. data wires and busses) in the '239 Accused Products performs substantially the same function as a network or wired interface for communication between host and playback units because both the '239 Accused Products and the claimed structure exchange data between the host unit and playback unit on the single device formed by the combination of the host unit and playback unit.  Moreover, the internal communication system (e.g. data wires and busses) in the '239 Accused Products is performed in substantially the same way as a network or wired interface for communication between host and playback units because both the '239 Accused Products and the claimed structure exchange data using a wired interface between the host unit and playback unit on the single device formed by the combination of the host unit and playback unit.  Further, the internal communication system (e.g. data wires and busses) in the '239 Accused Products achieve substantially the same results as a network or wired interface for communication between host and playback units because in both the '239 Accused Products and the claimed structure data is exchanged between the host unit and playback unit on the single device formed by the combination of the host unit and playback unit.

1360.  I also understand that Apple's proposed construction for the structure corresponding to the means-plus-function claim term "means for exchanging data with the host unit" is "a 16-bit Ethernet card, Novell Netware Lite software and Host Boot Software Sequence

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

D."  Under this construction, the '239 Accused Products have the structure of a "means for exchanging data with the host unit."  In particular, the '239 Accused Products have a 16-bit Ethernet card, Novell Netware Lite software and Host Boot Software Sequence D.  More specifically, all of the '239 Accused Products have an internal communication system (e.g. data wires and busses) between the Wi-Fi module, DDR SDRAM and Flash drive or hard drive, and application/computer processor System-on-Chip (SoC).  Moreover, iPhone and iPad devices have an internal communication system (e.g. data wires and busses) between the Wi-Fi module and baseband processor, DDR SDRAM and Flash drive, and application/computer processor System-on-Chip (SoC).  Further, MacBook Pro, iMac, Mac Mini, and Mac Pro have an internal communication system (e.g. data wires and busses) between the Wi-Fi module and Ethernet modem, DDR SDRAM and Flash drive or hard drive, and application/computer processor System-on-Chip (SoC).  The internal communication system (e.g. data wires and busses) is a wired interface for communication between the Wi-Fi module, baseband processor, and/or Ethernet modem in the host unit and the DDR SDRAM, Flash drive, hard drive, and/or application/computer processor System-on-Chip (SoC) in the playback unit.  I reserve the right to provide additional detail and analysis for the structure corresponding to this "means-plus-function" claim term should the Court adopt Apple's proposed construction.

1361.   To the extent that one considers that the structure of a "means for exchanging data with the host unit" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.  In particular, the internal communication system (e.g. data wires and busses) and related software in the '239 Accused Products is insubstantially different from a 16-bit Ethernet card, Novell Netware Lite software and Host Boot Software Sequence D because both the '239 Accused Products and the claimed structure exchange data using a wired

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

interface between the host unit and playback unit on the single device formed by the combination of the host unit and playback unit.  In addition, the internal communication system (e.g. data wires and busses) and related software in the '239 Accused Products performs substantially the same function as a 16-bit Ethernet card, Novell Netware Lite software and Host Boot Software Sequence D because both the '239 Accused Products and the claimed structure exchange data between the host unit and playback unit on the single device formed by the combination of the host unit and playback unit.  Moreover, the internal communication system (e.g. data wires and busses) and related software in the '239 Accused Products is performed in substantially the same way as a 16-bit Ethernet card, Novell Netware Lite software and Host Boot Software Sequence D because both the '239 Accused Products and the claimed structure exchange data using a wired interface between the host unit and playback unit on the single device formed by the combination of the host unit and playback unit.  Further, the internal communication system (e.g. data wires and busses) and related software in the '239 Accused Products achieve substantially the same results as a 16-bit Ethernet card, Novell Netware Lite software and Host Boot Software Sequence D because in both the '239 Accused Products and the claimed structure data is exchanged between the host unit and playback unit on the single device formed by the combination of the host unit and playback unit.  I reserve the right to provide additional detail and analysis for the equivalence of the structure corresponding to this "means-plus-function" claim term should the Court adopt Apple's proposed construction.

1362.   In the case that the host unit and playback unit are distinct devices, the host unit serves as a relay whereby it receives the composite signal from the mobile remote unit and then forwards the composite signal to the playback unit over a communication network for decompression (and potentially display).  In this case, data is exchanged between the host unit

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

and playback unit over a cable such as a USB cord or a communication network such as a Wi-Fi network, cellular network or Ethernet network. All of the '239 Accused Products are capable of data communication over a cable such as a USB cord. In addition, all of the '239 Accused Products are capable of data communication over Wi-Fi networks and include a Wi-Fi module and radio-frequency (RF) transceiver and antenna. Moreover, cellular-enabled iPhone and iPad devices are capable of data communication over cellular networks and include a baseband processor combined with a mobile data modem and radio-frequency (RF) transceiver and antenna. Further, MacBook Pro, iMac, Mac Mini, and Mac Pro are capable of data communication over Ethernet networks and include an Ethernet modem.

1363. I understand that Samsung's proposed construction for the structure corresponding to the means-plus-function claim term "means for exchanging data with the host unit" is "a network or wired interface for communication between host and playback units." Under this construction, the '239 Accused Products have the structure of a "means for exchanging data with the host unit." In particular, the '239 Accused Products have a network or wired interface for communication between host and playback units. More specifically, all of the '239 Accused Products have a cable such as a USB cord for data communication between devices. In addition, all of the '239 Accused Products have a Wi-Fi module and radio-frequency (RF) transceiver and antenna for data communication over Wi-Fi networks. Moreover, cellular-enabled iPhone and iPad devices have a baseband processor combined with a mobile data modem and radio-frequency (RF) transceiver and antenna for data communication over cellular networks. Further, MacBook Pro, iMac, Mac Mini, and Mac Pro have an Ethernet modem for data communication over Ethernet networks. The USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

antenna is a network interface for communication between the USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or antenna in the host unit and the corresponding circuits and devices in the playback unit.

2 & 3

1364.   To the extent that one considers that the structure of a "means for exchanging data with the host unit" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.   In particular, the USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or antenna in the '239 Accused Products is insubstantially different from a network or wired interface for communication between host and playback units because both the '239 Accused Products and the claimed structure exchange data using a network interface between the host unit and playback unit on the distinct devices.   In addition, the USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or antenna in the '239 Accused Products performs substantially the same function as a network or wired interface for communication between host and playback units because both the '239 Accused Products and the claimed structure exchange data between the host unit and playback unit on the distinct devices.   Moreover, the USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or antenna in the '239 Accused Products is performed in substantially the same way as a network or wired interface for communication between host and playback units because both the '239 Accused Products and the claimed structure exchange data using a network interface between the host unit and playback unit on the distinct devices.  Further, the USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or antenna in the '239 Accused Products achieve substantially the same results

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

as a network or wired interface for communication between host and playback units because in both the '239 Accused Products and the claimed structure data is exchanged between the host unit and playback unit on the distinct devices.

1365. I also understand that Apple's proposed construction for the structure corresponding to the means-plus-function claim term "means for exchanging data with the host unit" is "a 16-bit Ethernet card, Novell Netware Lite software and Host Boot Software Sequence D." Under this construction, the '239 Accused Products have the structure of a "means for exchanging data with the host unit." In particular, the '239 Accused Products have a network or wired interface for communication between host and playback units. More specifically, all of the '239 Accused Products have a cable such as a USB cord for data communication between devices. In addition, all of the '239 Accused Products have a Wi-Fi module and radio-frequency (RF) transceiver and antenna for data communication over Wi-Fi networks. Moreover, cellular-enabled iPhone and iPad devices have a baseband processor combined with a mobile data modem and radio-frequency (RF) transceiver and antenna for data communication over cellular networks. Further, MacBook Pro, iMac, Mac Mini, and Mac Pro have an Ethernet modem for data communication over Ethernet networks. The USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or antenna is a network interface for communication between the USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or antenna in the host unit and the corresponding circuits and devices in the playback unit. I reserve the right to provide additional detail and analysis for the structure corresponding to this "means-plus-function" claim term should the Court adopt Apple's proposed construction.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

2 & 3

1366.   To the extent that one considers that the structure of a "means for exchanging data with the host unit" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.   In particular, the USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or antenna and related software in the '239 Accused Products is insubstantially different from a 16-bit Ethernet card, Novell Netware Lite software and Host Boot Software Sequence D because both the '239 Accused Products and the claimed structure exchange data using a network interface between the host unit and playback unit on the distinct devices (especially for the Ethernet modem on MacBook Pro, iMac, Mac Mini, and Mac Pro devices).   In addition, the USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or antenna and related software in the '239 Accused Products performs substantially the same function as a 16-bit Ethernet card, Novell Netware Lite software and Host Boot Software Sequence D because both the '239 Accused Products and the claimed structure exchange data between the host unit and playback unit on the distinct devices. Moreover, the USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or antenna and related software in the '239 Accused Products is performed in substantially the same way as a 16-bit Ethernet card, Novell Netware Lite software and Host Boot Software Sequence D because both the '239 Accused Products and the claimed structure exchange data using a network interface between the host unit and playback unit on the distinct devices (especially for the Ethernet modem on MacBook Pro, iMac, Mac Mini, and Mac Pro devices).   Further, the USB or wired port, Wi-Fi module, baseband processor, mobile data modem, Ethernet modem, radio-frequency (RF) transceiver, and/or antenna and related software in the '239 Accused Products achieve

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

substantially the same results as a 16-bit Ethernet card, Novell Netware Lite software and Host Boot Software Sequence D because in both the '239 Accused Products and the claimed structure data is exchanged between the host unit and playback unit on the distinct devices. I reserve the right to provide additional detail and analysis for the equivalence of the structure corresponding to this "means-plus-function" claim term should the Court adopt Apple's proposed construction, to the extent necessary.

1367. I have included evidence in my Expert Report that I may rely on at trial that this limitation is met, including source code, elsewhere in this Report. Moreover, evidence that data is exchanged with the host unit is evidenced in that in both FaceTime and sending an audio and video via email or text message, the audio and video are received, *and* can be played back.

### (c)   means for storing the composite signal received by the host unit;

1368. I understand that under Samsung's proposed construction, the means-plus-function claim term "means for storing said composite signal" has the function of "storing said composite signal" and the corresponding structure is "memory, such as a hard disk or random access memory." I also understand that under Apple's proposed construction, the means-plus-function claim term "means for storing said composite signal" has the function of "storing said composite signal" and the corresponding structure is "a Hard disk drive and the software."

1369. The '239 Accused Products meet this claim limitation. In particular, the '239 Accused Products can and are used to form a system for transmission of data comprising a playback unit that stores composite signals received by the host unit from the mobile remote units. More particularly, all of the '239 Accused Products are playback units that can and are used to store composite signals received by the host unit from mobile remote units such as all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

(including MacBook Air and MacBook Pro devices).  The '239 Accused Products receive a combination of compressed audio and video signals transmitted from mobile remote units such as all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices) and store the combination of compressed audio and video signals in memory storage devices.

1370.  The memory storage devices include both a DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices).

1371. I understand that Samsung's proposed construction for the structure corresponding to the means-plus-function claim term "means for storing said composite signal" is "memory, such as a hard disk or random access memory."  Under this construction, the '239 Accused Products have the structure of a "means for storing said composite signal."  In particular, the '239 Accused Products have memory, such as a hard disk or random access memory.  More specifically, the '239 Accused Products have a DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices).

1372.  To the extent that one considers that the structure of a "means for storing said composite signal" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.  In particular, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

and MacBook Pro devices) in the '239 Accused Products is insubstantially different from memory, such as a hard disk or random access memory because both the '239 Accused Products and the claimed structure write the composite signal into a memory storage device in the playback unit for later retrieval. In addition, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices) in the '239 Accused Products performs substantially the same function as memory, such as a hard disk or random access memory because both the '239 Accused Products and the claimed structure write the composite signal into a memory storage device. Moreover, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices) in the '239 Accused Products is performed in substantially the same way as memory, such as a hard disk or random access memory because both the '239 Accused Products and the claimed structure write the composite signal into a memory storage device. Further, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices) in the '239 Accused Products achieve substantially the same results as memory, such as a hard disk or random access memory because in both the '239 Accused Products and the claimed structure the composite signal can be read from a playback device in the mobile remote unit at a later time.

1373. I also understand that Apple's proposed construction for the structure corresponding to the means-plus-function claim term "means for storing said composite signal"

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

is "a Hard disk drive and the software."  Under this construction, the '239 Accused Products have the structure of a "means for storing said composite signal."  In particular, the '239 Accused Products have a Hard disk drive and the software.  More specifically, the '239 Accused Products have a DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices).  In addition, the '239 Accused Products have both operating system and application software for writing data to the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices).

1374.  To the extent that one considers that the structure of a "means for storing said composite signal" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.  In particular, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices) as well as the operating system and application software for writing data to these memory storage devices in the '239 Accused Products is insubstantially different from a Hard disk drive and the software because both the '239 Accused Products and the claimed structure use software to write the composite signal into a memory storage device in the playback unit for later retrieval.  In addition, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices) as well as the operating system and application software for writing

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

data to these memory storage devices in the '239 Accused Products performs substantially the same function as a Hard disk drive and the software because both the '239 Accused Products and the claimed structure write the composite signal into a memory storage device.  Moreover, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices) as well as the operating system and application software for writing data to these memory storage devices in the '239 Accused Products is performed in substantially the same way as a Hard disk drive and the software because both the '239 Accused Products and the claimed structure use software to write the composite signal into a memory storage device.  Further, the DDR SDRAM as well as a NAND Flash memory for handheld devices (including all iPhone, iPad, and iPod Touch devices) and DDR SDRAM as well as Flash drive or hard disk drive for laptop computers (including MacBook Air and MacBook Pro devices) as well as the operating system and application software for writing data to these memory storage devices in the '239 Accused Products achieve substantially the same results as a Hard disk drive and the software because in both the '239 Accused Products and the claimed structure the composite signal can be read from a playback device in the mobile remote unit at a later time.

1375.  I have included evidence in my Expert Report that I may rely on at trial that this limitation is met, including source code, elsewhere in this Report.  Moreover, evidence that the composite signal is stored in the playback unit can be seen by the fact that the audio and video are received and can be played back.  In the case of FaceTime, because the audio and video must be decompressed, they must be saved in memory for these operations to occur.  Further, in the case of an audio and video file sent via email or text message, the audio and video file is saved in

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

memory and/or NAND Flash memory for iOS devices and stored on memory and/or solid-state drive or hard drive on Mac OS X devices and played back at a later time.

**(d)** **means for decompressing said composite signal.**

1376. I understand that under Samsung's proposed construction, the means-plus-function claim term "means for decompressing said composite signal" has the function of "decompressing said composite signal" and the corresponding structure is "a video card and an audio card." I also understand that under Apple's proposed construction, the means-plus-function claim term "means for decompressing said composite signal" has the function of "decompressing said composite signal" and the corresponding structure is "a video decompression card that is similar to the video card installed in the remote unit with the exception that the capture module is not necessary and an audio decompression card."

1377. The '239 Accused Products meet this claim limitation. In particular, the '239 Accused Products can and are used to form a system for transmission of data comprising a playback unit that decompresses composite signals received by the host unit from the mobile remote units. More particularly, all of the '239 Accused Products are playback units that can and are used to decompress composite signals received by the host unit from mobile remote units such as all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices). The '239 Accused Products receive a combination of compressed audio and video signals transmitted from mobile remote units such as all handheld devices (including all iPhone, iPad, and iPod Touch devices) and laptop computers (including MacBook Air and MacBook Pro devices) and decompress the combination of compressed audio and video signals.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1378. ███████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████

1379. I understand that Samsung's proposed construction for the structure corresponding to the means-plus-function claim term "means for decompressing said composite signal" is "a video card and an audio card." Under this construction, the '239 Accused Products have the structure of a "means for decompressing said composite signal." In particular, the '239 Accused Products have a video card and an audio card. More specifically, the '239 Accused Products have ████████████████████████████████

████████████████████████████████████████

████████████████████████████

1380. To the extent that one considers that the structure of a "means for decompressing said composite signal" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products. In particular, ██████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████ in the '239 Accused Products is insubstantially different from a video card and an audio card because both the '239 Accused Products and the claimed structure decompress audio and video signals on devices that reside on at least one card in the playback unit and thus generate decompressed digital audio and video signals in the playback unit. In addition, ██

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

in the '239 Accused Products performs substantially the same function as a video card and an audio card because both the '239 Accused Products and the claimed structure decompress audio and video signals.  Moreover,

in the '239 Accused Products is performed in substantially the same way as a video card and an audio card because both the '239 Accused Products and the claimed structure decompress audio and video signals on devices that reside on at least one card in the playback unit.  Further,

in the '239 Accused Products achieve substantially the same results as a video card and an audio card because both the '239 Accused Products and the claimed structure generate decompressed digital audio and video signals in the playback unit.

1381. I also understand that Apple's proposed construction for the structure corresponding to the means-plus-function claim term "means for decompressing said composite signal" is "a video decompression card that is similar to the video card installed in the remote unit with the exception that the capture module is not necessary and an audio decompression card."  Under this construction, the '239 Accused Products have the structure of a "means for decompressing said composite signal."  In particular, the '239 Accused Products have a video decompression card that is similar to the video card installed in the remote unit with the

871

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

exception that the capture module is not necessary and an audio decompression card.  More specifically, the '239 Accused Products have ███████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

Moreover, the '239 Accused Products use ███████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████ Therefore, the audio and video card used in the playback unit of the '239 Accused Products is very similar, and often identical, to the audio and video card used in the mobile remote unit.

2 & 3

     1382.   To the extent that one considers that the structure of a "means for decompressing said composite signal" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.  In particular, ██████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████ in the '239 Accused Products is insubstantially different from a video decompression card that is similar to the video card installed in the remote unit with the exception that the capture module is not necessary and an audio decompression card because both the '239 Accused Products and the claimed structure decompress audio and video signals on devices that reside on at least one card in the playback unit that is similar to the card used in the mobile remote unit and thus generate decompressed digital audio and video signals in the playback unit.  In addition, █████████████████████████████

███████████████████████████████████████████████████████████

872

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

'239 Accused Products performs substantially the same function as a video decompression card that is similar to the video card installed in the remote unit with the exception that the capture module is not necessary and an audio decompression card because both the '239 Accused Products and the claimed structure decompress audio and video signals.  Moreover, in the '239 Accused Products is performed in substantially the same way as a video decompression card that is similar to the video card installed in the remote unit with the exception that the capture module is not necessary and an audio decompression card because both the '239 Accused Products and the claimed structure decompress audio and video signals on devices that reside on at least one card in the playback unit that is similar to the card used in the mobile remote unit.  Further, in the '239 Accused Products achieve substantially the same results as a video decompression card that is similar to the video card installed in the remote unit with the exception that the capture module is not necessary and an audio decompression card because both the '239 Accused Products and the claimed structure generate decompressed digital audio and video signals in the playback unit.

1383.   I have included evidence in my Expert Report that I may rely on at trial that this limitation is met, including source code, elsewhere in this Report.  Moreover, evidence that the composite signal is decompressed is evidenced by the fact that the compressed audio and video

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

## 2.  Claim 15 – Limitation 1

*a computer including a video capture module to capture and compress video in real time;*

1463.   Notwithstanding that this is not a "means-plus-function" claim and does not include the same limitations as the "means for capturing, digitizing, and compressing" element of Claim 1, all of the evidence and opinions applicable to that limitation are also applicable here. In particular, Apple has set forth non-infringement arguments that make it appear that it will argue that this term is identical to the "means-plus-function" limitation from Claim 1 above. To the extent that the Court adopts Apple's arguments, my opinions for the claim term from Claim 1 above set forth my opinions as to why this term is infringed in light of Apple's argument.

1464.   The '239 Accused Products meet this claim limitation.  In particular, the '239 Accused Products the '239 Accused Products can and are used to form a system for transmission of data comprising a computer that includes a video capture module to capture and compress video in real time.  More particularly, all of the '293 Accused Products are computers because they all contain processing units that are used to perform various computations including real-time video capture and compression.

1465.   Capture of video signals in the Accused Devices is performed by an ███████ █████████████████████████████████████████ that includes an image array (with sample/hold circuitry) and an Analog-to-Digital Converter (ADC), as explained above.[129]

1466.   Capture  and  compression  of  video  signals  is  performed ████████████ ███████████████████████████████████████████████████████████████████

---

[129] iPhone, iPad, and iPod touch devices have (front and rear) camera sensors.  The rear camera sensor for iPhone 4S and iPhone 5 is produced by a different manufacturer.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1475.   Moreover, use of the Accused Products is evidence that the stored file is obtained and transmitted.  For example, when FaceTime is used, the video is received by the receiver – it could not have been received if it were not transmitted.  Likewise, when sending video via email or text message, the host unit receives an email or text message with the transmitted video file attached.  It could not be received if it was not transmitted.

1476.   To the extent that one considers that the structure of a "means for transmission of said captured video over a cellular frequency" is not present in the '239 Accused Products, an equivalent structure can be found in the '239 Accused Products.  In particular, the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices are insubstantially different from one or more modems connected to one or more cellular telephones or cellular radio transmitters because both the '239 Accused Products and the claimed structure are used for transmission of a video signal from a mobile remote unit using a modem over a communication network to a modem on the host unit.  In addition, the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices performs substantially the same function as one or more modems connected to one or more cellular telephones or cellular radio transmitters because both the '239 Accused Products and the claimed structure are used for transmission of a video signal from a mobile remote unit.  Moreover, the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices is performed in substantially the same way as one or more modems connected to one or more cellular telephones or cellular radio transmitters because both the '239 Accused Products and the claimed structure transmit a video signal from a mobile remote unit using a modem over a

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

communication network to a modem on the host unit. Further, the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices achieve substantially the same results as one or more modems connected to one or more cellular telephones or cellular radio transmitters because in both the '239 Accused Products and the claimed structure the host unit receives a video signal from a mobile remote unit.

1477. I also understand that Apple's proposed construction for the structure corresponding to the means-plus-function claim term "means for transmission of said captured video over a cellular frequency" is "one or more modems connected to one or more cellular telephones, and software performing a software sequence of initializing one or more communications ports on the remote unit, obtaining the stored data file, and transmitting the stored data file." Under this construction, the '239 Accused Products have the structure of a "means for transmission of said captured video over a cellular frequency." In particular, the '239 Accused Products have one or more modems connected to one or more cellular telephones, and software performing a software sequence of initializing one or more communications ports on the remote unit, obtaining the stored data file, and transmitting the stored data file. More specifically, the cellular-enabled iPhone and iPad devices have a baseband processor combined with a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna as well as cellular telephones. The baseband processor constitutes a modem and part of a mobile telephone because it modulates and demodulates cellular signals.

1478. Moreover, all of the '239 Accused Products have operating system and application software that is compatible with the cellular communication standard and is used to enable communications between the baseband processors and mobile data modems on the

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1494.   Moreover, use of the Accused Products is evidence that the stored file is obtained

and transmitted.  For example, when FaceTime is used, the video is received by the receiver – it

could not have been received if it were not obtained and transmitted.  Likewise, when sending

video via email or text message, the host unit receives an email or text message with the

transmitted video file attached.  It could not be received if it was not obtained and transmitted.

1495.   To the extent that one considers that the structure of a "means for transmission of

said captured video over a cellular frequency" is not present in the '239 Accused Products, an

equivalent structure can be found in the '239 Accused Products.  In particular, the baseband

processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and

antenna on cellular-enabled iPhone and iPad devices as well as the operating system and

application software modules identified above in the '239 Accused Products are insubstantially

different from one or more modems connected to one or more cellular telephones, and software

performing a software sequence of initializing one or more communications ports on the remote

unit, obtaining the stored data file, and transmitting the stored data file because both the '239

Accused Products and the claimed structure are used for transmission of a video signal from a

mobile remote unit using a modem over a communication network to a modem on the host unit.

In addition, the baseband processor and a mobile data modem that are connected to a radio-

frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices as well as

the operating system and application software modules identified above in the '239 Accused

Products performs substantially the same function as one or more modems connected to one or

more cellular telephones, and software performing a software sequence of initializing one or

more communications ports on the remote unit, obtaining the stored data file, and transmitting

the stored data file because both the '239 Accused Products and the claimed structure are used

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

for transmission of a video signal from a mobile remote unit.  Moreover, the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices as well as the operating system and application software modules identified above in the '239 Accused Products is performed in substantially the same way as one or more modems connected to one or more cellular telephones, and software performing a software sequence of initializing one or more communications ports on the remote unit, obtaining the stored data file, and transmitting the stored data file because both the '239 Accused Products and the claimed structure transmit a video signal from a mobile remote unit using a modem over a communication network to a modem on the host unit.  Further, the baseband processor and a mobile data modem that are connected to a radio-frequency (RF) transceiver and antenna on cellular-enabled iPhone and iPad devices as well as the operating system and application software modules identified above in the '239 Accused Products achieve substantially the same results as one or more modems connected to one or more cellular telephones, and software performing a software sequence of initializing one or more communications ports on the remote unit, obtaining the stored data file, and transmitting the stored data file because in both the '239 Accused Products and the claimed structure the host unit receives a video signal from a mobile remote unit.

1496.  I have included evidence in my Expert Report that I may rely on at trial that this limitation is met, including source code, elsewhere in this Report.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

### C.   "means for storing said composite signal" (Claim 1)

1630.   Apple states:

> Samsung contends that the "Mobile Remote Unit has a means for storing
> the composite signal, such as a NAND flash module or RAM." But
> Samsung has failed to provide a means plus function analysis for this
> limitation. The only corresponding structure disclosed in the '239 patent
> for performing the function required by the "means for storing" limitation
> is a hard disk drive and the software identified at 3:1-5, 4:52-57, and 6:14-
> 16. None of the Apple iOS devices has a hard disk drive, and neither
> NAND flash memory nor RAM is a hard disk drive. (*See, e.g.,*
> APL630DEF-WH0005285127;                          APL630DEF-WH0001809981;
> APL630DEF-WH0001593264; and other Bills of Material for iOS devices
> cited below.) Moreover, both the NAND flash memory and RAM store
> only digital data and does not store a "composite signal." (*See, e.g.*, Millet
> Tr. at 53:2-17.) Samsung has also failed to identify any software in the
> accused products that satisfy the software limitations of the corresponding
> structure. The accused iOS devices do not have any software that saves
> videos to a hard disk drive.

1631.   Apple's argument is based on its claim construction.  This term has not been construed by the Court.  As I explained above, the proper structure for this term is "memory, such as a hard disk or random access memory."  If the Court construes the term correctly based on my construction, then there is no question that Apple's non-infringement argument fails.  I have explained the way Apple infringes above.

1632.   Apple also contends that the software identified at 3:1-5, 4:52-57, and 6:14-16 must be incorporated into the structure, and claims that Samsung has failed to identify any software in the accused functions that satisisfies these software limitations.  Software is not necessary for this limitation.  However, even if Apple is correct, Apple does not identify precisely what it contends these software limitations are.  If Apple contends that the software limitations are "storing said composite signal," then the devices do precisely this when the data is stored in the memories identified above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1633.   At 3:1-5, the '239 patent states:  "Once digitized and compressed, the data file is captured in the computer's memory by a capture module in the video capture card.  A software sequence then instructs the computer central processing unit to store the captured data file on the computer's hard disk."  I have explained above how the data is stored in the memory location.  Such a software step must exist for the storage take place.

1634.   At 4:52-57, the '239 patnet states: "A permanent capture file is stored on the hard disk of the remote unit and is called up into the remote unit's RAM where an input video signal is captured.  This permanent capture file has a 10 Mb default, however, in the event a larger file is created, the capture file will expand to the requisite size."  It is not clear what Apple contends is the software step, if any, that must be incorporated into the structure.  In any event, this statement just says that the memory has to be a certain size and can be expanded.  It does not tie the size of the memory to 10MB.  The Apple memory has a memory size, as it must to be able to store data.

1635.   At 6:14-16, the '239 patent states: "The remote unit then stores the digitized and compressed video signal as a data file with a .cap extension on the hard disk."  It is not clear what Apple is contending is the software step that must be incorporated into the structure.  To the extent Apple contends that the file must have an extension of ".cap," I disagree.  The step of "storing the composite signal" has nothing to do with assigning a particular file extension.

1 & 2  Should the Court adopt this construction, Apple still infringes because the Accused Products are an equivalent.  The Accused Products perform the same function of "storing the composite signal."  They do this in the same way as the claims by storing the data to a memory location, and the result is the same – the data is stored.  To the extent there are any differences, they are

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

insubstantial, because assigning any particular file extension, or no file extentsion, does not affect the storage of the data.

1636. If, however, Apple wins its construction, then saving the video and audio signals to the RAM or NAND is an equivalent under Section 112 ¶ 6.[138] The function for this claim term is "storing said composite signal." Both the hard disk (as Apple contends), and all memory used by Apple store the video and audio digitized signals. Moreover, they perform this function in the same way – by providing memory space where the bits of the digitized signal are stored. Finally, the result is the same – a storage location for the digitized data. Finally, the result is the same. The result is that the data is stored in a precise location.

1637. If Apple successfully argues that equivalents under 112 ¶ 6 do not apply, Apple still infringes under the doctrine of equivalents. Both the hard disk (as Apple contends), and all memory used by Apple store the video and audio digitized signals. Moreover, they perform this function in the same way – by providing memory space where the bits of the digitized signal are stored. Finally, the result is the same – a storage location for the digitized data. Finally, the result is the same. The result is that the data is stored in a precise location.

1638. Apple states:

In addition, with respect to FaceTime, the accused products do not contain the software portion of the corresponding structure, which requires that "the digitized and compressed video signal [be stored] as a data file." ('239 patent at 6:14-16, 3:1-5, 4:52-57; *see also e.g. id.* at Figure 3, 2:26-38, 2:46-58, 2:66-3:21, 3:26-60, 4:42-46, 4:52-5:7, 5:46-54, 6:9-18, 6:27-29, 6:31-39, 7:21-33, 8:17-40, 9:3-24, 9:65-10:54, 11:1-8, 11:11-14, 11:26-12:23, 12:27-51; SAMNDCA630-00832596 [2/2/96 Amend.] at 10-11; SAMNDCA630-00832632 [5/20/96 Amend.] at 9; Docket No. 447

---

[138] Different memories were available at the time of the invention, including RAM, which is explicitly mentioned in the patent. However, the cost of memory has decreased over the years.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
[Claim Const. Order] at 64.) FaceTime uses buffering and never creates or
stores a data file. (*See, e.g.*, Garcia Tr. at 42:4-14, 44:21-45:5, 46:12-47:4.)

1639. I disagree.  First of all, Apple did not even say that the statement "the digitized
and compressed video signal [be stored] as a data file] needs to be part of the construction.
Apple is once again asking for yet another construction.  This time, they are asking for a
construction of the word "file," which is already in the Court's construction for "means for
transmitting."  And it is not clear what kind of construction they are asking for, because it fails to
explain why it contends FaceTime is not storing the data as a file.  On the contrary, ████████

████████████████████████████████████████████████████████

████████   The file is the collection of video frame data stored in the buffer.  This file is no
different from any other file of data that is stored and obtained, and Apple does not articulate any
reason why it is different.  Nor can it.  There is no difference between storage of files in any
particular memory location.  Indeed, digital data is always stored as "1s" and "0s" that can be
retrieved at a later point by the device, which is precisely what FaceTime does, as explained
above.

1 & 2    1640.  To the extent Apple is successfully able to argue that FaceTime does not store as
a "file," Apple still infringes either as an equivalent under 112 Par. 6 or under the doctrine of
equivalents (as it is not clear whether Apple contends this is part of the structure or function of
the claim term).  Both perform the same function of storing a composite signal (video and audio).
Both do this in the same way as providing a memory space where data can be stored.  And the
result is the same.  The video and audio data are stored in a storage location.

D.    **"Means for transmitting said composite signal" (Claim 1)**

1641.  Apple states:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

respect to the "Gattis" reference that I addressed above, then, for the same reasons that I set forth

above in response to Apple's argument in the "means for capturing, digitizing, and compressing"

limitation, it is my opinion that Apple is incorrect.   I refer Apple to my opinions above for

reference with this limitation.

### E.   "means for receiving at least one composite signal transmitted by the remote unit" (Claim 1)

1689.   Apple states:

> Samsung asserts that "[o]n information and belief," the accused devices "each have a computer interface(s) for receiving a composite signal transmitted by the remote unit either over cellular or Wi-Fi frequencies," and that the accused iOS devices each have a baseband chip and a wireless chip "for receiving the compressed composite video." Samsung has also identified Wi-Fi sync with iTunes and FaceTime as "software [that] . . . works in conjunction with that computer interface(s) to allow a host unit to receive information from a Mobile Unit such as an iPad mini." Samsung has failed to provide a means plus function analysis for this limitation. The only corresponding structure disclosed in the '239 patent for performing this limitation is one or more modems, corresponding to the number of modems used in the remote unit, connected to one or more cellular telephones, telephone lines, and/or radio transmitters, and File Reception Software Sequence E. (*See* '239 patent at 10:33-61, 11:18-12:8.) But Samsung has failed to identify any such structure in the accused devices. Because Samsung has failed to articulate its infringement theory with respect to each requirement of this limitation, Samsung cannot prove infringement of claim 1 and Apple cannot fully respond to Samsung's infringement contentions.

1690.   I disagree.   As set forth above, I have identified a specific structure for this

limitation, and I have further identified the structure in each of the accused devices that meet this

limitation.   I note that this limitation is part of the host/playback device, and the host/playback

devices include all of the accused remote devices, as well as Apple's computer products.

1691.   Apple states:

> In any event, for the same reasons discussed above with respect to the "means for transmitting" limitation, none of the accused iOS devices has the required hardware structure. In addition, Samsung cannot prove

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

infringement with respect to this limitation by Wi-Fi sync with iTunes because it is incapable of syncing videos taken by the iOS device using the camera (Samsung's theory of "capturing" "at least one composite signal") with iTunes or by FaceTime because it does not use data files. ('239 patent at 6:14-16, 3:1-5, 4:52-57; *see also e.g. id.* at Figure 3, 2:26-38, 2:46-58, 2:66-3:21, 3:26-60, 4:42-46, 4:52-5:7, 5:46-54, 6:9-18, 6:27-29, 6:31-39, 7:21-33, 8:17-40, 9:3-24, 9:65-10:54, 11:1-8, 11:11-14, 11:26-12:23, 12:27-51; SAMNDCA630-00832596 [2/2/96 Amend.] at 10-11; SAMNDCA630-00832632 [5/20/96 Amend.] at 9; Docket No. 447 [Claim Const. Order] at 64 (requiring transmission of the "stored data file").) FaceTime uses buffering and never creates or stores a data file. (*See, e.g.*, Garcia Tr. at 42:4-14, 44:21-45:5, 46:12-47:4.) Nor do any of the accused Mac computers satisfy this limitation. The accused Mac computers do not have a baseband chip. For the same reasons discussed above with respect to the "means for transmitting" limitation, the Wi-Fi chip in the accused Mac computers do not satisfy this limitation. In addition, Samsung cannot prove infringement with respect to this limitation by Wi-Fi sync with iTunes because it is incapable of syncing videos taken by the iOS device using the camera (Samsung's theory of "capturing" "at least one composite signal") with iTunes or by FaceTime because it does not use data files. ('239 patent at 6:14-16, 3:1-5, 4:52-57; *see also e.g. id.* at Figure 3, 2:26-38, 2:46-58, 2:66-3:21, 3:26-60, 4:42-46, 4:52-5:7, 5:46-54, 6:9-18, 6:27-29, 6:31-39, 7:21-33, 8:17-40, 9:3-24, 9:65- 10:54, 11:1-8, 11:11-14, 11:26-12:23, 12:27-51; SAMNDCA630-00832596 [2/2/96 Amend.] at 10-11; SAMNDCA630-00832632 [5/20/96 Amend.] at 9; Docket No. 447 [Claim Const. Order] at 64 (requiring transmission of the "stored data file").) FaceTime uses buffering and never creates or stores a data file. (*See, e.g.*, Garcia Tr. at 42:4-14, 44:21-45:5, 46:12-47:4.) Because the required components do not exist in the accused Mac computers or iOS devices, Apple does not infringe.

1 & 2

1692. Because Apple states that "for the same reasons discussed above with respect to the 'means for transmitting' limitation none of the accuseed iOS devices has the required hardware structure," I therefore refer Apple to my opinions as to why they are incorrect with respect to the "means for transmitting" limitation.  To the extent Apple makes any of these same arguments with respect to the "means for receiving" limitation, I incorporate by reference all of my opinions with respect to "means for transmitting," including my opinions that Apple's structure is an equivalent under § 112 ¶6, and that Apple infringes under the doctrine of

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

equivalents.  This includes my opinions regarding FaceTime and Files/buffering, including those opinions that appear in the "means for capturing, digitizing, and compressing" limitation.

1693.  I do not contend that the Mac computers have a baseband chip.  Because Apple says that "[f]or the same reasons discussed above with respect to the 'means for transmitting' limitation, the Wi-Fi chip in the accused Mac computers do not satisfy this limitation." I refer Apple to my opinions as to why they are incorrect with respect to the "means for transmitting" limitation.  To the extent Apple makes any of these same arguments with respect to the "means for receiving" limitation, I incorporate by reference all of my opinions with respect to "means for transmitting," including my opinions that Apple's structure is an equivalent under § 112 ¶6, and that Apple infringes under the doctrine of equivalents.  This includes my opinions regarding FaceTime and Files/buffering, including those opinions that appear in the "means for capturing, digitizing, and compressing" limitation.

1694.  Apple states:

> Samsung also cannot prove infringement with respect to this limitation for composite signals "transmitted by the remote unit" using Mail, Messages or YouTube. Samsung has failed to identify any structure that performs corresponding functionality on the accused Mac computers for receiving videos transmitted by Mail, Messages, or YouTube. To the extent Samsung is allowed to accuse Mail, Messages, or YouTube upload of satisfying the software structure required to perform the claimed function, those applications do not infringe for the same reasons as discussed with respect to the "means for transmitting" limitation.

1695.  I disagree.  As outlined above, I have identified the specific components in the Mac computers that receive signals transmitted by the remote unit using Mail and Messages.

1696.  Apple states:

> Samsung has also failed to articulate any theory of equivalents under 35 U.S.C § 112 ¶ 6 or the doctrine of equivalents, and the accused devices do not contain the equivalent of the disclosed structure. For this reason, Samsung cannot prove infringement under any theory of equivalents.

1011

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**1 & 2**

1697.   I disagree.   Apple has only referenced back to its non-infringement arguments with respect to the "means for transmitting" limitation above.  Above, I have responded to those arguments and set forth reasons why, if Apple is correct, it still infringes under the doctrine of equivalents, or equivalents under §112 ¶6.  To the extent Apple successfully makes any of those same arguments, my opinions under the doctrine of equivalents, or equivalents under §112 ¶6 apply here.

## F.   "a playback unit including means for exchanging data with said host unit" (Claim 1)

1698.   Apple states:

> Samsung contends only that "[o]n information and belief," the accused products "each have a playback unit for playing the composite signal and displaying it to the user" but fails to identify any such unit in any of the accused Mac computers. Because Samsung has failed to articulate its infringement theory with respect to each requirement of this limitation, Samsung cannot prove infringement of claim 1, and Apple cannot fully respond to Samsung's infringement contentions.

1699.   I disagree.  Above, I have identified the components in the accused devices that meet this element.  I refer Apple to my opinions above.

1700.   Apple states:

> For the "means for exchanging data with said host unit," Samsung asserts that "[o]n information and belief," the accused products "each have a circuit for exchanging the data received by the host computer's interface with the playback unit" and "Apple's software, such as QuickTime and FaceTime, works in conjunction with that computer interface(s) and the circuit to allow a host unit to receive data from an iPhone . . . and transmit it to playback unit." But Samsung has failed to identify any such "circuit" or "interface" or software in any purported playback unit that "exchanges data with the host unit." Because Samsung has failed to articulate its infringement theory with respect to each requirement of this limitation, Samsung cannot prove infringement of claim 1, and Apple cannot fully respond to Samsung's infringement contentions.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1701.   I disagree.  Above, I have identified the components in the accused devices that meet this element.  I refer Apple to my opinions above.

1702.   Apple states:

> Samsung has also failed to provide a means plus function analysis for this limitation. To the extent this limitation is definite, the only structure disclosed in the specification for "exchanging data with said host unit" is a 16-bit Ethernet card, Novell Netware Lite software, and Host Boot Software Sequence D. But Samsung has failed to identify any such card or software. Moreover, Samsung cannot identify any such components because none of accused products uses the required components. Video playback functionality is incorporated into the accused products, thereby eliminating any need for networking components for exchanging data between a "host unit" and "playback unit" within the accused products. Because the required components do not exist in the accused Mac computers, Apple does not infringe claim 1.

1703.   I disagree.  Above, in the claim construction section, I have set forth the proper structure for this claim, and I have also explained why Apple's proposed construction is wrong. If Apple successfully argues for their incorrect construction, however, it is my opinion that this limitation is infrined because the structure in the Accused Devices is an equivalent under § 112 ¶ 6.  Both Apple's structure and the accused products' structure perform the same function of "exchanging data with said host unit."  They do this in substantially the same way of creating a communications connection between the difference components to enable the exchange of data. To the extent there are differences, it is because Apple attempts to incorporate very specific and older mechanisms for this same communication.  Moreover, the result is the same – an exchange of data for eventual possible playback.

1704.   To the extent Apple successfully argues that it is not an equivalent, Apple infringes under the doctrine of equivalence for the same reasons.  Both Apple's structure and the accused products' structure perform the same function of "exchanging data with said host unit." They do this in substantially the same way of creating a communications connection between the

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

difference components to enable the exchange of data.  To the extent there are differences, it is because Apple attempts to incorporate very specific and older mechanisms for this same communication.  Moreover, the result is the same – an exchange of data for eventual possible playback.

1705.   Apple states:

> Samsung has also identified QuickTime and FaceTime as "[o]n information and belief" "working in conjunction with that computer interface(s) and the circuit to allow a host unit to receive data [from an iOS device] and transmit it to playback unit for [the] playback unit." Samsung has failed to articulate a theory of how QuickTime and FaceTime on a playback unit exchanges data with the host unit. Moreover, neither QuickTime nor FaceTime exchanges data between a host unit and a playback unit, either using an Ethernet card and Novel Netware Lite or otherwise. Because the required components do not exist in the accused Mac computers, Apple does not infringe claim 1.

1706.   I note that Apple does not say that QuickTime and FaceTime do not exchange data with the host unit – only that they do not under Apple's construction.  Above, I have set forth my opinions with respect to this limitation.  To the extent Apple is successful in this argument, Apple still infringes under the doctrine of equivalence or equivalents under 112 ¶ 6 as outlined above.

1 & 2

### G.   "means for storing the composite signal received by the host unit" (Claim 1)

1707.   Apple states:

> Samsung asserts only that "[o]n information and belief" the accused products "each have a hard drive or NAND flash module for storing the composite signal that is received by the host unit's interface from a Mobile Remote Unit and then exchanged with the playback unit." Samsung has failed to provide a means plus function analysis for this limitation. The only corresponding structure disclosed in the '239 patent for performing the function required by the "means for storing the composite signal received by the host unit" limitation is a hard disk drive and the software identified at 11:5-8, 12:19-22 and 12:48-51. The storage devices in the Mac computers store only digital data and cannot store an analog

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

"composite signal." For these reasons, Samsung cannot prove infringement of claim 1 with respect to this limitation.

1708.  I disagree.  First, I have set forth my analysis of the proper structure, and how the accused devices meet this structure above.  I refer Apple to that analysis, as well as why Apple construction is incorrect.

1709.  Apple seems to argue now that a composite signal must be analog.  There is nothing in the construction that requires the composite signal to be analog, nor is there anything in the intrinsic record that requires that.  In fact, it is contrary to the claims because the claim requires decompressing the composite signal, which necessarily requires that it still be in digital form.  Apple's own construction also contradicts this, because an analog signal would not be stored on a hard drive – it would more likely be stored on a tape or other medium like that.  To the extent Apple makes this argument, it is my opinion that Apple infringes either because the structure is an equivalent under 112 ¶6, or under the doctrine of equivalents.  Storing an analog signal for eventual playback performs the same function as storing a digital signal for eventual playback – namely, "storing the composite signal."  It does this in the same way, by providing memory for storing that particular signal.  And the result is the same.  The signal is stored and can eventually be played back.

1710.  Apple states:

> Samsung also identifies FaceTime and iTunes Wi-Fi sync as part of the "means for storing." As discussed above, the FaceTime application does not store a data file in NAND flash memory, and iTunes Wi-Fi sync does not sync videos taken on the devices and therefore cannot store them on a playback unit. For these reasons, Samsung cannot prove infringement of claim 1 by FaceTime or iTunes Wi-Fi sync with respect to this limitation.

1711.  Apple appears to reference back to its arguments for regarding FaceTime "files" and "buffers."  Because Apple does not repeat its arguments, I refer Apple to my opinions as to

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

why its arguments are not correct.  It is my opinion that Apple infringes all of the limitations for the same reasons noted above, and if Apple is successful with respect to any of these arguments, Apple still infrinegs under the doctrine of equivalence or equivalents under 112 ¶ 6.

1712.   Apple states:

> Samsung also asserts that "composite signals that are received by the host unit via email [or] messaging" satisfy this limitation. But as discussed above, Samsung has failed to identify Mail or Messages as a "means for receiving" the composite signal transmitted by the remote unit. Because Samsung has failed to articulate its infringement theory with respect to this limitation, Samsung cannot prove infringement of claim 1, and Apple cannot fully respond to Samsung's infringement contentions.

1713.   I disagree.  As I have outlined above, I have identified precisely how each of the accused products infringe this limitation.  I refer Apple to my opinions above.

**H.    "means for decompressing said composite signal" (Claim 1)**

1714.   Apple states:

> Samsung asserts that "[o]n information and belief" the accused products "each have a graphical processing unit such as a video card, including a video decoder, for decompressing the compressed composite signal for playback" and also identifies FaceTime as "software [that] . . . decompresses the composite signal." Samsung has failed to provide a means plus function analysis for this limitation. The only corresponding structure disclosed in the '239 patent for performing the claimed function is a "video decompression card" ('239 patent at 12:3) that is "similar to the video card installed in the remote unit 2 with the exception that the capture module is not necessary" ('239 patent at 12:37-42) and an "audio decompression card" ('239 patent at 12:3-4). But Samsung has failed to identify any video decompression card or audio decompression card in the accused Apple products. Nor does any accused product use a video card or audio card. Because the required components do not exist in the accused products, Apple does not infringe claim 1.

1715. I disagree.   Above, I have set forth my analysis regarding this limitation, including my proposed construction, why Apple's construction is incorrect, and how the Apple products meet this limitation.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1716.   Apple has not set forth any particular reasons why it does not infringe this patent. However, it appears that it may be making the same arguments with respect to "decompression card" as it did for the "cards" in the construction for "means for capturing, digitizing, and compressing" above with respect to the remote unit.   For those reasons, I incorporate by reference all of the arguments I stated as to why Apple still infringes with respect to that limitation – they apply equally in this sense, as decompression can be thought of as a reverse operation of compression.   I also incorporate by reference my opinions that Apple infringes under the doctrine of equivalence or equivalents under 112 ¶ 6.

1717.   Moreover, to the extent there is any doubt, if Apple is successful with their arguments, it infringes under the doctrine of equivalence or equivalents under 112 ¶ 6 because both the accused products and the "cards" mis-described by Apple perform the same function: decompressing the composite signal received by the host unit."   They do this in the same way, by performing a reverse operation to decompress the data that was compressed at the remote unit. And the result is the same.   The data is decompressed for eventual playback.

I.   **"wherein the means for transmitting the composite signal includes: at least one interface installed in conjunction with said remote unit; a cellular telephone connected to each said interface" (Claim 7)**

1718.   As an initial matter, Apple states:

> Claim 7 is a dependent claim that depends on claim 1. The accused Apple devices do not infringe claim 7 at least for the reasons set out above for claim 1.

1719.   For the reasons I set forth above, I disagree, and refer Apple to all of the analysis in response to their arguments above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1720.   I also note that claim 7 is dependent on claim 3, but Apple has not set forth any reasons why the Accused Devices do not infringe claim 3.  Therefore, I understand Apple does not disagree that this claim is met.

1721.   Apple states:

> Samsung contends that the accused products "have at least one interface installed that is connected to a cellular telephone" and that Apple "informs its customers that the baseband processor on some models of the [iOS device] allows it to interface with multiple cellular networks." But the only "interface" disclosed in the specification – and required by the Court – is a "modem," and Samsung has failed to identify a modem in the accused products. (Docket No. 447 [Claim Constr. Order] at 60.) Moreover, as discussed above, the accused iOS devices do not use modems as that structure is disclosed in the patent. The baseband processor identified by Samsung is neither a modem nor "a cellular telephone connected to [an] interface" or modem." Because the required components do not exist in the accused products, Apple does not infringe claim 1.

1 & 2

1722.   I have addressed each of these arguments above with respect to Apple's identical arguments above.  Apple does have modems, and Apple does infringe literally.  I incorporate by reference each of those opinions.  I also incorporate by reference my opinions above with respect to the "means for transmitting" limitation, that Apple infringes under the doctrine of equivalence or literally under equivalents under 112 ¶ 6.  As this limitation merely limits the "means for transmitting" limitation to cellular frequencies, all of the opinions, DOE opinions, and 112 ¶6 equivalents opinions also apply to claim 7.

1723.   **"a computer including a video capture module to capture and compress video in real time" (Claim 15)**

> In any event, Samsung cannot prove infringement with respect to this limitation because the components Samsung identifies – a CMOS image sensor that "uses an A/D converter," a processor with a graphical processing unit, and a video encoder – do not constitute a video capture module. A video capture module is an (outdated) add-on component for personal computers that is used to receive video signals ("capture") from

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

an external device (such as a video camera). (*See* '239 patent at 4:28-31, 4:39-40, 5:44-46, 12:37-42; SAMNDCA630- 00832632 [5/21/96 Amend.] at 12 ("Yurt does not disclose the use of a video card including a video capture module in order to accomplish its capture. The frame grabber technology of Gattis and Palmer is likewise significantly different from a video card having a video capture module as recited in claim 19. The differences between a video card and frame grabber were discussed in Applicant's Amendment and Response to the Office Action dated August 2, 1995, incorporated herein by reference. In light of the fact that a video capture card having a video capture module is not contemplated by Yurt nor Gattis or Palmer, the rejection of claim 19 under 35 U.S.C. §103 is believed overcome.").)4 For the same reasons discussed above with respect to "means for capturing, digitizing, and compressing," the accused products do not have a "video capture module" under either party's construction of "capture."[143]

1724. Apple appears to be making a claim construction argument, but Apple does not explain what it is construing "capture module" to be, nor does it explain how the accused devices do not have a "capture module."  I have applied the plain meaning for this claim term, which I understand is proper in light of the fact that it has not been construed.  Applying the plain meaning of the term, Apple clearly infringes as explained above, because one of ordinary skill in the art would recognize that a video capture module could be the capture hardware or software in a computer to capture and compress video.  I have identified these components above.

1725. Apple appears that it may be making the same arguments that it did with respect to the "video card" above, in conjunction with the limitation "means for capturing, digitizing, and compressing at least one composite signal" in claim 1.  This is not a means plus function term, nor is it the same term.  But, to the extent Apple is making the same arguments it did with respect to that term, I incorporate by reference my opinions from above in response to this

---

[143]   In a previous interrogatory response, Apple sets forth arguments that are nearly identical to those set forth for claim 1, including Apple's "external" argument.  My opinions respond to these arguments equally applying to claim 15 as to claim 1.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

limitation.  I also incorporate by reference my opinion that Apple infringes under the doctrine of equivalence, to the extent Apple is able to successfully make any of its non-infringement arguments.

1726.   Apple cites to the same portions of the specification and file history that it did above to try to define what a capture module is, but it does not provide any clarification as to what Apple contends the term means.  Notably, the portions of the file history Apple cites to refer to the "video card" or "video capture card" and not a video capture module alone.  In fact, the video capture module is a component of the video card.  Claim 15 specifically does not claim a video card and as I explain above, claim 15 was amended so that it did not claim a video card. Apple is wrong to conflate the two, but as I stated in the previous paragraph, to the extent it succeeds in this argument, I incorporate by reference all of my arguments from the claim 1 "means for capturing, digitizing, and compressing" limitation.

1727.   Apple states:

> Although the applicants amended the claim to remove the "video card" from the claim, they disclaimed any construction of the term "video capture module" other than those that can be included on video cards by arguing that the prior art did not disclose a video card including a video capture module. Through this argument, the applicants defined the type of "video capture module" they intended to claim.

1728.   This statement was in a footnote.  I disagree with this statement.  In fact as I explained above, between the "draft" arguments that were submitted to the PTO before the interview, and the "official" submission made in response, the applicant removed the "video card" from the first paragraph of the argument Apple cites to.  It is obvious to one of ordinary skill in the art that the Applicant intended to remove the "video card" from all of the arguments since it was also removed from claim 15.  Moreover, I have explained in previous paragraphs why the arguments do not depend on it being a "video card" and the fact that the Apple devices

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

do not behave like the prior art.  Therefore, to the extent anything was disclosed (and it is my

opinion that nothing was), nothing relevant to the accused products was disclosed.  In any case,

I refer Apple back to my arguments with respect to claim 1, which are equally applicable here

should it make this argument.

**1 & 2**

1729.   Apple states:

> Samsung also cannot prove infringement with respect to to this limitation
> for FaceTime on Mac computers because unlike video capture modules,
> FaceTime dynamically switches between hardware and software decoding,
> depending on network conditions. Moreover, FaceTime does not use
> GPUs as Samsung claims.

1730.   I do not understand this argument.   Nothing in this claim limitation requires

decoding.  To the extent Apple can clarify it, I reserve the right to supplement these opinions at

that time.

### J.   **"means ofr transmission of said captured video over a cellular frequency"** **(Claim 15)**

1731.   Apple states:

> Samsung contends that the accused products "allow[] for the transmission
> of a captured video over a cellular frequency in a variety of ways," states
> that "[o]n information and belief, the Accused Devices have at least one
> cellular antenna and supporting hardware and software, including a
> baseband chip, for transmitting the captured video over a cellular
> frequency," and also identifies Mail, Message, FaceTime, and YouTube
> applications. But Samsung fails to provide a proper means plus function
> analysis. The only corresponding structure disclosed in the '239 patent for
> performing the claimed function is "one or more modems connected to
> one or more cellular telephones, and software performing a software
> sequence of initializing one or more communications ports on the remote
> unit, obtaining the stored data file, and transmitting the stored data file."

1732.   Here, Apple adopts the Court's construction for a completely different claim term

that is inappropriate for this term because it incorporates claim terms that are not in claim 15, and

the term is different from the "measn for transmitting" term that was construed.  I have explained

1021

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

what the proper construction should be, and the reasons my proposed construction is correct (and

how Apple's construction is wrong) above.  I incorporate that claim construction analysis here to

respond to Apple's argument.

1733.   Apple states:

> Samsung also states that "[t]o the extent Apple argues that the term 'means for transmission' in claim 15 is the same as 'means for transmitting' in claim 1, Samsung's amended contentions set forth with respect to claim 1 apply in a similar manner to this term. But for the same reasons discussed above with respect to "means for transmitting," Samsung cannot prove infringement of claim 15 with respect to this limitation. In addition, the accused Mac products do not have baseband chips.

1734.   Apple states that "for the same reasons discussed above with respect to "means

for transmitting," Samsung cannot prove infringement of claim 15 with respect to this limitation.

Because Apple is in fact (as predicted) arguing that this different term means the same thing as

the claim in 1, I incorporate all of my opinions set forth above with respect to the claim 1 term

"means for transmitting said composite signal." As part of that incorporation, I incorporate all of

my opinions that Apple infringes under the doctrine of equivalents and under equivalents as

defined in Section 112 ¶ 6.[144]

1735.   Apple states:

> Samsung also cannot prove infringement with respect to this limitation by FaceTime because, as discussed above, FaceTime does not use stored data files and therefore cannot "obtain" or "transmit" "the stored data file."

1736.   I addressed this argument above in conjunction with my opinions responding to

Apple's non-infringement arguments set forth for claim 1. To the extent Apple is able to make

---

[144]   In all of the situations where I refer back to other sections of my report, and/or incorporate by reference, I decline to repeat the same opinions for ease of space.  However, all of my opinions should apply equally to any similar argument made by Apple.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

this argument, I incorporate by reference all of my arguments that address this same argument, including all of my opinions that Apple infringes under the doctrine of equivalents and under equivalents as defined in Section 112 ¶ 6.  In addition, I note that Apple is attempting to read in a limitation that does not exist.  There is no limitation that a "file" must be created in claim 15, nor is there any limitation stating "means for storing said composite signal" or any "means for storing" limitation.  Therefore, this argument of Apple's is not relevant to claim 15.

1737.   Apple states:

> Finally, Samsung is estopped from asserting the doctrine of equivalents with respect to this limitation for videos taken with FaceTime for the same reasons discussed above for the "means for transmitting" limitation. Applicants added claim 15 (original claim 19) in the same Amendment in which the limiting argument was made, and stated "[t]he arguments contained herein in response to the rejections under 35 U.S.C. §112, 102(a), and 103 apply to new claims 16-20." (SAMNDCA630-00832596 [2/2/96 Amend.] at 12; *see also* SAMNDCA630-00832632 [5/20/96 Amend.] at 9 ("The present invention includes an apparatus capable of capturing a fullcolor, full motion composite signal in real time; digitizing that composite signal into a data file; compressing the data file and transmitting it through a computer interface via telephone lines, cellular, radio, and other telemetric frequencies from a remote unit to a host unit.").) Thus, the applicants relinquished any argument that a device that does not create a data file, such as FaceTime, infringes claim 15 as well. Therefore Samsung cannot prove infringement of claim 15 by FaceTime.

1738.   I have addressed this argument above in conjunction with claim 1.  I incorporate my opinions responding to Apple's arguments into this section.  Moreover, I disagree that the applicants "relinquished any argument that a device that does not create a data file" does not infringe claim 15.  Notably, the Applicant in that case was referring to claims other than 15.  Although the Applicant said that the arguments made also apply to new claims (like 15), as I mentioned above, there are other reasons why the argument distinguished the "frame grabber."  For example, the Frame Grabber did not operate the same way the invention (and the accused products) operated, as explained above.  This is independent of whethere there was a "file" or

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

not.  Moreover, the Examiner in this case accepted the Applicants arguments, and issued claim

15 as patentable over the prior art even though claim 15 did not require a "file."  If the Examiner

had believed a file was required by claim 15, then it would have required an amendment to

involve a "file."

> 1739.  Apple states:

> > Samsung has also failed to articulate any theory of infringement of equivalents under 35 U.S.C § 112 ¶ 6 or the doctrine of equivalents, and the accused devices do not contain the equivalent of the disclosed structure. For this reason, Samsung cannot prove infringement under any theory of equivalents.

1 & 2

> 1740.  I disagree.  Apple is arguing that this claim term should be construed nearly identical to that of claim 1.  I set forth opinions that claim 1 infringes under the doctrine of equivalents and under 112 ¶ 6 in conjunction with those same arguments, and I incorporate them by reference here.

## VIII.  SAMSUNG PRACTICES CLAIM 15 OF THE '239 PATENT

1741.   It is my opinion that Samsung's mobile devices and phones practice Claim 15 of

the '239 Patent.  I understand that Samsung has asserted that the following devices practice

Claim 15 of the '239 Patent: Galaxy Tab; Acclaim; Captivate; Continuum; Droid Charge; Epic

4G; Exhibit 4G; Fascinate; Galaxy Ace; Galaxy Prevail; Galaxy S 4G; Gem; Indulge; Infuse 4G;

Intercept; Mesmerize; Nexus S; Replenish; Showcase Galaxy S; Sidekick; and Vibrant.

1742.   It is my opinion that all of the devices identified above practice Claim 15 because

they have the capability of capturing and compressing video in real time, and then transmitting

the compressed video via email or MMS.  Moreover, these devices also practice the patent with

video chat capabilities such as Google Hangouts and Skype, or any other application that permits

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# TABLE OF CONTENTS

VII.   OVERVIEW OF THE '757 PATENT and PROSECUTION HIstory .........................1036

    I.   The '757 Patent ....................................................................................1036

        The Specification ................................................................................1037

        Claim 1 ................................................................................................1039

        Claim 14 ..............................................................................................1039

        Claim 15 ..............................................................................................1040

    J.   The '757 File History ..........................................................................1040

        2.   File History of '934 Patent ('661 Parent App.).....................1040

        3.   File History of the '757 Patent ('921 App.)...........................1046

    K.   The '757 Inventor Testimony ..............................................................1053

VIII.   OVERVIEW OF THE ACCUSED PRODUCTS ..............................................1056

    J.   iTunes synchronization via iTunes in the Cloud.................................1060

    K.   iTunes synchronization via iTunes Match ..........................................1088

    L.   iTunes synchronization via Wi-Fi Sync..............................................1110

    M.   iTunes synchronization via Home Sharing .........................................1126

    N.   Photo synchronization via Photo Stream ............................................1133

IX.   technical overview of the '757 accused products ..........................................1175

        1.   Occasionally Connected..........................................................1175

        2.   Online Synchronization ...........................................................1182

X.   SUMMARY OF OPINIONS ............................................................................1214

XI.   APPLE's accused products infringe the asserted claims of the '757 patent .................1214

    I.   Analysis of Accused Products ..........................................................1214

        1.   Claim 1 ....................................................................................1216

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

A.      iTunes synchronization via iTunes in the Cloud.................................................1216

B.      iTunes synchronization via iTunes Match ......................................................1217

C.      iTunes synchronization via Wi-Fi Sync...........................................................1218

D.      iTunes synchronization via Home Sharing ......................................................1220

E.      Photo synchronization via Photo Stream .........................................................1220

A.      iTunes synchronization via iTunes in the Cloud.................................................1222

B.      iTunes synchronization via iTunes Match ......................................................1228

C.      iTunes synchronization via Wi-Fi Sync...........................................................1235

D.      iTunes synchronization via Home Sharing ......................................................1236

E.      Photo synchronization via Photo Stream .........................................................1237

A.      iTunes synchronization via iTunes in the Cloud.................................................1249

B.      iTunes synchronization via iTunes Match ......................................................1262

C.      iTunes synchronization via Wi-Fi Sync...........................................................1276

D.      iTunes synchronization via Home Sharing ......................................................1280

E.      Photo synchronization via Photo Stream .........................................................1285

        2.      Claim 14.................................................................................1313

A.      iTunes synchronization via iTunes in the Cloud.................................................1314

B.      iTunes synchronization via iTunes Match ......................................................1314

C.      iTunes synchronization via Wi-Fi Sync...........................................................1314

D.      iTunes synchronization via Home Sharing ......................................................1315

E.      Photo synchronization via Photo Stream .........................................................1315

        2.      Claim 15.................................................................................1315

F.      iTunes synchronization via iTunes in the Cloud.................................................1316

G.      iTunes synchronization via iTunes Match ......................................................1316

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

H.      iTunes synchronization via Wi-Fi Sync ............................................................ 1316

I.      iTunes synchronization via Home Sharing ....................................................... 1316

J.      Photo synchronization via Photo Stream .......................................................... 1317

K.      Direct Infringement .......................................................................................... 1317

L.      Indirect Infringement ....................................................................................... 1318

XII.   apple's non-infringement arguments do not change my opinions ................................. 1324

XIII.  Apple's claimed "alternatives" are not viable non-infringing alternatives ................... 1332

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

## VIII.   **OVERVIEW OF THE ACCUSED PRODUCTS**

1824.   The '757 Accused Products include the following Apple products and devices:

- iOS Devices
  - iPhone 3GS
  - iPhone 4
  - iPhone 4S
  - iPhone 5
  - iPad 2
  - iPad 3
  - iPad 4
  - iPad Mini
  - iPod Touch (5th generation)
  - iPod Touch (4th generation)
- Mac OS X computers/devices
  - MacBook Air
  - MacBook Pro
  - iMac
  - Mac Mini
  - Mac ProApple TV (1st generation)
- iTunes (including iTunes Match)[3]
- iCloud[4]

(Dkt. 714).

---

[3] iTunes (including iTunes Match) is an accused product and a feature of other accused products.

[4] iCloud is an accused product and a feature of other accused products.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





*See, e.g.,* http://www.apple.com/icloud/features/itunes-in-the-cloud/; SAMNDCA630-07882718; APLNDC630-0000157355.

1832.   Apple states that "iCloud can automatically download new music purchases to all your devices over Wi-Fi — or over a cellular network if you choose. Which means you can buy a song from iTunes on your iPad at home, and find it waiting for you on your iPhone during your morning commute. All without having to sync.[] And now, when you buy an album, song, movie, or TV show on any device, it's instantly accessible in your iTunes library on your Mac or PC." *Id.*  Apple also explains that "[w]hen you buy from iTunes, iCloud stores your purchase history. So you can see what you've bought – no matter which device you bought it on.  You can access your purchase history from the iTunes Store on your iPhone, iPad, iPod touch, Mac, PC, or Apple TV."  *Id.*  Apple further explains that "whenever you play a movie, TV episode, podcast, iTunes U lesson, or audiobook on one device, all your other devices will automatically remember where you left off. Just sign in to the iTunes Store with your Apple ID":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





*Id.*

1833.   Apple notes that "[a]utomatic downloads and downloading previous purchases require iOS 4.3.3 or later on iPhone 3GS or later, iPod touch (3rd generation or later), iPad, or iPad mini; iOS 5 or later on iPhone 4 (CDMA model); or a Mac or PC with iTunes 10.3.1 or later. Previous purchases may be unavailable if they are no longer in the iTunes Store, App Store, or iBookstore. Downloading previous movie purchases requires iTunes 10.6 or later, iOS 5 or later, or Apple TV software 4.3 or later. Not all previously purchased movies are available for downloading to your other devices."  *Id.*

1834.   Apple uniformly informs consumers about iTunes with iCloud through other webpages.  For example, under the header "Buy here.  Automatically get it everywhere," Apple explains that "[w]ith iTunes in the Cloud, the music you download to one device automatically appears on all your devices.  So the song you buy from your Mac at work is ready and waiting

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





*Id*.

1835.    Apple also informs consumers through visual images depicting the operation of iTunes in the Cloud.  For example, Apple depicts the operation of Automatic Downloads.  Many of these images depict a user purchasing a song on one device and the song automatically downloaded from iCloud to the user's other devices.   Some of these images also include explanations.  For example, one image lays out a three-step process.  First, under the header "**Buy music**," it states "[d]ownload music from iTunes on any device."  Next, under the header "**iCloud stores it**," it states "[y]our music is stored in iCloud."  Finally, under the header "**And pushes it to your devices**," it states "[y]our music automatically appears on your iPad, iPhone, iPod touch, Mac, and PC":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See, e.g.,* APLNDC630-0000163077; *see also* APLNDC630-0000157406; APLNDC630-0000128458 at 128537, 52; SAMNDCA630-07882384; SAMNDCA630-07882721; SAMNDCA630-07884688; SAMNDCA630-07884697; MAL-000071626 (additional images depicting iTunes in the Cloud).

1836.   Similarly, Apple also depicts the user's iTunes purchase history list appearing on all devices.  Many of these images depict a purchase history shown on multiple devices:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**



*See, e.g.,* http://www.apple.com/icloud/setup/mac.html; SAMNDCA630-07882709 at 7882710.

1843. Similarly, Apple explains to users how to enable automatic downloads on Windows PCs: "To enable automatic downloads for your music, apps, and books, open iTunes > Edit > Preferences Store and select Music, Apps, and Books.* (Requires iTunes 10.5 or later.)":



*See e.g.,* http://www.apple.com/icloud/setup/pc.html; SAMNDCA630-07883703 at 7883704.

1844. Apple's iTunes Inside website also instructs users how to turn on Automatic Downloads: "To turn on automatic downloads you want on each of your iOS devices, go to the Store section of the Settings app.  On your computer, select the Store tab in iTunes Preferences in the File menu":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

1846.   Apple's help files also instruct users how to turn on Automatic Downloads on an iOS device: "To turn on automatic downloads on your iPod touch, iPhone, or iPad: … 1. On your device's Home screen, tap Settings, and then tap Store.  Tap the switch to On for each content type (Music, Apps, and Books) you want to download automatically."  *Id.*

1847.   Apple also has support webpages that explain to users how to enable Automatic Downloads on a computer: "1. Open iTunes.  2. If you have not already, authorize your computer for use with your Apple ID by choosing **Store > Authorize This Computer**. … 3.  For Mac computers: Choose **iTunes > Preferences** and click on the **Store** tab.  For Windows computers: Choose **Edit > Preferences** and click on the **Store** tab.  4.  You can enable Automatic Downloads[] for Music, Apps, or Books under 'Automatic Downloads.'":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See e.g.*, http://support.apple.com/kb/ht4539; SAMNDCA630-07882715.

1848.   Similarly, Apple's support webpage explains to users how to enable Automatic Downloads on the iPhone, iPad, or iPod touch: "1. Tap **Settings > iTunes & App Stores** on your device.  2. Tap Sign In if you're not already signed in to the iTunes Store.  3. Enter your Apple ID and password.  4. Tap On/Off switch to enable or disable Automatic Downloads for each content type":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**



(Computer snapshot.)

1855.  As explained to users and described by Apple documents, once a user has purchased a new song on iTunes from any computer device (including all Mac OS X computers, iTunes on PC, and iOS devices) while signed onto their Apple ID account, the purchased song will be automatically downloaded (i.e. updated) on iTunes on all other computer devices (including all Mac OS X computers, iTunes on PC, and iOS devices) on which the user has signed with their Apple ID account.  *See, e.g.,* APL630DEF-WH-SC00008241-8251 and

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

APL630DEF-WH- SC00009112-9117 ███████████ ████████████ ████████ ████ ████ ████ ████ and APL630DEF-WH-SC00037400-37415; APL630DEF-WH-SC000 A4134-4174; and APL630DEF-WH-SC-A004042-A004048 ██████ ████████████████████

1856. In addition, as described to users by Apple's documents, once a user has purchased a new song on iTunes from any computer device (including all Mac OS X, iTunes of PC, and iOS devices) while signed onto their Apple ID, metadata for the purchased song will be updated on iTunes on all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID. Metadata for the purchased song may include the artist, album or song artwork, bit rate, composer, copyright, duration of the song, genre, name of the song, release date, sample rate, track number, and any other information about the song. *See, e.g.,* APL630DEF-WH-SC00025113-40 (metadata for a song on iOS); APL630DEF-WH-SC00024956-25023 (metadata for a song on Mac OS X); and APL630DEF-WH-SC00024794-24797 ██████████████████

1857. For example, Apple's documents depict a sampling of metadata that may update by iTunes in the Cloud. In an email titled "iTunes in the Cloud Updates," an Apple employ shows a sample of metadata that may be transmitted with a purchased song:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



APL630DEF-WH0000146322.

1858.   In addition, as explained to users by Apple, once the user has purchased a new song on iTunes from any computer device (including all Mac OS X, iTunes on PC, and iOS devices) using an account with the user's Apple ID, the purchased song will be updated on the user's iTunes purchase history on that device and all other computer devices (including all Mac OS X, iTunes on PC, and iOS devices) using the user's Apple ID.

1859.   As instructed by Apple, to view the purchase history list, the user must go to iTunes Store and view the purchase history.  For example, on a Mac OS X computer, the user can reach the purchase history by going to the Home page and selecting the "Purchased" link under the heading "Quick Links."  The user can also view account information by selecting the displayed Apple ID, and then selecting "See All" under the heading "Purchase History."

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

1860.  Similarly, on an iPad, as explained by Apple, the user can reach the purchase history by opening the iTunes app and selecting the "Purchased" button on the bottom.

1861.  Similarly, on an iPhone, as explained by Apple, the user can reach the purchase history by opening the iTunes app, selecting the "More" button on the bottom, and selecting "Purchased."

1862.  For each Apple ID, the user can have up to 10 computer devices (including Mac OS X computer, iTunes on PC, and iOS devicesMac OS X computer, iTunes on PC, and iOS devices) "associated" with the Apple ID, which allows that device to use iTunes in the Cloud and also iTunes Match.   Apple explains that "[w]hen you turn on iTunes Match or Automatic Downloads, or when you download past purchases on an iOS device or computer, that device or computer becomes associated with your Apple ID."   *See, e.g.,* http://support.apple.com/kb/ht4627.  Apple further explains, "Your Apple ID can have up to 10 devices and computers (combined) associated with it.  Each computer must also be authorized using the same Apple ID.  Once a device or computer is associated with your Apple ID, you cannot associate that device or computer with another Apple ID for 90 days":



*Id.*; *See also* SAMNDCA630-07883671,  https://www.apple.com/legal/internet-services/itunes/us/terms.html, SAMNDCA630-07882607 at 7882608-09.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

1863.  For each Apple ID, the user can have up to 5 computers (including Mac OS X computers) authorized to use that Apple ID.  A computer must be authorized for an Apple ID in order to use iTunes in the Cloud.  Apple explains that "[y]ou can have up to five authorized computers (Macintosh, Windows, or both) at a time.  To play a purchased item on a sixth computer, you need to deauthorize another one.  An iPod, iPhone, iPad, or Apple TV doesn't count as a computer":



*See, e.g.*, http://support.apple.com/kb/PH12303; *see also* http://support.apple.com/kb/HT1420, http://support.apple.com/kb/PH1730, SAMNDCA630-07882386; APL630DEF-WH-SC00008241-8251 and APL630DEF-WH- SC00009112-9117 ███████ and APL630DEF-WH-SC00037400-37415; APL630DEF-WH-SC000 A4134-4174; and APL630DEF-WH-SC-A004042-A004048 ███████

1864.  Apple's own videos to the public also describe the operation of iTunes in the Cloud.  *See* SAMNDCA630-07882412 (describing step by step how to turn on automatic downloads), SAMNDCA07883292 (iCloud advertisement showing song automatically downloading onto two devices); SAMNDCA630-07883293 ("With iCloud, when you buy a song on one device, it instantly downloads to all your others. …And with iCloud, it all works automatically and wirelessly.  So you always have the things you want.  Exactly where you want them."); SAMNDCA630-07883294 ("Now, when you download a song on to go, it's there when you get home…. Now, the things you do on your phone are everywhere you want them.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





*Id.*

1875.    Although the addition of new music using iTunes Match is not synchronized, as Apple informs users, "[w]hen you create, edit, or delete a playlist on your Mac, PC, iPhone, or iPad, those changes will sync across any iTunes Match-enabled device you own." *Id.* Apple also explains that "[w]hen you make changes to a playlist from your device, those changes will apply to your other iTunes Match enabled devices":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See, e.g.*, http://support.apple.com/kb/HT5637; SAMNDCA630-07882732 at 7882734

1876.   Through Apple's User Guides for iOS 6.x, Apple instructs users that iTunes

Match synchronizes playlists: "New and changed playlists are copied to your iTunes library …

via iCloud if you've subscribed to iTunes Match.... Once you subscribe, iTunes adds your music,

playlists, and Genius Mixes to iCloud":



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

25066 (Playlists on iTunes for Mac OS X); and APL630DEF-WH-SC00024790 (Playlists on iTunes server).

1878.   In addition to changes to playlists, changes to metadata on one computer device (i.e. Mac OS X computers and iTunes on PC) are also updated on all other computer devices: ███████████████████████████████████████   *See, e.g.*, APL630DEF-WH0000146404 at 146405 (p.2).   Further, ████████████████████████████



*See, e.g.*, APL630DEF-WH0000146611 at 146620 (p.10).

1879.  Apple's documents confirm that ████████████████████████████ ███████████   *See, e.g.,* APL630DEF-WH0000156261 at 156265 (p.4).  For metadata, Apple will ██████████████████████████████████████████████████ and ██ ██ █████ ████████ █████ ██████ ██████ ███████   *See, e.g.,* APL630DEF-WH0000156261 at 156275-76 (pp. 15-16).  In addition, ███████████████████ ██████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** http://support.apple.com/kb/ht4915; *see also* SAMNDCA630-07883681.

1881.   This understanding is also confirmed by the deposition of Apple's Corporate Representative, Mr. Wysocki, who having viewed a video of a song being deleted while using iTunes Match, stated that "after the song was removed from iCloud, it was deleted from the iOS devices."  See Wysocki Deposition Tr. at 122:1-16.   Further, when asked whether "the iOS devices updated to delete the song from their lists without any manual dragging or dropping or clicking on a delete button," Mr. Wysocki agreed stating: "Yes.   The songs were deleted automatically in response to the song being deleted from iCloud on the Mac."  *Id.* at 122:17-24.

1882.   Apple notes that "iTunes Match requires iOS 5.0.1 or later on iPhone 3GS or later, iPod touch (3rd generation or later), iPad, or iPad mini, or a Mac or PC with iTunes 10.5.1 or later. Limit 25,000 songs. iTunes purchases do not count against limit. Access to some services is limited to 10 devices."  *See, e.g.,* http://www.apple.com/itunes/itunes-match/; *see also* SAMNDCA630-07882724; SAMNDCA630-07882736.

1883.   Apple explains to users how they can subscribe to iTunes Match: "To subscribe to iTunes Match, 1. Open the latest version of iTunes on your computer.  2.  Choose Store > Turn On iTunes Match.  3.  From the main screen, click the subscribe button.  4.  If you already have an existing Apple ID that you use for iTunes Store purchases, sign in with that Apple ID, and click Subscribe.  Review this article if you want to use the same Apple ID for iTunes Store purchases and iCloud.  Otherwise, click Create Account to create an Apple ID.  5.  You may be asked to validate your billing information at this point.  6.  After you have added a valid payment method, click "Subscribe" to continue…. 7.  Once you agree to the iTunes Match Terms and Conditions, iTunes will automatically scan your iTunes library for matches":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**



http://support.apple.com/kb/HT4914; *see also* SAMNDCA630-07882727.

1884.  As Apple instructs users, once iTunes Match has been activated for an Apple ID

using a computer, the user can enable iTunes Match on additional computer devices (including

all Mac OS X computers, iTunes on PCs, and iOS devices) using the user's same Apple ID.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Apple explains that "[y]our Apple ID can have up to 10 devices and computers (combined) associated with it."  *See e.g.,* http://support.apple.com/kb/HT4913.  For example, Apple instructs users how to add a computer to their iTunes Match account: "To add a computer to iTunes Match … 2. Sign in with the Apple ID you use with iTunes Match.  3.  Choose Store > Turn On iTunes Match.  4.  Click the Add This Computer button.  5.  When prompted, enter your Apple ID password":



*Id.*; *see also* SAMNDCA630-07883676.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**



(Computer snapshot.)

1889.  As instructed by Apple, a user can delete a song from iTunes from any computer device (including all Mac OS X computers, iTunes on PC, and iOS devices).  In order to enable synchronization of song deletion, when a user deletes a song from a Mac OS X device, the user should check the option to "Also delete songs from iCloud":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



(Computer snapshot.)

1890.  As explained to users by Apple, once the user has deleted a matched or non-matched song on iTunes from any computer device (including all Mac OS X computers and iTunes on PC) on which the user has signed on with their Apple ID, the matched or non-matched song will be updated on all other computer devices (including all Mac OS X computers, iTunes on PC, and iOS devices) on which the user has signed on with their Apple ID.[5]

1891.  In addition, as instructed by Apple, once the user has created, edited, or deleted a playlist of songs on iTunes from any computer device (including all Mac OS X computers, and iTunes on PC, and iOS devices) on which they have logged onto their Apple ID account, the playlist creation, edit, or deletion will be updated on iTunes on all other computer devices (including all Mac OS X, iTunes on PC, and iOS devices) on which the user has signed onto their Apple ID account.

---

[5] The only matched or non-matched song that could remain after deletion is the copy of the song on the Mac OS X device that was initially used to upload the song from a CD or other source (unless the user has selected that copy for deletion).

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

1892.  In addition, once the user has edited a song's metadata using  iTunes from any Mac OS X computer or iTunes on PC while logged onto their Apple ID, the metadata will be updated  on iTunes on all other computer devices (including all Mac OS X computers, iTunes on PC, and iOS devices) on which the user has signed onto their Apple ID account.

1893.  As discussed previously, for each Apple ID, the user can have up to 10 computer devices (including Mac OS X computer, iTunes on PC, and iOS devices) "associated" with the Apple ID, which allows that device to use iTunes in the Cloud and also iTunes Match.  Apple explains that "[w]hen you turn on iTunes Match or Automatic Downloads, or when you download past purchases on an iOS device or computer, that device or computer becomes associated with your Apple ID."  *See, e.g.,* http://support.apple.com/kb/ht4627.  Apple further explains that "[y]our Apple ID can have up to 10 devices and computers (combined) associated with it.  Each computer must also be authorized using the same Apple ID.  Once a device or computer is associated with your Apple ID, you cannot associate that device or computer with another Apple ID for 90 days":



*Id.*; *see also* SAMNDCA630-07883671,  https://www.apple.com/legal/internet-services/itunes/us/terms.html, SAMNDCA630-07882607 at 7882608-09.

1894.  For each Apple ID, the user can have up to 5 computers (including Mac OS X computers) authorized to use that Apple ID account.  A computer must be authorized for an

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**L.**   **iTunes synchronization via Wi-Fi Sync**

1904.   Apple describes Wi-Fi sync[6] by explaining to the user that "[e]ach time you sync, content is synced between your iOS device and computer to reflect new, updated, or deleted content":



*See, e.g.,* http://support.apple.com/kb/ht1386; SAMNDCA630-07882853.

1905.   Apple defines "sync": "To update an iPod, iPhone, iPad, or Apple TV so that it contains some or all of the music, video, and other files in your iTunes library.   Short for 'synchronize.'":

---

[6] In addition to Wi-Fi syncing, Apple also provides USB syncing that performs very similarly in term of synchronization of music, movies, and photos.  *See, e.g.,* http://support.apple.com/kb/ht1386; SAMNDCA630-07882853; *see also* APL630DEF-WH0004568865 ("there are currently no real UI differences on the iTunes side between USB and WiFi sync"); APL630DEF-WH00004569189 ("Wireless sync is basically the same as wired sync at the iTunes level.").

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

1917.   Many additional documents further explain how the user can set up syncing with iTunes and Wi-Fi sync.   *See, e.g.*, SAMNDCA630-07882393;  SAMNDCA630-07882400; SAMNDCA630-07882404; SAMNDCA630-07882806 at 7882831-32.

1918.   Further, Apple's source code confirms that when an iOS device attempts to sync using Wi-Fi,

                    *See, e.g., APL630DEF-WH-SC00039557.

1919.   Apple's support webpages also instruct users how they can select the content to be synchronized using iTunes Wi-Fi sync.  For example, Apple instructs users to "[c]lick on a button to select the kind of content you want to sync.  Select the Sync checkbox, and select the items you want to sync automatically each time you connect your device":



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





(Computer snapshot.)

1926.   As seen above, the selection of the "Sync Photos" feature allows the user the option to sync "All photos, albums, Events, and Faces" or "Selected albums, Events, and Faces, and automatically include [options]." Moreover, the user also has the option to "Include videos" in photo synchronization.

1927.   Once these steps are completed, as instructed by Apple, whenever the iOS device is plugged into an electric power source and is connected to a the same Wi-Fi network to which the Mac OS X computer or iTunes on PC is connected, any music, movies, and photos that is

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

added, deleted, or edited (e.g. song name, playlist, album, etc.) in either device will be updated in the other device.[7]

1928.   Apple's own videos to the public also describe the operation of Syncing with iTunes.   *See* SAMNDCA630-07882407 (describing syncing of videos); SAMNDCA630-07882411 (describing instructions for syncing music, movies, and playlists); SAMNDCA630-07883295 (explaining that you can synchronize your devices by using Syncing with iTunes once and then iTunes in the Cloud for automatic downloads).

1929.   At my direction, a video attached to my report as Exhibit 757-06 was prepared to demonstrate the behavior of Syncing with iTunes on an iPhone 4 (the Black iPhone), an iPhone 4S (the White iPhone) and a MacBook Pro.   The first section of that video, from 0:00-1:50, displays the differing content on each device.   From 1:50-2:30, the video demonstrates that each device has been configured to synchronize music, movies, and photos using wi-fi syncing.   From 2:30-7:00, the video demonstrates that when the devices are plugged in to a power charger, the devices synchronize.   From 7:00 to the end, the video demonstrates that the music, movies, and photographs on each device have been updated in relation to each other device such that the devices now have the same music, movies, and photographs.

1930.   In addition, I reviewed the video included as Exhibit 18 to the Wysocki Dep. and named iTunes WiFi Sync.mov.   That video is attached to my report as Exhibit 757-07.   That video accurately describes the behavior of Wi-Fi Sync between an iPhone 5 and an OS X device.   The first section of that video, from 0:00-0:23, displays the differing content on each

---

[7] Photos and movies are automatically updated between Mac OS X and iOS devices using Photo Sync.  In addition, movies are automatically updated from iOS devices to Mac OS X devices using Movie Sync.  However, movies require a manual download from Mac OS X to iOS devices using Movies Sync.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

1934.   Mr. Wysocki also confirmed that during Wi-Fi Sync a ███████████

████████████████████████████████████████████████████████████

████████████████   See Wysocki Deposition Tr. at 50:9-20 and 57:16-25.   In response to

whether that will also be the case for an instance where there are multiple iOS devices, Mr.

Wysocki confirmed that ████████████████████████████████████████████

████████████████████████████████████████████████████████████

Wysocki Deposition Tr. at 50:9-51:1.   Mr. Wysocki confirmed that ███████████████

███████████████████████████████████████████████████████   *Id.* at

60:23-61:8.   ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████   .   *Id.* at 61:9-23.

1935.   Mr. Wysocki also confirmed that "[i]f the user's sync settings indicate a playlist

should be synced from the library to the device, then the playlist from the library track data will

be copied to the device track data during sync."   *Id.* at 59:17-25.   In response to whether this is

true for multiple iOS devices as well, Mr. Wysocki confirmed that "[f]or any iOS device that

gets synced with an iTunes library, the playlists that are selected to sync would be synced to each

of the iOS devices."   *Id.* at 60:1-8.

**M.   iTunes synchronization via Home Sharing**

1936.   As described by Apple, "Home Sharing in iTunes is designed to let you easily

share your iTunes media libraries between up to five computers [(Mac OS X or iTunes on PC)]

in your household. You can also use Home Sharing to play your iTunes content on your

iOS devices and Apple TV (2nd [and 3rd] generation) if they are connected to your home Wi-Fi

network":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





http://support.apple.com/kb/HT3819;   *see   also*   SAMNDCA630-07882687   and
SAMNDA630-07882689.

1937.   Moreover, Apple instructs users that "[w]ith Home Sharing, you can stream music
and video from one authorized computer to another, or simply drag music between computer
libraries. You can also choose to have iTunes automatically import purchases you make on any
of your Home Sharing computers to your own library. To do so, select the library and use the
Settings button at the lower right of the iTunes window to check what you'd like copied." *See,*
*e.g.,* http://support.apple.com/kb/HT3819.

1938.   Further, Apple informs its users that the automatic transfer feature of Home
Sharing by stating that "[a]utomatic Transfer can transfer your newly-purchased apps, books,
music, TV shows, and movie purchases to your other computers setup for Home Sharing." *See,*
*e.g.,* http://support.apple.com/kb/HT4620.   In particular, "[a]utomatic transfer applies to new
purchases from the iTunes Store whenever they are made." *Id.*

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

1939.  Apple instructs users how to turn on Home Sharing and automatically transfer new purchases on each computer for both iTunes 11 and iTunes 10.  For iTunes 10, Apple instructs the user how "[t]o turn on Home Sharing: Choose Advanced > Turn On Home Sharing. Type your Apple ID and password, and click Create Home Share…. Using the same Apple ID, repeat steps 1 and 2 on each computer":



http://support.apple.com/kb/PH986; *see   also*   SAMNDCA630-07882694   and SAMNDCA630-07882391.

1940.  In addition, for iTunes 10, Apple instructs users that "[t]o automatically import new iTunes Store purchases from another computer:… 1. In iTunes, select a computer (below Shared).  2.  Click Settings at the bottom of the iTunes window.  3.  In the window that appears, select 'Automatically transfer new purchases from Library Name.'  4.  Select the types of items you want to import.  5.  Click OK":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

> **To automatically import new iTunes Store purchases from another computer:**
> You can set Home Sharing to automatically import new iTunes Store purchases when they're downloaded to other computers in your Home Sharing network.
>
> 1. In iTunes, select a computer (below Shared).
>
> 2. Click Settings at the bottom of the iTunes window.
>
> 3. In the window that appears, select "Automatically transfer new purchases from Library Name."
>
> 4. Select the types of items you want to import.
>
> 5. Click OK.

*Id.*

1941.  Similarly, for iTunes 11, Apple instructs users how to "[t]urn on Home Sharing. Choose File > Home Sharing > Turn On Home Sharing.  Type your Apple ID and password, and click Turn On Home Sharing…. Using the same Apple ID, repeat steps 1 and 2 on each computer":

## iTunes 11 for Mac: Use Home Sharing to import items from another iTunes library

  Languages [English ▼]

You can use Home Sharing to import items from up to five iTunes libraries on other computers on your home network. To use Home Sharing, you must have an Apple ID.

> When you use a computer on your Home Sharing network to download an item from the iTunes Store, you can have the item download automatically to other computers on your Home Sharing network.

**Turn on Home Sharing**

1. Choose File > Home Sharing > Turn On Home Sharing.

2. Type your Apple ID and password, and click Turn On Home Sharing.

If you don't have an Apple ID, click "Don't have an Apple ID?" and follow the onscreen instructions.

3. Using the same Apple ID, repeat steps 1 and 2 on each computer.

*See, e.g.,* http://support.apple.com/kb/PH12286; SAMNDCA630-07882695.

1942.  In addition, for iTunes 11, Apple instructs users how to "[a]utomatically import new iTunes Store purchases from another computer.  1.  Choose a computer on your Home Sharing network from the Library pop-up menu. 2. Choose a category (Music, for example). 3. Click Settings at the bottom of the window.  4.  In the window that appears, select

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** "Automatically transfer new purchases from Library Name." 5. Select the types of items you want to import. 6. Click OK":



*Id.*

1943. iTunes includes an additional feature called Music Sharing which, like Home Sharing, allows users to stream music between multiple computer devices on the same wireless network. However, Home Sharing, unlike Music Sharing, allows the user to transfer content to another computer. As Apple explains: "Understanding the differences between Home Sharing and Music Sharing. • Music sharing allows you to stream music with little to no setup. If you don't put a password on your shared iTunes library, anyone on your network can see your iTunes library and its contents. Everyone can see the library name. • Home Sharing requires more setup, but allows you to transfer content to another computer or stream to other devices. It always requires your Apple ID and password to see the library and contents. The icon for the

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**



(Computer snapshot.)

1945.  Finally, to ensure that Home Sharing will "[a]utomatically transfer new [Music and Movies] purchases from the [shared library]", the user must establish the Home Sharing Settings as follows:



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

(Computer snapshot.)

1946.   This setup must be established on all computer devices using the user's Apple ID.

1947.   Once a user has purchased a new song or movie on iTunes from any computer device (including all Mac OS X computers and iTunes on PC) using the user's Apple ID, the purchased song or movie will be downloaded on iTunes on all other computer devices (including all Mac OS X computers and iTunes on PC) that enabled Home Sharing using the same Apple ID.

1948.   At my direction, a video attached to my report as Exhibit 757-08 was prepared to demonstrate the behavior of Home Sharing on a Mac mini, a Mac Pro, and a MacBook Pro.  The Mac Pro is operating iTunes 11, while the Mac mini and MacBook Pro are operating iTunes 10.  The first section of that video, from 0:00-3:30, demonstrates setup of iTunes Match on each device as instructed by Apple's webpages.  The devices have been configured to use the Apple ID corresponding to one used by the Mac Pro to sign up for the iTunes Store.  From 3:30-4:05, the video demonstrates the purchase of a song on one device and the update of the other devices to add the song.  From 4:05-5:30, the video demonstrates the purchase of a movie on one device and the update of the other devices to add the movie.  From 5:30-7:03, the video demonstrates that the purchased movie can be viewed on the devices.   From 7:03 to the end, the video demonstrates that the purchased song can be played on the devices

**N.   Photo synchronization via Photo Stream**

1949.   Apple instructs users that "[w]ith iCloud, when you take a photo on one device, it automatically appears on all your other devices. And with Shared Photo Streams, you can easily choose which of your photos you want to share and who you want to share them with":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



http://www.apple.com/icloud/features/photo-stream.html; *see also* SAMNDCA630-07882592 and APLNDC630-0000159279.

1950.   More particularly, Apple instructs users to "[t]ake a photo on an iOS device. Or import a photo from your digital camera to your computer. iCloud automatically pushes a copy of that photo over any available Wi-Fi or Ethernet connection to the Photos app on your iOS devices, iPhoto or Aperture on your Mac, and the Pictures Library on your PC. You can even view your Photo Stream album on your Apple TV.  So you can show off your shots to friends and family from whichever device you're using at the time":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** point-and-shoot or DSLR camera into your Photo Stream to view on all your other devices? The

photos you import to your library from a camera or SD card are automatically uploaded to your

Photo Stream":



*Id.*

1953.   Apple explains Shared Photo Stream as allowing a user to select a list of photos

and specific email addresses (including the user's own e-mail address) to share the photos: "With

Shared Photo Streams, you can share just the photos you want with just the people you choose.

Select photos directly from the Photos app in iOS 6, iPhoto or Aperture on a Mac, or even a

Windows PC. Enter email addresses of the people you'd like to share with (or add new photos to

a Shared Photo Stream you've already created)":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





*Id.*

1954.  Apple's User Guides instruct users how to enable iPhoto synchronization via Photo Stream on iOS 6.x: "With Photo Stream, a feature of iCloud… photos you take on iPhone automatically appear on your other devices set up with Photo Stream, including your Mac or PC. Photo Stream also lets you share select photos with friends and family, directly to their devices or on the web…. When photo stream is turned on, photos you take on iPhone (as well as any other photos added to your Camera Roll) appear in your photo stream after you leave the Camera app and iPhone is connected to the Internet via Wi-Fi.  These photos appear in the My Photo Stream album on iPhone and on your other devices set up with Photo Stream.  **Turn on Photo Stream:** Go to Settings > iCloud > Photo Stream.  Photos added to your photo stream from your other iCloud devices also appear in My Photo Stream.  iPhone and other iOS devices can keep up

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

to 1000 of your most recent photos in My Photo Stream.  Your computers can keep all your

Photo Stream photos permanently…. *Delete photos:* Select the photos, then tap Delete":



See, e.g., iPhone User Guide For iOS 6.1 Software at 71 (APL630DEF-WH0001758342);

*See also* iPhone User Guide for iOS 6.0 Software at 71-72 (APL630DEF-
WH0001557966);

iPad User Guide For iOS 6.1 Software at 57-58 (APL630DEF-WH0001759242);

iPod touch User Guide For iOS 6.1 Software at 58-59 (APL630DEF-WH0001757964);

and, iPod touch User Guide For iOS 6.0 Software at 58-59 (SAMNDCA630-07882417).

1955.   Apple's User Guides also explain how to enable iPhoto synchronization via Photo

Stream on iOS 5.x: "With Photo Stream—a feature of iCloud—photos you take on iPhone are

automatically uploaded to iCloud and pushed to all your other devices that have Photo Stream

enabled. Photos uploaded to iCloud from your other devices and computers are pushed to your

Photo Stream album on iPhone…. **Turn on Photo Stream:** Go to Settings > iCloud > Photo

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

## Photo Stream

With Photo Stream—a feature of iCloud—photos you take on iPhone are automatically uploaded to iCloud and pushed to all your other devices that have Photo Stream enabled. Photos uploaded to iCloud from your other devices and computers are pushed to your Photo Stream album on iPhone. See "iCloud" on page 16.

**Turn on Photo Stream:** Go to Settings > iCloud > Photo Stream.

New photos you've taken are uploaded to your Photo Stream when you leave the Camera app and iPhone is connected to the Internet via Wi-Fi. Any other photos added to your Camera Roll—including photos downloaded from email and text messages, images saved from web pages, and screenshots—are also uploaded to your Photo Stream and pushed to your other devices. Photo Stream can share up to 1000 of your most recent photos across your iOS devices. Your computers can keep all your Photo Stream photos permanently.

| | |
|---|---|
| Save photos to iPhone from Photo Stream | In your Photo Stream album, tap 📝, select the photos you want to save, then tap Save. |
| Delete a photo from iCloud | In your Photo Stream album, select the photo, then tap 🗑. |
| Delete multiple photos from iCloud | In your Photo Stream album, tap 📝, select the photos you want to delete, then tap Delete. |

*Note:* To delete photos from Photo Stream, you need iOS 5.1 or later on iPhone and all of your other iOS devices. See support.apple.com/kb/HT4486.

Although deleted photos are removed from the Photo Stream on your devices, the original remains in the Camera Roll album on the device the photo originated from.

*See, e.g.,* iPhone User Guide for iOS 5.1 Software at 94 (APL630DEF-WH0000030565);

iPhone User Guide for iOS 5.0 Software at 76-77 (APL630DEF-0000061792);

iPad User Guide for iOS 5.1 Software at 54 (APL630DEF-WH0000026337); and,

iPod touch User Guide For iOS 5.1 Software at 54 (APL630DEF-WH0000031921).

1956.   Apple's User Guides also explain the Shared photo streams feature, including how to create, add photos, delete photos, and edit a shared photo stream: "Shared photo streams let you share selected photos with just the people you choose. iOS 6 and OS X Mountain Lion users can subscribe to your shared photo streams, view the latest photos you've added, "like" individual photos, and leave comments—right from their devices…. **Turn on Shared Photo Streams**: Go to Settings > iCloud > Photo Stream. **Create a shared photo stream**: Tap Photo

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**[3]** Stream, then tap [plus symbol]…. **Add photos to a shared photo stream**: Select a photo, tap [sharing symbol], tap Photo Stream, then select the shared photo stream. To add several photos from an album, tap Edit, select the photos, then tap Share. **Delete photos from a shared photo stream**: Tap the shared photo stream, tap Edit, select the photos, then tap Delete. **Edit a shared photo stream**: Tap Photo Stream, then tap [blue arrow symbol]. You can: • Rename the photo stream • Add or remove subscribers, and resend an invitation • Create a public website, and share the link • Delete the photo stream":

### Shared photo streams

Shared photo streams let you share selected photos with just the people you choose. iOS 6 and OS X Mountain Lion users can subscribe to your shared photo streams, view the latest photos you've added, "like" individual photos, and leave comments—right from their devices. You can also create a public website for a shared photo stream, to share your photos with others over the web.

*Note:* Shared photo streams work over both Wi-Fi and cellular networks. Cellular data charges may apply.

**Turn on Shared Photo Streams:** Go to Settings > iCloud > Photo Stream.

**Create a shared photo stream:** Tap Photo Stream, then tap ✚. To invite other iOS 6 or OS X Mountain Lion users to subscribe to your shared photo stream, enter their email addresses. To post the photo stream on icloud.com, turn on Public Website. Name the album, then tap Create.

**Add photos to a shared photo stream:** Select a photo, tap ✑, tap Photo Stream, then select the shared photo stream. To add several photos from an album, tap Edit, select the photos, then tap Share.

**Delete photos from a shared photo stream:** Tap the shared photo stream, tap Edit, select the photos, then tap Delete.

**Edit a shared photo stream:** Tap Photo Stream, then tap ◉. You can:

- Rename the photo stream
- Add or remove subscribers, and resend an invitation
- Create a public website, and share the link
- Delete the photo stream

*See, e.g.,* iPhone User Guide For iOS 6.1 Software at 72 (APL630DEF-WH0001758342);

*See also* iPhone User Guide for iOS 6.0 Software at 72 (APL630DEF-WH0001557966);

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

iPad User Guide For iOS 6.1 Software at 59 (APL630DEF-WH0001759242);

iPod touch User Guide For iOS 6.1 Software at 59 (APL630DEF-WH0001757964); and,

iPod touch User Guide For iOS 6.0 Software at 59 (SAMNDCA630-07882417).

1957.   Apple also has help files for iPhoto and Aperture that provide an overview of My Photo Stream, and explains how photo stream works: "**How your photo stream works** • First, turn on My Photo Stream on any devices or computers you want to include. •   Next, take a picture with your iOS device, or import some photos from a digital camera into your iPhoto library.   •   iCloud automatically uploads the photos to your photo stream, and then downloads them into iPhoto and your other devices (via Wi-Fi or Ethernet).   •   The downloaded photos appear in Photo Stream view in iPhoto and the Photos app on your iPad, iPhone, or iPod touch":

**How your photo stream works**
- First, turn on My Photo Stream on any devices or computers you want to include.
- Next, take a picture with your iOS device, or import some photos from a digital camera into your iPhoto library.
- iCloud automatically uploads the photos to your photo stream, and then downloads them to iPhoto and your other devices (via Wi-Fi or Ethernet).
- The downloaded photos appear in Photo Stream view in iPhoto and in the Photos app on your iPad, iPhone, or iPod touch.

*See, e.g.,* http://help.apple.com/iphoto/mac/9.4/#phtac7ec5f4; SAMNDCA630-07882784;

*see also* http://help.apple.com/aperture/mac/3.3/#apr2f2e9ac2; SAMNDCA630-07882745.

1958.   Similarly, Apple also has help files for iPhoto and Aperture that instruct users about Shared photo streams: "Here's how shared photo streams work:   •   First, set up Photo Stream on any Apple device that you want to be part of your photo stream.   •   Then, select a photo on your iOS device or select a photo in your Aperture or iPhoto library.   •   Create a shared photo stream to share your photo with your friends…. • You and your friends can comment on and like shared photos, as well as reply to the comments":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See,* *e.g.,* http://help.apple.com/iphoto/mac/9.4/#pht7a4c765b; SAMNDCA630-07882786; http://help.apple.com/aperture/mac/3.3/#apr2f2e9ac2; SAMNDCA630-07882745.

1959.   Apple also informs consumers through visual images depicting the operation of Photo Stream.  Many of these images depict a user taking a photograph on one device and the photo is uploaded to iCloud and downloaded to the user's other devices.  Some of these images also include explanations.  For example, one image in a webpage called "iCloud Help: What is Photo Stream?" lays out a three-step process.  "**Take a photo**  Take a photo with your iOS device.  Or import a photo from your digital camera to your Mac or PC.  **iCloud stores it** New photos are automatically sent to iCloud after you take them or import them.  **And pushes it to your devices** Your photos automatically appear on your devices":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See, e.g.,* http://help.apple.com/icloud/#mmbc402b84; APLNDC630-0000159277; *see also* http://help.apple.com/aperture/mac/3.3/#apr5375b707; SAMNDCA630-07882761;

http://help.apple.com/iphoto/mac/9.4/#phtac7ec5f4; SAMNDCA630-07882784;

http://support.apple.com/kb/PH2604; SAMNDCA630-07882793.

1960.   Apple also uses several variations of images of Apple devices and explains Photo Stream simply as: "Take or import a photo.  See it on all your devices":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*Id.*

1964.  Apple provides further instructions on how to set up Photo Stream on each computer device: "On an iOS device.  In Settings, tap iCloud, tap Photo Stream, then turn on My Photo Stream, Shared Photo Streams, or both":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





*See, e.g.,* http://support.apple.com/kb/PH2605; SAMNDCA630-07882795.

1965.   Apple also instructs how to set up My Photo Stream in iPhoto: "You need to turn on My Photo Stream in iPhoto and on each iOS device that you want to include in your photo stream.   Before you can turn on My Photo Stream, you need to set up your iCloud account on your computer and devices.   **Note:**  To use iCloud, you need an Apple ID. If you don't have an Apple ID, you can create one during setup. … **To turn on My Photo Stream in iPhoto:** Open iPhoto and select Photo Stream in the Source list.   Click Turn On Photo Stream (on the right).   Any new photos you import into iPhoto are uploaded to iCloud and added to your photo stream.   By default, photos already in your photo stream (for example, photos added to your photo stream by an iOS device) are also automatically imported into your iPhoto library":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**



*See, e.g.,* http://help.apple.com/iphoto/mac/9.4/#pht7aaadf50; SAMDCA630-07882790;

*see also* http://help.apple.com/aperture/mac/3.3/#apr5375b3d0; SAMNDCA630-07882754 (explaining how to enable Photo Stream using Aperture).

1966. Apple also instructs users how to turn on Shared Photo Streams in iPhoto: "1. Choose iPhoto > Preference, and click Photo Stream. 2. … • *To turn on Shared Photo Streams:* Select the Shared Photo Stream checkbox":



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

*See, e.g.,* http://help.apple.com/iphoto/mac/9.4/#pht013f36be9; SAMNDCA630-07882792; *see also* http://help.apple.com/aperture/mac/3.3/#aprdbac8527; SAMNDCA630-07882756 (explaining how to enable Shared Photo Streams using Aperture).

1967.   As instructed by Apple, in order to enable iPhoto synchronization via Photo Stream, a user must perform the following steps:

1968.   In iCloud Preferences, the user must ensure that iCloud is enabled and that the user is logged into an iCloud account with the user's Apple ID.  In addition, in order to allow for photo synchronization using iCloud, the user must ensure that "Photo Stream" is enabled:



(Computer snapshot.)

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

1969.  Further, the user must select the "Options…" tab, and then enable "My Photo Stream" in order to "[a]utomatically download new photos from iCloud and upload photos you add to your photo stream from this computer":



(Computer snapshot.)

1970.  Moreover, the user must enable "Shared Photo Streams" in order to "[c]reate photo streams to share with other people, or subscribe to other people's shared photo streams."

1971.  In addition, the user must ensure that the "Photo Stream" field in iPhoto Preferences is enabled such that "My Photo Stream uploads and stores the last 30 days of your photos on iCloud and downloads them to all of your devices."  Moreover, the user must enable "Automatic Upload" in order to "[s]end all new photos to My Photo Stream" as shown below:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





(Computer snapshot.)

1972.   Once again, the user must enable "Shared Photo Streams" in order to "[c]reate photo streams to share with other people, or subscribe to other people's shared photo streams."

1973.   This setup must be established on all computer devices using the user's Apple ID. For example, the user must ensure that iCloud is enabled in Settings and that the user is logged into an iCloud account with the user's Apple ID from an iPad device.  In addition, in order to allow for photo synchronization using iCloud, the user must ensure that "Photo Stream" is enabled on the iPad device:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



(Computer snapshot.)

1974.   Further, the user must select "Photo Stream", and then enable "My Photo Stream" to ensure that the iPad will "[a]utomatically upload new photos and send them to all of your iCloud devices when connected to Wi-Fi":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**



(Computer snapshot.)

1975.   Moreover, the user must enable "Shared Photo Streams" in order to "[c]reate photo streams to share with other people, or subscribe to other people's shared photo streams."

1976.   Similarly, the user must ensure that iCloud is enabled and that the user is logged into their iCloud account with the their Apple ID on an iPhone device.  In addition, in order to allow for photo synchronization using iCloud, the user must ensure that "Photo Stream" is enabled on the iPhone device:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



(Computer snapshot.)

1978.  Once again, the user must enable "Shared Photo Streams" in order to "[c]reate photo streams to share with other people, or subscribe to other people's shared photo streams." *Id.*

1979.  Apple provides users detailed instructions on how to perform a variety of synchronization behaviors using Photo Stream.  For example, Apple explains how to create a shared photo stream: "**To create a shared photo stream:** 1. Select the photos you want to share.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2. Do one of the following: • Click the Share button in the toolbar, choose Photo Stream from the pop-up menu, and click New Photo Stream. • Drag the photos to Photo Stream in the Source list, and click New Photo Stream.  The New Shared Photo Stream dialog appears.  3. In the "Shared with" field, type the email addresses for your invitees.  …  4. In the Name field, type a name for the photo stream.  …  6. Click Share";



*See, e.g.,* http://help.apple.com/iphoto/mac/9.4/#phtf7fe6394; *see also* SAMNDCA630-07882778; http://help.apple.com/aperture/mac/3.3/#aprd8aa8a57; and SAMNDCA630-07882758 (explaining how to perform synchronization for Aperture).

1980.  Apple also instructs users how to add photos to Photo Stream from iPhoto: "The 1000 most recently imported photos in your iPhoto library are automatically uploaded to iCloud and added to your photo stream."  *See, e.g.,* http://help.apple.com/iphoto/mac/9.4/#pht7aaade98; SAMNDCA630-07882774.

1981.  Apple further instructs how to delete photos from Photo Stream: "You can delete photos from your photo stream using iPhoto 9.2.2 or later, or any iOS device with iOS 5.1 or later.  When you delete a photo from your photo stream, the photo is removed from the Photo Stream view in iPhoto and automatically deleted from the Photo Stream view on any other devices and computers that use the same iCloud account and have the required software.  **To**

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

**delete a photo from your photo stream in iPhoto:**  Select Photo Stream in the Source list, double-click My Photo Stream, and do any of the following: • Select the photo or photos you want to delete, and press the Delete key. • Select the photo or photos you want to delete, and choose Photos > "Delete from Photo Stream." • Control-click the photo or photos you want to delete, and choose "Delete from Photo Stream" from the shortcut menu. • Drag the photo or photos you want to delete to Trash in the Source list":



*See, e.g.,* http://help.apple.com/iphoto/mac/9.4/#pht5df9d6bf; SAMNDCA630-07882781.

1982.  Apple further instructs users how to add, remove, and edit photos in a shared photo stream: "**To add photos to a shared photo stream:** 1. Select the photos you want to add to a shared photo stream.  2. In the toolbar, do one of the following: • Click the Share button, choose Photo Stream from the pop-up menu, and then click a shared stream. • Click the Add To button, choose Photo Stream from the pop-up menu, and then click a shared stream. 3.  Type a comment, and click Publish. **To remove photos from a shared photo stream:** 1. In the Source list, select Photo Stream.  2. Double-click the shared stream containing the photos you want to remove.  3. Select the photos you want to remove, and press Delete":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





*See, e.g.,* http://help.apple.com/iphoto/mac/9.4/#pht5f6df5f0; SAMNDCA630-07882781;

*see also* http://help.apple.com/aperture/mac/3.3/#apr79a8fb4e;   SAMNDCA630-

07882743 (explaining how to perform synchronization for Aperture).

1983.   Apple also maintains a webpage titled "iCloud: Photo Stream FAQ" which directs

users on the specific instructions regarding the Photo Stream system.   For example, the Photo

Stream FAQ explains system requirements for Photo Stream:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

*See, e.g.*, http://support.apple.com/kb/HT4486; SAMNDCA630-07882770.

1984.   The Photo Stream FAQ also explains how to turn on Photo Stream:

> ▼ **How do I turn on Photo Stream?**
>
> Once your devices are up to date and you have set up your iCloud account, it's easy turn on Photo Stream on any of your devices. Here's how:
>
> On your iOS devices, go to **Settings > iCloud > Photo Stream**, and turn on My Photo Stream and Shared Photo Streams.
>
> On your Mac, go to **System Preferences > iCloud** and select the checkbox for Photo Stream. Click the Options button to verify that both My Photo Stream and Shared Photo Streams are enabled. Then, open iPhoto or Aperture to confirm that My Photo Stream and Shared Photo Streams are turned on in the application you want to use with Photo Stream. You can also adjust your Photo Stream settings in iPhoto or Aperture Preferences.
>
> On your PC, open the iCloud Control Panel for Windows and select the checkbox for Photo Stream. You can click on the Options button to verify that both My Photo Stream and Shared Photo Streams are enabled and adjust the settings. Be sure to click Apply.

*Id.*

1985.   The Photo Stream FAQ explains that My Photo Stream photos are stored in iCloud for 30 days, while Shared Photo Stream photos are stored indefinitely:

> ▼ **How long are My Photo Stream photos stored in iCloud?**
>
> The photos you upload to My Photo Stream are stored in iCloud for 30 days to give your devices plenty of time to connect and download them.

> ▼ **How long are Shared Photo Stream photos stored in iCloud?**
>
> The photos you share with Shared Photo Streams (and comments or likes associated with those photos) remain in iCloud until you delete them manually, or until you delete the shared photo stream completely.
>
> ▼ **Do shared photo streams ever expire?**
>
> No. Shared photo streams are only removed from iCloud if you delete the photo stream.

*Id.*

1986.   The Photo Stream FAQ explains that iOS devices store the last 1000 photos in My Photo Stream for iOS devices, but all photos for Mac OS X computers:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*Id.*

1987.   The Photo Stream FAQ instructs users how to delete photos from My Photo Stream and Shared Photo Streams:



*Id.*

1988.   Apple's internal documents provide greater detail regarding the inner workings of the Photo Stream system.   For example,   Apple utilizes ██████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





*See, e.g.,* APL630DEF-WH0000104682 at 104720 (Apple presentation regarding

1989.   Apple's internal documents describe the behavior of Apple's servers involved in operating Photo Stream.   For example, a document titled "Cupid Metadata Protocol Specification," version 0.9.7 describes the steps for "Putting an Asset in the Stream."   *See, e.g.,* APL630DEF-WH0003972370 at 3972375.

As Apple explains,

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



1990.   Each stream has a name.   A user has the ability to change the name of a photo stream:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

*See, e.g.,* APL630DEF-WH0000104682 at 104714.

1993.   Apple's documents also describe Shared Photo Streams in greater detail.   For example, ███████████████████ version 0.9, describes various methods to create, add to, modify and delete Shared Photo Streams.   The methods described include ███████████████████████

███████████████████████████████

███████████████████████████████

███ *See, e.g.,* APL630DEF-WH0000628732.

1994.   Apple emails also indicate that ████████████████████

███████████████████████ *See, e.g.,* APL630DEF-WH0000104806; *see also* Krugler Tr.  61:5:-10  and  61:18-24 ███

███████████████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

1995.   Apple documents further confirm that once a user has added or deleted a photo in Photo Stream in iPhoto (for all Mac OS X computers) using an account with the user's Apple ID, the photo will be updated in Photo Stream in iPhoto (for all Mac OS X computers) using the user's Apple ID, whenever the Mac OS X computers are connected to the Internet.  *See, e.g.,* APL630DEF-WH-SC00003611-20, 37760, 29490-95, 29496-99, and 29586-606 (showing the Photo Stream server requires a user's Apple ID); and APL630DEF-WH- SC000037774, 37760, 29490-95, 29496-99, and 29586-606 (showing the Shared Photo Stream server requires a user's Apple ID);  APL630DEF-WH-SC00000971-80

1996.   Similarly, once a user, following Apple's instructions, has added or deleted a photo in Photo Stream in iPhoto (for all Mac OS X computers) or Photos (for all iOS devices) using an account with the user's Apple ID, the photo will be updated in Photo Stream in iPhoto (for all Mac OS X computers) and Photos (for all iOS devices) using the user's Apple ID, whenever the Mac OS X computers are connected to the Internet and the iOS devices are connected to a Wi-Fi network.

1997.   Apple's own videos to the public also describe the operation of Photo Stream. See SAMNDCA630-07883292 (advertisement showing photographs taken on one device and appearing on another); (advertisement explaining "Take a picture here, and it shows up there. Capture a moment here, and it's waiting for you there.   And with iCloud, it all happens automatically, and wirelessly.  So you always have the things you want.  Exactly where you want them."); SAMNDCA630-07883294 (advertisement showing photographs taken on one device

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

and appearing on another); SAMNDCA630-07883297 (Steve Jobs explaining that Photo Stream causes photo to be "automatically uploaded to the cloud, where it's stored, and automatically downloaded to all my other devices, including in this case a Mac…. In addition I can import photos … and it will … do exactly the same thing with them"; and showing a diagram of how photos are stored on each device and on the server); SAMNDCA630-07883305 ("iCloud.  It stores your content and wirelessly pushes them to all your devices.").

1998.  At my direction, two videos attached to my report as Exhibits 757-09 and 757-10 were prepared to demonstrate the behavior of Photo Stream on an iPhone 5, an iPad 4, and a Macbook Pro.  The first section of that video, from 0:00-2:55, demonstrates setup of Photo Stream on each device as instructed by Apple's webpages and user guides.  From 2:55-3:30, the video demonstrates the photos present on the Photo Stream on each device.  From 3:30 to 4:00, the video demonstrates the importing of photos on an OS X device, and the update of the other devices to add those photographs to the Photo Stream.  From 4:00 to 4:30, the video demonstrates the capture of a photograph on an iOS device, and the update of the other devices to add that photograph to the Photo Stream.  The second video picks up from 0:00-0:050, demonstrating the deletion of a photograph in Photo Stream on one device and the update of the other devices' Photo Streams to match the deletion.  The video from 2:30-3:10 demonstrates the creation of a Shared Photo Stream and the update of the other devices to add the Shared Photo Stream.  The video from 3:40-4:20 demonstrates the renaming of a Shared Photo Stream and the update of the other devices' Shared Photo Streams to match the new name.  The video from 4:20-5:30 demonstrates the addition of comments to a photograph in a Shared Photo Stream and the update of the comments to a photograph in the devices' Shared Photo Streams to match the added comments.  The video from 5:30-7:30 demonstrates the addition of a photo to a Shared

02198.51981/5442465.1

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

Photo Stream and the update of the other devices to match the Shared Photo Stream.  The video from 7:30 to the end demonstrates the deletion of a photo from a Shared Photo Stream and the update of the other devices to match the Shared Photo Stream.

1999.  In addition, I reviewed the video included as Exhibit 24 to the Krugler Dep. and named Photo Stream.mov.  That video is attached to my report as Exhibit 757-11.  That video accurately describes the behavior of Photo Stream.  From 0:00-0:29, the video shows the settings on each device are configured to use Photo Stream.  From 0:29-1:00, the video shows that the devices have the same photographs within each photo stream.  From 1:00-1:39, the video demonstrates the capture of a photograph on an iOS device, and the update of the other devices to add that photograph to the Photo Stream.  From 1:39 to the end, the video demonstrates the creation of a Shared Photo Stream and the update of the other devices to add the Shared Photo Stream.

2000.  In addition, as provided in Apple's instructions, once a user has created a Shared Photo Stream in iPhoto (for all Mac OS X computers) using an account with the user's Apple ID, the Shared Photo Stream will be updated in iPhoto (for all Mac OS X computers) using the user's Apple ID, whenever the Mac OS X computers are connected to the Internet.

2001.  Similarly, a user following Apple's instructions will see that once a user has created a Shared Photo Stream in iPhoto (for all Mac OS X computers) or Photos (for all iOS devices) using their Apple ID account, the Shared Photo Stream will be updated  in iPhoto (for all Mac OS X computers) and Photos (for all iOS devices) on which the user has signed onto their Apple ID account, whenever the Mac OS X computers are connected to the Internet and the iOS devices are connected to a Wi-Fi network.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2002.   In addition, once a user has added, deleted, or edited (e.g. comments) a photo in a Shared Photo Stream in iPhoto (for all Mac OS X computers) while signed onto their Apple ID account, as instructed by Apple, the photo will be updated in the Shared Photo Stream in iPhoto (for all Mac OS X computers) on which the user has signed onto their Apple ID account, whenever the Mac OS X computers are connected to the Internet. *See, e.g.,* APL630DEF-WH-SC00003636-3645 (showing the server sends photos and metadata of a user's photostreams to iOS and Mac OS devices);   APL630DEF-WH- SC0001043-45, 1038-42, 24906-10, 38060-78, and A003511-67 (showing a user's photo streams, photos, and metadata on iOS devices); APL630DEF-WH-SC00001408-18  and 1478-97 (showing a user's photo streams, photos, and metadata on Mac OS X computers).

2003.   Similarly, once a user has added, deleted, or edited (e.g. comments) a photo in a Shared Photo Stream in iPhoto (for all Mac OS X computers) or Photos (for all iOS devices) while signed onto their Apple ID account, as instructed by Apple, the photo will be updated in the Shared Photo Stream in iPhoto (for all Mac OS X computers) and Photos (for all iOS devices)  on which the user has signed onto their Apple ID account, whenever the Mac OS X computers are connected to the Internet and the iOS devices are connected to a Wi-Fi network.

2004.   Similarly, once the user has edited metadata for a Shared Photo Stream, as instructed by Apple, such as by changing the name of the Shared Photo Stream, in iPhoto (for all Mac OS X computers) or Photos (for all iOS devices) using an account with the user's Apple ID, the metadata will be updated in the Shared Photo Stream in iPhoto (for all Mac OS X computers) and Photos (for all iOS devices) using the user's Apple ID, whenever the Mac OS X computers are connected to the Internet and the iOS devices are connected to a Wi-Fi network.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

APL630DEF-WH-SC00039580-1:

2026.

.

2027.   Examples of the metadata associated with a specific audio, and video files that is stored in iOS and iTunes (Mac OS X and iTunes on PC) are song title, album, artist, composer, genre, track number (on the album), length/duration, encoded bit rate, encoded sampling rate, date released, date the song was purchased, cover art (to display when the music file is playing), number of times the user has played the song, and the number of times the user skipped through the song, and the copyright year of the song.  The source code below shows these examples in Apple's source code:



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



2028.  Examples of the metadata used for managing content or metadata that are associated with a subset of audio or video files that are stored in iTunes are playlist name, the list of tracks (media) in the playlist, and the type of playlist (movie playlist, music playlist,

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2031.   Next iTunes on the Mac OS X computer transfers content files (or assets) to and from the iOS device until all content files in the list described above have been transferred, as indicated in the source code below:



## 2.   **Online Synchronization**

2032.   Another type of synchronization is online and initiated in response to a content update on a device.  I will discuss four examples below, Photo Stream, iTunes in the Cloud, Home Sharing, and iTunes Match.

2033. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2034.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

2035. The        first        example        is        for        Photo        Stream.

*See, e.g,* APL630DEF-WH0003972375,  APL630DEF-WH-SC00043499-511

2036.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2037.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2038.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2039.

2040.

2041.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

2042.

2043.

---

[8] *See also*
https://trac.calendarserver.org/browser/CalendarServer/trunk/doc/Extensions/caldav-ctag.txt.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**    APL630DEF-WH-SC00043564: PersistenceToStorageAPI.java (mme.basephoto)(Intering or updating
metadata on the server and returning the new CTag value)

2044. ██████████████████████████████████

██████████████████████████████

█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████

2045.  Examples of metadata associated with a specific photo (fingerprint, type, file
name, size, width, height, date uploaded, deviceid and derivatives) and a set or subset of photos
(photo stream album name, ctag, etc) are indicated in the source code comments and
documentation below:



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2046.   Comment data for shared photo streams is another example of synchronized metadata associated with a specific photo (comment text, commenter Apple ID ████████ as shown in the code comment below:

2047.   ████████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2048.   In this way, Photo Stream implements synchronization between iOS, OSX and Windows devices

2049.   Another example of online synchronization via iCloud  with automatic downloads enabled on iOS devices running iOS 4.3.3 or later, Mac OS X computer with iTunes 10.3.1 or later, and Windows with iTunes 10.3.1 or later, as described in above.  The synchronization process occurs as described in the following paragraphs.

2050.   First, iTunes and iOS determine if automatic downloads is enabled by reading and modifying the value of the configuration settings shown in the source code below:



2051.   Second, a user purchases a new song from the iTunes store, as shown in the code below:



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2057.  The user's other devices use the information from ¶¶ 2055 and 2056 about purchased tracks to download the same song from ███████ (See e.g. APL630DEF-WH-SC00023735-37), as shown below:



2058.  In this way, iTunes in the Cloud implements synchronization between iOS, OSX, and Windows devices ████████████████████

2059.  The third example of online synchronization is iTunes Match. When a user has opted in to iTunes Match and enabled it on devices running iOS 5.0.1 or later, OS X with iTunes 10.5.1 or later, or Windows with iTunes 10.5.1 or later iTunes Match can be used to synchronize

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

changes between music libraries in the cloud and on the device[s].  The source code excerpt

below shows several steps in the process of enrolment in iTunes Match:

2060. ███████████████████████████

███████████████████████

2061. ███████████████████████████

███████████████████████     See e.g. APL630DEF-WH-SC00050506-7,

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



2066.   Examples of the metadata associated with a specific audio file that is stored in iOS and iTunes (Mac OS X and iTunes on PC) are song title, album, artist, composer, genre, track number (on the album), length/duration, encoded bit rate, encoded sampling rate, date released, date the song was purchased, cover art (to display when the music file is playing), number of times the user has played the song, and the number of times the user skipped through the song, and the copyright year of the song.  The source code below shows these examples in Apple's source code:



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION

CO



2071. ███████████████████████████████████████████

████████████████████████████████████████████████████

████████



2072.  In response to the notification, the other devices will check for the latest changes and synchronize the deletion locally in the device's library See ¶¶ 2064, 2065, 2066.

2073.  In this way, iTunes Match implements synchronization between iOS, OSX, and Windows devices and the iTunes Match Server.

2074.  The last example of online synchronization is via Home Sharing on two or more computers running Mac OS X and PC with iTunes 9.0 or later, following Apple's instructions.

2075.  First, a user must authorize the iTunes library for Home Sharing associated with their Apple ID account and ███████████████████████████████████

██████████████      ███████████████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**



2076.   Next, the user must enable automatic transfer of new purchase, as shown below:



(Computer screenshot)

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**



2077.  When a user purchases a track,

2078.

**3**

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



2079.

2080.   Finally, the track metadata (including metadata about the specific file and metadata about a set or subset of files to which the file belongs) as well as the actual file are downloaded from the originating iTunes library. Excerpts of the metadata transferred over the

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

network, metadata stored in the iTunes library database, and the content transfer are shown below:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**2&3**



2081.  In this way, iTunes Home Sharing implements online synchronization between OSX and Windows devices running iTunes.

## X.     SUMMARY OF OPINIONS

2082.  As set forth in detail below, it is my opinion that Apple literally infringes at least Claims 1, 14 and 15 of the '757 Patent by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States, the accused Apple products.  Assuming for the sake of argument that Apple's accused products do not literally infringe, it is my opinion that they would infringe under the doctrine of equivalents.  It is also my opinion, as discussed below, that Apple indirectly infringes Claims 1, 14 and 15 of the '757 Patent.

## XI.    APPLE'S ACCUSED PRODUCTS INFRINGE THE ASSERTED CLAIMS OF THE '757 PATENT

### I.     Analysis of Accused Products

2083.  The discussion below identifies the specific elements corresponding to each limitation of each asserted claim within the '757 Accused Products.  Each element of each asserted claim is literally present in the '757 Accused.  Further, to the extent that any claim element identified as literally present is found not to be literally present in the '757 Accused

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Products, the claim element is embodied by the '757 Accused Products under the doctrine of equivalents.

2084.   For simplicity, where an element is believed to be implemented in the same way in each version of each of the '757 Accused Products, I provide an exemplary illustration or description setting forth specifically where the limitation is found in the accused product, without repeating the same illustration or description for each version of each of the '757 Accused Products.  In every one of these instances, however, I have tested all accused products, and/or examined all relevant documents and source code and have verified that the implementations are the same or substantially the same (or at least not meaningfully different for purposes of my analysis).

2085.   The infringement analysis provided in this Report is based upon the available information available at the time of the Report.  I reserve the right to supplement or amend my opinions based upon additional information obtained through discovery and/or to account for any further claim construction ruling(s) by the Court.

2086.   I also reserve the right to supplement these opinions to address opinions rendered by experts for Apple or any new information that comes to light after I submit this Expert Report.

2087.   I have reviewed all of Samsung's operative '757 infringement contentions submitted in this case, including Samsung's Original contentions submitted June 15, 2012, Samsung's Amended infringement contentions submitted September 28, 2012, Samsung's Second Amended infringement contentions submitted November 19, 2012, and Samsung's Third Amended disclosure of infringement contentions submitted July 4, 2013.  I understand that Samsung is asserting claims 1, 14, and 15 of the '757 Patent.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**



*See, e.g.,* http://www.apple.com/itunes/itunes-match/; *see also* SAMNDCA630-07882724; SAMNDCA630-07882736; *see also* ¶¶ VIII.K.1874-VIII.K.1879

**C.    iTunes synchronization via Wi-Fi Sync**

2093.    iTunes synchronization via Wi-Fi Sync is also used with '757 Accused Products in a system for synchronizing devices in a multimedia environment).    Apple describes Wi-Fi sync[9] by explaining to the user that "[e]ach time you sync, content is synced between your iOS device and computer to reflect new, updated, or deleted content":

---

[9] In addition to Wi-Fi syncing, Apple also provides USB syncing that performs very similarly in term of synchronization of music, movies, and photos.  *See, e.g.,* http://support.apple.com/kb/ht1386; SAMNDCA630-07882853; *see also* APL630DEF-WH0004568865 ("there are currently no real UI differences on the iTunes side between USB and WiFi sync"); APL630DEF-WH00004569189 ("Wireless sync is basically the same as wired sync at the iTunes level.").

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

### D.   iTunes synchronization via Home Sharing

2095.   iTunes synchronization via Home Sharing is also used with '757 Accused Products in systems for synchronizing devices in a multimedia environment. As described by Apple, "Home Sharing in iTunes is designed to let you easily share your iTunes media libraries between up to five computers in your household. You can also use Home Sharing to play your iTunes content on your iOS devices and Apple TV (2nd generation) if they are connected to your home Wi-Fi network":



*See,      e.g.,*      http://support.apple.com/kb/HT3819;      SAMNDCA630-07882687; SAMNDA630-07882689; *see also* ¶¶ VIII.M.1937-VIII.M.1939 and VIII.M.1947.

### E.   Photo synchronization via Photo Stream

2096.   Photo synchronization via Photo Stream is also used with '757 Accused Products in systems for synchronizing devices in a multimedia environment.   Apple instructs users that

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** "[w]ith iCloud, when you take a photo on one device, it automatically appears on all your other devices. And with Shared Photo Streams, you can easily choose which of your photos you want to share and who you want to share them with":



*See, e.g.,* http://www.apple.com/icloud/features/photo-stream.html; *see also* SAMNDCA630-07882592 and APLNDC630-0000159279; *.see also* ¶¶ 376-VIII.N.1953.

### 1.ii.   Claim 1 – Limitation 1

> *at least one central storage and interface device,*
> *wherein audio, video, or photographic data,*
> *including content information and content*
> *management information, relating to at least one*
> *user, are stored in digital form; and*

2097.   The '757 Accused Products meet this claim limitation.   In particular, the '757 Accused Products can and are used to form a system for synchronizing devices in a multimedia

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2102.    In the first configuration, the Apple iCloud is at least one central storage and interface device.

2103.   The iCloud can interface with at least one zone device.  *See, e.g.,* APL630DEF-WH-SC00009026,    APL630DEF-WH-SC00009030-47,    APL630DEF-WH-SC00044087-97, APL630DEF-WH-SC00044105,    APL630DEF-WH-SC00041132,    APL630DEF-WH-SC00047508,  APL630DEF-WH-SC00037406,  APL630DEF-WH-SC00037900,  APL630DEF-WH-SC00045782,    APL630DEF-WH-SC00047535,    APL630DEF-WH-SC00045663, APL630DEF-WH-SC00047437

2104.   Further, the iCloud can store audio, video, or photographic data, including content information and content management information, relating to at least one user, in digital form. *See, e.g.,* APL630DEF-WH- SC00047797, APL630DEF-WH-SC00041273, APL630DEF-WH-SC00041282; *see also* ¶¶VIII.J.1834-VIII.J.1838 (describing iCloud storing music and purchase history).

2105.  In the first configuration including at least ███████████████ as well as the ████████████████ in Apple's Data Centers and the user's computer devices, the at least one "central storage and interface device" corresponds to the ████████████ as well as the ██████████████████ in Apple's Data Centers.  The ████████████████████████████████ in Apple's Data Centers is a storage device because it consists of various computer servers that can store extremely large amounts of data on various databases and storage devices such as hard disks. The ████████████████ as well as the ████████████████ in Apple's Data Centers is an interface device because it resides in the Cloud and interacts with user devices through the Internet.  *See, e.g.,* APL630DEF-WH-SC00041132, APL630DEF-WH-SC00037900,

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**[3]** APL630DEF-WH-SC00045663,   APL630DEF-WH-SC00047437;   *see*   *also*   ¶¶VIII.J.1834-VIII.J.1838 (describing iCloud pushing music onto other devices).

2106.  In this case, song data, including both "content information" and "content management information," of songs purchased by users using their Apple ID from the iTunes Store is stored in digital form in the ▮▮▮▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ in Apple's Data Centers using the iTunes in the Cloud feature.  The "content information" includes songs purchased by users using their Apple ID from the iTunes Store and stored in digital form ▮▮▮▮▮▮▮▮▮▮  The "content information" also includes metadata that are associated with and specific to songs (e.g. songs' name, songs' duration, track number, release date, copyright, sample rate, bit rate, etc.) purchased by users using their Apple ID from the iTunes Store and stored in digital form in the ▮▮▮▮▮▮▮ in Apple's Data Centers.  The "content management information" includes metadata used for managing content (e.g. playlists, purchased list) or metadata but not specific to songs (e.g. artist, composer, genre, album name, album artwork, etc.) purchased by users using their Apple ID from the iTunes Store and stored in digital form in the ▮▮▮▮▮▮▮▮▮ in Apple's Data Centers.  *See, e.g,* APL630DEF-WH- SC00047797, APL630DEF-WH-SC00041273, APL630DEF-WH-SC00041282; *see also* ¶¶VIII.J.1834-VIII.J.1838 (describing iCloud storing music and purchase history)..

2107.  In the second configuration including at least a specific ▮▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮▮▮▮▮▮ in an Apple Data Center and the user's computer devices, the "central storage and interface device" corresponds to a specific ▮▮▮▮

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** ███████████████████ as well as the █████████████████ in an Apple Data Center.[10] The specific █████████████ as well as the █████████████████ in an Apple Data Center is a storage device because it consists of various computer servers that can store large amounts of data on various databases and storage devices such as hard disks.  The specific █████████████ as well as the █████████████████ in an Apple Data Center is an interface device because it resides in the Cloud and interacts with user devices through the Internet.  *See* ¶¶VIII.J.1834-VIII.J.1838 (describing iCloud storing music and purchase history).

2108.  In this case, song data, including both "content information" and "content management information," of songs purchased by users using their Apple ID from the iTunes Store is stored in digital form in a specific █████████████ as well as the ████████ ████████████ in an Apple Data Center using the iTunes in the Cloud feature.  The "content information" includes a subset of songs purchased by users using their Apple ID from the iTunes Store and stored in digital form in a specific ████████████  The "content information" also includes metadata that are associated with and specific to the subset of songs (e.g. songs' name, songs' duration, track number, release date, copyright, sample rate, bit rate, etc.) purchased by users using their Apple ID from the iTunes Store and stored in digital form in the ████████ in an Apple Data Center.  The "content management information" includes metadata used for managing content (e.g. playlists, purchased list) or metadata that are associated with but not specific to the subset of songs (e.g. artist, composer, genre, album name,

---

[10] To the extent the specific █████████████ as well as the ████████ and ████████ in an Apple Data Center can be considered more than one central storage and interface devices, the claims only require "at least one" central storage and interface device.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

Served Jul. 17, 2013); APLDEF-WH-SC00008963 (███████████████████

███████████████ and  APLDEF-WH-SCA000  266-281  ███████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████ *See* ¶¶VIII.J.1834-VIII.J.1838 (describing iCloud storing music and

purchase history).

2111.  In the third configuration of using the iTunes in the Cloud feature including at

least a user's Mac OS X computer and the user's remaining computer (e.g., Mac OS X

computers and iTunes on PC) and iOS devices, the at least one "central storage and interface

device" corresponds to a user's Mac OS X computer or iTunes on PC.  For simplicity's sake, I

will discuss Mac OS X computers, but the analysis is equally applicable to iTunes on PC.  The

user's Mac OS X computer is a storage device because it consists of a computer that can store

data on storage devices such as a hard disk.  The user's Mac OS X computer is an interface

device because it interacts with the user's remaining devices, for example through the Internet or

Wi-Fi network.  I note that the interaction between the Mac OS X computer and the user's

remaining computer devices using the iTunes in the Cloud feature is performed using the iCloud,

which in this case serves as a conduit for communication between the Mac OS X computer and

the user's remaining computer devices.  *Compare* '757 Patent, Fig. 1 and  APLNDC630-

0000163077; *see also, e.g., ¶ VIII.*J.1835.

2112.  In this case, song data, including both "content information" and "content

management information," of songs purchased by a user using his or her Apple ID from the

iTunes Store is stored in digital form in the user's Mac OS X computer using the iTunes in the

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** button to download music from an artist, album, or playlist. So you have immediate access to a

huge music library without having to worry about the storage space on your device":



*http://www.apple.com/itunes/itunes-match/;   see   also   SAMNDCA630-07882724;*

*SAMNDCA630-07882736.*

2115.  Although the addition of new music using iTunes Match is not synchronized,

"[w]hen you create, edit, or delete a playlist on your Mac, PC, iPhone, or iPad, those changes

will sync across any iTunes Match-enabled device you own."  *Id.*  Apple also explains that

"[w]hen you make changes to a playlist from your device, those changes will apply to your other

iTunes Match enabled devices":

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



2116.   *See, e.g.*, http://support.apple.com/kb/HT5637; SAMNDCA630-07882732 at 7882734

2117.   As demonstrated in the discussion above, the '757 Accused Products are used to form a system for synchronizing devices in a multimedia environmental that comprises at least one central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to at least one user, are stored in digital form using the iTunes Match feature. *See e.g.,VIII.K.1873*-VIII.K.1903 and IX.2.2059-IX.2.2065.

2118.   Like iTunes in the Cloud, the system for synchronizing devices using the iTunes Match feature is composed of multiple synchronizing device configurations including at least: (1) the ███████████████████████████████████████ as well as the ██████████████ in Apple's Data Centers and the user's computer devices; (2) a specific ██████████████████████████████████████ as well as

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** the ▮▮▮▮▮▮▮ in an Apple Data Center and the user's computer devices; and (3) a user's Mac OS X computer and the user's remaining computer devices.

2119.  In the first configuration, Apple iTunes Match is at least one central storage and interface device.

2120.  The Apple iTunes Match can interface with at least one zone device.  *See* ¶¶ *VIII.K.1873*-VIII.K.1903 and IX.2.2059-IX.2.2065.

2121.  Further, Apple iTunes Match can store audio, video, or photographic data, including content information and content management information, relating to at least one user, in digital form.  *See* ¶¶ *VIII.K.1873*-VIII.K.1903 and IX.2.2059-IX.2.2065.



2122.  In the first configuration including at least the ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮▮ in Apple's Data Centers and the user's computer devices, the at least one "central storage and interface device" corresponds to the ▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮▮ in Apple's Data Centers.  The ▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮ in Apple's Data Centers is a storage device because it consists of various computer servers that can store extremely large amounts of data on various databases and storage devices such as hard disks.  The ▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮▮ in Apple's Data Centers is an interface device because it resides in the Cloud and interacts with user devices through the Internet.  *See e.g., VIII.K.1873*-VIII.K.1903 and IX.2.2059-IX.2.2065.

2123.  In this case, song data, including both "content information" and "content management information," of matched and  non-matched songs uploaded by users under their

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** Apple ID account is stored in digital form in the ███████████████████████ ████████ as well as the ████████████████ in Apple's Data Centers responsible for hosting the iTunes Match feature.  The "content information" includes matched songs uploaded by users under their Apple ID account and stored in digital form ███████████████████████  The "content information" also includes non-matched songs uploaded by users under their Apple ID account and stored in digital form in the ████████████████████.  The "content information" also includes metadata that are associated with and specific to matched and non-matched songs (e.g. songs' name, songs' duration, track number, release date, copyright, sample rate, bit rate, etc.) uploaded by users using their Apple ID account and stored in digital form in the ██████████████ in Apple's Data Centers.  The "content management information" includes metadata used for managing content (e.g. playlists, purchased list, matched list, etc.) or metadata that are associated with but not specific to matched and non-matched songs (e.g. genre, album name, album artwork, playlists, etc.) uploaded by users using their Apple ID account and stored in digital form in the ███████████████ in Apple's Data Centers.  *See e.g, VIII.K.1873*-VIII.K.1903 and IX.2.2059-IX.2.2065.

2124.  In the second configuration including at least a specific ████████████████ ████████████████████████ as well as the ████████████████ in an Apple Data Center and the user's computer devices, the "central storage and interface device" corresponds to a specific ████████████████████████████ as well as the ████████████████████ in an Apple Data Center.[11]  The specific ████████

---

[11] To the extent the specific ████████████████████████ as well as the ████████████████████ in an Apple Data Center can be considered more than one central storage and interface devices, the claims only require "at least one" central storage and interface device.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** ███████████████████████████████████████ as well as the ███████████

████ in an Apple Data Center is a storage device because it consists of various computer servers that can store large amounts of data on various databases and storage devices such as hard disks.  The specific ████████████████████████████████

████ as well as the ██████████████ in an Apple Data Center is an interface device because it resides in the Cloud and interacts with user devices through the Internet.  *See e.g., VIII.K.1873-VIII.K.1903 and IX.2.2059-IX.2.2065.*

2125.   In this case, song data, including both "content information" and "content management information," of matched and non-matched songs uploaded by users using their Apple ID is stored in digital form in a specific ████████████████████████

████████████████ as well as the ██████████████ in an Apple Data Center using the iTunes Match feature.  The "content information" includes a subset of matched songs uploaded by users using their Apple ID and stored in digital form in a specific ████████████

████ The "content information" also includes a subset of non-matched songs uploaded by users using their Apple ID and stored in digital form in a specific ██████████████

████████████ The "content information" also includes metadata that are associated with and specific to the subset of matched and non-matched songs (e.g. songs' name, songs' duration, track number, release date, copyright, sample rate, bit rate, etc.) uploaded by users using their Apple ID and stored in digital form in the ██████████████ in an Apple Data Center.  The "content management information" includes metadata used for managing content (e.g. playlists, purchased list, matched list, etc.) or metadata that are associated with but not specific to the subset of matched and non-matched songs (e.g. artist, composer, genre, album

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

name, album artwork, playlists, purchased list, matched list, etc.) uploaded by users using their Apple ID and stored in digital form in the ███████████ in an Apple Data Center.

2126.  In the third configuration including at least a user's Mac OS X computer or iTunes on PC, and the user's remaining computer devices, the "central storage and interface device" corresponds to a user's Mac OS X computer or iTunes on PC.  For simplicity's sake, I will discuss Mac OS X computers, but the analysis is equally applicable to iTunes on PC.  The user's Mac OS X computer is a storage device because it consists of a computer that can store data on storage devices such as a hard disk.  The user's Mac OS X computer is an interface device because it interacts with the user's remaining devices, for example through the Internet for Wi-Fi network.  I note that the interaction between the Mac OS X computer and the user's remaining computer devices using the iTunes Match feature is performed using the iCloud, which in this case serves as a conduit for communication between the Mac OS X computer and the user's remaining computer devices.

2127.  In this case, song data, including both "content information" and "content management information," of matched and non-matched songs uploaded by a user using his or her Apple ID account is stored in digital form in the user's Mac OS X computer using the iTunes Match feature.  The "content information" includes matched and non-matched songs uploaded by the user using his or her Apple ID account and stored in digital form in the user's Mac OS X computer.  The "content information" also includes metadata that are associated with and specific to matched and non-matched songs (e.g. songs' name, songs' duration, track number, release date, copyright, sample rate, bit rate, etc.) uploaded by the user using his or her Apple ID and stored in digital form in the user's Mac OS X device.  The "content management information" includes metadata used for managing content (e.g. playlists, purchased list,

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

matched list, etc.) or metadata that are associated with but not specific to matched and non-matched songs (e.g. genre, album name, album artwork, etc.) uploaded by the user using his or her Apple ID account and stored in digital form in the user's Mac OS X computer.

### C.   iTunes synchronization via Wi-Fi Sync

2128.   iTunes synchronization via Wi-Fi Sync includes at least one central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to at least one user, are stored in digital form.

2129.   As demonstrated in the discussion above, the '757 Accused Products are used to form systems for synchronizing devices in a multimedia environment that comprises at least one central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to at least one user, are stored in digital form using the Wi-Fi Sync feature.   In particular, the Wi-Fi Sync feature is used to synchronize multimedia data including music, movies, or photos provided by a user on multiple devices (including Mac OS X computers, iTunes on PC, and iOS devices) that are associated with an iTunes library with the user's Apple ID account.

2130.   Moreover, the system for synchronizing devices using the Wi-Fi Sync feature includes a synchronizing device configuration including at least a user's Mac OS X computer (or iTunes on PC) and the user's iOS devices.   For simplicity's sake, I will discuss Mac OS X computers, but the analysis is equally applicable to iTunes on PC.

2131.   The at least one "central storage and interface device" corresponds to a user's Mac OS X computer.   The user's Mac OS X computer is a storage device because it consists of a computer that can store data on storage devices such as a hard disk.   The user's Mac OS X

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** computer is an interface device because it interacts with the user's iOS devices through a Wi-Fi network.

2132.   Songs, movies, or photos data, including both "content information" and "content management information," associated with a user (because the songs, movies or photos are purchased by a user using his or her Apple ID account through the iTunes Store) are stored in digital form in the user's Mac OS X computer using the Wi-Fi Sync feature.  The "content information" includes music, movies, or photos associated with a user on multiple devices associated with the user's User ID, and stored in digital form in the user's Mac OS X computer. The "content information" also includes metadata that are associated with and specific to music, movies, or photos (e.g. name, file, duration, track number, release date, copyright, sample rate, bit rate, etc.) associated with a user on their devices associated with the user's User ID, and stored in digital form in the user's Mac OS X computer.  The "content management information" includes metadata used for managing content (e.g. playlists, purchased list, etc.) or metadata that are associated with specific set of music, movies, and photos (e.g.  actors, director, producer, genre, album name, artwork, etc.)  associated with a user on their devices which are using the user ID associated with the user's iTunes Libraryand stored in digital form in the user's Mac OS X device.

### D.     iTunes synchronization via Home Sharing

2133.   iTunes synchronization via Home Sharing includes at least one central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to at least one user, are stored in digital form.

2134.   The at least one "central storage and interface device" corresponds to a user's Mac OS X computer or iTunes on PC.   For simplicity's sake, I will discuss Mac OS X

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**[3]** computers, but the analysis is equally applicable to iTunes on PC.   The user's Mac OS X

computer is a storage device because it consists of a computer that can store data on storage

devices such as a hard disk.   The user's Mac OS X computer is an interface device because it

interacts with the user's remaining other Mac OS X computer through a Wi-Fi network.

2135.   Songs or movies data, including both "content information" and "content

management information," associated with a user (because the songs or movies were purchased

by a user using his or her Apple ID account through the iTunes Store, is stored in digital form in

the user's Mac OS X computer using the Home Sharing feature.   The "content information"

includes songs and movies purchased by the user using his or her Apple ID account through the

iTunes Store and stored in digital form in the user's Mac OS X computer.   The "content

information" also includes metadata that are associated with and specific to songs and movies

(e.g. name, duration, track number, release date, copyright, sample rate, bit rate, etc.) purchased

by the user using his or her Apple ID account through  the iTunes Store, and stored in digital

form in the user's Mac OS X computer.   The "content management information" includes

metadata used for managing content (e.g. playlists, purchased list, etc.) or metadata that are

associated with but not specific to songs and movies (e.g. director, producer, genre, album name,

artwork, etc.) purchased by the user using his or her Apple ID account through the iTunes Store

and stored in digital form in the user's Mac OS X computer.

###    E.    Photo synchronization via Photo Stream

2136.   Photo synchronization via Photo Stream includes at least one central storage and

interface device, wherein audio, video, or photographic data, including content information and

content management information, relating to at least one user, are stored in digital form.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2137.  Photo synchronization via Photo Stream includes at least one central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to at least one user, are stored in digital form.

2138.  As demonstrated in the discussion above, the '757 Accused Products are used to form systems for synchronizing devices in a multimedia environment that comprise at least one central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to at least one user, are stored in digital form using the Photo Stream feature.  In particular, the Photo Stream feature is used to synchronize multimedia data including photos uploaded by a user using his or her Apple ID account on up to 10 devices (including Mac OS X computers and iOS devices) that are associated with the user's Apple ID account.

2139.  Moreover, the system for synchronizing devices using the Photo Stream feature includes multiple synchronizing device configurations including at least: (1) ███████████ ███████████████████████ as well as the ███████████████ in Apple's Data Centers and the user's computer devices; (2) a specific ███████████████████████ as well as the ███████████████ in an Apple Data Center and the user's computer devices; and (3) a user's Mac OS X computer and the user's remaining computer devices.

2140.  In the first configuration including at least the ███████████████ ███████████ as well as the ███████████████ in Apple's Data Centers and the user's computer devices, the at least one "central storage and interface device" corresponds to the ███████████████████████ as well as the ███████████████ in Apple's Data Centers.  The ███████████████████████ as well as the ███████████ in Apple's Data Centers is a storage device because it consists of various computer

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

servers that can store extremely large amounts of data on various databases and storage devices such as hard disks. The ███████████████████████████ as well as the ████████ ██████████ in Apple's Data Centers is an interface device because it resides in the Cloud and interacts with user devices through the Internet.

2141. In this case, photo data, including both "content information" and "content management information," associated with a user (because the photos uploaded by the user using his or her Apple ID account) is stored in digital form in the ████████████████ ████████ as well as the ████████████ in Apple's Data Centers using the Photo Stream feature. The "content information" includes photos uploaded by users using their Apple ID and stored in digital form in the ██████████████████████. The "content information" also includes metadata that are associated with and specific to photos (e.g. photos' name, files' name, files' size, files' hash, etc.) uploaded by users using their Apple ID and stored in digital form in the ████████████ in Apple's Data Centers. The "content management information" includes metadata used for managing content (e.g. photo stream name, identification of start and end of a set of photos, etc.) or metadata that are associated with but not specific to photos (e.g. most recently uploaded photos' ID number, current photos' ID number, etc.) uploaded by users using their Apple ID account, and stored in digital form in the ████ ████████ in Apple's Data Centers.

2142. In the second configuration including at least a specific ████████████ or ████████████ as well as the ████████████ in an Apple Data Center and the user's computer devices, the "central storage and interface device" corresponds to a specific ████████████████████ as well as the ████████████ in an Apple

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** Data Center.[12]  The specific ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮ ▮▮▮▮▮▮ in an Apple Data Center is a storage device because it consists of various computer servers that can store large amounts of data on various databases and storage devices such as hard disks.  The specific ▮▮▮▮▮▮▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮ in an Apple Data Center is an interface device because it resides in the Cloud and interacts with user devices through the Internet.

2143.  In this case, photo data, including both "content information" and "content management information," associated with a user (because the photos are uploaded by users using their Apple ID account) is stored in digital form in a specific ▮▮▮▮▮▮ ▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮ in an Apple Data Center using the Photo Stream feature.  The "content information" includes a subset of photos uploaded by users using their Apple ID and stored in digital form in a specific ▮▮▮▮▮▮ ▮▮▮▮▮  The "content information" also includes metadata that are associated with and specific to the subset of photos (e.g. photos' name, files' name, files' size, files' hash, etc.) uploaded by users using their Apple ID account and stored in digital form in the ▮▮▮▮▮ ▮▮▮ in an Apple Data Center.  The "content management information" includes metadata used for managing content (e.g. identification of start and end of a set of photos, photo stream name, etc.) or metadata that are associated with but not specific to the subset of photos (e.g. most recently uploaded photos' ID number, current photos' ID number, etc.) uploaded by users using their Apple ID and stored in digital form in the ▮▮▮▮▮▮ in an Apple Data Center.

---

[12] To the extent the specific ▮▮▮▮▮▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮ in an Apple Data Center can be considered more than one central storage and interface devices, the claims only require "at least one" central storage and interface device.

02198.51981/5442465.1

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2146.  Similarly, as demonstrated in the discussion above, the '757 Accused Products are used to form a system for synchronizing devices in a multimedia environmental that comprises at least one central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to at least one user, are stored in digital form using the Shared Photo Stream feature.  In particular, the Shared Photo Stream feature is used to synchronize multimedia data including photos uploaded by a user using his or her Apple ID on up to 10 devices (including Mac OS X computers and iOS devices) that are associated with the user's Apple ID.

2147.  Once again, the system for synchronizing devices using the Shared Photo Stream feature includes multiple synchronizing device configurations including at least: (1) the ████████ ████████████████████████████ as well as the ██████████████████ in Apple's Data Centers and the user's computer devices; (2) a specific ██████████████ ██████████ as well as the ██████████████ in an Apple Data Center and the user's computer devices; and (3) a user's Mac OS X computer and the user's remaining computer devices.

2148.  In the case of a system for synchronizing devices using Shared Photo Stream including at least the ████████████████████████ as well as the ████████ ██████████ in Apple's Data Centers and the user's computer devices, the at least one "central storage and interface device" corresponds to the ████████████████████ ██████████ as well as the ██████████████ in Apple's Data Centers.  The ████ ████████████████████████ as well as the ██████████████ in Apple's Data Centers is a storage device because it consists of various computer servers that can store extremely large amounts of data on various databases and storage devices such as hard disks.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

The ████████████████████████████ as well as the ██████████████████████ in Apple's Data Centers is an interface device because it resides in the Cloud and interacts with user devices through the Internet.

2149.   In this case, photo data, including both "content information" and "content management information," associated with a user (because the photos have been uploaded by users using their Apple ID  account) is stored in digital form in the ████████████████ and ██████████████ as well as the ██████████████████ in Apple's Data Centers using the Shared Photo Stream feature.  The "content information" includes photos uploaded by users using their Apple ID and stored in digital form in the ████████████████████████ ████████████.  The "content information" also includes metadata that are associated with and specific to a photo (e.g. file name, file size, file hash, etc.) uploaded by users using their Apple ID account and stored in digital form in the ████████████████ in Apple's Data Centers.  The "content management information" includes metadata used for managing content (e.g. identification of start and end of a set of photos, shared photo stream name, etc.) or metadata that are associated with a specific subset of photos (e.g. most recently uploaded photos' ID number, current photos' ID number, etc.) uploaded by users using their Apple ID account and stored in digital form in the ██████████████ in Apple's Data Centers.

2150.   In the case of a system for synchronizing devices using the Shared Photo Stream feature including at least a specific ████████████████████ as well as the ██████████████ in an Apple Data Center and the user's computer devices, the "central storage and interface device" corresponds to a specific ████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** ███████████ as well as the ███████████████ in an Apple Data Center.[13] The specific ███████████████████████ as well as the ████████████████ in an Apple Data Center is a storage device because it consists of various computer servers that can store large amounts of data on various databases and storage devices such as hard disks. The specific ████████████████████ as well as the ██████████████ in an Apple Data Center is an interface device because it resides in the Cloud and interacts with user devices through the Internet.

2151. In this case, photo data, including both "content information" and "content management information," associated with a user (because the photos have been uploaded by users using their Apple ID account) is stored in digital form in a specific ██████████ or ████████████████ as well as the ████████████ in an Apple Data Center using the Shared Photo Stream feature. The "content information" includes a subset of photos uploaded by users using their Apple ID and stored in digital form in a specific ████████████████████ The "content information" also includes metadata that are associated with and specific to a single photo (e.g. file name, file size, file hash, etc.) uploaded by users using their Apple ID account and stored in digital form in the ████████████ in an Apple Data Center. The "content management information" includes metadata used for managing content (e.g. identification of start and end of a set of photos, shared photo streams' name, etc.) or metadata that are associated with a specific subset of photos (e.g. most recently uploaded photos' ID number, current photos' ID number, etc.) uploaded by users using

---

[13] To the extent the specific ████████████████ as well as the ████████████████████ in an Apple Data Center can be considered more than one central storage and interface devices, the claims only require "at least one" central storage and interface device.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

their Apple ID account and stored in digital form in the ███████████████████ in an Apple Data Center.

2152.   In the case of systems for synchronizing devices using the Shared Photo Stream feature including at least a user's Mac OS X computer and the user's remaining computer devices, the "central storage and interface device" corresponds to a user's Mac OS X computer. The user's Mac OS X computer is a storage device because it consists of a computer that can store data on storage devices such as a hard disk.  The user's Mac OS X computer is an interface device because it interacts with the user's remaining devices through the Internet.  I note that the interaction between the Mac OS X computer and the user's remaining computer devices using the Shared Photo Stream feature is performed using the iCloud, which in this case serves as a conduit for communication between the Mac OS X computer and the user's remaining computer devices.   *Compare*  '757, Fig.  1  *with*  http://help.apple.com/icloud/#mmbc402b84   and APLNDC630-0000159277.

2153.   In this case, photo data, including both "content information" and "content management information," associated with a user (because the photos have been uploaded by a user using his or her Apple ID account) is stored in digital form in the user's Mac OS X computer using the Shared Photo Stream feature.  The "content information" includes photos uploaded by the user using his or her Apple ID account and stored in digital form in the user's Mac OS X computer.  The "content information" also includes metadata that are associated with and specific to a photo(e.g. file name, file size, file hash, etc.) uploaded by the user using his or her Apple ID account and stored in digital form in the user's Mac OS X computer.  The "content management information" includes metadata used for managing content (e.g. identification of start and end of a set of photos, etc.) or metadata that are associated with a subset of photos (e.g.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** shared photo streams' name, most recently uploaded photos' ID number, current photos' ID number, etc.) uploaded by the user using his or her Apple ID account and stored in digital form in the user's Mac OS X computer.

### 1.iii.   Claim 1 – Limitation 2

> *at least one zone, each zone having at least one zone specific storage and interface device capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device and the central storage and interface device, are updated in relation to the zone specific storage and interface devices and the central storage and interface device, whereby the at least one user can be situated in any one of the zones and access the audio, video, or photographic information related to the at least one user.*

2154.  Under the Court's construction, the claim term "zone-specific storage and interface device" means "a storage and interface device that resides in an area, such as a room or similar location."  The '757 Accused Products meet this claim limitation.  In particular, the '757 Accused Products are used to form systems for synchronizing devices in a multimedia environment that comprises at least one zone (i.e. area such as a room or similar location), each zone (i.e. area such as a room or similar location) having at least one zone specific storage and interface device (i.e. a storage and interface device that resides in an area, such as a room or similar location) capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device (i.e. the storage and interface device that resides in an area, such as a room or similar location) and the central storage

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Apple provides a demo of Photo Stream synchronization within Apple's stores.   Using this system, a user can take a photograph on one device and have those photographs appear on each other device.

2157.   I have been informed that when identical language is used consistently in multiple steps within the same claim, it is reasonable to assume that all references relate to the same subject matter; and that generally when a previously identified term is repeated, it is generally introduced by a definite article "the" or "said."   Thus, I have been informed that in claims 1, 14 and 15 of the '757 patent, the earlier claim term "at least one central storage and interface device" provides the antecedent basis and thus the context essential to understand the meaning of the definite claim term "the central storage and interface device," and that the second limitation "the" refers to the entirety of the phrase "at least one."

### A.   iTunes synchronization via iTunes in the Cloud

2158.   As demonstrated in the discussion above, the '757 Accused Products can and are used to form a system for synchronizing devices in a multimedia environmental that comprises at least one zone (i.e. area such as a room or similar location), each zone (i.e. area such as a room or similar location) having at least one zone specific storage and interface device (i.e. a storage and interface device that resides in an area, such as a room or similar location) capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device (i.e. the storage and interface device that resides in an area, such as a room or similar location) and the central storage and interface device, are updated in relation to the zone specific storage and interface devices (i.e. the storage and interface devices

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

that reside in areas, such as rooms or similar locations) and the central storage and interface device, whereby the at least one user can be situated in any one of the zones (i.e. areas such as rooms or similar locations) and access the audio, video, or photographic information related to the at least one user using the iTunes in the Cloud feature.  In particular, the iTunes in the Cloud feature with Automatic Download enabled is used to synchronize multimedia data including songs purchased by a user using his or her Apple ID account from the iTunes Store on up to 5 of the user's computer devices (including Mac OS X computers and iTunes on PC) that are authorized to use the user's Apple ID and up to 10 devices (including Mac OS X computers, iTunes on PC, and iOS devices) that are associated with the user's Apple ID account.  For simplicity's sake, I will discuss Mac OS X computers, but the analysis is equally applicable to iTunes on PC.

2159.  Moreover, the system for synchronizing devices using the iTunes in the Cloud feature includes multiple synchronizing device configurations including at least: (1) the ███████ ███████████████ as well as the ██████████████████ in Apple's Data Centers and the user's computer devices; (2) a specific ████████████████ as well as the ██████ ████████████████ in an Apple Data Center and the user's computer devices; and (3) a user's Mac OS X computerid and the user's remaining computer devices.

2160.  In the first configuration including at least the ██████████████████ as well as the █████████████████ in Apple's Data Centers and the user's computer devices, the at least one "central storage and interface device" corresponds to the ██████████ ██████████ as well as the █████████████████████ in Apple's Data Centers, as described above. *See  VIII.J.1831-VIII.J.1872.*



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2161.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's computer devices (including Mac OS X computers, iTunes on PC, and iOS devices).[14] The user's Mac OS X computers and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory.  The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.

2162.   The user's Mac OS X computers, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g, APLNDC630*-0001897067 at APLNDC630-0001897161 ███████████████████████████████████████ ████████████████████████████████████████████ and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.  Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location.  Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction.  *See, e.g.,* APLNDC0002596538 at pg. 104-106 ███████████

---

[14] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same); APLNDC0002690182 at pg. 62 APLNDC0001430158 at pg. 26

APLNDC0001572966 at pg.46

APLNDC0002956018 at pg. 38 (

APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70 (iPod use locations) APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29

APLNDC0001509855 at pg. 14, 48, 86

APLNDC0002426913 at pg. 170

APLNDC0001757341 at pg. 112

APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** (same);  APLNDC630-000177553  at  pg.  29 ████████████████████

████████████████████████████████████ APL-ITC796-

0000503007 at pg. 7, 66-68 ████████████████████

████████████████████████████████████████

████████████████ SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling). Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location. When stationary, docking stations are available for connecting the media player, e.g., to a sound system. In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones." U.S. Patent No. 8,232,040 to Prest. Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room. Wysocki Dep. At 22:15-25:22.

2163. The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device. In particular, the user's Mac OS X computers, iTunes on PC, and iOS devices can communicate with the ████████ ████████████████ as well as the ████████████████████ in Apple's Data Centers through the Internet. Further, the user's Mac OS X computers, iTunes on PC, and iOS devices can transmit data for storage on the ████████████████ as well as the ████████████ and ████████████ in Apple's Data Centers through the Internet. In addition, the user's Mac OS X computers, iTunes on PC, and iOS devices can receive data for storage from the ████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** ███████████████ as well as the ████████████████████ in Apple's Data Centers

through the Internet.

2164.   The zones devices have audio, video, or photographic information, relating to at least one user, contained within them and the central storage and interface device which is updated such that a user can be situated in any one of the zones and access the audio, video, or photographic information related to the user.  In particular, the iTunes in the Cloud feature with Automatic Download enabled synchronizes songs purchased from the iTunes Store as they are purchased by a user using his or her Apple ID account from the iTunes Store on the user's Mac OS X computers, iTunes on PC, and iOS devices.  More specifically, once the user has purchased a new song from the iTunes Store from any computer device (including all Mac OS X computers, iTunes on PC, and iOS devices) using an account associated with the user's Apple ID, the purchased song and associated metadata will be updated on the ████████████████ ██████ as well as the ███████████████████ in Apple's Data Centers as well as all other computer devices (including all Mac OS X computers, iTunes on PC, and iOS devices) using the user's Apple ID.  Therefore, a user can purchase a song on any of their computer devices (including all Mac OS X computers, iTunes on PC, and iOS devices) with the user's Apple ID, and the purchased song and associated metadata will be automatically available.

2165.  In the second configuration including at least a specific ███████████████ ██████ as well as the ████████████████████████ in an Apple Data Center and the user's computer devices, the "central storage and interface device" corresponds to a specific ███████ ███████████████ as well as the ███████████████████ in an Apple Data Center, as described above.  The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[15]  The user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory.  The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.  The user's Mac OS X computers, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g,* *APLNDC630*-0001897067  at  APLNDC630-0001897161 ███████ ██ █████ █ █████

███████████████████████████████████████████████████████████████

████████████  and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.  Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location.  Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction.  *See, e.g.,* APLNDC0002596538 at pg. 104-106 ████████████████████████████████

████████████████████████████████████████████████████████████

████████████  APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-

---

[15] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

122 (same); APLNDC0002621336 at pg.  137139 (same); APLNDC0002117730 at pg. 145-147 (same);  APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg. 62 (

APLNDC0001430158 at pg. 26

APLNDC0001572966 at pg.46 (

APLNDC0002956018 at pg. 38 (

APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same);

APLNDC0001416346 at pg. 61-70              APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29 (

APLNDC0001509855 at pg. 14, 48, 86

APLNDC0002426913 at pg. 170

APLNDC0001757341 at pg. 112

APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same);  APLNDC630-000177553 at pg. 29

APL-ITC796-0000503007 at pg. 7, 66-68

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** ████████████████████████████████████████████████████

████████████████████████████████████████████████ SAMNDCA630-

07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling).  Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location.  When stationary, docking stations are available for connecting the media player, e.g., to a sound system.  In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

2166.   The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device.  In particular, the user's Mac OS X computers, iTunes on PC, and iOS devices can communicate with a specific ████████████████████████ as well as the ████████████████████ in an Apple Data Center through the Internet.  Further, the user's Mac OS X computers, iTunes on PC, and iOS devices can transmit data for storage on a specific ██████████████████ as well as the ████████████████████████████ in an Apple Data Center through the Internet.  In addition, the user's Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from a specific ████████████████ as well as the ████████████████████ in an Apple Data Center through the Internet.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2167.   The zones devices have audio, video, or photographic information, relating to at least one user, contained within them and the central storage and interface device which is updated such that a user can be situated in any one of the zones and access audio, video, or photographic information related to the user.  In particular, the iTunes in the Cloud feature with Automatic Download enabled is used to synchronize a subset of songs purchased by a user using his or her Apple ID account from the iTunes Store on a specific ███████████ as well as the ██████████████ in an Apple Data Center and the user's Mac OS X computer, iTunes on PC, and iOS devices.  More specifically, once the user has purchased a new song from the iTunes Store from any computer device (including all Mac OS X computers, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the purchased song and associated metadata will be updated on a specific ████████ as well as the ██████████████ in an Apple Data Center and all other computer devices (including all Mac OS X computers, iTunes on PC, and iOS devices) using the user's Apple ID.  Therefore, a user can use any of the computer devices (including all Mac OS X computers, iTunes on PC,  and iOS devices) using the user's Apple ID and the purchased song and associated metadata will be automatically available.

2168.   In the third configuration including at least a user's Mac OS X computer, iTunes on PC, and the user's remaining computer devices, the at least one "central storage and interface device" corresponds to a user's Mac OS X computer or iTunes on PC, as described above.  The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's remaining computer devices (including Mac OS X computers, iTunes on PC, and iOS devices).  The user's remaining Mac OS X computers, iTunes on PC, and iOS devices are storage devices because

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

they consist of a computer that can store data on storage devices such as a hard disk or flash memory.  The user's remaining Mac OS X computers, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.  The user's remaining Mac OS X computers, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g, APLNDC630*-0001897067 at APLNDC630-0001897161

and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.  Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location.  Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction.  *See, e.g.,* APLNDC0002596538 at pg. 104-106

APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** 62 █████████████████████████████████████████████

████████████████████████████████ APLNDC0001572966 at pg.46

███████████████████████████████████████████████████

████████ APLNDC0002956018 at pg. 38 (███████████████████

██████ APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same);

APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70 █████████

APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29 ███████████

████████████████████████████████████████████████████

█████████ APLNDC0001509855 at pg. 14, 48, 86 ██████████████████

████████████████████████████████████████████████████

███████ ██ ███ ███ ██ █████ █████ ██ ███ █████

APLNDC0002426913 at pg. 170 ████████████████████████████

███████████████████████████████████████████████████

APLNDC0001757341 at pg. 112 ████████████████████████████

████████████████████████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

██████████████████████████████ APLNDC0002953960 at pg. 18,

55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144

(same); APLNDC630-000177553 at pg. 29 █████████████████████

██████████████████████████████████████████ APL-ITC796-

0000503007 at pg. 7, 66-68 ██████████████████████████████

████████████████████████████████████████████████████

██████████████ SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall

usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets;

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

music and movies more likely to be played/displayed at home than traveling).  Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location.  When stationary, docking stations are available for connecting the media player, e.g., to a sound system.  In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

2169.  The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device.  In particular, the user's remaining Mac OS X computers, iTunes on PC, and iOS devices can communicate with the Mac OS X computer , for example through the Internet or Wi-Fi network.  Further, the user's remaining Mac OS X computers, iTunes on PC, and iOS devices can transmit data for storage on the Mac OS X computer, for example through the Internet or Wi-Fi network.  In addition, the user's remaining Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from the Mac OS X computer through the Internet.

2170.  The zone devices have audio, video, or photographic information, relating to at least one user, contained within them and the central storage and interface device, which is updated such that a user can be situated in any one of the zones and access the audio, video, or photographic information related to the user.  In particular, the iTunes in the Cloud feature with Automatic Download enabled is used to synchronize songs purchased by a user using his or her Apple ID account []from the iTunes Store on the Mac OS X computer and the user's remaining Mac OS X computer, iTunes on PC, and iOS devices.  More specifically, once the user has

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

purchased a new song from the iTunes Store from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID, the purchased song and associated metadata will be updated on the Mac OS X computer as well as all remaining computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID.  Therefore, a user can use any of the remaining computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID and the purchased song and associated metadata will be automatically available.

**B.**     **iTunes synchronization via iTunes Match**

2171.  As demonstrated in the discussion above, when using the iTunes Match feature, the '757 Accused Products are used to form systems for synchronizing devices in a multimedia environment that comprises at least one zone (i.e. area such as a room or similar location), each zone (i.e. area such as a room or similar location) having at least one zone specific storage and interface device (i.e. a storage and interface device that resides in an area, such as a room or similar location) capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device (i.e. the storage and interface device that resides in an area, such as a room or similar location) and the central storage and interface device, are updated in relation to the zone specific storage and interface devices (i.e. the storage and interface devices that reside in areas, such as rooms or similar locations) and the central storage and interface device, whereby the at least one user can be situated in any one of the zones (i.e. areas such as rooms or similar locations) and access the audio, video, or photographic information related to the at least one user using the iTunes Match feature.  In particular, the iTunes Match feature is used to synchronize multimedia data including matched

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

and non-matched songs uploaded by a user using his or her Apple ID account on up to 10 devices (including Mac OS X computer, iTunes on PC, and iOS devices) that are associated with the user's Apple ID account.

2172.   Moreover, the system for synchronizing devices using the iTunes Match feature includes multiple synchronizing device configurations including at least: (1) the ███████████ ████████████████████████████████████████████████ as well as the ███████████ ████ in Apple's Data Centers and the user's computer devices; (2) a specific ████████████ █████████████████████████████████████ as well as the ██████████████████ in an Apple Data Center and the user's computer devices; and (3) a user's Mac OS X computer and the user's remaining computer devices.

2173.   In the first configuration including at least the ████████████████ ██████████████████████████ as well as the █████████████ in Apple's Data Centers and the user's computer devices, the at least one "central storage and interface device" corresponds to the ███████████████████████████████████ ██████████ as well as the ██████████████ in Apple's Data Centers, as described above.

2174.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices)[16].  The user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory. The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because

---

[16] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** they interact with the servers in iCloud through the Internet.  The user's Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g, APLNDC630*-0001897067  at  APLNDC630-0001897161 ▮▮▮ ▮ ▮▮ ▮ ▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.  Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location.  Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction.  *See, e.g.,* APLNDC0002596538 at pg. 104-106 ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮  APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg. 62 ▮▮▮▮▮▮

APLNDC0001430158 at pg. 26 ▮▮▮▮▮▮▮

▮▮▮  APLNDC0001572966 at pg.46 ▮▮▮▮▮▮▮

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

APLNDC0002956018 at pg. 38

APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70 APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29 (

APLNDC0001509855 at pg. 14, 48, 86

APLNDC0002426913 at pg. 170

APLNDC0001757341 at pg. 112

APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same);  APLNDC630-000177553 at pg. 29

APL-ITC796-0000503007 at pg. 7, 66-68

SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling).  Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location.  When stationary,

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

docking stations are available for connecting the media player, e.g., to a sound system.  In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones." U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

2175.  The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device.  In particular, the user's Mac OS X computer, iTunes on PC, and iOS devices can communicate with the ███████ ███████████████████████████████████████████████████ as well as the ██████ ████████████ in Apple's Data Centers through the Internet.  Further, the user's Mac OS X computer, iTunes on PC, and iOS devices can transmit data for storage on the ████████ ██████████████████████████████████████████ as well as the ████████████ ███████ in Apple's Data Centers through the Internet.  In addition, the user's Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from the ████████████ ███████████████████████████████ as well as the █████████████████ in Apple's Data Centers through the Internet.

2176.  The audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface devices and the central storage and interface device is updated such that a user can be situated in any one of the zones and access the audio, video, or photographic information related to the user.  In particular, the iTunes Match feature is used to synchronize matched and non-matched songs uploaded by a user using his or her Apple ID account on the ███████████████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** ▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮▮ in Apple's Data Centers and the user's Mac OS X computer, iTunes on PC, and iOS devices.  More specifically, once the user has deleted a matched or non-matched song from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the matched or non-matched song and associated metadata will be updated  on the ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮▮ in Apple's Data Centers as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Similarly, once the user has created, edited, or deleted a playlist on iTunes from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the playlist will be updated on the ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮▮ in Apple's Data Centers as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Further, once the user has edited metadata for a song on iTunes from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the metadata will be updated on the ▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮▮ in Apple's Data Centers as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account. Therefore, a user can use any of the computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account and the matched or non-matched song and associated metadata will be updated.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2177.   In the first configuration including at least a specific ████████ ████████████████████████████████ as well as the ████████████ in an Apple Data Center and the user's computer devices, the "central storage and interface device" corresponds to a specific ████████████████████████ ████ as well as the ████████████████ in an Apple Data Center, as described above.  The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[17]  The user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory.  The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.  The user's Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Mobile and portable devices, such as MacBook Pro, MacBook Air, iPad and iPhone, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network).  Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g,* APLNDC630-0001897067  at  APLNDC630-0001897161 ████████ ██ ██████ ██ ████████

---

[17] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

and APLNDC630-0001896960 at APLNDC630-0001897058 (same). iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone. Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location. Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106

APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same); APLNDC0002690182 at pg. 62 (

APLNDC0001430158 at pg. 26

; APLNDC0001572966 at pg.46

APLNDC0002956018 at pg. 38

APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70 APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** ███████ APLNDC0001509855 at pg. 14, 48, 86 (███████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████ APLNDC0002426913 at pg.

170 ████████████████████████████████████████████████████

███████████████████████████████████ APLNDC0001757341 at pg. 112

████████████████████████████████████████████████████████████

███████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 ██████████

███████████████ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same);

APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same);  APLNDC630-000177553 at pg.

29 ████████████████████████████████████████████████████

███████████████████████ APL-ITC796-0000503007 at pg. 7, 66-68 ████████

████████████████████████████████████████████████████████████

███████████████████████████████████ SAMNDCA630-

07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60%

of overall usage"; results applicable to Apple tablets; music and movies more likely to be

played/displayed at home than traveling).  Apple's own patents also explain that "people often

use a media player when they are at home or at some other stationary location.  When stationary,

docking stations are available for connecting the media player, e.g., to a sound system.  In this

manner, songs on the media player may be listed [sic] to as one resides in the same room, but

without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki

agreed that one use customers make of their iPod or iOS devices is to connect them to docking

stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki

Dep. At 22:15-25:22.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2178.   The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device.  In particular, the user's Mac OS X computer, iTunes on PC, and iOS devices can communicate with a specific ███████████████████████████████████████ as well as the ███████ ███████████████ in an Apple Data Center through the Internet.  Further, the user's Mac OS X computer, iTunes on PC, and iOS devices can transmit data for storage on a specific ███████ ████████████████████████████████████████ as well as the ███████████ ████████ in an Apple Data Center through the Internet.   In addition, the user's Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from a specific ███████ ███████████████████████████████████████ as well as the ████████████ ████████ in an Apple Data Center through the Internet.

2179.   The zone devices have audio, video, or photographic information, relating to at least one user, contained within them and the central storage and interface device which is updated such that a user can be situated in any one of the zones and access audio, video, or photographic information related to the user.  In particular, the iTunes Match feature is used to synchronize matched and non-matched songs uploaded by a user using his or her Apple ID account on a specific ████████████████████████████ as well as the ████████████████████ in an Apple Data Center and the user's Mac OS X computer, iTunes on PC, and iOS devices.   More specifically, once the user has deleted a matched or non-matched song from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the matched or non-matched song and associated metadata will be updated on a specific █████████████ ███████████████████████████████████████ as well as the ███████████████████ in an

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Apple Data Center as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Similarly, once the user has created, edited, or deleted a playlist on iTunes from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the playlist will be updated on a specific ███████████████████████, or ██████████████████ as well as the ████████████████ in an Apple Data Center as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Further, once the user has edited metadata for a song on iTunes from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the metadata will be updated on a specific ████████████████████████████ as well as the ████████████ in an Apple Data Center as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Therefore, a user can use any of the computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account and the matched or non-matched song and associated metadata will be updated.

2180.  In the second configuration including at least a user's Mac OS X computer and the user's remaining computer devices, the at least one "central storage and interface device" corresponds to a user's Mac OS X device, as described above.

2181.  The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's remaining computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).  The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are storage

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory.  The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.  The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g, APLNDC630*-0001897067 at APLNDC630-0001897161 ████████████████████████████████ and  APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.  Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location.  Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction.  *See, e.g.,* APLNDC0002596538 at pg. 104-106 ██████████ ████████████████████████████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg.

02198.51981/5442465.1

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

62 (███████████████████████████████; APLNDC0001430158 at pg. 26 █████████

████████████████████████████████████ APLNDC0001572966 at pg.46

██████████████████████████████████████████████████

███████████ APLNDC0002956018 at pg. 38 (████████████████████████

██████ APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same);

APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70 (iPod use locations)

APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29 (█████████

██████████████████████████████████████████████

███████████ APLNDC0001509855 at pg. 14, 48, 86 ████████████████████

██████████████████████████████████████████████

████████ ██ ████ ██ ██ ████ ████ ███ █ ██ ██████ █ ██ ████

APLNDC0002426913 at pg. 170 (████████████████████████████████

██████████████████████████████████████████████

APLNDC0001757341 at pg. 112 (██████████████████████████████████

████████████████████████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

████████████████████████████ APLNDC0002953960 at pg. 18,

55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144

(same); APLNDC630-000177553 at pg. 29 ███████████████████████

█████████████████████████████████████ APL-ITC796-

0000503007 at pg. 7, 66-68 ██████████████████████████████████

██████████████████████████████████████████████

███████████████████ ); SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall

usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets;

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

music and movies more likely to be played/displayed at home than traveling).  Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location.  When stationary, docking stations are available for connecting the media player, e.g., to a sound system.  In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

2182.  The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device.  In particular, the user's remaining Mac OS X computer, iTunes on PC, and iOS devices can communicate with the Mac OS X computer through the Internet.  Further, the user's remaining Mac OS X computer, iTunes on PC, and iOS devices can transmit data for storage on the Mac OS X computer through the Internet.  In addition, the user's remaining Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from the Mac OS X computer through the Internet.

2183.  The audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface devices and the central storage and interface device is updated such that a user can be situated in any one of the zones and access the audio, video, or photographic information related to the user.  In particular, the iTunes Match feature is used to synchronize matched and non-matched songs uploaded by a user using his or her Apple ID account on the Mac OS X computer and the user's remaining Mac OS X computer, iTunes on PC, and iOS devices.  More specifically, once the user has deleted a matched or non-matched song from any computer device (including all Mac OS X computer, iTunes on PC, and

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

iOS devices) using an account with the user's Apple ID account, the matched or non-matched song and associated metadata will be updated  on the Mac OS X computer as well as all remaining computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Similarly, once the user has created, edited, or deleted a playlist on iTunes from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the playlist will be updated on the Mac OS X computer as well as all remaining computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Further, once the user has edited metadata for a song on iTunes from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the metadata will be updated  on the Mac OS X computer as well as all remaining computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Therefore, a user can use any of the computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account and the matched or non-matched song and associated metadata will be updated.

C.    **iTunes synchronization via Wi-Fi Sync**

2184.  As demonstrated in the discussion above, with iTunes synchronization via Wi-Fi sync, the '757 Accused Products are used to form a system for synchronizing devices in a multimedia environmental that comprises at least one zone (i.e. area such as a room or similar location), each zone (i.e. area such as a room or similar location) having at least one zone specific storage and interface device (i.e. a storage and interface device that resides in an area, such as a room or similar location) capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information,

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

relating to at least one user, contained within the zone specific storage and interface device (i.e. the storage and interface device that resides in an area, such as a room or similar location) and the central storage and interface device, are updated in relation to the zone specific storage and interface devices (i.e. the storage and interface devices that reside in areas, such as rooms or similar locations) and the central storage and interface device, whereby the at least one user can be situated in any one of the zones (i.e. areas such as rooms or similar locations) and access the audio, video, or photographic information related to the at least one user using the Wi-Fi Sync feature. In particular, the Wi-Fi Sync feature is used to synchronize multimedia data including music, movies, and photos provided by a user on multiple devices (including Mac OS X computer, iTunes on PC, and iOS devices) that are associated with an iTunes library with the user's Apple ID account. For simplicity's sake, I will discuss Mac OS X computers, but the analysis is equally applicable to iTunes on PC.

2185.   Moreover, the system for synchronizing devices using the Wi-Fi Sync feature includes synchronizing device configuration including at least a user's Mac OS X computer and the user's iOS devices.

2186.   The at least one "central storage and interface device" corresponds to a user's Mac OS X device, as described above.

2187.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's iOS devices.[18] The user's iOS devices are storage devices because they consist of a computer that can store data on storage devices such as flash memory. The user's iOS devices

---

[18] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** are interface devices because they interact with the Mac OS X computer through the Wi-Fi network.  The user's iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.  Apple's own user surveys show that iOS devices are frequently used within a home or other geographic location.  Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction.  *See, e.g.,* APLNDC0002596538 at pg. 104-106 ████████████████████████████████

████████████████████████████████████

████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg. 62 (████████████████████████████ APLNDC0001430158 at pg. 26 ████████████████

████ APLNDC0001572966 at pg.46 ████████████████████████

████████████████████████ APLNDC0002956018 at pg. 38 ███████████

████████████████████ APLNDC0001759006  at  pg.  25  (same); APLNDC0001416346  at  pg.  61  (same);  APLNDC0001800736  at  pg.  44  (same); APLNDC0001416346  at  pg.  61-70 ████████████ APLNDC0001800736  at  pg.44-53 (same); APLNDC0001339253 at pg. 29 ████████████████████

████ ██ ██ ██ ████ ████ ████ █ ██ ███ █████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

APLNDC0001509855 at pg. 14, 48, 86

APLNDC0002426913 at pg. 170

APLNDC0001757341 at pg. 112

APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same); APLNDC630-000177553 at pg. 29

APL-ITC796-0000503007 at pg. 7, 66-68

SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling).  Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location.  When stationary, docking stations are available for connecting the media player, e.g., to a sound system.  In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones." U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2188. The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device. In particular, the user's iOS devices can communicate with the Mac OS X computer through the Wi-Fi network. Further, the user's iOS devices can transmit data for storage on the Mac OS X computer through the Wi-Fi network. In addition, the user's iOS devices can receive data for storage from the Mac OS X computer through the Wi-Fi network.

2189. The audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface devices and the central storage and interface device is updated such that a user can be situated in any one of the zones and access the audio, video, or photographic information related to the user. In particular, the Wi-Fi Sync feature is used to synchronize music, movies, or photos provided by a user on multiple devices using his or her Apple ID account on the Mac OS X computer and the user's iOS devices. More specifically, once the user has added, deleted, or edited music, movies, or photos provided by a user from any computer device (including the Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the music, movies, or photos and associated metadata will be updated on the Mac OS X computer as well as the iOS devices using the user's Apple ID account. Therefore, a user can use any of the iOS devices using the user's Apple ID account and the music, movies, and photos and associated metadata will be updated.

**D.    iTunes synchronization via Home Sharing**

2190. As demonstrated in the discussion above, for iTunes synchronization via Home Sharing, the '757 Accused Products are used to form systems for synchronizing devices in a multimedia environment that comprises at least one zone (i.e. area such as a room or similar location), each zone (i.e. area such as a room or similar location) having at least one zone

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

specific storage and interface device (i.e. a storage and interface device that resides in an area, such as a room or similar location) capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device (i.e. the storage and interface device that resides in an area, such as a room or similar location) and the central storage and interface device, are updated in relation to the zone specific storage and interface devices (i.e. the storage and interface devices that reside in areas, such as rooms or similar locations) and the central storage and interface device, whereby the at least one user can be situated in any one of the zones (i.e. areas such as rooms or similar locations) and access the audio, video, or photographic information related to the at least one user using the Home Sharing feature. In particular, the Home Sharing feature with Automatic Transfer enabled is used to synchronize multimedia data including songs and movies purchased by a user using his or her Apple ID account from the iTunes Store on multiple of the user's computer devices (including Mac OS X computers) that are authorized and activated for Home Sharing with the user's Apple ID account.  For simplicity's sake, I will discuss Mac OS X computers, but the analysis is the same for iTunes on PC.

2191.   Moreover, the system for synchronizing devices using the Home Sharing feature includes a synchronizing device configuration including at least a user's Mac OS X computer and the user's remaining Mac OS X computers.

2192.   The at least one "central storage and interface device" corresponds to a user's Mac OS X device, as described above.

2193.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**[3]** user's remaining Mac OS X computers. The user's remaining Mac OS X computers are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory. The user's remaining Mac OS X computers are interface devices because they interact with the Mac OS X computer through the Wi-Fi network. The user's remaining Mac OS X computers are zone specific devices when they reside in an area, such as a room or similar location. Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office. Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices. *See, e.g,* *APLNDC630*-0001897067 at APLNDC630-0001897161 ████████████████

████████████████████████████████████████████████

and APLNDC630-0001896960 at APLNDC630-0001897058 (same). iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone. Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location. Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106 ████████████████████████████████████████████

████████████████████████████████████████████████

████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** 43 (same);  APLNDC0002690182 at pg. 62 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

APLNDC0001430158 at pg. 26 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮ APLNDC0001572966 at pg.46 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ APLNDC0002956018 at pg. 38 (▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ APLNDC0001759006 at pg. 25 (same);

APLNDC0001416346  at  pg.  61  (same);  APLNDC0001800736  at  pg.  44  (same);

APLNDC0001416346 at pg. 61-70 ▮▮▮▮▮▮▮▮▮▮▮ APLNDC0001800736 at pg.44-53

(same); APLNDC0001339253 at pg. 29 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ ▮▮▮ ▮▮ ▮▮▮▮ ▮▮▮ ▮▮▮▮ ▮▮▮ ▮▮ ▮▮▮ ▮▮

▮▮▮▮▮ APLNDC0001509855 at pg. 14, 48, 86 ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ APLNDC0002426913 at pg.

170 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ APLNDC0001757341 at pg. 112

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same);

APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same);  APLNDC630-000177553 at pg.

29 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮ APL-ITC796-0000503007 at pg. 7, 66-68 ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ SAMNDCA630-

07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60%

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling).  Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location.  When stationary, docking stations are available for connecting the media player, e.g., to a sound system.  In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

2194.  The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device.  In particular, the user's remaining Mac OS X computers can communicate with the Mac OS X computer through the Wi-Fi network.  Further, the user's remaining Mac OS X computers can transmit data for storage on the Mac OS X computer through the Wi-Fi network.  In addition, the user's remaining Mac OS X computers can receive data for storage from the Mac OS X computer through the Wi-Fi network.

2195.  The audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface devices and the central storage and interface device is updated such that a user can be situated in any one of the zones and access the audio, video, or photographic information related to the user.  In particular, the Home Sharing feature with Automatic Transfer enabled is used to synchronize songs or movies purchased by a user using his or her Apple ID account from the iTunes Store on the Mac OS X computer and the user's remaining Mac OS X computers.  More specifically, once the user has purchased a new

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

song or movie from the iTunes Store from any computer device (including all Mac OS X computers) using an account with the user's Apple ID account, the purchased song or movie and associated metadata will be updated on the Mac OS X computer as well as all remaining Mac OS X computers using the user's Apple ID account.  Therefore, a user can use any of the remaining Mac OS X computers using the user's Apple ID account and the purchased song or movie and associated metadata will be available.

### E.      Photo synchronization via Photo Stream

2196.  As demonstrated in the discussion above, for photo synchronization via Photo Stream,  the '757 Accused Products are used to form a system for synchronizing devices in a multimedia environmental that comprises at least one zone (i.e. area such as a room or similar location), each zone (i.e. area such as a room or similar location) having at least one zone specific storage and interface device (i.e. a storage and interface device that resides in an area, such as a room or similar location) capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device (i.e. the storage and interface device that resides in an area, such as a room or similar location) and the central storage and interface device, are updated in relation to the zone specific storage and interface devices (i.e. the storage and interface devices that reside in areas, such as rooms or similar locations) and the central storage and interface device, whereby the at least one user can be situated in any one of the zones (i.e. areas such as rooms or similar locations) and access the audio, video, or photographic information related to the at least one user using the Photo Stream feature.  In particular, the Photo Stream feature is used to synchronize multimedia data including photos uploaded by a user using his or her Apple ID account on up to 10 devices (including Mac

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

OS X computer, iTunes on PC, and iOS devices) that are associated with the user's Apple ID account. For simplicity's sake, I will discuss Mac OS X computers, but the analysis is the same for iTunes on PC.

2197.   Moreover, the system for synchronizing devices using the Photo Stream feature includes multiple synchronizing device configurations including at least: (1) ███████████ ███████████████████ as well as the ███████████ in Apple's Data Centers and the user's computer devices; (2) a specific A█████████████████████ as well as the ███████████ in an Apple Data Center and the user's computer devices; and (3) a user's Mac OS X computer and the user's remaining computer devices.

2198.   In the first configuration including at least the █████████████████ ███████████ as well as the █████████████ in Apple's Data Centers and the user's computer devices, the at least one "central storage and interface device" corresponds to the █████████████████ as well as the ███████████ in Apple's Data Centers, as described above.

2199.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[19]  The user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory. The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.  The user's Mac OS X computer,

---

[19] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g, APLNDC630*-0001897067  at  APLNDC630-0001897161 ████ ██ ███ █ ████

████████████████████████████████████████████████████████████

████████  and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.  Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location.  Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction.  *See, e.g.,* APLNDC0002596538 at pg. 104-106 ██████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████  APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg.  137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg. 62 (██████████████████████████████████

APLNDC0001430158 at pg. 26 ████████████████████████████████████████████

████████  APLNDC0001572966 at pg.46 ████████████████████████████████████████

████████████████████████  APLNDC0002956018 at pg. 38 (████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** ███████████████████████ APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70 ███████████ APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29 (███████████████████████████████████████████████████████████████████ APLNDC0001509855 at pg. 14, 48, 86 ████████████████████████████████████████████████████ APLNDC0002426913 at pg. 170 ████████████████████████████ APLNDC0001757341 at pg. 112 ███████████████████████████████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 ████████ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same); APLNDC630-000177553 at pg. 29 ██████████████████████ APL-ITC796-0000503007 at pg. 7, 66-68 ████████████████████████████████ SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling).  Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location.  When stationary, docking stations are available for connecting the media player, e.g., to a sound system.  In this

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones." U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

2200.   The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device.  In particular, the user's Mac OS X computer, iTunes on PC, and iOS devices can communicate with the ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮▮▮ in Apple's Data Centers through the Internet.  Further, the user's Mac OS X computer, iTunes on PC, and iOS devices can transmit data for storage on the ▮▮▮▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮ in Apple's Data Centers through the Internet.  In addition, the user's Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from the ▮▮▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮ in Apple's Data Centers through the Internet.

2201.   The audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface devices and the central storage and interface device is updated  such that a user can be situated in any one of the zones and access the audio, video, or photographic information related to the user.  In particular, the Photo Stream feature is used to synchronize photos uploaded by a user using his or her Apple ID account on the ▮▮▮▮▮▮▮▮▮ as well as the ▮▮▮▮▮ in Apple's Data Centers and the user's Mac OS X computer, iTunes on PC, and iOS devices.  More specifically, once the user has added or deleted a photo from any computer device (including all

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the photo and associated metadata will be updated on the ████████ and ████████████ as well as the ████████ in Apple's Data Centers as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.   Similarly, once the user has edited metadata for a photo from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the metadata will be updated on the ████ as well as the ████████ in Apple's Data Centers the ████████████████ as well as the ████████ in Apple's Data Centers as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.   Therefore, a user can use any of the computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account and the photos and associated metadata will be updated.

2202.  In the second configuration including at least a specific ████████ or ████████████ as well as the ████████ in an Apple Data Center and the user's computer devices, the "central storage and interface device" corresponds to a specific ████████████ as well as the ████████ in an Apple Data Center, as described above.

2203.  The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[20]  The user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory. The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.  The user's Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g,* *APLNDC630*-0001897067  at  APLNDC630-0001897161 ▮▮▮ ▮ ▮▮ ▮ ▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮  and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.  Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location.  Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction.  *See, e.g.,* APLNDC0002596538 at pg. 104-106 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮  APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-

---

[20] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg. 62

APLNDC0001430158 at pg. 26

APLNDC0001572966 at pg.46

APLNDC0002956018 at pg. 38

APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same);

APLNDC0001416346 at pg. 61-70 APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29 (

APLNDC0001509855 at pg. 14, 48, 86

APLNDC0002426913 at pg. 170

; APLNDC0001757341 at pg. 112

APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same);  APLNDC630-000177553 at pg. 29

APL-ITC796-0000503007 at pg. 7, 66-68

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

███████████████████████████████████████████████████

███████████████████████████████████████████ SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling).  Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location.  When stationary, docking stations are available for connecting the media player, e.g., to a sound system.  In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

2204.   The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device.  In particular, the user's Mac OS X computer, iTunes on PC, and iOS devices can communicate with a specific ████████████████████████ as well as the ████████████████ in an Apple Data Center through the Internet.  Further, the user's Mac OS X computer, iTunes on PC, and iOS devices can transmit data for storage on a specific ████████████████████ as well as the ████████████████ in an Apple Data Center through the Internet.  In addition, the user's Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from a specific ████████████████████████████ as well as the ████████ in an Apple Data Center through the Internet.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2205.   Audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface devices and the central storage and interface device is updated such that a user can be situated in any one of the zones and access audio, video, or photographic information related to the user.  In particular, the Photo Stream feature is used to synchronize photos uploaded by a user using his or her Apple ID account on a specific █████████ ███████████████████████████ as well as the ███████████████ in an Apple Data Center and the user's Mac OS X computer, iTunes on PC, and iOS devices.  More specifically, once the user has added or deleted a photo from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the photo and associated metadata will be updated on a specific███████████████████████████████ ███████ as well as the █████████████████ in an Apple Data Center as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Similarly, once the user has edited metadata for a photo from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the metadata will be updated  on a specific████████████████ or ████████████████ as well as the ████████████████ in an Apple Data Center a specific ████████████████████████████████████████████ as well as the ████████ ████████████ in an Apple Data Center as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Therefore, a user can use any of the computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account and the photo and associated metadata will be updated.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2206.   In the third configuration including at least a user's Mac OS X computer and the user's remaining computer devices, the at least one "central storage and interface device" corresponds to a user's Mac OS X device, as described above.

2207.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's remaining computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[21]   The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory.   The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.   The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.   Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.   Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.   *See, e.g, APLNDC630*-0001897067 at APLNDC630-0001897161 ███████████████████████████████ ████████████████████████████████  and APLNDC630-0001896960 at APLNDC630-0001897058 (same).   iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.   Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices

---

[21] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** are most frequently used within a home or other geographic location.  Apple's own user surveys

show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's

construction.  *See, e.g.,* APLNDC0002596538 at pg. 104-106

APLNDC0002597583 at

pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at

pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg.

173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303

at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg.

62                                      APLNDC0001430158 at pg. 26

APLNDC0001572966  at pg.46

APLNDC0002956018 at pg. 38

APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same);

APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70

APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29

APLNDC0001509855 at pg. 14, 48, 86

APLNDC0002426913 at pg. 170

APLNDC0001757341 at pg. 112

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

███████████████████████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

(███████████████████████████████████ APLNDC0002953960 at pg. 18,

55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144

(same); APLNDC630-000177553 at pg. 29 ████████████████████

████████████████████████████████████ APL-ITC796-

0000503007 at pg. 7, 66-68 ████████████████████

██████████████████████████████████████

███████████████ SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall

usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets;

music and movies more likely to be played/displayed at home than traveling). Apple's own

patents also explain that "people often use a media player when they are at home or at some

other stationary location. When stationary, docking stations are available for connecting the

media player, e.g., to a sound system. In this manner, songs on the media player may be listed

[sic] to as one resides in the same room, but without having to use headphones." U.S. Patent No.

8,232,040 to Prest. Similarly, Mr. Wysocki agreed that one use customers make of their iPod or

iOS devices is to connect them to docking stations or with cables so that they can listen to their

music as they "reside" in a room. Wysocki Dep. At 22:15-25:22.

2208. The zone specific storage and interface devices are capable of storing or

interfacing with information stored in the central storage and interface device. In particular, the

user's remaining Mac OS X computer, iTunes on PC, and iOS devices can communicate with the

Mac OS X computer through the Internet. Further, the user's remaining Mac OS X computer,

iTunes on PC, and iOS devices can transmit data for storage on the Mac OS X computer through

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

the Internet.  In addition, the user's remaining Mac OS X computer, iTunes on PC, and iOS

devices can receive data for storage from the Mac OS X computer through the Internet.

2209.  The audio, video, or photographic information, relating to at least one user,

contained within the zone specific storage and interface devices and the central storage and

interface device is updated such that a user can be situated in any one of the zones and access the

audio, video, or photographic information related to the user.  In particular, the Photo Stream

feature is used to synchronize photos uploaded by a user using his or her Apple ID account on

the Mac OS X computer and the user's remaining Mac OS X computer, iTunes on PC, and iOS

devices.  More specifically, once the user has added or deleted a photo from any computer device

(including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the

user's Apple ID account, the photo and associated metadata will be updated on the Mac OS X

computer as well as all remaining computer devices (including all Mac OS X computer, iTunes

on PC, and iOS devices) using the user's Apple ID account.  Similarly, once the user has edited

metadata for a photo from any computer device (including all Mac OS X computer, iTunes on

PC, and iOS devices) using an account with the user's Apple ID account, the metadata will be

updated on the Mac OS X computer as well as all remaining computer devices (including all

Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.

Therefore, a user can use any of the computer devices (including all Mac OS X computer, iTunes

on PC, and iOS devices) using the user's Apple ID account and the photo and associated

metadata will be updated.

2210.  Similarly, as demonstrated in the discussion above, , for the Shared Photo Stream

feature, the '757 Accused Products are used to form a system for synchronizing devices in a

multimedia environment that comprises at least one zone (i.e. area such as a room or similar

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

location), each zone (i.e. area such as a room or similar location) having at least one zone specific storage and interface device (i.e. a storage and interface device that resides in an area, such as a room or similar location) capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device (i.e. the storage and interface device that resides in an area, such as a room or similar location) and the central storage and interface device, are updated in relation to the zone specific storage and interface devices (i.e. the storage and interface devices that reside in areas, such as rooms or similar locations) and the central storage and interface device, whereby the at least one user can be situated in any one of the zones (i.e. areas such as rooms or similar locations) and access the audio, video, or photographic information related to the at least one user using the Shared Photo Stream feature.  In particular, the Shared Photo Stream feature is used to synchronize multimedia data including photos uploaded by a user using his or her Apple ID account on up to 10 devices (including Mac OS X computer, iTunes on PC, and iOS devices) that are associated with the user's Apple ID account.  *See, e.g,* APL630DEF-WH-SC-A003746, APL630DEF-WH-SC-A003746-7,  APL630DEF-WH-SC-A006666,  APL630DEF-WH-SC-A006777,  APL630DEF-WH-SC-A006772,  APL630DEF-WH-SC00044713,  APL630DEF-WH-SC00044713, APL630DEF-WH-SC00044713,  APL630DEF-WH-SC00010549,  APL630DEF-WH-SC00025349, APL630DEF-WH-SC000415356, APL630DEF-WH-SC00030614, APL630DEF-WH-SC00017932, APL630DEF-WH-SC00030610.

2211.  Once again, the system for synchronizing devices using the Shared Photo Stream feature includes multiple synchronizing device configurations including at least: (1) the ████ ████████████████████████████ as well as the ███████████████ in Apple's

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** Data Centers and the user's computer devices; (2) a specific ███████████ as well as the ████████████ in an Apple Data Center and the user's computer devices; and (3) a user's Mac OS X computer and the user's remaining computer devices.

2212.   In the first configuration including at least the ████████████ as well as the ████████████ in Apple's Data Centers and the user's computer devices, the at least one "central storage and interface device" corresponds to the ████████████ as well as the ████████████ in Apple's Data Centers, as described above.  The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an *area, such* as a room or similar location) corresponds to a user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[22]  The user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory.  The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.  The user's Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g, APLNDC630*-0001897067  at  APLNDC630-0001897161

████████████████████████████████████

---

[22] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

and APLNDC630-0001896960 at APLNDC630-0001897058 (same). iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone. Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location. Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106

APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same); APLNDC0002690182 at pg. 62 APLNDC0001430158 at pg. 26

APLNDC0001572966 at pg.46

APLNDC0002956018 at pg. 38

home); APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70

APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29 (

APLNDC0001509855 at pg. 14, 48, 86

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

APLNDC0002426913 at pg. 170

APLNDC0001757341 at pg. 112

APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same); APLNDC630-000177553 at pg. 29 APL-ITC796-0000503007 at pg. 7, 66-68

; SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling). Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location. When stationary, docking stations are available for connecting the media player, e.g., to a sound system. In this manner, songs on the media player may be listed [sic] as one resides in the same room, but without having to use headphones." U.S. Patent No. 8,232,040 to Prest. Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room. Wysocki Dep. At 22:15-25:22.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

2213. The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device. In particular, the user's Mac OS X computer, iTunes on PC, and iOS devices can communicate with the ███████ ███████████████████████████ as well as the ███████████████████████ in Apple's Data Centers through the Internet. Further, the user's Mac OS X computer, iTunes on PC, and iOS devices can transmit data for storage on the ████████████████████ ██████████ as well as the █████████████████████ in Apple's Data Centers through the Internet. In addition, the user's Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from the ████████████████████████████ as well as the ██████████████ ████████████████ in Apple's Data Centers through the Internet.

2214. The audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface devices and the central storage and interface device is updated such that a user can be situated in any one of the zones and access the audio, video, or photographic information related to the user. In particular, the Shared Photo Stream feature is used to synchronize photos uploaded by a user using his or her Apple ID account on the ████████████████████████████ as well as the ███████████████ ██████████████ in Apple's Data Centers and the user's Mac OS X computer, iTunes on PC, and iOS devices. More specifically, once the user has added or deleted a photo from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the photo and associated metadata will be updated on the ████████████████████████████ as well as the █████████████████████ in Apple's Data Centers as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account. Similarly, once the user has

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

created, edited, or deleted a playlist from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the playlist will be updated on the ███████████████████████ as well as the ███████████████ in Apple's Data Centers as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  In addition, once the user has added, deleted, or edited (e.g. comments) a photo in a Shared Photo Stream from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the photo will be updated on the ███████████████████ as well as the ██████████ ███████████████ in Apple's Data Centers as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Further, once the user has edited metadata for a photo or Shared Photo Stream from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the metadata will be updated on the ████████████████ ██████████████ as well as the █████████████████ in Apple's Data Centers as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Therefore, a user can use any of the computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account and the photos and associated metadata will be updated.

2215.  In the second configuration including at least a specific ████████████ or ███████████████████ as well as the ██████████████████ in an Apple Data Center and the user's computer devices, the "central storage and interface device" corresponds to a specific

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

3 ██████████████████████████████ as well as the ████████████████ in an

Apple Data Center, as described above.

2216.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[23]   The user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory. The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.   The user's Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.   Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.   Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.   *See, e.g,* *APLNDC630*-0001897067   at   APLNDC630-0001897161 ████████  ██  ████  ██  ████

███████████████████████████████████████████████████████████

████████████ ) and APLNDC630-0001896960 at APLNDC630-0001897058 (same).   iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.   Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location.   Apple's own user surveys show that most users utilize the '757 Accused

---

[23] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106 ███████████████████████████████████

████████████████████████████████████████████████

████████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg. 62 ████████████████████████

APLNDC0001430158 at pg. 26 (████████████████████████████████████

████ APLNDC0001572966 at pg.46 ██████████████████████████████

███████████████████ APLNDC0002956018 at pg. 38 █████████████

████████████████████████ APLNDC0001759006 at pg. 25 (same);

APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same);

APLNDC0001416346 at pg. 61-70 ████████████ APLNDC0001800736 at pg.44-53

(same); APLNDC0001339253 at pg. 29 (████████████████████████████████

████ ██ ██ █ ████ ████ ████ ███ ██ ██ ████ █

███ APLNDC0001509855 at pg. 14, 48, 86 ██████████████████████

████████████████████████████████████████████████

████████████████████████████████████ APLNDC0002426913 at pg.

170 ████████████████████████████████████████████

████████████████████████ APLNDC0001757341 at pg. 112

████████████████████████████████████████████████

████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 (████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** ███████████████████ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same); APLNDC630-000177553 at pg. 29 ('█████████████████████████████████████████

███████████████████; APL-ITC796-0000503007 at pg. 7, 66-68 ██████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████ SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling). Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location. When stationary, docking stations are available for connecting the media player, e.g., to a sound system. In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones." U.S. Patent No. 8,232,040 to Prest. Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room. Wysocki Dep. At 22:15-25:22.

2217. The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device. In particular, the user's Mac OS X computer, iTunes on PC, and iOS devices can communicate with a specific ████████████████████████████ as well as the ████████████████ in an Apple Data Center through the Internet. Further, the user's Mac OS X computer, iTunes on PC, and iOS devices can transmit data for storage on a specific ███████████████ ████████████ as well as the ████████████████ in an Apple Data Center through the

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

Internet.  In addition, the user's Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from a specific ██████████████████████████ as well as the ████████████████ in an Apple Data Center through the Internet.

2218.   Audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface devices and the central storage and interface device is updated such that a user can be situated in any one of the zones and access audio, video, or photographic information related to the user.  In particular, the Shared Photo Stream feature is used to synchronize photos uploaded by a user using his or her Apple ID account on a specific ████████████████████████ as well as the ████████████████ in an Apple Data Center and the user's Mac OS X computer, iTunes on PC, and iOS devices.  More specifically, once the user has added or deleted a photo from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the photo and associated metadata will be updated on a specific ████████████ or ████████████████ as well as the ████████████ in an Apple Data Center as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Similarly, once the user has created, edited, or deleted a playlist from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the playlist will be updated on a specific ████████████████████ as well as the ████████████████ in an Apple Data Center as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  In addition, once the user has added, deleted, or edited (e.g. comments) a photo in a Shared Photo Stream from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using

02198.51981/5442465.1

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

an account with the user's Apple ID account, the photo will be updated on a specific ███████ ████████████████████████████████ as well as the ██████████████████████ in an Apple Data Center as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Further, once the user has edited metadata for a photo or Shared Photo Stream from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the metadata will be updated on a specific ████████████████████████ as well as the █████████████████ in an Apple Data Center as well as all other computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Therefore, a user can use any of the computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account and the photo and associated metadata will be updated.

2219.   In the third configuration including at least a user's Mac OS X computer and the user's remaining computer devices, the at least one "central storage and interface device" corresponds to a user's Mac OS X device, as described above.

2220.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's remaining computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[24]  The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory.  The user's remaining Mac OS X computer, iTunes on PC, and iOS

---

[24] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3** devices are interface devices because they interact with the servers in iCloud through the Internet.  The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g, APLNDC630*-0001897067 at APLNDC630-0001897161 █████████████████████████ and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.  Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location.  Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction.  *See, e.g.,* APLNDC0002596538 at pg. 104-106 ██████████ █████████████████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg. 62 ████████████████ APLNDC0001430158 at pg. 26 ( █████ ████████████ APLNDC0001572966 at pg.46

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

APLNDC0002956018 at pg. 38

APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70

APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29

APLNDC0001509855 at pg. 14, 48, 86

APLNDC0002426913 at pg. 170

APLNDC0001757341 at pg. 112

APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same); APLNDC630-000177553 at pg. 29

APL-ITC796-0000503007 at pg. 7, 66-68

; SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling). Apple's own patents also explain that "people often use a media player when they are at home or at some

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

other stationary location.  When stationary, docking stations are available for connecting the media player, e.g., to a sound system.  In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

2221.  The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device.  In particular, the user's remaining Mac OS X computer, iTunes on PC, and iOS devices can communicate with the Mac OS X computer through the Internet.  Further, the user's remaining Mac OS X computer, iTunes on PC, and iOS devices can transmit data for storage on the Mac OS X computer through the Internet.  In addition, the user's remaining Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from the Mac OS X computer through the Internet.

2222.  The audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface devices and the central storage and interface device is updated such that a user can be situated in any one of the zones and access the audio, video, or photographic information related to the user.  In particular, the Shared Photo Stream feature is used to synchronize photos uploaded by a user using his or her Apple ID account on the Mac OS X computer and the user's remaining Mac OS X computer, iTunes on PC, and iOS devices.  More specifically, once the user has added or deleted a photo from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the photo and associated metadata will be updated on the Mac OS X computer as well as all remaining computer devices (including all Mac OS X

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**3**

computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Similarly, once the user has created, edited, or deleted a Shared Photo Stream from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the Shared Photo Stream will be updated on the Mac OS X computer as well as all remaining computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  In addition, once the user has added, deleted, or edited (e.g. comments) a photo in a Shared Photo Stream from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the photo will be updated on the Mac OS X computer as well as all remaining computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Further, once the user has edited metadata for a photo or Shared Photo Stream from any computer device (including all Mac OS X computer, iTunes on PC, and iOS devices) using an account with the user's Apple ID account, the metadata will be updated on the Mac OS X computer as well as all remaining computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account.  Therefore, a user can use any of the computer devices (including all Mac OS X computer, iTunes on PC, and iOS devices) using the user's Apple ID account and the photo and associated metadata will be updated.

2.      **Claim 14**

*The system of claim 1 wherein the central storage and interlace device is disposed to be coupled to a wireless mobile device via LAN.*