# REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

- - - - - - - - - - - - - - - - - - -X

APPLE INC., a California Corporation, Plaintiff,

-v-

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability Company, Defendants.

Civil Action No. 12-CV-00630-LHK

- - - - - - - - - - - - - - - - - - -X

(Caption continued on next page)

VOLUME 2

Deposition of KENNETH ALAN PARULSKI

Rochester, New York

Thursday, September 26, 2013

9:00 a.m.

Job No. 44744

Pages 1 - 243

Reported by JOAN M. METZGER-HUBBELL, CRR, RMR, RPR.

Q. And that's also what Samsung's contentions that you adopted in your report say, if we look at page 2 of Exhibit 10, correct?

A. The -- page 2 of the contention, Exhibit 10, it says, under -- or adjacent to an imaging device which converts an optical image into an analog signal, it says: Each accused device has an imaging device that converts an optical image into an analog signal. Then it says: Each accused device uses a CMOS image sensor, parentheses, or similar device, end parentheses, that converts an optical image into an electronic analog signal. For example, an iPhone 5 CMOS image sensor is depicted below.

So it's saying that the CMOS image sensor or similar device is an imaging device.

Q. So the image sensor can be an imaging device or a part of the image sensor can be an imaging device?

A. Well, the term "device" I think to someone of ordinary skill at the time of the invention is used to describe a thing. And so the entire portable digital camera in the '449 patent could be referred to as a device in some context.

The entirety of an image sensor like the

CMOS image sensor could be a device, but the image array that actually does the optical -- the conversion of the optical image into an analog signal could be an imaging device.

Earlier we talked about the term block, and you said, well, is it possible -- you can have a large block and then within that, you can have smaller blocks. And I think device, like block, can be used to -- to refer to an entire integrated circuit. So, for example, the SOC could be referred to as a device in some context, and it could also be used to refer to a portion of that in some context.

Q. How do you decide where to draw the lines?

A. Well --

MR. RODRIGUEZ: Objection to the form.

THE WITNESS: I think in -- in this particular case of an imaging device, what's been identified in Exhibit 10 is [redacted]

And in my analysis, I have gone to maybe the





next level of detail in identifying [redacted]

BY MS. TALLON:

Q. And when you say [redacted]

A. So, for example, in my report, in paragraph 147, there's a figure that comes from the [redacted] and it's important, for





example, to

Q. So

-- that's basically what you're telling me, correct?

A. Well, we -- we talked earlier about

And so what -- the point I'm trying to make is the term device can be used to refer to the entire camcorder. It can be used to refer to the image sensor, and it can be used to refer to the image array, which is a portion of the CMOS image sensor.

Q. So a portion of an imaging device can also be an imaging device, correct?

A. The -- the CMOS integrated circuit, for

a CMOS image sensor.

Now, in paragraph 166 in the third sentence, you say: The imaging device in the accused Apple products is the image sensor array, not the entire CMOS image sensor integrated circuit.

Did I read that correctly?

A. Yes, you did.

Q. So which is it, Mr. Parulski? Can the CMOS image sensor be the imaging device or not, as you say in paragraph 166?

A. I believe that this sentence in 166 is trying to explain that the -- [REDACTED] And so I'm -- I'm -- while this could be read that I'm saying the entire CMOS sensor integrated circuit cannot be an imaging device, that's not what's intended here.

What's intended is that the description is, is that the image array is what converts the optical image into the analog signal.

Q. So even though you say in this sentence, "the imaging device in the accused Apple products is the image sensor array, not the entire CMOS image sensor integrated circuit," you did not mean to say that the entire CMOS image sensor

integrated circuit is not an imaging device?

MR. RODRIGUEZ: Objection. Mischaracterizes the testimony.

THE WITNESS: What I was attempting to say is that the -- what converts the optical image into an analog signal is the image array, and in my opinion, that's what makes -- because that's what -- because that array is what does the conversion, that the -- the way I would think about the imaging device personally is that it's this block called the image array.

Now, when you add other circuitry, the entire integrated circuit is still doing that conversion, but I think that Apple misunderstood the argument, and that's the -- what I'm trying to explain here is, responding to some of Apple's noninfringement arguments, that it's the image array that converts the optical image into an analog signal, that, in fact, [REDACTED]

BY MS. TALLON:

Q. So let me see if I can distill this. The image sensor integrated circuit is the claimed imaging device and also includes the claimed imaging device; is that correct?

A. As I'm trying to explain here, what converts the analog signal -- what converts the optical image into an analog signal is the image array.
Q. So is that the imaging device? Yes or no?
A. That is an imaging device.
Q. And the CMOS image sensor integrated circuit is also an imaging device?
A. Because it includes the image array.
Q. So that's a yes?
A. I would say just like we've talked earlier about [redacted]
And here we're essentially using the term device in an analogous way to say if -- if an imaging device is an image array, then a piece of silicon that includes that image array and other things is also an imaging device.
Q. So let's try this by analogy. My pen contains ink. Is it also ink?
MR. RODRIGUEZ: Objection to the form.

the A6 processor.

BY MS. TALLON:

Q. So is the A6 -- reading this discussion, and I really want you to focus on my question because we only have limited time, and your answers are tending to stray from the question.

Is the A6 processor the compressor that was identified in this chart, Exhibit 10, as the claimed compressor?

MR. RODRIGUEZ: Objection. Argumentative.

BY MS. TALLON:

Q. Yes or no?

A. Well, as I've tried to describe, I think what's been identified are the -- in each accused product is a [redacted]

Q. Is it the compressor? Yes or no?

A. Well, as I described earlier concerning the image sensor, the -- and as you described earlier or questioned me about earlier regarding





different blocks, [REDACTED]

The -- at a -- when you look into in more detail -- when I've looked into in more detail,

[REDACTED]

Q. What notice does Exhibit 10 give Apple and the court that [REDACTED] is the claimed compressor?

MR. RODRIGUEZ: Objection to the extent it calls for a legal conclusion.

BY MS. TALLON:

Q. How is anyone looking at this supposed to know that the [REDACTED] was going to be identified by you or Samsung as the claimed compressor?

MR. RODRIGUEZ: Same objection.

THE WITNESS: Well, I believe that, first of

[redacted]

BY MS. TALLON:

Q. Now, you understand that the claim requires a compressor that generates compressed data by using a different compressing method for moving and for still images, correct?

A. Yes.

Q. And you've said that looking at just the JPEG codec, that could be a compressor outside the context of the '449 claims, right?

A. I've said that outside the context of the '449, for example, if one was building a



Q. Right. So neither one of them standing alone satisfies the decompression -- the decompressor limitation, right?

A. So the decompressor limitation is a decompressor which decompresses said compressed data by using a different decompression method according to whether the said recorded compressed data is a moving image signal or a still image signal, and the moving image decompression is done





by one of those portions, and the still image is done by the other portion.

[redacted]

So Apple has identified one as being in a [redacted]

Q. So it doesn't really matter whether the components required to satisfy the compressor or decompressor limitation are in one block or not to you, right?

[redacted]





[redacted]

A. Hypothetically. I mean, in practice I identified specific areas in order to show where the compression circuitry was for the various limitations, but I didn't believe -- [redacted]

I believe one skilled in the art at the time of the '449 invention would understand that if you make a printed circuit board, for example, that had -- that performed compression, it wouldn't matter where on that printed circuit board you

report, Exhibit 10 that we've marked here today, the contentions claim chart, on page 5, that discusses the reproducing circuit limitation. Let me know when you're on that page.

A. Okay. I have it.

Q. Okay. And it says there: For example, the accused devices include a processor. Each processor also including a [REDACTED]

Did I read that correctly?

A. Yes, I believe you did.

Q. Now, [REDACTED] is it?

A. The [REDACTED]

Q. And the audio subsystem that we were talking about a moment ago is also not part of the [REDACTED]

[REDACTED]



MR. RODRIGUEZ: Objection. Incomplete hypothetical.

THE WITNESS: In my analysis, I identified

BY MS. TALLON:





Q. So let me see if I have this right. Based on your testimony today, is it correct -- and

A. I'm sorry, could -- could you repeat that one more time?

A. No.

Q. How is that statement incorrect?

Q. So then let me revise my statement.

Is it your





[redacted]

MR. RODRIGUEZ: Objection to the form.

[redacted]

BY MS. TALLON:

[redacted]

A. I'm not understanding the distinction you're drawing here.

[redacted]