# EXHIBIT 6

## REDACTED VERSION OF
## DOCUMENT SOUGHT TO BE SEALED

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S FURTHER SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES TO APPLE (NO. 12)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

image sensor in the accused products as the claimed "imaging device."  The accused products

use ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████ Samsung appears to now concede that the ████████ in the

accused products ████████████████████████████ *See* Samsung's Third Amended

Infringement Contentions, July 4, 2013, Exh. G at 3.  Accordingly, the accused products do not

have "an A/D converter which converts said analog signal from said imaging device to a digital

signal." *See, e.g.*, Image Sensor Datasheets at APL630DEF-WH0000097306-97400,

APL630DEF-WH0000097401-97727, APL630DEF-WH0000097728-97941, APL630DEF-

WH0000097942-98045, APL630DEF-WH0000098046-98143, APL630DEF-WH0000098144-

98243, APL630DEF-WH0001708357-1708434, APL630DEF-WH0001712049-1712162,

APL630DEF-WH0001712166-1712279, APL630DEF-WH0001712281-1712348, APL630DEF-

WH0001712349-1712426, APL630DEF-WH0001712430-1712507, APL630DEF-

WH0001712508-1712583, APL630DEF-WH00017261801726248, APL630DEF-

WH0001726252-1726351, APL630DEF-WH0001726353-1726452, APL630DEF-

WH0001726464-1726601, APL630DEF-WH0005214335-5214457, APL630DEF-

WH0005224613-5224751, APL630DEF-WH0005224752-5224847, APL630DEF-

WH0005226539-5226707, ████0001-1385.

**C.**     **"a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals"**

In its third supplemental infringement contentions, Samsung contends that the accused

products have "a video encoder that utilizes at least the H.264 and MPEG-4 standards for

compressing moving images and the JPEG standard for compressing still images."  Samsung is

wrong.  As Apple system-on-chip (SOC) engineer Tim Millet testified, JPEG compression is not

- 165 -

APPLE'S FURTHER SUPPLEMENTAL RESPONSES TO
SAMSUNG'S FIRST SET OF INTERROGATORIES (NO. 12)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  performed by any of the video encoders in the accused products, which are supplied by

2  ███████████████████████, and is instead performed by a separate and distinct component

3  supplied by a different third-party, ████████  *See, e.g.*, Millet Dep. at 28-31; *see also id.* at 47-

4  48.  The video encoders do not perform JPEG compression.  *See, e.g.*, Millet Dep. at 103; *see*

5  *also, e.g.*, SOC User's Manuals at APL630DEF-WH0001708435-1708676, APL630DEF-

6  WH0001708681-1712045, APL630DEF-WH0001712585-1717115, APL630DEF-

7  WH0001717117-1721647, APL630DEF-WH0001721649-1726179, APL630DEF-

8  WH0001726602-1732790, APL630DEF-WH0001732791-1738775, APL630DEF-

9  WH0001738776-1744368, APL630DEF-WH0001744369-1749888, APL630DEF-

10  WH0001749889-1757765, APL630DEF-WH0004002318-4008422, APL630DEF-

11  WH0005307879-5310811, APL630DEF-WH0007009869-7016101.

12  **D.**　　　　**"a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal"**

13

14

15  　　　As with the "compressor" claim element, Samsung alleges that the accused products have

16  "a video decoder that utilizes the H.264 and MPEG-4 standards for decompressing moving

17  images and the JPEG standard for decompressing still images."  Samsung's Third Amended

18  Infringement Contentions, July 4, 2013, at 5.  Again, this is incorrect, as Mr. Millet confirmed.

19  *See, e.g.*, Millet Dep. at 101-02.  *See, e.g.*, SOC User's Manuals at APL630DEF-

20  WH0001708435-1708676, APL630DEF-WH0001708681-1712045, APL630DEF-

21  WH0001712585-1717115, APL630DEF-WH0001717117-1721647, APL630DEF-

22  WH0001721649-1726179, APL630DEF-WH0001726602-1732790, APL630DEF-

23  WH0001732791-1738775, APL630DEF-WH0001738776-1744368, APL630DEF-

24  WH0001744369-1749888, APL630DEF-WH0001749889-1757765, APL630DEF-

25  WH0004002318-4008422, APL630DEF-WH0005307879-5310811, APL630DEF-

26  WH0007009869-7016101.

**E.**　　　　**"a display which displays said moving image signals and still image signals outputted from said reproducing circuit, and a list of said moving image**

27

28

- 166 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Dated:  July 15, 2013

*/s/ Mark D. Selwyn*

Mark D. Selwyn (CA SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

- 207 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## CERTIFICATE OF SERVICE

I, Andrew Liao, hereby certify that on July 15, 2013, a true and correct copy of the foregoing document, Apple Inc.'s Further Supplemental Objections and Responses to Samsung's First Set of Interrogatories (No. 12), was served on counsel for Samsung via electronic mail.

*/s/ Andrew Liao*
Andrew Liao