JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:   650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**SUPPLEMENTAL DECLARATION OF PETER J. KOLOVOS REGARDING APPLE INC.'S MOTION FOR RECONSIDERATION OF ORDER DENYING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (D.I. 1127)** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. On January 24, 2014, Apple filed its Apple Inc.'s Motion for Reconsideration of Order Denying Administrative Motion to File Documents Under Seal (D.I. 1127) ("Apple's Motion for Reconsideration"). (*See* Dkt. No. 1175).

3. This declaration supplements my January 24 declaration in support of Apple's Motion for Reconsideration. (Dkt. No. 1175-1).

4. Concurrent with Apple Motion for Reconsideration, Apple re-filed its Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents ("Apple's Motion to Strike"), the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike ("Selwyn Motion to Strike Declaration") and exhibits thereto, Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions ("Apple's Opposition"), the Declaration of Peter J. Kolovos in Support of Apple's Opposition ("Kolovos Opposition Declaration") and exhibits thereto, Apple's Reply in Support of Apple's Motion to Strike ("Apple's Reply"), and the Declaration of Mark D. Selwyn in Support of Apple's Reply ("Selwyn Reply Declaration") and exhibits thereto.

5. Exhibit B to the Selwyn Motion to Strike Declaration is an excerpt of the Expert Report of Kenneth A. Parulski Regarding Infringement of U.S. Patent No. 6,226,449. In addition to the portions of Exhibit B identified in my January 24 declaration in support of Apple's Motion for Reconsideration, the portion of paragraph 166 identified with a yellow box contains Apple confidential business information, including confidential business information received by third parties, relating to the components of the accused products and the operation of those components. In particular, this portion relates to confidential information regarding the

1  structure and functionality of the image sensors in the accused products and various sub-portions
2  of the SOCs in the accused products.  This portion of Exhibit B contains Apple confidential
3  information and the public disclosure of this information would be harmful to Apple for similar
4  reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal
5  Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D.
6  Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing the configuration of Apple's
7  products because detailed information of this kind constitutes trade secret information)).  The
8  Court has previously granted Apple's request to seal product schematics that contain a similar
9  level of detail regarding the accused Apple products.  *See, e.g.*, *Apple Inc. v. Samsung
10 Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting
11 Apple's request to seal schematics related to the Apple iBook and iSight).

12         6.      The relief requested by Apple is necessary and narrowly tailored to protect
13 confidential information regarding trade secret information pertaining to the accused Apple
14 products.

16         I declare under the penalty of perjury under the laws of the United States of America that
17 the forgoing is true and correct to the best of my knowledge and that this Declaration was
18 executed this 30th day of January, 2014, in Boston, Massachusetts.

20  Dated:  January 30, 2014            */s/ Peter J. Kolovos*
                                         Peter J. Kolovos

---

2

Supplemental Declaration of Peter J. Kolovos
Case No. 12-cv-00630 (LHK)

ActiveUS 121989702v.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 30, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:   January 30, 2014         */s/ Mark D. Selwyn*
Mark D. Selwyn

Supplemental Declaration of Peter J. Kolovos
Case No. 12-cv-00630 (LHK)

ActiveUS 121989702v.1