1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6
7  Attorneys for Non-Party Google Inc.
8
9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11                     SAN JOSE DIVISION
12

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| v. | CASE NO. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DOCKET NO. 1156]** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiff, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motion to File Under Seal (Docket No. 1156). I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. On January 22, 2014, Apple filed an administrative motion to file documents under seal (Docket No. 1156), which sought to protect information designated as confidential by non-party Google and discussed in portions of the confidential, unredacted version of the Opening Report of Christopher A. Vellturo, Ph.D. (Docket No. 1156, Attachment 3) ("Vellturo Report"). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Under Seal (Docket No. 1156), to the extent the Vellturo Report references non-party Google's highly confidential or proprietary business information.

3. Selected portions of the Vellturo Report (Docket No. 1156, Attachment 3, at 24-25, 50, 114, 139) discuss proprietary information that is confidential to non-party Google, including proprietary functionality and internal business processes, strategy, and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

4. Selected portions of the Vellturo Report (Docket No. 1156, Attachment 3, at 61) discuss the June 13, 2013 deposition testimony of Fred Quintana. Mr. Quintana's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Quintana testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

5. Selected portions of the Vellturo Report (Docket No. 1156, Attachment 3, at 62-63, 66, 72-73) discuss proprietary information that is confidential to non-party Google, including communications among Google engineers regarding development strategy and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

6. Selected portions of the Vellturo Report (Docket No. 1156, Attachment 3, at 62) discuss the June 11, 2013 deposition testimony of Paul Westbrook. Mr. Westbrook's deposition transcript is highly confidential under the protective order governing confidentiality in this action

MADIGAN DECLARATION IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  (Docket No. 171) because, among other things, Mr. Westbrook testified regarding proprietary
2  functionality and internal business processes that are confidential to non-party Google.

3       7.    Selected portions of the Vellturo Report (Docket No. 1156, Attachment 3, at 101-
4  102, 106-07) discuss the July 26, 2013 deposition testimony of Hiroshi Lockheimer.
5  Mr. Lockheimer's deposition transcript is highly confidential under the protective order governing
6  confidentiality in this action (Docket No. 171) because, among other things, Mr. Lockheimer
7  testified regarding proprietary functionality and internal business processes that are confidential to
8  non-party Google.

9       8.    Selected portions of the Vellturo Report (Docket No. 1156, Attachment 3, at 101-
10 102, 106) discuss the June 28, 2013 deposition testimony of Bjorn Bringert.  Mr. Bringert's
11 deposition transcript is highly confidential under the protective order governing confidentiality in
12 this action (Docket No. 171) because, among other things, Mr. Bringert testified regarding
13 proprietary functionality and internal business processes that are confidential to non-party Google.

14     Executed in San Francisco, California on January 30, 2014.

15                         By /s/ Kristin J. Madigan
                               Kristin J. Madigan