# EXHIBIT 5

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

|  |  |
|---|---|
| APPLE INC., a California corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>SAMSUNG ELECTRONICS CO., LTD., a )<br>Korean business entity, SAMSUNG )<br>ELECTRONICS AMERICA, INC., a New )<br>York corporation, and SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, )<br>LLC, a Delaware limited liability company, )<br><br>Defendants. )<br>_____ )<br><br>SAMSUNG ELECTRONICS CO., LTD., a )<br>Korean business entity, SAMSUNG )<br>ELECTRONICS AMERICA, INC., a New )<br>York corporation, and SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, )<br>LLC, a Delaware limited liability company, )<br><br>Counterclaim-Plaintiffs, )<br><br>v. )<br><br>APPLE INC., a California corporation, )<br><br>Counterclaim-Defendant. )<br>_____ )| Civil Action No. 12-CV-00630-LHK |

**EXPERT REPORT OF DR. THOMAS E. FUJA**
**REGARDING INVALIDITY OF U.S. PATENT NOS. 7,756,087 AND 7,551,596**

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

9. (Currently amended) An apparatus for performing ~~autonomous~~non-scheduled transmission in a user equipment (UE) of a mobile communication system for supporting an enhanced uplink dedicated channel (E-DCH), comprising:

a receiver ~~for~~ receiving ~~autonomous~~non-scheduled transmission information indicating k ~~possible autonomous~~ transmission time intervals (TTIs),~~points~~ wherein non-scheduled transmissions can be performed during the k TTIs within ~~an autonomous transmission~~a period ~~N~~;

~~a data buffer for storing data to be transmitted through the E-DCH;~~

~~a controller for identifying data to be used for non-scheduled transmission from the data stored in the data buffer; and~~

a transmitter ~~for~~ transmitting ~~the identified~~ data ~~through the E-DCH~~on at least one TTI of the k TTIs~~possible autonomous transmission time points~~ within the ~~autonomous transmission~~ period ~~N,~~

wherein the k is an integer greater than 0 and less than or equal to a positive integer N.

('087 Amendment dated November 18, 2008, page 6 of 17, SAMNDCA630-00834792.)

142.    Samsung's November 18, 2008 Amendment introduced the term "TTI" into the claim language.  Prior to this amendment the claims recited "time points" rather than time intervals.

143.    Samsung's November 18, 2008 Amendment amended the claims to explicitly require performance of an action (e.g., receiver receiving) rather than the mere capability of performing an action (e.g., receiver *for* receiving).  Additionally, the claims were amended to explicitly recite non-scheduled transmissions occurring with intervals (i.e., "k transmission time intervals (TTIs), wherein non-scheduled transmissions can be performed during the k TTIs") rather than occurring at discrete points within a period (i.e., "k possible autonomous transmission time points within an autonomous transmission period N").

- 41 -

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

of the UE 402, a radio channel, and a physical layer of the Node B 437.

('596 patent, 6:56-61.)

354.    The HARQ entity of the Node B handles the HARQ processes from the network side, generating positive or negative acknowledgements as required and combining (when necessary) the re-transmissions to estimate MAC-e PDUs generated at the transmitter:

> The HARQ entity 450 controls the transmission and retransmission of an HARQ. That is, the HARQ entity 450 creates and transmits an ACK/NACK signal to the UE 402 in response to a MAC-e PDU transmitted through the physical layer, and combines a retransmitted MAC-e PDU with a previously-received and buffered MAC-e PDU.

('596 patent, 6:61-67.)  As described in the above passage, the HARQ entities in the UE and Node B cooperate with each other to perform transmissions and retransmissions as necessary to provide acceptably reliable delivery of MAC-e PDUs.

355.    The demultiplexing unit of the Node B divides the MAC-e PDU into MAC-es PDUs and transmits the MAC-es PDUs to the RNC:

> The demultiplexing unit 455 divides a MAC-e PDU into MAC-es PDUs by using MAC-e PDU header information provided from the HARQ entity 450, and transmits the divided MAC-es PDUs to an RNC 462.

('596 patent, 7:1-4.)  The demultiplexing unit's function of dividing the MAC-e PDU into its constituent parts is the inverse of the multiplexing function performed by the multiplexing unit in the UE.

356.    The demultiplexing unit of the Node B also extracts the control information included in the MAC-e PDU, and passes it to another component within the Node B for further processing:

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

> When the MAC-e PDU includes MAC-e control information, the
> MAC-e control information is transmitted to the E-DCH reception
> control unit 445 by the demultiplexing unit 455.  The E-DCH
> reception control unit 445 receives and processes the MAC-e
> control information.  When the MAC-e control information is
> included in a MAC-e PDU, the MAC-e control information is
> transmitted to the E-DCH reception control unit 445, and the E-
> DCH reception control unit 445 functions to transmit the MAC-e
> control information to a scheduler (not shown).

('596 patent, 7:4-14.)  I understand this passage to mean that the control information is passed

onto a scheduling component for use in the scheduling process described in the '596 patent.

357.   The RNC performs further processing on the MAC-es PDUs received from the

Node B:

> The RNC 462 includes reordering queues 465 and 470,
> disassembly units 475 and 480, C/T demultiplexing units 485 and
> 487, RLC entities 490A to 490C, 492A and 492B (hereinafter,
> simply referred to as "490 and 492").

('596 patent, 7:14-17.)

358.   The patent makes clear that the reordering queues are buffers (or storage areas)

within the RNC used for the purpose of reordering MAC-es PDUs that may be received out of

sequence:

> The reordering queues 465 and 470 are configured for each of
> MAC-d flows in order to reorder the sequence of MAC-es PDUs.
> The TSN inserted into the multiplexing and TSN setting unit 430 is
> used to reorder the sequence of the MAC-es PDUs.

('596 patent, 7:18-22.)

359.   After the MAC-es PDUs have been correctly sequenced in the reordering queues,

they are passed onto the disassembly units, then the C/T demultiplexing units, and eventually the

appropriate RLC entities:

> Each of the disassembly units 475 and 480 disassembles the MAC-
> es PDUs of a MAC-e flow, which is provided from each of the

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

header parts, the payload comprising the first PDU and the control
SDU, wherein the second PDU is transmitted to a Node B.

('596 FH, 10/9/08 Office Action [SAMNCDA630-00833725-726].)

394.    In its next response, Samsung requested that the Examiner withdraw the double

patenting rejections because the pending application was filed earlier than the co-pending

applications upon which the rejection was made.  ('596 FH, 1/8/9 Office Action

[SAMNCDA630-00833709-716].)  The Examiner then withdrew the rejections and issued a

Notice of Allowance.  ('596 FH, 2/18/09 Notice of Allowance [SAMNCDA630-00833673-

679].)  The '596 patent issued on June 23, 2009.

## V.    Samsung's Asserted Claims

395.    I have been informed and understand that Samsung has alleged in this litigation

that Apple has infringed claims 1 and 13 of the '596 patent.  I address each of these claims below

in detail.

### A.    Claim 1

396.    Claim 1 provides:

A method for transmitting control information for an uplink packet
data service in a mobile communication system, the method
comprising the steps of:

[a] forming a first protocol data unit (PDU) including uplink
packet data;

[b] forming a control service data unit (SDU) including control
information for an uplink packet data service;

[c] forming at least one first header part corresponding to the first
PDU by using a data description indicator (DDI) field representing
the first PDU and an N field representing the number of uplink
packet data included in the first PDU;

[d] forming a second header part corresponding to the control SDU
by using a DDI field set as a predetermined specific value
representing that the control SDU is transmitted; and

- 131 -

SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information

[e] forming a second data packet unit (PDU) by concatenating a
header and a payload, and transmitting the second PDU to a Node
B, wherein the header includes the header parts, and the payload
includes the first PDU and the control SDU.

397.    Claim 1 is directed to "[a] method for transmitting control information for an
uplink packet data service in a mobile communication system."  The "control information" is
transmitted by including it in a "second data packet unit (PDU)" that is transmitted to a Node B.
Most of the claim limitations relate to steps in a specific method for forming the "second data
packet unit (PDU)" in which control information is included.

398.    The method entails *first* forming the constituent header and payload parts of the
"second data packet unit (PDU)" and *then* forming the "second data packet unit (PDU)" by
concatenating the header and payload.

399.    Claim 1 recites four separate "forming" steps for forming the constituent parts, in
short: (1) "a first protocol data unit (PDU)," (2) "a control service data unit (SDU)," (3) "at least
one first header part," and (4) "a second header part."

400.    Claim 1 recites a fifth "forming" step that finally forms the "second data packet
unit (PDU)" by using a concatenation operation: "forming a second data packet unit (PDU) by
concatenating a header and a payload, and transmitting the second PDU to a Node B, wherein the
header includes the header parts, and the payload includes the first PDU and the control SDU."

401.    The method recited in claim 1 is generally consistent with the method described
in the specification for forming the MAC-e PDU, in which its constituent parts are formed before
the MAC-e PDU is formed.

402.    However, claim 1 does not describe the same MAC-e PDU format as is described
in the '596 patent specification.  For instance, claim 1 recites "an N field representing the
number of uplink packet data included in the first PDU," but this language is not used in the

SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information

### E.    Indication of Number of MAC-d PDUs

531.    It was also well known to identify the number of MAC-d PDUs in a group of such PDUs in the payload, such as by using an N field in the header.

532.    I understand that Samsung contends that the limitation "an N field representing the number of uplink packet data included in the first PDU" is satisfied by the N field defined in 3GPP TS 25.321.  Section 9.2.4.2 of the standard provides that the N field identifies "[t]he number of consecutive MAC-d PDUs corresponding to the same DDI value."

533.    In my opinion, "number of uplink packet data in the first PDU" does not have the same meaning as "number of consecutive MAC-d PDUs corresponding to the same DDI value."

534.    Nevertheless, the need to indicate the "number of consecutive MAC-d PDUs" is directly related to the technique of encoding *once* in a MAC-e header characteristics that apply to *multiple* MAC-d PDUs – characteristics such as logical channel, MAC-d flow, and/or PDU size. In order to demultiplex and "unpack" the MAC-d PDUs in the payload of a MAC-e PDU, it is necessary to know how many MAC-d PDUs have the characteristics indicated in the header.  For example, if the header indicates that the first set of MAC-d PDUs in the payload is composed of MAC-d PDUs that are each 100 bytes long, the receiver must also know either *how many* 100-byte MAC-d PDUs there are in that set or the total size of the set.

535.    This appears to be another concept extended from the MAC-hs PDU used in HSDPA to the MAC-e PDU in HSUPA.  The MAC-hs PDU used an N field.  (3GPP TS 25.321 v5.7.0 § 9.2.2 ("The number of consecutive MAC-d PDUs with equal size is identified with the N field."); Choi '371 application ¶ 193 ("N_x: this represents the number of MAC-d PDUs belonging to an xth MAC-d PDU set").)

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

536.    Indeed, many of the MAC-e PDU proposals submitted by the working group include a N field.  (*See*, *e.g.*, R2-041348 (LG) (June 21-24, 2004); R2-041358 (Nokia) (June 21-24, 2004); Qualcomm 10/29/04 Proposal; Motorola 10/29/04 Proposal.)

## F.    Processes and Structures for Forming a PDU

537.    Apart from the information included in and the format of the MAC-e PDU, the processes and structures claimed in the asserted claims for forming the "second PDU" were all well known as well.  (Samsung contends that the MAC-e PDU of the standard constitutes the "second PDU" of the claims.)

538.    As I discussed above, the asserted claims require a particular method for forming the "second PDU."  The claimed method is not inventive.  It is a basic and obvious way of forming the MAC-e PDU.  A PDU, including a MAC-e PDU, is after all just a string of bits of 0s and 1s comprised of subparts that the standard calls "fields."  For a PDU comprising subparts in a header and  payload – such as the MAC-e PDU – forming the subparts, combining them into a header and a payload, and then concatenating them is perhaps the most obvious way to form the PDU.  Indeed, in my opinion, any method for forming a string of bits to satisfy the format requirements explicitly described in the standards would have been a matter of routine engineering well within the capability of any person of ordinary skill.

539.    Similarly, the recited structures of claim 13 are not inventive.  I read claim 13 as largely prepending generic recitations of structures to the steps recited in claim 1.  As it would have been obvious to perform those steps, it would have been obvious to have "blocks" or "units" to perform the steps.

SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information

G.     **R2-042065 (Nortel) (Oct. 4-8, 2004)**

609.    R2-042065 is a submission made by Nortel to the working group for its meeting

taking on October 4-8, 2004.

610.    In this submission, Nortel proposed that control information used for scheduling

in HSUPA should be transmitted in the MAC layer:

> [F]or the Node B scheduler associated signalling we believe that
> MAC-e with its HARQ benefits should be used to transmit
> information such as buffer status indication, available transmit
> power and also the predicted data rate (or TFC) in soft handover.

(R2-042065 (Nortel) (Oct. 4-8, 2004).)  I read the excerpt above as suggesting that it would be

beneficial to take advantage of the "HARQ benefits" of the MAC-e layer when transmitting

control information because the HARQ processing would increase the reliability of such

transmissions.

611.    Nortel then proposed that "[s]imilarly to the RLC, a MAC-e control PDU

terminating in the Node B should be defined," where the MAC-e control PDU would "carry the

scheduler related information."  (R2-042065 (Nortel) (Oct. 4-8, 2004).)  I understand this to be a

reference to the use of control PDUs in the RLC layer (as defined in 3GPP TS 25.322) – Nortel

was proposing to add a similar mechanism to the MAC layer.

**XI.    The Asserted Claims of the '596 Patent Are Invalid Because They Are Rendered
         Obvious by the Prior Art**

612.    In this section, I discuss specific prior art references and combinations of

references that render obvious the asserted claims.

613.    The prior art references I discuss largely focus on the format (or structure) of the

MAC-e PDU and/or control information, without necessarily explicitly discussing the methods

and structures that a UE would use to form the MAC-e PDU and/or control information.

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

614.    A person of ordinary skill would have known that there are a number of obvious

ways to construct a MAC-e PDU and/or control information.  After all, a PDU is simply a string

of 1s and 0s arranged in accordance with an agreed-upon format between a sender and a receiver;

this is also true for any field that could be included in a PDU, such as control information.  Given

a format for a PDU, it would have been well within the capability of the person of ordinary skill

to use any one of a number of well known methods to form it.

615.    One of the obvious ways—perhaps the most obvious way—to a person of

ordinary skill to form a PDU is to first form all of the constituent parts of the PDU (such as

various header and payload parts) and then concatenate the constituent parts (or to form a header

and a payload individually from their constituent parts, and then concatenate the header and

payload).  Another obvious way would be to form the entire PDU in a single pass without

separately forming any of the constituent parts first.  It also would have been obvious to employ

a mix of the two methods, in which some parts of the PDU are formed first, and other parts are

formed in a single pass afterwards.  As I have already noted, I believe that any method for

forming a string of bits—or, at least, the method claimed by the '596 patent—would have been a

matter of routine engineering well within the capability of any person of ordinary skill.

616.    Accordingly, with respect to each prior art reference that discloses a format for a

MAC-e PDU and/or control information, a person of ordinary skill would have found it obvious

to use any one of a number of methods to form the MAC-e PDU and/or control information.

617.    It follows that it would have been obvious to a person of ordinary skill to use

hardware and/or software structures, conceptualized as "blocks" or "control units" or something

similar, to perform each of the steps of the obvious ways to form a MAC-e PDU and/or control

information.  For example, a person of ordinary skill would have known that bits of 0s and 1s

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

could be generated and manipulated using software functions and/or digital circuitry.  Therefore, it would have been obvious to employ software, hardware, or a combination of the two to implement various ways of forming a MAC-e PDU and/or control information.

618.    Similarly, a person of ordinary skill would understand from a reference illustrating a MAC-e PDU that it would be transmitted to a Node B, even if such transmission is not explicitly stated in the reference, as that is the purpose of a MAC-e PDU – to be transmitted from the UE to the Node B, thereby conveying data and/or control information in an uplink direction.

### A.    Combination 1: Claim 1 is obvious over the '656 patent and R2-042664 (25.309 CR)

619.    It would have been obvious to one of ordinary skill in the art to combine the '656 patent with R2-042664 to arrive at the alleged invention of the '596 patent – "a detailed method for more efficiently signaling the MAC-e control information" in an uplink data packet service. ('596 patent, 3:28-30.)  The '656 patent relates to the then-developing enhanced uplink of the UMTS standard and was filed by inventors from a company (LG) that was a party to the development of those standards; the R2-042664 is a "change request" for a relevant part of the 3GPP TS 25.309 standard ("FDD Enhanced Uplink").

620.    A person of ordinary skill would have had the reason and motivation for combining these references, including that both relate to the definition of a MAC-e PDU format for use on E-DCH, and that such a person would know that uplink control information would be needed to support Node B controlled scheduling.  As discussed below, both references disclose the inclusion of control information in a MAC-e PDU, and the '656 patent discloses specific ways for doing so.

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

636.     A person of ordinary skill in the art would have known that there were a limited number of obvious ways to construct a PDU, including forming the constituent parts of the PDU as standalone strings of bits, and then concatenating those parts into a final PDU.  Accordingly, a person of ordinary skill would have found it obvious based on the teachings of each reference or the references in combination to "form[] a first protocol data unit (PDU) including uplink packet data."

### 3.     "forming a control service data unit (SDU) including control information for an uplink packet data service"

637.     The '656 patent and R2-042664 each discloses a "control information for an uplink packet service."

638.     I am informed and understand that Samsung contends that the Scheduling Information depicted in 3GPP TS 25.321 as being included within a MAC-e PDU constitutes a "a control service data unit (SDU) including control information for an uplink packet data service."

639.     I note that a "service data unit" or SDU is generally understood as a data unit that is the input to a particular (sub-)layer at the transmitter in a protocol stack, passed to that layer from the next highest (sub-)layer.  It would have been obvious to a person of ordinary skill to include control information within an SDU received from a higher layer.  Further, to the extent that Scheduling Information of the standard constitutes "a control service data unit (SDU) including control information for an uplink packet data service," the '656 patent and R2-042664 each discloses "a control service data unit (SDU) including control information for an uplink packet service."

640.     With respect to the '656 patent, consider once again the "piggyback PDU" – i.e., the "MAC PDU used in one preferred embodiment of the present invention may include both of

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

the control information and the user data." ('656 patent, 7:33-35.)  The '656 patent is explicit

that this "control information" is intended for use in scheduling for E-DCH, and so it constitutes

"control information for an uplink packet data service."

641.    R2-042664 also discloses that control information for scheduling would be

included in a MAC-e PDU:

> For the UE to request resources from the Node B(s), Scheduling
> Requests will be transmitted in the uplink.
>
> The Scheduling Request contains the following type of
> information:
>
> - UE Buffer occupancy;
>
> - Estimation of the available or needed power/rate;
>
> - Further information needed and details are FFS; ...
>
> In the case where the UE has a scheduling grant, **the Scheduling
> Request shall be sent to the Serving E-DCH RLS along with
> the [data] in the MAC-e PDU**. The details on when and how
> Scheduling Requests are included in the MAC-e PDU are FFS.

(R2-042664 at 23, § 9.3.1 [APL630DEF-WH-A0000010788-813 at 810] [S-ITC-003692820-842

at 839] (emphasis added).)

642.    Because these references disclose and render obvious the structure of a control

SDU, and because of the obvious manner in which a PDU, and its constituent parts, may be

constructed, a person of ordinary skill would have found it obvious based on the teachings of

each reference or the references in combination to "form[] a control service data unit (SDU)

including control information for an uplink packet data service."  (*See* '656 patent, 2:16-21,

4:34-46, 5:31-35, 6:32-57, 6:66-7:16.)

> **4.      "forming at least one first header part corresponding to the first PDU
> by using a data description indicator (DDI) field representing the first**

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

PDU and an N field representing the number of uplink packet data
included in the first PDU"

643.　　I am informed and understand that Samsung contends that "N field representing the number of uplink packet data included in the first PDU" is satisfied by the N field of the MAC-e PDU described in 3GPP TS 25.321.  I disagree with Samsung's apparent interpretation of the "N field" of the asserted claims.  In my opinion, the claimed "N field" differs from the N field described in the standard.

644.　　Nevertheless, if Samsung prevails in its interpretation of the "N field" of the asserted claims, the '656 patent and R2-042664 both disclose "at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink packet data included in the first PDU."

645.　　The claimed header structure is explicitly disclosed in R2-042664.  The header of the MAC-e PDU depicted in R2-042664 contains one or more header parts, each part comprised of one DDI field and one N field; moreover, each such combination of DDI/N fields provides information about the corresponding data-bearing MAC-es contained in the MAC-e payload:

> [A] RLC PDU enters MAC-d on a logical channel. RLC PDUs
> from one or more logical channels are C/T multiplexed on a MAC-
> e PDU. [¶]
>
> In the MAC-e header, the DDI (Data Description Indicator) field
> identifies logical channel, MAC-d flow and MAC-d PDU size. ...
> [¶]
>
> The N field indicates the number of consecutive MAC-d PDUs
> corresponding to the same DDI value.

(R2-042664 at 11, § 7.2.1 [APL630DEF-WH-A0000010788-813 at 798] [S-ITC-003692820-842 at 829].)

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

646.    Thus, R2-042664 clearly discloses at least one header part corresponding to the "first PDU," that "first PDU" being the MAC-es PDU described by both R2-042664 and the '656 patent.  Moreover, the corresponding header part uses both a DDI field and an N field representing the "number of uplink packet data included in the first PDU," as this phrase is apparently interpreted by Samsung.  A person of ordinary skill would have also found it obvious to extend the teachings of R2-042664 to include an N field representing the number of uplink packet data bits, rather than the number of MAC-d PDUs.

647.    As for the '656 patent, while it does not pictorially depict the DDI field as described in this claim element, it does disclose a MAC-e header (see the figure reproduced above from the priority application for the '656 patent) and indicates that it includes a DDI field:

> A field called DDI (data description indicator) exists in a header of
> MAC PDU. This plays a role in indicating that data blocks
> included in the MAC PDU correspond to data of which logical
> channel and a role in indicating how large a size of the each of the
> blocks is.

('656 patent, 8:31-35; *see also* '656 patent, 2:22-27.)

648.    Additionally, while the '656 patent does not explicitly disclose an N field, a person of ordinary skill would have understood that the MAC-e PDU of the '656 patent would necessarily contain an N field or a similar field that indicates the number of MAC-d PDUs (or the number of data bits) included in a MAC-es PDU.  The previous passage notes that the DDI field indicates the logical channel of the "data blocks" and the size of "each of the blocks."  A person of ordinary skill would have understood that given a group of data blocks (as contained in a MAC-es PDU), having the size information of each of the blocks would not be sufficient for decoding the MAC-e PDU, and that information would also be needed as to the number of data blocks (or the number of data bits).

- 217 -

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

649.     Because these references disclose and render obvious the structure of first header part claimed in this limitation, and because of the obvious manner in which a PDU, and its constituent parts, may be constructed, a person of ordinary skill would have found it obvious based on the teachings of each reference or the references in combination to "form[] at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink packet data included in the first PDU."

> **5.**     **"forming a second header part corresponding to the control SDU by using a DDI field set as a predetermined specific value representing that the control SDU is transmitted"**

650.     I am informed and understand that Samsung contends that the $DDI_0$ field (having the value "11111111") of the MAC-e PDU format described in 3GPP TS 25.321 constitutes "a second header part corresponding to the control SDU by using a DDI field set as a predetermined specific value representing that the control SDU is transmitted."

651.     To the same extent, the '656 patent discloses "a second header part corresponding to the control SDU by using a DDI field set as a predetermined specific value representing that the control SDU is transmitted."  R2-042664 discloses the same "second header part" as recited in this limitation to represent padding bits.  As already noted, R2-042664 also discloses the inclusion of uplink control information within a MAC-e PDU.

652.     The '656 patent describes one of its embodiments as follows:

> According to another embodiment of the present invention, it is able to indicate an existence or non-existence of control information using a specific portion of a header of MAC PDU. There is no limitation put on a type of the specific portion of the header. **In the present embodiment, a DDI field is used for example**. A field called DDI (data description indicator) exists in a header of MAC PDU. This plays a role in indicating that data blocks included in the MAC PDU correspond to data of which

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

687.    Because these references disclose and render obvious the structure of a control

SDU, and because of the obvious manner in which a PDU, and its constituent parts, may be

constructed, a person of ordinary skill would have found it obvious based on the teachings of

each reference or the references in combination to "form[] a control service data unit (SDU)

including control information for an uplink packet data service."

> **4.    "forming at least one first header part corresponding to the first PDU
> by using a data description indicator (DDI) field representing the first
> PDU and an N field representing the number of uplink packet data
> included in the first PDU"**

688.    The '656 patent discloses "at least one first header part corresponding to the first

PDU by using a data description indicator (DDI) field representing the first PDU."  It also

renders obvious "an N field representing the number of uplink packet data included in the first

PDU," including under Samsung's apparent interpretation of the limitation.  For details regarding

the '656 patent's disclosure of this limitation, refer to the corresponding claim 1 analysis with

regard to the '656 patent in combination with R2-042664.

689.    The Qualcomm 10/29/04 Proposal discloses "at least one first header part

corresponding to the first PDU by using a data description indicator (DDI) field representing the

first PDU and an N field representing the number of uplink packet data included in the first

PDU," including under Samsung's apparent interpretation of the limitation.

690.    The Qualcomm 10/29/04 Proposal discloses a "data description indicator (DDI)"

field identifying the logical channel and the size of the MAC-d PDUs in a MAC-e/es SDU in the

payload.  It also discloses a "MAC-d Flow ID (FID)" field that identifies the "MAC-d flow for

which the data is intended."  The DDI and FID fields of the Qualcomm 10/29/04 Proposal in

combination provide the same information as the DDI field of 3GPP TS 25.321.

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

691.    Additionally, the Qualcomm 10/29/04 Proposal discloses an N field identifying "[t]he number of consecutive MAC-d PDUs with equal size."  Put another way, this field identifies the number of MAC-d PDUs in the "first PDU."  A person of ordinary skill would have also found it obvious to extend the teachings of R2-042664 to include an N field representing the number of uplink packet data bits, rather than the number of MAC-d PDUs.

692.    Because these references disclose and render obvious the structure of first header part claimed in this limitation, and because of the obvious manner in which a PDU, and its constituent parts, may be constructed, a person of ordinary skill would have found it obvious based on the teachings of each reference or the references in combination to "form[] at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink packet data included in the first PDU."

### 5.    "forming a second header part corresponding to the control SDU by using a DDI field set as a predetermined specific value representing that the control SDU is transmitted"

693.    The '656 patent discloses "a second header part corresponding to the control SDU by using a DDI field set as a predetermined specific value representing that the control SDU is transmitted."  For details regarding the '656 patent's disclosure of this limitation, refer to the corresponding claim 1 analysis with regard to the '656 patent in combination with R2-042664.

694.    As described above, the Qualcomm 10/29/04 Proposal depicts header fields such as the DDI and FID fields, repeated in multiple sets.  A person of ordinary skill would have understood that any one or more such fields, such as the DDI field, could be set to a predetermined specific value to represent the inclusion of particular types of information in the payload, such as control information.

SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
Contains Apple, Samsung, and Third Party Confidential Business Information

each reference or the references in combination to "form[] a control service data unit (SDU)

including control information for an uplink packet data service."

> **4.** **"forming at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink packet data included in the first PDU"**

726.    R2-042664 discloses "at least one first header part corresponding to the first PDU

by using a data description indicator (DDI) field representing the first PDU and an N field

representing the number of uplink packet data included in the first PDU," including under

Samsung's apparent interpretation of the limitation.  For details regarding R2-042664's

disclosure of this limitation, refer to the corresponding claim 1 analysis with regard to the '656

patent in combination with R2-042664.

727.    The Choi '371 application also discloses "at least one first header part

corresponding to the first PDU," but it uses fields different from but similar to "a data

description indicator (DDI) field representing the first PDU."  It also discloses "an N field

representing the number of [downlink] packet data included in the first PDU," including under

Samsung's apparent interpretation of the corresponding limitation of claim 1.

728.    The Choi '371 application discloses a MAC-hs PDU in which each MAC-d PDU

set contained in the payload has a corresponding set of three fields contained in the header: (1) a

size identification (SID) field that "represents a size of [the] MAC-d PDUs" in the set, (2) an N

field that "represents the number of MAC-d PDUs" included in the set, and (3) a Flag (F) field

used to indicate the end of the SID/N/F sequence.  (Choi '371 application, ¶¶ 192-194.)  A

person of ordinary skill would have also found it obvious to extend the teachings of the Choi

'371 application to include an N field representing the number of packet data bits, rather than the

number of MAC-d PDUs.

**SUBJECT TO PROTECTIVE ORDER – HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**
**Contains Apple, Samsung, and Third Party Confidential Business Information**

729.   R2-042664 contains *exactly* the structure required by this limitation (as apparently interpreted by Samsung), while the Choi '371 application contains a similar-but-not-identical structure – at least one first header part corresponding to the first PDU by using *not* a DDI/N combination but *instead* a SID/N/F combination.

730.   To the extent that Samsung takes the position that its 11/9/04 Application discloses the "data description indicator (DDI) field representing the first PDU" required by the asserted claims even though the terms "data description indicator" and "DDI" are used nowhere in that application, the Choi '371 application would also disclose this limitation to the same extent.  Both the 11/9/04 Application and the Choi '371 application disclose "a first header part corresponding to the first PDU."  Moreover, they both do so using a "field representing the first PDU" – for the 11/9/04 Application that field is a Mux-Id field while for the Choi '371 application it is a SID field.  If Samsung contends that its 11/9/04 Application discloses this element, then the Choi '371 application likewise must disclose it.

731.   Because these references disclose and render obvious the structure of first header part claimed in this limitation, and because of the obvious manner in which a PDU, and its constituent parts, may be constructed, a person of ordinary skill would have found it obvious based on the teachings of each reference or the references in combination to "form[] at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink packet data included in the first PDU."