# EXHIBIT 12

Confidential Business Information - Outside Attorneys' Eyes Only

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4

 5   APPLE, INC., a California        )
 6   corporation,                     )
 7        Plaintiff,                  )     Case No.
 8                                    )12-cv-00630-LHK (PSG)
 9           vs.                      )
10   SAMSUNG ELECTRONICS CO., LTD., a )
11   Korean corporation; SAMSUNG      )
12   ELECTRONICS AMERICA, INC., a New )
13   York corporation; and SAMSUNG    )
14   TELECOMMUNICATIONS AMERICA, LLC, )
15   a Delaware limited liability     )
16   company,                         )
17        Defendants.                 )
18   _____)
19   Confidential Business Information - Outside Attorneys' Eyes Only
20        VIDEOTAPED DEPOSITION OF THOMAS E. FUJA, Ph.D.
21                Thursday, September 19, 2013
22                   Boston, Massachusetts
23
24   Reported by:  Dana Welch, CSR, RPR, CRR, CBC, CCP,
25   Job No. 65943
```

** CONFIDENTIAL BUSINESS INFORMATION **
** OUTSIDE ATTORNEYS' EYES ONLY **

Page 259

1             UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                  SAN JOSE DIVISION
4
5    APPLE, INC., a California         )
6    corporation,                      )
7           Plaintiff,                 )     Case No.
8                                      )12-cv-00630-LHK (PSG)
9            vs.                       )
10   SAMSUNG ELECTRONICS CO., LTD., a  )
11   Korean corporation; SAMSUNG       )
12   ELECTRONICS AMERICA, INC., a New  )
13   York corporation; and SAMSUNG     )     VOLUME II
14   TELECOMMUNICATIONS AMERICA, LLC,  )
15   a Delaware limited liability      )
16   company,                          )
17           Defendants.               )
18   _____ )
19           CONFIDENTIAL BUSINESS INFORMATION
20              OUTSIDE ATTORNEYS' EYES ONLY
21     VIDEOTAPED DEPOSITION OF THOMAS E. FUJA, Ph.D.
22            Friday, September 20, 2013
23                Boston, Massachusetts
24    Reported by:  Dana Welch, CSR, RPR, CRR, CBC, CCP
25    Job No. 65944

** CONFIDENTIAL BUSINESS INFORMATION **
** OUTSIDE ATTORNEYS' EYES ONLY **

Page 290

| | | |
|---|---|---|
| 1 | information is used by the node B, it is a control | 08:45 |
| 2 | SDU? | 08:45 |
| 3 | A. Again, a control SDU is, I think another | 08:45 |
| 4 | issue.  It is control information. | 08:45 |
| 5 | Q. You agree that if scheduling information | 08:45 |
| 6 | is used by the node B, it's control information? | 08:46 |
| 7 | A. I'm sorry.  Could you say that again. | 08:46 |
| 8 | Q. You agree that if scheduling information | 08:46 |
| 9 | is used by the node B, it's control information? | 08:46 |
| 10 | A. If it is used to control -- if the | 08:46 |
| 11 | scheduling information is used to control some | 08:46 |
| 12 | aspect of the packet scheduler, then I would agree | 08:46 |
| 13 | it's control information. | 08:46 |
| 14 | Q. You are arguing that if scheduling | 08:46 |
| 15 | information is not used by the node B, it's not | 08:46 |
| 16 | control information? | 08:46 |
| 17 | A. That's correct. | 08:46 |
| 18 | Q. But in your report, you don't cite | 08:46 |
| 19 | anywhere to the '596 patent where it says if | 08:46 |
| 20 | scheduling information is not used by the node B, | 08:46 |
| 21 | it's not control information. | 08:46 |
| 22 | A. That's correct. | 08:46 |
| 23 | Q. When you read the '596 patent, you | 08:46 |
| 24 | couldn't find a single place where the '596 patent | 08:46 |
| 25 | said if scheduling information is not used by the | 08:47 |