# EXHIBIT 3

```
                                                                    1
 1              UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3     - - - - - - - - - - - - - - - -X
 4     APPLE INC., a California        :
 5     Corporation,                    :
 6               Plaintiff,            :
 7     v.                              :
 8     SAMSUNG ELECTRONICS CO., LTD., a :
 9     Korean corporation; SAMSUNG     : Civil Action No.
10     ELECTRONICS AMERICA, INC., a New : 12-cv-00630-LHK(PSG)
11     York corporation; and SAMSUNG   :
12     TELECOMMUNICATIONS AMERICA, LLC, :
13     A Delaware limited liability    :
14     Company,                        :
15               Defendants.           :
16     - - - - - - - - - - - - - - - -X
17     (Caption continued on next page)
18                         VOLUME 1
19        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
20     VIDEOTAPED DEPOSITION OF DANIEL SCHONFELD, Ph.D.
21                     WASHINGTON, D.C.
22         Thursday, October 3, 2013  -  8:59 a.m.
23     Job No.:   44749
24     Pages:  1 - 291
25     Reported By:   Lori J. Goodin, RPR, CLR, CRR
```

```
                                                                    292
 1              UNITED STATES DISTRICT COURT

 2      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

 3    - - - - - - - - - - - - - - - -X

 4    APPLE INC., a California         :

 5    Corporation,                     :

 6              Plaintiff,             :

 7    v.                               :

 8    SAMSUNG ELECTRONICS CO., LTD., a :

 9    Korean corporation; SAMSUNG      : Civil Action No.

10    ELECTRONICS AMERICA, INC., a New : 12-cv-00630-LHK(PSG)

11    York corporation; and SAMSUNG    :

12    TELECOMMUNICATIONS AMERICA, LLC, :

13    A Delaware limited liability     :

14    Company,                         :

15              Defendants.            :

16    - - - - - - - - - - - - - - - -X

17    (Caption continued on next page)

18                       VOLUME 2

19       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

20     VIDEOTAPED DEPOSITION OF DANIEL SCHONFELD, Ph.D.

21                    WASHINGTON, D.C.

22         Friday, October 4, 2013  -  8:30 a.m.

23    Job No.:  44750

24    Pages:  292 - 460

25    Reported By:  Lori J. Goodin, RPR, CLR, CRR
```

100

| | | |
|---|---|---|
| 1 | whether the term, synchronizing, as used in | 11:26:52 |
| 2 | Claim 1 should be given plain and ordinary | 11:26:54 |
| 3 | meaning? | 11:26:56 |
| 4 | A.   I, my opinion as to what the court | 11:26:59 |
| 5 | should decide about claim construction is -- | 11:27:03 |
| 6 | Q.   No, I'm asking you your opinion, do | 11:27:05 |
| 7 | you have one, yes or no, about whether | 11:27:07 |
| 8 | synchronizing as used in the Claim 1 should be | 11:27:09 |
| 9 | given plain and ordinary meaning?  You either of | 11:27:11 |
| 10 | an opinion or you don't. | 11:27:14 |
| 11 |      MR. MILOWIC:  Objection, asked and | 11:27:16 |
| 12 |   answered.  And obviously you don't have to | 11:27:17 |
| 13 |   answer yes or no. | 11:27:18 |
| 14 |      THE WITNESS:  Again, I, the, in my | 11:27:19 |
| 15 |   analysis, the understanding I have is based | 11:27:23 |
| 16 |   on the plain and ordinary meaning as | 11:27:26 |
| 17 |   understood by a person of ordinary skill in | 11:27:29 |
| 18 |   the art in light of the claim language, the | 11:27:32 |
| 19 |   specification and prosecution history, and | 11:27:35 |
| 20 |   you are asking me, think about the plain and | 11:27:37 |
| 21 |   ordinary meaning outside of the context of | 11:27:40 |
| 22 |   the patent?  And so, that is why I -- | 11:27:41 |
| 23 | BY MR. SELWYN: | 11:27:44 |
| 24 |      Q.   No, no, no, no.  Listen to my | 11:27:44 |
| 25 | question. | 11:27:47 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA