# EXHIBIT 4

Highly Confidential - Outside Attorneys Eyes' Only

```
                                                                Page 1
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE, INC., a California    )
     corporation,                 )
 6                                )
            Plaintiff,            )
 7                                )
        vs.                       ) No. 12-CV-00630-LHK
 8                                )
     SAMSUNG ELECTRONICS CO.,     )
 9   LTD., a Korean business      )
     entity; SAMSUNG ELECTRONICS  )
10   AMERICA, INC., a New York    )
     corporation; and SAMSUNG     )
11   TELECOMMUNICATIONS AMERICA,  )
     LLC, a Delaware limited      )
12   liability company,           )
                                  )
13          Defendants.           )
                                  )
14
15               HIGHLY CONFIDENTIAL
16            OUTSIDE COUNSEL EYES ONLY
17               VIDEO DEPOSITION OF
18             CHRISTOPHER R. WYSOCKI
19                San Francisco, CA
20              Thursday, June 27, 2013
21
22   REPORTED BY:
23   SUSAN F. MAGEE, RPR, CCRR, CLR, CSR No. 11661
24
25   Job No. 62884
```

Page 11

1    A.  No.
2    Q.  Do you recall which ones were not?
3    A.  I don't.
4    Q.  In those depositions, were you working on
5  the team working on iTunes at the time of those
6  depositions?
7    A.  I'm sorry.  Could you --
8    Q.  Were you working on iTunes during the time
9  of all those depositions?
10   A.  Yes.
11   Q.  Okay.
12   A.  And just -- just to clarify, when I -- when
13  I refer to iTunes, I'm referring to the iTunes
14  client, which is the iTunes client for Mac OS X and
15  Windows.
16   Q.  Understood.  As opposed to like the
17  iTunes -- iTunes store.
18   A.  As opposed to the iTunes store or the
19  iTunes client, let's say, for iOS.
20   Q.  Understood.  All right.  So if we look at
21  page 98 of this deposition, Exhibit 1, I think --
22  all right.  So there's some discussion here of
23  track, track objects and playlist.  And I just want
24  to get your understanding of what a playlist item
25  is.  And maybe the best way to ask the questions is