"

"

# EXHIBIT 5

**REDACTED VERSION**

**OF DOCUMENT SOUGHT TO BE**

**SEALED IN ITS ENTIRETY**

Highly Confidential - Attorneys' Eyes Only

Page 1

1          UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2                 SAN JOSE DIVISION
3    APPLE INC., a California        )
     corporation,                    )
4                                    )
          Plaintiff,                 )
5                                    )
     VS                              ) Case No. 12-cv-00630-LHK
6                                    )
     SAMSUNG ELECTRONICS CO., a      )
7    Korean corporation, SAMSUNG     )
     ELECTRONICS AMERICA, INC.,  a   )
8    New York corporation; and       )
     SAMSUNG TELECOMMUNICATIONS      )
9    AMERICA, LLC, a Delaware        )
     limited liability company,      )
10                                   )
          Defendants.                )
11
         *********************************************
12
              ORAL VIDEOTAPED DEPOSITION OF
13                  CARL ALBERTY
                   JULY 2, 2013
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15       *********************************************
16    ORAL DEPOSITION OF CARL ALBERTY, produced as a
17  witness at the instance of the Defendant, and duly
18  sworn, was taken in the above-styled and numbered cause
19  on the 2nd of July, 2013, from 9:25 to 10:55 a.m.,
20  before Susan S. Klinger, RMR-CRR, CSR in and for the
21  State of Texas and California, reported by stenographic
22  method, at Cirrus HQ, Austin, Texas pursuant to the
23  Federal Rules of Civil Procedure and the provisions
24  stated on the record or attached hereto.
25  Job No. 63157

Highly Confidential - Attorneys' Eyes Only

Page 2

1           A P P E A R A N C E S
2

   FOR THE PLAINTIFF(S):
3       Ms. Anna Lee
        WILMERHALE
4       950 Page Mill Road
        Palo Alto, California  94304
5

   FOR THE DEFENDANT(S):
6       Mr. Alex Baxter
        QUINN EMANUEL URQUHART & SULLIVAN
7       555 Twin Dolphin Drive
        Redwood Shores, California  94065
8

   FOR THE WITNESS AND CIRRUS LOGIC:
9       Mr. Michael Barrett
        CIRRUS LOGIC
10      Associate General Counsel
        800 West 6th Street
11      Austin, Texas  78701
12   ALSO PRESENT:
13      Mr. Mark Hendrix, videographer
14
15
16
17
18
19
20
21
22
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 3

1                        I N D E X

2

3      WITNESS                                          PAGE

4

5      CARL ALBERTY

6      EXAMINATION BY MR. BAXTER                          5

7

8                      E X H I B I T S

9

10     No.          Page      Description
11     Exhibit 1     9        Subpoena
12     Exhibit 2    10        CLI00001-CLI00269
13     Exhibit 3    12        CLI00270-CLI00444
14     Exhibit 4    13        CLI00445-CLI00517
15     Exhibit 5    13        CLI01058-CLI01230
16     Exhibit 6    14        CLI01635-CLI01823
17     Exhibit 7    15        CLI02445-CLI02496
18     Exhibit 8    17        CLI03903-CLI04056
19     Exhibit 9    17        CLI04057-CLI04205
20     Exhibit 10   18        CLI02159-CLI02444
21     Exhibit 11   22        CLI06050-CLI06145
22     Exhibit 12   22        CLI06146-CLI06265
23     Exhibit 13   24        CLI06266-CLI06447
24     Exhibit 14   25        CLI05376-CLI05509
25     Exhibit 15   30        CLI04841-CLI04846

Highly Confidential - Attorneys' Eyes Only

Page 4

1                   E X H I B I T S

2

3     No.         Page        Description

4     Exhibit 16  32          CLI04847-CLI04905

5     Exhibit 17  35          CLI04906-CLI04988

6     Exhibit 18  39          CLI05789-CLI05795

7     Exhibit 19  42          CLI05962-CLI05969

8     Exhibit 20  46          CLI05201

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 5

| | | |
|---|---|---|
| 1 | VIDEOGRAPHER:  This is the start of tape | 09:23 |
| 2 | labeled number 1 of the videotaped deposition of Carl | 09:24 |
| 3 | Alberty in the matter of Apple, Inc. versus Samsung | 09:24 |
| 4 | Electronics Company Limited in the United States | 09:24 |
| 5 | District Court for the Northern District of California, | 09:24 |
| 6 | Case Number 12-CV-00630-LHK.  This deposition is being | 09:24 |
| 7 | held at Cirrus Logic, Inc. 800 West 6th Street, Austin, | 09:25 |
| 8 | Texas on July 2nd, 2013 at approximately 9:25 a.m. | 09:25 |
| 9 | My name is Mark Hendrix.  I'm the legal | 09:25 |
| 10 | video specialist from TSG Reporting, Inc. headquartered | 09:25 |
| 11 | at 747 Third Avenue, New York, New York.  The court | 09:25 |
| 12 | reporter is Susan Klinger in association with TSG | 09:25 |
| 13 | Reporting.  Will counsel please introduce yourself for | 09:25 |
| 14 | the record after which the court reporter will swear in | 09:25 |
| 15 | the witness. | 09:25 |
| 16 | MR. BAXTER:  Alex Baxter from Quinn Emanuel | 09:25 |
| 17 | representing Samsung. | 09:25 |
| 18 | MS. LEE:  Anna Lee from WilmerHale | 09:25 |
| 19 | representing Apple. | 09:25 |
| 20 | MR. BARRETT:  My name is Michael Barrett, | 09:25 |
| 21 | inhouse counsel for Cirrus Logic representing Cirrus | 09:25 |
| 22 | Logic. | |
| 23 | CARL ALBERTY, | |
| 24 | having been first duly sworn testified as follows: | |
| 25 | EXAMINATION | |

Highly Confidential - Attorneys' Eyes Only

Page  6

