# EXHIBIT 6

# James Razick

| | |
|---|---|
| **From:** | Marissa Ducca |
| **Sent:** | Thursday, July 18, 2013 2:51 PM |
| **To:** | Todd Briggs; Kolovos, Peter; Amar Thakur; Michael Fazio; Samsung NEW |
| **Cc:** | *** Apple/Samsung (Apple/Samsung@gibsondunn.com); WH Apple Samsung NDCal II Service |
| **Subject:** | Apple v. Samsung -- Rogs 33 and 36 |

Peter,

Per our discussion regarding rogs 33 and 36, for each '239 Accused Product and '449 Accused Product, please identify, by manufacturer and model, the following components:

Front cameras
Back cameras
Front image sensors
Back image sensors
Audio chips/codecs
Wi-Fi chips
Cellular Baseband processors
Application processors for iPhones, iPads, and iPod Touches
Processors for computers
Video encoders/decoders
Audio encoders/decoders

Best regards,
Marissa

*Marissa Ducca*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
202-538-8109 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
marissaducca@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD