# EXHIBIT 7

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# James Razick

| | |
|---|---|
| **From:** | Amar Thakur |
| **Sent:** | Monday, July 22, 2013 4:15 PM |
| **To:** | 'Stone, Rod'; 'Kolovos, Peter'; 'WH Apple Samsung NDCal II Service'; '*** Apple/Samsung (Apple/Samsung@gibsondunn.com)' |
| **Cc:** | Samsung NEW |
| **Subject:** | Apple v. Samsung (NDCA2) - Revised Samsung's response re Resolution of Discovery Issues |

**Rod/Peter,**

**Please see our comments below in bold.  Please use this email as the prior email failed to fully address an issue.**

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

1

- <u>Interrogatory Nos. 33 and 36</u>.  Apple will supplement its responses to these interrogatories to provide the information requested by Samsung for one version of each accused product (e.g., iPhone 4, 4S and 5) that: (1) identifies all requested components, (2) and cites by Bates number the page(s) from the BOM(s) and/or other documents from where such information was derived.  Apple agrees to produce, or identify by bates number if already produced, any BOMs or other documents that Samsung identifies as missing, as Apple has done in the past.   Apple will also explain how Samsung can figure out what ▮▮▮▮▮▮▮▮ are in which Apple devices.  <u>Apple agrees to identify the requested components for one product in each product line (one iPad, iPhone, iPod touch, iMac, Mac mini, Mac Pro, MacBook Air, MacBook Pro), to explain how and where the component was located in the documents produced by Apple, and to provide other information of which it is aware that may assist Samsung in locating this information in other products.  Apple also agrees to assist Samsung in identifying any component on the list in Ms. Ducca's July 18 email when promptly notified by Samsung that after using its best efforts to locate the component, it cannot do so.  Apple is searching for documents sufficient to identify the Wi-Fi chips in the accused products and will produce the documents as soon as they are located.</u>

**Apple agreed to identify the specific components in one version of each generation of the accused iOS products (iPhone 4, iPhone 4S, iPhone 5, iPod Touch (4th Gen.), iPod**

Touch (5th Gen.)), and one version of each accused laptop and desktop computer products (iMac, Mac mini, Mac Pro, MacBook Air, MacBook Pro).

Further, with respect to Apple's agreement to "provide other information of which it is aware that may assist Samsung in locating this information in other products," this information would include any instances where other versions of an accused product include the same component(s).

Samsung also requests that Apple agree to produce (or identify by bates number, if already produced) any SOC Manuals or relevant schematics that are referenced in Apple's BOMs to the extent Samsung is unable to locate such documents despite its good faith efforts to do so. Samsung will identify the missing document as specifically as possible, for example, by document number, Apple part number, revision letter, and revision number.

- '239 RFPS re MCOS. Apple will produce all MCOS, to the extent they exist, for: (1) each '239 accused product at the system level; and (2) each '239 product at the accused feature level. Apple will search for and will produce all MCOs, to the extent have not already been produced, for each camera module, image sensor, and Wi-Fi component in the accused products, including MCOs for those components that show how they are connected to other components or otherwise incorporated in the accused products. Samsung agrees that it will not seek to re-open depositions based on such production.

    In addition to the above, Apple must produce MCOs showing the physical connections to and from the applications processor, baseband processor, audio codecs/chips and audio and video encoders/decoders.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD