# GZJKDKV"!"

# "

# TGFCEVGF"XGTUKQP"
# QH"FQEWOGPV"UQWIJV"VQ"DG"
# UGCNGF"

**Highly Confidential – Outside Attorneys' Eyes Only Pursuant to Protective Order**

WILMERHALE

August 1, 2013

**By E-mail**

Peter J. Kolovos

+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

Amar L. Thakur, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:   <u>Apple Inc. v. Samsung Elecs. Co., Ltd., et al.</u>
      Case No. 12-cv-00630 (N.D. Cal.)

Dear Amar:

   Pursuant to the parties' agreement, as reflected in our emails of July 22, please find attached a chart identifying the components requested by Samsung in Marissa Ducca's July 18 email.  As agreed, the chart identifies the requested components for one iPhone 3GS, one iPhone 4, one iPhone 4S, one iPhone 5, one iPod touch 4th generation, one iPod touch 5th generation, one iPad 2, one iPad 3, one iPad 4, one iPad mini, one iMac, one Mac mini, one Mac Pro, one MacBook Air, and one MacBook Pro.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

**Highly Confidential – Outside Attorneys' Eyes Only Pursuant to Protective Order**

Amar L. Thakur, Esq.  
August 1, 2013  
Page 2



<span style="color:red">INTENTIONALLY OMITTED FROM EXHIBIT/RECORD</span>

Audio Codecs:

Samsung can identify the audio codec using search terms such as "Codec" or ▮▮▮▮

<span style="color:red">INTENTIONALLY OMITTED FROM EXHIBIT/RECORD</span>

<span style="color:red">INTENTIONALLY OMITTED FROM EXHIBIT/RECORD</span>

ActiveUS 113319595v.1

**Highly Confidential – Outside Attorneys' Eyes Only Pursuant to Protective Order**

Amar L. Thakur, Esq.
August 1, 2013
Page 3

WILMERHALE

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

Very truly yours,

*/s/ Peter J. Kolovos*

Peter J. Kolovos

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## iOS Devices



Apple Inc. v. Samsung Elecs. Co., Ltd., et al.
Case No. 12-cv-00630 (N.D. Cal.)

1

| | | Audio Codec | |
|---|---|---|---|
| | INTENTIONALLY OMITTED FROM EXHIBIT/RECORD | | INTENTIONALLY OMITTED FROM EXHIBIT/RECORD |
| BOM: APL7940015780796 | | BOM at APL7940015780888 | |
| iPhone 5 BOM: APL630DEF-WH0005285127 | | BOM at APL630DEF-WH0005285210 | |
| iPhone 4S BOM: APL630DEF-WH0000094030 | | BOM at APL630DEF-WH0000094090 | |
| iPhone 4 | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | Audio Codec |
|---|---|
| INTENTIONALLY OMITTED FROM EXHIBIT/RECORD | |
| BOMs: APL-ITC796-0000435338, APL-ITC796-0000433993 | ■■■ BOM at APL-ITC796-0000434123 |
| iPhone 3GS<br>BOM: APL-ITC796-0000432822 | ■■■ BOM at APL-ITC796-0000432907 |
| iPod touch 5th Generation<br>BOM: APL630DEF-WH0004031564 | ■■■ BOM at APL630DEF-WH0004031575 |

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

iPod touch 4th Generation

BOM: APL630DEF-WH0004031426

Audio Codec

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

BOM at APL630DEF-WH0004031438

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

Apple Inc. v. Samsung Elecs. Co., Ltd., et al.
Case No. 12-cv-00630 (N.D. Cal.)

4