# EXHIBIT 9

**REDACTED VERSION
OF DOCUMENT SOUGHT TO BE SEALED**

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5    APPLE INC., a California corporation,
 6
                       Plaintiff,
 7
      vs.                                NO. 12-CV-00630-LHK
 8
      SAMSUNG ELECTRONICS CO., LTD.,
 9    a Korean corporation; SAMSUNG
      ELECTRONICS AMERICA, INC., a
10    New York corporation; SAMSUNG
      TELECOMMUNICATIONS AMERICA, LLC,
11    a Delaware limited liability company,
12
                       Defendants.
13    _____/
14
15        HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
16       VIDEOTAPED 30(b)(6) DEPOSITION OF TIM MILLET
17                  PALO ALTO, CALIFORNIA
18                 WEDNESDAY, JUNE 26, 2013
19
20
21    BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
22         CSR LICENSE NO. 9830
23         JOB NO. 62891
24
25
```

Page 2

1         PALO ALTO, CALIFORNIA
2      WEDNESDAY, JUNE 26, 2013
3           9:03 a.m.
4
5
6
7
8   Videotaped 30(b)(6) Deposition of
9   TIM MILLET, taken at WILMERHALE
10  950 Page Mill Road, Palo Alto, California
11  pursuant to Notice, before me,
12  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR,
13  CLR ~ CSR License No. 9830.
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  A P P E A R A N C E S:

2

3

4       FOR THE PLAINTIFFS:

5       WILMERHALE

6       By:  KATHRYN ZALEWSKI, Esq.

7       950 Page Mill Road

8       Palo Alto, California 94304

9

10

11

12

13      FOR THE DEFENDANTS:

14      QUINN EMANUEL URQUHART & SULLIVAN

15      By:  CARLOS RODRIGUEZ, Esq.

16      51 Madison Avenue

17      New York, New York 10010

18

19

20

21      ALSO PRESENT:   Sean McGrath, Videographer

22

23              ---oOo---

24

25

Page 4

1    PALO ALTO, CALIFORNIA
2    WEDNESDAY, JUNE 26, 2013
3    9:03 A.M.
4
5
6
7        THE VIDEOGRAPHER:  Good morning.  This is the
8    start of Disc No. 1 of the videotaped deposition of
9    Tim Millet.
10       In the matter Apple Incorporated versus
11   Samsung Electronics Company LTD, et al.  In the U.S.
12   District Court, Northern District of California,
13   San Jose Division.  Case No. 12-CV-00630-LHK.
14       This deposition is being held at
15   950 Page Mill Road, Palo Alto, California, on
16   June 26th at approximately 9:03 a.m.
17       My name is Sean McGrath from TSG Reporting
18   Incorporated, and I'm the legal video specialist.
19       The court reporter is Andrea Ignacio, in
20   association with TSG Reporting.
21       Will counsel please introduce yourselves,
22   starting with the questioning attorney.
23       MR. RODRIGUEZ:  Carlos Rodriguez from Quinn
24   Emanuel, on behalf of Samsung.
25       MS. ZALEWSKI:  Kathryn Zalewski from

Page 5

1  WilmerHale, on behalf of Apple and the witness.
2           THE VIDEOGRAPHER:  Will the court reporter
3  please swear in the witness, and we can proceed.
4
5                     TIM MILLET,
6            having been sworn as a witness
7         by the Certified Shorthand Reporter,
8                 testified as follows:
9
10            EXAMINATION BY MR. RODRIGUEZ
11        MR. RODRIGUEZ:  Q.  Good morning, Mr. Millet.
12     A   Good morning.
13     Q   Have you ever been deposed before?
14     A   Yes.
15     Q   How many times?
16     A   I don't remember exactly.
17     Q   Okay.
18     A   Perhaps four.
19     Q   About four.
20         Do you remember when was the last time?
21     A   Sometime last year.
22     Q   Okay.  Was it a Samsung/Apple case?
23     A   Not that I remember, no.
24     Q   Okay.  Who -- who were the parties, as far as
25  you remember?

Page 7

1  of the A4 and A5 chips.  I believe they're referred to
2  as A4X, A5X, something like that.
3      Q   And --
4      A   Maybe -- maybe actually A5X, A6X.  I'm sorry.
5  Those are the names I remember.
6          MS. ZALEWSKI:  Before you go on, we started
7  out by talking about his deposition prior.  I'm not
8  sure if we're going beyond -- the questions are really
9  going beyond what he testified about.
10         But I do want to just state that he's here
11 pursuant to the 30(b)(6) deposition notice and certain
12 topics that we've identified him -- designated him
13 for.
14         You can continue, but I don't want to get too
15 far outside the scope of -- of his deposition topics.
16         MR. RODRIGUEZ:  Okay.
17     Q   So you have listed three chips developed by
18 Apple, A4, A5, A6.  And if I understood you correctly,
19 ████████████████████████████████████████████████
20 ████████████████████████████████████████████████
21     A   No.  I -- ███████████████████████████████
22 ████████████████████████████████████████████████
23 ████████████████████████████████████████████████
24 ████████████████████████████████████████████████
25 ████████████████████████████████████████████████