# EXHIBIT 10

**WILMERHALE**

June 24, 2013

**Michael Silhasek**

+1 650 858 6083 (t)
+1 650 858 6100 (f)
michael.silhasek@wilmerhale.com

**VIA ELECTRONIC MAIL**

Amar L. Thakur, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Email: amarthakur@quinnemanuel.com

Re: *Apple Inc. v. Samsung Elecs. Co.*, Case No. 12-CV-00630-LHK (N.D. Cal.)

Dear Amar:

Apple designates INTENTIONALLY OMITTED FROM EXHIBIT/RECORD Tim Millet as Apple's corporate witnesses for the following 30(b)(6) topics, subject to and as limited by Apple's objections and responses. These designations supersede all previous designations for these witnesses.

| Witness | 30(b)(6) Topics |
|---|---|
| INTENTIONALLY OMITTED FROM EXHIBIT/RECORD | |

Amar L. Thakur, Esq.
June 24, 2013
Page 2

**WILMERHALE**

| Witness | 30(b)(6) Topics |
|---|---|
| INTENTIONALLY OMITTED FROM EXHIBIT/RECORD | |
| Tim Millet | Samsung's Fourth 30(b)(6) Notice: Topics 1(a), 1(b), 1(c), 1(d) (first), 1(e) (first), 1(d) (second), 2, 8 (limited to software or firmware executed on third party components), 9 (limited to software or firmware executed on third party components), 10, and 11 (limited to non-privileged efforts to avoid infringement), as they relate to the '239 and '449 patents with respect to image and video compression, decompression, and reproduction functionality, and identification of relevant components on the iOS devices; as they relate to the '239 patent with respect to the baseband and Wi-Fi components; and as they relate to the '239 patent with respect to identification of components on the accused Mac computers. |

Best regards,

/s/ *Michael Silhasek*

Michael Silhasek