# EXHIBIT 13

**REDACTED VERSION**

**OF DOCUMENT SOUGHT TO BE**

**SEALED IN ITS ENTIRETY**

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

1867.  Apple describes the process and operation used for iTunes synchronization via

iTunes in the Cloud as follows:

> iTunes in the Cloud is one service designed to provide a client the ability to redownload or stream media purchased through iTunes. iTunes in the Cloud operates with compatible client devices such as certain iOS devices, Macintosh computers with iTunes, and Apple TV devices.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

The various ████████████████████ are located primarily in Apple data centers in Newark, California and Maiden, North Carolina. ███████████████████████

Automatic Downloading in iTunes in the Cloud is available for certain media types ██████

*See* Apple Response to Samsung's Fifth Set of Interrogatories at 8-9.

1868.   This understanding with respect to automatic downloading in iTunes in the Cloud is also confirmed by the deposition of Apple's Corporate Representative, Mr. Christopher Wysocki, who stated that "when a user purchases a new, let's say, asset song the first time, it's going to be downloaded to at least one device or computer, depending on where they purchased it. If automatic downloads are on, it will get downloaded to all of the devices on which the automatic downloads are enabled, and that includes iOS devices or iTunes."   *See* Wysocki Deposition Tr. at 76:8-18.   This understanding is further confirmed by the deposition of Apple's Corporate Representative, Mr. Eric Krugler, who agreed that "with automatic downloads for iTunes, songs and metadata are pushed from the Cloud to a user's devices."   *See* Krugler Deposition Tr. at 88:1-5.

1869.   Apple also describes iCloud's storage of content information and content management information as follows:



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See* Apple Inc.'s Further Supplemental Responses to Samsung's First Set of Interrogatories (No. 12) at 69-70.

1870.  Mr. Krugler also confirmed that in

Q. And so what -- what is your understanding of what the central storage is as referred to here?
MR. KOLOVOS: Object to the form, calls for speculation.
THE WITNESS:

*Id.* at 22:17-23:5.

1871.  Mr. Krugler confirmed that content information is the actual file data being stored and also includes metadata about the content, such as a song's title and what album it is on. *Id.* at 33:10-25.

1872.  Mr. Krugler also confirmed that content management information is a broad term that would encompass information related to managing the content, and could include metadata, for example in the context of music metadata for determining whether a song is a purchased song. *Id.* at 34:1–18.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

1878.   In addition to changes to playlists, changes to metadata on one computer device (i.e. Mac OS X computers and iTunes on PC) are also updated on all other computer devices: "                                        " *See, e.g.,* APL630DEF-WH0000146404 at 146405 (p.2).   Further,



*See, e.g.,* APL630DEF-WH0000146611 at 146620 (p.10).

1879.  Apple's documents confirm that

" *See, e.g.,* APL630DEF-WH0000156261 at 156265 (p.4).  For metadata, Apple will "                                                                "
and "                                                        "" *See, e.g.,* APL630DEF-WH0000156261 at 156275-76 (pp. 15-16).  In addition,



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*Id.; see also e.g.,* APL630DEF-WH-SC00025113-40 (metadata for a song on iOS); APL630DEF-WH-SC00024956-25023 (metadata for a song on Mac OS X); and APL630DEF-WH-SC00024794-24797 (metadata from the server is sent to the iTunes client).

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

1881.   This understanding is also confirmed by the deposition of Apple's Corporate Representative, Mr. Wysocki, who having viewed a video of a song being deleted while using iTunes Match, stated that "after the song was removed from iCloud, it was deleted from the iOS devics."   See Wysocki Deposition Tr. at 122:1-16.   Further, when asked whether "the iOS devices updated to delete the song from their lists without any manual dragging or dropping or clicking on a delete button," Mr. Wysocki agreed stating: "Yes.   The songs were deleted automatically in response to the song being deleted from iCloud on the Mac." *Id.* at 122:17-24.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

1898.  Apple describes the process and operation used for iTunes synchronization via

iTunes Match as follows:



iTunes Match is an audio service that can only be activated from a computer running an
appropriate version of iTunes. When

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See* Apple Response to Samsung's Fifth Set of Interrogatories at 9-11.

1899.   This understanding is also confirmed by the deposition of Apple's Corporate Representative, Mr. Wysocki, who having read the abovementioned Apple description of the process and operation used for iTunes synchronization via iTunes Match, stated "I would say that the general process described here about the operation of the iTunes client software is accurate."  See Wysocki Deposition Tr. at 80:13-21.  Mr. Wysocki further stated that "iTunes

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Match is a feature of the iTunes store" and "[i]t allows the user to keep their music collection in the Cloud, in iCloud, let's say, and access it from any other devices." *Id.* at 117:11-18.

1900.   Apple also describes iCloud's storage of content information and content management information as follows:



*See* Apple Inc.'s Further Supplemental Responses to Samsung's First Set of Interrogatories (No. 12) at 69-70.

1901.   Mr. Krugler confirmed that in ████████████████████████████████████

████████████████████████████████████████████

> Q. And so what -- what is your understanding of
> what the central storage is as referred to here?
> MR. KOLOVOS: Object to the form, calls for speculation.
> THE WITNESS: ████████████████████
> ████████████████████████████████
> ████████████████████████████████
> ████████████████████████████████
> ████████████████████ Krugler Depo. Tr.. at 22:17-23:5.

1902.   Mr. Krugler confirmed that content information is the actual file data being stored and also includes metadata about the content, such as a song's title and what album it is on. *Id.* at 33:10-25.

1903.   Mr. Krugler also confirmed that content management information is a broad term that would encompass information related to managing the content. *Id.* at 34:1–18.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

1988.   Apple's internal documents provide greater detail regarding the inner workings of

the Photo Stream system.  For example, ███████████████████████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████████████████████████████████ with data █████████████████████████

███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████

████ *e.g.,* APL630DEF-WH0000104682 at 104720 (Apple presentation regarding

"██████████████").

1989.   Apple's internal documents describe the behavior of Apple's servers involved in operating Photo Stream.   For example, a document titled "Cupid Metadata Protocol Specification," version 0.9.7 describes the steps for "Putting an Asset in the Stream." *See, e.g.,* APL630DEF-WH0003972370 at 3972375.   Accordingly, ████████████████████

███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*Id.*

1990.   Each stream has a name.  A user has the ability to change the name of a photo

stream:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*Id.* at 3972379.

1991.  The ███████████████████████ also describes the steps needed to

receive a photo stream update from the server: ████████████████████████

████████████████████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*Id.* at 3972380.

1992.   Apple's internal documents provide further detail regarding the operation of the



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



See, e.g., APL630DEF-WH0000104682 at 104714.

1993.   Apple's documents also describe Shared Photo Streams in greater detail.   For example, ██████████████████████████████ version 0.9, describes various methods to create, add to, modify and delete Shared Photo Streams.   The methods described include ██████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ and more. See, e.g., APL630DEF-WH0000628732.

1994.   Apple emails also indicate that ██████████████████████████ ████████████████████████████████████████████████████ See, e.g.,   APL630DEF-WH0000104806;   see also   Krugler   Tr.   61:5:-10   and   61:18-24   ██████ ██████████████████████████████████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1995.   Apple documents further confirm that once a user has added or deleted a photo in Photo Stream in iPhoto (for all Mac OS X computers) using an account with the user's Apple ID, the photo will be updated in Photo Stream in iPhoto (for all Mac OS X computers) using the user's Apple ID, whenever the Mac OS X computers are connected to the Internet.  *See, e.g.,* APL630DEF-WH-SC00003611-20, 37760, 29490-95, 29496-99, and 29586-606 (showing the Photo Stream server requires a user's Apple ID); and APL630DEF-WH- SC000037774, 37760, 29490-95, 29496-99, and 29586-606 (showing the Shared Photo Stream server requires a user's Apple ID); APL630DEF-WH-SC00000971-80 (showing Apple ID authentication on client devices).

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2010.   Both the ███████████████████████████ are located in Apple data

centers. ███████████████████████████████



See Apple

Response to Samsung's Fifth Set of Interrogatories at 11-13.

2011.   Apple also describes iCloud's storage of content information and content

management information as follows:

. . .   ████████████████████████████████



See Apple Inc.'s Further Supplemental Responses to Samsung's First Set of

Interrogatories (No. 12) at 69-70.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

2012.  Consistent with this understanding, Apple's Corporate Representative, Mr. Eric

Krugler confirmed that Photo Stream uses the iCloud to synchronize photos to all of a user's

devices.  See Krugler Deposition Tr. at 51:2-15 ("the photo makes its way to all the devices.  Q.

Through the Cloud; right?  A. It's making its way through – through the Cloud, yes.").

2013.  Mr. Krugler also confirmed that in ███████████████████████████████

████████████████████████████████████████

Q. And so what -- what is your understanding of

what the central storage is as referred to here?

MR. KOLOVOS: Object to the form, calls for speculation.

THE WITNESS: ████████████████████████



████████████████████████ *Id.* at 22:17-23:5.

2014.  Mr. Krugler confirmed that Apple stores content information and content

management information associated with Photo Stream in the iCloud's distributed servers.  *Id.* at

32:19-33:9; 46:8-47:13; and 57:1-59:6.

2015.  Mr. Krugler confirmed that content information is the actual file data being stored

and also includes metadata about the content, such as a song's title and what album it is on.  *Id.*

at 33:10-25.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

2016.   Mr. Krugler also confirmed that content management information is a broad term

that would encompass information related to managing the content. *Id.* at 34:1–18.

2017.   According to Mr. Krugler, █████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████ *Id.* at 11:10-12:21.

2018.   ████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

████████████████ *Id.* at 61:5-62:11. ███████████████████████████████

███████████████████████████████████████████████████████████████████

████████████████████ *Id.* at 66:22 – 67:10.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

2161.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's computer devices (including Mac OS X computers, iTunes on PC, and iOS devices).[14] The user's Mac OS X computers and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory.  The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.

2162.   The user's Mac OS X computers, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices. *See, e.g, APLNDC630*-0001897067 at APLNDC630-0001897161 ███████████████████████████████████████ ███████████████████████████████████████████████ ") and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone. ████████████████████████████████████████████ ██████████████████████████████████████████  Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106 ███████████████████

---

[14] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████████████████████████████████████████

███████████████████████████████████████ APLNDC0002597583 at

pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at

pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg.

173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303

at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same); APLNDC0002690182 at pg.

62 ███████████████████████████ APLNDC0001430158 at pg. 26 ██████████

█████████████████████████████████████ APLNDC0001572966 at pg.46

███████████████████████████████████████████████

██████████ APLNDC0002956018 at pg. 38 ██████████████████████

████████ APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same);

APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70 ████████████

APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29 ██████████████

████████████████████████████████████████████████

████████████ APLNDC0001509855 at pg. 14, 48, 86 █████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

APLNDC0001757341 at pg. 112 █████████████████████████

█████████████████████████████████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

██████████████████████████████████ APLNDC0002953960 at pg. 18,

55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

(same);  APLNDC630-000177553  at  pg.  29  █████████████████████████████

██████████████████████████████████████████████████████  APL-ITC796-

0000503007 at pg. 7, 66-68████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████        SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall

usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets;

music and movies more likely to be played/displayed at home than traveling).  Apple's own

patents also explain that "people often use a media player when they are at home or at some

other stationary location.  When stationary, docking stations are available for connecting the

media player, e.g., to a sound system.  In this manner, songs on the media player may be listed

[sic] to as one resides in the same room, but without having to use headphones."  U.S. Patent No.

8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or

iOS devices is to connect them to docking stations or with cables so that they can listen to their

music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2164.  The zones devices have audio, video, or photographic information, relating to at least one user, contained within them and the central storage and interface device which is updated such that a user can be situated in any one of the zones and access the audio, video, or photographic information related to the user.  In particular, the iTunes in the Cloud feature with Automatic Download enabled synchronizes songs purchased from the iTunes Store as they are purchased by a user using his or her Apple ID account from the iTunes Store on the user's Mac OS X computers, iTunes on PC, and iOS devices.   More specifically, once the user has purchased a new song from the iTunes Store from any computer device (including all Mac OS X computers, iTunes on PC, and iOS devices) using an account associated with the user's Apple ID, the purchased song and associated metadata will be updated on the ███████████████ ████████ as well as the ████████████ and ████████████ in Apple's Data Centers as well as all other computer devices (including all Mac OS X computers, iTunes on PC, and iOS devices) using the user's Apple ID.   Therefore, a user can purchase a song on any of their computer devices (including all Mac OS X computers, iTunes on PC, and iOS devices) with the user's Apple ID, and the purchased song and associated metadata will be automatically available.

2165.  In the second configuration including at least a specific ████████████████ ████████ as well as the ████████████ and ████████████ in an Apple Data Center and the user's computer devices, the "central storage and interface device" corresponds to a specific ████████ ████████████████████ as well as the ████████████ and ████████████ in an Apple Data Center, as described above.  The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[15] The

user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they

consist of a computer that can store data on storage devices such as a hard disk or flash memory.

The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because

they interact with the servers in iCloud through the Internet. The user's Mac OS X computers,

iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a

room or similar location. Desktop devices, such as the iMac computer, are generally zone

specific devices because they typically have a fixed location in a room or an office. Laptops,

such as MacBook Pro and MackBook Air are typically used in the home as zone devices. *See,*

*e.g.,* *APLNDC630*-0001897067  at  APLNDC630-0001897161 ████████████████████

████████████████████████████████████████████████████████████████████████████

████████████ and APLNDC630-0001896960 at APLNDC630-0001897058 (same). iPads, iPod

Touches, and iPhones, are often zone specific devices because they are tethered to a fixed

location in a residence (e.g. docking station) or confined to a residence (e.g. home or office

network) for example connected to a Wi-Fi zone. Apple's own user surveys show Mac OS X

computers, iTunes on PC, and iOS devices are most frequently used within a home or other

geographic location. Apple's own user surveys show that most users utilize the '757 Accused

Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538

at pg. 104-106 ██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-

---

[15] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147

(same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-

164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-

43 (same); APLNDC0002690182 at pg. 62 ██████████████████████████

APLNDC0001430158 at pg. 26 ██████████████████████████████████

████ APLNDC0001572966 at pg.46 ████████████████████████████

████████████████████████ APLNDC0002956018 at pg. 38 ████████

████████████████████████ APLNDC0001759006 at pg. 25 (same);

APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same);

APLNDC0001416346 at pg. 61-70 ████████████ APLNDC0001800736 at pg.44-53

(same); APLNDC0001339253 at pg. 29 █████████████████████████████

██████████████████████████████████████████████████████████

█████ APLNDC0001509855 at pg. 14, 48, 86 ███████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████ APLNDC0002426913 at pg.

170 █████████████████████████████████████████████████████████

████████████████████████ APLNDC0001757341 at pg. 112

██████████████████████████████████████████████████████████

█████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 ████████████

███████████████████ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same);

APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same); APLNDC630-000177553 at pg.

29 ██████████████████████████████████████████████████████████

████████████████████ APL-ITC796-0000503007 at pg. 7, 66-68 ██████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████████████████████████████████████████████████████

████████████████████████████████████████████████  SAMNDCA630-

07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling).  Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location.  When stationary, docking stations are available for connecting the media player, e.g., to a sound system.  In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2174.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices)[16].  The user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory. The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because

---

[16] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

they interact with the servers in iCloud through the Internet. The user's Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location. Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office. Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices. *See, e.g,* APLNDC630-0001897067 at APLNDC630-0001897161 ███████████████

██████████████████████████████████████████████████

██████████ and APLNDC630-0001896960 at APLNDC630-0001897058 (same). iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone. Apple's own user surveys show Mac OS X computers, iTunes on PC, and iOS devices are most frequently used within a home or other geographic location. Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106 ██████████████████████████████████████

██████████████████████████████████████████████████

██████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same); APLNDC0002690182 at pg. 62 █████████████████████████████

APLNDC0001430158 at pg. 26 █████████████████████████████████

██████APLNDC0001572966 at pg.46 ████████████████████████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

███████████████████████████████████ APLNDC0002956018 at pg. 38 ██████████

█████████████████████████████████ APLNDC0001759006 at pg. 25 (same);

APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same);

APLNDC0001416346 at pg. 61-70 █████████████ APLNDC0001800736 at pg.44-53

(same); APLNDC0001339253 at pg. 29 █████████████████████████

████████████████████████████████████████████████████

███████ APLNDC0001509855 at pg. 14, 48, 86 ███████████████████

███████████████████████████████████████████████

████████████████████████████████████ APLNDC0002426913 at pg.

170 ██████████████████████████████████████████

██████████████████████████ APLNDC0001757341 at pg. 112

██████████████████████████████████████

██████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 ████████

██████████████████ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same);

APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same);  APLNDC630-000177553 at pg.

29 ██████████████████████████████████████████

█████████████████████████ APL-ITC796-0000503007 at pg. 7, 66-68 ████████████

████████████████████████████████████████████████

██████████████████████████████████ SAMNDCA630-

07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60%

of overall usage"; results applicable to Apple tablets; music and movies more likely to be

played/displayed at home than traveling).  Apple's own patents also explain that "people often

use a media player when they are at home or at some other stationary location.  When stationary,

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

docking stations are available for connecting the media player, e.g., to a sound system. In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones." U.S. Patent No. 8,232,040 to Prest. Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room. Wysocki Dep. At 22:15-25:22.

2175. The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device. In particular, the user's Mac OS X computer, iTunes on PC, and iOS devices can communicate with the ████ ████████████████████████████ and ████████████████ as well as the ████ ██████████ in Apple's Data Centers through the Internet. Further, the user's Mac OS X computer, iTunes on PC, and iOS devices can transmit data for storage on the ████████ ██████████████████████ and ████████████████ as well as the ████████████ ████ in Apple's Data Centers through the Internet. In addition, the user's Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from the ████████████ ████████████████ and ████████████████ as well as the ████████████████ in Apple's Data Centers through the Internet.



INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

2177.   In the first configuration including at least a specific ███████████████

███████████████████████████████ as well as the █████████████ in an Apple

Data Center and the user's computer devices, the "central storage and interface device"

corresponds to a specific ████████████████████████████████████████████

████████ as well as the █████████████ in an Apple Data Center, as described above.  The at

least one "zone specific storage and interface device" (i.e. a storage and interface device that

resides in an area, such as a room or similar location) corresponds to a user's computer devices

(including Mac OS X computer, iTunes on PC, and iOS devices).[17]  The user's Mac OS X

computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer

that can store data on storage devices such as a hard disk or flash memory.  The user's Mac OS

X computer, iTunes on PC, and iOS devices are interface devices because they interact with the

servers in iCloud through the Internet.  The user's Mac OS X computer, iTunes on PC, and iOS

devices are zone specific devices when they reside in an area, such as a room or similar location.

Desktop devices, such as the iMac computer, are generally zone specific devices because they

typically have a fixed location in a room or an office.  Mobile and portable devices, such as

MacBook Pro, MacBook Air, iPad and iPhone, are often zone specific devices because they are

tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g.

home or office network).  Apple's own user surveys show Mac OS X computers, iTunes on PC,

and iOS devices are most frequently used within a home or other geographic location  Laptops,

such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See,*

*e.g,*  *APLNDC630*-0001897067  at  APLNDC630-0001897161  ███████████████████

---

[17] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

███████████████████████████████████████████████████████████████████

████████████ and APLNDC630-0001896960 at APLNDC630-0001897058 (same).   iPads, iPod

Touches, and iPhones, are often zone specific devices because they are tethered to a fixed

location in a residence (e.g. docking station) or confined to a residence (e.g. home or office

network) for example connected to a Wi-Fi zone.   ████████████████████████████████

███████████████████████████████████████████████████████████████████

████████████████   Apple's own user surveys show that most users utilize the '757 Accused

Products in a zone, in accordance with the Court's construction.  *See, e.g.,* APLNDC0002596538

at pg. 104-106 ███████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-

122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147

(same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-

164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-

43 (same);  APLNDC0002690182 at pg. 62 ████████████████████████████████

APLNDC0001430158 at pg. 26 ███████████████████████████

████ APLNDC0001572966 at pg.46 ██████████████████████████████████

██████████████████████████ APLNDC0002956018 at pg. 38 ███████████████

████████████████████████████ APLNDC0001759006 at pg. 25 (same);

APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same);

APLNDC0001416346 at pg. 61-70 ████████████████ APLNDC0001800736 at pg.44-53

(same); APLNDC0001339253 at pg. 29 ████████████████████████████████████

███████████████████████████████████████████████████████████████████

02198.51981/5442465.1

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████ APLNDC0001509855 at pg. 14, 48, 86 ███████████████

████████████████████████████████████████████████

███████████████████████████████████ APLNDC0002426913 at pg.

170 ███████████████████████████████████

██████████████████████████████ APLNDC0001757341 at pg. 112

█████████████████████████████████████████

████████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 █████████

█████████████████ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same);

APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same); APLNDC630-000177553 at pg.

29 ████████████████████████████████████

██████████████████████ APL-ITC796-0000503007 at pg. 7, 66-68 ██████████

████████████████████████████████████████████

█████████████████████████████████ SAMNDCA630-

07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60%

of overall usage"; results applicable to Apple tablets; music and movies more likely to be

played/displayed at home than traveling). Apple's own patents also explain that "people often

use a media player when they are at home or at some other stationary location. When stationary,

docking stations are available for connecting the media player, e.g., to a sound system. In this

manner, songs on the media player may be listed [sic] to as one resides in the same room, but

without having to use headphones." U.S. Patent No. 8,232,040 to Prest. Similarly, Mr. Wysocki

agreed that one use customers make of their iPod or iOS devices is to connect them to docking

stations or with cables so that they can listen to their music as they "reside" in a room. Wysocki

Dep. At 22:15-25:22.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2182. The zone specific storage and interface devices are capable of storing or interfacing with information stored in the central storage and interface device. In particular, the user's remaining Mac OS X computer, iTunes on PC, and iOS devices can communicate with the Mac OS X computer through the Internet. Further, the user's remaining Mac OS X computer, iTunes on PC, and iOS devices can transmit data for storage on the Mac OS X computer through the Internet. In addition, the user's remaining Mac OS X computer, iTunes on PC, and iOS devices can receive data for storage from the Mac OS X computer through the Internet.

2183. The audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface devices and the central storage and interface device is updated such that a user can be situated in any one of the zones and access the audio, video, or photographic information related to the user. In particular, the iTunes Match feature is used to synchronize matched and non-matched songs uploaded by a user using his or her Apple ID account on the Mac OS X computer and the user's remaining Mac OS X computer, iTunes on PC, and iOS devices. More specifically, once the user has deleted a matched or non-matched song from any computer device (including all Mac OS X computer, iTunes on PC, and

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2187.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's iOS devices.[18]  The user's iOS devices are storage devices because they consist of a computer that can store data on storage devices such as flash memory.  The user's iOS devices

---

[18] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

are interface devices because they interact with the Mac OS X computer through the Wi-Fi network. The user's iOS devices are zone specific devices when they reside in an area, such as a room or similar location. iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone. Apple's own user surveys show that iOS devices are frequently used within a home or other geographic location. Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106 ███████████████████████████████████████████

████████████████████████████████████████████████████

████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same); APLNDC0002690182 at pg. 62 ████████████████████████████

APLNDC0001430158 at pg. 26 ██████████████████████████████████

███ APLNDC0001572966 at pg.46 ████████████████████████████████████

█████████████████████████████████ APLNDC0002956018 at pg. 38 ████████████████

████████████████████████████████ APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70 ████████████ APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29 ████████████████████████████████

█████████████████████████████████████████████████████

02198.51981/5442465.1

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████ APLNDC0001509855 at pg. 14, 48, 86 ████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████ APLNDC0002426913 at pg.

170 ████████████████████████████████████████████████

█████████████████████████████ APLNDC0001757341 at pg. 112

████████████████████████████████████████████████████████

████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 ████████

████████████ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same);

APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same);  APLNDC630-000177553 at pg.

29 ██████████████████████████████████████████

█████████████████ APL-ITC796-0000503007 at pg. 7, 66-68 ██████████

████████████████████████████████████████████████████████

████████████████████████████████ SAMNDCA630-

07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60%

of overall usage"; results applicable to Apple tablets; music and movies more likely to be

played/displayed at home than traveling).  Apple's own patents also explain that "people often

use a media player when they are at home or at some other stationary location.  When stationary,

docking stations are available for connecting the media player, e.g., to a sound system.  In this

manner, songs on the media player may be listed [sic] to as one resides in the same room, but

without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki

agreed that one use customers make of their iPod or iOS devices is to connect them to docking

stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki

Dep. At 22:15-25:22.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

specific storage and interface device (i.e. a storage and interface device that resides in an area, such as a room or similar location) capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device (i.e. the storage and interface device that resides in an area, such as a room or similar location) and the central storage and interface device, are updated in relation to the zone specific storage and interface devices (i.e. the storage and interface devices that reside in areas, such as rooms or similar locations) and the central storage and interface device, whereby the at least one user can be situated in any one of the zones (i.e. areas such as rooms or similar locations) and access the audio, video, or photographic information related to the at least one user using the Home Sharing feature.  In particular, the Home Sharing feature with Automatic Transfer enabled is used to synchronize multimedia data including songs and movies purchased by a user using his or her Apple ID account from the iTunes Store on multiple of the user's computer devices (including Mac OS X computers) that are authorized and activated for Home Sharing with the user's Apple ID account.   For simplicity's sake, I will discuss Mac OS X computers, but the analysis is the same for iTunes on PC.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2193.  The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

user's remaining Mac OS X computers. The user's remaining Mac OS X computers are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory. The user's remaining Mac OS X computers are interface devices because they interact with the Mac OS X computer through the Wi-Fi network. The user's remaining Mac OS X computers are zone specific devices when they reside in an area, such as a room or similar location. Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office. Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices. *See, e.g,* *APLNDC630*-0001897067 at APLNDC630-0001897161 █████████████████████

████████████████████████████████████████████████████

and APLNDC630-0001896960 at APLNDC630-0001897058 (same). iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone. ████████████████████████

████████████████████████████████████████████████████

████████ Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106████████████████████████████████████████

████████████████████████████████████████████████████

████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

43 (same);  APLNDC0002690182 at pg. 62 ████████████████████████████████

APLNDC0001430158 at pg. 26 ████████████████████████████████████████

████ APLNDC0001572966 at pg.46 ████████████████████████████████

████████████████████████████ APLNDC0002956018 at pg. 38 ████████████████

████████████████████████ APLNDC0001759006  at  pg.  25  (same);

APLNDC0001416346  at  pg.  61  (same);  APLNDC0001800736  at  pg.  44  (same);

APLNDC0001416346  at  pg.  61-70 ████████████ APLNDC0001800736  at  pg.44-53

(same);  APLNDC0001339253 at pg. 29 ████████████████████████████████

████████████████████████████████████████████████████████████████

████████ APLNDC0001509855 at pg. 14, 48, 86 ████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████ APLNDC0002426913 at pg.

170 ████████████████████████████████████████████████████████

████████████████████████████ APLNDC0001757341 at pg. 112

████████████████████████████████████████████████████████████████

████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 ████████████████

████████████████ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same);

APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same);  APLNDC630-000177553 at pg.

29 ████████████████████████████████████████████████████████████████

████████████████████ APL-ITC796-0000503007 at pg. 7, 66-68 ████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████ SAMNDCA630-

07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60%

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling).  Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location.  When stationary, docking stations are available for connecting the media player, e.g., to a sound system.  In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2199.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[19]  The user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory. The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.  The user's Mac OS X computer,

---

[19] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g, APLNDC630*-0001897067  at  APLNDC630-0001897161 █████████████████████

████████████████████████████████████████████████████████████████

██████████ and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone. ██████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████ Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106 ████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg.  137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg. 62 ██████████████████████████████████

APLNDC0001430158 at pg. 26 █████████████████████████████████████████████████

██████ APLNDC0001572966 at pg.46 ████████████████████████████████████████████

████████████████████████████████████ APLNDC0002956018 at pg. 38 ██████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████████████████████ APLNDC0001759006 at pg. 25 (same);

APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same);

APLNDC0001416346 at pg. 61-70 ████████████ APLNDC0001800736 at pg.44-53

(same); APLNDC0001339253 at pg. 29 ██████████████████████████████

███████████████████████████████████████████████████████████

████████APLNDC0001509855 at pg. 14, 48, 86 ███████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████ APLNDC0002426913 at pg.

170 ████████████████████████████████████████████

██████████████████████████████████ APLNDC0001757341 at pg. 112

██████████████████████████████████████████████

████████APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 ████████████

██████████████████ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same);

APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same); APLNDC630-000177553 at pg.

29 ████████████████████████████████████████████████

███████████████████████████ APL-ITC796-0000503007 at pg. 7, 66-68 ████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████ SAMNDCA630-

07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60%

of overall usage"; results applicable to Apple tablets; music and movies more likely to be

played/displayed at home than traveling).  Apple's own patents also explain that "people often

use a media player when they are at home or at some other stationary location.  When stationary,

docking stations are available for connecting the media player, e.g., to a sound system.  In this

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

manner, songs on the media player may be listed [sic] to as one resides in the same room, but

without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki

agreed that one use customers make of their iPod or iOS devices is to connect them to docking

stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki

Dep. At 22:15-25:22.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2203.  The at least one "zone specific storage and interface device" (i.e. a storage and

interface device that resides in an area, such as a room or similar location) corresponds to a

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[20]  The

user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they

consist of a computer that can store data on storage devices such as a hard disk or flash memory.

The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because

they interact with the servers in iCloud through the Internet.  The user's Mac OS X computer,

iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a

room or similar location.  Desktop devices, such as the iMac computer, are generally zone

specific devices because they typically have a fixed location in a room or an office.  Laptops,

such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See,*

*e.g.*, *APLNDC630*-0001897067  at  APLNDC630-0001897161  ████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████  and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod

Touches, and iPhones, are often zone specific devices because they are tethered to a fixed

location in a residence (e.g. docking station) or confined to a residence (e.g. home or office

network) for example connected to a Wi-Fi zone.  ████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████  Apple's own user surveys show that most users utilize the '757 Accused

Products in a zone, in accordance with the Court's construction.  *See, e.g.,* APLNDC0002596538

at pg. 104-106 ████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████  APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-

---

[20] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147

(same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-

164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-

43 (same); APLNDC0002690182 at pg. 62 ███████████████████████████████

APLNDC0001430158 at pg. 26 ███████████████████████████████████████████

██████ APLNDC0001572966 at pg.46 ███████████████████████████████████████

███████████████████████████████████ APLNDC0002956018 at pg. 38 █████████████

███████████████████████████████████ APLNDC0001759006 at pg. 25 (same);

APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same);

APLNDC0001416346 at pg. 61-70 ████████████████ APLNDC0001800736 at pg.44-53

(same); APLNDC0001339253 at pg. 29 ██████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████ APLNDC0001509855 at pg. 14, 48, 86 ████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████ APLNDC0002426913 at pg.

170 ████████████████████████████████████████████████████████████████████

████████████████████████████████████████████ APLNDC0001757341 at pg. 112

████████████████████████████████████████████████████████████████████████

████████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 ████████████████████

███████████████████████ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same);

APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same); APLNDC630-000177553 at pg.

29 ████████████████████████████████████████████████████████████████████████

████████████████████████████ APL-ITC796-0000503007 at pg. 7, 66-68 ██████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

███████████████████████████████████████████████████████

██████████████████████████████████████████████ SAMNDCA630-

07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] ... represents about 60%

of overall usage"; results applicable to Apple tablets; music and movies more likely to be

played/displayed at home than traveling).  Apple's own patents also explain that "people often

use a media player when they are at home or at some other stationary location.  When stationary,

docking stations are available for connecting the media player, e.g., to a sound system.  In this

manner, songs on the media player may be listed [sic] to as one resides in the same room, but

without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki

agreed that one use customers make of their iPod or iOS devices is to connect them to docking

stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki

Dep. At 22:15-25:22.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2207.   The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's remaining computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[21]   The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory.  The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.  The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.   Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g, APLNDC630*-0001897067 at APLNDC630-0001897161 ██████████████████████████████████████ ██████████████████████████████████████████████████████ and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone. ████████████████████████████████████████████████████████

---

[21] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████████████████████████████████████████ Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106 ███████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg. 62 ███████████████████████████████ APLNDC0001430158 at pg. 26 █████████

██████████████████████████████████████ APLNDC0001572966 at pg.46

███████████████████████████████████████████████████████

████████████ APLNDC0002956018 at pg. 38 ██████████████████████████████

██████████ APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70 ████████████

APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29 ███████████

████████████████████████████████████████████████████████████████

████████████ APLNDC0001509855 at pg. 14, 48, 86 ██████████████████████

████████████████████████████████████████████████████████████████

APLNDC0002426913 at pg. 170 ████████████████████████████████████████

████████████████████████████████████████████████████████████████

APLNDC0001757341 at pg. 112 ███████████████████████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

██████████████████████████████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

██████████████████████████████████ APLNDC0002953960 at pg. 18,

55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144

(same); APLNDC630-000177553 at pg. 29 ████████████████████

█████████████████████████████████████████ APL-ITC796-

0000503007 at pg. 7, 66-68 ████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████ SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall

usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets;

music and movies more likely to be played/displayed at home than traveling). Apple's own

patents also explain that "people often use a media player when they are at home or at some

other stationary location. When stationary, docking stations are available for connecting the

media player, e.g., to a sound system. In this manner, songs on the media player may be listed

[sic] to as one resides in the same room, but without having to use headphones." U.S. Patent No.

8,232,040 to Prest. Similarly, Mr. Wysocki agreed that one use customers make of their iPod or

iOS devices is to connect them to docking stations or with cables so that they can listen to their

music as they "reside" in a room. Wysocki Dep. At 22:15-25:22.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2212.   In the first configuration including at least the ███████████ and ███████

███████████ as well as the ████████████████ in Apple's Data Centers and the user's

computer devices, the at least one "central storage and interface device" corresponds to the

████████████ and ████████████ as well as the ████████████████ in

Apple's Data Centers, as described above.  The at least one "zone specific storage and interface

device" (i.e. a storage and interface device that resides in an *area, such* as a room or similar

location) corresponds to a user's computer devices (including Mac OS X computer, iTunes on

PC, and iOS devices).[22]  The user's Mac OS X computer, iTunes on PC, and iOS devices are

storage devices because they consist of a computer that can store data on storage devices such as

a hard disk or flash memory.  The user's Mac OS X computer, iTunes on PC, and iOS devices

are interface devices because they interact with the servers in iCloud through the Internet.  The

user's Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they

reside in an area, such as a room or similar location.  Desktop devices, such as the iMac

computer, are generally zone specific devices because they typically have a fixed location in a

room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the

home as zone devices.  *See, e.g, APLNDC630*-0001897067 at APLNDC630-0001897161

███████████████████████████████████████████████



---

[22] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

███████████████████████████████████ and APLNDC630-0001896960 at APLNDC630-0001897058 (same). iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone. ███████████

████████████████████████████████████████████████████████████████

█████████████████████████████████████████ Apple's own user surveys show that most users utilize the '757 Accused Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106 ████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same); APLNDC0002690182 at pg. 62 ███████████████████████████████████ APLNDC0001430158 at pg. 26 ██████████ ████████████████████████████████████ APLNDC0001572966 at pg.46 ████████████████████████████████████████████████████████████ ████████████ APLNDC0002956018 at pg. 38 ████████████████████████████ ████████ APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same); APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70 ███████████ APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29 ███████████

████████████████████████████████████████████████████████████████

████████████ APLNDC0001509855 at pg. 14, 48, 86 ██████████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

APLNDC0002426913 at pg. 170

APLNDC0001757341 at pg. 112

APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same); APLNDC630-000177553 at pg. 29

APL-ITC796-0000503007 at pg. 7, 66-68

SAMNDCA630-07399402 at pg. 3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets; music and movies more likely to be played/displayed at home than traveling). Apple's own patents also explain that "people often use a media player when they are at home or at some other stationary location. When stationary, docking stations are available for connecting the media player, e.g., to a sound system. In this manner, songs on the media player may be listed [sic] to as one resides in the same room, but without having to use headphones." U.S. Patent No. 8,232,040 to Prest. Similarly, Mr. Wysocki agreed that one use customers make of their iPod or iOS devices is to connect them to docking stations or with cables so that they can listen to their music as they "reside" in a room. Wysocki Dep. At 22:15-25:22.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2216.  The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[23]  The user's Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory. The user's Mac OS X computer, iTunes on PC, and iOS devices are interface devices because they interact with the servers in iCloud through the Internet.  The user's Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location.  Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office.  Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices.  *See, e.g,  APLNDC630*-0001897067  at  APLNDC630-0001897161 █████████████

███████████████████████████████████████████████████████████

████████ and APLNDC630-0001896960 at APLNDC630-0001897058 (same).  iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone.  ██████████████████████████

███████████████████████████████████████████████████████████

████████████████████  Apple's own user surveys show that most users utilize the '757 Accused

---

[23] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Products in a zone, in accordance with the Court's construction. *See, e.g.,* APLNDC0002596538 at pg. 104-106 █████████████████████████████████████████

███████████████████████████████████████████████████

█████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same);  APLNDC0002690182 at pg. 62 ████████████████████████

APLNDC0001430158 at pg. 26 ██████████████████████████████

████ APLNDC0001572966 at pg.46 ██████████████████████████████

█████████████████████████████ APLNDC0002956018 at pg. 38 ██████████

███████████████████████████████ APLNDC0001759006  at  pg.  25  (same);

APLNDC0001416346  at   pg.   61  (same);   APLNDC0001800736  at   pg.   44  (same);

APLNDC0001416346  at  pg.  61-70 ██████████████ APLNDC0001800736  at  pg.44-53

(same); APLNDC0001339253 at pg. 29 ██████████████████████████████

██████████████████████████████████████████████████

████ APLNDC0001509855 at pg. 14, 48, 86 ██████████████████████████

████████████████████████████████████████████████

███████████████████████████████████ APLNDC0002426913 at pg.

170 ██████████████████████████████████████████████

██████████████████████████████ APLNDC0001757341 at pg. 112

██████████████████████████████████████████████████

████ APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132 ████████████████████

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

███████████████████ APLNDC0002953960 at pg. 18, 55, 74, 99, 116, 137 (same);

APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144 (same);  APLNDC630-000177553 at pg.

29 █████████████████████████████████████████████████████████████

████████████████████████ APL-ITC796-0000503007 at pg. 7, 66-68 ██████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████ SAMNDCA630-

07399402 at pg.3, 12, 14-15 ("the proportion of overall usage [at home] … represents about 60%

of overall usage"; results applicable to Apple tablets; music and movies more likely to be

played/displayed at home than traveling).  Apple's own patents also explain that "people often

use a media player when they are at home or at some other stationary location.  When stationary,

docking stations are available for connecting the media player, e.g., to a sound system.  In this

manner, songs on the media player may be listed [sic] to as one resides in the same room, but

without having to use headphones."  U.S. Patent No. 8,232,040 to Prest.  Similarly, Mr. Wysocki

agreed that one use customers make of their iPod or iOS devices is to connect them to docking

stations or with cables so that they can listen to their music as they "reside" in a room.  Wysocki

Dep. At 22:15-25:22.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION
INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

2220.  The at least one "zone specific storage and interface device" (i.e. a storage and interface device that resides in an area, such as a room or similar location) corresponds to a user's remaining computer devices (including Mac OS X computer, iTunes on PC, and iOS devices).[24]  The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are storage devices because they consist of a computer that can store data on storage devices such as a hard disk or flash memory.  The user's remaining Mac OS X computer, iTunes on PC, and iOS

---

[24] The central storage device limitation is discussed above.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

devices are interface devices because they interact with the servers in iCloud through the Internet. The user's remaining Mac OS X computer, iTunes on PC, and iOS devices are zone specific devices when they reside in an area, such as a room or similar location. Desktop devices, such as the iMac computer, are generally zone specific devices because they typically have a fixed location in a room or an office. Laptops, such as MacBook Pro and MackBook Air are typically used in the home as zone devices. *See, e.g., APLNDC630*-0001897067 at APLNDC630-0001897161 ███████████████████████████████ ██████████████████████████████████████████████████████and APLNDC630-0001896960 at APLNDC630-0001897058 (same). iPads, iPod Touches, and iPhones, are often zone specific devices because they are tethered to a fixed location in a residence (e.g. docking station) or confined to a residence (e.g. home or office network) for example connected to a Wi-Fi zone. ██████████████████████████████

██████████████████████████████████████████████████████

████████ *See, e.g.,* APLNDC0002596538 at pg. 104-106 ████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████ APLNDC0002597583 at pg. 97-99 (same); APLNDC0002363727 at pg. 120-122 (same); APLNDC0002621336 at pg. 137139 (same); APLNDC0002117730 at pg. 145-147 (same); APLNDC0002598132 aat pg. 173-175 (same); APLNDC630-0000177773 at pg. 162-164 (same); APLNDC630-0000177303 at pg. 169-171 (same); APLNDC0001345109 at pg. 41-43 (same); APLNDC0002690182 at pg. 62 ██████████████████████████████████ APLNDC0001430158 at pg. 26 ████████ ██████████████████████████████████ APLNDC0001572966 at pg.46

02198.51981/5442465.1

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

APLNDC0002956018 at pg. 38

APLNDC0001759006 at pg. 25 (same); APLNDC0001416346 at pg. 61 (same);

APLNDC0001800736 at pg. 44 (same); APLNDC0001416346 at pg. 61-70

APLNDC0001800736 at pg.44-53 (same); APLNDC0001339253 at pg. 29

APLNDC0001509855 at pg. 14, 48, 86

APLNDC0002426913 at pg. 170

APLNDC0001757341 at pg. 112

APLNDC0002953811 at pg. 22, 44, 66, 88, 110, 132

(percentage of users who use iPhone to access Wi-Fi at home); APLNDC0002953960 at pg. 18,

55, 74, 99, 116, 137 (same); APLNDC0002954288 at pg. 16, 51, 64, 90, 106, 144

(same); APLNDC630-000177553 at pg. 29

APL-ITC796-

0000503007 at pg. 7, 66-68

SAMNDCA630-07399402 at pg.3, 12, 14-15 ("the proportion of overall

usage [at home] … represents about 60% of overall usage"; results applicable to Apple tablets;

music and movies more likely to be played/displayed at home than traveling).  Apple's own

patents also explain that "people often use a media player when they are at home or at some

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY-SOURCE CODE
INFORMATION
CONTAINS INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

other stationary location.  When stationary, docking stations are available for connecting the

media player, e.g., to a sound system.  In this manner, songs on the media player may be listed

[sic] to as one resides in the same room, but without having to use headphones."  U.S. Patent No.

8,232,040 to Prest.  Similarly, Mr. Wysocki agreed that one use customers make of their iPod or

iOS devices is to connect them to docking stations or with cables so that they can listen to their

music as they "reside" in a room.  Wysocki Dep. At 22:15-25:22.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD