# EXHIBIT 1

Exhibit B-3

# Invalidity Chart for U.S. Patent No. 7,551,596

Claims 1, 4, 6, 13, 16, and 18 are anticipated by cdma2000 1XRTT, as described in 3GPP2 C.S0003-D, Version 1.0, dated February 13, 2004 ("cdma2000 1XRTT").

In the alternative, claims 1, 4, 6, 13, 16, and 18 would have been obvious over cdma2000 1XRTT:

- C30-20030306-063, entitled "QC Reverse Link Proposal" and dated May 2003;
- US 2003/0147371 (Exhibit B-4);
- R2-042739 (Exhibit B-5);
- R2-042382 (Samsung) (Exhibit B-6);
- R2-042462 (LG) (Exhibit B-7);
- "QC MAC header schemes v2" (Qualcomm), "Ericsson – MAC header scheme pA1" (Ericsson), R2-042402 (Samsung, Ericsson, Qualcomm) (Exhibit B-10);
- R2-041313 (Ericsson), R2-041927 (Ericsson), R2-042244 (Ericsson) (Exhibit B-11).

| U.S. Patent No. 7,551,596 | cdma2000 1XRTT |
| --- | --- |
| 1. A method for transmitting control information for an uplink packet data service in a mobile communication system, the method comprising the steps of: | cdma2000 1XRTT, as described in 3GPP2 C.S0003-D, Version 1.0, dated February 13, 2004 ("cdma2000 1XRTT"), standing alone, and/or in combination with general knowledge, discloses a method for transmitting signaling in the uplink of a mobile communication system. |
| [a] forming a first protocol data unit (PDU) including uplink packet data; | cdma2000 1XRTT discloses forming a first protocol data unit including uplink packet data. *See, e.g.*, § 2.2.1.1.1. |

1

Exhibit B-3

| U.S. Patent No. 7,551,596 | cdma2000 1XRTT |
|---|---|
|  | For example, "The multiplex sublayer transmitting function combines information from various sources |

ActiveUS 99331069v.1

Exhibit B-3

| U.S. Patent No. 7,551,596 | cdma2000 1XRTT |
|---|---|
| | (e.g., Upper Layer Signaling, Data Service instances . . . ." A "data block" such as one denoted "dsch" reflects a control service data unit. |
| [c] forming at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink packet data included in the first PDU; | cdma2000 1XRTT discloses "forming at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink packet data included in the first PDU." *See, e.g.*, § 2.2.1.1.1. |

5