# EXHIBIT 2

CONTAINS INFORMATION DESIGNATED AS APPLE AND THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

**CORRECTED EXPERT REPORT OF JAMES A. STORER, PH.D.**
**REGARDING NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF**
**U.S. PATENT NOS. 5,579,239 AND 6,226,449**

**VOLUME I**

1  INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

### G. The Accused Products Do Not Infringe the Asserted Claims of the '239 Patent

528.  For the reasons discussed below, none of the accused products infringes the asserted claims of the '239 patent.[29]

---

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD