# EXHIBIT 3

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **APPLE INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES TO APPLE (NO. 16)** <br><br> **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

1  Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33,
2  Apple Inc. ("Apple") hereby provides further supplemental responses to Interrogatory No. 16
3  served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
4  Telecommunications America LLC (collectively, "Samsung") on September 25, 2012. These
5  responses are based on information reasonably available to Apple at the present time. Apple
6  reserves the right to continue discovery and investigation into this matter and reserves the right
7  to amend and supplement these responses when and if additional information becomes available.
8  Apple's objections as set forth herein are made without prejudice to Apple's right to assert any
9  additional or supplemental objections pursuant to Rule 26(e).

## GENERAL OBJECTIONS

The General Objections set forth in Apple Inc.'s Objections and Responses to Samsung's First Set of Interrogatories, served on November 8, 2012, are incorporated herein by reference.

## OBJECTIONS AND RESPONSES TO INTERROGATORIES

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung's First Set of Interrogatories as follows:

**INTERROGATORY NO. 16:**

Describe in detail the factual and legal basis (including the identity of all documents and persons) upon which you will rely to establish, or that contradict, each of YOUR affirmative defenses.

**RESPONSE TO INTERROGATORY NO. 16:**

Apple objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not reasonably calculated to lead to this discovery of admissible evidence. Apple also objects to this Interrogatory, to the extent it requests a complete articulation of the factual and legal basis for, and the identification of all documents and persons on which Apple will rely to establish, all its affirmative defenses in this case, on the grounds that it: (a) conflicts with the schedule entered by the Court, (b) conflicts with the obligations imposed

- 1 -

APPLE'S SUPPLEMENTAL OBJECTIONS AND RESPONSES
TO SAMSUNG'S FIRST SET OF INTERROGATORIES (NO. 16)
Case No. 12-cv-00630-LHK (PSG)

1  by the Federal Rules of Civil Procedure, the Civil Local Rules and/or the Patent Local Rules
2  of this Court; (c) seeks information that is the subject of expert testimony; (d) seeks
3  information and/or responses that are dependent on the Court's construction of the asserted
4  claims of the patents-in-suit; or (e) seeks information and/or responses that are dependent on
5  depositions and documents that have not been taken or produced. Apple further objects to
6  this Interrogatory to the extent it requires information outside Apple's possession, custody
7  and control, including, for example, information concerning components that Apple has
8  purchased from third parties.

9      Subject to and without waiving the foregoing General and Specific Objections, Apple
10 responds as follows: Apple filed its Amended Answer, Defenses, and Counterclaims in Reply
11 to Samsung's Counterclaims on August 31, 2012 ("Apple's Answer and Counterclaims").
12 Apple's Answer and Counterclaims describes, based upon information then known to Apple,
13 the factual and legal basis for Apple's affirmative defenses.

*First Defense: Non-Infringement*: To the extent this Interrogatory seeks the identification of the basis for Apple's affirmative defenses of non-infringement, Apple incorporates by reference its response to Interrogatory No. 12.

*Second Defense: Invalidity*: To the extent this Interrogatory seeks the identification of the basis for Apple's affirmative defenses that the Samsung Patents-in-Suit are invalid, Apple incorporates by reference its Invalidity Contentions (and all exhibits thereto) served on August 10, 2012 pursuant to the Patent Local Rules. Further responding, Apple states that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce non-privileged documents responsive to this Interrogatory, including the documents identified below, and that the burden of ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung:

- APL630DEF-WH0000000001 - APL630DEF-WH0000018005;
- APL630DEF-WH0000027151 - APL630DEF-WH0000027881;
- APL630DEF-WH0000097089 - APL630DEF-WH0000097101;