1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
12 michaelfazio@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 | APPLE INC., a California Corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF FILING OF CORRECTED HIGHLIGHTED VERSIONS OF PAPERS TO BE SEALED IN CONNECTION WITH SAMSUNG'S MOTION FOR RECONSIDERATION OF JANUARY 9, 2014 ORDER DENYING MOTIONS TO SEAL [RELATES TO DKT. NOS. 1169-1174]** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, et al., | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., | |
| Counterclaim-Defendant. | |

02198.51981/5734654.1

Case No. 12-cv-00630-LHK (PSG)
NOTICE OF FILING OF CORRECTED VERSIONS

1 **TO THE CLERK AND HONORABLE JUDGE OF SAID COURT, AND TO ALL**

2 **PARTIES AND THEIR ATTORNEYS OF RECORD:**

3  **PLEASE TAKE NOTICE THAT** Defendants and Counterclaim-Plaintiffs Samsung

4 Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications

5 America, LLC (collectively, "Samsung") hereby file the following corrected highlighted versions

6 of documents that were submitted on January 24, 2013 for sealing in connection with Samsung's

7 Motion for Reconsideration of January 9, 2014 Order Denying Motions to Seal (*see* Dkt. Nos.

8 1169-1174):

- Exhibit 6 to the Briggs Declaration (Dkt. No. 1170);
- Exhibit 8 to the Briggs Declaration (Dkt. Nos. 1170-3 and 1170-4);
- Samsung's Opposition to Apple's Motion to Strike (Dkt. No. 1173);
- Exhibit 9 to the Drezdon Declaration (Dkt. No. 1173-5);
- Exhibit 13 to the Drezdon Declaration (Dkt. No. 1173-6);
- Samsung's Reply in Support of its Motion to Strike (Dkt. No. 1174).

DATED: January 30, 2014                    QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP


                                           By */s/ Michael L. Fazio*
                                              Victoria F. Maroulis
                                              Attorneys for Defendants
                                              SAMSUNG ELECTRONICS CO., LTD.,
                                              SAMSUNG ELECTRONICS AMERICA, INC.,
                                              and SAMSUNG TELECOMMUNICATIONS
                                              AMERICA, LLC