UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | ) Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ) ORDER REGARDING CASE |
| v. | ) NARROWING STATEMENTS |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) |
| Defendants and Counterclaimants. | ) |

Pursuant to the Court's case management order, as amended (Dkt. Nos. 713, 1135), the parties will be limiting their asserted claims to 5 per side and their accused products to 10 per side by February 4, 2014, and the parties will be reducing their invalidity references/systems/combinations to 15 per side by February 10, 2014.

In light of these upcoming deadlines and the parties' pending motions, the Court hereby ORDERS the parties to file the following joint statements in conjunction with their case narrowing decisions:

1    (1) by February 5, 2014, a joint statement telling the Court whether the parties'
2         February 4, 2014 case narrowing decisions moot any aspect of any pending motion,
3         and
4    (2) by February 11, 2014, a joint statement telling the Court whether the parties'
5         February 10, 2014 case narrowing decisions moot any aspect of any pending
6         motion.

In particular, the Court requests that the parties inform the Court whether their case narrowing decisions moot any of the issues presented in the parties' *Daubert* motions (Dkt. Nos. 802-3, 831-2), Samsung's Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions (Dkt. No. 1138-4), or any other motion pending before the Court.

**IT IS SO ORDERED.**

Dated: January 30, 2014

_____
LUCY H. KOH
United States District Judge