JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal the following:

1. Portions of the confidential, unredacted version of Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions ("Apple's Opposition"); and

2. Portions of Exhibits 3, 5, and 9 to the Declaration of Peter J. Kolovos in support of Apple's Opposition ("Kolovos Declaration").

As set forth in the Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal filed herewith ("Kolovos Sealing Declaration"), Exhibits 3 and 9 to the Kolovos Declaration contain or discuss confidential Apple information. Portions of Apple's Opposition and Exhibits 3, 5, and 9 to the Kolovos Declaration also contain information that Samsung and/or third parties may consider confidential. Apple expects that these parties will file a supporting declaration in accordance with Civil L.R. 79-5 as necessary.

Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion. Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions as a procedural mechanism for filing portions of Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions and supporting documents under seal. Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information. Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a final consolidated and conformed copy of the motion and exhibits thereto identifying what information Apple, Samsung, and any third parties have supported sealing in their declarations.

Further, pursuant to Magistrate Judge Grewal's January 29, 2014 Order Granting Motion for Sanctions (Case No. 11-cv-01846, Dkt. 2935), the confidential, unredacted version of the aforementioned documents will be served on counsel for Samsung so that Samsung's counsel

1  may indicate what Samsung information Samsung believes should be redacted from the public
2  version of Apple's filing.  After receiving Samsung's proposed redactions, Apple will file a
3  public, proposed redacted version of these documents.

Dated:  January 30, 2014

WILMER CUTLER PICKERING
   HALE AND DORR LLP

*/s/* Mark D. Selwyn                                _
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 30, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

>   */s/* Mark D. Selwyn
>   Mark D. Selwyn