JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. For avoidance of doubt, Apple does not maintain a claim of confidentiality with respect to Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions ("Apple's Opposition"). However, Samsung and/or third parties Intel, Qualcomm, AT&T, and T-Mobile may maintain a claim of confidentiality with respect to information in Apple's Opposition. Apple also does not maintain a claim of confidentiality with respect to Exhibit 5 to my declaration in support of Apple's Opposition. However, Samsung and/or third parties Intel, Qualcomm, NSN, and T-Mobile may maintain a claim of confidentiality with respect to information in Exhibit 5. In both Apple's Opposition and Exhibit 5 information that third parties may consider confidential has been denoted in blue.

3. Apple supports sealing Exhibits 3 and 9 to my declaration in support of Apple's Opposition. The portions of Exhibits 3 and 9 denoted in yellow contain source code-related information and/or detailed technical information regarding the accused Apple products. The Court has previously granted Apple's request to seal similar information. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal schematics related to the Apple iBook and iSight and Apple source code).

4. Pursuant to Magistrate Judge Grewal's January 29, 2014 Order Granting Motion for Sanctions (Case No. 11-cv-01846, Dkt. 2935), the confidential, unredacted version of the aforementioned documents will be served on counsel for Samsung so that Samsung's counsel may indicate what Samsung information Samsung believes should be redacted from the public

1  version of Apple's filing.  After receiving Samsung's proposed redactions, Apple will file a
2  public, proposed redacted version of these documents.
3       5.     The relief requested by Apple is necessary and narrowly tailored to protect
4  confidential Apple information.
5       I declare under the penalty of perjury under the laws of the United States of America that
6  the forgoing is true and correct to the best of my knowledge and that this Declaration was
7  executed this 30th day of January, 2014, in Boston, Massachusetts.

Dated:  January 30, 2014        */s/ Peter J. Kolovos*
                                                  Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 30, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:  January 30, 2014                     */s/ Mark D. Selwyn*
Mark D. Selwyn