1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal:

1. Portions of the confidential, unredacted version of Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions ("Apple's Opposition"); and

2. Portions of Exhibits 3, 5, and 9 to the Declaration of Peter J. Kolovos in support of Apple's Opposition ("Kolovos Declaration").

In support of its motion, Apple has filed the Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal ("Kolovos Sealing Declaration"). For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the aforementioned documents as indicated below:

| **Document** | **Portion to be Sealed** |
| --- | --- |
| Apple's Opposition | Entire document until Apple files a public, redacted version.  Thereafter, only such portions as have been redacted in the public version filed by Apple. |
| Exhibit 3 to the Kolovos Declaration | Entire document until Apple files a public, redacted version.  Thereafter, only such portions as have been redacted in the public version filed by Apple. |
| Exhibit 5 to the Kolovos Declaration | Entire document until Apple files a public, redacted version.  Thereafter, only such portions as have been redacted in the public version filed by Apple. |
| Exhibit 9 to the Kolovos Declaration | Entire document until Apple files a public, redacted version.  Thereafter, only such portions as have been redacted in the public version filed by Apple. |

**IT IS SO ORDERED.**

Dated: _____   By: _____
Hon. Lucy H. Koh
United States District Judge