JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-752

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. On July 18, 2013, the parties held a lead counsel meet and confer regarding Apple's response to Interrogatory No. 46, as well as numerous other discovery issues that remained open at the close of fact discovery. Attached as **Exhibit 1** is a true and correct copy of a letter dated July 19, 2013 from Amar Thakur to Peter Kolovos and Rod Stone that summarizes certain issues discussed during the lead counsel meet and confer.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the June 27, 2013 deposition of Justin Titi.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the Expert Report of Kenneth A Parulski Regarding Infringement of U.S. Patent No. 6,226,449.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the transcripts of the September 26, 2013 and September 27, 2013 deposition of James A. Storer, Ph.D.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of the transcripts of the September 19, 2013 and September 20, 2013 deposition of Thomas E. Fuja, Ph.D.

7. Attached as **Exhibit 6** is a true and correct copy of an email dated October 26, 2012 from Brian Buroker (counsel for Apple) to Todd Briggs (counsel for Samsung).

8. Attached as **Exhibit 7** is a true and correct copy of excerpts of the Corrected Expert Report of James S. Storer, Ph.D. Regarding Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts of the Expert Report of James S. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of Apple's Further Supplemental Objections and Responses to Samsung's First Set of Interrogatories to Apple (No. 12) dated July 15, 2013.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 30th day of January, 2014, in Boston, Massachusetts.

Dated:  January 30, 2014                     */s/ Peter J. Kolovos*
                                              Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 30, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:  January 30, 2014

*/s/ Mark D. Selwyn*
Mark D. Selwyn