# EXHIBIT 2

Highly Confidential - Outside Attorneys Eyes' Only

Page 1

```
         IN THE UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

                  SAN JOSE DIVISION


 APPLE INC., a California

 corporation,

          Plaintiff,

 vs.                                NO. 12-CV-00630-LHK

 SAMSUNG ELECTRONICS CO., LTD.,

 a Korean corporation; SAMSUNG

 ELECTRONICS AMERICA, INC., a

 New York corporation; SAMSUNG

 TELECOMMUNICATIONS AMERICA,

 LLC, a Delaware limited

 liability company,

          Defendants.
                                  /
              HIGHLY CONFIDENTIAL

          OUTSIDE ATTORNEYS' EYES ONLY

         30(b)(6) DEPOSITION OF APPLE INC.

              DESIGNEE:  JUSTIN TITI

              PALO ALTO, CALIFORNIA

              THURSDAY, JUNE 27, 2013

REPORTED BY: JANIS JENNINGS, CSR No. 3942, CLR, CCRR

JOB NO: 62893
```

Highly Confidential - Outside Attorneys Eyes' Only

Page 2

```
                IN THE UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION


    APPLE INC., a California

    corporation,

              Plaintiff,

    vs.                                  NO. 12-CV-00630-LHK

    SAMSUNG ELECTRONICS CO., LTD.,

    a Korean corporation; SAMSUNG

    ELECTRONICS AMERICA, INC., a

    New York corporation; SAMSUNG

    TELECOMMUNICATIONS AMERICA,

    LLC, a Delaware limited

    liability company,

              Defendants.
                                         /


            VIDEOTAPED DEPOSITION OF JUSTIN TITO,
    taken on behalf of the Defendants, at 950 Page Mill
    Road, Palo Alto, California, beginning at 9:26 a.m.
    on Thursday, June 27, 2013, before Janis Jennings,
    Certified Shorthand Reporter No. 3942, CLR, CCRR.
```

Page 18

1   MR. MAIER: Objection. Form.
2   THE WITNESS: Yes, it's involved.
3   BY MR. RODRIGUEZ:
4   Q. Okay. How is it involved?
5   A. There are a series of steps when it's added
6   to the database. But to give you the specifics, I
7   would need to see the source code.
8   Q. Okay. Is there source code -- I have some
9   source code, but is there -- can you give me more
10  specifics about the source code you need to look at.
11  A. There's probably ten or twelve different
12  classes involved in that process.
13  Q. Okay. But at the end of that process, the
14  database is modified so that the photo is referred
15  to by the Camera Roll; is that accurate?
16  A. That's not completely accurate.
17  Q. Okay. What's inaccurate about what I said?
18  A. While the database contains a reference from
19  the Camera Roll to the photo, the behaviors within
20  the Camera Roll are very different than albums.
21  Q. How are they different?
22  A. The Camera Roll actually owns the photo.
23  Q. And how is that different from another
24  album?
25  A. To clarify, we don't commonly refer to the

Page 19

1    Camera Roll as an "album."  The other albums don't
2    own their photos, so photos can just merely be
3    removed from them but not removed from the device.
4        Q.   Okay.  So is the difference that you cannot
5    remove a photo from the Camera Roll, but you can
6    remove it from albums?
7        A.   That's not strictly correct.  When you
8    remove a photo from the Camera Roll, it is removed
9    from the device.
10       Q.   Okay.  So you can remove a photo from the
11   Camera Roll.  It's just that then it will not exist
12   in any form on the device; is that right?
13       A.   That's correct.
14       Q.   Okay.  So in terms of adding a photo to the
15   Camera Roll versus adding it to an album, is there a
16   difference?
17       A.   Yes.  The process is different.
18       Q.   How is it different in terms of how the
19   information is stored in the database?
20       A.   To clarify, the differences that I've
21   highlighted are about functionality of the Camera
22   Roll versus albums.
23       Q.   So there's no difference as far as the
24   database is concerned between Camera Roll and
25   albums:  would that be accurate?

1        MR. RODRIGUEZ:  Objection.  Foundation.
2   Speculation.
3   BY MR. MAIER:
4      Q.   I'm sorry.  I'll strike that.
5           Do Apple iOS manuals sometimes refer to
6   Camera Roll as an album?
7      A.   Yes.
8           MR. RODRIGUEZ:  Objection.  Foundation.
9   Speculation.
10  BY MR. MAIER:
11     Q.   Does the source code sometimes refer to
12  containers as albums even though they're not
13  actually user-generated albums?
14          MR. RODRIGUEZ:  Objection to the form.
15          THE WITNESS:  Yes.
16  BY MR. MAIER:
17     Q.   Now, is the Camera Roll actually the same as
18  an album?
19          MR. RODRIGUEZ:  Objection to the form.
20          THE WITNESS:  No.
21  BY MR. MAIER:
22     Q.   Is it important to consider the details when
23  examining the different types of containers used in
24  the source code?
25          MR. RODRIGUEZ:  Objection to the form.

Highly Confidential - Outside Attorneys Eyes' Only

Page 101

1        THE WITNESS:  Yes.
2  BY MR. MAIER:
3        Q.  What are the differences between the Camera
4  Roll and what qualifies as an album in the accused
5  iOS devices?
6            MR. RODRIGUEZ:  Objection.
7            THE WITNESS:  The most important difference
8  is that the Camera Roll owns the photos.  Albums are
9  merely referenced -- really reference the photos, so
10 if you remove a photo from the Camera Roll, it is
11 removed from the device completely and any albums
12 that referenced it.  If you remove a photo from the
13 album, it merely removes the reference of that
14 photo.
15 BY MR. MAIER:
16       Q.  Any other differences that come to mind?
17       A.  Users can also rename albums.  They're not
18 able to rename the Camera Roll.  Users are able to
19 rearrange photos within an album but are not allowed
20 to rearrange photos in the Camera Roll.
21           MR. RODRIGUEZ:  Objection to the question as
22 leading and to the extent the testimony is not
23 consistent with what the witness testified to
24 earlier.  I move to strike.
25           MR. MAIER:  First of all, don't interrupt

Highly Confidential - Outside Attorneys Eyes' Only

Page 102

1  the witness mid answer.  Second of all, we object to
2  form.  No speaking objections so I am going to ask
3  the question again.
4  BY MR. MAIER:
5     Q.   What are the differences between the Camera
6  Roll and an album in the accused iOS devices that
7  we've been speaking about today?  All the
8  differences you can think of.
9          MR. RODRIGUEZ:  Objection.  Leading.
10 Objection to the form.
11         Go ahead.
12         THE WITNESS:  So the Camera Roll owns the
13 photos that are in it.  Albums merely have
14 references to those photos.  When you delete a photo
15 from the Camera Roll, it is deleted from the device,
16 and thus removed from any albums that reference it.
17 When you remove a photo from an album, it just
18 removes the reference and the photo stays on the
19 device.
20         Users can rename albums.  They cannot rename
21 the Camera Roll.  Users can reorder photos within an
22 album.  They are not able to reorder photos within
23 Camera Roll.
24 BY MR. MAIER:
25    Q.   Can a user create the Camera Roll in the

Page 103

1  same way in which he or she could create an album?
2          MR. RODRIGUEZ:  Excuse me, Counsel.  I just
3  want to note that the record should be marked with a
4  motion to strike the previous answer to the extent
5  it is inconsistent with prior testimony of the
6  witness.
7          Go ahead.
8          MR. MAIER:  Let me re-ask my question.
9  BY MR. MAIER:
10     Q.   Can a user create the Camera Roll in the
11  same way in which he or she could create an album?
12     A.   No.
13          MR. MAIER:  No further questions.
14          MR. RODRIGUEZ:  That's it.
15          THE VIDEOGRAPHER:  This marks the end of
16  volume 1, Disk 2, and concludes the deposition of
17  Justin Titi.  The time is 2:46 p.m. and we are off
18  the record.
19          (Ending time:  2:46 p.m.)
20
21
22
23
24
25