# EXHIBIT 4

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5    APPLE, INC., a California        )

6    corporation,                     )

7         Plaintiff,                  )      Case No.

8                                     )12-cv-00630-LHK (PSG)

9              vs.                    )

10   SAMSUNG ELECTRONICS CO., LTD., a )

11   Korean corporation; SAMSUNG      )

12   ELECTRONICS AMERICA, INC., a New )

13   York corporation; and SAMSUNG    )

14   TELECOMMUNICATIONS AMERICA, LLC, )

15   a Delaware limited liability     )

16   company,                         )

17         Defendants.                )

18   _____)

19

20      VIDEOTAPED DEPOSITION OF JAMES A. STORER, Ph.D.

21            Thursday, September 26, 2013

22               Boston, Massachusetts

23

24   Reported by:  Dana Welch, CSR, RPR, CRR, CBC, CCP

25   Job No. 66049

1    in them, correct?                                    11:11

2        A.  Say that again.                              11:11

3        Q.  You would agree with me that the accused     11:11

4    Apple products have a digital camera functionality   11:11

5    within them, correct?                                11:11

6        A.  Well, no.  I would agree that they have      11:11

7    the functionality to take a picture.  But they       11:11

8    are -- they're not digital cameras and I don't       11:12

9    think you have a digital camera in them.  But you    11:12

10   certainly have the ability as we described to use    11:12

11   the photo app to take a picture.                     11:12

12       Q.  So can you explain to me why they're not     11:12

13   digital cameras, in your opinion?                    11:12

14       A.  Okay.  So there are two things that I        11:12

15   address in -- two basic things I addressed in the    11:12

16   report and probably if we get into the details, it   11:12

17   might just be nice to go to that section and         11:12

18   refresh my memory.  But without doing that, so       11:12

19   first of all, we already described how this -- you   11:12

20   already mentioned the notion of a system-on-a-chip   11:12

21   and, in fact, they're almost so many things you can  11:12

22   do with the iPhone 5, it's hard to list them,        11:12

23   besides telephone calls and text messaging and       11:12

24   playing games and checking the weather and using     11:13

25   the Internet and you can go on and on and on with    11:13

1    the things you can do with it, one of which -- one    11:13

2    of the many of which is to use the camera    11:13

3    application.    11:13

4         The other thing that I meant that I talk    11:13

5    about in the report and, again, if we wanted to go    11:13

6    into details, I would want to refresh my memory,    11:13

7    but without doing that is that the inventors,    11:13

8    themselves, when they essentially made their deal    11:13

9    with the examiner to get their patent said we're a    11:13

10   camera, we're not part of a larger system.    11:13

11   Essentially.  Now, again, I want to review my notes    11:13

12   in that which is effectively what the report is.    11:13

13   So I understand, but that's another factor in    11:13

14   understanding how to look at the patent and    11:13

15   understand the scope that one of ordinary skill in    11:13

16   the art at the time would give to the claims.    11:13

17        Q.  In your opinion, is the iPhone a phone?    11:14

18        A.  So the name obviously suggests -- it    11:14

19   clearly has phone functionality, right?  I know    11:14

20   that when I look at someone like my daughter, the    11:14

21   phone would be an absolute miniscule use of that    11:14

22   phone, quote, okay.  So you want to call it a    11:14

23   phone, but the amount of time she actually does a    11:14

24   phone call compared to texting or playing games or    11:14

25   using the Internet is absolutely miniscule and    11:14

1   at this diagram, there's no question this is an        11:48

2   integrated diagram.  It's not some kind of passing     11:48

3   of a -- of some kind of image to some other device,    11:48

4   which seems to be -- and again, not trying to          11:48

5   characterize the intent in your question, but it       11:48

6   seems to be a more complicated question than it        11:48

7   might first appear.  That's always I'm saying.         11:48

8       Q.  So when we look at claim 25 and it talks       11:48

9   about an imaging device in one limitation, and then    11:48

10  the next limitation mentions an A-to-D converter,      11:48

11  is it your position that those must be two separate    11:48

12  components?                                            11:48

13      A.  Well, let's just read the claim element.      11:48

14      Q.  Okay.                                          11:48

15      A.  It says an A-to-D converter, which             11:48

16  converts the analog signal from said imaging           11:48

17  device, from the device, to a digital signal.  I       11:48

18  mean -- and then of course when you look at the        11:48

19  specifications, they're in fact -- if we go back       11:49

20  and if you look at original specifications, they       11:49

21  have separate blocks for them and separate things      11:49

22  in a pipeline.  It maps up with the well known         11:49

23  camera technology of the time, having a different      11:49

24  type of sensor than a CMOS sensor.  And in that        11:49

25  case, that sensor does send a sequence of analog       11:49

1    values that does represent a simultaneous          11:49
2    acquisition of the light.  So it's a very different 11:49
3    kind of technology.  And now you read the claims,  11:49
4    which were directed to that, and it's very         11:49
5    different than this newer technology, much newer   11:49
6    technology in terms of using it in consumer        11:49
7    devices.  So it seems like the claim language, the 11:49
8    plain words speak for themselves.                  11:49
9        Q.  So you do believe based on your reading of 11:49
10   the patent and the claims, that the imaging device 11:49
11   and the A-to-D converter must be separate          11:49
12   components; is that correct?                        11:50
13       A.  So just one second, too.  Let me quickly   11:50
14   refresh my memory with respect to another term you 11:50
15   used in your question.  So I am not sure how you   11:50
16   are using the word component.  I was just checking 11:50
17   to see whether in any way that had been addressed  11:51
18   by Mr. Parulski, and I rebutted it somehow.        11:51
19           But in general, I'm reading the claim      11:51
20   language just as it says.  You're sending from     11:51
21   something to something else, and so they are       11:51
22   clearly separate items, just as they are shown in  11:51
23   the figure in the patent.                          11:51
24           THE VIDEOGRAPHER:  We have to change       11:51
25   videotape.  The time is 11:51.  This is the end of 11:51

Page 99

1    Q.  Okay.                                          12:21

2    A.  So I think we can find this pretty            12:21

3  quickly.  If we --                                  12:21

4    Q.  162, paragraph 162 is what my notes say.      12:21

5    A.  Okay.  Let me turn to paragraph -- do you     12:21

6  have a page number?                                 12:21

7    Q.  85.                                           12:21

8    A.  Okay.  Let me turn to page 85.  And I'll      12:21

9  take a quick look there and see if we can --        12:21

10      I've had a chance to quickly just review       12:22

11 that section.  Maybe you could -- if you could      12:22

12 repeat the question.                                12:23

13   Q.  Let's see.  Well, I was basically just        12:23

14 trying to understand why you or summarize why you   12:23

15 provided an opinion that this limitation is not met 12:23

16 by the accused Apple products.  And I believe the   12:23

17 reason is, is because you believe that the          12:23

18 circuitry that compresses still images and moving   12:23

19 images must be the same circuitry.                  12:23

20      MR. MAIER:  Objection to form.                 12:23

21   A.  So I don't think that really is an            12:23

22 accurate summary.  It's in the theme and maybe I    12:23

23 can elaborate.                                      12:23

24      So the patent teaches as would actually be     12:23

25 well known to someone of ordinary skill in the art  12:23

1    at the time, that they're sharing of the time        12:23

2    consuming portions of the compression between image   12:23

3    compression and video compression.  And so when      12:24

4    they talk -- when the patent says -- and just to be   12:24

5    specific here -- a compressor, a compressor which     12:24

6    compresses said digital signal output from said       12:24

7    A-to-D converter and generates compressed data by     12:24

8    using a different compression method for moving       12:24

9    images or for still images.  Okay.                    12:24

10       So it's talking about a component here.           12:24

11   It's not necessarily saying that you don't -- it's    12:24

12   sharing this common circuitry.  It is a compressor    12:24

13   that has this job.  But it's not two completely       12:24

14   separate things like the Apple product that are       12:24

15   normally even bought from different vendors.  Apple   12:24

16   actually in most cases, actually buys the video       12:25

17   compressor from a different vendor than the image     12:25

18   compressor.                                           12:25

19       Here though, they're talking about               12:25

20   something that -- it's the kind of thing I even       12:25

21   teach in some of my very first undergraduate          12:25

22   classes, even classes that don't have the title      12:25

23   compression or image processing, just algorithms.     12:25

24   But I usually will include a lot of the things I      12:25

25   like in an algorithms course, including for           12:25

1    example, how JPEG and MPEG work.  And there is, in   12:25

2    the case of JPEG and MPEG, there is a chance to   12:25

3    share the really time consuming circuitry that's   12:25

4    used for the mathematical computation.  And I think   12:25

5    the patent very clearly in the claim language, and   12:25

6    also the way the specification is describing, talk   12:25

7    about this component that can do both things with   12:25

8    shared circuitry.  And that's what I'm talking   12:25

9    about in why the Apple, which purchases these   12:25

10   components, purchases these actual full-fledged   12:25

11   compressors from different vendors.  They purchase   12:26

12   a video compressor from one vendor, an image   12:26

13   compressor from another vendor in most cases, and   12:26

14   even in a few cases as clearly a separate thing.   12:26

15   So there's actually a big difference between --   12:26

16   what is not a bad thing to do, and it's not saying   12:26

17   there's anything wrong with what the patent is   12:26

18   claiming here, but it's very different than what   12:26

19   takes place on this much more modern device which   12:26

20   has the computational power to not need that   12:26

21   sharing.   12:26

22       Q.  If the court doesn't ultimately agree with   12:26

23   your position that there has to be shared circuitry   12:26

24   for compressing moving images and still images for   12:26

25   there to be infringement, do you agree that the   12:26

1      Now, in your report you do not agree that    01:35

2   the accused Apple products meet this limitation; is 01:36

3   that correct?                                     01:36

4      A.   Yes.  Let me quickly go to that section of 01:36

5   the report.                                       01:36

6      Q.   Okay.                                     01:36

7      A.   Okay.  I had a chance to find that section 01:40

8   and take a quick look through it.  If it's not too 01:40

9   much trouble, could you repeat the question.      01:40

10     Q.   Sure.                                      01:40

11          Why is it your opinion that the accused    01:40

12  Apple products do not meet this claim limitation?  01:40

13     A.   Okay.  So that is what's outlined in this  01:40

14  section.  So actually, "search" is a word that     01:40

15  doesn't occur in the specifications but it's a term 01:40

16  of this claim.  And it talks about a search mode    01:40

17  and a list, okay, and I address those points in    01:40

18  this section of the report.                        01:40

19          And so -- and this section of the report   01:40

20  is, of course, responding to what Mr. Parulski said 01:40

21  in that context, and so he accuses the camera roll. 01:40

22  It starts out, if you look at paragraph 299,       01:41

23  Mr. Parulski contends that the camera roll feature 01:41

24  of the photo app that runs on the accused Apple    01:41

25  products displays the claim list of said moving    01:41

Page 115

1    image signal and still image signals as a search    01:41

2    mode, and so a big theme of the disagreement that's 01:41

3    outlined here is that the camera roll doesn't seem  01:41

4    to map to that at all.    01:41

5        Q.  And why is that?    01:41

6        A.  Okay.  So it's -- it's not a list, okay,    01:41

7    and there isn't -- and there's not a search mode,   01:41

8    okay, so there's two things that -- that are being  01:41

9    pointed out here.    01:42

10       Q.  So there's two reasons you have in here    01:42

11   that this limitation is not met in your opinion?    01:42

12       A.  Two of the -- the two reasons -- big    01:42

13   reasons are, A -- and so you see that if you move   01:42

14   on in paragraph 300, the title above it is "Camera 01:42

15   Roll Does Not Display a List."  And the other one  01:42

16   which you have to just read a little bit further is 01:42

17   the search mode issue as well.  So I'm trying to    01:42

18   find -- if I can point you to a paragraph, I will.  01:42

19       So for example, in paragraph 311, if you    01:42

20   move over there, I say, "Mr. Parulski contends that 01:42

21   camera roll allows the use of a search for a    01:42

22   particular photo or video by browsing through the  01:42

23   images captured with the accused Apple products    01:43

24   cameras," and then I go on to say how this is    01:43

25   inconsistent with the plain meaning and certainly  01:43

1   it's very inconsistent with what the specifications  01:43

2   are saying the whole purpose of the patent is.      01:43

3        Q.  So let's focus on the list first.          01:43

4        A.  Okay.                                       01:43

5        Q.  Why is it your opinion that the camera      01:43

6   roll does not display a list of images?             01:43

7        A.  Well, when you look at the camera roll,     01:43

8   it's just a grid of icons.  In fact, I think I -- I  01:43

9   even -- in fact, if you go to the next page, the     01:43

10  very next page, page 163, you can see side by side   01:43

11  camera roll, and for example, Figure 7 of the        01:43

12  patent, you know, very different kinds of things,    01:44

13  and so giving actually sort of a graphical           01:44

14  comparison there, if you will, on the right-hand     01:44

15  side of the sort of screenshot from the camera.      01:44

16       Q.  So let's look at the screenshot of the      01:44

17  camera roll on page 163.                             01:44

18       A.  Yes.                                        01:44

19       Q.  That has, it looks like, pictures and       01:44

20  videos in it.  Do you agree?                         01:44

21       A.  I don't -- it's hard for me actually to     01:44

22  read the page as to which is -- looks like -- yes,   01:44

23  I think I can see the icons.  My eyes aren't quite   01:44

24  so good but I can see them here.  Yes, I agree that  01:44

25  there's both.  In general, there can be.  I just     01:44

Page 117

1    was having trouble looking at the figure that's        01:44

2    here.                                                   01:44

3         Q.  And it looks like there's between the         01:44

4    videos and the images, there's 1, 2, 3, 4 -- 22.       01:44

5         A.  So what's your question.                      01:45

6         Q.  22 images and videos.  Do you see that        01:45

7    there's 22 images and videos in that screenshot?       01:45

8         A.  Do you want me to count here?  So the         01:45

9    screenshot is showing there's -- you can see -- if     01:45

10   your question is a factual thing, you can see in       01:45

11   the grid visually here 22 icons.                       01:45

12        Q.  Now, why isn't that grid a list?  Why         01:45

13   aren't the icons in there a list?                      01:45

14        A.  Well, I talk about this in this section,      01:45

15   but first of all, besides the fact it doesn't look     01:45

16   like a list, doesn't seem to fall into what one        01:46

17   would think of a list, even starting with just         01:46

18   purely plain language, and then when you read the      01:46

19   specifications which further describes what the        01:46

20   patent is saying is a list, certainly doesn't look     01:46

21   like a list.                                           01:46

22        Q.  So how are you defining "list"?               01:46

23        A.  Okay.  So if you go back, move back a page    01:46

24   to, for example, paragraph 301, it says, "The '449     01:46

25   patent also explains that, quote, the imaging          01:46

Page 118

1   status of the user such as recording date and time    01:46

2   and the data type are automatically recorded as       01:46

3   aforementioned information.  These pieces of           01:46

4   information are all composed of a list represented     01:46

5   in characters."  Okay.                                 01:47

6          And so when you read the specification, if      01:47

7   you have -- as we discussed earlier, one of            01:47

8   ordinary skill in the art not only would they look     01:47

9   at the plain meaning of the terms, they certainly      01:47

10  would look at the specification and understand this    01:47

11  document from a technical point of view.               01:47

12         And when it talks about a list, it's not        01:47

13  the same thing as simply that array of thumbnails.     01:47

14  That's a very different looking thing when you look    01:47

15  at the right-hand side and the left-hand side and      01:47

16  that comparison and a very different thing when you    01:47

17  read what the patent says what a list is suppose to    01:47

18  be.                                                    01:47

19  Q.   Now, I think you take the position that a         01:47

20  list must be top-down arranged in the top-down         01:47

21  sequence; is that correct?                             01:47

22  A.   What are you referring to here?  You said         01:47

23  when I take a position.  Are you referring to          01:48

24  particular paragraph here?                             01:48

25  Q.   I think it's throughout this section you          01:48

Page 153

1    A.   The pictures don't have that mark because    02:42

2    that's how you tell the difference, they either    02:42

3    have the mark or they don't.    02:42

4    Q.   And back to the video, on the bottom    02:42

5    right-hand side of that, there are certain numbers    02:42

6    there.   What are those numbers?    02:42

7    A.   I believe that's -- it's hard to see them    02:42

8    from the picture but that's the time, the length of    02:42

9    it.    02:42

10    Q.   So it gives the user information about the    02:42

11    length of the video?    02:42

12    A.   Yes.    02:42

13    Q.   Okay.   In claim 25, it uses the term    02:42

14    "search mode."   What construction did you apply in    02:42

15    doing your analysis for the term "search"?    02:42

16    A.   Okay.   So just to be clear, we are --    02:42

17    we're talking about the claim element that says,    02:43

18    "Display, which displayed said moving image signals    02:43

19    and still image signals outputted from said    02:43

20    reproducing circuit and a list of said moving image    02:43

21    signal and still image signal as a search mode," et    02:43

22    cetera, et cetera.    02:43

23        And that's the search that you're asking    02:43

24    about?    02:43

25    Q.   Correct.    02:43

Page 154

1    A.   And so I think we mentioned this earlier    02:43

2    that the word "search" doesn't appear in the    02:43

3    specifications, and was introduced during the file    02:43

4    history -- hold on one second.  Let me -- I think I    02:43

5    have something which I can -- so if you turn to    02:44

6    page 165, the next page after the picture that    02:44

7    we've been looking at.  Yeah, okay.    02:44

8        The first point I make is something I    02:44

9    think that I remember, boy, the first time I read    02:44

10   this patent, it struck me right off the bat, it's    02:44

11   talking about a search mode.  It's not mentioned    02:44

12   anywhere in the specifications.  Unlike a lot of    02:44

13   these other things we've talked about where the    02:44

14   specifications are giving all this guidance, it    02:44

15   seems to come out of nowhere.    02:44

16       So I know in my experience, I often have,    02:44

17   you know, seen the issue come up in the past in    02:44

18   patents, that this is something you shouldn't be    02:44

19   doing.  You should be providing adequate    02:44

20   description to the reader and make sure the reader    02:45

21   knows that you have possession of the invention, et    02:45

22   cetera, et cetera.    02:45

23       So that's an issue that I -- just I've    02:45

24   been noticing from the very beginning.  It's very    02:45

25   strange and I think it's a legal issue, so it's not    02:45

Page 155

1    something that I really address further here but        02:45
2    certainly I noticed it when I read it.  It was          02:45
3    certainly out of the ordinary for reading patents       02:45
4    when you have a technical term like that and it's       02:45
5    not even mentioned in the specifications.  Let          02:45
6    alone search mode, not even "search" appears in the     02:45
7    specifications.                                         02:45
8           So then, I believe if I -- that I -- I --        02:45
9    I don't know if I mentioned Mr. Parulski               02:45
10   specifically in this paragraph, but he does -- he      02:45
11   does -- or maybe I say it earlier on, but he does,     02:45
12   to my recollection, argue that the camera roll is a    02:45
13   search mode or something.  That merely sort of         02:45
14   browsing through -- I think I said that somewhere      02:46
15   earlier on, I think we did.  Maybe it was at the       02:46
16   beginning.  I did mention his discussion of search.    02:46
17   Hold on one second.  Let me see if I can find that     02:46
18   because it helps guide what I want to say in my        02:46
19   answer.                                                02:46
20          (Perusing document.)                            02:46
21          I'm sure that I -- yes.  Okay.  I just had      02:46
22   to read forward from that page.  So for example,       02:46
23   it's paragraph 311.  It says, "Mr. Parulski           02:46
24   contends that camera roll allows the user to search   02:46
25   for a particular photo or video by browsing through   02:46

1    the images captured with the accused products,"    02:47

2    and then I cited for the court.    02:47

3         So this is the part when I saw this in his    02:47

4    report where it almost seemed hard to believe.  It    02:47

5    seems as though he's saying that the thing that the    02:47

6    patent is trying to avoid, the thing that the    02:47

7    patent is teaching that you're trying to do new is    02:47

8    not to do that.  You're trying to have a search    02:47

9    mode that they're claiming that the motivation is    02:47

10   3,000 photographs or at least many photographs,    02:47

11   100s or something, and you're trying to manage    02:47

12   them, and the last thing you want to have to do is    02:47

13   to, like, look through all of them.    02:47

14        And then it seems inconsistent with his    02:47

15   report, even -- he doesn't -- he doesn't even point    02:47

16   to the -- to the -- to the "All" folder when he's    02:47

17   making his arguments and it just doesn't make    02:47

18   sense.  How can a search mode be the -- any    02:47

19   reasonable way of reading this claim, and it is a    02:47

20   term that appears out of nowhere, be that your    02:47

21   doing what the patent -- the whole patent's about    02:47

22   not doing or certainly a big part of the patent is    02:48

23   about not doing.    02:48

24        It's saying we've got a camera and we've    02:48

25   got 3,000 photos possibly, as many as that many,    02:48

1  what do we do?  And now, oh, we're going to just    02:48

2  look through all of them like we would if we didn't 02:48

3  have a search mode and that that somehow would be   02:48

4  included in the scope of the claim.                 02:48

5       To me it's unimaginable that a person of       02:48

6  ordinary skill in the art after reading those       02:48

7  specifications, even though they may be scratching  02:48

8  their head as to how this thing popped up without   02:48

9  an explanation, would in any way imagine that it    02:48

10 includes the thing that the patent is telling you   02:48

11 not to do, that it's the purpose of one of the big  02:48

12 motivating factors for the patent.                  02:48

13      So it didn't make a lot of sense to me and     02:48

14 it wasn't -- I don't think his arguments are even   02:48

15 consistent with other places where he didn't point  02:48

16 to, for example, the "All" folder, which is         02:48

17 everything in the camera because the patent is      02:48

18 teaching away from looking -- to try to look        02:48

19 through everything to find something, that's the    02:48

20 opposite of searching.                              02:49

21   Q.  So let's go back to my original question.     02:49

22 When you did your non-infringement analysis, what   02:49

23 construction did you use for the term "search"?     02:49

24   A.  So again, what I did try to do was respond    02:49

25 to Mr. Parulski and to say that here's a case where 02:49

Page 158

1   first of all, I think the -- I think the patent        02:49

2   lacks written description.  I don't think that it      02:49

3   is -- I'm not a lawyer, but certainly when I've        02:49

4   read patents in the past and when I've prosecuted      02:49

5   my own patents, you know, I had to be sure I had       02:49

6   proper written description.  And so it doesn't --      02:49

7   it really does not, in my mind, rise to the level      02:49

8   of a good claim and I'm not going to make any legal    02:49

9   judgments.  I'm not an attorney, but it certainly      02:49

10  is unusual.                                            02:49

11          But what I can say, though, is that, okay,     02:50

12  maybe this term -- maybe a court can construe this     02:50

13  term.  Maybe we can get a formal construction.         02:50

14  What I can say for sure is that when one of            02:50

15  ordinary skill in the art reads this patent, the       02:50

16  last thing they understand searching to mean if        02:50

17  they use their ordinary -- you know, certainly         02:50

18  people familiar with the word "search," they go        02:50

19  to -- they go somewhere and type something in a box    02:50

20  in Microsoft Word and it finds something much more     02:50

21  quickly than scrolling through the whole file.  I      02:50

22  certainly know we've had that experience.  You're      02:50

23  trying to go to someplace in a large document and      02:50

24  instead of starting to scroll through all the          02:50

25  pages, you want to quickly pick a keyword that will    02:50

Page 159

1    get you there.                                    02:50

2        Readers are familiar with a lot of           02:50

3    searching to avoid a lot of unnecessary time.  And  02:50

4    now the patent teaches you that the purpose of this 02:50

5    patent is I got 3,000 photos possibly, and all of a 02:50

6    sudden, what do I do, there's too many of them.  I  02:50

7    don't want to have to look through them all.       02:50

8        So to me, the last thing someone of           02:50

9    ordinary skill in the art would think is somehow   02:50

10   it's supposed to include that.  And so as I        02:51

11   mentioned earlier, Mr. Parulski has an inconsistent 02:51

12   position on this but none of them support the idea  02:51

13   that you would look through everything and that     02:51

14   somehow is a search mode.                          02:51

15       Q.  Okay.  So you can't provide me with an     02:51

16   affirmative description of what construction you    02:51

17   applied for search?                                02:51

18       A.  I don't --                                 02:51

19       Q.  You told me you looked at the patent and   02:51

20   you looked at what Apple's product did and based on 02:51

21   that, you concluded that there was no search.  But  02:51

22   I'm asking you a slightly different question.  I'm  02:51

23   asking you what construction you used for the term  02:51

24   "search" when doing that analysis.                 02:51

25       MR. MAIER:  Objection to form.                 02:51

1    took a quick look at the section of my report that    03:12

2    addresses classification.  Perhaps, if you could,    03:12

3    could you repeat the question.    03:13

4        Q.  What construction did you apply for    03:13

5    classification in your analysis?    03:13

6        A.  So -- okay, hold on one second.    03:13

7            (Perusing document.)    03:13

8            I don't recall the court saying anything,    03:13

9    but I'm just going to double check that in my first    03:13

10   report as well.    03:13

11       Q.  The court hasn't construed any claims from    03:13

12   the '449 patent.    03:13

13       A.  That's right.  Fine.  I was just going to    03:13

14   confirm that.    03:14

15       Q.  I didn't want you to search in vain.    03:14

16       A.  That's what I thought, but I wanted to be    03:14

17   safe.  So again, here is a section where, if you    03:14

18   read forward just a few pages from where we were,    03:14

19   to 171 and 172, here I'm responding to Dr. Parulski    03:14

20   when he's talking -- when he says that the camera    03:14

21   roll is a classification, and explaining why that    03:14

22   doesn't really make sense.  This is kind of related    03:14

23   to what we were talking about before the break,    03:14

24   where a list of absolutely everything in the camera    03:14

25   is not really classifying anything.  And on the    03:14

Page 164

1    other hand, he points to albums in the patent,         03:14

2    except he doesn't patent to the "all" -- to the        03:15

3    "all" in the patent as classifications.                03:15

4         So my response here is that his -- his            03:15

5    assertion that camera roll is a classification         03:15

6    doesn't make sense.  And this section is focused on    03:15

7    me responding to his construction for why he           03:15

8    believes that the accused products infringe or         03:15

9    satisfy this claim element.                            03:15

10   Q.  If Judge Koh asked you today what                  03:15

11   construction you applied for classification when       03:15

12   doing your analysis, how would you respond?            03:15

13        MR. MAIER:  Object to form.                       03:15

14   A.  Well, I would certainly first respond              03:15

15   saying I'm happy to have a construction for the        03:15

16   court.  And if it in any way further guides my         03:16

17   opinions, I would supplement them.  But what I         03:16

18   would tell her is similar to how we talked about       03:16

19   search, is that when you read the specifications       03:16

20   and they talk about -- they show pictures.  In         03:16

21   fact, I think I bring up -- I think I give an           03:16

22   example in this section.  Yeah, if you look at page    03:16

23   171, it will describe things like item 605, 606 and    03:16

24   607.  And then it describes differently the "all,"     03:16

25   right?  And the "all," it says specifically, you       03:16

Page 260

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3             SAN JOSE DIVISION

4

5  APPLE, INC., a California        )

6  corporation,                     )

7       Plaintiff,                  )      Case No.

8                                   )12-cv-00630-LHK (PSG)

9          vs.                      )

10 SAMSUNG ELECTRONICS CO., LTD., a )

11 Korean corporation; SAMSUNG      )

12 ELECTRONICS AMERICA, INC., a New )

13 York corporation; and SAMSUNG    )

14 TELECOMMUNICATIONS AMERICA, LLC, )

15 a Delaware limited liability     )

16 company,                         )

17       Defendants.                )

18 _____ )

19                VOLUME II

20    VIDEOTAPED DEPOSITION OF JAMES A. STORER, Ph.D.

21           Friday, September 27, 2013

22              Boston, Massachusetts

23

24  Reported by:  Dana Welch, CSR, RPR, CRR, CBC, CCP

25  Job No. 66050

Page 277

1    his report, what I've tried to do is address any        08:59

2    reasonable understanding from what he's given to a      08:59

3    port in my response, that would be one way to           09:00

4    explain it.                                             09:00

5         Q.   And you concluded that the iPhone 5 does      09:00

6    not have a port; is that correct?                       09:00

7              MS. ZALEWSKI:   Objection, form.              09:00

8         A.   No, what I concluded was that in terms        09:00

9    of -- there's an issue -- there's a -- there are --     09:00

10   unlike the patent we talked about yesterday which       09:00

11   had no court claim constructions, everything was        09:00

12   plain meaning and, of course, plain meaning means       09:00

13   reading in light of the specifications and all the      09:00

14   things we talked about, that there's an issue here      09:00

15   about needing to have software that initializes a       09:00

16   port.                                                   09:00

17             And so it was -- it was his task and          09:00

18   something he attempted to do to point to software       09:00

19   that initializes a port.  And when I looked at his      09:00

20   report, he would talk about how the name of the         09:01

21   file indicated what it did or something, and            09:01

22   point -- it seemed superficially to just files and      09:01

23   lines of code that didn't seem to be anywhere close     09:01

24   to, even vaguely close to what would be as              09:01

25   initializing something as low level as an actual        09:01