# EXHIBIT 7

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

**CORRECTED EXPERT REPORT OF JAMES A. STORER, PH.D.**
**REGARDING NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF**
**U.S. PATENT NOS. 5,579,239 AND 6,226,449**

**VOLUME I**

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# TABLE OF CONTENTS

## VOLUME I

I.      INTRODUCTION AND SUMMARY OF REPORT ........................................... 1

II.     MATERIALS REVIEWED .................................................................... 2

III.    UNDERSTANDING OF THE LAW ....................................................... 2

    A.   Literal Infringement ..................................................................... 2

    B.   Infringement Under the Doctrine of Equivalents ............................... 3

    C.   Direct Infringement ....................................................................... 4

    D.   Indirect Infringement ................................................................... 4

IV.     DEMONSTRATIVES / EXHIBITS / TUTORIAL .................................... 6

## VOLUME II

V.      U.S. PATENT NO. 6,226,449 ......................................................... 8

    A.   Summary of Conclusions Regarding the '449 Patent ........................... 8

    B.   Materials Considered .................................................................... 9

    C.   Level of Ordinary Skill in the Art ................................................... 10

    D.   Mr. Parulski's Overview of the '449 Patent ..................................... 10

    E.   The Accused Apple Products ......................................................... 11

        1.   iPhone ................................................................................ 11

        2.   iPod touch ......................................................................... 13

        3.   Camera App ....................................................................... 15

        4.   Photos App ......................................................................... 18

            a)   Camera Roll ................................................................ 21

            b)   Albums ....................................................................... 22

    F.   Relevant Features and Components of the Accused Apple Products .................. 24

        1.   Image Sensors ................................................................... 24

            a)   Operation Of The Image Sensors Of The Accused Apple Products ........................................................................ 26

            b)   iPhone 5 Image Sensors ............................................... 28

            c)   iPhone 4S Image Sensors ............................................ 29

            d)   iPhone 4 Image Sensors .............................................. 29

            e)   iPhone 3GS Image Sensor ........................................... 29

ii

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

f)     iPod touch (5th Gen.) Image Sensors ............................................. 29

g)     iPod touch (4th Gen.) Image Sensors ............................................. 30

2.     System-On-Chip ............................................................................ 30

a)     Image Processing .......................................................................... 31

b)     Still Image Playback ..................................................................... 32

c)     Video Playback ............................................................................. 33

d)     Audio Playback ............................................................................. 33

e)     iPhone 5 SOC ............................................................................... 34

f)     iPhone 4S SOC ............................................................................. 38

g)     iPhone 4 SOC ............................................................................... 40

h)     iPhone 3GS SOC ........................................................................... 43

i)     iPod touch (5th Gen.) SOC ............................................................ 46

j)     iPod touch (4th Gen.) SOC ............................................................ 49

3.     Camera App Source Code .................................................................. 49

4.     Photos App Source Code ................................................................... 51

G.     The Accused Apple Products Do Not Infringe The '449 Patent .......................... 55

1.     The Accused Apple Products Are Not "Digital Cameras" ...................... 55

a)     Literal Infringement ...................................................................... 55

(i)     Samsung's Contentions.................................................. 55

(ii)     The Claimed "Digital Camera" Cannot Be A System In Which A Digital Camera Is Merely A "Component Part" Of A Larger System ........................................................ 55

(iii)     The Cameras Of The Accused Apple Products Are Merely Component Parts Of A Larger Multimedia System And Therefore Fall Outside The Scope Of The Claimed "Digital Camera" ........................................................... 59

b)     Doctrine of Equivalents ................................................................. 60

2.     The Accused Apple Products Do Not Include "An A/D Converter Which Converts Said Analog Signal From Said Imaging Device To A Digital Signal"............................................................................................. 61

a)     Literal Infringement ...................................................................... 61

(i)     Response To Samsung's Infringement Contentions.......... 61

(ii)     Response To Samsung's New Contentions ...................... 79

b)     Doctrine of Equivalents ................................................................. 84

iii

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

3.      The Accused Apple Products Do Not Include "A Compressor Which
        Compresses Said Digital Signal Outputted From Said A/D Converter, And
        Generates Compressed Data By Using A Different Compressing Method
        For Moving Image Signals And For Still Image Signals"........................ 85

        a)      Literal Infringement ...................................................................... 85

                (i)       iPhone 5 ................................................................... 87

                (ii)      iPhone 4S ................................................................. 97

                (iii)     iPhone 4 ................................................................. 105

                (iv)      iPhone 3GS ........................................................... 110

                (v)       iPod touch (5th Gen.)............................................ 113

                (vi)      iPod touch (4th Gen.)............................................ 120

        b)      Doctrine of Equivalents ............................................................ 122

4.      The Accused Apple Products Do Not Include "A Recording Circuit Which
        Records Compressed Data, Said Compressed Data Including A Moving
        Image Signal Or A Still Image Signal" Under Samsung's Infringement
        Contentions ........................................................................................... 123

        a)      Literal Infringement .................................................................. 123

                (i)       Response to Samsung's Infringement Contentions ........ 123

        b)      Doctrine of Equivalents ............................................................ 124

5.      The Accused Apple Products Do Not Include "A Decompressor Which
        Decompresses Said Compressed Data By Using A Different
        Decompressing Method According To Whether Said Recorded
        Compressed Data Is A Moving Image Signal Or A Still Image Signal" 124

        a)      Literal Infringement .................................................................. 125

                (i)       iPhone 5 ................................................................. 126

                (ii)      iPhone 4S ............................................................... 135

                (iii)     iPhone 4 ................................................................. 143

                (iv)      iPhone 3GS ........................................................... 143

                (v)       iPod touch (5th Gen.)............................................ 146

                (vi)      iPod touch (4th Gen.)............................................ 151

                (vii)     Response To Samsung's Infringement Contentions ....... 157

        b)      Doctrine of Equivalents ............................................................ 159

6.      Samsung Has Not Demonstrated That The Accused Apple Products
        Include "A Reproducing Circuit Which Reproduces A Moving Image
        Signal, A Sound Signal In Synchronous To Said Moving Image Signal,
        And A Still Image Signal" In Its Infringement Contentions................... 160

iv

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

a)     Literal Infringement ............................................................... 160

     (i)     Response To Samsung's Infringement Contentions ....... 160

b)     Doctrine of Equivalents ........................................................ 160

7.     The Accused Apple Products Do Not "Display[] A List Of Said Moving Image Signal And Still Image Signal As A Search Mode" ................... 161

a)     Literal Infringement ............................................................... 161

     (i)     Samsung's Contentions.................................................... 161

     (ii)     Camera Roll Does Not Display "A List"........................ 161

     (iii)     Camera Roll Does Not Allow Users To "Search" For Images As Part Of A "Search Mode" ............................ 165

b)     Doctrine of Equivalents ........................................................ 168

8.     The Accused Apple Products Do Not Include A "Recording Circuit" "Wherein Said Recording Circuit Records Each One Of Said Plurality Of Image Signals With Classification Data" ............................................... 170

a)     Literal Infringement ............................................................... 170

     (i)     Samsung's Contentions.................................................... 170

     (ii)     Camera Roll Is Not A "Classification".......................... 171

9.     The Accused Apple Products Do Not Record Each Image With Data Indicating The Album Or Albums That Contain The Image ................. 177

10.     Doctrine of Equivalents ........................................................ 178

H.     Design-Arounds ................................................................................ 180

1.     The "Number of Images" Can Be Removed From The Accused Apple Products.......................................................................... 180

2.     Albums Can Be Displayed As A Grid Rather Than As A List............... 183

I.     The Hitachi MPEG-1A Digital Cameras .................................................. 184

J.     Conclusion ........................................................................................ 187

**VOLUME III**

VI.     U.S. PATENT NO. 5,579,239 .............................................................. 189

A.     Summary of Conclusions Regarding the '239 Patent ......................... 189

B.     Materials Considered ......................................................................... 189

C.     Background of the Technology Relevant to the '239 Patent ............... 190

1.     Video and Audio Cards....................................................... 190

2.     Image Sensors ................................................................... 208

v

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

3.   Video ................................................................................. 212

D.   The '239 Patent and Commercial Embodiment ................................................. 213

1.   Dr. Schonfeld Mischaracterizes the '239 Patent and File History .......... 213

2.   Dr. Schonfeld Incorrectly States That The Inventors Did Not Relinquish
     Any Claimed Subject Matter During Prosecution ................................. 217

3.   The '239 Patent Does Not Describe Video Calls or Streaming.............. 224

4.   The Commercial Embodiment of the '239 Patent Alleged Invention .... 229

E.   Claim Construction ............................................................................. 231

1.   "means for capturing, digitizing, and compressing at least one composite
     signal" ................................................................................. 231

2.   "means for storing said composite signal" (claim 1) .............................. 232

3.   "means for receiving at least one composite signal transmitted by the
     remote unit" (claim 1) ............................................................. 235

4.   "means for exchanging with said host unit" (claim 1)........................... 237

5.   "means for storing the composite signal received by the host unit" (claim
     1) ................................................................................. 239

6.   "means for decompressing said composite signal" (claim 1) ................ 240

7.   "means for transmission of said captured video over a cellular frequency"
     (claim 15) ........................................................................... 240

F.   The Accused Products ........................................................................ 242

1.   The Accused iOS Devices .................................................... 245

2.   Relevant Features and Components of the Accused iOS Devices.......... 248

     a)   Image Sensors .............................................................. 249

     b)   Microphones and Audio Codecs........................................... 251

     c)   System-On-Chip ........................................................... 254

          (i)    Video Processing ................................................. 255

          (ii)   Audio Processing ............................................... 259

          (iii)  Video Playback with Audio ................................... 259

     d)   Wi-Fi Chip ................................................................ 260

     e)   Baseband Chip ........................................................... 261

3.   The Accused Mac Computers................................................ 261

     a)   MacBook Pro 13" (D1)................................................... 263

     b)   iMac 21.5" (D7) .......................................................... 263

     c)   iMac 21.5" (K60) ........................................................ 264

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

4.  FaceTime...................................................................................... 266

5.  Mail............................................................................................... 269

6.  Messages ...................................................................................... 271

7.  Wi-Fi Sync, USB Sync, iPhoto, AirDrop, QuickTime .......................... 273

G.  The Accused Products Do Not Infringe the Asserted Claims of the '239 Patent 273

1.  "means for capturing, digitizing, and compressing at least one composite signal" (claim 1)................................................................................ 274

    a)  The accused products do not have an "audio capture card and video card having a video capture module" or equivalent structure ...................................................................................................... 276

    b)  The accused components do not perform the function of "capturing, digitizing, and compressing at least one composite signal" ................................................................................................. 287

    c)  The accused components do not meet this limitation under the doctrine of equivalents .............................................................. 291

    d)  Dr. Schonfeld has failed to demonstrate that the accused products have an "audio capture card and a video card having a video capture module" or equivalent structure ..................................... 293

    e)  Dr. Schonfeld has failed to demonstrate that the accused components perform the function of "capturing, digitizing, and compressing at least one composite signal"................................. 297

    f)  Dr. Schonfeld has failed to rebut Apple's non-infringement contentions or to demonstrate that the accused components meet this limitation under the doctrine of equivalents........................ 300

2.  "means for storing said composite signal" (claim 1)............................ 310

    a)  The accused components are not hard disk drives, literally or under the doctrine of equivalents ........................................................ 310

    b)  The accused components do not perform the function of "storing said composite signal" .............................................................. 312

    c)  Dr. Schonfeld has failed to demonstrate that the accused components satisfy this limitation ............................................... 314

3.  "means for transmitting said composite signal" (claim 1)..................... 316

    a)  The accused products do not have one or more modems connected to one or more cellular telephones, telephone lines, and/or radio transmitters or equivalent structure............................................. 317

    b)  The accused components do not have software performing a software sequence of initializing one or more communications

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

ports on the remote unit, obtaining the stored data file, and
transmitting the stored data file.................................................. 320

    (i)    Initializing One or More Communications Ports on the
           Remote Unit ................................................................ 320

    (ii)   Initializing One or More Communications Ports on the
           Remote Unit: Shared Operating System Code ............... 322

    (iii)  Initializing One or More Communications Ports on the
           Remote Unit: FaceTime ................................................ 323

    (iv)  Initializing One or More Communications Ports on the
           Remote Unit: Messages and Mail. ................................. 326

    (v)    Obtaining the Stored Data File ....................................... 326

    (vi)  Obtaining the Stored Data File: Shared Operating System
           Software ....................................................................... 327

    (vii)  Obtaining the Stored Data File: FaceTime .................... 327

    (viii) Obtaining the Stored Data File: Photo (Mail and Messages)
           ...................................................................................... 331

    (ix)  Transmitting the Stored Data File: FaceTime................. 332

    (x)    Transmitting the Stored Data File: Photo (Mail and
           Messages)...................................................................... 333

a)   The accused products do not perform the identical function of
     transmitting said composite signal.............................................. 333

b)   The accused components are not equivalent to required structure
     ...................................................................................................... 333

c)   The accused devices do not infringe under the doctrine of
     equivalents .................................................................................. 335

4.   "a host unit" .......................................................................................... 336

5.   "means for receiving at least one composite signal transmitted by the
     remote unit" (claim 1) .......................................................................... 337

a)   The accused components do not perform the claimed function of
     the limitation ............................................................................... 337

b)   The accused products do not have the required structure ........... 338

    (i)    Software: FaceTime........................................................ 339

    (ii)   Software: Mail and Messages ........................................ 340

c)   The accused components are not structural equivalents ............. 340

d)   The accused products do not meet this limitation under the doctrine
     of equivalents .............................................................................. 342

6.   "a playback unit" (claim 1) ................................................................... 343

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

7.    "means for exchanging data with said host unit" (claim 1) .................... 343

    a)    The accused products do not have a 16-bit Ethernet card, Novell
Netware software or Host Boot Sequence D or equivalent structure
............................................................................................................ 345

    b)    The accused components do not perform the claimed function . 347

    c)    Dr. Schonfeld has failed to demonstrate that the accused
components meet this limitation ................................................. 347

    d)    Dr. Schonfeld has failed to rebut Apple's non-infringement
contentions ................................................................................. 351

8.    "means for storing the composite signal received by the host unit" (claim
1) ...................................................................................................... 352

9.    "means for decompressing said composite signal" (claim 1) ................ 353

    a)    The accused products do not have a "video card" or an "audio
card," literally or under the doctrine of equivalents .................. 354

    b)    Dr. Schonfeld has failed to demonstrate that the accused products
have an "audio card" and a" video card" or equivalent structure 361

10.   "An apparatus according to claim 3 wherein the means for transmitting the
composite signal includes: at least one interface installed in conjunction
with said remote unit; a cellular telephone connected to each said
interface" (claim 7) ......................................................................... 363

11.   "An apparatus for transmission of data, comprising: a computer including
a video capture module to capture and compress video in real time" (claim
15) ................................................................................................... 364

    a)    The accused components do not satisfy this limitation .............. 364

    b)    Dr. Schonfeld has failed to demonstrate that the accused
components satisfy this limitation literally or under the doctrine of
equivalents ................................................................................. 367

12.   "means for transmission of said captured video over a cellular frequency"
(claim 15) ........................................................................................ 370

H.   Direct Infringement ............................................................................. 370

I.    Indirect Infringement ........................................................................... 372

J.    Samsung Does Not Practice the Asserted Claims of the Patent .......................... 374

K.   Design Around ..................................................................................... 375

L.    Supplemental Invalidity Opinions ....................................................... 377

M.   Conclusion ........................................................................................... 379

ix

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California corporation,

    Plaintiff,

      vs.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

    Defendants.

Civil Action No. 12-CV-00630-LHK

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

    Counterclaim-Plaintiffs,

      v.

APPLE INC., a California corporation,

    Counterclaim-Defendant.

**CORRECTED EXPERT REPORT OF JAMES A. STORER, PH.D.**
**REGARDING NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF**
**U.S. PATENT NOS. 5,579,239 AND 6,226,449**

**VOLUME II**

7

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

## V.      U.S. PATENT NO. 6,226,449

### A.      Summary of Conclusions Regarding the '449 Patent

20.      have been retained as an expert in this case by Apple Inc. ("Apple").  I expect to testify at trial regarding the matters set forth in this report, if asked about these matters by the Court or by the parties' attorneys.

21.      I have been asked to review and comment on the "Expert Report of Kenneth A. Parulski Regarding Infringement of U.S. Patent No. 6,226,449" dated August 12, 2013 ("Parulski Rep."), in which Mr. Parulski asserts that the Apple iPhone 5, iPhone 4S, iPhone 4, iPhone 3GS, iPod touch (5th Generation), and iPod touch (4th Generation) (collectively, the "accused Apple products") infringe claims 25 and 27 of the '449 patent.

22.      I disagree with Mr. Parulski's opinions regarding Apple's alleged infringement of the '449 patent.  Based on my understanding of the accused Apple products, the legal standards set forth above, and the plain and ordinary meaning of the claim terms, the accused Apple products do not infringe claim 25 or 27 of the '449 patent.

23.      The claimed digital camera of the '449 patent uses an architecture that is outdated and fundamentally different from the technology of the accused Apple products, which are multimedia devices that offer users a variety of features and functions.  Samsung's and Mr. Parulski's infringement allegations suffer from multiple defects.  Specifically, I have concluded that:

- None of the accused Apple products is a "digital camera";

- None of the accused Apple products includes "an A/D converter which converts said analog signal from said imaging device to a digital signal";

- None of the accused Apple products includes "a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals";

8