# EXHIBIT 8

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

**EXPERT REPORT OF JAMES A. STORER, PH.D.
REGARDING INVALIDITY OF THE ASSERTED CLAIMS OF
U.S. PATENT NOS. 5,579,239 AND 6,226,449**

**VOLUME I**

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

**EXPERT REPORT OF JAMES A. STORER, PH.D.
REGARDING INVALIDITY OF THE ASSERTED CLAIMS OF
U.S. PATENT NOS. 5,579,239 AND 6,226,449**

**VOLUME II**

13

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Apple PhotoFlash User's Guide [APL630DEF-WH0000008151] at APL630DEF-WH0000008184.

249.	Although the above thumbnails are displayed in a grid format, not in a "list" as required by claim 25, it would have been obvious to modify the software to display information regarding the thumbnails as a list that includes information about the thumbnails, such as the date and time of capture, particularly in light of similar contemporaneous software and other functionality within PhotoFlash itself (*e.g.* list of catalogs described below). *See, e.g.*, Ricoh PhotoStudio 2.0 User Guide, 1996, Rev. 4/97 [APL630DEF-WH-A0000014950] at APL630DEF-WH-A0000014967, 14968; *see also, e.g.*, The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011269.

250.	I understand that Samsung contends that "PhotoFlash also fails to disclose displaying a search mode or a classification mode" and that "[t]o the extent Apple contends that PhotoFlash discloses a 'search mode' because it allows the user to search for images by, for example, searching for specific file names, that search functionality fails to disclose or suggest displaying the claimed list of moving and still image signals." *See* Samsung's Supp. Response to

129

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

Dated:  August 12, 2013

_____
James Storer, Ph.D.