| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com |    HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts  02109 |
| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| Facsimile:  (650) 849-5333 | |
| | |
| HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (CA SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| JACK W. LONDEN (CA SBN 85776) | WILMER CUTLER PICKERING |
| jlonden@mofo.com |    HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 950 Page Mill Road |
| rkrevans@mofo.com | Palo Alto, California  94304 |
| RUTH N. BORENSTEIN (CA SBN 133797) | Telephone:  (650) 858-6000 |
| rborenstein@mofo.com | Facsimile:  (650) 858-6100 |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-752 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|        Plaintiff, | |
|     vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **CERTIFICATE OF SERVICE UPON INTEL CORPORATION** |
|        Defendants. | |

I, Liv Herriot, declare as follows:

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party of the within-entitled action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On January 30, 2014, I served the following document(s):

1. **THE DECLARATION OF PETER J. KOLOVOS REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED THEORIES AND CLAIM CONSTRUCTIONS**

BY ELECTRONIC SERVICE: I caused the document to be sent by E-Mail to the Counsel for Intel Corporation:

Christopher L. Kelley
ckelley@perkinscoie.com
Perkins Coie
3150 Porter Drive
Palo Alto, CA 94304

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 30, 2014, at Palo Alto, California.

Liv Herriot

CERTIFICATE OF SERVICE
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 117605438v.1