| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**APPLE'S MOTION FOR CLARIFICATION OF ORDER RE: MOTIONS TO STRIKE AND SEAL (DKT NO. 1127) CONCERNING DR. MOWRY'S THEORIES "BASED ON HIS DISCUSSIONS WITH ENGINEERS NOT DISCLOSED" BY APPLE**<br><br>Date: March 11, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

**NOTICE OF MOTION**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 11, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Paul S. Grewal in Courtroom 5, United States District Court for the Northern District of California, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, Apple, Inc. ("Apple") shall move the Court for clarification of its Order of January 9, 2014 (Dkt. No. 1127).

The Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the supporting Declaration of Esther Kim, and such other written or oral argument as may be presented at or before the time this Motion for Clarification is taken under submission by the Court.

**RELIEF REQUESTED**

Apple requests that the Court clarify that the Order of January 9, 2014, which in part granted Samsung's motion "to strike Mowry's theories regarding Apple's practice of the '647 patent based on his discussions with engineers not disclosed by [Apple]" (Dkt. No. 1127 at 9-10), does not strike Paragraphs 302 and 303 from the August 12, 2013 Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647, which paragraphs do not reference and are not based on discussions with engineers.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Samsung moved to strike portions of Dr. Mowry's report that "Rely On Discussions With Undisclosed Engineers To Allege Any Apple Products Practice The '647 Patent." (Dkt. No. 880-5 at 22:18-19; *see also* Dkt. No. 1018 at 14:8-9.) Consistent with Samsung's request, the Court's Order of January 9, 2014, stated: "[Samsung] ***moves to strike Mowry's theories*** regarding Apple's practice of the '647 patent ***based on his discussions with engineers not disclosed by [Apple]***. . . . [Samsung's] motion is GRANTED." (Dkt. No. 1127 at 9:18-10:2 (emphasis added).)

Apple seeks clarification that the Court's Order does not strike Paragraphs 302 and 303 from the August 12, 2013 Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647 ("Mowry Infringement Report"). Paragraphs 302 and 303 address Dr. Mowry's personal review of source code, his use and examination of Apple products that he owns and that he referenced in his report, and Apple user manuals that describe the claimed functionality, as bases for his opinion that Apple's products practice the '647 patent. (Dkt. No. 964-17 ¶¶ 302-303.) These paragraphs do not "Rely On Discussions With Undisclosed Engineers" (Dkt. No. 880-5 at 22:18-19) – they contain no references to engineers whatsoever. Thus, Apple believes that Paragraphs 302 and 303 of the Mowry Infringement Report are not subject to the Court's Order granting Samsung's request to strike "Mowry's theories regarding Apple's practice of the '647 patent based on his discussions with engineers not disclosed by [Apple]." (Dkt. No. 1127 at 9:18-20.)

Clarification is necessary because Samsung contends that the Court's Order struck every paragraph of the Mowry Infringement Report identified in Samsung's proposed order granting its Motion to Strike, which included Paragraphs 302 and 303. (*See* Dkt. No. 880-23 at ¶ 2; Kim Declaration ¶ 2.)

APPLE'S MOTION FOR CLARIFICATION OF ORDER RE: MOTIONS TO STRIKE AND SEAL (DKT NO. 1127)
CASE NO. 12-CV-00630-LHK (PSG)
sf-3377739

2

1 | Dated: February 3, 2014      MORRISON & FOERSTER LLP

By:    */s/ Rachel Krevans*
       RACHEL KREVANS

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.

APPLE'S MOTION FOR CLARIFICATION OF ORDER RE: MOTIONS TO STRIKE AND SEAL (DKT NO. 1127)
CASE NO. 12-CV-00630-LHK (PSG)
sf-3377739

3