JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF ESTHER KIM IN SUPPORT OF APPLE'S MOTION FOR CLARIFICATION OF ORDER RE: MOTIONS TO STRIKE AND SEAL (DKT NO. 1127) CONCERNING DR. MOWRY'S THEORIES "BASED ON HIS DISCUSSIONS WITH ENGINEERS NOT DISCLOSED" BY APPLE** |

I, Esther Kim, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein and am competent to testify thereto. I submit this declaration in support of Apple's Motion for Clarification of Order Regarding Motions to Strike and Seal (Dkt. No. 1127) Concerning Dr. Mowry's Theories "Based on His Discussions with Engineers Not Disclosed" by Apple.

2. On January 21, 2014, my colleague Nathan Sabri and I met and conferred with Zachariah Summers, counsel for Samsung, by telephone. During the meet and confer, Mr. Sabri and I indicated that Apple understood the order granting Samsung's motion to strike with respect to Dr. Mowry's theories regarding undisclosed engineers (Dkt. No. 1127 at 9-10) to apply only to theories based on such discussions. Mr. Summers indicated that Samsung understood the order to apply to all opinions included in Samsung's proposed order (Dkt. No. 880-23), including Paragraphs 300 and 302 of the Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 3rd day of February 2014 in San Francisco, California.

*/s/ Esther Kim*
Esther Kim

1  **ATTESTATION OF E-FILED SIGNATURE**

2    I, Rachel Krevans, am the ECF User whose ID and password are being used to file this

3  Declaration.  In compliance with General Order 45, X.B., I hereby attest that Esther Kim has

4  concurred in this filing.

5  Dated:  February 3, 2014          By:    */s/ Rachel Krevans*
                                             RACHEL KREVANS