JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**NOTICE OF APPEARANCE OF JAMES P. BENNETT** |

NOTICE OF APPEARANCE
CASE NO.12-cv-00630-LHK (PSG)
sf-3379545

1  PLEASE TAKE NOTICE that attorney James P. Bennett of Morrison & Foerster LLP, a
2  member of the State Bar of California (CA SBN 65179) and admitted to practice in this Court,
3  and whose contact information appears below, hereby enters an appearance as an additional
4  attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned
5  case.

James P. Bennett
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Phone:  (415) 268-7169
Fax:  (415) 276-7169
Email:  JBennett@mofo.com

Dated: February 3, 2014                    MORRISON & FOERSTER LLP

                                           By:  */s/ James P. Bennett*
                                                James P. Bennett

                                                Attorneys for Plaintiff and
                                                Counterclaim-Defendant
                                                APPLE INC.

NOTICE OF APPEARANCE
CASE NO.12-cv-00630-LHK (PSG)
sf-3379545

1