QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **SAMSUNG'S NOTICE REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 1220)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Case No. 11-cv-01846-LHK
SAMSUNG'S NOTICE RE APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 1220)

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2    **PLEASE TAKE NOTICE** that Apple Inc. has filed an Administrative Motion to File

3  Under Seal Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on

4  Undisclosed Claim Constructions (Dkt. No. 1220).   Samsung Electronics Co., Ltd., Samsung

5  Electronics America, Inc., and Samsung Telecommunications America, LLC do not maintain a

6  claim of confidentiality over the documents included in Apple's filing.

7

8   DATED: Febuary 3, 2014                QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
9

10                                        By   */s/ Victoria F. Maroulis*
                                             Charles K. Verhoeven
11                                           Kevin P.B. Johnson
                                             Victoria F. Maroulis
12                                           William C. Price
                                             Attorneys for SAMSUNG ELECTRONICS CO.,
13                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC., and SAMSUNG
14                                           TELECOMMUNICATIONS AMERICA, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28