UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PAULA M. PHILLIPS REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Paula M. Phillips, hereby declare as follows::

1. I am a Legal Administrator for AT&T Services, Inc. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Apple filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 1220) on January 30, 2014. I understand that concurrently with this motion, Apple filed a Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions ("Opposition"). AT&T supports Apple's request to seal portions of the Opposition that contain AT&T's confidential information.

3. Pages 7, 21, 22 and 24 of Apple's Opposition reference highly confidential information relating to how network equipment on the AT&T network allegedly operates. This information is highly confidential trade secret information and public disclosure of it would be harmful to AT&T and to AT&T's network equipment suppliers.

4. The relief requested by is necessary and narrowly tailored to protect AT&T's confidential information produced in this matter.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 4th day of February, 2014, in Bedminster, New Jersey.

Dated: February 4, 2014    /s/ _____
                           Paula M. Philips

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 4, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Paula M. Phillips has concurred in this filing.

Dated: February 4, 2014

/s/ Mark D. Selwyn
Mark D. Selwyn