DAVID H. DOLKAS (State Bar No. 111080)
ddolkas@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park, CA 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401

BRETT E. BACHTELL
bbachtell@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606-5055
Telephone: +1 312 372 7000
Facsimile: +1 312 984 7700

Attorneys for Non-Party
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF BRETT E. BACHTELL REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Brett E. Bachtell, hereby declare as follows:

1.  I am a partner at the law firm of McDermott Will & Emery LLP and counsel for non-party Qualcomm Incorporated ("Qualcomm"). I am licensed to practice law in the State of Illinois. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.  Apple filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 1220) on January 30, 2014. I understand that concurrently with this motion, Apple filed a Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions ("Opposition") and exhibits thereto. Given the sensitive nature of certain highly confidential material contained within Apple's Opposition, Qualcomm supports Apple's request to seal portions of Apple's Opposition and exhibits thereto that contain Qualcomm's confidential information.

3.  It is my understanding page 7 lines 17-18, page 21 lines 20-21, page 23 lines 13-15 and page 24 lines 19-20 of Apple's Opposition refer to and describe highly confidential Qualcomm technical materials and source code related to Qualcomm's chipsets. Public disclosure of information regarding the technical functionality and source code related to Qualcomm products or unauthorized disclosure to non-licensees or competitors would be harmful to Qualcomm. This Court has previously granted similar requests to seal in the litigation between Apple and Samsung tried last year. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8).

4.  It is my understanding exhibit 5 is an excerpt from the September 19 and 20, 2013 deposition of Thomas E. Fuja, Ph.D. Page 245 lines 14-16 and 21-23, page 253 lines 20-22, and page 254 lines 1-3 and lines 5-8 refer to and describe highly confidential Qualcomm technical materials and source code related to Qualcomm's chipsets. Public disclosure of information regarding the technical functionality and source code related to Qualcomm products or unauthorized disclosure to non-licensees or competitors would be harmful to Qualcomm. This Court has previously granted similar requests to seal in the litigation between Apple and

1  Samsung tried last year. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No.
2  11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8).
3     5.   The relief requested is necessary and narrowly tailored to protect confidential
4  information contained within the highly confidential Qualcomm material produced in this matter.
5     6.   I declare under the penalty of perjury under the laws of the United States of
6  America that the foregoing is true and correct to the best of my knowledge and that this
7  Declaration was executed this 4th day of February, 2014, in Chicago, Illinois.

Dated:  February 4, 2014                              */s/* Brett E. Bachtell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 4, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Brett Bachtell has concurred in this filing.

Dated: February 4, 2014              /s/ Mark D. Selwyn
                                      Mark D. Selwyn