QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-CV-00630-LHK <br><br> **STATEMENT OF RECENT DECISION (L.R. 7-3(d))** |

1  Pursuant to Local Rule 7-3(d), Defendants Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively
3  "Samsung") bring to the Court's attention a Decision on Petition by the United States Patent and
4  Trademark Office ("USPTO") in the *ex parte* reexamination of U.S. Patent Number 8,074,172 (the
5  "'172 patent") dated January 13, 2014.  This Decision on Petition is relevant to Samsung's
6  invalidity defenses for the '172 patent because the prior art identified in the Decision on Petition is
7  the same or in the same family as the prior art asserted by Samsung in this case.  The Decision on
8  Petition identifies International Patent Number WO 2005/008899 ("Ng"), Ng in combination with
9  U.S. Patent Number 6,801,190 ("Robinson"), and U.S. Patent Number 5,953,541 ("King") as
10 raising substantial new questions of patentability over the '172 patent.  To the best of Samsung's
11 knowledge, this Decision on Petition was published on the USPTO's Patent Application
12 Information Retrieval (PAIR) website on January 13, 2014.  A copy of the Decision on Petition is
13 attached hereto as Exhibit A.

15 DATED: February 4, 2014   QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

                              By */s/ Victoria F. Maroulis*
                              Charles K. Verhoeven
                              Kevin P.B. Johnson
                              Victoria F. Maroulis
                              Michael T. Zeller
                              Attorneys for SAMSUNG ELECTRONICS CO.,
                              LTD., SAMSUNG ELECTRONICS AMERICA,
                              INC., and SAMSUNG
                              TELECOMMUNICATIONS AMERICA, LLC