| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No.   12-cv-00630-LHK (PSG) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FINANCIAL DATA SUPPLEMENTATION** |

WHEREAS Apple and Samsung have previously exchanged financial and market share data and whereas that data was used by their respective damages experts as inputs to their damages calculations ("Financial Data").

WHEREAS Apple and Samsung agree to exchange Financial Data from the end of the period for which the Financial Data was previously produced through December 31, 2013 ("Updated Financial Data") to update each party's damages calculation.

WHEREAS after February 4, 2014, the parties will have narrowed to 5 the patent claims being asserted and narrowed to 10 the products being accused (referred to as "Case Narrowing Decisions").

NOW THEREFORE the parties stipulate as follows:

1. The parties agree to exchange unit sales information for all Accused Products through November 30, 2013 on January 31, 2014.  Accused Products shall mean: as to Samsung: Admire, Conquer 4G, Dart, Exhibit II 4G, Galaxy Nexus, Galaxy Note, Galaxy Note II, Galaxy SII, Galaxy SII Epic 4G Touch, Galaxy SII Skyrocket, Galaxy SIII, Galaxy Tab 2 10.1, Illusion, Stratosphere, and Transform Ultra; as to Apple: iPhone 4, iPhone 4S, iPhone 5, iPad 2, iPad 3, iPad 4, iPad Mini, iPod Touch (5th generation), iPod Touch (4th generation), MacBook Air, MacBook Pro, iMac, Mac Mini.  In the event the Court reconsiders its summary judgment ruling on the '757 patent, Apple shall within 5 court days provide information for the following two additional products: iTunes and iCloud.

2. The parties agree to exchange all Updated Financial Data through December 31, 2013 by February 10, 2014.  Updated Financial Data shall mean Samsung U.S. unit sales data for Accused Products (e.g. SAMNDCA630-06642237), Samsung financial data by Accused Products (e.g. SAMNDCA630-06642237), Apple unit sales data (e.g. APLNDC630-Y00000008-13, APLNDC630-Y00000043-105), Apple Line of Business Reports (e.g. APLNDC630-Y00000014-17), Apple manufacturing capacity information (e.g.

APLNDC630-0001120880-881), and IDC market share data (e.g. APLNDC-Z0000000001, APLNDC-Z0000000003).  The parties shall not be required to exchange such information for products removed from the case as a result of the February 4, 2014 Case Narrowing Decisions.

3. The parties agree to exchange supplemental calculations of damages incorporating Updated Financial Data and Case Narrowing Decisions by February 17, 2014.

4. With regard to the exhibit lists to be exchanged on February 13, 2014, each party may reserve no more than 10 exhibits which depend on the Updated Financial Data and Case Narrowing Decisions.  These reserved exhibits shall be exchanged on February 21, 2014.

5. By this stipulation, both parties agree not to object to any Updated Financial Data produced pursuant to this stipulation on the ground that it was produced after discovery cutoff.  Neither party waives any other objection to any evidence or supplemental calculation.

**IT IS SO STIPULATED.**

1  Dated: February 4, 2014

2

3  By: */s/ Harold J. McElhinny*                By: */s/ Michael L. Fazio*

4     Attorney for Plaintiff and Counterclaim-Defendant      Attorney for Defendants and Counterclaim-Plaintiffs

5     APPLE INC.                                               SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,

6                                                              INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA,

7                                                              LLC

8     JOSH A. KREVITT (CA SBN 208552)                          CHARLES K. VERHOEVEN (Bar No. 170151)
   jkrevitt@gibsondunn.com                                  charlesverhoeven@quinnemanuel.com

9     H. MARK LYON (CA SBN 162061)                             KEVIN A. SMITH (Bar No. 250814)
   mlyon@gibsondunn.com                                     kevinsmith@quinnemanuel.com

10    GIBSON, DUNN & CRUTCHER LLP                              QUINN EMANUEL URQUHART & SULLIVAN LLP

11    1881 Page Mill Road
   Palo Alto, CA  94304-1211                                50 California Street, 22nd Floor

12    Telephone: (650) 849-5300                                San Francisco, California 94111
   Facsimile: (650) 849-5333                                Telephone: (415) 875-6600

13                                                             Facsimile: (415) 875-6700
   HAROLD J. McELHINNY (CA SBN

14    66781)                                                   KEVIN P.B. JOHNSON (Bar No. 177129
   hmcelhinny@mofo.com                                      (CA);

15    JACK W. LONDEN (CA SBN 85776)                            2542082 (NY))

16    jlonden@mofo.com                                         kevinjohnson@quinnemanuel.com
   RACHEL KREVANS (CA SBN 116421)                           VICTORIA F. MAROULIS (Bar No.

17    rkrevans@mofo.com                                        202603)
   RUTH N. BORENSTEIN (CA SBN                               victoriamaroulis@quinnemanuel.com

18    133797)                                                  QUINN EMANUEL URQUHART &
   rborenstein@mofo.com                                     SULLIVAN LLP

19    ERIK J. OLSON (CA SBN 175815)

20    ejolson@mofo.com                                         555 Twin Dolphin Drive, 5th Floor
   MORRISON & FOERSTER LLP                                  Redwood Shores, California 94065

21    425 Market Street                                        Telephone: (650) 801-5000
   San Francisco, California 94105-2482                     Facsimile: (650) 801-5100

22    Telephone: (415) 268-7000
   Facsimile: (415) 268-7522

23                                                             WILLIAM C. PRICE (Bar No. 108542)
                                                            williamprice@quinnemanuel.com

24    WILLIAM F. LEE (*pro hac vice*)                          QUINN EMANUEL URQUHART &
   William.lee@wilmerhale.com                               SULLIVAN LLP

25    WILMER CUTLER PICKERING
     HALE AND DORR LLP                                     865 South Figueroa Street, 10th Floor

26    60 State Street                                          Los Angeles, California 90017-2543
   Boston, Massachusetts 02109                              Telephone: (213) 443-3000

27    Telephone: (617) 526-6000                                Facsimile: (213) 443-3100
   Facsimile: (617) 526-5000

28

1  MARK D. SELWYN (CA SBN 244180)
2  mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
3   HALE AND DORR LLP
   950 Page Mill Road
4  Palo Alto, CA 94304
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  February 4, 2014              */s/ Harold J. McElhinny*
                                      Harold J. McElhinny

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                                         Hon. Lucy H. Koh
                                         United States District Judge