QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **SAMSUNG'S FEBRUARY 4, 2014 CASE NARROWING STATEMENT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to the Court's Case Management Order issued on April 24, 2013 (Dkt. 471) and the Court's Order Regarding Modification Of Time To File Narrowing Statements issued on January 16, 2014 (Dkt. 1135), Samsung submits this statement narrowing its offensive case to following 5 asserted claims and 10 accused Apple products.

Asserted Claims

- U.S. Patent No. 7,756,087 – Claim 10
- U.S. Patent No. 7,551,596 – Claim 13
- U.S. Patent No. 6,226,449 – Claim 27
- U.S. Patent No. 5,579,239 – Claims 1 and 15

Accused Apple Products

1. iPhone 4
2. iPhone 4S
3. iPhone 5
4. iPad 2
5. iPad 3
6. iPad 4
7. iPad Mini
8. iPod Touch (5th generation)
9. iPod Touch (4th generation)
10. MacBook Pro

* * *

Samsung intends to confer with Apple, and subsequently file a stipulation of dismissal without prejudice and proposed order with respect to the patents, claims and products that it will not assert against Apple at trial in this case.

1  DATED: February 4, 2014         QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP

         By */s/ Todd Briggs*
            Charles K. Verhoeven
            Kevin P.B. Johnson
            Victoria F. Maroulis
            Michael T. Zeller
            Todd Briggs
            Attorneys for SAMSUNG ELECTRONICS CO.,
            LTD., SAMSUNG ELECTRONICS AMERICA,
            INC., and SAMSUNG
            TELECOMMUNICATIONS AMERICA, LLC