JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**APPLE'S LIST OF ACCUSED PRODUCTS AND ASSERTED PATENT CLAIMS PURSUANT TO JULY 31, 2013, AND JANUARY 16, 2014, COURT ORDERS** |

Pursuant to the Court's July 31, 2013, Order (Dkt. No. 713 at 2) and January 16, 2014, Order modifying time to file narrowing statements (Dkt. No. 1136), Apple Inc. ("Apple") hereby identifies the five asserted patent claims and ten accused products on which it will proceed to trial beginning March 31, 2014.

## I. ASSERTED PATENT CLAIMS

1. U.S. Patent No. 5,946,647 – Claim 9
2. U.S. Patent No. 6,847,959 – Claim 25
3. U.S. Patent No. 7,761,414 – Claim 20
4. U.S. Patent No. 8,046,721 – Claim 8
5. U.S. Patent No. 8,074,172 – Claim 18

## II. ACCUSED PRODUCTS

1. Admire
2. Galaxy Nexus
3. Galaxy Note
4. Galaxy Note II
5. Galaxy S II
6. Galaxy S II Epic 4G Touch
7. Galaxy S II Skyrocket
8. Galaxy S III
9. Galaxy Tab 2 10.1
10. Stratosphere

1  Dated: February 4, 2014              MORRISON & FOERSTER LLP

3                                       By:  */s/ Harold J. McElhinny*
                                             HAROLD J. MCELHINNY

                                        Attorneys for Plaintiff and
                                        Counterclaim-Defendant
                                        APPLE INC.

2
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPLE'S LIST OF ACCUSED PRODUCTS AND ASSERTED PATENT CLAIMS
CASE NO.12-cv-00630-LHK (PSG)
sf-3379744