UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR CLARIFICATION OF ORDER RE: MOTIONS TO STRIKE AND SEAL (DKT NO. 1127) CONCERNING DR. MOWRY'S THEORIES "BASED ON HIS DISCUSSIONS WITH ENGINEERS NOT DISCLOSED" BY APPLE** |

[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR CLARIFICATION OF ORDER (DKT NO. 1127)
CASE NO.12-cv-00630-LHK (PSG)
sf-3380606

1 | Plaintiff Apple Inc. ("Apple") has filed a Motion for Clarification of Order Re: Motions to Strike and Seal (Dkt No. 1127) Concerning Dr. Mowry's Theories "Based on His Discussions with Engineers Not Disclosed" by Apple.

Having considered the arguments of the parties and the papers submitted, and for good cause having been shown, Apple's Motion is hereby GRANTED. Accordingly, the Court hereby clarifies that the Court's Order of January 9, 2014, which in part granted Samsung's motion "to strike Mowry's theories regarding Apple's practice of the '647 patent based on his discussions with engineers not disclosed by [Apple]" (Dkt. No. 1127 at 9-10), does not strike Paragraphs 302 and 303 from the August 12, 2013 Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647, which paragraphs do not reference and are not based on discussions with engineers.

**IT IS SO ORDERED.**

Dated: _____   _____
                                         Honorable Paul S. Grewal
                                         United States Magistrate Judge