JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FINANCIAL DATA SUPPLEMENTATION** |

WHEREAS Apple and Samsung have previously exchanged financial and market share data and whereas that data was used by their respective damages experts as inputs to their damages calculations ("Financial Data").

WHEREAS Apple and Samsung agree to exchange Financial Data from the end of the period for which the Financial Data was previously produced through December 31, 2013 ("Updated Financial Data") to update each party's damages calculation.

WHEREAS after February 4, 2014, the parties will have narrowed to 5 the patent claims being asserted and narrowed to 10 the products being accused (referred to as "Case Narrowing Decisions").

NOW THEREFORE the parties stipulate as follows:

1. The parties agree to exchange unit sales information for all Accused Products through November 30, 2013 on January 31, 2014. Accused Products shall mean: as to Samsung: Admire, Conquer 4G, Dart, Exhibit II 4G, Galaxy Nexus, Galaxy Note, Galaxy Note II, Galaxy SII, Galaxy SII Epic 4G Touch, Galaxy SII Skyrocket, Galaxy SIII, Galaxy Tab 2 10.1, Illusion, Stratosphere, and Transform Ultra; as to Apple: iPhone 4, iPhone 4S, iPhone 5, iPad 2, iPad 3, iPad 4, iPad Mini, iPod Touch (5th generation), iPod Touch (4th generation), MacBook Air, MacBook Pro, iMac, Mac Mini. In the event the Court reconsiders its summary judgment ruling on the '757 patent, Apple shall within 5 court days provide information for the following two additional products: iTunes and iCloud.

2. The parties agree to exchange all Updated Financial Data through December 31, 2013 by February 10, 2014. Updated Financial Data shall mean Samsung U.S. unit sales data for Accused Products (e.g. SAMNDCA630-06642237), Samsung financial data by Accused Products (e.g. SAMNDCA630-06642237), Apple unit sales data (e.g. APLNDC630-Y00000008-13, APLNDC630-Y00000043-105), Apple Line of Business Reports (e.g. APLNDC630-Y00000014-17), Apple manufacturing capacity information (e.g.

APLNDC630-0001120880-881), and IDC market share data (e.g. APLNDC-Z0000000001, APLNDC-Z0000000003).  The parties shall not be required to exchange such information for products removed from the case as a result of the February 4, 2014 Case Narrowing Decisions.

3. The parties agree to exchange supplemental calculations of damages incorporating Updated Financial Data and Case Narrowing Decisions by February 17, 2014.

4. With regard to the exhibit lists to be exchanged on February 13, 2014, each party may reserve no more than 10 exhibits which depend on the Updated Financial Data and Case Narrowing Decisions.  These reserved exhibits shall be exchanged on February 21, 2014.

5. By this stipulation, both parties agree not to object to any Updated Financial Data produced pursuant to this stipulation on the ground that it was produced after discovery cutoff.  Neither party waives any other objection to any evidence or supplemental calculation.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: February 4, 2014 | |
| 2 | | |
| 3 | By: */s/ Harold J. McElhinny* | By: */s/ Michael L. Fazio* |
| 4 | Attorney for Plaintiff and Counterclaim-Defendant | Attorney for Defendants and Counterclaim-Plaintiffs |
| 5 | APPLE INC. | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

| Line | Apple Counsel | Samsung Counsel |
|---|---|---|
| 8 | JOSH A. KREVITT (CA SBN 208552) | CHARLES K. VERHOEVEN (Bar No. 170151) |
| 9 | jkrevitt@gibsondunn.com | charlesverhoeven@quinnemanuel.com |
| | H. MARK LYON (CA SBN 162061) | |
| 10 | mlyon@gibsondunn.com | KEVIN A. SMITH (Bar No. 250814) |
| | GIBSON, DUNN & CRUTCHER LLP | kevinsmith@quinnemanuel.com |
| 11 | 1881 Page Mill Road | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 12 | Palo Alto, CA  94304-1211 | 50 California Street, 22nd Floor |
| | Telephone: (650) 849-5300 | San Francisco, California 94111 |
| 13 | Facsimile: (650) 849-5333 | Telephone: (415) 875-6600 |
| 14 | HAROLD J. McELHINNY (CA SBN 66781) | Facsimile: (415) 875-6700 |
| 15 | hmcelhinny@mofo.com | KEVIN P.B. JOHNSON (Bar No. 177129 (CA); |
| 16 | JACK W. LONDEN (CA SBN 85776) | 2542082 (NY)) |
| | jlonden@mofo.com | kevinjohnson@quinnemanuel.com |
| 17 | RACHEL KREVANS (CA SBN 116421) | VICTORIA F. MAROULIS (Bar No. 202603) |
| | rkrevans@mofo.com | victoriamaroulis@quinnemanuel.com |
| 18 | RUTH N. BORENSTEIN (CA SBN 133797) | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 19 | rborenstein@mofo.com | 555 Twin Dolphin Drive, 5th Floor |
| 20 | ERIK J. OLSON (CA SBN 175815) | Redwood Shores, California 94065 |
| | ejolson@mofo.com | Telephone: (650) 801-5000 |
| 21 | MORRISON & FOERSTER LLP | Facsimile: (650) 801-5100 |
| | 425 Market Street | |
| 22 | San Francisco, California 94105-2482 | WILLIAM C. PRICE (Bar No. 108542) |
| | Telephone: (415) 268-7000 | williamprice@quinnemanuel.com |
| 23 | Facsimile: (415) 268-7522 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 24 | WILLIAM F. LEE (*pro hac vice*) | 865 South Figueroa Street, 10th Floor |
| 25 | William.lee@wilmerhale.com | Los Angeles, California 90017-2543 |
| | WILMER CUTLER PICKERING   HALE AND DORR LLP | Telephone: (213) 443-3000 |
| 26 | 60 State Street | Facsimile: (213) 443-3100 |
| | Boston, Massachusetts 02109 | |
| 27 | Telephone: (617) 526-6000 | |
| | Facsimile: (617) 526-5000 | |
| 28 | | |

1  MARK D. SELWYN (CA SBN 244180)
   mark.selwyn@wilmerhale.com
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  February 4, 2014                    */s/ Harold J. McElhinny*
                                            Harold J. McElhinny

JOINT STIPULATION AND [PROPOSED] ORDER RE: FINANCIAL DATA SUPPLEMENTATION         5
CASE NO. 12-CV-00630-LHK (PSG)

sf-3373272

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   2/5/2014

_____
Hon. Lucy H. Koh
United States District Judge