QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**NOTICE OF SAMSUNG'S FILING OF REVISED HIGHLIGHTED VERSIONS OF DOCUMENTS SOUGHT TO BE SEALED IN CONNECTION WITH PARTIES'** *DAUBERT* **MOTIONS** |

02198.51981/5748789.1

Case No. 12-CV-00630-LHK (PSG)
NOTICE OF SAMSUNG'S FILING OF REVISED HIGHLIGHTED VERSIONS OF DOCUMENTS SOUGHT TO BE SEALED

1       PLEASE TAKE NOTICE THAT pursuant to the parties' agreement to file highlighted
2  versions of documents that reflect information the parties and third parties have supported sealing
3  (*see* Dkt. 1209), Samsung files revised highlighted versions of all documents it moves to seal in
4  connection with its *Daubert* Motion (*see* Dkt. 802), its Opposition to Apple's Daubert Motion (*see*
5  Dkt. 856), and its Reply in support of its *Daubert* Motion (*see* Dkt. 948). (*See* Dkt. 1138.)  The
6  highlighted versions of documents identify the information Apple, Samsung, and any third parties
7  seek to seal.  Portions Apple seeks to seal are highlighted in yellow, portions Samsung seeks to
8  seal are highlighted in green, and portions third parties seek to seal are highlighted in blue.

DATED:  February 5, 2014                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                        By */s/ Michael L. Fazio*
                                           Charles K. Verhoeven
                                           Kevin P.B. Johnson
                                           Victoria F. Maroulis
                                           William C. Price
                                           Michael L. Fazio

                                           Attorneys for Defendants
                                           SAMSUNG ELECTRONICS CO., LTD.,
                                           SAMSUNG ELECTRONICS AMERICA, INC.,
                                           and SAMSUNG TELECOMMUNICATIONS
                                           AMERICA, LLC

02198.51981/5748789.1

-1-                             Case No. 12-CV-00630-LHK (PSG)
NOTICE OF SAMSUNG'S FILING OF REVISED HIGHLIGHTED VERSIONS OF DOCUMENTS SOUGHT TO BE SEALED