[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**JOINT STATEMENT REGARDING EFFECT OF FEBRUARY 4, 2014, CASE NARROWING DECISIONS** |

1  Pursuant to the January 30, 2014, Order Regarding Case Narrowing Statements (Dkt. No.
2  1219), the parties inform the Court that the February 4, 2014, case narrowing decisions do not
3  moot any aspect of any pending motion.

1  Dated: February 5, 2014

2

3  By: */s/ Harold J. McElhinny*                By: */s/ Victoria F. Maroulis*

4  Attorney for Plaintiff and Counterclaim-Defendant          Attorney for Defendants and Counterclaim-Plaintiffs

5  APPLE INC.                                   SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

8  JOSH A. KREVITT (CA SBN 208552)              CHARLES K. VERHOEVEN (Bar No. 170151)
   jkrevitt@gibsondunn.com                      charlesverhoeven@quinnemanuel.com
9  H. MARK LYON (CA SBN 162061)                 KEVIN A. SMITH (Bar No. 250814)
   mlyon@gibsondunn.com                         kevinsmith@quinnemanuel.com
10 GIBSON, DUNN & CRUTCHER LLP                  QUINN EMANUEL URQUHART & SULLIVAN LLP
11 1881 Page Mill Road                          50 California Street, 22nd Floor
   Palo Alto, CA 94304-1211                     San Francisco, California 94111
12 Telephone: (650) 849-5300                    Telephone: (415) 875-6600
   Facsimile: (650) 849-5333                    Facsimile: (415) 875-6700

13 HAROLD J. McELHINNY (CA SBN 66781)           KEVIN P.B. JOHNSON (Bar No. 177129 (CA);
14 hmcelhinny@mofo.com                          2542082 (NY))
15 JACK W. LONDEN (CA SBN 85776)                kevinjohnson@quinnemanuel.com
   jlonden@mofo.com                             VICTORIA F. MAROULIS (Bar No. 202603)
16 RACHEL KREVANS (CA SBN 116421)               victoriamaroulis@quinnemanuel.com
17 rkrevans@mofo.com                            QUINN EMANUEL URQUHART & SULLIVAN LLP
18 RUTH N. BORENSTEIN (CA SBN 133797)           555 Twin Dolphin Drive, 5th Floor
19 rborenstein@mofo.com                         Redwood Shores, California 94065
   ERIK J. OLSON (CA SBN 175815)                Telephone: (650) 801-5000
20 ejolson@mofo.com                             Facsimile: (650) 801-5100
   MORRISON & FOERSTER LLP
21 425 Market Street                            WILLIAM C. PRICE (Bar No. 108542)
   San Francisco, California 94105-2482         williamprice@quinnemanuel.com
22 Telephone: (415) 268-7000                    QUINN EMANUEL URQUHART & SULLIVAN LLP
   Facsimile: (415) 268-7522                    865 South Figueroa Street, 10th Floor
23                                              Los Angeles, California 90017-2543
   WILLIAM F. LEE (*pro hac vice*)              Telephone: (213) 443-3000
24 William.lee@wilmerhale.com                   Facsimile: (213) 443-3100
   WILMER CUTLER PICKERING
25   HALE AND DORR LLP
26 60 State Street
   Boston, Massachusetts 02109
27 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

28

JOINT STATEMENT RE EFFECT OF FEBRUARY 4, 2014, CASE NARROWING DECISIONS          2
CASE NO. 12-CV-00630-LHK (PSG)
sf-3380733

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

**ATTESTATION**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Joint Statement. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: February 5, 2014

*/s/ Harold J. McElhinny*
Harold J. McElhinny