JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S AMENDED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S MOTION TO EXCLUDE CERTAIN UNRELIABLE AND IMPERMISSIBLE SAMSUNG EXPERT TESTIMONY)** |

Apple's Admin. Motion to File Under Seal
Case No. 5:12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves this Court for an order to seal the following documents:

1. Portions of Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony ("Apple's Motion to Exclude");

2. Portions of Exhibit A-1 to the Declaration of Casey McCracken ("McCracken Declaration");

3. Exhibits A-2, A-3, B-1, B-2, B-3, B-4, B-7, B-8, B-10, C-1, C-2, and C-5 to the McCracken Declaration.

Apple's Motion to Exclude and the exhibits to the McCracken Declaration contain or discuss Apple's highly sensitive financial data, its confidential license agreements and negotiations, confidential technical information regarding the components and configurations for accused Apple products, and market research regarding customer use of accused Apple products.  Apple has established good cause to permit the filing of the above Apple confidential information under seal through the Amended Declaration of Jordan Bekier filed in support of this Administrative Motion to File Documents Under Seal.  As further detailed in the Amended Declaration of Jordan Bekier in Support of Apple's Administrative Motion to File Documents Under Seal, the Apple confidential information referenced within Apple's Motion to Exclude and the exhibits to the McCracken Declaration relate to, among other things, Apple's non-public, confidential financial information, the terms and conditions of Apple's confidential license agreements and negotiations, and confidential product configuration information and market research.  (Amended Bekier Dec. ¶ 3, 11, 12.)  This Court and the Federal Circuit have previously recognized that such information may be properly filed under seal. (Amended Bekier Dec. ¶ 3, 11, 12.)  The requested relief is necessary and narrowly tailored to protect the confidentiality of Apple's confidential information contained in Apple's Motion to Exclude and supporting documents.

In addition, as described in the Amended Bekier Declaration, several of the exhibits have been designated by Samsung and/or HTC America, Inc. and HTC Corporation ("HTC") as confidential, including in declarations supporting the sealing of such information. *See*, *e.g.*, D.I. 821, D.I. 839.  Accordingly, Apple has filed these documents under seal.

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for in camera review and served on Samsung. Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, proposed public versions of the documents will be publicly e-filed.

Dated: February 5, 2014

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By:  */s/ H. Mark Lyon*
                                                H. Mark Lyon

                                        Attorneys for Apple Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule 5-1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.

Dated: February 5, 2014                     By:      */s/ H. Mark Lyon*
                                                            H. Mark Lyon