# EXHIBIT 9

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S FURTHER SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES TO APPLE (NO. 12)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S FURTHER SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES (NO. 12)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby provides further supplemental responses to Interrogatory No. 12 served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung") on September 25, 2012. These responses are based on information reasonably available to Apple at the present time. Apple reserves the right to continue discovery and investigation into this matter and reserves the right to amend and supplement these responses when and if additional information becomes available. Apple's objections as set forth herein are made without prejudice to Apple's right to assert any additional or supplemental objections pursuant to Rule 26(e).

## GENERAL OBJECTIONS

The General Objections set forth in Apple Inc.'s Objections and Responses to Samsung's First Set of Interrogatories, served on November 8, 2012, are incorporated herein by reference.

## OBJECTIONS AND RESPONSES TO INTERROGATORIES

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung's First Set of Interrogatories as follows:

## INTERROGATORIES

**INTERROGATORY NO. 12:**

If YOU contend or believe that YOU do not infringe any asserted claim of the SAMSUNG PATENTS, state with specificity the complete factual and legal bases for such contention or belief.

**RESPONSE TO INTERROGATORY NO. 12:**

Apple objects to this Interrogatory as premature to the extent that it: (a) conflicts with the schedule entered by the Court, (b) conflicts with the obligations imposed by the Federal Rules of Civil Procedure, the Civil Local Rules and/or the Patent Local Rules of this Court, and/or any

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Based on Apple's current understanding of the asserted claims of the '449 patent, including how Samsung has applied those claims in its contentions Samsung cannot prove infringement of asserted claims 25 or 27 for at least the following reasons in addition to the reasons set forth above.

## VIII. CLAIM 25

### A. "A digital camera"

The accused products are not "digital cameras," as required by claim 25. The cameras of the accused products are merely component parts of a larger multimedia system that includes at least a phone, computer, digital music player, video player, global positioning device, game player, email device, online store, and numerous other component parts.

### B. "an A/D converter which converts said analog signal from said imaging device to a digital signal"

Samsung has failed to identify "an A/D converter which converts said analog signal from said imaging device to a digital signal," as required by claim 25. Samsung identifies only a "CMOS Image Sensor" as satisfying both the "imaging device" and "A/D converter" limitations, not "an A/D converter" which receives analog signals "from said imaging device," as required by the claims. Because Samsung has failed to articulate an infringement theory with respect to each requirement of this limitation, Samsung cannot prove infringement and Apple cannot fully respond to Samsung's infringement contentions. In any event, the accused Apple products do not have "an A/D converter which converts said analog signal from said imaging device to a digital signal." The "CMOS Image Sensor" identified by Samsung does not output an analog signal to an A/D converter.

### C. "a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals"

Samsung has failed to identify "a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals," as required by claim

- 59 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Apple reserves the right to supplement and/or amend its response as appropriate.

**'449 PATENT:**

Samsung cannot prove infringement of claim 1 of the '449 patent for at least the following reasons:

**CLAIM 25**

A.   **"A digital camera"**

The accused products are not "digital cameras," as required by claim 25.   The claimed "digital camera" cannot be a system or device in which a digital camera is merely a component part.  Claim 25 was narrowed from "[a]n image recording and reproducing apparatus" to a "digital camera" to overcome certain prior art cited during prosecution, and Samsung may not now recapture what was surrendered.  *See, e.g.*, '449 File History, July 31, 2000 Amendment at 10-11, 15-17.  Apple engineer Tim Millet unequivocally testified that the accused products are not "digital cameras" as required by the asserted claims.  *See* Millet Dep. at 44-45.

B.   **"an A/D converter which converts said analog signal from said imaging device to a digital signal"**

As an initial matter, Samsung has failed to comply with the Court's order denying Samsung's attempt to pursue an infringement theory premised on an A/D converter that is integrated into a CMOS image sensor, as opposed to separate and apart from the image sensor as the asserted '449 claims require.  Samsung attempted to amend its contentions to state that the A/D converter "may be incorporated into the image sensor chip."  Samsung's Motion for Leave to Amend and Supplement Infringement Contentions, Apr. 30, 2013, Exh. G at 3.  The Court concluded that Samsung did not have good cause to assert its integrated A/D converter theory. Order re: Samsung's and Apple's Motions for Leave to File Amended Infringement Contentions and Samsung's Motions to Compel [Dkt. No. 636], June 26, 2013, at 25.  Samsung's continued assertion of its "integrated A/D converter" theory is improper.

In any event, the claims require an A/D converter to receive an analog signal *from* the imaging device, *i.e.*, an A/D converter distinct from the imaging device.  Samsung identifies the CMOS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

image sensor in the accused products as the claimed "imaging device." The accused products use CMOS image sensors that have integrated A/D converters in which the A/D conversion is spread among the various columns of the pixel array and in which the A/D converter does not exist as a standalone component. Samsung appears to now concede that the A/D converter in the accused products is integrated in the CMOS image sensor. *See* Samsung's Third Amended Infringement Contentions, July 4, 2013, Exh. G at 3. Accordingly, the accused products do not have "an A/D converter which converts said analog signal from said imaging device to a digital signal." *See, e.g.*, Image Sensor Datasheets at APL630DEF-WH0000097306-97400, APL630DEF-WH0000097401-97727, APL630DEF-WH0000097728-97941, APL630DEF-WH0000097942-98045, APL630DEF-WH0000098046-98143, APL630DEF-WH0000098144-98243, APL630DEF-WH0001708357-1708434, APL630DEF-WH0001712049-1712162, APL630DEF-WH0001712166-1712279, APL630DEF-WH0001712281-1712348, APL630DEF-WH0001712349-1712426, APL630DEF-WH0001712430-1712507, APL630DEF-WH0001712508-1712583, APL630DEF-WH00017261801726248, APL630DEF-WH0001726252-1726351, APL630DEF-WH0001726353-1726452, APL630DEF-WH0001726464-1726601, APL630DEF-WH0005214335-5214457, APL630DEF-WH0005224613-5224751, APL630DEF-WH0005224752-5224847, APL630DEF-WH0005226539-5226707, OMNI0001-1385.

**C.**     **"a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals"**

In its third supplemental infringement contentions, Samsung contends that the accused products have "a video encoder that utilizes at least the H.264 and MPEG-4 standards for compressing moving images and the JPEG standard for compressing still images." Samsung is wrong. As Apple system-on-chip (SOC) engineer Tim Millet testified, JPEG compression is not

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

performed by any of the ███████████████████████████████████████

██████████████████████████████████████████████████████████████

███████████████████████████████████. *See, e.g.*, Millet Dep. at 28-31; *see also id.* at 47-48.  The video encoders do not perform JPEG compression.  *See, e.g.*, Millet Dep. at 103; *see also, e.g.*, SOC User's Manuals at APL630DEF-WH0001708435-1708676, APL630DEF-WH0001708681-1712045, APL630DEF-WH0001712585-1717115, APL630DEF-WH0001717117-1721647, APL630DEF-WH0001721649-1726179, APL630DEF-WH0001726602-1732790, APL630DEF-WH0001732791-1738775, APL630DEF-WH0001738776-1744368, APL630DEF-WH0001744369-1749888, APL630DEF-WH0001749889-1757765, APL630DEF-WH0004002318-4008422, APL630DEF-WH0005307879-5310811, APL630DEF-WH0007009869-7016101.

**D.** **"a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal"**

As with the "compressor" claim element, Samsung alleges that the accused products have "a video decoder that utilizes the H.264 and MPEG-4 standards for decompressing moving images and the JPEG standard for decompressing still images."  Samsung's Third Amended Infringement Contentions, July 4, 2013, at 5.  Again, this is incorrect, as Mr. Millet confirmed.  *See, e.g.*, Millet Dep. at 101-02.  *See, e.g.*, SOC User's Manuals at APL630DEF-WH0001708435-1708676, APL630DEF-WH0001708681-1712045, APL630DEF-WH0001712585-1717115, APL630DEF-WH0001717117-1721647, APL630DEF-WH0001721649-1726179, APL630DEF-WH0001726602-1732790, APL630DEF-WH0001732791-1738775, APL630DEF-WH0001738776-1744368, APL630DEF-WH0001744369-1749888, APL630DEF-WH0001749889-1757765, APL630DEF-WH0004002318-4008422, APL630DEF-WH0005307879-5310811, APL630DEF-WH0007009869-7016101.

**E.** **"a display which displays said moving image signals and still image signals outputted from said reproducing circuit, and a list of said moving image**

- 166 -
Case No. 12-CV-00630-LHK
APPLE'S FURTHER SUPPLEMENTAL RESPONSES TO
SAMSUNG'S FIRST SET OF INTERROGATORIES (NO. 12)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**signal and still image signal as a search mode, and a list of classifications as a classification mode"**

In its third amended infringement contentions, Samsung contends that the "Camera Roll" of the Photos App satisfies the claimed "search mode" limitation. However, the Camera Roll does not allow users to search for particular images or videos, but rather uses a thumbnail grid structure for allowing users to browse through all of the images and videos that have been recorded using the device's front or back camera components. *See* Titi Dep. at 29 ("The Camera Roll contains all the photos and videos taken with that device."), 60 ("The user can use the Camera Roll to browse and scroll through their photos."). Nor does the Camera Roll provide a data list from which a user may select and retrieve images or videos. *See* Samsung's First Supp. Response to Interrogatory No. 37, June 21, 2013 at 7 (citing, for example, Figures 7, 8, 4:64-5:4, and 7:3-7 as support for the limitation "search mode"). The Camera Roll does not, for example, display the time or date the image or video was recorded to the user. The accused products therefore do not infringe this limitation.

Finally, the Camera Roll is not a "list," as required by claim 25, but is rather a grid of thumbnail images, and therefore Samsung cannot show that the accused products meet the "list … as a search mode" limitation. *See, e.g.*, Titi Dep. at 62-63.

**F.      "wherein said recording circuit records each one of said plurality of image signals with classification data"**

In its third supplemental infringement contentions, Samsung contends that "classification data" is "the identification of the album or albums that contain a particular image signal, for each moving image signal and still image signal that is stored." Samsung's Third Amended Infringement Contentions, July 4, 2013, at 7. Samsung claims that the "Camera Roll" and user-created "Albums" meet its definition of "identification of an album." However, images and videos are not associated with any user-created Albums when they are recorded, nor is the

- 167 -
Case No. 12-CV-00630-LHK
APPLE'S FURTHER SUPPLEMENTAL RESPONSES TO
SAMSUNG'S FIRST SET OF INTERROGATORIES (NO. 12)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  Camera Roll an Album.  Titi Dep. at 100-02; *see also id.* at 18-19.  Accordingly, the accused
2  products do not have a recording circuit that "records each one of said plurality of image signals
3  with classification data," as the asserted claims require.

4     Apple reserves its right to supplement this response with regard to the '449 patent as fact
5  and expert discovery continue.

6     Apple identifies the following additional documents and other evidence that support its
7  contentions set forth above:

- APL630DEF-WH0005010231-5010249, APL630DEF-WH0005010250-5010281, APL630DEF-WH0005223991-5224116, APL630DEF-WH0005224117-5224215, APL630DEF-WH0005224216-5224314, APL630DEF-WH0005224315-5224413, APL630DEF-WH0005224414-5224512, APL630DEF-WH0005224513-5224610, APL630DEF-WH000522046-5225150, APL630DEF-WH0005280189-5283269, APL630DEF-WH0005283270-5283540, APL630DEF-WH0005283563-5286701, APL630DEF-WH0005313127-5317088.
- APL630DEF-WH0005214335-5214457, APL630DEF-WH0005224613-5224751, APL630DEF-WH0005224752-5224847, APL630DEF-WH0005226539-5226707, OMNI0001-1385.
- APL630DEF-WH0004002318-4008422, APL630DEF-WH0005307879-5310811, APL630DEF-WH0007009869-7016101.
- Source code produced in this case, including at least the following:
    - Source code located at Additional_Samsung630_Def_20130516/992-SourceDrop_13767444/ including at least the following files:

      ███████████████████████████████████████
      ███████████████████████████████████
      █████████████████████████
      ███████████████████████████████████████
      ███████████████████████████████████████,

- 168 -
Case No. 12-CV-00630-LHK
APPLE'S FURTHER SUPPLEMENTAL RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES (NO. 12)