1  STEVEN D. HEMMINGER (Ca. Bar No. 110665)
   Steve.hemminger@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
   Xavier.brandwajn@alston.com
4  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
5  Menlo Park, CA 94025
   Telephone:    650-838-2000
6  Facsimile:    650-838-2001

7  Attorneys for Non-Party NOKIA CORPORATION

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: Case No.: 12-CV-00630-LHK (PSG) |
| Plaintiff, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS  [DOCKET NO. 802]** |
| Defendants. | |

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Pursuant to Civil Rule 79-5(e), I am filing this declaration in support of sealing Exhibit M to the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Fazio Declaration"), Docket Number 802-20, on behalf of Nokia.

3. On October 10 2013, Samsung filed an Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts (Dkt. No. 802) ("Samsung's Motion to Seal"). In its Motion to Seal, Samsung noted that Exhibit M contains excerpts of the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D. that Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

4. On October 15, 2013, Apple filed the Declaration of Casey J. McCracken in Support of Samsung's Motion to Seal (Dkt. No. 824). The McCracken Declaration explains that Exhibit M to the Fazio Declaration contains non-public information regarding the terms of Apple's licenses, including pricing, royalty rates, and other terms, the revelation of which would harm Apple's negotiation position, and that the information regarding these licenses has been sealed by the Court when the license agreement itself was filed with the Court (Dkt. No. 824 at ¶ 19).

5. I was first advised by email dated January 31, 2014 from Samsung's counsel, Kara Borden of Quinn Emanuel, that Exhibit M contains Nokia confidential information and is the subject of Samsung's Motion to Seal.

6. Nokia also considers the information in Exhibit M to the Fazio Declaration (Dkt. No. 802-20) confidential. The excerpts in Exhibit M discuss specific confidential terms of the 2011 "Patent License Agreement" entered into by Apple and Nokia and provide information that could be used to

determine such license terms. Nokia considers its licensing terms highly confidential because this information is not disclosed publicly or to any third party except under strict confidentiality agreements, and these redactions are necessary to avoid causing serious harm to Nokia (*see Apple v. Samsung*, Case No.:11-CV-01846-LHK, Dkt. No. 2254 at ¶ 4). The Court, moreover, has previously found that non-public licensing terms are sealable (*see* 11-CV-01846-LHK, Dkt. No. 1649 at 7, 10-11).

7. For at least the reasons described above, Exhibit M to the Fazio Declaration (Dkt. No. 802-20) is properly marked as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

8. For the foregoing reasons, Nokia requests that Samsung's Administrative Motion be granted with respect to the above cited document.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 6th day of February, 2014, in Menlo Park, California.

*/s/ Ryan W. Koppelman*

Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

*Attorneys for Non-Party NOKIA CORPORATION*