1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
12 michaelfazio@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
16

17               UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 19 | APPLE INC., a California Corporation, Plaintiff, | CASE NO. 12-cv-00630-LHK (PSG) |
|---|---|---|
| 20 | v. | **NOTICE OF FILING OF CONFORMED** |
| 21 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, et al., | **HIGHLIGHTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |
| 22 | Defendants. | **[RELATES TO DKT. NO. 1240]** |
| 23 | SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 24 | Counterclaim-Plaintiffs, | |
| 25 | v. | |
| 26 | APPLE INC., Counterclaim-Defendant. | |

27

28

**PLEASE TAKE NOTICE THAT** on February 5, 2013, Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Conformed Highlighted Versions of documents Samsung moves to seal in connection with Samsung's *Daubert* Motion, Opposition to Apple's *Daubert* Motion, and Samsung's *Daubert* Reply (*See* Dkt. Nos. 802, 807, 856, 948, 1209, 1240).  Concurrently with this Notice, Samsung files a Conformed Highlighted Version of an additional document that includes information Apple Inc. ("Apple") maintains as confidential:

• 	Exhibit DDD to the Fazio Decl. (Dkt. No. 807-47).

The portions Apple seeks to seal are highlighted in yellow.

DATED: February 7, 2014 	QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ Michael L. Fazio*
Victoria F. Maroulis
Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC