| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-752 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>     Plaintiff, <br><br>   vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>     Defendants. | Case No. 12-cv-00630-LHK <br><br> **APPLE INC.'S NOTICE REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 1246)** |

1  PLEASE TAKE NOTICE that plaintiff and counterclaim-defendant Apple Inc. ("Apple")
2  does not maintain a claim of confidentiality with respect to the documents filed by Samsung
3  Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications
4  America, LLC (collectively "Samsung") in connection with Samsung's Administrative Motion
5  to File Documents Under Seal (Docket No. 1246).

Dated: February 10, 2014  */s/ Mark D. Selwyn*
  Mark D. Selwyn

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that a true and correct copy of the above and foregoing document has

3  been served on February 10, 2014 to all counsel of record who are deemed to have consented to

4  electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6                    /s/ Mark. D Selwyn
                     Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice Regarding Samsung's Administrative Motion to File Documents Under Seal
2                                            Case No. 12-cv-00630-LHK (PSG)

ActiveUS 121983124v.4