1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO WITHDRAW SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT REPORTS BASED ON UNDISCLOSED CLAIM CONSTRUCTIONS** |

02198.51981/5755158.1

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO WITHDRAW
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

On February 6, 2014, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's Administrative Motion to File Under Seal Relating to Samsung's Reply in Support of Its Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions ("Motion to Seal").

On February 10, 2014, Samsung filed Samsung's Unopposed Motion To Withdraw Samsung's Administrative Motion to File Under Seal Relating to Samsung's Reply in Support of Its Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions ("Motion to Withdraw.")  Apple does not oppose Samsung's Motion to Withdraw.

Having considered Samsung's motion, and for good cause show, the Court **GRANTS** Samsung's Motion to Withdraw.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge

02198.51981/5755158.1

-1-    Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO WITHDRAW
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL