1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                    UNITED STATES DISTRICT COURT
19
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL (DKT. NOS. 1242-1244)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/5750918.2

Case No. 11-cv-01846-LHK
**FAZIO DECLARATION IN SUPPORT OF APPLE'S
ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Apple's Administrative Motion to File Under Seal Conformed Consolidated Highlighted Version of Apple's Reply In Support Of Its Motion To Exclude Certain Unreliable And Impermissible Samsung Expert Testimony (Dkt. No. 1242); Apple's Administrative Motion To File Under Seal Conformed Consolidated Highlighted Versions Of Apple's Opposition To Samsung's Motion to Exclude Opinions of Certain of Apple's Experts (Dkt. No. 1243); and Apple's Administrative Motion to File Under Seal Amended Motion To Seal And Supporting Declaration In Support Of Its Motion To Seal Conformed Consolidated Highlighted Versions Of Apple's Motion To Exclude Certain Unreliable And Impermissible Samsung Expert Testimony (Dkt. No. 1244) (collectively, "Administrative Motions").

3. Counsel for Samsung met and conferred with counsel for Apple to prepare highlighted versions of the documents filed in conjunction with the Administrative Motions. Samsung maintains a claim of confidentiality over all portions highlighted in green in the Administrative Motions.

4. The green highlighted sections of the documents subject to Apple's Administrative Motions contain:   (1) calculations that reveal Samsung's sales data; (2) calculations that reflect Samsung's per-unit profit, margin and pricing data; (3) information that reveals Samsung's licenses with third parties; (4) Samsung's licensing policies; (5) descriptions of the function and operation of Samsung code; and (6) details of Samsung's development efforts regarding non-infringing alternatives, including time to implement.

02198.51981/5750918.2

Case No. 12-CV-00630-LHK (PSG)
**FAZIO DECLARATION IN SUPPORT OF APPLE'S
ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**

1  5. I incorporate by reference the previously filed declarations of Daniel W. Shim,
2 Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of the previously filed
3 administrative motions to file under seal that establish that the type of information included in the
4 Administrative Motions is sealable.  (*See* Dkt. Nos. 821 (re: Apple's Daubert Motion and MSJ),
5 874 (re: Apple's Opposition to Samsung's Daubert Motion), 960 (re: Apple's Reply In Support Of
6 It's Daubert Motion) (providing compelling reasons why various categories of Samsung-
7 confidential information should be filed under seal).)  Apple's Administrative Motions should be
8 granted, at least, with respect to the portions of the Administrative Motions that include
9 Samsung's confidential information for the reasons stated in the aforementioned Shim
10 declarations.

12  I declare under penalty of perjury that the foregoing is true and correct.  Executed on
13 February 10, 2014, at Los Angeles, California.

  */s/ Michael L. Fazio*
  Michael L. Fazio

02198.51981/5750918.2

-1-   Case No. 12-CV-00630-LHK (PSG)
**FAZIO DECLARATION IN SUPPORT OF APPLE'S
ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**