JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S FEBRUARY 10, 2014 CASE NARROWING IDENTIFICATION OF INVALIDITY REFERENCES/SYSTEMS/ COMBINATIONS** |

Pursuant to the Court's January 16, 2014 Order Regarding Modification of Time to File Case Narrowing Statements (Dkt. 1135), Apple hereby submits its list of 15 invalidity references/systems/combinations. Exhibits referenced below are exhibits to Apple's invalidity contentions. Apple reserves the right for Apple or its experts to explain how certain modifications of the prior art cited in the below references and combinations would have been obvious in light of the knowledge of those of ordinary skill in the art as demonstrated by the state of the art as of the time of the alleged inventions.

'087 Patent

1. U.S. Patent No. 7,321,780 (Ex. A-1)

2. U.S. Patent No. 7,321,780 (Ex. A-1) + U.S. Patent No. 6,721,294 (Ex. A-3)

'596 Patent

3. U.S. Patent No. 8,259,656 (Ex. B-16) + R2-042664 (25.309 CR) (Ex. B-14)

4. U.S. Patent No. 8,259,656 (Ex. B-16) + Qualcomm 10/29/04 Proposal (Ex. B-15)

5. R2-042664 (25.309 CR) (Ex. B-14) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4)

6. Qualcomm 10/29/04 Proposal (Ex. B-15) + R2-042065 (Nortel) (Ex. B-13) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4)

7. Motorola 10/29/04 Proposal (Ex. B-15) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4) + R2-041313 (Ericsson) (Ex. B-11)

'449 Patent

8. Ricoh RDC-1 + ArcSoft PhotoStudio (Ex. G-4)

9. U.S. Patent No. 6,104,430 + U.S. Patent No. 5,796,428 in view of Apple PhotoFlash (Ex. G-1)

10. U.S. Patent No. 5,444,483 + U.S. Patent No. 5,796,428 in view of Apple PhotoFlash (Ex. G-2)

11. Ricoh RDC-1 + Apple PhotoFlash (Ex. G-4)

'239 Patent

12. U.S. Patent No. 4,963,995 (Ex. H-1)

13. Kodak SV9600 (Ex. H-2) [with supporting documentation]

14. Kodak SV9600 (Ex. H-2) + ActionMedia II (Ex. H-9)

15. U.S. Patent No. 4,963,995 (Ex. H-1) + U.S. Patent No. 4,825,457 (Ex. H-6)

1  Dated: February 10, 2014

                                */s/ Mark D. Selwyn*
                                Mark D. Selwyn (CA SBN 244180)
                                (mark.selwyn@wilmerhale.com)
                                WILMER CUTLER PICKERING
                                   HALE AND DORR LLP
                                950 Page Mill Road
                                Palo Alto, California  94304
                                Telephone:  (650) 858-6000
                                Facsimile:   (650) 858-6100

                                William F. Lee (admitted *pro hac vice*)
                                (william.lee@wilmerhale.com)
                                WILMER CUTLER PICKERING
                                   HALE AND DORR LLP
                                60 State Street
                                Boston, Massachusetts  02109
                                Telephone: (617) 526-6000
                                Facsimile: (617) 526-5000

                                *Attorneys for Plaintiff and*
                                *Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 10, 2014, the foregoing document was filed electronically, and will be served via the Court's ECF system on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with the Northern District of California's Local Rules.

*/s/ Mark D. Selwyn*
Mark D. Selwyn