QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **SAMSUNG'S FINAL REDUCTION OF INVALIDITY REFERENCES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to the Court's Case Management Order issued on April 24, 2013 (Dkt. 471) and the Court's January 16, 2014 Order Regarding Modification of Time to File Narrowing Statements (Dkt. 1135), Samsung submits this statement regarding the final narrowing of Samsung's invalidity defenses, including the identification of 15 references/systems/combinations for use in those defenses.

References/systems/combinations are listed below under the asserted Apple patents against which they are being asserted as prior art.  For prior art identified herein as a system or software, Samsung may rely on multiple documents describing that system or software to establish the relevant functionality of such a system or software.  Samsung reserves the right to rely on live demonstrations of devices or software; manuals for devices or software; source code implementing the relevant functionality in software; and/or any other evidence describing the functionality of a system in order to demonstrate invalidity pursuant to that system.

**U.S. Patent No. 5,946,647:**

1. Embedded Buttons System.
2. Sidekick System.
3. *Sidekick Handbook*, in combination with Apple Human Interface Guidelines, 1992 ("HIG").
4. U.S. Patent 5,437,036 to Stamps et al. in combination with "Embedded Menus: Selecting Items in Context," Vol 29, No. 4., Communications of the Association for Computing Machinery, 312, April 1986 ("Koved").

**U.S. Patent No. 6,847,959:**

5. U.S. Patent No. 5,926,808 to Evans et al ("Evans") in combination with David A. Grossman and Ophir Frieder, *Information Retrieval: Algorithms and Heuristics* (Kluwer Academic Publishers 1998) ("Grossman").
6. AppleSearch System.
7. WAIS System.

8. U.S. Patent No. 7,653,614 to Smith ("Smith") in combination with U.S. Patent No. 5,855,015 to Shoham ("Shoham").

**U.S. Patent No. 7,761,414**

9. Evolution.

10. U.S. Patent No. 7,506,006 to Vadlamani et al. in combination with Hill et al., Smart Client Architecture and Design Guide.

11. Windows Mobile with ActiveSync.

**U.S. Patent No. 8,046,721**

12. International Patent Application Publication No. WO 03/38569 A2 to Hypponen ("Hypponen").

13. Neonode N1 Quickstart Guide V0.5 ("Neonode"), in combination with Plaisant et al., "Touchscreen Toggle Design" and accompanying video (1992 ACM CHI Conference) ("Plaisant").

**U.S. Patent No. 8,074,172**

14. U.S. Patent No. 5,953,541 to King ("King").

15. U.S. Patent No. 7,880,730 to Robinson ("Robinson") in combination with Int'l Pub No. WO 2005/008899 ("Xrgomics").

DATED: February 10, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

## ATTESTATION OF E-FILED SIGNATURES

I, Robert Kang, am the ECF user whose ID and password are being used to file Samsung's Reduction of Invalidity References. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: February 10, 2014                                           /s/ Robert Kang

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: February 10, 2014                                           /s/ Robert Kang