| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com |   HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts  02109 |
| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| Facsimile:  (650) 849-5333 | |
| | |
| Harold J. McElhinny (CA SBN 66781) | MARK D. SELWYN (CA SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| Jack W. Londen (CA SBN 85776) | WILMER CUTLER PICKERING |
| jlonden@mofo.com |   HALE AND DORR LLP |
| Rachel Krevans (CA SBN 116421) | 950 Page Mill Road |
| rkrevans@mofo.com | Palo Alto, California  94304 |
| Ruth N. Borenstein (CA SBN 133797) | Telephone:  (650) 858-6000 |
| rborenstein@mofo.com | Facsimile:  (650) 858-6100 |
| Erik J. Olson (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
|      Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
|      Defendants. | |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal the following:

1.  The February 11, 2014 letter from Josh Krevitt to Judge Grewal ("Krevitt Letter")

2.  The February 11, 2014 letter from William F. Lee to Judge Grewal ("Lee Letter")

3.  Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal filed herewith ("Kolovos Sealing Declaration")

These letters should be sealed for the reasons set forth in the Kolovos Sealing Declaration.  For the same reasons, the Kolovos Sealing Declaration should be sealed.  Apple expects that the third parties identified in the Kolovos Sealing Declaration may file supporting declarations in accordance with Civil L.R. 79-5 as necessary.

Because counsel for Apple has sought to notify the Court as soon as possible regarding the issues described in the Krevitt and Lee Letters, it has not yet had an opportunity to meet and confer with Samsung's counsel regarding this motion pursuant to Civil L.R. 7-11.  For other similar motions, Samsung has not opposed Apple's motion as a procedural mechanism for filing portions of its documents under seal, but has reserved the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information

Dated:  February 11, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 11, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                     */s/* Mark D. Selwyn
                                                     Mark D. Selwyn