1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2 has moved to file under seal:
3  1. The February 11, 2014 letter from Josh Krevitt to Judge Grewal ("Krevitt
4 Letter")
5  2. The February 11, 2014 letter from William F. Lee to Judge Grewal ("Lee Letter")
6  3. Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to
7 File Documents Under Seal ("Kolovos Declaration")
8  In support of its motion, Apple has filed the Kolovos Declaration. For good cause
9 shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the
10 aforementioned documents as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Krevitt Letter | Entire document. |
| Lee Letter | Entire document. |
| Kolovos Declaration | Entire document. |

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                      Hon. Paul S. Grewal
                                      United States Magistrate Judge