SEYFARTH SHAW LLP
KENNETH L. WILTON (SBN 126557)
E-mail: kwilton@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Non-Party
TBWA Worldwide, Inc.
d/b/a TBWA\Media Arts Lab

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF KENNETH L. WILTON IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS [DOCKET NO. 802]** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Defendants,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

I, Kenneth L. Wilton, declare as follows:

1. I am a partner with the law firm of Seyfarth Shaw LLP, counsel for non-party TBWA Worldwide, Inc. d/b/a TBWA\Media Arts Lab ("MAL") in the above-captioned action currently pending in the United States District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Pursuant to Civil Rule 79-5(e), I am filing this declaration on behalf of MAL in support of sealing Exhibit K to the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Fazio Declaration"), Docket Number 802-18.

3. On October 10, 2013, Samsung filed the Fazio Declaration, which states at Paragraph 12 that Exhibit K to the Fazio Declaration contains excerpts from the deposition of Philip Schiller which were designated by Apple as "HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY" under the Protective Order entered in this case (Docket Number 512). It is my understanding that Exhibit K includes in whole or in part a three page document produced by Apple in the litigation and identified as APLNDC630-0001397336 through 38. The document itself is marked "HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY." This declaration supports the sealing of the document and any testimony relating thereto.

4. On February 11, 2014, I received an email from Shahin Rezvani, counsel for Samsung, advising me that Exhibit K potentially contained MAL confidential information. Mr. Rezvani included a redacted copy of the document.

5. Exhibit K consists of an email exchange between Philip Schiller, president of Apple, and James Vincent, president of MAL. The nature of the exchange includes sensitive non-public business information, including the disclosure of the manner by which MAL develops advertising for Apple, marketing strategy, and the identity of certain personnel involved in that process.

1    6.    The manner by which MAL develops advertising for Apple is unique in the advertising industry, and any ability of MAL's (and Apple's) competitors to get a glimpse of how the relationship operates and how advertising ideas are developed and executed would be of immense value to those competitors.  As such, MAL considers such information highly confidential and requires all third parties who participate in any discussions and preparation for Apple and MAL marketing communications to sign strict confidentiality agreements.  If the document is filed in the public record competitors of MAL and Apple could receive a competitive advantage by being able to review the information.

7.    As a result, the information disclosed in Exhibit K is considered by MAL to be commercially sensitive material, the disclosure of which could cause substantial harm to MAL.

8.    For the reasons described above, Exhibit K to the Fazio Declaration is properly marked as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," and on behalf of MAL I confirm that the information in this document is considered of the highest confidentiality by MAL and, therefore, believe it should be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States and that this declaration was executed on February 12, 2014, at Los Angeles, California.

                                                                                     *s/ Kenneth L. Wilton*
                                                                  Kenneth L. Wilton (SBN 126557)
                                                                  Email:  kwilton@seyfarth.com
                                                                  **SEYFARTH SHAW LLP**
                                                                  2029 Century Park East, Suite 3500
                                                                  Los Angeles, CA 90067
                                                                  Telephone:  (310) 277-7200
                                                                  Facsimile:  (310) 201-5219
                                                                  Attorneys for TBWA Worldwide, Inc.
                                                                  d/b/a TBWA\Media Arts Lab