ROBERT F. PERRY
rperry@kslaw.com
ALLISON H. ALTERSOHN
aaltersohn@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

CHERYL A. SABNIS, (CA Bar No. 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street, Ste. 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for Non-party,
Nokia Solutions And Networks US LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-CV-00630-LHK |
| Plaintiff, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NON-PARTY NSN US LLC'S UNOPPOSED ADMINISTRATIVE MOTION FOR RELIEF** |
| Defendants. | |

| | |
|---|---|
| 1 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Counterclaim-Plaintiffs, |
| 6 | v. |
| 7 | APPLE INC., a California corporation, |
| 8 | Counterclaim-Defendant. |

Non-party Nokia Siemens Networks US LLC ("NSN") respectfully requests that the Court grant its motion for administrative relief and consider NSN's Declaration In Support Of Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based On Undisclosed Claim Constructions (Dkt. No. 1257) ("NSN's Declaration"). NSN's Declaration is attached hereto as Exhibit 1.

On January 31, 2014, Apple filed its Administrative Motion to File Documents Under Seal Relating to Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based On Undisclosed Claim Constructions (Dkt. No. 1020) ("Apple's Opposition"). Under the Local Rules of this Court, declarations in support of Apple's Opposition should have been submitted by February 4, 2014. Through inadvertent oversight, NSN's Declaration was not submitted by that date. NSN's Declaration has since been filed in the case (Dkt. No. 1257). NSN has previously submitted two declarations in this case in support of keeping similar information under seal (Dkt. Nos. 935-2 and 995).

Counsel for the parties in the case do not oppose NSN's Motion for Administrative Relief.

A stipulation pursuant to Civil L.R. 7-12 and proposed order granting NSN's Motion for Administrative Relief is attached.

| | |
|---|---|
| Dated: February 12, 2014 | Respectfully submitted, |
| | KING & SPALDING LLP |
| | By: /s/ Cheryl A. Sabnis /s/ |
| | Cheryl A. Sabnis |
| | *Attorneys for Non-party,* |
| | *Nokia Solutions and Networks US LLC* |