# Exhibit 1

| | |
|---|---|
| 1 | ROBERT F. PERRY |
| | rperry@kslaw.com |
| 2 | ALLISON H. ALTERSOHN |
| | aaltersohn@kslaw.com |
| 3 | KING & SPALDING LLP |
| | 1185 Avenue of the Americas |
| 4 | New York, NY 10036-4003 |
| | Telephone: (212) 556-2100 |
| 5 | Facsimile: (212) 556-2222 |
| 6 | Attorneys for Non-party |
| | Nokia Solutions and Networks US LLC |
| 7 | (additional parties noted below) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation, | | Case No. 12-CV-00630-LHK |
| Plaintiff, | | |
| v. | | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | **DECLARATION OF JOHN KOLAKOWSKI IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL** |
| Defendants. | | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | |
| Counterclaim-Plaintiffs, | | |
| v. | | |
| APPLE INC., a California corporation, | | |
| Counterclaim-Defendant. | | |

I, John Kolakowski, declare as follows:

1. I am in-house counsel at non-party Nokia Solutions and Networks US LLC. ("NSN"). I have knowledge of the facts set forth in this declaration, and if called to testify as a witness thereto could do so competently under oath.

2. NSN submits this declaration in support of Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based On Undisclosed Claim Constructions (Dkt. No. 1020). By this declaration, non-party NSN requests that the Court keep under seal confidential NSN material related to documents that non-party T-Mobile produced in response to a subpoena served on T-Mobile in this case.

3. For the reasons outlined below, NSN seeks to maintain under seal technical specifications about the capabilities of NSN cellular infrastructure equipment used in T-Mobile's cellular network described in Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Claim Constructions ("Apple's Opposition") and Exhibit 5 to Apple's Opposition. Specifically, NSN seeks to seal the following portions that reference NSN confidential information:

Apple's Opposition p. 7 (lines 15-16)

Apple's Opposition p. 21 (lines 2-5)

Apple's Opposition p. 22 (lines 4-13, lines 24-27 (Footnote 10))

Apple's Opposition p. 24 (lines 17-18, 21-22)

Exhibit 5 to Apple's Opposition p. 97 (lines 7-16)

Exhibit 5 to Apple's Opposition p. 290 (lines 10-12)

Exhibit 5 to Apple's Opposition p. 292 (lines 11-13)

Exhibit 5 to Apple's Opposition p. 295 (lines 4-25)

4. NSN has a regular business practice of keeping certain documents confidential, including confidential technical specifications it provides to its infrastructure equipment customers.

1

DECLARATION OF JOHN KOLAKOWSKI IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL
CASE NO. 12-CV-00630-LHK

5. NSN provided the NSN documents that contain the confidential information referenced in Apple's Opposition and Exhibit 5 to Apple's Opposition under a non-disclosure agreement that prohibits T-Mobile from disclosing this information outside of its business relationship with NSN, unless required by law.

6. Before T-Mobile produced the NSN documents that contain the confidential information referenced in Apple's Opposition and Exhibit 5 to Apple's Opposition, it sought NSN's permission to produce them. NSN agreed to the non-party document production only to the extent that the documents would be designated "Highly Confidential – Attorneys' Eyes Only" in accordance with the Protective Order in this case, and would be treated in accordance with the requirements of the Protective Order for documents so designated.

7. The public disclosure of this information would cause NSN harm by giving third-parties (including individuals responsible for competitive decision-making) insights into technical details of the design and capabilities of NSN equipment that operates on T-Mobile's cellular network. Such disclosure would allow competitors to potentially gain an unfair advantage in dealings with and against NSN, as those third-party competitors leverage that confidential material to inform the design and development of their cellular products and networks in this highly competitive wireless telecommunications industry.

8. Because NSN has sought to maintain the confidentiality of the materials described above, and because public disclosure of these materials could cause NSN significant competitive harm, the portions of the documents described above should be redacted and shielded from disclosure to NSN's competitors and the public.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in London, England on February 11, 2014.

Dated: February 11, 2014

By: _____

I hereby attest that John Kolakowski concurs in the e-filing of this document.

Respectfully submitted,

DATED: February 11, 2014      KING & SPALDING LLP

By: /s/ Cheryl A. Sabnis /s/
Cheryl A. Sabnis, (CA Bar No. 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorney for Non-Party,*
*Nokia Solutions and Networks US LLC*