1  [Parties Listed Below]

2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-CV-00630-LHK |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER GRANTING NSN US LLC'S ADMINISTRATIVE MOTION FOR RELIEF** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

1  Pursuant to Civ. L. R. 7-12, the parties stipulate that they do not oppose non-party NSN
2  US LLC's Administrative Motion for Relief, and agree that the Court should consider NSN's
3  Declaration In Support Of Apple's Administrative Motion to File Documents Under Seal
4  Relating to Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based On
5  Undisclosed Claim Constructions (Dkt. No. 1257) as if it had been timely filed.

Dated: February 12, 2014                    Respectfully submitted,

                                            KING & SPALDING LLP

                                            By: /s/ Cheryl A. Sabnis /s/
                                            Cheryl A. Sabnis (SBN: 224323)
                                            csabnis@kslaw.com
                                            King & Spalding LLP
                                            101 Second Street, Ste. 2300
                                            San Francisco, CA 94105
                                            Telephone: (415) 318-1200
                                            Facsimile: (415) 318-1300


                                            ROBERT F. PERRY
                                            rperry@kslaw.com
                                            ALLISON H. ALTERSOHN
                                            aaltersohn@kslaw.com
                                            KING & SPALDING LLP
                                            1185 Avenue of the Americas
                                            New York, NY 10036-4003
                                            Telephone:  (212) 556-2100
                                            Facsimile:   (212) 556-2222

                                            *Attorneys for Non-party*
                                            *Nokia Solutions and Networks US LLC*


                                            WILMER CUTLER PICKERING
                                            HALE AND DORR LLP

                                            By: /s/ Mark D. Selwyn /s/
                                            Mark D. Selwyn
                                            mark.selwyn@wilmerhale.com
                                            WILMER CUTLER PICKERING
                                            HALE AND DORR LLP

```
                                        950 Page Mill Road
                                        Palo Alto, CA 94304
                                        Telephone: (650) 858-6031
```

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Deepa Acharya /s/
Deepa Acharya
deepaacharya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street, NW, 11th Floor
Washington, DC 20001
Telephone: (202) 538-8107
Fax: (202) 538-8100

*Attorneys for Defendants
Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC*

## DECLARATION OF CONSENT

I attest that the signatories noted above concur in the e-filing of this document.

Date: February 12, 2014                    By: /s/ Cheryl A. Sabnis /s/
                                                   Cheryl A. Sabnis

2

STIPULATION AND [PROPOSED] ORDER GRANTING NSN'S UNOPPOSED ADMINISTRATIVE MOTION FOR RELIEF
CASE NO. 12-CV-00630-LHK-PSG

Before the Court is Non-party NSN US LLC's Unopposed Administrative Motion For Relief. Based on the arguments presented in the administrative motion, the pleadings on file, and any other relevant matter, the Court hereby Grants the Administrative Motion For Relief.

NSN's Declaration In Support Of Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based On Undisclosed Claim Constructions (Dkt. No. TBD) will be considered by the Court as if timely filed.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____

                                                               PAUL S. GREWAL
                                                       UNITED STATES MAGISTRATE JUDGE