1  [COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>   Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Counterclaim-Plaintiffs,<br><br> v.<br><br>APPLE INC., a California corporation,<br><br>   Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**AMENDED NOTICE REGARDING REVISED REDACTED VERSIONS RELATING TO THE PARTIES' MOTIONS TO SEAL THEIR DAUBERT BRIEFING [SUPERSEDES D.I. 1249]** |

NOTICE REGARDING REVISED REDACTED VERSIONS RELATING TO
THE PARTIES' MOTIONS TO SEAL THEIR DAUBERT BRIEFING
CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

In an effort to facilitate the Court's analysis of the parties' motions to seal their *Daubert* briefing (*see* D.I. 802 (Samsung's Notice of Motion and Motion to Exclude Opinions of Certain of Apple's Experts), 806 (Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony), 856, 857, 945, 948), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") indicated in their January 29, 2014 Joint Notice Regarding the Parties' Motions to Seal their Daubert Briefing (D.I. 1209) ("Joint Notice") that they would file conformed consolidated versions of the papers subject to their motions to seal their *Daubert* motions (*see* D.I. 802, 806, 856, 857, 945, 948) which shall conform such papers to the supporting sealing declarations filed by the parties pursuant to Local Rule 79-5(e), as well as the events of the hearing that took place on January 23, 2014. The highlighted, under seal versions of such papers were filed on February 5, 2014.

The Joint Notice further indicated that the parties would file on February 7, 2014, revised public redacted documents corresponding to the under seal versions of such documents. However, in light of the extensive amount of information that third parties may contend is confidential contained in the parties' *Daubert* briefing, as well as the sensitive nature of the task at hand, the parties agree that extra time is helpful to ensure that the public redacted versions appropriately redact all such information, and to provide third parties with adequate time to review such public redacted versions before their filing. The parties accordingly and respectfully inform the Court that they will file the revised public redacted versions of their *Daubert* briefing by February 19, 2014. In the event that the parties still have not resolved any third-party confidentiality issues, the parties will file the redacted versions that have been approved by the appropriate parties, and will inform the Court of which third-party confidentiality issues remain.

Gibson, Dunn & Crutcher LLP

NOTICE REGARDING REVISED REDACTED VERSIONS RELATING TO
THE PARTIES' MOTIONS TO SEAL THEIR DAUBERT BRIEFING
CASE NO. 12-CV-00630-LHK (PSG)

DATED: February 12, 2014

By /s/ *H. Mark Lyon*

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

William F. Lee (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By /s/ *Michael Fazio*

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Gibson, Dunn &
Crutcher LLP

NOTICE REGARDING REVISED REDACTED VERSIONS RELATING TO
THE PARTIES' MOTIONS TO SEAL THEIR DAUBERT BRIEFING
CASE NO. 12-CV-00630-LHK (PSG)

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Notice. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael Fazio has concurred in this filing.

Dated: February 12, 2014                */s/ H. Mark Lyon*
                                        H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: February 12, 2014                */s/ H. Mark Lyon*
                                        H. Mark Lyon

Gibson, Dunn & Crutcher LLP

NOTICE REGARDING REVISED REDACTED VERSIONS RELATING TO
THE PARTIES' MOTIONS TO SEAL THEIR DAUBERT BRIEFING
CASE NO. 12-CV-00630-LHK (PSG)