QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S LIST OF EXHIBITS FOR TRIAL** |

1    Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung

2   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3   "Samsung") hereby bring this administrative motion to file under seal the following documents or

4   portions thereof relating to Samsung's List of Exhibits for Trial:

5        1.      The confidential, unredacted version of Exhibit A to Samsung's List of Exhibits for

6   Trial

7        Samsung does not maintain a claim of confidentiality over any portion of its Exhibit List.

8   Apple and various third parties have designated the documents listed as exhibits

9   "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or

10  "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE"

11  under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials.

12  The designating parties may consider the titles of listed documents confidential.  Samsung

13  accordingly requests that the Court order the information filed under seal, and expects that Apple

14  and/or third parties will comply with Civil L.R. 79-5(e) by filing appropriate declarations with the

15  Court establishing compelling reasons to permit filing under seal.  Samsung's entire filing will be

16  filed with the Court pursuant to L.R. 79-5 and served on all parties.

17       Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel

18  regarding this motion to seal.  Apple does not oppose Samsung's Administrative Motion to File

19  Documents Under Seal Relating Samsung's List of Exhibits for Trial as a procedural mechanism

20  for filing portions of Samsung's Exhibit List and supporting documents under seal.  Apple

21  reserves the right to challenge any proposed redactions to the extent it believes those redactions

22  improperly seal non-confidential information.  Within 7 days of Apple filing its declaration in

23  support of sealing, the parties will prepare and Samsung will file a final consolidated and

24  conformed copy of the motion and exhibits thereto identifying what information Apple, Samsung,

25  and any third parties have supported sealing in their declarations.

26       Pursuant to Magistrate Judge Grewal's January 29, 2014 Order (Case No. 11-cv-01846,

27  Dkt. 2935), the confidential, unredacted version of the aforementioned documents will be served

28

1   on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes

2   should be redacted from the public version of Samsung's filing. After receiving Apple's proposed

3   redactions, Samsung will file a public, proposed redacted version of these documents.

4

5   DATED:  February 13, 2014            QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
6

7

8                                       By */s/ Victoria Maroulis*
                                           Charles K. Verhoeven
9                                          Kevin P.B. Johnson
                                           Victoria F. Maroulis
10                                         William C. Price
                                           Michael L. Fazio
11

12                                         Attorneys for Defendants
                                           SAMSUNG ELECTRONICS CO., LTD.,
13                                         SAMSUNG ELECTRONICS AMERICA, INC.,
                                           and SAMSUNG TELECOMMUNICATIONS
14                                         AMERICA, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28