QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S LIST OF EXHIBITS FOR TRIAL** |

02198.51981/5762771.1

Case No. 12-CV-00630-LHK (PSG)
TRAC DECLARATION IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

I, Bill Trac, declare:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits this motion for an order to seal portions of Samsung's List of Exhibits for Trial Pursuant to Rule 26(a)(3) ("Samsung's Exhibit List") in order to protect information designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential.

3. Samsung does not maintain a claim of confidentiality over any portion of its Exhibit List.  Samsung's Exhibit List includes titles of documents designated confidential by Apple and third party.

4. Numerous portions of Samsungs Exhibit List contain descriptions of documents designated confidential by Apple.

5. The entries for Exhibits 308, 327, 335, and 336 contain descriptions of documents designated confidential by Google.

6. The entries for Exhibit 313 contains descriptions of documents designated confidential by Ulrich Pfeifer.

7. The entries for Exhibits 381, 399, 400, and 443-446 contain descriptions of documents designated confidential by Media Arts Lab.

8. The entries for Exhibits 368, 369 and 370 contain descriptions of documents designated confidential by T-Mobile.

9. The entries for Exhibits 372-374 and 376 contain descriptions of documents designated confidential by Intel.

1  10. The entries for Exhibit 494 contain a description of a document designated confidential by Omnivision.

2  11. Pursuant to L.R. 79-5, a copy of the unredacted version of Samsung's Exhibit List will be filed electronically with the Court and served on all parties.

3  12. Pursuant to Magistrate Judge Grewal's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the confidential, unredacted version of the aforementioned documents will be served on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes should be redacted from the public version of Samsung's filing. After receiving Apple's proposed redactions, Samsung will file a public, proposed redacted version of these documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2014, at Washington, DC.

                                    */s/ Bill Trac*
                                    Bill Trac

02198.51981/5762771.1

-2- Case No. 12-CV-00630-LHK (PSG)
TRAC DECLARATION IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Bill Trac has concurred in this filing.

Dated:  February 13, 2014

*/s/ Victoria Maroulis*
Victoria Maroulis