Appendix 1
AppleSearch 1.5 Source Code

| BEGBATES (630OFFAPPLESOURCECODE_) | ENDBATES (630OFFAPPLESOURCECODE_) |
|---|---|
| 002725 | 002730 |
| 002731 | 002746 |
| 002754 | 002773 |
| 002774 | 002775 |
| 002776 | 002787 |
| 002788 | 002795 |
| 002796 | 002818 |
| 002819 | 002820 |
| 002821 | 002850 |
| 002851 | 002853 |
| 002854 | 002880 |
| 002898 | 002912 |
| 002913 | 002914 |
| 002981 | 003026 |
| 002919 | 002927 |
| 002975 | 002980 |
| 003037 | 003043 |
| 003044 | 003071 |
| 003072 | 003073 |
| 003074 | 003093 |
| 003099 | 003109 |
| 003128 | 003134 |
| 003135 | 003137 |
| 003140 | 003147 |
| 003545 | 003547 |
| 003578 | 003583 |
| 003584 | 003586 |
| 003587 | 003598 |
| 003587 | 003598 |
| 003599 | 003602 |
| 003603 | 003623 |
| 003625 | 003631 |
| 003635 | 003654 |
| 003657 | 003661 |
| 004734 | 004739 |
| 004740 | 004770 |
| 004771 | 004772 |
| 004773 | 004774 |

| | |
|---|---|
| 004775 | 004787 |
| 004788 | 004793 |
| 004794 | 004799 |
| 004800 | 004801 |
| 004802 | 004806 |
| 004807 | 004809 |
| 004810 | 004812 |
| 004813 | 004816 |
| 004817 | 004820 |
| 004821 | 004842 |
| 004843 | 004862 |
| 004863 | 004875 |
| 004876 | 004888 |
| 004889 | 004942 |
| 004943 | 004972 |
| 004973 | 004980 |
| 004981 | 005013 |