*Apple Inc. v. Samsung Electronics Co., Ltd., et. al,* Case No. 12-cv-630-LHK (PSG)
Joint Trial Exhibit List

| JOINT TRIAL EXHIBIT (JX) NO. | DESCRIPTION | BEGBATES | ENDBATES |
|---|---|---|---|
| 1 | U.S. Patent No. 5,946,647 | APLNDC630-0000136413 | APLNDC630-0000136428 |
| 2 | U.S. Patent No. 5,946,647 File History | APLNDC630-0000110076 | APLNDC630-0000110311 |
| 3 | U.S. Patent No. 5,946,647 Assignment | APLNDC630-0000163051 | APLNDC630-0000163052 |
| 4 | U.S. Patent No. 6,847,959 | APLNDC630-0000173201 | APLNDC630-0000173210 |
| 5 | U.S. Patent No. 6,847,959 File History | APLNDC630-0000041187 | APLNDC630-000041368 |
| 6 | U.S. Patent No. 6,847,959 Assignment | APLNDC630-0000163005 | APLNDC630-0000163007 |
| 7 | U.S. Patent No. 7,761,414 | APLNDC630-0000173140 | APLNDC630-0000173187 |
| 8 | U.S. Patent No. 7,761,414 File History | APLNDC630-0000049779 | APLNDC630-0000050667 |
| 9 | U.S. Patent No. 7,761,414 Assignment | APLNDC630-0000049894 | APLNDC630-0000049899 |
| 10 | U.S. Patent No. 8.046,721 | APLNDC630-0000133101 | APLNDC630-0000133128 |
| 11 | U.S. Patent No. 8.046,721 File History | APLNDC630-0000041770 | APLNDC630-0000042306 |
| 12 | U.S. Patent No. 8.046,721 Assignment | APLNDC630-0000041827 | APLNDC630-0000041827 |
| 13 | U.S. Patent No. 8,074,172 | APLNDC630-0001914273 | APLNDC630-0001914296 |
| 14 | U.S. Patent No. 8,074,172 File History | APLNDC630-0000053471 | APLNDC630-000054113 |
| 15 | U.S. Patent No. 8,074,172 Assignment | ALNDC630-0000163075 | ALNDC630-0000163076 |
| 16 | U.S. Patent No. 7,756,087 | ROYLANCENDCA630-00001222 | ROYLANCENDCA630-00001242 |
| 17 | U.S. Patent No. 7,756,087 File History and translations of Korean priority applications | ROYLANCENDCA630-00000801 APL630DEF-WH-A0000039968 | ROYLANCENDCA630-00001814 APL630DEF-WH-A0000040125 |
| 18 | U.S. Patent No. 7,756,087 Assignment | SAMNDCA630-00835359 | SAMNDCA630-00835359 |
| 19 | U.S. Patent No. 7,551,596 | ROYLANCENDCA630-00000112 | ROYLANCENDCA630-00000137 |

| JOINT TRIAL EXHIBIT (JX) NO. | DESCRIPTION | BEGBATES | ENDBATES |
|---|---|---|---|
| 20 | U.S. Patent No. 7,551,596 File History and translations of Korean priority applications | ROYLANCENDCA630-00000001<br>APL630DEF-WH0000097177 | ROYLANCENDCA630-00000800<br>APL630DEF-WH0000097241 |
| 21 | U.S. Patent No. 7,551,596 Assignment | SAMNDCA630-00835458 | SAMNDCA630-00835458 |
| 22 | U.S. Patent No. 6,226,449 | SAMNDCA630-007887580 | SAMNDCA630-007887603 |
| 23 | U.S. Patent No. 6,226,449 File History | SAMNDCA630-00832686 | SAMNDCA630-00833124 |
| 24 | U.S. Patent No. 6,226,449 Assignment | SAMNDCA630-00835429 | SAMNDCA630-008835456 |
| 25 | U.S. Patent No. 5,579,239 | SAMNDCA630-04260564 | SAMNDCA630-04260575 |
| 26 | U.S. Patent No. 5,579,239 File History | SAMNDCA630-00832500 | SAMNDCA630-00832685 |
| 27 | U.S. Patent No. 5,579,239 Assignment | SAMNDCA630-00835369 | SAMNDCA630-00835376 |
| 28 | Samsung Admire (All Models) | N/A | N/A |
| 29 | Samsung Galaxy Nexus (All Models) | N/A | N/A |
| 30 | Samsung Galaxy Note (All Models) | N/A | N/A |
| 31 | Samsung Galaxy Note II (All Models) | N/A | N/A |
| 32 | Samsung Galaxy S II (All Models) | N/A | N/A |
| 33 | Samsung Galaxy SII Epic 4G Touch (All Models) | N/A | N/A |
| 34 | Samsung Galaxy S II Skyrocket (All Models) | N/A | N/A |
| 35 | Samsung Galaxy S III (All Models) | N/A | N/A |
| 36 | Samsung Galaxy Tab 2 10.1 (All Models) | N/A | N/A |
| 37 | Samsung Stratosphere (All Models) | N/A | N/A |
| 38 | Apple iPhone 4 (All Models) | N/A | N/A |
| 39 | Apple iPhone 4S (All Models) | N/A | N/A |
| 40 | Apple iPhone 5 (All Models) | N/A | N/A |

| JOINT TRIAL EXHIBIT (JX) NO. | DESCRIPTION | BEGBATES | ENDBATES |
|---|---|---|---|
| 41 | Apple iPad 2 (All Models) | N/A | N/A |
| 42 | Apple iPad 3 (All Models) | N/A | N/A |
| 43 | Apple iPad 4 (All Models) | N/A | N/A |
| 44 | Apple iPad mini (All Models) | N/A | N/A |
| 45 | Apple iPod touch (5th generation) (All Models) | N/A | N/A |
| 46 | Apple iPod touch (4th generation) (All Models) | N/A | N/A |
| 47 | Apple MacBook Pro (All Models) | N/A | N/A |
| 48 | 3GPP TS 25.321 v6.18.0 | SAMNDCA630-07589152 | SAMNDCA630-07589248 |
| 49 | 3GPP TS 25.331 6.21.0 | SAMNDCA630-07589249 | SAMNDCA630-07590504 |
| 50 | Compilation of Samsung Android source code and accused application source code | N/A | N/A |
| 51 | Compilation of Google Android source code and accused application source code | N/A | N/A |
| 52 | Compilation of Apple iOS source code, Mac OS X / OS X source code, baseband processor source code, and accused application source code | N/A | N/A |
| 53 | Compilation of Android Open Source Project source code | N/A | N/A |
| 54 | U.S. Patent No. 5,926,808 to Evans | SAMNDCA630-07881665 | SAMNDCA630-07881677 |
| 55 | U.S. Patent No. 7,653,614 to Smith | SAMNDCA630-07882284 | SAMNDCA630-07882302 |
| 56 | U.S. Patent No. 5,855,015 to Shoham | SAMNDCA630-07881554 | SAMNDCA630-07881569 |
| 57 | U.S. Patent No. 7,506.006 to Vadlamani | SAMNDCA630-07882244 | SAMNDCA630-07882283 |
| 58 | U.S. Patent No. 5,953,541 to King | SAMNDCA630-00095072 | SAMNDCA630-00095124 |

| JOINT TRIAL EXHIBIT (JX) NO. | DESCRIPTION | BEGBATES | ENDBATES |
|---|---|---|---|
| 59 | Int'l Patent Pub. No. 2005/008899 A1 to Xrgomics | SAMNDCA630-06405638 | SAMNDCA630-06405696 |
| 60 | Int'l Patent No. WO 03/038569 A2 to Hypponen | SAMNDCA630-00966681 | SAMNDCA630-00966713 |
| 61 | U.S. Patent App. Pub. No. 2005/0253817 to Rytivaara | SAMNDCA630-00001438 | SAMNDCA630-00001451 |
| 62 | U.S. Patent No. 5,437,036 to Stamps | SAMNDCA630-00001090 | SAMNDCA630-00001096 |
| 63 | U.S. Patent No. 7,321,780 to Love et al. | APL630DEF-WH0000002318 | APL630DEF-WH0000002333 |
| 64 | U.S. Patent No. 6,721,294 to Bahrenburg et al. | APL630DEF-WH0000002304 | APL630DEF-WH0000002317 |
| 65 | U.S. Patent No. 8,259,656 to Chun et al. | APL630DEF-WH-A0000012010 | APL630DEF-WH-A0000012020 |
| 66 | U.S. Patent Application Pub. No. 2003/0147371 (Chang et al.) | APL630DEF-WH0000013420 | APL630DEF-WH0000013488 |
| 67 | U.S. Patent No. 6,104,430 to Fukuoka | APL630DEF-WH0000009351 | APL630DEF-WH0000009371 |
| 68 | U.S. Patent No. 5,796,428 to Matsumoto et al. | APL630DEF-WH0000008858 | APL630DEF-WH0000008914 |
| 69 | U.S. Patent No. 5,444,483 to Maeda | APL630DEF-WH0000008612 | APL630DEF-WH0000008621 |
| 70 | U.S. Patent No. 4,825,457 to Lebowitz | APL630DEF-WH0000006371 | APL630DEF-WH0000006379 |
| 71 | U.S. Patent No. 4,963,995 to Lang | APL630DEF-WH0000006380 | APL630DEF-WH0000006392 |
| 72 | 3GPP Proposal R1-040861 | APL630DEF-WH-A0000005971 | APL630DEF-WH-A0000005975 |
| 73 | 3GPP Proposal R1-041366 | APL630DEF-WH0000002223 | APL630DEF-WH0000002226 |
| 74 | 3GPP Proposal R2-042382 | APL630DEF-WH-A0000007189 | APL630DEF-WH-A0000007197 |
| 75 | 3GPP Proposal R2-050038 | SAMNDCA630-06573022 | SAMNDCA630-06573024 |
| 76 | Samsung IPR Declaration 2006 | APL630DEF-WH-A0000006936 | APL630DEF-WH-A0000006952 |
| 77 | ETSI Website Printout - Freeze dates | APL630DEF-WH-A0000006935 | APL630DEF-WH-A0000006935 |
| 78 | "IPR Information Statement and Licensing Declaration Forms," dated May 6, 2010 | APL630DEF-WH-A0000008978 | APL630DEF-WH-A0000008983 |
| 79 | Samsung IPR January 30, 2008 | APL630DEF-WH-A0000006953 | APL630DEF-WH-A0000006987 |

| JOINT TRIAL EXHIBIT (JX) NO. | DESCRIPTION | BEGBATES | ENDBATES |
|---|---|---|---|
| 80 | ETSI Website Printout - Freeze Dates | APL630DEF-WH0008476199 | APL630DEF-WH0008476203 |
| 81 | Approved (draft 3) Report of the 46th TSG-RAN WG2 meeting (Scottsdale, USA, 14-18 February 2005) (R2-051049) | APL630DEF-WH-A0000006521 | APL630DEF-WH-A0000006584 |
| 82 | 3GPP Report Ran 27 | APL630DEF-WH-A0000006710 | APL630DEF-WH-A0000006768 |
| 83 | Change Request R2-051672 | SAMNDCA630-04607657 | SAMNDCA630-04607692 |
| 84 | Change request RP-050327 | SAMNDCA630- 06439284 | SAMNDCA630- 6439437 |
| 85 | ETSI Website printout re Freeze dates | APL630DEF-WH-A0000008889 | APL630DEF-WH-A0000008891 |
| 86 | Ericsson, Motorola, Nokia, Panasonic, Qualcomm, Samsung ETSI Proposal R2-051958 | APL630DEF-WH-A0000008510 | APL630DEF-WH-A0000008519 |
| 87 | ETSI IPR Policy (1997) | S-ITC-003356882 | S-ITC-003356887 |
| 88 | ETSI Guide to IPRs | APLNDC-WH-A 0000012460 | APLNDC-WH-A 0000012477 |
| 89 | Patent Cross License Agreement between Intel Corporation and Samsung Electronics Co., Ltd., dated February 8, 1993, and amendments thereto dated March 18, 2003 and July 1, 2004 | S-794-ITC-000000021 | S-794-ITC-000000049 |
| 90 | Infrastructure and Subscriber Unit License and Technical Assistance Agreement between Qualcomm Incorporated and Samsung Electronics Co., Ltd., dated August 31, 1993, and amendments thereto | SAMNDCA00052029 | SAMNDCA00052169 |