JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California Corporation,

                Plaintiff,

     v.

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

                Defendants.

CASE NO. 12-cv-00630-LHK (PSG)

**APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S EXHIBIT LIST UNDER SEAL**

1    In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant

2    Apple Inc. ("Apple") hereby moves for an order to seal Apple's Exhibit List.

3    Apple's Exhibit List contains information designated as "Highly Confidential Business

4    Information of Google Inc.," "Highly Confidential Business Information," "Highly Confidential

5    – Attorneys' Eyes Only," "Highly Confidential – Outside Attorneys' Eyes Only – Source Code,"

6    "Google's Highly Confidential –Outside Attorneys' Eyes Only – Source Code," "Attorneys'

7    Eyes Only – Contains Source Code," and/or "Attorneys' Eyes Only – Contains Highly

8    Confidential Business Information" by Apple, Defendants and Counterclaim-Plaintiffs Samsung

9    Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications

10   America, LLC (collectively, "Samsung"),and/or third parties, including Google, Inc. ("Google")

11   pursuant to the Protective Order (and its Amendments) entered in this case, or that is otherwise

12   believed to be deemed confidential by these parties. Apple expects that Samsung and the

13   pertinent third parties will file the required supporting declarations in accordance with Civil

14   Local Rule 79-5 as necessary in order to confirm whether their information should be sealed.

15   Apple does not maintain a claim of confidentiality over the exhibit list, and will meet and

16   confer with the designating parties in an attempt to re-file the document publicly.  Apple does

17   not file a proposed redacted version herewith in light of the Court's Order requiring parties to

18   meet and confer before filing public redacted documents.  D.I. 2934, Case No. 11-cv-1846 (Jan.

19   29, 2014).

20   Accordingly, Apple has moved to file its Exhibit List under seal.  Pursuant to Civil L.R.

21   7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion.

22   Samsung does not oppose Apple's Administrative Motion to File Apple's Exhibit List Under

23   Seal as a procedural mechanism for filing Apple's Exhibit List under seal.  Samsung reserves the

24   right to challenge any proposed redactions to the extent it believes those redactions improperly

25   seal non-confidential information.  Within 7 days of Samsung filing its declaration in support of

26   sealing, the parties will prepare and Apple will file a final consolidated and conformed copy of

27   Apple's Exhibit List to identifying what information Apple, Samsung, and any third parties have

28   supported sealing in their declarations.

1

Dated:  February 13, 2014

2

GIBSON, DUNN & CRUTCHER LLP

3

*/s/  Harold J. McElhinny*

4

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that a true and correct copy of the above and foregoing document has

3

been served on February 13, 2014 to all counsel of record who are deemed to have consented to

4

electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6

*/s/ Harold J. McElhinny*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28