1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S EXHIBIT LIST UNDER SEAL** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal Apple's Exhibit List.

Apple has filed the Declaration of Jennifer Rho in support of its motion.  For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted version of the aforementioned document as indicated below:

| Document | Portion to be Sealed |
| --- | --- |
| Apple's Exhibit List | Descriptions of Samsung and Google documents as supported by sealing declarations from Samsung and Google |

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                              Hon. Lucy H. Koh
                                              United States District Judge