JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S CORRECTED EXHIBIT LIST UNDER SEAL** |

1  In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant
2  Apple Inc. ("Apple") hereby moves for an order to seal Apple's Corrected Exhibit List.

3  Apple's Corrected Exhibit List contains information designated as "Highly Confidential
4  Business Information of Google Inc.," "Highly Confidential Business Information," "Highly
5  Confidential – Attorneys' Eyes Only," "Highly Confidential – Outside Attorneys' Eyes Only –
6  Source Code," "Google's Highly Confidential –Outside Attorneys' Eyes Only – Source Code,"
7  "Attorneys' Eyes Only – Contains Source Code," and/or "Attorneys' Eyes Only – Contains
8  Highly Confidential Business Information" by Apple, Defendants and Counterclaim-Plaintiffs
9  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
10 Telecommunications America, LLC (collectively, "Samsung"),and/or third parties, including
11 Google, Inc. ("Google") pursuant to the Protective Order (and its Amendments) entered in this
12 case, or that is otherwise believed to be deemed confidential by these parties. Apple expects that
13 Samsung and the pertinent third parties will file the required supporting declarations in
14 accordance with Civil Local Rule 79-5 as necessary in order to confirm whether their
15 information should be sealed.

16 Apple does not maintain a claim of confidentiality over the Corrected Exhibit List, and
17 will meet and confer with the designating parties in an attempt to re-file the document publicly.
18 Apple does not file a proposed redacted version herewith in light of the Court's Order requiring
19 parties to meet and confer before filing public redacted documents.  D.I. 2934, Case No. 11-cv-
20 1846 (Jan. 29, 2014).

21 Accordingly, Apple has moved to file its Corrected Exhibit List under seal.  Pursuant to
22 Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this
23 motion.  Samsung does not oppose Apple's Administrative Motion to File Apple's Corrected
24 Exhibit List Under Seal as a procedural mechanism for filing Apple's Corrected Exhibit List
25 under seal.  Samsung reserves the right to challenge any proposed redactions to the extent it
26 believes those redactions improperly seal non-confidential information.  Within 7 days of
27 Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a
28

final consolidated and conformed copy of Apple's Corrected Exhibit List to identifying what information Apple, Samsung, and any third parties have supported sealing in their declarations.

Dated: February 14, 2014

                                              MORRISON & FOERSTER LLP

                                              */s/ Harold J. McElhinny*

                                              *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*