1   JOSH A. KREVITT (CA SBN 208552)                WILLIAM F. LEE (*pro hac vice*)
    jkrevitt@gibsondunn.com                        william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)                   WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                             HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP                    60 State Street
    1881 Page Mill Road                            Boston, Massachusetts  02109
4   Palo Alto, California  94304-1211              Telephone:  (617) 526-6000
    Telephone:  (650) 849-5300                     Facsimile:  (617) 526-5000
5   Facsimile:  (650) 849-5333

6   Harold J. McElhinny (CA SBN 66781)             MARK D. SELWYN (CA SBN 244180)
    hmcelhinny@mofo.com                            mark.selwyn@wilmerhale.com
7   Jack W. Londen (CA SBN 85776)                  WILMER CUTLER PICKERING
    jlonden@mofo.com                                 HALE AND DORR LLP
8   Rachel Krevans (CA SBN 116421)                 950 Page Mill Road
    rkrevans@mofo.com                              Palo Alto, California  94304
9   Ruth N. Borenstein (CA SBN 133797)             Telephone:  (650) 858-6000
    rborenstein@mofo.com                           Facsimile:  (650) 858-6100
10  Erik J. Olson (CA SBN 175815)
    ejolson@mofo.com
11  MORRISON & FOERSTER LLP
    425 Market Street
12  San Francisco, California 94105-2482
    Telephone: (415) 268-7000
13  Facsimile: (415) 268-7522

14  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

15                    **UNITED STATES DISTRICT COURT**
16                   **NORTHERN DISTRICT OF CALIFORNIA**
                            **SAN JOSE DIVISION**
17

18  APPLE INC., a California Corporation,

19                    Plaintiff,                   CASE NO. 12-cv-00630-LHK (PSG)
          v.
                                                   **DECLARATION OF JENNIFER RHO**
20  SAMSUNG ELECTRONICS CO., LTD., a               **IN SUPPORT OF APPLE'S**
    Korean corporation; SAMSUNG                    **ADMINISTRATIVE MOTION TO**
21  ELECTRONICS AMERICA, INC., a New               **FILE APPLE'S CORRECTED EXHIBIT**
    York corporation; and SAMSUNG                  **LIST UNDER SEAL**
22  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
23

24                    Defendants.

25

26

27

28

I, Jennifer J. Rho, hereby declare as follows:

1.      I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation.  I am licensed to practice law in the State of California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.      Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to Seal Apple's Corrected Exhibit List.  Apple's Corrected Exhibit List contains information designated as "Highly Confidential Business Information of Google Inc.," "Highly Confidential Business Information," "Highly Confidential – Attorneys' Eyes Only," "Highly Confidential – Outside Attorneys' Eyes Only – Source Code," "Google's Highly Confidential –Outside Attorneys' Eyes Only – Source Code," "Attorneys' Eyes Only – Contains Source Code," and/or "Attorneys' Eyes Only – Contains Highly Confidential Business Information" by Apple, Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"),and/or third parties, including Google, Inc. ("Google") pursuant to the Protective Order (and its Amendments) entered in this case, or that is otherwise believed to be deemed confidential by these parties.  Apple expects that Samsung and the pertinent third parties will file the required supporting declarations in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether their information should be sealed.

3.      Apple does not maintain a claim of confidentiality over the Corrected Exhibit List.

4.      Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion.  Samsung does not oppose Apple's Administrative Motion to File Apple's Corrected Exhibit List Under Seal as a procedural mechanism for filing Apple's Corrected Exhibit List under seal.  Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

1

2       I declare under the penalty of perjury that the foregoing is true and correct to the best of

3  my knowledge and that this Declaration was executed this 14th day of February 2014, in

4  Los Angeles, California.

5  Dated:  February 14, 2014

6                        */s/     Jennifer J. Rho*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURES**

I, Harold J. McElhinny, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jennifer J. Rho has concurred in this filing.

Dated: February 14, 2014                              */s/ Harold J. McElhinny*
                                                       Harold J. McElhinny