**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S CORRECTED EXHIBIT LIST UNDER SEAL** |
| Defendants. | |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal Apple's Corrected Exhibit List.

Apple has filed the Declaration of Jennifer Rho in support of its motion.  For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted version of the aforementioned document as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Corrected Exhibit List | Descriptions of Samsung and Google documents as supported by sealing declarations from Samsung and Google |

**IT IS SO ORDERED.**

Dated: _____        By: _____

Hon. Lucy H. Koh
United States District Judge