1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER VACATING FEBRUARY 20, 2014 HEARING; REQUESTING SETTLEMENT STATUS UPDATE |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

Concluding that Samsung's motion to strike expert testimony based on undisclosed claim constructions, *see* Dkt. 1138-4, is appropriate for resolution without oral argument, the Court hereby VACATES the hearing scheduled for February 20, 2013, at 1:30 p.m. The Court also VACATES the case management conference scheduled for the same date and time.

The Court requests that the parties file a joint report as to the status of the settlement discussions referenced in the parties' Joint Proposal Regarding Pre-March 2014 Settlement Discussions, filed in Case No. 11-1846 at Dkt. 2914 (Jan. 8, 2014), by **Friday, February 21, 2014**.

1

1

2      **IT IS SO ORDERED.**

3      Dated: February 18, 2014

4                                                    LUCY H. KOH
                                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California