1  RANDALL L. ALLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
   Xavier.brandwajn@alston.com
4  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
5  Menlo Park, CA 94025
   Telephone:     650-838-2000
6  Facsimile:     650-838-2001

7  Attorneys for Non-Party
   NOKIA CORPORATION
8

9                        UNITED STATES DISTRICT COURT

10                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12

13 | APPLE, INC., a California corporation,           | Case No.: 12-CV-00630-LHK (PSG)
14 |         Plaintiff,                                |
15 |     v.                                            | **NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**
16 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
17 |                                                   |
18 |                                                   |
19 |         Defendants.                                |
20

In accordance with Civil L.R. 7-11 and 79-5, non-party Nokia Corporation ("Nokia") hereby moves for an order sealing the "Declaration of Ryan Koppelman in Support of Apple Inc.'s Administrative Motion to Seal" ("Koppelman Declaration"), being filed concurrently under seal.

The Koppelman Declaration should be sealed for the reasons set forth therein, as well as the reasons stated in the Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal, filed on February 11, 2013.

Therefore, for the foregoing reasons, Nokia respectfully requests that the Court grant Nokia's Motion to Seal the Koppelman Declaration.

DATED: February 18, 2014          Respectfully submitted,

                                  ALSTON & BIRD, LLP

                                  */s/ Ryan W. Koppelman*
                                  RANDALL L. ALLEN
                                  RYAN W. KOPPELMAN
                                  XAVIER M. BRANDWAJN

                                  Attorneys for Non-Party Nokia Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 18th day of February 2014.

                                                  */s/ Ryan W. Koppelman*
                                                  Ryan W. Koppelman