1  RANDALL L. ALLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
   Xavier.brandwajn@alston.com
4  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
5  Menlo Park, CA 94025
   Telephone:    650-838-2000
6  Facsimile:    650-838-2001

7  Attorneys for Non-Party
   NOKIA CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13 | APPLE, INC., a California corporation,          | Case No.: Case No.: 12-CV-00630-LHK (PSG)
14 |     Plaintiff,
15 |     v.                                           | **REDACTED VERSION OF DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL**
16 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
17 |
18 |
19 |     Defendants.
20