UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.: 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Having considered the papers submitted in connection with non-party Nokia Corporation's Administrative Motion to File Document Under Seal, filed on February 18, 2014, and good cause appearing, the Court hereby GRANTS Nokia's motion to seal the confidential, unredacted version of the Declaration of Ryan W. Koppelman in Support of Apple Inc.'s Administrative Motion to Seal, filed on February 18, 2014.

IT IS SO ORDERED.

Dated: _____          _____
                                         Hon. Paul S. Grewal
                                         United States Magistrate Judge