| | |
|---|---|
| 1 | RANDALL L. ALLEN (Ca. Bar No. 264067) |
| 2 | randall.allen@alston.com<br>RYAN W. KOPPELMAN (Ca. Bar No. 290704) |
| 3 | ryan.koppelman@alston.com<br>XAVIER M. BRANDWAJN (Ca. Bar No. 246218) |
| 4 | Xavier.brandwajn@alston.com<br>ALSTON & BIRD LLP |
| 5 | 275 Middlefield Road, Suite 150<br>Menlo Park, CA 94025 |
| 6 | Telephone:     650-838-2000<br>Facsimile:      650-838-2001 |
| 7 | Attorneys for Non-Party |
| 8 | NOKIA CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.:  Case No.: 12-CV-00630-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

CASE NO.: 12-CV-010630-LHK (PSG)

# PROOF OF SERVICE

I, Kate Smith, declare:

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 275 Middlefield Road, Suite 150, Menlo Park, CA 94025-4004. I am over the age of eighteen years and not a party to the action in which this service is made.

On February 18, 2014, I served the document(s) described as

**SEALED DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL**

on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:
Samsungv.Apple@quinnemanuel.com

Service E-mail Distribution List for Wilmer Cutler Pickering Hale and Dorr LLP:
WHAppleSamsungDamagesRetrial@wilmerhale.com

Service E-mail Distribution List for Gibson, Dunn & Crutcher:
Apple/Samsung@gibsondunn.com

☒ BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Alston & Bird LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 18, 2014, at Menlo Park, California.

*/s/ Kate Smith*
Kate Smith

CERTIFICATE OF SERVICE       1       CASE NO.: 12-CV-010630 (PSG)