1  JOSH A. KREVITT (CA SBN 208552)  WILLIAM F. LEE (*pro hac vice*)
   jkrevitt@gibsondunn.com           william.lee@wilmerhale.com
2  H. MARK LYON (CA SBN 162061)      WILMER CUTLER PICKERING
   mlyon@gibsondunn.com                HALE AND DORR LLP
3  GIBSON, DUNN & CRUTCHER LLP       60 State Street
   1881 Page Mill Road               Boston, Massachusetts  02109
4  Palo Alto, California  94304-1211  Telephone:  (617) 526-6000
   Telephone:  (650) 849-5300        Facsimile:  (617) 526-5000
5  Facsimile:  (650) 849-5333

6  Harold J. McElhinny (CA SBN 66781)   MARK D. SELWYN (CA SBN 244180)
   hmcelhinny@mofo.com                  mark.selwyn@wilmerhale.com
7  Jack W. Londen (CA SBN 85776)        WILMER CUTLER PICKERING
   jlonden@mofo.com                       HALE AND DORR LLP
8  Rachel Krevans (CA SBN 116421)       950 Page Mill Road
   rkrevans@mofo.com                    Palo Alto, California  94304
9  Ruth N. Borenstein (CA SBN 133797)   Telephone:  (650) 858-6000
   rborenstein@mofo.com                 Facsimile:  (650) 858-6100
10 Erik J. Olson (CA SBN 175815)
   ejolson@mofo.com
11 MORRISON & FOERSTER LLP
   425 Market Street
12 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
13 Facsimile: (415) 268-7522

14 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

15

16                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
17                       **SAN JOSE DIVISION**

18

19 APPLE INC., a California corporation,

20           Plaintiff,
                                        Case No. 12-cv-00630-LHK (PSG)
21      vs.

22 SAMSUNG ELECTRONICS CO., LTD., a      **APPLE'S ADMINISTRATIVE MOTION**
   Korean business entity; SAMSUNG       **TO FILE DOCUMENTS UNDER SEAL**
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
26           Defendants.
27
28
                                             Apple's Administrative Motion to
                                                File Documents Under Seal
                                               Case No. 12-cv-00630-LHK (PSG)

1    In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant

2    Apple Inc. ("Apple") hereby moves for an order to seal the following:

3         1.    Apple Inc.'s Administrative Motion to Remove Incorrectly Filed Document

4    ("Apple's Motion")

5         2.    Declaration of Jennifer Rho in Support of Apple's Administrative Motion to

6    Remove Incorrectly Filed Document filed herewith ("Rho Declaration  in Support of Apple's

7    Motion")

8         3.    Declaration of Jennifer Rho in Support of Apple's Administrative Motion to File

9    Documents Under Seal filed herewith ("Rho Sealing Declaration")

10        Apple's Motion and the Rho Declaration in Support of Apple's Motion should be sealed

11   for the reasons set forth in the Rho Sealing Declaration.  For the same reasons, the Rho Sealing

12   Declaration should be sealed.  Apple expects that the third parties identified in the Rho Sealing

13   Declaration may file supporting declarations in accordance with Civil L.R. 79-5 as necessary.

14        Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel

15   regarding this motion.  Samsung does not oppose Apple's Administrative Motion to File

16   Documents Under Seal Relating to Apple's Administrative Motion to Remove Incorrectly Filed

17   Document as a procedural mechanism for filing portions of Apple's Administrative Motion to

18   Remove Incorrectly Filed Document and supporting documents under seal.  Samsung reserves

19   the right to challenge any proposed redactions to the extent it believes those redactions

20   improperly seal non-confidential information.

21   Dated:  February 18, 2014                    GIBSON, DUNN & CRUTCHER LLP

22                                                */s/* H. Mark Lyon
                                                  H. MARK LYON (CA SBN 162061)
23                                                mlyon@gibsondunn.com
                                                  GIBSON, DUNN & CRUTCHER LLP
24                                                1881 Page Mill Road
                                                  Palo Alto, California  94304-1211
25                                                Telephone:  (650) 849-5300
                                                  Facsimile:  (650) 849-5333
26

27                                                *Attorneys for Plaintiff and
                                                  Counterclaim-Defendant Apple Inc.*

28

Apple's Administrative Motion to
File Documents Under Seal
Case No. 12-cv-00630-LHK (PSG)

1

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that a true and correct copy of the above and foregoing document has

3

been served on February 18, 2014 to all counsel of record who are deemed to have consented to

4

electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6                                               */s/* H. Mark Lyon
                                              H. Mark Lyon

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Apple's Administrative Motion to
File Documents Under Seal
Case No. 12-cv-00630-LHK (PSG)

2