**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal:

1. Apple Inc.'s Administrative Motion to Remove Incorrectly Filed Document ("Apple's Motion to Remove")

2. Declaration of Jennifer Rho in Support of Apple's Administrative Motion to Remove Incorrectly Filed Document filed herewith ("Rho Declaration in Support of Apple's Motion to Remove")

3. Declaration of Jennifer Rho in Support of Apple's Administrative Motion to File Documents Under Seal filed herewith ("Rho Sealing Declaration")

In support of its motion, Apple has filed the Rho Sealing Declaration. For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the aforementioned documents as indicated below:

| Document | Portion to be Sealed |
| --- | --- |
| Apple's Motion to Remove | Entire document. |
| Rho Declaration in Support of Apple's Motion to Remove | Entire document. |
| Rho Sealing Declaration | Entire document. |

**IT IS SO ORDERED.**

Dated: _____   By: _____
Hon. Lucy H. Koh
United States District Judge