UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed an unopposed Motion to Remove Incorrectly Filed Document ("Apple's Motion to Remove").

For the reasons stated in Apple's Motion to Remove, Apple's motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                        Hon. Lucy H. Koh
                                        United States District Judge