QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S NOTICE REGARDING APPLE'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT. NOS. 1269, 1272)** |

02198.51981/5769364.1

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 **PLEASE TAKE NOTICE** that Apple Inc. has filed Administrative Motions to File Under

3 Seal Apple Inc.'s Exhibit List and Apple Inc.'s Corrected Exhibit List (Dkt. Nos. 1269, 1272).

4 Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5 Telecommunications America, LLC do not maintain a claim of confidentiality over the

6 descriptions of the documents included in Apple's filings.

7

8 DATED: Febuary 18, 2014          QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
9

10                                 By  */s/ Victoria F. Maroulis*
                                       Charles K. Verhoeven
11                                     Kevin P.B. Johnson
                                       Victoria F. Maroulis
12                                     William C. Price
                                       Michael L. Fazio
13
                                       Attorneys for
14                                     SAMSUNG ELECTRONICS CO., LTD.,
                                       SAMSUNG ELECTRONICS AMERICA, INC.,
15                                     and SAMSUNG TELECOMMUNICATIONS
                                       AMERICA, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28