QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO SEAL DOCKET ENTRIES 1258-2 AND 1258-3** |

02198.51981/5769458.1

Case No. 12-CV-00630-LHK (PSG)
BECHER DECLARATION IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1  I, Robert J. Becher, declare:

2  1.  I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2.  I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal in connection with Samsung's Opposition to Apple's Motion to Seal Docket Entries 1258-2 and 1258-3 (the "Opposition") and the Declaration of Robert J. Becher and Exhibit 1 in support thereof (the "Declaration").

3.  Samsung does not maintain a claim of confidentiality over the Opposition or Declaration or Exhibit 1.

4.  The Opposition and Declaration and Exhibit 1 include information Apple and/or Nokia may consider confidential.

5.  Pursuant to the Court's January 29, 2014 Order in Case No. 11-cv-01846, *Apple v. Samsung*, the confidential, unredacted versions of the aforementioned documents will be served on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes should be redacted from the public version of Samsung's filing. After receiving Apple's proposed redactions, Samsung will file a public, proposed redacted version of these documents.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed in Los Angeles, California on February 18, 2014.

            */s/ Robert J. Becher*
            Robert J. Becher

02198.51981/5769458.1

-1-   Case No. 12-CV-00630-LHK (PSG)
BECHER DECLARATION IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated: February 18, 2014

/s/ Victoria Maroulis
Victoria Maroulis