UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO SEAL DOCKET ENTRIES 1258-2 AND 1258-3** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3 to File Documents Under Seal Relating to Samsung's Opposition to Apple's Motion to Seal
4 Docket Entries 1258-2 and 1258-3.

5    Having considered Samsung's motion, and compelling reasons having been shown, the
6 Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Opposition to Apple's Motion to Seal Docket Entries 1258-2 and 1258-3 | See public redacted version of document. |
| Declaration of Robert J. Becher in Support of Samsung's Opposition to Apple's Motion to Seal Docket Entries 1258-2 and 1258-3 | See public redacted version of document. |
| Exhibit 1 to the Declaration of Robert J. Becher in Support of Samsung's Opposition to Apple's Motion to Seal Docket Entries 1258-2 and 1258-3 | See public redacted version of document. |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Paul S. Grewal
United States Magistrate Judge