JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S MOTIONS IN LIMINE)** |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves this Court for an order to seal the following documents:

1. Portions of the confidential, unredacted version of Plaintiff and Counterclaim-Defendant Apple Inc.'s Motions in Limine ("MIL Brief");

2. Portions of the confidential, unredacted version of Exhibit 8 to the Declaration of Nathan Sabri filed in support of Apple's Motions in Limine ("Sabri Declaration"); and

3. Exhibits 4-6 and 8-13 to the Sabri Declaration.

4. [Proposed] Order Granting Apple's Motions in Limine.

**Apple's Confidential Information**

Exhibit 8 to the Sabri Declaration contains Apple's confidential information, identified by yellow highlighting. Apple has established compelling reasons to seal such information through the Declaration of Jennifer Rho filed in support of this Administrative Motion to File Documents Under Seal ("Rho Declaration"). In particular, Exhibit 8 contains Apple's highly sensitive financial data regarding the domestic sales of its currently-sold iPhone devices. Such information is the same type of information that this Court has previously sealed, on the grounds that the parties have a "strong interest in keeping their detailed financial information sealed and the public's relatively minimal interest in this information" warrants filing it under seal. *Apple, Inc. v. Samsung Electronics Co., Ltd.*, 2013 WL 4487610 at *9-10 (Fed. Cir. 2013).

As further detailed in the Rho Declaration, the public disclosure of such information would cause significant harm to Apple. Rho Decl., ¶¶ 4-6. Indeed, it is Apple's policy to strictly maintain the confidentiality of such information. *Id.* This information reflects, among other things, Apple's operating practices and finances and could be used by Apple's competitors to its severe disadvantage. Moreover, the information that Apple is requesting be sealed in Exhibit 8 is not necessary to understanding the arguments at issue in Apple's MIL Brief, thus rendering the public interest in such information low. Thus, any public interest in this information is clearly outweighed by the potential harm to Apple. Finally, Apple's requested relief is narrowly tailored to protect the confidentiality of Apple's confidential information contained in Exhibit 8. Indeed, where Apple has ultimately had to disclose certain of its domestic sales data during its previous

1  case before the Court, *see* Case No. 11-cv-1846-LHK (PSG), Apple does not seek to seal such
2  information here.  Apple thus respectfully requests that the Court seal the information
3  highlighted in yellow in Exhibit 8 to the Sabri Declaration.

**Samsung and Third Party Confidential Information**

5        The MIL Brief, Exhibits 4-6 and 8-13 to the Sabri Declaration, and the [Proposed] Order
6  Granting Apple's Motions in Limine also contain information that has been designated as
7  "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY," "HIGHLY
8  CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE," and/or
9  "GOOGLE's HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –
10 SOURCE CODE" by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
11 Samsung Telecommunications America, LLC (collectively, "Samsung") and/or third parties
12 Google Inc. ("Google") and Nuance Communications, Inc. ("Nuance").  Apple expects that
13 Samsung, Google, and Nuance will file the required supporting declarations in accordance with
14 Civil Local Rule 79-5 as necessary in order to confirm whether their information should be
15 sealed.

16       Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel
17 regarding this motion to seal.  Samsung does not oppose Apple's Administrative Motion to File
18 Documents Under Seal relating to Apple's Motions in Limine as a procedural mechanism for
19 filing portions of Apple's Motions in Limine and supporting documents under seal.  Samsung
20 reserves the right to challenge any proposed redactions to the extent it believes those redactions
21 improperly seal non-confidential information.  Within 7 days of Samsung filing its declaration in
22 support of sealing, the parties will prepare and Apple will file a final consolidated and conformed
23 copy of the motion and exhibits thereto identifying what information Apple, Samsung, and any
24 third parties have supported sealing in their declarations.

Dated: February 18, 2014     MORRISON & FOERSTER LLP

By: */s/ Rachel Krevans*
    Rachel Krevans

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document and its supporting documents were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: February 18, 2014              /s/   Rachel Krevans