1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S MOTIONS IN LIMINE)** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal:

1. Portions of the confidential, unredacted version of Plaintiff and Counterclaim-Defendant Apple Inc.'s Motions in Limine;

2. Portions of the [Proposed] Order Granting Apple's Motions in Limine;

3. Portions of the confidential, unredacted version of Exhibit 8 to the Declaration of Nathan Sabri filed in support of Apple's Motions in Limine ("Sabri Declaration"); and

4. Exhibits 4-6 and 8-13 to the Sabri Declaration.

In support of its motion, Apple has filed the Rho Sealing Declaration. For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the aforementioned documents as indicated below:

| **Document** | **Portion to be Sealed** |
| --- | --- |
| Apple's Motions in Limine | Portions of document as supported by sealing declarations from Samsung and/or Google |
| [Proposed] Order Granting Apple's Motions in Limine | Portions of document as supported by sealing declarations from Samsung and/or Google |
| Exhibit 4 | Portions of document as supported by sealing declarations from Samsung and/or Google |
| Exhibit 5 | Portions of document as supported by sealing declarations from Samsung and/or Google |
| Exhibit 6 | Portions of document as supported by sealing declarations from Samsung and/or Google |
| Exhibit 8 | Information highlighted in yellow in footnote 568 on page 140; Portions of document as supported by sealing declarations from Samsung and/or Google |
| Exhibit 9 | Portions of document as supported by sealing declarations from Samsung and/or Google |
| Exhibit 10 | Portions of document as supported by sealing declarations from Samsung, Google, and/or Nuance |

| Document | Portion to be Sealed |
|---|---|
| Exhibit 11 | Portions of document as supported by sealing declarations from Samsung and/or Google |
| Exhibit 12 | Portions of document as supported by sealing declarations from Samsung and/or Google |
| Exhibit 13 | Portions of document as supported by sealing declarations from Samsung and/or Google |

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                       Hon. Lucy H. Koh
                                       United States District Judge