| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) jkrevitt@gibsondunn.com H. MARK LYON (CA SBN 162061) mlyon@gibsondunn.com GIBSON, DUNN & CRUTCHER LLP 1881 Page Mill Road Palo Alto, CA 94304-1211 Telephone: (650) 849-5300 Facsimile: (650) 849-5333 | WILLIAM F. LEE william.lee@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 60 State Street Boston, MA 02109 Telephone: (617) 526-6000 Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) hmcelhinny@mofo.com JACK W. LONDEN (CA SBN 85776) jlonden@mofo.com RACHEL KREVANS (CA SBN 116421) rkrevans@mofo.com RUTH N. BORENSTEIN (CA SBN 133797) rborenstein@mofo.com ERIK J. OLSON (CA SBN 175815) ejolson@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105-2482 Telephone: (415) 268-7000 Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 950 Page Mill Road Palo Alto, California 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No.   12-cv-00630-LHK (PSG) <br><br> **DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTIONS IN LIMINE** |

I, Nathan Sabri, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Motions in Limine.

2. Attached as **Exhibit 1** hereto is a true and correct copy of December 16, 2011 PTO Final Rejection Notice '647 patent.

3. Attached as **Exhibit 2** hereto is a true and correct copy of excerpts from the July 15, 2013, Norbert Gövert Deposition Transcript.

4. Attached as **Exhibit 3** hereto is a true and correct copy of June 25, 2013, Affidavit of Christopher Butler and accompanying Exhibit A (Neonode N1 Facts).

5. Attached as **Exhibit 4** hereto is a true and correct copy of excerpts from the September 13, 2013, Rebuttal Expert Report of Martin Rinard, Ph.D Regarding Noninfringement of Claims 24 and 25 of U.S. Patent No. 6,847,959.

6. Attached as **Exhibit 5** hereto is a true and correct copy of excerpts from Samsung's Third Supplemental Objections and Responses to Apple's Sixth Set of Interrogatories (No. 41).

7. Attached as **Exhibit 6** hereto is a true and correct copy of excerpts from Samsung's Further Supplemental Responses to Apple's First, Third and Tenth Sets of Interrogatories (Interrogatory Nos. 8, 20, 24, 28, 29, 45.

8. Attached as **Exhibit 7** hereto is a true and correct copy of Plaintiff and Counterclaim-Defendant Apple Inc.'s Tenth 30(b)(6) Deposition Notice.

9. Attached as **Exhibit 8** hereto is a true and correct copy of excerpts from the September 13, 2013, Expert Report of Judith A. Chevalier.

10. Attached as **Exhibit 9** hereto is a true and correct copy of the July 3, 2013, Sung-Geun Park Deposition Transcript.

11. Attached as **Exhibit 10** hereto is a true and correct copy of the June 7, 2013, Daewoon Myoung Deposition Transcript.

|   |   |
|---|---|
| 1 | 12.     Attached as **Exhibit 11** hereto is a true and correct copy of excerpts from the |
| 2 | June 20, 2013, Youngmi Kim Deposition. |
| 3 | 13.     Attached as **Exhibit 12** hereto is a true and correct copy of excerpts from the |
| 4 | June 6, 2013, Jinhyung Kim Deposition Transcript. |
| 5 | 14.     Attached as **Exhibit 13** hereto is a true and correct copy of excerpts from the |
| 6 | July 5, 2013, Huijae Lee Deposition Transcript. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of February, 2014 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: February 18, 2014        By:   */s/ Rachel Krevans*
                                      RACHEL KREVANS

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTIONS IN LIMINE
CASE NO.12-cv-00630-LHK (PSG)
sf-3385521

2