Exhibit 2

1

1           UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

3

4    ---------------------------------------x

5    APPLE INC., a California Corporation,  :

6              Plaintiff,              :

7       v.                            :

8    SAMSUNG ELECTRONICS CO., LTD., a      : C.A. No.

9    Korean Corporation; SAMSUNG          : 12-cv-00630-LHK (PSG)

10   ELECTRONICS AMERICA, INC., a         :

11   New York Corporation; and SAMSUNG    :

12   TELECOMMUNICATIONS AMERICA, LLC,     :

13   a Delaware Limited Liability Company, :

14              Defendants.             :

15   ---------------------------------------x

16   (Caption continued on next page.)

17

18          Videotaped Deposition of NORBERT GÖVERT

19                   London, UK

20              Monday, 15 July, 2013

21                  9:00 a.m.

22

23   Job No.: 40429

24   Pages: 1 - 164

25   Reported by: Ailsa Williams

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

2

1   (Caption continued from previous page.)

2   ----------------------------------------x

3   SAMSUNG ELECTRONICS CO., LTD, a        :

4   Korean Corporation; SAMSUNG            :

5   ELECTRONICS AMERICA, INC., a New       :

6   York Corporation; and SAMSUNG          :

7   TELECOMMUNICATIONS AMERICA, LLC        :

8   a Delaware Limited Liability Company,  :

9           Counterclaim-Plaintiffs,       :

10      v.                                 :

11   APPLE INC., a California              :

12   Corporation,                          :

13          Counterclaim-Defendant.        :

14   ----------------------------------------x

15       Videotaped Deposition of NORBERT GÖVERT, held

16   at the offices of:

17

18                QUINN EMANUEL URQUHART & SULLIVAN

19                ONE FLEET PLACE

20                LONDON EC4M 7RA

21                +44 (0) 20 7653 2000

22

23   Pursuant to Notice, before Ailsa Williams, Accredited

24   LiveNote Reporter, Member of Institute of British

25   Reporters.

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

5

1          THE VIDEOGRAPHER:  This is the beginning of

2    tape one, volume one, in the video deposition of

3    Norbert Gövert.  The time is 9:03 am, as indicated on

4    the video screen.  This video is being taken on

5    15 July, 2013.  The deposition is being taken in the

6    matter of Apple Incorporated versus Samsung

7    Electronics et al, case number 12-CV-00630-LHK, being

8    heard for the United States District Court for the

9    Northern District of California.

10          The court reporter is Ailsa Williams of

11    Planet Depos, the videographer is Mark Ross,

12    contracted by Planet Depos.  Interpreter Ulrika Dehmel

13    of Planet Depos.  Counsel, introduce yourself for the

14    record, please.

15          MR. FURMAN:  Joshua Furman, Gibson Dunn, for

16    Apple.

17          MS MADISON:  Kristin Madigan from Quinn

18    Emanuel on behalf of Samsung and the witness.

19          MR. JAFFE:  Joshua Jaffe from Quinn Emanuel

20    on behalf of Samsung and the witness.

21          MR. FURMAN :  Before we start, we understand

22    that the court reporter generally is not authorized to

23    administer oaths in this venue.  Nevertheless, we

24    request that the court reporter administer the oath

25    and the parties stipulate that they waive any

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

6

1    objection to the validity of the deposition.  Apple so

2    stipulates.

3              MS MADISON:  Samsung so stipulates.

4              THE VIDEOGRAPHER:  If you can administer the

5    oath.

6                    (Interpreters sworn)

7                      NORBERT GÖVERT

8                  Having been duly sworn,

9                   Testified as follows:

10             DIRECT EXAMINATION BY MR. FURMAN

11             MR. FURMAN :  Can you please state your full

12   name and address for the report?

13             A.  Norbert Gövert.  Haydnweg 18, 59399

14   Olfen, Germany.

15             Q.  Mr. Gövert, have you ever been deposed

16   before?

17             A.  No.

18             Q.  Have you ever testified at trial before?

19             A.  No, I have not.

20             Q.  Have you ever provided any other form of

21   testimony, such as a declaration, written testimony,

22   live testimony in any type of legal proceeding?

23             A.  No, I have not.

24             Q.  Do you understand that you are under

25   oath today?

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

23

1    subject matter of this lawsuit?

2              A.  Yes, I had.

3              Q.  Who was that?

4              A.  Professor Norbert Fuhr.

5              Q.  Anyone else?

6              A.  And Ulrich Pfeifer.

7              Q.  Starting with Professor Fuhr, when did

8    you speak with him about the subject matter of this

9    lawsuit?

10             A.  It has been in December 2012.

11             Q.  Was that conversation in person, over

12   the telephone or via email?

13             A.  Via email.

14             Q.  What did you send -- strike that.  Did

15   he contact you or did you contact him?

16             A.  Professor Fuhr contacted me.

17             Q.  What did he say when he contacted you?

18             A.  He asked whether the diploma thesis of

19   Tung Huynh has been published through the library,

20   whether we have a copy of this diploma thesis.

21             Q.  Did Professor Fuhr explain why he was

22   asking this?

23             A.  He said that he was asked this by Quinn

24   Emanuel.  He was asked to provide this diploma thesis.

25             Q.  At the time that Professor Fuhr sent you

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

24

1    that email, had you been contacted by Quinn Emanuel?

2            A.   I have been contacted by Quinn Emanuel

3    at that time but I didn't answer, as I said before,

4    until then.

5            Q.   What did you respond to Professor Fuhr?

6            A.   I responded that the library at that

7    time did not have a copy of a diploma thesis, and in

8    return Professor Fuhr told me that they found a copy

9    on their side.

10           Q.   When you say "at that time", what do you

11   mean?

12           A.   When I gave my answer to Professor Fuhr

13   that we didn't have a copy at that time,

14   in December 2012, he answered back that they found

15   a copy.  Could I clarify?  "At that time", you are

16   asking again at that time?

17           Q.   I apologize.  When I asked if you had

18   responded to Professor Fuhr, you said that the library

19   at that time did not have a copy of a diploma thesis?

20           A.   Yes.

21           Q.   I was just following up, asking what you

22   meant by "at that time"?

23           A.   Okay, this means that in earlier times

24   we had a copy but it has been in the meantime removed

25   from the collection of the library.

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

25

1          Q.   How do you know that in earlier times

2     the library had a copy of Mr. Huynh's thesis?

3          A.   Our library, of course, when it is doing

4     acquisition, buying books or getting books as

5     a present, these books are inventorized, and we have

6     an inventory book, an electronic inventory book where

7     all literature copies or pieces of literature have

8     a record which went into the library, and there is

9     a record of this diploma thesis.

10        (Exhibit Gövert Exhibit 1 marked for identification)

11         Q.   I am going to hand you what has been

12    marked as Gövert Exhibit 1.  This is a document

13    bearing Bates number GÖVERTNDCA630-0000001 through 02.

14    What is this document?

15         A.   This document is the inventory record of

16    the diploma thesis of Tung Huynh.

17         Q.   Is this the same inventory record that

18    we have been discussing previously?

19         A.   Yes.

20         Q.   Does this inventory record provide

21    a copy of the thesis that it is discussing?

22         A.   This record just provides bibliographic

23    data and status data of the thesis itself.  It does

24    not provide a copy.

25         Q.   And your basis for alleging that the

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

26

1    library had a copy of Mr. Huynh's thesis is based on

2    the existence of this inventory record.  Correct?

3              A.  This is correct.

4              Q.  At any point in the past have you ever

5    attempted to access or obtain a copy of Mr. Huynh's

6    thesis from the library?

7              A.  At least I do not remember that I did

8    that.

9              Q.  Do you have an understanding as to why

10   currently the library does not have a copy of

11   Mr. Huynh's thesis?

12             A.  Sorry, I didn't get that.

13             Q.  I will ask that again.  Do you have an

14   understanding as to why the library currently does not

15   have a copy of Mr. Huynh's thesis?

16             A.  Yes, I have.

17             Q.  And what is that?

18             A.  The copy of this diploma thesis has been

19   located at the department library at the computer

20   science department, and in 2011 in the library system

21   we merged this department library into another

22   department library, so from two libraries we made one.

23   In that move we decided to remove all copies of

24   diploma theses from the collection which have been

25   older than 10 years.

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

27

1          Q.   I want to make sure that I understand

2     all the details of this correctly.  You have been

3     speaking about the university library.  Just so we are

4     clear, that is the University of Dortmund library.

5     Correct?

6          A.   The Technical University of Dortmund has

7     a single library, which has different buildings and

8     rooms.  So there is a central library and various

9     department libraries, but it is one organizational

10    unit.

11         Q.   When you say that the "library" did not

12    have a copy of the thesis in December 2012, you mean

13    both the central library and the particular

14    departmental library where this had been found at some

15    point?

16         A.   This is true.

17         Q.   And the Technical University of Dortmund

18    is in Germany, is that correct?

19         A.   That is correct.

20         Q.   How long have you been employed at the

21    University of Dortmund relating to the library?  How

22    long have you worked with the library at the

23    University of Dortmund?

24         A.   I have been employed by the

25    organizational unit of the library since the beginning

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

28

1    of 2004.  I have been in business with the library

2    since beginning of 2002, first as a student worker at

3    the department of computer science, and later, since

4    mid-1997, as a scientist at the computer science

5    department.  I have been then the contact person of

6    the computer science department to the library.

7              Q.  You have been the contact person of the

8    computer science department to the library since when?

9              A.  From middle 1997 until I left the

10   department towards the organizational unit of the

11   central -- of the University library in beginning of

12   2004.

13             Q.  When you said in 2011 that two

14   departmental libraries were merged together and

15   certain diploma theses were discarded, were those

16   paper copies of the diploma theses?

17             A.  Paper copies of diploma theses.

18             Q.  Were there electronic copies of those

19   theses?

20             A.  Not at the library.  There are no

21   electronic copies of diploma theses in library

22   systems.

23             Q.  Looking at this document, does this

24   indicate to you when Mr. Huynh's thesis was entered

25   into this inventory system?

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

29

1          A.   This is indicated by the status datum.

2          Q.   What is the date that this document

3     represents that Mr. Huynh's thesis was entered into

4     the inventory system?

5          A.   It was 7 October, 1997.

6          Q.   Were you the contact person for the

7     computer science department to the library as

8     of October 7, 1997?

9          A.   Yes.

10         Q.   Did you have any involvement in

11    submitting Mr. Huynh's thesis to the library?

12         A.   No, but this has been the departmental

13    business process, say, that the diploma students agree

14    to publish the diploma thesis to the library and then

15    a copy is sent to the library.

16         Q.   When you say a copy is sent to the

17    library, do you mean a paper copy or --

18         A.   A paper copy, yes.

19         MS MADISON:   Don't talk over even other.

20         Q.   Did you personally have any involvement

21    in submitting a paper copy of Mr. Huynh's thesis to

22    the library?

23         A.   No.

24         Q.   Other than having seen this record when

25    you -- strike that.  When did you first see this

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

31

1          Besides this inventory document, do you have any

2    other basis for knowing that the University library, meaning

3    the central library and any departmental library had a copy

4    of Mr. Huynh's thesis as of 1997?

5          A.  No, I have no other evidence.

6          Q.  Do you know if the library made an

7    electronic copy of Mr. Huynh's thesis prior

8    to January 5, 2000?

9          A.  Prior to?

10         Q.  January 5, 2000?

11         MS MADISON:  Objection, form.

12         Q.  You can answer.

13         A.  The business process in the library, in

14    the central library, in the University's library don't

15    have this step to make an electronic copy from a paper

16    copy.

17         Q.  So it is your understanding that to the

18    extent there was a copy at all in the library there

19    was only paper copies?

20         A.  Yes.

21         Q.  Do you know how many paper copies there

22    were in the library?

23         A.  One copy.

24         Q.  Besides -- strike that.  Is this

25    inventory system publicly available?

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

32

1           A.   No, it is a system which is available to

2      librarians.

3           Q.   Is it available to librarians outside

4      the University of Dortmund?

5           A.   It is available to librarians inside the

6      University of Dortmund.

7           Q.   Do you have any understanding as to

8      whether or not anyone has ever come to see Mr. Huynh's

9      thesis in the library?

10           A.   I have no evidence.

11           Q.   Do you know if the library provided any

12      information to any publicly available online database

13      or other database about Mr. Huynh's thesis prior

14      to January 5, 2000?

15           MS MADISON:  Objection, vague and ambiguous.

16           A.   Please, can you just ...

17           Q.   I will reask.  It was probably a sloppy

18      question.

19           Prior to January 5, 2000, do you know if the

20      University of Dortmund library, which includes the central

21      library and any departmental library, provided any

22      information about Mr. Huynh's thesis to any library system,

23      publicly available database or other catalog of library

24      information?

25           A.   Yes.

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

33

1          MS MADISON:  Same objection.

2          A.  Information about Tung Huynh's diploma

3    thesis has been put publicly through the online patron

4    access catalog of the University library.

5          Q.  I am sorry, can you repeat that, the

6    online --

7          A.  OPAC, online patron access catalog, so

8    this is the information system users within the

9    library, within the university but also worldwide can

10   access to find out which pieces of literature are

11   available through the library.

12         Q.  Did that OPAC system have any more

13   information about Mr. Huynh's thesis than is available

14   in the document that has been marked as Exhibit 1?

15         A.  I have no evidence that there was more

16   information than included in this document but it is

17   for sure that the information which is in this record

18   has been on the public catalog as well.

19         Q.  Do you know when the information

20   represented in Exhibit 1 was made available in the

21   public catalog?

22         A.  The business process for acquisition and

23   cataloging asked that those things which are

24   inventorized are made publicly available immediately.

25         Q.  Other than knowledge of what the

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

34

1    business practice was, do you have any other knowledge

2    about when the information represented in Exhibit 1

3    was made available in the OPAC system?

4              MS MADISON:  Objection, form.

5              A.  I didn't get the question.

6              Q.  Do you have any firsthand knowledge of

7    the information in Exhibit 1 being made available in

8    the OPAC system prior to January 5, 2000?

9              MS MADISON:  Same objection.

10             A.  I didn't understand the beginning of

11   your question.

12             THE INTERPRETER:  The interpreter will

13   translate it into German.

14                  (Question interpreted)

15             A.  My evidence is that from the position of

16   the deputy director of the library, it is important to

17   libraries to be exact on the business processes, and

18   therefore my experience says that with this record

19   being part of the inventory book, it has become part

20   of the online patron access catalog at that time when

21   it has been inventorized.

22             Q.  You did not become the deputy

23   director -- strike that.  You did not become the

24   deputy director of the library until 2004, is that

25   correct?

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

35

1          A.  That is correct.

2          Q.  Is the title of Mr. Huynh's thesis

3    anywhere in Exhibit 1, and I will just say for the

4    record that the document is in German, which is why

5    I am asking that question.

6          A.  Pardon, please repeat?

7          Q.  Is the title of Mr. Huynh's thesis

8    available anywhere in the document that is marked as

9    Exhibit 1?

10          A.  Yes.

11          Q.  Where can the title be found?

12          A.  It is in the line called "Titel" and the

13    title is "Erweiterung des Free-WAIS-Servers".

14          Q.  Can you translate that title into

15    English, please?

16          A.  Extension of the Free-WAIS server.  Is

17    that correct?

18          THE INTERPRETER:  Yes, extension.

19          Q.  Can you review Exhibit 1 and let me know

20    if anywhere in this document it mentions FreeWAIS –

21    sf?

22          A.  In this document, FreeWAIS is mentioned

23    but not FreeWAIS – sf.

24          Q.  In this document is SFGate mentioned

25    anywhere?

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

138

1      13:41.

2                        (A short break)

3              THE VIDEOGRAPHER:  Back on the record,

4      13:42.

5                RE-DIRECT EXAMINATION BY MR. FURMAN:

6              MR. FURMAN:  I have a couple of follow-up

7      questions.  Your attorney asked you about an online

8      catalog that was available from 1997 to the present

9      from the University of Dortmund library.  Is that the

10     OPAC catalog we discussed previously?

11             A.  This is true.

12             Q.  I believe you testified in response to

13     your attorney's questions that one could do a query

14     and search for the Tung thesis in that OPAC catalog.

15     Is that correct?

16             A.  Yes.

17             Q.  Did you in fact ever perform such

18     a search?

19             A.  Yes.

20             Q.  And you found the Tung thesis?

21             A.  No.

22             Q.  Have you ever performed a search in the

23     OPAC database and found any information referencing

24     the Tung thesis?

25             A.  You asked for the OPAC system?

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

139

1          Q.   Yes.

2          A.   No.

3          Q.   Are you aware of anyone else ever

4     accessing the OPAC system doing a query and having

5     information about the Tung thesis returned to them?

6          A.   No.

7          Q.   Do you have any information whatsoever,

8     whether in your own experience, having heard from

9     others, anything, that the Tung thesis was ever

10    available in the OPAC system?

11          MR. JAFFE:  Objection, asked and answered.

12          A.   Yes.

13          Q.   What is the basis for that information?

14          A.   It is the business processes in the

15    University of Dortmund library, which says -- and this

16    is what the library stands for -- to have an accurate

17    catalog that things which are bought by the library or

18    are given to the library are presented to the user,

19    and therefore the business processes have this point

20    where it is necessary that given a piece of literature

21    is in the inventory book, that it is overtaken into

22    the OPAC.

23          Q.   What is your basis for saying that that

24    is the business process of the library?

25          A.   It is one of my responsibilities as

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

140

1   a deputy director to do business processing.

2              Q.  And you began as deputy director for the

3   library in 2004, is that correct?

4              A.  This is correct.

5              Q.  Were you involved in setting business

6   practices for the library prior to 2004?

7              A.  Those people who were in response at

8   that time.

9              Q.  So you yourself were not responsible for

10  setting business practices or involved with business

11  practices of the library prior to 2004.  Is that

12  correct?

13             A.  Beginning with 2004, I started to work

14  at the University Library of Dortmund, and then

15  responsibility started and this includes of course to

16  review all the business processes.  But this is one of

17  the --

18                      (Interpreted).

19             THE INTERPRETER:  The main task or essential

20  task.

21             A.  It is just the essential task to prevent

22  the collection to the users and, therefore, from my

23  experience, it has been the case that also the Tung

24  thesis has been part of the OPAC system.

25             Q.  Your answer had two concepts integrated

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

141

1    together and I want to split those apart.  One concept

2    that you seemed to discuss in your answer was that it

3    is a business practice to make certain documents

4    available in the library.  You also said that it is

5    your experience that the Tung thesis was in the OPAC

6    system.  Was the basis for you saying that the Tung

7    thesis was in the OPAC system based on your

8    understanding of business practices?

9           A.   Could you just formulate the query once

10   again?

11          Q.   That was a very long question.  I will

12   try and break it up.  You said that it was an

13   essential task to present the collection of the

14   library to the users.  That is a business process,

15   correct?

16          A.   The business process is that literature

17   is acquired, inventorized, categorized, indexed and

18   through the index presented to the users, so the whole

19   process this meant.

20          Q.   Do you have any basis to verify that

21   that process was followed prior to 2004?

22          MR. JAFFE:  Objection, asked and answered.

23          A.   That is how libraries work.

24          Q.   Do you have any personal basis for

25   verifying that that process was followed prior to

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

142

1    2004?

2              A.   No.

3              Q.   You also said in the answer that we were

4    discussing that the essential task is to present the

5    collection to the users, and is it therefore your

6    experience that the Tung thesis would also be

7    available in OPAC.  Is that correct?

8              A.   May I reformulate?

9              Q.   Please do.

10             A.   I should have -- I would like to

11   formulate it in a more general way.  My experience is

12   that, and this indeed is the implication, that if

13   a piece of literature has become part of the inventory

14   book then it also is part of the OPAC system, and

15   there the piece of literature is presented to the

16   user.  On the other hand, I cannot state this

17   especially for the Tung thesis.

18             Q.   You also were discussing with your

19   counsel when he was asking you questions that you had

20   a test environment for SFGate.  Is that correct?

21             A.   Yes.

22             Q.   Was that test environment in the United

23   States?

24             A.   No.

25             Q.   Was there any element of that test

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

160

1    that in the United States?

2             A.   No.

3             Q.   Was any element of that configuration in

4    the United States?

5             MR. JAFFE:   Objection, asked and answered.

6             A.   No.

7             MR. FURMAN:   No further questions.

8             MR. JAFFE:   No further questions.

9             THE VIDEOGRAPHER:   Going off the record at

10   14:20.  This is the end of tape three, volume one in

11   the video deposition of Norbert Gövert.  We are now

12   going off the record at 14.21 and that is the end of

13   deposition for today.

14            MR. FURMAN:   I think we need to put on the

15   record that this is the end of the deposition period.

16            MS MADISON:   So stipulated.

17            (Signature having not been waived, the

18   videotaped deposition of NORBERT GÖVERT was concluded

19   at 2:22 p.m.)

20

21

22

23

24

25

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

161

1          ACKNOWLEDGMENT OF DEPONENT

2          I, NORBERT GÖVERT, do hereby

3    acknowledge that I have read and examined the

4    foregoing testimony, and the same is a true, correct

5    and complete transcription of the testimony given by

6    me and any corrections appear on the attached Errata

7    sheet signed by me.

8

9

10    _____    _____

11      (DATE)                    (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VIDEOTAPED DEPOSITION OF NORBERT GÖVERT
CONDUCTED ON MONDAY, JULY 15, 2013

162

1                CERTIFICATE OF COURT REPORTER

2

3    I, AILSA WILLIAMS, an Accredited LiveNote Reporter,

4    hereby certify that Norbert Gövert was duly sworn,

5    that I took the Stenograph notes of the foregoing

6    deposition and that the transcript thereof is a true

7    and accurate record transcribed to the best of my

8    skill and ability.  I further certify that I am

9    neither counsel for, related to, nor employed by any

10   of the parties to the action in which the deposition

11   was taken, and that I am not a relative or employee of

12   any attorney or counsel employed by the parties

13   hereto, nor financially or otherwise interested in the

14   outcome of the action.

15

16

17

18

19

20   Signed:

21   AILSA WILLIAMS

22   Dated:   July 16, 2013

23

24

25