**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal:

1. Declaration of Ayumi Nishino Regarding Apple's Administrative Motions to File Documents Under Seal ("Nishino Declaration")

In support of its motion, Apple has filed the Nishino Declaration. For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the aforementioned document as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Nishino Declaration | Entire document. |

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                            Hon. Paul S. Grewal
                                            United States Magistrate Judge