```
 1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 2  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
 3  50 California Street, 22nd Floor
    San Francisco, California 94111
 4  Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
 5
    Kevin P.B. Johnson (Bar No. 177129)
 6  kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
 7  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
 8  Redwood Shores, California 94065
    Telephone: (650) 801-5000
 9  Facsimile: (650) 801-5100

10  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
11  Michael L. Fazio (Bar No. 228601)
    michaelfazio@quinnemanuel.com
12  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
13  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
14
    Attorneys for SAMSUNG ELECTRONICS CO.,
15  LTD., SAMSUNG ELECTRONICS AMERICA,
    INC. and SAMSUNG
16  TELECOMMUNICATIONS AMERICA, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|---|---|
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN CONNECTION WITH SAMSUNG'S MOTIONS *IN LIMINE*** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby bring this administrative motion for an order to seal certain documents filed in
4  connection with Samsung's Motions *in Limine* (the "MIL") and the Declaration of Michael L.
5  Fazio in support thereof (the "Fazio Declaration").

## RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file under seal the documents listed below:

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Motions *in Limine*. | Samsung, Apple, and Google | See highlighted version to be filed within 7 days. |
| Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine*. | Apple | See highlighted version to be filed within 7 days. |
| Exhibits 7-10 to the Fazio Declaration. | Apple | See highlighted versions to be filed within 7 days. |
| Exhibits 12 to the Fazio Declaration. | Apple and Samsung | See highlighted versions to be filed within 7 days. |
| Exhibits 13 to the Fazio Declaration. | Apple, Google, and Samsung | See highlighted versions to be filed within 7 days. |
| Exhibit 16 to the Fazio Declaration. | Apple, Samsung, and Google | See highlighted version to be filed within 7 days. |
| Exhibit 17 to the Fazio Declaration. | Samsung, Apple, and Google | See highlighted version to be filed within 7 days. |
| Exhibits 18-20 to the Fazio Declaration. | Samsung and Google | See highlighted version to be filed within 7 days. |
| Exhibits 21-24 to the Fazio Declaration. | Samsung | See highlighted versions to be filed within 7 days. |
| Exhibits 25-26 to the Fazio Declaration. | Samsung and Apple | The exhibits in their entirety. |
| Exhibit 27 to the Fazio Declaration. | Samsung | See highlighted version to be filed within 7 days. |

| | | |
|---|---|---|
| Exhibit 28 to the Fazio Declaration. | Apple | The exhibit in its entirety. |
| Exhibit 29 to the Fazio Declaration. | Samsung | The exhibit in its entirety. |
| Exhibit 31 to the Fazio Declaration. | Apple | The exhibit in its entirety. |
| Exhibit 32 to the Fazio Declaration. | Google | The exhibit in its entirety. |
| Exhibit 34 to the Fazio Declaration. | Samsung | The exhibit in its entirety. |
| Exhibits 36-40 to the Fazio Declaration. | Samsung | The exhibits in their entirety. |
| Exhibits 41-43 to the Fazio Declaration. | Apple | The exhibits in their entirety. |
| Exhibits 44-49 to the Fazio Declaration. | Samsung | The exhibits in their entirety. |
| Exhibit 50 to the Fazio Declaration | Samsung | The exhibit in their entirety. |
| Exhibit 52 to the Fazio Declaration. | Google | The exhibit in its entirety. |
| Exhibit 53-55 to the Fazio Declaration. | Samsung | The exhibits in their entirety. |

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal. Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's Motions in Limine as a procedural mechanism for filing portions of Samsung's Motions in Limine and supporting documents under seal. Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information. Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of the motion and exhibits thereto identifying what information Apple, Samsung, and any third parties have supported sealing in their declarations.

Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the confidential, unredacted version of the aforementioned documents will be served on counsel for

1  Apple so that Apple's counsel may indicate what Apple information Apple believes should be
2  redacted from the public version of Samsung's filing.  After receiving Apple's proposed
3  redactions, Samsung will file a public, proposed redacted version of these documents.

DATED:  February 18, 2014                QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP


                                         By */s/ Victoria Maroulis*
                                             Charles K. Verhoeven
                                             Kevin P.B. Johnson
                                             Victoria F. Maroulis
                                             William C. Price
                                             Michael L. Fazio

                                             Attorneys for Defendants
                                             SAMSUNG ELECTRONICS CO., LTD.,
                                             SAMSUNG ELECTRONICS AMERICA, INC.,
                                             and SAMSUNG TELECOMMUNICATIONS
                                             AMERICA, LLC