QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").   I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion to File Under Seal documents filed in connection with Samsung's Motions *in Limine*.

3. Samsung moves to file under seal:

- Samsung's Motions *in Limine*; and
- Exhibits 2, 7-10, 12, 13, 16-27, 28, 29, 31, 32, 34, 36-50, and 52-55 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* ("Fazio MIL Declaration").

4. Samsung's Motions *in Limine* and Fazio MIL Declaration Exhibits 2, 7-10, 12, 13, 16, 17, 25, 26, 28, 31, and 41-43 include information Apple may consider confidential.

5. Samsung's Motions *in Limine* and Fazio MIL Declaration Exhibits 13, 16-20, 32, and 52 include information third-party Google may consider confidential.

6. Samsung maintains a claim of confidentiality over the portions highlighted in green in Samsung's Motions *in Limine*; Fazio MIL Declaration Exhibits 12, 13, 16-27, 29, 34, 36-40, 44-49, 50, and 53-55.

7. The Samsung-confidential information includes: (1) detailed financial information, including calculations that reveal sales data; (2) information about Samsung's licensing negotiations, including proposed rates; (3) source code and detailed descriptions of the structure and operation of Samsung's code; (4) information about the development of Samsung's code; and (5) information about the development of features included in Samsung's products.

8. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of the previously filed

Case No. 12-CV-00630-LHK (PSG)

administrative motions to file under seal that establish that the type of information included in the administrative motions is sealable.  (*See, e.g.* Dkt. Nos. 810, 821, 858, 874, 949, 960.)

9. Samsung's Motions *in Limine* and Fazio MIL Declaration Exhibits 25 and 26 include Samsung's financial data, including sales data and calculations that reveal sales data.

10. I am informed and believe that Samsung considers the financial data included in these documents highly confidential.  Samsung does not report product-specific data to investors, regulatory bodies, the press, or business analysts and takes extraordinary stems to maintain the secrecy of the information.  Within Samsung's finance and accounting groups, product-specific financial data is only available to certain personnel on a need-to-know basis.  Financial data, including sales data, guide Samsung's pricing, distribution, financial planning, and other business decisions.

11. Samsung's financial data was produced to Apple's outside counsel for the sole purpose of calculating supposed damages and were marked "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

12. I'm informed and believe that financial data of the type included in these documents can be used by competitors to target marketing and advertising efforts and Samsung's highest- and lowest-performing product lines, and by suppliers and carrier partners during pricing negotiations to Samsung's disadvantage.

13. Samsung's Motions *in Limine* and Fazio MIL Declaration Exhibits 12, 13, and 16-25 include Samsung's source code, detailed descriptions of the operation of Samsung's code, and information about the design and development of accused functionalities.

14. I am informed and believed that Samsung considers the information regarding its source code and the development of its code highly confidential because competitors could use the information to copy certain features exclusively found on Samsung's products, and to gain insight into Samsung's development processes.

15. Fazio MIL Declaration Exhibit 27 includes information about Samsung's licensing negotiations, including proposed financial terms.  Samsung frequently engages in licensing

1  negotiations with various companies and considers non-public financial terms highly confidential.

2  The information could be used to Samsung's disadvantage during negotiations.

3       16.   Fazio MIL Declaration Exhibits 29, 34, 36-40, 44-49, 50, and 53-55 include

4  information about Samsung's internal product development processes and confidential

5  benchmarking data.   I am informed and believe that Samsung considers this information highly

6  confidential because competitors would gain valuable insight into Samsung's development

7  processes, features Samsung considers important, and non-public product specifications.

8       17.   For the foregoing reasons, Samsung requests that its Administrative Motion to File

9  Under Seal be granted as to portions of the documents listed in paragraph 6 highlighted in green.

11       I declare under penalty of perjury that the foregoing is true and correct.   Executed on

12  February 18, 2014, at Los Angeles, California.

                                        _/s/ Michael L. Fazio_
                                        ———————————————————
                                        Michael L. Fazio