UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S NOTICE OF MOTIONS AND MOTIONS *IN LIMINE*** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3 to File Documents Under Seal Relating to Samsung's Notice of Motions and Motions *in Limine*.
4  Having considered Samsung's motion, and compelling reasons having been shown, the
5 Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 7 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 8 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 9 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 10 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 12 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 13 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 16 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 18 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 20 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 21 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 22 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 23 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |

| | |
|---|---|
| Exhibit 24 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 25 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 26 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 27 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 28 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 29 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 31 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 32 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 34 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 36 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 37 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 38 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 39 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 40 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 41 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 42 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 43 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 44 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 45 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 46 to the Declaration of Michael L. Fazio | See public redacted version of |

| | |
|---|---|
| in Support of Samsung's Motions *in Limine* | document |
| Exhibit 47 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 48 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 49 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 50 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 52 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 53 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 54 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |
| Exhibit 55 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* | See public redacted version of document |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge