1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17                      UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| 20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|---|---|---|
| 21 | Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S MOTIONS *IN LIMINE*** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:  March 5, 2014
Time: 2:00 p.m.
Place:  Courtroom 8, 4th Floor
Judge: Honorable Lucy H. Koh |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |

27

28

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Expert Report of Dr. Daniel Wigdor, dated August 12, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Expert Report of Dr. Saul Greenberg, dated August 12, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of the opinion of Hon. Jr. Justice Floyd in *HTC Europe Co. LTD and Apple Inc.* HC11 C02826, HC11 C02703, HC11 C03080. In the High Court of Justice Chancery Division Patents Court (the "UK decision").

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Saul Greenberg, dated September 13, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of Apple's Amended Patent L.R. 3-1(h) disclosures, dated June 15, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript of proceedings in this case before the Honorable Lucy H. Koh, United States District Judge, on December 12, 2013.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of Apple's Objections and Responses to Samsung's Interrogatory No. 42, dated October 4, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the sworn deposition transcript of Dr. Alex Snoeren, dated September 25, 2013.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the sworn deposition transcript of Dr. Andrew Cockburn, dated September 26, 2013.

1    11.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the Rebuttal
2 Expert Report of Dr. Alex Snoeren, dated September 13, 2013.

3    12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the Expert
4 Report of Dr. Jeffrey Chase, dated August 12, 2013.

5    13.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the Rebuttal
6 Report of Dr. Andrew Cockburn, dated September 13, 2013.

7    14.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts the Rebuttal
8 Expert Report of Dr. Todd C. Mowry, dated September 13, 2013.

9    15.    Attached hereto as Exhibit 14 is a true and correct copy of an article titled
10 "Samsung Galaxy Nexus (unlocked)."

11    16.    Attached hereto as Exhibit 15 is a true and correct copy of an article titled "Android
12 4.0 Ice Cream Sandwich review," by Brad Molen, dated December 1, 2011.

13    17.    Attached hereto as Exhibit 16 is a true and correct copy of excerpts of the sworn
14 deposition transcript of Dr. Andrew Cockburn, dated September 27, 2013.

15    18.    Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the sworn
16 deposition transcript of Dr. Todd Mowry, dated April 4, 2012.

17    19.    Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the sworn
18 deposition transcript of Jens Nagel, dated May 11, 2012.

19    20.    Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the sworn
20 deposition transcript of Hiroshi Lockheimer, dated July 26, 2013.

21    21.    Attached hereto as Exhibit 20 is a true and correct copy of excerpts of the sworn
22 deposition transcript of Bjorn Bringert, dated May 10, 2012.

23    22.    Attached hereto as Exhibit 21 is a true and correct copy of excerpts of the sworn
24 deposition transcript of Byungjin Kang, dated June 20, 2013.

25    23.    Attached hereto as Exhibit 22 is a true and correct copy of excerpts of the sworn
26 deposition transcript of Youngmi Kim, dated June 20, 2013.

27    24.    Attached hereto as Exhibit 23 is a true and correct copy of excerpts of the sworn
28 deposition transcript of Sangbong Lee, dated May 11, 2012.

1    25.    Attached hereto as Exhibit 24 is a true and correct copy of excerpts of the sworn
2 deposition transcript of Daewoon Myoung, dated June 7, 2013.

3    26.    Attached hereto as Exhibit 25 is a true and correct copy of Exhibit 10 to the Expert
4 Report of Dr. Christopher Vellturo, dated August 12, 2013.

5    27.    Attached hereto as Exhibit 26 is a true and correct copy of Exhibit 17-A and
6 Exhibit 17-B to the Expert Report of Dr. Christopher Vellturo, dated August 12, 2013.

7    28.    Attached hereto as Exhibit 27 is a true and correct copy of excerpts of the
8 deposition transcript of James Kearl, dated October 4, 2013.

9    29.    Attached hereto as Exhibit 28 is a true and correct copy of Dkt. 1292-3 at (PX101),
10 a true and correct copy of an email from Gordie Freeman to Henri Lamiraux dated February 8,
11 2006.

12    30.    Attached hereto as Exhibit 29 is a true and correct copy of Dkt. 1292-3 at (PX107).

13    31.    Attached hereto as Exhibit 30 is a true and correct copy of Dkt. 1292-3 at (PX118),
14 a true and correct copy of the January 2007 MacWorld Presentation.

15    32.    Attached hereto as Exhibit 31 is a true and correct copy of Dkt. 1292-3 at (PX132).

16    33.    Attached hereto as Exhibit 32 is a true and correct copy of Dkt. 1292-3 at (PX138),
17 a true and correct copy of an email from Vic Gundotra to Mike LeBeau dated October 8, 2009.

18    34.    Attached hereto as Exhibit 33 is a true and correct copy of Dkt. 1292-3 at (PX146).

19    35.    Attached hereto as Exhibit 34 is a true and correct copy of Dkt. 1292-3 at (PX147).

20    36.    Attached hereto as Exhibit 35 is a true and correct copy of Dkt. 1292-3 at (PX149),
21 a true and correct copy of an email thread beginning with an email from Bong-Hee Kim dated
22 February 11, 2010.

23    37.    Attached hereto as Exhibit 36 is a true and correct copy of Dkt. 1292-3 at (PX151).

24    38.    Attached hereto as Exhibit 37 is a true and correct copy of Dkt. 1292-3 at (PX152).

25    39.    Attached hereto as Exhibit 38 is a true and correct copy of Dkt. 1292-3 at (PX154).

26    40.    Attached hereto as Exhibit 39 is a true and correct copy of Dkt. 1292-3 at (PX156).

27    41.    Attached hereto as Exhibit 40 is a true and correct copy of Dkt. 1292-3 at (PX160).

28

1    42.    Attached hereto as Exhibit 41 is a true and correct copy of Dkt. 1292-3 at (PX170), a true and correct copy of an email from Gordie Freeman to Henri Lamiraux dated January 18, 2006.

4    43.    Attached hereto as Exhibit 42 is a true and correct copy of Dkt. 1292-3 at (PX171), a true and correct copy of an email from Gordie Freeman to Henri Lamiraux and Andy Belk dated February 24, 2006.

7    44.    Attached hereto as Exhibit 43 is a true and correct copy of Dkt. 1292-3 at (PX177), a true and correct copy of an email from Greg Christie to multiple recipients dated February 8, 2005.

10   45.    Attached hereto as Exhibit 44 is a true and correct copy of Dkt. 1292-3 at (PX183).

11   46.    Attached hereto as Exhibit 45 is a true and correct copy of Dkt. 1292-3 at (PX194).

12   47.    Attached hereto as Exhibit 46 is a true and correct copy of Dkt. 1292-3 at (PX197).

13   48.    Attached hereto as Exhibit 47 is a true and correct copy of Dkt. 1292-3 at (PX200).

14   49.    Attached hereto as Exhibit 48 is a true and correct copy of Dkt. 1292-3 at (PX202).

15   50.    Attached hereto as Exhibit 49 is a true and correct copy of Dkt. 1292-3 at (PX203).

16   51.    Attached hereto as Exhibit 50 is a true and correct copy of Dkt. 1292-3 at (PX206), a true and correct copy of an email from Michael Pennington to multiple recipients dated June 5, 2012.

19   52.    Attached hereto as Exhibit 51 is a true and correct copy of Dkt. 1292-3 at (PX211).

20   53.    Attached hereto as Exhibit 52 is a true and correct copy of Dkt. 1292-3 at (PX212).

21   54.    Attached hereto as Exhibit 53 is a true and correct copy of Dkt. 1292-3 at (PX214).

22   55.    Attached hereto as Exhibit 54 is a true and correct copy of Dkt. 1292-3 at (PX216).

23   56.    Attached hereto as Exhibit 55 is a true and correct copy of Dkt. 1292-3 at (PX217).

24   57.    Attached hereto as Exhibit 56 is a true and correct copy of Dkt. 1292-3 at (PX218), a true and correct copy of an email from Kimberly Kulesh to Teri Daley and Brian Wallace dated July 13, 2012.

27   58.    Dkt. 1292-3 at (PX108): This exhibit is a collection of highly confidential printed source code. For the convenience of the Court, Samsung will not lodge PX108 at this time.

1  Samsung and Apple will work together to lodge a copy of this proposed exhibit at the Court's
2  request, in advance of the deadline to lodge this proposed trial exhibit, if the Court wishes to
3  inspect this material in connection with this motion.
4        59.     Dkt. 1292-3 at (PX109):  This exhibit is a collection of devices.  For the
5  convenience of the Court, Samsung will not lodge PX109 at this time.  Samsung and Apple will
6  work together to lodge a copy of this proposed exhibit at the Court's request, in advance of the
7  deadline to lodge this proposed trial exhibit, if the Court wishes to inspect this material in
8  connection with this motion.
9       I declare under penalty of perjury under the laws of the United States of America that the
10  foregoing is true and correct.
11       Executed on February 18, 2014, at Los Angeles, California.

12                                          */s/ Michael L. Fazio*
13                                          Michael L. Fazio

**ATTESTATION**

I, Michael L. Fazio, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: February 18, 2014

*/s/ Michael L. Fazio*
Michael L. Fazio