# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTIONS IN LIMINE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On February 18, 2014, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") moved *in limine* to exclude certain evidence of Apple from the upcoming trial in this action. Having considered Samsung's motion, and for good cause shown, the Court finds that the evidence offered by Apple fails to meet the standards of admissibility under the Federal Rules of Evidence. Accordingly, the Court hereby GRANTS Samsung's motions in their entirety, and excludes the following from trial:

1. Evidence or argument regarding willful infringement, in light of Apple's inability to establish the objective prong of the willfulness test established in *In re Seagate Tech., LLC*, 497 F.3d 1360 (Fed. Cir. 2007);

2. Evidence or argument that Apple practices any claim of the '414 or '172 patents;

3. Evidence of copying to the extent that such evidence relates to patent claims that Apple does not practice, do not discuss claimed features or functionalities, or post-date the introduction of the accused features, including PX107, PX132, PX138, PX146, PX147, PX149, PX151, PX152, PX154, PX156, PX183, PX194, PX197, PX200, PX202, PX203, PX206, PX211, PX212, PX214, PX216, PX217, and PX218;

4. Evidence or argument that Samsung copied Apple's patents or products in connection with the Galaxy Nexus product;

5. Evidence or argument regarding the total amount of revenues or profits that Samsung earned from sales of the accused products;

6. Evidence or argument regarding damages on Samsung's sales of the Galaxy S II, Galaxy S II Epic 4G Touch, or Galaxy S II Skyrocket prior to the August 25, 2012 jury verdict in Case No. 11-cv-1846;

7. Evidence or argument relating to any alleged violation of the protective order in this case, or in any other litigation.

**IT IS SO ORDERED.**

1
2  DATED: _____      _____
3                                      The Honorable Lucy H. Koh
                                       United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51981/5772278.1

-2-   Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTIONS IN LIMINE