JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN
133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.    12-cv-00630-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Fed. R. Civ. P. 5(b)]**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, CA 94304.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 18, 2014, I served a copy of:

1. **APPLE'S MOTIONS IN LIMINE (*SEALED*)**

2. **EXHIBITS 4, 5, 6, 8, 9, 10 , 11, 12 AND 13 TO THE DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTIONS IN LIMINE (*SEALED*)**

3. **[PROPOSED] ORDER GRANTING APPLE'S MOTIONS IN LIMINE (*SEALED*)**

☒    BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(s) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:

SamsungNEW@quinnemanuel.com

Service E-mail Distribution List for Wilmer Cutler Pickering Hale and Dorr LLP:

WHAppleSamsungNDCalIITeam@wilmerhale.com

Service E-mail Distribution List for Gibson, Dunn & Crutcher:

Apple/Samsung@gibsondunn.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Palo Alto, California, on February 18, 2014.

Frances Sagapolu