QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN CONNECTION WITH SAMSUNG'S MOTIONS *IN LIMINE*** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby bring this administrative motion for an order to seal certain documents filed in
4  connection with Samsung's Motions *in Limine* (the "MIL") and the Declaration of Michael L.
5  Fazio in support thereof (the "Fazio Declaration").

### RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file under seal the documents listed below:

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Motions *in Limine*. | Samsung, Apple, and Google | See highlighted version to be filed within 7 days. |
| Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine*. | Apple | See highlighted version to be filed within 7 days. |
| Exhibits 7-10 to the Fazio Declaration. | Apple | See highlighted versions to be filed within 7 days. |
| Exhibits 12 to the Fazio Declaration. | Apple and Samsung | See highlighted versions to be filed within 7 days. |
| Exhibits 13 to the Fazio Declaration. | Apple, Google, and Samsung | See highlighted versions to be filed within 7 days. |
| Exhibit 16 to the Fazio Declaration. | Apple, Samsung, and Google | See highlighted version to be filed within 7 days. |
| Exhibit 17 to the Fazio Declaration. | Samsung, Apple, and Google | See highlighted version to be filed within 7 days. |
| Exhibits 18-20 to the Fazio Declaration. | Samsung and Google | See highlighted version to be filed within 7 days. |
| Exhibits 21-24 to the Fazio Declaration. | Samsung | See highlighted versions to be filed within 7 days. |
| Exhibits 25-26 to the Fazio Declaration. | Samsung and Apple | The exhibits in their entirety. |
| Exhibit 27 to the Fazio Declaration. | Samsung | See highlighted version to be filed within 7 days. |

| | | |
|---|---|---|
| Exhibit 28 to the Fazio Declaration. | Apple | The exhibit in its entirety. |
| Exhibit 29 to the Fazio Declaration. | Samsung | The exhibit in its entirety. |
| Exhibit 31 to the Fazio Declaration. | Apple | The exhibit in its entirety. |
| Exhibit 32 to the Fazio Declaration. | Google | The exhibit in its entirety. |
| Exhibit 34 to the Fazio Declaration. | Samsung | The exhibit in its entirety. |
| Exhibits 36-40 to the Fazio Declaration. | Samsung | The exhibits in their entirety. |
| Exhibits 41-43 to the Fazio Declaration. | Apple | The exhibits in their entirety. |
| Exhibits 44-49 to the Fazio Declaration. | Samsung | The exhibits in their entirety. |
| Exhibit 50 to the Fazio Declaration | Samsung | The exhibit in their entirety. |
| Exhibit 52 to the Fazio Declaration. | Google | The exhibit in its entirety. |
| Exhibit 53-55 to the Fazio Declaration. | Samsung | The exhibits in their entirety. |

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal. Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's Motions in Limine as a procedural mechanism for filing portions of Samsung's Motions in Limine and supporting documents under seal. Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information. Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of the motion and exhibits thereto identifying what information Apple, Samsung, and any third parties have supported sealing in their declarations.

Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the confidential, unredacted version of the aforementioned documents will be served on counsel for

1  Apple so that Apple's counsel may indicate what Apple information Apple believes should be

2  redacted from the public version of Samsung's filing.  After receiving Apple's proposed

3  redactions, Samsung will file a public, proposed redacted version of these documents.

5  DATED:  February 18, 2014             QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

8                                          By */s/ Victoria Maroulis*
                                              Charles K. Verhoeven
9                                             Kevin P.B. Johnson
                                              Victoria F. Maroulis
10                                            William C. Price
                                              Michael L. Fazio
11
12                                         Attorneys for Defendants
                                           SAMSUNG ELECTRONICS CO., LTD.,
13                                         SAMSUNG ELECTRONICS AMERICA, INC.,
                                           and SAMSUNG TELECOMMUNICATIONS
14                                         AMERICA, LLC