# EXHIBIT 5

| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (pro hac vice) |
|   | jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
|   | mlyon@gibsondunn.com | HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
|   | 1881 Page Mill Road | Boston, Massachusetts 02109 |
| 4 | Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
|   | Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| 5 | Facsimile: (650) 849-5333 | |
| 6 | MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
|   | mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| 7 | RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
|   | rhung@mofo.com | HALE AND DORR LLP |
| 8 | MORRISON & FOERSTER LLP | 950 Page Mill Road |
|   | 425 Market Street | Palo Alto, CA 94304 |
| 9 | San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
|   | Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| 10 | Facsimile: (415) 268-7522 | |

**Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| v. | CASE NO. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE INC.'S DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS**<br><br>Judge: Hon. Lucy H. Koh |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

1   Apple's investigation is ongoing, and Apple accordingly reserves the right to amend or
2   supplement these assertions based upon continued discovery and investigation.

3   **E.  Patent Local Rule 3-1(e) – Nature of Infringement**

4   Based on Apple's current understanding, each element or limitation of each asserted claim of
5   each asserted patent is literally present in the Accused Instrumentalities, except where explicitly
6   indicated.  To the extent that any element or limitation of the asserted claims is not found to have
7   literal correspondence in the Accused Instrumentalities, Apple alleges, on information and belief, that
8   any such elements or limitations are present under the doctrine of equivalents in the Accused
9   Instrumentalities.

10  **F.  Patent Local Rule 3-1(f) – Priority Dates**

11  The asserted claims of the '604 patent claim priority to application no. 09/478,009 (U.S.
12  6,847,959), filed January 5, 2002.

13  The asserted claims of the '721 patent claim priority to application no. 11/322,549 (U.S.
14  7,657,849), filed December 23, 2005.

15  The asserted claims of the '760 patent claim priority to provisional application nos.
16  60/879,469, filed January 8, 2007; 60/879,253, filed January 7, 2007; 60/883,782, filed January 6,
17  2007; and 60/824,769, filed September 6, 2006.

18  The asserted claims of the '172, '647, '414, '502 and '959 patents do not "claim[] priority to
19  an earlier application" under Patent L.R. 3-1(f).

20  For each asserted claim, Apple reserves the right to claim priority to earlier invention dates.

21  **G.  Patent Local Rule 3-1(g) – Patentee's Asserted Practice of the Claimed Inventions**

22  Exhibit 140 discloses which Apple products practice the claimed inventions, under Patent
23  L.R. 3-1(g).

24  **H.  Patent Local Rule 3-1(h) – Willful Infringement**

25  The basis of Apple's claim of willful infringement is set forth in Apple's Complaint filed
26  February 8, 2012.  Samsung has intentionally copied the patented and successful features of Apple's
27  iPhone, iPad and iPod Touch.  Samsung continued to do so despite knowledge of Apple's patents

28

1   through direct or indirect communications with Apple and/or as a result of its participation in the
2   personal computing devices industry.
3   II.   **DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURES**
4   **A.  Patent Local Rule 3-2(a) – Documents Evidencing Pre-Application Disclosure**
5   Apple is not presently aware of any documents responsive to this category.
6   **B.  Patent Local Rule 3-2(b) – Documents Evidencing Conception and Reduction to**
7   **Practice**
8   Copies of documents evidencing conception, reduction to practice, design and development of
9   the claimed inventions are produced at APLNDC0001334519; APLNDC0001334521;
10  APLNDC0001334541; APLNDC0001334549; APLNDC0001334560; APLNDC0001334570;
11  APLNDC630-0000000334-337; APLNDC630-0000000587-593; APLNDC630-0000000840-841;
12  APLNDC630-0000000843-845; APLNDC630-0000001181-1282; APLNDC630-0000002266-2270;
13  APLNDC630-0000002671-2710; APLNDC630-0000002712-2724; APLNDC630-0000002775-
14  2838; APLNDC630-00008924; APLNDC630-0000009359-9361; APLNDC630-0000009365-9366;
15  APLNDC630-0000009369-9386; APLNDC630-0000009392-12011; APLNDC630-0000012023-
16  13052; APLNDC630-0000013115-13182; APLNDC630-0000013185-13189; APLNDC630-
17  0000013233-13357; APLNDC630-0000015446-15464; APLNDC630-0000015699-15861;
18  APLNDC630-0000015864-16354; APLNDC630-0000017065-17197; APLNDC630-0000018679-
19  18778; APLNDC630-0000018880-19332; APLNDC630-0000019359-19366; APLNDC630-
20  0000019405; APLNDC630-0000019430-19817; APLNDC630-0000020990-21264; APLNDC630-
21  0000021390-21543; APLNDC630-0000021556-21557; APLNDC630-0000021561-21562;
22  APLNDC630-0000021576-21577; APLNDC630-0000021580-21588; APLNDC630-0000021607-
23  21627; APLNDC630-0000021636-21642; APLNDC630-0000021698-21706; APLNDC630-
24  0000021713-21742; APLNDC630-0000021801-21805; APLNDC630-0000021833-21835;
25  APLNDC630-0000021924-21942; APLNDC630-0000022327-22332; APLNDC630-0000022620-
26  22624; APLNDC630-0000022642-22644; APLNDC630-0000022657-22662; APLNDC630-
27  0000022752-22761; APLNDC630-0000023353-23361; APLNDC630-0000023423-23428;
28  APLNDC630-0000023449-23460; APLNDC630-0000023486-23488; APLNDC630-0000023495-

|     |     |
| --- | --- |
|     | GIBSON, DUNN & CRUTCHER LLP |
| Dated:  June 15, 2012 | By:  /s/ H. Mark Lyon<br>      H. Mark Lyon |
|     | **Attorneys for Plaintiff Apple Inc.** |

APPLE INC.'S DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS
CASE NO.: 12-CV-00630-LHK

9