# EXHIBIT 11

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

APPLE INC.

v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC. AND
SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

Case No. 12-cv-00630-LHK

**EXPERT REPORT OF JEFFREY CHASE, PH.D
REGARDING THE INVALIDITY OF THE ASSERTED CLAIMS OF
U.S. PATENT NO. 7,761,414**

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

217.    I understand that Apple has contended that the asserted claims of the '414 patent were conceived of by Gordon J. Freedman no later than February 24, 2006, and that the claims were reduced to practice no later than January 7, 2007 (the filing date of the patent).

218.    In my report, I do not express an opinion about the accuracy of this contention.  In any event, it is my opinion that even adopting Apple's alleged conception date, the asserted claims of the '414 patent are anticipated or rendered obvious by the prior art references described in this Report.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

241.   As an open-source software platform, Evolution is distributed through a variety of channels.  For example, the GNOME foundation hosts downloads of current and stable releases of Evolution on its website.  (*See* https://projects.gnome.org/evolution/download.shtml and https://projects.gnome.org/evolution/previous.shtml; *see also* de Icaza Dep. Tr. at 92:12-22.) SUSE Linux 9.3, a popular out-of-the-box Linux-based operating system released by Novell, shipped with Evolution version 2.2.1 as part of its base installation package.  (*See* SUSE Linux 9.3 software and source code, NOVELL630-00000003 and NOVELL630-00000004; *see also* SUSE Linux 9.3 User Guide, *see also* SUSE Linux 9.3 User Guide at SAMNDCA630-07876204-215.)  Likewise, SUSE Linux 10.0 shipped with Evolution version 2.4.  (*See* SUSE Linux 10.0 software and source code, NOVELL630-00000001 and NOVELL630-00000002.) SUSE Linux 9.3 was publicly available as of April 2005 and SUSE Linux10.0 was publicly available as of October 2005.  (*See* Declaration of Novell, Inc.)

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

531.     Microsoft released a version of its Windows mobile operating system, called "Windows Mobile 2003," on June 23, 2003.  (Microsoft Declaration ¶ 12.)  The next version of Windows Mobile, "Windows Mobile 5.0," was officially released on May 10, 2005 (*id.* ¶ 9), and Windows Mobile 5.0 products were sold in the United States at least as early as October 2005. (*Id.* ¶ 29.)

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

533.     Based on my understanding of the legal principles set forth above, Windows Mobile (both in the forms of Windows Mobile 2003 and Windows Mobile 5.0) was publicly available for use and publicly used before the January 7, 2006 critical date of the '414 patent, and therefore is prior art to the '414 patent pursuant to 35 U.S.C. § 102(b).

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

648.    U.S. Patent No. 7,506,006  ("Vadlamani"), invented by Viswanath Vadlamani, Jon Milo Elliott and Mohammad Mushtaque Silat, and entitled "Synchronization for Smart Clients," issued on March 17, 2009 from an application filed on September 3, 2004.

649.    Based on my understanding of the legal principles set forth above, because Vadlamani was granted on an application filed in 2004, well before the purported invention date of the '414 patent, it is prior art to the '414 patent pursuant to 35 U.S.C. §§ 102(e)(2) and 103.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

651.    "Smart Client Architecture and Design Guide" ("Hill") was written by David Hill, Brenton Webster, Edward A. Jeziersky, Srinath Vasireddy, Mo Al-Sabt, Blaine Wastell, Jonathan Rasmusson, Paul Gale and Paul Slater.  Hill was published by Microsoft on October 26, 2004.  (Microsoft Declaration ¶ 31.)

652.    Based on my understanding of the legal principles set forth above, because Hill was published in 2004, well before the critical date of the '414 patent, it is prior art to the '414 patent pursuant to 35 U.S.C. §§ 102(b) and 103.

EXPERT REPORT OF J. CHASE REGARDING INVALIDITY OF '414 PATENT

Date: August 12, 2013

Jeffrey S. Chase