# EXHIBIT 35

| | |
|---|---|
| 差出人: | 김봉희 <mikikim@samsung.com> |
| 送信日時: | 2010年2月11日木曜日 23:30 |
| 件名: | Fwd: Fwd: Fwd: 사업부장 주관 간부급 간담회 내용 요약 (2/10) |

참고해요

------ Original Message ------
Sender : 고은정<koej@samsung.com> D5(책임)/책임/UX 클러스터파트(무선)/삼성전자
Date : 2010-02-11 16:17 (GMT+09:00)
Title : Fwd: Fwd: 사업부장 주관 간부급 간담회 내용 요약 (2/10)

---------------------------------------------

삼성전자 무선 사업부
무선 디자인팀 UX 디자인

고 은 정 책임

* 주소 : 서울 서초구 서초2동 삼성전자 서초타워 12층

* TEL : 02-2255-5401
* Anycall : 016-787-2986
* Fax. : 02-2255-5499
* E-mail : koej@samsung.com

---------------------------------------------

------ Original Message ------
Sender : 고은정<koej@samsung.com> D5(책임)/책임/UX 클러스터파트(무선)/삼성전자
Date : 2010-02-10 15:42 (GMT+09:00)
Title : Fwd: 사업부장 주관 간부급 간담회 내용 요약 (2/10)

제가 하기 간담회에 들어갔는데요. 몇가지 빠지거나 아래 내용 수정이 있네요.

- UX 에 있어서는 나이, 직업, 교육수준에 관계없이 사용하기 편리한 UX, UX 같지 않은 UX,
  물 흐르듯이 아침에 일어날때는 알람이 울리고, 그 다음에 출근준비를 할 동안은 뉴스가 나오는 식의
  UX 를 구현할 수 있도록 하라
  => 이 부분에서 전무님께서 그렇게 하고 있습니다. 라고 대답했더니 "아니 다 그렇게 하라는게 아니라

1

Highly Confidential - Attorneys' Eyes Only                     SAMNDCA10247373

나는 이게 좋다는 거고, 또 다른 사람들은 그들의 개성대로 좋아하는 UX가 있겠지. 그러니 그에 맞춰서 잘 되어있어야 한다는 말이지. UX라고 하지 않고 UX가 아닌 UX.UX같지 않은 UX 이 뜻은 UX가 없어져야 한다는게 아니라 당연한 것이니 꼭 UX라고 부르지 않아도 쓰면 당연한 것 이거지" 라고 하셨습니다.

토시하나 안빼고 받아 적었더니 이 말이예요. 뭐 취지는 알겠으나 조금 난해하다는... 쩝..ㅠㅠ

- 우리의 가장 중요한 자산은 Screen 이다. Screen의 Size를 키우는 것이 매우 중요하다.

=> 이 부분을 더 구체적으로 설명하자면, 집에 있는 TV를 예로 말씀하셨는데..예전에는 TV 다들 작은거 썼는데 요즘은 집집마다 TV가 다 크다. 다 화면 크게 보고 싶은거다. 휴대폰도 마찬가지다. 터치폰을 접했으면 이제는 컨텐츠를 더 크게 보고 싶은 욕구가 있는 것이다.

 - 법관은 판결문으로 말하고, 엔지니어는 제품으로 말하며, 디자이너는 말이 필요없어야 한다.

=> 법관은 판결문으로 말한다는 말이 있다. 들어봤나? (아무도 대답안함..) 안들어 봤어?
엔지니어는 구현이 어떻게 되었네. 이런 문제 저런 문제.. 다 말이 필요없다. 개발된 그 제품으로 보여주는 것이다.
디자이너도 마찬가지라고 본다. 디자인 랭귀지가 어떻고, 디자인 설명이 필요없다. 최사장님도 설명듣기 전에 무조건 목업보자고 그러시지 않느냐
디자이너도 말로 하지 말고 제대로된 그 디자인을 보여달라.

- 나는 절대 여러분에게 무리한 요구를 하지 않는다.하기 어려운 일은 나는 절대 시키지 않는다. 말도 쉽게 한다. 애매모호하게 말하지 않고 정확하게 말한다.
그걸 알아라.

- 디자인이 가장 중요한 것은 완성도이다. 퀄리티를 높이기 까지 반드시 끝까지 최선을 다해 완성도를 높이기 바란다.
- 회사가 망하는 것은 성공인자 때문이다. 우리 삼성의 성공인자는 근면, 성실, 모범성 기질이다. 사업자가 원하는데로 yes하고 다 해주는...
그런게 나중에 망하는 지름길이다.  사업자들이 나에게 말한다. JK! 너희 폰은 기술력도 좋고 다 좋다. 허나 고급폰으로 팔기 어렵다. 왜냐면 우리는 아이폰에 보조금
다 써서 너희폰에 보조금 한푼도 못 주니 너희 폰은 비쌀수밖에 없고 그럼 안 팔릴 수 밖에 없다.
이런 얘길 듣는다. 아이폰 같은 걸 만들자.

- 모든사람이 (소비자 및 업계 모두) UX를 말할 때 아이폰을 견주어 말한다. 기준이 아이폰이 된 것이다. 이미 그렇게 되어있다.
옴니아가 얼마나 불편한지 아느냐? 2007년에 나온 아이폰과 지금의 우리 옴니아를 비교하는데 진정 옴니아가 좋다고 할 수 있느냐? UX는 아이폰과 비교하면
하늘과 땅차이다.

- 거지 같은 UX를 내리면 그냥 개발 못하게 김영환 전무를 장으로 하는 TF를 만들었다. 이제 그런거 내려도 다 막고 개선할 수 있는 프로세스를 만든다.

- 파트장들 이름을 다 하나씩 부르셨음. 이성식 수석 어디갔나? (장전무 : 수원 갔습니다.) 수원에서 살고 있나? (네. 계속 살고 있습니다. 다 끌고 40명 정도 계속 살고 있습니다.{
고생 많이 하지? 고생 많이 하는거 알어. 많이 좋아졌나? (네. 많이 좋아지고 있습니다.) 그래 그래야지. 좀 더 힘을 내자고.
여러분들은 전문가야. 난 디자이너가 아니잖아. 근데 내 보기엔 상식밖의 디자인이 많아. 어떤때는 대학생들 졸업작품전인줄 알었어. 이런 말 하면 기 죽을까봐 말도 안했는데
여러분들은 장들이니까 말할께. 소비자의 관점으로 나는 본다. 그래서 상식밖의 것들은 고쳐준다. 내가 다 보면 좋은데 다 못보니 잘 좀 해라.

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10247374

제발 상식선에서 해결하자. UX 는 상식적인 것 부터 고쳐라. 내가 예전 부터 말했지? 6살부터 노인까지 쓰는 UX. 사용 편리성이 답이다.

- 우리집이 분당인데 여기까지 30분밖에 안걸린다. 아침 일찍 혹은 저녁때 여기 가끔와서 이렇게 간담회를 하겠다.

여러분들은 출장도 가지 말고 여기서 퀄리티를 높여라. MWC 도 가지마라. 아무도 안나와서 중국제품 보러가냐? 아무도 가지 마라.

\*\*\* 제품디자이너들에게는 1년에 몇개의 3~4개 정도의 디자인 랭귀지를 만들어 잘 써먹어라! Look & feel 이 가장 중요하다 하셨고

UX 디자이너들에게는 완성도를 높이고 편리함을 바탕으로 상식선에서 만들어라 라고 하셨습니다.

그리고 모두에게는 여러분들은 6개월 이상 생각이 앞서 있어야 한다. 관련부서가 여기 와서 답을 찾게 해 줘야한다 창의성있는

사람들이 되어야 한다. \*\*

-----------------------------------------------

삼성전자 무선 사업부
무선 디자인팀 UX 디자인

고 은 정 책임

\* 주소 : 서울 서초구 서초2동 삼성전자 서초타워 12층

\* TEL : 02-2255-5401
\* Anycall : 016-787-2986
\* Fax. : 02-2255-5499
\* E-mail : koej@samsung.com

-----------------------------------------------

------- Original Message -------
Sender : 김혜선<sunnykim72@samsung.com> G5(과장)/담당과장/디자인그룹(무선)/삼성전자
Date  : 2010-02-10 14:00 (GMT+09:00)
Title : 사업부장 주관 간부급 간담회 내용 요약 (2/10)

【 사업부장 주관 간부급 대상 간담회 】

■ 일   시 : 2010.2.10(水)  09:40~11:00  (1h 20m)

■ 장   소 : 서초사업장 10F Gold 회의실

3

Highly Confidential - Attorneys' Eyes Only					SAMNDCA10247375

■ 참석자 : 장동훈전무, 황창환상무
           이민혁수석, 전형석수석, 윤수정수석, 현상민수석, 금의수수석, 이윤정수석, 황병철수석, 김남미수석
           김진수책임, 고은정책임, 권기환책임, 이지은책임, 하정미책임, 류동석책임, 한범구책임, 이선영책임
           김두래책임, 박인곤책임, 김현섭책임, 김자영책임, 김현섭책임, 김병주책임, 최희웅책임, 김혜선과장
           이상 28 명

■ 사업부장 말씀 요약

   - 디자이너들이 너무 일정에 쫓기며 많은 모델들을 소화해 내느라 그런지 Quality 가 좋지 않다.
     완성도가 떨어지고 남에게 내보이기 부끄러운 정도를 "어쭙잖다."라고 하지 않느냐,
     어쭙잖게 하느니 차라리 아예 하지 않는 것이 좋다.
     제품을 어쭙잖게 대충 만들어 시장에 내놓으면 소비자를 불편하게 할 뿐이다.
     항상 업무를 할 때는 내 손을 떠나면 끝이다라는 마음으로 꼼꼼하고 치밀하게 수십차례 확인하고 개선하여
     완성도 높은 결과물을 만들어 낼 수 있도록 최선을 다해야 한다.

     모름지기 디자이너들은 이 조직 안에서, 또 조직 밖 사회에서도 존경받고 인정받아야 한다.
     Self-Confidence 를 갖고 일을 하되, 일하는 방법의 변화가 필요하다.
     3월까지는 각종 전략회의와 해외출장으로 내가 여력이 안되지만, 3월 이후가 되면 하나하나 바로잡아 나갈 생각인데,
     상품기획에서 쓸데없이 제품의 수를 늘리는 것 같다.
     비효율 모델을 제거하고, 모델 수를 줄이는 것이 곧 Quality 를 향상시키는 길이다.

     현재 금년 상반기에만 350 여개 모델을 할 것으로 예상이 되는데,
     우리의 거래선, Operator 들이 많은 모델을 줄줄이 선보이는 것을 좋아하느냐하면 절대 그렇지 않다.
     양이 중요한 것이 아니라, 완성도 높은, Excellence 한 1~2 개의 모델을 시장에 내놓는 것이 더 중요하다.
     이제 우리는 Telecom Industry 에서 명실상부한 No.2 라고 자부할 수 있고, Industry 를 Leading 하는 입장이므로
     우리의 위상에 걸맞도록 "창의"를 바탕으로 한 Design Language 를 선정하여
     그 하나의 Design Language 를 Maximum Variation 하는 것이 가장 중요하다.

     장동훈전무를 비롯한 디자이너들은 수원에 왔다갔다 하는 시간과 해외출장 등 서초를 떠나 있는 시간을 최소화하고
     부하들과 함께 오랜시간 머리를 맞대고 최선의 결과물을 만들어 낼 수 있도록 하라.
     MWC 에 몇명이 가려고 준비하고 있는지 모르겠지만, Nokia 를 비롯한 많은 업체들이 참가하지 않는다고 할 뿐 아니라,
     볼 것도 없으니, 가지 마라.

     누구라도 서초에 오면 뭔가 형이상학적이고, 신비스럽고, 비밀스러운 느낌을 가질 수 있도록 하고,
     결과물이 아닌 중간단계의 디자인을 이 사람, 저 사람에게 보여 여러가지 Comment 를 듣고,
     그에 맞춰 수정하는 일이 없도록 하라.
     모름지기 디자이너라면 소신과 자신감을 갖고 자신의 디자인을 만들어야 하며,
     내(사장) 마음에 드는 디자인을 하려고 노력하지 말고, 창의적이고 다양한 얼굴의 디자인을 만들라.

4

Highly Confidential - Attorneys' Eyes Only                                                            SAMNDCA10247376

나는 우리제품의 H/W, 외형디자인, 품질에는 자신이 있다. 그러나, UX, 사용의 편리성에 대해서는 자신없다.

외부 유력인사들이 iPhone을 접하고, 『삼성이 졸고 있다.』라고 지적하고 있다.

우리는 그동안 Nokia만 주목하느라 Folder, Bar, Slide 등을 만드는데만 주력해 왔으나,

예상치 못한 경쟁 상대인 Apple(社)의 iPhone과 비교했을 때, UX는 정말 하늘과 땅 차이다.

**디자인의 위기다.**

세상은 변하고 있으며, 변화의 흐름은 역행해서 다시 돌아오지 않는다.

변신에는 에너지가 필요하고, 우리는 충분한 자산인 인재들을 보유하고 있으며

능력만 갖추고 있다면 세상의 변화는 우리에게 유리한 기회로 작용할 것이다.

무선사업부 임직원들은 모두 근면하고 모범적인 사람들이라

그 동안 우리는, 우리가 내놓은 디자인에 대해 Operator들이 뭐라고 언급하면

그 말 한마디, 한마디를 놓치지 않고 수정하고, 또 수정하여 왔고, 이제까지는 그런 방식의 Business가 먹혔으나,

iPhone의 등장으로 이제 방법을 변화시켜야 할 때가 왔다.

외형에 있어서는 플라스틱한 느낌이 나지 않고, Metallic한 느낌이 나도록 최선을 다하고,

UX에 있어서는 나이, 직업, 교육수준에 관계없이 사용하기 편리한 UX, UX 같지 않은 UX,

물 흐르듯이 아침에 일어날때는 알람이 울리고, 그 다음에 출근준비를 할 동안은 뉴스가 나오는 식의

UX를 구현할 수 있도록 하라.

우리의 가장 중요한 자산은 Screen이다.

Screen의 Size를 키우는 것이 매우 중요하고, 앞으로 e-book이라는 Function 까지도 휴대폰이 흡수할 것이다.

지나치게 앞서가는 것도 실패할 우려가 있으니, 우리 디자이너들은 최소 6개월 이상 앞서가는 생각으로,

영업이나 상품기획에서 디자인에 말하면 뭐든 해결할 수 있을 정도의 사전 준비가 필요하다.

앞으로는 서초에 더욱 자주 와서 함께 고민하겠다.

보고할 일이 있으면 목업 보따리를 들고 수원으로 오지 말고 언제든 전화만 하라.

법관은 판결문으로 말하고, 엔지니어는 제품으로 말하며,

디자이너는 말이 필요없어야 한다.

                    -                                                                        - 이 상 -


---------------------------

*Hyesun Kim (Sunny)*

HR Manager
Design Group
Mobile Communications Division

Office  : 02-2255-5214
Mobile : 016-490-3987
Email  : sunnykim72@samsung.com
---------------------------

5

Highly Confidential - Attorneys' Eyes Only                                   SAMNDCA10247377

---------------------------------------------------

김 봉 희 책임

UX Design Part, Senior Manager

Mobile Communication Division

Telecommunication Network Business

SAMSUNG ELECTRONICS CO., LTD.


Office: 02-750-9398  ┊Fax: 02-750-9434

Mobile: 010-5376-8746

eMail: Mikikim@samsung.com

---------------------------------------------------

6

Highly Confidential - Attorneys' Eyes Only                                                             SAMNDCA10247378