# EXHIBIT 56

| | |
|---|---|
| **From:** | Kulesh, Kimberly (DAL-MWW) <KKulesh@mww.com> |
| **Sent:** | Friday, July 13, 2012 2:33 AM |
| **To:** | Teri Daley; Brian Wallace |
| **Cc:** | Benefield, Lesli (DAL-MWW); Blythe, Makenzie (DAL-MWW); Cohen, Ephraim (DAL - MWW); Little, Jennifer (DAL-MWW); Kappmeier, Kyle (ERU-MWW); Kulesh, Kimberly (DAL-MWW); Leavy, Shaun (ERU-MWW); Redman, Jessica (DAL - MWW); Smith, Ashley (NYC-MWW); Thomas, Martha (DAL-MWW); Tiedemann, Nicole (NYC-MWW); Tuntevski, Michael (ERU-MWW); Weibring, Allison (DAL - MWW); White, Brett (DAL-MWW); Wimberly, Ashley Lane (DAL-MWW) |
| **Subject:** | STA PR Daily Media Monitoring (7.12.12) |
| **Attachments:** | STA PR Daily Media Monitoring 7.12.12.doc |

CONFIDENTIAL—FOR INTERNAL DISTRIBUTION ONLY
Links to articles attached

# STA PR — Daily Media Monitoring
*Thursday, July 12, 2012*

## Samsung News Summary

- **Galaxy Note spurs new smartphone form factor** – *College News Magazine* featured the Galaxy Note in its Graduation 2012 print issue in a section called "Rise of the Phablet." The device is praised for its "massive" display with "insane pixel density" as well as its incorporation of the S Pen. "We could write another 1,000 words convincing you why it's amazing, but all you have to do is cruise into your local AT&T store or a Best Buy, hold it in your hands for 60 seconds and the truth will slap you in the face."
- **Galaxy S III makes a great back-to-school smartphone** – *LAPTOP* has released its list of the Top 8 Back-to-School Smartphones which included the Samsung Galaxy S III. Many lifestyle use cases are presented for the Galaxy S III such as using the Share Shot feature at a party, and S Voice to snooze a morning alarm.
- **Galaxy S III for Verizon beats out the competition –** *PC Mag*'s Sascha Segan recently reviewed the Samsung Galaxy S III for Verizon Wireless and gave the device an excellent rating with 4.5 out of 5 stars. Segan declares, "With state-of-the-art everything, the Samsung Galaxy S III edges out the Motorola Droid Razr Maxx as our top touch-screen smartphone for Verizon Wireless."
- **Samsung kicks off its mobile application boot camps in the Bay Area** – *The San Francisco Chronicle* is reporting that Samsung Mobile has launched a two-day boot camp at UC Berkeley which allows 30 teenagers to dive into the world of mobile application development and marketing. Students attending the boot camp will be able to submit ideas for apps to better their community and in return potentially earn scholarships of up to $20,000.
- **Images of the Garnet Red Galaxy S III for AT&T are released** – *Engadget* and other tech media are reporting that AT&T will begin pre-orders of its exclusive Garnet Red Galaxy S III on July 15 and in store sales of the device will begin July 29.

## Competitor and Issues News Summary

- **Motorola Atrix HD will have a locked bootloader** – *Engadget* and other tech media are reporting that Motorola's newest smartphone, the Atrix HD, will have a locked bootloader. According to a tweet from Motorola Mobility, the

Highly Confidential - Attorneys' Eyeys Only        SAMNDCA630-06988513

company has a goal "to provide a way to unlock the bootloaders on our devices to those who wish to do so," though no further details have been provided.
- **HTC may produce another tablet** – *CNET* and other tech media are reporting a rumor that HTC may once again produce a tablet for the consumer market. *PC Advisor* is reporting that a company representative has stated that another tablet is in the works, though no official HTC statement has been made.
- **Other news stories** include *Mobile Burn* reporting that Nokia has added three additional patent infringement claims to its lawsuit in Germany against RIM. *BGR* is reporting that Apple has been involved in 60 percent of all major wireless patent lawsuits filed over the last two years.

Highly Confidential - Attorneys' Eyeys Only					SAMNDCA630-06988514

# SAMSUNG NEWS

***Galaxy S News***

PC Mag (July 12, 2012)
Samsung Galaxy S III (Verizon Wireless)
- Topic: Galaxy S III Verizon
- Summary: The new flagship smartphone from the world's number-one mobile phone company, Samsung's Galaxy S III ($199.99-$249.99 with contract) for Verizon Wireless is literally a huge achievement. If you love big phones with lots of options, the GS3 will deliver state-of-the-art performance with bonus sharing and media features that you're likely to continue discovering a year from now. While the Motorola Droid Razr Maxx ($299.99, 4.5 stars) remains a top choice, the GS3 delivers even better performance for less money up front, making it our new Editors' Choice for touch-screen smartphones on Verizon Wireless.
- Link: http://www.pcmag.com/article2/c/0,2817,2406974,00.asp

PC Mag (July 11, 2012)
Samsung Offering Galaxy S III Developer Edition for Verizon
- Topic: Galaxy S III Verizon
- Summary: Verizon Wireless and Samsung announced this week that they will offer a developer edition of the Galaxy S III smartphone, which is intended for those who want to customize their devices with third-party software.
- Link: http://www.pcmag.com/article2/0,2817,2406964,00.asp

PC Mag (July 11, 2012)
Samsung Adds SugarSync Cloud Storage to Galaxy S III
- Topic: SugarSync Cloud Storage
- Summary: The Samsung Galaxy S III includes a number of bells whistles, and one of those adds-ons is free file-syncing service SugarSync. SugarSync has been added to Samsung's AllShare Play service. SugarSync was first added to Samsung Internet-connected Smart TVs in January and will now be featured on all Samsung devices with AllShare Play going forward.
- Link: http://www.pcmag.com/article2/0,2817,2406996,00.asp

PC Mag (July 11, 2012)
Lab Tests Confirm Samsung Galaxy S III Is Dim
- Topic: Galaxy S III display
- Summary: The Samsung Galaxy S III is a pretty bright phone, intelligence-wise. But its screen is a bit of a dim bulb. In a new lab report, Dr. Ramond Soneira of DisplayMate Technologies compares all three Galaxy S generations and finds that the Galaxy S III, while impressive all around, just doesn't pump out the lumens.
- Link: http://www.pcmag.com/article2/0,2817,2407001,00.asp

LAPTOP (July 11, 2012)
Sprint Samsung Galaxy S III Update Nerfs Unified Search to Avoid Sales Injunction
- Topic: Galaxy S III Sprint
- Summary: Yesterday's security update for Samsung Galaxy S III phones running on the Sprint network sure seems to be adding a lot of protection to the handsets — at least for Samsung and Google. So far, the only major change noticed by users is that the Google search bar no longer returns local search results, only Web content. Samsung's Galaxy Nexus was recently subjected to a short sales ban for its unified search capabilities, which Apple holds a patent for in the United States. An update for the Nexus nixed unified search, and now Samsung seems to be pushing out a similar patch to its Galaxy S III phones in order to ward off a possible injunction on its newly released flagship phone. Apple has already started motions to block sales of the Galaxy S III in the U.S.

**Highly Confidential - Attorneys' Eyeys Only**          **SAMNDCA630-06988515**

- Link: http://blog.laptopmag.com/sprint-samsung-galaxy-s-iii-update-nerfs-unified-search-to-avoid-sales-injunction

The Verge (July 11, 2012)
Sprint confirms that Samsung Galaxy S III update removes universal search
- Topic: Sprint GS III update
- Summary: We had anecdotal evidence yesterday, but today it's admitted fact: Sprint has confirmed that a software update for the Samsung Galaxy S III will disable the universal search function on the handset. "The new software update does disable the universal search function on Galaxy S III," a representative told Phone Scoop. In other words, on a Galaxy S III device, you'll only be able to initiate a web search from the Google search bar, not search for locally-installed apps, contacts, and the like.
- Link: http://www.theverge.com/2012/7/11/3153357/sprint-confirms-that-samsung-galaxy-s-iii-update-removes-universal

LAPTOP (July 11, 2012)
Top 8 Back-to-School Smartphones
- Topic: GS III, **award**
- Summary: If you really want to send your student off to school with everything they need, give them the gift of apps. And games. And Facebook. And a great camera. And everything else they need on the go. Our smartphone picks for every carrier–and every budget–will keep your student connected and entertained from the time they trudge out of bed until they crash after a marathon cramming session. The smartest Android phone yet, the Galaxy S III is made for sharing all sorts of stuff around campus. You can beam photos from one S III to the next with just a tap, or you and your buddies can capture pics to a shared folder using the 8-MP camera while you're at a party (or spirited studying group). And with the S III's Siri-like voice assistant, you can tell the S III to wake you up in the morning and say "Snooze" when you need a few more Zs before that first class.
- Link: http://blog.laptopmag.com/top-8-back-to-school-smartphones

The Verge (July 11, 2012)
AT&T Galaxy S III also receiving OTA update that removes on-device search
- Topic: AT&T GS III OTA update
- Summary: After the Sprint version of the Galaxy S III receive an over-the-air update that (among other things) removed the ability to search on-device, we imagined that it would only be a matter of time before other carriers follow suit. AT&T is the first to drop the OTA bomb, which Android Central reports includes a radio update along with the aforementioned change. We've reached out to Samsung for comment on the updates, whether they're related to the ongoing Apple v. Samsung lawsuit, and whether and when we can expect them to arrive on other carriers.
- Link: http://www.theverge.com/2012/7/11/3153912/att-galaxy-s-iii-ota-update-removes-on-device-search

MSNBC (July 11, 2012)
Buy 1 Samsung Galaxy S III, Get a Second Free
- Topic: Galaxy S III
- Summary: In the market for a new smartphone -- or two? T-Mobile may have a deal just sweet enough to entice the few who have not made the smartphone switch to make the jump. The cellular company launched a sale Wednesday where users who buy one Samsung smartphone will get a second for free.
- Link: http://www.msnbc.msn.com/id/48150645

NBC Los Angeles (July 11, 2012)

Highly Confidential - Attorneys' Eyeys Only          SAMNDCA630-06988516

Buy 1 Samsung Galaxy S III, Get a Second Free
- Topic: U.S. Galaxy S III
- Summary: In the market for a new smartphone—or two? T-Mobile may have a deal just sweet enough to entice the few who have no made the smartphone switch to make the jump.
- Link: http://www.nbclosangeles.com/blogs/press-here/Buy-1-Samsung-Galaxy-S-III-Get-a-Second-Free-162090625.html

NBC Bay Area (July 11, 2012)
Buy 1 Samsung Galaxy S III, Get a Second Free
- Topic: U.S. Galaxy S III
- Summary: In the market for a new smartphone—or two? T-Mobile may have a deal just sweet enough to entice the few who have no made the smartphone switch to make the jump.
- Link: http://www.nbcbayarea.com/blogs/press-here/Buy-1-Samsung-Galaxy-S-III-Get-a-Second-Free-162090625.html

Engadget (July 12, 2012)
AT&T scores red Galaxy S III, pre-orders start July 15th
- Topic: AT&T Galaxy S III – Red Version
- Summary: Not a fan of the white or "Pebble Blue" shells the Galaxy S III is packed in, looking for something a little more sultry perhaps? Well, if you're an AT&T customer, you've got a new choice in fingerprint-highlighting plastic -- Garnet Red. The shade of maroon we were promised is exclusive to Ma Bell, and you can pre-order it starting July 15th at the usual price point ($199). If you want to get a glimpse of it in person first, you'll have to wait till July 29th when it officially hits shelves.
- Link: http://www.engadget.com/2012/07/12/atandt-scores-red-galaxy-s-iii-pre-orders-start-july-15th/

Mobile Burn (July 12, 2012)
Red Samsung Galaxy S III available for pre-order from AT&T this Sunday
- Topic: AT&T Galaxy S III – Red Version
- Summary: AT&T has just announced that the Garnet Red version of the Samsung Galaxy S III smartphone will be available for pre-order starting this Sunday, July 15, and that it will be in stores on July 29. The Garnet Red model is an exclusive for AT&T, and joins the existing Pebble Blue and Marble White color options. Interested customers can head to www.att.com/galaxysiii or to an AT&T corporate store this Sunday to place a pre-order for it.
- Link: http://www.mobileburn.com/20111/news/red-samsung-galaxy-s-iii-available-for-pre-order-from-att-this-sunday-in-stores-july-29

Mobile Burn (July 11, 2012)
Samsung offers Verizon version of Galaxy S III with unlocked bootloader directly to developers
- Topic: Verizon Galaxy S III – Developer Edition
- Summary: A number of prospective Samsung Galaxy S III customers that were hoping to pick up Verizon Wireless' version of the phone have been up in arms since it was revealed that Big Red's model would come with a locked bootloader, thereby making it difficult to load custom software on the device. Samsung has decided to offer an alternative, however, as it will sell a special edition of the Verizon Galaxy S III with a user-unlockable bootloader directly to developers. The developer model will cost $599.99, and will only be available directly from Samsung. Verizon contends that locking the bootloader is necessary to provide the best customer experience and support, which is why it is selling the locked version. Those that buy the developer model should take note, though: once they unlock the bootloader, their warranty will go out the window. Samsung notes that the Galaxy S III offered by other carriers comes with a user-unlockable bootloader already, so only the Verizon model needs a special developer edition. Interested customers will be able to pick up the unlockable model from developer.samsung.com in the near future.
- Link: http://www.mobileburn.com/20101/news/samsung-offers-verizon-version-of-galaxy-s-iii-with-unlocked-bootloader-directly-to-developers

Highly Confidential - Attorneys' Eyees Only             SAMNDCA630-06988517

BGR (July 11, 2012)
Samsung to offer Galaxy S III Developer Edition with unlockable bootloader on Verizon
- Topic: Verizon Galaxy S III – Developer Edition
- Summary: Following criticism regarding Samsung and Verizon Wireless's policy for the bootloaders of its devices, Samsung announced that it will offer an unsubsidized Galaxy S III smartphone compatible with Verizon's network that includes an unlockable bootloader. The handset will be offered directly through the South Korean company's website and will feature the same specs as the locked Galaxy S III — a Snapdragon S4 processor clocked at 1.5GHz, 2GB of RAM and 4G LTE connectivity. The Galaxy S III Developer Edition will be available in the coming months for $599. Additional information follows below.
- Link: http://www.bgr.com/2012/07/11/samsung-galaxy-s-iii-developer-edition-announced-verizon-unlockable-bootloader/

Mobile Burn (July 12, 2012)
Samsung removes universal search functionality from Sprint, AT&T Galaxy S III smartphones
- Topic: Sprint/AT&T Galaxy S III – Universal Search Dropped
- Summary: The courts had to force Google to update its Galaxy Nexus smartphone to remove the universal search functionality that infringes upon Apple's patent, but Samsung is being a bit more proactive with its smartphones. The manufacturer has recently pushed updates to the Sprint and AT&T versions of the Galaxy S III to remove the offending feature and limit the Google search widget to just web searches, even though it has not yet been required to do so by the courts. Sprint confirmed to Phone Scoop last night that the recent update to its Galaxy S III removes the search functionality and addresses some other bugs, and owners of the AT&T model have reported that a similar update has arrived for their phones. The AT&T update reportedly also includes a new modem for the cellular radio.
- Link: http://www.mobileburn.com/20109/news/samsung-removes-universal-search-functionality-from-galaxy-s-iii-on-sprint-att

Engadget (July 11, 2012)
Samsung drops universal search from Sprint's Galaxy S III
- Topic: Sprint Galaxy S III – Universal Search Dropped
- Summary: Sprint's latest OTA update to its new flagship jewel, the Galaxy S III, addressed some security niggles, but the download remained otherwise fuzzy on the details. It now appears the update also nixes the universal search function, meaning the handy box now directs to the web upon entry. It's likely a response to recent legal hairpulling between Apple and the Samsung-made Galaxy Nexus -- a phone which has the very same search capabilities. As Android Central notes, those looking to return the search option can hit up a download of the previous version in their forums. Visit the source to grab it while you can.
- Link: http://www.engadget.com/2012/07/11/samsung-drops-universal-search-sprint-galaxy-s-iii/

Mobile Burn (July 12, 2012)
Sprint releases Android 4.0 ICS update for Samsung Galaxy S II Epic 4G Touch
- Topic: Sprint Galaxy S II – Ice Cream Sandwich
- Summary: Owners of the Samsung Galaxy S II Epic 4G Touch have something to be happy about today, as Sprint has announced the availability of the Android 4.0 Ice Cream Sandwich update for the device. The update bumps the phone's software up to Android 4.0.4 and includes all of the goodies that come with Ice Cream Sandwich. Sprint says that the update will be released in stages and that users should get a notification on their phones when it is ready to be downloaded and installed.
- Link: http://www.mobileburn.com/20112/news/sprint-releases-android-40-ics-update-for-samsung-galaxy-s-ii-epic-4g-touch

Engadget (July 11, 2012)
Sprint Galaxy S II Epic 4G Touch Ice Cream Sandwich upgrade reportedly arrives tomorrow
- Topic: Sprint Galaxy S II – Ice Cream Sandwich

Highly Confidential - Attorneys' Eyees Only    SAMNDCA630-06988518

- Summary: After seeing many other Galaxy S II variants get upgrades to Samsung's TouchWiz'd edition of Android 4.0, tomorrow should finally be the day for owners of Sprint's Epic 4G Touch. While the date has been rumored before, now TechnoBuffalo has posted the image above showing off the date and details, while Phandroid also points out that source code for the FF18 update has already arrived on Samsung's servers indicating a release is imminent. That the update is showing up just in time to still be out of date now that Jelly Bean is officially shipping however, still puts just a little drizzle on the parade.
- Link: http://www.engadget.com/2012/07/11/sprint-galaxy-s-ii-epic-4g-touch-ice-cream-sandwich-finally/

Engadget (July 12, 2012)
Samsung Galaxy S, II and III pitted against one another in DisplayMate shootout
- Topic: Samsung GS II vs. GS III – Display Shootout
- Summary: Feeling nerdy? Good, because the folks at DisplayMate have put together quite the comparison of the three different AMOLED displays featured in the Samsung Galaxy S, II and III smartphones. While the study places an emphasis on quantitative measures -- and thus leaves more subjective qualities out of the discussion -- the comparison is nonetheless an insightful look into the progression of Samsung's AMOLED display technology. Curiously, some elements remain unchanged, such as color gamut, which is 138 percent of the sRGB standard across all displays and is to blame for images that appear over-saturated. In terms of color temperature, DisplayMate reveals that while Samsung is trending closer to a white of natural daylight, even the Galaxy S III -- which measures 7,900 K -- is still far too bluish in comparison to an ideal 6,500 K.
- Link: http://www.engadget.com/2012/07/12/samsung-galaxy-s-ii-and-iii-display-shootout/

*Galaxy Nexus News*

PC Mag (July 11, 2012)
Google Starts Android 4.1 Jelly Bean Rollout With Galaxy Nexus
- Topic: Jelly Bean for Galaxy Nexus
- Summary: Google last night started the rollout of Android 4.1 Jelly Bean to its Nexus devices, one day after the company released the source code for its updated mobile OS. In a post to Google+, the search giant said it has started to push Jelly Bean to the Galaxy Nexus smartphone. At this point, however, it only applies to Galaxy Nexus HSPA+ devices, which run on AT&T and T-Mobile, not the Verizon and Sprint versions.
- Link: http://www.pcmag.com/article2/0,2817,2406983,00.asp

Complex (July 11, 2012)
Unlocked Samsung Galaxy Nexus to Get Android Jelly Bean Update
- Topic: Galaxy Nexus
- Summary: The next version of Android, codenamed Jelly Bean, will be arriving sooner than later for those using an unlocked Samsung Galaxy Nexus. How soon? According to the Google+ announcement post, Galaxy Nexus HSPA+ devices not running on Sprint or Verizon should get the update in "the next several days."
- Link: http://www.complex.com/tech/2012/07/unlocked-samsung-galaxy-nexus-to-get-android-jelly-bean-update

*Galaxy Note News*

College News Magazine (2nd Quarter 2012)
Rise of the Phablet
- Topic: Galaxy Note
- Summary: What the heck is a phablet? You can thank Samsung for that term, even though it's snarky tech journalists who coined the phrase. The Galaxy Note is Samsung's newest AT&T 4G LTE phone, and it's been our constant companion on the road. It's $299 with a two-year contact and worth every penny.
- Link: N/A – Print placement

*Galaxy Tab News*

Highly Confidential - Attorneys' Eyeys Only                    SAMNDCA630-06988519

CNET (July 11, 2012)
Too Similar? Samsung Galaxy Tab and the iPad
- Topic: Galaxy Tab
- Summary: A U.K. court says Samsung's Galaxy Tab isn't "cool" enough to constitute an infringement of Apple's iPad. Click through this slideshow and judge for yourself.
- Link: http://news.cnet.com/2300-11386_3-10012893.html

*Other Samsung News*

Engadget (July 12, 2012)
Samsung T699 passes federal inspection, lacks naming conviction
- Topic: Galaxy S Blaze Q (T699)
- Summary: The obtusely-named Galaxy S Blaze Q rumored to be coming to a T-Mobile store near you, has appeared at the FCC labs. It tallies with the magenta mobile network, packing AWS, GPRS 850 and 1900 radio bands. No disassembly shots this time, so you'll have to combine the above body outline with your imagination to make a stab at how the rest of the handset will look. As we saw earlier, the phone is set to pack a slide-out QWERTY keyboard, while a 1.5GHz Snapdragon S4 and 720p display should ensure the rest of the hardware passes muster. A launch is rumored for next month, but until then, schematics and radiowave tests are yours to explore; hit up the source for the full filing.
- Link: http://www.engadget.com/2012/07/12/samsung-t699-fcc/

Business Insider (July 11, 2012)
RANKED: The Best Smartphones You Can Buy This Month
- Topic: Best Smartphones (Samsung Products Mentioned)
- Summary: With so many new smartphones launching all the time, it can be pretty tough to figure out which ones are the absolute best. Here's our list of the best smartphones you can buy right now.
- Link: http://www.businessinsider.com/best-smartphones-2012-7#

BGR (July 11, 2012)
Kantar data shows Apple's grip slipping as Samsung surges
- Topic: Russian Smartphone Revenue – Samsung > Apple
- Summary: The big Eastern European mobile operator MTS recently released interesting numbers about the Russian handset market. They showed Samsung's share of Russian smartphone market revenue exploding between the first quarters of 2011 and 2012, while Apple's share actually declined a bit. Now Kantar has come out with its latest survey tracking the smartphone market in a variety of countries, and it contains some intriguing data points. The sampling period spans 12 weeks and ends on June 10th, so it captured some of the Samsung Galaxy S III surge as well as the strong reception to cheaper new Samsung Android phones such as the Ace 2. What's fascinating about the new Kantar data is that is seems to affirm what the European phone industry has been buzzing about this year: Apple's grasp of the market in Germany and France seems a lot more tenuous than its grip on the United Kingdom.
- Link: http://www.bgr.com/2012/07/11/samsung-apple-market-share-q2-2012-kantar-europe/

CNET (July 11, 2012)
Samsung opens its first North American store
- Topic: North American retail store
- Summary: Following the release of its flagship Galaxy S3 phone last week, Samsung opened its first North American retail store in Metro Vancouver.
- Link: http://news.cnet.com/8301-1035_3-57470701-94/samsung-opens-its-first-north-american-store/

The Verge  (July 11, 2012)
Samsung opens first independent retail store in Vancouver
- Topic: First independent retail store

Highly Confidential - Attorneys' Eyeys Only          SAMNDCA630-06988520

- Summary: Samsung has just unveiled its latest effort to make buyers more at home with its cellphones. The first of its independent retail locations opens today in Vancouver, Canada, expanding on the store-within-a-store idea it explored in London. The Vancouver Sun got a preview of the new store, which showcases smartphones, tablets, notebooks, and cameras in an environment that lets users see how they integrate with each other. Samsung Electronics Canada president James Politeski says Vancouver was chosen because of Samsung's status as an official Winter Olympics partner back in 2010, which left it with partnerships across the city.
- Link: http://www.theverge.com/2012/7/11/3151759/samsung-retail-store-vancouver-canada

CNET (July 11, 2012)
Cool in the eye of the (judicial) beholder: Apple v. Samsung
- Topic: Galaxy Tab U.K. lawsuit
- Summary: Earlier this week, a judge in the United Kingdom ruled that Samsung's Galaxy Tab tablet computers do not infringe on Apple's design -- in the process, offering an aesthetic judgement that quickly reverberated across several time zones.
- Link: http://news.cnet.com/8301-13579_3-57470313-37/cool-in-the-eye-of-the-judicial-beholder-apple-v-samsung/

Kimberly  Kulesh
MWW :  Account Coordinator
kkulesh@mww.com  l  mww.com

T. 214.414.3333  M. 214.537.8241  F. 972.460.4103
3100 Monticello Avenue, Suite 340 Dallas, TX 75205

Public Relations Agency of the Year – International Business Awards
Proud Supporter of the Network for Teaching Entrepreneurship
Think of the environment before printing this email.

Highly Confidential - Attorneys' Eyeys Only          SAMNDCA630-06988521