QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK(PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

02198.51990/5772392.1

1    Pursuant to Civil Local Rule 7-11 and 79-5, Samsung Electronics Co. Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3 "Samsung") hereby bring this administrative motion to file under seal exhibits 4 and 5 to the
4 Declaration of Alex Baxter (the "Baxter Declaration") in Support of Samsung's Objections to the
5 Joint Proposed Preliminary Jury Instructions and portions of the Joint Proposed Preliminary Jury
6 Instructions that discuss those exhibits.
7    The unredacted exhibits to the Joint Proposed Preliminary Jury Instructions include
8 information Apple has designated Highly Confidential – Attorneys' Eyes Only under the
9 Protective Order.  Samsung expects that Apple will file a declaration as required by Civil Local
10 Rule 79-5(e) establishing compelling reasons to permit filing under seal.
11    Samsung does not maintain a claim of confidentiality over the exhibits to the Baxter
12 Declaration or the portions of the Joint Proposed Preliminary Jury Instructions.  Samsung does not
13 file a proposed redacted version herewith in light of the Court's Order requiring parties to meet
14 and confer before filing public redacted documents. Dkt. 2934, Case No. 11-cv-1846 (Jan. 29,
15 2014).
16    Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel
17 regarding this motion. Apple does not oppose Samsung's Administrative Motion to File
18 Documents Under Seal as a procedural mechanism for filing the exhibits to the Baxter
19 Declaration. under seal. Apple reserves the right to challenge any proposed redactions to the extent
20 it believes those redactions improperly seal non-confidential information. Within 7 days of Apple
21 filing its declaration in support of sealing, the parties will prepare and Samsung will file a final
22 consolidated and conformed copy of the exhibits identifying what information Apple has
23 supported sealing in its declarations.
24    Pursuant to Magistrate Judge Grewal's January 29, 2014 Order (Case No. 11-cv-01846,
25 Dkt. 2935), the confidential, unredacted version of the aforementioned documents will be served
26 on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes
27 should be redacted from the public version of Samsung's filing. After receiving Apple's proposed
28 redactions, Samsung will file a public, proposed redacted version of these documents.

1  DATED: February 19, 2014         QUINN EMANUEL URQUHART &
2                                   SULLIVAN, LLP
3
4                                   By */s/ Victoria F. Maroulis*
                                       Charles K. Verhoeven
5                                      Kevin P.B. Johnson
                                       Victoria F. Maroulis
6                                      William C. Price
                                       Michael T. Zeller
7
8                                      Attorneys for Defendants
                                       SAMSUNG ELECTRONICS CO., LTD.,
9                                      SAMSUNG ELECTRONICS AMERICA, INC.,
                                       and SAMSUNG TELECOMMUNICATIONS
10                                     AMERICA, LLC

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28