QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF ALEX BAXTER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Alex Baxter, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits this motion for an order to seal excerpts of depositions that are attached as exhibits to the Declaration of Alex Baxter in Support of Samsung's Objections to the Proposed Joint Preliminary Jury Instructions (the "Baxter Declaration"), and the portions of the Proposed Joint Preliminary Jury Instructions that discuss those exhibits, in order to protect information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential.

3. Samsung does not maintain a claim of confidentiality over any portion of the exhibits or Proposed Joint Preliminary Jury Instructions sought to be sealed. The deposition excerpts contain testimony from Samsung's expert Dr. James Kearl and Apple's expert Dr. Thomas Fuja. Those deposition transcripts were designated by Samsung and Apple as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

4. Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion. Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing the Proposed Joint Preliminary Jury Instructions and the exhibits to the Baxter Declaration under seal. Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information. Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of the exhibits identifying what information Apple has supported sealing in its declarations.

5. Pursuant to Magistrate Judge Grewal's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the confidential, unredacted version of the aforementioned documents will be served on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes should be redacted from the public version of Samsung's filing. After receiving Apple's proposed redactions, Samsung will file a public, proposed redacted version of these documents.

Executed on February 18, 2014, at San Francisco, California.

*/s/ Alex Baxter*
Alex Baxter

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Alex Baxter has concurred in this filing.

Dated: February 18, 2014         */s/ Victoria Maroulis*
                                 Victoria Maroulis