QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF ALEX BAXTER IN SUPPORT OF SAMSUNG'S OBJECTIONS TO APPLE'S PROPOSED PRELIMINARY JURY INSTRUCTIONS** |

I, Alex Baxter, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of an IPR Information Statement and Licensing Declaration, dated May 16, 2006.  This document bears Bates range APL630DEF-WH-A0000006936-6952, and appears on the parties' joint exhibit list as JX 76.

3. Attached hereto as Exhibit 2 is a true and correct copy of an IPR Information Statement and Licensing Declaration, dated January 30, 2008.  This document bears Bates range APL630DEF-WH-A0000006953-6987, and appears on the parties' joint exhibit list as JX 79.

4. Attached hereto as Exhibit 3 is a true and correct copy of Amendments of the ETSI Interim Intellectual Property Rights Policy, dated November 18-19, 1997.  This document bears Bates range S-ITC-003356882-3356887 and appears on the parties' joint exhibit list as JX 87.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the May 2, 2012 deposition of Michael Walker.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the August 19, 2012 deposition of Thomas Fuja.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2014, at San Francisco, California.

*/s/ Alex Baxter*
Alex Baxter

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Alex Baxter has concurred in this filing.

Dated: February 18, 2014               */s/ Victoria Maroulis*
                                       Victoria Maroulis