QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I am employed in San Francisco, California.  I am over the age of eighteen years and not a party to the within action; my business address is 50 California Ave, 22nd Floor, San Francisco California, 94111.

On February 19, 2014, I served true and correct copies of unredacted versions of:

1. Proposed Joint Preliminary Jury Instructions with Objections (Dkt. 1286-3);

2. Exhibit 4 to the Declaration of Alex Baxter in Support of Samsung's Objections to Apple's Proposed Preliminary Jury Instructions (Dkt. 1286-8);

3. Exhibit 5 to the Declaration of Alex Baxter in Support of Samsung's Objections to Apple's Proposed Preliminary Jury Instructions (Dkt. 1286-9).

by emailing the aforementioned document to the mailings lists of the parties in this action as follows:

**Counsel for Apple Inc.**

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalIIService@wilmerhale.com

**Gibson, Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Morrison Foerster**
Apple630Team@mofo.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 19, 2014, in San Francisco, CA.

*/s/ Alex Baxter* \_\_\_\_
Alex Baxter

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest Alex Baxter has concurred in this filing.

Dated:   February 19, 2014          */s/ Victoria Maroulis*
                                    Victoria Maroulis