QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for JOHN GILMORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California St., 22nd Fl., San Francisco, California, 94111.

On February 19, 2014, I served true and correct copies of documents and files described as

1. Unredacted version of Samsung's Notice of Motions and Motions In Limine;
2. Unredacted versions of Exhibits 2, 7-10, 12, 13, 16-29, 31, 32, 34, 36-50, and 52-55 to the Declaration of Michael L. Fazio In Support of Samsung's Motions *In Limine*.

by emailing the aforementioned document to the list serves identified below.

**Gibson Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Wilmer Cutler Pickering Hale and Dorr, LLP**
WHAppleSamsungNDCalIITeam@wilmerhale.com

**Morrison & Foerster, LLP**
Apple630Team@mofo.com

I declare under penalty of perjury that the foregoing is true and correct.   Executed on February 19, 2014 at Palo Alto, California.

*/s/ Joseph B. Martin*
Joseph B. Martin

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Joby Martin.

                                                */s/ Victoria F. Maroulis*

                                                   Victoria F. Maroulis