1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal:

1. The February 19, 2014 letter from Josh Krevitt to Judge Grewal (Krevitt Letter").

2. Declaration of Jennifer Rho in Support of Apple's Administrative Motion to File Documents Under Seal ("Rho Declaration").

In support of its motion, Apple has filed the Rho Declaration. For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the aforementioned documents as indicated below:

| **Document** | **Portion to be Sealed** |
| --- | --- |
| Krevitt Letter | Entire document. |
| Rho Declaration | Entire document. |

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                  Hon. Paul S. Grewal
                                  United States Magistrate Judge