QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am employed in Redwood Shores, California.    I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065.

On February 18, 2014, I served true and correct copies of unredacted versions of:

1.  Samsung's Opposition to Apple's Motion to Seal Docket Entries 1258-2 and 1258-3;

2.  Declaration of Robert Becher In Support Of Samsung's Opposition to Apple's Motion to Seal Docket Entries 1258-2 and 1258-3;

3.  Exhibit 1 to the Becher Declaration In Support Of Samsung's Opposition to Apple's Motion to Seal Docket Entries 1258-2 and 1258-3.

by emailing the aforementioned documents to the mailing lists of the parties in this action as follows:

**Counsel for Apple Inc.**

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalIIService@wilmerhale.com

**Gibson, Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Morrison Foerster**
Apple630Team@mofo.com


**Counsel for Non-Party Nokia Corp.**

**Alston & Bird LLP**
Randall L. Allen
randall.allen@alston.com
Ryan W. Koppelman
ryan.koppelman@alston.com


I declare under penalty of perjury that the foregoing is true and correct.    Executed on February 18, 2014, in San Francisco, CA.

*/s/ Katharine Barach*
Katharine Barach

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service.    In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Katharine Barach has concurred in this filing.


Dated:    February 19, 2014

*/s/ Victoria Maroulis*
Victoria Maroulis