1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
12 michaelfazio@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 19 | APPLE INC., a California Corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
|----|---|---|
| 20 | Plaintiff, v. | **NOTICE OF FILING OF CORRECTED VERSION OF DOCUMENT SOUGHT TO BE SEALED [RELATES TO DKT. NO. 1240]** |
| 21 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, et al., | |
| 22 | Defendants. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 24 | Counterclaim-Plaintiffs, v. | |
| 25 | APPLE INC., | |
| 26 | Counterclaim-Defendant. | |

27

28

02198.51981/5753407.1

Case No. 12-cv-00630-LHK (PSG)
NOTICE OF FILING OF CONFORMED HIGHLIGHTED VERSION

1  **PLEASE TAKE NOTICE THAT** on February 5, 2013, Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Conformed Highlighted Versions of documents Samsung moves to seal in connection with Samsung's *Daubert* Motion, Opposition to Apple's *Daubert* Motion, and Samsung's *Daubert* Reply (*See* Dkt. Nos. 802, 807, 856, 948, 1209, 1240).  Concurrently with this Notice, Samsung files a Corrected Highlighted Version of a document that includes additional highlighting of information Apple Inc. ("Apple") maintains as confidential:

- Samsung's Notice of Motion and Motion to Exclude Opinions of Certain of Apple's Experts . (Dkt. Nos. 0802-03; 1240-1); and
- Exhibit DDD in support of Samsung's Motion (Dkt. No. 0807-47).

The portions Apple seeks to seal are highlighted in yellow, portions Samsung seeks to seal are highlighted in green, and portions third parties seek to seal are highlighted in blue.

DATED: February 19, 2014        QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By */s/ Michael L. Fazio*
                                    Victoria F. Maroulis
                                    Attorneys for Defendants
                                    SAMSUNG ELECTRONICS CO., LTD.,
                                    SAMSUNG ELECTRONICS AMERICA, INC.,
                                    and SAMSUNG TELECOMMUNICATIONS
                                    AMERICA, LLC