# EXHIBIT B

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
                                                                Page 1
 1            IN UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   APPLE, INC., a California        )
     corporation,                     )
 5                                    )CASE NO.
                     Plaintiff,       )12-CV-00630-LHK
 6                                    )
     vs.                              )
 7                                    )
     SAMSUNG ELECTRONICS, CO., LTD.,  )
 8   a Korean corporation; SAMSUNG    )
     ELECTRONICS AMERICA, INC., a     )
 9   New York corporation; SAMSUNG    )
     TELECOMMUNICATIONS AMERICA,      )
10   LLC, a Delaware limited          )
     liability company,               )
11                                    )
                     Defendants.      )
12   ---------------------------------)
13
14
15       ***CONFIDENTIAL - ATTORNEYS' EYES ONLY***
16
17
18
19        CONFIDENTIAL VIDEOTAPED DEPOSITION OF
                 JUDITH CHEVALIER, Ph.D.
20                New York, New York
              Thursday, October 3, 2013
21
22
23
24   Reported by:
     JOMANNA DeROSA, CSR
25   JOB NO. 66560
```

Confidential - Attorneys' Eyes Only

Page 20

| | | |
|---|---|---|
| 1 | that you made reference to? | 08:12AM |
| 2 | A.  So, I teach a class -- well, my | 08:12AM |
| 3 | classes have changed somewhat over the years.  The | 08:12AM |
| 4 | most recent class that I teach is I teach a class | 08:12AM |
| 5 | called the Economics of the Information Economy, | 08:12AM |
| 6 | and it contains a fair bit of discussion about | 08:12AM |
| 7 | copyrights and patents and the economics thereof. | 08:12AM |
| 8 | Previously I taught more general | 08:12AM |
| 9 | technology strategy type classes that also had | 08:12AM |
| 10 | content regarding intellectual property. | 08:12AM |
| 11 | Q.  And as Chair with respect to the | 08:12AM |
| 12 | cooperative research group at Yale, what were your | 08:13AM |
| 13 | duties? | 08:13AM |
| 14 | A.  So, the Committee for Cooperative | 08:13AM |
| 15 | Research -- I guess I was a member, and then I was | 08:13AM |
| 16 | Chair.  The committee oversees the office that | 08:13AM |
| 17 | undertakes Yale's licensing.  And so, as Chair -- | 08:13AM |
| 18 | I mean, the committee in general, but as Chair in | 08:13AM |
| 19 | particular, we were called upon to advise the | 08:13AM |
| 20 | provost in setting policy for that office. | 08:13AM |
| 21 | There would be some specific | 08:13AM |
| 22 | situations of potential licensing agreements that | 08:13AM |
| 23 | were discussed at the committee.  The general | 08:13AM |
| 24 | charge for the committee was to oversee the office | 08:13AM |
| 25 | and make sure that the licensing was taking place | 08:13AM |

Page 21

| | | |
|---|---|---|
| 1 | in the best interest of Yale. | 08:13AM |
| 2 | Q.    At that time there was an entire | 08:13AM |
| 3 | staff for the committee.  Is that correct? | 08:14AM |
| 4 | MR. WATSON:  Objection.  Vague and | 08:14AM |
| 5 | ambiguous. | 08:14AM |
| 6 | A.    The office had a staff. | 08:14AM |
| 7 | Q.    And did the Director of Licensing | 08:14AM |
| 8 | head that staff? | 08:14AM |
| 9 | MR. WATSON:  I'm sorry.  Head that? | 08:14AM |
| 10 | MR. THOMASCH:  Head that staff. | 08:14AM |
| 11 | A.    There was -- that's not the | 08:14AM |
| 12 | person's title.  I don't quite recall the person's | 08:14AM |
| 13 | title, but there is a head of the Office of | 08:14AM |
| 14 | Cooperative Research. | 08:14AM |
| 15 | Q.    When you were there, there was no | 08:14AM |
| 16 | director of licensing? | 08:14AM |
| 17 | MR. WATSON:  Objection.  Vague and | 08:14AM |
| 18 | ambiguous. | 08:14AM |
| 19 | A.    I -- I really don't recall the | 08:14AM |
| 20 | exact title of the person who chaired that office, | 08:14AM |
| 21 | but his duties would encompass directing the | 08:14AM |
| 22 | licensing arrangements. | 08:14AM |
| 23 | Q.    In your service on the committee, | 08:14AM |
| 24 | did you engage in any licensing negotiations with | 08:14AM |
| 25 | third parties, individuals outside of Yale? | 08:14AM |

Page 282

| | | |
|---|---|---|
| 10 | Q.    Did you determine who at Samsung | 04:29PM |
| 11 | was at the October 2010 meeting? | 04:29PM |
| 12 | A.    I don't recall who at Samsung was | 04:30PM |
| 13 | at the 2010 meeting, though I believe I knew it at | 04:30PM |
| 14 | the some time. | 04:30PM |
| 15 | Q.    Did you ask anyone there at Samsung | 04:30PM |
| 16 | what their factual understanding was as to what | 04:30PM |
| 17 | patents were included and what patents were | 04:30PM |
| 18 | excluded? | 04:30PM |
| 19 | A.    I did not ask anyone at Samsung | 04:30PM |
| 20 | about their factual understanding of what patents | 04:30PM |
| 21 | were included or excluded. | 04:30PM |
| 22 | Q.    Did you review any deposition | 04:30PM |
| 23 | testimony from any Apple employee present at that | 04:30PM |
| 24 | meeting as to what patents were included and what | 04:30PM |
| 25 | patents were excluded? | 04:30PM |

Confidential - Attorneys' Eyes Only

Page 283

| | | |
|---|---|---|
| 7 | Q.    Did you draw any conclusion as to | 04:31PM |
| 8 | the accuracy or the veracity of Mr. Texler's | 04:31PM |
| 9 | testimony? | 04:31PM |
| 10 | A.    I did not draw any conclusions | 04:31PM |
| 11 | about his testimony. | 04:31PM |
| 12 | Q.    There are large numbers of licenses | 04:31PM |
| 13 | that were produced in this case that you reviewed | 04:31PM |
| 14 | and you summarized certain characteristics in your | 04:31PM |
| 15 | exhibits.  Do you recall that? | 04:31PM |
| 16 | A.    Yes, I do recall that. | 04:31PM |
| 17 | Q.    Did you read all of those licenses? | 04:31PM |
| 18 | A.    I did not read all of those | 04:31PM |
| 19 | licenses in their entirety. | 04:31PM |
| 20 | Q.    Do you believe that you possess any | 04:31PM |
| 21 | specialized knowledge or expertise to allow you to | 04:31PM |
| 22 | value with a reasonable degree of accuracy the | 04:31PM |
| 23 | value of licenses to patents that you have not | 04:31PM |
| 24 | reviewed? | 04:31PM |
| 25 | MR. WATSON:  Objection.  Compound. | 04:31PM |

Confidential - Attorneys' Eyes Only

```
                                                              Page 288
1            THE VIDEOGRAPHER:  Seven hours and      04:37PM
2    two minutes.                                    04:37PM
3            MR. WATSON.  Then, no, I am not.        04:37PM
4    Thank you.                                      04:37PM
5            MR. THOMASCH:  Thank you, Doctor.       04:37PM
6            THE WITNESS:  Thank you.                04:37PM
7            THE VIDEOGRAPHER:  The time is 4:39     04:37PM
8    p.m., and this completes tape No. 5, as well    04:37PM
9    as the videotape deposition of Dr. Judith       04:37PM
10   Chevalier.                                      04:37PM
11           (Time Ended:  4:37 p.m.)
12
13        _____
14        JUDITH CHEVALIER, Ph.D.
15
16   Subscribed and sworn to
17   before me this     day
18   of October, 2013.
19
20   _____
21
22
23
24
25
```

Confidential - Attorneys' Eyes Only

Page 291

1                    CERTIFICATE

2    STATE OF NEW YORK )

3                     )ss:

4    COUNTY OF NEW YORK)

5            I, JOMANNA DeROSA, a Certified

6    Shorthand Reporter and Notary Public within

7    and for the States of New York, New Jersey,

8    California and Arizona, do hereby certify:

9            That JUDITH CHEVALIER, Ph.D., the

10   witness whose deposition is hereinbefore set

11   forth, was duly sworn by me and that such

12   deposition is a true record of the testimony

13   given by such witness.

14           I further certify that I am not

15   related to any of the parties to this action

16   by blood or marriage, and that I am in no

17   way interested in the outcome of this

18   matter.

19           In witness whereof, I have hereunto

20   set my hand this 3rd day of October, 2013.

21

22                           _____
                             JOMANNA DeROSA
23

24

25