# EXHIBIT C

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 97**

**ILLUSTRATION OF MARKET AND INCOME APPROACHES**



**Market Approach**                                                    **Income Approach**

Notes & Sources:

Market Approach: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Apple Proposal from Exhibit 76, and Other Agreements from Exhibit 79.
Income Aproach:  Analytic Approach from Chevalier Report, at 194,  Operating Software Update Prices from Exhibit 90, Apple Case 1 from Exhibit 92
  and Chevalier Report, at 190, Product Features from Exhibit 93, and Analysis of Apps from Exhibit 95.
The Inter-Quartile Range (IQR) is depicted in blue for Other Agreements, Product Features, and Analysis of Apps.  Datapoints outside the IQR are depicted with
  a hashed blue pattern.