1  [COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**JOINT MOTION TO WITHDRAW DOCUMENTS FILED IN CONNECTION WITH *DAUBERT* MOTIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | |

ACTIVEUS 123188540v.1

1       Pursuant to Civil Local Rule 79-5(f), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby move to withdraw certain documents, and portions thereof, filed in connection with the parties' *Daubert* motions that pertain to issues that were subsequently withdrawn by the parties. In addition, the parties request an order instructing the Clerk of the Court to remove those documents from the Court's ECF system and docket.

       In connection with the parties' *Daubert* motions, Apple and Samsung moved to file under seal portions of briefs and exhibits that included information designated "Confidential," "Highly Confidential – Attorneys' Eyes Only," or "Highly Confidential – Attorneys' Eyes Only – Source Code" by Apple, Samsung, and third parties. *See* ECF Nos. 802, 806, 807, 831, 856, 857, 945, 948. The parties subsequently agreed to withdraw all pending *Daubert* issues related to patents asserted by Samsung, namely, the portions of the parties' *Daubert* motions relating to the opinions of Drs. Kearl and Schonfeld (ECF No. 806-03 at III.B and III.C) and the opinions of Dr. Storer (ECF No. 802-03 at V). *See* ECF No. 1143, entered by the Court as ECF No. 1145.

       In an effort to minimize the burden on the Court raised by motions to file under seal, these issues and related documents are not included in the conformed, consolidated versions of the papers subject to the parties' motions to seal their *Daubert* briefing that conform such papers to the supporting sealing declarations filed by Apple, Samsung, and third parties, as well as the events of the January 23, 2014 hearing, being filed on February 5, 2014 and February 19, 2014. *See* ECF Nos. 1209 and 1264.

       The parties thus move to withdraw those documents relating to the withdrawn issues from the Court's docket, which are identified in Exhibit A to this motion, and respectfully seek an order instructing the Clerk of the Court to remove the documents from the Court's ECF system and docket.

DATED: February 19, 2014

| | |
|---|---|
| By  /s/ Mark D. Selwyn<br>Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.<br><br>Josh A. Krevitt (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>Harold J. McElhinny (CA SBN 66781)<br>hmcelhinny@mofo.com<br>Jack W. Londen (CA SBN 85776)<br>jlonden@mofo.com<br>Rachel Krevans (CA SBN 116421)<br>rkrevans@mofo.com<br>Ruth N. Borenstein (CA SBN 133797)<br>rborenstein@mofo.com<br>Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>William F. Lee (pro hac vice)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | By  /s/ Michael L. Fazio<br>Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC<br><br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

JOINT MOTION TO WITHDRAW DOCUMENTS FILED IN CONNECTION WITH DAUBERT MOTIONS
CASE NO. 12-CV-00630-LHK (PSG)

ACTIVEUS 123188540v.1

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Notice.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: February 19, 2014                                        */s/ Mark D. Selwyn*
                                                                                Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 19, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: February 19, 2014                                        */s/ Mark D. Selwyn*
                                                                                Mark D. Selwyn