# Exhibit A

**List of Documents the Parties Seek to Withdraw Related to *Daubert* Motions to Exclude Expert Opinions**

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| **D.I. 802, 807 – Samsung's Motion to Exclude Opinions of Certain of Apple's Experts** | | |
| 802-3 | Samsung's Motion to Exclude Opinions of Certain of Apple's Experts | Page 23, line 2 – page 24, line 10. |
| 807-29 | Exhibit QQ to the Fazio Declaration | All |
| 807-31 | Exhibit RR to the Fazio Declaration | All |
| 807-34 | Exhibit SS to the Fazio Declaration | All |
| 807-35 | Exhibit TT to the Fazio Declaration | All |
| **D.I. 806, 831 – Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony** | | |
| 806-3 | Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony | Page 11, lines 15-25, 27-28; pages 12-22. |
| 806-6 | Exhibit B-1 to the McCracken Declaration | All |
| 806-6 | Exhibit B-2 to the McCracken Declaration | All |
| 806-6 | Exhibit B-3 to the McCracken Declaration | All |
| 806-6 | Exhibit B-4 to the McCracken Declaration | All |
| 806-6 | Exhibit B-5 to the McCracken Declaration | All |
| 806-7 | Exhibit B-6 to the McCracken Declaration | All |
| 806-7 | Exhibit B-7 to the McCracken Declaration | All |
| 806-7 | Exhibit B-8 to the McCracken Declaration | All |
| 806-7 | Exhibit B-9 to the McCracken Declaration | All |
| 806-7 | Exhibit B-10 to the McCracken Declaration | All |
| 806-7 | Exhibit C-1 to the McCracken Declaration | All |
| 806-7 | Exhibit C-2 to the McCracken Declaration | All |
| 806-8 | Exhibit C-3 to the McCracken Declaration | All |
| 806-8 | Exhibit C-4 to the McCracken Declaration | All |
| 806-8 | Exhibit C-5 to the McCracken Declaration | All |
| 806-9, 806-10, 806-11 | Exhibit C-6 to the McCracken Declaration | All |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 831-2 | Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony | Page 11, lines 15-25, 27-28; pages 12-22. |
| 831-6 | Exhibit B-1 to the McCracken Declaration | All |
| 831-7 | Exhibit B-2 to the McCracken Declaration | All |
| 831-8 | Exhibit B-3 to the McCracken Declaration | All |
| 831-9 | Exhibit B-4 to the McCracken Declaration | All |
| 831-10 | Exhibit B-7 to the McCracken Declaration | All |
| 831-11 | Exhibit B-8 to the McCracken Declaration | All |
| 831-12 | Exhibit B-10 to the McCracken Declaration | All |
| 831-13 | Exhibit C-1 to the McCracken Declaration | All |
| 831-14 | Exhibit C-2 to the McCracken Declaration | All |
| 831-15 | Exhibit C-5 to the McCracken Declaration | All |
| **D.I. 856 – Samsung's Opposition to Apple's Motion to Exclude** | | |
| 856-03 | Samsung's Opposition to Apple's Motion to Exclude | Page 12, line 3 - page 21, lines 17; page 21, lines 23-28. |
| 856-42 | Exhibit II to the Fazio Declaration | All |
| 856-52 | Exhibit RR to the Fazio Declaration | All |
| 856-53 | Exhibit SS to the Fazio Declaration | All |
| 856-54 | Exhibit TT to the Fazio Declaration | All |
| 856-55 | Exhibit UU to the Fazio Declaration | All |
| 856-56 | Exhibit VV to the Fazio Declaration | All |
| **D.I. 857 – Apple's Opposition to Samsung's Motion to Exclude** | | |
| 857-3, 857-4 | Apple's Opposition to Samsung's Motion to Exclude | Page 21, lines 13-24; pages 22-24; page 25:1-22 |
| 859-28 | Exhibit D-1 to the McCracken Declaration | All |
| 859-29, 859-30 | Exhibit D-2 to the McCracken Declaration | All |
| 859-31 | Exhibit D-3 to the McCracken Declaration | All |
| 859-32 | Exhibit D-4 to the McCracken Declaration | All |
| **D.I. 945 – Apple's Reply in support of Its Motion to Exclude** | | |

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 945-3, 945-4 | Apple's Reply in support of Its Motion to Exclude | Page 7, lines 10-22, 25-28; pages 8-12; page 13, lines 1-15, 26-28 |
| 945-6 | Exhibit B-11 to the Selwyn Declaration | All |
| 945-7 | Exhibit B-12 to the Selwyn Declaration | All |
| 945-8 | Exhibit C-7 to the Selwyn Declaration | All |
| 945-9 | Exhibit C-8 to the Selwyn Declaration | All |
| 945-10 | Exhibit C-9 to the Selwyn Declaration | All |
| 945-11, 945-12 | Exhibit C-10 to the Selwyn Declaration | All |
| 945-13, 945-14 | Exhibit C-11 to the Selwyn Declaration | All |
| 945-15, 945-16 | Exhibit C-12 to the Selwyn Declaration | All |
| **D.I. 948 – Samsung's Reply in support of Its Motion to Exclude** | | |
| 948-04 and -05 | Samsung's Reply in Support of its Motion to Exclude | Page 15, lines 6-28. |