# EXHIBIT HH

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 53A

## VELLTURO BLACKOUT PERIOD ADJUSTMENTS

| 4-Month Period | Total Lost Profits |
|---|---|
| If Patent Set Includes '172 (Issued December 6, 2011)<br>*(Blackout Period: February 8, 2012 to April 6, 2012)* | **$227,406,028** |
| If Patent Set Includes '721 (Issued October 25, 2011) but not '172<br>*(Blackout Period: February 8, 2012 to February 25, 2012)* | **$58,506,423** |
| If Patent Set Does Not Include '721 or '172 Patents<br>*(Blackout Period prior to February 8, 2012)* | **$0** |

| 1-Month Period | |
|---|---|
| For All Patents, Prior to February 8, 2012 | **$0** |

Nores & Sources:
From Exhibit 53B.

# *Samsung's Use of Apple Patents in Smartphones*



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001103

# *Key issues*

- Samsung is a key Apple partner

- The Android software platform makes extensive use of Apple intellectual property ... without Apple's permission

  - Android is designed to lead companies to imitate the iPhone product design and strategy

- Samsung's choice to use Android without a license undermines Samsung's greater relationship with Apple



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential -
Attorneys' Eyes Only

# *Apple Patents*

- Large worldwide patent portfolio on computing technology
  - Over 3500 US patents
  - Worldwide coverage for many key patents
- Tracks Apple's 35 years of leadership in personal and mobile computing and communications
- Definitive patent portfolio for industry --
  - Modern computing and consumer electronics hardware
  - Internet architecture and services
  - Modern software - OS, applications, and user interface



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

3

Highly Confidential -
Attorneys' Eyes Only

# *Apple: 35 Years of Market Leading Innovation*



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

4

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001106

# *Apple Patents: General Computing*

- Apple patents broadly cover general computing technologies used in all modern computing devices and consumer electronics

  - Core processor technologies

  - High speed internal buses and peripheral device buses

  - Graphics processors

  - Networking and communications

  - Power management

  - Mechanical and input technologies



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

5

Highly Confidential -
Attorneys' Eyes Only

# *Apple Patents: Internet architecture and services*

- Apple patents are essential to modern Internet-enabled devices and services

  - Dynamic web page generation

  - Persistent objects in a web page

  - Object/ relational database mapping

  - Location based services

  - Mobile computer IP address assignment

  - Media and application store services

  - Multimedia format and delivery



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001108

# *Apple Patents: Software*

- Apple has definitive patents on modern operating systems and applications architecture

    - Operating systems and basic software architecture

    - Graphics

    - User Interface

    - Multimedia processing

    - Networking and communication

    - Object oriented software

    - Development technologies



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

7

Highly Confidential -
Attorneys' Eyes Only

# *Convergence In Modern Smartphones*



## **Apple core computing**

Apple core computing technologies for modern and mobile computing developed over 20 years on desktop and laptop computer platform

- Modern, real computing platform
- Extensible, programmable OS
- Software application platform
- Advanced, friendly user interface
- Graphics and multimedia
- Component-based architecture with component links
- Internet and network technology

## **Basic telephony**

Basic network interface -- industry-standardized air interface (least common denominator) and data format









## **Apple advanced features**

Apple's iPod and iPhone innovations have defined the standard for modern high-end consumer devices

- Multitouch user interface
- Apps and App Store
- iTunes media store and media player
- Real Web and Web services
- Advanced sensors and device context
- Service-oriented offering



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

8

Highly Confidential -

Attorneys' Eyes Only

APLNDC00001110

# *Samsung Smartphone Sales*

**Samsung Smartphones (2009)**
**Total: 5,872,000**



2%

**Samsung Phones (2009)**
**Total: 235,772,000**



Samsung Smartphones by OS

Source : HMC Investment Securities



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

9

Highly Confidential -
Attorneys' Eyes Only

# *Apple Patents and Android*

- Apple has identified dozens of examples where Android is using or encouraging others to use Apple patented technology

- Many more Apple patents are relevant to the Android platform

- Apple has not authorized the use of any of these patents

- Limited examples to follow



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

10

Highly Confidential -
Attorneys' Eyes Only

# Android Architecture





*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

11

Highly Confidential -
Attorneys' Eyes Only

# *Apple Patents Infringed by Android Runtime*

*Example Apple patents infringed by Samsung phones using Android runtime*



- U.S. 6,424,354 (EP, JP)*  - Interest-based notification
- U.S. 5,481,721* - Dynamic binder
- U.S. 5,519,867*- Object oriented multitasking
- U.S. 6,275,983 (EP, JP, CN)* - Wrapper loader
- U.S. 5,367,633 (EP, JP) - OO notification framework
- U.S. 5,566,337 (EP, JP)* - Event handling
- U.S. 5,915,131 (EP)* - Tailored distinct IO APIs
- U.S. 5,969,705* - Background event handling
- U.S. 6,684,261 (EP, JP, CN) - OO operating system
- U.S. 5,379,432 (EP, JP, CN) - Wrappers
- U.S. 7,380,116 (JP) - Real-time display adaptation
- U.S. 6,067,577 - Dynamic resolution
- U.S. 5,911,067 - Application switching
- U.S. 5,911,069 - Exception handling
- U.S. 5,404,529 - IPC Wrapper
- U.S. 5,473,777 - VM Wrapper
- U.S. 5,475,845 (EP, JP, CN) - Wrapper system

\* Asserted against HTC in Pending Litigations



*Confidential \* Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

12

# Apple Patents Infringed by Android Libraries

*Example Apple patents infringed by Samsung phones using Android libraries*



- U.S. 6,343,263 (EP)* - Realtime signal processing APIs
- U.S. 5,920,726* - OS camera management
- U.S. 7,281,212 - Multi-track media
- U.S. 7,043,694 - Multi-track media
- U.S. 5,379,129 - Compositing images
- U.S. 5,404,447 (GB) - Manipulating pixel streams
- U.S. 7,292,636 (EP,CN,JP) - Processing a video picture
- U.S. 6,757,438 -  Video compression
- U.S. 6,728,315 (EP,CN,JP) - Digital video encoding
- U.S. 5,828,904 - Synchronizing data retrieval
- U.S. 6,098,126 - Synchronizing data retrieval

* Asserted against HTC in Pending Litigations



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

13

Highly Confidential -
Attorneys' Eyes Only

# Apple Patents Infringed by Android Application Framework

*Example Apple patents infringed by Samsung phones using Android application framework*



- U.S. 5,455,599 (EP, JP)* - OO graphics framework
- U.S. 7,362,331 (EP, JP)* - Non-linear animation of GUI
- U.S. 6,031,532 - Composite images
- U.S. 5,929,852 (EP)* - Network widget
- U.S. 6,344,855 (EP) - Encapsulated entity
- U.S. RE39,486 (EP)*- Extensible NW component system
- U.S. 7,469,381* - Scrolling with bounce and snapback
- U.S. 6,259,446 (EP, JP) - Menu system
- U.S. 6,593,947 - OO image rendering
- U.S. 6,956,564 (EP, CN) - Tilt-based display mode
- U.S. 5,764,218 - Touch gesture control
- U.S. 5,469,194 - Orientation-aware touch interface
- U.S. RE41,088 - Orientation of captured image
- U.S. 6,282,646 - Adaptive display configuration
- U.S. 7,003,260 - Database programs for handhelds
- U.S. 5,455,854 (EP) - Telephony system
- U.S. 7,084,859 - Tactile touch screen
- U.S. 5,880,729 (EP, JP) - Animated transitions
- U.S. 5,196,838 - Autoscrolling

* Asserted against HTC in Pending Litigations



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

14

Highly Confidential - Attorneys' Eyes Only

# *Apple Patents Infringed by Android Applications Layer*

*Example Apple patents infringed by Samsung phones using Android standard applications*



- U.S. 7,657,849 (EP, JP)* - Swipe to unlock
- U.S. 5,946,647* - Data detectors
- U.S. 7,479,949*- Multiple distinct touch heuristics
- U.S. 7,602,378 - Selective soft keypad
- U.S. 5,128,672 (JP) - Dynamic predictive keyboard
- U.S. 6,236,396 - Calendar data entry
- U.S. 7,479,971 - Automatic window scrolling
- U.S. 5,612,719 - Gesture sensitive buttons
- U.S. 7,669,134 - Messaging UI
- U.S. 6,072,489 - Translucent user interfaces
- U.S. 5,949,432 - Translucent user interfaces
- U.S. 5,544,358 - Card/ list view for contacts
- U.S. 5,446,882 - Card/ list views for contacts
- U.S. 5,603,053 - Pop-up interactive tools
- U.S. 6,493,002 - Status bar

 * Asserted against HTC in Pending Litigations



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

15

Highly Confidential -
Attorneys' Eyes Only

# Apple Patents Infringed by Android Ecosystem

*Example Apple patents infringed by Android phones offering Android loadable apps, Internet services and ecosystem*



- U.S. 7,421,690 - Threaded email
- U.S. 5,926,190 - Virtual reality images
- U.S. 7,187,997 - LBS
- U.S. 7,710,290 - Invocable speed reference
- U.S. 7,003,260 - Database programs for handheld
- U.S. 5,555,369 - SDK with device emulator
- U.S. 5,572,582 (EP) - Teleconference communication
- U.S. 6,910,052 - Software update
- U.S. 6,430,576 - Software update
- U.S. 7,584,468 - Software update
- U.S. 7,660,831 (EP) - Data synchronization
- U.S. 5,710,922 - Last-time altered sync
- U.S. 6,253,228 (EP) - Package-based sync
- U.S. 6,947,967 (EP) - Package-based sync



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

16

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001118

# *Samsung Copying iPhone*





## Apple iPhone 4

## Samsung Galaxy S



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

17

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001119

# *Samsung Copying iPhone*












## Apple iPhone 4                     Samsung Galaxy S



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

18

# *Samsung Copying iPhone*









## Apple iPhone 4

## Samsung Galaxy S



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

19

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001121

# *Macworld 2007 - January 9 ,2007*



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*



20

Highly Confidential -
Attorneys' Eyes Only

# *Android Phones*



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

21

# Samsung's Bada Platform










*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

22

APLNDC00001124

# EXHIBIT II

# *Key issues*

- Samsung is a key Apple partner

- The Android platform is causing Samsung to unfairly use Apple's intellectual property to undermine and imitate iPhone

  - Symbian and Bada also using Apple patents

- Samsung needs a license to continue to use Apple patents in infringing smartphones



*Confidential \* Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

23

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001125

# EXHIBIT UU

**Ex. UU,**
**Collecting Examples of Dr. Mowry's Inconsistent Application of Claim Interpretations**

| Dr. Mowry's Statements Distinguishing Prior Art by Interpreting the Claims Language | Application to Alleged Infringement, Conception and Reduction to Practice, and Apple's Practice of the Patent |
|---|---|
| "First, the 'selection of a detected structure,' as written in the claim limitation, requires that a particular detected structure can be chosen from a set of structures." Ex. YY (Mowry Rebuttal) ¶151. | No discussion of requirement in Dr. Mowry's analysis of alleged infringement, conception and reduction to practice, or Apple's practice of the patent.<br><br>*See* Samsung Motion for Summary Judgment, filed concurrently herewith. |
| "[T]he '647 patent discloses, and claim 1 claims, a system able to detect multiple types of structures in data." Ex. YY (Mowry Rebuttal) at ¶144.<br><br>"To the extent that Dr. Jeffay argues that detecting different phone number satisfies the requirements of claim 1, I disagree. The '647 patent does not distinguish between different 'types' of phone numbers." *Id.* at ¶ 133. | No discussion of requirement in Dr. Mowry's analysis of alleged infringement, conception and reduction to practice, or Apple's practice of the patent.<br><br>*See, e.g.* Ex. ZZ (Mowry Opening) ¶¶300, 302, 305 (identifying Mobile Safari in iOS 5, for instance, as practicing); *compare* Ex. CCC Deniau Depo., at 67:9-68:15; 101:5-17. (Apple engineer testifying that Mobile Safari in iOS 5 only detects phone numbers) |
| "The combination does not "detect structures in the data," as taught by the '647 Patent. The combination instead requires data to be pre-marked with URL prefixes (such as "http://")" Ex. YY (Mowry Rebuttal) at 188.<br><br>*and*<br><br>"It is my opinion that at least as of the time of the invention, it was novel to provide a system to detect multiple structures and associate with those structures different actions that are also tailored to those structures." *Id.* at 309.<br><br> *and* | No discussion of requirements in Dr. Mowry's analysis of alleged infringement, conception and reduction to practice, or Apple's practice of the patent.<br><br>*See, e.g.*, Ex. VV (Mowry Rebuttal Report, Ex. B), pages 6-8 (ignoring alleged requirements of no "pre-mark[ing] with URL prefixes," "semantic significance," and need to provide "tailored" menus, yet claiming Apple's conception of the "detecting structures" portion of the invention is shown by the screenshot below which Dr. Mowry states shows "the detected structure (here the URL http://www-pcd.stanford.edu/hci.html)"--i.e. a structure with an http:// prefix). |

| Dr. Mowry's Statements Distinguishing Prior Art by Interpreting the Claims Language | Application to Alleged Infringement, Conception and Reduction to Practice, and Apple's Practice of the Patent |
|---|---|
| "The '647 patent claims cover the detection of recognizable structures with *semantic significance*."  Ex. YY (Mowry Rebuttal) at ¶¶37 (emphasis in original), 52, 165, 168, 292, 340.  *Id.* at 180 (distinguishing MHonArc/Mosaic because detecting "pre-marked" data is "contrary to the teachings of the '647 patent, as the patent teaches that the system itself does detection, and further that what is detected in received data are semantically important structures – instantiations of saved patterns – that actually appear in the data presented to the user."). | <br><br>*Id.* |
| "The term 'grammar' [in claim 4] as understood by one of ordinary skill at the time of the invention of the '647 patent is generally synonymous with 'context-free grammar,' such as a grammar that can be written in Backus-Naur form."  Ex. YY (Mowry Rebuttal) at ¶367. | No discussion of requirement in Dr. Mowry's analysis of alleged infringement, conception and reduction to practice, or Apple's practice of the patent.<br><br>*See, e.g.*, Ex. ZZ (Mowry Opening) ¶¶ 166, 217 (analyzing infringement with no discussion of concepts). |

# EXHIBIT VV

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

| Claim 1 | Conception of the Claimed Invention of U.S. Patent No. 5,946,647 |
|---|---|
| |  **LiveDoc demo allows user to select detected structure and a linked action**<br><br>From the example illustrated below, the inventors contemplated the capability of detecting time and date expressions, URLs, email addresses, dates, and names in a document, such as an email, received by the user. Additionally, the inventors contemplated that the functionality provided by their invention would be available to applications that a user would use to access and display documents (here the Eudora 2.1 email client).<br><br>The user can then use the demo to select one of the detected structures using the mouse pointer.  When the user clicks on the detected structure (here the URL http://www.pcd.stanford.edu/hci.html), a menu appears listing actions that the user can perform using the selected structure (here actions linked to the URL structure include: (1) "surf to" the URL and (2) "add to Interesting Places."). |

**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

| Claim 1 | Conception of the Claimed Invention of U.S. Patent No. 5,946,647 |
|---|---|
| | <br><br>**The selected action is performed**<br>The picture below shows that as a result of the user's selection of the "surf to" action, a web browser has been opened and directed to the http://www-pcd.stanford.edu/seminar.html website. |

8

**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

| Claim 1 | Conception of the Claimed Invention of U.S. Patent No. 5,946,647 |
|---|---|
| | <br><br>Alternatively, the user can select the "Add to Interesting Places" action. |
| an input device for receiving data; | It is my opinion that the inventors conceived of this limitation as early as September 25, 1994, but no later than January 25, 1995.  My opinion is based on review of the deposition transcripts of the inventors as well as documents produced by the inventors.<br><br>For example, on September 25, 1994, James Miller submitted a proposal to the Nautilus Group at Apple describing the conceived invention as it might be implemented in a software package being developed for bundling with the next generation of Apple Powerbooks laptop computers.  (MILLER00000242-245; 710 Miller Dep. 120:24-121:12 (APLNDC630-0000109846-946, at 877).)  In 1995 a computer system generally, and the Apple Powerbooks specifically, would have included a hardware input device such as a keyboard and |

9

# EXHIBIT HHH

1   JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2   H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4   Palo Alto, California 94304-1211
   Telephone: (650) 849-5300
5   Facsimile: (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

6   MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
7   RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
8   MORRISON & FOERSTER LLP
   425 Market Street
9   San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
10  Facsimile:  (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

12

UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

14

15

16 | APPLE INC., a California corporation,

Plaintiff,

17 v.

18 SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG
19 ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG
20 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

21 Defendants.

22

23 SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG
24 ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG
25 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
26 Counterclaim-Plaintiffs,
v.

27 APPLE INC., a California corporation,

28 Counterclaim-Defendant.

Civil Action No. 12-CV-00630-LHK (PSG)

**EXPERT REPORT OF PROFESSOR ANDREW COCKBURN**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

INTENTIONALLY OMITTED FROM RECORD/EXHIBIT

**10.    Apple Products Practice Claims Of The '172 Patent**

470.    My operation of Apple's iPhone and iPad products confirm that the iPhone and iPad practice claims of the '172 Patent.  When typing text on an iPhone or iPad, the current character string is displayed.  A suggested replacement character string may also be displayed immediately above or below the current character string in certain instances.  When a suggested replacement character string is displayed, selecting a delimiter—the spacebar or a punctuation mark—replaces the current character string with the suggested replacement character string and appends the selected delimiter to the end of the suggested replacement character string.  This behavior satisfies at least Claim 27 of the '172 Patent.

INTENTIONALLY OMITTED FROM RECORD/EXHIBIT



Gibson, Dunn &
Crutcher LLP

1   INTENTIONALLY OMITTED FROM RECORD/EXHIBIT

2

3

4

5

6                              **X.    Compensation**

7   INTENTIONALLY OMITTED FROM RECORD/EXHIBIT

8

9                              **XI.   Conclusion**

10  INTENTIONALLY OMITTED FROM RECORD/EXHIBIT

11

12

13

14

15

16

17

18

19

20

21  Date: August 12, 2013                          _____

22

23                                                    Dr. Andrew Cockburn

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP