# EXHIBIT KK

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Highly Confidential - Outside Attorneys' Eyes Only

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3                SAN JOSE DIVISION
4
5   APPLE INC., a California
6   corporation,
7            Plaintiff,
8   vs.                              NO. 12-CV-00630-LHK
9   SAMSUNG ELECTRONICS CO., LTD.,
10  a Korean corporation; SAMSUNG
11  ELECTRONICS AMERICA, INC., a
12  New York corporation; SAMSUNG
13  TELECOMMUNICATIONS AMERICA,
14  LLC, a Delaware limited
15  liability company,
16           Defendants.
17  _____/
18  HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
19         30(b)(6) DEPOSITION OF APPLE INC.
20            DESIGNEE:  RORY SEXTON
21              PALO ALTO, CALIFORNIA
22              FRIDAY, JUNE 28, 2013
23
24  TSG Job # 62597
    REPORTED BY:
25  JANIS JENNINGS, CSR No. 3942, CLR, CCRR

Page 16

1      A.    Could you repeat the question?  Sorry.

2      Q.    So through June of 2010, did Apple have the
3 manufacturing capacity to meet demand for the iPhone
4 4?

5      A.    From the launch date to June '10?            09:52:19

6      Q.    So it launched sometime in June '10.  So I'm
7 just talking about the month of June 2010.

8
9
10                                                        09:52:34
11
12

13     A.    The difficult --

14           MR. STONE:  Objection.  Misstates his
15 testimony.                                             09:52:41

16           Go ahead.

17           THE WITNESS:  At the launch of a product, it
18 is sometimes more difficult to produce all the units
19 that we want.  It's a complex product to ramp.  They
20 all are.                                               09:52:55

21
22
23

24 BY MR. ANDERSON:

25                                                        09:53:04

Highly Confidential - Outside Attorneys' Eyes Only

Page 51

1  we need at that lead time. █████████████

2  █████████████████████████████████████████

3  █████████████████████████████████████████

4  █████████████████████████████████████████

5  █████████████████████████████████████████   10:55:06

6      Q.   Could you explain what you mean by "gated"?

7      A.   Gated, our ability to produce everything we

8  want is constrained.

9      Q.   So when Apple is -- sorry. Excuse me. I

10 will restart.                               10:55:23

11        So when Apple is gated that means it is not

12 able to produce as many phones as it wants; correct?

13     A.   As many phones as it wants, correct.

14     Q.   And sometimes Apple is gated by limitations

15 in its components supply; correct?           10:55:43

16     A.   It can be, yes.

17 █████████████████████████████████████████

18 █████████████████████████████████████████

19 █████████████████████████████████████████

20 █████████████████████████████████████████   10:56:04

21 █████████████████████████████████████████

22 █████████████████████████████████████████

23 █████████████████████████████████████████

24 █████████████████████████████████████████

25     Q.   Was Apple ever limited by its supply of   10:56:19

Highly Confidential - Outside Attorneys' Eyes Only

Page 62

```
1    BY MR. ANDERSON:
2        Q.   Do you have any reason to disagree with the
3    first sentence?
4        A.   I don't disagree with it.
5                                                        11:12:35
6    
7             MR. STONE:  Objection.  Lacks foundation.
8    Argumentative.
9    
10   
11   
12   
13   
14   BY MR. ANDERSON:
15       Q.   Well, there were shortages of the iPhone 4  11:13:19
16   when it launched in June 2010; correct?
17       A.   I did state launches.
18       Q.   Okay.  And there were shortage -- also
19   shortages of the iPhone 4S when it launched;
20   correct?                                             11:13:32
21       A.   At launches, correct, yes.
22       Q.   And there were shortages of the iPhone 5
23   when it launched?
24       A.   We are not able to meet all end user demand.
25   There is incredible demand at the start of the       11:13:43
```

Highly Confidential - Outside Attorneys' Eyes Only

Page 63

1   products -- life cycle for our products.
2       Q.   Why for the last three phones it has
3   released has Apple been unable to meet consumer
4   demand?
5            MR. STONE:  Objection.  Vague as to time.    11:13:55
6   Argumentative.  Lacks foundation.
7            THE WITNESS:  We are -- sometimes have more
8   demand than we expected, is one reason.  Our
9   products are extremely successful.  ▋
10  ▋                                                    11:14:15
11  ▋
12  ▋
13  ▋
14  BY MR. ANDERSON:
15  ▋
16  ▋
17  ▋
18  ▋
19      Q.   Let me rephrase my question.
20           How far in advance of the launch of an      11:15:04
21  iPhone product does Apple estimate the demand for
22  that product at launch?
23  ▋
24  ▋
25  ▋                                       That's the   11:15:16

Highly Confidential - Outside Attorneys' Eyes Only

Page 76

1    take some away, that's -- yes.
2        Q.   Let's look at the iPhone 5 at its launch in
3    September 2012, I believe.
4        A.   Exhibit 4 still?
5        Q.   Yes.  Yes, please.                          11:45:44
6             IPhone 5 at its launch in September 2012.
7    Which quarter is that?
8        A.   FY12 Q4.



10                                                        11:46:02
15                                                        11:46:38
20                                                        11:47:01
25                                                        11:47:19

Highly Confidential - Outside Attorneys' Eyes Only

Page 78

1     And, again, like an iPhone, it does
2  different -- differ by customer, where a carrier or
3  a retailer.  And a retailer in this I would mean
4  like, for example, a Best Buy.
5
6
7
8
9
10    Q.  Were there shortages of the iPad 2 when it    11:49:31
11  launched in March 2011?
12    A.  Yes.
13
14
15                                                      11:49:50
16
17
18
19
20                                                      11:50:15
21
22
23
24
25                                                      11:50:49



Page 86

1  fourth-generation iPad?
2       A.    Not that I know of, no.
3       Q.    The iPad mini launched the same date,
4  November 2012; correct?
5       A.    Correct.                                    12:02:17
6       Q.    There was a shortage of the iPad mini when
7  it launched; correct?
8       A.    We did not make as much minis as we wanted.
9
10                                                        12:02:27
11
12
13
14
15      Q.    Why was there a shortage of the iPad mini at 12:02:39
16  launch?
17
18
19
20                                                        12:02:58
21      Q.    Any other reasons?
22      A.    That's the reason.
23      Q.    Can I ask you to turn to what's been marked
24  as Exhibit 7.
25            MR. STONE:    That's the earnings?          12:03:36

Highly Confidential - Outside Attorneys' Eyes Only

Page 141

1    I, RORY SEXTON, do hereby declare under
2 penalty of perjury that I have read the foregoing
3 transcript; that I have made corrections as appear
4 noted, in ink, initialed by me, or attached hereto;
5 that my testimony as contained herein, as corrected,
6 is true and correct.
7    EXECUTED this ____ day of _____,
8 2013, at _____, _____.
           (City)                    (State)

13              RORY SEXTON

Highly Confidential - Outside Attorneys' Eyes Only

Page 142

1   I, JANIS JENNINGS, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4   That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were placed under oath; that a
8   verbatim record of the proceedings was made by me
9   using machine shorthand which was thereafter
10  transcribed under my direction; further that the
11  foregoing is an accurate transcription thereof.
12  I further certify that I am neither
13  financially interested in the action nor a relative
14  or employee of any attorney or any of the parties.
15  IN WITNESS WHEREOF, I have this date
16  subscribed my name.
17
18  Dated:  June 28, 2013
19
20

21                                  JANIS JENNINGS.
22                                  CSR No. 3942, CLR, CCRR
23
24
25