# EXHIBIT DD

# Samsung-Apple Licensing Discussion

October 5, 2010

PLAINTIFF'S EXHIBIT NO. 51
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:__________ By:_________

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

# A Basic Phone has basic features …

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only
APLNDC00010887

# What changed? What makes an GalaxyS so different?






*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*



Highly Confidential - Attorneys' Eyes Only

# … but Advanced Mobile Computing Devices are different

- ***Software*** creates the largest share of product value
- Operating system, applications, user interface, and services are the key to a ***differentiated customer experience***
- ***iPhone became the archetype*** for advanced mobile computing devices
- Software has always been at the heart of Apple's business and intellectual property portfolio

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

# Apple and its Computing Products have Evolved as well

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

# Mobile Computers rely upon several key technologies principally developed in the computing industry

**Microprocessor**

**Modern Operating System w/ Graphical User Interface**

**Graphics**

**Apps**

**Touch**

**Music**

**Video**

**Gaming**

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only
APLNDC00010891

# Mobile computers create more value for customers -- and sell for more -- by virtue of the additional technologies that enable them

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

# We model 3 types of patent licenses to cover wireless and computing technologies

**Basic telephony**

Basic network interface -- industry-standardized air interface (least common denominator) and data format

**Apple core computing**

Apple core computing technologies for modern and mobile computing developed over 20 years on desktop and laptop computer platform

- Modern, real computing platform
- Extensible, programmable OS
- Software application platform
- Advanced, friendly user interface
- Graphics and multimedia
- Component-based architecture with component links
- Internet and network technology

**Apple advanced features**

Apple's iPod and iPhone innovations have defined the standard for modern high-end consumer devices

- Multitouch user interface
- Apps and App Store
- iTunes media store and media player
- Real Web and Web services
- Advanced sensors and device context
- Service-oriented offering

- **Phone license**
  - Basic Telephony (e.g. wireless standards, java, processor, graphics, misc HW)
- **"Smart" license**
  - Apple Computing technologies (e.g. O/S, object oriented, etc.)
- **"Advanced Mobile" license**
  - Advanced iPhone Technologies needed to create an "advanced" class device (e.g. Touch, GUI, apps, music, etc.)

** Each license includes distinct technologies, so an iPhone advanced mobile class device would require all 3 licenses, while a basic phone would require only the phone license.*

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

Plaintiff's Exhibit No. 51.9

# Samsung adopted, embraced and imitated the iPhone archetype

- ***Samsung chose to embrace and imitate Apple's iPhone archetype***
- Apple would have preferred that Samsung ***request a license to do this in advance***
- Because Samsung is a strategic supplier to Apple, we are prepared to ***offer a royalty-bearing license for this category of device***

SAMSUNG
Las Vegas
21°c
970,000
Samsung latest android

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

9

Highly Confidential - Attorneys' Eyes Only

APLNDC00010894

# Samsung launched a major offensive, targeting Apple’s Mobile Computing Paradigm with both smartphones and tablets

*“Samsung could sell* ***10 million units*** *of the new [Galaxy S] smartphone globally* ***this year****.”*[1]

– JK Shin, head of Samsung's mobile comm. division

*“Samsung also expects to sell about* ***25 million smartphones this year****”* [1]

– JK Shin, head of Samsung's mobile comm. division

*“Samsung is aiming for a double-digit market share for global smartphones by the end of this year… Samsung's* ***smartphone sales are likely to double next year*** *from this year.”* [1]

– JK Shin, head of Samsung's mobile comm. division

*“[Samsung] expects to ship* ***10 million [Galaxy Tablet] units*** *and take a third of the global tablet market next year”* [2]

– Hankil Yoon, Samsung product executive

[1] SE Young Lee, “Samsung Expects Profit Boost From Mobile Phones”, The Wall Street Journal, Sep 3, 2010

[2] Spencer E. Ante, “Phone Giants to Sell Samsung Tablet PC”, The Wall Street Journal, Sep 11, 2010

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only
APLNDC00010895

Plaintiff's Exhibit No. 51.11

# Samsung is a major vendor of advanced mobile computing devices such as smartphones and tablets

Samsung Smartphones (2009)
Total: 5,872,000

2%
Samsung Phones (2009)
Total: 235,772,000

| Year | Smartphone Volume (000) | Tablet Volume (000) |
|---|---|---|
| 2009 | 5,900 | -- |
| 2010 | 25,000 | 2,000 |
| 2011 | 50,000 | 10,000 |
| 2012 | 60,000 | 12,000 |
| 2013 | 72,000 | 14,000 |
| 2014 | 86,000 | 17,000 |
| TOTAL | 293,000 | 55,000 |

Samsung Smartphones by OS

Window Mobile
Symbian
Android
기타
100%
80%
60%
40%
20%
0%
2008
2009F
2010F
2011F
2012F

Source : HMC Investment Securities

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

11

Highly Confidential - Attorneys' Eyes Only

APLNDC00010896

Plaintiff's Exhibit No. 51.12

# Apple Smartphone Licensing Rates

- $30 USD per Licensed Smartphone
  - Licensed Smartphones: touchscreen devices based on --
    - Android units
    - Symbian units
    - Bada, unless Apple proprietary features avoided
    - Windows, others - to be discussed
- $40 USD per Licensed Touchscreen Tablet
  - Reducing to $30 over 2 years

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

APLNDC00010897

Plaintiff's Exhibit No. 51.13

# We will provide Samsung with a number of options for obtaining a cost-effective license to our patent portfolio

| | |
|---|---|
| Samsung Portfolio | Like other major Apple suppliers Samsung has a substantial patent portfolio, albeit it is largely oriented in supplier-type areas |
| Apple-licensed O/S | Some Samsung products may make use of an OS largely licensed to Apple patents (e.g. Windows Mobile) |
| Apple-licensed Processors | Samsung may wish to encourage its other processor manufacturers to take a license |
| Not Using Proprietary Features | Some Samsung "smartphone" products may not adopt distinctive industrial designs, software platforms or feature sets |
| Conventional Mobile Devices | Most Samsung phones are Basic Phones that are not intended to serve as advanced mobile computing devices |

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

13

Highly Confidential - Attorneys' Eyes Only

APLNDC00010898

# Samsung may avail itself of these options, and in doing so obtain an Apple patent license on the most cost effective basis possible.

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

# We will provide Samsung with a number of options for obtaining the most cost-effective possible license to our patent portfolio

| Royalty Rate | Rate | | Option | Discount |
|---|---|---|---|---|
| Advanced Mobile Computing Device Royalty Rate | $US 30/ unit | x | Samsung Portfolio | 20% Discount |
| | | | Apple-licensed O/S | 40% Discount |
| Tablet Royalty Rate | $US 40 unit | x | Apple-licensed Processors | 20% Discount |
| | | | Not Using Proprietary Features | 20% Discount |

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

# EXAMPLE 1: Windows-based non-touch device

**Samsung Blackjack II™ Smartphone**

| | |
|---|---|
| Samsung Portfolio | Cross license<br>• 20% discount |
| Apple-licensed O/S | Microsoft licensed O/S tech<br>• 40% discount |
| Apple-licensed Processors | n/a |
| Not Using Proprietary Features | Physical QWERTY form factor<br>•20% discount |
| Total | 80% discount |

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

# EXAMPLE 2: Android-based full touch screen devices

| | |
|---|---|
| Samsung Portfolio | Cross license<br>• 20% discount |
| Apple-licensed O/S | Completely unlicensed Android OS<br>- No discount |
| Apple-licensed Processors | n/a |
| Not Using Proprietary Features | Full touch screen device<br>- No discount |
| Total | 20% discount |

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

Plaintiff's Exhibit No. 51.18

# Example year: 2010

| | Android | Windows Mobile 7 | Bada, Symbian & Other | Tablet |
|---|---|---|---|---|
| Samsung Est. Units (m) | 10 | 10 | 5 | 2 |
| Royalty per Unit | $30 | $30 | $30 | $40 |
| Portfolio Discount | ($6) | ($6) | ($6) | ($8) |
| Licensed OS Discount | $0 | ($12) | $0 | $0 |
| Licensed MPU Discount | $0 | $0 | $0 | $0 |
| Not using Apple Proprietary Features* | $0 | ($3) | ($3) | $0 |
| Total Discounted Royalty per Unit | $24 | $9 | $21 | $32 |
| **Gross Royalties (m$)** | **$240** | **$90** | **$105** | **$64** |
| Product Impact (est. 50%) | ($120) | ($45) | ($53) | ($32) |
| **Net Royalties Due (m$)** | $120 | $45 | $53 | $32 |
| **CY 2010 License Total (m$)** | | | | **$250** |

** Specific Apple Proprietary Features to be discussed*

• Samsung launched a major offensive, targeting Apple's smartphones and tablets

• Simple calculation of Apple's lost profits based on current market share yields profound lost profits

•These figures pale in comparison to Apple-Samsung's balance-of-trade

• Samsung should respond favorably

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

18

Highly Confidential - Attorneys' Eyes Only

APLNDC00010903