# EXHIBIT FF

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

## Apple's Lost Profits Summary
## (Four-Month Off the Market Lost Profits + Reasonable Royalties on Non-Lost-Profits Units)

See Damages Period Below 1/

| | 2011 | | | | | | | 2012 | | | | | | | | | | | | 2013 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | Total |
| **Total Units Sold - Smartphones 2/** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Units Eligible for Lost Profits** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admire | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Captivate Glide | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Conquer 4G | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dart | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exhibit II 4G | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy Nexus | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy Note | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy Note II | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy Rugby Pro | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy S II | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy S II Epic 4G Touch | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy S II Skyrocket | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy S III | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Illusion | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stratosphere | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Transform Ultra | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Units Eligible for LP** | | | | | | | | | | | | | | | | | | | | | | | | | | |



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 21-A

# Apple's Lost Profits Summary
## (Four-Month Off the Market Lost Profits + Reasonable Royalties on Non-Lost-Profits Units)

See Damages Period Below 1/

| | | | | 2011 | | | | | | | | | | 2012 | | | | | | | | | 2013 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | Total |
| **Total Units Sold - Tablets 2/** | [redacted] | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Units Eligible for Lost Profits** | [redacted] | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy Note 10.1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy Tab II 10.1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Units Eligible for LP** | | | | | | | | | | | | | | | | | | | | | | | | | | |

[redacted]

**Apple's Total Lost Profits ($)** 455,191,286

**Sources/Notes:**

1/ Damages calculated from product launch for the '647 Patent, and February 8, 2012 for other asserted patents.
2/ Smartphones & Tablets - Exhibit 10.
3/ Smartphones - Exhibit 12, Tablets - Exhibit 12-A.
4/ Smartphones - Exhibit 16, Tablets - Exhibit 16-A.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER