# EXHIBIT GG

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 22-A

## Apple's Lost Profits Summary
(One-Month Off the Market Lost Profits + Reasonable Royalties on Non-Lost-Profits Units)
See Damages Period Below 1/

| | 2011 | | | | | | | | 2012 | | | | | | | | | | | | 2013 | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | | |

**Total Units Sold - Smartphones 2/**

**Units Eligible for Lost Profits**
Admire
Captivate Glide
Conquer 4G
Dart
Exhibit II 4G
Galaxy Nexus
Galaxy Note
Galaxy Note II
Galaxy Rugby Pro
Galaxy S II
Galaxy S II Epic 4G Touch
Galaxy S II Skyrocket
Galaxy S III
Illusion
Stratosphere
Transform Ultra
**Total Units Eligible for LP**

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 22-A

## Apple's Lost Profits Summary
(One-Month Off the Market Lost Profits + Reasonable Royalties on Non-Lost-Profits Units)
See Damages Period Below 1/



Apple's Total Lost Profits ($)     109,161,468

Sources/Notes:
1/ Damages calculated from product launch for the '647 Patent, and February 8, 2012 for other asserted patents.
2/ Smartphones & Tablets - Exhibit 10.
3/ Smartphones - Exhibit 12, Tablets - Exhibit 12-A.
4/ Smartphones - Exhibit 16, Tablets - Exhibit 16-A.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER