# EXHIBIT JJ

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 1

1      UNITED STATES INTERNATIONAL TRADE COMMISSION

2                   Washington, D.C.

3         Before the Honorable Charles E. Bullock

4          Acting Chief Administrative Law Judge

5

6   In the Matter of:              )

7   CERTAIN ELECTRONIC DIGITAL     )

8   MEDIA DEVICES AND COMPONENTS ) Inv. No. 337-TA-796

9   THEREOF                        )

10                                 )

11

12

13

14            CONFIDENTIAL BUSINESS INFORMATION

15             SUBJECT TO PROTECTIVE ORDER

16

17            DEPOSITION OF BORIS TEKSLER

18               FRIDAY, MARCH 16, 2012

19

20

21

22

23   JOB NUMBER: 47583

24   REPORTED BY:

25   JANIS JENNINGS, CSR 3942, CLR, CCRR

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 59



1

2          MR. OLSON:  Same objections.  Beyond the

3    scope as to "others."

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 60



CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER



Page 61

 1

 2

 3

 4

 5

 6              MR. OLSON:   Objection.   Misstates the

 7     testimony.   Vague.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 62

1          MR. OLSON:  Objection.  Vague.



CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 63



CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 64



CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 65



CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 66



CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER



Page 67

(Deposition reporter asked for
clarification.)

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 68



```
20          MR. OLSON:  Objection.  Misstates the
21    testimony.  Misstates the document.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 69



9          MR. OLSON:   Objection.   Vague.

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 70



```
23          MR. OLSON:  Objection.  Misstates the
24   testimony.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 71



CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 72

1

2

3      MR. OLSON:   Objection.   Misstates the

4    testimony.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20      MR. SHIELDS:   Do you want to take a break?

21      MR. OLSON:   Okay.

22      MR. SHIELDS:   Lunch.

23      THE VIDEOGRAPHER:   This marks the end of

24    disk No. 1.   We are now going off the record.   The

25    time is 11:59 a.m.

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 120

1                          DECLARATION

2

3        I hereby declare under penalty of perjury that

4    the foregoing is my deposition under oath; that

5    these are the questions asked of me and my answers

6    thereto; and that I have read my deposition and have

7    made the corrections, additions, or changes to my

8    answers that I deem necessary.

9             In witness whereof, I hereby subscribe my

10   name this      day of                      , 2012.

11

12

13

14

15                     BORIS TEKSLER

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 121

1                  CERTIFICATE OF REPORTER

2

3          I, JANIS JENNINGS, a Certified Shorthand

4  Reporter of the State of California, do hereby

5  certify:

6          That the foregoing proceedings were taken

7  before me at the time and place herein set forth;

8  that any witnesses in the foregoing proceedings,

9  prior to testifying, were placed under oath; that a

10 verbatim record of the proceedings was made by me

11 using machine shorthand which was thereafter

12 transcribed under my direction; further, that the

13 foregoing is an accurate transcription thereof.

14          I further certify that I am neither

15 financially interested in the action nor a relative

16 or employee of any attorney of any of the parties.

17          IN WITNESS WHEREOF, I have this date

18 subscribed my name.

19

20 Dated:  March 16, 2012

21

22

23                  JANIS JENNINGS

24                  CSR NO. 3942, CLR, CCRR

25

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 122

1                        I N D E X

2      FRIDAY, MARCH 16, 2012

3

4      WITNESS

5      BORIS TEKSLER

6                                              PAGE

7      EXAMINATION BY MR. SHIELDS  . . . . . . . . .   5

8      EXAMINATION BY MR. OLSON  . . . . . . . . . . 114

9      FURTHER EXAMINATION BY MR. SHIELDS  . . . . . 118

10

11

12

13

14

15          QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

16                    PAGE      LINE

17                     30        12

18                     41        24

19                     91        20

20                     97         6

21                     97        13

22                    102         5

23

24

25

# EXHIBIT KK

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Highly Confidential - Outside Attorneys' Eyes Only

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5    APPLE INC., a California

6    corporation,

7              Plaintiff,

8    vs.                          NO. 12-CV-00630-LHK

9    SAMSUNG ELECTRONICS CO., LTD.,

10   a Korean corporation; SAMSUNG

11   ELECTRONICS AMERICA, INC., a

12   New York corporation; SAMSUNG

13   TELECOMMUNICATIONS AMERICA,

14   LLC, a Delaware limited

15   liability company,

16              Defendants.

17                              /

18   HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

19          30(b)(6) DEPOSITION OF APPLE INC.

20              DESIGNEE:  RORY SEXTON

21               PALO ALTO, CALIFORNIA

22               FRIDAY, JUNE 28, 2013

23

24   TSG Job # 62597

     REPORTED BY:

25   JANIS JENNINGS, CSR No. 3942, CLR, CCRR

Highly Confidential - Outside Attorneys' Eyes Only

Page 16

1       A.    Could you repeat the question?  Sorry.

2       Q.    So through June of 2010, did Apple have the

3    manufacturing capacity to meet demand for the iPhone

4    4?

5       A.    From the launch date to June '10?          09:52:19

6       Q.    So it launched sometime in June '10.  So I'm

7    just talking about the month of June 2010.

8

9

10                                                        09:52:34

11

12

13       A.    The difficult --

14            MR. STONE:  Objection.  Misstates his

15    testimony.                                          09:52:41

16            Go ahead.

17            THE WITNESS:  At the launch of a product, it

18    is sometimes more difficult to produce all the units

19    that we want.  It's a complex product to ramp.  They

20    all are.                                            09:52:55

21

22

23

24    BY MR. ANDERSON:

25

Highly Confidential - Outside Attorneys' Eyes Only

Page 51

1    we need at that lead time. 

2

3

4

5                                                        10:55:06

6        Q.    Could you explain what you mean by "gated"?

7        A.    Gated, our ability to produce everything we

8    want is constrained.

9        Q.    So when Apple is -- sorry.  Excuse me.  I

10   will restart.                                      10:55:23

11           So when Apple is gated that means it is not

12   able to produce as many phones as it wants; correct?

13       A.    As many phones as it wants, correct.

14       Q.    And sometimes Apple is gated by limitations

15   in its components supply; correct?                 10:55:43

16       A.    It can be, yes.

17

18

19

20                                                      10:56:04

21

22

23

24

25       Q.    Was Apple ever limited by its supply of   10:56:19

Highly Confidential - Outside Attorneys' Eyes Only

Page 62

```
1    BY MR. ANDERSON:
2        Q.    Do you have any reason to disagree with the
3    first sentence?
4        A.    I don't disagree with it.
5                                                      11:12:35
6
7              MR. STONE:   Objection.  Lacks foundation.
8    Argumentative.
9
10                                                     11:12:49
11
12
13
14   BY MR. ANDERSON:
15       Q.    Well, there were shortages of the iPhone 4  11:13:19
16   when it launched in June 2010; correct?
17       A.    I did state launches.
18       Q.    Okay.  And there were shortage -- also
19   shortages of the iPhone 4S when it launched;
20   correct?                                            11:13:32
21       A.    At launches, correct, yes.
22       Q.    And there were shortages of the iPhone 5
23   when it launched?
24       A.    We are not able to meet all end user demand.
25   There is incredible demand at the start of the      11:13:43
```

Highly Confidential - Outside Attorneys' Eyes Only

Page 63

1    products -- life cycle for our products.

2        Q.    Why for the last three phones it has

3    released has Apple been unable to meet consumer

4    demand?

5            MR. STONE:   Objection.  Vague as to time.    11:13:55

6    Argumentative.  Lacks foundation.

7            THE WITNESS:   We are -- sometimes have more

8    demand than we expected, is one reason.  Our

9    products are extremely successful.  ▮▮▮▮▮▮▮▮

10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    11:14:15

11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14   BY MR. ANDERSON:

15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   11:14:37

16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19       Q.    Let me rephrase my question.

20           How far in advance of the launch of an    11:15:04

21   iPhone product does Apple estimate the demand for

22   that product at launch?

23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    11:15:16

Highly Confidential - Outside Attorneys' Eyes Only

Page 76

1    take some away, that's -- yes.

2        Q.   Let's look at the iPhone 5 at its launch in

3    September 2012, I believe.

4        A.   Exhibit 4 still?

5        Q.   Yes.  Yes, please.                    11:45:44

6             IPhone 5 at its launch in September 2012.

7    Which quarter is that?

8        A.   FY12 Q4.

9

10                                                   11:46:02

11

12

13

14

15                                                   11:46:38

16

17

18

19

20                                                   11:47:01

21

22

23

24

25                                                   11:47:19



Highly Confidential - Outside Attorneys' Eyes Only

Page 78



1           And, again, like an iPhone, it does

2     different -- differ by customer, where a carrier or

3     a retailer.  And a retailer in this I would mean

4     like, for example, a Best Buy.

5                                                      11:49:15

6

7

8

9

10        Q.    Were there shortages of the iPad 2 when it   11:49:31

11    launched in March 2011?

12        A.    Yes.

13

14

15                                                     11:49:50

16

17

18

19

20                                                     11:50:15

21

22

23

24

25                                                     11:50:49

Highly Confidential - Outside Attorneys' Eyes Only

Page 141

1          I, RORY SEXTON, do hereby declare under

2     penalty of perjury that I have read the foregoing

3     transcript; that I have made corrections as appear

4     noted, in ink, initialed by me, or attached hereto;

5     that my testimony as contained herein, as corrected,

6     is true and correct.

7             EXECUTED this ____ day of _____,

8     2013, at _____, _____.

                    (City)                (State)

9

10

11

12

                    _____

13                       RORY SEXTON

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Outside Attorneys' Eyes Only

Page 142

1           I, JANIS JENNINGS, a Certified Shorthand

2     Reporter of the State of California, do hereby

3     certify:

4           That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that any witnesses in the foregoing proceedings,

7     prior to testifying, were placed under oath; that a

8     verbatim record of the proceedings was made by me

9     using machine shorthand which was thereafter

10    transcribed under my direction; further that the

11    foregoing is an accurate transcription thereof.

12          I further certify that I am neither

13    financially interested in the action nor a relative

14    or employee of any attorney or any of the parties.

15          IN WITNESS WHEREOF, I have this date

16    subscribed my name.

17

18    Dated:   June 28, 2013

19

20

                                    _____

21                                  JANIS JENNINGS.

22                                  CSR No. 3942, CLR, CCRR

23

24

25

# EXHIBIT MM

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

|  |  |
|---|---|
| **From:** | Deirdre OBrien █████████ |
| **Subject:** | Fwd: iPad supply |
| **Received(Date):** | Mon, 09 Apr 2012 08:59:14 -0700 |
| **To:** | Anuj Saigal ████████, Rory Sexton ████████ |
| **Attachment:** | PastedGraphic-9.tiff |
| **Attachment:** | Screen shot 2012-04-06 at 11.51.58 AM.jpeg |
| **Date:** | Mon, 09 Apr 2012 08:59:14 -0700 |

FYI

Begin forwarded message:

**From: rita lane** ███████████

**Subject: Re: iPad supply**

**Date:** April 9, 2012 8:56:16 AM PDT

**To:** Jeff Williams ██████████

**Cc:** Deirdre O'Brien █████████

Jeff,



**Rita**

On Apr 9, 2012, at 8:16 AM, Tim Cook wrote:

████████████

Tim

Begin forwarded message:

**From:** Deirdre OBrien ██████████

R. Sexton
**EXHIBIT**
**11**
6/28/2013
JANIS JENNINGS
CSR, CLR, CCRR

APLNDC630-0001259112

**Subject: Re: iPad supply**
**Date:** April 9, 2012 8:10:08 AM PDT
**To:** Tim Cook ███████████████
**Cc:** Jeff Williams ████████████████, Lane Rita ███████████████

Hi Tim,
Here is the latest on iPad supply (picture below), the team is still working additional improvements as noted below.   We are using a ST case in the WOS calc ████████████
████████████████████████

We will keep you posted on progress.

D

**iPad**

- Q3 capacity and housing plans have improved and result ████████████████
  ██████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001259114

# EXHIBIT NN

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Subject:** **Confidential**
**From:** "Kaiann Drance"
**Received(Date):** Thu, 19 Jan 2012 05:18:25 +0000
**To:** "Steve Sinclair"
**Cc:** "Christine Eun"

That is a good point to dissect more regionally. We can tweak some more before the meeting.

Does that mean you're getting the baby?!!

On Jan 18, 2012, at 8:47 PM, Steve Sinclair wrote:

> It's great for now until we get real data to back up the hypotheses. I'm not sold on Moto or HTC being significant threats anymore as compared to Samsung and I think we have a different story potentially in each region (Japan for example with all the Japandroid vendors that are beating iPhone handily).
>
> My gut tells me that section 4 is a BIG threat that needs more attention.
>
> Thanks for pulling this together without me - today was a good day... Looks like we're expecting any day now!
>
> Sent from my iPhone
>
> On Jan 18, 2012, at 7:07 PM, "Kaiann Drance" wrote:
>
>> Steve,
>>
>> Here's the brainstorm outline we came up with today. We also chatted briefly with Stan afterwards (though he hasn't seen this) to make sure we weren't that off base. Turns out a lot of the points we discussed he also was thinking about. Please let us know if you have any comments.
>>
>> Stan wants to go over this during our 2pm team meeting Thursday. How did your adoption tryout go??
>>
>> Kaiann & Christine
>>
>> **1. Start with success of N94**
>> - JD Powers #1 customer satisfaction
>> - QoQ and YoY sales trajectory of iPhone
>> - iPhone and iOS market share globally and in top 10 countries
>> - Map of all countries iPhone is present in to date
>> - Market share of top carriers in U.S.
>> - Quotes from press briefings upon launch - e.g. China

Highly Confidential - Attorneys' Eyes Only

- Latest Nielsen stats showing us growing and closing gap to Android
- This despite no ID changes

## 2. Despite our recent success, we are under attack in an all-out war

-Educate on Android success stats including
-Market share, number of Android models and units
-Number of activations
-Presence across countries, carriers
-Number of Apps on the store, number downloads per day
-Dollar amount of advertising spend, sample TV ad  (sample source competitrack for ad spending)

## 3.  But it's not just "Android" we're competing with

-Android is backed by giants like Samsung, HTC, Motorola who are all vying for success in this market
-Each OEM is heavily invested and prioritizing winning in this space
- Samsung, HTC, and Motorola each have launched X number of smartphones every quarter
- Execs from these companies have stated publicly their intention to be a market leader [sample quotes]
- They have altogether invested $X in strengthening their footprint in this space (e.g. acquisitions, partnerships etc)
-X$ of advertising and company resources devoted to Android (stats, quotes) across these 3 OEMs

## 4.  Other influencers like carriers and resellers directly affect our success as well

-Motivations to push Android over iPhone
-Spiffs at point of sale
-More models showcased with newer models faster
-Range of price points and subsidies
-Carrier-specific versions of Android for "differentiation"

## 5.  Android has also won customers based on some features

-Shared characteristics of top selling models
-LTE models
-Larger displays
-Thinner profiles (?)

## 6. But despite Android's success to date, Android is starting to show some weaknesses

-Fragmented state of OS (backup with data and quotes from press or developers)
-Crowded device portfolio

APLNDC630-0000062641

-Some successes but many failures
-In-fighting across OEMs
-Google's Motorola acquisition and tensions with OEMS like
Samsung (more Windows OS, investment in bada & Tizen)

### 7.  In contrast, Apple consistently provides the best customer experience and superior product

-Best in design
-Integrated customer experience across hw, sw, App Store, iTunes, iCloud
-Success of Apple Ecosystem (vs. lack of pickup in Android Accessory Ecosystem)-- note we are setting this back a bit with

-Maybe here stick in how we stack up against individual OEMs or smartphone models (positive data slicing)
-Proven success when we launch new product, success in converting Android customers

### 8.  To win, we must build and deliver the best product with more emphasis on the Android switcher

**Confidential**

Highly Confidential - Attorneys' Eyes Only

# EXHIBIT OO

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313179

# Samsung's brand update
## (based on external industry information)

John Brown
Mgr., Product Marketing Intelligence Group
December, 2011

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313180

## Samsung's advertising and promotion campaigns are driving a rise in brand recognition

- Samsung's aggressive mobile advertising in the fourth quarter is resonating across the entire Samsung brand as consumer brand recall is on the rise.

- The Galaxy S III advertising has driven most brand recall, while Apple's iPhone 5 advertising has been above the category norm.

- Samsung's rising brand has allowed it become a product of consideration in the media player market, a category that it has had little success in the past.

- Although they are still a small player in the media player market, increasing their presence in this space provides Samsung the opportunity to build a halo effect with other Samsung CE products within the younger demographics.

- Samsung is using aggressive bundling of tablets with many of their branded product categories (washing machines, cameras, phones and even their NaviBot vacuum) in an attempt to gain tablet share in many markets.

- If successful, these aggressive bundling and advertising campaigns could lead to a change in the market share landscape for both tablets and mobile phones for the fourth quarter of 2012.

- If these practices lead to share gains in the fourth quarter, the big question is will it come at the expense of smaller market players, Apple or a combination of both.

3

Highly Confidential - Attorneys' Eyes Only

# Samsung's outspending all others in advertising

It is estimated that Samsung spent $4B globally on advertising in 2012, which dwarfs the spend of some major brands around the world. This increase in spend over 2011 has raised its brand recognition globally and has allowed them to be in the consideration set of consumers in our key markets of music players, PCs, tablets and mobile phones.



Source: Asymco.com - http://www.asymco.com/2012/11/29/the-cost-of-selling-galaxies/

4

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313182



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313183



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313184



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313185

# Samsung's international holiday promotions aim to increase its global brand and market share

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313186

# Samsung is attempting to boost UK tablet sales with free promotions

## Combining free Galaxy Tabs with all products from phones to digital cameras has the potential to increase their sales into the channel and potentially sell-through for the holiday quarter.



Samsung Smart TV Promotion – Free Galaxy 2 Tablet

Source: Apple Corporate MI Team

9

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313187

## Samsung has expanded the UK bundle practice across the European continent

**Whether with washing machines, cameras or iRobot, Samsung is giving away tablets across the continent to stimulate holiday sales.**



Source: Apple European MI Team

10

Highly Confidential - Attorneys' Eyes Only

# Samsung is also very aggressive with tablet promotions in Latin America

**Samsung is being aggressive in advertising tablet bundles in all channels from CE stores to department stores across all of Latin, particularly in the key Apple markets of Mexico and Chile.**

**Mexico - Buy Galaxy Note 10" get Galaxy 2 for free**

**Chile - Buy Samsung TV get Galaxy Note 10" for free**



**Chile - Buy Samsung Notebook get Galaxy Note 7" for free**





Source: Apple Latin American MI Team

11

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313190



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313191



TM and © 2012 Apple Computer, Inc. All rights reserved.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313192

# EXHIBIT PP

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Subject:** Re: Revised T100 Outline
**From:** "Stan Ng" █████████████
**Received(Date):** Fri, 20 Jan 2012 06:39:53 +0000
**To:** "Kaiann Drance" █
**Cc:** "Steve Sinclair" █████████████████████ , "Christine Eun" █

This looks good. Great collaborative work. I'm going to go throug this and see if I want to make any tweaks. I'll send back tomorrow what I end up showing Joz. Thanks everyone!
-stan

On Jan 19, 2012, at 10:23 PM, Kaiann Drance wrote:

Stan,

We were all incorporating feedback so sorry this took some time. We think this captures our discussion along with subsequent tweaks to adjust flow. Let us know, thanks.

**1. Start with success of iPhone overall**
- Have sold an incredible number since 2007 (Cumulative iPhone sales to date)
- QoQ and YoY sales trajectory of iPhone
- And customers couldn't be happier (JD Powers #1 customer satisfaction)
  - We have also made iPhone available to more customers around the world
- In total of X countries and Y carriers WW
- List of carriers
- Map of countries where present

**2. Success of iPhone 4S**
- Sales of iPhone 4S (speaking point- "despite naysayers")
- Quotes from press briefings upon launch - e.g. China
- Quotes showing success of Siri (game changer) and camera
  - iPhone 4S also marked our fastest iPhone rollout ever
- Our plans to launch Verizon and iPhone 4S has temporarily slowed the Android attack in the US
- Market share of top carriers in U.S.
- Nielsen US stats showing us closing gap to Android
  - But Android continues to grow especially in certain regions
  - iPhone and iOS market share globally and in top 10 countries
  - Highlight regions where Android is stronger

**3. Things have changed since 15 months ago. The Android threat has become an all-out war.**
- iOS/Android share from 15 months ago vs. now
- Android Market share, number of Android models and units
- Number of activations
- Presence across countries, carriers

Highly Confidential - Attorneys' Eyes Only

- Number of Apps on the store, number downloads per day

## 4. The Android Army is comprised of many players
- Android is backed by well-financed competitors like Samsung, HTC, and Motorola who are playing for marketshare at any cost over delivering real lasting value
- They have altogether invested $X in strengthening their footprint in this space (e.g. acquisitions, partnerships etc)
- X$ of advertising and company resources devoted to Android (stats, quotes, competitrack for ad spending) across major OEMs
-Sample TV ad
- Execs from these companies have stated publicly their intention to be a market leader (sample quotes)
- Samsung, HTC, and Motorola each have launched X number of smartphones every quarter

- And how are the players doing?
- Pie chart showing 15 months ago shares of HTC, Moto, Samsung (any others we want to include) vs. today.

## - HTC - and single phrase descriptor like "Falling Behind"
- One slide with data on sales, regional success, top smartphone models/features

## - Motorola- "In Bed with Google" <- a placeholder
- One slide with sales data, regional success, top models/features
- One slide with details about implications of Google acquisition and how causing tension with other OEMs like Samsung (Windows, bada, Tizen)
- Galaxy Nexus was devised pre-Motorola, so what is the next product? It will be a Motorola device for sure. (plus any intelligence we can get)

## -Regional threats
-Single slide including Japandroid, China, etc. smaller competitors that are doing well

## - Samsung largest competitor "Android Leader" or "Relentless Follower"
-Samsung has become #1 Android device maker (crippling HTC, LG, others) and is now turning its head to Apple
- Announcements of Samsung investment in software and services, R&D spend
- ATL & BTL - e.g. show sample commercial aimed against Apple
- More detailed profile of top models like Galaxy S II (include key features like LTE, larger display)
 - Slide with top models by countries with Galaxy S II highlighted as always in top 3

## 5. There are also other influencers like carriers and resellers that directly affect our success

Highly Confidential - Attorneys' Eyes Only

- Motivations to push Android over iPhone
- Spiffs at point of sale
- More models showcased with newer models faster
- Range of price points and subsidies
- Carrier-specific versions of Android for "differentiation" - show how many
"added value" services carriers pile onto phones
- Dilution of iPhone messaging with end salesperson

### 6. But despite Android's success to date, Android is starting to show some weaknesses
- Partly sparked by Google's Motorola acquisition -> tensions with OEMS like Samsung (more Windows OS, investment in bada & Tizen)
- Crowded device portfolio with some successes but many failures
- In-fighting across OEMs who are not making high margins
- Fragmented state of OS (backup with data and quotes from press or developers)
- Android development community not as lucrative as iOS and more costly to develop for

### 7. To win, we must keep doing what we do best: Build and deliver the best product yet with greater emphasis on the Android Switcher

#### A. Launch the best product
- Proven success when we launch new product: success in retaining existing customers and converting Android customers
- Time chart showing sales bumps with new product intro and distinction with new ID

## Confidential

- Stay true to form with our integrated customer experience across hw, sw, App Store, iTunes, iCloud

#### B. Keep building our ecosystem of accessories and developers
- App-based accessories vs. lack of pickup in Android Accessory Ecosystem
    - Support new developer technologies like AirPlay and Bluetooth LE
- Thriving number of apps and developer community

#### C. Fight for every customer
- Re-double our efforts to make the customer unequivocally want an iPhone and not be swayed by point of sale influences
- Break into the mindshare of previous Android customers

APLNDC630-0000135100