1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3  San Francisco, California 94111
Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
8  Telephone: (650) 801-5000
Facsimile: (650) 801-5100
9
William C. Price (Cal. Bar No. 108542)
10  williamprice@quinnemanuel.com
865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
14  AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  APPLE INC., a California corporation,        CASE NO. 12-cv-00630-LHK (PSG)

19              Plaintiff,                        **NOTICE OF WITHDRAWAL OF
                                                  SAMSUNG'S ADMINISTRATIVE
20         vs.                                    MOTION TO FILE UNDER SEAL
                                                  RELATING TO PROPOSED JOINT
21  SAMSUNG ELECTRONICS CO., LTD., a              PRELIMINARY JURY INSTRUCTIONS
Korean business entity; SAMSUNG                   (DKT. 1286)**
22  ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
23  TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,
24
              Defendants.
25

26

27

28

02198.51981/5776629.2                                    Case No. 12-cv-00630-LHK (PSG)
NOTICE OF WITHDRAWAL OF ADMINITRATIVE MOTION TO FILE UNDER SEAL (DKT. 1286)

1    On February 18, 2014, Defendants Samsung Electronics Co. Ltd., Samsung Electronics

2 America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed

3 Samsung's Administrative Motion to File Under Seal, relating to the Proposed Joint Preliminary

4 Jury Instructions and exhibits to the Declaration of Alex Baxter ("Motion to Seal").   (Dkt. 1286.)

5 An unredacted copy of the Proposed Joint Preliminary Jury Instructions and exhibits were sent to

6 Apple that same day.

7    Apple has subsequently indicated that it does not maintain a claim of confidentiality with

8 respect to any portion of the Proposed Joint Preliminary Jury Instructions or the filed exhibits.   In

9 addition, Apple informed Samsung it would not oppose Samsung withdrawing its Motion to Seal.

10 Therefore, pursuant to Civil L.R. 7-7, Samsung hereby gives notice that it withdraws its Motion to

11 Seal.   Samsung will also be filing a public version of the Proposed Joint Preliminary Jury

12 Instructions and exhibits.

13

14

15 DATED:   February 20, 2014              QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
16

17

18                                        By   */s/ Victoria Maroulis*
                                             Charles K. Verhoeven
19                                           Kevin P.B. Johnson
                                             Victoria F. Maroulis
20                                           William C. Price
                                             Attorneys for SAMSUNG ELECTRONICS CO.,
21                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC., and SAMSUNG
22                                           TELECOMMUNICATIONS AMERICA, LLC

23

24

25

26

27

28