QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, Elliot Siegel, hereby declare:

I am employed in Los Angeles, California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On February 20, 2014, I served true and correct copies of unredacted versions of:

1. Corrected Samsung Daubert Motion (Dkt. No. 1292); and
2. Corrected Exhibit DDD to the Declaration of Michael L. Fazio ISO Samsung's Daubert Motion (Dkt. No. 1292).

by emailing the aforementioned documents to the mailings lists of the parties in this action as follows:

**Counsel for Apple Inc.**

**Gibson, Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Morrison & Foerster LLP**
Apple630Team@mofo.com

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalIIService@wilmerhale.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2014 at Los Angeles

　　　　　　　　　　　　　　　　　　___/s/ Elliot Siegel_____
　　　　　　　　　　　　　　　　　　　　　Elliot Siegel

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Elliot Siegel.

*/s/ Michael L. Fazio*

Michael L. Fazio