# EXHIBIT 5

Confidential Business Information - Outside Attorneys' Eyes Only

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4

 5   APPLE, INC., a California         )

 6   corporation,                      )

 7          Plaintiff,                 )    Case No.

 8                                     )12-cv-00630-LHK (PSG)

 9          vs.                        )

10   SAMSUNG ELECTRONICS CO., LTD., a  )

11   Korean corporation; SAMSUNG       )

12   ELECTRONICS AMERICA, INC., a New  )

13   York corporation; and SAMSUNG     )

14   TELECOMMUNICATIONS AMERICA, LLC,  )

15   a Delaware limited liability      )

16   company,                          )

17          Defendants.                )

18   _____    )

19   Confidential Business Information - Outside Attorneys' Eyes Only

20        VIDEOTAPED DEPOSITION OF THOMAS E. FUJA, Ph.D.

21              Thursday, September 19, 2013

22                  Boston, Massachusetts

23

24    Reported by:  Dana Welch, CSR, RPR, CRR, CBC, CCP,

25    Job No. 65943
```

Confidential Business Information - Outside Attorneys' Eyes Only

Page 73

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Q. So it's your opinion that the accused | 11:03 |
| 15 | products can comply with the 3GPP standards and not | 11:03 |
| 16 | infringe claim 10? | 11:03 |
| 17 | A. That's correct. | 11:03 |
| 18 | Q. It is possible for the accused products to | 11:03 |
| 19 | comply with the 3GPP standards and not infringe | 11:03 |
| 20 | claim 35? | 11:03 |
| 21 | A. That's correct. | 11:03 |
| 22 | Q. It is your opinion that claim 40 of the -- | 11:03 |
| 23 | MR. WHITEHURST: Strike that. | 11:03 |
| 24 | Q. It's your opinion that the accused | 11:04 |
| 25 | products can practice or comply with the 3GPP | 11:04 |

Confidential Business Information - Outside Attorneys' Eyes Only

```
                                                              Page 74
1    standards and not infringe claim 40 of the '087    11:04
2    patent?                                            11:04
3         A.   Yes.                                     11:04
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential Business Information - Outside Attorneys' Eyes Only

Page 175

21    Q.  According to your report, it's possible      02:52
22 for Apple to comply with the 3GPP standards and not 02:52
23 infringe claim 1 of the '596 patent?                02:53
24    A.  Yes.                                         02:53
25    Q.  It is possible for Apple to comply with     02:53

Confidential Business Information - Outside Attorneys' Eyes Only

Page 176

1  the 3GPP standards and not infringe claim 13 of the    02:53
2  '596 patent?    02:53
3     A.  Yes.    02:53
4     Q.  So it is your opinion that claim 1 of the    02:53
5  '596 patent is not essential to the 3GPP standards?    02:53
6     A.  It is not essential to practicing the 3GPP    02:53
7  standards.  That's my opinion, yes.    02:53
8     Q.  And it's your opinion that claim 13 of the    02:53
9  '596 patent is not essential to practicing the 3GPP    02:53
10 standards?    02:53
11    A.  Again, with the caveat that I know    02:53
12 "essential" has a special meaning to people in    02:53
13 intellectual property.  I am using it as a lay    02:53
14 person.    02:53
15    Q.  But it's your opinion that it's possible    02:53
16 to practice the 3GPP standards and not infringe    02:53
17 claim 13?    02:53
18    A.  That's correct.    02:53
19
20
21
22
23
24
25