UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER RE: SEALING RELATED TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED CLAIM CONSTRUCTIONS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The parties filed various administrative motions to seal in connection with Samsung's motion to strike expert testimony based on undisclosed claim constructions (Dkt. 1202-3). After considering those motions and the declarations filed in support thereof, the Court rules as follows:

- Samsung's administrative motion to seal documents relating to its motion (Dkt. 1138) is GRANTED as to the narrower set of redactions filed at Dkt. 1202. Those narrower redactions relate to confidential source code or technical information involving party or third-party products or processes on which the Court

1

did not rely in ruling on Samsung's motion. As to the remaining proposed redactions in Dkt. 1138, Samsung's motion is DENIED.

- Apple's administrative motion relating to its opposition (Dkt. 1220) is GRANTED. The information sought to be sealed relates to confidential source code or technical information involving party or third-party products or processes on which the Court did not rely in ruling on Samsung's motion.

- Samsung's unopposed motion to withdraw its administrative motion to seal its reply (Dkt. 1251) is GRANTED. Accordingly, the Court disregards Samsung's administrative motion to seal its reply (Dkt. 1246).

**IT IS SO ORDERED.**

Dated: February 21, 2014

_____
LUCY H. KOH
United States District Judge