1 | HOGAN LOVELLS US LLP
2 | CHRISTIAN MAMMEN (SBN 188454)
  | E-mail: chris.mammen@hoganlovells.com
  | 3 Embarcadero Center, Suite 1500
3 | San Francisco, CA 94111
  | Telephone:  (415) 374-2325
4 | Facsimile:  (415) 374-2499

5 | Attorneys for Non-Party
  | NUANCE COMMUNICATIONS, INC.
6

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK (PSG) |
|---|---|
| Plaintiff, | **DECLARATION OF DAVID GREENBAUM IN SUPPORT OF CONFIDENTIALITY OF NUANCE COMMUNICATIONS, INC. INFORMATION IN APPLE'S AND SAMSUNG'S MOTIONS IN LIMINE, PURSUANT TO LOCAL RULE 79-5** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| And related counterclaims | |

DECLARATION OF DAVID GREENBAUM IN SUPPORT OF CONFIDENTIALITY DESIGNATION
CASE NO. 12-CV-00630 LHK (PSG)
\\041286/000003 - 1087976 v1

1

I, David Greenbaum declare as follows:

1.  I am over the age of eighteen and the Vice President, Litigation, for Nuance Communications, Inc. ("Nuance").  As part of my job, I am responsible for supervising the company's litigation matters.  This declaration is based on my own personal knowledge and, if called upon to testify thereto under oath, I could and would do so competently.

2.  Nuance is a technology company that focuses on voice, natural language understanding, reasoning and systems integration.

3.  Nuance is not a party to the above-captioned litigation.

4.  It is my understanding that information submitted in connection with Samsung's Motions in Limine, in particular Exhibit 12 (Docket No. 1285-12), the Rebuttal Expert Report of Professor Andrew Cockburn, cites and quotes information produced by Nuance under a confidentiality designation, namely, a page bearing the production number NUANCE000011.

5.  I have further been informed that information submitted in connection with Apple's Motions in Limine, in particular, Exhibit 10 to the Declaration of Nathan Sabri filed in support of Apple's Motions in Limine, contains information that Nuance may consider confidential.

6.  Pursuant to Northern District of California Local Rule 79-5(e)(1), all of the confidential Nuance information in Apple's and Samsung's Motions in Limine and exhibits thereto remains sealable.  In particular, Nuance designated this information as "Highly Confidential – Attorney's Eyes Only" pursuant to the protective order in this matter, and the information remains sealable because it quotes and describes confidential, nonpublic communications between Nuance and its customer Samsung concerning the customization of certain functionalities or features in the products provided by Nuance to Samsung.   This is highly sensitive commercial information, and should not be made public.

DECLARATION OF DAVID GREENBAUM IN SUPPORT OF CONFIDENTIALITY DESIGNATION
CASE NO. 12-CV-00630 LHK (PSG)
\\041286/000003 - 1087976 v1

2

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
2  State of California and the United States that the foregoing is true and correct. Executed this 21st
3  day of February, 2014, at Englewood, NJ.

_____
David Greenbaum