[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants.| CASE NO. 5:12-cv-00630-LHK<br><br>**JOINT REPORT RE: STATUS OF SETTLEMENT DISCUSSIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>                Counterclaim-Defendant.| |

Case No. 12-cv-00630-LHK (PSG)

ActiveUS 124347230v.1

Pursuant to the Court's February 18, 2014 Order (Docket No. 1275), the parties submit this report regarding the status of the settlement discussions referenced in their Joint Proposal Regarding Pre-March 2014 Settlement Discussions, filed in Case No. 11-1846 (Docket No. 2914).

The parties attended a full-day negotiation session with the mediator during the first week in February.  In attendance for Apple were Tim Cook, Chief Executive Officer; Bruce Sewell, Senior Vice President and General Counsel; Noreen Krall, Vice President and Chief Litigation Counsel; and BJ Watrous, Vice President and Chief IP Counsel.  In attendance for Samsung were JK Shin, CEO IT and Mobile Communications, Dr. Seung-Ho Ahn, Head of IP Center, SEC, Ken Korea, VP & Head of IP Center, U.S., HK Park, Executive Vice President & Chief Financial Officer, Mobile Communications, Injung Lee, Senior Vice President & Head of Licensing, and James Kwak, Vice President & Head of Licensing for Mobile Communications. The parties did not reach an agreement at that session.

Since that session, one or more of the foregoing party representatives has spoken with the mediator numerous times in order to progress the settlement efforts.  For example, Apple representatives held telephonic conference calls with the mediator more than six times after the mediation.  Samsung representatives held telephonic conference calls and other communications with the mediator more than four times after the mediation.

Notwithstanding these efforts, the mediator's settlement proposal to the parties was unsuccessful. Parties remain willing to work through the mediator jointly selected by the parties.

Dated: February 21, 2014

| By: | */s/ Mark D. Selwyn* | By: | */s/ Victoria F. Maroulis* |
|---|---|---|---|

By: */s/ Mark D. Selwyn*
Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

William F. Lee (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By: */s/ Victoria F. Maroulis*
Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,  INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

ActiveUS 124347230v.1

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Notice.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: February 21, 2014                    /*s/* Mark D. Selwyn
                                             Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 21, 2014  to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                             /*s/* Mark D. Selwyn
                                             Mark D. Selwyn

ActiveUS 124347230v.1