[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendant. | Civil Action No. 12-CV-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF PROPOSED FINAL JURY INSTRUCTIONS** |

1   Apple and Samsung file this Stipulation requesting that the Court approve the following to
2   comply with the Court's instructions and facilitate the efficient submission of Proposed Final Jury
3   Instructions.
4   WHEREAS, the parties previously submitted Proposed Preliminary and Final Jury
5   Instructions with objections in *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) ("the 1846
6   Action");
7   WHEREAS, the Court has instructed the parties that it intends to adopt the Preliminary
8   and Final Jury Instructions from the 1846 Action, absent a compelling reason to depart; and
9   WHEREAS, the parties understand from the Court's instruction that they should not
10  resubmit all Proposed Preliminary and Final Jury Instructions and supporting and opposing
11  arguments made in the 1846 Action, but wish to preserve those proposals, opposing arguments,
12  and rulings in the record in this action,
13  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
14  parties that:
15  (1)   The parties have prepared a list of submissions, orders and transcripts of
16  proceedings (identified by Docket Number where available) in the 1846 Action that include
17  proposed jury instructions, objections to proposed jury instructions, arguments in support of a
18  party's proposed instructions, arguments in opposition to the opponent's proposed jury
19  instructions, and rulings on proposed jury instructions.  The parties will submit that list with their
20  Joint Proposed Final Jury Instructions on February 25, 2014.
21  (2)   The submissions, orders and transcripts of proceedings identified in the list
22  described in the preceding paragraph shall be deemed a part of the record of this case; and the
23  parties waive any objection in this Court or on appeal to the inclusion of those submissions,
24  //
25  //
26  //
27  //
28

STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF PROPOSED FINAL JURY INSTRUCTIONS
12-CV-00630-LHK
sf- 3123876

1

1  arguments, and rulings as part of the record in this case.  The parties agree that documents on the

2  list may be included in the Joint Appendix in any appeal from this case.

3  **IT IS SO STIPULATED.**

4  Dated:  February 23, 2014

5  By:  */s/Rachel Krevans*                                    By:  */s/ Victoria F. Maroulis*
       RACHEL KREVANS                                              VICTORIA F. MAROULIS
6      Attorney for Plaintiff and Counterclaim-                    Attorney for Defendants and Counterclaim-
       Defendant                                                   Plaintiffs
7      APPLE INC.                                                  SAMSUNG ELECTRONICS CO., LTD.,
                                                                   SAMSUNG ELECTRONICS AMERICA,
8                                                                  INC., AND SAMSUNG
                                                                   TELECOMMUNICATIONS AMERICA, LLC

| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552) | CHARLES K. VERHOEVEN (Bar No. 170151) |
| 2 | jkrevitt@gibsondunn.com | charlesverhoeven@quinnemanuel.com |
| 3 | H. MARK LYON (CA SBN 162061) mlyon@gibsondunn.com | KEVIN A. SMITH (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | GIBSON, DUNN & CRUTCHER LLP 1881 Page Mill Road | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 5 | Palo Alto, CA  94304-1211 Telephone: (650) 849-5300 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 6 | Facsimile: (650) 849-5333 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 7 | HAROLD J. McELHINNY (CA SBN 66781) | |
| 8 | hmcelhinny@mofo.com JACK W. LONDEN (CA SBN 85776) | KEVIN P.B. JOHNSON (Bar No. 177129 (CA); |
| 9 | jlonden@mofo.com RACHEL KREVANS (CA SBN | 2542082 (NY)) kevinjohnson@quinnemanuel.com |
| 10 | 116421) rkrevans@mofo.com | VICTORIA F. MAROULIS (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 11 | RUTH N. BORENSTEIN (CA SBN 133797) | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 12 | rborenstein@mofo.com ERIK J. OLSON (CA SBN 175815) | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 13 | ejolson@mofo.com MORRISON & FOERSTER LLP | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 14 | 425 Market Street San Francisco, California 94105-2482 | |
| 15 | Telephone: (415) 268-7000 Facsimile: (415) 268-7522 | WILLIAM C. PRICE (Bar No. 108542) williamprice@quinnemanuel.com |
| 16 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 17 | WILLIAM F. LEE (*pro hac vice*) William.lee@wilmerhale.com | 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 |
| 18 | WILMER CUTLER PICKERING  HALE AND DORR LLP | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 19 | 60 State Street Boston, Massachusetts 02109 | |
| 20 | Telephone: (617) 526-6000 Facsimile: (617) 526-5000 | |
| 21 | | |
| 22 | MARK D. SELWYN (CA SBN 244180) | |
| 23 | mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING | |
| 24 |  HALE AND DORR LLP 950 Page Mill Road | |
| 25 | Palo Alto, CA 94304 Telephone: (650) 858-6000 | |
| 26 | Facsimile: (650) 858-6100 | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF PROPOSED FINAL JURY INSTRUCTIONS
12-CV-00630-LHK
sf- 3123876

3

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  February 23, 2014                    */s/ Rachel Krevans*
                                                                Rachel Krevans

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February____, 2014

Hon. Lucy H. Koh  
United States District Judge