1 [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11

12 APPLE INC., a California corporation,

13         Plaintiff,      Civil Action No. 12-CV-00630-LHK

14     v.      **STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF PROPOSED FINAL JURY INSTRUCTIONS**

15 SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

16

17

18         Defendant.

19

20

21

22

23

24

25

26

27

28

1    Apple and Samsung file this Stipulation requesting that the Court approve the following to
2 comply with the Court's instructions and facilitate the efficient submission of Proposed Final Jury
3 Instructions.

4    WHEREAS, the parties previously submitted Proposed Preliminary and Final Jury
5 Instructions with objections in *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) ("the 1846
6 Action");

7    WHEREAS, the Court has instructed the parties that it intends to adopt the Preliminary
8 and Final Jury Instructions from the 1846 Action, absent a compelling reason to depart; and

9    WHEREAS, the parties understand from the Court's instruction that they should not
10 resubmit all Proposed Preliminary and Final Jury Instructions and supporting and opposing
11 arguments made in the 1846 Action, but wish to preserve those proposals, opposing arguments,
12 and rulings in the record in this action,

13    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
14 parties that:

15    (1)   The parties have prepared a list of submissions, orders and transcripts of
16 proceedings (identified by Docket Number where available) in the 1846 Action that include
17 proposed jury instructions, objections to proposed jury instructions, arguments in support of a
18 party's proposed instructions, arguments in opposition to the opponent's proposed jury
19 instructions, and rulings on proposed jury instructions. The parties will submit that list with their
20 Joint Proposed Final Jury Instructions on February 25, 2014.

21    (2)   The submissions, orders and transcripts of proceedings identified in the list
22 described in the preceding paragraph shall be deemed a part of the record of this case; and the
23 parties waive any objection in this Court or on appeal to the inclusion of those submissions,

24 //
25 //
26 //
27 //
28

arguments, and rulings as part of the record in this case. The parties agree that documents on the list may be included in the Joint Appendix in any appeal from this case.

**IT IS SO STIPULATED.**

Dated: February 23, 2014

| By: */s/Rachel Krevans* | By: */s/ Victoria F. Maroulis* |
|---|---|
| RACHEL KREVANS<br>Attorney for Plaintiff and Counterclaim-Defendant<br>APPLE INC. | VICTORIA F. MAROULIS<br>Attorney for Defendants and Counterclaim-Plaintiffs<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 <br><br> HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br><br> WILLIAM F. LEE (*pro hac vice*) <br> William.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>  HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>  HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 | CHARLES K. VERHOEVEN (Bar No. 170151) <br> charlesverhoeven@quinnemanuel.com <br> KEVIN A. SMITH (Bar No. 250814) <br> kevinsmith@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN LLP <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br><br> KEVIN P.B. JOHNSON (Bar No. 177129 (CA); <br> 2542082 (NY)) <br> kevinjohnson@quinnemanuel.com <br> VICTORIA F. MAROULIS (Bar No. 202603) <br> victoriamaroulis@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN LLP <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, California 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 <br><br> WILLIAM C. PRICE (Bar No. 108542) <br> williamprice@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN LLP <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, California 90017-2543 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 |

1  **ATTESTATION**

2      I, Rachel Krevans, am the ECF User whose ID and password are being used to file this

3  Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F.

4  Maroulis has concurred in this filing.

6  Dated:  February 23, 2014          */s/  Rachel Krevans*
                                                              Rachel Krevans

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: February 24, 2014

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Judge

STIPULATION AND [P<small>ROPOSED</small>] O<small>RDER RE</small> S<small>UBMISSION OF</small> P<small>ROPOSED</small> F<small>INAL</small> J<small>URY</small> I<small>NSTRUCTIONS</small>
12-<small>CV</small>-00630-LHK
sf- 3123876

5