1   RANDALL L. ALLEN (Ca. Bar No. 264067)
    randall.allen@alston.com
2   RYAN W. KOPPELMAN (Ca. Bar No. 290704)
    ryan.koppelman@alston.com
3   XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
    Xavier.brandwajn@alston.com
4   ALSTON & BIRD LLP
    275 Middlefield Road, Suite 150
5   Menlo Park, CA 94025
    Telephone:    650-838-2000
6   Facsimile:     650-838-2001
7
8   Attorneys for Non-Party
    NOKIA CORPORATION
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12
                                          Case No.: 12-CV-00630-LHK (PSG)
13  APPLE, INC., a California corporation,
                                          NON-PARTY NOKIA CORPORATION'S
14              Plaintiff,                 ADMINISTRATIVE MOTION TO FILE
                                          DOCUMENT UNDER SEAL
15        v.

16  SAMSUNG ELECTRONICS CO., LTD., a Korean
    corporation, SAMSUNG ELECTRONICS
17  AMERICA, INC., a New York corporation;
    SAMSUNG TELECOMMUNICATIONS
18  AMERICA, LLC, a Delaware limited liability
    company,
19
                Defendants.
20

21

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28

In accordance with Civil L.R. 7-11 and 79-5, non-party Nokia Corporation ("Nokia") hereby moves for an order sealing the "Declaration of Ryan Koppelman in Support of Apple's and Samsung's Administrative Motions to Seal [Dkt. Nos. 1278, 1280, 1289]" ("Koppelman Declaration"), being filed concurrently under seal.

The Koppelman Declaration should be sealed for the reasons set forth therein, as well as the reasons stated in the Declarations of Jennifer Rho in Support of Apple's Administrative Motion to File Documents Under Seal (filed on February 18 and February 19, 2014) and in the Declaration of Robert J. Becher in Support of Samsung's Administrative Motion to File Documents Under Seal (filed on February 18, 2014).

Therefore, for the foregoing reasons, Nokia respectfully requests that the Court grant Nokia's Motion to Seal the Koppelman Declaration.

DATED:  February 24, 2014

Respectfully submitted,

ALSTON & BIRD, LLP

*/s/ Ryan W. Koppelman*
RANDALL L. ALLEN
RYAN W. KOPPELMAN
XAVIER M. BRANDWAJN

Attorneys for Non-Party Nokia Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 24th day of February 2014.

Additionally, on February 24, 2014, I caused to be served the document(s) described as:

**SEALED DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO SEAL [DKT. NOS. 1278, 1280, 1289]**

on the interested parties in this action as follows:

Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:
Samsungv.Apple@quinnemanuel.com

Service E-mail Distribution List for Wilmer Cutler Pickering Hale and Dorr LLP:
WHAppleSamsungDamagesRetrial@wilmerhale.com

Service E-mail Distribution List for Gibson, Dunn & Crutcher:
Apple/Samsung@gibsondunn.com

☒   BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Alston & Bird LLP's electronic mail system to the e-mail address(s) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 24, 2014, at Menlo Park, California.

    _/s/ Ryan W. Koppelman_
Ryan W. Koppelman