RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

Attorneys for Non-Party
NOKIA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

1  Having considered the papers submitted in connection with non-party Nokia Corporation's
2  Administrative Motion to File Document Under Seal, filed on February 24, 2014, and good cause
3  appearing, the Court hereby GRANTS Nokia's motion to seal the confidential, unredacted version of
4  the "Declaration of Ryan W. Koppelman in Support of Apple's and Samsung's Administrative
5  Motions to Seal [Dkt. Nos. 1278, 1280, 1289]," filed on February 24, 2014.

7  IT IS SO ORDERED.
8  Dated: _____          _____
9                                              Hon. Paul S. Grewal
                                            United States Magistrate Judge