1  RANDALL L. ALLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
   Xavier.brandwajn@alston.com
4  ALSTON & BIRD LLP
5  275 Middlefield Road, Suite 150
   Menlo Park, CA 94025
6  Telephone:     650-838-2000
   Facsimile:     650-838-2001
7
8  Attorneys for Non-Party
   NOKIA CORPORATION
9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12

13  APPLE, INC., a California corporation,          Case No.: 12-CV-00630-LHK (PSG)

14                Plaintiff,                         **DECLARATION OF RYAN W.
                                                     KOPPELMAN IN SUPPORT OF APPLE'S
15         v.                                        AND SAMSUNG'S ADMINISTRATIVE
                                                     MOTIONS TO SEAL [DKT. NOS. 1278,
16  SAMSUNG ELECTRONICS CO., LTD., a Korean          1280, 1289]**
    corporation, SAMSUNG ELECTRONICS
17  AMERICA, INC., a New York corporation;           **REDACTED VERSION**
    SAMSUNG TELECOMMUNICATIONS
18  AMERICA, LLC, a Delaware limited liability
    company,
19
                  Defendants.
20

21

22
    / / /
23
    / / /
24
    / / /
25
    / / /
26
    / / /
27

28