1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal:

1. Declaration of Jennifer Rho in Support of Samsung's Administrative Motion to File Under Seal Documents Filed in Connection with Samsung's Motions in Limine ("Rho Declaration").

In support of its motion, Apple has filed the Rho Declaration. For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the aforementioned document as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Rho Declaration | Entire document. |

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                                             Hon. Paul S. Grewal
                                                             United States Magistrate Judge