Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL [DOCKET NOS. 1281, 1283, 1285]** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motion to File Under Seal and Samsung's Administrative Motions to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

**SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL ITS MOTIONS IN LIMINE**

2. On February 18, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed Administrative Motions to File Documents Under Seal (Docket Nos. 1283 and 1285), which sought to protect information designated as confidential by non-party Google and discussed in Samsung's Motions In Limine (Docket No. 1283, Attachment 3) ("Motion"), and Exhibits to the Declaration of Michael L. Fazio In Support of Samsung's Motions in Limine ("Fazio Declaration") (Docket No. 1285). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motions to File Documents Under Seal (Docket Nos. 1283 and 1285), to the extent Samsung's Motion and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Samsung's Motion (Docket No. 1283, Attachment 3, at 11) discuss proprietary information that is confidential to non-party Google, including proprietary functionality and internal business processes, strategy, and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

4. Selected portions of Samsung's Motion (Docket No. 1283, Attachment 3, at 15, lines 7-10) discuss the May 11, 2012 deposition testimony of Jens Nagel. Mr. Nagel's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Nagel testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

5. Selected portions of Samsung's Motion (Docket No. 1283, Attachment 3, at 15, lines 7-8, 11-12) discuss the July 26, 2013 deposition testimony of Hiroshi Lockheimer. Mr. Lockheimer's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Lockheimer testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

6. Selected portions of Samsung's Motion (Docket No. 1283, Attachment 3, at 15, lines 7-8, 13-14) discuss the June 28, 2013 deposition testimony of Bjorn Bringert. Mr. Bringert's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Bringert testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

7. Selected portions of Exhibit 12 to the Fazio Declaration (Docket No. 1285, Attachment 12, at 97) discuss proprietary information that is confidential to non-party Google, including proprietary functionality and internal business processes, strategy, and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

8. Selected portions of Exhibit 13 to the Fazio Declaration (Docket No. 1285, Attachment 13, at 137, 138 n. 10) discuss proprietary information that is confidential to non-party Google, including communications among Google engineers regarding development strategy and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

9. Selected portions of Exhibit 16 to the Fazio Declaration (Docket No. 1285, Attachment 16, at 394-395) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

10. Exhibit 18 to the Fazio Declaration (Docket No. 1285, Attachment 17) is an excerpt from the May 11, 2012 deposition testimony of Jens Nagel. Mr. Nagel's deposition

-2-   CASE NO. 12-CV-00630 LHK
MADIGAN DECLARATION IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL

1  transcript is highly confidential under the protective order governing confidentiality in this action

2  (Docket No. 171) because, among other things, Mr. Nagel testified regarding proprietary

3  functionality and internal business processes that are confidential to non-party Google.

4      11.    Exhibit 19 to the Fazio Declaration (Docket No. 1285, Attachment 18) is an

5  excerpt from the July 26, 2013 deposition testimony of Hiroshi Lockheimer.  Mr. Lockheimer's

6  deposition transcript is highly confidential under the protective order governing confidentiality in

7  this action (Docket No. 171) because, among other things, Mr. Lockheimer testified regarding

8  proprietary functionality and internal business processes that are confidential to non-party

9  Google.

10      12.    Exhibit 20 to the Fazio Declaration (Docket No. 1285, Attachment 19) is an

11  excerpt from the June 28, 2013 deposition testimony of Bjorn Bringert.  Mr. Bringert's deposition

12  transcript is highly confidential under the protective order governing confidentiality in this action

13  (Docket No. 171) because, among other things, Mr. Bringert testified regarding proprietary

14  functionality and internal business processes that are confidential to non-party Google.

15      13.    Exhibit 32 to the Fazio Declaration (Docket No. 1285, Attachment 31) discusses

16  proprietary information that is confidential to non-party Google, including proprietary

17  functionality and internal business processes, strategy, and plans, produced under the protective

18  order governing confidentiality in this action (Docket No. 171).

19      14.    Exhibit 52 to the Fazio Declaration (Docket No. 1285, Attachment 51) discusses

20  proprietary information that is confidential to non-party Google, including proprietary

21  functionality and internal business processes, strategy, and plans, produced under the protective

22  order governing confidentiality in this action (Docket No. 171).

23  **APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTIONS**

24  **IN LIMINE**

25      15.    On February 18, 2014, Apple Inc. ("Apple") filed an Administrative Motion to

26  File Documents Under Seal (Docket No. 1281), which sought to protect information designated

27  as confidential by non-party Google and discussed in Apple's Motions In Limine (Docket No.

28  1281, Attachment 3) ("Motion"); and Exhibits to the Declaration of Nathan Sabri in Support of

1  Apple's Motions in Limine ("Sabri Declaration") (Docket No. 1281, Attachment 4).  Pursuant to
2  Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's
3  Administrative Motion to File Documents Under Seal (Docket No. 1281), to the extent Apple's
4  Motion and supporting documents reference non-party Google's highly confidential or
5  proprietary business information.

6        16.     Selected portions of Apple's Motion (Docket No. 1281, Attachment 3, at 14-17)
7  discuss Google's highly confidential and proprietary source code produced under the protective
8  order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the
9  protective order regarding Google source code production (Docket No. 159).

10        17.     Selected portions of Exhibit 4 to the Sabri Declaration (Docket No. 1281,
11  Attachment 8, at 78, 136-137) discuss Google's highly confidential and proprietary source code
12  produced under the protective order governing confidentiality in this action (Docket No. 171) and
13  the agreed addendum to the protective order regarding Google source code production (Docket
14  No. 159).  In addition, selected portions of Exhibit 4 to the Sabri Declaration (Docket No. 1281,
15  Attachment 8, at 78, 136-137) discuss proprietary functionality and internal business processes
16  that are confidential to non-party Google.

17        18.     Selected portions of Exhibit 6 to the Sabri Declaration (Docket No. 1281,
18  Attachment 10, at 155-157) discuss Google's highly confidential and proprietary source code
19  produced under the protective order governing confidentiality in this action (Docket No. 171) and
20  the agreed addendum to the protective order regarding Google source code production (Docket
21  No. 159).

22        19.     Selected portions of Exhibit 8 to the Sabri Declaration (Docket No. 1281,
23  Attachment 12, at 139-140) discuss Google's highly confidential and proprietary source code
24  produced under the protective order governing confidentiality in this action (Docket No. 171) and
25  the agreed addendum to the protective order regarding Google source code production (Docket
26  No. 159).  In addition, selected portions of Exhibit 8 to the Sabri Declaration (Docket No. 1281,
27
28

Attachment 12, at 139-140) discuss proprietary functionality and internal business processes that are confidential to non-party Google.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2014, in San Francisco, California.

By /s/ Kristin J. Madigan
Kristin J. Madigan

-5-   CASE NO. 12-CV-00630 LHK
MADIGAN DECLARATION IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL