1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

9
10
11

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | Case No. 12-cv-00630-LHK (PSG) |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1       By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal:

      1.    Declaration of Ms. Nishino in Support of Samsung's Administrative Motion to File Documents Under Seal (D.I. 1280) and Apple's Administrative Motion to File Documents Under Seal (D.I. 1289) ("Nishino Declaration").

      In support of its motion, Apple has filed the Nishino Declaration. For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the aforementioned document as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Nishino Declaration | Entire document. |

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                                                Hon. Paul S. Grewal
                                                                United States Magistrate Judge