1   JOSH A. KREVITT (CA SBN 208552)            WILLIAM F. LEE (*pro hac vice*)
    jkrevitt@gibsondunn.com                     william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)               WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                          HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP                 60 State Street
    1881 Page Mill Road                         Boston, Massachusetts  02109
4   Palo Alto, California  94304-1211           Telephone:  (617) 526-6000
    Telephone:  (650) 849-5300                  Facsimile:  (617) 526-5000
5   Facsimile:  (650) 849-5333

6   HAROLD J. MCELHINNY (CA SBN 66781)         MARK D. SELWYN (CA SBN 244180)
    hmcelhinny@mofo.com                         mark.selwyn@wilmerhale.com
7   JACK W. LONDEN (CA SBN 85776)              WILMER CUTLER PICKERING
    jlonden@mofo.com                               HALE AND DORR LLP
8   RACHEL KREVANS (CA SBN 116421)             950 Page Mill Road
    rkrevans@mofo.com                           Palo Alto, California  94304
9   RUTH N. BORENSTEIN (CA SBN 133797)         Telephone:  (650) 858-6000
    rborenstein@mofo.com                        Facsimile:  (650) 858-6100
10  ERIK J. OLSON (CA SBN 175815)
    ejolson@mofo.com
11  MORRISON & FOERSTER LLP
    425 Market Street
12  San Francisco, California 94105-2482
    Telephone: (415) 268-7000
13  Facsimile: (415) 268-7522

14  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

15

16                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
17                        **SAN JOSE DIVISION**

18

19  APPLE INC., a California corporation,

20          Plaintiff,

                                              Case No. 12-cv-00630-LHK (PSG)
21      vs.

22  SAMSUNG ELECTRONICS CO., LTD., a          **APPLE'S ADMINISTRATIVE MOTION**
    Korean business entity; SAMSUNG           **TO FILE DOCUMENTS UNDER SEAL**
23  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25
26          Defendants.

27

28

1    In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant

2  Apple Inc. ("Apple") hereby moves for an order to seal the following:

3    1.    Portions of the Declaration of  Peter J. Kolovos  in Support of Apple's and

4  Samsung's Administrative Motions to File Documents Under Seal filed herewith ("Kolovos

5  Declaration")

6    The highlighted portions of the Kolovos Declaration should be sealed for the reasons set

7  forth in that Declaration.

8    Pursuant to Civil L.R. 7-11, Apple's counsel requested Samsung's counsel meet and

9  confer regarding this motion but did not hear back from Samsung.   For other similar motions,

10  Samsung has not opposed Apple's motion as a procedural mechanism for filing portions of its

11  documents under seal, but has reserved the right to challenge any proposed redactions to the

12  extent it believes those redactions improperly seal non-confidential information.

13

14  Dated:  February 24, 2014                    WILMER CUTLER PICKERING
                                                     HALE AND DORR LLP

15                                              /s/ Mark D. Selwyn
                                                Mark D. Selwyn (SBN 244180)
16                                              (mark.selwyn@wilmerhale.com)
                                                950 Page Mill Road
17                                              Palo Alto, CA  94304
                                                Telephone:  (650) 858-6000
18                                              Facsimile:  (650) 858-6100

19                                              Attorneys for Plaintiff and
                                                Counterclaim-Defendant Apple Inc..
20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2          I hereby certify that a true and correct copy of the above and foregoing document has

3 been served on February 24, 2014 to all counsel of record who are deemed to have consented to

4 electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6                                                           */s/* Mark D. Selwyn
                                                              Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28