QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF LINDSAY M. COOPER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT MOTION *IN LIMINE* #2**<br><br>Date:  March 5, 2014<br>Time: 2:00 p.m.<br>Place: Courtroom 1, Fifth Floor<br>Judge: Honorable Lucy H. Koh |

1    I, Lindsay M. Cooper, declare:

2    1.    I am a member of the bar of the State of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

1.    Attached hereto as Exhibit 1 is a true and correct copy of a letter from Victoria Maroulis of Quinn Emanuel to Josh Krevitt of Gibson Dunn, dated February 20, 2014.

2.    Attached hereto as Exhibit 2 is a true and correct copy of a letter from Victoria Maroulis of Quinn Emanuel to Josh Krevitt of Gibson Dunn, dated February 21, 2014.

3.    Attached hereto as Exhibit 3 is a true and correct copy of a letter from Victoria Maroulis of Quinn Emanuel to Brian Buroker of Gibson Dunn, dated February 23, 2014.

4.    Attached hereto as Exhibit 4 is a true and correct copy of a letter from Brian Buroker of Gibson Dunn to Victoria Maroulis of Quinn Emanuel, dated February 23, 2014.

5.    Attached hereto as Exhibit 5 is a true and correct copy of an email from Jennifer Rho of Gibson Dunn to Michael Fazio of Quinn Emanuel, dated February 19, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 25, 2014, in San Francisco, California.

By */s/ Lindsay M. Cooper*
       Lindsay M. Cooper

-1-    Case No. 12-CV-00630-LHK (PSG)
DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT MOTION *IN LIMINE* #2

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Lindsay M. Cooper has concurred in this filing.

Dated: February 25, 2014                    */s/ Victoria F. Maroulis*
                                                              Victoria F. Maroulis