# EXHIBIT 2

quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

February 21, 2014

Josh Krevitt
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
apple/samsung@gibsondunn.com

Re:   Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-00630 (N.D. Cal.)

Dear Josh:

I write further regarding Apple's identification of source code in PX108. Since we did not receive a response to my letter of yesterday, please provide a member of your team who is available to meet and confer on the issue at 9:00 a.m. PST on Monday. If we cannot resolve the issue through a meet and confer discussion, Samsung will have to seek emergency relief from the Court. We look forward to your prompt response.

Very truly yours,

/s
Victoria Maroulis

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS