# EXHIBIT 3

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

February 23, 2014

Brian M. Buroker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
apple/samsung@gibsondunn.com

Re:     Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-00630 (N.D. Cal.)

Dear Brian:

I write in response to your letter of today regarding Apple's identification of source code in PX108.  In your letter, you decline to meet and confer with Samsung, and indicate that the issues raised by my letters of February 20 and February 21 are also raised in Samsung's Motions *in Limine*.  That is not correct.  Among many other things, Samsung filed its motions on February 18, and Apple did not diclose the source code it intends to use in PX108 until the next day, February 19.  Furthermore, Samsung's right to enforce the Court's case narrowing order, which we have already had to do once, is separate and apart from its rights under the Federal Rules of Evidence.

Since Apple will not meet and confer, we will seek emergency relief tomorrow.  We also plan to seek shortened time for this motion.  We propose Apple's opposition be due on Wednesday of this week, with Samsung's reply due Friday.  Please let me know if you consent to this schedule.

We urge you one more time to meet and confer on this issue, and we remain available tomorrow at 9:00 a.m. PST to do so.  We look forward to your prompt response.

Very truly yours,

/s
Victoria Maroulis

**quinn emanuel urquhart & sullivan, llp**
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS