# EXHIBIT 4

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Brian M. Buroker
Direct: +1 202.955.8541
Fax: +1 202.530.4200
BBuroker@gibsondunn.com

03290-00026

February 23, 2014

VIA ELECTRONIC MAIL

Victoria Maroulis
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:   *Apple Inc. v. Samsung Electronics Co. et al.*, No. 12-cv-0630

Dear Vicki:

I write to confirm receipt of your February 20 and February 21 letters regarding Apple's identification of the source code for PX 108. As you are aware, the issues that you raise in your letter are also raised in Samsung's Motions in Limine. Accordingly, Apple's position regarding the issues raised by PX 108 will be set forth in Apple's February 25, 2014 response to Samsung's Motions in Limine,

Sincerely,


/s/ *Brian M. Buroker*


BMB/lrm

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.