# EXHIBIT 5

| | |
|---|---|
| **From:** | Rho, Jennifer [JRho@gibsondunn.com] |
| **Sent:** | Wednesday, February 19, 2014 7:01 PM |
| **To:** | Kolovos, Peter; Michael Fazio |
| **Cc:** | Elliot Siegel; Shahin Rezvani; Herriot, Liv; *** Apple/Samsung; Apple630MoFoTeam; WH Apple Samsung NDCal II Service; Kara Borden; Prashanth Chennakesavan; Deepa Acharya; James Razick; John McKee; Kristin Madigan; Patrick Curran; Mario Gutierrez; Victoria Maroulis |
| **Subject:** | RE: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) |

Michael et al.,

I am writing to follow up on the below, to confirm the points below, and particularly that Samsung shares our understanding of the timing for the exchange of the identification of the devices and source code for Joint Exhibits 28-47 and 50-53 as being on February 20 with the exchange of the Joint Exhibits.

Additionally, and consistent with the planned process for joint exhibit source code compilations, Apple plans to provide today, for the source code on Apple's exhibit list:  (a) Bates numbered pages to the extent Bates numbers are not already specified in the exhibit list or (b) the file path or file name of source code that make up Apple's source code compilations.  Apple will not be stamping or exchanging hard copies of source code.

We would appreciate a response as soon as possible.

Thank you,
Jennifer


**Jennifer J. Rho**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7103 • Fax +1 213.229.6103
JRho@gibsondunn.com • www.gibsondunn.com


**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Wednesday, February 19, 2014 3:56 PM
**To:** Michael Fazio; Rho, Jennifer
**Cc:** Elliot Siegel; Shahin Rezvani; Herriot, Liv; *** Apple/Samsung; 'Apple630Team@mofo.com'; WH Apple Samsung NDCal II Service; Kara Borden; Prashanth Chennakesavan; Deepa Acharya; James Razick; John McKee; Kristin Madigan; Patrick Curran; Mario Gutierrez; Victoria Maroulis
**Subject:** RE: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.)

Michael,

This confirms that Apple will be providing copies of Joint Exhibits 1-49 and 62-71 as part of our exchange on Feb. 20, with the exception of those joint exhibits that are the accused devices and source code compilations (Joint Exhibits 28-47 and 50-53).  With respect to Joint Exhibits 28-47 and 50-53, the parties have agreed to a process for identification of the particular device models and source code files to be included in those exhibits.

Regarding the identification of the devices and source code for Joint Exhibits 28-47 and 50-53, we understand that our agreement to exchange the joint exhibits on Feb. 20 includes agreement to move the date for identifying the devices/source code for those joint exhibits to Feb. 20 as well, but please confirm this understanding.

-- Peter


-----Original Message-----
From: Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
Sent: Tuesday, February 18, 2014 8:12 PM
To: 'Rho, Jennifer'
Cc: Elliot Siegel; Shahin Rezvani; Herriot, Liv; '*** Apple/Samsung'; 'Apple630Team@mofo.com'; WH Apple Samsung NDCal II Service; Kara Borden; Prashanth Chennakesavan; Deepa Acharya; James Razick; John McKee; Kristin Madigan; Patrick Curran; Mario Gutierrez; Victoria Maroulis
Subject: RE: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.)

Jennifer,

Regarding the exchange of joint exhibits on February 20, Samsung intends to provide copies of joint exhibit numbers 50-61 and 72-90, as those exhibits were added by Samsung to the joint exhibit list.  Kindly confirm Apple will be providing copies of joint exhibits 1-49 and 62-71.
Thank you.

Best regards,
Michael Fazio

-----Original Message-----
From: Rho, Jennifer [mailto:JRho@gibsondunn.com]
Sent: Monday, February 17, 2014 8:07 PM
To: Michael Fazio
Cc: Elliot Siegel; Shahin Rezvani; 'Herriot, Liv'; *** Apple/Samsung; 'Apple630Team@mofo.com'; 'WH Apple Samsung NDCal II Service'; Kara Borden; Prashanth Chennakesavan; Deepa Acharya; James Razick; John McKee; Kristin Madigan; Patrick Curran; Mario Gutierrez; Victoria Maroulis
Subject: RE: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.)

Michael,

We would like to exchange the exhibits on the joint exhibit list on Thursday, 2/20, as opposed to 2/19.  Is that agreeable to Samsung?

Thank you,
Jennifer

Jennifer J. Rho

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197 Tel +1 213.229.7103 * Fax +1 213.229.6103
JRho@gibsondunn.com * www.gibsondunn.com

-----Original Message-----
From: Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
Sent: Monday, February 17, 2014 2:05 PM
To: Rho, Jennifer
Cc: Elliot Siegel; Shahin Rezvani; 'Herriot, Liv'; *** Apple/Samsung; 'Apple630Team@mofo.com'; 'WH Apple Samsung NDCal II Service'; Kara Borden; Prashanth Chennakesavan; Deepa Acharya; James Razick; John McKee; Kristin Madigan; Patrick Curran; Mario Gutierrez; Victoria Maroulis
Subject: RE: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.)

Jennifer, that is fine.  Does Apple intend to exchange only individual exhibits, or to also include those exhibits on the joint exhibit list added by Apple?

-----Original Message-----
From: Rho, Jennifer [mailto:JRho@gibsondunn.com]
Sent: Monday, February 17, 2014 1:00 PM
To: Michael Fazio
Cc: Elliot Siegel; Shahin Rezvani; Herriot, Liv; *** Apple/Samsung; Apple630Team@mofo.com; WH Apple Samsung NDCal II Service; Kara Borden; Prashanth Chennakesavan; Deepa Acharya; James Razick; John McKee; Kristin Madigan; Patrick Curran; Mario Gutierrez; Victoria Maroulis
Subject: Re: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.)

Mike,

We intend to use the same method of transferring our exhibits to Samsung.

We propose that the parties exchange their exhibits by 6pm PT on February 19. Could you please confirm your agreement?

Thank you,
Jennifer

On Feb 17, 2014, at 9:37 AM, "Michael Fazio" <michaelfazio@quinnemanuel.com> wrote:

Jennifer,

Regarding the exchange of exhibits on Wednesday, February 19, Samsung intends to upload the exhibits set forth on its list to ftp.  Please let us know if Apple intends to utilize the same method of providing its exhibits to Samsung.  Thank you.

Best regards,
Michael Fazio

_____
This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
_____