UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO SUPPLEMENT MOTION *IN LIMINE* #2** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have moved under Civil L.R. 7-11 for leave to file a supplement to Samsung's Motion *in Limine* #2.

Having considered Samsung's motion for leave, and for good cause shown, the Court hereby GRANTS Samsung's motion for leave and deems Samsung's supplement to its Motion *in Limine* #2 part of the record in this case.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge