1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S SUPPLEMENTAL MOTION *IN LIMINE* #2** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") moved *in limine* to exclude certain
3  evidence of Apple from the upcoming trial in this action.
4  Having considered Samsung's supplement to its Motion *in Limine* #2, and for good cause
5  shown, the Court finds that the evidence offered by Apple fails to meet the standards of
6  admissibility under the Federal Rules of Evidence and contravenes the Court's Case Narrowing
7  Order.  Accordingly, the Court hereby GRANTS Samsung's Motion *in Limine* #2 in its entirety
8  and hereby ORDERS as follows:
9   1. The source code Apple added to PX108 that also appeared in response to
10  Samsung's Interrogatory Nos. 25 and 42 is hereby stricken; and
11  2. Evidence or argument that Apple practices any claim of the '414, '959, or '172
12  patents is excluded from trial.
13  **IT IS SO ORDERED.**

15  DATED: _____     _____
16                                                                                   The Honorable Lucy H. Koh
                                                                                     United States District Judge