QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br>　　　　　Plaintiff,<br>　　v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, et al.,<br>　　　　　Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**NOTICE OF FILING OF CORRECTED VERSION OF DOCUMENT SOUGHT TO BE SEALED [RELATES TO DKT. NO. 1285]** |
| SAMSUNG ELECTRONICS CO., LTD., et al.,<br>　　　　　Counterclaim-Plaintiffs,<br>　　v.<br>APPLE INC.,<br>　　　　　Counterclaim-Defendant. | |

02198.51981/5781772.1

Case No. 12-cv-00630-LHK (PSG)
**NOTICE OF FILING OF CORRECTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
[RELATES TO DKT. NO. 1285]**

1    **PLEASE TAKE NOTICE THAT** on February 19, 2013, Defendants and Counterclaim-
2    Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
3    Telecommunications America, LLC (collectively, "Samsung") filed documents Samsung moves to
4    seal in connection with Samsung's Motions in Limine (*See* Dkt. No. 1285).  Concurrently with this
5    Notice, Samsung files under seal a corrected version of a document that includes an attachment
6    omitted from the version initially filed:
7        Exhibit 48 (Dkt. No. 1285-47) to the declaration of Michael L. Fazio, endorsed as
8    Plaintiff's Exhibit No. 202 for trial.

10   DATED: February 25, 2014           QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

13                                      By */s/ Michael L. Fazio*
                                           Victoria F. Maroulis
14                                         Michael L. Fazio
                                           Attorneys for Defendants
15                                         SAMSUNG ELECTRONICS CO., LTD.,
                                           SAMSUNG ELECTRONICS AMERICA, INC.,
16                                         and SAMSUNG TELECOMMUNICATIONS
17                                         AMERICA, LLC

02198.51981/5781772.1

-2-    Case No. 12-cv-00630-LHK (PSG)
**NOTICE OF FILING OF CORRECTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
[RELATES TO DKT. NO. 1285]**