```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    Kevin A. Smith (Bar No. 250814)
 3  kevinsmith@quinnemanuel.com
    50 California Street, 22nd Floor
 4  San Francisco, California 94111
    Telephone: (415) 875-6600
 5  Facsimile: (415) 875-6700

 6  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 7  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 8  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065
 9  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
10
    William C. Price (Bar No. 108542)
11  williamprice@quinnemanuel.com
    Michael L. Fazio (Bar No. 228601)
12  michaelfazio@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
13  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
14  Facsimile: (213) 443-3100

15  Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
16
17                      UNITED STATES DISTRICT COURT
18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
```

| | |
|---|---|
| APPLE INC., a California Corporation,<br>　　　　　　　Plaintiff,<br>　　v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, et al.,<br>　　　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>　　　　　　　Counterclaim-Plaintiffs,<br>　　v.<br>APPLE INC.,<br>　　　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**NOTICE OF LODGING ENGLISH TRANSLATIONS OF APPLE TRIAL EXHIBITS CITED IN SAMSUNG'S MOTIONS IN LIMINE[RELATES TO DKT. NOS. 1283 AND 1285]** |

02198.51981/5781526.1

1  **PLEASE TAKE NOTICE THAT** Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby lodge English translations prepared by Apple of documents attached to the Declaration of Michael L. Fazio in Support of Samsung's Motions in Limine (*see* Dkt. Nos. 1283 and 1285) to facilitate the Court's review and ruling on the motion and the exhibits:

- Dkt. No. 1285-28,  Plaintiff's Trial Exhibit 107
- Dkt. No. 1285-32,  Plaintiff's Trial Exhibit 146
- Dkt. No. 1285-35,  Plaintiff's Trial Exhibit 149
- Dkt. No. 1285-36,  Plaintiff's Trial Exhibit 151
- Dkt. No. 1285-37,  Plaintiff's Trial Exhibit 152
- Dkt. No. 1285-44,  Plaintiff's Trial Exhibit 183
- Dkt. No. 1285-45,  Plaintiff's Trial Exhibit 194
- Dkt. No. 1285- 46, Plaintiff's Trial Exhibit 200

The translations of Plaintiff's Trial Exhibits 107, 146, 151, 152, 183, 194 and 200 concern the same information Samsung currently seeks to seal as part of the pending Administrative Motion to Seal (Dkt. No. 1283), and Samsung seeks to have the translations sealed on the same bases as the underlying exhibits.

**PLEASE TAKE FURTHER NOTICE THAT** Samsung reserves its right to object to the admissibility and use of the attached translations during trial.

DATED: February 25, 2014          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael L. Fazio*
    Victoria F. Maroulis
    Attorneys for Defendants
    SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA, INC.,
    and SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC

02198.51981/5781526.1

-2-          Case No. 12-cv-00630-LHK (PSG)
**NOTICE OF LODGING ENGLISH TRANSLATIONS OF APPLE TRIAL EXHIBITS CITED IN SAMSUNG'S MOTIONS IN LIMINE[RELATES TO DKT. NOS. 1283 AND 1285]**