1    JOSH A. KREVITT (CA SBN 208552)
     jkrevitt@gibsondunn.com
2    H. MARK LYON (CA SBN 162061)
     mlyon@gibsondunn.com
3    GIBSON, DUNN & CRUTCHER LLP
     1881 Page Mill Road
4    Palo Alto, CA 94304-1211
     Telephone: (650) 849-5300
5    Facsimile: (650) 849-5333

6
     HAROLD J. McELHINNY (CA SBN 66781)
7    hmcelhinny@mofo.com
     JACK W. LONDEN (CA SBN 85776)
8    jlonden@mofo.com
     RACHEL KREVANS (CA SBN 116421)
9    rkrevans@mofo.com
     RUTH N. BORENSTEIN (CA SBN 133797)
10   rborenstein@mofo.com
     ERIK J. OLSON (CA SBN 175815)
11   ejolson@mofo.com
     MORRISON & FOERSTER LLP
12   425 Market Street
     San Francisco, California  94105-2482
13   Telephone:  (415) 268-7000
     Facsimile:  (415) 268-7522
14
15   Attorneys for Plaintiff and Counterclaim-Defendant
     APPLE INC.

    WILLIAM F. LEE
    william.lee@wilmerhale.com
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Facsimile: (617) 526-5000


    MARK D. SELWYN (SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, California 94304
    Telephone: (650) 858-6000
    Facsimile: (650) 858-6100

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                             SAN JOSE DIVISION

19

20   APPLE INC., a California corporation,        Case No.   12-cv-00630-LHK (PSG)

21                  Plaintiff,                    **NOTICE OF FILING OF APPLE'S
                                                  SECOND CORRECTED EXHIBIT
22          v.                                    LIST, CONSOLIDATED
                                                  CONFORMED TO SEALING
23   SAMSUNG ELECTRONICS CO., LTD., a             POSITIONS**
     Korean corporation; SAMSUNG
24   ELECTRONICS AMERICA, INC., a New
     York corporation; and SAMSUNG
25   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,

26                  Defendant.

27

28
     APPLE'S NOTICE OF FILING OF CONSOLIDATED CONFORMED VERSION OF
     APPLE'S SECOND CORRECTED EXHIBIT LIST
     CASE NO. 12-cv-00630-LHK (PSG)

1    PLEASE TAKE NOTICE THAT pursuant to the parties' agreement to file highlighted versions of documents that reflect information the parties and third parties have supported, Apple hereby files a further revised version of Apple's Exhibit List that it moved to file under seal. *See* D.I. 1269, 1272.  The further revisions correct incorrect dates and incorrect or missing Bates numbers.  This version further identifies via highlighting the information that third party Nuance Communications seeks to seal.  *See* D.I. 1277.  The portion that such third party seeks to seal is highlighted in blue.  Neither Apple nor Samsung seek to seal any of the information in Apple's Second Corrected Exhibit List.

Dated: February 25, 2014          MORRISON & FOERSTER LLP

By: */s/ Rachel Krevans*
   RACHEL KREVANS

   Attorneys for Plaintiff and
   Counterclaim-Defendant
   APPLE INC.

APPLE'S NOTICE OF FILING OF CONSOLIDATED CONFORMED VERSION OF
APPLE'S SECOND CORRECTED EXHIBIT LIST
CASE NO. 12-cv-00630-LHK (PSG)