1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17                    UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S CORRECTED TRIAL EXHIBIT LIST [RELATES TO ECF NO. 1267]** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Place:         Courtroom 8, 4th Floor<br>Judge:         Honorable Lucy H. Koh<br>Trial Date:   March 31, 2014 |
| Defendants. | |

1   Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung
2   Telecommunications America, LLC (collectively "Samsung") submit herewith as Exhibit A
3   Samsung's Corrected Trial Exhibit List.  On February 13, 2014, Samsung filed an Administrative
4   Motion to File Under Seal its Trial Exhibit List (*see* ECF No. 1267) because third parties have
5   designated documents listed in Samsung's List confidential under the Protective Order.  While no
6   party has supported sealing any portion of Samsung's Trial Exhibit List, Samsung's Administrative
7   Motion to File Under Seal remains pending.  Pursuant to Civil L.R. 79-5(e), Samsung files its
8   Corrected Trial Exhibit List under seal pending resolution of its February 13, 2014 Administrative
9   Motion to File Under Seal.

DATED:  February 25, 2014         QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By */s/ Victoria F. Maroulis*
                                      Charles K. Verhoeven
                                      Kevin P.B. Johnson
                                      Victoria F. Maroulis
                                      William C. Price
                                      Michael L. Fazio

                                      Attorneys for
                                      SAMSUNG ELECTRONICS CO., LTD.,
                                      SAMSUNG ELECTRONICS AMERICA, INC.,
                                      and SAMSUNG TELECOMMUNICATIONS
                                      AMERICA, LLC