[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendant. | Civil Action No. 12-CV-00630-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR OBJECTIONS AND DEPOSITION DESIGNATIONS** |

1  Apple and Samsung file this Joint Stipulation requesting that the Court approve the
2  following modifications of the schedule for witness and exhibit objections and deposition
3  designations:

4  WHEREAS, Federal Rule of Civil Procedure 26 directs the parties to serve and file
5  objections to exhibit lists and witness lists on February 27, fourteen days after the parties served
6  said lists (*see, e.g.*, 1846 Dkt. Nos. 1234, 1236, 2414, 2416, 2439 (objections filed by parties in
7  advance of trials in Case No. 5:11-cv-01846));

8  WHEREAS, the January 24, 2014, Case Management Order directs the parties to file
9  deposition designations by March 3, 2014, and objections and counter-designations by March 10,
10 2014 (Dkt. No. 1158);

11 WHEREAS, the parties respectfully submit that objections to witnesses and exhibits are
12 sufficiently addressed by the motion in limine and high priority objection process, without the
13 need for additional lists of objections in advance of trial;

14 WHEREAS, the parties request more time to evaluate deposition designations, objections,
15 and counterdesignations in light of competing pretrial deadlines.

16 NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
17 parties that:

18 (1) The parties will not serve objections to exhibits identified on the parties' exhibit
19 lists, the parties' joint exhibit list, or the parties' witness lists (live or deposition) under the
20 standard Rule 26 process, instead relying on their motions in limine, the high priority objection
21 process, or other appropriate methods.

22 (2) Objections are not waived for failure to serve such lists under Rule 26.

23 (3) The parties shall file lists with deposition designations and other discovery the
24 parties may offer at trial by March 10, 2014.

25 (4) The parties shall file objections to such designations and lists of deposition
26 counterdesignations by March 17, 2014.

27 (5) The parties shall file objections to such counterdesignations by March 24, 2014.

28

1  **IT IS SO STIPULATED.**

2  Dated: February 25, 2014

3  By: */s/Rachel Krevans*                                By: */s/ Victoria F. Maroulis*

RACHEL KREVANS                                         VICTORIA F. MAROULIS
Attorney for Plaintiff and Counterclaim-Defendant       Attorney for Defendants and Counterclaim-Plaintiffs
APPLE INC.                                             SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILLIAM F. LEE (*pro hac vice*)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | CHARLES K. VERHOEVEN (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>KEVIN A. SMITH (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>KEVIN P.B. JOHNSON (Bar No. 177129 (CA);<br>2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>VICTORIA F. MAROULIS (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>WILLIAM C. PRICE (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

1
2  MARK D. SELWYN (CA SBN 244180)
   mark.selwyn@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  950 Page Mill Road
   Palo Alto, CA 94304
5  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTESTATION

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: February 25, 2014

*/s/ Rachel Krevans*
Rachel Krevans

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: February___, 2014

Hon. Lucy H. Koh
United States District Judge