QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-0630-LHK<br><br>SAMSUNG'S PROPOSED *VOIR DIRE* QUESTIONS<br><br>Trial Date:  March 31, 2014<br>Pre-Trial Conference:  March 5, 2014<br>Place:  Courtroom 8,  4th Floor<br>Judge: Hon. Lucy H. Koh |

# SAMSUNG'S PROPOSED *VOIR DIRE* QUESTIONS

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby submit the following *voir dire* questions.

## Questions Regarding Connections to the Parties or Counsel

In addition to the usual questions regarding prospective jurors' familiarity with the parties, lawyers and witnesses, Samsung respectfully requests the Court ask the following questions:

1. Would you please raise your hand if you, a family member or close friend, currently or has ever worked for Apple, Samsung, Google, Motorola, HTC, Nokia, Seagate, or for any company that was or is a business partner of those companies?  Please raise your hand if you, a family member or close friend has ever applied for a position with any of these companies.

2. Would you please raise your hand if you, a family member, or close friend have any business relationship with, or ownership or financial interest in Apple, Samsung, Google, Motorola, HTC, Nokia, Seagate, or any company that was or is a business partner of those companies?

## Questions Regarding Prospective Jurors' Knowledge of the Parties, Their Products and This Lawsuit

3. Please raise your hand if you have formed any impression or opinion about this case based on who the parties are and the issues involved in this case?

4. Would you please raise your hand if you have heard or read anything about the legal dispute or prior trial between Apple and Samsung?

   If yes, Samsung suggests that the Court ask the following questions in private:

   a. What have you heard about the dispute or a prior trial?

   b. What is the source of the information you've heard or read about the dispute?

   c. Have you formed any impression of the dispute or do you have any reaction to the prior trial?

        d.    Can you completely put aside what you heard or read about the prior trial or the legal dispute between Apple and Samsung and decide this case solely on the evidence that will be presented in this trial? If so, why do you think you can do that?

5. Would you please raise your hand if you have read any books or seen any movies about Apple or Samsung?

6. What kind of cell phone do you own now and have you owned in the past, and who has made them? What kind of cell phones do your immediate family members own and who made them?

7. Would you please raise your hand if you are thinking of buying a smartphone, and which phone you are thinking of buying?

8. Do you currently own a tablet computer, or have you owned one in the past, and if so, who made it? Does any member of your immediately family own a tablet computer, and if so, who made it?

9. Would you please raise your hand if you are thinking of buying a tablet computer, and which tablet you are thinking of buying?

10. Would you please raise your hand if you currently own or have ever owned a product made by Apple or Samsung, other than a smartphone or tablet?

11. Would you please raise your hand if you or your immediate family member are currently thinking about purchasing a Samsung or Apple product that you have not mentioned?

**Questions Regarding Potential Biases Against Foreign Corporations**

12. Would you please raise your hand if you knew, before today, that Apple is headquartered in Cupertino, California?

13. Would you please raise your hand if you knew, before today, that Samsung is headquartered in South Korea?

14. When buying a product, do you pay attention to whether the product is made in the USA? Do you try to buy made-in-USA products when you shop?

15. Would you please raise your hand if you have any negative reaction to the fact that many products sold in the U.S. are mostly made by Asian manufacturers?

16. Would you please raise your hand if you think that in general American high tech companies are more innovative than Asian high tech companies?

17. Would you have any difficulty believing the testimony of a witness who works for Apple or Samsung because the witness is employed by Apple or Samsung?

**Questions Regarding Prospective Jurors' Experiences with the Law, Business, and Intellectual Property**

18. Would you please raise your hand if you've ever owned a business?

19. Would you please raise your hand if you, a family member or close friend have ever applied for a patent, copyright, trademark or trade dress registration with the US Patent & Trademark Office?  If so, please explain what it was for, whether or not it was granted, and when it was granted.  Would you please raise your hand, if you, a family member or close friend have ever been involved in a dispute over a patent, copyright, trademark or trade dress?

20. Would you please raise your hand if you have ever worked for a company that was involved in legal dispute over a patent?  If so, please explain who your employer was and what the dispute was about.

21. Would you please raise your hand if you, a business you own or worked for, or anyone you know has ever been involved in a lawsuit?

22. Would you please raise your hand if you have ever served on a jury before?

23. Would you please raise your hand if you, a family member or close friend ever created or developed something, and you or they believed that the idea was taken from you or them?

24. Would you please raise your hand if you have ever been accused of taking an idea from someone else?

1   25.     Would you please raise your hand if you have strong feelings or strong opinions
2 about the amount of money juries award in lawsuits that would prevent you from being a fair and
3 impartial juror?
4   26.     Would you please raise your hand if you believe that the amount of money juries
5 award in lawsuits has a positive impact on the way corporations conduct their business?
6   **Questions Regarding Prospective Jurors' Background, Education, and Specialized**
7   **Training In Issues Relevant to This Case**
8   27.     Would you please raise your hand if you graduated from a 4-year college with a
9 degree?
10  28.     Would you please raise your hand if you, anyone in your family, or any close
11 friends have any special training, education, or work experience in law, law firms or court
12 systems?
13  29.     Would you please raise your hand if you, anyone in your family, or any close
14 friends have any special training, education or work experience in patents, copyrights, trademarks,
15 or trade dresses?
16  30.     Would you please raise your hand if you, anyone in your family or any close
17 friends have any special training, education, or work experience in cell phone or tablet computer
18 technology, software, design, manufacturing, or sales?
19  31.     Would you please raise your hand if you, anyone in your family or any close
20 friends have any special training, education, or work experience in accounting, finance or
21 economics?
22  32.     Would you please raise your hand if you, anyone in your family or any close
23 friends have any special training, education, or work experience in licensing or contracts?
24  33.     Would you please raise your hand if you, anyone in your family or any close
25 friends have any special training, education, or work experience in research and development?

34. Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in computer science or electrical engineering?

35. Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in graphic or industrial design?

36. Would you please raise your hand if you, anyone in your family or any close friends have any special training, education or work experience in the creative arts, such as writing, painting, music, or acting?

37. Would you please raise your hand if you think you are more knowledgeable about any type of technology than an average person, and if so what type of technology?

38. Would you please raise your hand if you are not knowledgeable about or interested in technology?

DATED: February 25, 2014          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael L. Fazio

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC