| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S OPPOSITION TO SAMSUNG'S MOTIONS IN LIMINE UNDER SEAL** |

1  I, Jennifer Rho, hereby declare as follows:

2  1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple").  Pursuant to Local Rule 79-5(g), I submit this Declaration in support of Apple's Administrative Motion To File Apple's Opposition to Samsung's Motions in Limine Under Seal ("Apple's Motion to Seal.")  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Apple's Opposition to Samsung's Motions in Limine ("Apple's Opposition") contains information designated confidential by Samsung and Google.  Apple does not maintain any claim of confidentiality with respect to Apple's Opposition.

3. Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal.  Samsung does not oppose Apple's Motion to Seal as a procedural mechanism for filing portions of Apple's Opposition under seal.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of February, 2014 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　*/s/ Jennifer Rho*
　　　　　　　　　　　　　　　　　　　Jennifer Rho

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jennifer Rho has concurred in this filing.

Dated:  February 25, 2014　　　　　By:　 */s/ Rachel Krevans*
　　　　　　　　　　　　　　　　　　　　　RACHEL KREVANS

DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE'S ADMIN. MOT. TO FILE UNDER SEAL
CASE NO.12-cv-00630-LHK (PSG)
sf-3387811

1