1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S OPPOSITION TO SAMSUNG'S MOTIONS IN LIMINE UNDER SEAL** |

Apple filed a motion to seal portions of its Opposition to Samsung's Motions in Limine ("Apple's Opposition"), which contains information that Samsung and Google designated confidential.

Having considered Apple's motion, and compelling reasons having been shown, the Court GRANTS Apple's motion and ORDERS sealed the documents listed below.

| Document | Sealable Portion |
|---|---|
| Apple's Opposition to Samsung's Motions in Limine | Portions whose proposed sealing is supported by Samsung and Google. |

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                Hon. Lucy H. Koh
                                                                United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S ADMIN. MOT. TO FILE DOCUMENTS UNDER SEAL
CASE NO. 12-CV-00630-LHK (PSG)
sf-3387809

1