| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF NATHAN B. SABRI IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTIONS IN LIMINE** |

1  I, Nathan Sabri, hereby declare as follows:

2  1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Motions in Limine.

2. Attached as **Exhibit A** hereto is a true and correct copy of excerpts from the January 16, 2013, Gordon Freedman Deposition Transcript.

3. Attached as **Exhibit B** hereto is a true and correct copy of excerpts from the April 13, 2012, Kenneth Kocienda Deposition Transcript.

4. Attached as **Exhibit C** hereto is a true and correct copy of excerpts from the July 16, 2013, Kenneth Kocienda Deposition Transcript.

5. Attached as **Exhibit D** hereto is a true and correct copy of excerpts from the ITC Inv. No. 337-TA-710, October 29, 2010, James Miller Deposition Transcript.

6. Attached as **Exhibit E** hereto is a true and correct copy of excerpts from the August 12, 2013, James R. Kearl, Ph.D. Opening Expert Report.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February, 2014 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: February 25, 2014    By: */s/ Rachel Krevans*
RACHEL KREVANS

DECLARATION OF NATHAN B. SABRI ISO APPLE'S OPPOSITION TO SAMSUNG'S MOTIONS IN LIMINE
CASE NO.12-cv-00630-LHK (PSG)
sf-3387754

1