# Exhibit A

Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                  Plaintiff,
 7
     vs.                         CASE NO.  11-cv-00630-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                Defendants.
     _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17          A T T O R N E Y S'   E Y E S   O N L Y
18
19     VIDEOTAPED DEPOSITION OF GORDON FREEDMAN
20              PALO ALTO, CALIFORNIA
21           WEDNESDAY, JANUARY 16, 2013
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 56774
```

Highly Confidential - Attorneys' Eyes Only

Page 4

1           PALO ALTO, CALIFORNIA

2       WEDNESDAY, JANUARY 16, 2013

3               1:13 P.M.

4

5

6

7       THE VIDEOGRAPHER: Good afternoon. This
8  marks the beginning of tape 1 of the videotaped
9  deposition of Gordon Freedman. In the matter Apple
10 Incorporated versus Samsung Electronics Company
11 Limited. Case No. 12-CV-00630-LHK.
12      This deposition is being held at Gibson Dunn
13 at 1881 Page Mill Road in Palo Alto, California. The
14 date today is January 16th, 2013. The time is
15 approximately 1:14 p.m.
16      My name is Aric Kerhoulas from TSG Reporting,
17 Incorporated. Our court reporter today is Andrea
18 Ignacio in association with TSG.
19      Will counsel please introduce yourselves,
20 starting with the questioning attorney.
21      MR. CURRAN: Patrick Curran, Quinn Emanuel
22 Urquhart & Sullivan, for Samsung.
23      MR. NEWTON: Jared Newton from Quinn Emanuel,
24 also on behalf of Samsung.
25      MR. BUROKER: Brian Buroker, Gibson Dunn, on

Page 5

1   behalf of Apple, and with me Joshua Furman, also from
2   Gibson Dunn, and in-house counsel Erica Tierney.
3           And just for the record, there's another
4   gentleman in the room.  May he announce his presence.
5           MR. CURRAN:  Frank Jackson.
6           MR. BUROKER:  Thank you.
7           THE VIDEOGRAPHER:  The court reporter will
8   please swear in the witness, and we can proceed.
9
10                    GORDAN FREEDMAN,
11           having been sworn as a witness
12         by the Certified Shorthand Reporter,
13                  testified as follows:
14
15          THE VIDEOGRAPHER:  You may proceed.
16
17               EXAMINATION BY MR. CURRAN
18          MR. CURRAN:  Good afternoon, Mr. Freedman.
19      Q   Can you state your full name for the record.
20      A   Gordon Freedman.
21      Q   And currently, what is your job title?
22      A   I'm a senior engineer at Apple.
23      Q   And in your current position, what are your
24   responsibilities at Apple?
25      A   I work on software development.

1    Q    Take a step back.
2         In your mind, sir, what does it mean to be an
3    inventor of a patent?
4    A    An inventor?
5    Q    Yes, sir.
6    A    That you have conceived of the ideas.
7    Q    Do those ideas have to be new?
8         MR. BUROKER:  Objection; calls for a legal
9    conclusion.
10        THE WITNESS:  I don't know.
11        MR. CURRAN:  Q.  So, in considering yourself
12   an inventor of the '414 patent, you're not sure that
13   any of your ideas were new in that patent; correct?
14   A    Can you clarify, given the broad number of
15   things that may exist in the world?
16   Q    Do you believe that you invented something
17   new or novel in the '414 patent?
18   A    Yes.
19   Q    What is that?
20   A    The mechanisms of synchronizing data between
21   the iPhone and the computer.
22   Q    Can you summarize how those mechanisms of
23   synchronizing data between the iPhone and the computer
24   worked.
25        MR. BUROKER:  Objection; vague.

Highly Confidential - Attorneys' Eyes Only

Page 82

1           THE WITNESS:  That's a very broad question.
2    Can you be more specific as to what you mean by how
3    they worked.
4           MR. CURRAN:  Yeah.
5       Q   I'd like to hear your explanation for what
6    specific mechanisms you believe were new in the
7    process of synchronizing data between the iPhone and
8    the computer.
9       A   Okay.
10      Q   And I'd like to hear that in your own words,
11   sir.
12      A   So what I believe was new concerns the
13   mechanisms and the implementation of allowing
14   synchronization to occur concurrent with the user
15   accessing and modifying data in the programs whose
16   data is being synchronized.
17      Q   And what were the new aspects of the
18   mechanisms and implementation for allowing
19   synchronization to occur with the user accessing and
20   modifying data in the program whose data is being
21   synchronized?
22      A   There were many different pieces that were
23   combined together.
24      Q   And were any of those pieces of your sync
25   implementation new?

Page 133

1   Mr. Freedman, going to conclude for today.  We would
2   like to continue examination today, but I understand
3   Mr. Freedman is tired.  As a courtesy to him, we will
4   conclude the examination for today.
5         But we will expect reciprocal courtesies for
6   other witnesses in this investigation.
7         MR. BUROKER:  Understood.  Thank you.  See
8   you tomorrow.
9         THE VIDEOGRAPHER:  This marks the end of
10  Tape 3 and will conclude the deposition for today.
11        All tapes will be held by TSG.
12        We are off the record at 6:01 p.m.
13        (WHEREUPON, the deposition ended
14         at 6:01 p.m.)
15                    ---oOo---
16
17
18
19
20
21
22
23
24
25

Page 134

1        J U R A T

2

3

4    I, GORDON FREEDMAN, do hereby certify

5    under penalty of Perjury that I have read the

6    foregoing transcript of my deposition taken

7    on January 16, 2013; that I have made such

8    corrections as appear noted herein in ink,

9    initialed by me; that my testimony as

10   contained herein, as corrected, is true and

11   correct.

12

13

14   DATED this ____ day of _____, 2013,

15   at _____, California.

16

17

18

19   _____

20        SIGNATURE OF WITNESS

21

22

23

24

25

Page 135

1 CERTIFICATE OF REPORTER

4 I, ANDREA M. IGNACIO HOWARD, hereby certify
5 that the witness in the foregoing deposition was by me
6 duly sworn to tell the truth, the whole truth, and
7 nothing but the truth in the within-entitled cause;

9 That said deposition was taken in shorthand
10 by me, a Certified Shorthand Reporter of the State of
11 California, and was thereafter transcribed into
12 typewriting, and that the foregoing transcript
13 constitutes a full, true and correct report of said
14 deposition and of the proceedings which took place;

16 That I am a disinterested person to the said
17 action.

19 IN WITNESS WHEREOF, I have hereunto set my
20 hand this 16th day of January 2013.

22 _____
23 ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830