Exhibit B

Highly Confidential - Attorneys' Eyes Only

Page 1

1      UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA
3           SAN JOSE DIVISION
4
5  APPLE INC., a California
   corporation,
6
              Plaintiff,
7
   vs.                      CASE NO.  12-cv-00630-LHK
8
   SAMSUNG ELECTRONICS CO.,
9  LTD., a Korean business
   entity; SAMSUNG ELECTRONICS
10 AMERICA,INC., a New York
   corporation; SAMSUNG
11 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited
12 liability company,
13            Defendants.
   _____/
14
15
16     H I G H L Y   C O N F I D E N T I A L
17       A T T O R N E Y S'   E Y E S   O N L Y
18
19    VIDEOTAPED DEPOSITION OF KENNETH KOCIENDA
20         REDWOOD SHORES, CALIFORNIA
21           FRIDAY, APRIL 13, 2012
22
23 BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24 CSR LICENSE NO. 9830
25 JOB NO. 47976

Highly Confidential - Attorneys' Eyes Only

Page 4

1              REDWOOD SHORES, CALIFORNIA

2              FRIDAY, APRIL 13, 2012

3                    9:30 A.M.

4

5

6

7         THE VIDEOGRAPHER:  Good morning.

8         This marks the beginning of the disc labeled

9    No. 1 of the videotaped deposition of Kenneth

10   Kocienda.  In the matter Apple Incorporated versus

11   Samsung Electronics Company LTD, et al.

12        Held in the United States District Court for

13   the Northern District of California.  Case number is

14   12-cv-00630-LHK.

15        This deposition is being held at 555 Twin

16   Dolphin Drive in the city of Redwood Shores,

17   California.  Taken on April 13th, 2012, at

18   approximately 9:30 a.m.

19        My name is Benjamin Gerald from

20   TSG Reporting, Incorporated, and I am the legal video

21   specialist.

22        The court reporter is Andrea Ignacio, in

23   association with TSG Reporting.

24        At this time, will counsel please identify

25   themselves for the record.

Highly Confidential - Attorneys' Eyes Only

Page 5

1      MR. PAK:  This is Sean Pak of Quinn Emanuel,
2  representing Samsung.
3      MR. BUROKER:  Brian Buroker and Jenny Rho of
4  Gibson Dunn, representing Apple, and also Ian
5  Cunningham of Apple.
6      THE VIDEOGRAPHER:  Thank you.
7      Would the reporter please swear the witness.
8
9             KENNETH KOCIENDA,
10       having been sworn as a witness
11      by the Certified Shorthand Reporter,
12             testified as follows:
13
14      THE VIDEOGRAPHER:  Thank you.
15      Please proceed.
16
17             EXAMINATION BY MR. PAK
18      MR. PAK:  Good morning.
19      THE WITNESS:  Good morning.
20      MR. PAK:  Q.  Will you please state your name
21  for the record.
22   A   Yes.
23      Kenneth Luke Kocienda.
24   Q   And can you please spell that.
25   A   Sure.

Page 46

1  a demonstration.
2      Q   And I'm looking for specifically what type of
3  concept were you proposing as part of this proposal?
4      A   I was proposing a -- a keyboard that when
5  demonstrated to someone, when they began to use it, in
6  their judgment, they were able to type comfortably and
7  efficiently with it.
8      Q   And how did you make that possible in this
9  particular proposal?
10         And I'm looking for distinctive features.
11 What made this proposal distinctive compared to the
12 other proposals?
13         MR. BUROKER:   Object as vague.
14         THE WITNESS:   It was judged to be, again,
15 easy and efficient and comfortable to use.
16         MR. PAK:  Q.  Do you recall any specific
17 features that you included?
18     A   I think at this time, the -- the identifying
19 feature might be that the keys were larger.
20     Q   Compared to some of the other competing
21 proposals?
22     A   Yes.
23     Q   Can you recall any other distinctive features
24 about your proposal that was selected?
25     A   There was some assistive technologies related

Page 79

1   embodiments."
2          Shall I continue?
3       Q   I'm not interested in having you read the
4   text of the patent back to me.  I'm interested in your
5   description, as the inventor of the '172 patent, what
6   you understand from looking at Figure 4-D.
7       A   Well, again, I'm not a lawyer.  So, you know,
8   specifically how a lawyer might describe --
9       Q   That's not my question.  I'm not asking for a
10  lawyer's understanding.
11         I'm asking you for your understanding and
12  Apple's understanding as to what's being depicted in
13  Figure 4-D.  What are we seeing here?
14      A   I think we see an example of how the iPhone
15  keyboard might assist a user to type.
16      Q   Okay.  So let's take a closer look at this
17  Figure 4-D.
18         What's being represented by the highlighting
19  that we see around the letters C-A-E, labeled as
20  Element 222?
21      A   I would take that as the -- the word the user
22  is currently typing.
23      Q   So the user is typing.  He typed in the
24  letter C, the letter A, and the letter E, and that's
25  what we see shown in the box labeled 216?

Page 177

1  the topics call for a legal conclusion.
2          But you can answer.
3          THE WITNESS:  I believed I -- I prepared,
4  yes.
5          MR. PAK:  Q.  To the best of your ability?
6      A   To the best of my ability.
7      Q   And you stand by the opinions that you -- and
8  testimony you provided today?
9      A   Yes.
10     Q   And you realize that the testimony you gave
11 today is binding on -- on behalf of Apple?
12         MR. BUROKER:  Objection; form.
13         THE WITNESS:  Yes.
14         MR. PAK:  Okay.  I don't have anymore
15 questions.
16         MR. BUROKER:  Neither do I.
17         THE VIDEOGRAPHER:  This marks the end of Disc
18 No. 3 of 3 and concludes today's deposition of Ken
19 Kocienda.
20         The time is 3:37 p.m., and we are off the
21 record.
22         (WHEREUPON, the deposition ended
23          at 3:37 p.m.)
24                  ---oOo---
25

Highly Confidential - Attorneys' Eyes Only

Page 178

1      J U R A T

2

3

4    I, KENNETH KOCIENDA, do hereby certify under

5    Penalty of perjury that I have read the

6    foregoing transcript of my deposition taken

7    on April 13, 2012; that I have made such

8    corrections as appear noted herein in ink,

9    initialed by me; that my testimony as

10   contained herein, as corrected, is true and

11   correct.

12

13

14   DATED this 7ᵗʰ day of May, 2012,

15   at Cupertino, California.

16

17

18

19

20        SIGNATURE OF WITNESS

21

22

23

24

25

1              CERTIFICATE OF REPORTER

2

3

4        I, ANDREA M. IGNACIO HOWARD, hereby certify

5   that the witness in the foregoing deposition was by me

6   duly sworn to tell the truth, the whole truth, and

7   nothing but the truth in the within-entitled cause;

8

9        That said deposition was taken in shorthand

10  by me, a Certified Shorthand Reporter of the State of

11  California, and was thereafter transcribed into

12  typewriting, and that the foregoing transcript

13  constitutes a full, true and correct report of said

14  deposition and of the proceedings which took place;

15

16       That I am a disinterested person to the said

17  action.

18

19       IN WITNESS WHEREOF, I have hereunto set my

20  hand this 13th day of April, 2012.

21

22       _____

23  ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25