Exhibit D

CONFIDENTIAL

Page 1

1   IN THE UNITED STATES INTERNATIONAL TRADE COMMISSION
2                     WASHINGTON, D.C.
3       BEFORE THE HONORABLE CARL C. CHARNESKI
4              ADMINISTRATIVE LAW JUDGE
5
6   In the Matter of:                     )
    CERTAIN PERSONAL DATA AND MOBILE      )   Investigation No.
7   COMMUNICATIONS DEVICES AND RELATED)       337-TA-710
    SOFTWARE,                             )
8   _____)
9
10
11
12
13                  HIGHLY CONFIDENTIAL
14        VIDEOTAPED DEPOSITION OF JAMES MILLER
15              FRIDAY, OCTOBER 29, 2010
16
17
18
19
20
21
22
23
24      Job No. CS293401
25   PAGES 1 - 298

CONFIDENTIAL

Page 2

```
10    VIDEOTAPED DEPOSITION of JAMES MILLER,
11    taken on behalf of the Respondents at
12    555 Twin Dolphins Drive, Redwood Shore,
13    California, on Friday, October 29, 2010
14    commencing at 9:08 a m. before LINDA
15    VACCAREZZA, CLR, CRP, RPR, CSR NO.
16    10201.
```

Page 3

```
    APPEARANCE OF COUNSEL:

    FOR THE RESPONDENTS HTC CORPORATION, HTC AMERICA
    INC., AND EXEDEA, INC.:
        QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
        BY: PATRICK CURRAN, ESQUIRE
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        (212) 849-7000
        Patrickcurran@Quinnemanuel.com

    FOR THE COMPLAINANT APPLE, INC., NEXT SOFTWARE:
        KIRKLAND & ELLIS
        BY: F. CHRISTOPHER MIZZO, ESQUIRE
            CHARLES FERNANDEZ, ESQUIRE
        655 Fifteenth Street, N.W.
        Washington D.C. 20005
        (202) 879-5147
        cmizzo@kirkland.com




    ALSO PRESENT: Franklin Jackson, Precidia Associates
    VIDEOGRAPHER: Alan Dias
```

Page 4

```
1       REDWOOD SHORES, CA; FRIDAY, OCTOBER 29, 2010
2           THE VIDEOGRAPHER: Good morning. We are on
3       the video record at 9:08 a m. I am Alan Dias of
4       Veritext. Today's October 29, 2010. We are
5       located today at 555 Twin Dolphin Drive in the       09:08a
6       city of Redwood Shores, California. The case
7       number is 337-TA-710 in the United States
8       International Trade Commission, Washington D.C.
9           Counsel, would you please identify
10      yourself for the record, starting with the           09:08a
11      questioning attorney.
12          MR. CURRAN: Patrick Curran, Quinn Emanuel,
13      for HTC.
14          MR. MIZZO: Chris Mizzo from Kirkland &
15      Ellis, representing Apple and the witness. Also     09:09a
16      with me today is Charles Fernandez from Kirkland
17      & Ellis.
18          THE VIDEOGRAPHER: This is the videotaped
19      deposition of James Miller. Would the court
20      reporter please swear in the witness.               09:09a
21
22
23
24
25   ////                                                   09:09a
```

Page 5

```
1                JAMES MILLER,
2        Having been duly sworn, by the Certified
3    Shorthand Reporter, was examined and testified as
4           follows:
5           EXAMINATION                                      09:09a
6       THE VIDEOGRAPHER: You may proceed.
7    BY MR. CURRAN:
8       Q   Good morning.
9       A   Good morning.
10      Q   Would you please state and spell your            09:09a
11   full name for the record?
12      A   James Richard Miller.
13   J-a-m-e-s R-i-c-h-a-r-d M-i-l-l-e-r.
14      Q   Mr. Miller, have you ever been deposed
15   before?                                                 09:09a
16      A   Yes.
17      Q   And how many times have you been
18   deposed?
19      A   I believe three.
20      Q   What was the occasion for the first time        09:10a
21   you were deposed?
22      A   Are you asking me the date?
23      Q   Sure, let's start with the date.
24      A   I believe it was 2004.
25      Q   And why were you deposed?                        09:10a
```

2 (Pages 2 to 5)

Page 234

**INTENTIONALLY LEFT BLANK**

Page 235

**INTENTIONALLY LEFT BLANK**

Page 236

**INTENTIONALLY LEFT BLANK**

Page 237

```
 1   record at 4:15 p m.  You may proceed.
 2       MR. CURRAN:  I would like to mark as Exhibit
 3   9 a printout of a web page.
 4       (Exhibit 9 was marked for identification.)
 5   BY MR. CURRAN:                              04:15p
 6     Q   Mr. Miller, just some clerical questions
 7   about this.  I'll represent to you that this was
 8   printed yesterday from the Miramontes interactive
 9   web page.  Are you familiar with that web page?
10     A   Yes.                                  04:16p
11     Q   And do you maintain or run that website?
12     A   Yes.
13     Q   Is this a true and correct copy of a
14   page you host on that website?
15     A   It appears to be.                     04:16p
16     Q   And is this -- putting aside the border
17   area and the box titled "In Retrospect" on the
18   first and second pages, is this a copy of a paper
19   entitled Collaborative Programmable Intelligent
20   Agents" that you, Ms. Nardi, and Mr. Wright wrote  04:17p
21   in March of 1998?
22     A   I believe so.
23     Q   Can I ask you, when did you write the
24   section in the box titled "In Retrospect"?
25     A   I believe perhaps two years ago, perhaps  04:18p
```

CONFIDENTIAL

| Page 290 | Page 292 |
|---|---|
| **INTENTIONALLY LEFT BLANK** | **INTENTIONALLY LEFT BLANK** |

| Page 291 | Page 293 |
|---|---|
| **INTENTIONALLY LEFT BLANK** | **INTENTIONALLY LEFT BLANK** |

```
10      THE VIDEOGRAPHER:  This is the end of today's       05:45p
11   deposition.  We are off the record at 5:46 p m.
12   The master tape will be held by Veritext.
13         (Time Noted:   p m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

74 (Pages 290 to 293)

CONFIDENTIAL

Page 294

1  I declare under penalty of perjury under the laws
2  that the foregoing is true and correct.
3
4      Executed on _____,
5  2010, at _____,
6  _____.
7
8      _____
9          JAMES MILLER

Page 295

1  STATE OF CALIFORNIA    ) ss:
2  COUNTY OF SONOMA       )
3
4      I, LINDA VACCAREZZA, CSR No. 10201, do
5  hereby certify:
6      That the foregoing deposition of JAMES
7  MILLER was taken before me at the time and place
8  therein set forth, at which time the witness was
9  put under oath by me;
10     That the testimony of the witness and
11 all objections made at the time of the
12 examination were recorded stenographically by me,
13 were thereafter transcribed under my direction
14 and supervision, and that the foregoing is a
15 true record of same.
16     I further certify that I am neither
17 counsel for nor related to any party to said
18 action, nor in any way interested in the outcome
19 thereof.
20 IN WITNESS WHEREOF, I have subscribed my name
21 this 1st day of November , 2010.
22
23
24     _____
25      LINDA VACCAREZZA, CSR NO. 10201

Page 296

**INTENTIONALLY LEFT BLANK**

Page 297

**INTENTIONALLY LEFT BLANK**

75 (Pages 294 to 297)