Exhibit E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendants. | CASE NO. 12-CV-00630-LHK |

**EXPERT REPORT OF DR. JAMES R. KEARL**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**INTENTIONALLY LEFT BLANK**

### H. Review of Apple Financial Data

Apple has produced quarterly financial data for the accused products with varying levels of granularity. The following is a description of the potentially relevant data produced, not a comprehensive description of all data available.

The iPhone data production includes units sold in the U.S. and worldwide, by model and memory size, as well as total revenue, average selling price, and average standard cost across all models

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Date: August 12, 2013

_____

James R. Kearl