1  JOSH A. KREVITT (CA SBN 208552)  
   jkrevitt@gibsondunn.com  
2  H. MARK LYON (CA SBN 162061)  
   mlyon@gibsondunn.com  
3  GIBSON, DUNN & CRUTCHER LLP  
   1881 Page Mill Road  
4  Palo Alto, California  94304-1211  
   Telephone:  (650) 849-5300  
5  Facsimile:  (650) 849-5333  

   WILLIAM F. LEE (*pro hac vice*)  
   william.lee@wilmerhale.com  
   WILMER CUTLER PICKERING  
     HALE AND DORR LLP  
   60 State Street  
   Boston, Massachusetts  02109  
   Telephone:  (617) 526-6000  
   Facsimile:  (617) 526-5000  

6  HAROLD J. MCELHINNY (CA SBN 66781)  
   hmcelhinny@mofo.com  
7  JACK W. LONDEN (CA SBN 85776)  
   jlonden@mofo.com  
8  RACHEL KREVANS (CA SBN 116421)  
   rkrevans@mofo.com  
9  RUTH N. BORENSTEIN (CA SBN 133797)  
   rborenstein@mofo.com  
10 ERIK J. OLSON (CA SBN 175815)  
   ejolson@mofo.com  
11 MORRISON & FOERSTER LLP  
   425 Market Street  
12 San Francisco, California 94105-2482  
   Telephone: (415) 268-7000  
13 Facsimile: (415) 268-7522  

   MARK D. SELWYN (CA SBN 244180)  
   mark.selwyn@wilmerhale.com  
   WILMER CUTLER PICKERING  
     HALE AND DORR LLP  
   950 Page Mill Road  
   Palo Alto, California  94304  
   Telephone:  (650) 858-6000  
   Facsimile:  (650) 858-6100  

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                            SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK (PSG) |
| 20         Plaintiff, | **APPLE'S PROPOSED *VOIR DIRE*** |
| 21       v. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh<br>Trial:    March 31, 2014 |
| 25         Defendants. | |

**APPLE'S PROPOSED *VOIR DIRE* QUESTIONS**

Pursuant to the Court's Guidelines for Final Pretrial Conference in Jury Trials, Apple hereby submits the following *voir dire* questions.

1. How many of you have heard of the *Apple v. Samsung* trials that took place in 2012 and 2013?

2. Does anyone have any opinions about the verdicts? Just answer yes or no. (If yes, side bar to probe opinions about the prior trials.)

    a. What do you know about the prior trials?

    b. From what sources did you hear this information?

    c. What do you believe the verdicts were?

    d. Did you agree with the verdict? Why or why not?

    e. Did you think the damage awards were too high, too low, or about right?

    f. Is there anything about your opinions about the prior trials that would prevent you from being a fair and impartial juror on this case?

3. Do you, a family member, or a close friend have any business relationship (including stock ownership) with any of the following companies: Apple, Samsung, Google, Motorola, HTC, or Nokia?

4. Do any of you have strong feelings or opinions about the United States patent system or intellectual property laws?

5. Do any of you believe that patents unfairly limit competition?

6. Is there anyone on the panel who believes that certain kinds of ideas should not be patented?

7. Do any of you, a family member, or close friend have any special training, education, or work experience in the following areas:

     a.     Law, law forms, court system;

     b.     Patents, copyrights, trademarks;

     c.     Cell phone and/or computer tablet technology, manufacturing, or sales;

     d.     Computer technology, manufacturing, or sales;

     e.     Accounting;

     f.     Contracts;

     g.     Research and development;

     h.     Computer software and/or software development.

8. Have any of your, or your spouses, ever owned a business?

     a.     What type of business?

9. Have any of you ever been on a jury?

     a.     Was it a criminal or civil case?

     b.     What was the outcome?

     c.     Were you the foreperson?

10. Have any of you ever been involved in a lawsuit, as a plaintiff, defendant, or witness?

     a.     What was your involvement and what happened?

11. How many of you are familiar with the term open source?

12. Which of you own a cell, mobile, and/or smartphone?

     a.     Who makes your cell, mobile, and/or smartphone?

     b.     Does it use the Android operating system?  If yes, have you purchased any Android apps?

13. Which of you own a tablet computer?

     a.     Who makes your tablet computer?

      b.     Does it use the Android operating system? If yes, have you purchased any Android apps?

14.    What is the highest level of education that you have completed?

15.    What is your current employment status?

      a.     Who is your employer / last employer?

      b.     How long have you worked or did you work for this employer?

      c.     What are / were your job duties?

      d.     Do / did you supervise others?

      e.     If you are / were employed by the government or the military, what was the highest rank or GS level you obtained?

16.    Is there anything that may affect your ability to serve as a juror in this case?

Dated: February 25, 2014              WILMER CUTLER PICKERING
                                              HALE AND DORR

                                         By:   */s/ Mark D. Selwyn*
                                                  Mark D. Selwyn

                                        Attorneys for Plaintiff APPLE INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 25, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

APPLE'S PROPOSED *VOIR DIRE*
CASE NO. 12-CV-00630-LHK (PSG)

5