# EXHIBIT 1

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present Concerning the Amount of Damages**

## Witnesses

- Seung-Ho Ahn
- Freddy Anzures
- Yan Arrouye
- Timothy Benner
- Chad Boss
- Tony Blevins
- Bjorn Bringert
- Mark Buckley
- Dong Hoon Chang
- Joonkyo (Joseph) Cheong
- Joon-Il Choi
- Gregory Christie
- Andrew Cockburn
- Thomas Deniau
- Justin Denison
- Nick DiCarlo
- Richard Donaldson
- Scott Forstall
- Michael Hayes Freeman
- Mitchael Clair Freeman
- Richard Freeman
- Gordon Freedman
- Dianne Hackborn
- John Hauser
- Kenzo Fong Hing
- Ann Hsieh
- Yat-Sang Hung
- Jong Pil Hong
- Gregory Joswiak
- Youngmi Kim
- Kenneth Kocienda
- Don-Joo Lee
- Hueng-Mo Lee
- Jun-Won Lee
- Sung Sik Lee
- Chaehwan Li
- Hiroshi Lockheimer
- James Maccoun
- Bryan Mawhinney
- James Miller

sf-3385639

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

- Nicolas Molfessis
- Keith Mortensen
- Todd Mowry
- Stan Ng
- Janusz Ordover
- Junho Park
- Sung-Geun Park
- Todd Pendleton
- Fred Quintana
- Helena Roeber
- Brian Rosenberg
- Andy Rubin
- Phil Schiller
- Rory Sexton
- Tim Sheppard
- Alex Snoeren
- Boris Teksler
- Marc Vanlerberghe
- Christopher Vellturo
- Bruce "BJ" Watrous
- Paul Westbrook
- Seung Hun Yoo

## Documents

| BegBates[1] | Description |
|---|---|
| APLNDC630-0000163586 | Email from Gordie Freedman to Henri Lamiraux re Syncing with Purple Devices |
| APLNDC630-0000109800 | Nardi et al., Collaborative, programmable intelligent agents |
| S-ITC-001735469 | 2011-12 UX Roadmap: Opportunity Brief |
| PX-108 | iOS Source Code |
| PX-109 | Apple practicing devices (devices made available for inspection) |
| APLNDC630-0000171798 | Quick Search Box for Android: Search your phone and the web |
| APLNDC630-0000171823 | Google Android Search Just Became Awesome |
| APLNDC-Y0000234932 | Walter Mossberg, "Testing out the iPhone," Wall Street Journal, June 27, 2007 |
| SAMNDCA630-06279877 | Email from YoungGyun Imre [Recipients please! Reading required] Samsung Corby TMO Responses |

---

[1] Apple reserves the right to rely on documents identified on this list with alternative bates numbers.

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

| BegBates[1] | Description |
|---|---|
| GOOG-NDCAL630-00062054 | Email from Erick Tseng re [Android-product] Cross-application Android UI issues we need toaddress |
| S-ITC-001742947 | Si, Motoroi, iPhone Comparative Analysis Report dated 3.11.2010 |
| APLNDC-Y0000066914 | January 2007 MacWorld Presentation |
| SAMNDCA00206747 | MIEUX - Emotional UX: Make it Emotional UX |
| SAMNDCA00508318 | Behold3 Usability Evaluation Results |
| S-ITC-500042803 | Victory Usability Evaluation Results |
| PX-122 | Summary of iPhone Buyer Surveys |
| APLNDC630-0001437744 | "iPhone Buyer Survey," FY11 Q1 |
| APLNDC630-0001332683 | "iPhone Buyer Survey," FY11 Q2 |
| APLNDC630-0000127692 | "iPhone Buyer Survey," FY11 Q3 |
| APLNDC630-0001439288 | "iPhone Buyer Survey," FY11 Q4 |
| APLNDC630-0000149470 | "iPhone Buyer Survey," FY12 Q1 |
| APLNDC630-0000127252 | "iPhone 4S Early Buyer Survey" |
| APLNDC630-0000167955 | "iPhone Buyer Survey," FY12 Q2 |
| APLNDC630-0000870318 | "iPhone Buyer Survey," FY12 Q3 |
| APLNDC630-0001233115 | "iPhone Buyer Survey," FY12 Q4 |
| APLNDC630-0001466887 | "iPhone 5 Early Buyer Survey" |
| APLNDC630-0001233406 | "iPhone Buyer Survey," FY13 Q1 |
| APLNDC630-0000937009 | "iPhone Buyer Survey," FY13 Q2 |
| PX-133 | Summary of Smartphone Buyer / Smartphone Market Surveys |
| APLNDC630-0001409994 | "Smartphone Market Study," December 2011 |
| APLNDC630-0000177658 | "Smartphone Market Study," CY12 Q1 |
| APLNDC630-0001463186 | "Smartphone Buyers," CY 12 Q2 |
| APLNDC630-0000823415 | "Smartphone Buyers," CY12 Q3 |
| APLNDC630- | "Smartphone Buyers," CY12 Q4 |

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

| BegBates[1] | Description |
|---|---|
| 0001467057 | |
| APLNDC630-0001350971 | "Smartphone Owners," Q4 2012 |
| APLNDC630-0000823351 | "Smartphone Owners," Q3 2012 |
| APLNDC630-0001441723 | "Smartphone Owners," Q2 2012 |
| APLNDC630-0000149209 | Android 1.6 Platform Highlights |
| APLNDC630-0000171812 | Search, Android Developers (http://developer.android.com/guide/topics/search/index.html) |
| APLNDC630-0000171819 | "The iPhone Matches Most of its Hype," NY Times, by David Pogue |
| PX-128 | iPhone and iPad manufacturing capacity schedules |
| APLNDC630-0001120880 | iPad capacity schedule |
| APLNDC630-0001120881 | iPhone capacity schedule |
| APLNDC630-Y00009018 | iPad capacity schedule |
| APLNDC630-Y00009021 | iPhone capacity schedule |
| APLNDC630-0001504504 | Google, Wireless Shopper Study |
| PX-130 | Apple Line of Business Reports |
| APLNDC630-Y00000014 | Apple Line of Business Report |
| APLNDC630-Y00000015 | Apple Line of Business Report |
| APLNDC630-Y00009017 | Apple Line of Business Report |
| PX-131 | Apple US/WW Sales Data |
| APLNDC630-Y00000043 | Apple US/WW Sales Data |
| APLNDC630-Y00008985 | Apple US/WW Sales Data |
| APLNDC630-Y00009003 | Apple US/WW Sales Data |
| APLNDC00000388 | August 2010 Presentation, Samsung's Use of Apple Patents in Smartphones |
| APLNDC-Y0000146961 | "Best Inventions of 2007," Time, by Lev Grossman |
| APLNDC-Y0000233352 | "Patent Office Highlights Jobs's Innovations," New York Times, |

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

| BegBates[1] | Description |
|---|---|
|  | by Brian X. Chen |
| APLNDC-Y0000235973 | "Apple Waves Its Wand at the Phone," New York Times, by Davis Pogue |
| PX-136 | IDC Smartphone and Tablet Data |
| APLNDC-Z0000000001 | IDC Quarterly WW Mobile Phone Tracker 2011 Q4 |
| APLNDC-Z0000000002 | IDC Tablet Tracker |
| APLNDC-Z0000000003 | IDC Tablet Tracker |
| APLNDC630-0001318179 | IDC Smartphone Market Share Data Q1 2012 |
| APLNDC630-0001318381 | IDC Smartphone Market Share Data Q2 2012 |
| APLNDC630-0001319285 | IDC Smartphone Market Share Data Q3 2012 |
| APLNDC630-0001319732 | IDC Smartphone Market Share Data Q4 2012 |
| APLNDC630-0000820352 | IDC Tablet Market Share Data Q1 2012 |
| APLNDC630-0001857360 | IDC Tablet Market Share Data Q2 2012 |
| APLNDC630-0001886272 | IDC Tablet Market Share Data Q3 2012 |
| APLNDC630-0001314083 | IDC Tablet Market Share Data Q4 2012 |
| APLNDC630-Y00009015 | IDC WW Mobile Phone Tracker 2013 Q4 |
| APLNDC630-Y00009016 | IDC WW Quarterly Tablet Tracker 2013Q3 |
| APLNDC630-Y00009020 | IDC WW Quarterly Tablet Tracker 2013Q4 |
| PX-137 | TmoNews, Did Local (Universal) Search Get Restored in Galaxy SIII Jelly Bean Update? (http://www.tmonews.com/2012/11/did-local-universal-search-get-restored-in-galaxy-s-iii-jelly-bean-update/) |
| GOOG-NDCAL630-00070082 | Email from Vic Gundotra re [mobileblog-reviewers] Re: QSB Blog Post for the Google Mobile Blog for Review |
| PX-139 | Summary of Hauser's Conjoint Survey - Animations |
| PX-140 | Summary of Hauser's Conjoint Survey - Screenshots |
| PX-141 | Summary of Hauser's Conjoint Survey - Results |
| PX-142 | Summary of Samsung Sales Data |
| PX-143 | Summary of Apple's Sales of iPhone and iPad |
| PX-144 | Summary of iPhone and iPad News Coverage |
| SAMNDCA00191811 | GravityTank, Touch Portfolio: Rollout Strategy Recommendation |

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

| BegBates[1] | Description |
|---|---|
|  | Based on Consumer Insight |
| SAMNDCA00203880 | Relative Evaluation Report on S1, iPhone |
| SAMNDCA00251506 | 3G iPhone US market impact |
| SAMNDCA10166661 | Touch Devices Browser User Experience Best Practices |
| SAMNDCA10247373 | Email from Bong-Hee Kim re Summary of Executive-Level Meeting Supervised by Head of Division (February 10) |
| SAMNDCA10247549 | Email from Sungsik Lee re To UX Executives… Importance: HIGH |
| SAMNDCA10320161 | Email from Gaia Kwon re [Urgent Response Requested] Lismore, Result of iPhone comparison |
| SAMNDCA10320164 | Attachment to Email from Gaia Kwon re [Urgent Response Requested] Lismore, Result of iPhone comparison |
| SAMNDCA10907803 | CEO's Directives |
| SAMNDCA11077704 | Pre-Launch Report, SGH-a867 |
| SAMNDCA11173802 | 2011 Summary & Lessons Learned: 2012 Business Forecast |
| SAMNDCA11290440 | Eating our own Dog food! Wave and Galaxy S |
| SAMNDCA11545927 | STA Competitive Situation Paradigm Shift: HQ CFO |
| SAMNDCA20003761 | Amethyst, iPhone Usability Test Result |
| SAMNDCA4875335 | Samsung's Financial Spreadsheet |
| SAMNDCA630-04294324 | Service Planning Document, Smart Search |
| PX-160 | Samsung US Sales Data and Financial Spreadsheet |
| SAMNDCA630-06642237 | Samsung Sales Data |
| SAMNDCA630-078907173 | Samsung Sales Data |
| SAMNDCA630-07890716 | Samsung Sales Data |
| SAMNDCA00402075 | Samsung Sales Data |
| SAMNDCA004875335 | Samsung Sales Data |
| SAMNDCA630-07385599 | Email from Thomas Chun re Portfolio/Branding Strategy re: Project J Launch, enclosing Price Tier Analysis |
| SAMNDCA630-07420971 | Nielsen Mobile Device Insights, Q1-CY11 |
| SAMNDCA630-07441315 | Email from KeAndre Boggess re GS III Daily Conversation Digest 7/13 |
| SAMNDCA630-07488605 | Campaign Tracking Report, Samsung Galaxy S III, Analysis of 7/23/2012-7/29/2012 |
| SAMNDCA630-07517049 | Campaign Tracking Report, Samsung Galaxy S III, Analysis of 7/9/2012-7/15/2012 |
| PX-166 | Selection of Samsung source code |
| PX-167 | AT&T Community Support, "Galaxy s3 At&t update making auto |

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

| BegBates[1] | Description |
|---|---|
|  | correct no longer work" (http://forums.att.com/t5/Android-Discussion-and-Support/galaxy-s3-At-amp-t-update-making-auto-correct-no-longer-work/tdp/3332449) |
| SAMNDCA630-06716908 | Email from Sally Jeong re Trace & Swype related inquiry item |
| SAMNDCA630-07696889 | Verizon SIP VOC Review Result |
| APLNDC630-0000163544 | E-mail from Gordie Freedman to Henri Lamiraux re Sync Feature list |
| APLNDC630-0000163592 | Email from Gordie Freedman to Henri Lamiraux re Purple Sync Status |
| GOOG-NDCAL630-00060860 | High-level pieces of Android Sync |
| GOOG-NDCAL630-00065560 | Android Project: Software Functional Requirements Document for Release 1.0 |
| SAMNDCA630-00153422 | Galaxy S Note UX |
| APLNDC630-0001913858 | 7 things you'll love about Leopard: From Quick Look to Data Detectors, this cat positively purrs (http://www.techradar.com/us/news/software/operating-systems/computing/apple/7-things-you-ll-love-about-leopard-132999) |
| APLNDC630-0001728395 | Email from Jan Rychter re My 1 year old daughter uses the iPhone - thanks! |
| APLNDC-X0000007535 | iPhone TV advertisement ("How To") |
| SAMNDCA10506419 | Email from Min Kyung Kim re Application of P8 Circle Lock case |
| SAMNDCA10993206 | Comparison Evaluation of Android Phone Usability |
| SAMNDCA630_04335717 | Galaxy Tab US Field Usability Evaluation Result |
| SAMNDCA630-05707782 | European Telecommunication Operation: iOS 5 New Features |
| SAMNDCA630-07470136 | Samsung Dempsey: Usability Testing Report |
| PX-193 | Samsung Galaxy S3: Sprint Confirms OTA Update Disabling Universal Search, AT&T Follows Suit (http://www.ibtimes.com/samsung-galaxy-s3-sprint-confirms-ota-update-disabling-universal-search-att-follows-suit-722264) |
| SAMNDCA630-05407747 | iPhone 4 UX Analysis |
| GOOG-NDCAL630-00062048 | Android Software & Application Feature Brief |
| GOOG-NDCAL630- | Report: Android Gmail - Android Latency Survey Findings Part 4 |

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

| BegBates[1] | Description |
|---|---|
| 00063685 | |
| SAMNDCA00251538 | iPhone 3G UX Analysis |
| APLNDC630-0001350971 | Smartphone Owners Survey, Q4 CY12 |
| APLNDC-Y0000023730 | iPad Tracking Study, Q1 FY11 |
| SAMNDCA10182539 | User Research: Smartphone PUI/UX User Behavior Quantitative Research |
| SAMNDCA10223664 | Global Strategy Group:  Smartphone Business Strategy |
| SAMNDCA10375640 | Email from Justin Denison re GS Choi's Direction and Request to STA, enclosing "Beat Apple Update" |
| SAMNDCA10389445 | Beat Apple: Apple vs Samsung Consumer Insights |
| SAMNDCA10809390 | Feasibility Review on Standalone AP Business for Smart Phone Market |
| SAMNDCA630-06981799 | Q3 Marketing Plans: iPhone Replacement Programs |
| SAMNDCA630-06987115 | Email from Michael Pennington re Counter Tsunami Plan set up |
| SAMNDCA630-07626577 | Galaxy S2 for EUR (GT-I9100) OS Upgrade Performance Evaluation [Galaxy S2 for EUR Gingerbread vs. Ice Cream Sandwich |
| SAMNDCA630-07687767 | Untitled, Undated powerpoint presentation |
| SAMNDCA00274819 | "Boston Consulting Group: Lessons from Apple" |
| SAMNDCA630-05951901 | U1 (GT-i9100) Evaluation Report |
| APLNDC-Y0000148152 | "Samsung's Anti-iPad 2 Policy: Clone the Heck Out of It," Fast Company, by Kit Eaton. |
| GOOG-NDCAL630-00070310 | "Beating the iPhone," Android Marketing Team Discussion Flyer |
| PX-213 | Sukamar Expert Report Dated March 22, 2012 |
| SAMNDCA00258674 | GS Choi Visit to STA |
| SAMNDCA10448147 | Email from Todd Pendleton re Use Google to attack Apple? |
| SAMNDCA630-06444236 | Business Ops & Planning: Apr. 2012 Monthly Dept Meeting |
| SAMNDCA630-06635592 | "iPhone 5: The biggest thing to happen to iPhone since – Really?," Sept. 12, 2012 |
| SAMNDCA630-06988513 | Email from Kimberly Kulesh re STA PR Daily Media Monitoring, enclosing "STA PR Daily Medial Monitoring (7.12.12) |
| S-ITC-010477381 | Kepler Usability Evaluation Review Report |
| PX-220 | Email |
| GOOG-NDCAL630-00065951 | "The Future of Android |

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

| BegBates[1] | Description |
|---|---|
| PX-222 | Summary of Christopher Vellturo's Damages Calculations |
| PX-223 | Summary of Christopher Vellturo's Damages Calculations (Addendum) |
| SAMNDCA630-07383567 | 2012 North America Competitor Roadmap v8.0 |
| SAMNDCA630-07380941 | Samsung Presentation |
| GOOG-NDCAL630-00069118 | Email chain between Google and Samsung representatives, Nov. 25, 2012 through Dec. 7, 2012 |
| S-ITC-003816167 | Google-Samsung Mobile Application Distribution Agreement, Jan. 1, 2011 |
| S-ITC-003853551 | Google-Samsung Strategic Marketing Agreement, Dec. 1, 2010 |
| SAMNDCA630-00920057 | Set of User Guides for Samsung Admire |
| APLNDC630-0001899041 | Set of User Guides for Samsung Galaxy Nexus |
| PX-232 | Set of User Guides for Samsung Galaxy Note |
| PX-233 | Set of User Guides for Samsung Galaxy Note II |
| PX-234 | Set of User Guides for Samsung Galaxy S II |
| APLNDC630-0001899148 | User Guide for Samsung Galaxy Note |
| APLNDC630-0001899389 | User Guide for Samsung Galaxy Note |
| APLNDC630-0001899758 | User Guides for Samsung Galaxy Note II |
| APLNDC630-0001900018 | User Guide for Samsung Galaxy Note II |
| APLNDC630-0001900256 | User Guide for Samsung Galaxy Note II |
| APLNDC630-0001900658 | User Guide for Samsung Galaxy Note II |
| APLNDC630-0001900903 | User Guide for Samsung Galaxy Note II |
| SAMNDCA630-00923282 | User Guide for Samsung Galaxy S II |
| APLNDC630-0001901126 | User Guide for Samsung Galaxy S II |
| SAMNDCA630-06224750 | Set of User Guides for Samsung Galaxy S II Epic 4G Touch |
| SAMNDCA630-00924419 | Set of User Guides for Galaxy S II Skyrocket |
| PX-237 | Set of User Guides for Samsung Galaxy S III |

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

| BegBates[1] | Description |
|---|---|
| APLNDC630-0001902652 | Set of User Guides for Samsung Galaxy S III |
| APLNDC630-0001901361 | Set of User Guides for Samsung Galaxy S III |
| APLNDC630-0001901612 | Set of User Guides for Samsung Galaxy S III |
| APLNDC630-0001901865 | Set of User Guides for Samsung Galaxy S III |
| APLNDC630-0001902119 | Set of User Guides for Samsung Galaxy S III |
| APLNDC630-0001902278 | Set of User Guides for Samsung Galaxy S III |
| APLNDC630-0001902866 | Set of User Guides for Samsung Galaxy S III |
| PX-238 | Set of User Guides for Samsung Galaxy Tab 2 10.1 |
| APLNDC630-0001904873 | Set of User Guides for Samsung Galaxy Tab 2 10.1 |
| APLNDC630-0001905895 | Set of User Guides for Samsung Galaxy Tab 2 10.1 |
| APLNDC630-0001905061 | Set of User Guides for Samsung Galaxy Tab 2 10.1 |
| APLNDC630-0001905358 | Set of User Guides for Samsung Galaxy Tab 2 10.1 |
| APLNDC630-0001905653 | Set of User Guides for Samsung Galaxy Tab 2 10.1 |
| APLNDC630-0001903249 | Set of User Guides for Samsung Stratosphere |
| APLNDC630-0000157408 | User Guide for iPhone |
| PX-241 | Set of Specification Sheets for Samsung Accused Products |
| APLNDC630-0000159333 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879778 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879780 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000160973 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879821 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879825 | Specification Sheets for Samsung Accused Products |
| APLNDC630- | Specification Sheets for Samsung Accused Products |

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

| BegBates[1] | Description |
|---|---|
| 0000162108 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0001903913 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879819 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0001903916 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0001903919 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879823 | Specification Sheets for Samsung Accused Products |
| SAMNDCA630-00924878 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879887 | Specification Sheets for Samsung Accused Products |
| SAMNDCA630-00922217 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879786 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879788 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879790 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879792 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879794 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000161385 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879813 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000161177 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879829 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879831 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879833 | Specification Sheets for Samsung Accused Products |
| APLNDC630-0000879835 | Specification Sheets for Samsung Accused Products |
| SAMNDCA630-06643293 | Samsung Telecommunications America, L.L.C. Financial Statements |

*Apple v. Samsung*, No. 12-0630
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

| BegBates[1] | Description |
|---|---|
| APLNDC630-0000937009 | "iPhone Buyer Survey," FY13 Q2 |
| APLNDC630-0001233406 | "iPhone Buyer Survey," FY13 Q1 |
| APLNDC630-0001233115 | iPhone Buyer Survey," FY12 Q4 |
| SAMNDCA630-00835386 | Patent Purchase Agreement |
| PX-247 | Exhibit B-1 to Expert Report of Sanjay K. Rao (Surveys of iPad, iPod Touch, and iPhone Users) |
| JX-28 | Samsung Admire (All Models) |
| JX-29 | Samsung Galaxy Nexus (All Models) |
| JX-31 | Samsung Galaxy Note (All Models) |
| JX-32 | Samsung Galaxy S II (All Models) |
| JX-33 | Samsung Galaxy SII Epic 4G Touch (All Models) |
| JX-34 | Samsung Galaxy S II Skyrocket (All Models) |
| JX-35 | Samsung Galaxy S III (All Models) |
| JX-36 | Samsung Galaxy Tab 2 10.1 (All Models) |
| JX-37 | Samsung Stratosphere (All Models) |
| PX-264 (APL794-N0000003908; APL630DEF-WH0008451026) | Intel Invoices to Apple |
| PX-265 (QC630SAM0003420) | Qualcomm Invoices |
| PX-266 | FRE 1006 Summary of Apple Licenses |
| PX-267 | FRE 1006 Summary of Samsung Licenses |

sf-3385639