1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
11 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100

14
   Attorneys for SAMSUNG ELECTRONICS CO.,
15 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17                UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20 APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 21             Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN CONNECTION WITH SAMSUNG'S OPPOSITION TO APPLE'S MOTIONS *IN LIMINE*** |
| 22        vs. | |
| 23 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26             Defendants. | |

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain documents filed in connection with Samsung's Opposition to Apple's Motions *in Limine* (the "Opposition") and the Declaration of Michael L. Fazio in support thereof (the "Fazio Declaration").

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal the documents listed below:

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Opposition to Apple's Motions *in Limine*. | Samsung, Apple, and Google | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 3 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motions *in Limine* (DX334) | Apple | The exhibit in its entirety. |
| Exhibit 4 to the Fazio Declaration (DX372) | Apple, Qualcomm | The exhibit in its entirety. |
| Exhibit 5 to the Fazio Declaration (DX375) | Apple | The exhibit in its entirety. |
| Exhibit 6 to the Fazio Declaration (DX351) | Apple, | The exhibit in its entirety. |
| Exhibit 7 to the Fazio Declaration (DX354) | Apple | The exhibit in its entirety. |
| Exhibit 8 to the Fazio Declaration (PX26) | Apple, Samsung, and T-Mobile | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 9 to the Fazio Declaration (PX27) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |

| | | |
|---|---|---|
| Exhibit 11 to the Fazio Declaration (DX457) | Apple | The exhibit in its entirety. |
| Exhibit 12 to the Fazio Declaration (DX458) | Apple | The exhibit in its entirety. |
| Exhibit 13 to the Fazio Declaration (PTX122) | Apple | The exhibit in its entirety. |
| Exhibit 18 to the Fazio Declaration (PTX136) | Apple | The exhibit in its entirety. |
| Exhibit 19 to the Fazio Declaration (PTX264) | Apple, Intel | The exhibit in its entirety. |
| Exhibit 20 to the Fazio Declaration (PTX265) | Apple, Qualcomm | The exhibit in its entirety. |
| Exhibit 22 to the Fazio Declaration (PTX108) | Apple | The exhibit in its entirety. |
| Exhibit 24 to the Fazio Declaration (DX350) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 25 to the Fazio Declaration (DX358) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 27 to the Fazio Declaration (DX357) | ICAP | The exhibit in its entirety. |
| Exhibit 28 to the Fazio Declaration (DX355) | Apple, Cirrus Logic | The exhibit in its entirety. |
| Exhibit 29 to the Fazio Declaration (DX353) | Apple, Intel | The exhibit in its entirety. |
| Exhibit 30 to the Fazio Declaration (DX491) | Apple, Sony, Omnivision | The exhibit in its entirety. |
| Exhibit 31 to the Fazio Declaration (DX356) | Apple, Broadcomm, Atheros, and Marvell | The exhibit in its entirety. |
| Exhibit 32 to the Fazio Declaration (DX352) | Apple | The exhibit in its entirety. |
| Exhibit 34 to the Fazio Declaration (DX406) | Apple | The exhibit in its entirety. |
| Exhibit 35 to the Fazio Declaration (Imahiro Dep. Tr.) | Apple | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |

| | | | |
|---|---|---|---|
| 1 | Exhibit 36 to the Fazio Declaration (DX478) | Apple, Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| 2 | Exhibit 37 to the Fazio Declaration (DX489) | Apple | The exhibit in its entirety. |
| 3 | Exhibit 38 to the Fazio Declaration (Mowry Rebuttal Report) | Samsung, Apple | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| 4 | Exhibit 39 to the Fazio Declaration (Mowry Opening Report) | Samsung, Apple | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| 5 | Exhibit 41 to the Fazio Declaration (Corrected Cockburn Rebuttal Report) | Apple | The exhibit in its entirety. |
| 6 | Exhibit 44 to the Fazio Declaration (Snoeren Opening Report) | Samsung, Google, Apple | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| 7 | Exhibit 50 to the Fazio Declaration (Greenberg Opening Report) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| 8 | Exhibit 52 to the Fazio Declaration (Snoeren Rebuttal Report) | Apple, Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| 9 | Exhibit 54 to the Fazio Declaration (Rinard Rebuttal Report) | Samsung, Google, and Apple | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| 10 | Exhibit 55 to the Fazio Declaration (Samsung's July 15, 2013 Further Supplemental Responses To Apple's First, Third, and Tenth Set of Interrogatories) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |

| Exhibit 56 to the Fazio Declaration (Chevalier Rebuttal Report) | Samsung, Google | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| --- | --- | --- |
| Exhibit 57 to the Fazio Declaration (Chase Rebuttal Report) | Apple, Samsung, Google, and Microsoft | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 58 to the Fazio Declaration (Greenberg Rebuttal) | Samsung, Apple | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 59 to the Fazio Declaration (Jeffay Rebuttal Report) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 60 to the Fazio Declaration (Wigdor Rebuttal Report) | Samsung, Google, and Apple | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 61 to the Fazio Declaration (Chase Opening Report) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 62 to the Fazio Declaration (Wigdor Opening Report) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 63 to the Fazio Declaration (Sunggeun Park Dep. Tr.) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 64 to the Fazio Declaration (Huijae Lee Dep. Tr.) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 65 to the Fazio Declaration (Jinhyung Kim Dep. Tr.) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |

| | | |
|---|---|---|
| Exhibit 66 to the Fazio Declaration (Youngmi Kim Dep. Tr.) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 67 to the Fazio Declaration (Daewoon Myoung Dep. Tr.) | Samsung | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 68 to the Fazio Declaration (Bringert Dep. Tr.) | Google | The exhibit in its entirety. |
| Exhibit 69 to the Fazio Declaration (Hiroshi Lockheimer Dep. Tr.) | Google | The exhibit in its entirety. |

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal. Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's Opposition to Apple's Motions *in Limine* as a procedural mechanism for filing portions of Samsung's Opposition to Apple's Motions *in Limine* and supporting documents under seal. Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information. Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of the motion and exhibits thereto identifying what information Apple, Samsung, and any third parties have supported sealing in their declarations.

Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the confidential, unredacted version of the aforementioned documents will be served on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes should be redacted from the public version of Samsung's filing. After receiving Apple's proposed redactions, Samsung will file a public, proposed redacted version of these documents.

1  DATED: February 25, 2014        QUINN EMANUEL URQUHART &
2                                  SULLIVAN, LLP
3
4                                   /s/ Victoria Maroulis
                                    Charles K. Verhoeven
5                                   Kevin P.B. Johnson
                                    Victoria F. Maroulis
6                                   William C. Price
                                    Michael L. Fazio
7
8                                   Attorneys for Defendants
                                    SAMSUNG ELECTRONICS CO., LTD.,
9                                   SAMSUNG ELECTRONICS AMERICA, INC.,
                                    and SAMSUNG TELECOMMUNICATIONS
10                                  AMERICA, LLC