QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (OPPOSITION TO APPLE'S MOTIONS *IN LIMINE*)** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion To File Documents Under Seal (Samsung's Opposition to Apple's Motions *in Limine*) ("Opposition").

3. Samsung moves to file under seal:

- Samsung's Opposition; and
- Exhibits 3, 4-9, 11-13, 18-20, 22, 24, 25, 27-32, 34-39, 41, 44, 50, 52, 54, 55-62, 63-69 of the Declaration of Michael L. Fazio In Support Of Samsung's Opposition ("Fazio Declaration.").

4. Samsung's Opposition and Fazio Declaration Exhibits 3, 4-8, 11-13, 18-20, 22, 28-32, 34-37, 41, 44, 52, 54, 57, 58, 60 include information Apple may consider confidential.

5. Samsung's Opposition and Fazio Declaration Exhibits 4, 8, 19, 20, 27-31, 44, 54, 56, 57, 60, 68, 69 include information that various third-parties, including third party Google, may consider confidential.

6. Samsung maintains a claim of confidentiality over the portions highlighted in green in Samsung's Opposition, and the portions to be highlighted in green in the conformed highlighted versions of Fazio Declaration Exhibits 8, 9, 24, 25, 36, 38, 39, 44, 54, 56-67 to be filed within 7 days from due date for declarations in support of this Administrative Motion.

7. The Samsung-confidential information includes: (1) Samsung's source code; (2) detailed descriptions of development, function, categorization, and operation of Samsung's source code and source code modules; (3) detailed descriptions of development, application, and time to implement of non-infringing alternatives; (4) detailed discussions regarding Samsung's product development; and (5) information that reveals Samsung's licenses with third parties.

8. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of the previously filed administrative motions to file under seal that establish that the type of information included in the administrative motions is sealable. (*See, e.g.*, Dkt. Nos. 810, 821, 858, 874, 949, 960.)

9. Samsung's Motions *in Limine* and Fazio Declaration Exhibits 38, 44, 55, 58, 64, 65 include Samsung's source code, detailed descriptions of the operation of Samsung's code, and information about the design and development of accused functionalities.

10. I am informed and believed that Samsung considers the information regarding its source code and the development of its code highly confidential because competitors could use the information to copy certain features exclusively found on Samsung's products, and to gain insight into Samsung's development processes.

11. Fazio Declaration Exhibits 8, 39, 54-56, 58-60, 63-67 include information about Samsung's non-infringing alternative development processes and design-around times. I am informed and believe that information about Samsung's internal product development processes and design-around times are likewise highly confidential because competitors could use the information to estimate Samsung's development time frames and release dates. Competitors could then try to beat Samsung to the market, removing any first-mover advantage Samsung may otherwise enjoy.

12. Fazio Declaration Exhibits 8, 9 include information about deliberations regarding product development and marketing. I am informed and believe that information about Samsung's deliberations regarding product development and marketing is highly confidential as the disclosure of this information could allow competitors to discover what Samsung considers important functions and features of its phones and tablets, removing any first-mover advantage Samsung may otherwise enjoy regarding those features or providing them with a competitive advantage regarding those development efforts.

13. Fazio Declaration Exhibit 36 includes information regarding Samsung's licensing agreements. I am informed and believe that information about Samsung's licensing agreements with third parties is highly confidential because Samsung frequently negotiates licensing

1 agreements and counterparties could use information about Samsung's existing agreements to
2 Samsung's disadvantage during negotiations.
3     14.    For the foregoing reasons, Samsung requests that its Administrative Motion to File
4 Under Seal be granted as to portions of the documents listed in paragraph 6 highlighted in green.

6     I declare under penalty of perjury under the laws of the United States of America that the
7 foregoing is true and correct.  Executed on February 25, 2014 at Los Angeles, California.

9     */s/ Michael L. Fazio*
10     Michael L. Fazio

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: February 25, 2014

                                                  /s/ *Victoria F. Maroulis*
                                                  Victoria F. Maroulis