1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTIONS *IN LIMINE*** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3  to File Documents Under Seal Relating to Samsung's Opposition to Apple's Motions *in Limine*.
4  Having considered Samsung's motion, and compelling reasons having been shown, the
5  Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Opposition to Apple's Motions *in Limine*. | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 3 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motions *in Limine* (DX334) | The exhibit in its entirety. |
| Exhibit 4 to the Fazio Declaration (DX372) | The exhibit in its entirety. |
| Exhibit 5 to the Fazio Declaration (DX375) | The exhibit in its entirety. |
| Exhibit 6 to the Fazio Declaration (DX351) | The exhibit in its entirety. |
| Exhibit 7 to the Fazio Declaration (DX354) | The exhibit in its entirety. |
| Exhibit 8 to the Fazio Declaration (PX26) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 9 to the Fazio Declaration (PX27) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 11 to the Fazio Declaration (DX457) | The exhibit in its entirety. |
| Exhibit 12 to the Fazio Declaration (DX458) | The exhibit in its entirety. |
| Exhibit 13 to the Fazio Declaration (PTX122) | The exhibit in its entirety. |
| Exhibit 18 to the Fazio Declaration (PTX136) | The exhibit in its entirety. |
| Exhibit 19 to the Fazio Declaration (PTX264) | The exhibit in its entirety. |
| Exhibit 20 to the Fazio Declaration (PTX265) | The exhibit in its entirety. |
| Exhibit 22 to the Fazio Declaration (PTX108) | The exhibit in its entirety. |
| Exhibit 24 to the Fazio Declaration (DX350) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |

| | |
|---|---|
| Exhibit 25 to the Fazio Declaration (DX358) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 27 to the Fazio Declaration (DX357) | The exhibit in its entirety. |
| Exhibit 28 to the Fazio Declaration (DX355) | The exhibit in its entirety. |
| Exhibit 29 to the Fazio Declaration (DX353) | The exhibit in its entirety. |
| Exhibit 30 to the Fazio Declaration (DX491) | The exhibit in its entirety. |
| Exhibit 31 to the Fazio Declaration (DX356) | The exhibit in its entirety. |
| Exhibit 32 to the Fazio Declaration (DX352) | The exhibit in its entirety. |
| Exhibit 34 to the Fazio Declaration (DX406) | The exhibit in its entirety. |
| Exhibit 35 to the Fazio Declaration (Imahiro Dep. Tr.) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 36 to the Fazio Declaration (DX478) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 37 to the Fazio Declaration (DX489) | The exhibit in its entirety. |
| Exhibit 38 to the Fazio Declaration (Mowry Rebuttal Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 39 to the Fazio Declaration (Mowry Opening Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 41 to the Fazio Declaration (Corrected Cockburn Rebuttal Report) | The exhibit in its entirety. |
| Exhibit 44 to the Fazio Declaration (Snoeren Opening Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 50 to the Fazio Declaration (Greenberg Opening Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 52 to the Fazio Declaration (Snoeren Rebuttal Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 54 to the Fazio Declaration (Rinard Rebuttal Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |

| | |
|---|---|
| Exhibit 55 to the Fazio Declaration (Samsung's July 15, 2013 Further Supplemental Responses To Apple's First, Third, and Tenth Set of Interrogatories) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 56 to the Fazio Declaration (Chevalier Rebuttal Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 57 to the Fazio Declaration (Chase Rebuttal Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 58 to the Fazio Declaration (Greenberg Rebuttal) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 59 to the Fazio Declaration (Jeffay Rebuttal Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 60 to the Fazio Declaration (Wigdor Rebuttal Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 61 to the Fazio Declaration (Chase Opening Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 62 to the Fazio Declaration (Wigdor Opening Report) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 63 to the Fazio Declaration (Sunggeun Park Dep. Tr.) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 64 to the Fazio Declaration (Huijae Lee Dep. Tr.) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 65 to the Fazio Declaration (Jinhyung Kim Dep. Tr.) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 66 to the Fazio Declaration (Youngmi Kim Dep. Tr.) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |
| Exhibit 67 to the Fazio Declaration (Daewoon Myoung Dep. Tr.) | See conformed highlighted version to be filed within 7 days from due date for declarations in support of this Admin. Mot. |

| Exhibit 68 to the Fazio Declaration (Bringert Dep. Tr.) | The exhibit in its entirety. |
|---|---|
| Exhibit 69 to the Fazio Declaration (Hiroshi Lockheimer Dep. Tr.) | The exhibit in its entirety. |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge