QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN OPPOSITION TO APPLE'S MOTIONS** *IN LIMINE*<br><br>Date:  March 5, 2014<br>Time: 2:00 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of DX333.

3. Attached hereto as Exhibit 2 is a true and correct copy of Apple's Identification of Documents and Things from Samsung's Proposed List of Documents and Things for Joint Authenticity Stipulation of Which Apple Agrees Not to Contest Authenticity dated February 7, 2014.

4. Attached hereto as Exhibit 3 is a true and correct copy of DX334.

5. Attached hereto as Exhibit 4 is a true and correct copy of DX372.

6. Attached hereto as Exhibit 5 is a true and correct copy of DX375.

7. Attached hereto as Exhibit 6 is a true and correct copy of DX351.

8. Attached hereto as Exhibit 7 is a true and correct copy of DX354.

9. Attached hereto as Exhibit 8 is a true and correct copy of PX26.

10. Attached hereto as Exhibit 9 is a true and correct copy of  PX27.

11. Attached hereto as Exhibit 10 is a true and correct copy of PTX144.

12. Attached hereto as Exhibit 11 is a true and correct copy of DX457.

13. Attached hereto as Exhibit 12 is a true and correct copy of DX458.

14. Attached hereto as Exhibit 13 is a true and correct copy of PTX122.

15. Attached hereto as Exhibit 14 is a true and correct copy of PX20.

16. Attached hereto as Exhibit 15 is a true and correct copy of PX11.

17. Attached hereto as Exhibit 16 is a true and correct copy of PX117.

18. Attached hereto as Exhibit 17 is a true and correct copy of PTX241.

19. Attached hereto as Exhibit 18 is a true and correct copy of PTX136.

1   20.   Attached hereto as Exhibit 19 is a true and correct copy of PTX264.
2   21.   Attached hereto as Exhibit 20 is a true and correct copy of PTX265.
3   22.   Attached hereto as Exhibit 21 is a true and correct copy of PTX109.
4   23.   Attached hereto as Exhibit 22 is a true and correct copy of PTX108.
5   24.   Attached hereto as Exhibit 23 is a true and correct copy of DX317.
6   25.   Attached hereto as Exhibit 24 is a true and correct copy of DX350.
7   26.   Attached hereto as Exhibit 25 is a true and correct copy of DX358.
8   27.   Attached hereto as Exhibit 26 is a true and correct copy of DX360.
9   28.   Attached hereto as Exhibit 27 is a true and correct copy of DX357.
10  29.   Attached hereto as Exhibit 28 is a true and correct copy of DX355.
11  30.   Attached hereto as Exhibit 29 is a true and correct copy of DX353.
12  31.   Attached hereto as Exhibit 30 is a true and correct copy of DX491.
13  32.   Attached hereto as Exhibit 31 is a true and correct copy of DX356.
14  33.   Attached hereto as Exhibit 32 is a true and correct copy of DX352.
15  34.   Attached hereto as Exhibit 33 is a true and correct copy of DX490.
16  35.   Attached hereto as Exhibit 34 is a true and correct copy of DX406.
17  36.   Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the
18  Transcript of the Deposition of James Imahiro in this action.
19  37.   Attached hereto as Exhibit 36 is a true and correct copy of DX478.
20  38.   Attached hereto as Exhibit 37 is a true and correct copy of DX489.
21  39.   Attached hereto as Exhibit 38 is a true and correct copy of  excerpts from the
22  rebuttal expert report of Dr. Todd C. Mowry dated September 13, 2013 in this action.
23  40.   Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the
24  opening report of Dr. Todd C. Mowry dated August 12, 2013 in this action.
25  41.   Attached hereto as Exhibit 40 is a true and correct copy of DX449.
26  42.   Attached hereto as Exhibit 41 is a true and correct copy of excerpts from the
27  rebuttal expert report of Andrew Cockburn in this action.
28  43.   Attached hereto as Exhibit 42 is a true and correct copy of DX349.

1   44.   Attached hereto as Exhibit 43 is a true and correct copy of DX301.

2   45.   Attached hereto as Exhibit 44 is a true and correct copy of excerpts from the
3   opening expert report of Alex Snoeren.

4   46.   Attached hereto as Exhibit 45 is a true and correct copy of excerpts from the
5   Transcript of the Deposition of Norbert Fuhr in this action.

6   47.   Attached hereto as Exhibit 46 is a true and correct copy of excerpts from the
7   opening expert report of Martin Rinard in this action.

8   48.   Attached hereto as Exhibit 47 is a true and correct copy of MPEP § 2128.

9   49.   Attached hereto as Exhibit 48 is a true and correct copy of DX342.

10   50.   Attached hereto as Exhibit 49 is a true and correct copy of JTX10.

11   51.   Attached hereto as Exhibit 50 is a true and correct copy of excerpts from the
12   opening expert report of Saul Greenberg.

13   52.   Attached hereto as Exhibit 51 is a true and correct copy of JTX11.

14   53.   Attached hereto as Exhibit 52 is a true and correct copy of excerpts from the
15   rebuttal expert report of Alex Snoeren.

16   54.   Attached hereto as Exhibit 53 is a true and correct copy of a letter dated February 2,
17   2014 letter from Michael Fazio to Joshua Furman.

18   55.   Attached hereto as Exhibit 54 is a true and correct copy of excerpts from the
19   rebuttal expert report of Martin Rinard in this action.

20   56.   Attached hereto as Exhibit 55 is a true and correct copy of excerpts of Samsung's
21   July 15, 2013 Further Supplemental Responses To Apple's First, Third, and Tenth Set of
22   Interrogatories.

23   57.   Attached hereto as Exhibit 56 is a true and correct copy of excerpts of the rebuttal
24   expert report of Judith Chevalier in this action.

25   58.   Attached hereto as Exhibit 57 is a true and correct copy of excerpts of the rebuttal
26   expert report of Jeffrey Chase in this action.

27   59.   Attached hereto as Exhibit 58 is a true and correct copy of excerpts from the
28   rebuttal expert report of Saul Greenberg.

1    60.    Attached hereto as Exhibit 59 is a true and correct copy of excerpts of the rebuttal
2 expert report of Kevin Jeffay in this action

3    61.    Attached hereto as Exhibit 60 is a true and correct copy of excerpts of the rebuttal
4 expert report of Daniel Wigdor in this action.

5    62.    Attached hereto as Exhibit 61 is a true and correct copy of excerpts of the opening
6 expert report of Jeffrey Chase in this action

7    63.    Attached hereto as Exhibit 62 is a true and correct copy of excerpts of the opening
8 expert report of Daniel Wigdor in this action.

9    64.    Attached hereto as Exhibit 63 is a true and correct copy of excerpts from the
10 Transcript of the Deposition of Sunggeun Park taken in this action.

11   65.    Attached hereto as Exhibit 64 is a true and correct copy of excerpts from the
12 Transcript of the Deposition of Huijae Lee taken in this action.

13   66.    Attached hereto as Exhibit 65 is a true and correct copy of excerpts from the
14 Transcript of the Deposition of Jinhyung Kim taken in this action.

15   67.    Attached hereto as Exhibit 66 is a true and correct copy of excerpts from the
16 Transcript of the Deposition of Youngmi Kim taken in this action.

17   68.    Attached hereto as Exhibit 67 is a true and correct copy of excerpts from the
18 Transcript of the Deposition of Daewoon Myoung taken in this action.

19   69.    Attached hereto as Exhibit 68 is a true and correct copy of excerpts from the
20 Transcript of the Deposition of Bjorn Bringert taken in this action.

21   70.    Attached hereto as Exhibit 69 is a true and correct copy of excerpts from the
22 Transcript of the Deposition of Hiroshi Lockheimer taken in this action.

23   71.    Attached hereto as Exhibit 70 is a true and correct copy of DX342

24   I declare under penalty of perjury under the laws of the United States of America that the
25 foregoing is true and correct.

26   Executed February 25, 2014, at Los Angeles, California.

27                                          */s/ Michael L. Fazio*
28                                          Michael L. Fazio

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: February 25, 2014        /s/ Victoria Maroulis
                                Victoria Maroulis