# EXHIBIT 2

**Apple's Identification of Documents and Things from Samsung's Proposed List of Documents and Things for Joint Authenticity Stipualtion of Which Apple Agrees Not to Contest Authenticity (February 7, 2014)**

| # | Bates Range | Agree Not to Contest Authenticity (Y/N) |
|---|---|---|
| 1 | SAMNDCA630-00094643 - SAMNDCA630-00094649 | Yes |
| 2 | SAMNDCA630-00808437 through SAMNDCA630-00808725 | Yes |
| 3 | SAMNDCA630-00806930 through SAMNDCA630-00807503 | Apple can agree that the typewritten portions of the documents are authentic, but not the handwriting on such document. |
| 4 | SAMNDCA630-00808887 through SAMNDCA630-00809213 | Apple can agree that the typewritten portions of the documents are authentic, but not the handwriting on such document. |
| 5 | HOODNDCA630-00000001 | No |
| 6 | SAMNDCA630-00809214 through SAMNDCA630-00809450 | Apple can agree that the typewritten portions of the documents are authentic, but not the handwriting on such document. |
| 7 | SAMNDCA630-00808758 through SAMNDCA630-00808886 | Yes |
| 8 | SAMNDCA630-06437476 through SAMNDCA630-06437687 | Yes |
| 9 | SAMNDCA630-00945789 through SAMNDCA630-00945800 | Yes |
| 10 | SAMNDCA630-00944773 through SAMNDCA630-00945182 | Yes |
| 11 | SAMNDCA630-07885587 through SAMNDCA630-07885906 | No |
| 12 | SAMNDCA630-06029163 through SAMNDCA630-06029352 | No |
| 13 | SAMNDCA630-07791816 | Yes |
| 14 | SAMNDCA630-00936965 through SAMNDCA630-00937227 | Apple can agree that the document is authentic but does not agree to stipulate to the proposed date of publication. |
| 15 | SAMNDCA630-07389413 through SAMNDCA630-07389430 | No |

*Apple v. Samsung* (N.D.Cal. 5:12-cv-00630-LHK (PSG))

**Apple's Identification of Documents and Things from Samsung's Proposed List of Documents and Things for Joint Authenticity Stipualtion of Which Apple Agrees Not to Contest Authenticity (February 7, 2014)**

| | | |
|---|---|---|
| 16 | SAMNDCA630-04524969 through SAMNDCA630-04524979 | No |
| 17 | SAMNDCA630-04526333 through SAMNDCA630-04526333 | Yes |
| 18 | SAMNDCA630-07389470 through SAMNDCA630-07389476 | Yes |
| 19 | SAMNDCA630-07601334 through SAMNDCA630-07601343 | Yes |
| 20 | SAMNDCA630-07791744 through SAMNDCA630-07791751 | Yes |
| 21 | SAMNDCA630-00821974 through SAMNDCA630-00821974 | No |
| 22 | KAHLENDCA630-00012611 through KAHLENDCA630-00012613 | Yes |
| 23 | KAHLENDCA630-00007054 through KAHLENDCA630-00007143 | Yes |
| 24 | KAHLENDCA630-00000484 through KAHLENDCA630-00000483 | Yes |
| 25 | KAHLENDCA630-00000593 through KAHLENDCA630-00000599 | Yes |
| 26 | KAHLENDCA630-00000522 through KAHLENDCA630-00000545 | No |
| 27 | SAMNDCA630-00028135 | No |
| 28 | SAMNDCA630-00821974 through SAMNDCA630-00821974 | No |
| 29 | KAHLENDCA630-000005797 through KAHLENDCA630-000005809 | No |
| 30 | KAHLENDCA630-00013891 through KAHLENDCA630-00014007 | No |
| 31 | SAMNDCA630-00821975 through SAMNDCA630-00821981 | No |
| 32 | SAMNDCA630-00948288 through SAMNDCA630-00948293 | Yes |
| 33 | SAMNDCA630-05347297 | Yes |
| 34 | SAMNDCA630-00949126 through SAMNDCA630-00949337 | Apple can agree that the document is authentic but does not agree to stipulate to the proposed date of publication. |
| 35 | SAMNDCA630-00944438 through SAMNDCA630-00944555 | Yes |

*Apple v. Samsung* (N.D.Cal. 5:12-cv-00630-LHK (PSG))

Case 5:12-cv-00630-LHK   Document 1337-7   Filed 02/25/14   Page 4 of 10

**Apple's Identification of Documents and Things from Samsung's Proposed List of Documents and Things for Joint Authenticity Stipualtion of Which Apple Agrees Not to Contest Authenticity (February 7, 2014)**

| | | |
|---|---|---|
| 36 | SAMNDCA630-07886200 | Yes |
| 37 | SAMNDCA630-07887096 | Yes |
| 38 | MSFT-00630-000868 through MSFT-00630-001045 | Apple can agree that the document is authentic but does not agree to stipulate to the proposed date of publication or that it was published. |
| 39 | MSFT-00630-000218 through MSFT-00630-000442 | Apple can agree that the document is authentic but does not agree to stipulate to the proposed date of publication or that it was published. |
| 40 | MSFT-00630-001175 | Yes |
| 41 | MSFT_CODE000170-00416, MSFT_CODE001127-01666, MSFT_CODE001127-01666, MSFT_CODE002023-02025 and MSFT_CODE002413-02803 | Apple can agree that the document is authentic but does not agree to stipulate to the proposed date of knowledge, use, sale, or release, or that this was known, used, sold, or released. |
| 42 | NOVELLNDCA630-00000001 | No |
| 43 | NOVELLNDCA630-00000002 | No |
| 44 | CMU-NDCA630-00000001 | Apple can agree that the document is authentic but does not agree to stipulate to the proposed date of knowledge, use, sale, or release, or that this was known, used, sold, or released. |
| 45 | SAMNDCA630-07589148 | Apple can agree that the document is authentic but does not agree to stipulate to the proposed date of public availability. |
| 46 | SAMNDCA630-07589151 | Apple can agree that the document is authentic but does not agree to stipulate to the proposed date of public availability. |

Case 5:12-cv-00630-LHK   Document 1337-7   Filed 02/25/14   Page 5 of 10

**Apple's Identification of Documents and Things from Samsung's Proposed List of Documents and Things for Joint Authenticity Stipualtion of Which Apple Agrees Not to Contest Authenticity (February 7, 2014)**

| | | |
|---|---|---|
| 47 | SAMNDCA630-07589150 | Apple can agree that the document is authentic but does not agree to stipulate to the proposed date of public availability. |
| 48 | CORNELLNDCA630-00000177 through CORNELLNDCA630-00000585 | No |
| 49 | SAMNDCA630-0966506 through SAMNDCA630-00966529 | No |
| 50 | SAMNDCA630-00820487 through SAMNDCA630-00820497 | Yes |
| 51 | SAMNDCA630-00001325 through SAMNDCA630-00001326 | Yes |
| 52 | PLAISANTNDCA-00000001 | Yes |
| 53 | PLAISANTNDCA-00000002 | Yes |
| 54 | SAMNDCA630-00940864 through SAMNDCA630-00940916 | Yes |
| 55 | CLI00001-269 | Yes |
| 56 | OMNI 0866-1004 | Yes |
| 57 | http://downloadcenter.samsung.com/content/UM/201105/20110513024228081/SPH-D720_NexusS_English_OwnersGuide.pdf (Samsung Nexus S (SPH-D720), Owner's Guide, dated March 29, 2011 | No |
| 58 | 593DOC000160-322 | Yes |
| 59 | 593DOC000323-24 | Yes |
| 60 | SAMNDCA630-07589022-89 | Yes |
| 61 | SAMNDCA630-07589090-93 | Yes |
| 62 | BCM0001576-745 | Yes |
| 63 | No Bates given | Yes |
| 64 | 160DOC000407-1024 | Yes |
| 65 | Q1NDCA630SC0000160-2071, Q2NDCA630SC0000001-115 | No as to Q2NDCA630SC0000039 - Q2NDCA630SC0000050 |
| 66 | 160DOC000100-307 | Yes |
| 67 | 160DOC001025-1104 | Yes |
| 68 | 160DOC001582-1833 | Yes |
| 69 | 160DOC001834-2105 | Yes |
| 70 | 593DOC000323-4 | Yes |
| 71 | 160DOC000308-406 | Yes |

*Apple v. Samsung* (N.D.Cal. 5:12-cv-00630-LHK (PSG))

Case 5:12-cv-00630-LHK   Document 1337-7   Filed 02/25/14   Page 6 of 10

**Apple's Identification of Documents and Things from Samsung's Proposed List of Documents and Things for Joint Authenticity Stipualtion of Which Apple Agrees Not to Contest Authenticity (February 7, 2014)**

| | | |
|---|---|---|
| 72 | SAMNDCA630-06812314-6812315 | Yes |
| 73 | SAMNDCA630-06812319-6812323 | Yes |
| 74 | SAMNDCA630-07888561-07888567 | Yes |
| 75 | SAMNDCA630-06812331-6812333 | Yes |
| 76 | SAMNDCA630-06812350-6812351 | Yes |
| 77 | PARULSKINDCA630-00001177 | No |
| 78 | RC0694 | Yes |
| 79 | RC0222-224 | Yes |
| 80 | RC0707 | Yes |
| 81 | RC1148-1151 | No |
| 82 | SAMNDCA630-07889096-07889100 | Yes |
| 83 | MAL-000071609-71667 | Yes |
| 84 | MAL-000078734-78741 | Yes |
| 85 | MAL-000056384-56389 | Yes |
| 86 | MAL-000056406-56414 | Yes |
| 87 | Cholnoky_630DEF-000000093-97 | No |
| 88 | | No |
| 89 | | No |
| 90 | CEDIANDCA630-00000006-25 | Yes |
| 91 | CEDIANDCA630-00000069-70 | Yes |
| 92 | OMNI 0241-407 | Yes |
| 93 | OMNI 0483-585 | Yes |
| 94 | OMNI 0586-673 | Yes |
| 95 | SAMNDCA630-07336864 – 07336870 | No |
| 96 | SAMNDCA630-07336874 - 07336879 | No |
| 97 | No Bates given | No |
| 98 | SAMNDCA630-07337432 - SAMNDCA630-07337433 | No |
| 99 | SAMNDCA630-07887302 | No |
| 100 | SAMNDCA630-07887303 - SAMNDCA630-07887305 | No |
| 101 | SAMNDCA630-07887306 - SAMNDCA630-07887307 | No |
| 102 | SAMNDCA630-07887308 | No |
| 103 | SAMNDCA630-07887309 - SAMNDCA630-07887315 | No |
| 104 | SAMNDCA630-07398539 | No |
| 105 | SAMNDCA630-01422019 - SAMNDCA630-01422058 | No |

Case 5:12-cv-00630-LHK   Document 1337-7   Filed 02/25/14   Page 7 of 10

Apple's Identification of Documents and Things from Samsung's Proposed List of Documents and Things for Joint Authenticity Stipualtion of Which Apple Agrees Not to Contest Authenticity (February 7, 2014)

| | | |
|---|---|---|
| 106 | McCracken Decl. ISO Apple's Daubert Motion, Exhibit B-9 (Dkt. No. 806-7) | No |
| 107 | S-ITC-000085108 - S-ITC-000085126 | No |
| 108 | QC630SAM0003315 – QC630SAM0003331 | Yes |
| 109 | QC630SAM0003306 – QC630SAM0003314 | Yes |
| 110 | QC630SAM0003420 -QC630SAM0003438 | Yes |
| 111 | QC630SAM0003421 – QC630SAM0003433 | Yes |
| 112 | QC630SAM0003384 – QC630SAM0003386 | Yes |
| 113 | Walker 12/20/2013 Deposition Exhibit 6 | No |
| 114 | Walker 12/20/2013 Deposition Exhibit 7 | No |
| 115 | S-ITC-003390763 - S-ITC-003390780 | No |
| 116 | S-ITC-003390461 - S-ITC-003390493 | No |
| 117 | S-ITC-003390831 - S-ITC-003390862 | No |
| 118 | Simmons Rebuttal Report Exhibit 29 | No |
| 119 | Simmons Rebuttal Report Exhibit 30 | No |
| 120 | Simmons Rebuttal Report Exhibit 31 | No |
| 121 | S-ITC-003443950 | No |
| 122 | S-ITC-003443951 | No |
| 123 | S-794-ITC-000000021 – S-794-ITC-000000049 | Yes |
| 124 | SAMNDCA00052124 - SAMNDCA00052162 | Yes |
| 125 | SAMNDCA00052116 – SAMNDCA00052123 | Yes |
| 126 | S-794-ITC-000003311 – S-794-ITC-000003397 | Yes |
| 127 | S-ITC-000085099 – S-ITC-000085107 | No |
| 128 | S-ITC-003356758 – S-ITC-003356781 | Yes |
| 129 | SAMNDCA630-07890713 – SAMNDCA630-07890715 | No |
| 130 | PC 000952 - PC 000972 | No |
| 131 | SAMNDCA630-00835430 - SAMNDCA630-00835456 | No |

*Apple v. Samsung*  (N.D.Cal. 5:12-cv-00630-LHK (PSG))

Case 5:12-cv-00630-LHK   Document 1337-7   Filed 02/25/14   Page 8 of 10

**Apple's Identification of Documents and Things from Samsung's Proposed List of Documents and Things for Joint Authenticity Stipualtion of Which Apple Agrees Not to Contest Authenticity (February 7, 2014)**

| | | |
|---|---|---|
| 132 | SAMNDCA630-00835386-SAMNDCA630-00835405 | No |
| 133 | MAL-000061323 - MAL-000061330 | No |
| 134 | MAL-000065579 - MAL-000065580 | No |
| 135 | MAL-000087946 - MAL-000087946 | No |
| 136 | MAL-000054124 - MAL-000054127 | No |
| 137 | MAL-000053507 - MAL-000054312 | No |
| 138 | MAL-000000476 - MAL-000000485 | No |
| 139 | MAL-000060544 - MAL-000060566 | No |
| 140 | MAL-000062012 - MAL-000062014 | No |
| 141 | MAL-000061323 - MAL-000061330 | No |
| 142 | MAL-000065579 - MAL-000065580 | No |
| 143 | MAL-000087946 - MAL-000087946 | No |
| 144 | MAL-000054124 - MAL-000054127 | No |
| 145 | MAL-000053507 - MAL000053312 | No |
| 146 | MAL-000000476 - MAL-000000485 | No |
| 147 | MAL-000060544 - MAL-000060566 | No |
| 148 | MAL-000062012 - MAL-000062014 | No |
| 149 | SAMNDCA11571464 - SAMNDCA11571504 | No |
| 150 | SAMNDCA630-07590828 - SAMNDCA630-07590831 | No |
| 151 | SAMNDCA630-07590905 - SAMNDCA630-07590907 | Yes |
| 152 | SAMNDCA630-07402517– SAMNDCA630-07402544 | Yes |
| 153 | SAMNDCA630-07402563 – SAMNDCA630-07402591 | Yes |
| 154 | MAL-000078683-MAL000078686 | Yes |
| 155 | MAL-000053507-MAL000053512 | No |
| 156 | MAL-000077873-MAL000077879 | No |
| 157 | MAL-000185739-MAL000185741 | No |
| 158 | MAL-000071609-MAL000071667 | No |

Case 5:12-cv-00630-LHK   Document 1337-7   Filed 02/25/14   Page 9 of 10

**Apple's Identification of Documents and Things from Samsung's Proposed List of Documents and Things for Joint Authenticity Stipualtion of Which Apple Agrees Not to Contest Authenticity (February 7, 2014)**

| | | |
|---|---|---|
| 159 | MAL-000078734-MAL-000078741 | No |
| 160 | SAMNDCA630-06684433 - SAMNDCA630-06684467 | Yes |
| 161 | SAMNDCA11571464 - SAMNDCA11571504 | No |
| 162 | MAL-000087946 - MAL-000087947 | No |
| 163 | MAL-000087524 - MAL-000087531 | No |
| 164 | MAL-000078683 - MAL-000078686 | No |
| 165 | SAMNDCA630-05797458 - SAMNDCA630-05797464 | No |
| 166 | SAMNDCA630-06444459 - SAMNDCA630-06444468 | No |
| 167 | SAMNDCA630-06452678 - SAMNDCA630-06452704 | No |
| 168 | SAMNDCA630-06618845 | No |
| 169 | SAMNDCA630-06701998 - SAMNDCA630-06702014 | No |
| 170 | SAMNDCA630-07000013 - SAMNDCA630-07000054 | No |
| 171 | SAMNDCA630-07395323 - SAMNDCA630-07395367 | No |
| 172 | SAMNDCA630-07395425 - SAMNDCA630-07395440 | No |
| 173 | SAMNDCA630-07395533 - SAMNDCA630-07395577 | No |
| 174 | SAMNDCA630-07550184 - SAMNDCA630-07550209 | No |
| 175 | SAMNDCA630-07556681 - SAMNDCA630-07556711 | No |
| 176 | SAMNDCA630-07590626 - SAMNDCA630-07590641 | No |
| 177 | SAMNDCA630-07681158 - SAMNDCA630-07681218 | No |
| 178 | SAMNDCA630-07681988 - SAMNDCA630-07682033 | No |
| 179 | SAMNDCA630-07688498 - SAMNDCA630-07688518 | No |
| 180 | SAMNDCA630-07690690 - SAMNDCA630-07690711 | No |
| 181 | MAL-000038556 - MAL-000038565 | No |
| 182 | MAL-000062061 - MAL-000062063 | Yes |
| 183 | GOOG-NDCAL630-00066772 - GOOG-NDCAL630-00066824 | Yes |
| 184 | MAL-000060671 - MAL-000060672 | No |
| 185 | MAL-000025201 - MAL-000025205 | Yes |
| 186 | MAL-000028488 - MAL-000028490 | Yes |
| 187 | "LeBron's Day with the Samsung Galaxy Note II" https://www.youtube.com/watch?v=Ie0mAnjz1Oc | No |
| 188 | "LeBron's Day with the Samsung Galaxy Note II (60 second)" http://www.youtube.com/watch?v=lB8586Qu0eY | No |
| 189 | "Samsung Next Big Thing Super Bowl Full Ad with Seth Rogen, Paul Rudd, and Lebron James" http://www.youtube.com/watch?v=dLtysG4O0ak | No |

*Apple v. Samsung* (N.D.Cal. 5:12-cv-00630-LHK (PSG))

Case 5:12-cv-00630-LHK   Document 1337-7   Filed 02/25/14   Page 10 of 10

Apple's Identification of Documents and Things from Samsung's Proposed List of Documents and Things for Joint Authenticity Stipualtion of Which Apple Agrees Not to Contest Authenticity (February 7, 2014)

| | | |
|---|---|---|
| 190 | "Samsung 2013 Super Bowl Mobile USA Commercials - El Plato Supreme" http://www.youtube.com/watch?v=aazkE4UZVi4&list=PLcUqU6VQ2mu_bo9iiUMc1QYstrpvcJd-G | No |
| 191 | "The Next Big Thing is Already Here - Samsung Galaxy S III" https://www.youtube.com/watch?v=nf5-Prx19ZM | No |
| 192 | "The Next Big Thing is Already Here, San Francisco - Samsung Galaxy S III" http://www.youtube.com/watch?v=2c-LZ_hraQo | No |
| 193 | "The Next Big Thing is Already Here, NYC - Samsung Galaxy S III" http://www.youtube.com/watch?v=ZKh68YfQYkE | No |
| 194 | "Samsung Galaxy S III - The Next Big Thing Is Here" https://www.youtube.com/watch?v=jh3N_9Vd8Us | No |
| 195 | "Usher's 'Looking 4 Myself' Presented by Samsung" http://www.youtube.com/watch?v=xMsrPokGqVE | No |
| 196 | SAMNDCA11086713 - SAMNDCA11086917 | No |
| 197 | SAMNDCA630-06635592 -SAMNDCA630-06635667 | Yes |
| 198 | MAL-000014320 - MAL-000014322 | Yes |
| 199 | SAMNDCA630-07344160 - SAMNDCA630-07344212 | No |

*Apple v. Samsung* (N.D.Cal. 5:12-cv-00630-LHK (PSG))