# EXHIBIT 10

PLAINTIFF'S EXHIBIT NO. 144

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

## Summary of iPhone News Coverage

**"Apple Unveils All-In-One iPhone," by Ellen Lee**
*San Francisco Chronicle*, **January 9, 2007**

This article describes the announcement of the iPhone at the 2007 Macworld conference in San Francisco. The article states: "Apple CEO Steve Jobs ushered in a new era at the Cupertino technology company he co-founded more than 30 years ago, jumping into the cell phone market Tuesday with the highly anticipated iPhone and cementing the company's part in the rapidly changing digital media landscape." The article states "the iPhone is a revolutionary device that will leapfrog current technology."

**"Apple Waves Its Wand at the Phone," by David Pogue**
*New York Times*, **January 11, 2007**

This article describes the announcement of the iPhone at the 2007 Macworld conference. The article describes features of the iPhone and how it operates. It describes the auto-correct functionality, stating "[i]t works beautifully." It concludes by stating "Apple has done its part: it has packed more features into less space, and with more elegance than anyone before it."

**"Apple Buffs Marketing Savvy to a High Shine," by Jefferson Graham**
*USA Today*, **March 9, 2007**

This article describes the Macworld conference announcing the release of the iPhone. It also describes the attention surrounding the announcement, stating: "The avalanche of headlines and TV news stories about the iPhone – which hits the market in June – already have generated $400 million in free publicity." The article continues, stating "the attention may have been more supersized than usual, but the results were textbook Apple." The article also states "Apple's arsenal of attention-getting tools holds lessons for any company: design cool, innovative products."

**"Waiting for the Latest in Wizardry," by Katie Hafner**
*New York Times*, **June 27, 2007**

This article describes the attention surrounding the release of the iPhone. It states: "two-thirds of the population of the United States seem to be aware of the device, which combines a cellphone with an iPod with Internet access." The article states "the company [Apple] has become the standard-bearer in drum roll marketing for consumer electronics" and states Apple "can announce a product six-months in advance and not just sustain public interest but even build the frenzy." The article describes features of the iPhone and its pricing. It concludes by anticipating the actual release of the iPhone being accompanied by "screaming, shoving, and yelling."

1

**"Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehret**
*The Wall Street Journal*, **June 27, 2007**

This preview describes the iPhone and the attention surrounding the release of the iPhone. It states that Apple's "digital products are hailed for their design and innovation" and that Apple "is jumping into this smart-phone market with the iPhone, which goes on sale in a few days after months of the most frenzied hype and speculation we have ever seen for a single technology product." It states that smartphones prior to the iPhone have had "lousy software" and "confusing user interfaces," and have "struggled" with "keyboard usability." It states "the iPhone is, on balance, a beautiful breakthrough handheld computer" and states "[i]ts software, especially, sets a new bar for the smart-phone industry." The author goes on to praise the "smart software that corrects typing errors on the fly" as enabling him to type "as quickly and accurately" on the iPhone. It concludes by stating "the iPhone is a whole new experience and a pleasure to use."

**"The iPhone Matches Most of Its Hype," by David Pogue**
*New York Times*, **June 27, 2007**

This article reviews the first iPhone, concluding it largely lives up to the intense public interest surrounding its release. The article calls out the iPhone's ease of use, noting "[T]he bigger achievement is the software. It's fast, beautiful, menu-free, and dead simple to operate." The article also calls the iPhone "fun to use, which is not something you can say about most cellphones." The article notes that typing on the iPhone is made easier in part due to "some very smart software" that helps correct typographical errors.

**"Best Inventions of 2007," by Lev Grossman**
*Time*, **November 1, 2007**

This magazine cover article announces the iPhone as the *Time* invention of the year. The article's reasons for the award include: "the iPhone is pretty" and "Apple's engineers used the touchscreen to innovate past the graphical user interface to create a whole new kind of interface." The article states that the iPhone is "a genuine handheld, walk-around computer, the first device that really deserves the name."

**"Newer, Faster, Cheaper iPhone," by Walter S. Mossberg**
*Wall Street Journal*, **July 9, 2008**

This review describes the release of Apple's second iPhone, the iPhone 3G, stating: "Apple Inc.'s iPhone has been the world's most influential smart phone since its debut a year ago[.]" While describing the features of the iPhone, the review describes that "[Mossberg] found it a more capable version of an already excellent device." The author notes that Apple is rolling out "some nice new features, including wireless synchronization with corporate email, calendars and address books." The author also states that, "I was able to connect the iPhone 3G to my company's Exchange servers in a few minutes, and my corporate email, calendar and contacts were replicated on the phone. Any changes I made on the iPhone were reflected almost instantly in Microsoft

2

**PLAINTIFF'S EXHIBIT NO. 144, Page 2 of 7**

Outlook on my company PC, and vice versa." The review continues to describe the features of the iPhone 3G, how it operates, its pricing, and how it performed.

**"Apple's New iPhone 3G; Still Not Perfect, but Really Close," by Edward Baig**
*USA Today*, **July 10, 2008**

This review describes the release of the iPhone 3G. It states that the "iPhone's successor arrives a full year after the mind-boggling hype and hysteria surrounding the first iteration's debut." The review describes the iPhone 3G as "worth the wait" and that "this handheld marvel has no equal among consumer-oriented smartphones." It concludes by stating "Apple has raised the bar with iPhone 3G. To which I offer an enthusiastic thumbs up."

**"Thinner, Faster, Smarter iPhone Raises the Stakes," by Walter S. Mossberg**
*Wall Street Journal*, **June 20, 2010**

This review describes the release of the iPhone 4 stating Apple's "game-changing iPhone has become the most influential smartphone in the world." The review describes the phone as "a major leap over its already-excellent predecessor," in both hardware and software. The review notes that "Apple has delivered a big, well-designed update that, in my view, keeps it in the lead in the smartphone wars." The review also describes features of the iPhone, what it costs, as well as new additions to the iPhone 4.

**"Review: Apple Makes All the Right Calls on iPhone 4," by Edward Baig**
*USA Today*, **June 24, 2010**

This review describes the attention surrounding the release of the iPhone 4, stating: "Apple announced the iPhone 4 at its Worldwide Developers Conference earlier this month. After the customary hype that followed, iPhone 4 will hit stores Thursday … Judging by 600,000 early orders, iPhone 4 is already a runaway hit." The review states that even Apple's "most strident critics … must concede that the iPhone is the smartphone by which others are measured." It concludes by stating "[c]utting through the hype, Apple has given longtime diehards, and first-time iPhone owners, plenty to cheer about."

**"Patent Office Highlights Jobs's Innovations," by Brian X. Chen**
*New York Times*, **November 23, 2011**

This article describes an exhibit honoring the inventions of the late Steve Jobs at the United States Patent and Trademark Office in Alexandria, Virginia. The article states that the exhibit features 30 large iPhone-like models. The article describes the exhibit, stating "about 300 patents are on display, giving exhibit attendees a visual tour through Apple's history of design and innovation."

3

**PLAINTIFF'S EXHIBIT NO. 144, Page 3 of 7**

**"History Lessons: How the iPhone Changed Smartphones Forever," by Dan Frommer**
*Business Insider***, June 6, 2011**

This article recounts the history of the iPhone, and the numerous ways in which the iPhone changed the smartphone industry.  The article claims "[i]t changed everything about phones, forever, at a crucial point in their development."  The article states that while phones before the iPhone were able to play music, access the Internet, and make calls, the iPhone "made it accessible and exciting to normal people for the first time."  The article goes on to state that the "iPhone inspired a generation of copycats."

**"The iPhone Finds its Voice," by Walt Mossberg**
*All Things D*, **October 11, 2011**

This review describes the features and capabilities of the newly-released iPhone 4S.  It states: "The standout feature, not available in other iPhones, or in any other phone I've seen, is Siri."  It praises Siri for its ability to "return[] useful information in a friendly way, either audibly or by displaying results on the screen."  It concludes that the iPhone 4S, with the addition of Siri, "presents an attractive new offering to smartphone users."

4

**PLAINTIFF'S EXHIBIT NO. 144, Page 4 of 7**

<u>**Summary of iPad News Coverage**</u>

**"Apple Takes Big Gamble on New iPad," by Yukari Iwatani Kane**
*Wall Street Journal***, January 25, 2010**

This article describes the announcement of the iPad, stating: "Before a crowded auditorium in San Francisco, Mr. Jobs acknowledged the company faced a high bar. Many past efforts to sell tablets have flopped. But he argued there was room for a new category of devices, especially one that was 'so much more intimate than a laptop and so much more capable than a smart phone.'" The article states "[t]he iPad is a breakthrough for a start-up product" and describes Steve Jobs as "known for his iconic products." The article describes the features of the iPad, its pricing, and product specifications.

**"Laptop Killer? Pretty Close," by Walter S. Mossberg**
*Wall Street Journal***, April 1, 2010**

This review of the iPad states: "I believe this beautiful new touch-screen device from Apple has the potential to change portable computing profoundly." The review states the iPad "works beautifully," has "sophisticated features," and is "a pleasure to use." The review describes features of the iPad, how it operates, and how it performed. It concludes by stating "the iPad is an advance in making more-sophisticated computing possible via a simple touch interface on a slender, light device."

**"Verdict Is in on Apple iPad: It's a Winner," by Edward Baig**
*USA Today***, April 2, 2010**

This review describes the attention surrounding the release of the iPad, stating: "[m]onths of speculation, feverish lust, an uberhyped prize that could disrupt the status quo of computing. You wouldn't be the first person to compare the run-up to Saturday's arrival of the iPad to the prelaunch mania that surrounded the iPhone." The review states "the first iPad is a winner" and describes many features of the iPad, how it operates, what it costs, and how it performs. It concludes by stating "Apple has pretty much nailed it with this first iPad," and "Apple has delivered another impressive product that largely lives up to the hype."

**"Across the Country, Fans Gather for iPad" by Brad Stone**
*New York Times***, April 3, 2010**

This article describes the attention surrounding the release of the iPad, stating: "Apple's most devoted fans congregated on Saturday morning at stores around the country to pick up their object of desire: the eagerly anticipated iPad." The article states "lines stretched for a few blocks in the morning hours at Apple stores in New York and San Francisco" and that "lines stretched for blocks at most Apple stores in major cities."

5

**PLAINTIFF'S EXHIBIT NO. 144, Page 5 of 7**

**"For iPad, Lines but No Shortage," by Geoffrey A. Fowler and Shira Ovide**
*Wall Street Journal*, **April 5, 2010**

This article describes the attention surrounding the release of the iPad, stating:  "Apple Inc.'s iPad appeared to get off to a strong start over the weekend as swarms of buyers flocked to stores after weeks of publicity about the tablet-style computer."  The review also states "[t]here was no shortage of excitement as Apple opened its stores' doors at 9 a.m. Saturday morning.  Hundreds of people were lined up at the flagship outlets in New York and San Francisco."

**"The 50 Best Inventions of 2010," by Harry McCracken**
*Time*, **November 11, 2010**

This article names the iPad one of the fifty best inventions of 2010.  It describes the iPad, stating "when [Apple] calls the results 'magical' and 'revolutionary' it's distorting reality only slightly."  The article also notes "the iPad is the fastest-selling nonphone gizmo in consumer-electronics history."

**"iPad 2: Thin, Not Picture Perfect" by Walt S. Mossberg**
*Wall Street Journal*, **March 10, 2011**

This review describes the release of the iPad 2.  The review states "Hardware matters, but software matters more and has been a key strength for Apple products."  The reviewer concludes, "I can comfortably recommend it as the best tablet for average consumers."

**"Appeal of iPad 2 is a Matter of Emotions," by David Pogue**
*New York Times*, **March 9, 2011**

This review describes the attention surrounding the release of the iPad 2, stating:  "But as it turns out, the iPad's appeal is more emotional than rational.  Once you get it in your hands, you get caught up in the fascination of manipulating on-screen objects by touching them.  Apple sold 15 million iPads in nine months, created a mammoth new product category and started an industry of copycats."  The review describes the features of the iPad, how it operates, and what it costs.  It concludes by discussing "that the iPad 2 actually costs less than its comparably equipped Android rivals" and "that price detail may turn a lot of heads.  It means that for the first time, your heart can succumb to the iPad mystique – without having to ignore the practical input from your brain."

**"Why We Prize That Magical Mystery Pad" by Virginia Postrel**
*Wall Street Journal*, **March 12, 2011**

This article describes the attention surrounding the release of the iPad, stating:  "Apple has long had an aura of trend-setting cool."  The article continues to describe the iPad as a "capable machine makes you feel powerful even if you don't understand it."  The

6

article also describes what the author perceives to be customers' unique relationship to Apple products.

PLAINTIFF'S EXHIBIT NO. 144, Page 7 of 7