# EXHIBIT 15

# iPad Ads

**PLAINTIFF'S EXHIBIT NO. 11**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

## iPad



2010



2010

## iPad 2



2011

2011



2011



2011

3

Plaintiff's Exhibit No. 11.2

# iPhone Ads

### iPhone



2007

### iPhone 3G



2008

### iPhone 3GS



2009

5