# EXHIBIT 16



Products and services | Smartphones | Support | Community | Like 6m | Sign up

This is us | Sustainability | Company | Careers | Press room

**Latest press releases**
Subscription
Search press release
Media library
Press contacts

**Sony Ericsson brings camera-style to mobile imaging - unveils the K700 camera phone**

Back to list

09 March 2004

Sony Ericsson today unveiled the K700 cameraphone, featuring the latest in imaging, multimedia, and entertainment functions as well as a rich offering of advanced messaging and connectivity technologies. This includes for example playing video clips, capturing images and video with the built-in camera and listening to the built-in FM radio. Form follows function in this attractively designed phone which features dual fronts; one for the phone features and the other for a true camera look-and-feel, moving closer to a design-language inspired by Sony's digital cameras.

With the integrated VGA camera, consumers can take still pictures as well as video clips and either store them in the phone memory or send them as a picture message or an email. Owing to Sony Ericsson's much appreciated QuickShare™ feature, it is very simple to use the imaging features of the K700. By one press of its dedicated camera-button, the still or video camera is immediately started. All in all, it only takes a few clicks to capture images and to send them. This ease-of-use is proven to stimulate consumers' usage of the imaging features which in turn also has a positive impact on operators' revenue generation. The camera features 4x digital zoom and as many consumers use their camera phones in dark environments, such as nightclubs or cafés, and the K700 also features Photo Light to improve the quality of these images.

**Global press room**

This is local press information. You can find global press releases (in English) in our global press room.



Go to Global press room


Subscribe to our global press releases using RSS

This triple-band GSM/GPRS phone has 65 k TFT colour display, facilitating high-quality multimedia and entertainment and the inbuilt speaker supports polyphonic sound for radiant ring signals and game sound effects. To accommodate the multimedia functions of the K700, it has 32MB built-in memory for storage of content such as pictures, music, ring tones, themes, games and video clips, allowing for example for storage of up to 450 images, making the K700 an ideal personal photo album.

The intuitive user interface provides easy access to all features, including download services such as ring tones, images, video and games. A powerful application solution for Java 3D with cutting edge graphics, multi-player games, is featured on the K700, integrating well into the Sony Ericsson games offering. The K700 can take advantage of the downloadable games available on Sony Ericsson Fun & Downloads website and also comes with preloaded 3D games.

With its FM radio, up to 20 favourite radio stations can be stored in the K700 with the preset function. The radio, or even MP3 files, can be listened to through a portable handsfree or through the phone's speaker.

With Bluetooth, the K700 works well with Sony Ericsson's broad range of Bluetooth accessories, such as portable handsfree sets, music players and the Bluetooth Car. The K700 will be on the market during Q2.

Technical data:

- GSM 900/1800/1900, GPRS 4+2
- Camera: VGA
- Display: 65k colour, 176 x 220 pixel TFT
- Application support: Java, Mascot Capsule 3D graphics platform
- Connectivity: Bluetooth, Infrared, cable
- Dimensions: 99 x 46.5 x 19.5 mm
- Weight: 90 g
- Talktime: up to 7 hours Standby: up to 15 days (360 hours)

*Sony Ericsson Mobile Communications AB offers mobile communications products for people who appreciate the possibilities of powerful technology. Established in 2001 by Telefonaktiebolaget LM Ericsson and Sony Corporation, the joint venture continues to build on the success of its two innovative parent companies. Sony Ericsson creates value for its operator customers by bringing new ways of using multimedia communications while mobile. The company's management is based in London, and it has 4,000 employees across the globe working on research, development, design, sales, marketing, distribution and support.*

For further information, please visit:
www.sonyericsson.com

**FOR MEDIA INFORMATION, PLEASE CONTACT:**

Sony Ericsson Corporate Communications
Telephone: +44 (0) 208 762 5858
Email:
press.global@SonyEricsson.com

Any product features, specifications or statements in this document that are not historical facts are forward-looking and involve risks and uncertainties. Actual product features, specifications or forward-looking statements are subject to change.

**PLAINTIFF'S EXHIBIT NO. 117**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Plaintiff's Exhibit No. 117.2
Case 5:12-cv-00630-LHK   Document 1337-17   Filed 02/25/14   Page 3 of 5
1405sonyericssonbringscamera-styletomobile-20040309 - Pressreleaseoverview - Pressrel... Page 2 of 2

**Looking for?**
A phone
Extras
Car accessories

**Your phone**
User Guides
Software Updates
Troubleshoot
Manage your phone

**More from Sony Ericsson**
Developer World
Facebook
Support Forum
Technology innovation

**Company & press**
This is us
Sustainability
Company
Jobs & Careers
Press resources

**Explore & share**
SHARE

Change location & language

United Kingdom - English

Global Website | SE Retail portal | Legal | Sony | Ericsson | Contact us | Software security

Copyright © 2010 Sony Ericsson Mobile Communications AB. All rights reserved



PRESS INFORMATION

March 21, 2004

## Sony Ericsson brings unique camera style to mobile imaging with the K700 camera phone

ATLANTA, GA (BOOTH 4647, HALL B5) – Sony Ericsson showcases the new K700 camera phone featuring the latest in imaging, multimedia, and entertainment functions, as well as a rich offering of advanced messaging and connectivity technologies. This includes, for example, playing video clips, capturing images and video with the built-in camera and listening to the built-in FM radio. Form follows function in this attractively designed phone which features dual fronts; one for the phone features and the other for a true camera look and feel, moving closer to design-language inspired by Sony's digital cameras.

With the integrated VGA camera, consumers can take still pictures as well as video clips and either store them in the phone's memory or send them as a picture message or an e-mail. Owing to Sony Ericsson's much appreciated QuickShare™ feature, it is very simple to use the imaging features of the K700. With one press of its dedicated camera button, the still or video camera is immediately started. It only takes a few clicks to capture images and send them. This ease-of-use adds to simplifying the consumer experience. The camera features 4x digital zoom and features Photo Light to improve the quality in lower light situations.

This triple-band GSM/GPRS phone has a 65k TFT color display, facilitating high-quality multimedia and entertainment and the built-in speaker supports polyphonic sound for clear ring signals and game sound effects. To accommodate the multimedia functions of the K700, it has 32MB built-in memory for storage of content such as pictures, music, ringtones, themes, games and video clips, allowing for storage of up to 450 images, making the K700 an ideal personal photo album.

The intuitive user interface provides easy access to all features, including download services such as ringtones, images, videos and games. A powerful application solution for Java 3D with cutting edge graphics, multi-player games, is featured on the K700, integrating smoothly into the Sony Ericsson games offering.

With its FM radio, up to 20 favorite radio stations can be stored in the K700 with the preset function. The radio, or even MP3 files, can be listened to through a portable handsfree or through the phone's speaker.

With Bluetooth™, the K700 works well with Sony Ericsson's broad range of Bluetooth™ accessories, such as portable handsfree sets, music players and the Bluetooth™ Car. The K700 will be on the market during Q2 2004.

**Product Specifications:**

| | |
|---|---|
| GSM 900/1800/1900, GPRS (4+2) | Connectivity: Bluetooth™, Infrared, cable |
| Camera: VGA | Dimensions: 3.9x1.8x0.8 in; 99 x 46.5 x 19.5 mm |
| Display: 65k color, 176 x 220 pixel TFT | Weight: 2.9oz; 90g |
| Application support: Java, Mascot Capsule 3D graphics platform | Talk-time: up to 7 hours Standby: up to 15 days (360 hours) |

Pictures of the K700 can be downloaded from www.semcpresskits.com.

*Sony Ericsson Mobile Communications AB offers mobile communications products for people who appreciate the possibilities of powerful technology. Established in 2001 by Telefonaktiebolaget LM Ericsson and Sony Corporation, the joint venture continues to build on the success of its two innovative parent companies. Sony Ericsson creates value for its operator customers by bringing new ways of using multimedia communications while mobile. The company's management is based in London, and it has 4,000 employees across the globe working on research, development, design, sales, marketing, distribution and support.*

*For further information, please visit: www.SonyEricsson.com*

**FOR PRESS INFORMATION, PLEASE CONTACT:**

Tricia Donadio
Sony Ericsson
919/472-7924
tricia.donadio@sonyericsson.com

Brenda Ning
GCI Group
212/537-8015
bning@gcigroup.com

Any product features, specifications or statements in this document that are not historical facts are forward-looking and involve risks and uncertainties. Actual product features, specifications or forward-looking statements are subject to change.

APLNDC-WH-A 0000005352