# EXHIBIT 21

PLAINTIFF'S EXHIBIT NO. 32;

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

# Apple practicing devices
# (made available for inspection):

| # | Device | Model |
|---|--------|-------|
| 1 | iPhone | MA712LL |
| 2 | iPhone 3G | MB046ll |
| 3 | iPhone 3G | MB702LL |
| 4 | iPhone 3GS | MC640LL |
| 5 | iPhone 4 | MD146LL/A |
| 6 | iPhone 4 | MC319LL |
| 7 | iPhone 4S | MC918LL |
| 8 | iPhone 4S | MD234LL |
| 9 | iPhone 5 | MD656LL |
| 10 | iPod touch | MA623LL |
| 11 | iPod touch | MC540LL |
| 12 | iPad | MD510LL |
| 13 | iPad | MC4962P |
| 14 | iPad | MC769LL |
| 15 | iPad | MC705LL |
| 16 | iPad Mini | MD531LL |