# EXHIBIT 40

Case 5:12-cv-00630-LHK   Document 1337-29   Filed 02/25/14   Page 2 of 10

DEFENDANT'S EXHIBIT
NO. 449.001
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

2012 WL 1959560
Only the Westlaw citation is currently available.
United States District Court,
N.D. Illinois,
Eastern Division.

APPLE, INC. and NeXT Software Inc.,
(f/k/a NeXT Computer, Inc.), Plaintiffs,
v.
MOTOROLA, INC., and Motorola
Mobility, Inc., Defendants.

No. 1:11–cv–08540.    |    May 22, 2012.

**REDACTED**

**REDACTED**

OPINION and ORDER of May 22, 2012

POSNER, Circuit Judge, sitting by designation.

*1 On May 16, I conducted a *Daubert* hearing to consider challenges based on Fed.R.Evid. 702 and 703 to four party damages experts: Michael J. Wagner (Motorola), Brian W. Napper (Apple), Carla S. Mulhern (Motorola), and Charles R. Donohoe (Motorola).

**REDACTED**

1

**REDACTED**

DEFENDANT'S EXHIBIT NO. 449.003

**REDACTED**

DEFENDANT'S EXHIBIT NO. 449.004

**REDACTED**

DEFENDANT'S EXHIBIT NO. 449.005

**REDACTED**

**REDACTED**

DEFENDANT'S EXHIBIT NO. 449.007

**REDACTED**

DEFENDANT'S EXHIBIT NO. 449.008

**Apple #647 (structure detection and linking).** Napper's report states that it would cost Motorola $10.5 million to duplicate the functionality of Apple's patent without infringement. He based this estimate on the price of a program called "Clipboard Manager" which is available for download by iPhone users from the iPhone app store for $1. Napper apportioned $0.60 of the $1 to the functionality covered by the patent and multiplied by the number of Motorola cell phones sold during the damages period to reach the $10.5 million figure.

**REDACTED**

**REDACTED**

DEFENDANT'S EXHIBIT NO. 449.009

**REDACTED**