# EXHIBIT 45

```
                                                                 1
 1              UNITED STATES DISTRICT COURT

 2     NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

 3     - - - - - - - - - - - - - - - - -X

 4     APPLE INC., a California           :

 5     Corporation,                       :

 6                 Plaintiff,             :

 7     v.                                 :

 8     SAMSUNG ELECTRONICS CO., LTD., a   :

 9     Korean corporation; SAMSUNG        :Civil Action No.

10     ELECTRONICS AMERICA, INC., a New   :12-cv-00630-LHK(PSG)

11     York corporation; and SAMSUNG      :

12     TELECOMMUNICATIONS AMERICA, LLC,   :

13     A Delaware limited liability       :

14     Company,                           :

15                 Defendants.            :

16     - - - - - - - - - - - - - - - - -X

17     (Caption continued on next page)

18

19          Videotaped Deposition of NORBERT FUHR

20                London, United Kingdom

21                Friday, July 12, 2013

22                      9:00 a.m.

23

24     Job No.: 40426                    Pages 1 - 212

25     Reported by: Georgina Ford, ACR, CLR, MAVSTTR, MBIVR
```

88

| | | |
|---|---|---|
| 1 | just had one single box -- search box you would call | 11:29:45 |
| 2 | it nowadays -- for entering a query and then at that | 11:29:50 |
| 3 | time you could directly access FreeWAIS to the single | 11:29:53 |
| 4 | box but, of course, with our concepts of several | 11:29:59 |
| 5 | fields and also the different search predicates, we | 11:30:02 |
| 6 | wanted to have something like forms and they had not | 11:30:07 |
| 7 | been introduced at that time and only after forms had | 11:30:10 |
| 8 | been introduced in HTML we started working on SFgate. | 11:30:14 |
| 9 |     On the other hand, as the date in 1995 we | 11:30:26 |
| 10 | described SFgate; so it must have happened between. | 11:30:31 |
| 11 |     Q.  I may have asked you this already and | 11:30:43 |
| 12 | I apologize.  Did you write any of the source code for | 11:30:44 |
| 13 | SFgate? | 11:30:47 |
| 14 |     A.  No, I didn't. | 11:30:48 |
| 15 |     Q.  Who was responsible starting in 1994 for the | 11:30:49 |
| 16 | development of SFgate? | 11:30:52 |
| 17 |     A.  It was mainly Ulrich Pfeiffer and at some | 11:30:55 |
| 18 | point in time Norbert Govert also got involved but I | 11:31:02 |
| 19 | don't know exactly when this happened.  This was | 11:31:06 |
| 20 | already at that time or only later when he got this | 11:31:10 |
| 21 | position as his successor.  I don't know. | 11:31:15 |
| 22 |     Q.  Just so I'm clear on the dates and the | 11:31:34 |
| 23 | members of your group, you became an associate | 11:31:37 |
| 24 | professor in 1991 in Dortmund? | 11:31:39 |
| 25 |     A.  Mm-hm. | 11:31:41 |

89

1  Q. When did Mr. Pfeiffer join your group?   11:31:42
2  A. He immediately joined me when I started   11:31:45
3  there.   11:31:49
4  Q. And --   11:31:50
5  A. In 1991.   11:31:51
6  Q. And when did Mr. Govert join your group?   11:31:52
7  A. That's -- I'm not sure but I think that was   11:31:57
8  in '96 as successor. Well, I'm quite sure that he was   11:32:09
9  the successor for Ulrich Pfeiffer in this position.   11:32:15
10  Q. So Mr. Govert could not have been involved   11:32:22
11  in the initial development of SFgate?   11:32:24
12  A. Well, we had some students who were paid for   11:32:28
13  doing some programming work and maybe that he did this   11:32:30
14  for us. Yes, he certainly was paid by us for doing   11:32:41
15  some programming work before he became the successor   11:32:47
16  of Ulrich Pfeiffer but I don't remember what kind of   11:32:53
17  work it was, whether it was related to SFgate or   11:32:59
18  something else.   11:33:02
19  Q. Mr. Huynh, who you had mentioned previously,   11:33:13
20  was he a member of your group at the University of   11:33:15
21  Dortmund?   11:33:17
22  A. Well, he was just a student but he was paid   11:33:20
23  by our group for certain work, especially for helping   11:33:25
24  me with preparing slides for my lectures and also   11:33:30
25  doing formatting of publications and things like that.   11:33:34

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

90

| | | |
|---|---|---|
| 1 | Q.  And when did he begin involvement with your | 11:33:42 |
| 2 | group? | 11:33:45 |
| 3 | A.  Involvement?  You mean this kind of work | 11:33:50 |
| 4 | I mentioned -- | 11:33:51 |
| 5 | Q.  Any type of work with your group. | 11:33:55 |
| 6 | A.  Yes, yes.  That -- I don't remember the | 11:33:59 |
| 7 | exact date, either '91 or '92. | 11:34:04 |
| 8 | Q.  Did there come a time where Mr. Huynh was | 11:34:09 |
| 9 | doing research or software development for your group? | 11:34:13 |
| 10 | A.  As a paid student, no. | 11:34:18 |
| 11 | Q.  How about as an unpaid student? | 11:34:23 |
| 12 | A.  Yes, only as part of his thesis.  So since | 11:34:25 |
| 13 | he -- well, he had worked for me some time and then he | 11:34:30 |
| 14 | was asking for a thesis topic for finishing his | 11:34:34 |
| 15 | studies and then I came up with the idea that he could | 11:34:37 |
| 16 | do some of the implementation work for extending | 11:34:41 |
| 17 | FreeWAIS. | 11:34:46 |
| 18 | Q.  And when did you come up with that idea? | 11:34:47 |
| 19 | A.  Yes, that was during '93. | 11:34:51 |
| 20 | Q.  When did Mr. Huynh complete his research or | 11:34:56 |
| 21 | development work relating to FreeWAIS? | 11:35:01 |
| 22 | A.  That was in the first half of '95. | 11:35:05 |
| 23 | Q.  Did Mr. Huynh join your group after he | 11:35:13 |
| 24 | completed his work or did he graduate and leave? | 11:35:16 |
| 25 | A.  He graduated and left. | 11:35:20 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

91

| | | |
|---|---|---|
| 1 | Q. Do you work with any of the individuals we | 11:35:26 |
| 2 | discussed currently? | 11:35:27 |
| 3 | A. No. | 11:35:30 |
| 4 | Q. Do you know what Mr. Govert does nowadays? | 11:35:31 |
| 5 | A. Yes, he's at the university library of | 11:35:36 |
| 6 | Dortmund. | 11:35:43 |
| 7 | Q. And you mentioned that Mr. Pfeiffer is at | 11:35:46 |
| 8 | Verizon. Do you know what Mr. Huynh is doing these | 11:35:48 |
| 9 | days? | 11:35:51 |
| 10 | A. I don't know. I only -- last thing I heard | 11:35:52 |
| 11 | was that he went to Southern Germany but I haven't | 11:35:54 |
| 12 | heard from him after that. | 11:35:57 |
| 13 | Q. Are you in contact at all with Mr. Pfeiffer | 11:36:01 |
| 14 | and Mr. Govert and Mr. Huynh? | 11:36:04 |
| 15 | A. Not -- well, with Mr. Huynh not at all, and | 11:36:07 |
| 16 | with Mr. Pfeiffer I met him just by accident last year | 11:36:13 |
| 17 | but that was the last contact, and Mr. Govert we had | 11:36:19 |
| 18 | an e-mail exchange about some other things also half | 11:36:27 |
| 19 | a year ago. So I think ... | 11:36:33 |
| 20 | Q. Have you discussed this litigation at all | 11:36:38 |
| 21 | with Mr. Pfeiffer and Mr. Govert? | 11:36:41 |
| 22 | A. No, not at all. | 11:36:44 |
| 23 | Q. Are you aware that they are also working | 11:36:46 |
| 24 | with Quinn Emanuel in this litigation? | 11:36:50 |
| 25 | A. Yes, I heard about that, yes. | 11:36:55 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

186

| | | |
|---|---|---|
| 1 | client that someone else had installed in order to | 14:35:31 |
| 2 | know that the FreeWAIS-sf server that they implemented | 14:35:35 |
| 3 | was working? | 14:35:38 |
| 4 | MR. FURMAN:  Objection: asked and answered; | 14:35:39 |
| 5 | argumentative; leading; vague; incomplete | 14:35:40 |
| 6 | hypothetical; calls for speculation. | 14:35:45 |
| 7 | THE WITNESS:  Yes, you needed to run | 14:35:48 |
| 8 | a client yourself in order to develop a working | 14:35:53 |
| 9 | application with FreeWAIS-sf in order to test it and | 14:36:00 |
| 10 | go through the development cycle. | 14:36:07 |
| 11 | BY MR. JAFFE: | 14:36:33 |
| 12 | Q.  Now, you moved from -- strike that question. | 14:36:34 |
| 13 | When the FreeWAIS-sf source code was posted | 14:36:41 |
| 14 | to the FTP server, who had access to the FTP server? | 14:36:50 |
| 15 | MR. FURMAN:  Objection: incomplete | 14:36:56 |
| 16 | hypothetical; vague. | 14:36:57 |
| 17 | THE WITNESS:  This was publicly available. | 14:37:02 |
| 18 | BY MR. JAFFE: | 14:37:04 |
| 19 | Q.  What about the server, the FTP server | 14:37:05 |
| 20 | itself, the physical server?  Who had access to that | 14:37:07 |
| 21 | FTP server? | 14:37:11 |
| 22 | MR. FURMAN:  Objection: calls for | 14:37:12 |
| 23 | speculation; incomplete hypothetical; vague; asked and | 14:37:12 |
| 24 | answered. | 14:37:16 |
| 25 | THE WITNESS:  Only my staff. | 14:37:17 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

187

|  |  |  |
|---|---|---|
| 1 | BY MR. JAFFE: | 14:37:19 |
| 2 | Q.   How do you know that? | 14:37:19 |
| 3 | A.   Because you needed the password in order to | 14:37:21 |
| 4 | do any changes on the FTP server. | 14:37:26 |
| 5 | Q.   And those changes included modifications to | 14:37:29 |
| 6 | the FTP server, correct? | 14:37:32 |
| 7 | A.   Yes. | 14:37:34 |
| 8 | MR. FURMAN:  Objection. | 14:37:35 |
| 9 | BY MR. JAFFE: | 14:37:55 |
| 10 | Q.   You mentioned earlier that your student | 14:37:56 |
| 11 | Huynh Tung worked on a thesis that -- for which the | 14:37:58 |
| 12 | subject matter was the FreeWAIS -- let me strike that | 14:38:08 |
| 13 | question. | 14:38:11 |
| 14 | You mentioned that your student Huynh Tung | 14:38:13 |
| 15 | worked on a thesis for you, correct? | 14:38:16 |
| 16 | A.   Yes. | 14:38:18 |
| 17 | Q.   What was the subject matter of that thesis? | 14:38:18 |
| 18 | A.   The subject was the extension of the | 14:38:20 |
| 19 | FreeWAIS system towards what is now called FreeWAIS-sf | 14:38:23 |
| 20 | by adding the features. | 14:38:29 |
| 21 | Q.   When did Huynh Tung start working on the | 14:38:34 |
| 22 | thesis? | 14:38:39 |
| 23 | A.   That must have been at some point in time | 14:38:40 |
| 24 | during '93. | 14:38:43 |
| 25 | Q.   And when did he complete the thesis? | 14:38:46 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

188

| | | |
|---|---|---|
| 1 | MR. FURMAN: Objection: asked and answered. | 14:38:49 |
| 2 | THE WITNESS: That was in '95; so that was | 14:38:50 |
| 3 | quite long but at that department the standard time | 14:38:55 |
| 4 | for a thesis was a year anyway and then he had to work | 14:39:00 |
| 5 | besides working on this thesis and so it took him | 14:39:07 |
| 6 | longer. | 14:39:12 |
| 7 | BY MR. JAFFE: | 14:39:15 |
| 8 | Q. What happened to the thesis after he | 14:39:18 |
| 9 | completed it? | 14:39:21 |
| 10 | MR. FURMAN: Objection: vague; incomplete | 14:39:22 |
| 11 | hypothetical; calls for speculation. | 14:39:24 |
| 12 | MR. JAFFE: Strike that question. | 14:39:26 |
| 13 | BY MR. JAFFE: | 14:39:27 |
| 14 | Q. What happened to the thesis after he | 14:39:27 |
| 15 | completed writing it? | 14:39:29 |
| 16 | MR. FURMAN: Objection, same -- sorry, same | 14:39:31 |
| 17 | objections. | 14:39:32 |
| 18 | MR. JAFFE: Strike that question. | 14:39:34 |
| 19 | BY MR. JAFFE: | 14:39:35 |
| 20 | Q. What is the process for -- what was the | 14:39:37 |
| 21 | process for writing a thesis in university at the time | 14:39:39 |
| 22 | Huynh Tung wrote it? | 14:39:45 |
| 23 | MR. FURMAN: Objection: calls for | 14:39:46 |
| 24 | speculation; vague; incomplete hypothetical. | 14:39:47 |
| 25 | THE WITNESS: You first had to register that | 14:39:51 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

189

| | | |
|---|---|---|
| 1 | you were working on this thesis and then you finally | 14:39:54 |
| 2 | had to submit at least three copies of your thesis and | 14:40:00 |
| 3 | two copies went to the reviewers and one copy would go | 14:40:10 |
| 4 | to the library. | 14:40:16 |
| 5 | BY MR. JAFFE: | 14:40:19 |
| 6 | Q.  Did you have any role in helping Huynh Tung | 14:40:21 |
| 7 | with his thesis? | 14:40:25 |
| 8 | A.  Only -- yes, I gave rather detailed | 14:40:27 |
| 9 | specification and pointed him towards the methods that | 14:40:33 |
| 10 | he could apply and then the closest supervision was | 14:40:38 |
| 11 | done by Ulrich Pfeiffer, who helped him with the | 14:40:44 |
| 12 | implementation. | 14:40:47 |
| 13 | Q.  Once the thesis was sent to the library, | 14:40:51 |
| 14 | what happened to the thesis? | 14:40:57 |
| 15 | MR. FURMAN:  Objection: calls for | 14:40:59 |
| 16 | speculation -- | 14:40:59 |
| 17 | MR. JAFFE:  I'm sorry, strike that question. | 14:41:00 |
| 18 | BY MR. JAFFE: | 14:41:02 |
| 19 | Q.  Once the thesis was sent to the library, was | 14:41:02 |
| 20 | it then available to the public? | 14:41:04 |
| 21 | MR. FURMAN:  Objection: calls for | 14:41:07 |
| 22 | speculation. | 14:41:07 |
| 23 | THE WITNESS:  Yes, all theses were put on | 14:41:09 |
| 24 | a shelf and then told that it was -- they were | 14:41:14 |
| 25 | accessible for any visitor of the library. | 14:41:18 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

190

| | | |
|---|---|---|
| 1 | BY MR. JAFFE: | 14:41:21 |
| 2 | Q. Could someone from the United States visit | 14:41:23 |
| 3 | the library and find the thesis? | 14:41:24 |
| 4 | A. Yes -- | 14:41:28 |
| 5 | MR. FURMAN: Objection: calls for | 14:41:30 |
| 6 | speculation. | 14:41:30 |
| 7 | THE WITNESS: -- the library was open for | 14:41:31 |
| 8 | everybody. There was no checking of your identity or | 14:41:34 |
| 9 | so. | 14:41:37 |
| 10 | BY MR. JAFFE: | 14:41:37 |
| 11 | Q. Did Dortmund University have visitors from | 14:41:37 |
| 12 | the United States? | 14:41:40 |
| 13 | A. I don't know. | 14:41:43 |
| 14 | Q. I'd like the court reporter to hand you what | 14:41:47 |
| 15 | has been marked as exhibit 4. | 14:41:48 |
| 16 | (Exhibit 4 marked for identification.) | 14:41:54 |
| 17 | MR. FURMAN: Again, I object to this. It's | 14:41:55 |
| 18 | outside the scope of what you're allowed to ask him. | 14:41:57 |
| 19 | BY MR. JAFFE: | 14:41:59 |
| 20 | Q. I ask you if you recognize this document. | 14:42:00 |
| 21 | A. Yes, that's the diploma thesis by Huynh | 14:42:02 |
| 22 | Tung. | 14:42:08 |
| 23 | Q. Is this the same thesis that was provided to | 14:42:09 |
| 24 | the library? | 14:42:11 |
| 25 | MR. FURMAN: Objection: calls for | 14:42:14 |