# EXHIBIT 46

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-cv-00630-LHK |

**EXPERT REPORT OF MARTIN RINARD, PH.D.**
**REGARDING THE VALIDITY OF**
**CLAIMS 24 and 25 OF U.S. PATENT NO. 6,847,959**

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

9.      I am currently a tenured Professor in the Department of Electrical Engineering and Computer Science and a member of the Computer Science and Artificial Intelligence Laboratory at the Massachusetts Institute of Technology. Prior to my position at MIT, I held an academic position at the University of California, Santa Barbara.  I have published over 100 papers in refereed workshops, conferences, and journals in the areas of programming languages,

program analysis, distributed computing, parallel computing, compilers, and other areas of computer science. A copy of my curriculum vitae including a list of these publications is attached as Appendix 1 to this report. During my employment at MIT and UCSB, I have taught both undergraduate and graduate computer science courses on a variety of topics including computer systems, data structures and algorithms, compilers, operating systems, software engineering, program analysis, and programming languages.

10. As detailed in my curriculum vitae, I have received, among other awards, an Alfred P. Sloan Research Fellowship and a National Science Foundation Early Career Development Award. I am an ACM Fellow and have received several distinguished paper awards, including a "Most Influential Paper in 20 Years Award" in the area of Concurrent Constraint Programming.

11. I hold an Sc.B. in Computer Science from Brown University and a Ph.D. in Computer Science from Stanford University.

12. Prior to starting graduate school at Stanford, I worked as a professional software engineer at Ikan Systems and the Polygen Corporation.

13. I am faculty member in the Department of Electrical Engineering and Computer Science at the Massachusetts Institute of Technology (MIT) as well as a member of the Computer Science and Artificial Intelligence Laboratory, also at MIT. As a faculty member at MIT (and previously at the University of California, Santa Barbara), I teach courses and perform research in a range of fields related to computer science.

14. Over the course of my career I have taught over 35 undergraduate and graduate courses as well as published over 140 research papers in a variety of peer-reviewed conferences, journals, and workshops. My research has been recognized with multiple awards, including multiple Best or Distinguished Paper Awards at top publication venues.

15. My research has been supported by many entities, including the United States National Science Foundation, the United States Department of Defense, including the Defense Advanced Research Projects Agency, the government of Singapore, the NASA Jet Propulsion Laboratory (JPL), as well as private entities such as SUN Microsystems, Microsoft, and Samsung. I have been a Principal Investigator or co-Principal Investigator on research grants and contracts totaling over $30 million in research funding from a variety of government and private sources.

16. In 2009 I was recognized as an ACM Fellow by the Association for Computing Machinery (ACM), "the world's largest educational and scientific computing society" (see www.acm.org). According to the ACM, "The ACM Fellows serve as distinguished colleagues to whom the ACM and its members look for guidance and leadership as the world of information technology evolves."

17. I hold an Sc.B. in Computer Science from Brown University and a Ph.D. in Computer Science from Stanford University. While I was an undergraduate at Brown University, I took graduate computer science courses in a variety of topics, including artificial intelligence and computer graphics, as well as completing an honors thesis involving research in graphical user interfaces and graphical programming languages.

18. Before starting graduate school I worked as a software engineer at two startup companies, Ikan Systems and Polygen Corporation. At Ikan Systems my responsibilities involved user interface design and implementation as well as programming language design and implementation. At Polygen Corporation my responsibilities involved a variety of tasks, including developing software to work with computerized representations of molecules and user interface implementation.

19. While I was a graduate student at Stanford, I took graduate courses in a variety of

areas, including numerical analysis, artificial intelligence, distributed systems, and programming languages. My Ph.D. thesis was on the design, implementation, and evaluation of the Jade programming language. Jade programs executed, without modification, on a range of computing platforms, including shared-memory multiprocessors and groups of computers that communicate using the Internet. Jade provides a unified model of data access in which Jade tasks specify the data objects that they access, with the Jade implementation responsible for locating these objects for the task to access when it executes.

20.     When executing Jade programs in the Internet, the Jade implementation stores the objects that the program manipulates in the memories of the multiple networked computers executing the computation. In general, when a task executes on a given computer, it may need to access objects stored both locally in the memory of the computer and remotely in the memories of other computers participating in the computation. It is the responsibility of the Jade implementation to locate these objects in both local and remote computer memories and generate the communication required to implement the abstraction of a single unified object store. The Jade implementation therefore maintains distributed indexing structures that allow it to efficiently locate both local and remote objects stored in the memories of both local and remote computers, thereby avoiding more involved search algorithms deployed by other systems. The Jade implementation also contains data consistency algorithms that ensure that Jade tasks access the most up to date versions of replicated objects.

21.     I started at the University of California, Santa Barbara in 1994. As a faculty member, I taught both undergraduate and graduate courses in a variety of areas including operating systems and programming languages. Topics covered in these courses included various aspects of the operation of the Internet such as addressing, routing, and client-server architectures for accessing Internet services. I also performed research in several areas including

parallel computing and program analysis.

22. In 1997 I moved from the University of California, Santa Barbara to the Massachusetts Institute of Technology (MIT).  At MIT I have taught a range of graduate and undergraduate courses on a range of topics including computer systems, compilers, and software engineering. Among other topics, these courses covered design and implementation issues in the construction of Internet search engines, including indexing and search algorithms that Internet search engines use to locate information in the Internet in response to user queries; transaction processing algorithms for locating and updating information stored in relational databases; various aspects of the operation of the Internet, including addressing, packet routing, and the design of servers that provide services via the Internet; issues involving unified access to local or remote objects accessed via the Internet; and the architecture and operation of the X Window system.

23. While at MIT my research has encompassed a broad range of topics in a number of fields. As a result, I have extensive experience working with modern information retrieval infrastructure. For example, I was the sole PI on a $240,000 grant from the National Science Foundation that developed technology for optimizing software server programs. As the first sentence of the grant proposal stated: "Software server programs are a key component of network-based information retrieval and delivery systems such as the Internet." As part of this proposed research, we investigated techniques for automatically restructuring software servers to deliver requested information to clients more efficiently while enabling productive software development techniques for this important class of programs. This proposal was submitted in 1999, with the funded period of performance running from 2000 to 2003. This grant funded the Master's degree research of my student Brian Demsky.  Under my supervision Mr. Demsky applied his techniques to a variety of software servers, including a server that, on request, located

and returned quotes for stock prices.   Another software server implemented a core component of web sites, specifically the software that serves HTTP web pages to clients (typically web browsers) that requested pages from the web site. Another software server provided a telephone number look up service.

24.     As part of other research, in collaboration with students at MIT working under my supervision, I developed a new technique, failure-oblivious computing, for enabling large software systems to survive otherwise fatal errors and attacks. We demonstrated that this technique enabled a variety of widely used software systems to successfully survive attacks. One of the systems we demonstrated our techniques on was the Apache web server, at the time the most popular web server in the world, which (according to a contemporaneous survey) 64% of the web sites in the Internet used. This research was published in the paper "Enhancing Server Availability and Security Through Failure-Oblivious Computing" (Rinard, Cadar, Dumitran, Roy, Leu, and Beebee, Proceedings of the 6th Symposium on Operating Systems Design and Implementation, December 2004).

25.     I have also performed research into using natural language processing to solve information retrieval problems. For example, I have performed research designed to help users find solutions to common computer usage tasks such as configuring a router or emailing a photograph. The technique builds a database of candidate solutions that users can then search to find specific solutions for a given task.   The technique leverages modern natural language understanding technology to obtain candidate sequences of actions from a crowd-sourced community of Internet users.   Each sequence of actions accomplishes a useful computer usage task. The technique then builds a database that contains these solutions.

26.     The sequences of actions in the database can be obtained by a fully automated translation of English text into specific computer actions (such as selecting an option in a

graphical dialog box), partially automated translations (with human users providing translations for sentences that are particularly difficult for the computer to understand), or by recording actions as they are performed by the users. Once the database has been constructed, users can then search the database, with the search potentially informed by the user's Graphical User Interface (GUI) context, to locate, and potentially automatically perform, a sequence of actions that performs the user's desired task. This research was published in the paper "WikiDo" (Kushman, Brodsky, Branavan, Katabi, Barzilay, and Rinard, Proceedings of Eighth ACM Workshop on Hot Topics in Networks (HotNets-VIII), October 2009).

27.     I have also performed research that uses natural language processing to automatically generate, starting with English language texts, programs that read inputs for computer programs. This research was published in the paper "From Natural Language Specifications to Program Input Parsers" (Lei, Long, Barzilay, and Rinard Association For Computational Linguistics 2013, August 2013).

28.     I have also performed research in program analysis and verification, including the design and implementation of a number of program analysis and verification techniques. I have also performed research that explored the application of these techniques to automatically transform programs to satisfy desired goals. I have also performed research in computer security, including the security of applications that are exposed to arbitrary user inputs via the Internet.

29.     I have dealt with the use of what a person of ordinary skill in the art relevant for the '959 patent would likely consider to be "heuristics," in both my teaching and research activities. For example, I have taught 6.035, the undergraduate compiler course at MIT, many times.  Compilers often need to solve problems that are believed to be, in general, computationally intractable. In response to this situation, researchers have developed approaches that, through experience, seem to work well for the specific cases that occur in practice. One

example is list scheduling strategies for scheduling instructions on superscalar machines, which can execute instructions in parallel. Because the instruction scheduling problem is known to be NP-complete, it has no known efficient optimal solution.  Over the years researchers have therefore developed list scheduling strategies that are designed to produce good solutions to this problem quickly.

30. In the undergraduate compiler class at MIT I typically cover list scheduling with a particular strategy (although it was clear that other strategies could be used as well).

31. Register allocation is another compiler problem in which techniques that one of skill in the art of the '959 patent would likely consider "heuristics" often play a prominent role. Like instruction scheduling, register allocation is known to be NP-complete. One approach to this problem is to use graph coloring - reduce the register allocation problem to a graph coloring problem, then use rules of thumb to solve the graph coloring problem efficiently.  In the undergraduate compiler class at MIT I typically cover the graph coloring approach to register allocation.

32. I note that not all problems in compilers are solved with techniques that one of ordinary skill in the art relevant to the '959 patent would likely consider to be "heuristic." Parsing, for example, is typically solved with techniques that most compiler developers and most persons of skill in the art relevant to the '959 patent would likely not view as "heuristic."  And compilers often include other techniques for which compiler developers may very well have different views on whether the techniques are "heuristic" or not.   Some instruction selection and peephole optimization techniques, for example, do not deliver optimal results, but many compiler developers would not consider them to be "heuristic" for various reasons – although the term "heuristic" is vague enough that persons of skill might well disagree on those issues.

33. Techniques that one of ordinary skill in the art relevant to the '959 patent would

likely consider to be "heuristic" have also played a prominent role in many of my research projects. For example, my Ph.D. research on the Jade programming language explored the use of a locality heuristic that attempted to improve the performance of programs written in Jade. The Jade implementation can execute Jade programs on shared-memory multiprocessors, distributed-memory multiprocessors, or heterogeneous collections of workstations (on this execution platform the workstations communicate via the Internet).

34. Jade programs execute tasks that access objects. In workstation-based execution platforms, each object is stored on one or more workstations. Each Jade task declares the set of objects that it may access when it executes. On workstation-based execution platforms, the Jade implementation must schedule tasks on workstations for execution. Some of the objects that the task will access may be available locally on the workstation that will execute the task. Other objects may be available only on remote workstations in the Internet. It is the responsibility of the Jade implementation to locate these local and remote objects and generate the Internet communication required to ensure that all objects are locally available before the task executes. To minimize remote communication and therefore maximize the efficiency of the computation, it is desirable to execute tasks on workstations that have some or even all of the objects available locally.

35. The Jade implementation employs a "locality heuristic" that attempts to minimize communication by scheduling tasks on workstations that already have a "locality object" (the first object that the task declares that it will access) stored in the local memory of the workstation. I presented research on this locality heuristic, and other techniques that attempt to improve the communication efficiency of Jade tasks, in the paper "Communication Optimizations for Parallel Computing Using Data Access Information" (Rinard, Proceedings of Supercomputing '95, December 1995).

36.     In collaboration with my Ph.D. student Pedro Diniz, I developed "a heuristic that attempts to suppress the exploitation of unprofitable concurrency; this heuristic suppresses the exploitation of nested concurrency within parallel loops." While the heuristic "works well for our current application set, in some cases it may generate excessively sequential code." See the paper "Commutativity Analysis: A New Analysis Framework for Parallelizing Compilers" (Rinard and Diniz, ACM Transactions on Programming Languages and Systems Volume 19, Number 6 (November 1997), pp. 942-991) for more detail.

37.     I have also developed, with other members of my research group, a heuristic technique, loop perforation, for optimizing approximate computations. We have successfully applied this technique to a variety of computations. We have had particular success applying this technique to optimize "partially redundant subcomputations realized as loops in heuristic searches of complex search spaces" as described in the paper "Quality of Service Profiling" (Misailovic, Sidiroglou, Hoffmann, and Rinard, Proceedings of the ACM/IEEE 32nd International Conference on Software Engineering, May 2010). In follow-on research, we used a "heuristic scoring metric to prioritize loop/perforation rate pairs" as discussed in the paper "Managing Performance vs. Accuracy Trade-offs With Loop Perforation" (Sidiroglou, Misailovic, Hoffmann, and Rinard, 19th ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE-19) and ESEC'11: 13th European Software Engineering Conference (ESEC-13), September 2011).

38.     I have also developed, with other members of my research group, a system "for dynamically adapting the behavior of running applications to respond to fluctuations in load, power, or any other event that threatens the ability of the underlying computing platform to deliver adequate capacity to satisfy demand." While this technique "heuristically establishes the time quantum," it is distinguished from previous systems that use heuristic control because it

"uses a decision mechanism grounded in control science with provably good convergence and predictability properties" as discussed in the paper "Dynamic Knobs for Responsive Power-Aware Computation" (Hoffmann, Sidiroglou, Carbin, Misailovic, Agarwal, Rinard, Proceedings of the 16th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2011), March 2011). One of the benchmark computations we explored in this research was Swish++, an open-source web search engine.

39. As described above, this paper discusses some techniques that would be generally recognized in the field as "heuristic" and other techniques that would generally be recognized as not "heuristic," though persons of skill might differ on those conclusions. The presented system also includes techniques, such as the influence tracing system, that some in the field would characterize as heuristic, while others would not characterize as heuristic.

40. In much of computer science, a constraint is a property, expressed in formal logic, that any acceptable solution to a problem must have. Constraints have played a central role in many areas of computer science. I have used constraints and constraint satisfaction algorithms extensively in both my teaching and research activities.

41. Early in my career, I wrote, with Vijay Saraswat and Prakash Panangaden, two papers on concurrent constraint programming - "Concurrent Constraint Programming" (Saraswat and Rinard, Proceedings of the Seventeenth Annual ACM Symposium on the Principles of Programming Languages, January 1990) and "Semantic Foundations of Concurrent Constraint Programming" (Saraswat, Rinard, and Panangaden, Proceedings of the Eighteenth Annual ACM Symposium on the Principles of Programming Languages, January 1991). These papers deal with a programming paradigm in which "computation emerges from the interaction of placing, checking, and instantiating constraints on shared variables." This model of computation places constraints, and constraint satisfaction, at the core of the programming model. These papers

introduced the concept of using constraints in parallel programming and established the mathematical foundations required to understand the use of constraints in this context. In 1994, the Association for Logic Programming recognized the second paper as one of three "Most Influential Papers in Twenty Years."

42. Constraints have continued to play a prominent role in much of my subsequent research. For example, with my student Brian Demsky, I explored a research direction that repaired damaged data structures by enforcing consistency constraints associated with the data structure. This research identified (either by the programmer or by automated machine learning techniques) consistency constraints that data structures must satisfy. Unfortunately, programming errors can cause the data structures that the program manipulates to violate their constraints, typically causing the program to execute unacceptably or even crash. This research addressed this problem by examining the data structure to see if it violated any of the consistency constraints. If so, it used a constraint satisfaction algorithm to repair the damaged data structure so that it satisfied the consistent constraints. This constraint satisfaction algorithm was designed to produce a repaired data structure that was heuristically close to the original inconsistent data structure. We presented this research in a series of papers, one of which, "Data Structure Repair Using Goal-Directed Reasoning" (Demsky and Rinard, Proceedings of the 2005 International Conference on Software Engineering), was recognized with a Distinguished Paper award.

43. For another example, with a group of researchers in my research group, I developed a technique, input rectification, that is designed to nullify programming errors. The basic idea is to learn constraints that characterize "safe" inputs - i.e., inputs that the program can process successfully without error. When presented with an input that violates these learned constraints, input rectification uses a constraint satisfaction algorithm to modify the input so that it does satisfy the constraints. The modified input is then presented to the program instead of

the original input. This research was published in the paper "Automatic Input Rectification" (Fan Long, Vijay Ganesh, Michael Carbin, Stelios Sidiroglou, and Martin Rinard, Proceedings of the 34th International Conference on Software Engineering, June 2012).

44. For yet another example, with John Whaley, I developed a combined pointer and escape analysis algorithm for Java programs. The goal of this research was to automatically analyze Java programs to discover how Java objects in the program may refer to other Java objects and to understand how Java objects allocated in one region of the program may escape that region to be referenced in a different region. As is standard in the field, the analysis problem is formulated as a set of constraints; the analysis algorithm solves the constraints to obtain the analysis result. This paper was published as "Compositional Pointer and Escape Analysis for Java Programs" (John Whaley and Martin C. Rinard, Proceedings of the 1999 ACM SIGPLAN Conference on Object-Oriented Programming Systems, Languages, and Applications, November 1999).

45. As another example of my relevant experience, I have often taught 6.035, the undergraduate compiler class at MIT. In this class I teach how students how to formulate program analysis problems as constraint systems and how to solve these constraints to obtain the program analysis result.

46. Previously, I have testified either by deposition or at trial in the following litigation matters:

> Starsight Telecast, Inc. v. **General Instrument Corporation**
> American Arbitration Association 74-181-0445-97
>
> eSPEED, Inc.; CANTOR FITZGERALD, L.P.; and CFPH, L.L.C. vs. **BROKERTEC USA, L.L.C.; GARBAN, L.L.C.; ICAP PLC; OM TECHNOLOGY AB; and OM TECHNOLOGY (US), Inc.**
> United States District Court for the District of Delaware
> No. 03-612
>
> FINISAR CORPORATION vs. **THE DIRECTV GROUP, INC.; DIRECTV**

**HOLDINGS, LLC; DIRECTV ENTERPRISES, LLC; DIRECTV OPERATIONS, LLC; DIRECTV, INC.; and HUGHES NETWORK SYSTEMS, INC.**
United States District Court for the Eastern District of Texas, Beaumont Division
Civil Action No. 1:05-CV-0264

The American Chemical Society vs. **Leadscope, Inc., et al.**
Franklin County, Ohio, Common Pleas Court
No. 02CVC-07-7653

Personal Data and Mobile Communications Devices and Related Software, 337-TA-710, Apple v. **HTC**.

Intellectual Ventures I LLC et al v. **Motorola Mobility LLC**, U.S. District Court, District of Delaware (Wilmington), 1:11-cv-00908-SLR-MPT.

47.  The above list includes all deposition and trial testimony within the last four years.

48.  I provide the details of my analysis, and the conclusions that form the basis for any testimony that I may give, below.  Any testimony I give may include appropriate visual aids, some or all of the data or other documents and information cited herein or identified in Appendix 2, and additional data or other information identified in discovery, to support or summarize my opinions.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

115.  Many search systems used heuristics to locate relevant information before the application for the '959 was filed.  For example, WAIS used heuristics to locate documents that would, hopefully, be relevant to the user.  "To improve . . . retrieval effectiveness, WAIS uses ***a heuristic ranking*** method, which sorts the documents according to decreasing ***relevance***." *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 87-88.  "A ranking number, which is generated by the server using a heuristic ranking method, indicates the ordinal position of a headline in the set of responses to a query."  *Id.* at 247.

> **How does WAIS work?**
>
> The servers take a users question and ***do their best to find relevant documents***. The servers, at this point, ***do not "understand" the users English language question***, rather they try to find documents that contain those words and phrases and ranks them ***based on heuristics***.

*Overview of Wide Area Information Servers*, Kahle, April 1991, SAMNDCA630-00821974; *see also WAIS – Making it Easier to Access Internet Resources*, Link Letter, 1992, Reprinted from CERFnet News, Volume 3 Number 6, KAHLENDCA630-00001343 at 45; *Wide Area Information Servers*, 1991, KAHLENDCA630-00009871 at 72; Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC Conference, KAHLENDCA630-00013891 at 903, CORNELLNDCA630-00000058 at 72.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

_____  _____Aug. 12, 2013_____
Martin Rinard                                    Date