# EXHIBIT 53

quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3227

WRITER'S INTERNET ADDRESS
michaelfazio@quinnemanuel.com

February 2, 2014

<u>VIA E-MAIL</u>

Joshua Furman
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166

Re:   <u>Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-00630 (N.D. Cal.)</u>

Dear Joshua,

I write regarding Samsung's and Apple's agreement resolving Apple's motion to strike Dr. Rinard's opinions regarding non-infringing alternatives related to certain versions of the Google Search Application. As part of that agreement, Samsung and Apple agreed that "[w]ithin four weeks after" Google's production of additional source code, Apple would have the option to "submit a short supplemental report" limited to addressing certain non-infringing alternatives addressed in Dr. Rinard's report. (*See* Hearing Tr. (December 12, 2013), at 12; *see also* Dkt. 1056 at 2 n.3.) If Apple elected to submit this supplemental report, Samsung could submit a responsive supplemental report within two weeks. (Dkt. 1056 at 2 n.3.)

Apple's deadline to serve a supplemental report on these issues was January 31, 2014. Apple did not serve a supplemental report by that deadline. By electing not to submit this supplemental report, Apple also elected to remove Samsung's option to serve a responsive report. This resolves the matter fully. Thank you for your time and courtesy in resolving these issues.

Very truly yours,

Michael L. Fazio

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG