[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                 Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                 Defendant. | Case No.    12-cv-00630-LHK (PSG)<br><br>**JOINT SUBMISSION REGARDING PROPOSED FORM OF VERDICT** |

1    The parties provide the following joint submission regarding proposed forms of verdict in

2  accordance with the Court's January 24, 2014 Case Management Order (Dkt. No. 1158.)

3    Attached as Exhibit A is Apple's proposed form of verdict.

4    Attached as Exhibit B is Samsung's proposed form of verdict.

Dated: February 25, 2014

By: /s/ Mark D. Selwyn

Attorney for Plaintiff and Counterclaim-Defendant

APPLE INC.

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

By: /s/ Victoria F. Maroulis

Attorney for Defendants and Counterclaim-Plaintiffs

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

CHARLES K. VERHOEVEN (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129 (CA);
2542082 (NY))
kevinjohnson@quinnemanuel.com
VICTORIA F. MAROULIS (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM C. PRICE (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1    MARK D. SELWYN (CA SBN 244180)
2    mark.selwyn@wilmerhale.com
     WILMER CUTLER PICKERING
3      HALE AND DORR LLP
     950 Page Mill Road
4    Palo Alto, CA 94304
     Telephone: (650) 858-6000
5    Facsimile: (650) 858-6100

6

7

8

9
                    **ATTESTATION OF E-FILED SIGNATURE**
10
         I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this
11
     Declaration.  In compliance with General Order 45 X.B., I hereby attest that Victoria F. Maroulis
12
     has concurred in this filing.
13

14   Dated:  February 25, 2014                    */s/ Mark D. Selwyn*
                                                  Mark D. Selwyn
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

APPLE INC., a California corporation,

11

Plaintiff,

12

v.

Civil Action No. 12-CV-00630-LHK

**[PROPOSED] VERDICT FORM**

13

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation, SAMSUNG

14

ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG

15

TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

16
17

Defendant.

18

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation, SAMSUNG

19

ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG

20

TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

21
22

Counterclaim-Plaintiffs,

v.

23

APPLE INC., a California corporation,

24

Counterclaim-Defendant.

25
26

    We, the jury, unanimously agree to the answers to the following questions and return them

27

under the instructions of this Court as our verdict in this case.

28

**FINDINGS ON APPLE'S CLAIMS**

**APPLE'S PATENT CLAIMS AGAINST SAMSUNG**

1.    **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed Claim 9 of the '647 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | ■ | |
| Galaxy Nexus (JX 29) | | ■ | |
| Galaxy Note (JX 30) | | ■ | |
| Galaxy Note II (JX 31) | | ■ | |
| Galaxy S II (JX 32) | | ■ | |
| Galaxy S II Epic 4G Touch (JX 33) | | ■ | |
| Galaxy S II Skyrocket (JX 34) | | ■ | |
| Galaxy S III (JX 35) | | ■ | |
| Galaxy Tab 2 10.1 (JX 36) | | | |
| Stratosphere (JX 37) | | ■ | |

2.    **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed <u>Claim 25 of the '959 Patent</u>?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | ■ | |
| Galaxy Nexus (JX 29) | | ■ | |
| Galaxy Note (JX 30) | | ■ | |
| Galaxy Note II (JX 31) | | ■ | |
| Galaxy S II (JX 32) | | ■ | |
| Galaxy S II Epic 4G Touch (JX 33) | | ■ | |
| Galaxy S II Skyrocket (JX 34) | | ■ | |
| Galaxy S III (JX 35) | | ■ | |
| Galaxy Tab 2 10.1 (JX 36) | | | |
| Stratosphere (JX 37) | | ■ | |

3.    **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed <u>Claim 20 of the '414 Patent</u>?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).  Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy Note (JX 30) | | | |
| Galaxy Note II (JX 31) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Galaxy S III (JX 35) | | | |
| Galaxy Tab 2 10.1 (JX 36) | | | |
| Stratosphere (JX 37) | | | |

4.    **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC)  and/or Samsung Telecommunications America (STA) has infringed <u>Claim 8 of the '721 Patent</u>?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Stratosphere (JX 37) | | | |

**5.** **If you found that Samsung Electronics America (SEA) or Samsung Telecommunications America (STA) infringed in any of Questions 1 through 4, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC) took action that it knew or should have known would induce SEA or STA to infringe the '647 Patent, '959 Patent, '414 Patent, and/or '721 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | '647 Patent | '959 Patent | '414 Patent | '721 Patent |
|---|---|---|---|---|
| Admire: (JX 28) | | | | |
| Galaxy Nexus (JX 29) | | | | |
| Galaxy Note (JX 30) | | | | ■ |
| Galaxy Note II (JX 31) | | | | |
| Galaxy S II (JX 32) | | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | | |
| Galaxy S II Skyrocket (JX 34) | | | | |
| Galaxy S III (JX 35) | | | | ■ |
| Galaxy Tab 2 10.1 (JX 36) | | | | |
| Stratosphere (JX 37) | | | | |

**6.** **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) took action it knew or should have known would contribute to infringement of the '647 Patent, '959 Patent, '414 Patent, and/or '721 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | '647 Patent | '959 Patent | '414 Patent | '721 Patent |
|---|---|---|---|---|
| Admire: (JX 28) | | | | |
| Galaxy Nexus (JX 29) | | | | |
| Galaxy Note (JX 30) | | | | ■ |
| Galaxy Note II (JX 31) | | | | |
| Galaxy S II (JX 32) | | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | | |
| Galaxy S II Skyrocket (JX 34) | | | | |
| Galaxy S III (JX 35) | | | | ■ |
| Galaxy Tab 2 10.1 (JX 36) | | | | |
| Stratosphere (JX 37) | | | | |

**7.** **Has Apple proven by clear and convincing evidence that the Samsung entity's infringement of any of the following patents was willful?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

| Apple Patents | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| '647 Patent (Claim 9) | | | |
| '959 Patent (Claim 25) | | | |
| '414 Patent (Claim 20) | | | |
| '721 Patent (Claim 8) | | ███ | |
| '172 Patent (Claim 18) | | ███ | |

**8.**    **Has Samsung proven by clear and convincing evidence that Apple's asserted  patent claims are invalid?**

'647 Patent (Claim 9)        Yes _____  (for Samsung)        No _____  (for Apple)

'959 Patent (Claim 25)        Yes _____  (for Samsung)        No _____  (for Apple)

'414 Patent (Claim 20)        Yes _____  (for Samsung)        No _____  (for Apple)

'721 Patent (Claim 8)        Yes _____  (for Samsung)        No _____  (for Apple)

'172 Patent (Claim 18)        Yes _____  (for Samsung)        No _____  (for Apple)

**DAMAGES TO APPLE FROM SAMSUNG (IF APPLICABLE)**

9.      What is the total dollar amount that Apple is entitled to receive from Samsung on the claims on which you have ruled in favor of Apple?

$ _____.

10.      a.  For the total dollar amount in your answer to Question 9, please provide the dollar breakdown for the following products:

| Accused Samsung Product | Amount |
|---|---|
| Admire: (JX 28) | |
| Galaxy Nexus (JX 29) | |
| Galaxy Note (JX 30) | |
| Galaxy Note II (JX 31) | |
| Galaxy S II (JX 32) | |
| Galaxy S II Epic 4G Touch (JX 33) | |
| Galaxy S II Skyrocket (JX 34) | |
| Galaxy S III (JX 35) | |
| Galaxy Tab 2 10.1 (JX 36) | |
| Stratosphere (JX 37) | |

b. For the dollar amount in your answer to Question 9, please provide the dollar breakdown for the following products and following periods:

| Accused Samsung Product | August 1, 2011 – June 30, 2012 | July 1, 2012 – August 24, 2012 | August 25, 2012 - Present |
|---|---|---|---|
| Galaxy S II | | | |
| Galaxy S II Epic 4G | | | |
| Galaxy S II Skyrocket | | | |

**SAMSUNG'S PATENT CLAIMS AGAINST APPLE**

**11.    For each of the following products, has Samsung proven by a preponderance of the evidence that Apple has infringed the indicated Samsung patent claims?**

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).  Do not provide an answer for any cell that is blacked out.)

| Accused Apple Products | '239 Patent — Claim 1 Literal Infringement | '239 Patent — Claim 1 Doctrine of Equivalents | '239 Patent — Claim 15 Literal Infringement | '449 Patent — Claim 27 | '596 Patent — Claim 13 | '087 Patent — Claim 10 |
|---|---|---|---|---|---|---|
| iPhone 4 (JX 38) | | | | | | |
| iPhone 4S (JX 39) | | | | | | |
| iPhone 5 (JX 40) | | | | | | |
| iPad 2 (JX 41) (Wifi only) | | | ■ | ■ | ■ | ■ |
| iPad 2 (JX 41) (cellular-enabled) | | | | | | |
| iPad 3rd gen. (JX 42) (Wifi only) | | | ■ | ■ | ■ | ■ |
| iPad 3rd gen. (JX 43) (cellular-enabled) | | | | | | |
| iPad 4th gen. (JX 44) (Wifi only) | | | ■ | ■ | ■ | ■ |
| iPad 4th gen. (JX 44) (cellular-enabled) | | | | | | |
| iPad mini (JX 45) (Wifi only) | | | ■ | ■ | ■ | ■ |
| iPad mini (JX 45) (cellular-enabled) | | | | | | |
| iPod touch (JX 46) (4th gen.) | | | ■ | | ■ | ■ |
| iPod touch (JX 46) (5th gen.) | | | ■ | | ■ | ■ |
| MacBook Pro (JX 47) | | | ■ | ■ | ■ | ■ |

**12.** **Has Apple proven by clear and convincing evidence that Samsung's asserted patent claims are invalid?**

'087 Patent

Claim 10:      Yes _____ (for Apple)              No _____ (for Samsung)

'596 Patent

Claim 13:      Yes _____ (for Apple)              No _____ (for Samsung)

'449 Patent

Claim 27:      Yes _____ (for Apple)              No _____ (for Samsung)

'239 Patent

Claim 1:       Yes _____ (for Apple)              No _____ (for Samsung)

Claim 15:      Yes _____ (for Apple)              No _____ (for Samsung)

## PATENT EXHAUSTION

**13.** **Has Apple proven by a preponderance of the evidence that Samsung is barred by patent exhaustion from enforcing the following Samsung patents against Apple?**

a.      '087 Patent

Yes _____ (for Apple)      No _____ (for Samsung)

b.      '596 Patent

Yes _____ (for Apple)      No _____ (for Samsung)

## DAMAGES TO SAMSUNG FROM APPLE (IF APPLICABLE)

14.   **What is the total dollar amount that Samsung is entitled to receive from Apple on the claims on which you have ruled in favor of Samsung?  You may not award damages for any patent that you found exhausted in your answer to Question 13.**

$ _____.

15.   **For the total dollar amounts in your answers to Question 14, please provide the breakdown by patent:**

'087 Patent:  $_____

'596 Patent:  $ _____

'239 Patent:  $ _____

'449 Patent:  $ _____

16.   **For the total dollar amounts in your answers to Questions 14, please provide the dollar breakdown for the following products.**

| Accused Samsung Product | Amount |
|---|---|
| iPhone 4 (JX 38) | |
| iPhone 4S (JX 39) | |
| iPhone 5 (JX 40) | |
| iPad 2 (JX 41) | |
| iPad 3rd gen. (JX 42) | |
| iPad 4th gen. (JX 43) | |
| iPad mini (JX 44 ) | |
| iPod touch 4th gen. (JX 45) | |
| iPod touch 5th gen. (JX 46) | |
| MacBook Pro (JX 47) | |

**BREACH OF CONTRACT CLAIMS**

**17.**     **Has Apple proven by a preponderance of the evidence that Samsung breached its contractual obligations by failing to timely disclose its intellectual property rights ("IPR") during the creation of the UMTS standard or by failing to license its "declared essential" patents on fair, reasonable, and non-discriminatory ("FRAND") terms?**

Yes _____ (for Apple)     No _____ (for Samsung)

**18.**     **If you answered "Yes" to Question 17, what is the dollar amount that Apple is entitled to receive from Samsung for Samsung's breach of contract?**

$ _____.

Have the presiding juror sign and date this form.

Signed: _____     Date: _____

                                                             PRESIDING JUROR

1
2
3
4
5
6
7
8
9
10
11
12
13

# EXHIBIT B

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28