[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendant. | Case No.    12-cv-00630-LHK (PSG)<br><br>**JOINT SUBMISSION REGARDING PROPOSED FORM OF VERDICT** |

The parties provide the following joint submission regarding proposed forms of verdict in accordance with the Court's January 24, 2014 Case Management Order (Dkt. No. 1158.)

Attached as Exhibit A is Apple's proposed form of verdict.

Attached as Exhibit B is Samsung's proposed form of verdict.

1      Dated: February 25, 2014

2
       By: /s/ Mark D. Selwyn                          By: /s/ Victoria F. Maroulis
3
          Attorney for Plaintiff and Counterclaim-      Attorney for Defendants and Counterclaim-
4         Defendant                                     Plaintiffs

5         APPLE INC.                                    SAMSUNG ELECTRONICS CO., LTD.,
                                                        SAMSUNG ELECTRONICS AMERICA,
6                                                       INC., AND SAMSUNG
                                                        TELECOMMUNICATIONS AMERICA,
7                                                       LLC

8         JOSH A. KREVITT (CA SBN 208552)              CHARLES K. VERHOEVEN (Bar No.
          jkrevitt@gibsondunn.com                       170151)
9         H. MARK LYON (CA SBN 162061)                 charlesverhoeven@quinnemanuel.com
          mlyon@gibsondunn.com                         KEVIN A. SMITH (Bar No. 250814)
10        GIBSON, DUNN & CRUTCHER LLP                  kevinsmith@quinnemanuel.com
          1881 Page Mill Road                          QUINN EMANUEL URQUHART &
11        Palo Alto, CA  94304-1211                    SULLIVAN LLP
          Telephone: (650) 849-5300                    50 California Street, 22nd Floor
12        Facsimile: (650) 849-5333                    San Francisco, California 94111
                                                        Telephone: (415) 875-6600
13        HAROLD J. McELHINNY (CA SBN                  Facsimile: (415) 875-6700
14        66781)
          hmcelhinny@mofo.com                          KEVIN P.B. JOHNSON (Bar No. 177129
15        JACK W. LONDEN (CA SBN 85776)                (CA);
          jlonden@mofo.com                             2542082 (NY))
16        RACHEL KREVANS (CA SBN 116421)               kevinjohnson@quinnemanuel.com
          rkrevans@mofo.com                            VICTORIA F. MAROULIS (Bar No.
17        RUTH N. BORENSTEIN (CA SBN                   202603)
18        133797)                                      victoriamaroulis@quinnemanuel.com
          rborenstein@mofo.com                         QUINN EMANUEL URQUHART &
19        ERIK J. OLSON (CA SBN 175815)                SULLIVAN LLP
          ejolson@mofo.com                             555 Twin Dolphin Drive, 5th Floor
20        MORRISON & FOERSTER LLP                      Redwood Shores, California 94065
21        425 Market Street                            Telephone: (650) 801-5000
          San Francisco, California 94105-2482         Facsimile: (650) 801-5100
22        Telephone: (415) 268-7000
          Facsimile: (415) 268-7522                    WILLIAM C. PRICE (Bar No. 108542)
23                                                      williamprice@quinnemanuel.com
          WILLIAM F. LEE (pro hac vice)                QUINN EMANUEL URQUHART &
24        William.lee@wilmerhale.com                   SULLIVAN LLP
          WILMER CUTLER PICKERING                      865 South Figueroa Street, 10th Floor
25          HALE AND DORR LLP                          Los Angeles, California 90017-2543
          60 State Street                              Telephone: (213) 443-3000
26        Boston, Massachusetts 02109                  Facsimile: (213) 443-3100
27        Telephone: (617) 526-6000
          Facsimile: (617) 526-5000

28

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this

Declaration.  In compliance with General Order 45 X.B., I hereby attest that Victoria F. Maroulis

has concurred in this filing.

Dated:  February 25, 2014                    */s/ Mark D. Selwyn*
                                             Mark D. Selwyn

# EXHIBIT A

1

2

3

4

5

6

7                            UNITED STATES DISTRICT COURT

8                           NORTHERN DISTRICT OF CALIFORNIA

9                                    SAN JOSE DIVISION

10   APPLE INC., a California corporation,

11                    Plaintiff,

12          v.                                        Civil Action No. 12-CV-00630-LHK

13   SAMSUNG ELECTRONICS CO., LTD., a                 **[PROPOSED] VERDICT FORM**
     Korean corporation, SAMSUNG
14   ELECTRONICS AMERICA, INC., a New
     York corporation, and SAMSUNG
15   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
16
                      Defendant.
17

18   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation, SAMSUNG
19   ELECTRONICS AMERICA, INC., a New
     York corporation, and SAMSUNG
20   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
21
                           Counterclaim-Plaintiffs,
22
            v.
23
     APPLE INC., a California corporation,
24
                           Counterclaim-Defendant.
25

26          We, the jury, unanimously agree to the answers to the following questions and return them

27   under the instructions of this Court as our verdict in this case.

28

PROPOSED VERDICT FORM
CASE NO. 12-CV-00630-LHK (PSG)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FINDINGS ON APPLE'S CLAIMS**

**APPLE'S PATENT CLAIMS AGAINST SAMSUNG**

1.      **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed <u>Claim 9 of the '647 Patent</u>?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy Note (JX 30) | | | |
| Galaxy Note II (JX 31) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Galaxy S III (JX 35) | | | |
| Galaxy Tab 2 10.1 (JX 36) | | | |
| Stratosphere (JX 37) | | | |

2.    **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed <u>Claim 25 of the '959 Patent</u>?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy Note (JX 30) | | | |
| Galaxy Note II (JX 31) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Galaxy S III (JX 35) | | | |
| Galaxy Tab 2 10.1 (JX 36) | | | |
| Stratosphere (JX 37) | | | |

3.    **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed <u>Claim 20 of the '414 Patent</u>?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).  Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy Note (JX 30) | | | |
| Galaxy Note II (JX 31) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Galaxy S III (JX 35) | | | |
| Galaxy Tab 2 10.1 (JX 36) | | | |
| Stratosphere (JX 37) | | | |

4.    **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC)  and/or Samsung Telecommunications America (STA) has infringed <u>Claim 8 of the '721 Patent</u>?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Stratosphere (JX 37) | | | |

1
2
3

**5.** **If you found that Samsung Electronics America (SEA) or Samsung Telecommunications America (STA) infringed in any of Questions 1 through 4, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC) took action that it knew or should have known would induce SEA or STA to infringe the '647 Patent, '959 Patent, '414 Patent, and/or '721 Patent?**

4

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

5
6

| Accused Samsung Product | '647 Patent | '959 Patent | '414 Patent | '721 Patent |
|---|---|---|---|---|
| Admire: (JX 28) | | | | |
| Galaxy Nexus (JX 29) | | | | |
| Galaxy Note (JX 30) | | | | ■ |
| Galaxy Note II (JX 31) | | | | |
| Galaxy S II (JX 32) | | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | | |
| Galaxy S II Skyrocket (JX 34) | | | | |
| Galaxy S III (JX 35) | | | | ■ |
| Galaxy Tab 2 10.1 (JX 36) | | | | |
| Stratosphere (JX 37) | | | | |

7
8
9
10
11
12
13
14
15
16
17
18

**6.** **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) took action it knew or should have known would contribute to infringement of the '647 Patent, '959 Patent, '414 Patent, and/or '721 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

19
20

| Accused Samsung Product | '647 Patent | '959 Patent | '414 Patent | '721 Patent |
|---|---|---|---|---|
| Admire: (JX 28) | | | | |
| Galaxy Nexus (JX 29) | | | | |
| Galaxy Note (JX 30) | | | | ■ |
| Galaxy Note II (JX 31) | | | | |
| Galaxy S II (JX 32) | | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | | |
| Galaxy S II Skyrocket (JX 34) | | | | |
| Galaxy S III (JX 35) | | | | ■ |
| Galaxy Tab 2 10.1 (JX 36) | | | | |
| Stratosphere (JX 37) | | | | |

21
22
23
24
25
26
27
28

**7.    Has Apple proven by clear and convincing evidence that the Samsung entity's infringement of any of the following patents was willful?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

| Apple Patents | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| '647 Patent (Claim 9) | | | |
| '959 Patent (Claim 25) | | | |
| '414 Patent (Claim 20) | | | |
| '721 Patent (Claim 8) | | ■ | |
| '172 Patent (Claim 18) | | ■ | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**8.**   **Has Samsung proven by clear and convincing evidence that Apple's asserted patent claims are invalid?**

<u>'647 Patent (Claim 9)</u>         Yes _____ (for Samsung)     No _____ (for Apple)

<u>'959 Patent (Claim 25)</u>       Yes _____ (for Samsung)     No _____ (for Apple)

<u>'414 Patent (Claim 20)</u>       Yes _____ (for Samsung)     No _____ (for Apple)

<u>'721 Patent (Claim 8)</u>         Yes _____ (for Samsung)     No _____ (for Apple)

<u>'172 Patent (Claim 18)</u>       Yes _____ (for Samsung)     No _____ (for Apple)

**DAMAGES TO APPLE FROM SAMSUNG (IF APPLICABLE)**

9.      What is the total dollar amount that Apple is entitled to receive from Samsung on the claims on which you have ruled in favor of Apple?

$ _____.

10.      a.  For the total dollar amount in your answer to Question 9, please provide the dollar breakdown for the following products:

| Accused Samsung Product | Amount |
|---|---|
| Admire: (JX 28) | |
| Galaxy Nexus (JX 29) | |
| Galaxy Note (JX 30) | |
| Galaxy Note II (JX 31) | |
| Galaxy S II (JX 32) | |
| Galaxy S II Epic 4G Touch (JX 33) | |
| Galaxy S II Skyrocket (JX 34) | |
| Galaxy S III (JX 35) | |
| Galaxy Tab 2 10.1 (JX 36) | |
| Stratosphere (JX 37) | |

b. For the dollar amount in your answer to Question 9, please provide the dollar breakdown for the following products and following periods:

| Accused Samsung Product | August 1, 2011 – June 30, 2012 | July 1, 2012 – August 24, 2012 | August 25, 2012 - Present |
|---|---|---|---|
| Galaxy S II | | | |
| Galaxy S II Epic 4G | | | |
| Galaxy S II Skyrocket | | | |

## SAMSUNG'S PATENT CLAIMS AGAINST APPLE

**11.    For each of the following products, has Samsung proven by a preponderance of the evidence that Apple has infringed the indicated Samsung patent claims?**

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).  Do not provide an answer for any cell that is blacked out.)

| Accused Apple Products | '239 Patent — Claim 1 Literal Infringement | '239 Patent — Claim 1 Doctrine of Equivalents | '239 Patent — Claim 15 Literal Infringement | '449 Patent — Claim 27 | '596 Patent — Claim 13 | '087 Patent — Claim 10 |
|---|---|---|---|---|---|---|
| iPhone 4 (JX 38) | | | | | | |
| iPhone 4S (JX 39) | | | | | | |
| iPhone 5 (JX 40) | | | | | | |
| iPad 2 (JX 41) (Wifi only) | | | █ | █ | █ | █ |
| iPad 2 (JX 41) (cellular-enabled) | | | | | | |
| iPad 3rd gen. (JX 42) (Wifi only) | | | █ | █ | █ | █ |
| iPad 3rd gen. (JX 43) (cellular-enabled) | | | | | | |
| iPad 4th gen. (JX 44) (Wifi only) | | | █ | █ | █ | █ |
| iPad 4th gen. (JX 44) (cellular-enabled) | | | | | | |
| iPad mini (JX 45) (Wifi only) | | | █ | █ | █ | █ |
| iPad mini (JX 45) (cellular-enabled) | | | | | | |
| iPod touch (JX 46) (4th gen.) | | | █ | | █ | █ |
| iPod touch (JX 46) (5th gen.) | | | █ | | █ | █ |
| MacBook Pro (JX 47) | | | █ | █ | █ | █ |

**12.    Has Apple proven by clear and convincing evidence that Samsung's asserted patent claims are invalid?**

'087 Patent

Claim 10:        Yes _____ (for Apple)                No _____ (for Samsung)

'596 Patent

Claim 13:        Yes _____ (for Apple)                No _____ (for Samsung)

'449 Patent

Claim 27:        Yes _____ (for Apple)                No _____ (for Samsung)

'239 Patent

Claim 1:         Yes _____ (for Apple)                No _____ (for Samsung)

Claim 15:        Yes _____ (for Apple)                No _____ (for Samsung)

## PATENT EXHAUSTION

**13.    Has Apple proven by a preponderance of the evidence that Samsung is barred by patent exhaustion from enforcing the following Samsung patents against Apple?**

a.      '087 Patent

Yes _____ (for Apple)      No _____ (for Samsung)

b.      '596 Patent

Yes _____ (for Apple)      No _____ (for Samsung)

**DAMAGES TO SAMSUNG FROM APPLE (IF APPLICABLE)**

**14.**    **What is the total dollar amount that Samsung is entitled to receive from Apple on the claims on which you have ruled in favor of Samsung?  You may not award damages for any patent that you found exhausted in your answer to Question 13.**

$ _____.

**15.**    **For the total dollar amounts in your answers to Question 14, please provide the breakdown by patent:**

'087 Patent:  $_____

'596 Patent:  $ _____

'239 Patent:  $ _____

'449 Patent:  $ _____

**16.**    **For the total dollar amounts in your answers to Questions 14, please provide the dollar breakdown for the following products.**

| Accused Samsung Product | Amount |
|---|---|
| iPhone 4 (JX 38) | |
| iPhone 4S (JX 39) | |
| iPhone 5 (JX 40) | |
| iPad 2 (JX 41) | |
| iPad 3rd gen. (JX 42) | |
| iPad 4th gen. (JX 43) | |
| iPad mini (JX 44 ) | |
| iPod touch 4th gen. (JX 45) | |
| iPod touch 5th gen. (JX 46) | |
| MacBook Pro (JX 47) | |

1

**BREACH OF CONTRACT CLAIMS**

2

**17.   Has Apple proven by a preponderance of the evidence that Samsung breached its contractual obligations by failing to timely disclose its intellectual property rights ("IPR") during the creation of the UMTS standard or by failing to license its "declared essential" patents on fair, reasonable, and non-discriminatory ("FRAND") terms?**

3

4

5

Yes _____ (for Apple)      No _____ (for Samsung)

6

7

**18.   If you answered "Yes" to Question 17, what is the dollar amount that Apple is entitled to receive from Samsung for Samsung's  breach of contract?**

8

$ _____.

9

10

Have the presiding juror sign and date this form.

11

12

13

Signed: _____      Date: _____

14

PRESIDING JUROR

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S PROPOSED VERDICT FORM**<br><br>Judge:      Hon. Lucy H. Koh<br>Place:      Courtroom 1, 5th Floor<br>Trial Date:  March 31, 2014 at 9 A.M. |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**FINDINGS ON APPLE'S CLAIMS**

1.  **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed claim 20 of the '414 patent?**

     (Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung), and for each product for which you answer with a "Y" for yes indicate the date Apple provided Samsung written notice that such product infringed the '414 patent.   Do not answer for any cell that is blacked out).

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire | | | | |
| Galaxy Nexus | | | | |
| Galaxy Note | | | | |
| Galaxy Note II | | | | |
| Galaxy S II | | | | |
| Galaxy S II Epic 4G Touch | | | | |
| Galaxy S II Skyrocket | | | | |
| Galaxy S III | | | | |
| Galaxy Tab 2 10.1 | | | | |
| Stratosphere | | | | |

2. **For each of the following products that you found infringed claim 20 of the '414 patent, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '414 patent, took action that it knew or should have known would induce Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") to infringe claim 20 of the '414 patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).    Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. |
|---|---|
| Admire | |
| Galaxy Nexus | |
| Galaxy Note | |
| Galaxy Note II | |
| Galaxy S II | |
| Galaxy S II Epic 4G Touch | |
| Galaxy S II Skyrocket | |
| Galaxy S III | |
| Galaxy Tab 2 10.1 | |
| Stratosphere | |

1

2   **3.    For each of the following products that you found infringed claim 20 of the '414**

3   **patent, has Apple proven by a preponderance of the evidence that Samsung**
    **Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or**

4   **Samsung Telecommunications America, LLC ("STA") supplied an important**
    **component of the infringing part of the product; that the component was not a**

5   **common component suitable for non-infringing use; and that SEC, SEA, or STA**
    **supplied the component with knowledge of the '414 patent and knowledge that the**

6   **component was especially made or adapted for use in an infringing manner?**

7   (Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for

8   Samsung).    Do not answer any cell that is blacked out.)

9

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire | | | |
| Galaxy Nexus | | | |
| Galaxy Note | | | |
| Galaxy Note II | | | |
| Galaxy S II | | | |
| Galaxy S II Epic 4G Touch | | | |
| Galaxy S II Skyrocket | | | |
| Galaxy S III | | | |
| Galaxy Tab 2 10.1 | | | |
| Stratosphere | | | |

19

20   **4.    Has Samsung proven by clear and convincing evidence that claim 20 of the '414 patent**
    **is invalid?**

21          Yes _____ (for Samsung)   No _____ (for Apple)

22

23

24

25

26

27

28

**5.**   **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed claim 8 of the '721 patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung), and and for each product for which you answer with a "Y" for yes indicate the date Apple provided Samsung written notice that such product infringed the '721 patent. Do not answer for any cell that is blacked out).

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire (Release EH02)  [Tongue/Dot Design] | | | | |
| Galaxy Nexus – Ice Cream Sandwich | | | | |
| Galaxy Nexus – Jelly Bean | | | | |
| Galaxy S II (Releases I777UCKH7, I777UCKK6, T989UVKID, T989UVKL1)  [Tongue/No Dot Design] | | | | |
| Galaxy S II Epic 4G Touch (Releases EG30, EK02, EL29)  [Tongue/No Dot Design] | | | | |
| Galaxy S II Skyrocket (Releases: I727UCKJ2, I727UCKK1 )  [Tongue/No Dot Design] | | | | |
| Stratosphere (Release EI2)  [Puzzle] | | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**6.    For each of the following products that you found infringed claim 8 of the '721 patent, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '721 patent, took action that it knew or should have known would induce Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") to infringe claim 8 of the '721 patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. |
|---|---|
| Admire (Release EH02)  [Tongue/Dot Design] | |
| Galaxy Nexus – Ice Cream Sandwich | |
| Galaxy Nexus – Jelly Bean | |
| Galaxy S II (Releases I777UCKH7, I777UCKK6, T989UVKID, T989UVKL1)  [Tongue/No Dot Design] | |
| Galaxy S II Epic 4G Touch (Releases EG30, EK02, EL29)  [Tongue/No Dot Design] | |
| Galaxy S II Skyrocket (Releases: I727UCKJ2, I727UCKK1 )  [Tongue/No Dot Design] | |
| Stratosphere (Release EI2)  [Puzzle] | |

Case No. 12-cv-00630
SAMSUNG'S PROPOSED VERDICT FORM

**7.** **For each of the following products that you found infringed claim 8 of the '721 patent, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that SEC, SEA, or STA supplied the component with knowledge of the '721 patent and knowledge that the component was especially made or adapted for use in an infringing manner?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire (Release EH02)<br><br>[Tongue/Dot Design] | | | |
| Galaxy Nexus – Ice Cream Sandwich | | | |
| Galaxy Nexus – Jelly Bean | | | |
| Galaxy S II (Releases I777UCKH7, I777UCKK6, T989UVKID, T989UVKL1)<br><br>[Tongue/No Dot Design] | | | |
| Galaxy S II Epic 4G Touch (Releases EG30, EK02, EL29)<br><br>[Tongue/No Dot Design] | | | |
| Galaxy S II Skyrocket (Releases: I727UCKJ2, I727UCKK1 )<br><br>[Tongue/No Dot Design] | | | |
| Stratosphere (Release EI2)<br><br>[Puzzle] | | | |

**8.** **Has Samsung proven by clear and convincing evidence that claim 8 of the '721 patent is invalid?**

Yes _____ (for Samsung)   No _____ (for Apple)

**9.** **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed claim 25 of the '959 patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung), and and for each product for which you answer with a "Y" for yes indicate the date Apple provided Samsung written notice that such product infringed the '959 patent. Do not answer for any cell that is blacked out).

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire | | | | |
| Galaxy Nexus | | | | |
| Galaxy Note | | | | |
| Galaxy Note II | | | | |
| Galaxy S II | | | | |
| Galaxy S II Epic 4G Touch | | | | |
| Galaxy S II Skyrocket | | | | |
| Galaxy S III | | | | |
| Galaxy Tab 2 10.1 | | | | |
| Stratosphere | | | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**10.** **For each of the following products that you found infringed claim 25 of the '959 patent, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '959 patent, took action that it knew or should have known would induce Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") to infringe claim 25 of the '959 patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).    Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. |
|---|---|
| Admire | |
| Galaxy Nexus | |
| Galaxy Note | |
| Galaxy Note II | |
| Galaxy S II | |
| Galaxy S II Epic 4G Touch | |
| Galaxy S II Skyrocket | |
| Galaxy S III | |
| Galaxy Tab 2 10.1 | |
| Stratosphere | |

11.  **For each of the following products that you found infringed claim 25 of the '959 patent, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that SEC, SEA, or STA supplied the component with knowledge of the '959 patent and knowledge that the component was especially made or adapted for use in an infringing manner?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire | | | |
| Galaxy Nexus | | | |
| Galaxy Note | | | |
| Galaxy Note II | | | |
| Galaxy S II | | | |
| Galaxy S II Epic 4G Touch | | | |
| Galaxy S II Skyrocket | | | |
| Galaxy S III | | | |
| Galaxy Tab 2 10.1 | | | |
| Stratosphere | | | |

12.  **Has Samsung proven by clear and convincing evidence that claim 25 of the '959 patent is invalid?**

Yes _____ (for Samsung)   No _____ (for Apple)

13.  **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. ("SEC"), Samsung Electronics America ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Gingerbread or Ice Cream Sandwich versions of Android?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung), and for each product for which you answer with a "Y" for yes indicate the date Apple provided Samsung written notice that such product infringed the '647 patent.   Do not answer for any cell that is blacked out).

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire | | | | |
| Galaxy Nexus | | | | |
| Galaxy Note | | | | |
| Galaxy Note II | | | | |
| Galaxy S II | | | | |
| Galaxy S II Epic 4G Touch | | | | |
| Galaxy S II Skyrocket | | | | |
| Galaxy S III | | | | |
| Stratosphere | | | | |

1

2   **14.   For each of the following products that you found infringed claim 9 of the '647 patent**
3   **through the <u>Browser</u> application in Samsung products with the Gingerbread or Ice**
    **Cream Sandwich versions of Android, has Apple proven by a preponderance of the**
4   **evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '647 patent, took**
    **action that it knew or should have known would induce Samsung Electronics America,**
5   **Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") to**
    **infringe claim 9 of the '647 patent through the <u>Browser</u> application in Samsung**
6   **products with the Gingerbread or Ice Cream Sandwich versions of Android?**

7   (Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for
    Samsung).    Do not answer any cell that is blacked out.)
8

9
| Accused Samsung Product | Samsung Electronics Co. Ltd. |
10 |---|---|
11 | Admire | |
   | Galaxy Nexus | |
12 | Galaxy Note | |
13 | Galaxy Note II | |
14 | Galaxy S II | |
15 | Galaxy S II Epic 4G Touch | |
   | Galaxy S II Skyrocket | |
16 | Galaxy S III | |
17 | Galaxy Tab 2 10.1 | |
18 | Stratosphere | |

19

20

21

22

23

24

25

26

27

28

15. **For each of the following products that you found infringed claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Gingerbread or Ice Cream Sandwich versions of Android, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that SEC, SEA, or STA supplied the component with knowledge of the '647 patent and knowledge that the component was especially made or adapted for use in an infringing manner?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire | | | |
| Galaxy Nexus | | | |
| Galaxy Note | | | |
| Galaxy Note II | | | |
| Galaxy S II | | | |
| Galaxy S II Epic 4G Touch | | | |
| Galaxy S II Skyrocket | | | |
| Galaxy S III | | | |
| Galaxy Tab 2 10.1 | | | |
| Stratosphere | | | |

16. **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. ("SEC"), Samsung Electronics America ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Jelly Bean version of Android?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung), and and for each product for which you answer with a "Y" for yes indicate the date Apple provided Samsung written notice that such product infringed the '647 patent. Do not answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire | | | | |
| Galaxy Nexus | | | | |
| Galaxy Note | | | | |
| Galaxy Note II | | | | |
| Galaxy S II | | | | |
| Galaxy S II Epic 4G Touch | | | | |
| Galaxy S II Skyrocket | | | | |
| Galaxy S III | | | | |
| Stratosphere | | | | |

17. **For each of the following products that you found infringed claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Jelly Bean version of Android, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '647 patent, took action that it knew or should have known would induce Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") to infringe claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Jelly Bean version of Android?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. |
|---|---|
| Admire | |
| Galaxy Nexus | |
| Galaxy Note | |
| Galaxy Note II | |
| Galaxy S II | |
| Galaxy S II Epic 4G Touch | |
| Galaxy S II Skyrocket | |
| Galaxy S III | |
| Galaxy Tab 2 10.1 | |
| Stratosphere | |

18. **For each of the following products that you found infringed claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Jelly Bean version of Android, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that SEC, SEA, or STA supplied the component with knowledge of the '647 patent and knowledge that the component was especially made or adapted for use in an infringing manner?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire | | | |
| Galaxy Nexus | | | |
| Galaxy Note | | | |
| Galaxy Note II | | | |
| Galaxy S II | | | |
| Galaxy S II Epic 4G Touch | | | |
| Galaxy S II Skyrocket | | | |
| Galaxy S III | | | |
| Galaxy Tab 2 10.1 | | | |
| Stratosphere | | | |

19. **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. ("SEC"), Samsung Electronics America ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed claim 9 of the '647 patent through the <u>Messenger</u> application?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung), and for each product for which you answer with a "Y" for yes indicate the date Apple provided Samsung written notice that such product infringed the '647 patent.  Do not answer for any cell that is blacked out).

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire | | | | |
| Galaxy Note | | | | |
| Galaxy Note II | | | | |
| Galaxy S II (Ice Cream Sandwich, Jelly Bean) | | | | |
| Galaxy S II Epic 4G Touch (Ice Cream Sandwich, Jelly Bean) | | | | |
| Galaxy S II Skyrocket (Ice Cream Sandwich) | | | | |
| Galaxy S III | | | | |
| Stratosphere | | | | |

20. **For each of the following products that you found infringed claim 9 of the '647 patent through the <u>Messenger</u> application, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '647 patent, took action that it knew or should have known would induce Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") to infringe claim 9 of the '647 patent through the <u>Messenger</u> application?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. |
|---|---|
| Admire | |
| Galaxy Nexus | |
| Galaxy Note | |
| Galaxy Note II | |
| Galaxy S II | |
| Galaxy S II Epic 4G Touch | |
| Galaxy S II Skyrocket | |
| Galaxy S III | |
| Galaxy Tab 2 10.1 | |
| Stratosphere | |

21. **For each of the following products that you found infringed claim 9 of the '647 patent through the <u>Messenger</u> application, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that SEC, SEA, or STA supplied the component with knowledge of the '647 patent and knowledge that the component was especially made or adapted for use in an infringing manner?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire | | | |
| Galaxy Nexus | | | |
| Galaxy Note | | | |
| Galaxy Note II | | | |
| Galaxy S II | | | |
| Galaxy S II Epic 4G Touch | | | |
| Galaxy S II Skyrocket | | | |
| Galaxy S III | | | |
| Galaxy Tab 2 10.1 | | | |
| Stratosphere | | | |

22. **Has Samsung proven by clear and convincing evidence that claim 9 of the '647 patent is invalid?**

Yes _____ (for Samsung)   No _____ (for Apple)

23.    **Has Samsung proven by clear and convincing evidence that claim 18 of the '172 patent is invalid?**

Yes _____ (for Samsung)    No _____ (for Apple)

## DAMAGES TO APPLE FROM SAMSUNG

24.  **What is the total dollar amount that Apple is entitled to receive from Samsung on the claims on which you have ruled in favor of Apple, if any?**

$_____.

25.  **How is the total amount of damages stated in Question No. 24 divided?**

Lost profits                    $_____
Reasonable royalty              $_____

26.  **For the total dollar amount in your answer to Question No. 24, please provide the dollar breakdown by product and asserted claim**

| Accused Samsung Product | '414 Patent Claim 20 | '172 Patent Claim 18 | '721 Patent Claim 8 | '959 Patent Claim 25 | '647 Patent Claim 9 | TOTAL |
|---|---|---|---|---|---|---|
| Admire (JX 28) | | | | | | |
| Galaxy Nexus (JX 29) | | | | | | |
| Galaxy Note (JX 30) | | | ■ | | | |
| Galaxy Note II (JX 31) | | ■ | | | | |
| Galaxy S II (JX 32) | | | | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | | | | |
| Galaxy S II Skyrocket (JX 34) | | | | | | |
| Galaxy S III (JX 35) | | ■ | | | | |
| Galaxy Tab 2 10.1 (JX 36) | | ■ | | | | |
| Stratosphere (JX 37) | | | | | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FINDINGS ON SAMSUNG'S CLAIMS

27. **For each of the following products, has Samsung proven by a preponderance of the evidence that Apple infringed claim 10 of the '087 patent?**

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).   Do not answer any cell that is blacked out.)

| Accused Apple Product | '087 Patent |
|---|---|
| | **Claim 10** |
| iPhone 4 (JX 38) | |
| iPhone 4S (JX 39) | |
| iPhone 5 (JX 40) | |
| iPad 2 (3G) (JX 41) | |
| iPad 3 (3G) (JX 42) | |
| iPad 4 (3G) (JX 43) | |
| iPad Mini (3G) (JX 44) | |

28. **If in response to Question No. 27 you found that Apple has infringed any Samsung patent claim, has Samsung proven by clear and convincing evidence that Apple's infringement was willful?**

Yes _____ (for Samsung)          No _____ (for Apple)

29. **Has Apple proven by clear and convincing evidence that claim 10 of the '087 patent is invalid?**

'087 Patent

Claim 10:      Yes _____ (for Apple)      No _____ (for Samsung)

1

2    **30.   For each of the following products, has Samsung proven by a preponderance of the evidence that Apple infringed claim 13 of the '596 patent?**

3

4    (Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).   Do not answer any cell that is blacked out.)

5

6

7

| Accused Apple Product | '596 Patent |
|---|---|
| | Claim 13 |
| iPhone 4 (JX 38) | |
| iPhone 4S (JX 39) | |
| iPhone 5 (JX 40) | |
| iPad 2 (3G) (JX 41) | |
| iPad 3 (3G) (JX 42) | |
| iPad 4 (3G) (JX 43) | |
| iPad Mini (3G) (JX 44) | |

8

9

10

11

12

13

14   **31.   If in response to Question No. 30 you found that Apple has infringed any Samsung patent claim, has Samsung proven by clear and convincing evidence that Apple's infringement was willful?**

15

16

17        Yes _____ (for Samsung)          No _____ (for Apple)

18   **32.   Has Apple proven by clear and convincing evidence that claim 13 of the '596 patent is invalid?**

19

20        '596 Patent

21        Claim 13:      Yes _____ (for Apple)      No _____ (for Samsung)

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**33.**   **For each of the following products, has Samsung proven by a preponderance of the evidence that Apple infringed claim 1 and/or claim 15 of the '239 patent?**

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).   Do not answer any cell that is blacked out.)

| Accused Apple Product | '239 Patent | |
|---|---|---|
| | Claim 1 | Claim 15 |
| iPhone 4 (JX 38) | | |
| iPhone 4S (JX 39) | | |
| iPhone 5 (JX 40) | | |
| iPad 2 (JX 41) | | |
| iPad 3 (JX 42) | | |
| iPad 4 (JX 43) | | |
| iPad Mini (JX 44) | | |
| iPod Touch, 4th gen. (JX 46) | | |
| iPod Touch, 5th gen. (JX 45) | | |
| MacBook Pro (JX 47) | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**34.** **For each of the following products that you found infringed the indicated Samsung patent claim, has Samsung proven by a preponderance of the evidence that Apple, knowing of the '239 patent, took action that it knew or should have known would induce anyone to infringe claim 1 of that patent?**

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).   Do not answer any cell that is blacked out.)

| Accused Apple Product | '239 Patent |
|---|---|
| | Claim 1 |
| iPhone 4 (JX 38) | |
| iPhone 4S (JX 39) | |
| iPhone 5 (JX 40) | |
| iPad 2 (JX 41) | |
| iPad 3 (JX 42) | |
| iPad 4 (JX 43) | |
| iPad Mini (JX 44) | |
| iPod Touch, 4th gen. (JX 46) | |
| iPod Touch, 5th gen. (JX 45) | |
| MacBook Pro (JX 47) | |

35. **For each of the following products that you found infringed the indicated Samsung patent claim, has Samsung proven by a preponderance of the evidence that Apple, supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that Apple supplied the component with knowledge of the Samsung patent and knowledge that the component was especially made or adapted for use in an infringing manner?**

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).   Do not answer any cell that is blacked out.)

| Accused Apple Product | '239 Patent |
|---|---|
| | Claim 1 |
| iPhone 4 (JX 38) | |
| iPhone 4S (JX 39) | |
| iPhone 5 (JX 40) | |
| iPad 2 (JX 41) | |
| iPad 3 (JX 42) | |
| iPad 4 (JX 43) | |
| iPad Mini (JX 44) | |
| iPod Touch, 4th gen. (JX 46) | |
| iPod Touch, 5th gen. (JX 45) | |
| MacBook Pro (JX 47) | |

36. **If in response to Question Nos. 33, 34 and/or 35 you found that Apple has infringed any Samsung patent claim, has Samsung proven by clear and convincing evidence that Apple's infringement was willful?**

Yes _____ (for Samsung)          No _____ (for Apple)

37. **Has Apple proven by clear and convincing evidence that claim 1 and/or claim 15 of the '239 patent is invalid?**

'239 Patent

Claim 1:       Yes _____ (for Apple)       No _____ (for Samsung)
Claim 15:     Yes _____ (for Apple)       No _____ (for Samsung)

38.  **For each of the following products, has Samsung proven by a preponderance of the evidence that Apple infringed claim 27 of the '449 patent?**

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).   Do not answer any cell that is blacked out.)

| Accused Apple Product | '449 Patent |
|---|---|
| | Claim 27 |
| iPhone 4 (JX 38) | |
| iPhone 4S (JX 39) | |
| iPhone 5 (JX 40) | |
| iPad 2 (JX 41) | |
| iPad 3 (JX 42) | |
| iPad 4 (JX 43) | |
| iPad Mini (JX 44) | |
| iPod Touch, 4th gen. (JX 46) | |
| iPod Touch, 5th gen. (JX 45) | |
| MacBook Pro (JX 47) | |

39.  **If in response to Question No. 38 you found that Apple has infringed claim 27 of the '449 Patent, has Samsung proven by clear and convincing evidence that Apple's infringement was willful?**

Yes _____ (for Samsung)        No _____ (for Apple)

40.  **Has Apple proven by clear and convincing evidence that claim 27 of the '449 patent is invalid?**

'449 Patent

Claim 27:        Yes _____ (for Apple)      No _____ (for Samsung)

## DAMAGES TO SAMSUNG FROM APPLE

**41.    What is the dollar amount that Samsung is entitled to receive from Apple for Samsung's patent infringement claims on the '087 and '596 patents?**

$_____.

**42.    For the total dollar amount in your answer to Question 41, please provide the dollar breakdown by product and asserted claim**

| Accused Apple Product | '087 Patent Claim 10 | '596 Patent Claim 13 | TOTAL |
|---|---|---|---|
| iPhone 4 (JX 38) | | | |
| iPhone 4S (JX 39) | | | |
| iPhone 5 (JX 40) | | | |
| iPad 2 (3G) (JX 41) | | | |
| iPad 3 (3G) (JX 42) | | | |
| iPad 4 (3G) (JX 43) | | | |
| iPad Mini (3G) (JX 44) | | | |

1

2   **43.   What is the dollar amount that Samsung is entitled to receive from Apple for
3         Samsung's patent infringement claims on the '449 and '239 patents?**

4           $_____.

5   **44.   For the total dollar amount in your answer to Question 43, please provide the dollar
6         breakdown by product and asserted claim**

7

| Accused Apple Product | '449 Patent Claim 27 | '239 Patent Claim 1 and/or 15 | TOTAL |
|---|---|---|---|
| iPhone 4 (JX 38) | | | |
| iPhone 4S (JX 39) | | | |
| iPhone 5 (JX 40) | | | |
| iPad 2 (JX 41) | | | |
| iPad 3 (JX 42) | | | |
| iPad 4 (JX 43) | | | |
| iPad Mini (JX 44) | | | |
| iPod Touch, 4th gen. (JX 46) | | | |
| iPod Touch, 5th gen. (JX 45) | | | |
| MacBook Pro (JX 47) | | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### FINDINGS ON APPLE'S COUNTERCLAIMS AGAINST SAMSUNG

**BREACH OF CONTRACT CLAIMS**

**45.   Has Apple proven that the patents in suit are essential to the UMTS standard?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

'087 Patent        Yes _____ (for Apple)     No _____ (for Samsung)

'596 Patent        Yes _____ (for Apple)     No _____ (for Samsung)

**46.   Has Apple proven that Samsung breached its contractual obligations by failing to timely disclose its intellectual property rights ("IPR") during the creation of the UMTS standard ?**

Yes _____ (for Apple)      No _____ (for Samsung)

**47.   Has Apple proven that Samsung breached its contractual obligations by failing to license its "declared essential" patents on fair, reasonable, and non-discriminatory ("FRAND") terms?**

Yes _____ (for Apple)      No _____ (for Samsung)

**48.   If you answered "Yes" to Question No. 46 or Question 47, what is the dollar amount that Apple is entitled to receive from Samsung for Samsung's breach of contract?**

$_____.

**PATENT EXHAUSTION**

49. **If you answered "Yes" to either question 27 or 30 as to the iPhone 4 and/or iPad2 products, has Apple proven by a preponderance of the evidence that Samsung is barred by patent exhaustion from enforcing the following Samsung patents against Apple products that implement the PMB 9801 chipset?**

   (Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

   '087 Patent          Yes _____ (for Apple)          No _____ (for Samsung)

   '596 Patent          Yes _____ (for Apple)          No _____ (for Samsung)

50. **If you answered "Yes" to either question 27 or 30 as to any of the iPhone 4S, iPhone 5, iPad 3, iPad 4, or iPad Mini products, has Apple proven by a preponderance of the evidence that Samsung is barred by patent exhaustion from enforcing the following Samsung patents against Apple products that implement MDM6610, MDM9600, or MDM9610 chipsets?**

   (Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

   '087 Patent          Yes _____ (for Apple)          No _____ (for Samsung)

   '596 Patent          Yes _____ (for Apple)          No _____ (for Samsung)

---

Have the presiding juror sign and date this form.

Signed:_____

Date:_____

                                             PRESIDING JUROR

Case No. 12-cv-00630
SAMSUNG'S PROPOSED VERDICT FORM