1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                      UNITED STATES DISTRICT COURT
19
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| 21  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 22              Plaintiff, | |
| 23          vs. | **CERTIFICATE OF SERVICE** |
| 24  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27              Defendants. | |

28

# CERTIFICATE OF SERVICE

I, Elliot Siegel, hereby declare:

I am employed in Los Angeles, California.   I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On February 25, 2014, I served true and correct copies of unredacted versions of:

1. English Translations of Plaintiff's Trial Exhibit 107 (Dkt. No. 1329).
2. English Translations of Plaintiff's Trial Exhibit 146 (Dkt. No. 1329).
3. English Translations of Plaintiff's Trial Exhibit 149 (Dkt. No. 1329).
4. English Translations of Plaintiff's Trial Exhibit 151 (Dkt. No. 1329).
5. English Translations of Plaintiff's Trial Exhibit 152 (Dkt. No. 1329).
6. English Translations of Plaintiff's Trial Exhibit 183 (Dkt. No. 1329).
7. English Translations of Plaintiff's Trial Exhibit 194 (Dkt. No. 1329).
8. English Translations of Plaintiff's Trial Exhibit 200 (Dkt. No. 1329).

by posting the aforementioned documents to an secured File Transfer Protocol server and providing the log-in credentials for said server to the mailings lists of the parties in this action as follows:

### Counsel for Apple Inc.

**Gibson, Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Morrison & Foerster LLP**
Apple630Team@mofo.com

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalIIService@wilmerhale.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2014 at Los Angeles

_/s/ Elliot Siegel_
Elliot Siegel

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Elliot Siegel.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael L. Fazio*

　　　　　　　　　　　　　　　　　　　　　　　　　Michael L. Fazio