[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | Civil Action No. 12-CV-00630-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR OBJECTIONS AND DEPOSITION DESIGNATIONS** |

1    Apple and Samsung file this Joint Stipulation requesting that the Court approve the
2    following modifications of the schedule for witness and exhibit objections and deposition
3    designations:

4    WHEREAS, Federal Rule of Civil Procedure 26 directs the parties to serve and file
5    objections to exhibit lists and witness lists on February 27, fourteen days after the parties served
6    said lists (*see, e.g.*, 1846 Dkt. Nos. 1234, 1236, 2414, 2416, 2439 (objections filed by parties in
7    advance of trials in Case No. 5:11-cv-01846));

8    WHEREAS, the January 24, 2014, Case Management Order directs the parties to file
9    deposition designations by March 3, 2014, and objections and counter-designations by March 10,
10   2014 (Dkt. No. 1158);

11   WHEREAS, the parties respectfully submit that objections to witnesses and exhibits are
12   sufficiently addressed by the motion in limine and high priority objection process, without the
13   need for additional lists of objections in advance of trial;

14   WHEREAS, the parties request more time to evaluate deposition designations, objections,
15   and counterdesignations in light of competing pretrial deadlines.

16   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
17   parties that:

18   (1)   The parties will not serve objections to exhibits identified on the parties' exhibit
19   lists, the parties' joint exhibit list, or the parties' witness lists (live or deposition) under the
20   standard Rule 26 process, instead relying on their motions in limine, the high priority objection
21   process, or other appropriate methods.

22   (2)   Objections are not waived for failure to serve such lists under Rule 26.

23   (3)   The parties shall file lists with deposition designations and other discovery the
24   parties may offer at trial by March 10, 2014.

25   (4)   The parties shall file objections to such designations and lists of deposition
26   counterdesignations by March 17, 2014.

27   (5)   The parties shall file objections to such counterdesignations by March 24, 2014.

28

1  **IT IS SO STIPULATED.**

2  Dated:  February 25, 2014

3  By: */s/Rachel Krevans*                                   By: */s/ Victoria F. Maroulis*

4  RACHEL KREVANS                                         VICTORIA F. MAROULIS
   Attorney for Plaintiff and Counterclaim-               Attorney for Defendants and Counterclaim-
   Defendant                                              Plaintiffs
5  APPLE INC.                                             SAMSUNG ELECTRONICS CO., LTD.,
                                                          SAMSUNG ELECTRONICS AMERICA,
6                                                         INC., AND SAMSUNG
                                                          TELECOMMUNICATIONS AMERICA, LLC
7

8  JOSH A. KREVITT (CA SBN 208552)                        CHARLES K. VERHOEVEN (Bar No.
   jkrevitt@gibsondunn.com                                170151)
9  H. MARK LYON (CA SBN 162061)                           charlesverhoeven@quinnemanuel.com
   mlyon@gibsondunn.com                                   KEVIN A. SMITH (Bar No. 250814)
10 GIBSON, DUNN & CRUTCHER LLP                            kevinsmith@quinnemanuel.com
   1881 Page Mill Road                                    QUINN EMANUEL URQUHART &
11 Palo Alto, CA  94304-1211                              SULLIVAN LLP
   Telephone: (650) 849-5300                              50 California Street, 22nd Floor
12 Facsimile: (650) 849-5333                              San Francisco, California 94111
                                                          Telephone: (415) 875-6600
13 HAROLD J. McELHINNY (CA SBN                            Facsimile: (415) 875-6700
   66781)
14 hmcelhinny@mofo.com
   JACK W. LONDEN (CA SBN 85776)                          KEVIN P.B. JOHNSON (Bar No. 177129
15 jlonden@mofo.com                                       (CA);
   RACHEL KREVANS (CA SBN                                 2542082 (NY))
16 116421)                                                kevinjohnson@quinnemanuel.com
   rkrevans@mofo.com                                      VICTORIA F. MAROULIS (Bar No. 202603)
17 RUTH N. BORENSTEIN (CA SBN                             victoriamaroulis@quinnemanuel.com
   133797)                                                QUINN EMANUEL URQUHART &
18 rborenstein@mofo.com                                   SULLIVAN LLP
   ERIK J. OLSON (CA SBN 175815)                          555 Twin Dolphin Drive, 5th Floor
19 ejolson@mofo.com                                       Redwood Shores, California 94065
   MORRISON & FOERSTER LLP                                Telephone: (650) 801-5000
20 425 Market Street                                      Facsimile: (650) 801-5100
21 San Francisco, California 94105-2482
   Telephone: (415) 268-7000                              WILLIAM C. PRICE (Bar No. 108542)
22 Facsimile: (415) 268-7522                              williamprice@quinnemanuel.com
                                                          QUINN EMANUEL URQUHART &
23 WILLIAM F. LEE (*pro hac vice*)                        SULLIVAN LLP
24 William.lee@wilmerhale.com                             865 South Figueroa Street, 10th Floor
   WILMER CUTLER PICKERING                                Los Angeles, California 90017-2543
25  HALE AND DORR LLP                                     Telephone: (213) 443-3000
26 60 State Street                                        Facsimile: (213) 443-3100
   Boston, Massachusetts 02109
27 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
28

STIPULATION AND [PROPOSED] ORDER RE  SCHEDULE FOR OBJECTIONS AND DEPOSITION DESIGNATIONS
12-CV-00630-LHK                                                                                                   2
sf-3387448

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  February 25, 2014

*/s/  Rachel Krevans*
Rachel Krevans

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/26/2014

_____
Hon. Lucy H. Koh
United States District Judge