1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11  APPLE INC., a California Corporation,

12                   Plaintiff,

13        v.

14  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
15  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG
16  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,

17                   Defendants.

18  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
19  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG
20  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability
21  company,

22                   Counterclaim-Plaintiffs,

23        v.

24  APPLE INC., a California corporation,

25                   Counterclaim-Defendant.

26

27

28

CASE NO. 12-cv-00630-LHK (PSG)

**JOINT MOTION TO WITHDRAW
DOCUMENT FILED IN ERROR**

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby move to withdraw Joint Submission Regarding Proposed Form of Verdict (ECF No. 1338).  Due to a technical error, this version was missing 31 pages.  A Corrected Joint Submission Regarding Proposed Form of Verdict (ECF No. 1339) was subsequently filed, which includes the missing pages and the operative proposed verdict forms that the parties have submitted.

1   DATED: February 26, 2014

2

3   By   /s/ Mark D. Selwyn                         By   /s/ Victoria Maroulis

        Attorney for Plaintiff and Counterclaim-           Attorney for Defendants and Counterclaim-
4       Defendant APPLE INC.                                Plaintiff SAMSUNG ELECTRONICS CO.,
                                                            LTD., SAMSUNG ELECTRONICS
5       Josh A. Krevitt (CA SBN 208552)                     AMERICA, INC., AND SAMSUNG
        jkrevitt@gibsondunn.com                             TELECOMMUNICATIONS AMERICA,
6       H. Mark Lyon (CA SBN 162061)                        LLC
        mlyon@gibsondunn.com
7       GIBSON, DUNN & CRUTCHER LLP                          Charles K. Verhoeven (Bar No. 170151)
        1881 Page Mill Road                                  charlesverhoeven@quinnemanuel.com
8       Palo Alto, CA  94304-1211                            Kevin A. Smith (Bar No. 250814)
        Telephone: (650) 849-5300                            kevinsmith@quinnemanuel.com
9       Facsimile: (650) 849-5333                            QUINN EMANUEL URQUHART &
                                                             SULLIVAN LLP
10      Harold J. McElhinny (CA SBN 66781)                   50 California Street, 22nd Floor
        hmcelhinny@mofo.com                                  San Francisco, California 94111
11      Jack W. Londen (CA SBN 85776)                        Telephone: (415) 875-6600
        jlonden@mofo.com                                     Facsimile: (415) 875-6700
12      Rachel Krevans (CA SBN 116421)
        rkrevans@mofo.com                                    Kevin P.B. Johnson
13      Ruth N. Borenstein (CA SBN 133797)                   (Bar No. 177129 (CA); 2542082 (NY))
        rborenstein@mofo.com                                 kevinjohnson@quinnemanuel.com
14      Erik J. Olson (CA SBN 175815)                        Victoria F. Maroulis (Bar No. 202603)
        ejolson@mofo.com                                     victoriamaroulis@quinnemanuel.com
15      MORRISON & FOERSTER LLP                              QUINN EMANUEL URQUHART &
        425 Market Street                                    SULLIVAN LLP
16      San Francisco, California 94105-2482                 555 Twin Dolphin Drive, 5th Floor
        Telephone: (415) 268-7000                            Redwood Shores, California 94065
17      Facsimile: (415) 268-7522                            Telephone: (650) 801-5000
                                                             Facsimile: (650) 801-5100
18      William F. Lee (pro hac vice)
        William.lee@wilmerhale.com                           William C. Price (Bar No. 108542)
19      WILMER CUTLER PICKERING                              williamprice@quinnemanuel.com
          HALE AND DORR LLP                                  QUINN EMANUEL URQUHART &
20      60 State Street                                      SULLIVAN LLP
        Boston, Massachusetts 02109                          865 South Figueroa Street, 10th Floor
21      Telephone: (617) 526-6000                            Los Angeles, California 90017-2543
        Facsimile: (617) 526-5000                            Telephone: (213) 443-3000
                                                             Facsimile: (213) 443-3100
22      Mark D. Selwyn (CA SBN 244180)
        mark.selwyn@wilmerhale.com
23      WILMER CUTLER PICKERING
          HALE AND DORR LLP
24      950 Page Mill Road
        Palo Alto, CA 94304
25      Telephone: (650) 858-6000
        Facsimile: (650) 858-6100
26

27

28

ACTIVEUS 124565593v.1

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Notice.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: February 26, 2014                   */s/ Mark D. Selwyn*
                                            Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 26, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: February 26, 2014                   */s/ Mark D. Selwyn*
                                            Mark D. Selwyn

ACTIVEUS 124565593v.1