UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO WITHDRAW DOCUMENT FILED IN ERROR** |

[PROPOSED] ORDER GRANTING JOINT MOTION TO WITHDRAW
DOCUMENT FILED IN ERROR

CASE NO. 12-CV-00630-LHK (PSG)

ActiveUS 124568955v.1

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") moved to withdraw Joint Submission Regarding Proposed Form of Verdict (ECF No. 1338).

Having considered the papers submitted, and finding good cause thereof, the Court hereby GRANTS the parties' Joint Motion to Withdraw Document Filed in Error.

**IT IS SO ORDERED.**

Dated:   February 27, 2014            By:   *Lucy H. Koh*
                                            Hon. Lucy H. Koh
                                            United States District Judge