QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | |
| vs. | **OMNIBUS CERTIFICATE OF SERVICE REGARDING DKT. NO. 1337** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Case No. 12-cv-00630-LHK (PSG)
**OMNIBUS CERTIFICATE OF SERVICE REGARDING DKT. NO. 1337**

**CERTIFICATE OF SERVICE**

I, Joby Martin, hereby declare:

I am employed in San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, San Francisco, CA 94111.

On February 26, 2014, I served a true and correct copy of the document described as

1. Declaration of Michael L. Fazio In Support of Samsung's Administrative Motion to File Documents Under Seal (Opposition to Apple's Motions *In Limine*) (Dkt. No. 1337-1).

by emailing the aforementioned document to the third party as follows:

**Counsel for Intel**

Christopher Kelley
CKelley@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2014 at Los Angeles

                                              /s/ Joby Martin
                                                Joby Martin

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Joby Martin.

                                              /s/ Michael L. Fazio
                                              Michael L. Fazio

**CERTIFICATE OF SERVICE**

I, James Razick, hereby declare:

I am employed in Washington, D.C.   I am over the age of eighteen years and not a party to the above-captioned action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 777 6th Street NW, 11th Floor, Washington, D.C. 20001.

On February 26, 2014, I served a true and correct copy of the document described as:

1. Declaration of Michael L. Fazio In Support of Samsung's Administrative Motion to File Documents Under Seal (Opposition to Apple's Motions *In Limine*) (Dkt. No. 1337-1).

by email containing the aforementioned document to the third party as follows:

**Counsel for Omnivision**

Bruce Barker
bbarker@chsblaw.com

I declare under penalty of perjury that the foregoing is true and correct.   Executed on February 27, 2014, at Washington, D.C.

*/s/ James Razick*
James Razick

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from James Razick.

*/s/ Michael L. Fazio*
Michael L. Fazio

**CERTIFICATE OF SERVICE**

I, James Razick, hereby declare:

I am employed in Washington, D.C. I am over the age of eighteen years and not a party to the above-captioned action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 777 6th Street NW, 11th Floor, Washington, D.C. 20001.

On February 26, 2014, I served a true and correct copy of the document described as:

1. Declaration of Michael L. Fazio In Support of Samsung's Administrative Motion to File Under Seal (Opposition to Apple's Motions *in Limine*) (Dkt. No. 1337-1).

by email containing the aforementioned document to the third party as follows:

**Counsel for ICAP**

Daniel French
Daniel.french@us.icap.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2014, at Washington, D.C.

*/s/ James Razick*
James Razick

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from James Razick.

*/s/ Michael L. Fazio*
Michael L. Fazio

**CERTIFICATE OF SERVICE**

I, James Razick, hereby declare:

I am employed in Washington, D.C.  I am over the age of eighteen years and not a party to the above-captioned action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 777 6th Street NW, 11th Floor, Washington, D.C. 20001.

On February 26, 2014, I served a true and correct copy of the document described as:

1. Declaration of Michael L. Fazio In Support of Samsung's Administrative Motion to File Documents Under Seal (Opposition to Apple's Motions *In Limine*) (Dkt. No. 1337-1).

by email containing the aforementioned document to the third party as follows:

**Counsel for Cirrus Logic**

Michael Barrett
Michael.Barrett@cirrus.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 27, 2014, at Washington, D.C.

　　　　　　　　　　　　　　　　　　　*/s/ James Razick*
　　　　　　　　　　　　　　　　　　　James Razick

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from James Razick.

　　　　　　　　　　　　　　　　　　　*/s/ Michael L. Fazio*
　　　　　　　　　　　　　　　　　　　Michael L. Fazio

# CERTIFICATE OF SERVICE

I, Shahin Rezvani, hereby declare:

I am employed in Los Angeles, California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, Los Angeles, CA 90017.

On February 26, 2014, I served a true and correct copy of the document described as:

2. Declaration of Michael L. Fazio In Support of Samsung's Administrative Motion to File Documents Under Seal (Opposition to Apple's Motions *In Limine*) (Dkt. No. 1337-1).

by emailing the aforementioned document to the third party as follows:

**Counsel for T-Mobile**

Paula Blizzard
PBlizzard@kvn.com

Reese Nguyen
RNguyen@kvn.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2014 at Los Angeles

         */s/ Shahin Rezvani*
         Shahin Rezvani

# ATTESTATION

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Shahin Rezvani.

         */s/ Michael L. Fazio*
         Michael L. Fazio