UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff, ) | ORDER TO FILE ONE PAGE REPLY |
| ) | |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Apple is ordered to file a one page reply in support of its motion in limine #6, ECF No. 1281-3 at 19, to exclude evidence and testimony that a purportedly non-infringing version of Google Quick Search Box has been implemented in any Samsung accused product. Specifically, Apple should state whether, in light of Samsung's opposition, Apple's motion is now moot. In other words, Apple should state whether it intends to argue at trial that Samsung could not or did not implement Google Search Application version 2.7 or higher, and for what purpose (its infringement or damages case). Apple will file its reply by Monday, March 3, 2014 at 9 a.m.

**IT IS SO ORDERED.**

1

Case No.: 12-CV-00630-LHK
ORDER TO FILE ONE PAGE REPLY

Dated: February 28, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-00630-LHK
ORDER TO FILE ONE PAGE REPLY