QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**NOTICE OF ERRATA RE: DECLARATION OF DANIEL WOOSEOB SHIM (DKT. NO. 610)** |

1  TO THE CLERK AND HONORABLE JUDGE OF SAID COURT, AND TO ALL
2  PARTIES AND THEIR ATTORNEYS RECORD:
3  PLEASE TAKE NOTICE of the following typographical error in the Declaration of Daniel
4  Wooseob Shim filed June 18, 2013 (Dkt. No. 610):

6  Every instance of the phrase "Exhibits 3 and 4" should read "Exhibits 2 and 3"

8  DATED: February 28, 2014            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By /s/ *Michael L. Fazio*
                                          Michael L. Fazio
                                          Attorneys for Defendants