Daryl M. Crone (Bar No. 209610)
 daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Telephone: (310) 893-5150
Facsimile: (310) 893-5195

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

{00063927.DOC - v1}

Case No. 12-cv-00630-LHK
CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within action; my business address is 10880 Wilshire Boulevard, Suite 1150, Los Angeles, CA 90024.

On February 26, 2014, I served true copies of the document described as

1. The Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal (Opposition to Apple's Motions *in Limine*) [Dkt. No. 1337-1].

by emailing the aforementioned document to the interested parties as follows:

Counsel for Marvell Technology Group:

Roy Wang, Esq.
roywang@marvell.com
5488 Marvell Lane
Santa Clara, CA 95054

Counsel for Qualcomm and Atheros:

Brett Bachtell, Esq.
bbachtell@mwe.com
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 26, 2014.

DATED:  February 28, 2014

                                                /s/ Daryl M. Crone
                                                Daryl M. Crone

CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daryl M. Crone.

                                        */s/ Michael L. Fazio*
                                            Michael L. Fazio

CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

{00063927.DOC - v1}

-2-  Case No. 12-cv-00630-LHK
CERTIFICATE OF SERVICE