JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**APPLE'S REPLY IN SUPPORT OF APPLE'S MOTION IN LIMINE #6** |

1    Apple's Motion in Limine #6 requests that the Court "prevent Samsung from arguing or
2 presenting evidence at trial that the allegedly noninfringing Quick Search Box code version 2.7 or
3 later has actually been implemented in a Samsung product." (Mot. at 17.) Samsung's arguments
4 in opposition suggest that Apple's motion is not moot. Although Samsung claims it "does not
5 oppose the narrow relief motion #6 requests," Samsung then imposes ambiguous and troubling
6 "caveats" on that claim. (Opp. at 20.)

7    First, Samsung attempts to prevent Apple from arguing that Samsung "did not" upgrade
8 Samsung's products to GSA 2.7. (*Id.*) That is exactly the argument that Apple intends to and is
9 entitled to make. Apple's motion in limine seeks to prevent Samsung from arguing for the first
10 time at trial that Samsung actually upgraded any Samsung product to GSA version 2.7 or higher,
11 because (1) Samsung could not have, and therefore did not, implement a GSA 2.7 upgrade prior
12 to the August 2013 date on which Google made the code available (Mot. at 14-15), and (2)
13 Samsung has disclosed no evidence that it actually upgraded *any* of its products to GSA 2.7,
14 whether in August 2013 or later (Mot. at 14-17).

15   Second, Samsung seeks to confirm that Apple will refrain from arguing that Samsung
16 "could not" implement the GSA 2.7 upgrade. (Opp. at 20.) As noted above, Apple is entitled to
17 and intends to argue that Samsung could not have done so before August 2013.  Samsung also
18 apparently seeks to prevent argument that Samsung "could not *easily* implement" GSA 2.7 or that
19 Samsung "did not or could not make routine upgrades to an application[.]" (Opp. at 20, 24)
20 (emphasis added). Just as Samsung produced no evidence that it implemented GSA 2.7, Samsung
21 produced no evidence regarding how easily it could do so or whether consumers would find GSA
22 2.7 to be an acceptable alternative. Apple had no opportunity to take discovery on such issues.
23 Samsung should not be permitted to make such arguments for the first time now.

24   The issues discussed above are relevant both to Apple's infringement case and its
25 damages case. Because Samsung produced no evidence that it implemented GSA 2.7 in accused
26 products, Apple's '959 infringement allegations and damages calculations continue through the
27 date of trial. Samsung's lack of evidence that consumers would accept GSA 2.7 undercuts its
28 acceptability as a noninfringing alternative, which is relevant to at least Apple's lost profits case.

APPLE'S REPLY IN SUPPORT OF APPLE'S MOTION IN LIMINE #6                                                       1
CASE NO. 12-cv-00630-LHK (PSG)
sf-3389737

| | | |
|---|---|---|
| 1 | Dated: March 3, 2014 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Rachel Krevans* |
| 4 | | RACHEL KREVANS |
| 5 | | Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. |

APPLE'S REPLY IN SUPPORT OF APPLE'S MOTION IN LIMINE #6
CASE NO. 12-cv-00630-LHK (PSG)
sf-3389737