# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**THIRD PARTY DECLARATION OF MICHAEL C. BARRETT (CIRRUS LOGIC, INC.) IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT 1337)** |

I, Michael C. Barrett, hereby declare as follows:

1. I am the Associate General Counsel and Director, IP at Cirrus Logic, Inc. ("Cirrus Logic"). I am licensed to practice law in Texas.

2. I am familiar with the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to those facts.

3. Cirrus Logic is not a party in the above-captioned litigation but was served with a subpoena by Defendant Samsung Electronics Co., LTD on March 6, 2013.

- 1 -

4. Responsive to the subpoena, Cirrus Logic produced confidential documents including, for example, confidential information about Cirrus Logic's business practices and relationships, technical product configurations, and product architectures.

5. Paragraph 5 of the "Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal (Opposition to Apple's Motions *In Limine*)" (Dkt. 1337-1) ("Fazio Declaration") states that Exhibit 28 to the Fazio Declaration includes information that various third parties may consider confidential.

6. Cirrus Logic confirms that Exhibit 28 to the Fazio Declaration contains its confidential information. Each document of Exhibit 28 includes confidential Cirrus Logic product information and detailed technical information. In response to the subpoena, Cirrus Logic designated such information as "Highly Confidential – Attorneys' Eyes Only."

7. Disclosure of such information would be harmful to Cirrus Logic as an improper disclosure of confidential or technical trade secret information.

8. For at least these reasons, Cirrus Logic supports that Exhibit 28 to the Fazio Declaration be sealed in a manner that would maintain confidentiality.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 3rd day of March, 2014, in Austin, Texas.

Dated:   March 3, 2014

CIRRUS LOGIC, INC.

By: *Michael C. Barrett* (signature)

Michael C. Barrett
Associate General Counsel and
Director, IP

CIRRUS LOGIC, INC.
800 W. 6th Street
Austin, Texas, USA  78701
Telephone:  512.851.4952
Fax:  512.851.4527
Email:  michael.barrett@cirrus.com

FOR THIRD PARTY
CIRRUS LOGIC, INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.    In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael Barrett has concurred in this filing.

Dated:    March 3, 2014         */s/ Victoria Maroulis*
                                Victoria Maroulis