CHAO HADIDI STARK & BARKER LLP
Bruce J. Barker
bbarker@chsblaw.com
176 East Main Street, Suite 6
Westborough, MA 01581
Telephone: 508 366-3800
Facsimile:  508 366-1833

Attorney for Non-Party
OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendants | Case No. 5:12-cv-00630-LHK<br><br>**DECLARATION OF BRUCE J. BARKER PURSUANT TO CIVIL L.R. 79-5(E) ESTABLISHING THAT INFORMATION DESIGNATED IN SAMSUNG ELECTRONICS INC'S ADMINISTRATIVE MOTION TO SEAL (DKT NO. 1337) INCLUDES OMNIVISION'S CONFIDENTIAL INFORMATION.** |

I, Bruce J. Barker, hereby declare as follows:

1. I am a partner of the law firm Chao Hadidi Stark and Barker LLP, counsel for OmniVision Technologies Inc. ("OmniVision"). I am licensed to practice in the Commonwealth of Massachusetts and in the State of New York, and I was admitted to the Northern District of California in May of 1993. I am familiar with the facts set forth below and, if called as a witness, could testify competently to those facts.

2. Samsung Electronics Co., Ltd. ("Samsung") filed an Administration Motion to File Under Seal (Docket No. 1337), that seeks to seal exhibit 30 to the declaration of Fazio in support of Samsung's Opposition to Apple's Motions *In Limine*. I examined the exhibit and it consists of OmniVision's highly confidential specifications concerning several OmniVision products, and therefore the contents of the exhibit are sealable.

3. I declare under penalties of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this declaration was executed this 3rd day of March, 2014, in Franklin, Massachusetts.

Dated: March 3, 2014                                Chao Hadidi Stark & Barker, LLP


                                                    By  /s/ Bruce J. Barker
                                                        Bruce J Barker
                                                        Attorney for Non-Party
                                                        OmniVision Technologies, Inc.

**Certificate of Service**

I hereby certify that copies of the forgoing Declaration have been served on March 3, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per civil local rule 5-1.

Dated: March 3, 2014        /s/Bruce J Barker_____
                            Bruce J Barker