1  Jonathan L. McFarland, Bar No. 247601
   JMcFarland@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA  98101-3099
   Telephone:  206.359.8000
4  Facsimile:  206.359.9000

5  Counsel for Non-Party
   BROADCOM CORPORATION

6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12  APPLE INC., a California corporation,          Case No. 12-cv-00630-LHK

13            Plaintiff,                           **NON-PARTY BROADCOM
                                                   CORPORATION'S BRIEF IN SUPPORT
14        v.                                       OF SAMSUNG'S ADMINISTRATIVE
                                                   MOTION TO FILE UNDER SEAL
15  SAMSUNG ELECTRONICS CO., LTD., a               (DKT. NO. 1337)**
    Korean corporation;  SAMSUNG
16  ELECTRONICS AMERICA, INC., a New
    York corporation;  and SAMSUNG
17  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
18
            Defendants.
19

20

21        Non-Party Broadcom Corporation ("Broadcom") files this Brief and the accompanying

22  Declaration in Support of Samsung's Administrative Motion to File Under Seal Documents Filed

23  in Connection with Samsung's Opposition to Apple's Motions *in Limine* ("Samsung's

24  Administrative Motion") (Dkt. No. 1337).  Broadcom respectfully requests that Exhibit 31 to the

25  Fazio Declaration (DX356) be sealed in its entirety on the basis that Exhibit 31 contains

26  611 pages of Broadcom's confidential and proprietary engineering and design information that is

27  entitled to protection from disclosure under Fed. R. Civ. P. 26(c).

28                                        -1-

Non-Party Broadcom Brief ISO Motion to Seal,
Case No. 12-cv-00630-LHK (N.D. Cal.)

LEGAL29679360.1

1    Samsung served a subpoena on non-party Broadcom on or about May 31, 2013, seeking,

2 among other things, confidential Broadcom technical documents for certain Broadcom wireless

3 semiconductor chip products.  Broadcom produced technical documents in response to that

4 subpoena in July 2013.  *See* Declaration of Suzanne Chapman ("Chapman Declaration"), ¶ 4 in

5 Exhibit A.  Broadcom's technical documents contain highly confidential and proprietary

6 engineering and design information regarding Broadcom's products and, accordingly, Broadcom

7 designated those documents "Highly Confidential - Attorneys' Eyes Only" pursuant to the

8 Court's protective order.  *Id*.

9    On February 26, 2014, Samsung notified Broadcom that Samsung's Opposition to

10 Apple's Motions *in Limine* contained, in Exhibit 31 to the Fazio Declaration (DX356), Broadcom

11 confidential information designated as "Highly Confidential - Attorneys' Eyes Only" pursuant to

12 the Court's protective order.  *Id*. at ¶ 5.  At Broadcom's request, Samsung identified and provided

13 the six Broadcom technical documents that were included in their entirety in Exhibit 31, a total of

14 611 pages of Broadcom's technical documentation, including data sheets and product briefs.[1]  *Id*.

15 at ¶¶ 6-7.

16    Broadcom respectfully requests that the Court grant Samsung's Administrative Motion

17 and allow the confidential Broadcom information in Exhibit 31 to the Fazio Declaration (DX356)

18 to remain under seal in its entirety.  Under Fed. R. Civ. P. 26(c), evidence filed in support of non-

19 dispositive motions should be sealed when there is "good cause."  *In re Midland Nat. Life Ins. Co.*

20 *Annuity Sales Practices Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012) ("[A] particularized showing

21 of 'good cause' under Federal Rule of Civil Procedure 26(c) is sufficient to preserve the secrecy

22 of sealed discovery documents attached to non-dispositive motions.").  Courts in this circuit have

23 often found that a party's interest in securing non-public engineering designs and other

24

25    [1]  Non-Party Broadcom understands that Exhibit 31 was filed for the sole purpose of
26 demonstrating an instance in which the Samsung defendants compiled multiple documents
     into a single exhibit.  Because the content of Broadcom's confidential materials are not
27 apparently germane to any issues of fact or law at issue in the motions *in limine*, Broadcom
     alternatively requests that Exhibit 31 be withdrawn or stricken to preserve the confidentiality
28 of Broadcom's technical documents.

-2-

LEGAL29679360.1

1    proprietary trade secrets constitutes not only "good cause" for sealing court records, *Dynetix*

2    *Design Solutions, Inc. v. Synopsys, Inc.*, Case No. 11-CV-05973-PSG, 2013 WL 1366046, at *1

3    (N.D. Cal. Apr. 3, 2013), but also a "compelling reason" when that heightened standard has been

4    applied in the context of evidence attached to dispositive motions. *Kamakana v. City & County*

5    *of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (compelling reason may be found in avoiding

6    release of trade secrets); *Upek, Inc. v. Authentec, Inc.*, Case No. C 10-00424 JF, 2010 WL

7    1980189, at *4 (N.D. Cal. May 17, 2010); *Network Appliance, Inc. v. Sun Microsys., Inc.*, Case

8    No. C-07-06053-EDL, 2010 WL 841274, *2 (N.D. Cal. Mar. 10, 2010) (compelling reason to

9    seal documents containing "proprietary technical information").

10          Good cause exists here to allow the highly confidential and proprietary Broadcom

11   technical information Samsung included in Exhibit 31 to the Fazio Declaration to remain under

12   seal. *First*, as explained in the accompanying Declaration of Suzanne Chapman, the disclosed

13   Broadcom information concerns the design and technical workings of several Broadcom wireless

14   semiconductor products, which Broadcom maintains in strict confidence. While it is impossible

15   to describe all of the product details contained in more than 600 pages of technical documents,

16   these materials include, by way of example, functional block diagrams, topologies, circuit

17   diagrams, read/write protocols, port locations, bus timing information, transmitter/receiver

18   specifications, performance specifications, and timing characteristics for the Broadcom products.

19   Chapman Decl., ¶ 7. Broadcom invests substantial time and resources in research and

20   development—Broadcom employs approximately 9,800 research and development employees

21   (approximately 78% of Broadcom's total employees) and spent $2.49 ***billion*** in research and

22   development in 2013 alone—and Broadcom goes to great lengths to protect the confidentiality of

23   its proprietary technical information. For example, Broadcom protects the confidentiality of this

24   information through the use of password protection technology, confidentiality labeling, and

25   through the use of confidentiality agreements. *Id.* at ¶ 8.

26          *Second*, the disclosure of the Broadcom technical information contained in Exhibit 31 to

27   the Fazio Declaration could cause Broadcom severe competitive and economic harm in the

28                                                -3-

Non-Party Broadcom Brief ISO Motion to Seal,
Case No. 12-cv-00630-LHK (N.D. Cal.)

LEGAL29679360.1

1    marketplace. *Id.* at ¶ 9. Broadcom's confidential information has independent economic value

2    from not being generally known to or readily ascertainable by others, including its competitors,

3    who might obtain economic value from the disclosure of that technical information. As

4    mentioned above, Broadcom spent $2.49 billion in research and development in 2013 alone. *Id.*

5    at ¶ 8. Broadcom would be greatly disadvantaged if its competitors were given free access to the

6    confidential and proprietary workings of the very products that it invested so much money and so

7    many resources to develop.

8         *Third*, Broadcom designated the documents contained in Exhibit 31 to the Fazio

9    Declaration as "Highly Confidential - Attorneys' Eyes Only" pursuant to the Court's protective

10   order, and in producing those materials to Apple and Samsung, Broadcom relied on the Court's

11   protective order to limit the disclosure of those materials to only a limited number of individuals,

12   such as the parties' outside counsel. *Id.* at ¶ 10. Broadcom did not agree and would not have

13   agreed to produce those materials to the general public or its competitors.

14        For these reasons, good cause exists to maintain the Broadcom technical information

15   contained in Exhibit 31 to the Fazio Declaration under seal, and Broadcom respectfully requests

16   that the Court grant Samsung's Administrative Motion with respect to Exhibit 31 and allow the

17   Broadcom confidential information contained within that exhibit to remain under seal.

18

19   DATED March 3, 2014                        **PERKINS COIE LLP**

20

21                                              By: */s/ Jonathan McFarland*
                                                Jonathan McFarland
22                                              JMcFarland@perkinscoie.com
                                                PERKINS COIE LLP
23                                              1201 Third Avenue, Suite 4900
                                                Seattle, WA 98101-3099
24                                              Phone: 206.359.3132
                                                Facsimile: 206.359.4132
25
                                                Counsel for Non-Party
26                                              BROADCOM CORPORATION

27

28
                                            -4-

LEGAL29679360.1

1

2
## CERTIFICATE OF SERVICE

3
I hereby certify that on March 3, 2014, I served the foregoing document on all counsel of

4
record who have consented to electronic service in accordance with Civil Local Rule 5.1 via the

5
Court's ECF system.

6

7
**PERKINS COIE LLP**

8

9
By: */s/ Jonathan McFarland*

Jonathan McFarland

10
JMcFarland@perkinscoie.com
PERKINS COIE LLP

11
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

12
Phone: 206.359.3132
Facsimile: 206.359.4132

13
Counsel for Non-Party

14
BROADCOM CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

LEGAL29679360.1