HOGAN LOVELLS US LLP
CHRISTIAN MAMMEN (SBN 188454)
E-mail: chris.mammen@hoganlovells.com
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 374-2325
Facsimile: (415) 374-2499

Attorneys for Non-Party
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>And related counterclaims | Case No. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF DAVID GREENBAUM IN SUPPORT OF CONFIDENTIALITY OF NUANCE COMMUNICATIONS, INC. INFORMATION IN SAMSUNG'S OPPOSITIONS TO MOTIONS IN LIMINE, PURSUANT TO LOCAL RULE 79-5** |

DECLARATION OF DAVID GREENBAUM IN SUPPORT OF CONFIDENTIALITY DESIGNATION
CASE NO. 12-cv-00630 LHK (PSG)

041286.000003 - 1088714 v1

I, David Greenbaum declare as follows:

1. I am over the age of eighteen and the Vice President, Litigation, for Nuance Communications, Inc. ("Nuance"). As part of my job, I am responsible for supervising the company's litigation matters. This declaration is based on my own personal knowledge and, if called upon to testify thereto under oath, I could and would do so competently.

2. Nuance is a technology company that focuses on voice, natural language understanding, reasoning and systems integration.

3. Nuance is not a party to the above-captioned litigation.

4. It is my understanding that information submitted in connection with Samsung's Motions in Limine, in particular Fazio Exhibit 60 (Docket No. 1337-47), the Rebuttal Expert Report of Dr. Daniel Wigdor, cites and quotes information produced by Nuance under a confidentiality designation, including a page bearing the production number NUANCE000018.

5. Pursuant to Northern District of California Local Rule 79-5(e)(1), all of the confidential Nuance information in Apple's and Samsung's Motions in Limine and exhibits thereto remains sealable. In particular, Nuance designated this information as "Highly Confidential – Attorney's Eyes Only" pursuant to the protective order in this matter, and the information remains sealable because it quotes and describes confidential, nonpublic communications between Nuance and its customer Samsung concerning the customization of certain functionalities or features in the products provided by Nuance to Samsung. This is highly sensitive commercial information, and should not be made public.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 3rd day of March, 2014, at Mahwah, NJ.

_____
David Greenbaum

DECLARATION OF DAVID GREENBAUM IN SUPPORT OF CONFIDENTIALITY DESIGNATION
CASE NO. 12-CV-00630 LHK (PSG)

041286-000003 - 1088714 v1

2