1    **[Counsel Listed On Signature Page]**

2

3

4               UNITED STATES DISTRICT COURT

5      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|            Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM** |
|      vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Final Pretrial Conference Hearing:** |
| | Date:       March 5, 2014 |
| | Time:       2:00 p.m. |
| | Place :     Courtroom 1, 5th Floor |
|      Defendants. | Judge:     Hon. Lucy H. Koh |

The parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (together with Apple, "the Parties") seek to use certain equipment and devices at the Final Pretrial Conference hearing on March 5, 2014;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that

1.       The Parties and their attorneys, paralegals, assistants and consultants may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, samples of the products at issue in this litigation, and related equipment into the courtroom for use at the Final Pretrial Conference hearing on March 5, 2014;

2.       Beginning at 2:00 p.m. on Tuesday, March 4, 2014, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with the hearing as scheduled.

3.       Beginning at 9:00 a.m. on Wednesday, March 5, 2014, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with the hearing as scheduled.

**IT IS SO STIPULATED.**

Dated: March 3, 2014                              Respectfully submitted,

_/s/ Rachel Krevans_                              _/s/ Victoria F. Maroulis_

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com

RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and Counterclaim-
Defendant APPLE

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants and Counterclaim-
Plaintiffs SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC.

1

**[PROPOSED] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

5   DATED: _____

            _____

6

            Hon. Lucy H. Koh
            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ATTESTATION</u>

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Mark D. Selwyn has concurred in this filing.


Dated: March 3, 2014                              <u>*/s/ Victoria F. Maroulis*</u>
                                                        Victoria F. Maroulis

-4-                                    Case No. 12-cv-00630-LHK
                              JOINT STIPULATION AND [PROPOSED] ORDER
                              PERMITTING USE OF EQUIPMENT IN THE COURTROOM