QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (OPPOSITION TO SAMSUNG'S MOTIONS *IN LIMINE*) (DKT. NO. 1334)** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion To File Under Seal (Apple's Opposition to Samsung's Motions *in Limine*) (Dkt. No. 1334) (the "Opposition").

3. Pursuant to the Parties' agreement, Samsung expects that Apple will file highlighted versions of documents subject to Apple's Opposition and Samsung expects that Apple will file conformed highlighted versions of documents it seeks to seal within 7 days of this declaration. Samsung maintains a claim of confidentiality over all portions highlighted in green in these conformed highlighted versions. Specifically, Samsung claims confidentiality over the green highlighted portions of:

- Apple's Opposition to Samsung's Motions *in Limine* (Dkt. No. 1334-3).

4. Apple's Opposition contains: (1) detailed descriptions of development, function, categorization, and operation of Samsung's source code and source code modules; (2) detailed discussion of survey data Samsung purchased from third parties under confidentiality agreements; and (3) detailed discussions regarding Samsung's product development.

5. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable. (*See* Dkts. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkts. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).)

6. I am informed and believed that Samsung considers the information regarding its source code and the development of its code highly confidential because competitors could use the information to copy certain features exclusively found on Samsung's products, and to gain insight into Samsung's development processes.

7. I am informed and believe that information about Samsung's third-party survey data is highly confidential as Samsung has a contractual obligation to maintain the confidentiality of third-party survey data.  This data is generally purchased pursuant to confidentiality agreements and third parties' ability to sell data would be harmed by public disclosure.

8. I am informed and believe that information about Samsung's deliberations regarding product development and marketing is highly confidential as the disclosure of this information could allow competitors to discover what Samsung considers important functions and features of its phones and tablets, removing any first-mover advantage Samsung may otherwise enjoy regarding those features or providing them with a competitive advantage regarding those development efforts.

9. For the foregoing reasons, Samsung requests that Apple's Administrative Motion to File Under Seal be granted as to the portions highlighted in green in Apple's Opposition to Samsung's Motions *in Limine* for the reasons stated in the aforementioned Shim declarations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 3, 2014, at Los Angeles, California.

>  */s/ Michael L. Fazio*
>  _____
>  Michael L. Fazio