1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
4  1881 Page Mill Road
   Palo Alto, CA 94304-1211
5  Telephone: (650) 849-5300
   Facsimile: (650) 849-5333
6
7  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
   JACK W. LONDEN (CA SBN 85776)
8  jlonden@mofo.com
   RACHEL KREVANS (CA SBN 116421)
9  rkrevans@mofo.com
   RUTH N. BORENSTEIN (CA SBN
10 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
14 Facsimile:  (415) 268-7522
15 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.
16

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.    12-cv-00630-LHK (PSG)<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO.12-cv-00630-LHK (PSG)
sf-3384164

1

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Fed. R. Civ. P. 5(b)]**

2

3        I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address

4   is 425 Market Street, San Francisco, California 94105-2482.  I am not a party to the within cause,

5   and I am over the age of eighteen years.

6        I further declare that on March 3, 2014, I served a copy of:

7     1.  APPLE'S MOTIONS IN LIMINE (UNREDACTED HIGHLIGHTED VERSION OF
          DOCUMENTS SOUGHT TO BE SEALED); and

8     2.  HIGHLIGHTED VERSION OF EXHIBITS 5-6 AND 8-13 TO DECLARATION OF
          NATHAN SABRI IN SUPPORT OF APPLE'S MOTIONS IN LIMINE

9         (UNREDACTED HIGHLIGHTED VERSION OF DOCUMENTS SOUGHT TO BE

10        SEALED).

11

12    ☒    BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a
           true and correct copy through Morrison & Foerster LLP's electronic mail system to

13         the e-mail address(s) set forth below, or as stated on the attached service list per
           agreement in accordance with Fed. R. Civ. P. 5(b).

14

15   Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:

16   *Samsungv.Apple@quinnemanuel.com*

17   Service E-mail Distribution List for Wilmer Cutler Pickering Hale and Dorr LLP:

18   *WHAppleSamsungDamagesRetrial@wilmerhale.com*

19   Service E-mail Distribution List for Gibson, Dunn & Crutcher:

20   *Apple/Samsung@gibsondunn.com*

21        I declare under penalty of perjury that the foregoing is true and correct.  Executed at San

22   Francisco, California, on March 3, 2014.

23

24

25

26   _____

27        Robin Sexton

28