1   [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12   APPLE INC., a California corporation,          Case No.    12-cv-00630-LHK (PSG)

13                  Plaintiff,                       **APPLE'S AMENDED SUBMISSION
                                                     REGARDING PROPOSED FORM OF
14          v.                                       VERDICT**

15   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG
16   ELECTRONICS AMERICA, INC., a New
     York corporation; and SAMSUNG
17   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
18
                    Defendant.
19

20

21

22

23

24

25

26

27

28

1    Apple provides the following submission regarding the proposed forms of verdict in

2  accordance with the Court's January 24, 2014 Case Management Order (Dkt. No. 1158.)

3    Attached as Exhibit A is Apple's amended proposed form of verdict.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1          Dated: March 4, 2014

2
      By: */s/ DRAFT*_____
3
          Attorney for Plaintiff and Counterclaim-
4          Defendant

5          APPLE INC.
          JOSH A. KREVITT (CA SBN 208552)
6          jkrevitt@gibsondunn.com
          H. MARK LYON (CA SBN 162061)
7          mlyon@gibsondunn.com
          GIBSON, DUNN & CRUTCHER LLP
8          1881 Page Mill Road
9          Palo Alto, CA  94304-1211
          Telephone: (650) 849-5300
10          Facsimile: (650) 849-5333

11          HAROLD J. McELHINNY (CA SBN 66781)
          hmcelhinny@mofo.com
12          JACK W. LONDEN (CA SBN 85776)
          jlonden@mofo.com
13          RACHEL KREVANS (CA SBN 116421)
          rkrevans@mofo.com
14          RUTH N. BORENSTEIN (CA SBN
15          133797)
          rborenstein@mofo.com
16          ERIK J. OLSON (CA SBN 175815)
          ejolson@mofo.com
17          MORRISON & FOERSTER LLP
          425 Market Street
18          San Francisco, California 94105-2482
          Telephone: (415) 268-7000
19          Facsimile: (415) 268-7522

20
          WILLIAM F. LEE (*pro hac vice*)
21          William.lee@wilmerhale.com
          WILMER CUTLER PICKERING
22           HALE AND DORR LLP
          60 State Street
23          Boston, Massachusetts 02109
          Telephone: (617) 526-6000
24          Facsimile: (617) 526-5000

25

26

27

28

AMENDED PROPOSED VERDICT FORM                    2
CASE NO. 12-cv-00630-LHK (PSG)

pa-1631707

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

AMENDED PROPOSED VERDICT FORM           3
CASE NO. 12-cv-00630-LHK (PSG)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 12-CV-00630-LHK<br><br>**[AMENDED PROPOSED] VERDICT FORM** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

We, the jury, unanimously agree to the answers to the following questions and return them

under the instructions of this Court as our verdict in this case.

**FINDINGS ON APPLE'S CLAIMS**

## APPLE'S PATENT CLAIMS AGAINST SAMSUNG

1.   **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed <u>Claim 9 of the '647 Patent</u>?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy Note (JX 30) | | | |
| Galaxy Note II (JX 31) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Galaxy S III (JX 35) | | | |
| Galaxy Tab 2 10.1 (JX 36) | | | |
| Stratosphere (JX 37) | | | |

2.      **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed <u>Claim 25 of the '959 Patent</u>?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy Note (JX 30) | | | |
| Galaxy Note II (JX 31) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Galaxy S III (JX 35) | | | |
| Galaxy Tab 2 10.1 (JX 36) | | | |
| Stratosphere (JX 37) | | | |

3. **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed Claim 20 of the '414 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).  Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy Note (JX 30) | | | |
| Galaxy Note II (JX 31) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Galaxy S III (JX 35) | | | |
| Galaxy Tab 2 10.1 (JX 36) | | | |
| Stratosphere (JX 37) | | | |

4. **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC)  and/or Samsung Telecommunications America (STA) has infringed Claim 8 of the '721 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Stratosphere (JX 37) | | | |

**5.** **Has Apple proven by a preponderance of evidence that Samsung Electronics (SEC) and/or Samsung Telecommunications America (STA) have infringed <u>Claim 18 of the '172 Patent</u> with regard to the Galaxy S II Skyrocket?**

Samsung Electronics Co Ltd:    Yes ____  (for Apple)      No ____  (for Samsung)

Samsung Telecommunications    Yes ___  (for Apple)      No ____ (for Samsung)
America LLC

**6.** **The Court has found that the Admire (JX 28), Galaxy Note (JX 30), Galaxy Nexus (JX 29), Galaxy S II  (JX 32), Galaxy S II Epic 4G Touch (JX 33), and Stratosphere (JX 37) infringe <u>Claim 18 of the '172 Patent</u>.  Which Samsung entities, Samsung Electronics Co. Ltd., Samsung Telecommunications America LLC or both, do you find liable for that infringement (Choose one)?**

Samsung Electronics Co. Ltd:                    _____

Samsung Telecommunications LLC                    _____

Both                    _____

**7.**    If you found that Samsung Electronics America (SEA) or Samsung Telecommunications America (STA) infringed in any of Questions 1 through 4, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC) took action that it knew or should have known would induce SEA or STA to infringe the **'647 Patent, '959 Patent, '414 Patent, '721 Patent and/or '172 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | '647 Patent | '959 Patent | '414 Patent | '721 Patent | '172 Patent |
|---|---|---|---|---|---|
| Admire: (JX 28) | | | | | |
| Galaxy Nexus (JX 29) | | | | | |
| Galaxy Note (JX 30) | | | | ■ | |
| Galaxy Note II (JX 31) | | | | ■ | ■ |
| Galaxy S II (JX 32) | | | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | | | |
| Galaxy S II Skyrocket (JX 34) | | | | | |
| Galaxy S III (JX 35) | | | | ■ | |
| Galaxy Tab 2 10.1 (JX 36) | | | | ■ | ■ |
| Stratosphere (JX 37) | | | | | |

**8.**    For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) took action it knew or should

**have known would contribute to infringement of the '647 Patent, '959 Patent, '414 Patent, '721 Patent and/or '172 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | '647 Patent | '959 Patent | '414 Patent | '721 Patent | '172 Patent |
|---|---|---|---|---|---|
| Admire: (JX 28) | | | | | |
| Galaxy Nexus (JX 29) | | | | | |
| Galaxy Note (JX 30) | | | | ■ | |
| Galaxy Note II (JX 31) | | | | ■ | ■ |
| Galaxy S II (JX 32) | | | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | | | |
| Galaxy S II Skyrocket (JX 34) | | | | | |
| Galaxy S III (JX 35) | | | | ■ | ■ |
| Galaxy Tab 2 10.1 (JX 36) | | | | ■ | ■ |
| Stratosphere (JX 37) | | | | | |

9.    **Has Apple proven by clear and convincing evidence that the Samsung entity's infringement of any of the following patents was willful?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

| Apple Patents | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| '647 Patent (Claim 9) | | | |
| '959 Patent (Claim 25) | | | |
| '414 Patent (Claim 20) | | | |
| '721 Patent (Claim 8) | | ■ | |
| '172 Patent (Claim 18) | | ■ | |

**10.     Has Samsung proven by clear and convincing evidence that Apple's asserted  patent claims are invalid?**

'647 Patent (Claim 9)          Yes _____  (for Samsung)     No _____  (for Apple)

'959 Patent (Claim 25)        Yes _____  (for Samsung)     No _____  (for Apple)

'414 Patent (Claim 20)        Yes _____  (for Samsung)     No _____  (for Apple)

'721 Patent (Claim 8)          Yes _____  (for Samsung)     No _____  (for Apple)

'172 Patent (Claim 18)        Yes _____  (for Samsung)     No _____  (for Apple)

## DAMAGES TO APPLE FROM SAMSUNG (IF APPLICABLE)

11.  **What is the total dollar amount that Apple is entitled to receive from Samsung on the claims on which you have ruled in favor of Apple?**

$ _____.

12.  **a.  For the total dollar amount in your answer to Question 9, please provide the dollar breakdown for the following products:**

| Accused Samsung Product | Amount |
|---|---|
| Admire: (JX 28) | |
| Galaxy Nexus (JX 29) | |
| Galaxy Note (JX 30) | |
| Galaxy Note II (JX 31) | |
| Galaxy S II (JX 32) | |
| Galaxy S II Epic 4G Touch (JX 33) | |
| Galaxy S II Skyrocket (JX 34) | |
| Galaxy S III (JX 35) | |
| Galaxy Tab 2 10.1 (JX 36) | |
| Stratosphere (JX 37) | |

**b. For the dollar amount in your answer to Question 9, please provide the dollar breakdown for the following products and following periods:**

| Accused Samsung Product | August 1, 2011 – June 30, 2012 | July 1, 2012 – August 24, 2012 | August 25, 2012 - Present |
|---|---|---|---|
| Galaxy S II | | | |
| Galaxy S II Epic 4G | | | |
| Galaxy S II Skyrocket | | | |

## SAMSUNG'S PATENT CLAIMS AGAINST APPLE

13.    For each of the following products, has Samsung proven by a preponderance of the evidence that Apple has infringed the indicated Samsung patent claims?

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).  Do not provide an answer for any cell that is blacked out.)

| Accused Apple Products | '239 Patent — Claim 1 Literal Infringement | '239 Patent — Claim 1 Doctrine of Equivalents | '239 Patent — Claim 15 Literal Infringement | '449 Patent — Claim 27 | '596 Patent — Claim 13 | '087 Patent — Claim 10 |
|---|---|---|---|---|---|---|
| iPhone 4 (JX 38) | | | | ■ | ■ | ■ |
| iPhone 4S (JX 39) | | | | ■ | ■ | ■ |
| iPhone 5 (JX 40) | | | | ■ | ■ | ■ |
| iPad 2 (JX 41) (Wifi only) | | | ■ | ■ | ■ | ■ |
| iPad 2 (JX 41) (cellular-enabled) | | | ■ | | | ■ |
| iPad 3rd gen. (JX 42) (Wifi only) | | | ■ | ■ | ■ | ■ |
| iPad 3rd gen. (JX 43) (cellular-enabled) | | | ■ | | | ■ |
| iPad 4th gen. (JX 44) (Wifi only) | | | ■ | ■ | ■ | ■ |
| iPad 4th gen. (JX 44) (cellular-enabled) | | | ■ | | | ■ |
| iPad mini (JX 45) (Wifi only) | | | ■ | ■ | ■ | ■ |
| iPad mini (JX 45) (cellular-enabled) | | | ■ | | | ■ |
| iPod touch (JX 46) (4th gen.) | | | ■ | ■ | | |
| iPod touch (JX 46) (5th gen.) | | | ■ | ■ | | |
| MacBook Pro (JX 47) | | | ■ | ■ | ■ | ■ |

pa-1631707

**14.** **Has Apple proven by clear and convincing evidence that Samsung's asserted patent claims are invalid?**

'087 Patent

Claim 10:    Yes _____ (for Apple)                 No _____ (for Samsung)

'596 Patent

Claim 13:    Yes _____ (for Apple)                 No _____ (for Samsung)

'449 Patent

Claim 27:    Yes _____ (for Apple)                 No _____ (for Samsung)

'239 Patent

Claim 1:     Yes _____ (for Apple)                 No _____ (for Samsung)
Claim 15:    Yes _____ (for Apple)                 No _____ (for Samsung)

**PATENT EXHAUSTION**

**15.** **Has Apple proven by a preponderance of the evidence that Samsung is barred by patent exhaustion from enforcing the following Samsung patents against Apple?**

a.      '087 Patent

Yes _____ (for Apple)      No _____ (for Samsung)

b.      '596 Patent

Yes _____ (for Apple)      No _____ (for Samsung)

**DAMAGES TO SAMSUNG FROM APPLE (IF APPLICABLE)**

**16.     What is the total dollar amount that Samsung is entitled to receive from Apple on the claims on which you have ruled in favor of Samsung?  You may not award damages for any patent that you found exhausted in your answer to Question 13.**

$ _____.

**17.     For the total dollar amounts in your answers to Question 14, please provide the breakdown by patent:**

'087 Patent:  $_____

'596 Patent:  $ _____

'239 Patent:  $ _____

'449 Patent:  $ _____

**18.     For the total dollar amounts in your answers to Questions 14, please provide the dollar breakdown for the following products.**

| Accused Samsung Product | Amount |
|---|---|
| iPhone 4 (JX 38) | |
| iPhone 4S (JX 39) | |
| iPhone 5 (JX 40) | |
| iPad 2 (JX 41) | |
| iPad 3rd gen. (JX 42) | |
| iPad 4th gen. (JX 43) | |
| iPad mini (JX 44 ) | |
| iPod touch 4th gen. (JX 45) | |
| iPod touch 5th gen. (JX 46) | |
| MacBook Pro (JX 47) | |

**<u>BREACH OF CONTRACT CLAIMS</u>**

**19.**   **Has Apple proven by a preponderance of the evidence that Samsung breached its contractual obligations by failing to timely disclose its intellectual property rights ("IPR") during the creation of the UMTS standard or by failing to license its "declared essential" patents on fair, reasonable, and non-discriminatory ("FRAND") terms?**

Yes _____ (for Apple)     No _____ (for Samsung)

**20.**   **If you answered "Yes" to Question 17, what is the dollar amount that Apple is entitled to receive from Samsung for Samsung's  breach of contract?**

$ _____.

Have the presiding juror sign and date this form.

Signed: _____     Date: _____
                                                          PRESIDING JUROR

pa-1631707