Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL [DOCKET NOS. 1334, 1337]** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motion to File Under Seal and Samsung's Administrative Motion to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

### SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO APPLE'S MOTIONS IN LIMINE

2. On February 25, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed an Administrative Motion to File Documents Under Seal (Docket No. 1337), which sought to protect information designated as confidential by non-party Google and discussed in Samsung's Opposition to Apple's Motions In Limine (Docket No. 1337, Attachment 3) ("Opposition"), and Exhibits to the Declaration of Michael L. Fazio In Support of Samsung's Opposition to Apple's Motions in Limine ("Fazio Declaration") (Docket No. 1337, Attachment 4). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Docket No. 1337), to the extent Samsung's Opposition and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Samsung's Opposition (Docket No. 1337, Attachment 3, at 21 and 23) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159). In addition, selected portions of Samsung's Opposition (Docket No. 1337, Attachment 3, at 21 and 23) discuss proprietary information that is confidential to non-party Google, including proprietary functionality and internal business processes, strategy, and plans, produced under the protective order governing confidentiality in this action (Docket No. 171). In addition, selected portions of Samsung's Opposition (Docket No. 1337, Attachment 3, at 27 and 29) discuss the June 28, 2013

deposition testimony of Bjorn Bringert.  Mr. Bringert's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Bringert testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.  In addition, selected portions of Samsung's Opposition (Docket No. 1337, Attachment 3, at 27 and 29) discuss the July 26, 2013 deposition testimony of Hiroshi Lockheimer.  Mr. Lockheimer's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Lockheimer testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

4. Selected portions of Exhibit 44 to the Fazio Declaration (Docket No. 1337, Attachment 32, at 153) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

5. Selected portions of Exhibit 54 to the Fazio Declaration (Docket No. 1337, Attachment 41, at 29, 78, 124-127, 129, and 131-137) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).  In addition, selected portions of Exhibit 54 to the Fazio Declaration (Docket No. 1337, Attachment 41, at 78, 120-121, 123, 128, and 136-137) discuss proprietary information that is confidential to non-party Google, including proprietary functionality and internal business processes, strategy, and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).  In addition, selected portions of Exhibit 54 to the Fazio Declaration (Docket No. 1337, Attachment 41, at 118-119, and 124) discuss the July 26, 2013 deposition testimony of Hiroshi Lockheimer.  Mr. Lockheimer's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Lockheimer testified regarding proprietary functionality and internal business processes that are confidential to non-party

-2-   CASE NO. 12-CV-00630 LHK
MADIGAN DECLARATION IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL

1   Google.  In addition, selected portions of Exhibit 54 to the Fazio Declaration (Docket No. 1337,

2   Attachment 41, at 119-120) discuss the July 16, 2013 deposition testimony of Ann Hsieh.  Ms.

3   Hsieh's deposition transcript is highly confidential under the protective order governing

4   confidentiality in this action (Docket No. 171) because, among other things, Ms. Hsieh testified

5   regarding proprietary functionality and internal business processes that are confidential to non-

6   party Google.

7       6.   Selected portions of Exhibit 56 to the Fazio Declaration (Docket No. 1337,

8   Attachment 43, at 111, 114-115, and 197-198) discuss Google's highly confidential and

9   proprietary source code produced under the protective order governing confidentiality in this

10  action (Docket No. 171) and the agreed addendum to the protective order regarding Google

11  source code production (Docket No. 159).  In addition, selected portions of Exhibit 56 to the

12  Fazio Declaration (Docket No. 1337, Attachment 43, at 111-112, 118, and 197-198) discuss the

13  July 26, 2013 deposition testimony of Hiroshi Lockheimer.  Mr. Lockheimer's deposition

14  transcript is highly confidential under the protective order governing confidentiality in this action

15  (Docket No. 171) because, among other things, Mr. Lockheimer testified regarding proprietary

16  functionality and internal business processes that are confidential to non-party Google.

17      7.   Selected portions of Exhibit 57 to the Fazio Declaration (Docket No. 1337,

18  Attachment 44, at 69-73, and 77) discuss Google's highly confidential and proprietary source

19  code produced under the protective order governing confidentiality in this action (Docket No.

20  171) and the agreed addendum to the protective order regarding Google source code production

21  (Docket No. 159).  In addition, selected portions of Exhibit 57 to the Fazio Declaration (Docket

22  No. 1337, Attachment 44, at 75) discuss proprietary information that is confidential to non-party

23  Google, including communications among Google engineers regarding development strategy and

24  plans, produced under the protective order governing confidentiality in this action (Docket No.

25  171).  In addition, selected portions of Exhibit 57 to the Fazio Declaration (Docket No. 1337,

26  Attachment 44, at 72 and 77) discuss the June 11, 2013, deposition testimony of Paul Westbrook.

27  Mr. Westbrook's deposition transcript is highly confidential under the protective order governing

28  confidentiality in this action (Docket No. 171) because, among other things, Mr. Westbrook

-3-   CASE NO. 12-CV-00630 LHK
MADIGAN DECLARATION IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL

1  testified regarding proprietary functionality and internal business processes that are confidential
2  to non-party Google.
3       8.      Selected portions of Exhibit 60 to the Fazio Declaration (Docket No. 1337,
4  Attachment 47, at 84) discuss proprietary information that is confidential to non-party Google,
5  including communications among Google engineers regarding development strategy and plans,
6  produced under the protective order governing confidentiality in this action (Docket No. 171).
7       9.      Exhibit 68 to the Fazio Declaration (Docket No. 1337, Attachment 55) is an
8  excerpt of the June 28, 2013 deposition transcript of Bjorn Bringert. Mr. Bringert's deposition
9  transcript is highly confidential under the protective order governing confidentiality in this action
10 (Docket No. 171) because, among other things, Mr. Bringert testified regarding proprietary
11 functionality and internal business processes that are confidential to non-party Google.
12      10.     Exhibit 69 to the Fazio Declaration (Docket No. 1337, Attachment 56) is an
13 excerpt of the July 26, 2013 deposition testimony of Hiroshi Lockheimer.  Mr. Lockheimer's
14 deposition transcript is highly confidential under the protective order governing confidentiality in
15 this action (Docket No. 171) because, among other things, Mr. Lockheimer testified regarding
16 proprietary functionality and internal business processes that are confidential to non-party
17 Google.

**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO SAMSUNG'S MOTIONS IN LIMINE**

20      11.     On February 25, 2014, Apple Inc. ("Apple") filed an Administrative Motion to
21 File Documents Under Seal (Docket No. 1334), which sought to protect information designated
22 as confidential by non-party Google and discussed in Apple's Opposition to Samsung's Motions
23 In Limine (Docket No. 1334, Attachment 3) ("Opposition"); and Exhibits to the Declaration of
24 Nathan Sabri in Support of Apple's Opposition to Samsung's Motions in Limine ("Sabri
25 Declaration") (Docket No. 1334, Attachment 4).  Pursuant to Civil L.R. 79-5(e), non-party
26 Google submits this Declaration in support of Apple's Administrative Motion to File Documents
27 Under Seal (Docket No. 1334), to the extent Apple's Opposition and supporting documents
28 reference non-party Google's highly confidential or proprietary business information.

12. Selected portions of Apple's Opposition (Docket No. 1334, Attachment 3, at 11 and 15) discuss proprietary information that is confidential to non-party Google, including proprietary functionality and internal business processes, strategy, and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2014, in San Francisco, California.

By /s/ Kristin J. Madigan
Kristin J. Madigan