1  **[Counsel Listed On Signature Page]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Final Pretrial Conference Hearing:** <br><br> Date:   March 5, 2014 <br> Time:   2:00 p.m. <br> Place :  Courtroom 1, 5th Floor <br> Judge:  Hon. Lucy H. Koh |
| Defendants. | |

The parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (together with Apple, "the Parties") seek to use certain equipment and devices at the Final Pretrial Conference hearing on March 5, 2014;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that

1. The Parties and their attorneys, paralegals, assistants and consultants may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, samples of the products at issue in this litigation, and related equipment into the courtroom for use at the Final Pretrial Conference hearing on March 5, 2014;

2. Beginning at 2:00 p.m. on Tuesday, March 4, 2014, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with the hearing as scheduled.

3. Beginning at 9:00 a.m. on Wednesday, March 5, 2014, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with the hearing as scheduled.

**IT IS SO STIPULATED.**

Dated: March 3, 2014                                    Respectfully submitted,

_/s/ Rachel Krevans_                                    _/s/ Victoria F. Maroulis_

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com                                     QUINN EMANUEL URQUHART &
JACK W. LONDEN (CA SBN 85776)                           SULLIVAN, LLP
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)                          Charles K. Verhoeven (Cal. Bar No. 170151)
rkrevans@mofo.com                                       charlesverhoeven@quinnemanuel.com

02198.51990/5792933.2

-1-                                                     Case No. 12-cv-00630-LHK
JOINT STIPULATION AND [PROPOSED] ORDER
PERMITTING USE OF EQUIPMENT IN THE COURTROOM

| | |
|---|---|
| RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Attorneys for Plaintiff and Counterclaim-Defendant APPLE | 50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>Michael L. Fazio<br>michaelfazio@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:     3/4/14

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge

ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: March 3, 2014                    */s/ Victoria F. Maroulis*
                                         Victoria F. Maroulis