# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1507

**APPLE INC.,**

*Plaintiff - Appellee*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**

*Defendants - Appellants*

Appeal from the United States District Court for the Northern District of California (San Jose) in case no. 12-CV-0630 U.S. District Judge Lucy H. Koh

## MANDATE

In accordance with the judgment of this Court, entered October 11, 2012, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brian Buroker
Clerk of Court
Blaine H. Evanson
Joshua R. Furman
Christopher J. Glancy
Richard Hung
Michael Allen Jacobs
Josh Krevitt
Jeffrey A. Lamken
William F. Lee
Andrew L. Liao
Jason C. Lo
Hervey Mark Lyon
Brian Robert Matsui
Harold J. McElhinny
Kevin McGann
Angela D. Mitchell

Michael Gregory Pattillo Jr.
Mark Andrew Perry
William C. Price
John Quinn
Mark A. Reiter
Jennifer J. Rho
Mark D. Selwyn
Derek Shaffer
Patrick M. Shields
Sarah E. Simmons
Rodney J. Stone
Paul E. Torchia
Robert A. Vincent
Jonathan Neil Zerger