1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17
                    UNITED STATES DISTRICT COURT
18
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **NOTICE OF CORRECTION OF EXHIBIT IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2    Telecommunications America, LLC (collectively, "Samsung") filed its Reply In Support of
3    Motion to Exclude Opinions of Certain of Apple's Experts (Dkt. 948) on November 14, 2013.
4    Exhibit Q to the Declaration of Michael L. Fazio in support of Samsung's Reply, filed under seal,
5    should have only included a portion of the March 22, 2012 Second Supplemental Expert Report of
6    Todd C. Mowry Regarding Infringement and Validity of U.S. Patent No. 5,946,647 in *Apple Inc.*
7    *v. Motorola, Inc.*, Case No. 11-CV-8540 (RAP) (N.D. Ill.).  Samsung inadvertently filed under
8    seal the entire March 22, 2012 Second Supplemental Expert Report of Todd C. Mowry.  Samsung
9    now provides notice that it has filed under seal a corrected version of Exhibit Q that includes only
10   the portion of the March 22, 2012 Second Supplemental Expert Report of Todd C. Mowry cited in
11   Samsung's Reply.

13   DATED:  March 4, 2014                    QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP

16                                            By */s/ Michael L. Fazio*
                                                 Charles K. Verhoeven
17                                               Kevin P.B. Johnson
                                                 Victoria F. Maroulis
18                                               William C. Price

19                                            Attorneys for Defendants
20                                            SAMSUNG ELECTRONICS CO., LTD.,
                                              SAMSUNG ELECTRONICS AMERICA, INC.,
21                                            and SAMSUNG TELECOMMUNICATIONS
                                              AMERICA, LLC

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this Notice. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: March 4, 2014

*/s/ Patrick D. Curran*
Patrick D. Curran