1  DAVID H. DOLKAS (State Bar No. 111080)
   ddolkas@mwe.com
2  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road
3  Suite 100
   Menlo Park, CA 94025-4004
4  Telephone: +1 650 815 7400
5  Facsimile: +1 650 815 7401

6  BRETT E. BACHTELL
   bbachtell@mwe.com
7  McDERMOTT WILL & EMERY LLP
   227 West Monroe Street
8  Suite 4400
9  Chicago, IL 60606-5055
   Telephone: +1 312 372 7000
10 Facsimile: +1 312 984 7700

11 Attorneys for Non-Party
12 QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF BRETT E. BACHTELL REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 1337]** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Case No. 12-CV-00630-LHK (PSG)

DECLARATION OF BRETT E. BACHTELL REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL

I, Brett E. Bachtell, declare:

1. I am a partner at the law firm of McDermott Will & Emery LLP and counsel for non-party Qualcomm Incorporated ("Qualcomm"). I am licensed to practice law in the State of Illinois. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 1337) on February 25, 2014. I understand that concurrently with this motion, Samsung filed a Opposition to Apple's Motions in Limine and exhibits thereto. Given the sensitive nature of certain highly confidential material contained therein, Qualcomm supports Samsung's request to seal portions of Samsung's Opposition and exhibits thereto that contain Qualcomm's confidential information.

3. It is my understanding that Samsung filed exhibits to a declaration by Michael Fazio that contain confidential Qualcomm information. (Dkt. No. 1337). Specifically, Exhibit 4 (Dkt. No. 1337-9), Exhibit 20 (Dkt. No. 1337-19) and Exhibit 29 (manually filed, *see* Dkt. No. 1337-5) contain Qualcomm technical information and technical materials related to Qualcomm's chipsets. Public disclosure of information regarding the technical functionality related to Qualcomm products or unauthorized disclosure to non-licensees or competitors would be harmful to Qualcomm. This Court has previously granted similar requests to seal in the litigation between Apple and Samsung. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8).

4. The relief requested is necessary and narrowly tailored to protect confidential information contained within the highly confidential Qualcomm material produced in this matter.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed on this 4th day of March, 2014, in Chicago, Illinois.

Dated: March 4, 2014                    */s/ Brett E. Bachtell*
                                        _____
                                        Brett E. Bachtell

-1-                                     Case No. 12-CV-00630-LHK (PSG)

DECLARATION OF BRETT E. BACHTELL REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

{00064025.DOC - v1}{00064025.DOC -

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Brett E. Bachtell has concurred in this filing.

Dated:  March 4, 2014

                                        /s/  *Victoria Maroulis*
                                        Victoria Maroulis