UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants and Counterclaimants. | Case No.: 12-CV-00630-LHK<br><br>ORDER DISSOLVING INJUNCTION AND TO SUBMIT STATEMENT AS TO RELEASE OF BOND |

On February 7, 2013, the Federal Circuit issued its mandate in accordance with the Circuit's judgment reversing this Court's preliminary injunction against Samsung's Galaxy Nexus smartphone. *See Apple, Inc. v. Samsung Elecs. Co.*, 695 F.3d 1370 (Fed. Cir. 2012), *rev'g* 877 F. Supp. 2d 838 (N.D. Cal. 2012), *reh'g en banc denied*, Dkt. 113, Case No. 12-1507 (Fed. Cir. Jan. 31, 2013). Although the Federal Circuit stayed the preliminary injunction, *see*, *e.g.*, Dkt. 59, Case No. 12-1507 (Fed. Cir. July 30, 2012), this Court, for clarity of the record, now hereby DISSOLVES the preliminary injunction issued at Docket Number 221 in this case.

By **March 7, 2014**, the parties are hereby requested to submit a joint statement on whether the Court may release in its entirety Apple's bond in support of the preliminary injunction. *See* Dkt. 232.

**IT IS SO ORDERED.**

Dated: March 4, 2014

_____
LUCY H. KOH
United States District Judge