```
 1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 2  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
 3  Kevin A. Smith (Bar No. 250814)
    kevinsmith@quinnemanuel.com
 4  50 California Street, 22nd Floor
    San Francisco, California 94111
 5  Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
 6
    Kevin P.B. Johnson (Bar No. 177129)
 7  kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
 8  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
 9  Redwood Shores, California 94065
    Telephone: (650) 801-5000
10  Facsimile: (650) 801-5100

11  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
12  Michael L. Fazio (Bar No. 228601)
    michaelfazio@quinnemanuel.com
13  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
14  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
15
    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
16  AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**NOTICE OF LODGING OF EXHIBITS 315, 321, AND 348 RELATING TO SAMSUNG'S SECOND CORRECTED EXHIBIT LIST** |

**PLEASE TAKE NOTICE THAT** Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby lodge with the Court the following exhibits relating to Samsung's Second Corrected Exhibit List (Dkt. No. 1386):

- Defendant's Exhibit 315
- Defendant's Exhibit 321
- Defendant's Exhibit 348

Samsung lodges these exhibits as replacements to the versions of Exhibits 315, 321, and 348 previously lodged with the Court on February 25, 2014.

DATED: March 5, 2014          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael L. Fazio*
Michael L. Fazio

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC