1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                    UNITED STATES DISTRICT COURT
19
         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
   |---|---|
22 | Plaintiff, | **CERTIFICATE OF SERVICE** |
   | vs. | |
23 | | |
   | SAMSUNG ELECTRONICS CO., LTD., a | |
24 | Korean business entity; SAMSUNG | |
   | ELECTRONICS AMERICA, INC., a New | |
25 | York corporation; SAMSUNG | |
   | TELECOMMUNICATIONS AMERICA, | |
26 | LLC, a Delaware limited liability company, | |
   | | |
27 | Defendants. | |

28

# CERTIFICATE OF SERVICE

I, Elliot Siegel, hereby declare:

I am employed in Los Angeles, California.   I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On March 5, 2014, I served true and correct copies of unredacted versions of:

1. Defendant's Trial Exhibit 315 (*See* Dkt. No. 1387)
2. Defendant's Trial Exhibit 321 (*See* Dkt. No. 1387)
3. Defendant's Trial Exhibit 348 (*See* Dkt. No. 1387)

by emailing the aforementioned documents to the mailings lists of the parties in this action as follows:

### Counsel for Apple Inc.

**Gibson, Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Morrison & Foerster LLP**
Apple630Team@mofo.com

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalIIService@wilmerhale.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2014 at Los Angeles

         ___/s/ Elliot Siegel_____
              Elliot Siegel

1 **ATTESTATION**

2     I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the

3 foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic

4 filing of this document has been obtained from Elliot Siegel.

5

6                                                   */s/ Michael L. Fazio*

7                                                   Michael L. Fazio

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28