RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

Attorneys for Non-Party
NOKIA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: 12-CV-00630-LHK (PSG)<br><br>**NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTIONS TO SEAL [DKT. NOS. 1276, 1315]** |

/ / /

/ / /

/ / /

/ / /

/ / /

---

NOTICE OF WITHDRAWAL OF NOKIA'S ADMINISTRATIVE
MOTIONS TO SEAL

CASE NO.: 12-CV-00630-LHK (PSG)

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5(f)(2) and Magistrate Judge Grewal's ruling on February 27, 2014 (Case No. 11-cv-1846, Dkt. No. 2997), non-party Nokia Corporation hereby withdraws its following pending administrative motions to seal as moot: Docket Numbers 1276 and 1315. The documents that were previously lodged under seal pursuant to those administrative motions to seal are being filed herewith.

DATED: March 5, 2014        Respectfully submitted,

ALSTON & BIRD, LLP

/s/ Ryan W. Koppelman
RANDALL L. ALLEN
RYAN W. KOPPELMAN
XAVIER M. BRANDWAJN
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

Attorneys for Non-Party Nokia Corporation