# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Josh Krevitt
Direct: +1 212.351.2490
Fax: +1 212.351.6390
JKrevitt@gibsondunn.com

Client: 03290-00026

February 11, 2014

**SUBMITTED UNDER SEAL**

VIA ELECTRONIC FILING

The Honorable Paul S. Grewal
United States District of Northern California
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

Re:     *Apple Inc. v. Samsung Electronics Co. et al.*, No. 12-cv-0630

Dear Judge Grewal:

Yesterday afternoon, in the process of reviewing Apple's filings in connection with sealing issues related to third parties, we discovered that one page of the proposed public version of an exhibit to Apple's Motion to Exclude Samsung's Expert Testimony, filed on October 10, 2013, was inadvertently filed without the redactions that we indicated in the under-seal version of the same exhibit.  Specifically, page 11 of Docket 806-06 was filed in unredacted form even though we moved to seal information on that page and intended to file a redacted version of that page of the exhibit.  Apple has moved to seal the information in question because that page contains highly confidential terms of license agreements between Apple and two parties: Nokia Corporation and NEC Corporation.[1]  *See* D.I. 806-0.

Upon making this discovery, we immediately contacted Ms. Diane Miyashiro, Judge Koh's docket clerk, by telephone to request that the document be locked on the docket, to prevent public access.  Per Ms. Miyashiro's request, we also sent an email to her to ask that it be locked.  She kindly locked the document yesterday afternoon.  To date, we have no information that the document was distributed on the Internet or otherwise used.

We are in the process of notifying the appropriate parties, NEC Corporation and Nokia Corporation, and will be promptly moving the Court to withdraw the document in question

---

[1] The document filed as Docket 806-06 was the public proposed version of Exhibit A-1 to the McCracken Declaration in support of Apple's Motion to Exclude Samsung's Expert Testimony ("Exhibit A-1"), and omitted certain pages contained in the highlighted version of Exhibit A-1 lodged with the Court on October 11, 2013 and later e-filed under seal with the Court. *See* Docket 831-03.  Accordingly, page 11 of the Docket 806-06 is equivalent to page 79 of the under-seal version of Exhibit A-1.

GIBSON DUNN

The Honorable Paul S. Grewal
February 11, 2014
Page 2

from the docket to be replaced by a version of Exhibit A-1 to the McCracken Declaration that contains an appropriately redacted version of page 11 of Docket 806-06 after conferring with the third parties in question.

Please do not hesitate to let us know if further information is required.

Sincerely,

*/s/ Josh Krevitt*