| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts  02109 |
| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| Facsimile:  (650) 849-5333 | |
| Harold J. McElhinny (CA SBN 66781) | MARK D. SELWYN (CA SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| Jack W. Londen (CA SBN 85776) | WILMER CUTLER PICKERING |
| jlonden@mofo.com | HALE AND DORR LLP |
| Rachel Krevans (CA SBN 116421) | 950 Page Mill Road |
| rkrevans@mofo.com | Palo Alto, California  94304 |
| Ruth N. Borenstein (CA SBN 133797) | Telephone:  (650) 858-6000 |
| rborenstein@mofo.com | Facsimile:  (650) 858-6100 |
| Erik J. Olson (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Apple supports sealing the February 11, 2014 letter from Josh Krevitt to Judge Grewal ("Krevitt Letter") and the February 11, 2014 letter from William F. Lee to Judge Grewal ("Lee Letter"). These letters, if made public, would potentially provide information regarding where confidential information could be located relating to two Apple license agreements. This confidential information was contained in an improperly redacted document that has now been locked and that Apple is separately moving to withdraw from the docket.

3. Since the docket clearly identifies which document was recently locked, Apple supports sealing this declaration for the same reasons.

4. I understand that Nokia and NEC may also support sealing these documents. In lieu of filing certificates of service naming these third parties publicly, in accordance with Local Rule 79-5(e), I confirm that Apple will provide notice of this filing to both Nokia and NEC.

5. The relief requested by Apple is necessary and narrowly tailored to protect confidential Apple information.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 11th day of February, 2014, in Boston, Massachusetts.

Dated: February 11, 2014         */s/ Peter J. Kolovos*
                                 Peter J. Kolovos

Declaration of Peter J. Kolovos
Case No. 12-cv-00630-LHK (PSG)

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 11, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: February 11, 2014

*/s/ Mark D. Selwyn*
Mark D. Selwyn