UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., <br><br>        Plaintiff, <br><br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD., et al., <br><br>        Defendants. | Case No. 5:12-cv-00630 LHK (PSG) <br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br>(CIVIL LOCAL RULE 11-3) |

I, Peter J. Chassman, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Motorola Mobility LLC in the above-entitled action. My local co-counsel in this case is Jennifer A. Golinveaux, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br>Winston & Strawn LLP <br>1111 Louisiana, 25th Floor <br>Houston, TX 77002-5242 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br>Winston & Strawn LLP <br>101 California Street, 39th Floor <br>San Francisco, CA 94111-5894 |
|---|---|
| MY TELEPHONE # OF RECORD: <br>(713) 651-2623 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br>(415) 591-1000 |
| MY EMAIL ADDRESS OF RECORD: <br>pchassman@winston.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br>jgolinveaux@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00787233.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 3/5/14

*(signed)* <br>
PETER J. CHASSMAN

---

**ORDER GRANTING APPLICATION <br>FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Peter J. Chassman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3-5-2014

*(signed) Lucy H. Koh* <br>
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER