AYUMI NISHINO
a-nishino@ap.jp.nec.com
NEC CORPORATION
Intellectual Property Management Div.,
Licensing Dept.
7-1, Shiba 5-chome, Minato-ku, Tokyo 108-8001 Japan
Phone: +81 3 3798 6989
Fax: +81 3 3798 6394

Attorney for Non-Party
NEC CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF AYUMI NISHINO REGARDING APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

I, Ayumi Nishino, hereby declare as follows:

1. I am an attorney for non-party NEC Corporation ("NEC"). I am licensed to practice law in the State of New York. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Pursuant to Civil Rule 79-5(e), I am filing this declaration in support of sealing the following documents on behalf of NEC:

- Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 1258-1) ("Kolovos Declaration")
- The February 11, 2014 letter from Josh Krevitt to Judge Grewal (Dkt. No. 1258-2) ("Krevitt Letter")
- The February 11, 2014 letter from William F. Lee to Judge Grewal (Dkt. No. 1258-3) ("Lee Letter")
- Apple Inc.'s Administrative Motion to Remove Incorrectly Filed Document (Dkt. No. XXXX) ("Apple's Motion")
- Declaration of Jennifer Rho in Support of Apple's Administrative Motion to Remove Incorrectly Filed Document filed herewith (Dkt. No. XXXX) ("Rho Declaration in Support of Apple's Motion")
- Declaration of Jennifer Rho in Support of Apple's Administrative Motion to File Documents Under Seal filed herewith ("Rho Sealing Declaration")

3. On February 11, 2014, Apple filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 1258). I understand that concurrently with this motion, Apple filed the Kolovos Declaration, the Krevitt Letter, and the Lee Letter. I further understand that each of these documents explains to the Court that confidential information regarding a license agreement between NEC and Apple ("NEC-Apple License Agreement") was inadvertently filed publicly and requests that the Court temporarily remove a document containing this information until Apple can file a formal motion to withdraw this information. For reasons discussed below, NEC maintains a claim of confidentiality over information related to the NEC-Apple License

Agreement. Furthermore, NEC supports sealing these documents to the extent they provide notice to the public where to locate highly confidential NEC information that was inadvertently filed publicly.

4. NEC understands that Apple inadvertently filed a document that disclosed specific, confidential terms of the NEC-Apple License Agreement, as explained in the Krevitt and Lee Letters. NEC considers its licensing terms, especially the licensing terms in the NEC-Apple License Agreement, highly confidential because this information is not disclosed to the public or to any third party except under strict confidentiality agreements. Public knowledge of NEC's licensing terms would cause serious harm to NEC in future licensing negotiations with other parties. Therefore, withdrawing this information from the public record is necessary to avoid causing serious harm to NEC. The Court, moreover, has previously found that non-public licensing terms are sealable. (*See* 11-cv-01846-LHK, Dkt. No. 1649 at 7, 10-11).

5. On February XX, 2014, Apple filed an "Administrative Motion to File Documents Under Seal" in connection with its Motion to Remove Documents from the Docket (Dkt. No. XXXX). I understand that concurrently with this motion, Apple filed Apple's Motion, the Rho Declaration in Support of Apple's Motion, and the Rho Sealing Declaration. Apple's Motion is intended to request removal of the inadvertently filed document that discloses the terms of the NEC-Apple License Agreement. I further understand that each of these documents also explains to the Court that confidential information regarding the NEC-Apple License Agreement was inadvertently filed publicly. For reasons discussed below, NEC maintains a claim of confidentiality over information related to the NEC-Apple License Agreement. Furthermore, NEC supports sealing these documents to the extent they provide notice to the public where to locate highly confidential NEC information that was inadvertently filed publicly.

6. Since the docket clearly identifies which document was recently locked, NEC supports sealing this declaration for the same reasons.

7. For the foregoing reasons, NEC requests that Apple's Administrative Motions be granted with respect to the above cited documents and that Apple's Motion be granted with

1  respect to the document that disclosed specific, confidential terms of the NEC-Apple License
2  Agreement.
3
4  I declare under the penalty of perjury under the laws of the United States of America that
5  the foregoing is true and correct to the best of my knowledge and that this Declaration was
6  executed this 17th day of February, 2014, in Tokyo, Japan.
7  Dated: February 17, 2014          /s/ [signature]
8

# ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Ayumi Nishino has concurred in this filing.

Dated: February 18, 2014

/s/ *H. Mark Lyon*
H. Mark Lyon