AYUMI NISHINO
a-nishino@ap.jp.nec.com
NEC CORPORATION
Intellectual Property Management Div.,
Licensing Dept.
7-1, Shiba 5-chome, Minato-ku, Tokyo 108-8001 Japan
Phone: +81 3 3798 6989
Fax: +81 3 3798 6394

Attorney for Non-Party
NEC CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**AMENDED DECLARATION OF AYUMI NISHINO REGARDING APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

1  I, Ayumi Nishino, hereby declare as follows:

2       1.      I am an attorney for non-party NEC Corporation ("NEC").  I am licensed to

3  practice law in the State of New York.  I am familiar with the facts set forth herein, and, if called

4  as a witness, I could and would testify competently to those facts.

5       2.      Pursuant to Civil Rule 79-5(e), I am filing this declaration in support of sealing

6  the following documents on behalf of NEC:

7       •   Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to

8           File Documents Under Seal (Dkt. No. 1258-1) ("Kolovos Declaration")

9       •   The February 11, 2014 letter from Josh Krevitt to Judge Grewal (Dkt. No. 1258-

10          2) ("Krevitt Letter")

11      •   The February 11, 2014 letter from William F. Lee to Judge Grewal (Dkt. No.

12          1258-3) ("Lee Letter")

13      •   Apple Inc.'s Administrative Motion to Remove Incorrectly Filed Document (Dkt.

14          No. 1278) ("Apple's Motion")

15      •   Declaration of Jennifer Rho in Support of Apple's Administrative Motion to

16          Remove Incorrectly Filed Document filed herewith (Dkt. No. 1278) ("Rho

17          Declaration in Support of Apple's Motion")

18      •   Declaration of Jennifer Rho in Support of Apple's Administrative Motion to File

19          Documents Under Seal filed herewith ("Rho Sealing Declaration")

20      3.      On February 11, 2014, Apple filed an "Administrative Motion to File Documents

21  Under Seal" (Dkt. No. 1258).  I understand that concurrently with this motion, Apple filed the

22  Kolovos Declaration, the Krevitt Letter, and the Lee Letter.  I further understand that each of

23  these documents explains to the Court that confidential information regarding a license

24  agreement between NEC and Apple ("NEC-Apple License Agreement") was inadvertently filed

25  publicly and requests that the Court temporarily remove a document containing this information

26  until Apple can file a formal motion to withdraw this information.  For reasons discussed below,

27  NEC maintains a claim of confidentiality over information related to the NEC-Apple License

28

Non-Party NEC Corporation's Amended Declaration of Ayumi Nishino in          Case No. 12-cv-00630 (LHK)
Support of Apple's Motions to Seal

1

1  Agreement.  Furthermore, NEC supports sealing these documents to the extent they provide

2  notice to the public where to locate highly confidential NEC information that was inadvertently

3  filed publicly.

4        4.      NEC understands that Apple inadvertently filed a document that disclosed

5  specific, confidential terms of the NEC-Apple License Agreement, as explained in the Krevitt

6  and Lee Letters.  NEC considers its licensing terms, especially the licensing terms in the NEC-

7  Apple License Agreement, highly confidential because this information is not disclosed to the

8  public or to any third party except under strict confidentiality agreements.  Public knowledge of

9  NEC's licensing terms would cause serious harm to NEC in future licensing negotiations with

10 other parties. Therefore, withdrawing this information from the public record is necessary to

11 avoid causing serious harm to NEC.  The Court, moreover, has previously found that non-public

12 licensing terms are sealable.  (*See* 11-cv-01846-LHK, Dkt. No. 1649 at 7, 10-11).

13       5.      On February 18, 2014, Apple filed an "Administrative Motion to File Documents

14 Under Seal" in connection with its Motion to Remove Documents from the Docket (Dkt. No.

15 1278).  I understand that concurrently with this motion, Apple filed Apple's Motion, the Rho

16 Declaration in Support of Apple's Motion, and the Rho Sealing Declaration.  Apple's Motion is

17 intended to request removal of the inadvertently filed document that discloses the terms of the

18 NEC-Apple License Agreement.  I further understand that each of these documents also explains

19 to the Court that confidential information regarding the NEC-Apple License Agreement was

20 inadvertently filed publicly.  For reasons discussed below, NEC maintains a claim of

21 confidentiality over information related to the NEC-Apple License Agreement.  Furthermore,

22 NEC supports sealing these documents to the extent they provide notice to the public where to

23 locate highly confidential NEC information that was inadvertently filed publicly.

24       6.      Since the docket clearly identifies which document was recently locked, NEC

25 supports sealing this declaration for the same reasons.

26       7.      For the foregoing reasons, NEC requests that Apple's Administrative Motions be

27 granted with respect to the above cited documents and that Apple's Motion be granted with

28

---

1   respect to the document that disclosed specific, confidential terms of the NEC-Apple License

2   Agreement.

3

4        I declare under the penalty of perjury under the laws of the United States of America that

5   the foregoing is true and correct to the best of my knowledge and that this Declaration was

6   executed this 23rd day of February, 2014, in Tokyo, Japan.

7

8   Dated:  February 23, 2014                              */s/*  Ayumi Nishino

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Non-Party NEC Corporation's Amended Declaration of Ayumi Nishino in          Case No. 12-cv-00630 (LHK)
Support of Apple's Motions to Seal

3

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that a true and correct copy of the above and foregoing document has

3   been served on February 24, 2014 to all counsel of record who are deemed to have consented to

4   electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6                                                          /s/ Mark Lyon
                                                           Mark Lyon

7

8          **ATTESTATION OF E-FILED SIGNATURE**

9          I, Mark Lyon, am the ECF User whose ID and password are being used to file this

10  Declaration.  In compliance with General Order 45 X.B., I hereby attest that Ayumi Nishino has

11  concurred in this filing.

12

Dated:  February 24, 2014                                  /s/ Mark Lyon
13                                                         Mark Lyon

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Non-Party NEC Corporation's Amended Declaration of Ayumi Nishino in              Case No. 12-cv-00630 (LHK)
Support of Apple's Motions to Seal