JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

Pursuant to Civil Local Rule 7-11, Apple Inc. ("Apple") submits this Administrative Motion to Remove Incorrectly Filed Document from the docket.

On October 10, 2013, Apple filed portions of its Motion to Exclude Certain Unreliable and Impermissible Expert Testimony ("Apple's Motion to Exclude"), the Declaration of Casey McCracken in Support of Apple's Motion to Exclude ("McCracken Declaration") and exhibits to the McCracken Declaration under seal.  (Dkt. No. 806.)

Exhibit A-1 to the McCracken Declaration consists of excerpts from the Expert Report of Judith A. Chevalier ("Chevalier Expert Report") and Exhibits 69-85 to the Chevalier Expert Report. (Dkt. No. 806-6.)

Apple's Administrative Motion to File Under Seal (Dkt. No. 806) moved to seal, and Declaration from Jordan Bekier in Support of Apple's Motion to File Under Seal (Dkt. No. 806-1) supported sealing of, the portions highlighted in yellow of Exhibit A-1 to the McCracken Declaration In particular, the Bekier Declaration supported sealing Exhibit 69 to the Chevalier Report (which was contained within Exhibit A-1) because it contained references to Apple's confidential non-public license agreements. (Dkt. Nos. 806; 806-1 ¶ 7.) Page 79 of Exhibit A-1 (page 8 of Exhibit 69) was correctly highlighted in the under seal version of Exhibit A-1.  (*See* Dkt. No. 831-03.)  However, that page was inadvertently left unredacted on page 11 of the public redacted version of Exhibit A-1.[1] (*See* Dkt. No. 806-6; Declaration of Jennifer Rho in Support of Apple's Administrative Motion to Remove Incorrectly Filed Document ("Rho Declaration") ¶ 3.)

On February 10, 2014, at approximately 3:35pm Pacific, counsel for Apple discovered the redaction error.  Counsel for Apple immediately called the ECF help desk and, when the ECF help

---

[1] The document filed as Docket 806-06 was the public proposed version of Exhibit A-1 to the McCracken Declaration in support of Apple's Motion to Exclude Samsung's Expert Testimony ("Exhibit A-1"), and omitted certain pages contained in the highlighted version of Exhibit A-1 lodged with the Court on October 11, 2013 and later e-filed under seal with the Court. (*See* Dkt. No. 831-03.) Accordingly, page 11 of the Docket 806-06 – which constitutes page 8 of Exhibit 69 contained within Exhibit A-1 of the McCracken Declaration – is equivalent to page 79 of the under-seal version of Exhibit A-1.

1  desk did not answer the phone, Judge Koh's docket clerk to have Docket Entry 806-6 locked and
2  followed up with an email to Judge Koh's docket clerk confirming that request.  (Rho Declaration ¶
3  4.)
4       Apple has provided notice to the third parties whose information was inadvertently left
5  unredacted on page 11 of the public redacted version of Exhibit A-1.  (*Id.* ¶ 5.)
6       Apple will re-file a corrected public redacted version of this document on February 19, 2014.
7  (*Id.* ¶ 6.)
8       Samsung does not oppose this motion.  (*Id.* ¶ 7.)
9       For the foregoing reasons, Apple respectfully requests that the Court grant this Administrative
10 Motion to Remove Incorrectly Filed Document.
11
12
13 Dated:  February 18, 2014          GIBSON, DUNN & CRUTCHER LLP
14
15                                     By:  */s/ H. Mark Lyon*
16                                         H. Mark Lyon
17                                     Attorneys for APPLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document and its supporting documents were filed electronically, and will be served via the Court's ECF system upon all counsel of record who have consented to electronic service in accordance with Civil Local Rule 5.1.

Dated: February 18, 2014          /s/   *H. Mark Lyon*
                                   H. Mark Lyon