| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road | 60 State Street<br>Boston, Massachusetts  02109 |
| 4 | Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300 | Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| 5 | Facsimile:  (650) 849-5333 | |
| 6 | Harold J. McElhinny (CA SBN 66781)<br>hmcelhinny@mofo.com | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | Jack W. Londen (CA SBN 85776)<br>jlonden@mofo.com | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 8 | Rachel Krevans (CA SBN 116421)<br>rkrevans@mofo.com | 950 Page Mill Road<br>Palo Alto, California  94304 |
| 9 | Ruth N. Borenstein (CA SBN 133797)<br>rborenstein@mofo.com | Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |
| 10 | Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com | |
| 11 | MORRISON & FOERSTER LLP<br>425 Market Street | |
| 12 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 | |
| 13 | Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

I, Jennifer Rho, hereby declare as follows:

1.  I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.  On October 10, 2013, Apple filed an Administrative Motion to File Under Seal (Dkt. No. 806) portions of its Motion to Exclude Certain Unreliable and Impermissible Expert Testimony ("Apple's Motion to Exclude"), the Declaration of Casey McCracken in Support of Apple's Motion to Exclude ("McCracken Declaration") and exhibits to the McCracken Declaration.

3.  Apple's Administrative Motion to File Under Seal (Dkt. No. 806) moved to seal, and the Declaration from Jordan Bekier in Support of Apple's Motion to File Under Seal (Dkt. No. 806-1) supported sealing of, the portions highlighted in yellow of Exhibit A-1 to the McCracken Declaration ("Exhibit A-1"). Exhibit A-1 consists of excerpts from the Expert Report of Judith A. Chevalier ("Chevalier Expert Report") and Exhibits 69-85 to the Chevalier Expert Report. (Dkt. No. 806-6.) In particular, the Bekier Declaration supported sealing Exhibit 69 to the Chevalier Report (which was contained within Exhibit A-1) because it contained references to Apple's confidential non-public license agreements (Dkt. Nos. 806; 806-1 ¶ 7.) Page 79 of Exhibit A-1 (page 8 of Exhibit 69) was correctly highlighted in the under seal version of Exhibit A-1. (*See* Dkt. No. 831-03.) However, that page was inadvertently left unredacted on page 11 of the public redacted version of Exhibit A-1.[1] (*See* Dkt. No. 806-6.)

4.  On February 10, 2014, at approximately 3:35pm Pacific, counsel for Apple discovered the redaction error. Counsel for Apple immediately called the ECF help desk and,

---

[1] The document filed as Docket 806-06 was the proposed public version of Exhibit A-1 to the McCracken Declaration in support of Apple's Motion to Exclude Samsung's Expert Testimony ("Exhibit A-1"), and omitted certain pages contained in the highlighted version of Exhibit A-1 lodged with the Court on October 11, 2013 and later e-filed under seal with the Court. (*See* Dkt. No. 831-03.) Accordingly, page 11 of the Docket 806-06 – which constitutes page 8 of Exhibit 69 contained within Exhibit A-1 of the McCracken Declaration – is equivalent to page 79 of the under-seal version of Exhibit A-1.

1  when the ECF help desk did not answer the phone, Judge Koh's docket clerk to have Docket
2  Entry 806-6 locked and followed up with an email to Judge Koh's docket clerk confirming that
3  request.
4     5.   Apple has provided notice to the third parties whose information was
5  inadvertently left unredacted on page 11 of the public redacted version of Exhibit A-1.
6     6.   Apple will re-file a corrected public redacted version of this document on
7  February 19, 2014.
8     7.   On February 13, 2014, counsel for Samsung confirmed that Samsung does not
9  oppose Apple's motion to withdraw.
10     I declare under the penalty of perjury under the laws of the United States of America that
11  the forgoing is true and correct to the best of my knowledge and that this Declaration was
12  executed this 18th$^{th}$ day of February, 2014, in Los Angeles, California.

Dated:  February 18, 2014            /s/ Jennifer Rho
                                      Jennifer Rho

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 18, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                        s/ H. Mark Lyon
                                        H. Mark Lyon

**ATTESTATION OF E-FILED SIGNATURE**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Jennifer Rho has concurred in this filing.

Dated: February 18, 2014            /s/ H. Mark Lyon
                                                        H. Mark Lyon