| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| | jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| | mlyon@gibsondunn.com |   HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| | 1881 Page Mill Road | Boston, Massachusetts  02109 |
| 4 | Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| | Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| 5 | Facsimile:  (650) 849-5333 | |
| 6 | Harold J. McElhinny (CA SBN 66781) | MARK D. SELWYN (CA SBN 244180) |
| | hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| 7 | Jack W. Londen (CA SBN 85776) | WILMER CUTLER PICKERING |
| | jlonden@mofo.com |   HALE AND DORR LLP |
| 8 | Rachel Krevans (CA SBN 116421) | 950 Page Mill Road |
| | rkrevans@mofo.com | Palo Alto, California  94304 |
| 9 | Ruth N. Borenstein (CA SBN 133797) | Telephone:  (650) 858-6000 |
| | rborenstein@mofo.com | Facsimile:  (650) 858-6100 |
| 10 | Erik J. Olson (CA SBN 175815) | |
| | ejolson@mofo.com | |
| 11 | MORRISON & FOERSTER LLP | |
| | 425 Market Street | |
| 12 | San Francisco, California 94105-2482 | |
| | Telephone: (415) 268-7000 | |
| 13 | Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|     Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |
|     Defendants. | |

I, Jennifer Rho, hereby declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Apple supports sealing Apple's Administrative Motion to Remove Incorrectly Filed Document ("Apple's Motion to Remove") and the Declaration of Jennifer Rho in Support of Apple's Motion to Remove ("Rho Declaration"). Apple's Motion to Remove and the Rho Declaration, if made public, would potentially provide information regarding where confidential information could be located relating to two Apple license agreements. This confidential information was contained in an improperly redacted document that has now been locked and that Apple is moving to withdraw from the docket in the attached Motion to Remove.

3. Since the docket clearly identifies which document was recently locked, Apple supports sealing this declaration for the same reasons.

4. I understand that Nokia and NEC may also support sealing these documents. In lieu of filing certificates of service naming these third parties publicly, in accordance with Local Rule 79-5(e), I confirm that Apple will provide notice of this filing to both Nokia and NEC.

5. The relief requested by Apple is necessary and narrowly tailored to protect confidential Apple information.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 18th day of February, 2014, in Los Angeles, California.

Dated: February 18, 2014       */s/ Jennifer Rho*
                                Jennifer Rho

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 18, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

s/ H. Mark Lyon  
H. Mark Lyon

**ATTESTATION OF E-FILED SIGNATURE**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Jennifer Rho has concurred in this filing.

Dated: February 18, 2014                    /s/ H. Mark Lyon
                                             H. Mark Lyon