# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Josh Krevitt
Direct: +1 212.351.2490
Fax: +1 212.351.6390
JKrevitt@gibsondunn.com

Client: 03290-00026

February 19, 2014

<u>FILED UNDER SEAL</u>

The Honorable Paul S. Grewal
United States District of Northern California
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

Re: *Apple Inc. v. Samsung Electronics Co. et al.*, No. 12-cv-0630

Dear Judge Grewal:

I write to follow up on the letters dated February 11, 2014 from William Lee and myself to the Court.

Our letters stated that we were not aware of any public distribution, distribution on the Internet, or use of the improperly-redacted copy of Exhibit 69 to the Chevalier Expert Report (Docket No. 806-6). On Friday evening, February 14, 2014, Quinn Emanuel informed us that the document was available on LexisNexis CourtLink, a subscription service. After confirming that the document was available, we immediately contacted LexisNexis to request removal of the improperly-redacted copy. Though LexisNexis was unable to act upon our request during President's Day weekend because the required personnel were not available, as of yesterday morning, the document is no longer available through LexisNexis CourtLink.

Should the Court require further information, we will provide it accordingly.

Respectfully,

*/s/ Josh Krevitt*

Josh Krevitt