| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts 02109 |
| Palo Alto, California 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| HAROLD J. MCELHINNY (CA SBN 66781) | MARK D. SELWYN (CA SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| JACK W. LONDEN (CA SBN 85776) | WILMER CUTLER PICKERING |
| jlonden@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 950 Page Mill Road |
| rkrevans@mofo.com | Palo Alto, California 94304 |
| RUTH N. BORENSTEIN (CA SBN 133797) | Telephone: (650) 858-6000 |
| rborenstein@mofo.com | Facsimile: (650) 858-6100 |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |
| Defendants. | |

I, Jennifer Rho, hereby declare as follows:

1.  I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Apple's Administrative Motion to File Documents under Seal. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them under oath.

2.  Apple supports sealing the February 19, 2014 letter from Josh Krevitt to Judge Grewal ("Krevitt Letter"). This letter, if made public, would potentially provide information regarding the location of confidential information of both Apple and third parties in connection with two Apple license agreements. This confidential information was contained in an improperly redacted document that has now been locked and that Apple has moved to withdraw from the docket.

3.  Since the docket clearly identifies which document was recently locked, Apple supports sealing this declaration for the same reasons.

4.  I understand that third parties Nokia Corporation ("Nokia") and NEC Corporation "NEC") may also support sealing these documents. In lieu of filing certificates of service naming these third parties publicly, in accordance with Local Rule 79-5(e), I confirm that Apple will provide notice of this filing to both Nokia and NEC.

5.  The relief requested by Apple is necessary and narrowly tailored to protect confidential Apple information.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 19th day of February, 2014, in Los Angeles, California.

Dated: February 19, 2014            /s/ Jennifer Rho
                                        Jennifer Rho

**CERTIFICATE OF ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jennifer Rho has concurred in this filing.

February 19, 2014

                               */s/ H. Mark Lyon*
                               H. Mark Lyon