1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

17                          UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 20           Plaintiff, | **NOTICE OF COMPLIANCE WITH COURT'S FEBRUARY 26, 2014 ORDER [RELATES TO DKT. NO. 1347]** |
| 21      vs. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25           Defendants. | |

1    PLEASE TAKE NOTICE that, pursuant to the Court's February 26, 2014 Order ("February
2 26 Order" – Dkt. No. 1347), Defendants Samsung Electronics Co., Ltd., Samsung Electronics
3 America, Inc., and Samsung Telecommunications America, LLC, attach and HEREBY file under
4 seal conformed highlighted versions of exhibits previously filed under seal at Dkt. Nos. 440, 535,
5 and 600.
6    PLEASE TAKE FURTHER NOTICE that Defendants also attach and HEREBY file
7 publicly an unredacted version of Dkt. No. 680-3, pursuant to the February 26 Order denying
8 Samsung's Administrative Motion to File Under Seal (Dkt. No. 680).  *See* Dkt. No. 1347 at 3.

10 DATED: March 5, 2014                    QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP

                                           By /s/ *Michael L. Fazio*
                                              Michael L. Fazio
                                              Attorneys for Defendants
                                              SAMSUNG ELECTRONICS CO., LTD.,
                                              SAMSUNG ELECTRONICS AMERICA, INC.,
                                              and SAMSUNG TELECOMMUNICATIONS
                                              AMERICA, LLC