# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

## Civil Minute Order

Court Proceedings: PreTrial Conference, Wednesday, March 5, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown                Time in Court: 2 hr 19 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
         APPLE INC.              V.        SAMSUNG ELECTRONICS CO. LTD., ET AL
              PLAINTIFF                              DEFENDANTS

| **Attorneys present:** | **Attorneys present:** |
|---|---|
| James P. Bennett | John Quinn |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Sean Pak |
| Nathan Sabri | Scott Watspm |

**PROCEEDINGS:   PRETRIAL CONFERENCE**

Pretrial Conference is held and motions in limine ruled on as stated into the record.  A written order will be issued.  The matter remains as previously set for Jury Trial to commence Monday, March 31, 2014 at 9:00 a.m.
Court is adjourned.