JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**NOTICE OF MANUAL FILING OF DOCUMENTS FILED IN CONNECTION WITH THE PARTIES' PRELIMINARY INJUNCTION BRIEFING (D.I. 6-25, 114-34, 175-83), AS FILED IN D.I. 442, PURSUANT TO D.I. 1347** |

**MANUAL FILING NOTIFICATION**

Regarding the following exhibits:
- Apple's PI Motion – Rangel Ex. 1
- Apple's PI Motion – Vellturo Ex. 22
- Apple's PI Motion – Vellturo Ex. 28
- Apple's PI Motion – Vellturo Ex. 82
- Apple's PI Reply – Vellturo Reply Ex. 29
- Samsung's PI Opposition – Wagner Ex. PP
- The document filed as Wagner Ex. HHH and Posner Ex. Y in support of Samsung's PI Opposition, as well as Vellturo Reply Ex. 31 in support of Apple's PI Reply

This filing of materials filed under seal is in physical form only and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The contents of this filing were served on Counsel for Defendants by secure FTP on March 5, 2014.

This filing was not e-filed for the following reason(s):

☒ Voluminous Document (PDF file size larger than the efiling system allows)

☐ Unable to Scan Documents

☐ Physical Object (description):

☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☒ Item Under Seal

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53).

☐ Other (description):

Dated: March 5, 2014         */s/ Rachel Krevans*
                             Rachel Krevans

                             *Attorney for Apple, Inc.*