UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, ) | Case No.: 5:12-cv-0630-LHK-PSG |
| ) | |
| Plaintiff, ) | **ORDER RE: MOTIONS TO SEAL** |
| v. ) | |
| ) | **(Re: Docket Nos. 476, 490, 498, 516, 526,** |
| SAMSUNG ELECTRONICS CO., LTD., a ) | **528, 531, 533, 540, 541, 561, 563, 577,** |
| Korean corporation; SAMSUNG ) | **582, 592, 593, 613, 632, 649, 656, 669,** |
| ELECTRONICS AMERICA, INC., a New York ) | **676, 681, 689, 711, 721, 738, 742, 743)** |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the court are 29 administrative motions to seal 179 documents. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1] Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[2] Parties seeking to seal judicial records

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

1

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4] Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[5] Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6] As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8] "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9] A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to

---

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[3] *Id.* at 1178-79.

[4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[12] "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

With these standards in mind, the courts rules on the instant motions as follows:

| Motion to Seal | Document to be Sealed | Result | Reason/Explanation |
|---|---|---|---|
| 476 | Samsung's Motion to Amend Infringement Contention | UNSEALED | No declaration filed |
| 476/490 | Exhibit 4 to the Briggs Declaration ISO Samsung's Motion to Amend Infringement Contention | SEALED | Narrowly tailored to confidential business information |
| 476 | Exhibit 6 to the Briggs Declaration ISO Samsung's Motion to Amend Infringement Contention | UNSEALED | No declaration filed |
| 476 | Exhibit 7 to the Briggs | UNSEALED | No declaration filed |

---

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

[12] Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1). The Civil Local Rules have recently been amended shortening the time available to the designating party to file a supporting declaration from seven days to four days. As this rule change was only recently implemented the court applies the prior form of Civ. L.R. 79-5 for the purposes of this order.

3
Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| | Declaration ISO Samsung's Motion to Amend Infringement Contention | | |
| 476 | Exhibit 8 to the Briggs Declaration ISO Samsung's Motion to Amend Infringement Contention | UNSEALED | No declaration filed |
| 476 | Exhibit 9 to the Briggs Declaration ISO Samsung's Motion to Amend Infringement Contention | UNSEALED | No declaration filed |
| 476 | Exhibit 10 to the Briggs Declaration ISO Samsung's Motion to Amend Infringement Contention | SEALED | Narrowly tailored to confidential business information |
| 498 | Samsung's Motion to Compel Complete Production of Source Code | SEALED as amended by Docket No. 515 | Narrowly tailored to confidential business information |
| 498 | Thakur Declaration ISO Samsung's Motion to Compel Complete Production of Source Code | SEALED | Narrowly tailored to confidential business information |
| 498 | Exhibit 19 to Thakur Declaration ISO Samsung's Motion to Compel Complete Production of Source Code | SEALED as amended by Docket No. 515 | Narrowly tailored to confidential business information |
| 498 | Exhibit 26 to Thakur Declaration ISO Samsung's Motion to Compel Complete Production of Source Code | SEALED as amended by Docket No. 515 | Narrowly tailored to confidential business information |
| 516 | Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | SEALED | Narrowly tailored to confidential business information |
| 516 | Exhibit 1 to the Selwyn Declaration ISO Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | SEALED | Narrowly tailored to confidential business information |
| 516 | Exhibit 2 to the Selwyn Declaration ISO Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | UNSEALED | No declaration filed |

4

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 516 | Exhibit 3 to the Selwyn Declaration ISO Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | SEALED | Narrowly tailored to confidential business information |
| 516 | Exhibit 4 to the Selwyn Declaration ISO Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | SEALED | Narrowly tailored to confidential business information |
| 516 | Exhibit 5 to the Selwyn Declaration ISO Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | SEALED | Narrowly tailored to confidential business information |
| 516 | Exhibit 6 to the Selwyn Declaration ISO Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | SEALED | Narrowly tailored to confidential business information |
| 516 | Exhibit 9 to the Selwyn Declaration ISO Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | SEALED | Narrowly tailored to confidential business information |
| 516 | Exhibit 10 to the Selwyn Declaration ISO Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | SEALED | Narrowly tailored to confidential business information |
| 516 | Exhibit 11 to the Selwyn Declaration ISO Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement | SEALED | Narrowly tailored to confidential business information |

| | | | |
|---|---|---|---|
| | | | Contentions |
| 526 | Exhibit 1 to the Declaration of Joshua Furman ISO Apple's Motion for Leave to Amend and Supplement Its Infringement Contentions | UNSEALED | Not narrowly tailored to confidential business information |
| 528 | Samsung's Reply in Support of Motion to Amend Infringement Contentions | SEALED | Narrowly tailored to confidential business information |
| 528 | Exhibit 4 to the Briggs Declaration ISO Samsung's Reply in Support of Motion to Amend Infringement Contentions | SEALED as amended in Docket No. 542 | Narrowly tailored to confidential business information |
| 528 | Exhibit 5 to the Briggs Declaration ISO Samsung's Reply in Support of Motion to Amend Infringement Contentions | SEALED | Narrowly tailored to confidential business information |
| 528 | Exhibit 6 to the Briggs Declaration ISO Samsung's Reply in Support of Motion to Amend Infringement Contentions | UNSEALED | No declaration filed |
| 528 | Exhibit 7 to the Briggs Declaration ISO Samsung's Reply in Support of Motion to Amend Infringement Contentions | SEALED as amended in Docket No. 542 | Narrowly tailored to confidential business information |
| 528 | Exhibit 8 to the Briggs Declaration ISO Samsung's Reply in Support of Motion to Amend Infringement Contentions | SEALED | Narrowly tailored to confidential business information |
| 531 | Apple's Opposition to Samsung's Motion to Compel Documents from Related Litigations | UNSEALED | Declaration submitted indicating no redaction necessary |
| 531 | Exhibit 19 to the Kolovos Declaration ISO Apple's Opposition to Samsung's Motion to Compel Documents from Related Litigations | UNSEALED | Declaration submitted indicating no redaction necessary |
| 533 | Arrouye Declaration ISO Apple's Opposition to Samsung's Motion to Compel Documents from Related Litigations | SEALED | Narrowly tailored to confidential business information |
| 533 | Chu Declaration ISO Apple's Opposition to Samsung's Motion to Compel Documents from | SEALED | Narrowly tailored to confidential business information |

United States District Court
For the Northern District of California

| | | | |
|---|---|---|---|
| | | | Related Litigations |
| 533 | Krugler Declaration ISO Apple's Opposition to Samsung's Motion to Compel Documents from Related Litigations | SEALED | Narrowly tailored to confidential business information |
| 533 | Lew Declaration ISO Apple's Opposition to Samsung's Motion to Compel Documents from Related Litigations | SEALED | Narrowly tailored to confidential business information |
| 533 | Manickam Declaration ISO Apple's Opposition to Samsung's Motion to Compel Documents from Related Litigations | SEALED | Narrowly tailored to confidential business information |
| 533 | McFarlane Declaration ISO Apple's Opposition to Samsung's Motion to Compel Documents from Related Litigations | SEALED | Narrowly tailored to confidential business information |
| 533 | Shenoy Declaration ISO Apple's Opposition to Samsung's Motion to Compel Documents from Related Litigations | SEALED | Narrowly tailored to confidential business information |
| 540 | Samsung's Motion For Leave to Amend Its Invalidity Contentions | UNSEALED | Declaration submitted indicating no redaction necessary |
| 540 | Exhibit 3 to Thakur Declaration ISO Samsung's Motion For Leave to Amend Its Invalidity Contentions | UNSEALED | Declaration submitted indicating no redaction necessary |
| 540 | Exhibit 10 to Thakur Declaration ISO Samsung's Motion For Leave to Amend Its Invalidity Contentions | UNSEALED | Declaration submitted indicating no redaction necessary |
| 540 | Exhibit 17 to Thakur Declaration ISO Samsung's Motion For Leave to Amend Its Invalidity Contentions | UNSEALED | Not narrowly tailored to confidential business information |
| 540 | Exhibit 18 to Thakur Declaration ISO Samsung's Motion For Leave to Amend Its Invalidity Contentions | UNSEALED | Not narrowly tailored to confidential business information |
| 540 | Exhibit 19 to Thakur Declaration ISO Samsung's Motion For Leave to Amend Its Invalidity Contentions | UNSEALED | Declaration submitted indicating no redaction necessary |

7

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

Case5:12-cv-00630-LHK   Document1415   Filed03/07/14   Page8 of 16

| | | | |
|---|---|---|---|
| 540 | Exhibit 20 to Thakur Declaration ISO Samsung's Motion For Leave to Amend Its Invalidity Contentions | SEALED as amended by Docket No. 657 | Narrowly tailored to confidential business information |
| 540 | Exhibit 22 to Thakur Declaration ISO Samsung's Motion For Leave to Amend Its Invalidity Contentions | SEALED as amended by Docket No. 657 | Narrowly tailored to confidential business information |
| 541 | Samsung's Motion To Preclude Apple From Asserting Untimely Dates Of Conception | UNSEALED | No declaration filed |
| 541 | Exhibit C to Thakur Declaration ISO Samsung's Motion To Preclude Apple From Asserting Untimely Dates Of Conception | UNSEALED | No declaration filed |
| 541 | Exhibit D to Thakur Declaration ISO Samsung's Motion To Preclude Apple From Asserting Untimely Dates Of Conception | UNSEALED | No declaration filed |
| 541 | Exhibit E to Thakur Declaration ISO Samsung's Motion To Preclude Apple From Asserting Untimely Dates Of Conception | UNSEALED | No declaration filed |
| 541 | Exhibit F to Thakur Declaration ISO Samsung's Motion To Preclude Apple From Asserting Untimely Dates Of Conception | UNSEALED | No declaration filed |
| 541 | Exhibit G to Thakur Declaration ISO Samsung's Motion To Preclude Apple From Asserting Untimely Dates Of Conception | UNSEALED | No declaration filed |
| 541 | Exhibit H to Thakur Declaration ISO Samsung's Motion To Preclude Apple From Asserting Untimely Dates Of Conception | UNSEALED | No declaration filed |
| 541 | Exhibit I to Thakur Declaration ISO Samsung's Motion To Preclude Apple From Asserting Untimely Dates | UNSEALED | No declaration filed |

8

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| | | | |
| 541 | Exhibit J to Thakur Declaration ISO Samsung's Motion To Preclude Apple From Asserting Untimely Dates Of Conception | UNSEALED | No declaration filed |
| 541 | Exhibit K to Thakur Declaration ISO Samsung's Motion To Preclude Apple From Asserting Untimely Dates Of Conception | UNSEALED | No declaration filed |
| 561 | Exhibit A to the Declaration of Amar Thakur ISO Samsung's Reply On Its MTC Documents From Related Litigations | SEALED as amended by Docket No. 586 | Narrowly tailored to confidential business information |
| 563 | Samsung's Reply ISO Motion to Compel Complete Production of Source Code | SEALED as amended by Docket No. 587-1 | Narrowly tailored to confidential business information |
| 563 | Thakur Declaration ISO Samsung's Reply ISO Motion to Compel Complete Production of Source Code | SEALED as amended by Docket No. 587-2 | Narrowly tailored to confidential business information |
| 563 | Exhibit 3 to Thakur Declaration ISO Samsung's Reply ISO Motion to Compel Complete Production of Source Code | SEALED as amended by Docket No. 587-3 | Narrowly tailored to confidential business information |
| 563 | Exhibit 4 to Thakur Declaration ISO Samsung's Reply ISO Motion to Compel Complete Production of Source Code | UNSEALED except last 3 pages, which remain SEALED | Public information |
| 563 | Exhibit 10 to Thakur Declaration ISO Samsung's Reply ISO Motion to Compel Complete Production of Source Code | SEALED as amended by Docket No. 587-4 | Narrowly tailored to confidential business information |
| 577 | Samsung's Supplemental Brief ISO Samsung's Motion to Amend Invalidity Contentions | UNSEALED | Declaration submitted indicating no redaction necessary |
| 577 | Briggs Declaration ISO Samsung's Supplemental Brief ISO Samsung's Motion to Amend Invalidity Contentions | UNSEALED | Declaration submitted indicating no redaction necessary |

9

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 577 | Exhibit 1 to Briggs Declaration ISO Samsung's Supplemental Brief ISO Samsung's Motion to Amend Invalidity Contentions | UNSEALED | Defended solely on attorney-client privilege grounds; privilege waived by production |
| 577 | Exhibit 2 to Briggs Declaration ISO Samsung's Supplemental Brief ISO Samsung's Motion to Amend Invalidity Contentions | SEALED | Narrowly tailored to confidential business information |
| 577 | Exhibit 3 to Briggs Declaration ISO Samsung's Supplemental Brief ISO Samsung's Motion to Amend Invalidity Contentions | UNSEALED | Defended solely on attorney-client privilege grounds; privilege waived by production |
| 577 | Exhibit 4 to Briggs Declaration ISO Samsung's Supplemental Brief ISO Samsung's Motion to Amend Invalidity Contentions | UNSEALED | Defended solely on attorney-client privilege grounds; privilege waived by production |
| 582 | Apple's Opposition to Samsung's Motion for Leave to File Supplemental Briefing | UNSEALED | Declaration submitted indicating no redaction necessary |
| 592 | Exhibit 2 to Supplemental Furman Declaration ISO Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | UNSEALED | Not narrowly tailored to confidential business information |
| 592 | Exhibit 3 to Supplemental Furman Declaration ISO Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | UNSEALED | Not narrowly tailored to confidential business information |
| 592 | Exhibit 4 to Supplemental Furman Declaration ISO Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions | UNSEALED | Not moved under seal |
| 593 | Exhibits B and L to the Declaration of Brian Buroker ISO Apple's Opposition to Samsung's Motion to Preclude Apple From Asserting Untimely Dates of Conception | UNSEALED | Declaration submitted indicating no redaction necessary |
| 613 | Samsung's Reply in Support of its Motion for | UNSEALED | No declaration filed |

| | | | | |
|---|---|---|---|---|
| | | Leave to Amend Invalidity Contentions | | |
| 632 | Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 | SEALED<br>12:1-13: 1<br>13:7<br>14:6-7<br>14:17-20 | UNSEALED<br>6:1-25<br>13:5-6<br>13:8-9<br>14: 2-6<br>14:7-8<br>14: 14-17<br>14:20-25<br>15:1-25 | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not. |
| 632 | Exhibit 4 to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 | SEALED as amended by Docket No. 655-2 | | Narrowly tailored to confidential business information |
| 632 | Exhibit 12 to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 | SEALED as amended by Docket No. 655-3 | | Narrowly tailored to confidential business information |
| 632 | Exhibit 25 to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 | SEALED | | Narrowly tailored to confidential business information |
| 632 | Exhibit 26 to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 | SEALED<br>13: 5-8<br>20:19-21:8<br>21:25-22:1<br>22:22<br>32:6-7<br>33: 3-4 | UNSEALED<br>12:1-25<br>13:1-4, 9-25<br>14:1-20:8<br>20: 9-12<br>21: 10-24<br>22: 2-21<br>22:23-31:25<br>32: 1-12<br>33: 6-25<br>34: 1-25 | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not.<br><br>Page numbers varied between versions. For purposes of this order, pg. 12 correlates to pg. 67 of deposition testimony. |
| 632 | Exhibit 31 to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 | SEALED | | Narrowly tailored to confidential business information |
| 632 | Exhibit 32 to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 | SEALED | | Narrowly tailored to confidential business information |
| 632 | Exhibit 33 to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 | SEALED | | Narrowly tailored to confidential business information |

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 632 | Exhibit 34 to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 | SEALED | Narrowly tailored to confidential business information |
| 632 | Exhibit 35 to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 | SEALED | Narrowly tailored to confidential business information |
| 632 | Exhibit 36 to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 | UNSEALED except pg. 12 (deposition transcript pg. 111), which shall remain SEALED | Public information |
| 649 | CORRECTED Exhibit A to Stipulation re Samsungs Proposed Invalidity Contentions | UNSEALED | No declaration filed |
| 656 | Exhibit 2 to Michael Valek's Declaration ISO Apple Inc.'s Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony | UNSEALED | Public information |
| 656 | Exhibit 13 to Shannon Mader's Declaration ISO Apple Inc.'s Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony | SEALED as follows: 10:2, 10: 21, 11: 1, 12: 4, 12: 25-27.  Remainder UNSEALED | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not. |
| 669 | Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | UNSEALED | Public information |
| 669 | Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | UNSEALED | Public information |
| 669 | Exhibit 5 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 6 to Thakur Declaration ISO Samsung's Motion to Compel | SEALED | Narrowly tailored to confidential business information |

| | | | |
|---|---|---|---|
| | Production of Financial Documents and to Enforce the April 12, 2013 Order | | |
| 669 | Exhibit 7 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | UNSEALED | Not marked confidential, and public information |
| 669 | Exhibit 8 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | UNSEALED | Not marked confidential, and public information |
| 669 | Exhibit 9 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | UNSEALED | Not marked confidential, and public information |
| 669 | Exhibit 10 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 11 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 12 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 13 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 14 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 15 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial | SEALED | Narrowly tailored to confidential business information |

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| | Documents and to Enforce the April 12, 2013 Order | | |
| 669 | Exhibit 16 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 17 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 18 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 19 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 20 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 21 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 22 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 23 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 669 | Exhibit 24 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce | SEALED | Narrowly tailored to confidential business information |

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| | | | the April 12, 2013 Order |
| 669 | Exhibit 25 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | SEALED | Narrowly tailored to confidential business information |
| 676 | Apple's Opposition to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32 | Pgs. 3, 13: SEALED Remainder: UNSEALED | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not. |
| 676 | Walden Declaration ISO Apple's Opposition to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32 | UNSEALED | No declaration submitted |
| 676 | Exhibit A to Walden Declaration ISO Apple's Opposition to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32 | SEALED | Narrowly tailored to confidential business information |
| 676 | Exhibit B to Walden Declaration ISO Apple's Opposition to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32 | UNSEALED | No declaration submitted |
| 681 | Apple's Amended Infringement Contentions | UNSEALED | Not narrowly tailored to confidential business information |
| 689 | Samsung's Reply in Support of Its Motion to Compel Production of Documents and Response to Interrogatory No. 32 | UNSEALED | No declaration submitted |
| 689 | Drezdzon's Declaration ISO Samsung's Reply in Support of Its Motion to Compel Production of Documents and Response to Interrogatory No. 32 | UNSEALED | No declaration submitted |
| 689 | Exhibit 37 to Drezdzon's Declaration ISO Samsung's Reply in Support of Its Motion to Compel Production of Documents and Response to Interrogatory No. 32 | SEALED | Narrowly tailored to confidential business information |

| | | | |
|---|---|---|---|
| 689 | Exhibit 38 to Drezdzon's Declaration ISO Samsung's Reply in Support of Its Motion to Compel Production of Documents and Response to Interrogatory No. 32 | SEALED as amended by Docket No. 702 | Narrowly tailored to confidential business information |
| 689 | Exhibit 39 to Drezdzon's Declaration ISO Samsung's Reply in Support of Its Motion to Compel Production of Documents and Response to Interrogatory No. 32 | SEALED as amended by Docket No. 702 | Narrowly tailored to confidential business information |
| 689 | Exhibit 40 to Drezdzon's Declaration ISO Samsung's Reply in Support of Its Motion to Compel Production of Documents and Response to Interrogatory No. 32 | SEALED | Narrowly tailored to confidential business information |
| 711 | Apple's Opposition to Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order | UNSEALED | Public information |
| 721 | Samsung's Reply In Support of Motion to Compel Financial Documents and Exhibits | UNSEALED | Public information |
| 738 | Apple's Notice of Joinder in Nokia's Motion for a Protective Order | UNSEALED | Public information |
| 742 | Stipulation With Proposed Order Re Motion For Protective Order By Nokia Corporation | UNSEALED | Public information |
| 743 | Samsung's Opposition to Apple's Notice of Joinder in Nokia's Motion for a Protective Order | UNSEALED | Public information |

**IT IS SO ORDERED.**

Dated: March 7, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

16

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL