[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 12-CV-00630-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SCOPE OF THE JANUARY 21, 2014, SUMMARY JUDGMENT ORDER WITH RESPECT TO THE '172 PATENT** |

WHEREAS, on January 21, 2014, the Court issued a summary judgment order, Dkt. 1151, concluding that certain Samsung products infringed Apple's '172 Patent.

WHEREAS, there was uncertainty regarding whether the Galaxy S II Skyrocket should be included within the scope of the order and how the order affected Samsung Electronics Company Ltd., a defendant in this action.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

(1) The Galaxy S II Skyrocket shall be deemed to be one of the "172 Accused Products," which the Court concluded "infringe claim 18 of the '172 Patent" as stated in the Summary Judgment Order at Dkt. 1151 at 9:18-24 and 14:9-23.

(2) In its Summary Judgment Order (Dkt. 1151), the Court held that Samsung Telecommunications America LLC ("STA") has infringed the '172 Patent by selling the following products in the United States: Admire, Galaxy Nexus, Galaxy Note (excluding one release), Galaxy S II (excluding one release), Galaxy S II Epic 4G Touch (excluding one release), Galaxy S II Skyrocket, and Stratosphere. Excluded releases are determined based on the Court's Summary Judgment Order.

(3) Samsung Electronics Co. Ltd. ("SEC") will be jointly and severally liable for any damages awarded against STA at trial for infringement of the '172 Patent.

(4) The foregoing stipulations and agreements are not a waiver of Samsung's right to appeal and shall not affect Samsung's right to appeal the Court's January 21 Order on Motions for Summary Judgment, Dkt. 1151, or any jury verdict regarding the amount of any damages awarded for infringement of the '172 Patent after trial.

~~(5) The parties may revise the proposed preliminary and final jury instructions and proposed verdict forms to reflect the foregoing.~~

(5) The parties shall revise and file the proposed preliminary and final jury instructions and proposed verdict forms to reflect the foregoing by March 12, 2014. With respect to the preliminary jury instructions, the parties shall file a redline showing any changes made to this Court's filed version (ECF No. 1384).

1  (6) Notwithstanding the foregoing, SEC does not concede that it knew or should have known that its actions would induce or contribute to infringement.  Apple shall not use SEC's concession of joint and several liability as evidence of Apple's claim of willfulness by any Samsung entity.

**IT IS SO STIPULATED.**

Dated:  March 7, 2014

By: */s/ Rachel Krevans*
RACHEL KREVANS
Attorney for Plaintiff and Counterclaim-Defendant
APPLE INC.

By: */s/ Victoria F. Maroulis*
VICTORIA F. MAROULIS
Attorney for Defendants and Counterclaim-Plaintiffs
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com | CHARLES K. VERHOEVEN (Bar No. 170151) |
| 2 | H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com | charlesverhoeven@quinnemanuel.com<br>KEVIN A. SMITH (Bar No. 250814) |
| 3 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road | kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & |
| 4 | Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300 | SULLIVAN LLP<br>50 California Street, 22nd Floor |
| 5 | Facsimile: (650) 849-5333 | San Francisco, California 94111<br>Telephone: (415) 875-6600 |
| 6 | HAROLD J. McELHINNY (CA SBN 66781) | Facsimile: (415) 875-6700 |
| 7 | hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776) | KEVIN P.B. JOHNSON (Bar No. 177129 (CA); |
| 8 | jlonden@mofo.com<br>RACHEL KREVANS (CA SBN | 2542082 (NY))<br>kevinjohnson@quinnemanuel.com |
| 9 | 116421)<br>rkrevans@mofo.com | VICTORIA F. MAROULIS (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 10 | RUTH N. BORENSTEIN (CA SBN 133797) | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP |
| 11 | rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815) | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065 |
| 12 | ejolson@mofo.com<br>MORRISON & FOERSTER LLP | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 13 | 425 Market Street<br>San Francisco, California 94105-2482 | WILLIAM C. PRICE (Bar No. 108542) |
| 14 | Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & |
| 15 | | SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor |
| 16 | WILLIAM F. LEE (*pro hac vice*)<br>William.lee@wilmerhale.com | Los Angeles, California 90017-2543 |
| 17 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 18 | 60 State Street<br>Boston, Massachusetts 02109 | |
| 19 | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | |
| 20 | MARK D. SELWYN (CA SBN 244180) | |
| 21 | mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING | |
| 22 |   HALE AND DORR LLP<br>950 Page Mill Road | |
| 23 | Palo Alto, CA 94304<br>Telephone: (650) 858-6000 | |
| 24 | Facsimile: (650) 858-6100 | |

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: March 7, 2014            */s/ Rachel Krevans*
                                Rachel Krevans

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 7, 2014

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge