1  [COUNSEL LISTED ON SIGNATURE PAGE]
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION
11
12  APPLE INC., a California corporation,    Case No.   12-cv-00630-LHK (PSG)
        Plaintiff,                           **JOINT SUBMISSION ON JURY
13                                           INSTRUCTION IN
        v.                                   COMPLIANCE WITH MARCH 5,
14                                           2014 CASE MANAGEMENT
    SAMSUNG ELECTRONICS CO., LTD., a         ORDER**
15  Korean corporation; SAMSUNG
    ELECTRONICS AMERICA, INC., a New
16  York corporation; and SAMSUNG
    TELECOMMUNICATIONS AMERICA,
17  LLC, a Delaware limited liability company,
18       Defendant.
19
20
21
22
23
24
25
26
27
28

JOINT SUBMISSION RE JURY INSTRUCTION
CASE NO.12-cv-00630-LHK (PSG)
sf-3392326

Pursuant to the Court's March 5, 2014, Case Management Order (Dkt. No. 1398 at 3), the parties jointly propose that the Court insert the following language into "Preliminary Instruction 20: Summary of Patent Contentions" and "Proposed Final Jury Instruction No. 18: Summary of Contentions," following the paragraph in each that addresses that "Apple denies that it has infringed the claims asserted by Samsung": "In this case, Apple does not contend that it practices the '414, '172, or '959 patents, and Samsung does not contend that it practices the '449 patent."

Dated: March 7, 2014

By: */s/ Rachel Krevans*
RACHEL KREVANS
Attorney for Plaintiff and Counterclaim-Defendant
APPLE INC.

By: */s/ Victoria F. Maroulis*
VICTORIA F. MAROULIS
Attorney for Defendants and Counterclaim-Plaintiffs
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com | CHARLES K. VERHOEVEN (Bar No. 170151) |
| 2 | H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com | charlesverhoeven@quinnemanuel.com<br>KEVIN A. SMITH (Bar No. 250814) |
| 3 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road | kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & |
| 4 | Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300 | SULLIVAN LLP<br>50 California Street, 22nd Floor |
| 5 | Facsimile: (650) 849-5333 | San Francisco, California 94111<br>Telephone: (415) 875-6600 |
| 6 | HAROLD J. McELHINNY (CA SBN 66781) | Facsimile: (415) 875-6700 |
| 7 | hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776) | KEVIN P.B. JOHNSON (Bar No. 177129 (CA); |
| 8 | jlonden@mofo.com<br>RACHEL KREVANS (CA SBN | 2542082 (NY))<br>kevinjohnson@quinnemanuel.com |
| 9 | 116421)<br>rkrevans@mofo.com | VICTORIA F. MAROULIS (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 10 | RUTH N. BORENSTEIN (CA SBN 133797) | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP |
| 11 | rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815) | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065 |
| 12 | ejolson@mofo.com<br>MORRISON & FOERSTER LLP | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 13 | 425 Market Street<br>San Francisco, California 94105-2482 | WILLIAM C. PRICE (Bar No. 108542) |
| 14 | Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & |
| 15 | | SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor |
| 16 | WILLIAM F. LEE (*pro hac vice*)<br>William.lee@wilmerhale.com | Los Angeles, California 90017-2543 |
| 17 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 18 | 60 State Street<br>Boston, Massachusetts 02109 | |
| 19 | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | |
| 20 | MARK D. SELWYN (CA SBN 244180) | |
| 21 | mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING | |
| 22 | HALE AND DORR LLP<br>950 Page Mill Road | |
| 23 | Palo Alto, CA 94304<br>Telephone: (650) 858-6000 | |
| 24 | Facsimile: (650) 858-6100 | |

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: March 7, 2014             */s/ Rachel Krevans*
                                 Rachel Krevans

JOINT SUBMISSION RE JURY INSTRUCTION
CASE NO.12-cv-00630-LHK (PSG)
sf-3392326

3