[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their

2  respective counsel of record, hereby stipulate and agree as follows:

3    WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the "Litigation")

4  against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5  Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the parties"

6  and individually each a "Party") on February 8, 2012 (Dkt. No. 1);

7    WHEREAS, Samsung filed counterclaims in the Litigation against Apple on April 18, 2012

8  (Dkt. No. 107);

9    WHEREAS, Apple filed answers, defenses, and counterclaims in reply to Samsung's

10  counterclaims on May 31, 2012 (Dkt. No. 194);

11    WHEREAS, Apple filed an amended complaint for patent infringement on August 31, 2012

12  (Dkt. No. 261);

13    WHEREAS, Apple amended its answers, defenses, and counterclaims in reply to Samsung's

14  counterclaims on August 31, 2012 (Dkt. No. 262);

15    WHEREAS, Samsung filed amended answers, affirmative defenses, and counterclaims to

16  Apple's amended complaint on September 14, 2012 (Dkt. No. 264)

17    WHEREAS, the parties wish to further narrow and streamline the trial in this matter to avoid

18  overburdening the jury and the court;

19    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the

20  following claims shall be dismissed without prejudice by each party, as described below:

21    1. Samsung agrees to dismiss without prejudice the following patent claims:

22        a. Infringement of U.S. Patent No. 7,756,087 – Claim 10

23        b. Infringement of U.S. Patent No. 7,551,596 – Claim 13

24        c. Infringement of U.S. Patent No. 5,579,239 – Claim 1

25    2. In light of Samsung's dismissals, and because Samsung is no longer asserting in this case

26       any claim of any declared standard-essential patent, Apple agrees to dismiss without

27       prejudice its defenses to the above claims as well as the following claims and/or

28       counterclaims:

a. Causes of action arising from its First Counterclaim for Declaratory Judgment of Non-Infringement of the '087 Patent

b. Causes of action arising from its Second Counterclaim for Declaratory Judgment of Invalidity of the '087 Patent

c. Causes of action arising from its Third Counterclaim for Declaratory Judgment of Non-Infringement of the '596 Patent

d. Causes of action arising from its Fourth Counterclaim for Declaratory Judgment of Invalidity of the '596 Patent

e. Causes of action arising from its Fifteenth Counterclaim for Declaratory Judgment of Non-Infringement as they relate to Claim 1 of the '239 Patent.

f. Causes of action arising from its Sixteenth Counterclaim for Declaratory Judgment of Invalidity as they relate to Claim 1 of the '239 Patent.

g. Causes of action arising from its Seventeenth Counterclaim for Breach of Contract – FRAND and Other Standard-Related Misconduct

h. Causes of action arising from its Eighteenth Counterclaim for Declaratory Judgment that Apple is Entitled to a License to Samsung's Declared-Essential Patents

i. Causes of action arising from its Twenty First Counterclaim for Inequitable Conduct Before the United States Patent and Trademark Office During Prosecution of the '596 Patent

j. All affirmative claims for relief or defenses that Samsung's rights in the '087 and '596 patents are exhausted or unenforceable under the doctrines of waiver, equitable estoppel, and/or unclean hands (Fourth Affirmative Defense)

k. All affirmative claims for relief or defenses that Apple has an irrevocable right to be licensed on FRAND terms under the '087 and '596 patents (Fifth Affirmative Defense)

l. All affirmative claims for relief or defenses that Samsung is prevented from seeking injunctive relief for infringement of the '087 and '596 patents (Sixth

     Affirmative Defense)

  m. All affirmative claims for relief or defenses that the jury's verdict in Case No. 11-1846 creates an issue preclusion regarding two elements of Apple's affirmative defense of patent exhaustion with respect to accused products containing Intel baseband chips (Seventh Affirmative Defense)

  n. All affirmative claims for relief or defenses that the '596 patent is invalid and unenforceable under the doctrine of inequitable conduct (Eighth Affirmative Defense)

3. This stipulation of dismissal without prejudice is made subject to Samsung's and Apple's reservation of rights to reassert these claims, counterclaims, and related defenses should any such dismissed claim be revived or reasserted by either party for any reason.

4. This Stipulation and Order is not an adjudication on the merits of nor admission regarding any of the claims or counterclaims that are hereby dismissed without prejudice.

**IT IS SO STIPULATED**

| | |
|---|---|
| 1 | Dated: March 7, 2014 |
| 2 | |
| | By: */s/  Mark D. Selwyn*            By: */s/   Victoria F. Maroulis* |

| | |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim- SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC |
| JOSH A. KREVITT (CA SBN 208552) jkrevitt@gibsondunn.com H. MARK LYON (CA SBN 162061) mlyon@gibsondunn.com GIBSON, DUNN & CRUTCHER LLP 1881 Page Mill Road Palo Alto, CA  94304-1211 Telephone: (650) 849-5300 Facsimile: (650) 849-5333 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com QUINN EMANUEL URQUHART & SULLIVAN LLP 50 California Street, 22nd Floor San Francisco, California 94111 Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105-2482 Telephone: (415) 268-7000 Facsimile: (415) 268-7522 | Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY)) kevinjohnson@quinnemanuel.com Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com QUINN EMANUEL URQUHART & SULLIVAN LLP 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| WILLIAM F. LEE (*pro hac vice*) William.lee@wilmerhale.com WILMER CUTLER PICKERING  HALE AND DORR LLP 60 State Street Boston, Massachusetts 02109 Telephone: (617) 526-6000 Facsimile: (617) 526-5000 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com QUINN EMANUEL URQUHART & SULLIVAN LLP 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| MARK D. SELWYN (CA SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING  HALE AND DORR LLP 950 Page Mill Road Palo Alto, CA 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2014        By:_____
                                                                          HONORABLE LUCY H. KOH

**ATTESTATION OF E-FILED SIGNATURES**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Dismissal of Claims and Counterclaims Without Prejudice.  In compliance with Local Rule 5-1, I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: August 2, 2013                                                         */s/ Victoria F. Maroulis*___

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: March 7, 2014                                                          */s/ Victoria F. Maroulis*_____

02198.51990/5805248.1

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE
CASE NO. 5:12-CV-00630-LHK