UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF DR. VELLTURO'S SUPPLEMENTAL EXPERT REPORT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3  to File Documents Under Seal Relating to Samsung's Notice of Motions And Motion To Strike
4  Portions Of Dr. Vellturo's Supplemental Expert Report.

5  Having considered Samsung's motion, and compelling reasons having been shown, the
6  Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Motion To Strike Portions Of Dr. Vellturo's Supplemental Expert Report | See highlighted version of document |
| Declaration of Judy Chevalier In Support Of Samsung's Motion To Strike | See highlighted version of document |
| Exhibits 1-4 to the Declaration of Judith A. Chevalier In Support Of Samsung's Motion To Strike | See highlighted version of document |
| Exhibits 1-4 to the Declaration of Michael L. Fazio In Support of Samsung's Motion to Strike | See highlighted version of document |

**IT IS SO ORDERED.**

DATED: _____  _____
The Honorable Lucy H. Koh
United States District Judge

-1-  Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL