1   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
2   Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
3   Kevin A. Smith (Bar No. 250814)
    kevinsmith@quinnemanuel.com
4   50 California Street, 22nd Floor
    San Francisco, California 94111
5   Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
6
    Kevin P.B. Johnson (Bar No. 177129)
7   kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
8   victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
9   Redwood Shores, California 94065
    Telephone: (650) 801-5000
10  Facsimile: (650) 801-5100

11  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
12  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
13  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
14
    Attorneys for SAMSUNG ELECTRONICS
15  CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
16  TELECOMMUNICATIONS AMERICA, LLC

17                       UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20  APPLE INC., a California corporation,        CASE NO. 12-CV-00630-LHK (PSG)

            Plaintiff,                           **DECLARATION OF MICHAEL L. FAZIO
21                                               IN SUPPORT OF SAMSUNG'S NOTICE
         vs.                                     OF MOTION AND MOTION TO STRIKE
22                                               PORTIONS OF DR. VELLTURO'S
    SAMSUNG ELECTRONICS CO., LTD., a             SUPPLEMENTAL EXPERT REPORT**
23  Korean business entity; SAMSUNG
    ELECTRONICS AMERICA, INC., a New
24  York corporation; SAMSUNG
    TELECOMMUNICATIONS AMERICA,
25  LLC, a Delaware limited liability company,

26          Defendants.

27

28

1       I, Michael L. Fazio, declare as follows:

2       1.      I am a member of the bar of the State of California, admitted to practice before this

3 Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants

4 Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5 Telecommunications America, LLC (collectively, "Samsung") in this action.  I make this

6 declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and

7 would testify as set forth below.

8       2.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Expert

9 Report of Christopher A. Vellturo, Ph.D., dated February 17, 2014.

10       3.      Attached hereto as Exhibit 2 is a true and correct copy of Exhibit 21 to the

11 Supplemental Expert Report of Christopher A. Vellturo, Ph.D., dated February 17, 2014.

12       4.      Attached hereto as Exhibit 3 is a true and correct copy of Exhibit 32 to the

13 Supplemental Expert Report of Christopher A. Vellturo, Ph.D., dated February 17, 2014.

14       5.      Attached hereto as Exhibit 4 is a true and correct copy of Supplemental Workpaper

15 31 to the Supplemental Expert Report of Christopher A. Vellturo, Ph.D.

16

17       I declare under penalty of perjury under the laws of the United States of America that the

18 foregoing is true and correct.

19       Executed on March 7, 2014, at Los Angeles, California.

20

21                              */s/ Michael L. Fazio*

22                              Michael L. Fazio

23

24

25

26

27

28

     Case No. 12-CV-00630-LHK (PSG)

FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO
STRIKE PORTIONS OF DR. VELLTURO'S SUPPLEMENTAL EXPERT REPORT

1

**ATTESTATION OF E-FILED SIGNATURE**

2          I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file

3    this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michael L. Fazio

4    has concurred in this filing.

5                                                          __/s/ *Victoria F. Maroulis*____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                     Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO
STRIKE PORTIONS OF DR. VELLTURO'S SUPPLEMENTAL EXPERT REPORT