UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-0630-LHK (PSG) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STRIKE PORTIONS OF DR. VELLTURO'S SUPPLEMENTAL EXPERT REPORT** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

-1-   Case No. 12-CV-0630-LHK (PSG)
**[[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STRIKE PORTIONS OF DR. VELLTURO'S SUPPLEMENTAL EXPERT REPORT**

02198.5198

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed a motion to strike
3 portions of the supplemental expert report of Apple's damages expert, Dr. Chistopher Vellturo
4 ("Samsung's Motion to Strike").

5    Having considered the arguments of the parties and the papers submitted, the Court hereby
6 GRANTS Samsung's Motion to Strike.   Accordingly, the Court ORDERS that any calculation of
7 "off-the-market" lost profits based on the '647 patent is hereby stricken from Dr. Vellturo's
8 supplemental report.   The Court further GRANTS Samsung's motion and strikes the other
9 modifications to the opinions expressed in Dr. Vellturo's original report identified in footnote 1 to
10 Samsung's motion.

13    **IT IS SO ORDERED.**

15 DATED:   _____, 2014

18                                         _____
                                            Honorable Lucy H. Koh
                                            United States District Judge

02198.5198

-2-                              Case No. 12-CV-0630-LHK (PSG)
**[[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STRIKE PORTIONS OF DR. VELLTURO'S SUPPLEMENTAL EXPERT REPORT**