UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER TO FILE REVISED PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The Court notes that following the March 5, 2014 pretrial conference, the parties have further altered the issues and claims for trial through at least the following submissions:

- Joint stipulation with respect to the '172 patent (ECF No. 1414).
- Joint submission on jury instruction (ECF No. 1418).
- Stipulation regarding dismissal of claims and counterclaims (ECF No. 1419).

The Court previously ordered the parties to revise and file the proposed preliminary and final jury instructions and proposed verdict forms in light of their stipulation with respect to the '172 patent (ECF No. 1416). In light of the further submissions above, the parties shall instead file

1

Case No.: 12-CV-00630-LHK
ORDER TO FILE REVISED PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS

by 6:00 p.m., Thursday, March 13, 2014, revised proposed preliminary and final jury instructions and proposed verdict forms to address all changes noted in the parties' submissions above, and e-mail electronic versions of these documents to lhkcrd@cand.uscourts.gov.  With respect to the preliminary jury instructions, the parties shall file a redline showing any changes made to this Court's filed version (ECF No. 1384).

**IT IS SO ORDERED.**

Dated: March 10, 2014

_____
LUCY H. KOH
United States District Judge