UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER RELEASING BOND |
| | ) | |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

Plaintiff Apple, Inc. ("Apple") posted a bond (No. 09072914) in the amount of $95,637,141.60 in support of the preliminary injunction previously entered by this Court. (ECF Nos. 221, 232.) The parties have stipulated that the Court may release the entirety of the bond. (ECF No. 1417.)

THEREFORE, IT IS HEREBY ORDERED that Bond No. 09072914 shall be released and returned to Apple.

1   **IT IS SO ORDERED.**

2   Dated: March 10, 2014

_____
LUCY H. KOH
United States District Judge