| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, MA 02109 |
| Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| | |
| HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| JACK W. LONDEN (CA SBN 85776) | WILMER CUTLER PICKERING |
| jlonden@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 950 Page Mill Road |
| rkrevans@mofo.com | Palo Alto, California 94304 |
| RUTH N. BORENSTEIN (CA SBN 133797) | Telephone: (650) 858-6000 |
| rborenstein@mofo.com | Facsimile: (650) 858-6100 |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S IDENTIFICATION OF DEPOSITION DESIGNATIONS AND OTHER DISCOVERY TO BE OFFERED AT TRIAL** |

Pursuant to the Joint Stipulation and Order Re Schedule for Objections and Deposition Designations dated February 26, 2014 (Dkt. No. 1346), Apple Inc. ("Apple") hereby identifies the excerpts of deposition testimony and other discovery that it intends to offer at trial other than solely for purposes of impeachment or rebuttal.  Apple does not waive its right to object (i) to the witness or to the use of testimony from a witness if the witness is called by Samsung, or (ii) to the use of the discovery response or disclosure if offered by Samsung.  Apple reserves the right to amend or supplement its designations of deposition testimony or other discovery, including in response to any evidence offered by Samsung at trial and/or on the basis of any information or documents obtained from discovery which has not yet been completed.  Apple also reserves the right to designate testimony from any witness on Samsung's list of deposition designations and to offer any other discovery identified by Samsung.

## I. DEPOSITION DESIGNATIONS

The excerpts of deposition testimony that Apple intends to offer at trial, other than solely for purposes of impeachment or rebuttal, are identified in the attached Exhibit A.[1]

## II. OTHER DISCOVERY

Apple intends to offer the following discovery at trial, including the documents incorporated by reference therein, other than discovery offered solely for purposes of impeachment or rebuttal:

1. Samsung's Disclosure of Asserted Claims and Infringement Contentions [Patent L.R. 3-1, 3-2], including all amendments and supplements allowed by the Court.

2. All third party declarations identified in the parties' previous stipulations regarding third party declarations (Dkt. Nos. 795 and 1037), specifically:

    a. Arcsoft, Inc. Declaration of Mike Lin for Arcsoft, Inc., dated July 18, 2013.

    b. ICAP Patent Brokerage LLC. Declaration of Daniel L. French for ICAP Patent Brokerage LLC, dated June 28, 2013.

    c. Internet Archive. Affidavit of Christopher Butler for Internet Archive, dated June 21, 2013.

---

[1] Apple does not intend to designate objections or attorney colloquy, and will remove any such lines when final clips are prepared for presentation at trial.

      d. <u>Eastman Kodak Company.</u> Declaration of Nancy E. Wahl for Eastman Kodak Company, dated July 8, 2013.

      e. <u>Microsoft Corporation.</u> Declaration of Patrick Gogerty for Microsoft Corporation, dated July 19, 2013.

      f. <u>Nuance Communication, Inc.</u> Declaration of Lee Patch for Nuance Communications, Inc., dated August 20, 2013.

      g. <u>Sony Electronics, Inc.</u> Declaration of Neal Manowitz for Sony Electronics, Inc., dated July 12, 2013.

      h. <u>Sony Electronics, Inc.</u> Declaration of Eita Yanagisawa for Sony Electronics, Inc., dated July 25, 2013.

      i. <u>Intel Corp.</u> Declaration of Tracey Mazur for Intel Corp., dated August 29, 2013.

3. Samsung's Responses to Apple's Interrogatory Nos. 1-4, 10, 13-14, 17-19, 21-22, 24-27, 29-32, 41-42, 45, 47-48, and any supplements thereto.

4. Samsung's Responses to Apple's Requests for Admission Nos. 4, 6, 9, 11, 13-19, 23-24, 31-35, 37 and 38, and any supplements thereto.

5. Samsung's Initial Disclosures, and any supplements thereto.

6. Samsung's Answer to Apple's Complaint.

Dated: March 10, 2014                        MORRISON & FOERSTER LLP

By: */s/ Rachel Krevans*
     RACHEL KREVANS

     Attorneys for Plaintiff and
     Counterclaim-Defendant
     APPLE INC.