# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

## APPLE'S DEPOSITION DESIGNATIONS

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| Balducci, Juan V. | July 18, 2013 | 6:17-7:5 | | | |
| | | 10:25-11:7 | | | |
| | | 18:13-18 | | | |
| | | 110:11-112:16 | | | |
| Benner, Timothy (Case No. 11-1846) | February 22, 2012 | 8:15-17 | | | |
| | | 14:5-11 | | | |
| | | 102:13-117:10 | | | |
| Benner, Timothy (Case No. 11-1846) | June 28, 2013 | 6:5-14 | | | |
| | | 7:24-8:5 | | | |
| | | 68:3-69:4 | | | |
| | | 69:22-70:7 | | | |
| | | 72:10-75:8 | | | |
| | | 177:5-184:13 | | | |
| | | 184:14-186:14 | | | |
| | | 186:15-195:23 | | | |
| | | 186:16-195:23 | | | |
| | | 195:24-197:14 | | | |
| Boss, Chad | June 19, 2013 | 7:12-15 | | | |
| | | 62:23-64:2 | | | |
| | | 67:6-15 | | | |
| | | 78:1-17 | | | |
| | | 81:15-82:6 | | | |
| | | 85:15-20 | | | |
| | | 88:2-16 | | | |
| | | 89:21-24 | | | |
| | | 94:3-95:5 | | | |
| | | 96:14-97:15 | | | |
| | | 98:13-99:20 | | | |
| | | 122:13-16 | | | |
| | | 136:14-24 | | | |
| | | 157:25-158:2 | | | |
| | | 158:8-9 | | | |
| Bringert, Bjorn | May 10, 2012 | 5:13-20 | | | |
| | | 14:5-7 | | | |
| | | 44:24-45:6 | | | |
| | | 61:2-8 | | | |
| | | 132:23-133:13 | | | |
| | | 140:24-141:1 | | | |
| | | 144:11-17 | | | |
| | | 146:23-147:23 | | | |
| | | 148:18-149:7 | | | |
| | | 149:16-151:4 | | | |
| | | 151:16-152:14 | | | |
| | | 170:17-172:7 | | | |
| | | 179:22-180:14 | | | |
| | | 193:21-194:2 | | | |
| | | 197:25-198:24 | | | |

## APPLE'S DEPOSITION DESIGNATIONS

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 208:7-11 | | | |
| | | 211:23-212:4 | | | |
| | | 227:25-228:9 | | | |
| | | 255:21-256:6 | | | |
| **Bringert, Bjorn** | June 28, 2013 | 6:13-18 | | | |
| | | 9:24-10:2 | | | |
| | | 17:20-18:17 | | | |
| | | 20:11-13 | | | |
| | | 21:11-22:1 | | | |
| | | 31:2-8 | | | |
| | | 46:19-23 | | | |
| | | 53:2-22 | | | |
| | | 60:5-9 | | | |
| | | 60:23-61:2 | | | |
| | | 62:4-63:6 | | | |
| | | 63:16-20 | | | |
| | | 64:19-66:2 | | | |
| | | 67:7-14 | | | |
| | | 68:11-20 | | | |
| | | 71:1-8 | | | |
| | | 73:1-74:3 | | | |
| | | 74:22-75:4 | | | |
| | | 79:16-82:14 | | | |
| | | 83:25-86:5 | | | |
| | | 95:8-19 | | | |
| | | 96:7-19 | | | |
| | | 99:20-100:15 | | | |
| | | 101:5-103:1 | | | |
| | | 103:16-24 | | | |
| | | 105:19-106:1 | | | |
| | | 107:11-20 | | | |
| | | 108:15-109:9 | | | |
| | | 118:13-22 | | | |
| | | 120:15-121:22 | | | |
| | | 126:20-128:6 | | | |
| | | 133:15-23 | | | |
| | | 139:21-141:2 | | | |
| | | 144:24-145:23 | | | |
| | | 146:22-147:24 | | | |
| | | 148:12-149:10 | | | |
| | | 152:11-15 | | | |
| | | 153:5-11 | | | |
| | | 155:22-157:2 | | | |
| | | 157:12-15 | | | |
| | | 160:22-161:21 | | | |
| | | 163:11-165:6 | | | |
| | | 171:4-172:5 | | | |
| | | 174:18-175:24 | | | |
| | | 176:24-177:8 | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

## APPLE'S DEPOSITION DESIGNATIONS

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 178:2-181:15 | | | |
| | | 186:11-22 | | | |
| | | 192:9-193:13 | | | |
| | | 194:21-195:11 | | | |
| | | 202:3-203:3 | | | |
| | | 206:11-207:10 | | | |
| | | 208:5-13 | | | |
| | | 208:23-209:3 | | | |
| | | 210:17-211:2 | | | |
| | | 211:8-20 | | | |
| **Chang, Dong Hoon (Case No. 337-TA-796)** | March 7, 2012 | 8:15-16 | | | |
| | | 9:4-13 | | | |
| | | 11:13-13:14 | | | |
| | | 40:21-41:7 | | | |
| | | 46:14-25 | | | |
| | | 47:1-11 | | | |
| | | 81:12-83:8 | | | |
| | | 109:22-111:1 | | | |
| | | 112:19-139:9 | | | |
| | | 156:16-159:11 | | | |
| | | 164:10-22 | | | |
| | | 175:4-175:11 | | | |
| **Cheifet, Stewart** | July 19, 2013 | 6:8-14 | | | |
| | | 8:3-5 | | | |
| | | 8:9-21 | | | |
| | | 8:25-9:9 | | | |
| | | 9:23-10:9 | | | |
| | | 10:19-12:17 | | | |
| | | 12:21-13:1 | | | |
| | | 13:10-19 | | | |
| | | 13:21-23 | | | |
| | | 14:14-15:24 | | | |
| | | 16:8-22 | | | |
| | | 18:1-7 | | | |
| | | 18:12-14 | | | |
| | | 19:2-11 | | | |
| | | 19:18-23 | | | |
| | | 20:5-9 | | | |
| | | 20:12-15 | | | |
| | | 20:17-21:6 | | | |
| | | 22:22-23:24 | | | |
| | | 24:2-8 | | | |
| | | 24:11 | | | |
| | | 24:15-25:24 | | | |
| | | 26:5-22 | | | |
| | | 26:25-27:6 | | | |
| | | 28:14-21 | | | |
| | | 37:1-8 | | | |

## APPLE'S DEPOSITION DESIGNATIONS

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| **Cheng, Fred** | July 17, 2013 | 6:5-15 | | | |
| | | 6:22-7:4 | | | |
| | | 7:12-8:8 | | | |
| | | 8:17-9:2 | | | |
| | | 9:6-10:20 | | | |
| | | 10:22-11:17 | | | |
| | | 11:20-12:6 | | | |
| | | 12:8 | | | |
| | | 17:11-18 | | | |
| | | 17:21-24 | | | |
| | | 18:1-4 | | | |
| | | 18:6-10 | | | |
| | | 18:13-17 | | | |
| | | 18:20 | | | |
| **Cheong, Joonkyo (Joseph)** | June 24, 2013 | 10:21-11:16 | | | |
| | | 16:19-25 | | | |
| | | 17:3-6 | | | |
| | | 17:8-12 | | | |
| | | 17:15-20:23 | | | |
| | | 19:4-20:23 | | | |
| | | 21:9-22 | | | |
| | | 37:20-25 | | | |
| | | 38:4-8 | | | |
| | | 38:10-15 | | | |
| | | 38:18-20 | | | |
| | | 39:7-14 | | | |
| | | 42:5-9 | | | |
| | | 44:3-10 | | | |
| | | 64:14-69:3 | | | |
| | | 66:18-69:3 | | | |
| | | 71:24-72:3 | | | |
| | | 72:6-8 | | | |
| | | 76:24-77:8 | | | |
| | | 102:7-103:12 | | | |
| | | 184:9-14 | | | |
| | | 184:21-185:4 | | | |
| | | 185:8-11 | | | |
| | | 187:6-9 | | | |
| | | 187:11 | | | |
| | | 188:1-3 | | | |
| | | 188:7-9 | | | |
| **Choi, Joon Il (Case No. 11-1846)** | March 8, 2012 | 6:15-21 | | | |
| | | 7:15-19 | | | |
| | | 11:20-13:21 | | | |
| | | 19:18-20:4 | | | |
| | | 25:13-30:21 | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

## APPLE'S DEPOSITION DESIGNATIONS

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| **Christian, Locksley (Ricoh)** | Mar. 26, 2013 | 8:2-7 | | | |
| | | 8:13-17 | | | |
| | | 8:22-9:8 | | | |
| | | 9:16-10:21 | | | |
| | | 11:7-9 | | | |
| | | 17:15-20 | | | |
| | | 17:22-23 | | | |
| | | 18:1-2 | | | |
| | | 18:5 | | | |
| | | 18:9-10 | | | |
| | | 18:12-19:10 | | | |
| | | 19:13-20:9 | | | |
| | | 22:17-21 | | | |
| | | 23:4-14 | | | |
| | | 23:17-18 | | | |
| | | 23:20-24:12 | | | |
| | | 30:11-23 | | | |
| | | 32:23-33:7 | | | |
| | | 33:12-15 | | | |
| | | 33:18-19 | | | |
| | | 33:21-23 | | | |
| | | 34:2-3 | | | |
| | | 34:5-7 | | | |
| | | 34:11-14 | | | |
| | | 34:16-35:1 | | | |
| | | 35:5-9 | | | |
| | | 35:12-15 | | | |
| | | 35:22-36:8 | | | |
| | | 36:11 | | | |
| | | 36:13-15 | | | |
| | | 36:18 | | | |
| | | 37:8-12 | | | |
| | | 37:16-38:11 | | | |
| | | 38:13-17 | | | |
| | | 38:19 | | | |
| | | 39:4-6 | | | |
| | | 40:4-9 | | | |
| | | 41:22-42:1 | | | |
| | | 42:3-45:3 | | | |
| | | 47:3-5 | | | |
| | | 47:13-15 | | | |
| | | 47:18 | | | |
| | | 48:3-15 | | | |
| | | 48:18-21 | | | |
| | | 50:8-21 | | | |
| | | 51:19-23 | | | |
| | | 52:2 | | | |
| | | 53:7-8 | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**APPLE'S DEPOSITION DESIGNATIONS**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 53:11-54:4 | | | |
| | | 56:1-17 | | | |
| | | 58:2-4 | | | |
| | | 58:7-9 | | | |
| | | 58:12 | | | |
| | | 62:23-63:3 | | | |
| | | 64:24-65:4 | | | |
| | | 65:6 | | | |
| | | 65:11-24 | | | |
| | | 67:13-15 | | | |
| | | 67:19-21 | | | |
| | | 68:9-12 | | | |
| | | 74:11-13 | | | |
| | | 77:19-78:1 | | | |
| | | 78:4-5 | | | |
| | | 78:7-10 | | | |
| | | 78:18-79:13 | | | |
| | | 80:6-9 | | | |
| | | 84:11-13 | | | |
| | | 84:21-85:1 | | | |
| | | 85:9-18 | | | |
| | | 87:8-14 | | | |
| | | 87:20-89:9 | | | |
| | | 115:19-21 | | | |
| | | 115:24-116:4 | | | |
| | | 124:17-125:8 | | | |
| | | 125:11-13 | | | |
| | | 129:16-130:4 | | | |
| | | 130:8-15 | | | |
| | | 133:18-24 | | | |
| | | 134:4-6 | | | |
| | | 134:8-9 | | | |
| | | 134:12-17 | | | |
| | | 134:20-21 | | | |
| | | 135:6-9 | | | |
| | | 136:21-137:13 | | | |
| | | 137:16 | | | |
| | | 137:18-20 | | | |
| | | 137:22 | | | |
| **Denison, Justin (Case No. 11-1846)** | September 21, 2011 | 4:2-23 | | | |
| | | 6:10-18 | | | |
| | | 42:4-47:14 | | | |
| | | 49:13-51:25 | | | |
| | | 56:22-57:7 | | | |
| | | 284:17-285:10 | | | |
| | | 332:2-334:3 | | | |

## APPLE'S DEPOSITION DESIGNATIONS

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| Denison, Justin (Case No. 337-TA-796) | December 16, 2011 | 4:2-5:11 | | | |
| | | 5:12-15 | | | |
| | | 8:21-10:10 | | | |
| | | 13:7-15:19 | | | |
| | | 16:13-19:2 | | | |
| | | 19:24-20:13 | | | |
| | | 20:21-23 | | | |
| | | 74:19-25 | | | |
| | | 80:7-11 | | | |
| | | 80:16-81:9 | | | |
| | | 81:17-82:6 | | | |
| | | 86:4-18 | | | |
| | | 91:16-21 | | | |
| | | 105:4-15 | | | |
| | | 106:14-107:7 | | | |
| | | 135:16-136:5 | | | |
| | | 180:8-181:6 | | | |
| Denison, Justin (Case No. 11-1846) | January 25, 2012 | 8:2-9:3 | | | |
| | | 9:21-10:24 | | | |
| | | 12:16-23 | | | |
| | | 13:7-10 | | | |
| | | 13:24-14:7 | | | |
| | | 14:13-15:10 | | | |
| | | 15:16-22 | | | |
| | | 22:5-22 | | | |
| | | 23:10-24:9 | | | |
| | | 24:24-25:3 | | | |
| | | 28:15-29:13 | | | |
| | | 159:23-161:4 | | | |
| | | 164:1-177:11 | | | |
| Denison, Justin (Case No. 11-1846) | August 3, 2012 | 790:5-8 | | | |
| | | 790:15-795:12 | | | |
| | | 810:6-816:8 | | | |
| | | 818:4-819:8 | | | |
| | | 820:1-18 | | | |
| | | 825:21-826:9 | | | |
| | | 832:10-833:11 | | | |
| Denison, Justin (Case No. 11-1846) | August 6, 2012 | 978:2-979:8 | | | |
| | | 991:25-993:13 | | | |
| | | 994:13-997:12 | | | |
| Denison, Justin | July 18, 2013 | 5:1-22 | | | |
| | | 5:23-24 | | | |
| | | 6:19-9:7 | | | |
| | | 15:19-20 | | | |
| | | 16:21-20:23 | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

## APPLE'S DEPOSITION DESIGNATIONS

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 21:15-20 | | | |
| | | 22:3-18 | | | |
| | | 22:19-23:10 | | | |
| | | 23:11-21 | | | |
| | | 23:24-24:18 | | | |
| | | 25:24-25 | | | |
| | | 26:9-15 | | | |
| | | 30:11-14 | | | |
| | | 37:25-38:7 | | | |
| | | 54:2-14 | | | |
| | | 86:6-87:16 | | | |
| | | 122:5-127:21 | | | |
| | | 135:24-143:8 | | | |
| | | 176:11-185:7 | | | |
| | | 187:9-13 | | | |
| | | 188:19-189:10 | | | |
| | | 190:17-24 | | | |
| | | 197:3-198:8 | | | |
| | | 198:15-201:17 | | | |
| | | 205:3-206:12 | | | |
| **DiCarlo, Nick** | June 26, 2013 | 8:4-5 | | | |
| | | 8:16-9:3 | | | |
| | | 9:7-24 | | | |
| | | 19:6-18 | | | |
| | | 19:20-25 | | | |
| | | 22:22-25 | | | |
| | | 23:2-5 | | | |
| | | 24:21-23 | | | |
| | | 24:25-25:1 | | | |
| | | 32:20-35:21 | | | |
| | | 90:18-20 | | | |
| | | 90:24-91:7 | | | |
| | | 92:22-24 | | | |
| | | 100:5-6 | | | |
| | | 100:8-23 | | | |
| | | 101:3-24 | | | |
| | | 128:3-11 | | | |
| | | 130:17-18 | | | |
| | | 130:20-24 | | | |
| | | 131:25-132:3 | | | |
| | | 131:25-132:3 | | | |
| | | 143:12-23 | | | |
| | | 157:3-158:22 | | | |
| | | 184:19-185:15 | | | |
| | | 200:17-201:9 | | | |
| | | 237:3-20 | | | |
| | | 240:20-241:20 | | | |
| | | 251:10-24 | | | |
| | | 256:23-257:9 | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**APPLE'S DEPOSITION DESIGNATIONS**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 258:1-5 | | | |
| | | 265:19-266:3 | | | |
| | | 269:17-271:24 | | | |
| | | 272:18-274:12 | | | |
| | | 274:25-275:8 | | | |
| | | 278:12-14 | | | |
| | | 280:5-7 | | | |
| | | 240:20-241:20 | | | |
| **Freeman, Mitchael** | June 19, 2013 | 7:8-12 | | | |
| | | 32:4-36:15 | | | |
| | | 41:1-13 | | | |
| | | 53:15-54:18 | | | |
| | | 55:4-19 | | | |
| | | 56:8-13 | | | |
| | | 62:9-21 | | | |
| | | 66:4-15 | | | |
| | | 69:16-19 | | | |
| | | 69:22-25 | | | |
| | | 71:6-17 | | | |
| | | 113:2-19 | | | |
| **Freeman, Michael** | June 20, 2013 | 7:7-11 | | | |
| | | 16:15-25 | | | |
| | | 28:2-10 | | | |
| | | 28:14-29:3 | | | |
| | | 58:17-24 | | | |
| | | 60:15-61:5 | | | |
| | | 62:3-19 | | | |
| | | 67:25-68:10 | | | |
| | | 75:24-77:8 | | | |
| | | 86:11-21 | | | |
| | | 137:19-138:17 | | | |
| | | 139:8-140:25 | | | |
| | | 151:22-24 | | | |
| | | 152:2-14 | | | |
| | | 152:21-153:14 | | | |
| | | 154:24-155:9 | | | |
| | | 157:15-25 | | | |
| | | 161:10-15 | | | |
| | | 163:19-25 | | | |
| | | 164:4-16 | | | |
| | | 169:23-170:13 | | | |
| | | 176:1-11 | | | |
| | | 177:7-17 | | | |
| | | 178:1-3 | | | |
| | | 185:3-7 | | | |
| | | 187:6-13 | | | |
| | | 193:22-194:8 | | | |
| | | 195:12-196:2 | | | |
| | | 196:6-8 | | | |

**APPLE'S DEPOSITION DESIGNATIONS**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 196:11-14 | | | |
| | | 206:15-21 | | | |
| | | 208:8-21 | | | |
| | | 208:23-209:5 | | | |
| | | 213:2-12 | | | |
| | | 213:14-214:22 | | | |
| | | 215:15-19 | | | |
| | | 256:23-257:3 | | | |
| | | 257:8-12 | | | |
| **Freeman, Richard** | June 18, 2013 | 7:11-13 | | | |
| | | 7:13-16 | | | |
| | | 43:17-44:1 | | | |
| | | 44:15-25 | | | |
| | | 45:8-13 | | | |
| | | 57:9-14 | | | |
| | | 59:13-18 | | | |
| | | 59:19-60:3 | | | |
| | | 65:9-17 | | | |
| | | 67:22-68:18 | | | |
| | | 68:24-69:22 | | | |
| | | 72:6-16 | | | |
| | | 74:18-25 | | | |
| | | 91:3-11 | | | |
| | | 93:13-15 | | | |
| | | 94:10-15 | | | |
| | | 94:20-25 | | | |
| | | 95:5-19 | | | |
| | | 97:20-22 | | | |
| | | 97:24-98:6 | | | |
| | | 136:2-10 | | | |
| | | 141:7-142:2 | | | |
| | | 146:12-23 | | | |
| | | 147:25-148:12 | | | |
| | | 148:16-18 | | | |
| | | 152:7-18 | | | |
| | | 155:16-22 | | | |
| **Fuhr, Norbert** | July 12, 2013 | 6:25-7:3 | | | |
| | | 10:9-13 | | | |
| | | 17:16-22 | | | |
| | | 18:9-12 | | | |
| | | 18:24-19:10 | | | |
| | | 30:19-31:15 | | | |
| | | 33:2-22 | | | |
| | | 47:17-48:6 | | | |
| | | 49:9-11 | | | |
| | | 52:13-18 | | | |
| | | 55:5-17 | | | |
| | | 56:2-4 | | | |
| | | 57:25-58:13 | | | |

**APPLE'S DEPOSITION DESIGNATIONS**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 105:18-20 | | | |
| | | 106:4-107:11 | | | |
| | | 108:2-11 | | | |
| | | 110:19-24 | | | |
| | | 111:25-112:3 | | | |
| | | 117:21-118:2 | | | |
| | | 126:12-22 | | | |
| | | 127:15-18 | | | |
| | | 128:10-14 | | | |
| | | 128:21-129:16 | | | |
| | | 129:20-130:25 | | | |
| | | 139:18-140:3 | | | |
| | | 140:8-141:10 | | | |
| | | 144:9-145:6 | | | |
| | | 145:10-18 | | | |
| | | 193:23-194:9 | | | |
| | | 194:18-21 | | | |
| | | 196:13-198:17 | | | |
| | | 199:13-200:15 | | | |
| | | 207:4-12 | | | |
| **Govert, Norbert** | July 15, 2013 | 6:11-14 | | | |
| | | 10:1-10 | | | |
| | | 14:10-25 | | | |
| | | 21:1-3 | | | |
| | | 23:25-24:9 | | | |
| | | 24:17-25 | | | |
| | | 28:18-22 | | | |
| | | 31:1-5 | | | |
| | | 31:17-32:10 | | | |
| | | 34:22-35:1 | | | |
| | | 37:5-9 | | | |
| | | 70:11-20 | | | |
| | | 88:6-25 | | | |
| | | 94:17-23 | | | |
| | | 96:16-22 | | | |
| | | 97:11-98:6 | | | |
| | | 99:12-100:23 | | | |
| | | 114:24-115:24 | | | |
| | | 116:6-18 | | | |
| | | 138:6-139:6 | | | |
| | | 141:11-142:2 | | | |
| | | 148:3-19 | | | |
| | | 149:25-150:13 | | | |
| | | 159:11-160:6 | | | |
| **Hong, Jong Pil** | July 4, 2013 | 8:6-12 | | | |
| | | 8:21-24 | | | |
| | | 9:9-10:8 | | | |
| | | 13:16-21 | | | |
| | | 15:10-16 | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**APPLE'S DEPOSITION DESIGNATIONS**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 18:16-19 | | | |
| | | 19:5-20-12 | | | |
| | | 25:5-12 | | | |
| | | 25:16-26:11 | | | |
| | | 33:8-11 | | | |
| | | 35:7-10 | | | |
| | | 45:21-22 | | | |
| | | 45:25-46:6 | | | |
| | | 49:3-6 | | | |
| | | 49:9-15 | | | |
| | | 51:1-4 | | | |
| | | 61:25-62:7 | | | |
| | | 63:9-12 | | | |
| | | 67:24-68:5 | | | |
| | | 68:14-22 | | | |
| | | 69:4-12 | | | |
| | | 70:14-24 | | | |
| | | 73:1-11 | | | |
| | | 74:15-22 | | | |
| | | 76:7-77:13 | | | |
| | | 81:8-14 | | | |
| | | 81:18-23 | | | |
| | | 82:5-7 | | | |
| | | 83:10-18 | | | |
| | | 85:3-8 | | | |
| | | 85:15-24 | | | |
| | | 86:13-23 | | | |
| | | 91:12-92:7 | | | |
| | | 94:14-16 | | | |
| | | 94:20-21 | | | |
| | | 94:23-24 | | | |
| | | 96:13-17 | | | |
| | | 96:19-20 | | | |
| | | 96:22-25 | | | |
| | | 100:21-23 | | | |
| | | 100:25 | | | |
| | | 106:12-18 | | | |
| | | 115:23-116:1 | | | |
| **Hung, Yat-Sang** | June 13, 2013 | 7:7-21 | | | |
| | | 7:25-8:1 | | | |
| | | 8:5-12 | | | |
| | | 8:15-17 | | | |
| | | 8:20-23 | | | |
| | | 8:25 | | | |
| | | 9:21-23 | | | |
| | | 33:14-34:17 | | | |
| | | 34:24-35:13 | | | |
| | | 51:8-18 | | | |

**APPLE'S DEPOSITION DESIGNATIONS**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 55:23-56:5 | | | |
| | | 63:19-66:4 | | | |
| | | 74:15-17 | | | |
| | | 84:8-88:11 | | | |
| | | 102:3-16 | | | |
| | | 103:6-18 | | | |
| | | 104:5-16 | | | |
| | | 110:9-17 | | | |
| | | 117:12-133:10 | | | |
| | | 138:10-21 | | | |
| | | 140:2-11 | | | |
| | | 142:2-8 | | | |
| | | 148:17-21 | | | |
| | | 149:2-9 | | | |
| | | 162:4-19 | | | |
| | | 167:24-168:22 | | | |
| **Kim, Youngmi** | June 20, 2013 | 11:1 | | | |
| | | 11:4-6 | | | |
| | | 12:17-14:1 | | | |
| | | 16:1-15 | | | |
| | | 17:10-14 | | | |
| | | 19:3-8 | | | |
| | | 19:15-20:3 | | | |
| | | 35:5-36:2 | | | |
| | | 36:6-22 | | | |
| | | 41:25-42:21 | | | |
| | | 43:12-44:8 | | | |
| | | 46:14-47:12 | | | |
| | | 56:16-19 | | | |
| | | 57:1-59:17 | | | |
| | | 62:24-64:6 | | | |
| | | 64:21-67:19 | | | |
| | | 92:13-98:16 | | | |
| | | 105:18-106:19 | | | |
| | | 107:5-24 | | | |
| | | 110:15-111:9 | | | |
| | | 112:2-19 | | | |
| | | 141:19-142:11 | | | |
| | | 145:19-146:22 | | | |
| | | 147:4-14 | | | |
| | | 150:16-151:17 | | | |
| | | 152:2-153:18 | | | |
| | | 155:11-158:1 | | | |
| **Lee, Don-Joo** (Case No. 337-TA-796) | February 17, 2012 | 7:2-5 | | | |
| | | 7:21-8:8 | | | |
| | | 8:24-10:7 | | | |
| | | 69:16-22 | | | |
| | | 69:16-22 | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

## APPLE'S DEPOSITION DESIGNATIONS

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 146:20-148:17 | | | |
| Lee, Heung Mo | July 17, 2013 | 8:23-25 | | | |
| | | 10:3-7 | | | |
| | | 10:10-11:13 | | | |
| | | 12:1-5 | | | |
| | | 12:11-13:1 | | | |
| | | 13:3-7 | | | |
| | | 13:16-23 | | | |
| | | 14:6-9 | | | |
| | | 18:21-19:3 | | | |
| | | 21:4-30:25 | | | |
| | | 32:14-34:21 | | | |
| | | 38:15-39:22 | | | |
| | | 41:15-24 | | | |
| | | 48:21-51:6 | | | |
| | | 52:3-53:22 | | | |
| | | 63:6-10 | | | |
| | | 63:25-64:4 | | | |
| Lee, Jun Won (Case No. 11-1846) | March 5, 2012 | 6:6-11 | | | |
| | | 6:25-7:1 | | | |
| | | 9:1-19 | | | |
| | | 16:14-20:25 | | | |
| | | 21:18-22:14 | | | |
| | | 24:8-15 | | | |
| | | 27:18-27:25 | | | |
| | | 28:2-7 | | | |
| | | 28:16-22 | | | |
| | | 30:10-13 | | | |
| | | 30:14-31:6 | | | |
| | | 31:15-23 | | | |
| | | 33:21-24 | | | |
| | | 37:8-9 | | | |
| | | 37:21-38:5 | | | |
| | | 149:12-150:13 | | | |
| Lee, Jun Won (Case No. 11-1846) | March 6, 2012 | 174:3-176:13 | | | |
| Lee, Jun Won (Case No. 11-1846) | Mar. 26, 2012 | 7:2-6 | | | |
| | | 7:11-22 | | | |
| | | 8:10-11 | | | |
| | | 8:14-16 | | | |
| | | 8:21-9:9 | | | |
| | | 71:5-7 | | | |
| | | 71:9-14 | | | |
| | | 71:17-18 | | | |

**APPLE'S DEPOSITION DESIGNATIONS**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 72:5-7 | | | |
| | | 72:10-11 | | | |
| | | 72:21-23 | | | |
| | | 73:1-2 | | | |
| **Lee, Sung Sik** | July 11, 2013 | 7:22-8:6 | | | |
| | | 16:9-17:6 | | | |
| | | 21:22-22:8 | | | |
| | | 23:1-8 | | | |
| | | 24:25-25:6 | | | |
| | | 25:19-21 | | | |
| | | 76:9-77:10 | | | |
| | | 83:1-25 | | | |
| | | 84:21-85:13 | | | |
| | | 86:19-87:16 | | | |
| | | 92:6-14 | | | |
| | | 94:16-22 | | | |
| | | 95:17-99:20 | | | |
| | | 99:21-100:12 | | | |
| | | 100:13-101:9 | | | |
| | | 105:23-106:8 | | | |
| | | 122:3-123:16 | | | |
| | | 131:6-132:10 | | | |
| | | 133:16-134:13 | | | |
| | | 134:15-138:1 | | | |
| | | 138:3-10 | | | |
| | | 138:13-16 | | | |
| | | 141:17-21 | | | |
| | | 142:13-144:11 | | | |
| | | 144:14-146:8 | | | |
| **Li, Chaehwan** | May 29, 2013 | 10:7-12 | | | |
| | | 20:12-19 | | | |
| | | 42:18-43:4 | | | |
| | | 47:21-48:22 | | | |
| | | 49:22-25 | | | |
| | | 112:15-117:2 | | | |
| **Park, Junho** | May 29, 2013 | 9:6-11 | | | |
| | | 10:17-21 | | | |
| | | 11:9-16 | | | |
| | | 14:20-15:11 | | | |
| | | 15:17-16:5 | | | |
| | | 126:14-131:17 | | | |
| | | 130:3-16 | | | |
| **Park, Sung-Geun** | July 3, 2013 | 9:11-23 | | | |
| | | 15:15-20 | | | |
| | | 35:13-37:1 | | | |
| | | 38:19-39:25 | | | |
| | | 42:22-43:11 | | | |
| | | 45:10-20 | | | |
| | | 46:12-17 | | | |

**APPLE'S DEPOSITION DESIGNATIONS**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 46:24-47:2 | | | |
| | | 51:2-22 | | | |
| | | 60:8-17 | | | |
| | | 86:4-15 | | | |
| | | 88:14-89:11 | | | |
| | | 89:19-90:4 | | | |
| | | 90:16-22 | | | |
| | | 91:22-92:19 | | | |
| | | 94:1-97:10 | | | |
| | | 102:4-25 | | | |
| | | 107:2-16 | | | |
| | | 124:24-125:10 | | | |
| | | 133:17-136:1 | | | |
| | | 137:8-11 | | | |
| | | 142:9-16 | | | |
| | | 142:18-25 | | | |
| | | 144:17-148:6 | | | |
| | | 148:17-149:5 | | | |
| | | 149:7-22 | | | |
| | | 149:24-150:6 | | | |
| | | 150:8-151:9 | | | |
| | | 152:14-154:15 | | | |
| **Pendleton, Todd** | July 19, 2013 | 4:24-25 | | | |
| | | 6:23-7:6 | | | |
| | | 19:17-20:18 | | | |
| | | 21:23-24 | | | |
| | | 23:23-24:17 | | | |
| | | 34:11-41:1 | | | |
| | | 35:4-7 | | | |
| | | 42:18-23 | | | |
| | | 65:1-5 | | | |
| | | 67:12-68:22 | | | |
| | | 69:18-71:9 | | | |
| | | 71:10-75:15 | | | |
| | | 75:16-76:24 | | | |
| **Pfeifer, Ulrich** | July 14, 2013 | 7:21-25 | | | |
| | | 12:24-13:6 | | | |
| | | 15:3-8 | | | |
| | | 16:3-5 | | | |
| | | 20:9-18 | | | |
| | | 23:22-25 | | | |
| | | 44:22-45:4 | | | |
| | | 47:1-11 | | | |
| | | 47:20-48:2 | | | |
| | | 48:4-10 | | | |
| | | 52:22-53:12 | | | |
| | | 55:5-57:7 | | | |
| | | 90:22-91:19 | | | |
| | | 92:1-7 | | | |

**APPLE'S DEPOSITION DESIGNATIONS**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 92:22-93:11 | | | |
| | | 106:8-13 | | | |
| | | 112:7-19 | | | |
| | | 138:3-12 | | | |
| | | 143:12-21 | | | |
| | | 152:7-15 | | | |
| | | 171:7-21 | | | |
| | | 176:19-177:3 | | | |
| | | 178:15-179:16 | | | |
| | | 182:25-183:6 | | | |
| | | 188:11-189:5 | | | |
| | | 190:15-23 | | | |
| | | 235:17-23 | | | |
| | | 242:24-243:7 | | | |
| | | 243:12-19 | | | |
| | | 248:2-7 | | | |
| | | 253:14-254:1 | | | |
| | | 254:17-255:8 | | | |
| **Rosenberg, Brian (Case No. 11-1846)** | January 27, 2012 | 7:2-23 | | | |
| | | 8:7-9:23 | | | |
| | | 11:3-11 | | | |
| | | 12:10-14:9 | | | |
| | | 15:3-16 | | | |
| | | 16:4-6 | | | |
| | | 16:16-17:17 | | | |
| | | 17:21-18:21 | | | |
| | | 22:17-23:6 | | | |
| | | 25:9-27:9 | | | |
| | | 29:3-16 | | | |
| | | 29:20-24 | | | |
| | | 30:16-24 | | | |
| | | 54:20-55:3 | | | |
| | | 55:10-56:8 | | | |
| | | 72:12-75:1 | | | |
| | | 75:11-77:23 | | | |
| | | 101:22-104:3 | | | |
| **Roy, Christine** | May 1, 2013 | 7:12-8:17 | | | |
| | | 9:6-10 | | | |
| | | 13:14-14:11 | | | |
| | | 19:25-20:8 | | | |
| | | 20:19-21:17 | | | |
| | | 22:15-17 | | | |
| | | 22:20-25 | | | |
| | | 23:8-10 | | | |
| | | 23:13-21 | | | |
| | | 23:24-24:1 | | | |
| | | 28:12-20 | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**APPLE'S DEPOSITION DESIGNATIONS**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| **Sheppard, Tim (Case No. 337-TA-796)** | December 21, 2011 | 6:12-14 | | | |
| | | 11:5-11 | | | |
| | | 19:23-20:4 | | | |
| | | 74:10-13 | | | |
| | | 75:18-76:5 | | | |
| | | 77:5-15 | | | |
| | | 82:14-22 | | | |
| | | 83:13-84:12 | | | |
| | | 83:6-8 | | | |
| | | 85:2-86:11 | | | |
| | | 87:8-92:4 | | | |
| | | 119:5-121:22 | | | |
| | | 139:7-140:1 | | | |
| | | 145:17-147:19 | | | |
| | | 168:2-169:8 | | | |
| | | 187:22-188:2 | | | |
| | | 188:9-189:18 | | | |
| | | 190:11-191:5 | | | |
| **Sheppard, Tim** | January 24, 2012 | 27:11-28:10 | | | |
| | | 86:18-87:2 | | | |
| **Trussell, Terrence** | May 1, 2013 | 7:8-8:20 | | | |
| | | 14:3-15:3 | | | |
| **Yoo, Seung Hun (Case No. 11-1846)** | February 28, 2012 | 6:13-16 | | | |
| | | 7:6-11 | | | |
| | | 8:5-9:18 | | | |
| | | 12:7-13:18 | | | |
| | | 17:13-20:17 | | | |
| | | 18:25-19:6 | | | |
| | | 19:14-20:4 | | | |