QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S DEPOSITION DESIGNATIONS**<br><br>Trial Date: March 31, 2014<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1  Pursuant to the Parties' Joint Stipulation and the Court's Order Regarding Schedule For
2  Objections and Deposition Designations (Dkt. No. 1346) dated February 26, 2014, Samsung
3  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
4  America, LLC (collectively, "Samsung") hereby submit their Deposition Designations.  Samsung
5  has designated deposition testimony of the following deponents:
6  1.  Yan Arrouye
7  2.  Eric Bivona
8  3.  Thomas Bonura
9  4.  Mark Buckley
10 5.  Christopher Butler
11 6.  David Casseres
12 7.  Sarah Chandler
13 8.  Suzanne Chapman
14 9.  Stephanie Chen
15 10. Fred Cheng
16 11. Diana Cohen
17 12. Miguel de Icaza
18 13. Thomas Deniau
19 14. Mark Donnelly
20 15. Gordon Freedman
21 16. Michael Freeman
22 17. Norbert Fuhr
23 18. Robert Garcia
24 19. Patrick Gogerty
25 20. Fabian Gonell
26 21. Gary Hall
27 22. Jim Hutchison
28 23. James Imahiro

1  24. Greg Joswiak

2  25. Brewster Kahle

3  26. Jim F. Lundberg

4  27. Ken McLeod

5  28. Stan Ng

6  29. Catherine Plaisant

7  30. Arthur Rangel

8  31. Steven Sasson

9  32. Phil Schiller

10 33. Rory Sexton

11 34. Steve Sinclair

12 35. Jeffrey Stedfast

13 36. Michael Tchao

14 37. Boris Teksler

15 38. Justin Titi

16 39. Bruce J. Watrous

17 40. Walter Wong

18

19  The designations of testimony, by page and line number, are set forth in Exhibit A.[1]

20 Samsung reserves its right to modify its designations.

---

[1] In addition to the designated deposition testimony identified herein, Samsung will present declaration testimony as if it were designated deposition testimony – pursuant to Dkt. Nos. 795 and 1346 – for the following declarants: (1) Affidavit of Christopher Butler [June 25, 2013]; (2) Declaration of Patrick Gogerty [July 16, 2013]; (3) Declaration of Jim F. Lundberg [June 25, and July 15, 2013]; (4) Declaration of Walter Wong [July 8, 2013]; and (5) Declaration of Steve Sasson [attached to the September 18, 2013 Email from Kathryn Zalewksi, Counsel for Apple, to Amar Thakur, Counsel for Samsung].

| | | |
|---|---|---|
| 1 | DATED: March 10, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By */s/ Victoria F. Maroulis* |
| 4 | | Victoria F. Maroulis<br>Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |