QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-00630-LHK<br><br>**SAMSUNG'S DISCOVERY DESIGNATIONS**<br><br>Judge: Hon. Lucy H. Koh<br>Place: Courtroom 8, 4th Floor<br>Trial: March 31, 2014<br>Time: 9:00 a.m. |

02198.51990/5798995.4

**SAMSUNG'S DISCOVERY DESIGNATIONS**

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby designate for use at trial the following written discovery responses:

1. Apple Inc.'s Objections and Responses to Samsung's First Set of Requests for Admission to Apple Inc. (Nos. 1-7), Request Nos. 1-7;
2. Apple Inc.'s Supplemental Responses to Samsung's First Set of Requests for Admission to Apple Inc. (Nos. 1-7), Request Nos. 1-7;
3. Apple Inc.'s Objections and Responses to Samsung's Third Set of Requests for Admission to Apple (Nos. 10-20), Request Nos. 10, 11, 12;
4. Apple Inc.'s Objections and Responses to Samsung's Fourth Set of Requests for Admission to Apple (Nos. 21-100), Request Nos. 21, 22, 23, 24, 25, 40, 43, 50, 70, 71, 72, 73, 74, 75, 76, 77;
5. Apple Inc.'s Objections and Responses to Samsung's First Set of Interrogatories, Request Nos. 7, 12, 13, 15, 17, 18, 19, 21;
6. Apple Inc.'s Supplemental Responses to Samsung's First Set of Interrogatories (Nos. 5, 8, 11, 12, 14, 18), Request Nos. 12, 18;
7. Apple Inc.'s Second Supplemental Objections and Responses to Samsung's First Set of Interrogatories, Request Nos. 7, 21;
8. Apple Inc.'s Further Supplemental Responses to Samsung's First Set of Interrogatories (No. 12);
9. Apple Inc.'s Further Supplemental Objections and Responses to Samsung's First Set of Interrogatories to Apple (No. 12);
10. Apple Inc.'s Additional Supplemental Objections and Responses to Samsung's First Set of Interrogatories (No. 12);
11. Apple Inc.'s Supplemental Responses to Samsung's First Set of Interrogatories (No. 13);

12. Apple Inc.'s Second Supplemental Responses to Samsung's First Set of Interrogatories (No. 13);

13. Apple Inc.'s Third Supplemental Responses to Samsung's First Set of Interrogatories (No. 13);

14. Apple Inc.'s Fourth Supplemental Responses to Samsung's First Set of Interrogatories (No. 13);

15. Apple Inc.'s Supplemental Responses to Samsung's First Set of Interrogatories (No. 17);

16. Apple Inc.'s Additional Supplemental Responses to Samsung's First Set of Interrogatories (No. 17);

17. Apple Inc.'s Supplemental Responses to Samsung's First Set of Interrogatories (No. 18);

18. Apple Inc.'s Further Supplemental Responses to Samsung's First Set of Interrogatories (No. 18);

19. Apple Inc.'s Additional Supplemental Responses to Samsung's First Set of Interrogatories (No. 18);

20. Apple Inc.'s Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 27-37), Request Nos. 28, 29, 32, 33, 34, 35, 36, 37;

21. Apple Inc.'s Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 28, 29, 33, 34, 36, 37), Request Nos. 28, 29, 33, 34, 36, 37;

22. Apple Inc.'s Second Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 28, 29, 30, 32, 33, 34, 35, 36, 37), Request Nos. 28, 29, 32, 33, 34, 35, 36, 37;

23. Apple Inc.'s Third Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 28, 29, 31, 32, and 34), Request Nos. 28, 29, 32, 34;

24. Apple Inc.'s Additional Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 33, 34, 35, 36), Request Nos. 33, 34, 35, 36;

25. Apple Inc.'s Further Supplemental Objections and Responses to Samsung's Fourth Set Of Interrogatories (Nos. 28 and 29), Request Nos. 28, 29;

26. Apple Inc.'s Additional Supplemental Objections and Responses to Samsung's Fourth Set Of Interrogatories (Nos. 28 and 29), Request Nos. 28, 29;

27. Apple Inc.'s Objections and Responses to Samsung's Eighth Set of Interrogatories (No. 41);

28. Apple Inc.'s Objections and Responses to Samsung's Tenth Set of Interrogatories to Apple (Nos. 43-50), Request Nos. 43, 44, 45, 47, 50;

29. Apple Inc.'s Supplemental Responses to Samsung's Tenth Set of Interrogatories to Apple (No. 43);

30. Apple Inc.'s Additional Supplemental Responses to Samsung's Tenth Set of Interrogatories (No. 44);

31. Apple Inc.'s Additional Supplemental Responses to Samsung's Tenth Set of Interrogatories (No. 45);

32. Apple Inc.'s Additional Supplemental Responses to Samsung's Tenth Set of Interrogatories (No. 50), pages 9:3-18, 10:4-5, 11:6-8;

33. Apple Inc.'s Supplemental Objections and Responses to Samsung's Interrogatories (Nos. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, and 41), Request Nos. 7, 15, 26, 27, 41;

34. Apple Inc.'s Further Supplemental Objections and Responses to Samsung's Interrogatories (Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49), Request No. 41;

35. August 1, 2013 Letter From Kolovos to Thakur Regarding Components Chart;

36. Counterclaim-Defendant Apple Inc.'s Answers, Defenses, and Counterclaims In Reply to Samsung's Counterclaims;

37. Samsung's Defendants' Disclosure of Asserted Claims and Infringement Contentions (June 15, 2012); and

38. Samsung's Defendants' Disclosure of Asserted Claims and Infringement Contentions (September 28, 2012).[1]

DATED: March 10, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael L. Fazio

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

---

[1] Including, at least, Exhibits G and H.