Clear Form

# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 7/2013)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Chris Grant |
| 2a. CONTACT PHONE NUMBER | (213) 443-3132 |
| 3a. CONTACT EMAIL ADDRESS | chrisgrant@quinnemanuel.com |
| 1b. ATTORNEY NAME (if different) | Michael Fazio |
| 2b. ATTORNEY PHONE NUMBER | (213) 443-3227 |
| 3b. ATTORNEY EMAIL ADDRESS | michaelfazio@quinnemanuel.co |
| 4. MAILING ADDRESS | 865 S. Figueroa St., 10 Floor, Los Angeles, CA 90017 |
| 5. CASE NAME | Apple, Inc. v. Samsung Electronics, Co., Ltd., et al |
| 6. CASE NUMBER | 5:12cv00630-PS |
| 7. COURT REPORTER NAME | Lee-Anne Shortridge |

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL ☐ CIVIL ■ CJA: Do not use this form; use Form CJA24

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type):

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/14 | LHK | Trial | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
Hourly Transcripts needed 3/31/2014 - 5/09/2014 or complete trial. Also, please include Real-Time.

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Michael Fazio

12. DATE: 03/11/2014

DISTRIBUTION: ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY