# EXHIBIT 7

# Redacted Version Of Document Sought To Be Sealed

1   JOSH A. KREVITT (CA SBN 208552)    WILLIAM F. LEE (*pro hac vice*)
jkrevitt@gibsondunn.com    william.lee@wilmerhale.com

2   H. MARK LYON (CA SBN 162061)    WILMER CUTLER PICKERING
mlyon@gibsondunn.com      HALE AND DORR LLP

3   GIBSON, DUNN & CRUTCHER LLP    60 State Street
1881 Page Mill Road    Boston, Massachusetts  02109

4   Palo Alto, California  94304-1211    Telephone:  (617) 526-6000
Telephone:  (650) 849-5300    Facsimile:  (617) 526-5000

5   Facsimile:  (650) 849-5333

6   MICHAEL A. JACOBS (CA SBN 111664)    MARK D. SELWYN (CA SBN 244180)
mjacobs@mofo.com    mark.selwyn@wilmerhale.com

7   RICHARD S.J. HUNG (CA SBN 197425)    WILMER CUTLER PICKERING
rhung@mofo.com      HALE AND DORR LLP

8   MORRISON & FOERSTER LLP    950 Page Mill Road
425 Market Street    Palo Alto, California  94304

9   San Francisco, California  94105-2482    Telephone:  (650) 858-6000
Telephone:  (415) 268-7000    Facsimile:  (650) 858-6100

10   Facsimile:  (415) 268-7522

12   *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

13             UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14                SAN JOSE DIVISION

15   APPLE INC., a California corporation,

16          Plaintiff,

17      vs.              Case No. 12-cv-00630-LHK (PSG)

18   SAMSUNG ELECTRONICS CO., LTD.,    APPLE INC.'S FURTHER
a Korean business entity; SAMSUNG    SUPPLEMENTAL OBJECTIONS AND

19   ELECTRONICS AMERICA, INC., a    RESPONSES TO SAMSUNG'S
New York corporation; SAMSUNG    INTERROGATORIES NOS.  1, 2, 3, 5, 9,

20   TELECOMMUNICATIONS AMERICA,    10, 25, 26, 27, 39, 40, 41, 42, 49
LLC, a Delaware limited liability

21   company,

22         Defendants.    HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

Interrogatory, including during expert discovery, in the event that Samsung further clarifies its response to Apple's Interrogatory No. 29 and its non-infringement arguments generally.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 41**

Additional evidence supporting that certain of Samsung's non-infringing alternatives infringe the patents-in-suit includes, but is not limited to, the Samsung accused devices that Apple has made available for inspection and the documents identified in the attached Appendices A, C, and E.

In addition, Apple's contentions regarding that certain of Samsung's non-infringing alternatives infringe the patents-in-suit are the subject of expert opinion found in the following expert reports which are hereby incorporated by reference:

- Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 And 7,761,414 dated August 12, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Initial Expert Report Of Dr. Todd C. Mowry Regarding Infringement Of U.S. Patent No. 5,946,647 dated August 12, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Expert Report Of Professor Andrew Cockburn dated August 12, 2013 and all exhibits, appendices, errata, and supplementations thereto

**INTERROGATORY NO. 42:**

To the extent not already provided in response to Samsung's Interrogatory No. 25, for each APPLE COVERED PRODUCT that APPLE contends, for any purpose, practices any asserted claim of the APPLE PATENTS-IN-SUIT, IDENTIFY, in chart format, specifically where each limitation of each asserted claim is found within each APPLE COVERED PRODUCT, INCLUDING, but not limited to, an identification of the specific portion or portions of APPLE'S SOURCE CODE that allegedly perform(s) the function of each limitation of each asserted claim, and INCLUDING, but not limited to, for each limitation that APPLE contends is governed by 35 U.S.C. § 112(6), the identity of the structure(s), act(s), or material(s) in the APPLE COVERED PRODUCT that performs the claimed

function.

**RESPONSE TO INTERROGATORY NO. 42:**

In addition to its General Objections above, which it hereby incorporates by reference, Apple objects to this Interrogatory on the grounds that: (i) it is compound and comprises discrete subparts resulting in separate interrogatories; (ii) it calls for legal conclusions; and (iii) it prematurely calls for expert testimony or opinions at this stage of litigation. Apple further objects to this Interrogatory on the grounds and to the extent that it is overly broad and unduly burdensome, seeking information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, to the extent that it (i) seeks an identification of "each APPLE COVERED PRODUCT," defined overly broadly as "any PRODUCT sold or offered for sale at any time by APPLE that APPLE contends practices any of the APPLE PATENTS-IN-SUIT," regardless of whether all such products are relevant to this litigation; and (ii) seeks an identification of "where each limitation of each asserted claim is found within each APPLE COVERED PRODUCT, INCLUDING, but not limited to, an identification of the specific portion or portions of APPLE'S SOURCE CODE that allegedly perform(s) the function of each limitation of each asserted claim," particularly to the extent that it seeks an identification of "the specific portion or portions of APPLE's SOURCE CODE . . . for each limitation that APPLE contends is governed by 35 U.S.C. § 112(6). . . .;" and (iii) seeks an identification "in chart form . . . [of] where each limitation of each asserted claim is found within each APPLE COVERED PRODUCT." Apple further objects to this Interrogatory to the extent that it calls for legal conclusions and prematurely calls for expert testimony or opinions at this stage of litigation to the extent that it seeks an identification of the "function of each limitation of each asserted claim, " it seeks an identification of "where each limitation of each asserted claim is found within each APPLE COVERED PRODUCT, INCLUDING, but not limited to, an identification of the specific portion or portions of APPLE'S SOURCE CODE that allegedly perform(s) the function of

each limitation of each asserted claim," particularly to the extent that it seeks an identification of "the specific portion or portions of APPLE's SOURCE CODE . . . for each limitation that APPLE contends is governed by 35 U.S.C. § 112(6). . . .;" and it seeks an identification "in chart form . . . [of] where each limitation of each asserted claim is found within each APPLE COVERED PRODUCT." Apple additionally objects to this Interrogatory to the extent that it seeks information protected from disclosure by the attorney client privilege, work product doctrine, or other applicable privilege or immunity against disclosure. Apple also objects to this Interrogatory because it is compound and comprises discrete subparts resulting in separate interrogatories. Apple still further objects to this Interrogatory as duplicative of prior discovery served by Samsung, including Interrogatory No. 25 in Samsung's Second Set of Interrogatories. Subject to and without waiving the foregoing General and Specific Objections, Apple responds as follows: Apple incorporates by reference in full its Objections and Responses set forth in Apple Inc.'s Supplemental Objections and Responses to Samsung's Second Set of Interrogatories, served on May 28, 2013, and any supplementations thereto. Apple further responds as follows:

The Apple devices, identified with iOS version where appropriate, that practice claims of the asserted Apple Patents are indicated below, along with an identification of claims practiced of such Apple Patent:

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|--------|-----|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
| **iPad** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |

- 331 –

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| **iPad** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad 2** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad 2** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad 2** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **New iPad** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22, 24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **New iPad** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| **iPad Mini** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

Apple's Further Supplemental Responses to Samsung's Interrogatories
Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49
Case No. 12-cv-00630-LHK (PSG)

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| **iPhone** | **iOS 1** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone** | **iOS 2** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3G** | **iOS 2** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3G** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3G** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |

Apple's Further Supplemental Responses to Samsung's Interrogatories
Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49
Case No. 12-cv-00630-LHK (PSG)

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|--------|-----|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
| | | 20, 22-24, 26 | | | | | | | |
| iPhone 3GS | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22, 24, 26- | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4 | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4 | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4 | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4S | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| iPhone 4S | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

Apple's Further Supplemental Responses to Samsung's Interrogatories
Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49
Case No. 12-cv-00630-LHK (PSG)

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| iPhone 5 | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| iPod touch | iOS 1 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 2 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 3 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

Apple further responds with the following identification. With respect to the

identification below of file directories where source code implementing the patented features

Apple's Further Supplemental Responses to Samsung's Interrogatories
Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49
Case No. 12-cv-00630-LHK (PSG)

1

2

3

4

5

6

7

8

9

10     U.S. Patent Nos. 6,847,959 and 8,066,604:

11          Apple practices the asserted claims of the '959 and '604 patents through the use of the

12   Siri Personal Assistant. File names where code implementing the feature or functionality may

13   be found with respect to iOS version 6 include at least the following:

14

15

16

17

18     U.S. Patent No. 7,761,414

19          Apple practices one or more of the asserted claims of the '414 patent through the use

20   of the syncing functionality available on iOS 3 and later for certain applications including

21   Calendar and Contacts that allow data for those applications to synchronize with a remote

22   server. File names where code implementing the feature or functionality may be found with

23   respect to iOS version 6 include at least the following:

24

25

26

27

28

Additional file names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

Apple will provide a further response in accordance with, and pursuant to, the parties' meet and confer discussions regarding this interrogatory. Discovery in this matter and Apple's investigation is ongoing. Apple reserves the right to supplement and/or amend its response as appropriate.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 42:**

Apple hereby incorporates by reference its response and all supplemental responses to Interrogatory No. 25.

I, Philip K. Lum, hereby certify that on this 4th day of October, 2013, I did cause the following document **APPLE INC.'S FURTHER SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S INTERROGATORIES NOS. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49** to be served in the following manner on the interested parties in this action addressed as follows:

### ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

William Price
Victoria F. Maroulis
Charles K. Verhoeven
Michael Fazio
Kevin A. Smith
Kevin P.B. Johnson
Amar Thakur
**Quinn Emanuel Urquart & Sullivan, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
williamprice@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
kevinjohnson@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com
michaelfazio@quinnemanuel.com
amarthakur@quinnemanuel.com

Aaron P Maurer
David Michael Horniak
David M. Krinsky
Dov Grossman
**Williams & Connolly , LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5282
Fax: 202 434 5029
amaurer@wc.com
dhorniak@wc.com
dkrinsky@wc.com
dgrossman@wc.com

 X  **BY ELECTRONIC MAIL TRANSMISSION** from plum@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses.  The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 4, 2013 in New York, NY

- 351 –

Apple's Further Supplemental Responses to Samsung's Interrogatories
Nos.  1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49
Case No. 12-cv-00630-LHK (PSG)

1

Dated:     October 4, 2013                    /s/ Phillip K. Lum

2                                             Phillip K. Lum
                                              Gibson, Dunn & Crutcher
3                                             200 Park Avenue
                                              New York, NY  10166
4                                             (212) 351-2667

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Apple's Further Supplemental Responses to Samsung's Interrogatories
Nos.  1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49
Case No. 12-cv-00630-LHK (PSG)