# EXHIBIT 13

# Redacted Version Of Document Sought To Be Sealed

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**REBUTTAL EXPERT REPORT OF DR. TODD C. MOWRY REGARDING VALIDITY OF U.S. PATENT NO. 5,946,647**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br>　v.<br><br>APPLE INC., a California corporation,<br>　　　　　　Counterclaim-Defendant. | |

Hauser Report, ¶ 118, Exhibit N1. Professor Hauser further found that "the percentage decline in willingness-to-buy upon removal of" this feature ranged from 4 to 23 percent for tablets. Id., ¶ 119, Exhibit N2. Professor Hauser also conducted a market simulation that predicted a "price premium" customers would pay for this feature. Id., ¶ 129 and Table 9. This evidence demonstrates that the commercial success of the Apple and Samsung products that practice the '647 patent is driven in a non-trivial amount by the patented features.

386. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

387.    Dr. Jeffay does not appear to refute that the Apple products are commercially successful, however, he states there is not sufficient evidence to link this commercial success to the claimed functionality. Jeffay Validity Report, ¶ 808. For the reasons discussed above, I disagree with Dr. Jeffay's assertion. The evidence cited above shows that the '647 patent's technology does drive consumer demand for and the commercial success of Apple's and Samsung's products.

**2.    Copying**

████ ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[9] Samsung contends (erroneously) that a single context menu does not infringe the '647 patent.

1 ▊

2 ▊ ▊

3 ▊

4 ▊ ▊ ▊

5 ▊

6 ▊

7 ▊

8 ▊

9 ▊

10 ▊ ▊

11   389.   There are other examples of copying as well.  For instance, after Apple announced the pending release of Data Detectors, a company named MacSpigot released a software package called "Data Ratchet." MILLER00000897-900; MILLER00001070-75.  Data Ratchet "automatically and instantaneously extracts critical information from web pages, email, or any other text document" and claimed to be "an implementation of the 'Apple Data Detectors' information extraction design currently in development at Apple."

  390.   I disagree with Dr. Jeffay's assertion that this evidence is not sufficiently linked to the asserted '647 patent claims, especially given the details provided regarding detection of structures



REBUTTAL EXPERT REPORT OF TODD C.
MOWRY REGARDING VALIDITY OF U.S.
PATENT NO. 5,946,647                138

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Gibson, Dunn &
Crutcher LLP

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/13/13        _____

                      Todd C. Mowry
I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/13/13

Todd C. Mowry

REBUTTAL EXPERT REPORT OF TODD C. MOWRY REGARDING VALIDITY OF U.S.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/13/13

Todd C. Mowry

REBUTTAL EXPERT REPORT OF TODD C. MOWRY REGARDING VALIDITY OF U.S.                                   HIGHLY CONFIDENTIAL
                                                                                                      ATTORNEYS' EYES ONLY