# EXHIBIT 16

# Redacted Version Of Document Sought To Be Sealed

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 263

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
 5   APPLE, INC., a California      )
     corporation,                    )
 6                                   )
                PLAINTIFF,          )
 7        VS.                       )   12-cv-00630-LHK
                                     )
 8   SAMSUNG ELECTRONICS, CO., LTD,)
     a Korean business entity;      )   VOLUME II
 9   SAMSUNG ELECTRONICS AMERICA,   )   PAGES 263-443
     INC., a New York corporation;  )
10   SAMSUNG TELECOMMUNICATIONS     )
     AMERICA, LLC, a Delaware       )
11   limited liability company,     )
                DEFENDANTS.         )
12   _____)
13
14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16    VIDEOTAPED DEPOSITION OF ANDREW COCKBURN, Ph.D.
17               LOS ANGELES, CALIFORNIA
18             FRIDAY, SEPTEMBER 27, 2013
19
20
21
22
23   REPORTED BY:
24   CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR, RSA
25   JOB NO.: 66066
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 393

1    A.    I believe it is Samsung.

2    Q.    Do you have any understanding as to

3 whether or not the Tongue/Dot devices are what is

4 known as Google stock devices?

5    A.    I've heard the phrase used.  My role was            12:14

6 to inspect the source code and understand the source

7 code to determine -- to assist my understanding of

8 infringement in response to Dr. Greenberg --

9 Professor Greenberg's report.

10   Q.    Okay.  Leaving aside the inspection of           12:14

11 the source code.  Which happened recently; correct?

12   A.    Very recently.  Yes.

[redacted]

[redacted]

[redacted]                                                    [redacted]

[redacted]

[redacted]

18   Q.    Do you have any understanding as to

19 whether the devices that you refer to as the

20 Tongue/Dot devices are stock Gingerbread Android?         12:15

21   A.    I have not assessed the code with

22 respect to its belonging or nonbelonging to stock

23 code.  I have simply been inspecting it with regards

24 to the assertions made by Professor Greenberg.

[redacted]                                                   12:15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 394

[redacted]                                                    12:16

11    Q.    Have you cited any evidence in your
12 opinions concerning Samsung's alleged copying of the
13 claimed subject matter of the '721 patent that
14 suggests that Samsung told Google how to define this
15 interface?                                                  12:16
16    A.    I believe I have not.

[redacted]                                                    12:17

Page 395

1  ████████████████████████████████████████
2  ██████████
3  ████  █  ████████████████████████████████
4  ██████  ██████

```
 5       Q.    In your rebuttal report, as you alluded      12:17
 6   to, you cite to a number of documents starting at
 7   about page 186 through 189.
 8       A.    Yes.  Thank you.
 9       Q.    Are those the documents on which you are
10   relying on your opinions?                              12:17
11       A.    Sorry.  Excuse me.
12       Q.    Certainly.  Are the documents identified
13   at pages 186 through 189 the documents on which you
14   were relying for your opinions concerning alleged
15   copying?                                               12:18
16       A.    That's some of them.  I believe there
17   are others on pages -- on page 184 as well.
18       Q.    And is it your opinion that -- sorry.
19   Go ahead.
20       A.    And 185.  Sorry.                             12:18
21       Q.    Is it your opinion that documents that
22   discuss the modifications to the glass unlock that
23   we discussed earlier are evidence of the alleged
24   copying that you believe occurred?
25       A.    I would want to go back to the document      12:18
```