# EXHIBIT 18

# Redacted Version Of Document Sought To Be Sealed

Highly Confidential Business Information - Pursuant to Protective Order

Page 1

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4    APPLE INC., a California

     corporation,

5

              Plaintiff,              Case No.

6

       vs.                            11-CV-00630-LHK

7

     SAMSUNG ELECTRONICS CO., LTD.,

8    a Korean business entity;

     SAMSUNG ELECTRONICS AMERICA,

9    INC., a New York corporation;

     SAMSUNG TELECOMMUNICATIONS

10   AMERICA, LLC, a DelawareLimited liability

     company,

11

              Defendants.

12

13

14       HIGHLY CONFIDENTIAL BUSINESS INFORMATION

15              OF NON-PARTY GOOGLE INC.

16          PURSUANT TO THE PROTECTIVE ORDER

17

18      VIDEOTAPED DEPOSITION OF JENS NAGEL

19            Redwood Shores, California

20              Friday, May 11, 2012

21

22

23   REPORTED BY:

24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR

25   JOB NO. 49208

Highly Confidential Business Information - Pursuant to Protective Order

1    Google?

2            MR. SHIELDS:   Object to form.

3            MS. CANDIDO:   Objection.

4            THE WITNESS:   I am personally not -- in

5    my area of responsibility there, ███████████

     ████████████████████████████████████

7    BY MR. REITER:

8        Q.   Do you know what this collaboration is

9    that he's referring to?

10           MS. CANDIDO:   Objection.

11           MR. SHIELDS:   Object to form.

12           THE WITNESS:   I can -- I mean, I haven't

13   written this article.   I can only -- only

14   speculate.

15           The Galaxy Nexus was a -- was a lead

16   device for Android.   ████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████

     ██████████████████████████████████████

     ███████████████████████

                 ██████████████████████████

     ████████████████████████████████████

     ████████████████████████████████

     █████████████

25   //

Highly Confidential Business Information - Pursuant to Protective Order

Page 120

1    BY MR. REITER:

18          MR. REITER:  I pass the witness.

19          MR. SHIELDS:  I don't have any

20    questions.

21          MS. CANDIDO:  I don't have any questions

22    either.

23          THE VIDEOGRAPHER:  This marks the end of

24    Disk 2 of 2, and concludes today's deposition of

25    Jens Nagel.