# EXHIBIT 19

# Redacted Version Of Document Sought To Be Sealed

HIGHLY CONFIDENTIAL NONPARTY BUSINESS INFORMATION

Page 1

1      IN THE UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5   APPLE INC., a California

6   corporation,

7            Plaintiff,

8   vs.                          NO. 12-CV-00630-LHK

9   SAMSUNG ELECTRONICS CO., LTD.,

10  a Korean corporation; SAMSUNG

11  ELECTRONICS AMERICA, INC., a

12  New York corporation; SAMSUNG

13  TELECOMMUNICATIONS AMERICA,

14  LLC, a Delaware limited

15  liability company,

16           Defendants.

17  _____/

18   HIGHLY CONFIDENTIAL NONPARTY BUSINESS INFORMATION

19       30(b)(6) DEPOSITION OF GOOGLE, INC.

20        DESIGNEE:  HIROSHI LOCKHEIMER

21          REDWOOD SHORES, CALIFORNIA

22             FRIDAY, JULY 26, 2013

23  TSG Job # 64031

24  REPORTED BY:

25  JANIS JENNINGS, CSR No. 3942, CLR, CCRR

Page 250

1  MR. WARREN:  Objection.  Vague.  Beyond the
2  scope.
3  THE WITNESS:  ███████████████
   ████████████████████████████████████████
   ████████████████████████████████████ ████
   ████████████████████████████████████████
   ██████████████████
8  BY MR. THOMASCH:
9  Q.  And when was the first -- what was the first
10 phone that it appeared on?                       16:43:37
11  MR. WARREN:  Objection.  Asked and answered.
12  THE WITNESS:  I don't remember the model
13 names.
14 BY MR. THOMASCH:
   █ ██ ████████████████████████████████ ████
   ████████████ █████████████
   ████████ ████████ ████
   ████████ █████████████
   ███████████████████████████
   ███████████ ████
   █ ██████████████████████████████
   ██████████████████████████████████
   ████████████████████
24  MR. WARREN:  Objection.  Assumes facts not
25 in evidence.  Lacks foundation.  Vague.          16:44:42

HIGHLY CONFIDENTIAL NONPARTY BUSINESS INFORMATION

Page 251

```
 1     █████████   █████████
 2     ████████████████████████████████
 3     ██████████████████████████████████
 4     ████████████████████  ██████████
 5     ██████████████████████████     █████
 6     ███████████  ████████████████
 7     ███████████████████
 8   BY MR. THOMASCH:
 9       Q.   Okay.  Is the Galaxy Nexus a lead device?
10            MR. WARREN:  Objection.  Beyond the scope.    16:45:26
11            THE WITNESS:  Yes.  We don't necessarily
12   call it that anymore, but it's a different kind of
13   device, yes.
14   BY MR. THOMASCH:
15     █  ██████████████████████████████████████████
16     ████████████████████████████████
17     ██████████████████████████████
18     █████
19            ██████████  ████████  █████████████
20            █████████  ███████████████████████████
21     █████████████████████████████████
22     ████████████████████████████████
23   BY MR. THOMASCH:
24       Q.   Okay.  So how did -- withdrawn.
25            When did the change actually get made with   16:46:04
```

HIGHLY CONFIDENTIAL NONPARTY BUSINESS INFORMATION

Page 273

1  version of the operating system instead.
2  BY MR. THOMASCH:

13  BY MR. THOMASCH:

20  BY MR. THOMASCH:                                    17:32:56
21      Q.   At the time he did that, was Jelly Bean
22  ready to be launched?

                                                       17:33:20

HIGHLY CONFIDENTIAL NONPARTY BUSINESS INFORMATION

Page 274

```
 5        MR. WARREN:  Objection.  Vague.              17:33:36
 6
13        Q.   Okay.  With regard to the Galaxy Nexus, that
14   had been on sale prior to late June 2012; correct?
15        A.   The Galaxy Nexus was on sale before       17:34:03
16   June 2012, yes.
17        Q.   And it was on sale with the Ice Cream
18   Sandwich operating system; correct?
19        A.   Correct.
20        Q.   And at some point there was a launch of the 17:34:18
21   Jelly Bean operating system after late June 2012;
22   correct?
23        A.   It was around end of June.  I think it was
24   actually June 27th, around that time, is when
25   Jelly Bean launched.                                 17:34:41
```