# EXHIBIT 20

# Redacted Version Of Document Sought To Be Sealed



# Transcript of **BJORN ERIK BRINGERT**

**Date:** June 28, 2013

**Case:** APPLE v. SAMSUNG

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

CONFIDENTIAL VIDEOTAPED DEPOSITION OF BJORN ERIK BRINGERT
CONDUCTED ON FRIDAY, JUNE 28, 2013



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF BJORN ERIK BRINGERT
CONDUCTED ON FRIDAY, JUNE 28, 2013

92

```
 1  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                           ▇▇▇▇▇▇▇▇
    ▇     ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇             ▇▇▇▇▇▇▇▇
    ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                       15:14:57
 4          MR. WARREN:  Objection, vague, beyond the         15:15:00
 5  scope.                                                    15:15:01
 6      ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                        ▇▇▇▇▇▇▇▇
    ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                           15:15:05
 8      ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                   ▇▇▇▇▇▇▇▇
    ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                  ▇▇▇▇▇▇▇▇
    ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                ▇▇▇▇▇▇▇▇
    ▇▇ ▇▇▇▇▇▇▇                                                15:15:20
12          MR. WARREN:  Objection, vague, beyond the         15:15:23
13  scope.                                                    15:15:23
14      ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                     ▇▇▇▇▇▇▇▇
    ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                         ▇▇▇▇▇▇▇▇
    ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                        ▇▇▇▇▇▇▇▇
    ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                      ▇▇▇▇▇▇▇▇
    ▇     ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                   ▇▇▇▇▇▇▇▇
    ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                  ▇▇▇▇▇▇▇▇
    ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇                         15:15:55
21          MR. WARREN:  Objection, vague, beyond the         15:15:59
22  scope.                                                    15:16:01
23      ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                  ▇▇▇▇▇▇▇▇
    ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                       ▇▇▇▇▇▇▇▇
    ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                      15:16:08
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF BJORN ERIK BRINGERT
CONDUCTED ON FRIDAY, JUNE 28, 2013



93

11    MR. WARREN: Objection.                15:16:51

16    MR. WARREN: Objection, beyond the scope.   15:17:03

25    Q. Is it your understanding --          15:17:35