# EXHIBIT 21

# Redacted Version Of Document Sought To Be Sealed



Transcript of **BYUNGJIN KANG, VOLUME 1**

**Date:** June 20, 2013

**Case:** APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD., ET AL.

Planet Depos Asia
Phone: 888-433-3767
Fax: 888-503-3767
Email: international.transcripts@planetdepos.com
Internet: www.planetdepos.com/asia

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

126

1    INTENTIONALLY OMITTED FROM EXHIBIT/
     RECORD



15

18:23:15

18:25:38

129

1                    ACKNOWLEDGMENT OF DEPONENT

2        I, BYUNGJIN KANG, do hereby acknowledge that I have

3    read and examined the foregoing testimony, and the same is

4    a true, correct and complete transcription of the testimony

5    given by me, and any corrections appear on the attached

6    errata sheet signed by me.

7

8    _____        _____

9        (DATE)                          (SIGNATURE)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

130

1                    CERTIFICATE

2    (SUWON)

3    (SOUTH KOREA)

4            I, Jodi Harmon, Registered Merit Reporter

5    and Certified Realtime Reporter, do hereby certify

6    that the aforementioned witness was first duly sworn,

7    per stipulation of counsel, to testify the whole

8    truth; that I was authorized to and did report said

9    deposition in stenotype; and that the foregoing pages

10   are a true and correct transcription of my shorthand

11   notes of said deposition.

12           I further certify that said deposition was

13   taken at the time and place hereinabove set forth and

14   that the taking of said deposition was commenced and

15   completed as hereinabove set out.

16           I further certify that I am not attorney or

17   Counsel of any of the parties, nor am I a relative or

18   employee of any attorney or counsel of party connected

19   with the action, nor am I financially interested in the

20   action.

21           IN WITNESS WHEREOF, I have hereunto set my

22   hand this 21st day of June, 2013.

23

24

25           JODI HARMON, RMR, CRR