# EXHIBIT 22

# Redacted Version Of Document Sought To Be Sealed



# Transcript of **YOUNGMI KIM**

**Date:** June 20, 2013

**Case:** APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD., ET AL.

Planet Depos Asia
Phone: 888-433-3767
Fax: 888-503-3767
Email: international.transcripts@planetdepos.com
Internet: www.planetdepos.com/asia

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

107

1   INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

25

02:52:17
02:52:17

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

108

1 ██████████████

  █  █   ██  ████████████████████████
  █  ████████████████████████████████
  █  ████████████████████████████████
  █  ████████████████████████████████
  █     █████████████  ████████
  █       █████████  ██████  ███████
  █  █████████████████████ █████████
  █  ██████████████████████████████
  █  ████████████████
  █    █  ████████████████████████
  █  ██████████████████████████████
  █  ███████████████████████████
  █    █  ████████████████████

15     Q   INTENTIONALLY OMITTED FROM EXHIBIT/
           RECORD

02:53:49

02:55:12

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

174

1            ACKNOWLEDGMENT OF DEPONENT

2         I, YOUNGMI KIM, do hereby acknowledge

3    that I have read and examined the foregoing

4    testimony, and the same is a true, correct and

5    complete transcription of the testimony given by me

6    and any corrections appear on the attached Errata

7    sheet signed by me.

8

9

10   _____     _____

11       (DATE)                      (SIGNATURE)

175

1        C E R T I F I C A T E

2   (SEOUL)

3   (SOUTH KOREA)

4

5           I, Robert V. Short, Certified Shorthand

6   Reporter, do hereby certify that the aforementioned

7   witness was first duly sworn as noted by

8   stipulation of counsel to testify to the truth;

9   that I was authorized to and did report said

10  deposition in stenotype; and that the foregoing

11  pages are a true and correct transcription of my

12  shorthand notes of said deposition.

13

14          I further certify that said deposition

15  was taken at the time and place hereinabove set

16  forth and that the taking of said deposition was

17  commenced and completed as hereinabove set out.

18

19          I further certify that I am not attorney

20  or counsel of any of the parties, nor am I a

21  relative or employee of any attorney or counsel of

22  any party connected with the action, nor am I

23  financially interested in the action.

24

25

176

1        The foregoing certification of this
2   transcript does not apply to any reproduction of
3   the same by any means unless under the direct
4   control and/or direction of the certifying
5   reporter.
6
7        IN WITNESS WHEREOF, I have hereunto set
8   my hand this 21st day of June, 2013.
9
10
11
12
13
14   _____
15        ROBERT V. SHORT,
16        Certified Shorthand Reporter