# EXHIBIT 23

# Redacted Version Of Document Sought To Be Sealed

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
                HGHLY CONFDENTIAL - ATTORNEYS' EYES ONLY
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
 2                          SAN JOSE DIVISION


 3     _____

 4     APPLE, INC., a California
       corporation,
 5           Plaintiff,
       vs.                                       Civil Action No.
 6                                               12-CV-00630-LHK
       SAMSUNG ELECTRONICS CO., LTD., a
 7     Korean business entity; SAMSUNG
       ELECTRONICS AMERICA, INC., a New
 8     York corporation; SAMSUNG
       TELECOMMUNICATIONS AMERICA, LLC,
 9     a Delaware limited liability
       company, a California corporation,
10           Defendants.

11     _____

12

13
                       *** HIGHLY CONFIDENTIAL ***
14                     *** ATTORNEYS' EYES ONLY ***

15


16          VIDEOTAPED 30(b)(6) DEPOSITION OF:
                        SANGBONG LEE
17


18
                          May 11, 2012
19                        Ramada Plaza
                       Suwon, South Korea
20                   9:36 a.m. - 5:30 p.m.

21

22

23

24

25
```

American Realtime Court Reporters / Asia
www.americanrealtime.com  (561) 279-9132

1   INTENTIONALLY OMITTED
    FROM EXHIBIT/RECORD

11





17         INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

1   INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

24   [redacted]







1

18    INTENTIONALLY OMITTED FROM EXHIBIT/RECORD