# EXHIBIT 24

# Redacted Version Of Document Sought To Be Sealed



# Transcript of **DAEWOON MYOUNG**

**Date:** June 7, 2013

**Case:** APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD., ET AL.

Planet Depos Asia
Phone: 888-433-3767
Fax: 888-503-3767
Email: international.transcripts@planetdepos.com
Internet: www.planetdepos.com/asia

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

40

1   INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

09:53:46

22

09:54:18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013



57

1  INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

10:44:22

10:45:39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013



8   INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

136

1        ACKNOWLEDGMENT OF DEPONENT

2        I, DAEWOON MYOUNG, do hereby acknowledge

3   that I have read and examined the foregoing

4   testimony, and the same is a true, correct and

5   complete transcription of the testimony given by me

6   and any corrections appear on the attached Errata

7   sheet signed by me.

8

9

10  _____      _____

11      (DATE)                      (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

137

1        C E R T I F I C A T E

2

3   (SUWON)

4   (SOUTH KOREA)

5

6           I, Robert V. Short, Certified Shorthand

7   Reporter, do hereby certify that the aforementioned

8   witness was first duly sworn as noted by

9   stipulation of counsel to testify to the truth;

10  that I was authorized to and did report said

11  deposition in stenotype; and that the foregoing

12  pages are a true and correct transcription of my

13  shorthand notes of said deposition.

14

15          I further certify that said deposition

16  was taken at the time and place hereinabove set

17  forth and that the taking of said deposition was

18  commenced and completed as hereinabove set out.

19

20          I further certify that I am not attorney

21  or counsel of any of the parties, nor am I a

22  relative or employee of any attorney or counsel of

23  any party connected with the action, nor am I

24  financially interested in the action.

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

138

1      The foregoing certification of this
2  transcript does not apply to any reproduction of
3  the same by any means unless under the direct
4  control and/or direction of the certifying
5  reporter.
6
7      IN WITNESS WHEREOF, I have hereunto set
8  my hand this 8th day of June, 2013.
9
10
11
12
13
14                       _____
15                       ROBERT V. SHORT,
16                       Certified Shorthand Reporter
17
18
19
20
21
22
23
24
25