# EXHIBIT 41

# Redacted Version Of Document Sought To Be Sealed

**Received(Date):**   Wed, 18 Jan 2006 19:32:31 -0800
**From:**   Gordie Freedman
**Subject:**   Re: Sync Feature list
**To:**   Henri Lamiraux
**Cc:**   Andy Belk                              Gordie Freedman

Here's the latest list from a discussion Henri and I had today.
**Assumptions:**

1) We'll have a low level stream/connection protocol lib on the device to use for USB and Bluetooth
2) We'll have a low level stream/connection protocol lib on Mac and Windows for USB and Bluetooth
3) Windows sync code will be able to translate back and forth between records sent to/from the device
4) iTunes will own the configuration UI
5) Any status/progress UI will either be done by iTunes team, or standard SyncServices UI
6) Windows will have CoreFoundation for the basic sync types (Data, Date, Number, String, TimeZone, URL, Array, and Dictionary)

**Device Features**
- Connect/Talk to BT transport
- Connect/Talk to USB transport
- Sync UI (progress/syncing indicator on the device)
- Sync Agent application
- Plugin API from Sync Agent to app specific plugins (per dataclass)
- App Specific plugins
- Contacts
- Calendars
- Bookmarks
- Mail Rules/etc.
- Playlist?
- Protocol to talk to Computers
- Protocol implementation to talk to Computer

**Mac OS X**
- Connect/Talk to BT transport
- Connect/Talk to USB transport
- Interface to iTunes configuration
- Interface to sync when iTunes asks
- Sync Services Client
- Bundle API for dataclasses
- Sync Dataclass Bundles
- Bookmarks
- Calendars
- Contacts
- Mail
- Playlist?

Highly Confidential - Attorneys' Eyes Only                                                                                                          APLNDC630-0000163544

- Protocol implementation to talk to sync agent on device

**Windows**
- Provide API for protocol to talk to device and for data record formats

-- Gordie

On Jan 17, 2006, at 12:16 PM, Henri Lamiraux wrote:

> On Jan 17, 2006, at 11:02 AM, Gordie Freedman wrote:
>
>> On Jan 17, 2006, at 10:34 AM, Henri Lamiraux wrote:
>>
>>> I need to put together a high level feature list for
>>> syncing. Something like
>>>
>>> - Sync over BT
>>> - Sync over USB
>>
>> Might want to have the feature "Sync with Device" and then two
>> subtasks for connection over BT and USB. Those could be further
>> broken down into connection (setup, advertising connection,
>> finding device, getting notified) and the stream protocol to talk
>> over the device.
>
> I am trying to keep the feature list hierarchy as shallow as possible.
>
>>> - Sync UI
>>
>> Is there any Sync UI on the device, or do you configure it
>> completely from the computer? From the computer this is probably
>> all in iTunes.
>
> Phones I have used put up a "Syncing..." panel. Might be the minimum UI we will
> need.
>
>>> - Sync Daemon (?)
>>
>> I'm calling this the Sync Agent (it runs on the device)

Highly Confidential - Attorneys' Eyes Only                                                                                              APLNDC630-0000163545

        - Sync contacts
        - Sync calendars
        - Sync bookmarks
        - Sync mail rules/smart mailboxes/accounts
        - Sync notes

What app[s] on OS X (or Windows) will we sync notes with?

Not defined now. We are trying to get the most complete list first. We can punt features later on.

        - Sync iTunes playlists (?)

We should probably structure this so we first copy all media (music, videos), and then sync up the playlist (and any other metadata info that makes sense with structured sync). As a side note, we need to handle changes to playlists/etc. on the device which refer to playlists or media which have been deleted on the computer.

        - ...

Some additional subtasks also include

- Protocol between computer and Sync Agent on device
- Protocol between Sync Agent and plugins on device (Contacts, Calendars, etc.)
- Protocol between Sync Client and data class bundles (see below description of Sync Client)

> Anything else that would need to be raised as a top level feature/task?

We also need a top level task for the Sync Client running on OS X that talks to the Sync Agent.

The Sync Client is responsible for interfacing with Sync Services on behalf of the device, talking to the Sync Agent running on the device, and loading bundles for each data class to do filtering (filter the contact groups, calendars to be synced), and pre/post-

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000163546

       processing to allow the Sync Agent to be simple (i.e. aggregate pieces into full records to send to device, such as contacts/phone/email into a single contact record, and to simplify object graphs such as forward references on bookmark folders)

       Henri-

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000163547