# EXHIBIT 43

# Redacted Version Of Document Sought To Be Sealed

Subject: purple reponsibilites
Date: Tue, 08 Feb 2005 02:44:24 +0000
From: christie
To: imran                              "Marcel van Os"                              "Bas Ording"
                    "stevelemay Lemay"
CC: "Patrick coffman"
Message-ID:

just a brief mention of who is on the hook for what

**imran** dashboard/widget switching/exposé
**imran** status bar look

**slemay** making a call demos:
unlock
make a call
call someone from your ab
call a number manually, but that person is in the ab
call a number manually that isn't in your ab
talk
end call
other stuff?

**marcel** receiving a call demos
phone rings
answer a call
call from someone from your ab
call from someone not in your ab
talk
end call
other stuff?

**marcel** screen locking
how to lock phone
how to unlock phone

**bas** integrating demos/making them function on prototype screen
**bas** keyboard ideas/hooking dictionary into keyboard demos

**christie** drinks, refreshments and entertainment


------ end message ------

Highly Confidential - Attorneys' Eyes Only                                      APLNDC630-0000021252