Exhibit 3



www.archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA  94118

# AFFIDAVIT OF CHRISTOPHER BUTLER

1. I am the Office Manager at the Internet Archive, located in San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 240 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a list of available dates. The visitor may select one of those dates, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the page upon which the link appeared and was clicked.

4. The archived data made viewable and browseable by the Wayback Machine is compiled using software programs known as crawlers, which surf the Web and automatically store copies of web files, preserving these files as they exist at the point of time of capture.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL].  Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). A web browser may be set such that a printout from it will display the URL of a web page in the printout's footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on a page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Attached hereto as Exhibit A are true and accurate copies of printouts of the Internet Archive's records of the HTML files for the URLs and the dates specified in the footer of the printout.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 6/25/13

_____

Christopher Butler

## CALIFORNIA JURAT

See Attached Document.

State of California
County of San Francisco



Subscribed and sworn to (or affirmed) before me on this

_25th_ day of _June_, _2013_, by

Christopher Butler,

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

# Exhibit A

## Neonode N1 facts

Supplied in the package is:
- The N1
- Stereo headset with answering button, volume control and microphone.
- Charger
- USB connector
- Quick Start Guide Click to view (pdf)
- 64 MB SD card

 - Available in the N1

☐ - Available as an upgrade later, downloadable for free from neonode.com. Schedule for updates is not yet official. The upgrade is easy to perform but requires an Internet Connection (Broadband recommended) and a MS Windows Computer (XP or 2000) with USB connection.

n/a - Not available in the N1

| Features: | |
|---|---|
| Phone | ▣ |
| Language | ▣ (English) |
| Digital still camera | ▣ |
| Image viewer | ▣ |
| Color display | ▣ |
| Audio player (Mp3, WAV, WMA, Midi) | ▣ |
| Video player (Mpeg 1, Mpeg 4, WMV) | ▣ |
| USB (For charger, and PC connectivity) | ▣ |
| Calendar | ▣ |
| T9 wordlist | ▣ (Swedish and English) |
| Clock | ▣ |
| Game | ▣ Tetris |
| Custom ring tones (Mp3, Wav, WMA, Midi) | ▣ (One Ring Tone Included) |
| Contacts | ▣ Max 1000 |
| Personal address book images | ▣ |
| SMS | ▣ Max 1000 |
| Call history | ▣ |
| Built-in battery | ▣ |
| Internet (HTML) browser | ☐ |
| ActiveSync® | ☐ |
| Themes, personalization | ☐ |
| IR software | ☐ |
| GPRS connectivity | ☐ |

| MMS/WAP | ☐ |
| Email | ☐ |
| Java | n/a |
| Bluetooth | n/a |
| Vibrating alert | n/a |
| Voice-activated dialing | n/a |

**Specifications:**

| Size: | |
|---|---|
| Dimensions | 88 x 52 x 21 mm (H x W x D) |
| Weight | 86 g |
| **Display:** | |
| Color display | 65 535 Colors TFT |
| Resolution | 176 x 220 Pixels (Width x Height) |
| Backlight | Yes |
| **User input:** | |
| Touch | Optical movement sensitive screen, requires no stylus and only gentle finger touch |
| Navigation buttons | Up / Down / Right / Left buttons |
| **Built in camera:** | |
| Type | CMOS - 16 million colors |
| Mode | VGA (640 x 480) |
| **Battery:** | |
| Type | Internal, Lithium Ion, 1100mAh |
| Charge time | 4 hours |
| Talk time | Up to 3 hours |
| Standby time | 100 hours |
| **Storage:** | |
| Type | SD Card |
| Media | Yes, 64 MB included |
| **Connectivity:** | |
| Infrared | IrDa up to 4 Mbps |
| Long range IR | 30-60 KHz Modulated up to 10 m |
| USB host | Up to 12 Mbps for low power devices, 100mA/5V output |
| USB function | 12 Mbps for connection to PC or other host |
| **CPU:** | |
| Processor | ARM 922T running at 220 MHz |
| **Audio:** | |
| Headset | Yes |
| Internal receiver | Yes |
| Internal microphone | Yes |
| Playback quality | Up to 44,1 kHz |
| **Radio:** | |
| Radio type | Dual band 900/1800 MHz GSM |
| GPRS | Class B, 4 + 2 slots |

| Antenna type | Internal, medium capacity |

http://web.archive.org/web/20040729130130/http://www.neonode.com/pdf/N1
_Quick_Start_Guide.pdf

# N1 QUICK START GUIDE

V 0.5

## SAFEGUARDS

**WARNING! READ BEFORE YOU USE!**

- DO NOT INSERT NOR REMOVE SD CARD WHEN POWER IS ON (DOING SO MAY CAUSE DATA LOSS AND MALFUNCTION)
- DO NOT INSERT SIM CARD, WHEN POWER IS ON
- YOUR WARRANTY IS INVALIDATED IF YOU OPEN OR TAMPER WITH THE DEVICE'S OUTER CASING
- NO SUBSCRIPTION OR SIM CARD IS INCLUDED IN PACKAGE
- CHECK WWW.NEONODE.COM FOR LATEST INFORMATION

## CONTENTS

- IN THE BOX      4
- N1 BASICS      5
- SETTING UP      6
- USING NENO      9
- MISCELLANEOUS      23

## IN THE BOX



Before unpacking your N1, make sure the box contains
1.  Charger
2.  The N1
3.  USB cable
4.  Headset
5.  SD Card
7.  European plug for the charger
9.  British plug for  the charger.

Make sure you use the applicable plug suitable for the
wall socket in your country. Numbers 6. and 8. are
empty in your box.

# N1 BASICS



## SETTING UP

### INSERT THE SIM CARD

Follow these steps to insert your SIM card (SIM card not supplied in package):

1. Make sure your SIM card is aligned according to the image below.
2. Insert the SIM card into the N1. Make sure the SIM card is fully inserted.



### INSERT THE SD CARD

Follow these steps to insert your SD card:

1. Make sure your SD card is aligned according to the image below (facing text upwards).
2. Insert the SD card.
3. Make sure the SD card is fully inserted. (You will hear a click sound when the card is fully inserted).



Case 5:12-cv-00630-LHK   Document 1282-7   Filed 02/18/14   Page 15 of 32

## SETTING UP

### CHARGE THE BATTERY





You can charge your N1 in two ways:

1. Insert the AC adapter into the N1, then the plug into the mains.
2. Insert the USB-cable into the N1, then into the PC.

When properly connected, the text CHARGING is visible on the N1 screen.

### THE CHARGER

After choosing the right plug for your country, insert the plug into the charger.

Make sure the plug is fully inserted and that you have the right plug before starting to use the charger.



## SETTING UP

### SWITCHING ON



The ON/OFF switch is located on the left side of the N1, below the screen.

1. Make sure the battery switch is in the ON position.
2. Press the power button for about 2 seconds, wait for the screen to power up, then release the button.

Battery **ON**



Press and hold switch for 2 seconds

### ENTER PIN-CODE (IF APPLICABLE)

If your SIM card requires a PIN code, a keyboard will appear on the screen after the unit is started. Enter your PIN code and sweep over the screen from left to right (see Yes on page 14). When you see the status screen with clock, signal and battery symbol and the Neonode logotype, your N1 is ready to use.

NOTE! If you wait too long, the N1 automatic keylock feature activates keylock (the screen turns dark) Look on next page to see how to unlock your unit.

## USING NENO

### SWITCHING OFF



The ON/OFF switch is located on the left side of the N1, below the screen.

1. Press the power button for about 2 seconds, wait for the screen to show "Shutting down...", then release the button.

### KEYLOCK - LOCKING THE UNIT

Keylock is automatic on the N1, to save battery and to make sure no unintentional calls are made. If you want to lock your unit manually, use the "Lock" symbol in the start menu

### KEYLOCK - UNLOCKING THE UNIT



The ON/OFF switch is located on the left side of the N1, below the screen.

1. Press the power button once.
2. The text "Right sweep to unlock" appears on the screen. Sweep right to unlock your unit.

## USING NENO

Using Neno is easy. You will have to learn a few basic moves, that you can use in every application. Always remember that only a light touch on the screen is needed, thanks to the patented zForce technology.

### USING MENUS

There are three basic menus on the N1; The start menu, the keyboard menu and the tools menu. Each menu is represented by a symbol in the lower part of the screen.



Start menu

Keyboard menu

Tools menu

## USING NENO

 Start menu



The start menu is where you find the applications that are installed on your N1:

1. Sweep from the Neonode symbol and up, on the screen.
2. The sweep shall be about half the height of the screen.
3. When lifting the finger, the start menu should have appeared. if not try sweeping again.
4. Choose the desired application.
5. Tap on the icon of the desired application to start that application.

Case 5:12-cv-00630-LHK   Document 1285-7   Filed 02/18/14   Page 20 of 32

## USING NENO

 Keyboard



The keyboard is used to enter numbers or text into your N1:
1. Sweep from the keyboard symbol on the middle-lowest part of the screen and up.
2. The sweep shall be about half the height of the screen.
3. When lifting the finger, the keyboard menu should have appeared If not try sweeping again.
4. Tap on the desired symbol.

* Tap is described in the start menu section.

Case 5:12-cv-00630-LHK   Document 1485-7   Filed 02/13/14   Page 21 of 32

## USING NENO

 Tools



The tools menu
1. Sweep from the tools symbol on the right-lowest part of the screen and up.
2. The sweep shall be about half the height of the screen.
3. When lifting the finger, the tools menu should have appeared. If not try sweeping again.
4. Tap on the desired key.

\* Tap is described in the start menu section.



## USING NENO

Yes

Right sweep or press the Yes button for Yes, More Enter

In a listbox you can also use TAP* for a Yes

1. Make a right sweep (sweep from left to right over the screen).
2. The sweep shall be from side to side.
3. Make sure you lift the finger from the screen at the end of the sweep.

## USING NENO



1. Make a left sweep (sweep from right to left over the screen).
2. The sweep shall be from side to side.
3. Make sure you lift the finger from the screen at the end of the sweep.

## USING NENO



### Text list

Scroll bar to wanted item and TAP to run.

When navigating in a text list, a special technique is used:

1. Put your finger in the middle of the screen, you do not have to place the finger on top of the desired item in the text list.
2. Sweep downwards or upwards to scroll the text.
3. Lift your finger.
4. To continue scrolling, you repeat 1-3 until you reach the desired item in your text list.
5. This way you can scroll your way through large quantities of text.
6. Tap on the screen to select.

* Tap is described in the start menu section.

Please note! When scrolling upwards. Do not put down your finger in the menu zone.





To use the auto scroll function when scrolling through large quantities of text, do the sweep without lifting the finger at the top or at the bottom.

16

## USING NENO

### USING THE TAB FUNCTION



# Tabs

Right sweep or left sweep on the top of the screen to switch tab.



When an application contains multiple views*, a tab is visible in the top of the screen.

1. Put your finger in the top of the screen.
2. Sweep right or left to change between the different views.

* Examples of applications or views containing Tabs:

- Media Player
- Messaging

## USING NENO

### MAKING YOUR FIRST CALL



1. Sweep from the keyboard symbol on the middle-lowest part of the screen and up. The sweep shall be about half the height of the screen.
2. When lifting the finger, the keyboard menu should have appeared. If not, try sweeping again.
3. Tap (4.) on the desired numbers, to dial the number you want.
5. Sweep from left to right over the screen, to call the number.
6. Talk - (hold the unit with the back against your ear, screen facing away from you).
7. To hang up, sweep from right to left over the screen.

* Tap is described in the start menu section.

## USING NENO

### SENDING YOUR FIRST SMS

A) Sweep up the start menu, select the mail icon



B) Sweep up the tools menu, select the mail icon with a (+) sign



C) Sweep up the keyboard to write (tap) number ,sweep right for OK.



D) Select message-text in the list, type your SMS, sweep right for OK
Then right again to send your SMS.



## USING NENO

### PLAYING YOUR FIRST MP3 OR VIDEO

Transfer the song you want to play from your PC to your N1. Use the supplied USB cable to access the SD card from a PC running Microsoft Windows 2000 or Microsoft XP.

1. Switch the N1 off.
2. Use the USB cord that is included in the package to connect the N1 to the PC.
3. Switch the N1 back on again. Wait until the text "CONNECTED" shows up on the screen.



4. The N1 will automatically show up on your computer as a Removable Disk.
5. On your computer, open the folder My Documents on the Removable Disk.
6. Place your song or video in desired folder.
7. Close all open folders.
8. Safely remove the USB.
9. Restart the N1.



9. To play the transferred music or video, select the player icon in the start menu.

10. When the media player is open, use the tab on top of the screen to change to the playlist view .

11. Use the tools menu to add music and make your first playlist.

12. Sweep left to return to the playlist view, click on the desired song to play.

13. Use the tab in the top of the screen to change to the player view to see information on the track being played. If you selected a video, that video will show in this view.

## USING NENO

**TAKING YOUR FIRST PHOTO**

1. Select the camera icon in the start menu.
2. Click on the large button on the screen to take a photo.
3. To view your photos, use the tools menu, choose image viewer
4. View your photo
5. Your photos are saved on the SD card in the catalogue My Documents > My Photos

Case 5:12-cv-00630-LHK   Document 1281-7   Filed 02/16/14   Page 30 of 32

## MISCELLANEOUS

### RESETTING THE N1



Reset

If you need to reset or reboot the N1:
1. Use the main power switch to switch off the N1.
2. Wait for 5 seconds then switch the unit back on again (using the main power switch).
3. Insert the SIM card.
4. Use the power switch (press for 2 seconds) to restart the N1.

Case 5:12-cv-00630-LHK   Document 1285-7   Filed 02/18/14   Page 31 of 32

## MISCANCELLOUS

### ACCESSING THE SD CARD FROM YOUR COMPUTER



The SD card can be accessed from a PC running Microsoft Windows 2000 or Microsoft XP.

1. Switch the N1 off.
2. Use the USB cord that is included in the package to connect the N1 to the PC.
3. Switch the N1 back on again. Wait until the text "CONNECTED" shows up on the screen.
4. The N1 will automatically show up on your computer as a Removable disk.