# Exhibit 4
# (Submitted Under Seal)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 12-cv-00630-LHK<br><br><br>**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE** |

**REBUTTAL EXPERT REPORT OF MARTIN RINARD, PH.D.
REGARDING NONINFRINGEMENT OF
CLAIMS 24 AND 25 OF U.S. PATENT NO. 6,847,959**



196. ███████████████████████████████████████████

███████ ███████████████████████████████████████

████████ ██████████████

197. To confirm the removal of local search history functionality from GSA 2.7, I updated the GSA to version 2.7.9.789824.arm, as shown in the screenshot below:



198. I then removed the only account on the device:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



199. I then performed a search for "galaxy siii" and "galaxy sii":



200. When I next went to the GSA, and then typed in "gal," the GSA never displayed the past searches for "galaxy siii" and "galaxy sii," but rather only web suggestions:

79

**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE**



201.   I note that, during setup of the Accused JB Products, the device prompts the user to log in to a Google account. In particular, I reset a Galaxy Nexus running Jelly Bean 4.1.1 (build JRO03O) to factory settings, and during the setup process, I was prompted to create a Google account if I indicated that I did not already have a Google account, as shown in the screenshots below:

**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE**



336. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

337. This alternative design would have minimal to no impact on the user experience. As discussed above in Section VI.J, in the Accused ICS Products and Accused JB Products, local search history is used only if the user either has not associated with the device with a Google account, or if the user manually disabled local search history. So, for users who associate the device with a Google account and who do not alter the default setting, there would be no change in user experience at all.

338. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE**

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████

339. I believe that the local search history functionality that Dr. Snoeren identifies in the Opending Snoeren Report could be removed in versions 1.3.0 and up of the Google Search Application in ████████████████████████████

███████████████████████████████████████████████████████
████████████████████ ████ ██ █████████
███████████████████████████████████████████████████████
████████████████████████████████ ██████████ ██
███████████████████████████████████████████████████████
█████████████████████████████████ ████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████

340. In earlier versions of the Google Search Application (1.1.x and 1.2.x), Dr. Snoeren alleges that Gingerbread provides local search history functionality in a slightly

137

_____
Name

_____Sept. 13, 2013_____
Date