# Exhibit 9
# (Submitted Under Seal)

1

1          UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

3    - - - - - - - - - - - - - - - - - x

4    APPLE INC., a California              :

5    Corporation,                          :

6              Plaintiff,                   :

7      -v-                                  :

8    SAMSUNG ELECTRONICS CO., LTD., a      :

9    Korean corporation; SAMSUNG          : Civil Action No.

10   ELECTRONICS AMERICA, INC., a New     : 12-CV-00630-LHK

11   York corporation and SAMSUNG         :

12   TELECOMMUNICATIONS AMERICA, LLC,     :

13   a Delaware limited liability         :

14   Company,                              :

15            Defendants.                  :

16   - - - - - - - - - - - - - - - - - x

17   (Caption continued on next page.)

18        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19       Videotaped Deposition of SAMSUNG Parties,

20     By and through their Designated Representative,

21               SUNG-GEUN PARK

22          and in his Individual Capacity

23             Suwon, South Korea

24        Wednesday, July 3, 2013, 9:03 a.m.

25   Job No.: 39352 Pages 1-178  Reported by: Robert V. Short

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

2

1    (Caption continued from previous page.)

2    - - - - - - - - - - - - - - - - - - x

3    SAMSUNG ELECTRONICS CO., LTD, a        :

4    Korean corporation; SAMSUNG            :

5    ELECTRONICS AMERICA, INC., a New       :

6    York corporation; SAMSUNG              :

7    TELECOMMUNICATIONS AMERICA, LLC, a     :

8    Delaware limited liability company,    :

9             Counterclaim-Plaintiffs,     :

10     -v-                                  :

11   APPLE INC., a California corporation, :

12            Counterclaim-Defendant.       :

13   - - - - - - - - - - - - - - - - - - x

14           Videotaped deposition of SUNG-GEUN PARK,

15   held at the location of:

16

17           Ramada Plaza - Suwon

18           940 Ingye-Dong, Paldal-Gu,

19           Suwon City, Gyeonggi-do, South Korea 442-832

20           (82) 31-230-0001

21

22

23   Pursuant to agreement, before ROBERT V. SHORT, a

24   Notary Public in and for the State of California.

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

7

1                    P R O C E E D I N G S

2                         −   −   −

3              THE VIDEOGRAPHER:  Here begins Tape No. 1

4      in the videotaped deposition of Sung-geun Park in

5      the matter of Apple Inc. versus Samsung Electronics

6      Co. in the U.S. District Court, Northern District

7      of California, San Jose Division, Case

8      No. 12-CV-00630-LHK.

9              Today's date is July 3rd, 2013 and the

10     time on the video monitor is 9:03.  The

11     videographer today is Zach Hone representing Planet

12     Depos Asia.  This video deposition is taking place

13     in Seoul -- Suwon, South Korea.

14              Will counsel please identify themselves.

15              MR. BUROKER:  Brian Buroker of Gibson

16     Dunn on behalf of Apple.  With me today is Stephan

17     Choo also representing Apple.

18              MR. YANG:  Lance Yang of Quinn Emanuel

19     Urquhart & Sullivan on behalf of the Samsung

20     entities.

21              LEAD INTERPRETER:  Good morning.  Albert

22     S. Kim interpreter of record.

23              CHECK INTERPRETER:  Lee Boese, check

24     interpreter.

25              MR. BUROKER:  Okay.  Let me --

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

8

1          DEPOSITION OFFICER:  I've got it

2     actually.

3          Do counsel from both sides stipulate that

4     they understand the reporter is not a notary public

5     in this venue, but nevertheless would like him to

6     administer the oath; and further stipulate that

7     they waive any objection to the validity of the

8     deposition based on the oath?

9          MR. BUROKER:  Yes.

10          MR. YANG:  Yes.

11          DEPOSITION OFFICER:  Can you raise your

12     right hands, please.

13          Do you solemnly swear that you will truly

14     and accurately translate the testimony given in

15     this matter from English to Korean and from Korean

16     to English to the best of your ability, so help you

17     God?

18          LEAD INTERPRETER:  I do.

19          CHECK INTERPRETER:  I do.

20          DEPOSITION OFFICER:  Can you raise your

21     right hand, please.

22          You do solemnly swear that the testimony

23     you shall give in this matter shall be the truth,

24     the whole truth, and nothing but the truth, so help

25     you God.

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

9

1          THE DEPONENT:  I do.

2                    SUNG-GEUN PARK,

3     after having been duly sworn by the reporter,

4    pursuant to stipulation of counsel, was examined

5     and testified through the interpreter as follows:

6                    EXAMINATION

7    BY MR. BUROKER:

8          Q    Good morning, Mr. Park.  My name is Brian

9    Buroker, and I represent Apple in this matter.  And

10   I will be asking you questions today.

11              Please state your full name and address

12    for the record.

13          A    I -- my name is Sung-geun Park, and I

14    presently live in ███████████████████████████

15    ███████████████████████████████████████████████

16    ███████████████████████████████████████████████

17    ███████████████████████████████████████████████

18          Q    And also please state your current

19    business address for the record.

20          A    As for my company address, we are Samsung

21    Electronics Company Ltd., located at Metan 3-Dong,

22    Youngtong-gu, City of Suwon, Gyeonggi-do Province,

23    South Korea.

24          Q    Sir, you understand that you are under

25    oath today; correct?

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013



130

1

2

3

4        MR. YANG:  Objection, beyond the scope.

5

6

7

8

9

10

11     BY MR. BUROKER:

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

131

1

2

3

4

5

6

7          MR. YANG:  Objection, beyond the scope,

8     calls for speculation.

9

10

11

12

13     BY MR. BUROKER:

14          Q

15          MR. YANG:  Same objections.

16

17

18

19

20

21     BY MR. BUROKER:

22

23

24

25          MR. YANG:  Mischaracterizes the witness'

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

132

1    testimony.



7    BY MR. BUROKER:

15           MR. YANG:  I'm going to caution the

16    witness not to reveal any attorney-client

17    privileged communications.

18           But to the extent that he can answer the

19    question without doing so, he may.

23    BY MR. BUROKER:

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013



HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

134



14          (Interpreters confer in Korean.)

15      A

19          MR. YANG:   Assumes facts not in evidence.

20          THE DEPONENT:

24   BY MR. BUROKER:

25      Q

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

135



15          MR. YANG:  Objection, vague, assumes

16     facts not in evidence, lacks foundation.

17          THE DEPONENT:

18

19

20     BY MR. BUROKER:

21

22

23

24          MR. YANG:  Objection, vague and beyond

25     the scope.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SOURCE CODE - PURSUANT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

136

2    BY MR. BUROKER:

8         MR. YANG:  Objection, beyond the scope.

9         THE DEPONENT:

10   BY MR. BUROKER:

15        MR. YANG:  Objection, lacks foundation,

16   vague.

17        THE DEPONENT:

20   BY MR. BUROKER:



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SOURCE CODE - PURSUANT TO PROTECTIVE ORDER

137



```
1    ████████████████
2         MR. YANG:  Same objections.
3         THE DEPONENT: ████████████████████
4    ████████████████████████████████████████
5    ████████████████████████████████████████
6    ████████████████████████████████████████
7    BY MR. BUROKER:
8         Q  ████████████████████████████████
9    ████████████████████████████████████████
10   ████████████████████████████████████████
11   ████████████████████████████████████████
12   ████████████████████████████████████████
13   ████████████████████████████████████████
14   ████████████████████████████████████████
15        MR. YANG:  Objection, beyond the scope,
16   vague.
17        THE DEPONENT: ████████████████████
18   BY MR. BUROKER:
19   ████████████████████████████████████████
20   ████████████████████████████████████████
21   ████████████████████████████████████████
22        MR. YANG:  Objection, beyond the scope,
23   vague, lacks foundation.
24        THE DEPONENT: ████████████████████
25   ████████████████████████████████████████
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

138



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12   BY MR. BUROKER:
13
14
15
16          MR. YANG:  Objection, beyond the scope,
17   lacks foundation, vague.
18          THE DEPONENT:
19
20   BY MR. BUROKER:
21
22
23
24          MR. YANG:  Beyond the scope, calls for
25   speculation.
```

139



2    BY MR. BUROKER:

7            MR. YANG:  Objection, foundation, beyond

8    the scope.

9            THE DEPONENT:  That, I do not know.

10           MR. BUROKER:  Just so I'm clear, are you

11   saying this witness is not designated to testify

12   about

13                      and the timing of it?

14           MR. YANG:  At least the way your question

15   is phrased.  Your original question was phrased as

16   beyond the scope, that's my objection, yes.

17           MR. BUROKER:  "All facts in Samsung's

18   possession related to any purported noninfringing

19   alternative technology," and you're saying the

20   question related to when Samsung learned about a

21   proposed noninfringing alternative is beyond the

22   scope?

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

140

2        MR. BUROKER:  Can't fathom that one.

3    It's "all facts in Samsung's possession."  I'm

4    asking what's Samsung's knowledge about what it was

5    told from Google.  So I guess we'll have to get

6    another witness to cover that topic.

7        MR. YANG:  Well, obviously we disagree on

8    that.

9        MR. BUROKER:  Your reading of these

10   topics is so narrow, it's hard to -- hard to

11   fathom.

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

141

1    BY MR. BUROKER:

2        Q

3

4            MR. YANG:  I'm going to caution the --

5    caution the witness not to reveal any information

6    he learned based on attorney-client communications.

7            But to the extent he can respond with a

8    "yes" or "no" answer, he can.

9            THE DEPONENT:

10   BY MR. BUROKER:

11       Q

12

13           MR. YANG:  Objection, vague.

14           THE DEPONENT:

15

16   BY MR. BUROKER:

17       Q

18

19

20

21           MR. YANG:  Again, I caution the witness

22   not to reveal any attorney-client privileged

23   information.  But to the extent he can respond if

24   he knows or not, he can.

25           THE DEPONENT:

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

142

```
 1    BY MR. BUROKER:

 2         Q   ███████████████████████████████████
     ████████████████████████████████████████████
 3   ████████████████████████████████████████████
 4   ████████████████████████████████████████████

 5         MR. YANG:  Same caution.

 6         THE DEPONENT:  ██████████████████████
 7   ██████████████████

 8    BY MR. BUROKER:

 9         Q   ███████████████████████████████████
10   ████████████████████████████████████████████
11   ████████████████████████████████████████████

12         MR. YANG:  Caution the witness not to

13    reveal any attorney-client privileged information.

14         But to the extent that he can answer

15    "yes" or "no," he can do so.

16         THE DEPONENT:  ██████████████████

17    BY MR. BUROKER:

18         Q   ██████████████████████████████████
19   █████████████████████████████████

20         MR. YANG:  Again, to the extent --

21    caution the witness not to reveal any

22    attorney-client privileged information.  To the

23    extent the witness can respond without doing so, he

24    may.

25         THE DEPONENT:  ████████████████████
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

150

1    Blumenfeld patent.

2            Do you know whether Samsung considered

3    any changes to either the Quick Search Box or the

4    providers related to the Blumenfeld design?

5            MR. YANG:  Objection, vague.

6            THE DEPONENT:  No, I don't.

7    BY MR. BUROKER:

8

9

10

11

12

13

14

15            MR. YANG:  Objection, vague, calls for a

16    legal conclusion.

17

18

19

20

21

22

23

24            And I don't know if that is quite in

25    answer to what you were asking about, but...

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

173

1    counsel for Samsung, along with other phones that

2    are being made available for inspection.

3              THE VIDEOGRAPHER:  This concludes today's

4    deposition.  Off the record.  The time is 18:31.

5              (Signature having not been waived, the

6    videotaped deposition of SUNG-GEUN PARK was

7    concluded at 6:31 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SOURCE CODE - PURSUANT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

174

1                    ACKNOWLEDGMENT OF DEPONENT

2          I, SUNG-GEUN PARK, do hereby acknowledge

3     that I have read and examined the foregoing

4     testimony, and the same is a true, correct and

5     complete transcription of the testimony given by me

6     and any corrections appear on the attached Errata

7     sheet signed by me.

8

9

10    _____      _____

11       (DATE)                      (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

175

1                    C E R T I F I C A T E

2    (SUWON)

3    (SOUTH KOREA)

4

5            I, Robert V. Short, Certified Shorthand

6    Reporter, do hereby certify that the aforementioned

7    witness was first duly sworn as noted by

8    stipulation of counsel to testify to the truth;

9    that I was authorized to and did report said

10   deposition in stenotype; and that the foregoing

11   pages are a true and correct transcription of my

12   shorthand notes of said deposition.

13

14           I further certify that said deposition

15   was taken at the time and place hereinabove set

16   forth and that the taking of said deposition was

17   commenced and completed as hereinabove set out.

18           I further certify that I am not attorney

19   or counsel of any of the parties, nor am I a

20   relative or employee of any attorney or counsel of

21   any party connected with the action, nor am I

22   financially interested in the action.

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF WITNESS
CONDUCTED ON WEDNESDAY, JULY 3, 2013

176

1          The foregoing certification of this

2     transcript does not apply to any reproduction of

3     the same by any means unless under the direct

4     control and/or direction of the certifying

5     reporter.

6

7          IN WITNESS WHEREOF, I have hereunto set

8     my hand this 4th day of July, 2013.

9

10

11

12

13

14     _____

15          ROBERT V. SHORT,

16          Certified Shorthand Reporter

17

18

19

20

21

22

23

24

25