# Exhibit 10
# (Submitted Under Seal)

```
                                                              1
 1              UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3   --------------------------------------x
 4   APPLE INC., a California corporation, :
 5             Plaintiff,                  :
 6      v.                                 :
 7   SAMSUNG ELECTRONICS CO., LTD., a      : Civil Action No.
 8   Korean corporation; SAMSUNG           : 12-CV-00630-LHK
 9   ELECTRONICS AMERICA, INC., a New      :
10   York corporation; SAMSUNG             :
11   TELECOMMUNICATIONS AMERICA, LLC, a    :
12   Delaware limited liability company,   :
13             Defendants.                 :
14   --------------------------------------x
15   (Caption continued on next page.)
16         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
17       Videotaped Deposition of SAMSUNG Parties,
18    By and through their Designated Representative
19                    DAEWOON MYOUNG
20           and in his Individual Capacity
21               Suwon City, South Korea
22            Friday, June 7, 2013, 8:38 a.m.
23   Job No.: 38163
24   Pages:  1-141
25   Reported by:  Robert V. Short
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

```
                                                              2
 1    (Caption continued from previous page.)
 2    -------------------------------------x
 3    SAMSUNG ELECTRONICS CO., LTD, a        :
 4    Korean corporation; SAMSUNG            :
 5    ELECTRONICS AMERICA, INC., a New       :
 6    York corporation; SAMSUNG              :
 7    TELECOMMUNICATIONS AMERICA, LLC, a     :
 8    Delaware limited liability company,    :
 9              Counterclaim-Plaintiffs,     :
10       v.                                  :
11    APPLE INC., a California corporation,  :
12              Counterclaim-Defendant,      :
13    -------------------------------------x
14             Videotaped deposition of DAEWOON MYOUNG,
15    held at the location of:
16
17
18           Ramada Plaza Hotel Suwon
19           940, Ingye-dong, Paldal-gu,
20           Suwon City Center, Suwon-si, South Korea 442-832
21           (82) 31-230-0001
22
23
24    Pursuant to agreement, before ROBERT V. SHORT, a
25    Notary Public in and for the State of California.
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

7

```
 1              P R O C E E D I N G S
 2                    -  -  -
 3         THE VIDEOGRAPHER:  My name is                  08:38:39
 4   R.J. Buckler, a certified legal video specialist    08:38:57
 5   with Planet Depos.  The date today is June 7, 2013  08:39:00
 6   and the time is 8:38 a.m.  This deposition is being 08:39:03
 7   held at the Ramada Hotel in Suwon, South Korea.     08:39:07
 8         The caption of this case is:  In the          08:39:11
 9   matter of Apple versus Samsung, et al., and related 08:39:14
10   counterclaim, held in the United States District   08:39:18
11   Court, Northern District of California, San Jose   08:39:20
12   Division, with a civil action number of            08:39:24
13   12-CV-00630-LHK PSG.                               08:39:28
14         The name of the witness is Daewoon            08:39:32
15   Myoung, testifying both in his personal capacity   08:39:35
16   and as a 30(b)(6) witness.                         08:39:37
17         The court reporter is Robert Short, also     08:39:39
18   with Planet Depos.                                 08:39:41
19         At this time I would ask all counsel and     08:39:43
20   interpreters to please state their appearances and 08:39:45
21   whom they represent for the record.                08:39:47
22         MR. BUROKER:  Brian Buroker and Jennifer     08:39:49
23   Rho of Gibson Dunn for Apple, and also Doo Sung    08:39:52
24   Choi for Apple.                                    08:39:57
25         MR. ERWINE:  Rich Erwine and John McKee      08:39:59
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

9

| | | |
|---|---|---|
| 1 | of Quinn Emanuel, and Seonghyuk Lim of Samsung. | 08:40:02 |
| 2 | CHECK INTERPRETER:  Ina Kim, check | 08:40:07 |
| 3 | interpreter. | 08:40:10 |
| 4 | THE VIDEOGRAPHER:  And we will soon be | 08:40:10 |
| 5 | joined by the lead interpreter, Albert Kim. | 08:40:12 |
| 6 | At this time would counsel please make | 08:40:16 |
| 7 | any stipulations regarding the oath. | 08:40:18 |
| 8 | MR. BUROKER:  It's my understanding that | 08:40:20 |
| 9 | counsel from both sides stipulate that they | 08:40:22 |
| 10 | understand that the reporter is not a notary public | 08:40:24 |
| 11 | in this venue, but nevertheless would like him to | 08:40:28 |
| 12 | administer the oath; and further stipulate that | 08:40:31 |
| 13 | they waive any objection to the validity of the | 08:40:34 |
| 14 | deposition based on the oath; is that correct, | 08:40:37 |
| 15 | Counsel? | 08:40:39 |
| 16 | MR. ERWINE:  Correct. | 08:40:40 |
| 17 | THE VIDEOGRAPHER:  Will the court | 08:40:40 |
| 18 | reporter please swear in the witness and | 08:40:42 |
| 19 | interpreters -- or, I'm sorry, interpreter. | 08:40:44 |
| 20 | (Albert Kim joins the proceeding.) | |
| 21 | DEPOSITION OFFICER:  Can you raise your | |
| 22 | right hand, please. | |
| 23 | You do solemnly swear that you will truly | |
| 24 | and accurately translate the testimony given in | |
| 25 | this matter from English to Korean and from Korean | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

10

1   to English to the best of your ability, so help you
2   God.
3           LEAD INTERPRETER:  I do.
4           CHECK INTERPRETER:  I do.
5       (Check interpreter interpreting for deponent.)
6           DEPOSITION OFFICER:  Can you raise your
7   right hand, please.
8           You do solemnly swear that the testimony
9   you shall give in this matter shall be the truth,
10  the whole truth, and nothing but the truth, so help
11  you God.
12          THE DEPONENT:  I do.
13                  DAEWOON MYOUNG,
14    after having been duly sworn by the reporter,
15   pursuant to stipulation of counsel, was examined
16    and testified through the interpreter as follows:
17                     EXAMINATION
18  BY MR. BUROKER:
19      Q   Good morning.  My name is Brian Buroker.                08:41:37
20          Could you please state your full name and               08:41:43
21  address for the record.                                         08:41:45
22      A   My name is Daewoon Myoung. ███████                      08:41:49
23  ████████████████████████████████████████████████                08:42:13
24  ████████████████████████████████████████████████                08:42:21
25  ████████████████████████████████████████████████                08:42:27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

76

| | | |
|---|---|---|
| 1 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:39:16 |
| 2 | BY MR. BUROKER: | 11:39:19 |
| 3 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:39:20 |
| 4 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:39:22 |
| 5 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:39:26 |
| 6 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:39:28 |
| 7 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:39:33 |
| 8 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:39:50 |
| 9 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:39:58 |
| 10 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:40:03 |
| 11 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:40:05 |
| 12 | MR. ERWINE:  Objection, vague. | 11:40:24 |
| 13 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:40:26 |
| 14 | BY MR. BUROKER: | 11:40:27 |
| 15 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:40:30 |
| 16 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:40:35 |
| 17 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:40:37 |
| 18 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:40:57 |
| 19 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:41:03 |
| 20 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:41:05 |
| 21 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:41:10 |
| 22 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:41:10 |
| 23 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:41:12 |
| 24 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:41:15 |
| 25 | ■■■■■■■■■■■■■■■■■■■■■■■■■ | 11:41:15 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

| | | |
|---|---|---|
| 1 | | 11:41:21 |
| 2 | | 11:41:25 |
| 3 | | 11:41:41 |
| 4 | | 11:41:44 |
| 5 | | 11:41:49 |
| 6 | | 11:41:52 |
| 7 | | 11:41:55 |
| 8 | | 11:41:59 |
| 9 | | 11:42:22 |
| 10 | | 11:42:23 |
| 11 | | 11:42:47 |
| 12 | | 11:42:49 |
| 13 | | 11:42:53 |
| 14 | | 11:42:57 |
| 15 | | 11:43:00 |
| 16 | | 11:43:02 |
| 17 | | 11:43:05 |
| 18 | | 11:43:12 |
| 19 | Q    Are you familiar with how the Swype | 11:43:16 |
| 20 | keyboard autocorrection or correction functionality | 11:43:19 |
| 21 | works? | 11:43:22 |
| 22 |         MR. ERWINE:  Objection, vague. | 11:43:29 |
| 23 |         THE DEPONENT:  I believe I require an | 11:43:38 |
| 24 | explanation from you as to what you have in mind | 11:43:40 |
| 25 | when you say "autocorrection or correction." | 11:43:42 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

| Line | Time |
|---|---|
| 1 | 12:21:53 |
| 2 | 12:22:05 |
| 3 | 12:22:07 |
| 4 | 12:22:12 |
| 5 | 12:22:27 |
| 6 | 12:22:30 |
| 7 | 12:22:34 |
| 8 | 12:22:36 |
| 9 | 12:22:38 |
| 10 | 12:22:45 |
| 11 | 12:22:45 |
| 12 | 12:22:47 |
| 13 | 12:22:51 |
| 14 | 12:22:54 |
| 15 | 12:22:55 |
| 16 | 12:22:55 |
| 17 | 12:22:57 |
| 18 | 12:23:00 |
| 19 | 12:23:04 |
| 20 | 12:23:15 |
| 21 | 12:23:38 |
| 22 | 12:23:41 |
| 23 | 12:23:45 |
| 24 | 12:23:46 |
| 25 | 12:23:50 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

129

| | | |
|---|---|---|
| 1 | | 03:04:12 |
| 2 | | 03:04:13 |
| 3 | | 03:04:18 |
| 4 | | 03:04:24 |
| 5 | MR. ERWINE:  Attorney-client privilege. | 03:04:36 |
| 6 | Instruct the witness not to answer. | 03:04:38 |
| 7 | THE DEPONENT:  All right.  I decline to | 03:04:42 |
| 8 | answer. | 03:04:44 |
| 9 | BY MR. BUROKER: | 03:04:45 |
| 10 | | 03:04:47 |
| 11 | | 03:04:51 |
| 12 | | 03:04:56 |
| 13 | | 03:04:59 |
| 14 | | 03:05:21 |
| 15 | | 03:05:23 |
| 16 | MR. ERWINE:  Objection, vague. | 03:05:31 |
| 17 | | 03:05:55 |
| 18 | | 03:05:57 |
| 19 | | 03:06:00 |
| 20 | | 03:06:06 |
| 21 | | 03:06:08 |
| 22 | | 03:06:12 |
| 23 | | 03:06:16 |
| 24 | | 03:06:20 |
| 25 | MR. BUROKER:  What's been marked as | 03:06:23 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

136

| | | |
|---|---|---|
| 1 | MR. ERWINE:  I don't have any questions. | 03:29:51 |
| 2 | MR. BUROKER:  Did you want to designate | 03:29:52 |
| 3 | it? | 03:29:55 |
| 4 | MR. ERWINE:  Yeah, we can designate it | 03:29:55 |
| 5 | "Confidential." | 03:29:57 |
| 6 | DEPOSITION OFFICER:  Excuse me, Counsel? | 03:29:57 |
| 7 | MR. ERWINE:  We are going to designate it | 03:30:03 |
| 8 | "Confidential" under the protective order. | 03:30:07 |
| 9 | DEPOSITION OFFICER:  "Confidential" or | 03:30:07 |
| 10 | "Highly Confidential Attorneys' Eyes Only"? | 03:30:07 |
| 11 | MR. ERWINE:  Yeah.  I think we've got the | 03:30:07 |
| 12 | "Highly Confidential Attorneys' Eyes Only" | 03:30:09 |
| 13 | documents, so why don't we do that. | 03:30:09 |
| 14 | I didn't realize there were multiple | 03:30:15 |
| 15 | designations.  Thank you. | 03:30:16 |
| 16 | THE VIDEOGRAPHER:  So we're going off the | 03:30:16 |
| 17 | record.  The time is 3:30.  It's the end of Tape 5. | 03:30:18 |
| 18 | (Signature having not been waived, the | |
| 19 | videotaped deposition of DAEWOON MYOUNG was | |
| 20 | concluded at 3:30 p.m.) | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

136

1        ACKNOWLEDGMENT OF DEPONENT

2            I, DAEWOON MYOUNG, do hereby acknowledge

3    that I have read and examined the foregoing

4    testimony, and the same is a true, correct and

5    complete transcription of the testimony given by me

6    and any corrections appear on the attached Errata

7    sheet signed by me.

8

9

10   _____     _____

11       (DATE)                      (SIGNATURE)

137

1          C E R T I F I C A T E

2

3   (SUWON)

4   (SOUTH KOREA)

5

6           I, Robert V. Short, Certified Shorthand

7   Reporter, do hereby certify that the aforementioned

8   witness was first duly sworn as noted by

9   stipulation of counsel to testify to the truth;

10  that I was authorized to and did report said

11  deposition in stenotype; and that the foregoing

12  pages are a true and correct transcription of my

13  shorthand notes of said deposition.

14

15          I further certify that said deposition

16  was taken at the time and place hereinabove set

17  forth and that the taking of said deposition was

18  commenced and completed as hereinabove set out.

19

20          I further certify that I am not attorney

21  or counsel of any of the parties, nor am I a

22  relative or employee of any attorney or counsel of

23  any party connected with the action, nor am I

24  financially interested in the action.

25

138

1          The foregoing certification of this

2     transcript does not apply to any reproduction of

3     the same by any means unless under the direct

4     control and/or direction of the certifying

5     reporter.

6

7          IN WITNESS WHEREOF, I have hereunto set

8     my hand this 8th day of June, 2013.

9

10

11

12

13

14     _____

15          ROBERT V. SHORT,

16          Certified Shorthand Reporter

17

18

19

20

21

22

23

24

25