# Exhibit 11
# (Submitted Under Seal)

```
                                                              1
 1              UNITED STATES DISTRICT COURT

 2    NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

 3    ------------------------------------x

 4    APPLE INC., a California corporation, :

 5              Plaintiff,                  :

 6       v.                                 :

 7    SAMSUNG ELECTRONICS CO., LTD., a      : Civil Action No.

 8    Korean corporation; SAMSUNG           : 12-CV-00630-LHK

 9    ELECTRONICS AMERICA, INC., a New      :

10    York corporation; SAMSUNG             :

11    TELECOMMUNICATIONS AMERICA, LLC, a    :

12    Delaware limited liability company,   :

13              Defendants.                 :

14    ------------------------------------x

15    (Caption continued on next page.)

16           CONFIDENTIAL - ATTORNEYS' EYES ONLY

17        Videotaped Deposition of SAMSUNG Parties,

18     By and through their Designated Representative,

19                      YOUNGMI KIM

20            and in her Individual Capacity

21                   Seoul, South Korea

22           Thursday, June 20, 2013, 9:06 a.m.

23    Job No.: 38169

24    Pages:   1 - 178

25    Reported by:  Robert V. Short
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

```
                                                          2
 1    (Caption continued from previous page.)
 2    ---------------------------------------x
 3    SAMSUNG ELECTRONICS CO., LTD, a         :
 4    Korean corporation; SAMSUNG             :
 5    ELECTRONICS AMERICA, INC., a New        :
 6    York corporation; SAMSUNG               :
 7    TELECOMMUNICATIONS AMERICA, LLC, a      :
 8    Delaware limited liability company,     :
 9              Counterclaim-Plaintiffs,      :
10        v.                                  :
11    APPLE INC., a California corporation,   :
12              Counterclaim-Defendant,       :
13    ---------------------------------------x
14
15            Videotaped deposition of YOUNGMI KIM,
16    held at the location of:
17
18            Park Hyatt Seoul
19            606, Teheran-ro, Gangnam-gu,
20            Seoul, South Korea, 135-552
21            (82) 2-2016-1234
22
23
24    Pursuant to agreement, before ROBERT V. SHORT, a
25    Notary Public in and for the State of California.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

10

| | | |
|---|---|---|
| 1 | witness. | 09:07:59 |
| 2 | DEPOSITION OFFICER:  Do you solemnly | 09:07:59 |
| 3 | swear that you will truly and accurately translate | 09:07:59 |
| 4 | the testimony given in this matter from English to | 09:07:59 |
| 5 | Korean and from Korean to English to the best of | 09:07:59 |
| 6 | your ability, so help you God? | 09:08:16 |
| 7 | LEAD INTERPRETER:  Yes, I do. | 09:08:16 |
| 8 | CHECK INTERPRETER:  I do. | 09:08:17 |
| 9 | DEPOSITION OFFICER:  Can you raise your | |
| 10 | right hand, please. | |
| 11 | You do solemnly swear that the testimony | |
| 12 | you shall give in this matter shall be the truth, | |
| 13 | the whole truth, and nothing but the truth, so help | |
| 14 | you God? | 09:08:35 |
| 15 | THE DEPONENT:  Yes, I do. | 09:08:35 |
| 16 | YOUNGMI KIM, | 09:08:35 |
| 17 | after having been duly sworn by the reporter, | 09:08:35 |
| 18 | pursuant to stipulation of counsel, was examined | 09:08:35 |
| 19 | and testified through the interpreter as follows: | 09:08:37 |
| 20 | EXAMINATION | 09:08:37 |
| 21 | BY MR. CHUNG: | 09:08:38 |
| 22 | Q   Good morning, Ms. Kim. | 09:08:38 |
| 23 | A   Good morning. | 09:08:41 |
| 24 | Q   Could you please state your full name and | 09:08:42 |
| 25 | address. | 09:08:45 |

CONFIDENTIAL  - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

105

| | | |
|---|---|---|
| 1 | beginning from 2007. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 02:42:49 |
| 2 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 02:42:53 |
| 3 | Q    Was that a model that preceded Samsung's | 02:42:56 |
| 4 | work using the Android operating system? | 02:43:00 |
| 5 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 02:43:13 |
| 6 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 02:43:15 |
| 7 | Q    And since that time has Samsung stopped | 02:43:17 |
| 8 | developing changes to the unlock screen for its | 02:43:24 |
| 9 | touch screen phones? | 02:43:29 |
| 10 | A    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 02:44:00 |
| 11 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 02:44:04 |
| 12 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 02:44:08 |
| 13 | Q    Would you say that Samsung is continually | 02:44:16 |
| 14 | trying to improve the first page of its mobile | 02:44:18 |
| 15 | phone and tablet models? | 02:44:23 |
| 16 | A    Rather than improvement, I would say that | 02:44:50 |
| 17 | we were trying to do new interactions. | 02:44:54 |
| 18 | Q    Does the design team create new | 02:44:57 |
| 19 | interactions for the first page of its devices | 02:45:07 |
| 20 | based on customer input? | 02:45:12 |
| 21 | (Lead interpreter and deponent confer in Korean.) | 02:45:46 |
| 22 | A    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 02:46:10 |
| 23 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 02:46:13 |
| 24 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 02:46:16 |
| 25 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 02:46:22 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

106

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 02:46:26 |
| 2 | ███████████████████████████████ | 02:46:29 |
| 3 | ███████████████████████████████ | 02:46:32 |
| 4 | ███████████████████████████████ | 02:46:35 |
| 5 | Q    When you say ████████████ | 02:46:39 |
| 6 | ███████████████████████ who are | 02:46:51 |
| 7 | you referring to? | 02:46:56 |
| 8 | A    ████████████████████████ | 02:47:33 |
| 9 | ███████████████████████████████ | 02:47:38 |
| 10 | ███████████████████████████████ | 02:47:41 |
| 11 | ███████████████████████████████ | 02:47:44 |
| 12 | ███████████████████████████████ | 02:47:45 |
| 13 | ███████████████████████████████ | 02:47:48 |
| 14 | ███████████████████████████████ | 02:47:51 |
| 15 | ███████████████████████████████ | 02:47:54 |
| 16 | ███████████████████████████████ | 02:47:55 |
| 17 | ███████████████████████████████ | 02:47:58 |
| 18 | ███████████████████████████████ | 02:48:02 |
| 19 | ███████████████████████████████ | 02:48:05 |
| 20 | Q    Does that process apply as well to the | 02:48:09 |
| 21 | unlocking mechanism of the first screen? | 02:48:18 |
| 22 | A    ██████████████████████████ | 02:49:01 |
| 23 | ███████████████████████████████ | 02:49:04 |
| 24 | ███████████████████████████████ | 02:49:07 |
| 25 | ███████████████████████████████ | 02:49:13 |

CONFIDENTIAL  - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

107

| | | |
|---|---|---|
| 1 | ■ | 02:49:17 |
| 2 | ■ | 02:49:22 |
| 3 | ■ | 02:49:24 |
| 4 | ■ | 02:49:27 |
| 5 | Q    Who makes the decision to implement a | 02:49:31 |
| 6 | specific unlocking mechanism for the UI on the | 02:49:48 |
| 7 | first screen for any particular device? | 02:49:52 |
| 8 | ■ | 02:50:45 |
| 9 | ■ | 02:50:49 |
| 10 | ■ | 02:50:54 |
| 11 | ■ | 02:50:58 |
| 12 | ■ | 02:51:00 |
| 13 | ■ | 02:51:04 |
| 14 | ■ | 02:51:07 |
| 15 | ■ | 02:51:11 |
| 16 | ■ | 02:51:14 |
| 17 | Q    For the -- which models are th ■ | 02:51:19 |
| 18 | ■ that you're referring to, in the last few | 02:51:30 |
| 19 | years? | 02:51:33 |
| 20 | A    ■ | 02:51:58 |
| 21 | ■ | 02:52:02 |
| 22 | ■ | 02:52:08 |
| 23 | ■ | 02:52:12 |
| 24 | ■ | 02:52:17 |
| 25 | Q    What about Galaxy Nexus, is that also a | 02:52:17 |

CONFIDENTIAL  - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

108

| | | |
|---|---|---|
| 1 | █████████████ | 02:52:22 |
| 2 | A    No.  To be specific about that, Nexus is | 02:52:44 |
| 3 | something that Google developed the software for, | 02:52:57 |
| 4 | and the hardware was just ported on Samsung phone. | 02:53:01 |
| 5 | And we call it GED phone or Google Experience -- | 02:53:05 |
| 6 |         CHECK INTERPRETER:  "Device." | 02:53:10 |
| 7 |         THE DEPONENT:  -- Device.  So it has | 02:53:11 |
| 8 | Google logos and everything on it.  So basically | 02:53:14 |
| 9 | speaking, it's not a ████████████████████ | 02:53:18 |
| 10 | BY MR. CHUNG: | 02:53:21 |
| 11 |    Q    Does that mean that the unlocking | 02:53:25 |
| 12 | mechanism for the Google Galaxy Nexus device was | 02:53:27 |
| 13 | designed by Google, not Samsung? | 02:53:32 |
| 14 |    A    Yes, that's correct. | 02:53:49 |
| 15 |    Q    For the ████████████████████████ | 02:53:50 |
| 16 | Galaxy S2 and the Galaxy Note, was the decision as | 02:54:02 |
| 17 | to which unlocking mechanism to use made by the | 02:54:05 |
| 18 | team leader? | 02:54:08 |
| 19 |    A    ████████████████████████████████ | 02:54:35 |
| 20 | ████████████████████████████████████████ | 02:54:56 |
| 21 | ████████████████████████████████████████ | 02:55:00 |
| 22 | ████████████████████████████████████████ | 02:55:04 |
| 23 | ████████████████████████████████████████ | 02:55:07 |
| 24 | ████████████████████████████████████████ | 02:55:11 |
| 25 | ████████████████████████████████████████ | 02:55:12 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

109

| | | |
|---|---|---|
| 1 | [redacted] | 02:55:15 |
| 2 | | 02:55:19 |
| 3 | | 02:55:23 |
| 4 | | 02:55:26 |
| 5 | Q    What's the name of the team leader that | 02:55:32 |
| 6 | took the decision regarding the unlocking mechanism | 02:55:34 |
| 7 | for the [redacted] | 02:55:38 |
| 8 | (Interpreters confer in Korean.) | 02:56:27 |
| 9 | A    So at that time there was [redacted] | 02:56:37 |
| 10 | [redacted] | 02:56:44 |
| 11 | | 02:56:47 |
| 12 | | 02:56:50 |
| 13 | | 02:56:54 |
| 14 | | 02:56:57 |
| 15 | | 02:57:01 |
| 16 | | 02:57:05 |
| 17 | (Interpreters confer in Korean.) | 02:57:06 |
| 18 | A    [redacted] is | 02:57:09 |
| 19 | currently team leader. | 02:57:11 |
| 20 | LEAD INTERPRETER: Okay. Correction: | 02:57:18 |
| 21 | "He is not a current lead team leader, back then he | 02:57:19 |
| 22 | was a team leader." | 02:57:23 |
| 23 | BY MR. CHUNG: | 02:57:25 |
| 24 | Q    And you mentioned that you don't know who | 02:57:25 |
| 25 | the team leader -- which president the team leader | 02:57:28 |

CONFIDENTIAL  - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

146

| | | |
|---|---|---|
| 1 | Q    Apart from the lock screen itself, how | 04:45:43 |
| 2 | important is the first page to the Samsung mobile | 04:45:47 |
| 3 | devices that you work on? | 04:45:51 |
| 4 | MR. GOLDSTEIN:  Objection, vague. | 04:45:52 |
| 5 | THE DEPONENT:  So the first page has two | 04:46:18 |
| 6 | different aspects.  One is UI mechanism, and the | 04:47:05 |
| 7 | other is graphic mechanism. ███ | 04:47:09 |
| 8 | ████████████████████████████████████ | 04:47:13 |
| 9 | ████████████████████████████████████ | 04:47:14 |
| 10 | ████████████████████████████████████ | 04:47:17 |
| 11 | ████████████████████████████████████ | 04:47:21 |
| 12 | ████████████████████████████████████ | 04:47:25 |
| 13 | ████████████████████████████████████ | 04:47:28 |
| 14 | But for the graphic designers, ███ | 04:47:34 |
| 15 | ████████████████████████████████████ | 04:47:36 |
| 16 | ████████████████████████████████████ | 04:47:39 |
| 17 | ████████████████████████████████████ | 04:47:44 |
| 18 | ████████████████████████████████████ | 04:47:47 |
| 19 | ████████████████████████████████████ | 04:47:50 |
| 20 | BY MR. CHUNG: | 04:47:53 |
| 21 | Q    When a Samsung device is locked, what | 04:47:59 |
| 22 | does it mean to say that the device is locked? | 04:48:03 |
| 23 | (Interpreters confer in Korean.) | 04:48:18 |
| 24 | CHECK INTERPRETER:  "What does it mean to | 04:48:20 |
| 25 | say." | 04:48:21 |

CONFIDENTIAL  - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

152

| | | |
|---|---|---|
| 1 | she can answer the question. | 05:08:17 |
| 2 | BY MR. CHUNG: | 05:08:30 |
| 3 | Q    Aside from any information that came from | 05:08:30 |
| 4 | lawyers, did there come a point in time when | 05:08:32 |
| 5 | Samsung decided to design a unlock mechanism that | 05:08:35 |
| 6 | was as different as possible from Apple's? | 05:08:38 |
| 7 | A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 05:09:28 |
| 8 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 05:09:33 |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 05:09:37 |
| 10 | But as I mentioned earlier, there was one | 05:09:40 |
| 11 | meeting during which we mentioned that if we do it | 05:09:43 |
| 12 | a certain way, our phone will turn into the phones | 05:09:48 |
| 13 | for older guys. | 05:09:52 |
| 14 | And we didn't want that. ▮▮▮▮▮ | 05:09:53 |
| 15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 05:09:57 |
| 16 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 05:10:01 |
| 17 | Q    Do you recall when that meeting took | 05:10:03 |
| 18 | place? | 05:10:09 |
| 19 | A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 05:10:42 |
| 20 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 05:10:47 |
| 21 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 05:10:51 |
| 22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 05:10:55 |
| 23 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 05:10:58 |
| 24 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ But it's been a long | 05:11:02 |
| 25 | time, so I can't recall exactly. | 05:11:07 |

CONFIDENTIAL  - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

153

| | | |
|---|---|---|
| 1 | Q    Do you know whether there came a time | 05:11:15 |
| 2 | when Samsung decided to design a unlock mechanism | 05:11:17 |
| 3 | that was different from a patent owned by Apple? | 05:11:27 |
| 4 | And, again, this is apart from any | 05:11:31 |
| 5 | communications involving lawyers or information | 05:11:33 |
| 6 | from lawyers. | 05:11:35 |
| 7 | A    Aside from that portion, no. | 05:12:10 |
| 8 | Q    You mean aside from the idea meeting that | 05:12:12 |
| 9 | you referred to earlier? | 05:12:17 |
| 10 | MR. GOLDSTEIN:   Mischaracterizes | 05:12:24 |
| 11 | testimony. | 05:12:25 |
| 12 | THE DEPONENT: [redacted] | 05:12:49 |
| 13 | [redacted] | 05:12:52 |
| 14 | [redacted] | 05:12:56 |
| 15 | [redacted] | 05:12:59 |
| 16 | [redacted] | 05:13:02 |
| 17 | [redacted] | 05:13:06 |
| 18 | BY MR. CHUNG: | 05:13:09 |
| 19 | Q    And, again, the puzzle lock meetings were | 05:13:09 |
| 20 | approximately [redacted] is that | 05:13:12 |
| 21 | right? | 05:13:17 |
| 22 | A    [redacted] | 05:13:25 |
| 23 | [redacted] o although it's not accurate, I think | 05:13:33 |
| 24 | it was around that time frame. | 05:13:37 |
| 25 | Q    Do you recall how long it took to develop | 05:13:38 |

154

| | | |
|---|---|---|
| 1 | and design the puzzle lock mechanism, starting from | 05:13:41 |
| 2 | the initial conception all the way to its first | 05:13:46 |
| 3 | implementation? | 05:13:50 |
| 4 | A    As for the implementation side of that | 05:14:29 |
| 5 | affair, because I was not involved in coding work, | 05:14:32 |
| 6 | I do not know. | 05:14:36 |
| 7 | ██████████████████████████████████████████ | 05:14:38 |
| 8 | ██████████████████████████████████████████ | 05:14:41 |
| 9 | ██████████████████████████████████████████ | 05:14:45 |
| 10 | ██████████████████████████████████████████ | 05:14:47 |
| 11 | ██████████████████████████████████████████ | 05:14:50 |
| 12 | But, once again, as for the | 05:14:52 |
| 13 | implementation side, I'm not a coder, so I don't | 05:14:54 |
| 14 | know. | 05:14:57 |
| 15 | Q    Well, do you recall when the first | 05:14:57 |
| 16 | Samsung device was released that used the puzzle | 05:14:59 |
| 17 | lock mechanism? | 05:15:03 |
| 18 | A    ██████████████████████████████████ | 05:15:20 |
| 19 | ████████████████ I can't recall when it was. | 05:15:22 |
| 20 | Q    Do you recall how long before that phone | 05:15:28 |
| 21 | came out the puzzle lock was part of the | 05:15:30 |
| 22 | development process at Samsung? | 05:15:32 |
| 23 | MR. GOLDSTEIN:  Objection, beyond the | 05:15:46 |
| 24 | scope. | 05:15:51 |
| 25 | THE DEPONENT:  In terms of your -- your | 05:16:19 |

CONFIDENTIAL  - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

155

| | | |
|---|---|---|
| 1 | phrase "part of the development process," as long | 05:16:23 |
| 2 | as there are products that use the puzzle lock | 05:16:30 |
| 3 | mechanism, then it will be in -- within the | 05:16:33 |
| 4 | development process. ███████████████████ | 05:16:37 |
| 5 | ████████████████████████████████████████ | 05:16:40 |
| 6 | ████████████████████████████████████████ | 05:16:44 |
| 7 | ████████████████████████████████████████ | 05:16:45 |
| 8 | ██████████████████████████████ But once you | 05:16:47 |
| 9 | develop it, then you can use it -- use that | 05:16:51 |
| 10 | mechanism for ████████████ | 05:16:53 |
| 11 | BY MR. CHUNG: | 05:16:55 |
| 12 |     Q    All right.  Let me ask you about the | 05:16:55 |
| 13 | circle lock mechanism. | 05:16:57 |
| 14 |         Do you recall when that was first used in | 05:17:00 |
| 15 | a Samsung device? | 05:17:03 |
| 16 |         MR. GOLDSTEIN:  Objection, vague and | 05:17:12 |
| 17 | ambiguous. | 05:17:13 |
| 18 |         THE DEPONENT:  I can't tell you about the | 05:17:37 |
| 19 | exact time frame, but it was ██████████████ | 05:17:38 |
| 20 | ████████████████████████████████████████ | 05:17:42 |
| 21 | ████████████████████████████████████████ | 05:17:45 |
| 22 | ████████████████████████████████████████ | 05:17:49 |
| 23 | BY MR. CHUNG: | 05:17:50 |
| 24 |     Q    Was the Galaxy -- | 05:17:51 |
| 25 |     A    -- and it was first used for the Galaxy | 05:17:53 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

173

1  record.  The time is 6:02.  It's the end of Tape 6.          06:02:02
2            (Signature having not been waived, the
3  videotaped deposition of YOUNGMI KIM was concluded
4  at 6:02 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

```
                                                          174
 1                  ACKNOWLEDGMENT OF DEPONENT

 2           I, YOUNGMI KIM, do hereby acknowledge

 3      that I have read and examined the foregoing

 4      testimony, and the same is a true, correct and

 5      complete transcription of the testimony given by me

 6      and any corrections appear on the attached Errata

 7      sheet signed by me.

 8

 9

10      _____    _____

11         (DATE)                     (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

175

1        C E R T I F I C A T E

2    (SEOUL)

3    (SOUTH KOREA)

4

5            I, Robert V. Short, Certified Shorthand

6    Reporter, do hereby certify that the aforementioned

7    witness was first duly sworn as noted by

8    stipulation of counsel to testify to the truth;

9    that I was authorized to and did report said

10   deposition in stenotype; and that the foregoing

11   pages are a true and correct transcription of my

12   shorthand notes of said deposition.

13

14           I further certify that said deposition

15   was taken at the time and place hereinabove set

16   forth and that the taking of said deposition was

17   commenced and completed as hereinabove set out.

18

19           I further certify that I am not attorney

20   or counsel of any of the parties, nor am I a

21   relative or employee of any attorney or counsel of

22   any party connected with the action, nor am I

23   financially interested in the action.

24

25

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

176

1        The foregoing certification of this
2   transcript does not apply to any reproduction of
3   the same by any means unless under the direct
4   control and/or direction of the certifying
5   reporter.
6
7        IN WITNESS WHEREOF, I have hereunto set
8   my hand this 21st day of June, 2013.
9
10
11
12
13
14   _____
15        ROBERT V. SHORT,
16        Certified Shorthand Reporter
17
18
19
20
21
22
23
24
25

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA