# Exhibit 12
# (Submitted Under Seal)

174

1                    UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

3       -------------------------------------x

4       APPLE INC., a California corporation, :

5                         Plaintiff,          :

6           v.                                :

7       SAMSUNG ELECTRONICS CO., LTD., a      : Civil Action No.

8       Korean corporation; SAMSUNG          : 12-CV-00630-LHK

9       ELECTRONICS AMERICA, INC., a New     :

10      York corporation; SAMSUNG            :

11      TELECOMMUNICATIONS AMERICA, LLC,     :

12      a Delaware limited liability         :

13      company,                             :

14                  Defendants.              :

15      -------------------------------------x   VOLUME 2

16      (Caption continued on next page.)

17           HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

18           Videotaped Deposition of SAMSUNG parties,

19        By and through their Designated Representative,

20                        JINHYUNG KIM

21              And in his Individual Capacity

22                    Suwon, South Korea

23            Thursday, June 6, 2013   9:00 a.m.

24      Job No. 38162    Pages:  174-249

25      Reported by: Jodi Harmon, RMR, CRR

175

1    (Caption continued from previous page.)

2    ---------------------------------------x

3    SAMSUNG ELECTRONICS CO., LTD., a        :

4    Korean corporation; SAMSUNG             :

5    ELECTRONICS AMERICA, INC., a New        :

6    York corporation; SAMSUNG               :

7    TELECOMMUNICATIONS AMERICA, LLC, a      :

8    Delaware limited liability company,     :

9         Counterclaim-Plaintiffs.          :

10        v.                                 :

11   APPLE INC., a California corporation, :

12        Counterclaim-Defendants.          :

13   ---------------------------------------x

14

15        Videotaped deposition of JINHYUNG KIM,

16   held at the loction of:

17

18            Ramada Plaza - Suwon City

19            940 Ingye-Dong, Paldal-Gu

20            Suwon, Gyeonggi-do, South Korea 442-832

21            Phone:  (82) 31-230-0001

22

23            Pursuant to agreement before Jodi Harmon,

24   Registered Merit Reporter and Certified Realtime

25   Reporter.

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

179

|  |  |  |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | VIDEOGRAPHER:  This is day two of the | 09:05:25 |
| 3 | deposition of Jinhyung Kim, testifying as a 30(b)(6) | 09:05:44 |
| 4 | witness and in his personal capacity.  Today is June | 09:05:48 |
| 5 | 6, 2013, and the time is 9:05 a.m.  This deposition is | 09:05:52 |
| 6 | continuing from yesterday. | 09:05:57 |
| 7 | The court reporter is Jodi Harmon.  The same | 09:05:59 |
| 8 | counsel is present.  The oath stipulation from | 09:06:02 |
| 9 | yesterday will still apply. | 09:06:05 |
| 10 | The caption in this case is in the matter of | 09:06:08 |
| 11 | Apple versus Samsung, et al, and related counterclaim | 09:06:10 |
| 12 | held in the United States District Court, Northern | 09:06:14 |
| 13 | District of California, San Jose Division, with a | 09:06:17 |
| 14 | civil action number of 12-CV-00630 LHK-PSG. | 09:06:20 |
| 15 | We are on the record, and you may proceed. | 09:06:28 |
| 16 | WHEREUPON, | 09:06:30 |
| 17 | JINHYUNG KIM, | 09:06:30 |
| 18 | having been previously sworn, was examined and | 09:06:30 |
| 19 | testified through the interpreter as follows: | 09:06:30 |
| 20 | EXAMINATION (Cont'd) | 09:06:30 |
| 21 | BY MR. VINCENT: | 09:06:30 |
| 22 | Q    Welcome back.  You understand you are still | 09:06:31 |
| 23 | under oath? | 09:06:34 |
| 24 | A    Yes. | 09:06:38 |
| 25 | (Exhibit 9 was marked for identification.) | 09:06:39 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

183

| | | |
|---|---|---|
| 1 | [REDACTED] | 09:14:40 |
| 2 | | 09:14:46 |
| 3 | | 09:14:53 |
| 4 | MR. SUMMERS:  Objection.  I'm going to | 09:15:18 |
| 5 | caution the witness to not answer that question except | 09:15:23 |
| 6 | to the extent his information that he did not learn | 09:15:26 |
| 7 | from or at the direction of counsel. | 09:15:34 |
| 8 | LEAD INTERPRETER:  Counsel said not answer | 09:15:45 |
| 9 | that question to the extent, but not except to the | 09:15:47 |
| 10 | extent?  The interpreter is just verifying his | 09:15:49 |
| 11 | hearing. | 09:15:52 |
| 12 | MR. SUMMERS:  Maybe I'll make it again.  I | 09:15:52 |
| 13 | apologize. | 09:15:54 |
| 14 | Objection to the extent the question calls | 09:15:55 |
| 15 | for privileged information.  I'm going to caution the | 09:16:00 |
| 16 | witness to only answer that question to the extent he | 09:16:03 |
| 17 | has information that he did not learn from or at the | 09:16:07 |
| 18 | direction of counsel. | 09:16:09 |
| 19 | A    Can I just have the question again, please? | 09:16:27 |
| 20 | LEAD INTERPRETER:  By the interpreter. | 09:16:34 |
| 21 | (Speaking Korean.) | 09:16:36 |
| 22 | [REDACTED] | 09:17:01 |
| 23 | | 09:17:03 |
| 24 | | 09:17:08 |
| 25 | | 09:17:13 |

184

1       MR. SUMMERS:  Objection.  To the extent the                09:17:33

2   question calls for privileged information, I'm going           09:17:34

3   to caution the witness to only answer that question to         09:17:36

4   the extent he has information that he did not learn            09:17:38

5   from or at the direction of counsel.                           09:17:41

6                                                                  09:17:57

7                                                                  09:18:02

8                                                                  09:18:04

9                                                                  09:18:07

10                                                                 09:18:12

11      MR. SUMMERS:  Objection.  To the extent the                09:18:37

12  question calls for privileged information, I'm going           09:18:39

13  to caution the witness to only answer that question to         09:18:40

14  the extent he has information that he did not learn            09:18:42

15  from or at the direction of counsel.                           09:18:44

16                                                                 09:19:07

17                                                                 09:19:07

18                                                                 09:19:10

19                                                                 09:19:12

20                                                                 09:19:16

21                                                                 09:19:19

22                                                                 09:19:23

23                                                                 09:19:28

24                                                                 09:19:33

25                                                                 09:19:38

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

185

1

2      MR. SUMMERS:  Objection.  To the extent the

3  question calls for privileged information, I'm going

4  to caution the witness to only answer that question to

5  the extent that you have information that you did not

6  learn from or at the direction of counsel.

7

8

9

10

11

12      MR. SUMMERS:  Objection.  To the extent the

13  question calls for privileged information, I'm going

14  to caution the witness to only answer that question to

15  the extent you have information that you did not learn

16  from or at the direction of counsel.

17

18

19

20

21      MR. SUMMERS:  Objection.  To the extent the

22  question calls for privileged information, I'm going

23  to caution the witness to only answer that question to

24  the extent you have information that you did not learn

25  from or at the direction of counsel.

09:19:42
09:20:36
09:20:38
09:20:40
09:20:44
09:20:49
09:21:07
09:21:09
09:21:20
09:21:26
09:21:30
09:21:55
09:21:56
09:21:58
09:22:00
09:22:03
09:22:24
09:22:27
09:22:33
09:22:35
09:22:50
09:22:53
09:22:56
09:22:57
09:23:00

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

186



| | |
|---|---|
| 1 | 09:23:15 |
| 2 | 09:23:15 |
| 3 | 09:23:18 |
| 4 | 09:23:22 |
| 5 | 09:24:05 |
| 6 | 09:24:06 |
| 7 | 09:24:17 |
| 8 | 09:24:22 |
| 9 | 09:24:24 |
| 10 | 09:24:28 |
| 11 | 09:24:44 |
| 12 | 09:24:46 |
| 13 | 09:24:50 |
| 14  MR. SUMMERS:  Objection, foundation. | 09:25:04 |
| 15 | 09:25:16 |
| 16 | 09:25:18 |
| 17 | 09:25:19 |
| 18 | 09:25:21 |
| 19 | 09:25:23 |
| 20 | 09:25:26 |
| 21 | 09:25:47 |
| 22 | 09:25:47 |
| 23 | 09:25:54 |
| 24 | 09:25:59 |
| 25 | 09:26:02 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

187



| | | |
|---|---|---|
| 1 | | 09:26:07 |
| 2 | | 09:26:09 |
| 3 | | 09:26:16 |
| 4 | | 09:26:33 |
| 5 | | 09:26:33 |
| 6 | | 09:26:35 |
| 7 | | 09:26:45 |
| 8 | | 09:26:49 |
| 9 | | 09:26:51 |
| 10 | | 09:26:54 |
| 11 | | 09:26:58 |
| 12 | | 09:27:22 |
| 13 | | 09:27:28 |
| 14 | | 09:27:30 |
| 15 | | 09:27:34 |
| 16 | | 09:27:47 |
| 17 | | 09:27:48 |
| 18 | | 09:27:50 |
| 19 | | 09:27:55 |
| 20 | | 09:27:57 |
| 21 | MR. SUMMERS:  Objection, vague. | 09:28:25 |
| 22 | | 09:28:32 |
| 23 | | 09:28:33 |
| 24 | | 09:28:36 |
| 25 | | 09:28:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

188

1

2          MR. SUMMERS:  Objection.  To the extent the    09:29:17

3   question calls for privileged information, I'm going   09:29:19

4   to caution the witness not to answer or to only answer 09:29:21

5   to the extent you can do so separate and apart from    09:29:26

6   information you learned or at the direction of         09:29:30

7   counsel.                                               09:29:32

8                                                          09:29:47

9                                                          09:29:47

10                                                         09:29:53

11                                                         09:29:57

12                                                         09:30:00

13          MR. SUMMERS:  Objection to the extent the     09:30:25

14   question calls for privileged information.  Same      09:30:27

15   caution to the witness.                               09:30:29

16                                                         09:30:40

17                                                         09:30:42

18                                                         09:30:44

19                                                         09:30:48

20                                                         09:30:51

21          MR. SUMMERS:  Objection.  To the extent the    09:31:29

22   question calls for privileged information, same       09:31:31

23   caution to the witness.                               09:31:37

24                                                         09:31:38

25          Q    So, yesterday in the operation of devices we  09:31:51

1                                                          09:28:45

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

189

| | | |
|---|---|---|
| 1 | talked about at least the Samsung Galaxy S3 that you | 09:31:54 |
| 2 | operated was able to detect both a phone number and | 09:31:59 |
| 3 | e-mail address. | 09:32:02 |
| 4 | Do you remember that? | 09:32:03 |
| 5 | MR. SUMMERS:  Objection, mischaracterizes | 09:32:25 |
| 6 | the events of yesterday. | 09:32:28 |
| 7 | A    Oh, what I did see was those e-mail | 09:32:48 |
| 8 | addresses and phone numbers would get expressed in a | 09:32:52 |
| 9 | different form. | 09:32:56 |
| 10 | Q    What do you mean by "expressed in a | 09:32:58 |
| 11 | different form"? | 09:33:02 |
| 12 | A    It was showing things differently in | 09:33:17 |
| 13 | comparison to either what was there above or there | 09:33:20 |
| 14 | beneath. | 09:33:23 |
| 15 | Q    And, for example, on the browser when you | 09:33:25 |
| 16 | long press the phone number, what happened? | 09:33:27 |
| 17 | A    A menu popped up, right. | 09:33:41 |
| 18 | Q    And when you long pressed the e-mail | 09:33:43 |
| 19 | address, what happened? | 09:33:45 |
| 20 | A    Likewise there was a menu that popped up. | 09:33:50 |
| 21 | Q    Are you aware of any Samsung device that | 09:33:52 |
| 22 | detects only a single type of data, like only phone | 09:33:55 |
| 23 | numbers or only e-mail addresses? | 09:33:57 |
| 24 | MR. SUMMERS:  Objection, vague, scope. | 09:34:11 |
| 25 | A    I have not been able to look into each and | 09:34:15 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

190

1    every single item.                                      09:34:17

2    ███████████████████████████████████████                09:34:19

3    ███████████████████████████████████████                09:34:21

4    ███████████████████████████████████████                09:34:24

5    ███████████████████████████████████████                09:34:30

6    ███████████████████████████████████████                09:34:33

7         MR. SUMMERS:  Objection, vague, scope.             09:34:47

8         Caution the witness to not reveal the              09:34:49

9    contents of any attorney-client communications.         09:34:55

10   ███████████████████████████████████████                09:35:01

11   ███████████████████████████████████████                09:35:04

12   ███████████████████████████████████████                09:35:07

13   ███████████████████████████████████████                09:35:11

14   ███████████████████████████████████████                09:35:15

15        MR. SUMMERS:  Objection, vague, scope.             09:35:40

16        Caution the witness to not reveal the              09:35:42

17   contents of any attorney-client communications.         09:35:45

18   █████████████████                                       09:35:53

19        Q    Do you recall operating the messaging app in  09:36:03

20   the Samsung Galaxy S3 yesterday?                         09:36:07

21        A    Yes.                                           09:36:16

22        Q    Do you recall there being a phone number and   09:36:17

23   an e-mail address and then the same message on the       09:36:20

24   phone that you operated?                                 09:36:24

25        MR. SUMMERS:  Objection, vague.  Objection          09:36:34

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

191

1    to the extent it mischaracterizes the events of          09:36:36

2    yesterday.                                               09:36:40

3         A    Would you mind elaborating, please.            09:36:50

4         Q    Yes.  Do you recall there was a message that   09:36:54

5    you saw on the messaging app on the phone yesterday?     09:36:56

6         A    Yes.                                           09:37:07

7         Q    And was there an e-mail address in that        09:37:07

8    message?                                                 09:37:10

9         A    Yes, there was certain address.                09:37:14

10        Q    Was there a phone number in that message?      09:37:15

11        A    Yes, it was there below.                       09:37:22

12        Q    And did you press the e-mail message --        09:37:24

13   strike that.                                             09:37:30

14             Did you short press or tap the e-mail          09:37:30

15   address in that message?                                 09:37:34

16        A    Yes.                                           09:37:46

17        Q    Do you have Exhibit 5 there in front of you?   09:37:48

18   If you will turn to page 5 of that Exhibit, please.      09:37:54

19        A    All right.                                     09:38:11

20        Q    Do you see you the middle screenshot on page   09:38:12

21   5?                                                       09:38:14

22        A    Yes.                                           09:38:17

23        Q    To the best of your recollection, does that    09:38:17

24   appear to be the menu that appeared when you touched     09:38:19

25   or tapped the e-mail address in the message?            09:38:22

192

| | | |
|---|---|---|
| 1 | MR. SUMMERS:  Objection to the extent it | 09:38:39 |
| 2 | mischaracterizes the events of yesterday. | 09:38:41 |
| 3 | THE WITNESS:  Just the interpretation again, | 09:38:52 |
| 4 | please. | 09:38:55 |
| 5 | LEAD INTERPRETER:  (Speaking Korean.) | 09:38:55 |
| 6 | A    From what I think I can recall, I think that | 09:39:23 |
| 7 | was the case. | 09:39:26 |
| 8 | Q    And if you look at the screenshot on the | 09:39:26 |
| 9 | right-hand side, does that, to the best of your | 09:39:29 |
| 10 | recollection, correspond to the menu that appeared | 09:39:32 |
| 11 | when you tapped or touched the phone number in the | 09:39:36 |
| 12 | message? | 09:39:39 |
| 13 | MR. SUMMERS:  Objection, mischaracterizes | 09:39:56 |
| 14 | the events of yesterday. | 09:39:57 |
| 15 | A    This was not the very first screen that | 09:40:08 |
| 16 | displayed itself when I had -- first touched the | 09:40:12 |
| 17 | number. | 09:40:15 |
| 18 | Q    Was it the second screen that appeared when | 09:40:16 |
| 19 | you touched the number? | 09:40:18 |
| 20 | MR. SUMMERS:  Objection, the transcript | 09:40:29 |
| 21 | speaks for itself. | 09:40:32 |
| 22 | A    Yes, I would confirm this as being the | 09:40:37 |
| 23 | second screen that presented itself after I touched | 09:40:46 |
| 24 | the number. | 09:40:50 |
| 25 | Q    When you say "second screen," is that after | 09:40:51 |

193

| | | |
|---|---|---|
| 1 | I had taken the phone back and changed the contacts | 09:40:53 |
| 2 | and handed it back to you?  Is that what you mean by | 09:40:58 |
| 3 | "second screen"? | 09:41:02 |
| 4 | A    Yes, indeed, I am referring to that which | 09:41:24 |
| 5 | appeared after you did whatever you did and returned | 09:41:26 |
| 6 | the phone back to me. | 09:41:29 |
| 7 | Q    So, looking at the screenshots and also your | 09:41:30 |
| 8 | recollection of your operation of the S3, is it true | 09:41:35 |
| 9 | that in the messaging app different menus appear | 09:41:38 |
| 10 | depending on whether the user selects a phone number | 09:41:43 |
| 11 | or an e-mail address? | 09:41:46 |
| 12 | A    Yes, at least on the surface, that is what | 09:42:24 |
| 13 | appears to be the case. | 09:42:26 |
| 14 | Q    Are you aware of any Samsung accused device | 09:42:27 |
| 15 | that provides only a single menu for every type of | 09:42:30 |
| 16 | data in a message, for example, a menu that provides | 09:42:33 |
| 17 | options for both the e-mail addresses and phone | 09:42:38 |
| 18 | numbers, if any, in a message? | 09:42:42 |
| 19 | LEAD INTERPRETER:  Interjection by the | 09:42:54 |
| 20 | interpreter:  Would counsel mind reading his own | 09:42:55 |
| 21 | question?  Did he per chance misspeak midstream?  Just | 09:42:57 |
| 22 | for clarification. | 09:43:02 |
| 23 | MR. VINCENT:  No, but I can. | 09:43:06 |
| 24 | LEAD INTERPRETER:  Okay.  Please, for the | 09:43:08 |
| 25 | interpreter. | 09:43:10 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

194

| | | |
|---|---|---|
| 1 | Q    Are you aware of any Samsung accused device | 09:43:10 |
| 2 | that provides only a single menu that includes all of | 09:43:13 |
| 3 | the options for both e-mail addresses and phone | 09:43:16 |
| 4 | numbers as opposed to separate menus as reflected in | 09:43:18 |
| 5 | Exhibit 5? | 09:43:23 |
| 6 | A    No, you see, I have not been able to look | 09:43:51 |
| 7 | into every single one out there. | 09:43:53 |
| 8 | | 09:43:56 |
| 9 | | 09:43:58 |
| 10 | | 09:44:02 |
| 11 | | 09:44:07 |
| 12 | | 09:44:11 |
| 13 | MR. SUMMERS:  Objection, vague, outside the | 09:44:51 |
| 14 | scope. | 09:44:54 |
| 15 | THE WITNESS:  Just the interpretation again, | 09:44:57 |
| 16 | please. | 09:45:00 |
| 17 | LEAD INTERPRETER:  (Speaking Korean.) | 09:45:02 |
| 18 | | 09:45:36 |
| 19 | | 09:45:38 |
| 20 | | 09:45:41 |
| 21 | | 09:45:45 |
| 22 | | 09:45:48 |
| 23 | | 09:45:51 |
| 24 | MR. SUMMERS:  Objection, vague, outside the | 09:46:22 |
| 25 | scope. | 09:46:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

195

| | | |
|---|---|---|
| 1 | | 09:46:27 |
| 2 | | 09:46:28 |
| 3 | | 09:46:31 |
| 4 | | 09:46:33 |
| 5 | | 09:46:36 |
| 6 | MR. SUMMERS:  Objection, vague, outside the | 09:47:01 |
| 7 | scope. | 09:47:04 |
| 8 | | 09:47:07 |
| 9 | | 09:47:09 |
| 10 | | 09:47:15 |
| 11 | | 09:47:20 |
| 12 | | 09:47:25 |
| 13 | MR. SUMMERS:  Objection, vague, outside the | 09:47:56 |
| 14 | scope. | 09:48:01 |
| 15 | THE WITNESS:  Can I just have the | 09:48:14 |
| 16 | interpretation again, please? | 09:48:15 |
| 17 | LEAD INTERPRETER:  (Speaking Korean.) | 09:48:17 |
| 18 | | 09:48:55 |
| 19 | | 09:48:57 |
| 20 | | 09:49:00 |
| 21 | | 09:49:01 |
| 22 | | 09:49:04 |
| 23 | | 09:49:08 |
| 24 | MR. SUMMERS:  Objection, vague, outside the | 09:49:27 |
| 25 | scope. | 09:49:29 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

239



| | | |
|---|---|---|
| 1 | | 12:19:34 |
| 2 | | 12:19:37 |
| 3 | | 12:19:40 |
| 4 | | 12:19:50 |
| 5 | | 12:19:57 |
| 6 | | 12:21:05 |
| 7 | | 12:21:11 |
| 8 | | 12:21:22 |
| 9 | | 12:21:28 |
| 10 | | 12:21:36 |
| 11 | | 12:21:39 |
| 12 | | 12:22:00 |
| 13 | MR. SUMMERS:  I have no more questions. | 12:22:32 |
| 14 | MR. VINCENT:  Couple follow-ups. | 12:22:35 |
| 15 | EXAMINATION | 12:22:37 |
| 16 | BY MR. VINCENT: | 12:22:38 |
| 17 | | 12:22:38 |
| 18 | | 12:22:40 |
| 19 | | 12:22:42 |
| 20 | | 12:22:44 |
| 21 | | 12:22:47 |
| 22 | | 12:23:15 |
| 23 | | 12:23:17 |
| 24 | | 12:23:19 |
| 25 | | 12:23:21 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

244

| | | |
|---|---|---|
| 1 | MR. SUMMERS:  Objection, vague, calls for | 12:43:33 |
| 2 | speculation, foundation.  And objection to the | 12:43:35 |
| 3 | characterization of the files. | 12:43:40 |
| 4 | | 12:43:50 |
| 5 | | 12:43:53 |
| 6 | | 12:43:57 |
| 7 | MR. SUMMERS:  Objection, vague, calls for | 12:44:22 |
| 8 | speculation, foundation.  And objection as outside the | 12:44:23 |
| 9 | scope. | 12:44:28 |
| 10 | | 12:44:33 |
| 11 | | 12:44:34 |
| 12 | | 12:44:43 |
| 13 | | 12:44:49 |
| 14 | MR. SUMMERS:  Objection, vague as to human | 12:45:05 |
| 15 | input, calls for speculation, foundation.  And | 12:45:07 |
| 16 | objection as outside the scope. | 12:45:11 |
| 17 | | 12:45:19 |
| 18 | MR. VINCENT:  So subject to the reservation | 12:45:21 |
| 19 | of rights I stated earlier, I have no further | 12:45:25 |
| 20 | questions. | 12:45:27 |
| 21 | VIDEOGRAPHER:  Going off the record.  The | 12:45:34 |
| 22 | time is 12:45.  This is the end of Tape 3. | 12:45:35 |
| 23 | DEPOSITION OFFICER:  And does the witness | 12:45:38 |
| 24 | want to read and sign? | 12:45:38 |
| 25 | MR. SUMMERS:  Yes. | 12:45:47 |

245

1          (Signature having not been waived, the

2     videotaped deposition of JINHYUNG KIM was concluded at

3     12:45 p.m.)

4

5

6

7

8

9

10                    ACKNOWLEDGMENT OF DEPONENT

11         I, JINHYUNG KIM, do hereby acknowledge that I have

12     read and examined the foregoing testimony, and the same is

13     a true, correct and complete transcription of the testimony

14     given by me, and any corrections appear on the attached

15     errata sheet signed by me.

16

17     _____        _____

18          (DATE)                          (SIGNATURE)

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

246

CERTIFICATE

1

2    (SUWON)

3    (SOUTH KOREA)

4

5         I, Jodi Harmon, Registered Merit Reporter

6    and Certified Realtime Reporter, do hereby certify

7    that the aforementioned witness was first duly sworn,

8    per stipulation of counsel, to testify the whole

9    truth; that I was authorized to and did report said

10   deposition in stenotype; and that the foregoing pages

11   are a true and correct transcription of my shorthand

12   notes of said deposition.

13         I further certify that said deposition was

14   taken at the time and place hereinabove set forth and

15   that the taking of said deposition was commenced and

16   completed as hereinabove set out.

17         I further certify that I am not attorney or

18   Counsel of any of the parties, nor am I a relative or

19   employee of any attorney or counsel of party connected

20   with the action, nor am I financially interested in the

21   action.

22         The foregoing certification of this transcript

23   does not apply to any reproduction of the same by any

24   means unless under the direct control and/or direction

25   of the certifying reporter.

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

247

1          IN WITNESS WHEREOF, I have hereunto set my

2    hand this 7th day of June, 2013.

3

4

5          _____

6          JODI HARMON

7          Registered Merit Reporter

8          Certified Realtime Reporter

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

248

1              E R R A T A   S H E E T

2     IN RE:  APPLE VS. SAMSUNG, CASE #12-CV-00630-LHK

3     WITNESS: JINHYUNG KIM, VOLUME 2   DATE: JUNE 6, 2013

4     PAGE      LINE      CORRECTION AND REASON

5     _____     _____     _____

6     _____     _____     _____

7     _____     _____     _____

8     _____     _____     _____

9     _____     _____     _____

10    _____     _____     _____

11    _____     _____     _____

12    _____     _____     _____

13    _____     _____     _____

14    _____     _____     _____

15    _____     _____     _____

16    _____     _____     _____

17    _____     _____     _____

18    _____     _____     _____

19    _____     _____     _____

20    _____     _____     _____

21    _____     _____     _____

22    _____     _____     _____

23    _____     _____     _____

24    _____       _____

25       (DATE)                (SIGNATURE)

249

1        E R R A T A   S H E E T   C O N T I N U E D

2    IN RE:  APPLE VS. SAMSUNG, CASE #12-CV-00630-LHK

3    WITNESS: JINHYUNG KIM, VOLUME 2   DATE: JUNE 6, 2013

4    PAGE     LINE      CORRECTION AND REASON

5    _____    _____    _____

6    _____    _____    _____

7    _____    _____    _____

8    _____    _____    _____

9    _____    _____    _____

10   _____    _____    _____

11   _____    _____    _____

12   _____    _____    _____

13   _____    _____    _____

14   _____    _____    _____

15   _____    _____    _____

16   _____    _____    _____

17   _____    _____    _____

18   _____    _____    _____

19   _____    _____    _____

20   _____    _____    _____

21   _____    _____    _____

22   _____    _____    _____

23   _____    _____    _____

24   _____    _____

25      (DATE)              (SIGNATURE)