# Exhibit 13
# (Submitted Under Seal)

1

1                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

2                    SAN JOSE DIVISION

3     ---------------------------------x

4     APPLE INC., a California            :

5     corporation,                        :

6           Plaintiff,                     : Civil Action No.

7        v.                                : 12-CV-00630-LHK

8     SAMSUNG ELECTRONICS CO., LTD., a    :

9     Korean corporation, SAMSUNG,        :

10    ELECTRONICS AMERICA, INC., a New    :

11    York corporation, and SAMSUNG       :

12    TELECOMMUNICATIONS AMERICA, LLC,    :

13    a  Delaware limited liability       :

14    company,                            :

15          Defendants.                    :

16    - - - - - - - - - - - - - - - -  x

17     (Caption continued on next page.)

18                HIGHLY CONFIDENTIAL

19         VIDEOTAPED DEPOSITION of SAMSUNG PARTIES

           by and through its Designated Representative,

20

                       HUIJAE LEE

21

                     Suwon, Korea

22                Friday, July 5, 2013

                     8:32 a.m.

23

24     Job No.:  39334

       Pages:  1 - 152

25     Reported by:  Deborah Marshall, RPR

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

2

1      (Caption continued from previous page.)

2      ---------------------------------x

3    SAMSUNG ELECTRONICS CO., LTD., a      :

4    Korean corporation, SAMSUNG,          :

5    ELECTRONICS AMERICA, INC., a New      :

6    York corporation, and SAMSUNG         :

7    TELECOMMUNICATIONS AMERICA, LLC,      :

8    a Delaware limited liability          :

9    company,                              :

10          Counterclaim-Plaintiffs,       :

11        v.                               :

12   APPLE INC., a California              :

13   corporation,                          :

14         Counterclaim-Defendant.         :

15   - - - - - - - - - - - - - - - -  x

16         VIDEOTAPED DEPOSITION of HUIJAE LEE, held at the

17    Ramada Plaza - Suwon City:

18

19

20            940 Ingye-Dong, Paldal-Gu

21            Suwon City, Korea 442-832

22            82-31-230-0001

23

24         Pursuant to Notice before Deborah Marshall, a

25    Registered Professional Reporter.

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

6

1               P R O C E E D I N G S

2          VIDEOGRAPHER:  Here begins Tape Number 1 in

3     the videotape deposition of Huijae Lee in the matter of      08:31:46

4     Apple Inc. versus Samsung Electronics                        08:31:51

5     Co., in the U.S. District Court Northern District of         08:31:54

6     California, San Jose Division, Case Number                   08:31:58

7     12-CV-00630-LHK.  Today's date is July 5th, 2013.  The       08:32:06

8     time on the video monitor is 8:32.                           08:32:09

9          The videographer today is Zach Hone,                    08:32:13

10    representing Planet Depos Asia.  This video deposition       08:32:15

11    is taking place in Suwon, South Korea.                       08:32:19

12          Would counsel please voice identify themselves         08:32:22

13    and state whom they represent.                               08:32:24

14          MR. BUROKER:  Brian Buroker of Gibson, Dunn &          08:32:27

15    Crutcher on behalf of Apple and also with me is Stephan      08:32:28

16    Choo.                                                        08:32:33

17          MR. SUMMERS:  Zachariah Summers, Quinn                 08:32:33

18    Emanuel, representing Samsung parties.                       08:32:35

19          VIDEOGRAPHER:  Court reporter's Deb Marshall.          08:32:42

20          COURT REPORTER:  Do the other people in the            08:32:50

21    room want to identify themselves?                            08:32:52

22          LEAD INTERPRETER:  Sure.  Good morning.                08:32:56

23    Albert S. Kim, interpreter.                                  08:32:56

24          CHECK INTERPRETER:  Laura Sunwoo, check                08:32:57

25     interpreter.                                                08:33:00

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

7

1        MR. LIM:  Seonghyuk Lim, Samsung in-house

2    counsel.

3        COURT REPORTER:  Okay.  Counsel understand the        08:33:05

4    court reporter is not authorized to administer oaths in

5    this venue; nevertheless, counsel wishes the court

6    reporter administer the oaths and stipulate that they

7    waive any objections to the validity of the deposition

8    based on the oaths.

9        All counsel please stipulate audibly on the

10   record.                                                    08:33:26

11       MR. BUROKER:  We stipulate.                            08:33:26

12       MR. SUMMERS:  We stipulate.                            08:33:27

13       COURT REPORTER:  Okay.  Please raise your

14   right hand.

15       Do you swear or affirm that you will well and

16   truly translate from the Korean language into the

17   English language and from the English language into the

18   Korean language to the best of your ability?              08:33:53

19       LEAD INTERPRETER:  I do.                               08:33:53

20       CHECK INTERPRETER:  I do.                              08:33:54

21       COURT REPORTER:  Thank you.

22       Mr. Witness, Mr. Lee, would you please raise

23   your right hand.

24       Do you swear or affirm that the testimony you

25   give today will be the truth, the whole truth, and

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

8

1    nothing but the truth?

2              THE WITNESS:  I do.

3              COURT REPORTER:  Thank you.              13:24:42

4    WHEREUPON,

5                    HUIJAE LEE,

6    having been first duly sworn as noted by stipulation of

7    counsel, was examined and testified through the

8    interpreter as follows:

9              (All questions and answers interpreted.)

10                   EXAMINATION

11   BY MR. BUROKER:                                    08:34:21

12      Q.    Good morning again.  My name is Brian Buroker   08:34:21

13   and I'll be asking questions today.  So you'll     08:34:23

14   understand that you are under oath and obligated to  08:34:34

15   provide truthful and accurate testimony, is that   08:34:37

16   correct?                                            08:34:47

17      A.    Yes.                                       08:34:51

18      Q.    And do you understand that if you have any  08:34:51

19   questions about my questions, you may ask me to clarify,  08:34:56

20   but if you don't ask me to clarify, I'm going to assume  08:35:01

21   you understood my question?                         08:35:04

22      A.    Okay.                                      08:35:22

23      Q.    You're permitted to take a break whenever you  08:35:22

24   need, but I ask that you not take a break while a   08:35:26

25   question is still pending and you haven't answered it.  08:35:29

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

86

1    Q.    And when did you speak with this person?

2    A.    Likewise, I recall it as being sometime

3    between 2:00 and 3:00 o'clock.                    13:52:53

4    Q.    On Wednesday?                               13:52:56

5    A.    Yes.                                        13:52:58

6    Q.    And did you review source code or documents  13:52:59

7    relating to the calendar application at any time to  13:53:05

8    prepare for your deposition?                     13:53:08

9    A.    No, not in terms of the calendar application.  13:53:23

10   Q.    And did you speak to anybody at Samsung to  13:53:26

11   prepare to testify about the e-mail application?  13:53:29

12   A.    No.  I had no need for such because I'm the  13:53:44

13   one who handles e-mail.                          13:53:50

14   Q.    Are you still the person in charge of       13:53:58

15   developing and designing software related to the  13:54:03

16   synchronization of e-mail?                       13:54:06

17   A.    Not quite.  Nowadays I'm a little remote from  13:54:24

18   that.  Oh, at least I am a little removed in terms of  13:54:28

19   Exchange.                                        13:54:33

20   Q.    Did you review any documents or source code to  13:54:37

21   prepare to testify on issues related to synchronization  13:54:40

22   of the e-mail application to the server?         13:54:45

23   A.    No.                                         13:55:02

24   Q.    Sir, to your knowledge, has Samsung made any  13:55:02

25   modifications to any of the synchronization software on  13:55:16

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | 14:25:41 |
| 4 | | 14:25:47 |
| 5 | | 14:25:53 |
| 6 | | 14:25:56 |
| 7 | | 14:25:59 |
| 8 | | 14:26:02 |
| 9 | | 14:26:05 |
| 10 | | 14:26:10 |
| 11 | | 14:26:19 |
| 12 | MR. SUMMERS:  Objection, vague and ambiguous. | 14:26:45 |
| 13 | A. | 14:26:55 |
| 14 | | 14:26:58 |
| 15 | Q. | 14:27:00 |
| 16 | A. | 14:27:39 |
| 17 | | 14:27:47 |
| 18 | | 14:27:52 |
| 19 | | 14:27:56 |
| 20 | | 14:28:00 |
| 21 | | 14:28:06 |
| 22 | | 14:28:09 |
| 23 | | 14:28:12 |
| 24 | Q. | 14:28:26 |
| 25 | | 14:28:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

97

```
 1  ████████████████████████████████████████
 2           MR. SUMMERS:  So I'm going to caution the
 3  witness again to not reveal the contents of any          14:46:00
 4  privileged communications -- I don't think we've done    14:46:02
 5  that -- and to confine testimony to anything you might   14:46:06
 6  have learned from people other than counsel, like        14:46:12
 7  engineers, in preparation for your testimony.            14:46:15
 8       A.    Can I have the question again, please?        14:46:50
 9           MR. BUROKER:  Go ahead.                          14:46:53
10           LEAD INTERPRETER:  (Speaking Korean.)            14:46:53
11       A.   ██████████████████████████████████            14:47:13
12       Q.   ██████████████████████████████████            14:47:14
13  ████████████████████████████████████████████            14:47:22
14  ████████████████████████████████████████████            14:47:36
15  ████████████████████████████████████████████            14:47:47
16           MR. SUMMERS:  So again, I'm going to caution    14:48:02
17  the witness not to reveal the contents of any privileged 14:48:03
18  communications and to confine testimony to anything      14:48:06
19  you've learned from people other than counsel, like      14:48:09
20  engineers, in preparation for your testimony.            14:48:12
21       A.   ████████████████████████████████              14:48:35
22       Q.   ████████████████████████████████              14:48:45
23  ████████████████████████████████████████████            14:48:45
24  ███████████████████████████████████████████             14:48:51
25  ████████████████████████████████████████████            14:48:53
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



98

1      MR. SUMMERS:  The same caution.

2      Vague and ambiguous as to "who was involved."

3      A.                                                    14:49:46

4                                                            14:49:52

5                                                            14:49:56

6      Q.                                                    14:49:56

7                                                            14:50:01

8                                                            14:50:05

9                                                            14:50:08

10      MR. SUMMERS:  Same caution not to reveal            14:50:37

11  anything you might have learned from attorneys.         14:50:40

12      A.                                                   14:50:48

13                                                           14:50:51

14                                                           14:50:53

15                                                           14:50:54

16      LEAD INTERPRETER:  That was the correct             14:50:58

17  interpretation.                                         14:51:00

18      Q.                                                   14:51:01

19                                                           14:51:05

20      A.   Could you further clarify your question,       14:51:21

21  please.                                                 14:51:24

22      Q.                                                   14:51:25

23                                                           14:51:31

24                                                           14:51:35

25                                                           14:51:40

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



| | |
|---|---|
| 1 | |
| 2 | |
| 3 | 14:52:23 |
| 4 | 14:52:28 |
| 5 | 14:52:43 |
| 6 | 14:52:46 |
| 7 | 14:52:46 |
| 8 | 14:52:50 |
| 9 | 14:52:57 |
| 10 | 14:53:03 |
| 11 | 14:53:11 |
| 12 | 14:53:15 |
| 13 | 14:53:27 |
| 14 | 14:53:28 |
| 15 | 14:53:45 |
| 16 | 14:53:51 |
| 17 | 14:54:03 |
| 18 | 14:54:05 |
| 19 | 14:54:09 |
| 20 | 14:54:13 |
| 21 | 14:55:02 |
| 22 | 14:55:05 |
| 23 | 14:55:10 |
| 24 | 14:55:14 |
| 25 | 14:55:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



| | |
|---|---|
| 1 | |
| 2 | |
| 3 | 14:55:35 |
| 4 | 14:55:51 |
| 5 | 14:55:52 |
| 6 | 14:55:55 |
| 7 | 14:56:00 |
| 8 | 14:56:17 |
| 9 | 14:56:19 |
| 10 | 14:56:25 |
| 11 | 14:56:27 |
| 12 | 14:56:33 |
| 13 | 14:56:37 |
| 14 | 14:56:41 |
| 15 | 14:56:42 |
| 16 | 14:56:44 |
| 17 | 14:56:50 |
| 18 | 14:57:05 |
| 19 | 14:57:08 |
| 20 | 14:57:13 |
| 21 | 14:57:25 |
| 22 | 14:57:29 |
| 23 | 14:57:31 |
| 24 | 14:57:36 |
| 25 | 14:57:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

101

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | 14:58:12 |
| 4 | 14:58:18 |
| 5 | 14:58:20 |
| 6 | 14:58:25 |
| 7 | 14:58:49 |
| 8 | 14:58:50 |
| 9 | 14:59:02 |
| 10 | 14:59:06 |
| 11 | 14:59:10 |
| 12 | 14:59:18 |
| 13 | 15:00:13 |
| 14 | 15:00:16 |
| 15 | 15:00:16 |
| 16 | 15:00:26 |
| 17 | 15:00:29 |
| 18 | 15:00:40 |
| 19 | 15:00:44 |
| 20 | 15:00:52 |
| 21 | 15:00:57 |
| 22 | 15:01:29 |
| 23 | 15:01:32 |
| 24 | 15:01:33 |
| 25 | 15:01:36 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

102

3          MR. SUMMERS:  Objection, vague and ambiguous          15:02:07

4     as to "change."          15:02:09

5          And I want to again caution the witness not to          15:02:11

6     reveal communications with counsel and limit his          15:02:14

7     response to -- ...(overlapping speakers)...          15:02:21

8          COURT REPORTER:  "Limit his response to" what?          15:02:26

9          MR. SUMMERS:  Are you asking me?          15:02:30

10          COURT REPORTER:  Yes.          15:02:30

11          MR. SUMMERS:  Limit his response to things          15:02:31

12     that -- in preparation for this deposition.          15:02:34

13     A.          15:03:10

14          15:03:13

15          15:03:19

16     Q.          15:03:24

17          15:03:26

18          15:03:30

19          MR. SUMMERS:  Same cautions.          15:03:42

20     A.          15:03:44

21          15:03:52

22     Q.          15:04:04

23          15:04:07

24          15:04:10

25     A.          15:04:50

HIGHLY CONFIDENTIAL  - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



HIGHLY CONFIDENTIAL  - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



|  |  |  |
|---|---|---|
| 1 | A. | |
| 2 | Q. | |
| 3 | | 15:08:20 |
| 4 | | 15:08:23 |
| 5 | MR. SUMMERS:  Objection to the extent that | 15:08:38 |
| 6 | mischaracterizes testimony. | 15:08:40 |
| 7 | A. | 15:09:00 |
| 8 | | 15:09:04 |
| 9 | | 15:09:06 |
| 10 | Q. | 15:09:08 |
| 11 | | 15:09:15 |
| 12 | | 15:09:17 |
| 13 | | 15:09:23 |
| 14 | MR. SUMMERS:  Objection. | 15:09:40 |
| 15 | | 15:09:40 |
| 16 | | 15:09:43 |
| 17 | | 15:09:50 |
| 18 | LEAD INTERPRETER:  (Speaking Korean.) | 15:10:00 |
| 19 | A. | 15:10:00 |
| 20 | Q. | 15:10:03 |
| 21 | | 15:10:07 |
| 22 | | 15:10:21 |
| 23 | A. | 15:10:24 |
| 24 | Q. | 15:10:25 |
| 25 | A. | 15:10:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

105

| | | |
|---|---|---|
| 1 | Q. | |
| 2 | | |
| 3 | | 15:10:56 |
| 4 | | 15:11:04 |
| 5 | | 15:11:07 |
| 6 | | 15:11:15 |
| 7 | A.    I would like to confer with counsel to see if | 15:11:45 |
| 8 | this is something that falls under the privilege. | 15:11:48 |
| 9 | MR. SUMMERS:  Let's take a break. | 15:11:52 |
| 10 | VIDEOGRAPHER:  Off record.  Time is 15:12. | 15:11:56 |
| 11 | (A recess was taken.) | 15:12:00 |
| 12 | VIDEOGRAPHER:  Here marks the beginning of | 15:16:16 |
| 13 | Tape Number 5.  Back on record.  Time is 15:16. | 15:16:27 |
| 14 | BY MR. BUROKER: | 15:16:37 |
| 15 | Q. | 15:16:37 |
| 16 | | 15:16:41 |
| 17 | | 15:16:43 |
| 18 | | 15:16:47 |
| 19 | | 15:16:50 |
| 20 | | 15:16:54 |
| 21 | MR. SUMMERS:  So again, I want to caution the | 15:17:25 |
| 22 | witness to not reveal any communications with counsel, | 15:17:27 |
| 23 | but you can go ahead and talk about whether you made | 15:17:30 |
| 24 | it -- the determination that he's asking. | 15:17:33 |
| 25 | A. | 15:18:00 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



| | |
|---|---|
| 1 | |
| 2 | |
| 3 | 16:07:40 |
| 4 A. | 16:08:11 |
| 5 Q. | 16:08:12 |
| 6 A. | 16:08:29 |
| 7 | 16:08:34 |
| 8 | 16:08:39 |
| 9 Q. | 16:08:44 |
| 10 | 16:08:48 |
| 11 | 16:08:51 |
| 12 A. | 16:09:24 |
| 13 | 16:09:28 |
| 14 Q. | 16:09:34 |
| 15 | 16:09:45 |
| 16 | 16:09:49 |
| 17 | 16:09:53 |
| 18 A. | 16:10:49 |
| 19 | 16:10:54 |
| 20 | 16:10:57 |
| 21 | 16:11:00 |
| 22 | 16:11:05 |
| 23 | 16:11:07 |
| 24 | 16:11:11 |
| 25 | 16:11:15 |

HIGHLY CONFIDENTIAL  – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



138

3   17:18:05
4   17:18:09
5   17:18:09
6   17:18:12
7   17:18:15
8   17:18:17
9   17:18:35
10  17:18:37
11  17:18:40
12  17:18:47
13  17:19:25
14  17:19:27
15  17:19:31
16  17:19:34
17  17:19:39
18  17:19:41
19  17:19:48
20  17:19:50
21  17:19:53
22  17:19:58
23  17:20:03
24  17:20:06
25  17:20:32

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



139

16    MR. SUMMERS:  Objection, vague and ambiguous.  17:22:30

17  Objection to the extent it assumes facts in evidence.  17:22:33

18    COURT REPORTER:  Mr. Summers, could you raise  17:22:47

19  your microphone a bit and raise your voice at the end of  17:22:50

20  your objections.  17:22:58

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



140

| | | |
|---|---|---|
| 1 | | |
| 2 | A. | |
| 3 | | 17:23:49 |
| 4 | | 17:23:52 |
| 5 | | 17:23:57 |
| 6 | Q. | 17:24:00 |
| 7 | | 17:24:02 |
| 8 | A. | 17:24:13 |
| 9 | Q. | 17:24:15 |
| 10 | | 17:24:19 |
| 11 | | 17:24:25 |
| 12 | A. | 17:25:02 |
| 13 | | 17:25:05 |
| 14 | | 17:25:09 |
| 15 | Q. | 17:25:10 |
| 16 | A. | 17:25:46 |
| 17 | | 17:25:56 |
| 18 | LEAD INTERPRETER: Want to try? | 17:26:09 |
| 19 | | 17:26:10 |
| 20 | | 17:26:12 |
| 21 | | 17:26:16 |
| 22 | | 17:26:20 |
| 23 | LEAD INTERPRETER: Thank you. | 17:26:22 |
| 24 | Q. | 17:26:27 |
| 25 | | 17:26:32 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

141



| | | |
|---|---|---|
| 1 | | |
| 2 | A. | |
| 3 | | 17:27:02 |
| 4 | Q. | 17:27:05 |
| 5 | | 17:27:09 |
| 6 | | 17:27:12 |
| 7 | A. | 17:27:33 |
| 8 | Q. | 17:27:35 |
| 9 | | 17:27:45 |
| 10 | A. | 17:28:02 |
| 11 | | 17:28:05 |
| 12 | Q. | 17:28:05 |
| 13 | | 17:28:07 |
| 14 | | 17:28:10 |
| 15 | A. | 17:28:34 |
| 16 | | 17:28:36 |
| 17 | Q. | 17:28:38 |
| 18 | | 17:28:41 |
| 19 | | 17:28:47 |
| 20 | MR. SUMMERS:  Objection, compound. | 17:29:15 |
| 21 | A. | 17:29:32 |
| 22 | | 17:29:35 |
| 23 | | 17:29:40 |
| 24 | | 17:29:46 |
| 25 | | 17:29:50 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013



143

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | A. | 17:33:06 |
| 4 | Q. | 17:33:11 |
| 5 | | 17:33:16 |
| 6 | | 17:33:20 |
| 7 | A. | 17:33:43 |
| 8 | Q. | 17:33:45 |
| 9 | A. | 17:33:46 |
| 10 | | 17:34:01 |
| 11 | | 17:34:05 |
| 12 | Q. | 17:34:09 |
| 13 | | 17:34:12 |
| 14 | A. | 17:34:25 |
| 15 | Q. | 17:34:28 |
| 16 | | 17:34:34 |
| 17 | | 17:34:37 |
| 18 | | 17:34:40 |
| 19 | | 17:34:44 |
| 20 | | 17:34:52 |
| 21 | A. | 17:35:20 |
| 22 | | 17:35:23 |
| 23 | | 17:35:29 |
| 24 | Q. | 17:35:30 |
| 25 | A. | 17:35:38 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

144

| | | |
|---|---|---|
| 1 | | |
| 2 | Q. | |
| 3 | | 17:35:55 |
| 4 | | 17:36:00 |
| 5 | A. | 17:36:16 |
| 6 | Q. | 17:36:17 |
| 7 | A. | 17:36:19 |
| 8 | | 17:36:27 |
| 9 | Q. | 17:36:33 |
| 10 | | 17:36:35 |
| 11 | A. | 17:36:52 |
| 12 | | 17:36:55 |
| 13 | Q. | 17:36:59 |
| 14 | | 17:37:02 |
| 15 | | 17:37:06 |
| 16 | A. | 17:37:24 |
| 17 | | 17:37:27 |
| 18 | Q. | 17:37:28 |
| 19 | | 17:37:32 |
| 20 | | 17:37:36 |
| 21 | | 17:37:40 |
| 22 | A. | 17:38:01 |
| 23 | | 17:38:22 |
| 24 | | 17:38:26 |
| 25 | | 17:38:30 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

148

1    Q.

2

3                                                              17:47:56

4    A.                                                        17:48:31

5                                                              17:48:36

6                                                              17:48:39

7                                                              17:48:42

8                                                              17:48:46

9        MR. BUROKER:  Okay.  Given that we're at seven        17:48:51

10   hours, I don't have any more questions.                   17:48:53

11       Do you want to -- did you designate it on the         17:49:02

12   record?                                                   17:49:04

13       MR. SUMMERS:  I think we designated via the           17:49:04

14   letter.                                                   17:49:04

15       MR. BUROKER:  I mean --                               17:49:04

16       MR. SUMMERS:  Thank you.  Yeah, actually, I'm         17:49:06

17   going to go ahead and designate the transcript highly     17:49:06

18   confidential.  Thanks, Brian.                             17:49:09

19       VIDEOGRAPHER:  This concludes today's                 17:49:13

20   deposition.  Off record.  Time is 17:49.                  17:49:16

21       (Signature having not been waived, the                17:49:23

22   videotaped deposition of HUIJAE LEE was adjourned

23   at 5:49 p.m.)

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

149

1            ACKNOWLEDGEMENT OF DEPONENT

2            I, HUIJAE LEE, do hereby acknowledge that I

3    have read and examined the foregoing testimony, and the

4    same is a true, correct and complete transcription of

5    the testimony given by me, and any corrections appear on

6    the attached Errata sheet signed by me.

7

8

9    _____        _____

10        (DATE)                    (SIGNATURE)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

150

1           CERTIFICATE OF SHORTHAND REPORTER

2               I, DEBORAH MARSHALL, RPR, do hereby certify

3   that the aforementioned witness was first duly sworn as

4   noted by stipulation of counsel to testify the whole

5   truth; that I was authorized to and did report said

6   deposition in stenotype; and that the foregoing pages

7   are a true and correct transcription of my shorthand

8   notes of said deposition.

9               I further certify that said deposition was

10  taken at the time and place hereinabove set forth and

11  that the taking of said deposition was commenced and

12  completed as hereinabove set out.

13              I further certify that I am not attorney or

14  counsel of any of the parties, nor am I a relative or

15  employee of any attorney or counsel of party connected

16  with the action, nor am I financially interested in the

17  action.

18              IN WITNESS WHEREOF, I have hereunto set my

19  hand this 6th day of July, 2013.

20

21  *Deborah Marshall*

22  DEBORAH MARSHALL, RPR

23

24

25