JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and Counterclaim-Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**NOTICE OF CORRECTION OF EXHIBITS TO APPLE'S MOTIONS IN LIMINE** |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") filed its Motions in Limine, with supporting exhibits, on February 18, 2014.  D.I. 1281.  In support of such Motions in Limine, Apple filed various exhibits, including Exhibit 4 and Exhibit 12.  Apple hereby files under seal a version of Exhibit 4 with the correct highlighting conforming it to Google's sealing declaration.  Additionally, Apple now files under seal a corrected version of Exhibit 12, which is excerpts from a deposition transcript that contained the word index for such deposition transcript, that omits such word index, which the parties agree was not relied upon in their briefing regarding Apple's Motions in Limine, and in which the conformed highlighting identifying the information that the parties support sealing remains.  The public redacted versions of Exhibits 4 and 12 to be filed by Apple shall match such documents.

Dated: March 11, 2014                                    MORRISON & FOERSTER LLP

                                                         By:   */s/ Rachel Krevans*
                                                               RACHEL KREVANS

                                                               Attorneys for Plaintiff and
                                                               Counterclaim-Defendant
                                                               APPLE INC.