**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE PORTIONS OF DR. VELLTURO'S SUPPLEMENTAL REPORT)** |

[PROPOSED] ORDER
CASE NO. 12-CV-00630-LHK (PSG)

1  By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2  has moved to file under seal:
3  1. Apple's Opposition to Samsung's Motion to Strike Portions of Vellturo's
4  Supplemental Report ("Apple's Opposition").
5  In support of its motion, Apple has filed the Declaration of Jennifer Rho. For good cause
6  shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the
7  aforementioned document as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Opposition | Excerpt highlighted in yellow in the brief on page 4 |

**IT IS SO ORDERED.**

Dated: _____  By: _____
Hon. Lucy H. Koh
United States District Judge