1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333
6
7  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
8  JACK W. LONDEN (CA SBN 85776)
   jlonden@mofo.com
9  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
14 Facsimile:  (415) 268-7522
15
16 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**PROOF OF SERVICE** |

20
21
22
23
24
25
26
27
28

1

## CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE
### [Fed. R. Civ. P. 5(b)]

2

3     I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address

4  is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause,

5  and I am over the age of eighteen years.

6     I further declare that on March 12, 2014, I served a copy of:

7   1.  SAMSUNG'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF
8       DR. VELLTURO'S SUPPLEMENTAL EXPERT REPORT (Document Sought to be
        Filed Under Seal)
9   2.  DECLARATION OF JUDITH A. CHEVALIER IN SUPPORT OF SAMSUNG'S
        NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF DR.
10      VELLTURO'S SUPPLEMENTAL EXPERT REPORT (w/EXS. 1-4) (Document
        Sought to be Filed Under Seal)
11  3.  EXHIBITS 1 & 2 to the DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF
        SAMSUNG'S MOTION TO STRIKE PORTIONS OF DR. VELLTURO'S
12      SUPPLEMENTAL EXPERT REPORT (Document Sought to be Filed Under Seal)

13

14    ☒   BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a
          true and correct copy through Morrison & Foerster LLP's electronic mail system to
15        the e-mail address(s) set forth below, or as stated on the attached service list per
          agreement in accordance with Fed. R. Civ. P. 5(b).
16

17  Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:

18  *Samsungv.Apple@quinnemanuel.com*

19  Service E-mail Distribution List for Wilmer Cutler Pickering Hale and Dorr LLP:

20  *WHAppleSamsungDamagesRetrial@wilmerhale.com*

21  Service E-mail Distribution List for Gibson, Dunn & Crutcher:

22  *Apple/Samsung@gibsondunn.com*

23       I declare under penalty of perjury that the foregoing is true and correct. Executed at San

24  Francisco, California, on March 12, 2014.

25

26

27

28

1

                        Robin Sexton

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28