[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants.| CASE NO. 5:12-cv-00630-LHK<br><br>**JOINT NOTICE REGARDING ORDER RE MOTIONS TO SEAL (DOCKET NO. 1415) AND THE PARTIES' BRIEFING RELATING TO SAMSUNG'S MOTION TO COMPEL  (DOCKET NOS. 632, 633, 676, 689)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | |

On July 18, 2013, the parties filed a Joint Stipulation and [Proposed] Order Regarding Withdrawal Of Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32 ("Joint Stipulation"). (Dkt. No. 695.) The Court entered the Order the next day. (Dkt. No. 696.) Accordingly, the Court did not consider or rule on Samsung's Motion to Compel Production of Documents and Response to Interrogatory No 32 ("Samsung's Motion to Compel") (Dkt. Nos. 632, 633), Apple's Opposition to Samsung's Motion to Compel ("Apple's Opposition") (Dkt. No. 676) or Samsung's Reply in Support of its Motion to Compel ("Samsung's Reply") (Dkt. No. 689). When the parties filed the Joint Stipulation withdrawing Samsung's Motion to Compel, they understood that it mooted the motions to seal Samsung's Motion to Compel, Apple's Opposition and Samsung's Reply.

On March 7, 2014, the Court entered an Order re Motions to Seal. (Dkt. No. 1415.) This Order addressed 29 different motions to seal, including the parties' motions to seal Samsung's Motion to Compel, Apple's Opposition and Samsung's Reply.

Pursuant to Civil Local Rule 79-5(f)(2)-(3), the parties hereby provide notice to the Court that they will not be re-filing unredacted versions of Samsung's Motion to Compel, Apple's Opposition, Samsung's Reply or their accompanying declarations and exhibits, on the grounds that the materials relate solely to issues that were withdrawn prior to Court ruling on Samsung's Motion to Compel and were accordingly never considered by the Court.

Dated: March 12, 2014

| By: */s/ Mark D. Selwyn* | By: */s/ Michael Fazio* |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

William F. Lee (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1  Telephone: (650) 858-6000
2  Facsimile: (650) 858-6100

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Joint Notice Regarding Order re Motions to Seal (Docket No. 1415) and the Parties' Briefing Relating to Samsung's Motion to Compel (Docket Nos. 632, 633, 676, 689).  In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael Fazio has concurred in this filing.

Dated: March 12, 2014                    *s/* Mark D. Selwyn
                                          Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 12, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                          */s/* Mark D. Selwyn
                                          Mark D. Selwyn