# EXHIBIT A

# SUPPLEMENT

| Witness | Date | Samsung Designation | Apple Objection | Apple Counter-Designation | Samsung Objection |
|---|---|---|---|---|---|
| Watrous, Bruce | 7/12/2013 | 5:13-5:16 | | | |
| Watrous, Bruce | 7/12/2013 | 6:10-6:14 | | | |
| Watrous, Bruce | 7/12/2013 | 13:2-13:5 | | | |
| Watrous, Bruce | 7/12/2013 | 15:5-15:25 | | | |
| Watrous, Bruce | 7/12/2013 | 18:20-18:23 | | | |
| Watrous, Bruce | 7/12/2013 | 22:13-23:4 | | | |
| Watrous, Bruce | 7/12/2013 | 103:17-104:2 | | | |
| Watrous, Bruce | 7/12/2013 | 104:21-104:23 | | | |
| Watrous, Bruce | 7/12/2013 | 121:21-121:23 | | | |
| Watrous, Bruce | 7/12/2013 | 121:25-122:7 | | | |
| Watrous, Bruce | 7/12/2013 | 122:9-122:13 | | | |
| Watrous, Bruce | 7/12/2013 | 122:15-123:4 | | | |
| Watrous, Bruce | 7/12/2013 | 206:9-207:24 | | | |