# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: March 11, 2014            Time in Court: 10 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: CV12-00630 LHK
Plaintiff Attorney(s) present: Brian Buroker & Mark Selwyn
Defendant Attorney(s) present: Victoria Maroulis

### PROCEEDINGS:
**Plaintiff Apple, Inc.'s Motion for Clarification (Dkt. 1228)**

The court confirms striking paragraphs 300-304 of Dr. Mowry's Expert Report.

///