# EXHIBIT 1

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| Harold J. McElhinny (CA SBN 66781)<br>hmcelhinny@mofo.com<br>Jack W. Londen (CA SBN 85776)<br>jlonden@mofo.com<br>Rachel Krevans (CA SBN 116421)<br>rkrevans@mofo.com<br>Ruth N. Borenstein (CA SBN 133797)<br>rborenstein@mofo.com<br>Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 12-cv-00630-LHK (PSG) |

APPLE INC.'S AMENDED NOTICE PURSUANT
TO 35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

1

# APPLE INC.'S AMENDED NOTICE PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282 and the Court's March 10, 2014 Order on Pretrial Filings (Dkt No. 1427), Plaintiff Apple Inc. ("Apple") hereby submits this amended notice that it may rely at trial on one or more of the following patents, publications, and other prior art to show anticipation, obviousness, and/or the "state of the art" of one or more claims of U.S. Patent Nos. 6,226,449 and 5,579,239 (collectively, the "Samsung Patents-in-Suit").

In addition to the items and people listed below, Apple incorporates by reference all patents, publications, and other prior art cited in the expert reports submitted by Apple in this action, or otherwise provided or disclosed to Samsung in this action or other actions involving the Samsung Patents-in-Suit.

Apple also incorporates by reference all prior art cited and/or contained in the prosecution records of the applications that issued as the Samsung Patents-in-Suit, and any related patent applications that were filed in the United States or world.

Apple further incorporates by reference all Invalidity Contentions served in this action, its List of Trial Exhibits (as amended), the Parties' Joint Exhibit List (as amended), its Witness List (as amended), its Identification of Third Party Declarations Pursuant to October 8, 2013 Stipulation (Dkt. No. 795), and its February 10, 2014 Case Narrowing Statement. (Dkt. No. 1255.)

A. PATENTS

The '449 Patent

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| 1. | United States | 6,104,430 | August 15, 2000 | Fukuoka |

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| 2. | United States | 5,796,428 | August 18, 1998 | Matsumoto et al. |
| 3. | United States | 5,444,483 | August 22, 1995 | Maeda |
| 4. | United States | 5,633,678 | May 27, 1997 | Parulski et al. |
| 5. | United States | 5,613,032 | March 18, 1997 | Cruz et al. |
| 6. | United States | 5,706,457 | January 6, 1998 | Dwyer et al. |
| 7. | United States | 5,802,361 | September 1, 1998 | Wang et al. |
| 8. | United States | 5,786,851 | July 28, 1998 | Kondo et al. |
| 9. | United States | 5,815,201 | September 29, 1998 | Hashimoto et al. |
| 10. | United States | 4,939,594 | July 3, 1990 | Moxon et al. |
| 11. | United States | 4,982,291 | January 1, 1991 | Kurahashi et al. |
| 12. | United States | 5,001,568 | March 19, 1991 | Efron et al. |
| 13. | United States | 5,130,813 | July 14, 1992 | Oie et al. |
| 14. | United States | 5,130,860 | July 14, 1992 | Nagashima et al. |
| 15. | United States | 5,361,173 | November 1, 1994 | Ishii et al. |
| 16. | United States | 5,459,582 | October 17, 1995 | Takahashi |
| 17. | United States | 5,706,097 | January 6, 1998 | Schelling et al. |
| 18. | United States | 5,760,767 | June 2, 1998 | Shore et al. |
| 19. | United States | 5,850,500 | December 15, 1998 | Hirayama et al. |
| 20. | United States | 5,911,032 | June 8, 1999 | Hirayama et al. |
| 21. | Japan | H7-7647 | January 10, 1995 | Hashimoto |
| 22. | Japan | H05-344460 | December 24, 1993 | Yamada |
| 23. | Japan | H2-292974 | December 4, 1990 | Takarada |

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| 24. | Japan | 3272289 | December 1991 | Nagasaki |
| 25. | Japan | 7264530 | October 1995 | Murase |
| 26. | Japan | 7284058 | October 1995 | |
| 27. | Japan | 686214 | March 1994 | |

The '239 Patent

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| 1. | United States | 4,825,457 | April 25, 1989 | Lebowitz |
| 2. | United States | 4,963,995 | October 16, 1990 | Lang |
| 3. | United States | H1175 | April 6, 1993 | Giorgio |
| 4. | United States | 2,095,360 | October 12, 1937 | Green |
| 5. | United States | 2,203,758 | June 11, 1940 | Walker |
| 6. | United States | 2,302,852 | November 24, 1942 | Goddard |
| 7. | United States | 2,576,115 | November 27, 1951 | Hill |
| 8. | United States | 2,881,427 | April 7, 1959 | Huber |
| 9. | United States | 3,969,040 | July 13, 1976 | Gharavi |

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| 10. | United States | 4,311,877 | January 19, 1982 | Kahn |
| 11. | United States | 4,337,483 | June 29, 1982 | Guillou |
| 12. | United States | 4,637,035 | January 13, 1987 | Betts |
| 13. | United States | 4,663,660 | May 5, 1987 | Fedele *et al.* |
| 14. | United States | 4,734,920 | March 29, 1988 | Betts |
| 15. | United States | 4,811,407 | March 7, 1989 | Blokker, Jr. *et al.* |
| 16. | United States | 4,825,286 | April 25, 1989 | Graves |
| 17. | United States | 4,862,456 | April 29, 1989 | Giorgio |
| 18. | United States | 4,864,567 | September 5,1989 | Giorgio |
| 19. | United States | 5,016,100 | May 14, 1991 | Citta *et al.* |
| 20. | United States | 5,058,133 | October 15, 1991 | Duncanson *et al.* |
| 21. | United States | 5,062,136 | October 29, 1991 | Gattis *et al.* |
| 22. | United States | 5,065,396 | November 12, 1991 | Castellano *et al.* |
| 23. | United States | 5,127,021 | `June 30, 1992 | Schreiber |

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| 24. | United States | 5,130,792 | July 14, 1992 | Tindell *et al.* |
| 25. | United States | 5,148,272 | September 15, 1992 | Acampora *et al.* |
| 26. | United States | 5,235,680 | August 10, 1993 | Bijnagte |
| 27. | United States | 5,247,347 | September 21, 1993 | Litteral *et al.* |
| 28. | United States | 5,253,275 | October 12, 1993 | Yurt *et al.* |
| 29. | United States | 5,262,875 | November 16, 1993 | Mincer *et al.* |
| 30. | United States | 5,272,529 | December 21, 1993 | Frederiksen |
| 31. | United States | 5,293,378 | March 8, 1994 | Shimizu |
| 32. | United States | 5,355,167 | October 11, 1994 | Juri |
| 33. | United States | 5,355,450 | October 11, 1994 | Garmon *et al.* |
| 34. | United States | 5,361,278 | November 1, 1994 | Vaupel *et al.* |
| 35. | United States | 5,365,272 | November 15, 1994 | Siracusa |
| 36. | United States | 5,375,068 | December 20, 1994 | Palmer *et al.* |
| 37. | United States | 5,390,239 | February 14, 1995 | Morris *et al.* |

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| 38. | United States | 5,428,671 | June 27, 1995 | Dykes *et al.* |
| 39. | United States | 5,440,336 | August 8, 1995 | Buhro *et al.* |
| 40. | United States | 5,482,043 | January 9, 1996 | Zulauf |
| 41. | United States | 5,495,284 | February 27, 1996 | Katz |

B.   OTHER PRIOR ART

The '449 Patent

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 42. | Ricoh RDC-1 | Ricoh |
| 43. | Apple PhotoFlash | Apple |
| 44. | Apple PhotoFlash User's Guide, 1994, pp. cover, i-xi, 1-147 (APL630DEF-WH00000008151 – 8308) | Apple |
| 45. | Apple Confidential Price Lists, Nov. 14, 1994, APLNDC630-0000117688 - 117715 | Apple |
| 46. | Apple QuickTake 150 User's Guide for Macintosh, APL630DEF-WH00007069 - APL630DEF-WH00007138 | Apple |
| 47. | MacWorld, Aug. 1995, APLNDC630-0000207071- APLNDC630-0000207333 | MacWorld |
| 48. | MacWorld, Dec. 1995, APLNDC630-0000210019 - APLNDC630-0000210334 | MacWorld |
| 49. | Ricoh RDC-1 Brochure, pp.1-6 (RICOH00002-7) | Ricoh |
| 50. | Ricoh RDC-1 Specification, pp.1-4 (RICOH00133-136) | Ricoh |
| 51. | Ricoh RDC-1 Instruction Manual, pp. cover, i-iii, 1-118 (RICOH00377-500) | Ricoh |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 52. | Ricoh RDC-1 Service Manual, pp. cover, 1-123 (RICOH00008-132) | Ricoh |
| 53. | ArcSoft PhotoStudio User's Manual, 1994, pp. cover, copyright,  i-ii, 1-1 - 6-10 (ARCSOFT_630DEF_000000001-99) | ArcSoft |
| 54. | ArcSoft PhotoStudio User's Manual, 1995, pp. cover, copyright, i-ii, 1-1 - 5-9 (ARCSOFT_630DEF_00000100-147) | ArcSoft |
| 55. | ArcSoft PhotoStudio User's Manual, 1996, pp. cover, copyright, i-ii, 1-1 - 5-10 (ARCSOFT_630DEF_00000148-196) | ArcSoft |
| 56. | ArcSoft PhotoStudio Brochure, pp. 1-4 (ARCSOFT_630DEF_00000197-200) | ArcSoft |
| 57. | Ricoh PhotoStudio 2.0 User Guide, 4/97, , pp. cover, copyright, 1-1 - 4-24 (APL630DEF-WH-A0000014950-15096) | Ricoh |
| 58. | Ricoh PhotoStudio 2.0.1 User Manual, 4/97, pp. cover, copyright, 1-1 - 5-10 (APL630DEF-A0000015097-15196) | Ricoh |
| 59. | Casio QV-10 | Casio |
| 60. | Windows 95 | Microsoft |
| 61. | RDC-1 Evaluation Units, pp. 1, 2, 1 (RC 1293-1295) | Ricoh |
| 62. | RDC-1 Invoices, pp, 1-41, invoices 42-121 (RC 1203-1324) | Ricoh |
| 63. | RDC-1 Sales Data, pp. 1-6 (RC 0849-854) | Ricoh |
| 64. | RDC-1 Suggested Retail Price List, February 22, 1996, pp. 1-3 ( RC 1350-1352) | Ricoh |
| 65. | ArcSoft Corporate Backgrounder, pp. 1-16 (RC 0649-664) | Ricoh/ArcSoft |
| 66. | Computer Chronicles Video, APL630DEF-WH-A0000034381, December 1995 | Stewart Cheifet Productions |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 67. | Windows 95 User Guide, 1995, pp. cover, i-xv, 1-95 (APL630DEF-WH0000027571-683) | Microsoft |
| 68. | Microsoft Windows 95 Is Available Today at Retail Outlets Worldwide, August 24, 1995, pp. 1-4 (MSFT-00630-011238-11241) | Microsoft |
| 69. | The Way Windows 95 Works, Microsoft Press, 1995, pp. cover, 1-129 (MSFT-00630-011242-11372) | Microsoft |
| 70. | Ricoh RDC-1 Brochure, 1995, pp. 1-4 (APL630DEF-WH-A0000035285-APL630DEF-WH-A0000035288 ) | Ricoh |
| 71. | Ricoh Press Release, Feb. 22, 1996, APL630DEF-WH-A0000035282 - APL630DEF-WH-A0000035284 | Ricoh |
| 72. | Byte Magazine, Vol. 21, No. 1, Jan. 1996, APL630DEF-WH-A0000018997 - APL630DEF-WH-A0000018998 | Byte |
| 73. | MacUser article, Mar. 1996, pp. cover, 25 (APL630DEF-WH-A0000019001 - APL630DEF-WH-A0000019005) | MacUser |
| 74. | Television Digest article, Nov. 27, 1995, APL630DEF-WH-A0000018999 - APL630DEF-WH-A0000019000 | Television Digest |
| 75. | Important Information About Your Manuals, APL630DEF-WH0006820010 - APL630DEF-WH0006820010 | Apple |
| 76. | Macintosh PhotoFlash Getting Started, APL630DEF-WH0006996654 - APL630DEF-WH0006996703 | Apple |
| 77. | Macintosh PhotoFlash Tutorial, APL630DEF-WH0006996704 - APL630DEF-WH0006996738 | Apple |
| 78. | Macintosh PhotoFlash User's Guide, APL630DEF-WH0006996739 - APL630DEF-WH0006996896 | Apple |
| 79. | Macintosh PhotoFlash User's Guide, APL630DEF-WH0006996897 - APL630DEF-WH0006997109 | Apple |
| 80. | Casio QV-10B Owner's Manual, pp. cover, 1-89 (CASIO 000001 - CASIO 000046) | Casio |
| 81. | Casio QV-10B Service Manual & Parts List, July 1995, pp. cover, 1-38 (CASIO 000085 - CASIO 0000121) | Casio |
| 82. | Casio QV-10A Owner's Manual, pp. cover, 1-70 (CASIO 00126 - CASIO 00196) | Casio |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 83. | Service Manual & Parts List Casio QV-10A, April 1996, pp. cover, 1-34 (CASIO 00197 - CASIO 00232) | Casio |
| 84. | Casio QV-10 Sales Spreadsheet, CASIO 000233- CASIO 000238 | Casio |
| 85. | Casio QV-10 Sales Spreadsheet, CASIO 000239 - CASIO 000242 | Casio |
| 86. | Casio Press Release, Jan. 6, 1995, APL630DEF-WH-A0000034377 - APL630DEF-WH-A0000034380 | Casio |
| 87. | Computers Bow To Gadgets At Consumer Show, Denver Post article, Jan. 9, 1996, APL630DEF-WH-A0000020926 - APL630DEF-WH-A0000020928 | Denver Post |
| 88. | Casio QV-10 article, APL630DEF-WH-A0000034371 - APL630DEF-WH-A0000034376 | |
| 89. | InfoWorld article, Nov. 4, 1996, p. 3 (APL630DEF-WH-A0000020921 - APL630DEF-WH-A0000020925 ) | InfoWorld |
| 90. | Hitachi MPEG Basic Presentation, Jan. 24, 1996, HIT00180 - HIT00189 | Hitachi |
| 91. | Hitachi MP-EG1 User Manual, APL630DEF-WH-A0000015299-15505 | Hitachi |
| 92. | Hitachi MPEG1A User Manual, APL630DEF-WH-A0000015506-15606 | Hitachi |
| 93. | Hitachi MP-EG-1 Articles Produced by Samsung, SAMNDCA630-06812308 - SAMNDCA630-06812368 | Hitachi |
| 94. | QuickTake 100 Service Manual, 1994, Kodak0861 - Kodak1068 | Kodak |
| 95. | Kodak Professional DCS 200 User's Manual, 1993, Kodak0399 - Kodak0538 | Kodak |
| 96. | ITU-T Recommendation H.261, March 1993, APL630DEF-WH-A0000039268 - APL630DEF-WH-A0000039295 | ITU |
| 97. | ITU-T Recommendation H.262, July 1995, APL630DEF-WH-A0000039296 - APL630DEF-WH-A0000039506 | ITU |
| 98. | ITU-T Recommendation H.263, March 1996, APL630DEF-WH-A0000039507-39556 | ITU |

The '239 Patent

APPLE INC.'S AMENDED NOTICE PURSUANT
TO 35 U.S.C. § 282
10                          Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 99. | ActionMedia II Delivery Board and Capture Module Product Brief (11 pages, incl. cover page, copyright page, pp. 1-8, specifications page, back page) (161DOC000324-34) | Intel |
| 100. | Understanding PC Video (1993), pp. 1-12 (161DOC000570-81) | Intel |
| 101. | Hadley, Keith A. "Kodak SV9600 Still Video Transceiver" (1989), journal cover page, pp. i-ii, 238-245 (APL630DEF-WH0000014630-40) | Optical Sensors and Electronic Photography, Vol. 1071 of the Proceedings of The Society of Photo-Optical Instrumentation Engineers |
| 102. | Facsimile from Intel to Kevin Corbett (December 3, 1992), pp. 1-42, containing: Fax cover sheet; cover letter; RT Video Developer's Kit Products Order Information; RT Video Developer's Kit Product Brief; ActionMedia II Products Ordering Information; Intel ActionMedia II Delivery Board and Capture Module Product Brief; IndeoVideo brochure; and Available Literature on Intel's DVI Multimedia (SAMNDCA630-00831185-226) | Samsung; Intel |
| 103. | Facsimile from AVTEX to Mitch Freeman (December 14, 1992), pp. 1-12, containing: Fax cover sheet; ActionMedia II Delivery Board Product Brief; ActionMedia II Capture Module Product Brief; Indeo Quick Configuration Guide; Indeo Video brochure (SAMNDCA630-00830180-91) | Samsung; Intel |
| 104. | Intel Smart Video Recorder Installation Guide and Video Tips (1993), cover page, Expert's Guide, pp. i-iv, Ch. 1-3, Glossary, Index, back page (ZINGERMANNDCA630-00000149-92) | Intel; Scott Zingerman |
| 105. | Rosenthal et al. "Planetary Data Distribution System" (December 2, 1993), pp. 1-6 | File history |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 106. | McConnell "TV, Phone Home: GTE Mobilenet Service Is Delivering Compressed Video over Cellular Channels" (May 2, 1994), SAMNDCA630-00832671 to 673 | DIALOG; Broadcasting & Cable, v124, n18, p50(1); File history |
| 107. | "Odetics demonstrated FasTrans2000 digital cellular transmitter capable of sending compressed digital video over cellular link, officials said." (September 13, 1994) | DIALOG; Communications Daily, V14, n177, p4(1); File history |
| 108. | Brochure, Microcom BridgeRouter *Introducing the WANmiser Advantage* (September 1993) | File history |
| 109. | ActionMedia II Delivery Board and Capture Module | Intel |
| 110. | SV9600 Still Video Transceiver | Kodak |
| 111. | Facsimile from NB Engineering to Mitch Freeman (December 14, 1992), pp. 1-11 (SAMNDCA630-00831227 to 248) containing: fax cover sheet; ActionMedia II Capture Module Features; ActionMedia II Delivery Board and Capture Module Product Briefs; ActionMedai II SDK For Windows and OS/2 Product Brief; RT Video Developer's Kit Product Brief; IndeoVideo Intel Video Technology brochure | Samsung; Intel |
| 112. | Microsoft Video for Windows User's Guide (1992) (APL630DEF-WH-A0000004783 to 940) | Microsoft |
| 113. | Procomm Plus for Windows User Manual (1992) (APL630DEF-WH-A0000026969 to 7151) | Datastorm Technologies, Inc. |
| 114. | Benson and Whitaker, Television Engineering Handbook, Revised Edition (1992) (APL630DEF-WH-A0000036679 to 775) | McGraw-Hill, Inc. |
| 115. | Udani, Sanjay K. "Experimental Evaluation of a Video Capture Board for Networked Workstations" (1993), pp. i-v, 1-28 (APL630DEF-WH-A0000032228 to 62) | University of Pennsylvania, School of Engineering and Applied Science; http://repository.upenn.edu/cis_reports/321/ |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 116. | PC Magazine, Microsoft Goes Hollywood With Video for Windows (January 12, 1993), cover page and pp. 38-39 | PC Magazine, Vol. 12, No. 1 |
| 117. | InfoWorld, Shareview transforms phones (February 1, 1993), cover page and p. 28 | InfoWorld, Vol. 15, Issue 5 |
| 118. | Compute, Multimedia PC (February 1993), pp. 1, 2, 94 | Compute, Vol. 15, No. 2, Issue 149 |
| 119. | PC Magazine, VideoSpigot Pours Full-Motion Video Into Your PC (January 26, 1993), pp. 7, 12, 50 | PC Magazine, Vol. 12, No. 2 |
| 120. | VideoLinx:  NTSC Video Display and Capture Card brochure (January 17, 1992), pp. 1-2 | Samsung; Brown-Wagh Publishing |
| 121. | M&M Pro Real-Time Video, Compression, VGA, and Audio brochure, p. 1 | Samsung; Omnicomp Graphics Corporation |
| 122. | Ventek 24 bit /pixel Color Video Capture Subsystem Model VIP 640C brochure (1990), pp. 1-2 | Samsung; Ventek Corporation |
| 123. | SuperVIA High Resolution Real Time Color Imaging brochure, p.1 | Samsung; Jovian Logic Corporation |
| 124. | SNAPplus Desktop Video Adapter Makes your PC a Video Computer brochure, p. 1 | Samsung; Cardinal Technologies, Inc. |
| 125. | ProMovie Spectrum Video Capture Card brochure (February 10, 1993), pp. 1-6 (SAMNDCA630-00831474 – 79) | Samsung; Media Vision Multimedia Products |
| 126. | Facsimile from TouchVision Systems, Inc. to Mitch Freeman (March 18, 1993, pp. 1-12 containing D/Vision DVI Digital Video Capture / Edit Tool product literature (SAMNDCA630-00831505 – 16) | Samsung; TouchVision Systems, Inc. |
| 127. | Intel Smart Video Recorder brochure (1993), pp. 1-7 (SAMNDCA630-00832153 – 59) | Samsung; Intel |
| 128. | MegaMotion Video Capture Card brochure (1993), p.1 | Alpha Systems Lab, Inc. |
| 129. | QuickVIA Digital Video Recorder brochure (1993), pp. 1-2 | Jovian Logic Corporation |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 130. | "Dedicated and programmable ICs tackle low-cost audio" (June 17, 1993), pp. 1-6 | Reed Business Information, Inc.; WestlawNext |
| 131. | "Fast Windows, part III: ease into multimedia excitement" (January 1, 1993), pp. 1-6 | Computer Shopper, Vol. V13, Issue n1; WestlawNext |
| 132. | Indeo Quick Configuration Guide, 161DOC000543 | Intel |
| 133. | Indeo Video Brochure (1992), 161DOC000557-61 | Intel |
| 134. | DVI Technology - The Digital Future of Multimedia, 161DOC000919-26 | Intel |
| 135. | Intel Smart Video Recorder Brochure (1993), 161DOC000582-85 | Intel |
| 136. | DVI Technology the Multimedia Solution (1990), 161DOC000001-12 | Intel |
| 137. | DVI Technology 1989 Announcement Chronology, cover page and pp. 1-6 | Intel |
| 138. | ActionMedia 750 Price List 1990, pp. 1-3 | Intel |
| 139. | ActionMedia 750 Family Product Brief (1991), cover page, copyright page, table of contents, introduction page, pp. 1-13 (161DOC000032-50) | Intel |
| 140. | i750 Video Processor Product Briefs (1990), cover page, copyright page, pp. 1-5 (161DOC000252-58) | Intel |
| 141. | A New Dimension in MultiMedia Computing (collection of articles) (1990), 161DOC000260-300 | Intel |
| 142. | ActionMedia II Installation Guide for MicroChannel (1991), pp. i-iv, table of contents, 1-1 to 3-34, Index | Intel |
| 143. | RT Video Developers Kit Product Brief (1992), 161DOC000411-14 | Intel |
| 144. | Understanding Personal Conferencing (1994), pp. 1-8 | Intel |

APPLE INC.'S AMENDED NOTICE PURSUANT TO 35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 145. | Intel RT Developers Kit News Release (1992), 161DOC000518-19 | Intel |
| 146. | NB Engineering News Release re Distribution of RT Video (1992), 161DOC000520 | Intel |
| 147. | Picture of RT Video board, 161DOC000523 | Intel |
| 148. | Intel News Release  Intel Demonstrates MPEG on i750 Processor (1992), 161DOC000541-42 | Intel |
| 149. | Intel News Release Announcing Indeo (1992), 161DOC000551-52 | Intel |
| 150. | Intel News Release Announcing Video for Windows with Indeo (November 10, 1992), 161DOC000553-54 | Intel |
| 151. | Picture of ActionMedia boards, 161DOC000598 | Intel |
| 152. | Intel / IBM News Release (February 27, 1990), pp. 1-4 (161DOC000614-17) | Intel |
| 153. | ActionMedia Product Brief (1990), 161DOC000637-41 | Intel |
| 154. | Press Release Announcing Video Clipper Card (1992), 161DOC000657-58 | Intel |
| 155. | Press Release Announcing Video Spigot Card (1992), 161DOC000708-9 | Intel |
| 156. | Intel News Release Announcing Intel Smart Video Recorder (1993), 161DOC000813-15 | Intel |
| 157. | i750 Video Processor Product Briefs (1991), 161DOC000825-32 | Intel |
| 158. | ActionMedia II DOS Software Installation Guide (1991), 161DOC000833-88 | Intel |
| 159. | Intel DVI Compression Algorithm Product Briefs (1991), 161DOC000903-6 | Intel |
| 160. | Intel Newsletter re Comdex Award for ActionMedia, 161DOC000907-14 | Intel |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 161. | ActionMedia II Delivery Board Installation Guide (1992), 161DOC002255-346 | Intel |
| 162. | ActionMedia II Capture Module Installation Guide (1992), 161DOC002530-66 | Intel |
| 163. | Arch C. Luther, Intel Digital Video for PCs, 2d edition (1991), Intel-McGraw-Hill, 161DOC002786-3149 | Intel |
| 164. | RT Developers Kit Installation Guide (1992), 161DOC003150-233 | Intel |
| 165. | ZyXel U-1496 Portable Modem/Fax with Cellular Capabilities, SAMNDCA630-00831810–11 | Samsung |
| 166. | Network World, Data Packets, Network World (Nov. 16, 1992), pp. 1, 9 [APL630DEF-WH-A0000020603-4] | Network World, Vol. 9, No. 46 |
| 167. | Network World, Fast Modems Just Got Faster (April 19, 1993), pp. 1, 40-48 [APL630DEF-WH-A000020605-14] | Network World, Vol. 10, No. 16 |

C.   **PERSONS TO BE IDENTIFIED UNDER 35 U.S.C. § 282**

1. <u>Dr. James A. Storer</u>.  Dr. Storer may be contacted through Apple's counsel.

2. <u>Keith A. Hadley</u>.  Mr. Hadley may be contacted through Apple's counsel.

3. <u>Michael Freeman</u>. 6141 South Knoxville Avenue, Tulsa, Oklahoma, 74135.

4. <u>Mitchael Freeman</u>. 219 South Elm, Sapulpa, Oklahoma, 74066

5. <u>Chad Boss</u>. 1224 South 141st East Avenue, Tulsa, Oklahoma, 74108.

6. <u>Richard Freeman</u>. 563 South 87th East Avenue, Tulsa, Oklahoma, 74112

7. <u>Jeffrey Lengyel</u>.  Mr. Lengyel may be contacted through Apple's counsel.

8. <u>Yosh Moriarty</u>.  Ms. Moriarty may be contacted through Apple's counsel.

9. <u>Steve Sasson</u>.  Mr. Sasson may be contacted through Apple's counsel.

10. <u>Locksley Christian</u>.  Ricoh Americas Corp., c/o The Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

11. <u>Christine Roy</u>.  Casio America, Inc., 570 Mt. Pleasant Ave, Dover, NJ 07801.

12. <u>Terrence Trussell</u>.  Casio America, Inc., 570 Mt. Pleasant Ave, Dover, NJ 07801.

13. <u>Patrick Gogerty</u>.  Microsoft Corporation, One Microsoft Way, Redmond, WA 98052.

14. <u>Jian Xu</u>.  ArcSoft, Inc., ArcSoft, Inc., 46601 Fremont Blvd., Fremont, CA 94538

15. <u>Mike Lin</u>.  ArcSoft, Inc., 46601 Fremont Blvd., Fremont, CA 94538.

16. <u>Nancy Wahl</u>.  Eastman Kodak Company, 3 State St., Rochester, NY 14650.

17. <u>Neal Manowitz</u>.  Sony Electronics, Inc., 16530 Via Esprillo, San Diego, CA 92127.

18. <u>Stewart Cheifet</u>.  15 French Creek Place, San Mateo, CA 94402.


Apple reserves the right to supplement or to modify the foregoing through and including the time of trial.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  March 13, 2014 | /s/ Mark D. Selwyn |
| 3 | | Mark D. Selwyn (SBN 244180)<br>(mark.selwyn@wilmerhale.com) |
| | | WILMER CUTLER PICKERING |
| 4 | |   HALE AND DORR LLP |
| 5 | | 950 Page Mill Road<br>Palo Alto, California  94304 |
| 6 | | Telephone:  (650) 858-6000<br>Facsimile:   (650) 858-6100 |
| 7 | | |
| 8 | | William F. Lee (admitted *pro hac vice*)<br>(william.lee@wilmerhale.com) |
| 9 | | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 10 | | 60 State Street<br>Boston, Massachusetts  02109 |
| 11 | | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 12 | | |
| 13 | | Harold J. McElhinny (CA SBN 66781)<br>hmcelhinny@mofo.com |
| 14 | | Jack W. Londen (CA SBN 85776)<br>jlonden@mofo.com |
| 15 | | Rachel Krevans (CA SBN 116421)<br>rkrevans@mofo.com |
| 16 | | Ruth N. Borenstein (CA SBN 133797) |
| 17 | | rborenstein@mofo.com<br>Erik J. Olson (CA SBN 175815) |
| 18 | | ejolson@mofo.com<br>MORRISON & FOERSTER LLP |
| 19 | | 425 Market Street |
| 20 | | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 |
| 21 | | Facsimile: (415) 268-7522 |
| 22 | | Attorneys for Plaintiff and |
| 23 | | Counterclaim-Defendant Apple Inc. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing document has been served on March 13, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                                        */s/* Mark D. Selwyn
                                                                       Mark D. Selwyn