# EXHIBIT 2

1    JOSH A. KREVITT (CA SBN 208552)              WILLIAM F. LEE (*pro hac vice*)
2    jkrevitt@gibsondunn.com                       william.lee@wilmerhale.com
     H. MARK LYON (CA SBN 162061)                  WILMER CUTLER PICKERING
3    mlyon@gibsondunn.com                              HALE AND DORR LLP
     GIBSON, DUNN & CRUTCHER LLP                   60 State Street
4    1881 Page Mill Road                           Boston, Massachusetts  02109
     Palo Alto, California  94304-1211             Telephone:  (617) 526-6000
5    Telephone:  (650) 849-5300                    Facsimile:  (617) 526-5000
     Facsimile:  (650) 849-5333
6
     Harold J. McElhinny (CA SBN 66781)            MARK D. SELWYN (CA SBN 244180)
7    hmcelhinny@mofo.com                           mark.selwyn@wilmerhale.com
     Jack W. Londen (CA SBN 85776)                 WILMER CUTLER PICKERING
8    jlonden@mofo.com                                  HALE AND DORR LLP
     Rachel Krevans (CA SBN 116421)                950 Page Mill Road
9    rkrevans@mofo.com                             Palo Alto, California  94304
     Ruth N. Borenstein (CA SBN 133797)            Telephone:  (650) 858-6000
10   rborenstein@mofo.com                          Facsimile:  (650) 858-6100
     Erik J. Olson (CA SBN 175815)
11   ejolson@mofo.com
     MORRISON & FOERSTER LLP
12   425 Market Street
     San Francisco, California 94105-2482
13   Telephone: (415) 268-7000
     Facsimile: (415) 268-7522
14

15   *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

16

17                       **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
18                           **SAN JOSE DIVISION**

19
     APPLE INC., a California corporation,
20
                    Plaintiff,
21                                                  Case No. 12-cv-00630-LHK (PSG)
22         vs.

23   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
24   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
25   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
26
27                  Defendants.

28
                                                    APPLE INC.'S <u>AMENDED</u> NOTICE PURSUANT
                                                    TO
                                                    35 U.S.C. § 282
                              1                     Case No. 12-cv-630 (LHK)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>APPLE INC.'S AMENDED NOTICE PURSUANT TO 35 U.S.C. § 282</u>**

Pursuant to 35 U.S.C. § 282<u>, and the Court's March 10, 2014 Order on Pretrial Filings (Dkt No. 1427),</u> Plaintiff Apple Inc. ("Apple") hereby ~~gives~~<u>submits this amended</u> notice that it may rely at trial on one or more of the following patents, publications, and other prior art to show anticipation, obviousness, and/or the "state of the art" of one or more claims of U.S. Patent Nos. ~~7,756,087, 7,551,596,~~ 6,226,449 and 5,579,239 (collectively, the "Samsung Patents-in-Suit").

In addition to the items and people listed below, Apple incorporates by reference all patents, publications, and other prior art cited in the expert reports submitted by Apple in this action, or otherwise provided or disclosed to Samsung in this action or other actions involving the Samsung Patents-in-Suit.

Apple also incorporates by reference all prior art cited and/or contained in the prosecution records of the applications that issued as the Samsung Patents-in-Suit, and any related patent applications that were filed in the United States or world.

Apple further incorporates by reference all Invalidity Contentions served in this action, its List of Trial Exhibits (as amended~~) (Dkt. No. 1330-2~~), the Parties' Joint Exhibit List (as amended~~) (Dkt. No. 1336-3~~), its Witness List (~~Dkt. No. 1266~~<u>as amended</u>), its Identification of Third Party Declarations Pursuant to October 8, 2013 Stipulation (Dkt. No. 795), and its February 10, 2014 Case Narrowing Statement. (Dkt. No. 1255.)

**A.     PATENTS**

~~The '087 Patent~~

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| ~~1.~~ | ~~United States~~ | ~~4,736,371~~ | ~~Apr. 5, 1988~~ | ~~Tejima *et al.*~~ |

| ~~No.~~ | ~~Country~~ | ~~Patent / Publication No.~~ | ~~Date Issued/Published~~ | ~~Patentee~~ |
|---|---|---|---|---|
| ~~2.~~ | ~~United States~~ | ~~7,123,596~~ | ~~Oct. 1, 2006~~ | ~~Fukui~~ |
| ~~3.~~ | ~~United States~~ | ~~7,321,780~~ | ~~Jan. 22, 2008~~ | ~~Love *et al.*~~ |
| ~~4.~~ | ~~United States~~ | ~~6,721,294~~ | ~~Apr. 13, 2004~~ | ~~Bahrenburg *et al.*~~ |
| ~~5.~~ | ~~Europe~~ | ~~0923202 A2~~ | ~~June 1999~~ | ~~Minami~~ |

~~The '596 Patent~~

| ~~No.~~ | ~~Country~~ | ~~Patent / Publication No.~~ | ~~Date Issued/Published~~ | ~~Patentee~~ |
|---|---|---|---|---|
| ~~6.~~ | ~~United States~~ | ~~8,259,656~~ | ~~September 4, 2012~~ | ~~Chun *et al.*~~ |
| ~~7.~~ | ~~United States~~ | ~~2003/0147371~~ | ~~August 7, 2003~~ | ~~Choi *et al.*~~ |
| ~~8.~~ | ~~United States~~ | ~~6,643,813~~ | ~~November 4, 2003~~ | ~~Johansson *et al.*~~ |
| ~~9.~~ | ~~United States~~ | ~~7,391,758~~ | ~~June 24, 2008~~ | ~~Matusz~~ |
| ~~10.~~ | ~~United States~~ | ~~2002/0174276~~ | ~~November 21, 2002~~ | ~~Jiang~~ |
| ~~11.~~ | ~~United States~~ | ~~2002/0196760~~ | ~~December 26, 2002~~ | ~~Malomsoky *et al.*~~ |
| ~~12.~~ | ~~United States~~ | ~~2003/0210669~~ | ~~November 13, 2003~~ | ~~Vayanos *et al.*~~ |
| ~~13.~~ | ~~United States~~ | ~~2005/0111451~~ | ~~May 26, 2005~~ | ~~Kim~~ |
| ~~14.~~ | ~~United States~~ | ~~2005/0174985~~ | ~~August 11, 2005~~ | ~~Lee *et al.*~~ |
| ~~15.~~ | ~~United States~~ | ~~2005/0201378~~ | ~~September 15, 2005~~ | ~~Ludwig *et al.*~~ |

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| ~~16.~~ | ~~United States~~ | ~~2005/0227695~~ | ~~October 13, 2005~~ | ~~Rasanen *et al.*~~ |
| ~~17.~~ | ~~United States~~ | ~~2006/0013268~~ | ~~January 19, 2006~~ | ~~Terry~~ |
| ~~18.~~ | ~~United States~~ | ~~2006/0067364~~ | ~~March 30, 2006~~ | ~~Jung *et al.*~~ |
| ~~19.~~ | ~~United States~~ | ~~2006/0146761~~ | ~~July 6, 2006~~ | ~~Kim *et al.*~~ |
| ~~20.~~ | ~~United States~~ | ~~2006/0209896~~ | ~~September 21, 2006~~ | ~~Choi *et al.*~~ |
| ~~21.~~ | ~~United States~~ | ~~2006/0251105~~ | ~~November 9, 2006~~ | ~~Kim *et al.*~~ |
| ~~22.~~ | ~~Korea~~ | ~~1020030017279~~ | ~~March 2003~~ | |
| ~~23.~~ | ~~Korea~~ | ~~1020030067 556~~ | ~~August 2003~~ | |
| ~~24.~~ | ~~United States~~ | ~~2004/0160919~~ | ~~August 19, 2004~~ | ~~Balachandran *et al.*~~ |

The '449 Patent

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| 1. | United States | 6,104,430 | August 15, 2000 | Fukuoka |
| 2. | United States | 5,796,428 | August 18, 1998 | Matsumoto *et al.* |
| 3. | United States | 5,444,483 | August 22, 1995 | Maeda |
| 4. | United States | 5,633,678 | May 27, 1997 | Parulski *et al.* |
| 5. | United States | 5,613,032 | March 18, 1997 | Cruz *et al.* |
| 6. | United States | 5,706,457 | January 6, 1998 | Dwyer *et al.* |
| 7. | United States | 5,802,361 | September 1, 1998 | Wang *et al.* |
| 8. | United States | 5,786,851 | July 28, 1998 | Kondo *et al.* |
| 9. | United States | 5,815,201 | September 29, 1998 | Hashimoto *et al.* |

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| 10. | United States | 4,939,594 | July 3, 1990 | Moxon *et al.* |
| 11. | United States | 4,982,291 | January 1, 1991 | Kurahashi *et al.* |
| 12. | United States | 5,001,568 | March 19, 1991 | Efron *et al.* |
| 13. | United States | 5,130,813 | July 14, 1992 | Oie *et al.* |
| 14. | United States | 5,130,860 | July 14, 1992 | Nagashima *et al.* |
| 15. | United States | 5,361,173 | November 1, 1994 | Ishii *et al.* |
| 16. | United States | 5,459,582 | October 17, 1995 | Takahashi |
| 17. | United States | 5,706,097 | January 6, 1998 | Schelling *et al.* |
| 18. | United States | 5,760,767 | June 2, 1998 | Shore *et al.* |
| 19. | United States | 5,850,500 | December 15, 1998 | Hirayama *et al.* |
| 20. | United States | 5,911,032 | June 8, 1999 | Hirayama *et al.* |
| 21. | Japan | H7-7647 | January 10, 1995 | Hashimoto |
| 22. | Japan | H05-344460 | December 24, 1993 | Yamada |
| 23. | Japan | H2-292974 | December 4, 1990 | Takarada |
| 24. | Japan | 3272289 | December 1991 | Nagasaki |
| 25. | Japan | 7264530 | October 1995 | Murase |
| 26. | Japan | 7284058 | October 1995 | |
| 27. | Japan | 686214 | March 1994 | |

APPLE INC.'S AMENDED NOTICE PURSUANT
TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

The '239 Patent

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|-----|---------|--------------------------|------------------------|----------|
| ~~25.~~1. | United States | 4,825,457 | April 25, 1989 | Lebowitz |
| ~~26.~~2. | United States | 4,963,995 | October 16, 1990 | Lang |
| ~~27.~~3. | United States | H1175 | April 6, 1993 | Giorgio |
| ~~28.~~4. | United States | 2,095,360 | October 12, 1937 | Green |
| ~~29.~~5. | United States | 2,203,758 | June 11, 1940 | Walker |
| ~~30.~~6. | United States | 2,302,852 | November 24, 1942 | Goddard |
| ~~31.~~7. | United States | 2,576,115 | November 27, 1951 | Hill |
| ~~32.~~8. | United States | 2,881,427 | April 7, 1959 | Huber |
| ~~33.~~9. | United States | 3,969,040 | July 13, 1976 | Gharavi |
| ~~34.~~10 | United States | 4,311,877 | January 19, 1982 | Kahn |
| ~~35.~~11 | United States | 4,337,483 | June 29, 1982 | Guillou |
| ~~36.~~12 | United States | 4,637,035 | January 13, 1987 | Betts |
| ~~37.~~13 | United States | 4,663,660 | May 5, 1987 | Fedele *et al.* |
| ~~38.~~14 | United States | 4,734,920 | March 29, 1988 | Betts |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| 39.15 | United States | 4,811,407 | March 7, 1989 | Blokker, Jr. *et al.* |
| 40.16 | United States | 4,825,286 | April 25, 1989 | Graves |
| 41.17 | United States | 4,862,456 | April 29, 1989 | Giorgio |
| 42.18 | United States | 4,864,567 | September 5,1989 | Giorgio |
| 43.19 | United States | 5,016,100 | May 14, 1991 | Citta *et al.* |
| 44.20 | United States | 5,058,133 | October 15, 1991 | Duncanson *et al.* |
| 45.21 | United States | 5,062,136 | October 29, 1991 | Gattis *et al.* |
| 46.22 | United States | 5,065,396 | November 12, 1991 | Castellano *et al.* |
| 47.23 | United States | 5,127,021 | `June 30, 1992 | Schreiber |
| 48.24 | United States | 5,130,792 | July 14, 1992 | Tindell *et al.* |
| 49.25 | United States | 5,148,272 | September 15, 1992 | Acampora *et al.* |
| 50.26 | United States | 5,235,680 | August 10, 1993 | Bijnagte |
| 51.27 | United States | 5,247,347 | September 21, 1993 | Litteral *et al.* |
| 52.28 | United States | 5,253,275 | October 12, 1993 | Yurt *et al.* |

APPLE INC.'S AMENDED NOTICE PURSUANT TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Country | Patent / Publication No. | Date Issued/Published | Patentee |
|---|---|---|---|---|
| ~~53.~~29 | United States | 5,262,875 | November 16, 1993 | Mincer *et al.* |
| ~~54.~~30 | United States | 5,272,529 | December 21, 1993 | Frederiksen |
| ~~55.~~31 | United States | 5,293,378 | March 8, 1994 | Shimizu |
| ~~56.~~32 | United States | 5,355,167 | October 11, 1994 | Juri |
| ~~57.~~33 | United States | 5,355,450 | October 11, 1994 | Garmon *et al.* |
| ~~58.~~34 | United States | 5,361,278 | November 1, 1994 | Vaupel *et al.* |
| ~~59.~~35 | United States | 5,365,272 | November 15, 1994 | Siracusa |
| ~~60.~~36 | United States | 5,375,068 | December 20, 1994 | Palmer *et al.* |
| ~~61.~~37 | United States | 5,390,239 | February 14, 1995 | Morris *et al.* |
| ~~62.~~38 | United States | 5,428,671 | June 27, 1995 | Dykes *et al.* |
| ~~63.~~39 | United States | 5,440,336 | August 8, 1995 | Buhro *et al.* |
| ~~64.~~40 | United States | 5,482,043 | January 9, 1996 | Zulauf |
| ~~65.~~41 | United States | 5,495,284 | February 27, 1996 | Katz |

**B.     OTHER PRIOR ART**

~~The '087 Patent~~

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| ~~66.~~ | ~~3GPP TS 25.211 version 6.9.0 (November 2007), pp.1-51~~ | ~~3GPP~~ |
| ~~67.~~ | ~~3GPP TS 25.309 version 6.0.0 (Sept. 2004), pp.1-21~~ | ~~3GPP~~ |
| ~~68.~~ | ~~3GPP TS 25.309 version 6.1.0 (Dec. 2004), pp. 1-26~~ | ~~3GPP~~ |
| ~~69.~~ | ~~3GPP TS 25.309 version 6.2.0 (Mar. 2005), pp. 1-30~~ | ~~3GPP~~ |
| ~~70.~~ | ~~3GPP TS 25.309 version 6.4.0 (Sept. 2005), pp. 1-35~~ | ~~3GPP~~ |
| ~~71.~~ | ~~3GPP TS 25.309 version 6.6.0 (Mar. 2006), pp. 1-35~~ | ~~3GPP~~ |
| ~~72.~~ | ~~3GPP TS 25.321 version 5.7.0 (Dec. 2003) pp. 1-61~~ | ~~3GPP~~ |
| ~~73.~~ | ~~3GPP TS 25.321 version 6.1.0 (March 2004), pp. 1-67~~ | ~~3GPP~~ |
| ~~74.~~ | ~~3GPP TS 25.321 version 6.2.0 (June 2004), pp. 1-61~~ | ~~3GPP~~ |
| ~~75.~~ | ~~3GPP TS 25.321 version 6.3.0 (Dec. 2004), pp. 1-73~~ | ~~3GPP~~ |
| ~~76.~~ | ~~3GPP TS 25.321 version 6.6.0 (Sept. 2005), pp. 1-86~~ | ~~3GPP~~ |
| ~~77.~~ | ~~3GPP TS 25.321 version 6.18.0 (Apr. 2009) pp. 1-97~~ | ~~3GPP~~ |
| ~~78.~~ | ~~3GPP TS 25.321 version 7.0.0 (March 2006), pp. 1-94~~ | ~~3GPP~~ |
| ~~79.~~ | ~~3GPP TS 25.322 version 3.0.0 (October 1999), pp. 1-90~~ | ~~3GPP~~ |
| ~~80.~~ | ~~3GPP TS 25.331 version 6.6.0 (June 2005), pp. 1-1157~~ | ~~3GPP~~ |
| ~~81.~~ | ~~3GPP TS 25.331 version 6.21.0 (April 2009), pp. 1-1256~~ | ~~3GPP~~ |
| ~~82.~~ | ~~3GPP TR 25.896 version 6.0.0, "Feasibility Study for Enhanced Uplink for UTRA FDD (Release 6)" (March 2004), pp. 1-179~~ | ~~3GPP~~ |
| ~~83.~~ | ~~UMTS Standard Release 99 (1999)~~ | ~~3GPP~~ |
| ~~84.~~ | ~~UMTS Standard Release 4 (2001)~~ | ~~3GPP~~ |
| ~~85.~~ | ~~UMTS Standard Release 5 (2002)~~ | ~~3GPP~~ |

APPLE INC.'S <u>AMENDED</u> NOTICE PURSUANT TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 86. | UMTS Standard Release 6 (2004) | 3GPP |
| 87. | Uplink enhancements for Dedicated Transport Channels (Nov. 5, 2002) | 3GPP |
| 88. | RP-020677, "Approved Report of the 17th 3GPP TSG RAN meeting" (Dec. 3-6, 2002), pp. 1-75 | 3GPP |
| 89. | RP-020658, "Uplink Enhancements for Dedicated Transport Channels" (Sept. 3-6, 2002), pp. 1-3 | 3GPP |
| 90. | R1-041259, "LS on Minimum Set Support for HSUPA" (Motorola) (Sept. 20-24, 2004), pp. 1-2 | Motorola/3GPP |
| 91. | R2-041681, "Draft (3) Report of the 42nd TSG RAN WG2 meeting" (Aug. 16-20, 2004), pp. 1-73 | 3GPP |
| 92. | R1-041069, "AH64: Enhanced Uplink (7.1)" (Motorola) (Sept. 20-25, 2004), pp. 1-3 | Motorola/3GPP |
| 93. | R1-040881, "9.1 FDD Enhanced Uplink: Scheduling principles" (Mitsubishi) (Aug. 16-20, 2004), pp. 1-4 | Mitsubishi/3GPP |
| 94. | R1-041137, "7.3: FDD Enhanced Uplink: scheduling schemes" (Mitsubishi) (Sept. 20-24, 2004), pp. 1-4 | Mitsubishi/3GPP |
| 95. | R1-03-0284, "Scheduled and Autonomous Mode Operation for the Enhanced Uplink" (Lucent) (Feb. 17-20, 2003), pp. 1-7 | Lucent/3GPP |
| 96. | R1-031224, "Relationship between scheduling and HARQ" (Samsung) (Nov. 17-21, 2003), pp. 1-3 | Samsung/3GPP |
| 97. | R1-040861, "Autonomous transmission with TDM approach" (Samsung) (Aug. 16-20, 2004), pp. 1-3 | Samsung/3GPP |
| 98. | R1-041211, "Support of low minimum rate for EDCH" (Lucent) (Sept. 20-24, 2004), pp. 1-2 | Lucent/3GPP |
| 99. | R1-041087, "[Draft] Autonomous transmission with TDM approach" (Samsung) (Sept. 20-24, 2004), pp. 1-5 | Samsung/3GPP |
| 100. | R1-041366, "Non-scheduled transmission" (Samsung) (Nov. 15-19, 2004), pp. 1-4 | Samsung/3GPP |

APPLE INC.'S AMENDED NOTICE PURSUANT TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 101. | R2-050347, "Non-scheduled transmission" (Samsung) (Feb. 14-18, 2005), pp. 1-3 | Samsung/3GPP |
| 102. | R2-050716, "Introduction of details for the scheduling operation, non-scheduled transmission and E-TFC selection" (Feb. 14-18, 2005), pp. 1-39 | 3GPP |
| 103. | R2-051307 "Aligning EUDCH Stage 3 RRC to Stage 2" (Samsung) (May 9-13, 2005), pp. 1-43 | Samsung/3GPP |
| 104. | R2-051590 "Aligning EUDCH Stage 3 RRC to Stage 2" (Samsung) (May 9-13, 2005), pp. 1-45 | Samsung/3GPP |
| 105. | R2-051672 "Alignment of EUDCH RRC Stage-3 to Stage-2 status, including handling of 2E-RNTIs" (Samsung) (May 9-13, 2005), pp. 1-36 | Samsung/3GPP |
| 106. | RP-050327, "CRs on 25.302, 25.306, 25.321 and 25.331 on FDD Enhanced Uplink" (June -13, 2005), pp. 1-154 | 3GPP |
| 107. | Approved Report of the 27th 3GPP TSG RAN meeting (Mar. 9-11, 2005), pp. 1-59 | 3GPP |
| 108. | Draft Report of the 28th 3GPP TSG RAN meeting (June 1-3, 2005), pp. 1-76 | 3GPP |
| 109. | R2-051049, "Approved (draft 3) Report of the 46th TSG-RAN WG2 meeting" (Feb. 14-18, 2005), pp. 1-58 | 3GPP |
| 110. | R2-052063, "Approved minutes of the 47th TSG RAN WG2 meeting" (May 9-13, 2005), pp. 1-79 | 3GPP |
| 111. | HSDPA/HSUPA for UMTS: High Speed Radio Access for Mobile Communications, pp. xi-xxi, 1-245 | Holma and Toskala (ed.) |
| 112. | http://www.3gpp.org/RAN1-Radio-layer-1 (last visited 8/9/2013), APL630DEF-WH-A0000040826 – APL630DEF-WH-A0000040827 | 3GPP |
| 113. | http://www.3gpp.org/RAN1-Radio-layer-2 (last visited 8/9/2013), APL630DEF-WH-A0000040828 – APL630DEF-WH-A0000040829 | 3GPP |

The '596 Patent

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 114. | 3GPP TS 25.211 version 6.9.0 (November 2007), pp.1-51 | 3GPP |
| 115. | 3GPP TS 25.309 version 6.0.0 (September 2004), pp. 1-12 | 3GPP |
| 116. | 3GPP TS 25.309 version 6.1.0 (December 2004), pp. 1-26 | 3GPP |
| 117. | 3GPP TS 25.309 version 6.2.0 (Mar. 2005), pp. 1-30 | 3GPP |
| 118. | 3GPP TS 25.309 version 6.4.0 (Sept. 2005), pp. 1-35 | 3GPP |
| 119. | 3GPP TS 25.309 version 6.6.0 (Mar. 2006), pp. 1-35 | 3GPP |
| 120. | 3GPP TS 25.321  version 5.7.0 (December 2003), pp. 1-61 | 3GPP |
| 121. | 3GPP TS 25.321 version 6.1.0 (March 2004), pp. 1-67 | 3GPP |
| 122. | 3GPP TS 25.321 version 6.2.0 (June 2004), pp. 1-61 | 3GPP |
| 123. | 3GPP TS 25.321 version 6.3.0 (December 2004), pp. 1-73 | 3GPP |
| 124. | 3GPP TS 25.321 version 6.6.0 (Sept. 2005), pp. 1-86 | 3GPP |
| 125. | 3GPP TS 25.321 version 6.18.0 (Apr. 2009) pp. 1-97 | 3GPP |
| 126. | 3GPP TS 25.321 version 7.0.0 (March 2006), pp. 1-94 | 3GPP |
| 127. | 3GPP TS 25.322 version 3.0.0 (October 1999), pp. 1-90 | 3GPP |
| 128. | 3GPP TS 25.331 version 6.6.0 (June 2005), pp. 1-1157 | 3GPP |
| 129. | 3GPP TS 25.331 version 6.21.0 (April 2009), pp. 1-1256 | 3GPP |
| 130. | 3GPP TR 25.896 version 6.0.0, "Feasibility Study for Enhanced Uplink for UTRA FDD (Release 6)" (March 2004), pp. 1-179 | 3GPP |
| 131. | UMTS Standard Release 99 (1999) | 3GPP |
| 132. | UMTS Standard Release 4 (2001) | 3GPP |
| 133. | UMTS Standard Release 5 (2002) | 3GPP |
| 134. | UMTS Standard Release 6 (2004) | 3GPP |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 135. | 3GPP2 C.S0003-D Ver. 1.0 (Feb. 13, 2004), pp. 1-1 to 2-229 | 3GPP2 |
| 136. | R2-042664 (Change Request to 3GPP TS 25.309) (November 15-19, 2004), pp. 1-24 | Nortel/3GPP |
| 137. | Email from Denis Fauconnier, dated October 29, 2004, with attachments [including "Qualcomm 10/29/04 Proposal" and "Motorola 10/29/04 Proposal"], SAMNDCA630-02620226-239 | Nortel/3GPP |
| 138. | R2-042065, "Node B scheduler associated signalling" (Nortel)  (October 4-8, 2004), pp. 1-2 | Nortel/3GPP |
| 139. | R2-041313, "E-DCH multiplexing proposal" (Ericsson) (June 21-24, 2004), pp. 1-4 | Ericsson/3GPP |
| 140. | Email from Gert Van Lieshout, dated October 26, 2004, with attachment, SAMNDCA630-02197029-33 | Qualcomm/3GPP; Samsung |
| 141. | Dimou et al., "MAC Scheduling for Uplink Transmission in UMTS WCDMA", Vehicular Technology Conference, May 6-9, 2001, pp. 2625-2629, vol. 4, IEEE. | Vehicular Technology Conference, May 6-9, 2001 |
| 142. | Bertinelli et al., "HARQ For WCDMA Enhanced Uplink: Link Level Performance in SHO", International Symposium, Sep. 5-8, 2004, pp. 2856-2860, vol. 4, IEEE. | International Symposium, Sep. 5-8, 2004 |
| 143. | Dimous, K. et al., "MAC Scheduling for Uplink Transmission in UMTS WCDMA," IEEE, 2001, France. | IEEE |
| 144. | 3GPP TS 25.309 v6.0.0 (September 2004), pp. 1-12 | 3GPP |
| 145. | Approved report of the 29th 3GPP TSG RAN meeting (Sept. 21-23, 2005), pp. 1-86 | 3GPP |
| 146. | Draft1 Minutes of the 44th TSG-RAN WG2 meeting (Oct. 4-8, 2004), pp. 1-60 | 3GPP |
| 147. | Draft0 Minutes of the 45th TSG-RAN WG2 meeting (Nov. 15-19, 2004), pp. 1-77 | 3GPP |

APPLE INC.'S <u>AMENDED </u>NOTICE PURSUANT TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|-----|---------------------------|--------|
| 148. | Email from Gert Van Lieshout, dated October 26, 2004, with attachment, SAMNDCA630-02197029-33 | Qualcomm/3GPP; Samsung |
| 149. | Email from Denis Fauconnier, dated October 29, 2004, with attachments [including "Qualcomm 10/29/04 Proposal"; "Motorola 10/29/04 Proposal"; and "Nokia 10/29/04 Proposal"], SAMNDCA630-02620226-239 | Nortel/3GPP |
| 150. | Email from Hector Vayanos, dated November 4, 2004, with attachment, APL630DEF-WH-A0000012037-40, ERICSSON630-000001-4, QC630SAM0003439-3444 | Qualcomm/3GPP |
| 151. | Email from Hector Vayanos, dated November 10, 2004, with attachments [including documents from Qualcomm; Ericsson; and Siemens], APL630DEF-WH0000011062-74, ERICSSON630-000570-581, QC630SAM0003445-3456 | Qualcomm/3GPP |
| 152. | RP-020677, "Approved Report of the 17th 3GPP TSG RAN meeting (Biarritz, France 3rd-6th September, 2002)," pp. 1-77 | 3GPP |
| 153. | RP-020658, "Uplink Enhancements for Dedicated Transport Channels" (September 2002), pp. 1-3 | Ericsson, Motorola, Nokia, AT&T Wireless Services/3GPP |
| 154. | R2-040418, "Further issues on L2/L3 protocols in E-DCH" (LG) (Feb. 16-20, 2004), pp. 1-2 | LG/3GPP |
| 155. | R2-040964, "FDD Enhanced Uplink, some L2 issues" (Nokia) (May 10-14, 2004), pp. 1-7 | Nokia/3GPP |
| 156. | R2-041055, "Multiplexing options and MAC-e PDU overhead" (LG) (May 10-14, 2004), pp. 1-6 | LG/3GPP |
| 157. | R2-041307, "MAC-e Multiplexing" (Qualcomm) (June 21-24, 2004), pp. 1-4 | Qualcomm/3GPP |
| 158. | R2-041313, "E-DCH multiplexing proposal" (Ericsson) (June 21-24, 2004), pp. 1-4 | Ericsson/3GPP |
| 159. | R2-041338, "EUDCH logical channel multiplexing architecture" (Samsung) (June 21-24, 2004), pp. 1-5 | Samsung/3GPP |

APPLE INC.'S <u>AMENDED</u> NOTICE PURSUANT TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|-----|---------------------------|--------|
| 160. | R2-041348, "MAC-e PDU overhead reduction" (LG) (June 21-24, 2004), pp. 1-3 | LG/3GPP |
| 161. | R2-041358, "MAC multiplexing and numbering" (Nokia) (June 21-24, 2004), pp. 1-5 | Nokia/3GPP |
| 162. | R2-041546, "MAC-e PDU overhead reduction" (LG) (Aug. 16-20, 2004), pp. 1-3 | LG/3GPP |
| 163. | R2-041648, "MAC-e Multiplexing" (Qualcomm) (Aug. 15-20, 2004), pp. 1-4 | Qualcomm/3GPP |
| 164. | R2-041927, "Proposal for MAC header structure for E-DCH" (Ericsson) (Oct. 4-8, 2004), pp. 1-6 | Ericsson/3GPP |
| 165. | R2-041950, "Consideration on MAC-e PDU overhead" (LG) (Oct. 4-8, 2004), pp. 1-4 | LG/3GPP |
| 166. | R2-042065, "Node B scheduler associated signalling" (Nortel) (Oct. 4-8, 2004), pp. 1-2 | Nortel/3GPP |
| 167. | R2-042133, "MAC-e Multiplexing" (Qualcomm) (Oct. 4-8, 2004), pp. 1-5 | Qualcomm/3GPP |
| 168. | R2-042244, "Proposal for MAC header structure for E-DCH" (Ericsson) (Oct. 4-8, 2004), pp. 1-5 | Ericsson/3GPP |
| 169. | R2-042358, "Buffer occupancy and Uplink signalling for MAC-e/es architecture" (Motorola) (Nov. 15-19, 2004), pp. 1-4 | Motorola/3GPP |
| 170. | R2-042360, "MAC-e/es header and functional split" (Motorola, Nortel, Siemens) (Nov. 15-19, 2004) | Motorola, Nortel, Siemens/3GPP |
| 171. | R2-042382, "MACe- and MACes PDU Structure & E-TFI table definition" (Samsung) (Nov. 15-19, 2004), pp. 1-7 | Samsung/3GPP |
| 172. | R2-042402, "MAC-e/es Header structure" (Samsung, Ericsson, Qualcomm) (Nov. 15-19, 2004), pp. 1-5 | Samsung, Ericsson, Qualcomm/3GPP |
| 173. | R2-042441, "E-DCH Scheduling-UE Request Content" (Ericsson) (Nov. 15-19, 2004), pp. 1-3 | Ericsson/3GPP |

APPLE INC.'S AMENDED NOTICE PURSUANT TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| ~~174.~~ | ~~R2-042462, "Control Information Transfer In MAC Layer" (LG) (Nov. 15-19, 2004), pp. 1-4~~ | ~~LG/3GPP~~ |
| ~~175.~~ | ~~R2-042493, "Use of MAC-e control PDUs" (Siemens) (Nov. 15-19, 2004), pp. 1-3~~ | ~~Siemens/3GPP~~ |
| ~~176.~~ | ~~R2-042664 (Change Request to 3GPP TS 25.309) (November 15-19, 2004), pp. 1-24~~ | ~~Nortel/3GPP~~ |
| ~~177.~~ | ~~R2-042667, "Rate-request discussion report" (Qualcomm) (Nov. 15-19, 2004), pp. 1-6~~ | ~~Qualcomm/3GPP~~ |
| ~~178.~~ | ~~http://www.3gpp.org/RAN1-Radio-layer-1 (last visited 8/9/2013), APL630DEF-WH-A0000040826 - APL630DEF-WH-A0000040827~~ | ~~3GPP~~ |
| ~~179.~~ | ~~http://www.3gpp.org/RAN1-Radio-layer-2 (last visited 8/9/2013), APL630DEF-WH-A0000040828 - APL630DEF-WH-A0000040829~~ | ~~3GPP~~ |
| ~~180.~~ | ~~Ericsson Internal Meeting Report from 3GPP RAN3#45 (Nov. 15, 2004), pp.1-51, ERICSSON630-000740-790~~ | ~~3GPP~~ |
| ~~181.~~ | ~~File History for U.S. Patent No. 8,259,656 (Nov. 9, 2004 - Sept. 4, 2012), APL630DEF-WH-A0000011051 - 120009~~ | ~~USPTO~~ |

The '449 Patent

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| ~~182.~~42. | Ricoh RDC-1 | Ricoh |
| ~~183.~~43. | Apple PhotoFlash | Apple |
| ~~184.~~44. | Apple PhotoFlash User's Guide, 1994, pp. cover, i-xi, 1-147 (APL630DEF-WH00000008151 – 8308) | Apple |
| ~~185.~~45. | Apple Confidential Price Lists, Nov. 14, 1994, APLNDC630-0000117688 - 117715 | Apple |
| ~~186.~~46. | Apple QuickTake 150 User's Guide for Macintosh, APL630DEF-WH00007069 - APL630DEF-WH00007138 | Apple |
| ~~187.~~47. | MacWorld, Aug. 1995, APLNDC630-0000207071- APLNDC630-0000207333 | MacWorld |

APPLE INC.'S <u>AMENDED</u> NOTICE PURSUANT TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| ~~188.~~48. | MacWorld, Dec. 1995, APLNDC630-0000210019 - APLNDC630-0000210334 | MacWorld |
| ~~189.~~49. | Ricoh RDC-1 Brochure, pp.1-6 (RICOH00002-7) | Ricoh |
| ~~190.~~50. | Ricoh RDC-1 Specification, pp.1-4 (RICOH00133-136) | Ricoh |
| ~~191.~~51. | Ricoh RDC-1 Instruction Manual, pp. cover, i-iii, 1-118 (RICOH00377-500) | Ricoh |
| ~~192.~~52. | Ricoh RDC-1 Service Manual, pp. cover, 1-123 (RICOH00008-132) | Ricoh |
| ~~193.~~53. | ArcSoft PhotoStudio User's Manual, 1994, pp. cover, copyright,  i-ii, 1-1 - 6-10 (ARCSOFT_630DEF_000000001-99) | ArcSoft |
| ~~194.~~54. | ArcSoft PhotoStudio User's Manual, 1995, pp. cover, copyright, i-ii, 1-1 - 5-9 (ARCSOFT_630DEF_00000100-147) | ArcSoft |
| ~~195.~~55. | ArcSoft PhotoStudio User's Manual, 1996, pp. cover, copyright, i-ii, 1-1 - 5-10 (ARCSOFT_630DEF_00000148-196) | ArcSoft |
| ~~196.~~56. | ArcSoft PhotoStudio Brochure, pp. 1-4 (ARCSOFT_630DEF_00000197-200) | ArcSoft |
| ~~197.~~57. | Ricoh PhotoStudio 2.0 User Guide, 4/97, , pp. cover, copyright, 1-1 - 4-24 (APL630DEF-WH-A0000014950-15096) | Ricoh |
| ~~198.~~58. | Ricoh PhotoStudio 2.0.1 User Manual, 4/97, pp. cover, copyright, 1-1 - 5-10 (APL630DEF-A0000015097-15196) | Ricoh |
| ~~199.~~59. | Casio QV-10 | Casio |
| ~~200.~~60. | Windows 95 | Microsoft |
| ~~201.~~61. | RDC-1 Evaluation Units, pp. 1, 2, 1 (RC 1293-1295) | Ricoh |
| ~~202.~~62. | RDC-1 Invoices, pp, 1-41, invoices 42-121 (RC 1203-1324) | Ricoh |
| ~~203.~~63. | RDC-1 Sales Data, pp. 1-6 (RC 0849-854) | Ricoh |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| ~~204.~~64. | RDC-1 Suggested Retail Price List, February 22, 1996, pp. 1-3 ( RC 1350-1352) | Ricoh |
| ~~205.~~65. | ArcSoft Corporate Backgrounder, pp. 1-16 (RC 0649-664) | Ricoh/ArcSoft |
| ~~206.~~66. | Computer Chronicles Video, APL630DEF-WH-A0000034381, December 1995 | Stewart Cheifet Productions |
| ~~207.~~67. | Windows 95 User Guide, 1995, pp. cover, i-xv, 1-95 (APL630DEF-WH0000027571-683) | Microsoft |
| ~~208.~~68. | Microsoft Windows 95 Is Available Today at Retail Outlets Worldwide, August 24, 1995, pp. 1-4 (MSFT-00630-011238-11241) | Microsoft |
| ~~209.~~69. | The Way Windows 95 Works, Microsoft Press, 1995, pp. cover, 1-129 (MSFT-00630-011242-11372) | Microsoft |
| ~~210.~~70. | Ricoh RDC-1 Brochure, 1995, pp. 1-4 (APL630DEF-WH-A0000035285-APL630DEF-WH-A0000035288 ) | Ricoh |
| ~~211.~~71. | Ricoh Press Release, Feb. 22, 1996, APL630DEF-WH-A0000035282 - APL630DEF-WH-A0000035284 | Ricoh |
| ~~212.~~72. | Byte Magazine, Vol. 21, No. 1, Jan. 1996, APL630DEF-WH-A0000018997 - APL630DEF-WH-A0000018998 | Byte |
| ~~213.~~73. | MacUser article, Mar. 1996, pp. cover, 25 (APL630DEF-WH-A0000019001 - APL630DEF-WH-A0000019005) | MacUser |
| ~~214.~~74. | Television Digest article, Nov. 27, 1995, APL630DEF-WH-A0000019899 - APL630DEF-WH-A0000019000 | Television Digest |
| ~~215.~~75. | Important Information About Your Manuals, APL630DEF-WH0006820010 - APL630DEF-WH0006820010 | Apple |
| ~~216.~~76. | Macintosh PhotoFlash Getting Started, APL630DEF-WH0006996654 - APL630DEF-WH0006996703 | Apple |
| ~~217.~~77. | Macintosh PhotoFlash Tutorial, APL630DEF-WH0006996704 - APL630DEF-WH0006996738 | Apple |
| ~~218.~~78. | Macintosh PhotoFlash User's Guide, APL630DEF-WH0006996739 - APL630DEF-WH0006996896 | Apple |

APPLE INC.'S AMENDED NOTICE PURSUANT TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|-----|---------------------------|--------|
| 219.79. | Macintosh PhotoFlash User's Guide, APL630DEF-WH0006996897 - APL630DEF-WH0006997109 | Apple |
| 220.80. | Casio QV-10B Owner's Manual, pp. cover, 1-89 (CASIO 000001 - CASIO 000046) | Casio |
| 221.81. | Casio QV-10B Service Manual & Parts List, July 1995, pp. cover, 1-38 (CASIO 000085 - CASIO 0000121) | Casio |
| 222.82. | Casio QV-10A Owner's Manual, pp. cover, 1-70 (CASIO 00126 - CASIO 00196) | Casio |
| 223.83. | Service Manual & Parts List Casio QV-10A, April 1996, pp. cover, 1-34 (CASIO 00197 - CASIO 00232) | Casio |
| 224.84. | Casio QV-10 Sales Spreadsheet, CASIO 000233- CASIO 000238 | Casio |
| 225.85. | Casio QV-10 Sales Spreadsheet, CASIO 000239 - CASIO 000242 | Casio |
| 226.86. | Casio Press Release, Jan. 6, 1995, APL630DEF-WH-A0000034377 - APL630DEF-WH-A0000034380 | Casio |
| 227.87. | Computers Bow To Gadgets At Consumer Show, Denver Post article, Jan. 9, 1996, APL630DEF-WH-A0000020926 - APL630DEF-WH-A0000020928 | Denver Post |
| 228.88. | Casio QV-10 article, APL630DEF-WH-A0000034371 - APL630DEF-WH-A0000034376 | |
| 229.89. | InfoWorld article, Nov. 4, 1996, p. 3 (APL630DEF-WH-A0000020921 - APL630DEF-WH-A0000020925 ) | InfoWorld |
| 230.90. | Hitachi MPEG Basic Presentation, Jan. 24, 1996, HIT00180 - HIT00189 | Hitachi |
| 231.91. | Hitachi MP-EG1 User Manual, APL630DEF-WH-A0000015299-15505 | Hitachi |
| 232.92. | Hitachi MPEG1A User Manual, APL630DEF-WH-A0000015506-15606 | Hitachi |
| 233.93. | Hitachi MP-EG-1 Articles Produced by Samsung, SAMNDCA630-06812308 - SAMNDCA630-06812368 | Hitachi |
| 234.94. | QuickTake 100 Service Manual, 1994, Kodak0861 - Kodak1068 | Kodak |
| 235.95. | Kodak Professional DCS 200 User's Manual, 1993, Kodak0399 - Kodak0538 | Kodak |
| 236.96. | ITU-T Recommendation H.261, March 1993, APL630DEF-WH-A0000039268 - APL630DEF-WH-A0000039295 | ITU |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 237.97. | ITU-T Recommendation H.262, July 1995, APL630DEF-WH-A0000039296 - APL630DEF-WH-A0000039506 | ITU |
| 238.98. | ITU-T Recommendation H.263, March 1996, APL630DEF-WH-A0000039507-39556 | ITU |

The '239 Patent

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 239.99. | ActionMedia II Delivery Board and Capture Module Product Brief (11 pages, incl. cover page, copyright page, pp. 1-8, specifications page, back page) (161DOC000324-34) | Intel |
| 240.100. | Understanding PC Video (1993), pp. 1-12 (161DOC000570-81) | Intel |
| 241.101. | Hadley, Keith A. "Kodak SV9600 Still Video Transceiver" (1989), journal cover page, pp. i-ii, 238-245 (APL630DEF-WH0000014630-40) | Optical Sensors and Electronic Photography, Vol. 1071 of the Proceedings of The Society of Photo-Optical Instrumentation Engineers |
| 242.102. | Facsimile from Intel to Kevin Corbett (December 3, 1992), pp. 1-42, containing:  Fax cover sheet; cover letter; RT Video Developer's Kit Products Order Information; RT Video Developer's Kit Product Brief; ActionMedia II Products Ordering Information; Intel ActionMedia II Delivery Board and Capture Module Product Brief; IndeoVideo brochure; and Available Literature on Intel's DVI Multimedia (SAMNDCA630-00831185-226) | Samsung; Intel |
| 243.103. | Facsimile from AVTEX to Mitch Freeman (December 14, 1992), pp. 1-12, containing:  Fax cover sheet; ActionMedia II Delivery Board Product Brief; ActionMedia II Capture Module Product Brief; Indeo Quick Configuration Guide; Indeo Video brochure (SAMNDCA630-00830180-91) | Samsung; Intel |

APPLE INC.'S AMENDED NOTICE PURSUANT TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| ~~244.~~104. | Intel Smart Video Recorder Installation Guide and Video Tips (1993), cover page, Expert's Guide, pp. i-iv, Ch. 1-3, Glossary, Index, back page (ZINGERMANNDCA630-00000149-92) | Intel; Scott Zingerman |
| ~~245.~~105. | Rosenthal *et al.* "Planetary Data Distribution System" (December 2, 1993), pp. 1-6 | File history |
| ~~246.~~106. | McConnell "TV, Phone Home:  GTE Mobilenet Service Is Delivering Compressed Video over Cellular Channels" (May 2, 1994), SAMNDCA630-00832671 to 673 | DIALOG; Broadcasting & Cable, v124, n18, p50(1); File history |
| ~~247.~~107. | "Odetics demonstrated FasTrans2000 digital cellular transmitter capable of sending compressed digital video over cellular link, officials said." (September 13, 1994) | DIALOG; Communications Daily, V14, n177, p4(1); File history |
| ~~248.~~108. | Brochure, Microcom BridgeRouter *Introducing the WANmiser Advantage* (September 1993) | File history |
| ~~249.~~109. | ActionMedia II Delivery Board and Capture Module | Intel |
| ~~250.~~110. | SV9600 Still Video Transceiver | Kodak |
| ~~251.~~111. | Facsimile from NB Engineering to Mitch Freeman (December 14, 1992), pp. 1-11 (SAMNDCA630-00831227 to 248) containing:  fax cover sheet; ActionMedia II Capture Module Features; ActionMedia II Delivery Board and Capture Module Product Briefs; ActionMedai II SDK For Windows and OS/2 Product Brief; RT Video Developer's Kit Product Brief; IndeoVideo Intel Video Technology brochure | Samsung; Intel |
| ~~252.~~112. | Microsoft Video for Windows User's Guide (1992) (APL630DEF-WH-A0000004783 to 940) | Microsoft |
| ~~253.~~113. | Procomm Plus for Windows User Manual (1992) (APL630DEF-WH-A0000026969 to 7151) | Datastorm Technologies, Inc. |
| ~~254.~~114. | Benson and Whitaker, Television Engineering Handbook, Revised Edition (1992) (APL630DEF-WH-A0000036679 to 775) | McGraw-Hill, Inc. |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| ~~255.~~115. | Udani, Sanjay K. "Experimental Evaluation of a Video Capture Board for Networked Workstations" (1993), pp. i-v, 1-28 (APL630DEF-WH-A0000032228 to 62) | University of Pennsylvania, School of Engineering and Applied Science; http://repository.upenn.edu/cis_reports/321/ |
| ~~256.~~116. | PC Magazine, Microsoft Goes Hollywood With Video for Windows (January 12, 1993), cover page and pp. 38-39 | PC Magazine, Vol. 12, No. 1 |
| ~~257.~~117. | InfoWorld, Shareview transforms phones (February 1, 1993), cover page and p. 28 | InfoWorld, Vol. 15, Issue 5 |
| ~~258.~~118. | Compute, Multimedia PC (February 1993), pp. 1, 2, 94 | Compute, Vol. 15, No. 2, Issue 149 |
| ~~259.~~119. | PC Magazine, VideoSpigot Pours Full-Motion Video Into Your PC (January 26, 1993), pp. 7, 12, 50 | PC Magazine, Vol. 12, No. 2 |
| ~~260.~~120. | VideoLinx:  NTSC Video Display and Capture Card brochure (January 17, 1992), pp. 1-2 | Samsung; Brown-Wagh Publishing |
| ~~261.~~121. | M&M Pro Real-Time Video, Compression, VGA, and Audio brochure, p. 1 | Samsung; Omnicomp Graphics Corporation |
| ~~262.~~122. | Ventek 24 bit /pixel Color Video Capture Subsystem Model VIP 640C brochure (1990), pp. 1-2 | Samsung; Ventek Corporation |
| ~~263.~~123. | SuperVIA High Resolution Real Time Color Imaging brochure, p.1 | Samsung; Jovian Logic Corporation |
| ~~264.~~124. | SNAPplus Desktop Video Adapter Makes your PC a Video Computer brochure, p. 1 | Samsung; Cardinal Technologies, Inc. |
| ~~265.~~125. | ProMovie Spectrum Video Capture Card brochure (February 10, 1993), pp. 1-6 (SAMNDCA630-00831474 – 79) | Samsung; Media Vision Multimedia Products |
| ~~266.~~126. | Facsimile from TouchVision Systems, Inc. to Mitch Freeman (March 18, 1993, pp. 1-12 containing D/Vision DVI Digital Video Capture / Edit Tool product literature (SAMNDCA630-00831505 – 16) | Samsung; TouchVision Systems, Inc. |

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 267.127. | Intel Smart Video Recorder brochure (1993), pp. 1-7 (SAMNDCA630-00832153 – 59) | Samsung; Intel |
| 268.128. | MegaMotion Video Capture Card brochure (1993), p.1 | Alpha Systems Lab, Inc. |
| 269.129. | QuickVIA Digital Video Recorder brochure (1993), pp. 1-2 | Jovian Logic Corporation |
| 270.130. | "Dedicated and programmable ICs tackle low-cost audio" (June 17, 1993), pp. 1-6 | Reed Business Information, Inc.; WestlawNext |
| 271.131. | "Fast Windows, part III: ease into multimedia excitement" (January 1, 1993), pp. 1-6 | Computer Shopper, Vol. V13, Issue n1; WestlawNext |
| 272.132. | Indeo Quick Configuration Guide, 161DOC000543 | Intel |
| 273.133. | Indeo Video Brochure (1992), 161DOC000557-61 | Intel |
| 274.134. | DVI Technology - The Digital Future of Multimedia, 161DOC000919-26 | Intel |
| 275.135. | Intel Smart Video Recorder Brochure (1993), 161DOC000582-85 | Intel |
| 276.136. | DVI Technology  the Multimedia Solution (1990), 161DOC000001-12 | Intel |
| 277.137. | DVI Technology 1989 Announcement Chronology, cover page and pp. 1-6 | Intel |
| 278.138. | ActionMedia 750 Price List 1990, pp. 1-3 | Intel |
| 279.139. | ActionMedia 750 Family Product Brief (1991), cover page, copyright page, table of contents, introduction page, pp. 1-13 (161DOC000032-50) | Intel |
| 280.140. | i750 Video Processor Product Briefs (1990), cover page, copyright page, pp. 1-5 (161DOC000252-58) | Intel |
| 281.141. | A New Dimension in MultiMedia Computing (collection of articles) (1990), 161DOC000260-300 | Intel |

APPLE INC.'S AMENDED NOTICE PURSUANT TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 282.142. | ActionMedia II Installation Guide for MicroChannel (1991), pp. i-iv, table of contents, 1-1 to 3-34, Index | Intel |
| 283.143. | RT Video Developers Kit Product Brief  (1992), 161DOC000411-14 | Intel |
| 284.144. | Understanding Personal Conferencing (1994), pp. 1-8 | Intel |
| 285.145. | Intel RT Developers Kit News Release (1992), 161DOC000518-19 | Intel |
| 286.146. | NB Engineering News Release re Distribution of RT Video (1992), 161DOC000520 | Intel |
| 287.147. | Picture of RT Video board, 161DOC000523 | Intel |
| 288.148. | Intel News Release  Intel Demonstrates MPEG on i750 Processor (1992), 161DOC000541-42 | Intel |
| 289.149. | Intel News Release Announcing Indeo (1992), 161DOC000551-52 | Intel |
| 290.150. | Intel News Release Announcing Video for Windows with Indeo (November 10, 1992), 161DOC000553-54 | Intel |
| 291.151. | Picture of ActionMedia boards, 161DOC000598 | Intel |
| 292.152. | Intel / IBM News Release (February 27, 1990), pp. 1-4 (161DOC000614-17) | Intel |
| 293.153. | ActionMedia Product Brief (1990), 161DOC000637-41 | Intel |
| 294.154. | Press Release Announcing Video Clipper Card (1992), 161DOC000657-58 | Intel |
| 295.155. | Press Release Announcing Video Spigot Card (1992), 161DOC000708-9 | Intel |
| 296.156. | Intel News Release Announcing Intel Smart Video Recorder (1993), 161DOC000813-15 | Intel |
| 297.157. | i750 Video Processor Product Briefs (1991), 161DOC000825-32 | Intel |

APPLE INC.'S AMENDED NOTICE PURSUANT
TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

| No. | Title, Date, Page Numbers | Source |
|---|---|---|
| 298.158. | ActionMedia II DOS Software Installation Guide (1991), 161DOC000833-88 | Intel |
| 299.159. | Intel DVI Compression Algorithm Product Briefs (1991), 161DOC000903-6 | Intel |
| 300.160. | Intel Newsletter re Comdex Award for ActionMedia, 161DOC000907-14 | Intel |
| 301.161. | ActionMedia II Delivery Board Installation Guide (1992), 161DOC002255-346 | Intel |
| 302.162. | ActionMedia II Capture Module Installation Guide (1992), 161DOC002530-66 | Intel |
| 303.163. | Arch C. Luther, Intel Digital Video for PCs, 2d edition (1991), Intel-McGraw-Hill, 161DOC002786-3149 | Intel |
| 304.164. | RT Developers Kit Installation Guide (1992), 161DOC003150-233 | Intel |
| 305.165. | ZyXel U-1496 Portable Modem/Fax with Cellular Capabilities, SAMNDCA630-00831810–11 | Samsung |
| 306.166. | Network World, Data Packets, Network World (Nov. 16, 1992), pp. 1, 9 [APL630DEF-WH-A0000020603-4] | Network World, Vol. 9, No. 46 |
| 307.167. | Network World, Fast Modems Just Got Faster (April 19, 1993), pp. 1, 40-48 [APL630DEF-WH-A000020605-14] | Network World, Vol. 10, No. 16 |

C.      PERSONS TO BE IDENTIFIED UNDER 35 U.S.C. § 282

1.      Dr. James A. Storer.Thomas E. Fuja.  Dr. FujaStorer may be contacted through Apple's counsel.

2.      Dr. Michael Walker.  Dr. Walker may be contacted through Apple's counsel.

3.      Dr. James A. Storer.  Dr. Storer may be contacted through Apple's counsel.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4. ~~Eduardo Castro. Qualcomm Inc., 5775 Morehouse Dr., San Diego, CA 92121.~~
~~Mr. Castro may be contracted through counsel for Qualcomm, Brett Bachtell.~~

5. ~~Joakim Bergstrom. Ericsson Inc., 6300 Legacy Drive, Plano,  TX 75024.  Mr.~~
~~Bergstrom may be contacted through counsel for Ericsson, Steven Callahan.~~

~~6.~~2.    Keith A. Hadley.  Mr. Hadley may be contacted through Apple's counsel.

7. ~~Joonyoung Cho. Mr. Cho is an employee of Samsung.~~

8. ~~Sung Ho Choi.  Mr. Choi is an employee of Samsung.~~

9. ~~Soenghun Kim.  Mr. Kim is an employee of Samsung.~~

10. ~~Young-Bum Kim.  Mr. Kim is an employee of Samsung.~~

11. ~~Yong Jun Kwak. Mr. Kwak is an employee of Samsung.~~

12. ~~Ju-Ho Lee. Mr. Lee is an employee of Samsung.~~

13. ~~Gert-Jan Van Lieshout.  Mr. Van Lieshout is an employee of Samsung.~~

14. ~~Hector Vayanos.~~

15. ~~Denis Fauconnier.~~

~~16.~~3.    Michael Freeman. 6141 South Knoxville Avenue, Tulsa, Oklahoma, 74135.

~~17.~~4.    Mitchael Freeman. 219 South Elm, Sapulpa, Oklahoma, 74066

~~18.~~5.    Chad Boss. 1224 South 141st East Avenue, Tulsa, Oklahoma, 74108.

~~19.~~6.    Richard Freeman. 563 South 87th East Avenue, Tulsa, Oklahoma, 74112

~~20.~~7.    Jeffrey Lengyel.  Mr. Lengyel may be contacted through Apple's counsel.

~~21.~~8.    Yosh Moriarty.  Ms. Moriarty may be contacted through Apple's counsel.

~~22.~~9.    Steve Sasson.  Mr. Sasson may be contacted through Apple's counsel.

~~23.~~10.  Locksley Christian.  Ricoh Americas Corp., c/o The Corporation Trust Company,
1209 Orange St., Wilmington, DE 19801.

24.11.  Christine Roy.  Casio America, Inc., 570 Mt. Pleasant Ave, Dover, NJ 07801.

25.12.  Terrence Trussell.  Casio America, Inc., 570 Mt. Pleasant Ave, Dover, NJ 07801.

26.13.  Patrick Gogerty.  Microsoft Corporation, One Microsoft Way, Redmond, WA
    98052.

27.14.  Jian Xu.  ArcSoft, Inc., ArcSoft, Inc., 46601 Fremont Blvd., Fremont, CA 94538

28.15.  Mike Lin.  ArcSoft, Inc., 46601 Fremont Blvd., Fremont, CA 94538.

29.16.  Nancy Wahl.  Eastman Kodak Company, 3 State St., Rochester, NY 14650.

30.17.  Neal Manowitz.  Sony Electronics, Inc., 16530 Via Esprillo, San Diego, CA
    92127.

31.18.  Stewart Cheifet.  15 French Creek Place, San Mateo, CA 94402.


    Apple reserves the right to supplement or to modify the foregoing through and including

the time of trial.

APPLE INC.'S AMENDED NOTICE PURSUANT
TO
35 U.S.C. § 282
Case No. 12-cv-630 (LHK)

Dated:  ~~February 28~~March 13, 2014

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

1

2
## CERTIFICATE OF SERVICE

3
        I hereby certify that a true and correct copy of the above and foregoing document has

4
been served on ~~February 28~~March 13, 2014 to all counsel of record who are deemed to have

5
consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

6

7
                              /s/ Mark D. Selwyn
                              Mark D. Selwyn

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28