# EXHIBIT 1

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|---|---|
| 1.   Balducci, Juan V. Esteve | Mr. Balducci is a program manager for Microsoft in the Interactive Entertainment Business Division.  Apple may present testimony from Mr. Balducci concerning the subjects of his deposition, including without limitation ActiveSync, data synchronization in Windows Mobile devices and in Microsoft software, and Exchange synchronization and databases, and to authenticate documents and exhibits. |
| 2.   Benner, Timothy | Mr. Benner is STA's Senior Manager of Consumer Insights and Analytics and was a 30(b)(6) witness for Samsung. Apple may present testimony from Mr. Benner concerning the subjects of his depositions, including without limitation consumer surveys in Samsung's possession relating to the smartphone and tablet markets and features in Samsung's products, and to authenticate documents and exhibits. |
| 3.   Boss, Chad | Mr. Boss is a named inventor of the '239 patent and may testify regarding the subjects of his deposition, including without limitation the technical background relevant to the asserted claims of the '239 patent, the value of the inventions claimed in the '239 patent, and the circumstances surrounding the sale of the '239 patent. |
| 4.   Bringert, Bjorn | Mr. Bringert is a software engineer at Google and was a 30(b)(6) witness for Google.  Apple may present testimony from Mr. Bringert concerning the subjects of his depositions, including without limitation the relationship between Google and Samsung, unified search, and Google's development of and updates to Google Search Application and the Quick Search Box, and to authenticate documents and exhibits. |
| 5.   Casio America, Inc. (Roy, Christine) | Ms. Roy is Director of Sales Order Management at Casio America, Inc.  Apple may present testimony from Ms. Roy regarding the subjects of her deposition, including without limitation sales records shown to Ms. Roy at her deposition. |
| 6.   Casio America, Inc. (Trussell, Terrence) | Mr. Trussell is Supervisor of the Repair Center at Casio America, Inc.  Apple may present testimony from Mr. Trussell regarding the subjects of his deposition, including without limitation the Casio QV-10 device and the technical background and state of the art relevant to the asserted claims of the '449 patent. |

[1] For all Samsung witnesses listed herein, Apple may present prior deposition testimony from any of Case No. 5:12-cv-00630, 5:11-cv-01846, and ITC Investigation Nos. 337-TA-794 and 337-TA-796 in which the witness gave testimony.

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|------|----------------------------------------|
| 7.  Chang, Dong Hoon | Mr. Chang is a Senior Vice President at Samsung and head of SEC's Mobile Design Group.  Apple may present testimony from Mr. Chang concerning the subjects of his depositions, including without limitation the accused Samsung products and Samsung's design and development process and strategy, and to authenticate documents and exhibits. |
| 8.  Cheng, Fred | Mr. Cheng is OmniVision's corporate representative and may testify regarding the subjects of his deposition, including design and operation of OmniVision's image sensors. |
| 9.  Cheong, Joonkyo (Joseph) | Mr. Cheong is the vice president of the finance team for Samsung Electronics and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. Cheong concerning the subjects of his deposition, including without limitation Samsung's financial information and documentation, Samsung's sales data, the financial results and profitability of Samsung's accused products, Samsung's production of financial information to Apple, the pricing and sales of Samsung's accused products, and to authenticate documents and exhibits. |
| 10. Choi, Joon-Il | Joon-il Choi is a senior manager in the Mobile Communications Division of SEC and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. Choi concerning the subjects of his deposition, including without limitation Samsung's product planning and market strategy, its development process, and its consideration of Apple's technology and products, and to authenticate documents and exhibits. |
| 11. Denison, Justin | Mr. Denison is STA's Chief Strategy Officer and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. Denison concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's sales and marketing of the accused products, Samsung's design and development process and strategy, competition between Apple and Samsung, the overall U.S. smartphone and tablet markets, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|---|---|
| 12. DiCarlo, Nick | Mr. DiCarlo is Vice President of Product Planning and Product Marketing for Samsung Telecommunications America and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. DiCarlo concerning the subjects of his deposition, including without limitation competition between Apple and Samsung, Samsung's marketing strategies, consumer purchasing decisions, and smartphone and tablet ecosystems, the value of the patents-in-suit, the marketing of Samsung's products, and the basis for customer demand for Samsung, Apple, and competitive products, and to authenticate documents and exhibits. |
| 13. Gövert, Norbert | Mr. Gövert is the deputy director of the University library of Dortmund.  Apple may present testimony from Mr. Gövert concerning the subjects of his deposition, including without limitation Samsung's alleged prior art references. |
| 14. Freeman, Michael | Mr. Freeman is a named inventor of the '239 patent and may testify regarding the subjects of his deposition, including without limitation the technical background relevant to the asserted claims of the '239 patent, the value of the inventions claimed in the '239 patent, and the circumstances surrounding the sale of the '239 patent. |
| 15. Freeman, Mitchael | Mr. Freeman is a named inventor of the '239 patent and may testify regarding the subjects of his deposition, including without limitation the technical background relevant to the asserted claims of the '239 patent, the value of the inventions claimed in the '239 patent, and the circumstances surrounding the sale of the '239 patent. |
| 16. Freeman, Richard | Mr. Freeman is a named inventor of the '239 patent and may testify regarding the subjects of his deposition, including without limitation the technical background relevant to the asserted claims of the '239 patent, the value of the inventions claimed in the '239 patent, and the circumstances surrounding the sale of the '239 patent. |
| 17. Fuhr, Norbert | Dr. Fuhr is a professor at the University of Dulsburg.  Apple may present testimony from Mr. Fuhr concerning the subjects of his deposition, including without limitation Samsung's alleged prior art references. |
| 18. Hong, Jong Pil | Mr. Hong is assistant general counsel at Samsung Electronics.  Apple may present testimony from Mr. Hong regarding the subjects of his deposition, including without limitation the valuation and acquisition of the '239 and '449 patents. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|---|---|
| 19. Hung, Yat-Sang | Mr. Hung is Director of Product and Experience Planning at Samsung Telecommunications America.  Apple may present testimony from Mr. Hung concerning the subjects of his deposition, including without limitation research done by Samsung or in Samsung's possession relating to the smartphone and tablet markets and features in Samsung's products, and to authenticate documents and exhibits. |
| 20. Kim, Youngmi | Mr. Kim is a Senior UI Designer at Samsung Electronics and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. Kim concerning the subjects of his deposition, including without limitation Samsung's design and development process and strategy, Samsung's business and marketing strategy, competition between Apple and Samsung, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |
| 21. Lee, Don-Joo | Mr. Lee is head of sale and marketing, Mobile Business Unit at Samsung.  Apple may present testimony from Mr. Kim concerning the subjects of his deposition, including without limitation Samsung's design and development process and strategy, Samsung's business and marketing strategy, competition between Apple and Samsung, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |
| 22. Lee, Jun Won | Mr. Lee is SEC's Director of Licensing. Apple may present testimony from Mr. Lee concerning the subjects of his deposition or for which he was designated as a corporate representative, including without limitation Samsung's awareness of Apple's patents, Samsung's notice of Apple's claims of patent infringement, and the lack of any Samsung licenses comparable to the intellectual property at issue. Apple may also present testimony from Mr. Lee concerning Samsung's licenses and licensing practices. |
| 23. Lee, Heung-Mo | Mr. Lee is Vice President in IP Prosecution at Samsung.  Mr. Lee was a 30(b)(6) deposition witness for Samsung.  Apple may present testimony from Mr. Lee concerning the subjects of his deposition, including without limitation Samsung's licenses, licensing negotiations, and licensing practices, and to authenticate documents and exhibits. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|---|---|
| 24. Lee, Sung Sik | Sungsik Lee is a vice president in the UX Design part of SEC. Apple may present testimony from Mr. Lee concerning the subjects of his depositions, including without limitation Samsung's design and development process and strategy, Samsung's business and marketing strategy, competition between Apple and Samsung, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |
| 25. Li, Chaehwan | Ms. Li is a developer at Samsung and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Ms. Li concerning the subjects of her deposition, including without limitation Samsung's design and development process and strategy, Samsung's business and marketing strategy, competition between Apple and Samsung, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |
| 26. Park, Junho | Mr. Park is a director of product planning at Samsung.  Apple may present testimony from Mr. Park concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's technology, products, and/or intellectual property, Samsung's competitive intelligence practices, and to authenticate documents and exhibits. |
| 27. Park, Sung-Geun | Mr. Park is a Senior Engineer at Samsung and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. Park concerning the subjects of his deposition, including without limitation Samsung's implementation of functionalities accused of infringing the '959 patent, including Google Search Application, Quick Search Box, and Google Now, and to authenticate documents and exhibits. |
| 28. Pfeifer, Ulrich | Mr. Pfeifer is a manager at Verizon Business.  Apple may present testimony from Mr. Pfeifer concerning the subjects of his deposition, including without limitation Samsung's alleged prior art references. |
| 29. Pendleton, Todd | Mr. Pendleton is STA's Chief Marketing Officer.  Apple may present testimony from Mr. Pendleton concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's and Apple's product designs, Samsung's product development, competition between Apple and Samsung, Samsung's marketing and advertising with respect to the feature patents, Samsung's business, and the overall U.S. smartphone and tablet markets, and to authenticate documents and exhibits. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|---|---|
| 30. Ricoh Corporation (Christian, Locksley) | Mr. Christian is a support engineer at Ricoh Corporation. Apple may present testimony from Mr. Christian regarding the subjects of his deposition, including without limitation the records shown to Mr. Christian at his deposition and the technical background relevant to the asserted claims of the '449 patent. |
| 31. Rosenberg, Brian | Mr. Rosenberg is STA's Senior Vice President of Mobile Phone and Tablet Sales. Apple may present testimony from Mr. Rosenberg concerning the subjects of his deposition, including without limitation information concerning sales, pricing, retail channels, and carriers of Samsung's accused products, competition between Apple and Samsung, Samsung's business, Samsung's business strategies, and the overall U.S. smartphone and tablet markets, and to authenticate documents and exhibits. |
| 32. Sheppard, Tim | Mr. Sheppard is STA's Vice President of Finance and Operations and was a 30(b)(6) witness for Samsung. Apple may present testimony from Mr. Sheppard concerning the subjects of his depositions, including without limitation the financial results and profitability of Samsung's accused products, Samsung's productions of financial information to Apple, Samsung's tax relationship with the United States and transfer/allocation of profits between the three named defendants, the pricing and sales of Samsung's accused products, and to authenticate documents and exhibits. |
| 33. Stewart Cheifet Productions (Cheifet, Stewart) | Mr. Cheifet is the owner of Stewart Cheifet Productions. Apple may present testimony from Mr. Cheifet regarding the subjects of his deposition, including without limitation the November 1995 COMDEX trade show, the "Computer Chronicles" show, and video records shown to Mr. Cheifet at his deposition. |
| 34. Yoo, Seung Hun | Seung Hun Yoo is a senior designer at SEC. Apple may present testimony from Dr. Yoo concerning the subjects of his depositions, including without limitation Samsung's design and development process and strategy, Samsung's business and marketing strategy, competition between Apple and Samsung, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 1.   Blevins, Tony | Previously provided | Mr. Blevins is currently the Vice President of Procurement at Apple.  Mr. Blevins may testify regarding Apple's history, products, components, supply chain and procurement, supplier relationships, manufacturing capacity, and the sales and marketing of Apple's products. |
| 2.   Christie, Gregory | Previously provided | Mr. Christie is the Vice President of Human Interface at Apple and a named inventor of the '721 patent.  Mr. Christie may testify regarding the history, design, and development of Apple's products, including the iPhone and iPad; the graphical user interfaces in Apple products such as the iPhone and iPad; the design and development process for these interfaces; and Apple's asserted patents and their significance. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 3.  Cockburn, Andrew | Previously provided | Dr. Cockburn is a Professor of Computer Science and Software Engineering at the University of Canterbury, New Zealand.  His fields of expertise include computer science, human-computer interaction, and computer user interfaces.  Dr. Cockburn may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the '172 and '721 patents, Samsung's infringement of those patents, the validity of those patents, and the functionality and operation of Samsung's Accused Products. |
| 4.  Hauser, John | Previously provided | Dr. Hauser is the Kirin Professor of Marketing at the MIT Sloan School of Management.  His field of expertise includes marketing research, customer satisfaction, and consumer decision-making. Dr. Hauser may testify regarding the contents of and subjects disclosed in his expert report, including the conjoint studies that he conducted. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 5.  Mowry, Todd | Previously provided | Dr. Mowry is a Professor of Computer Science at Carnegie Mellon University.  His fields of expertise include computer science, computer architecture, compiler optimizations, operating systems, and parallel processing.  Dr. Mowry may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the '647 patent, Samsung's infringement of that patent, the validity of that patent, and the functionality and operation of Samsung's Accused Products. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 6.  Schiller, Phil | Previously provided | Mr. Schiller is the Senior Vice President of Worldwide Product Marketing at Apple.  Mr. Schiller may testify regarding Apple's marketing for Apple mobile devices such as the iPhone and iPad, including information on advertising strategy and expenditures, sales figures, other publicity for these products, internal market research, and the marketing, advertising, and retail channels for both Apple's and competitors' products.  Mr. Schiller also may testify regarding factors that affect demand for devices such as Apple's iPhone and iPad products and the competitive market for mobile devices, such as smartphones and tablets.  Mr. Schiller may testify about the role that the asserted patents play in the sale and marketing of Apple's products. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 7.  Snoeren, Alex | Previously provided | Dr. Snoeren is a Professor of Computer Science and Engineering at the University of California, San Diego.  His fields of expertise include computer science, networking, operating systems, mobile computing, and security. Dr. Snoeren may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the '959 and '414 patents, Samsung's infringement of those patents, the validity of those patents, and the functionality and operation of Samsung's Accused Products. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 8.   Storer, James A. | Previously provided | Dr. Storer is currently a Professor of Computer Science at Brandeis University.  Dr. Storer's fields of expertise include computer algorithms, data compression and archiving (including text, images, video, and multimedia), storage and processing of large data sets, image retrieval, texture analysis, image processing, video processing, and data communications/transmission.  Dr. Storer may testify regarding the contents of and subjects disclosed in his expert reports, including the content of the '239 and '449 patents, technical background and state of the art relevant to the asserted claims of the '239 and '449 patents, how the design and operation of Apple's accused products compare with the asserted claims of the '239 and '449 patents, Apple's non-infringement of the asserted claims of the '239 and '449 patents, and the invalidity of the asserted claims of the '239 and '449 patents.  Dr. Storer may also testify regarding design-arounds for the '239 and '449 patents. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 9.  Vellturo, Christopher | Previously provided | Dr. Vellturo is an economist and a principal at Quantitative Economic Solutions.  Dr. Vellturo may testify regarding the contents of and subjects disclosed in his expert reports, including the damages that Apple has suffered due to Samsung's infringement of Apple's patents, defects in the methodology, assumptions, and data of Dr. Kearl, and the reasons why Dr. Kearl's opinions concerning the alleged use of the patented features and value of the feature patents are invalid, unreliable, and an improper basis for calculating damages. |
| 10. Watrous, Bruce "BJ" | Previously provided | Mr. Watrous is the Vice President & Chief IP Counsel at Apple and may testify regarding Apple's practices and policies with respect to licensing of its intellectual property and Apple's efforts to stop Samsung from violating Apple's intellectual property and proprietary technology.  Mr. Watrous may also testify regarding the past and present licensing negotiations between Apple and Samsung. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 11. Anzures, Freddy | Previously provided | Mr. Anzures is a named inventor of the '721 patent and may testify regarding the '721 patent, including its background, conception, and reduction to practice. |
| 12. Arrouye, Yan | Previously provided | Mr. Arrouye is a named inventor of the '959 patent and may testify regarding the '959 patent, including its background, conception, and reduction to practice. |
| 13. Buckley, Mark | Previously provided | Mr. Buckley is a financial analyst at Apple.  Mr. Buckley may testify regarding information from Apple's internal systems relating to Apple's sales and financial results, Apple's manufacturing capacity, and the profitability of Apple's products and services. |
| 14. Deniau, Thomas | Previously provided | Mr. Deniau is an engineer at Apple.  Mr. Deniau may testify regarding the functionality and Apple's practice of the '647 patent. |
| 15. Denison, Justin | Address known to Samsung | Mr. Denison is STA's Chief Strategy Officer.  He may be called to testify regarding the development, design, sales and marketing of the infringing Samsung products, Samsung's awareness of and consideration of Apple, its products, and its intellectual property, competition between Apple and Samsung in the smartphone and tablet markets, and the pricing and design of Samsung's infringing products. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 16. Forstall, Scott | Previously provided | Mr. Forstall was the Senior Vice President of iOS software at Apple at the time of the first trial and is a named inventor of the '721 patent.  Mr. Forstall may testify regarding the graphical user interfaces in Apple products such as the iPhone and iPad, the design and development process for these interfaces, and Apple's asserted patents and their significance. |
| 17. Freedman, Gordon | Previously provided | Mr. Freedman is the named inventor of the '414 patent and may testify regarding the '414 patent, including its background, conception, and reduction to practice. |
| 18. Garcia, Roberto | Previously provided | Mr. Garcia is currently a software development engineer on the FaceTime, iMessage, and Push Notification teams at Apple.  Mr. Garcia may testify regarding the design, development, research, operation, function, performance, and features of the accused Apple products. |
| 19. Google Custodian of Records | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Google's Custodian of Records may be called to testify regarding the authenticity of documents and devices produced by Google Inc. or related Google entities. |
| 20. Hackborn, Dianne | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Ms. Hackborn is a Google employee.  Ms. Hackborn may testify regarding Android and UI design and development at Google. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 21. Hadley, Keith | Previously provided | Mr. Hadley is a former Kodak engineer, and may testify about the Kodak SV9600 prior art product (including the content and publication of his article titled "Kodak SV9600 Still Video Transceiver (1989)" describing the SV9600). |
| 22. Hing, Kenzo Fong | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Hing is the Head of Android Marketing at Google and was a 30(b)(6) deposition witness for Google.  Mr. Hing may testify regarding competition in the mobile device market including competition between iOS and Android, market share for mobile devices, Google's plans to compete with Apple or to position Android to compete with iOS, first time smartphone buyers, marketing of mobile devices, product ecosystems surrounding mobile devices, and to authenticate documents. |
| 23. Hsieh, Ann | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Ms. Hsieh is a User Experience Researcher at Google.  Ms. Hsieh may testify regarding research done by Google or in Google's possession relating to the smartphone and tablet markets and features in Android. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 24. Joswiak, Greg | Previously provided | Mr. Joswiak is the Vice President for iPod, iPhone, and iOS Product Marketing at Apple. Mr. Joswiak may testify regarding Apple's marketing for Apple mobile devices such as the iPhone and iPad, including information on advertising strategy and expenditures, sales figures, other publicity for these products, internal market research, and the marketing, advertising, and retail channels for both Apple's and competitors' products. Mr. Joswiak also may testify regarding factors that affect demand for devices such as Apple's iPhone and iPad products and the competitive market for mobile devices, such as smartphones and tablets. Mr. Joswiak may testify about the role that the asserted patents play in the sale and marketing of Apple's products. |
| 25. Kocienda, Kenneth | Previously provided | Mr. Kocienda is a named inventor of the '172 patent and may testify regarding the '172 patent, including its background, conception, and reduction to practice. |
| 26. Lengyel, Jeffrey | Previously provided | Mr. Lengyel is the former Vice President of Marketing at Ricoh Corporation. Mr. Lengyel may testify regarding Ricoh documents, the Ricoh RDC-1, software bundled with the RDC-1, including ArcSoft PhotoStudio, and sales of the RDC-1. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 27. Lockheimer, Hiroshi | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Lockheimer is Vice President of Engineering at Google. Mr. Lockheimer may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development, including without limitation Google Search Application, Quick Search Box, and Google Now, and data synchronization. |
| 28. Maccoun, James | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Maccoun is patent counsel at Google. Mr. Maccoun may testify regarding the relationship between Google and Samsung and Google's role in this litigation. |
| 29. Mawhinney, Bryan | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Mawhinney is a software engineer at Google. Mr. Mawhinney may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development. |
| 30. McLeod, Kenneth (rebuttal) | Apple Inc., 1 Infinite Loop, Cupertino, CA 95014 [contact through counsel] | Mr. McLeod is an Apple employee. He may testify regarding AppleSearch. |
| 31. Miller, James | Previously provided | Mr. Miller is the named inventor of the '647 patent and may testify regarding the '647 patent, including its background, conception, and reduction to practice. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 32. Millet, Timothy | Previously provided | Mr. Millet is currently a Senior Director of Platform Architecture at Apple.  Mr. Millet may testify regarding the design, development, research, operation, function, performance, and features of the accused Apple products. |
| 33. Moriarty, Yosh | Previously provided | Ms. Moriarty is currently an engineer at Apple.  Ms. Moriarty may testify regarding Apple prior art. |
| 34. Mortensen, Keith | Previously provided | Mr. Mortenson is a named inventor of the '959 patent and may testify regarding the '959 patent, including its background, conception, and reduction to practice. |
| 35. Quintana, Fred | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Quintana is a software developer at Google.  Mr. Quintana may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development, including without limitation data synchronization, Google's development of functionality accused of infringing the '414 patent, and the importance of data synchronization and that accused functionality. |
| 36. Roeber, Helena | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Ms. Roeber is a User Experience Consultant and current or former Google employee.  Ms. Roeber may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 37. Rubin, Andy | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Rubin is the co-founder of Android Inc. and former Senior Vice President of Mobile and Digital Content at Google.  Mr. Rubin may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development. |
| 38. Sasson, Steve | Previously provided | Mr. Sasson is a former Kodak engineer, and may testify regarding the Kodak SV9600 prior art product. |
| 39. Sexton, Rory | Previously provided | Mr. Sexton is Vice President of Supply Demand Management at Apple.  Mr. Sexton may testify regarding Apple's manufacturing processes and capacity. |
| 40. Sharma, Anup | Previously provided | Mr. Sharma is an engineer on the Image Sensor team at Apple.  Mr. Sharma may testify regarding the design, development, research, operation, function, performance, and features of the accused Apple products. |
| 41. Teksler, Boris | Previously provided | Mr. Teksler was previously Director of Patent Licensing and Strategy at Apple.  Mr. Teksler may testify regarding Apple's practices and policies with respect to licensing of its intellectual property and Apple's efforts to stop Samsung from violating Apple's intellectual property and proprietary technology.  Mr. Teksler may also testify concerning Apple's licensing negotiations with Samsung. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Live Witness List

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 42. Titi, Justin | Previously provided | Mr. Titi is currently an engineer at Apple.  Mr. Titi may testify regarding the design, development, research, operation, function, performance, and features of the accused Apple products. |
| 43. Vanlerberghe, Marc | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Vanlerberghe is Senior Director of Global Marketing for Android/Content/Devices at Google.  Mr. Vanlerberghe may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents, Google marketing of such functionalities, and Google documents relating to such development, and marketing. |
| 44. Westbrook, Paul | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Westbrook is a software developer at Google.  Mr.  Westbrook may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development, including without limitation data synchronization, Google's development of functionality accused of infringing the '414 patent, and the importance of data synchronization and that accused functionality. |