# EXHIBIT 2

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|---|---|
| ~~1. Ahn, Seung-Ho~~ | ~~Mr. Ahn is the head of the IP Center at Samsung. Apple may present testimony from Mr. Ahn concerning the subjects of his depositions, including without limitation Samsung's licenses and licensing practices.~~ |
| ~~2. Alcatel-Lucent (Cheung, Benjamin)~~ | ~~Dr. Cheung is currently a lead system engineer at Alcatel-Lucent. Apple may present testimony from Dr. Cheung concerning the subjects of his deposition, including without limitation the interpretation of technical standards; the design, development, research, operation, function, performance, features, structure, and/or standards compliance of the radio network controller and base station hardware used with the accused Apple products; and communications with network operators concerning implementation of particular features.~~ |
| 1. ~~3.~~ Balducci, Juan V. Esteve | Mr. Balducci is a program manager for Microsoft in the Interactive Entertainment Business Division.  Apple may present testimony from Mr. Balducci concerning the subjects of his deposition, including without limitation ActiveSync, data synchronization in Windows Mobile devices and in Microsoft software, and Exchange synchronization and databases, and to authenticate documents and exhibits. |
| 2. ~~4.~~ Benner, Timothy | Mr. Benner is STA's Senior Manager of Consumer Insights and Analytics and was a 30(b)(6) witness for Samsung. Apple may present testimony from Mr. Benner concerning the subjects of his depositions, including without limitation consumer surveys in Samsung's possession relating to the smartphone and tablet markets and features in Samsung's products, and to authenticate documents and exhibits. |
| 3. ~~5.~~ Boss, Chad | Mr. Boss is a named inventor of the '239 patent and may testify regarding the subjects of his deposition, including without limitation the technical background relevant to the asserted claims of the '239 patent, the value of the inventions claimed in the '239 patent, and the circumstances surrounding the sale of the '239 patent. |
| 4. ~~6.~~ Bringert, Bjorn | Mr. Bringert is a software engineer at Google and was a 30(b)(6) witness for Google.  Apple may present testimony from Mr. Bringert concerning the subjects of his depositions, including without limitation the relationship between Google and Samsung, unified search, and Google's development of and updates to Google Search Application and the Quick Search Box, and to authenticate documents and exhibits. |

---

[1] For all Samsung witnesses listed herein, Apple may present prior deposition testimony from any of Case No. 5:12-cv-00630, 5:11-cv-01846, and ITC Investigation Nos. 337-TA-794 and 337-TA-796 in which the witness gave testimony.

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|------|----------------------------------------|
| 5. 7. Casio America, Inc. (Roy, Christine) | Ms. Roy is Director of Sales Order Management at Casio America, Inc.  Apple may present testimony from Ms. Roy regarding the subjects of her deposition, including without limitation sales records shown to Ms. Roy at her deposition. |
| 6. 8. Casio America, Inc. (Trussell, Terrence) | Mr. Trussell is Supervisor of the Repair Center at Casio America, Inc.  Apple may present testimony from Mr. Trussell regarding the subjects of his deposition, including without limitation the Casio QV-10 device and the technical background and state of the art relevant to the asserted claims of the '449 patent. |
| 7. 9. Chang, Dong Hoon | Mr. Chang is a Senior Vice President at Samsung and head of SEC's Mobile Design Group.  Apple may present testimony from Mr. Chang concerning the subjects of his depositions, including without limitation the accused Samsung products and Samsung's design and development process and strategy, and to authenticate documents and exhibits. |
| 8. 10. Cheng, Fred | Mr. Cheng is OmniVision's corporate representative and may testify regarding the subjects of his deposition, including design and operation of OmniVision's image sensors. |
| 9. 11. Cheong, Joonkyo (Joseph) | Mr. Cheong is the vice president of the finance team for Samsung Electronics and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. Cheong concerning the subjects of his deposition, including without limitation Samsung's financial information and documentation, Samsung's sales data, the financial results and profitability of Samsung's accused products, Samsung's production of financial information to Apple, the pricing and sales of Samsung's accused products, and to authenticate documents and exhibits. |
| 10. 12. Choi, Joon-Il | Joon-il Choi is a senior manager in the Mobile Communications Division of SEC and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. Choi concerning the subjects of his deposition, including without limitation Samsung's product planning and market strategy, its development process, and its consideration of Apple's technology and products, and to authenticate documents and exhibits. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|---|---|
| ~~13.  Choi, Sung-Ho~~ | ~~Choi, Sung-Ho.  Mr. Choi is listed as a co-inventor on the '087 patent and currently works as a as a Vice President at Samsung. Mr. Choi is also listed as a co-inventor on U.S. Patent Application Pub. No. 2003/0147371.  Apple may present testimony from Mr. Choi concerning the subjects of his depositions, including without limitation the technical background relevant to the asserted claims of the '087 and '596 patents, noninfringement of the asserted claims of the '087 and '596 patents, prior art to and invalidity of the asserted claims of the '087 and '596 patents, proposals submitted by Samsung and others during the development of the relevant 3GPP standards, the proposal and submission process for the relevant 3GPP standards, including ETSI's and 3GPP's storage and archiving of those submissions, the delayed disclosure of the '087 and '596  patents to ETSI, the general patenting and IPR disclosure process at Samsung, and Samsung's incentives to patent and/or contribute to technical standards.~~ |
| <u>11.</u> ~~14.~~ Denison, Justin | Mr. Denison is STA's Chief Strategy Officer and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. Denison concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's sales and marketing of the accused products, Samsung's design and development process and strategy, competition between Apple and Samsung, the overall U.S. smartphone and tablet markets, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |
| <u>12.</u> ~~15.~~ DiCarlo, Nick | Mr. DiCarlo is Vice President of Product Planning and Product Marketing for Samsung Telecommunications America and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. DiCarlo concerning the subjects of his deposition, including without limitation competition between Apple and Samsung, Samsung's marketing strategies, consumer purchasing decisions, and smartphone and tablet ecosystems, the value of the patents-in-suit, the marketing of Samsung's products, and the basis for customer demand for Samsung, Apple, and competitive products, and to authenticate documents and exhibits. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|---|---|
| 13. ~~16.~~ Gövert, Norbert | Mr. Gövert is the deputy director of the University library of Dortmund.  Apple may present testimony from Mr. Gövert concerning the subjects of his deposition, including without limitation Samsung's alleged prior art references. |
| 14. ~~17.~~ Freeman, Michael | Mr. Freeman is a named inventor of the '239 patent and may testify regarding the subjects of his deposition, including without limitation the technical background relevant to the asserted claims of the '239 patent, the value of the inventions claimed in the '239 patent, and the circumstances surrounding the sale of the '239 patent. |
| 15. ~~18.~~ Freeman, Mitchael | Mr. Freeman is a named inventor of the '239 patent and may testify regarding the subjects of his deposition, including without limitation the technical background relevant to the asserted claims of the '239 patent, the value of the inventions claimed in the '239 patent, and the circumstances surrounding the sale of the '239 patent. |
| 16. ~~19.~~ Freeman, Richard | Mr. Freeman is a named inventor of the '239 patent and may testify regarding the subjects of his deposition, including without limitation the technical background relevant to the asserted claims of the '239 patent, the value of the inventions claimed in the '239 patent, and the circumstances surrounding the sale of the '239 patent. |
| 17. ~~20.~~ Fuhr, Norbert | Dr. Fuhr is a professor at the University of Dulsburg.  Apple may present testimony from Mr. Fuhr concerning the subjects of his deposition, including without limitation Samsung's alleged prior art references. |
| 18. ~~21.~~ Hong, Jong Pil | Mr. Hong is assistant general counsel at Samsung Electronics. Apple may present testimony from Mr. Hong regarding the subjects of his deposition, including without limitation the valuation and acquisition of the '239 and '449 patents. |
| 19. ~~22.~~ Hung, Yat-Sang | Mr. Hung is Director of Product and Experience Planning at Samsung Telecommunications America.  Apple may present testimony from Mr. Hung concerning the subjects of his deposition, including without limitation research done by Samsung or in Samsung's possession relating to the smartphone and tablet markets and features in Samsung's products, and to authenticate documents and exhibits. |
| ~~23. Intel Comneon (Mennchen, Ulrich)~~ | ~~Mr. Mennchen is a component lead at Intel Comneon.  Apple may present testimony from Mr. Mennchen concerning the subjects of his deposition, including without limitation the interpretation of technical standards and the design, development, research, operation, function, performance, features, structure, and/or standards compliance of the baseband processor used in certain accused Apple products.~~ |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|------|----------------------------------------|
| ~~24. Intel Mobile Communications (Kandasamy, Naga)~~ | ~~Mr. Kandasamy is a component lead at Intel Mobile Communications.  Apple may present testimony from Mr. Kandasamy concerning the subjects of his deposition, including without limitation the interpretation of technical standards and the design, development, research, operation, function, performance, features, structure, and/or standards compliance of the baseband processor used in certain accused Apple products.~~ |
| ~~25. Kim, Soeng-Hun~~ | ~~Mr. Kim is listed as a co-inventor on the '087 and '596 patents and currently works as a senior engineer at Samsung.  Mr. Kim is also listed as a co-inventor on U.S. Patent Application Pub. No. 2003/0147371.  Apple may present testimony from Mr. Kim concerning the subjects of his depositions, including without limitation the technical background relevant to the asserted claims of the '087 and '596 patents, noninfringement of the asserted claims of the '087 and '596 patents, prior art to and invalidity of the asserted claims of the '087 and '596 patents, proposals submitted by Samsung and others during the development of the relevant 3GPP standards, the proposal and submission process for the relevant 3GPP standards, including ETSI's and 3GPP's storage and archiving of those submissions, the delayed disclosure of the '087 and '596 patents to ETSI, the general patenting and IPR disclosure process at Samsung, and Samsung's incentives to patent and/or contribute to technical standards.~~ |
| 20. ~~26.~~ Kim, Youngmi | Mr. Kim is a Senior UI Designer at Samsung Electronics and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. Kim concerning the subjects of his deposition, including without limitation Samsung's design and development process and strategy, Samsung's business and marketing strategy, competition between Apple and Samsung, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|---|---|
| 21. ~~27.~~ Lee, Don-Joo | Mr. Lee is head of sale and marketing, Mobile Business Unit at Samsung. Apple may present testimony from Mr. Kim concerning the subjects of his deposition, including without limitation Samsung's design and development process and strategy, Samsung's business and marketing strategy, competition between Apple and Samsung, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |
| ~~28. Lee, Ju Ho~~ | ~~Mr. Lee is listed as a co-inventor on the '087 patent and currently works as a principal engineer at Samsung. Mr. Lee is also listed as a co-inventor on U.S. Patent Application Pub. No. 2003/0147371. Apple may present testimony from Mr. Lee concerning the subjects of his depositions, including without limitation the technical background relevant to the asserted claims of the '087 and '596 patents, noninfringement of the asserted claims of the '087 and '596 patents, prior art to and invalidity of the asserted claims of the '087 and '596 patents, proposals submitted by Samsung and others during the development of the relevant 3GPP standards, the proposal and submission process for the relevant 3GPP standards, including ETSI's and 3GPP's storage and archiving of those submissions, the delayed disclosure of the '087 and '596 patents to ETSI, the general patenting and IPR disclosure process at Samsung, and Samsung's incentives to patent and/or contribute to technical standards.~~ |
| 22. ~~29.~~ Lee, Jun Won | Mr. Lee is SEC's Director of Licensing. Apple may present testimony from Mr. Lee concerning the subjects of his deposition or for which he was designated as a corporate representative, including without limitation Samsung's awareness of Apple's patents, Samsung's notice of Apple's claims of patent infringement, and the lack of any Samsung licenses comparable to the intellectual property at issue. Apple may also present testimony from Mr. Lee concerning Samsung's licenses and licensing practices ~~and Samsung's policies and practices for participating at ETSI and 3GPP.~~ |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|------|---------------------------------------|
| 23. 30. Lee, Heung-Mo | Mr. Lee is Vice President in IP Prosecution at Samsung.  Mr. Lee was a 30(b)(6) deposition witness for Samsung.  Apple may present testimony from Mr. Lee concerning the subjects of his deposition, including without limitation Samsung's licenses, licensing negotiations, and licensing practices, ~~Samsung's participation at 3GPP; Samsung's compliance with and understanding of the ETSI IPR policy regarding FRAND licensing, its patent disclosures and FRAND commitments,~~ and to authenticate documents and exhibits. |
| 24. 31. Lee, Sung Sik | Sungsik Lee is a vice president in the UX Design part of SEC.  Apple may present testimony from Mr. Lee concerning the subjects of his depositions, including without limitation Samsung's design and development process and strategy, Samsung's business and marketing strategy, competition between Apple and Samsung, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |
| 25. 32. Li, Chaehwan | Ms. Li is a developer at Samsung and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Ms. Lee concerning the subjects of her deposition, including without limitation Samsung's design and development process and strategy, Samsung's business and marketing strategy, competition between Apple and Samsung, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |
| 26. 33. Park, Junho | Mr. Park is a director of product planning at Samsung.  Apple may present testimony from Mr. Park concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's technology, products, and/or intellectual property, Samsung's competitive intelligence practices, and to authenticate documents and exhibits. |
| 27. 34. Park, Sung-Geun | Mr. Park is a Senior Engineer at Samsung and was a 30(b)(6) witness for Samsung.  Apple may present testimony from Mr. Park concerning the subjects of his deposition, including without limitation Samsung's implementation of functionalities accused of infringing the '959 patent, including Google Search Application, Quick Search Box, and Google Now, and to authenticate documents and exhibits. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|------|----------------------------------------|
| 28. ~~35.~~ Pfeifer, Ulrich | Mr. Pfeifer is a manager at Verizon Business. Apple may present testimony from Mr. Pfeifer concerning the subjects of his deposition, including without limitation Samsung's alleged prior art references. |
| 29. ~~36.~~ Pendleton, Todd | Mr. Pendleton is STA's Chief Marketing Officer. Apple may present testimony from Mr. Pendleton concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's and Apple's product designs, Samsung's product development, competition between Apple and Samsung, Samsung's marketing and advertising with respect to the feature patents, Samsung's business, and the overall U.S. smartphone and tablet markets, and to authenticate documents and exhibits. |
| ~~37. Qualcomm (Gonell, Fabian)~~ | ~~Mr. Gonell was Qualcomm's corporate witness on the subject of the license agreement between Samsung and Qualcomm. He is Vice President and Division Counsel at Qualcomm Inc. Apple may present testimony from Mr. Gonell concerning the subjects of his depositions, including without limitation Qualcomm's license agreement with Samsung.~~ |
| ~~38. Qualcomm (Hutchinson, Jim)~~ | ~~Mr. Hutchinson is currently a Vice President of Technology at Qualcomm. Apple may present testimony from Mr. Hutchinson concerning the subjects of his deposition, including without limitation the interpretation of technical standards and the design, development, research, operation, function, performance, features, structure, and/or standards compliance of the baseband processor used in certain accused Apple products.~~ |
| ~~39. Qualcomm (Sweeney, Susan)~~ | ~~Ms. Sweeney was Qualcomm's corporate witness on issues of Qualcomm's sales of baseband chips for use in Apple's accused products. Ms. Sweeney is a Customer Service Manager at Qualcomm Technologies Inc., a wholly owned subsidiary of Qualcomm Inc. Apple may present testimony from Ms. Sweeney concerning the subject of her deposition, including without limitation Qualcomm's sales of baseband chips that are ultimately incorporated in accused Apple's products.~~ |
| 30. ~~40.~~ Ricoh Corporation (Christian, Locksley) | Mr. Christian is a support engineer at Ricoh Corporation. Apple may present testimony from Mr. Christian regarding the subjects of his deposition, including without limitation the records shown to Mr. Christian at his deposition and the technical background relevant to the asserted claims of the '449 patent. |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|---|---|
| 31. ~~41.~~ Rosenberg, Brian | Mr. Rosenberg is STA's Senior Vice President of Mobile Phone and Tablet Sales. Apple may present testimony from Mr. Rosenberg concerning the subjects of his deposition, including without limitation information concerning sales, pricing, retail channels, and carriers of Samsung's accused products, competition between Apple and Samsung, Samsung's business, Samsung's business strategies, and the overall U.S. smartphone and tablet markets, and to authenticate documents and exhibits. |
| 32. ~~42.~~ Sheppard, Tim | Mr. Sheppard is STA's Vice President of Finance and Aperations and was a 30(b)(6) witness for Samsung. Apple may present testimony from Mr. Sheppard concerning the subjects of his depositions, including without limitation the financial results and profitability of Samsung's accused products, Samsung's productions of financial information to Apple, Samsung's tax relationship with the United States and transfer/allocation of profits between the three named defendants, the pricing and sales of Samsung's accused products, and to authenticate documents and exhibits. |
| 33. ~~43.~~ Stewart Cheifet Productions (Cheifet, Stewart) | Mr. Cheifet is the owner of Stewart Cheifet Productions. Apple may present testimony from Mr. Cheifet regarding the subjects of his deposition, including without limitation the November 1995 COMDEX trade show, the "Computer Chronicles" show, and video records shown to Mr. Cheifet at his deposition. |
| ~~44. Van Lieshout, Gert Jan~~ | ~~Mr. Van Lieshout is listed as a co-inventor on the '596 patent, is currently a chief engineer at Samsung, and is a past Chairman of the 3GPP RAN 2 working group. Apple may present testimony from Mr. Van Lieshout concerning the subjects of his depositions, including without limitation the technical background relevant to the asserted claims of the '087 and '596 patents, noninfringement of the asserted claims of the '087 and '596 patents, prior art to and invalidity of the asserted claims of the '087 and '596 patents, proposals submitted by Samsung and others during the development of the relevant 3GPP standards, the proposal and submission process for the relevant 3GPP standards, including ETSI's and 3GPP's storage and archiving of those submissions, the delayed disclosure of the '087 and '596 patents to ETSI, the general patenting and IPR disclosure process at Samsung, and Samsung's incentives to patent and/or contribute to technical standards.~~ |

*Apple v. Samsung*, No. 5:12-cv-00630

Apple's Deposition Designation Witness List

| Name | Substance of Testimony to Be Given[1] |
|------|----------------------------------------|
| 34. 45. Yoo, Seung Hun | Seung Hun Yoo is a senior designer at SEC.  Apple may present testimony from Dr. Yoo concerning the subjects of his depositions, including without limitation Samsung's design and development process and strategy, Samsung's business and marketing strategy, competition between Apple and Samsung, and Samsung's awareness, consideration, analysis, and emulation of Apple's technology, products, and intellectual property, and to authenticate documents and exhibits. |

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 1.  Blevins, Tony | Previously provided | Mr. Blevins is currently the Vice President of Procurement at Apple.  Mr. Blevins may testify regarding Apple's history, products, components, supply chain and procurement, supplier relationships, manufacturing capacity, and the sales and marketing of Apple's products. ~~Mr. Blevins may also testify regarding the supply chain for certain components in the Apple accused products, including but not limited to, the baseband processor chip that are supplied by Apple vendors Intel and Qualcomm.  Additionally, Mr. Blevins may testify regarding the cost to Apple of such components.~~ |
| 2.  Christie, Gregory | Previously provided | Mr. Christie is the Vice President of Human Interface at Apple and a named inventor of the '721 patent.  Mr. Christie may testify regarding the history, design, and development of Apple's products, including the iPhone and iPad; the graphical user interfaces in Apple products such as the iPhone and iPad; the design and development process for these interfaces; and Apple's asserted patents and their significance. |

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 3.  Cockburn, Andrew | Previously provided | Dr. Cockburn is a Professor of Computer Science and Software Engineering at the University of Canterbury, New Zealand.  His fields of expertise include computer science, human-computer interaction, and computer user interfaces.  Dr. Cockburn may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the '172 and '721 patents, Samsung's infringement of those patents, the validity of those patents, and the functionality and operation of Samsung's Accused Products. |
| 4. Donaldson, Richard | Previously provided | Mr. Donaldson is Apple's expert on FRAND licensing.  Mr. Donaldson may testify regarding the contents of and subjects disclosed in his expert reports, including Samsung's various license demands to Apple; the appropriate methodology for assessing FRAND license terms; the role that the relative strength or weakness of a patentee's portfolio or asserted patents may play in determining FRAND royalty terms; and, from a licensing professional's perspective, the meaning and practical application of certain provisions in Samsung's license agreements with Intel and Qualcomm.  Mr. Donaldson may also address the methodology proposed by Samsung's licensing expert, Mr. Kearl. |

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| ~~5. Fuja, Thomas~~ | ~~Previously provided~~ | ~~Dr. Fuja is a professor of Electrical Engineering and the Chairman of the Department of Electrical Engineering at the University of Notre Dame.  His fields of expertise include wireless and digital communications.  Dr. Fuja may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the '087 and '596 patents, the asserted claims of the '087 and '596 patents, the invalidity of the '087 and '596 patents, the design and operation of the accused Apple products as they relate to the asserted claims of the '087 and '596 patents, and Apple's non-infringement of the asserted claims of the '087 and '596 patents.  Dr. Fuja may also testify as to alternative technologies to the '087 and '596 patents and the substance and circumstances of the development of the relevant 3GPP standards.~~ |
| <u>4.</u>  ~~6.~~ Hauser, John | Previously provided | Dr. Hauser is the Kirin Professor of Marketing at the MIT Sloan School of Management.  His field of expertise includes marketing research, customer satisfaction, and consumer decision-making. Dr. Hauser may testify regarding the contents of and subjects disclosed in his expert report, including the conjoint studies that he conducted. |

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| ~~7. Molfessis, Nicolas~~ | ~~Previously provided~~ | ~~Mr. Molfessis is Apple's expert on French law. He is a professor of law at the University of Pantheon Assas in Paris.  Mr. Molfessis may testify regarding the contents of and subjects disclosed in his expert report, including contract interpretation under French law, both in general and as applied to the terms of the ETSI IPR Policy and Samsung's FRAND licensing commitments contained in its IPR disclosures to ETSI.~~ |
| <u>5.</u> ~~8.~~ Mowry, Todd | Previously provided | Dr. Mowry is a Professor of Computer Science at Carnegie Mellon University.  His fields of expertise include computer science, computer architecture, compiler optimizations, operating systems, and parallel processing.  Dr. Mowry may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the '647 patent, Samsung's infringement of that patent, the validity of that patent, and the functionality and operation of Samsung's Accused Products. |
| ~~9. Ordover, Janusz~~ | ~~Previously provided~~ | ~~Dr. Ordover is Apple's expert on the economics of standard-setting and FRAND commitments.  Dr. Ordover is a professor of economics at New York University.  Dr. Ordover may testify regarding the contents of and subjects disclosed in his expert report, including the economic principles implicated by FRAND licensing commitments in the context of standard-setting.~~ |

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| <u>6.</u> <s>10.</s> Schiller, Phil | Previously provided | Mr. Schiller is the Senior Vice President of Worldwide Product Marketing at Apple.  Mr. Schiller may testify regarding Apple's marketing for Apple mobile devices such as the iPhone and iPad, including information on advertising strategy and expenditures, sales figures, other publicity for these products, internal market research, and the marketing, advertising, and retail channels for both Apple's and competitors' products.  Mr. Schiller also may testify regarding factors that affect demand for devices such as Apple's iPhone and iPad products and the competitive market for mobile devices, such as smartphones and tablets.  Mr. Schiller may testify about the role that the asserted patents play in the sale and marketing of Apple's products. |
| <u>7.</u> <s>11.</s> Snoeren, Alex | Previously provided | Dr. Snoeren is a Professor of Computer Science and Engineering at the University of California, San Diego.  His fields of expertise include computer science, networking, operating systems, mobile computing, and security. Dr. Snoeren may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the '959 and '414 patents, Samsung's infringement of those patents, the validity of those patents, and the functionality and operation of Samsung's Accused Products. |

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 8.  12. Storer, James A. | Previously provided | Dr. Storer is currently a Professor of Computer Science at Brandeis University.  Dr. Storer's fields of expertise include computer algorithms, data compression and archiving (including text, images, video, and multimedia), storage and processing of large data sets, image retrieval, texture analysis, image processing, video processing, and data communications/transmission.  Dr. Storer may testify regarding the contents of and subjects disclosed in his expert reports, including the content of the '239 and '449 patents, technical background and state of the art relevant to the asserted claims of the '239 and '449 patents, how the design and operation of Apple's accused products compare with the asserted claims of the '239 and '449 patents, Apple's non-infringement of the asserted claims of the '239 and '449 patents, and the invalidity of the asserted claims of the '239 and '449 patents. Dr. Storer may also testify regarding design-arounds for the '239 and '449 patents. |

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 9. ~~13.~~ Vellturo, Christopher | Previously provided | Dr. Vellturo is an economist and a principal at Quantitative Economic Solutions.  Dr. Vellturo may testify regarding the contents of and subjects disclosed in his expert reports, including the damages that Apple has suffered due to Samsung's infringement of Apple's patents, defects in the methodology, assumptions, and data of Dr. Kearl, and the reasons why Dr. Kearl's opinions concerning the alleged use of the patented features and value of the feature patents are invalid, unreliable, and an improper basis for calculating damages. |
| ~~14. Walker, Michael~~ | ~~Previously provided~~ | ~~Dr. Walker is Apple's expert on the ETSI IPR Policy.  Dr. Walker may testify regarding the contents of and subjects disclosed in his expert report, including Samsung's untimely disclosure of its IPRs related to the declared-essential patents that Samsung has asserted against Apple in this Action; the ETSI IPR Policy's requirement that FRAND license terms be offered on a per-patent basis, when such terms are requested by a prospective licensee; and the meaning of "confidential" pursuant to the ETSI IPR Policy.~~ |

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 10. ~~15.~~ Watrous, Bruce "BJ" | Previously provided | Mr. Watrous is the Vice President & Chief IP Counsel at Apple and may testify regarding Apple's practices and policies with respect to licensing of its intellectual property and Apple's efforts to stop Samsung from violating Apple's intellectual property and proprietary technology.  Mr. Watrous may also testify regarding ~~Apple's methodology for calculating FRAND rates and assessing proposed FRAND license terms; Apple's statements to standard-setting bodies regarding FRAND licensing and Apple's understanding of the obligations attendant to FRAND IPR Declarations pursuant to the ETSI IPR Policy; and~~ the past and present licensing negotiations between Apple and Samsung. |

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 11. ~~16.~~ Anzures, Freddy | Previously provided | Mr. Anzures is a named inventor of the '721 patent and may testify regarding the '721 patent, including its background, conception, and reduction to practice. |
| 12. ~~17.~~ Arrouye, Yan | Previously provided | Mr. Arrouye is a named inventor of the '959 patent and may testify regarding the '959 patent, including its background, conception, and reduction to practice. |
| 13. ~~18.~~ Buckley, Mark | Previously provided | Mr. Buckley is a financial analyst at Apple. Mr. Buckley may testify regarding information from Apple's internal systems relating to Apple's sales and financial results, Apple's manufacturing capacity, and the profitability of Apple's products and services. |
| 14. ~~19.~~ Deniau, Thomas | Previously provided | Mr. Deniau is an engineer at Apple. Mr. Deniau may testify regarding the functionality and Apple's practice of the '647 patent. |
| 15. ~~20.~~ Denison, Justin | Address known to Samsung | Mr. Denison is STA's Chief Strategy Officer. He may be called to testify regarding the development, design, sales and marketing of the infringing Samsung products, Samsung's awareness of and consideration of Apple, its products, and its intellectual property, competition between Apple and Samsung in the smartphone and tablet markets, and the pricing and design of Samsung's infringing products. |

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 16. ~~21.~~ Forstall, Scott | Previously provided | Mr. Forstall was the Senior Vice President of iOS software at Apple at the time of the first trial and is a named inventor of the '721 patent.  Mr. Forstall may testify regarding the graphical user interfaces in Apple products such as the iPhone and iPad, the design and development process for these interfaces, and Apple's asserted patents and their significance. |
| 17. ~~22.~~ Freedman, Gordon | Previously provided | Mr. Freedman is the named inventor of the '414 patent and may testify regarding the '414 patent, including its background, conception, and reduction to practice. |
| 18. ~~23.~~ Garcia, Roberto | Previously provided | Mr. Garcia is currently a software development engineer on the FaceTime, iMessage, and Push Notification teams at Apple.  Mr. Garcia may testify regarding the design, development, research, operation, function, performance, and features of the accused Apple products. |
| 19. ~~24.~~ Google Custodian of Records | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Google's Custodian of Records may be called to testify regarding the authenticity of documents and devices produced by Google Inc. or related Google entities. |
| 20. ~~25.~~ Hackborn, Dianne | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Ms. Hackborn is a Google employee.  Ms. Hackborn may testify regarding Android and UI design and development at Google. |

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 21. 26. Hadley, Keith | Previously provided | Mr. Hadley is a former Kodak engineer, and may testify about the Kodak SV9600 prior art product (including the content and publication of his article titled "Kodak SV9600 Still Video Transceiver (1989)" describing the SV9600). |
| 22. 27. Hing, Kenzo Fong | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Hing is the Head of Android Marketing at Google and was a 30(b)(6) deposition witness for Google.  Mr. Hing may testify regarding competition in the mobile device market including competition between iOS and Android, market share for mobile devices, Google's plans to compete with Apple or to position Android to compete with iOS, first time smartphone buyers, marketing of mobile devices, product ecosystems surrounding mobile devices, and to authenticate documents. |
| 23. 28. Hsieh, Ann | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Ms. Hsieh is a User Experience Researcher at Google.  Ms. Hsieh may testify regarding research done by Google or in Google's possession relating to the smartphone and tablet markets and features in Android. |

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 24. 29. Joswiak, Greg | Previously provided | Mr. Joswiak is the Vice President for iPod, iPhone, and iOS Product Marketing at Apple.  Mr. Joswiak may testify regarding Apple's marketing for Apple mobile devices such as the iPhone and iPad, including information on advertising strategy and expenditures, sales figures, other publicity for these products, internal market research, and the marketing, advertising, and retail channels for both Apple's and competitors' products.  Mr. Joswiak also may testify regarding factors that affect demand for devices such as Apple's iPhone and iPad products and the competitive market for mobile devices, such as smartphones and tablets.  Mr. Joswiak may testify about the role that the asserted patents play in the sale and marketing of Apple's products. |
| 25. 30. Kocienda, Kenneth | Previously provided | Mr. Kocienda is a named inventor of the '172 patent and may testify regarding the '172 patent, including its background, conception, and reduction to practice. |
| 26. 31. Lengyel, Jeffrey | Previously provided | Mr. Lengyel is the former Vice President of Marketing at Ricoh Corporation.  Mr. Lengyel may testify regarding Ricoh documents, the Ricoh RDC-1, software bundled with the RDC-1, including ArcSoft PhotoStudio, and sales of the RDC-1. |

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 27. ~~32.~~ Lockheimer, Hiroshi | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Lockheimer is Vice President of Engineering at Google.  Mr. Lockheimer may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development, including without limitation Google Search Application, Quick Search Box, and Google Now, and data synchronization. |
| 28. ~~33.~~ Maccoun, James | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Maccoun is patent counsel at Google.  Mr. Maccoun may testify regarding the relationship between Google and Samsung and Google's role in this litigation. |
| 29. ~~34.~~ Mawhinney, Bryan | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Mawhinney is a software engineer at Google.  Mr. Mawhinney may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development. |
| 30. ~~35.~~ McLeod, Kenneth (rebuttal) | Apple Inc., 1 Infinite Loop, Cupertino, CA 95014 [contact through counsel] | Mr. McLeod is an Apple employee.  He may testify regarding AppleSearch. |
| 31. ~~36.~~ Miller, James | Previously provided | Mr. Miller is the named inventor of the '647 patent and may testify regarding the '647 patent, including its background, conception, and reduction to practice. |
| 32. ~~37.~~ Millet, Timothy | Previously provided | Mr. Millet is currently a Senior Director of Platform Architecture at Apple.  Mr. Millet may testify regarding the design, development, research, operation, function, performance, and features of the accused Apple products. |

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| <u>33.</u> 38. Moriarty, Yosh | Previously provided | Ms. Moriarty is currently an engineer at Apple. Ms. Moriarty may testify regarding Apple prior art. |
| <u>34.</u> 39. Mortensen, Keith | Previously provided | Mr. Mortenson is a named inventor of the '959 patent and may testify regarding the '959 patent, including its background, conception, and reduction to practice. |
| 40. Nimmala, Srinivasan | Previously provided | Mr. Nimmala is currently a senior software engineer at Apple and may testify regarding the design, development, research operation, function, performance, features and/or structure of the accused Apple products. |
| <u>35.</u> 41. Quintana, Fred | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Quintana is a software developer at Google. Mr. Quintana may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development, including without limitation data synchronization, Google's development of functionality accused of infringing the '414 patent, and the importance of data synchronization and that accused functionality. |
| <u>36.</u> 42. Roeber, Helena | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Ms. Roeber is a User Experience Consultant and current or former Google employee.  Ms. Roeber may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development. |

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 37. 43. Rubin, Andy | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Rubin is the co-founder of Android Inc. and former Senior Vice President of Mobile and Digital Content at Google.  Mr. Rubin may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development. |
| 38. 44. Sasson, Steve | Previously provided | Mr. Sasson is a former Kodak engineer, and may testify regarding the Kodak SV9600 prior art product. |
| 39. 45. Sexton, Rory | Previously provided | Mr. Sexton is Vice President of Supply Demand Management at Apple.  Mr. Sexton may testify regarding Apple's manufacturing processes and capacity. |
| 40. 46. Sharma, Anup | Previously provided | Mr. Sharma is an engineer on the Image Sensor team at Apple.  Mr. Sharma may testify regarding the design, development, research, operation, function, performance, and features of the accused Apple products. |
| 41. 47. Teksler, Boris | Previously provided | Mr. Teksler was previously Director of Patent Licensing and Strategy at Apple.  Mr. Teksler may testify regarding Apple's practices and policies with respect to licensing of its intellectual property and Apple's efforts to stop Samsung from violating Apple's intellectual property and proprietary technology.  Mr. Teksler may also testify concerning Apple's licensing negotiations with Samsung. |

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| 42. 48. Titi, Justin | Previously provided | Mr. Titi is currently an engineer at Apple.  Mr. Titi may testify regarding the design, development, research, operation, function, performance, and features of the accused Apple products. |
| 43. 49. Vanlerberghe, Marc | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Vanlerberghe is Senior Director of Global Marketing for Android/Content/Devices at Google.  Mr. Vanlerberghe may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents, Google marketing of such functionalities, and Google documents relating to such development, and marketing. |
| 44. 50. Westbrook, Paul | c/o Quinn Emanuel Urquhart & Sullivan, 555 Twin Dolphin Dr, Redwood City, CA 94065 | Mr. Westbrook is a software developer at Google. Mr.  Westbrook may testify regarding Google's development of functionalities accused of infringing Apple's asserted patents and Google documents relating to such development, including without limitation data synchronization, Google's development of functionality accused of infringing the '414 patent, and the importance of data synchronization and that accused functionality. |