# EXHIBIT 1

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **NOTICE PURSUANT TO 35 U.S.C. § 282** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to 35 U.S.C. § 282, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") has previously provided notice to Apple Inc. ("Apple") "of the country, number, date, and name of the patentee of any patent, the title, date, and page numbers of any publication to be relied upon as anticipation of the patent[s] in suit or . . . as showing the state of the art, and the name and address of any person who may be relied upon as the prior inventor or as having prior knowledge of or as having previously used or offered for sale the invention of the patent[s] in suit" during the course of this action in the manner indicated below.  In addition to the items expressly listed in this notice, Samsung also incorporates by reference its February 10, 2014 case narrowing statement, its Patent Local Rule 3-3 invalidity contentions, all information set forth in the expert reports Samsung has submitted in this matter, the file histories and reexaminations for each of the asserted patents, and the relevant information from Samsung's Trial Witness List.

# I.   U.S. PATENT NO. 5,946,647 (CLAIM 9)

## A.   *Prior Art Relied Upon for Invalidity of the '647 Patent*

### 1.   Patents and Patent Publications

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 5,437,036 | United States | July 25, 1995 | J. Scott Stamps, James E. Walsh, Jonathan M. Dubman | SAMNDCA630-00001090 |

### 2.   Systems and Printed Publications

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| CHI '91 Conference Proceedings: Reaching Through Technology | 1991 | N/A | Addison-Wesley | SAMNDCA630-06443618 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Embedded Buttons: Supporting Buttons in Documents | October 1992 | Eric A. Bier | Association for Computing Machinery | SAMNDCA630-04320879 |
| Embedded Menus: Selecting Items in Context | April 1986 | Larry Koved, Ben Shneiderman | Association for Computing Machinery | SAMNDCA630-00094643 |
| Macintosh Human Interface Guidelines | 1992 | Apple Computer Inc. | Addison-Wesley | SAMNDCA630-00944773 |
| Sidekick version 1.5 Owner's Handbook | 1985 | Borland International Inc. | Borland International Inc. | FRIDNIELNDCA630-00006937 or SAMNDCA630-00808758 |

| ITEM OFFERED FOR SALE OR PUBLICLY USED | DATE | IDENTITY OF THE PERSON OR ENTITY |
|---|---|---|
| Embedded Buttons | 1992 | Xerox PARC |
| Sidekick | 1985 | Borland International, Inc. |

**B.** *Prior Art Showing the State of the Art Required by 35 U.S.C. § 282(c)*

    1.    Patents and Patent Publications

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 5,101,424 | United States | March 31, 1992 | John W. Clayton, Steven B. Lucovsky | SAMNDCA630-00965569 |
| 5,261,042 | United States | November 9, 1993 | Timothy A. Brandt | SAMNDCA630-00965580 |
| 5,359,317 | United States | October 25, 1994 | Fernando A. Gomez, Mark T. Stair | SAMNDCA630-00001077 |

Case No. 12-CV-00630-LHK
NOTICE PURSUANT TO 35 U.S.C. § 282

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 5,375,201 | United States | December 20, 1994 | Paul Davoust | SAMNDCA630-00965591 |
| 5,649,222 | United States | July 15, 1997 | Alex Mogilevsky | SAMNDCA630-00965617 |
| 5,859,636 | United States | January 12, 1999 | Milind S. Pandit | SAMNDCA630-00000869 |
| 5,862,395 | United States | January 19, 1999 | Eric A. Bier | PARCNDCA630-00000685 |
| 5,905,890 | United States | May 18, 1999 | Michael R. C. Seaman, Mark S. Blanford, Isaac J. Heizer, Daniel E. F. Plastina | SAMNDCA630-00000721 |
| EP 0 458 563 | European Patent Office | November 11, 1991 | Pekka Ilmari Lahtinen | SAMNDCA630-00000738 |

2.      Systems and Printed Publications

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| A System for Discovering Relationships by Feature Extraction from Text Databases | August 1994 | Jack Conrad, Mary Hunter Utt | Association for Computing Machinery | SAMNDCA630-00944729 |
| Automatic Structuring and Retrieval of Large Text Files | February 1994 | Gerard Salton, James Allan, Chris Buckley | Association for Computing Machinery | SAMNDCA630-00945789 |
| Dexter With Open Eyes | February 1994 | John Legett, John Schnase | Association for Computing Machinery | SAMNDCA630-00945183 |
| Formal Languages and Their Relation to Automata | 1969 | John Hopcroft, Jeffrey Ullman | Association for Computing Machinery | SAMNDCA630-00954971 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Integrated Text and Image Understanding for Document Understanding | March 1994 | Suzanne Liebowitz Taylor, Deborah A. Dahl, Mark Lipschutz, Carl Weir, Lewis M. Norton, Roslyn Nilson, Marcia Linebarger | Association for Computing Machinery | SAMNDCA630-00945702 |
| Light Hypermedia Link Services: A Study of Third Party Application Integration | September 1994 | Hugh C. Davis, Simon Knight, Wendy Hall | Association for Computing Machinery | SAMNDCA630-00944757 |
| Lookup Guide To the EO Personal Communicator | 1993 | EO, Inc. | EO, Inc. | SAMNDCA630-00808887 or COHENNDCA630-00000667 |
| Managing Internet Information Services | 1994 | Cricket Liu, Jerry Peek, Russ Jones, Bryan Buus, Adrian Nye | O'Reilly & Associates, Inc. | SAMNDCA630-00955229 |
| Newton Programmer's Guide | 1994 | Apple Computer Inc. | Apple Computer Inc. | SAMNDCA630-00807544 |
| Parsing Techniques – a Practical Guide | 1990 | Dick Grune, Ceriel Jacobs | Ellis Horwood, Chichester, England | SAMNDCA630-00954555 |
| Perspective Handbook | November 1994 | Pensoft Corporation | Pensoft Corporation | SAMNDCA630-00808437 or COHENNDCA630-00000188 |
| Programming Perl | 1991 | Larry Wall, Randall Schwartz | O'Reilly & Associates, Inc. | SAMNDCA630-00964957 |
| sed & awk | 1991 | Dale Dougherty | O'Reilly & Associates, Inc. | SAMNDCA630-00964592 |

NOTICE PURSUANT TO 35 U.S.C. § 282

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Simon Says "Here's How!" | 1994 | IBM Corp. | IBM Corp. | SAMNDCA630-00963873 |
| The AT&T EO Travel Guide | 1993 | Ken Maki | John Wiley & Sons, Inc. | SAMNDCA630-00806930 or COHENNDCA630-00001037 |
| The Dexter Hypertext Reference Model | February 1994 | Frank Halasz, Mayer Schwartz, Kaj Grønbæk, Randall H. Trigg | Association for Computing Machinery | SAMNDCA630-06439036 |
| Turbo Lightning Owner's Handbook | 1985 | Borland International Inc. | Borland International Inc. | SAMNDCA630-07177122 |
| User Interface Design for the Hyperties Electronic Encyclopedia | November 1987 | Ben Schneiderman | Association for Computing Machinery | SAMNDCA630-00959454 |

| ITEM OFFERED FOR SALE OR PUBLICLY USED | DATE | IDENTITY OF THE PERSON OR ENTITY |
|---|---|---|
| Pensoft Perspective | 1993 | Pensoft |
| IBM Simon | 1994 | International Business Machines Corp. |
| Newton MessagePad | 1994 | Apple Computer, Inc. |

### C.   *Prior Inventors/Prior Knowledge, Use, Sale of Invention*

| NAME | ADDRESS |
|---|---|
| Eric Bier | PARC, 3333 Coyote Hill Road, Palo Alto, CA 94304 USA |
| Lars Frid-Nielsen | c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065 |

| NAME | ADDRESS |
|---|---|
| Diana Cohen | c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065 |

## II.   U.S. PATENT NO. 6,847,959 (CLAIM 25)

### A.   *Prior Art Relied Upon for Invalidity of the '959 Patent*

1.   Patents and Patent Publications

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 5,855,015 | United States | December 29, 1998 | Yoav Shoham | SAMNDCA630-07881554 |
| 5,926,808 | United States | July 20, 1999 | David A. Evans, Michael J. McInerny | SAMNDCA630-07881665 |
| 7,653,614 | United States | January 26, 2010 | Kim C. Smith | SAMNDCA630-07882284 |

2.   Systems and Printed Publications

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Information Retrieval: Algorithms and Heuristics | 1998 | David A. Grossman and Ophir Frieder | Kluwer Academic Publishers | SAMNDCA630-00936965 |

| ITEM OFFERED FOR SALE OR PUBLICLY USED | DATE | IDENTITY OF THE PERSON OR ENTITY |
|---|---|---|
| AppleSearch version 1.5 | 1994 | Apple, Inc. |
| WAIS | On or before January 1996 | Thinking Machines, Corp.; WAIS, Inc.; Dortmund University; Clearinghouse for Networked Information Discovery and Retrieval (CNIDR) |

Case No. 12-CV-00630-LHK
NOTICE PURSUANT TO 35 U.S.C. § 282

**B.**     *Prior Art Showing the State of the Art Required by 35 U.S.C. § 282(c)*

1.     Patents and Patent Publications

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 6,834,276 | United States | December 21, 2004 | Robert Jensen, Daniel Smith | SAMNDCA630-07882139 |
| 6,005,565 | United States | December 21, 1999 | Loretta Legall, Hans Masli, Charles Kulas | SAMNDCA630-07881724 |
| 6,070,158 | United States | May 30, 2000 | Steven Kirsch, William Chang, Edward Miller | |
| 5,826,261 | United States | October 20, 1998 | Graham Spencer | |
| 5,870,755 | United States | February 9, 1999 | Scott Stevens, Michael Christel | APLNDC630-0000041574 |
| 6,628,305 | United States | September 30, 2003 | Christine M. Hong, Michael Eric Mancuso, Mark Joseph Sugg, Mimi Phuong-Thao Vo | APLNDC630-0000041482 |
| 5,987,446 | United States | November 16, 1999 | Douglas Corey, Thomas Landauer, Karen Lochbaum | APLNDC630-0000041457 |
| 6,311,178 | United States | December 21, 1999 | Fujun Bi, Ran Li, Shaun Bliss, Reza Nojoomi, Hong Yan | APLNDC630-0000041096 |
| 7,020,670 | United States | March 28, 2006 | Jean-Marc Andreoli, Uwe M. Borghoff | APLNDC630-0000041125 |
| 7,209,876 | United States | April 24, 2000 | Michael Miller, Leonard Wantz | APLNDC630-0000040903 |
| 6,636,849 | United States | October 21, 2003 | Yuanhua Tom Tang, Yonghong Grace Yang | APLNDC630-0000040980 |

Case No. 12-CV-00630-LHK

NOTICE PURSUANT TO 35 U.S.C. § 282

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 6,304,870 | United States | October 16, 2001 | Nicholas Kushmerick, Daniel S. Weld, Robert B. Doorenbos | APLNDC630-0000040968 |

2.      Systems and Printed Publications

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Sherlock 1 executable software | 1998 | Apple, Inc. | Apple, Inc. | APLNDC630-0000261602, |
| Sherlock 2 executable software | 1999 | Apple, Inc. | Apple, Inc. | APLNDC630-0000261602, |
| Metacrawler and Clio software, source code and files | 1996 | Erik Selberg, Oren Etzioni, Tessa Lau | University of Washington | ETZIONINDCA630-00000001; SELBERGNDCA630-00000001; SAMNDCA630-06810908 |
| WAIS software, source code and files | On or before 1996 | Thinking Machines, Corp.; WAIS, Inc.; Dortmund University; Clearinghouse for Networked Information Discovery and Retrieval (CNIDR) | Thinking Machines, Corp.; WAIS, Inc.; Dortmund University; Clearinghouse for Networked Information Discovery and Retrieval (CNIDR) | PFEIFERNDCA630-00000001-00000006; GAMIELNDCA630-00000002; FUHRNDCA630-00000002-00000010 |
| freeWAIS-sf 2.0.65 distribution | January 1996 | Norbert Fuhr, Ulrich Pfeifer | Dortmund University | FUHRNDCA630-00000001 |

Case No. 12-CV-00630-LHK
NOTICE PURSUANT TO 35 U.S.C. § 282

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| German Research Center for Artificial Intelligence | 2000 | Liao et al. | German Research Center for Artificial Intelligence (DFKI) | APLNDC630-0000041026 |
| A uniform interface to networked library services | 1992 | Mitchell Blumenfeld, Ralph Droms | ACM | APLNDC630-0000173451 |
| A Dictionary of Computing | 2004 | John Dantith | Encyclopedia.com | APLNDC630-0000040556 |
| AppleSearch 1.5 Client and Server software applications | 1994 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-Z000000003 |
| AppleSearch 1.5 Administrator's Guide | 1994 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-0000441944 |
| AppleSearch 1.5 User's Guide | 1994 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-0000441829 |
| AppleSearch 1.5 User's Guide for Windows | 1994 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-0000441690 |
| AppleSearch 1.5 Quick Reference | 1994 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-0000380377 |
| AppleSearch TCP/IP Connection User's Guide | 1993 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-0000442054 |
| Getting Started with AppleSearch | 1994 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-0000441299 |
| About AppleSearch | 1994 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-0000441318 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| AppleSearch Update File Format Reference | 1993 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-0000441458 |
| AppleSearch Client Developer's Guide | 1993 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-0000441500 |
| AppleSearch | 1993 | Apple Computer, Inc. | Apple Computer, Inc. | SAMNDCA630-05234977 |
| Teaching a New Dog Old Tricks: A Macintosh-Based World Wide Web Starter Kit Featuring MacHTTP and Other Tools: AppleSearch | September 26, 1995 | Robin Martherus | Eric Lease Morgan, Apple Computer, Inc. | SAMNDCA630-04524923 |
| MessageWorld: A New Approach to Facilitating Asynchronous Group Communication | 1995 | Advanced Technology Group, Apple Computer, Inc., CIKM '95 | David Rose, Jeremy Bornstein and Kevin Tiene | SAMNDCA630-04523646 |
| Mac Monitor: AppleSearch, Power Macintosh—Most Significant Developments for 1994 | December 1994 | Edward Vaslauskas | Database | SAMNDCA630-04524914 |

Case No. 12-CV-00630-LHK
NOTICE PURSUANT TO 35 U.S.C. § 282

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| A Homegrown 'Competitive Tool' at Apple Computer's Corporate Library Becomes the Newest Librarian's Assistant | 1994 | Janet Vratny | IFLA Journal, | SAMNDCA630-04524918 |
| AppleSearch Upgrade Provides agent–based Searches on the Information "superhighway" | July 26, 1994 | Apple, Inc. | PR Newswire | SAMNDCA630-07604029 |
| AppleSearch Pros/Cons | September 3, 1996 | Clemente Galluccio | Usenet: comp.sys.mac.system | SAMNDCA630-07216824 |
| Re: AppleSearch Pros/Cons | September 5, 1996 | David Casseres | Usenet: comp.sys.mac.system | SAMNDCA630-07216825 |
| ASIP 5.0 & AppleSearch 1.5 | August 1, 1997 | Clemente Galluccio | Usenet: comp.sys.mac.comm | SAMNDCA630-07216827 |
| AppleSearch | March 23, 1995 | Bob Brown | Usenet: comp.sys.mac.apps | SAMNDCA630-07216828 |
| Re: Applesearch | March 23, 1995 | Robert Hume | Usenet: comp.sys.mac.apps | SAMNDCA630-07216829 |
| AppleSearch - only for servers? | June 17, 1993 | Frederic Charrette | Usenet: comp.sys.mac.system | SAMNDCA630-07216830 |
| Re: AppleSearch - only for servers? | June 17, 1993 | Sean McMains | Usenet: comp.sys.mac.system | SAMNDCA630-07216831 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Re: AppleSearch - Client/Server Software on the same machine? | June 17, 1993 | Frederic Charrette | Usenet: comp.sys.mac.system | SAMNDCA630-07216832 |
| Re: AppleSearch - only for servers? | June 18, 1993 | Sean McMains | Usenet: comp.sys.mac.system | SAMNDCA630-07216833 |
| Client-Server Standards for Text: Foundation for Innovation | 1991 | Dyson | Dyson | KAHLENDCA630-00000487 |
| freeWAIS-sf | 1995 | Ulrich Pfeifer | Dortmund University | SAMNDCA630-00821903 |
| Expansion of the FreeWAIS Server | 1994 | Hyunh Tung | Dortmund University | SAMNDCA630-06029163; FUHRNDCA630-00000013; GOVERTNDCA630-00000001 – 00000002; SAMNDCA630-07601360 |
| Interfaces for Distributed Systems of Information Servers | 1993 | Brewster Kahle | | SAMNDCA630-04524942 |
| Proceedings for Wide Area Information Workshop | February 1992 | Brewster Kahle eth al | MCNC Center for Communications, the National Science Foundation and Institute for Academic Technology | KAHLENDCA630-00013891 |
| Overview of Wide Area Information Servers | April 1991 | Brewster Kahle | Thinking Machines Corp. | SAMNDCA630-00821974 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| FREQUENTLY ASKED QUESTION FOR freeWAIS-sf | On or before 1997 | Ulrich Pfeifer | Dortmund University | SAMNDCA630-07218302; PFEIFERNDCA630-00002649; PFEIFERNDCA630-00005148 |
| MacWAIS User Manual, Version 1.29 | 1993/1994 | Microelectronics and Computer Technology Corporation | Microelectronics and Computer Technology Corporation | SAMNDCA630-00821931 |
| freeWAIS-sf – UNIDO Edition 0.5 | 1995 | Ulrich Pfeifer | Dormtund University | SAMNDCA630-00028135; SAMNDCA630-00822283; FUHRNDCA630-00000009; FUHRNDCA630-00000001 / SAMNDCA630-05349929 at doc/SF/fwsf.ps ("Unido") |
| An Information System for Corporate Users: Wide Area Information Servers | September 1991 | Brewster Kahle | ONLINE | KAHLENDCA630-00000593; SAMNDCA630-00943190 |
| Wide Area Information Server Concepts | November 3, 1989 | Brewster Kahle | Thinking Machines, Corp. | KAHLENDCA630-00000522 |
| Wide Area Information Servers: An Executive Information System for Unstructured Files | September 1991 | Brewster Kahle | ONLINE | KAHLENDCA630-00000101 |
| Roles of Electronic Publishing on Campus | 1991 | Brewster Kahle | Thinking Machines, Corp. | KAHLENDCA630-00002940 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| WAIS, A Sketch of an Overview | September 23, 1991 | Jeff Kellem | Beyond Dreams | SAMNDCA630-00003841 |
| The Promise of the WAIS Protocol | December 1991 | Levitt | UNIX Today! | KAHLENDCA630-00000600; SAMNDCA630-07330038 /KAHLENDCA630-00013891 |
| WAIS: The Wide Area Information Server or Anonymous What??? | 1992 | P. Marshall | The University of Western Ontario | SAMNDCA630-04386277; KAHLENDCA630-00000206 |
| WAIStation User Guide, Prototype Version, v. 0.57 | February 14, 1991 | Thinking Machines, Corp. | Thinking Machines, Corp. | SAMNDCA630-00944300, KAHLENDCA630-00000571 |
| Wide Area Information Servers demonstration video by Franklin Davis of Thinking Machines | 1991 | Thinking Machines, Corp. | Thinking Machines, Corp. | SAMNDCA630-00026730 |
| Wide Area Information Servers (WAIS) launch lecture at Xerox PARC | 1991 | Brewster Kahle | Xerox PARC | SAMNDCA630-04526333 |
| Janet Vratny Watts demonstration of Rosebud at the Apple Library User Group Annual Meeting in Cupertino, California | July 1, 1992 | Apple Computer, Inc. | Apple Computer, Inc. | STANFORDNDCA630-00000148 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| SIGWAIS-II Conference at the Library of Congress | July 23, 1993 | Brewster Kahle et al. | Library of Congress | KAHLENDCA630-00006381 |
| ASIS Mid-Year Meeting | December 1991 | Brewster Kahle, Harry Morris, Jonathan Goldman, Thomas Erickson, Adam Hertz, John Curran et al. | American Society for Information Science | KAHLENDCA630-00008958 |
| The Promise of the WAIS Protocol | February 3-4, 1992 | Brewster Kahle et al. | MCNC Conference | SAMNDCA630-07330038; KAHLENDCA630-00013891;CORNELLNDCA630-00000058 |
| WAIS – Making it Easier to Access Internet Resources | 1992 | Brewster Kahle | Link Letter | KAHLENDCA630-00001343 |
| For Shakespeare, Just Log On | July 3, 1991 | J. Markoff | New York Times | KAHLENDCA630-00011172 |
| Wide Area View | September 1995 | Ubois | Internet World | KAHLENDCA630-00005716 |
| WAIS: Wide Area Information Servers | 1995 | Brewster Kahle; Barbara Lincoln | Thinking Machines, Corp. | KAHLENDCA630-00009500 |
| WAIS: Wide Area Information Servers | 1991 | Brewster Kahle | Thinking Machines, Inc | KAHLENDCA630-00009871 |
| Alternative WAIS to Search Online | 1993 | Ken Ficara | DOWLINE | KAHLENDCA630-00008314 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Beyond the Theory: Knowledge Networking in Practice | May 1992 | Todd Miller | Information Today | KAHLENDCA630-00008325 |
| Wide Area Information Servers (WAIS) | 1992 | Christian and Gauslin | Information Systems Development | KAHLENDCA630-00000403 |
| WAIS Software Technical Description, Version 2 | October 1994 | WAIS, Inc. | WAIS, Inc. | KAHLENDCA630-00012188 |
| Collective Dynabases | June 1992, | L. Press | Communication of the ACM | KAHLENDCA630-00000199 |
| Webmasters Need to Choose Best WAIS | December 1994 | Frentzen | PC Magazine | KAHLENDCA630-00012611 |
| WAIS Daily Usages on Quake.Think.Com since April 16, 1991 | April 16, 1991 | Thinking Machines, Corp. | Thinking Machines, Corp. | KAHLENDCA630-00002900 |
| Rama: An Architecture for Internet Information Filtering | 1991 | J. Binkley and L. Young | Journal of Intelligent Information Systems | SAMNDCA630-00940123 |
| Browsing Local and Global Information, Proceedings of the 1995 Conference of the Centre for Advanced Studies on Collaborative Research | 1995 | M. Hasan et al. | CASCON '95 Proceedings | SAMNDCA630-00936320 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Search Algorithms Under Different Kinds of Heuristics – A Comparative Study | 1983 | A. Bagchi, A. Mahanti | Journal of the Association for Computing Machinery | SAMNDCA630-00936299; ACM(SAMSUNG)00000187 |
| Lycos: Design choices in an Internet search service | Jan/Feb 1997 | M. Mauldin | IEEE Expert | SAMNDCA630-07389470 |
| A Machine Learning Architecture for Optimizing Web Search Engines | 1996 | J. Boyan, Dayne Freitag, Thorsten Joachims | Carnegie Mellon University | SAMNDCA630-07791744 |
| Multi-Objective Heuristic Search, An Introduction to Intelligent Search Methods for Multicriteria Optimization | 1999 | Pallab Dasgupta, P. Chakrabarti, S. C. DeSarkar | Vieweg | SAMNDCA630-00938936 |
| A Complete Guide to DB2 Universal Database | 1998 | D. Chamberlin | Kaufmann Press | SAMNDCA630-07883785 |
| Undergraduate Texts in Computer Science, Exploring Computer Science with Scheme | 1999 | O. Grillmeyer | Springer-Verlag | SAMNDCA630-00936349 |
| Exploring the Similarity Space | 1998 | Justin Zobel and Alistaire Moffatt | SIGIR Forum | SAMNDCA630-07389413 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Towards a Comprehensive Web Search | 1999 | Erik Selberg | University of Washington | PQ000011-000240 |
| The MetaCrawler Architecture for Resource Aggregation on the Web | November 8, 1996 | Erik Selberg and Oren Etzioni | University of Washington | SAMNDCA630-00821003; IEEE_APPSAM00020 |
| Privacy Interfaces for Information Management | October 1999 | Tessa Lau, Oren Etzioni, Daniel S. Weld | Communications of the ACM | ETZIONINDCA630-00000002; ACM(Samsung)00000049 |
| Mac OS 8.5 Black Book | 1999 | M. Bell and D. Suggs | The Coriolis Group | SAMNDCA630-00943196 |
| Macworld Mac OS 8.5 Bible | 1999 | Lon Poole | IDG Books Worldwide, Inc | SAMNDCA630-00937625 |
| Mac OS 9 For Dummies | 1999 | B. LeVitus | For Dummies | APLNDC630-0000284450 |
| Mac OS 9 Bible | 1999 | Lon Poole; Todd Stauffer | Wiley | APLNDC630-0000283530 |
| Apple MessagePad Handbook | 1995 | Apple Computer, Inc. | Apple Computer, Inc. | SAMNDCA630-00936076 |
| Newton Programmer's Guide For Newton 2.0 | 1996 | Apple Computer, Inc. | Addison-Wesley | SAMNDCA630-00939107; LUKENDCA630-00000605 |
| NetHopper User's Manual | 1997 | AllPen Software | AllPen Software, Inc. | SAMNDCA630-0093908 |
| Hemlock: An Internet Search Tool for the Newton | 1999 | Sean Luke | Sean Luke | SAMNDCA630-00943175 |

Case No. 12-CV-00630-LHK
NOTICE PURSUANT TO 35 U.S.C. § 282

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Newton Technology Journal,vol. III(2) | March 1997 | Newton Technology Journal | Newton Technology Journal | SAMNDCA630-04525148 |
| Newton MessagePad 2000 Tech Article | January 1997 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDCA630-0000276823 |
| Packaging for the Newton MessagePad 120 device | 1995 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-0000442277 |
| Reviewers Guide to the MessagePad 2000 | 1997 | Apple Computer, Inc. | Apple Computer, Inc. | APLNDC630-0000442285 |
| Newton Solutions Guide | 1995 | Apple Computer, Inc. | Apple Computer, Inc. | LUKENDCA630-00001477 |
| Newton MessagePad Handbook | 1993 | Apple Computer, Inc. | Apple Computer, Inc. | LUKENDCA630-00001391 |
| Sean Luke's Hemlock website | 1999 | Sean Luke | Sean Luke | SAMNDCA630-00943175, LUKENDCA630-0000333 |
| Hemlock website for version 0.94b | 1999 | Sean Luke | Sean Luke | SAMNDCA630-00943175, LUKENDCA630-0000333 |
| Hemlock website for version 1 | 1999 | Sean Luke | Sean Luke | LUKENDCA630-00000280 |
| Hemlock website for version 1.1 | 1999 | Sean Luke | Sean Luke | LUKENDCA630-00000323 |
| Hemlock website for version 1.2 | 1999 | Sean Luke | Sean Luke | LUKENDCA630-00000295; LUKENDCA630-00000301 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Hemlock website for version 1.2.2 | 1999 | Sean Luke | Sean Luke | LUKENDCA630-00000288 |
| Hemlock website for version 2.0bl | 1999 | Sean Luke | Sean Luke | LUKENDCA630-00000001; LUKENDCA630-00000307; LUKENDCA630-00000315 |
| Yahoo! Movies Plug-in for Hemlock Page | 1999 | Sean Luke | Sean Luke | LUKENDCA630-00000338 |
| Apple Developer Documentation – Extending and Controlling Sherlock | 1999 | Sean Luke | Sean Luke | LUKENDCA630-00000501 |
| SenseMaker: an information-exploration interface supporting the contextual evolution of a user's interests | 1997 | Michelle Q Wang; Terry Winograd | ACM | SAMNDCA630-04320948 |
| An Interactive, Structure-Mediated Approach To Exploring Information In A Heterogeneous, Distributed Environment. | December 1997 | Michelle Q Wang. | Stanford University | |
| Automatic Information Organization and Retrieval | 1968 | Gerard Salton | McGraw Hill | |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Dynamic File Organization and Heuristic Search Strategies in Information Retrieval | 1969 | Gerard Salton | Cornell University | |
| A Theory of Indexing. | 1975 | Gerard Salton | Society for Industrial and Applied Mathematics | |
| Automatic Text Processing | 1989 | Gerard Salton | Addison-Wesley Longman Publishing Co., Inc | APLNDC630-0000091218 |
| Combining Model-Oriented and Description-Oriented Approaches for Probabilistic Indexing | 1991 | Norbert Fuhr, Ulrich Pfeifer | ACM | |
| Probabilistic Information Retrieval as a Combination of Abstraction, Inductive Learning, and Probabilistic Assumptions | 1994 | Norbert Fuhr, Ulrich Pfeifer | Dortmund University | |
| A Decision-Theoretic Approach To Database Selection In Networked IR | 1999 | Norbert Fuhr | ACM Transactions on Information Systems (TOIS) | |
| Digital Equipment Offers Web Browsers Its 'Super Spider' | December 1995 | P. Lewis | New York Times | SAMNDCA630-07887165 |

Case No. 12-CV-00630-LHK

NOTICE PURSUANT TO 35 U.S.C. § 282

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| A design methodology for reliable software systems | 1972 | B. Liskov | Joint Computer Conference | SAMNDCA630-07601334 |
| Abstraction Mechanisms in CLU," Communications of the ACM | August, 1977 | B. Liskov | Communications of the ACM | SAMNDCA630-07887395 |
| On the Criteria To Be Used in Decomposing Systems Into Modules | December 1972 | D. Parnas | Communications of ACM | SAMNDCA630-07601324 |
| Programming with Abstract Data Types | 1974 | B. Liskov and S. Zilles | ACM SIGPLAN Symposium on Very High Level Programming Languages | SAMNDCA630-07601324 |
| Modula. A Language for Modular Multiprogramming | January/February 1997 | Wirth | Software: Practice and Experience | SAMNDCA630-07887396 |
| Simula 67 Common Base Language | 1968 | Dahl et al | Norwegian Computing Center | SAMNDCA630-07887429 |

| ITEM OFFERED FOR SALE OR PUBLICLY USED | DATE | IDENTITY OF THE PERSON OR ENTITY |
|---|---|---|
| Sherlock 1 | 1998 | Apple, Inc. |
| Sherlock 2 | 1999 | Apple, Inc. |
| Newton 2.0 | 1995 | Apple, Inc. |
| Metacrawler | 1996 | University of Washington |

Case No. 12-CV-00630-LHK

NOTICE PURSUANT TO 35 U.S.C. § 282

**C.** *Prior Inventors/Prior Knowledge, Use, Sale of Invention*

| NAME | ADDRESS |
|------|---------|
| Kenneth McLeod | Apple, Inc. c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921 |
| David Casseres | c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921 |
| Eric Bivona | Dartmouth College c/o Kevin D. O'Leary, Associate General Counsel, Office of General Counsel Dartmouth College, 63 S. Main St., Suite 301, Hanover, NH 03755.  Telephone number 603-646-2444 |
| Ulrich Pfeifer | c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. |
| Norbert Fuhr | c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065 |
| Brewster Kahle | c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.  Telephone number 650-801-5000 |

**III.** **U.S. PATENT NO. 7,761,414 (CLAIM 20)**

    **A.** *Prior Art Relied Upon for Invalidity of the '414 Patent*

        1.   Patents and Patent Publications

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE | INVENTOR(S) | BEGBATES |
|------------|-------------------|---------------|-------------|----------|
| 7,506,006 | United States | March 17, 2009 | Viswanath Vadlamani, Jon Milo Elliott, Mohammad Mushtaque Silat | SAMNDCA630-07882244 |

        2.   Systems and Printed Publications

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|-------------------|------------------|-----------|-----------|----------|
|  |  |  |  |  |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Smart Client Architecture and Design Guide | October 26, 2004 | David Hill, Brenton Webster, Edward A. Jezierski, Srinath Vasireddy, Mo Al-Sabt, Blaine Wastell, Jonathan Rasmusson, Paul Gale, Paul Slater | Microsoft Corporation | SAMNDCA630-00949126 |
| Evolution 2.4 User Guide | September 7, 2005 | Novell Inc. | Novell Inc. | SAMNDCA630-00944438 |
| SUSE 10.0 User Guide | September 5, 2005 | Novell Inc. | Novell Inc. | SAMNDCA630-07791355 |
| GroupWise 6.5 Administration Guide | February 6, 2006 | Novell Inc. | Novell Inc. | SAMNDCA630-07873006 |
| Exchange ActiveSync and Exchange 2003 | July 6, 2005 | Microsoft Corporation | Microsoft Corporation | SAMNDCA630-00948288 |

| ITEM OFFERED FOR SALE OR PUBLICLY USED | DATE | IDENTITY OF THE PERSON OR ENTITY |
|---|---|---|
| Novell Evolution | October 2005 | Novell Inc., Jim Lundberg, Miguel de Icaza, Jeffrey Stedfast, Daniel Winship, Jeffrey Chase |
| Microsoft Windows Mobile | October 2005 | Microsoft Corporation, Patrick Gogerty, Gary Hall, Yan Balducci, Robert Levy, Jeffrey Chase |

**B.**  *Prior Art Showing the State of the Art Required by 35 U.S.C. § 282(c)*

1. Patents and Patent Publications

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|

Case No. 12-CV-00630-LHK
NOTICE PURSUANT TO 35 U.S.C. § 282

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 6,000,000 | United States | Dec. 7, 1999 | Jeffrey C. Hawkins, Michael Albanese | SAMNDCA630-07881704 |
| 2004/0139235 | United States | July 15, 2004 | Boris Gitlin, Gus Rashid, Navruze Rashid. | SAMNDCA630-07882345 |

2.      Systems and Printed Publications

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| The Case for Non-transparent Replication: Examples from Bayou | 1998 | Douglas B. Terry, Karin Petersen, Mike J. Spreitzer, Marvin Theimer | Xerox Palo Alto Research Center | SAMNDCA630-00945801 |
| Managing Update Conflicts in Bayou, a Weakly connected Replicated Storage System | 1995 | Douglas B. Terry, Marvin M. Theimer, Karen Petersen, Alan Demers, Mike J. Spreitzer, Carl H. Hauser | ACM | SAMNDCA630-00945811 |
| IETF RFC 3051, Internet Message Access Protocol | March 2003 | Mark Crispin | IETF | SAMNDCA630 -00948745 |
| UNIX Applications Programming: Mastering the Shell | 1990 | Ray Swartz | SAMS | SAMNDCA630 -00950621 |
| OpenSync:  A Synchronization Framework | 2004-2005 | Armin Bauer | | SAMNDCA630-04525693 |
| Exchange Information Store Service Architecture | May 23, 2005 | Microsoft Corporation | Microsoft Corporation | SAMNDCA630-05347297 |

-26-

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Developing Multithreaded Applications for the .NET Compact Framework | June 2005 | Maarten Struys | Microsoft Corporation | SAMNDCA630-05347437 |
| SunOS Multi-thread Architecture | 1991 | M.L. Powell, S.R. Kleiman, S. Barton, D. Shah, D. Stein, M. Weeks | USENIX | SAMNDCA630-05347510 |
| Practical Multithreading for Client Apps | January 2004 | Jason Clark | Microsoft Corporation | SAMNDCA630-0643567 4 |
| Running Mac OS X Panther | December 2003 | James Duncan Davidson | O'Reilly | SAMNDCA630-06435688 |
| Maximizing Desktop Application Performance on Dual-Core PC Platforms | 2005 | Richard A. Brunner | Microsoft WinHEC 2005 | SAMNDCA630-06572878 |
| Novell Ships Richest Linux Distribution Ever to the Market | Apr. 20, 2005 | M2 Presswire | M2 Communications | SAMNDCA630-07673913 |
| Novell Announces Availability of SUSE Linux 10.0 | Sept. 7, 2005 | M2 Presswire | M2 Communications | SAMNDCA630-07673915 |
| Novell Launches the Better Desktop Initiative for the Open Source Community | Oct. 11, 2005 | M2 Presswire | M2 Communications | SAMNDCA630-07673918 |
| Microsoft Introduces Windows Mobile 5.0 | May 12, 2005 | UPI | UPI | SAMNDCA630-07673920 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Microsoft Releases Windows Mobile 5.0 | May 10, 2005 | PR Newswire | PR Newswire | SAMNDCA630-07673921 |
| HP Strengthens Mobile Portfolio with Launch of New HP iPAQ Handhelds and Mobile Printer | Sept. 26, 2005 | Business Wire | Business Wire | SAMNDCA630-07673924 |
| Palm Treo 700w Smartphone Available on the Verizon Wireless Network | Jan. 4, 2006 | Business Wire | Business Wire | SAMNDCA630-07673928 |
| IETF RFC 2060, Internet Message Access Protocol | December 1996 | Mark Crispin | IETF | SAMNDCA630-07791250 |
| Newton's Telecom Dictionary, 16th ed. | Feb. 2000 | Harry Newton | Telecom Books | SAMNDCA630-07886174 |
| Webster's New World Dictionary of Computer Terms, 8th ed. | 2000 | Bryan Pfaffenberger | IDG Books Worldwide | SAMNDCA630-07886182 |
| Implementation of the Ficus Replicated File System | 1990 | Richard G. Guy, John S. Heidemann, Wai Mak, Thomas W. Page Jr., Gerald J. Popek, Dieter Rothmeier | Department of Computer Science, UCLA | SAMNDCA630-07886190 |
| Fundamentals of Database Systems, 2nd ed. | 1994 | Ramez Elmasri, Shamkant Navathe | The Benjamin Cummings Publishing Company, Inc. | SAMNDCA630-07886200 |
| Extensible Storage Engine Architecture | January 1, 2006 | Microsoft Corporation | Microsoft Corporation | SAMNDCA630-07887096 |

Case No. 12-CV-00630-LHK
NOTICE PURSUANT TO 35 U.S.C. § 282

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| vCalendar: The Personal Calendaring and Scheduling Exchange Format | January 1, 1997 | Versit Consortium | Internet Mail Consortium | SAMNDCA630-07887158 |
| Exploiting Weak Connectivity for Mobile File Access | 1995 | Lily B. Mummert, Maria R. Ebling, M. Satyanarayanan | ACM | SAMNDCA630-07887167 |
| Design and Implementation of the Sun Network Filesystem | 1985 | Russel Sandberg, David Goldberg, Steve Kleiman, Dan Walsh, Bob Lyon | Sun Microsystems | SAMNDCA630-07887245 |
| An Introduction to Programming with C# Threads | 2005 | Andrew Birrell | Microsoft Corporation | SAMNDCA630-07887257 |
| An Introduction to Programming with Threads | 1989 | Andrew Birrell | Digital Systems Research Center | SAMNDCA630-07673033 |
| Inside Windows NT | 1993 | Helen Custer | Microsoft Press | CORNELL NDCA630-00000177 |
| Predictive Log-Synchronization | 2006 | Ori Shalev, Nir Shavit | ACM | APLNDC630-0000049958 |
| Sync Services: Syncing Your Data With Sync Services | 2004 | Gordon Freedman | Apple Inc. | APLNDC630-0000196081<br><br>APLNDC630-0000441001 |
| Sync Services: Fundamentals of Data Synchronization | 2004 | Toby Paterson | Apple Inc. | APLNDC630-0000196246<br><br>APLNDC630-0000441117 |

| ITEM OFFERED FOR SALE OR PUBLICLY USED | DATE | IDENTITY OF THE PERSON OR ENTITY |
|---|---|---|
| Cyrus IMAP Server | December 2005 | Carnegie Mellon University, Walter Wong, Jeffrey Stedfast, Daniel Winship, Miguel de Icaza, Jeffrey Chase |
| Microsoft Exchange Server | January 2006 | Microsoft, Gary Hall, Yan Balducci, Jeffrey Stedfast, Daniel Winship,  Miguel de Icaza, Jeffrey Chase |

C.     *Prior Inventors/Prior Knowledge, Use, Sale of Invention*

| NAME | ADDRESS |
|---|---|
| Daniel Winship | c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065 |
| Miguel de Icaza | c/o Novell Inc., 1800 Novell Pl, Provo, UT 84606 |
| Jeffrey Stedfast | c/o Novell Inc., 1800 Novell Pl, Provo, UT 84606 |
| Jim Lundberg | c/o Novell Inc., 1800 Novell Pl, Provo, UT 84606 |
| Gary Hall | c/o Gary H. Levin, Woodcock Washburn LLP, Cira Centre, 12th Floor, 2929 Arch Street, Philadelphia, PA 19104 |
| Yan Balducci | c/o Gary H. Levin, Woodcock Washburn LLP, Cira Centre, 12th Floor, 2929 Arch Street, Philadelphia, PA 19104 |
| Patrick Gogerty | c/o Gary H. Levin, Woodcock Washburn LLP, Cira Centre, 12th Floor, 2929 Arch Street, Philadelphia, PA 19104 |
| Walter Wong | c/o Carnegie Mellon University, 5000 Forbes Avenue, Pittsburgh PA 15213 |
| Gordon Freedman | Apple Inc. c/o Gibson Dunn & Crutcher LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921 |

## IV.   U.S. PATENT NO. 8,046,721 (CLAIM 8)

### A.   *Prior Art Relied Upon for Invalidity of the '721 Patent*

#### 1.   Patents and Patent Publications

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF PUBLICATION | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| WO 03/038569 | World Intellectual Property Organization | May 8, 2003 | Ari Hyppönen | SAMNDCA630-00966681 |

#### 2.   Systems and Printed Publications

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Touchscreen Toggle Design | 1992 | Catherine Plaisant, Daniel Wallace | Association for Computing Machinery | SAMNDCA630-00001325 |
| Touchscreen Toggle Design (1992 ACM CHI Conference Video) | 1992 | Catherine Plaisant | ACM SIGGRAPH Video Review | PLAISANTNDCA-00000002 |
| Neonode Quick Start Guide V0.5 | July 29, 2004 | Neonode AB | Neonode AB | SAMNDCA630-0966506; see also C. Butler Declaration Ex. A |

### B.   *Prior Art Showing the State of the Art Required by 35 U.S.C. § 282(c)*

#### 1.   Patents and Patent Publications

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 2005/0253817 | United States | November 18, 2008 | Markku Rytivaara, Mika Mustonen, Timo Tokkonen | SAMNDCA630-00001438 |
| WO 01/77792 A2 | PCT | October 18, 2001 | Ari Juels | SAMNDCA630-00966654 |

Case No. 12-CV-00630-LHK
NOTICE PURSUANT TO 35 U.S.C. § 282

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 5,561,758 | United States | October 1, 1996 | Hocker | SAMNDCA630-07824405 |
| 5,821,933 | United States | October 13, 1998 | Keller | SAMNDCA630-00001452 |
| 8,352,745 | United States | February 23, 2000 | McKeeth | SAMNDCA630-06272136 |
| 6,920,619 | United States | August 28, 1997 | Milekic | SAMNDCA630-06436822 |
| 7,395,506 | United States | July 1, 2008 | Tan | SAMNDCA630-04320906 |
| 2005/0289476 | United States | Dec. 29, 2005 | Tokkonen | SAMNDCA630-00818861 |

2.      Systems and Printed Publications

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| The Buxton Collection, "IBM Simon" | 7/4/2013 | Bill Buxton | Online | SAMNDCA630-07871373 |
| The Buxton Collection, "Palm Pilot" | 7/4/2013 | Bill Buxton | Online | SAMNDCA630-07871375 |
| Carr, D. "Specification of Interface Interaction Objects" | September 1993 | D. Carr | | SAMNDCA630-00817832 |
| Casio Manual for the AT-500 Module No. 320 User's Guide | ~1984 | Casio | Casio | SAMNDCA630-07871377 |
| COMPAQ Getting Started: Compaq Tablet PC TC1000 | November 2002 | Compaq | Compaq | SAMNDCA630-07871391 |

Case No. 12-CV-00630-LHK
NOTICE PURSUANT TO 35 U.S.C. § 282

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Dell Axim X50 Owner's Manual | 2004 | Dell | Dell | SAMNDCA630-07602330 |
| "The Grouplab DiamondTouch Toolkit" | 2004 | Diaz Marino | University of Calgary | SAMNDCA630-07885908 |
| "DiamondTouch: A Multi-User Touch Technology" | October 2003 | Dietz & Leigh | Mitsubishi | SAMNDCA630-07871554 |
| "Human-Computer Interaction" 3rd. Ed. | 2004 | Dix | Prentice-Hall | SAMNDCA630-07885909 |
| "Direct Manipulation: A Step Beyond Programming Languages" | August 1983 | Shneiderman | University of Maryland | SAMNDCA630-05350771 |
| "Multi-user Multi-touch Games on DiamondTouch with the DTFlash Toolkit" | November 2002 | Esenther, A. | Mitsubishi | SAMNDCA630-07871565 |
| "Direct Manipulation and Other Lessons" | November 1996 | Frolich, D. | Hewlett Packard | SAMNDCA630-05350695 |
| "The History and Future of Direct Manipulation" | June 1993 | Frolich, D. | Hewlett Packard | SAMNDCA630-05350796 |
| HP Jornada 520 Series Pocket PC User's Guide | 2001 | Hewlett Packard | Hewlett Packard | SAMNDCA630-07885934 |
| "Direct Manipulation Interfaces" | 1985 | Hutchins | UC San Diego | SAMNDCA630-05350743 |
| Simon Says "Here's How!" | 1994 | IBM | IBM | SAMNDCA630-07871779 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| "The Design and Analysis of Graphical Passwords" | Aug. 26, 1999 | Jermyn, I. | USENIX | SAMNDCA630-00819478 |
| "Doing With Images Makes Symbols" | 1987 | Kay, A. | | SAMNDCA630-07872018-002/003/005 |
| "Videoplace -- An Artificial Reality" | April 1985 | Krueger, M. | CHI '85 | SAMNDCA630-07886068 |
| Videoplace '88 | 1988 | Krueger, M. | CHI '88 | SAMNDCA630-07872018-006 |
| "A Multi-Touch Three Dimensional Touch-Sensitive Tablet" | April 1985 | Lee & Buxton | CHI '85 | SAMNDCA630-07871699 |
| LG VX2000 User Guide | ~1996 | LG | LG | SAMNDCA630-07602254 |
| "Access/Control Icons (Icon Keys)" | April 1995 | McLean | IP.com | SAMNDCA630-00818154 |
| Motorola C975 3G User Manual | 2004 | Motorola | Motorola | SAMNDCA630-07602155 |
| "IBM RealThings CHI 98" | 4/23/1998 | Muallaly | CHI '98 | SAMNDCA630-05350784 |
| "Soft machines: A philosophy of user-computer interface design" | December 1983 | Nakatani | CHI '83 | SAMNDCA630-07871704 |
| "Usability Engineering" | 1993 | Nielsen, J. | SunSoft/Morgan Kaufmann | SAMNDCA630-07884796 |
| Nokia 3360 User Guide | September 2002 | Nokia | Nokia | SAMNDCA630-07601562 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| "The Design of Everyday Things" | 1990 | Norman, D. | DoubleDay | SAMNDCA630-06028134 |
| Using your Treo 650 Smartphone by palmOne | 2005 | PalmOne | PalmOne | SAMNDCA630-06403464 |
| Handbook for Palm Tungsten T2 Handheld | 2003 | PalmOne | PalmOne | SAMNDCA630-06404793 |
| Palm Treo 650 User's Guide | 2004 | PalmOne | PalmOne | SAMNDCA630-06403710 |
| "Touch-Sensitive Screens: the technologies and their application" | 10/22/85 | Pickering | Int. J. Man-Machine Studies, Southampton University | SAMNDCA630-07871709 |
| University of Maryland 1991 HCIL Open House | 199 | Plaisant | University of Maryland | PLAISANTNDCA-00000001 |
| "Scheduling home control devices" [Video] | 1991 | Plaisant | UMD | SAMNDCA630-00819493 |
| "Scheduling home control devices" [Paper] | 1991 | Plaisant | UMD | PLAISANTNDCA630-00000005 |
| "Push or Slide: Touchscreen Toggle Design" | 1991 | Plaisant & Wallace | UMD | SAMNDCA630-00820487 |
| "SmartSkin: an infrastructure for freehand manipulation on interactive surfaces" | 4/25/2002 | Rekimoto | Sony | SAMNDCA630-07871997 |
| Blackberry 7290 Wireless Handheld User Guide | 11/3/2004 | RIM | RIM | SAMNDCA630-07603056 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Samsung SGH-c207 Portable Digital Telelphone Manual | 2004 | Samsung | Samsung | SAMNDCA630-07601936 |
| "Advances in Human-Computer Interaction" | 1992 | Sears | Ablex Publishing | SAMNDCA630-07871731 |
| "Designing the User Interface: Strategies for Effective Human-Computer Interaction 2nd Ed" | 1992 | Shneiderman | UMD / Addison-Wesley Publishing | SAMNDCA630-00926299 |
| "Designing the User Interface: Strategies for Effective Human-Computer Interaction 3rd Ed" | 1998 | Shneiderman | UMD / Addison-Wesley Publishing | SAMNDCA630-06025114 |
| "Designing the User Interface: Strategies for Effective Human-Computer Interaction 4th Ed" | 2005 | Shneiderman | UMD / Addison-Wesley Publishing | SAMNDCA630-07870958; SAMNDCA630-07886074 |
| Sony Ericsson P900 User Guide | 2003 | Sony Ericsson | Sony Ericsson | SAMNDCA630-07602656; SAMNDCA630-00934898 |
| Sony Ericsson P910i User Guide | 2004 | Sony Ericsson | Sony Ericsson | SAMNDCA630-07602849 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| JazzMutant Lemur Owner's Manual | 2004 | Stantum, Inc. | Stantum, Inc. | SAMNDCA630-00966301 |
| "Sketchpad, A Man-Machine Graphical Communication System" | 1963 | Sutherland | MIT | SAMNDCA630-07871820 |
| "Spy-Resistant Keyboard: More Secure Password Entry on Public Touch screen Displays" | ~2004 | Tan, D. | Microsoft | SAMNDCA630-07602518 |
| "Passdoodles: A Lightweight Authentication Method" | 2004 | Varenhorst | MIT | SAMNDCA630-00820329 |
| "Interacting with paper on the Digital Desk" | 1993 | Wellner, P. | ACM Press | SAMNDCA630-07886163 |
| "Tactile Manipulation on a Digital Desk" [video] | 1992 | Wellner, P. | ACM SGVR 79 | SAMNDCA630-07872018-004 |
| Palm GridLock | 2004 | Giles Goddard | Vitei, Inc. | n/a |
| JazzMutant Lemur | 2004 | JazzMutant, Inc. | JazzMutant, Inc. | n/a |

**C.**   *Prior Inventors/Prior Knowledge, Use, Sale of Invention*

| NAME | ADDRESS |
|---|---|
| Catherine Plaisant | University of Maryland, Institute for Advanced Computer Studies, College Park, Maryland 20742. |
| Christopher Butler | Internet Archive, 300 Funston Avenue, San Francisco, CA 94118. |

**V.     U.S. PATENT NO. 8,074,172 (CLAIM 18)**

    **A.     *Prior Art Relied Upon for Invalidity of the '172 Patent***

        1.     Patents and Patent Publications

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE / PUBLICATION | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 5,953,541 | United States | September 14, 1999 | Martin T. King, Dale L. Glover, Clifford A. Kushler, Cheryl A. Grunbock | SAMNDCA630-00095072 |
| 7,880,730 | United States | February 1, 2011 | B. Alex Robinson, Michael R. Longe, David Jon Kay, Gordon Robert Waddell | SAMNDCA630-00942638 |
| WO 2005/008899 | World Intellectual Property Organization | January 27, 2005 | Edwin Ng, Joo Seng Julian Oh | SAMNDCA630-06405638 |

    **B.     *Prior Art Showing the State of the Art Required by 35 U.S.C. § 282(c)***

        1.     Patents and Patent Publications

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE / PUBLICATION | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 5,594,640 | United States | January 14, 1997 | Stephen P. Capps, Ernest H. Beernink, John R. Meier, David Temkin | SAMNDCA630-00095007 |
| 5,818,437 | United States | October 6, 1998 | Dale L. Grover, Martin T. King, Clifford A. Kushler | SAMNDCA630-06405313 |

Case No. 12-CV-00630-LHK
NOTICE PURSUANT TO 35 U.S.C. § 282

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE / PUBLICATION | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 6,011,554 | United States | January 4, 2000 | Martin T. King, Dale L. Grover, Clifford A. Kushler, Cheryl A. Grunbock | SAMNDCA630-06405348 |
| 6,307,548 | United States | October 23, 2001 | Edward P. Flinchem, Dale Grover, Cheryl Grunbock, Martin T. King, Clifford A. Kushler | SAMNDCA630-00093475 |
| 6,801,190 | United States | October 5, 2004 | B. Alex Robinson, Michael R. Longé | SAMNDCA630-00093626 |
| 6,822,585 | United States | November 23, 2004 | Jian Ni, Yong Gou, Ninghui Gao | SAMNDCA630-00093669 |
| 7,030,863 | United States | April 18, 2006 | Michael R. Longe, Pim van Meurs | SAMNDCA630-00093694 |
| 7,088,345 | United States | August 8, 2006 | B. Alex Robinson, Michael R. Longé | SAMNDCA630-00941768 |
| 7,119,794 | United States | October 10, 2006 | Yuan Kong | SAMNDCA630-00941808 |
| 7,130,798 | United States | October 31, 2006 | Peter H. Williamson, Charlton E. Lui, Dan W. Altman | SAMNDCA630-00093786 |
| 7,277,088 | United States | October 2, 2007 | B. Alex Robinson, Michael R. Longe | SAMNDCA630-00093805 |
| 7,920,132 | United States | April 5, 2011 | Michael R. Longe, Pim van Meurs | SAMNDCA630-00942683 |

Case No. 12-CV-00630-LHK

NOTICE PURSUANT TO 35 U.S.C. § 282

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE / PUBLICATION | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 8,136,050 | United States | March 13, 2012 | Heiko K. Sacher, Maria E. Romera, Jens Nagel | SAMNDCA630-00094242 |
| 2002/0084991 | United States | July 4, 2002 | Edward R. Harrison, Jason Dishlip | SAMNDCA630-07117581 |
| 2004/0140956 | United States | August 29, 2006 | Clifford A. Kushler, Randal J. Marsden | SAMNDCA630-00941571 |
| 2005/0052427 | United States | March 10, 2005 | Michael Chi Hung Wu, Chia Shen, Kathleen Ryall, Clifton Lloyd Forlines | SAMNDCA630-07117587 |
| 2005/0192802 | United States | September 1, 2005 | Alex Robinson, Ethan Bradford, David Kay, Pim Van Meurs, James Stephanick | SAMNDCA630-00094387 |
| 2006/0149551 | United States | July 6, 2006 | William Francis Ganong III, Johan Schalkwyk | SAMNDCA630-00094432 |
| 2006/0152496 | United States | July 13, 2006 | Peter Knaven | APLNDC630-0000055284 |
| 2006/0206815 | United States | September 14, 2006 | Krishna K. Pathiyal, Jason T. Griffin | SAMNDCA630-00094505 |
| 2006/0265648 | United States | November 23, 2006 | Roope Rainisto, John Hard | APLNDC630-0000055897 |
| 2006/0269138 | United States | November 30, 2006 | Peter H. Williamson, Charlton E. Lui, Dan W. Altman | SAMNDCA630-00094524 |
| 2006/0274051 | United States | December 7, 2006 | Michael R. Longe, Pim Van Meurs | SAMNDCA630-06029454 or APLNDC630-0000054956 |

Case No. 12-CV-00630-LHK

NOTICE PURSUANT TO 35 U.S.C. § 282

| PATENT NO. | COUNTRY OF ORIGIN | DATE OF ISSUE / PUBLICATION | INVENTOR(S) | BEGBATES |
|---|---|---|---|---|
| 2007/0040813 | United States | February 22, 2007 | Clifford A. Kushler, Randal J. Marsden | APLNDC630-0000055148 |
| 2007/0061753 | United States | March 15, 2007 | Edwin Ng, Joo Seng Julian Oh, Chin Foo Ken Tan | SAMNDCA630-00941626 |

2.   Systems and Printed Publications

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| An Efficient Text Input Method for Pen-Based Computers | 1998 | Toshiyuki Masui | Association for Computing Machinery | SAMNDCA630-00094790 |
| Apple MessagePad Handbook | 1995 | Apple Computer, Inc. | Apple Computer, Inc. | SAMNDCA630-00936076 |
| Finger Instead of Mouse: Touch Screens as a Means of Enhancing Universal Access | 2003 | Andreas Holzinger | Springer-Verlag Berlin Heidelberg | SAMNDCA630-00932408 |
| FitalyStamp Options and Advanced Features | 2004 | Textware Solutions | Textware Solutions | SAMNDCA630-06026254 |
| FitalyStamp User's Manual | 2004 | Textware Solutions | Textware Solutions | SAMNDCA630-06026278 |
| FitalyVirtual Options and Advanced Features | 2004 | Textware Solutions | Textware Solutions | SAMNDCA630-06026300 |
| FitalyVirtual User's Manual | 2004 | Textware Solutions | Textware Solutions | SAMNDCA630-06026318 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Handbook for Palm ™ Tungsten ™ T Handhelds | 2002 | Palm | Palm | SAMNDCA630-00940992 |
| Handbook for Palm ™ Tungsten ™ T2 Handheld | 2003 | Palm | Palm | SAMNDCA630-06404793 |
| Instant Text Mobile Options and Advanced Features | 2005 | Textware Solutions | Textware Solutions | SAMNDCA630-06027003 |
| Instant Text Mobile User's Manual | 2005 | Textware Solutions | Textware Solutions | SAMNDCA630-06027022 |
| Integrating Pen Operations for Composition by Example | 1998 | Toshiyuki Masui | Association for Computing Machinery | SAMNDCA630-00094798 |
| Kyocera 7135 Smartphone Reference Guide | 2002 | Kyocera Wireless Corp. | Kyocera Wireless Corp. | SAMNDCA630-07708088 |
| Kyocera 7135 Smartphone User's Guide | 2002 | Kyocera Wireless Corp. | Kyocera Wireless Corp. | SAMNDCA630-07708311 |
| Motorola RAZR User Guide | 2005 | Motorola | Motorola | SAMNDCA630-00940959 |
| PalmPilot ™ Handbook | 1997 | 3Com | 3Com | SAMNDCA630-07885198 |
| Phone Pairing Handbook for Palm ™ Tungsten ™ T Handhelds | 2002 | Palm | Palm | SAMNDCA630-06402672 |

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| POBox: An Efficient Text Input Method for Handheld and Ubiquitous Computers | 1999 | Toshiyuki Masui | Springer-Verlag Berlin Heidelberg | SAMNDCA630-00094800 |
| Read This First – Welcome to FitalyStamp | 2004 | Textware Solutions | Textware Solutions | SAMNDCA630-06026271 |
| Read This First – Welcome to FitalyVirtual | 2004 | Textware Solutions | Textware Solutions | SAMNDCA630-06026312 |
| Read This First – Welcome to Instant Text Mobile | 2004 | Textware Solutions | Textware Solutions | SAMNDCA630-06027019 |
| SCH-i730 Series, Portable Dual-Band Telephone, User Guide | 2005 | Samsung Tele-communications America, Inc. | Samsung Tele-communications America, Inc. | SAMNDCA630-07117175 |
| Simon Says "Here's How!" | 1994 | IBM Corp. | IBM Corp. | SAMNDCA630-00806858 |
| SPH-i700, Digital Dual Band Mobile Phone, User Guide | 2004 | Samsung Tele-communications America, Inc. | Samsung Tele-communications America, Inc. | SAMNDCA630-07825495 |
| TextPlus [TM] for the Palm OS Version 5.5 Users Guide | August 2004 | SmartCell Technology | SmartCell Technology | SAMNDCA630-00094852 |
| TextPlus [TM] for the Palm OS Version 5.7 Users Guide | April 2005 | SmartCell Technology | SmartCell Technology | SAMNDCA630-06436722 |
| TextPlus [TM] for the Palm OS Version 5.8 Users Guide | February 2006 | SmartCell Technology | SmartCell Technology | SAMNDCA630-00094852 |

Case No. 12-CV-00630-LHK
NOTICE PURSUANT TO 35 U.S.C. § 282

| PUBLICATION TITLE | PUBLICATION DATE | AUTHOR(S) | PUBLISHER | BEGBATES |
|---|---|---|---|---|
| Text Entry for Mobile Computing: Models and Methods, Theory and Practice | 2002 | I. Scott MacKenzie, R. William Soukoreff | Lawrence Erlbaum Associates, Inc. | SAMNDCA630-00940864 |
| Treo ™ 90 Handheld User Guide Windows Edition | 2002 | Handspring | Handspring | SAMNDCA630-00941317 |
| using your Treo ™ 650 smartphone | 2004 | palmOne | palmOne | SAMNDCA630-00932833 |
| WordPerfect for Windows Version 5.2 | 1992 | WordPerfect | WordPerfect | SAMNDCA630-00941921 or SAMNDCA630-00940858 |
| WiViK User Guide | 2003 | Bloorview MacMillan Children's Centre | Bloorview MacMillan Children's Centre | SAMNDCA630-00941869 |

The disclosure set forth in this notice is strictly for purposes of the asserted claims in the asserted patents that are presently at issue in this litigation.  In the event additional claims and/or patents become relevant, Samsung reserves its right to amend this notice accordingly.

1    DATED: March 13, 2014          QUINN EMANUEL URQUHART &
2                                   SULLIVAN, LLP

3

4                                   By /s/ Victoria F. Maroulis
5                                        Charles K. Verhoeven
                                         Kevin P.B. Johnson
                                         Victoria F. Maroulis
6                                        Michael T. Zeller
7                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
8                                        INC., and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28