1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17
                    UNITED STATES DISTRICT COURT
18
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S REVISED TRIAL EXHIBIT LIST PURSUANT TO THE COURT'S ORDER ON PRETRIAL FILINGS**<br><br>Place:        Courtroom 8, 4th Floor<br>Judge:        Honorable Lucy H. Koh<br>Trial Date:   March 31, 2014 |

1  Pursuant to the Court's March 10, 2014 Order on Pretrial Filings (ECF No. 1427), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") submit herewith as Exhibit A Samsung's Revised Trial Exhibit List.  Attached hereto as Exhibit B is a redline version of Samsung's Revised Trial Exhibit List reflecting deletions pursuant to the Court's Order on Pretrial Filings.

On February 13, 2014, Samsung filed an Administrative Motion to File Under Seal its Trial Exhibit List (*see* ECF No. 1267) because third parties had designated documents listed in Samsung's List confidential under the Protective Order.  No party has supported sealing any portion of Samsung's Trial Exhibit List, and Apple and third parties have notified Samsung that they will not be filing any declaration in support of filing Samsung's Trial Exhibit List under seal.  Thus, Samsung now files its Revised Trial Exhibit List on the Court's public docket.

DATED:  March 13, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   William C. Price
   Michael L. Fazio

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC