| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-cv-00630-LHK (PSG) <br><br> **APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S EXHIBIT LIST REDLINE UNDER SEAL** |

1  In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant
2  Apple Inc. ("Apple") hereby moves for an order to seal Exhibit 2 to Apple's Exhibit List, which
3  is the Redline version of Apple's Exhibit List showing the changes made to create the Amended
4  Exhibit List in light of the narrowing that has occurred following since the March 5, 2014
5  pretrial conference, which was requested by the Court in its March 10, 2014 Order (D.I. 1427)
6  ("Exhibit List Redline").
7  Apple's Exhibit List Redline contains information that was designated as "Highly
8  Confidential – Attorneys' Eyes Only" by third party Nuance Communications, Inc., which
9  supported sealing thereof of such information in a declaration filed in support of Apple's motion
10 to seal such Exhibit List. *See* D.I. 1277, Declaration of Lee Patch. The information that Nuance
11 supported sealing was highlighted in the conformed, consolidated copy of Apple's Exhibit List
12 filed on February 25, 2014. D.I. 1272. The same confidential information appears in the Exhibit
13 List Redline. As explained in the cover pleading for Apple's Amended Exhibit List, Apple also
14 has amended its Exhibit List to remove such confidential information from the Exhibit List.
15 Apple expects that Nuance Communications will file the required supporting declaration
16 in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether their
17 information should be sealed.
18 Apple does not maintain a claim of confidentiality over the Exhibit List Redline and will
19 meet and confer with the designating parties in an attempt to re-file the document publicly.
20 Apple does not file a proposed redacted version herewith in light of the Court's Order requiring
21 parties to meet and confer before filing public redacted documents. D.I. 2934, Case No. 11-cv-
22 1846 (Jan. 29, 2014).
23 For the foregoing reasons, Apple has moved to file its Exhibit List Redline under seal.
24 Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel
25 regarding this motion. Samsung does not oppose Apple's Administrative Motion to File Apple's
26 Exhibit List Redline Under Seal as a procedural mechanism for filing Apple's Exhibit List under
27 seal. Samsung reserves the right to challenge any proposed redactions to the extent it believes
28 those redactions improperly seal non-confidential information. Within 7 days of Samsung filing

1  its declaration in support of sealing, the parties will prepare and Apple will file a final

2  consolidated and conformed copy of Apple's Exhibit List Redline identifying what information

3  Apple, Samsung, and any third parties have supported sealing in their declarations.

5  Dated:  March 13, 2014

MORRISON & FOERSTER LLP

*/s/  Rachel Krevans*

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 13, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/ Rachel Krevans*