JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S EXHIBIT LIST REDLINE UNDER SEAL** |

I, Jennifer J. Rho, hereby declare as follows:

1.     I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP and counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.     Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to Seal Apple's Exhibit List Redline. Exhibit 2 to Apple's Exhibit List is the redline version of Apple's Exhibit List showing the changes made to create the Amended Exhibit List in light of the narrowing that has occurred following since the March 5, 2014 pretrial conference, requested by the Court in its March 10, 2014 Order (D.I. 1427) ("Exhibit List Redline"). Apple's Exhibit List Redline contains information that was designated as "Highly Confidential – Attorneys' Eyes Only" by third party Nuance Communications, Inc., which supported sealing thereof of such information in a declaration filed in support of Apple's motion to seal such Exhibit List. See D.I. 1277, Declaration of Lee Patch. The information that Nuance supported sealing was highlighted in the conformed, consolidated copy of Apple's Exhibit List filed on February 25, 2014. D.I. 1272. The same confidential information appears in the Exhibit List Redline. As explained in the cover pleading for Apple's Amended Exhibit List, Apple also has amended its Exhibit List to remove such confidential information from the Exhibit List.

3.     Apple expects that Nuance Communications will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether their information should be sealed.

4.     Apple does not maintain a claim of confidentiality over the Exhibit List Redline and will meet and confer with the designating parties in an attempt to re-file the document publicly. Apple does not file a proposed redacted version herewith in light of the Court's Order requiring parties to meet and confer before filing public redacted documents. D.I. 2934, Case No. 11-cv-1846 (Jan. 29, 2014).

RHO DECL. IN SUPPORT OF APPLE'S ADMINISTRATIVE
MOTION TO FILE EXHIBIT LIST REDLINE UNDER SEAL
CASE NO. 12-CV-00630-LHK (PSG)

1

1  I declare under the penalty of perjury that the foregoing is true and correct to the best of
2  my knowledge and that this Declaration was executed this 13th day of March, 2014, in San
3  Francisco, California.
4  Dated: March 13, 2014

     /s/   *Jennifer J. Rho*
              Jennifer J. Rho

Rho Decl. in support of Apple's Administrative
Motion to File Exhibit List Redline Under Seal
Case No. 12-cv-00630-LHK (PSG)

2

**ATTESTATION OF E-FILED SIGNATURES**

I, Rachel Krevans, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jennifer J. Rho has concurred in this filing.

Dated: March 13, 2014                    */s/ Rachel Krevans*
                                         Rachel Krevans

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: March 13, 2014                    */s/ Rachel Krevans*
                                         Rachel Krevans