**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S EXHIBIT LIST REDLINE UNDER SEAL** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal Apple's Exhibit List.

Apple has filed the Declaration of Jennifer Rho in support of its motion. For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted version of the aforementioned document as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Exhibit 2 to Apple's Exhibit List: Apple's Exhibit List Redline | Descriptions of Nuance Communications, Inc.'s document as supported by sealing declaration from Nuance Communications, Inc. |

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                Hon. Lucy H. Koh
                                United States District Judge

-1-   [PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE ITS EXHIBIT LIST REDLINE UNDER SEAL
CASE NO. 12-CV-00630-LHK (PSG)