1  JOSH A. KREVITT (CA SBN 208552)  WILLIAM F. LEE (*pro hac vice*)
   jkrevitt@gibsondunn.com  william.lee@wilmerhale.com
2  H. MARK LYON (CA SBN 162061)  WILMER CUTLER PICKERING
   mlyon@gibsondunn.com    HALE AND DORR LLP
3  GIBSON, DUNN & CRUTCHER LLP  60 State Street
   1881 Page Mill Road  Boston, Massachusetts  02109
4  Palo Alto, California  94304-1211  Telephone:  (617) 526-6000
   Telephone:  (650) 849-5300  Facsimile:  (617) 526-5000
5  Facsimile:  (650) 849-5333

6  HAROLD J. MCELHINNY (CA SBN 66781)  MARK D. SELWYN (CA SBN 244180)
   hmcelhinny@mofo.com  mark.selwyn@wilmerhale.com
7  JACK W. LONDEN (CA SBN 85776)  WILMER CUTLER PICKERING
   jlonden@mofo.com    HALE AND DORR LLP
8  RACHEL KREVANS (CA SBN 116421)  950 Page Mill Road
   rkrevans@mofo.com  Palo Alto, California  94304
9  RUTH N. BORENSTEIN (CA SBN 133797)  Telephone:  (650) 858-6000
   rborenstein@mofo.com  Facsimile:  (650) 858-6100
10 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
11 MORRISON & FOERSTER LLP
   425 Market Street
12 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
13 Facsimile: (415) 268-7522

14 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

15

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S AMENDED EXHIBIT LIST** |
| Defendants. | |

1    Pursuant to the Court's March 10, 2014 Order on Pretrial Filings (Dkt. 1427), Apple
2 provides herewith as Exhibit 1 its amended exhibit list.  Apple has removed from its amended
3 exhibit list all evidence no longer necessary for presentation at trial in light of the narrowed
4 claims.  In addition, Apple has amended the description of PTX-133 so that it accurately
5 describes corrected exhibit PTX-133, which now includes the cover from which the article was
6 taken, consistent with the form of the identical exhibit admitted in the 1846 trial.  Further, Apple
7 has amended the description of PTX-220 to remove confidential third party information.  Apple
8 reserves the right to supplement and/or modify this exhibit list and to introduce additional
9 exhibits for impeachment or rebuttal purposes.
10    As directed by the Court's March 10, 2014 Order, Apple also provides herewith as
11 Exhibit 2 a redline comparing its original and amended exhibit lists.

Dated:  March 13, 2014                MORRISON & FOERSTER LLP

*/s/  Rachel Krevans*

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 13, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                  */s/ Rachel Krevans*
                                                  Rachel Krevans