[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**REVISED JOINT SUBMISSION REGARDING PROPOSED FORM OF VERDICT** |

1    Pursuant to the Court's March 10, 2014 Order to File Revised Proposed Jury Instructions
2  and Verdict Forms, the parties provide the following:
3    Attached as Exhibit A is Apple's revised proposed form of verdict.  Attached as Exhibit B
4  is Apple's revised proposed form of verdict redlined against its original proposed form of verdict.
5    Attached as Exhibit C is Samsung's revised proposed form of verdict.  Attached as
6  Exhibit D is Samsung's revised proposed form of verdict redlined against its original proposed
7  form of verdict.

| | | |
|---|---|---|
| 1 | Dated: March 13, 2014 | |
| 2 | | |
| 3 | By: */s/ Mark D. Selwyn* | By: */s/ Victoria F. Maroulis* |
| 4 | Attorney for Plaintiff and Counterclaim-Defendant | Attorney for Defendants and Counterclaim-Plaintiffs |
| 5 | APPLE INC. | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

CHARLES K. VERHOEVEN (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129 (CA);
2542082 (NY))
kevinjohnson@quinnemanuel.com
VICTORIA F. MAROULIS (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM C. PRICE (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1  MARK D. SELWYN (CA SBN 244180)
2  mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
3   HALE AND DORR LLP
   950 Page Mill Road
4  Palo Alto, CA 94304
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6

7

8

9
                     **ATTESTATION OF E-FILED SIGNATURE**
10
       I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this
11
   Declaration.  In compliance with Civil Local Rule 5.1(i)(3), I hereby attest that Victoria F.
12
   Maroulis has concurred in this filing.
13

14 Dated:  March 13, 2014              */s/ Mark D. Selwyn*
                                        Mark D. Selwyn
15

16

17

18

19

20

21

22

23

24

25

26

27

28

REVISED PROPOSED VERDICT FORMS       3
CASE NO. 12-CV-00630-LHK (PSG)