1
2

# EXHIBIT A

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | Civil Action No. 12-CV-00630-LHK |
| v. | **[PROPOSED] VERDICT FORM** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

We, the jury, unanimously agree to the answers to the following questions and return them

27

under the instructions of this Court as our verdict in this case.

28

# FINDINGS ON APPLE'S CLAIMS

## APPLE'S PATENT CLAIMS AGAINST SAMSUNG

1.  **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed <u>Claim 9 of the '647 Patent</u>?**

    (Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | ███ | |
| Galaxy Nexus (JX 29) | | ███ | |
| Galaxy Note (JX 30) | | ███ | |
| Galaxy Note II (JX 31) | | ███ | |
| Galaxy S II (JX 32) | | ███ | |
| Galaxy S II Epic 4G Touch (JX 33) | | ███ | |
| Galaxy S II Skyrocket (JX 34) | | ███ | |
| Galaxy S III (JX 35) | | ███ | |
| Galaxy Tab 2 10.1 (JX 36) | | | ███ |
| Stratosphere (JX 37) | | ███ | |

2.    **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed** <u>**Claim 25 of the '959 Patent**</u>**?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | ■ | |
| Galaxy Nexus (JX 29) | | ■ | |
| Galaxy Note (JX 30) | | ■ | |
| Galaxy Note II (JX 31) | | ■ | |
| Galaxy S II (JX 32) | | ■ | |
| Galaxy S II Epic 4G Touch (JX 33) | | ■ | |
| Galaxy S II Skyrocket (JX 34) | | ■ | |
| Galaxy S III (JX 35) | | ■ | |
| Galaxy Tab 2 10.1 (JX 36) | | | |
| Stratosphere (JX 37) | | ■ | |

3.      **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed Claim 20 of the '414 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).  Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy Note (JX 30) | | | |
| Galaxy Note II (JX 31) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Galaxy S III (JX 35) | | | |
| Galaxy Tab 2 10.1 (JX 36) | | | |
| Stratosphere (JX 37) | | | |

4.      **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC)  and/or Samsung Telecommunications America (STA) has infringed Claim 8 of the '721 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire: (JX 28) | | | |
| Galaxy Nexus (JX 29) | | | |
| Galaxy S II (JX 32) | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | |
| Galaxy S II Skyrocket (JX 34) | | | |
| Stratosphere (JX 37) | | | |

5.      **If you found that Samsung Electronics America (SEA) or Samsung Telecommunications America (STA) infringed in any of Questions 1 through 4, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC) took action that it knew or should have known would induce SEA or STA to infringe the '647 Patent, '959 Patent, '414 Patent, and/or '721 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | '647 Patent | '959 Patent | '414 Patent | '721 Patent |
|---|---|---|---|---|
| Admire: (JX 28) | | | | |
| Galaxy Nexus (JX 29) | | | | |
| Galaxy Note (JX 30) | | | | ■ |
| Galaxy Note II (JX 31) | | | | |
| Galaxy S II (JX 32) | | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | | |
| Galaxy S II Skyrocket (JX 34) | | | | |
| Galaxy S III (JX 35) | | | | ■ |
| Galaxy Tab 2 10.1 (JX 36) | | | | |
| Stratosphere (JX 37) | | | | |

6.      **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) took action it knew or should have known would contribute to infringement of the '647 Patent, '959 Patent, '414 Patent, and/or '721 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | '647 Patent | '959 Patent | '414 Patent | '721 Patent |
|---|---|---|---|---|
| Admire: (JX 28) | | | | |
| Galaxy Nexus (JX 29) | | | | |
| Galaxy Note (JX 30) | | | | ■ |
| Galaxy Note II (JX 31) | | | | |
| Galaxy S II (JX 32) | | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | | |
| Galaxy S II Skyrocket (JX 34) | | | | |
| Galaxy S III (JX 35) | | | | ■ |
| Galaxy Tab 2 10.1 (JX 36) | | | | |
| Stratosphere (JX 37) | | | | |

**7.     Has Apple proven by clear and convincing evidence that the Samsung entity's infringement of any of the following patents was willful?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

| Apple Patents | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| '647 Patent (Claim 9) | | | |
| '959 Patent (Claim 25) | | | |
| '414 Patent (Claim 20) | | | |
| '721 Patent (Claim 8) | | █████ | |
| '172 Patent (Claim 18) | | █████ | |

8.       **Has Samsung proven by clear and convincing evidence that Apple's asserted  patent claims are invalid?**

'647 Patent (Claim 9)          Yes _____ (for Samsung)        No _____ (for Apple)

'959 Patent (Claim 25)        Yes _____ (for Samsung)        No _____ (for Apple)

'414 Patent (Claim 20)        Yes _____ (for Samsung)        No _____ (for Apple)

'721 Patent (Claim 8)          Yes _____ (for Samsung)        No _____ (for Apple)

'172 Patent (Claim 18)        Yes _____ (for Samsung)        No _____ (for Apple)

**DAMAGES TO APPLE FROM SAMSUNG (IF APPLICABLE)**

9.      **What is the total dollar amount that Apple is entitled to receive from Samsung on the claims on which you have ruled in favor of Apple?**

$ _____.

10.      **a.  For the total dollar amount in your answer to Question 9, please provide the dollar breakdown for the following products:**

| Accused Samsung Product | Amount |
|---|---|
| Admire: (JX 28) | |
| Galaxy Nexus (JX 29) | |
| Galaxy Note (JX 30) | |
| Galaxy Note II (JX 31) | |
| Galaxy S II (JX 32) | |
| Galaxy S II Epic 4G Touch (JX 33) | |
| Galaxy S II Skyrocket (JX 34) | |
| Galaxy S III (JX 35) | |
| Galaxy Tab 2 10.1 (JX 36) | |
| Stratosphere (JX 37) | |

      **b. For the dollar amount in your answer to Question 9, please provide the dollar breakdown for the following products and following periods:**

| Accused Samsung Product | August 1, 2011 – June 30, 2012 | July 1, 2012 – August 24, 2012 | August 25, 2012 - Present |
|---|---|---|---|
| Galaxy S II | | | |
| Galaxy S II Epic 4G | | | |
| Galaxy S II Skyrocket | | | |

**SAMSUNG'S PATENT CLAIMS AGAINST APPLE**

11.    For each of the following products, has Samsung proven by a preponderance of the evidence that Apple has infringed the indicated Samsung patent claims?

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).  Do not provide an answer for any cell that is blacked out.)

| Accused Apple Products | '239 Patent Claim 15 | '449 Patent Claim 27 |
|---|---|---|
| iPhone 4 (JX 38) | | |
| iPhone 4S (JX 39) | | |
| iPhone 5 (JX 40) | | |
| iPad 2 (JX 41) (cellular-enabled only) | | |
| iPad 3rd gen. (JX 42) (cellular-enabled only) | | |
| iPad 4th gen. (JX 43) (cellular-enabled only) | | |
| iPad mini (JX 44) (cellular-enabled only) | | |
| iPod touch (JX 45) (4th gen.) | | |
| iPod touch (JX 46) (5th gen.) | | |

**12.      Has Apple proven by clear and convincing evidence that Samsung's asserted patent claims are invalid?**

'449 Patent

Claim 27:          Yes _____ (for Apple)                   No _____ (for Samsung)

'239 Patent

Claim 15:          Yes _____ (for Apple)                   No _____ (for Samsung)

## DAMAGES TO SAMSUNG FROM APPLE (IF APPLICABLE)

**13.      What is the total dollar amount that Samsung is entitled to receive from Apple on the claims on which you have ruled in favor of Samsung?**

$ _____.

**14.      For the total dollar amounts in your answers to Questions 13, please provide the dollar breakdown for the following products.**

| Accused Samsung Product | Amount |
|---|---|
| iPhone 4 (JX 38) | |
| iPhone 4S (JX 39) | |
| iPhone 5 (JX 40) | |
| iPad 2 (JX 41) (cellular-enabled only) | |
| iPad 3rd gen. (JX 42) (cellular-enabled only) | |
| iPad 4th gen. (JX 43) (cellular-enabled only) | |
| iPad mini (JX 44 ) (cellular-enabled only) | |
| iPod touch 4th gen. (JX 45) | |
| iPod touch 5th gen. (JX 46) | |

1

2  Have the presiding juror sign and date this form.

3

4

    Signed: _____    Date: _____

5                                                     PRESIDING JUROR

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28