QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S REVISED LIST OF WITNESSES FOR TRIAL PURSUANT TO RULE 26(a)(3)** |

Pursuant to the Court's Order on Pretrial Filings dated March 10, 2014, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") respectfully submits the following revised list of witnesses that it may call to testify at trial other than solely for impeachment with a brief statement following each name describing the substance of the testimony to be given.  The witnesses included on this list may be presented live or by deposition designation if their deposition has been taken in this case.  Because the admissibility of testimony from a witness is dependent on the context, the inclusion of a witness on Samsung's list of witnesses should not be construed as a waiver of the right to object to the witness or to the use of testimony from the witness when called by plaintiff.

Samsung reserves the right to amend or supplement its list of witnesses, including in response to any evidence offered by plaintiff at trial and/or on the basis of any information or documents obtained from discovery which has not yet been completed.  In addition, Samsung reserves the right to call at trial any witness on plaintiff's witness list.

Additionally, and consistent with the Court's March 10 Order, attached hereto as Exhibit A is a redline version of Samsung's revised list of witnesses.

**Witnesses Samsung Expects To Call Live**:

1. **Jeffrey Chase**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Chase is a technical expert and will testify as to the background, state of the art, non-infringement, non-infringing alternatives, Apple's non-practice, and invalidity for the '414 patent.

2. **Judy Chevalier**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Chevalier is an expert and will testify regarding Dr. Hauser's and Dr. Vellturo's expert opinions and the appropriate measure of damages, if any, for Apple's patent infringement claims.

3. **Saul Greenberg**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Greenberg is a technical expert and will testify as to the background, state of the art, non-

infringement, non-infringing alternatives, Apple's alleged practice, and invalidity of the '721 patent.

4. **Kevin Jeffay**: Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Dr. Jeffay is a technical expert and will testify as to the background, state of the art, non-infringement, non-infringing alternatives, Apple's alleged practice, and invalidity for the '647 patent.

5. **James Kearl**: Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Dr. Kearl is an expert and will testify regarding economic damages for the '239, and '449 patents.

6. **Hiroshi Lockheimer**: Google Inc. c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Mr. Lockheimer will testify regarding the design, development and operation of, as well as potential alterations to, Android software and various Android features.

7. **Ken Parulski**: Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Mr. Parulski is a technical expert and will testify as to the background, state of the art, infringement, alleged non-infringing alternatives, Samsung's practice, and validity for the '449 patent.

8. **Todd Pendleton**: Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Mr. Pendleton will testify regarding Samsung's brand and advertising efforts, including marketing for Galaxy SIII. Mr. Pendleton will also provide testimony regarding the value of and consumer demand for features covered by Samsung's feature patents.

9. **Martin Rinard**: Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Dr. Rinard is a technical expert and will testify as to the background, state of the art, non-infringement, non-infringing alternatives, Apple's non-practice, and invalidity for the '959 patent.

10. **Phil Schiller**: Apple c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304. Telephone number 650-858-6000. Mr. Schiller will be called to testify regarding design,

development, promotion, marketing, advertising, consumer demand for, and sales of the iPhone, iPad, iPod, and other Apple products, including the features accused of infringing the Samsung feature patents, the smartphone and tablet markets, the Apple brand and Apple's marketing and advertising efforts.

11. **Dan Schonfeld**: Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Dr. Schonfeld is a technical expert and will testify as to the background, state of the art, infringement, alleged non-infringing alternatives, Samsung's practice, and validity for the '239 patent.

12. **Daniel Wigdor**: Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Dr. Wigdor is a technical expert and will testify as to the background, state of the art, non-infringing alternatives, Apple's non-practice, and invalidity for the '172 patent.

**Witnesses Samsung May Call Live**:

1. **Tim Benner**: Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Dr. Benner may testify regarding Samsung's marketing and consumer research and the features in smartphones and tablets that drive consumer demand. Dr. Benner may provide testimony regarding the value of and consumer demand for features covered by Samsung's feature patents.

2. **Eric Bier**: PARC, 3333 Coyote Hill Road, Palo Alto, CA 94304 USA. Telephone number 650-812-4000. Mr. Bier may testify as to prior art to Apple's '647 patent, including the functionality and availability of Embedded Buttons.

3. **Bjorn Bringert**: Google Inc. c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Mr. Bringert may testify regarding the design, development and operation of, as well as potential alterations to, Android software including the functionality accused of infringing the '959 patent.

4.     **David Casseres**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Casseres may testify regarding AppleSearch.

5.     **Stephanie Chen**:   Media Arts Labs, 2322 28th Street, Santa Monica, CA 90405. Telephone number 310-305-4400.   Ms. Chen may provide testimony regarding Apple's marketing and advertising and demand drivers for the products at issue.   Ms. Chen may provide testimony regarding the marketing, advertising, and consumer demand for the products and features accused of infringing Samsung's feature patents.

6.     **Cary Clark**:   Google Inc. c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Clark may testify regarding the design, development and operation of, as well as potential alterations to, Android software including the functionality accused of infringing the '647 patent.

7.     **Justin Denison**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Denison may testify regarding the smartphone and tablet markets, and marketing and sale of Samsung products in the United States.

8.     **Nick DiCarlo**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. DiCarlo may testify regarding product planning for Samsung smartphones and tablets, including factors that Samsung takes into account in design, implementation and roll-out, and demand drivers for smartphones and tablets.   Mr. DiCarlo may also provide testimony regarding the value of and consumer demand for features covered by Samsung's feature patents.

9.     **Tulin Erdem**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Erdem is an expert and may testify regarding consumer purchasing and decision-making process and the lack of significance of Apple's accused features in consumer decision-making regarding

purchases.  Dr. Erdem may also testify regarding Dr. Hauser's and Dr. Vellturo's opinions and her own research and analysis.

10. **George Foster**:  Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.  Telephone number 650-801-5000.  Dr. Foster is an expert and may testify regarding the smartphone and tablet markets and address Dr. Hauser's and Dr. Vellturo's opinions and his own research and analysis.

11. **Michael Freeman**:  GableGotwals, 1100 Oneok Plaza, 100 West 5th Street, Tulsa OK 74103.  Telephone number (918) 595-4800.  Mr. Freeman is an inventor of the '239 patent and may testify regarding that patent, including the sale and/or licensing of the '239 patent, products practicing that patent, and the sale and marketing of products practicing the '239 patent.

12. **Dianne Hackborn**:  Google Inc. c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.  Telephone number 650-801-5000.  Ms. Hackborn may testify regarding the design, development and operation of, as well as potential alterations to, Android software including the functionality accused of infringing the '647 patent.

13. **Gary Hall**:  Woodcock Washburn LLP (Baker Hostetler, LLP), Cira Centre 12th Floor, 2929 Arch Street, Philadelphia, PA 19104.  Telephone number 215-568-3100.  Mr. Hall may testify regarding Windows Mobile 5.

14. **Sylvia Hall-Ellis**:  Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.  Telephone number 650-801-5000.  Ms. Hall-Ellis is a librarian and may testify as to the authenticity and availability of prior art to one or more of Apple's Patents-in-Suit.

15. **Lars Frid-Nielsen**:  Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.  Telephone number 650-801-5000.  Mr. Frid-Nielsen may testify as to prior art to Apple's '647 patent, including the functionality and availability of Sidekick.

16. **Greg Joswiak**:  Apple c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.  Telephone number 415-393-8200.  Mr. Joswiak

may be called to testify regarding marketing and sales for Apple devices and the smartphone market generally. Mr. Joswiak may also provide testimony regarding Apple's use, promotion and advertising of and consumer demand for and the value of the features accused of infringing Samsung's feature patents.

17. **Brewster Kahle**: Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Mr. Kahle may testify regarding WAIS.

18. **Youngmi Kim**: Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Ms. Kim may testify regarding the design and development of accused lock-screen features, as well as alternative lock-screen designs that Apple does not accuse of infringing the '721 patent. Ms. Kim may also testify regarding the time required for the development of those designs.

19. **Heung-Mo Lee**: Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Mr. Lee may testify regarding Samsung's practices with respect to the disclosure of patents and patent applications to ETSI in the context of UMTS standardization, the facts and circumstances surrounding Samsung's IPR disclosures with respect to the '087 and '596 patents-in-suit, attempts to license and the licensing of, or attempts to license, Samsung's patents, including the Patents-in-Suit, to other companies including, without limitation, Qualcomm, Intel Corp., and Apple, and the terms and conditions of such licenses and offers.

20. **Jim Miller:** Google Inc. c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Mr. Miller may testify regarding the design, development and operation of, as well as potential alterations to, Android software including the functionality accused of infringing the '721 patent.

21. **Keith Mortensen**: Apple, Inc c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921. Telephone number 415-393-8200. Mr.

1  Mortensen is a named inventor of the '959 patent and may be called to testify regarding the
2  disclosures of the patent, the meaning of its terms to a person of ordinary skill in the art, the
3  problem solved by the patent, and the ways it allegedly differs from the prior art.

4      22.    **Daewoon Myoung**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555
5  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-
6  5000.   Mr. Myoung may testify as to non-infringement, including non-infringing alternatives, for
7  Apple's '172 patent.

8      23.    **Ulrich Pfeifer**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin
9  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.
10 Pfeifer may testify regarding WAIS.

11     24.    **Catherine Plaisant**:   University of Maryland, Institute for Advanced Computer
12 Studies, College Park, Maryland.   Ms. Plaisant may testify regarding authentication and
13 availability of '721 prior art.

14     25.    **Arthur Rangel**:   Apple c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street,
15 Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Rangel
16 may be called to testify regarding Apple's market research.

17     26.    **Dr. Sanjay Rao**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin
18 Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Rao
19 is an expert witness who may provide testimony supporting Samsung's calculation of damages
20 from Apple's infringement of Samsung's feature patents, including the relative value and usage of
21 the patented features and the design, execution and results of his surveys regarding the same.

22     27.    **David Reibstein**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin
23 Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr.
24 Reibstein is an expert and may testify regarding Dr. Hauser's opinions and his own research and
25 analysis.

26     28.    **Dale Sohn**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin
27 Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.
28

1  Mr. Sohn may testify regarding Samsungs world-wide operations, U.S. presence, Samsung's
2  technological innovations, and Samsung's investment in research and development.

3      29.    **James Vincent**:   TBWA Media Arts Lab, 12539 Beatrice St, Los Angeles, CA
4  90066.   Telephone number 310-305-4400.   Mr. Vincent may testify regarding Media Arts Lab's
5  marketing and advertising for Apple and the Apple brand and his communications with Apple
6  regarding the same.

7      30.    **Ken Wakasa:**   Google Inc. c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555
8  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-
9  5000.   Mr. Wakasa may testify regarding the design, development and operation of, as well as
10 potential alterations to, Android software including the functionality accused of infringing the
11 '172 patent.

12     31.    **Paul Westbrook**:   Google c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555
13 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-
14 5000.   Mr. Westbrook may testify regarding the design, development and operation of, as well as
15 potential alterations to, Android software including the functionality accused of infringing the
16 '414 patent.

17     32.    **Dan Winship**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin
18 Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.
19 Winship may testify regarding Evolution.

20 **Witnesses Samsung May Call By Deposition:**

21     1.    **Yan Arrouye**:   Apple, Inc c/o Gibson Dunn and Crutcher, LLP, 555 Mission
22 Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr.
23 Arrouye is a named inventor of the '959 patent and may be called to testify regarding the
24 disclosures of the patent, the meaning of its terms to person of ordinary skill in the art, the
25 problem solved by the patent, and the ways it allegedly differs from the prior art.

26     2.    **Thomas Bonura**:   Apple, Inc c/o Gibson Dunn and Crutcher, LLP, 555 Mission
27 Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr.
28 Bonura is a named inventor of the '647 patent and may be called to testify regarding the

disclosures of the patent, the meaning of its terms to a person of ordinary skill in the art, the problem solved by the patent, and the ways it allegedly differs from the prior art.

3. **Eric Bivona**: Kevin D. O'Leary, Associate General Counsel, Office of General Counsel Dartmouth College, 63 S. Main St., Suite 301, Hanover, NH 03755. Telephone number 603-646-2444. Mr. Bivona may testify regarding AppleSearch and WAIS.

4. **Mark Buckley**: Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921. Telephone number 415-393-8200. Mr. Buckley may testify regarding Apple's financial information.

5. **Christopher Butler**: Internet Archive, 300 Funston Avenue, San Francisco, CA 94118. Mr. Butler may testify regarding Internet Archive's knowledge of materials described in Mr. Butler's affidavits dated May 24, 2013, June 21, 2013, and June 25, 2013, including prior art to the asserted patents.

6. **David Casseres**: Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921. Telephone number 415-393-8200. Mr. Casseres may testify regarding AppleSearch.

7. **Sarah Chandler**: Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921. Telephone number 415-393-8200. Ms. Chandler may testify regarding Apple's purchase, testing, teardowns, competitive analysis, and copying of Samsung, Android or third party products, features and functionality.

8. **Stephanie Chen**: Media Arts Labs, 12539 Beatrice St, Los Angeles, CA 90066. Ms. Chen may provide testimony regarding Apple's marketing and advertising and demand drivers for the products at issue. Ms. Chen may provide testimony regarding the marketing, advertising, and consumer demand for the products and features accused of infringing Samsung's feature patents.

9. **Fred Cheng**: Omnivision Technologies, Inc. 475 Burton Drive, Santa Clara, CA 95054. Telephone number 408-567-3000. Mr. Cheng may testify regarding infringement of the '239 and '449 patents.

    10.    **Diana Cohen**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Ms. Cohen may testify as to prior art to Apple's '647 patent, including the functionality and availability of Perspective.

    11.    **Thomas Deniau**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Deniau may testify regarding Apple product design and implementation.

    12.    **Mark Donnelly**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Donnelly may testify regarding Apple's pricing strategies and other financial topics.

    13.    **Michael Freeman**:   GableGotwals, 1100 Oneok Plaza, 100 West 5th Street, Tulsa OK 74103.   Telephone number (918) 595-4800.   Mr. Freeman is an inventor of the '239 patent and may testify regarding that patent, including the sale and/or licensing of the '239 patent, products practicing that patent, and the sale and marketing of products practicing the '239 patent.

    14.    **Gordon Freedman**:   Apple, Inc c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Freedman is the named inventor of the '414 patent and may be called to testify regarding the disclosures of the patent, the meaning of its terms to a person of ordinary skill in the art, the problem solved by the patent, and the ways it allegedly differs from the prior art.

    15.    **Scott Forstall:** c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Mr. Forstall may testify regarding Apple's implementation, use, promotion and advertising of and consumer demand for smartphone features including those accused of infringing Samsung's feature patents.

    16.    **Norbert Fuhr**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Fuhr may testify regarding authenticity and public availability of prior to the '959 patent.

17. **Robert Garcia**: Apple, Inc. c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304. Telephone number 650-858-6000. Mr. Garcia may testify regarding infringement of the '239 patent.

18. **Patrick Gogerty:** Woodcock Washburn LLP (Baker Hostetler, LLP), Cira Centre 12th Floor, 2929 Arch Street, Philadelphia, PA 19104. Telephone number 215-568-3100. Mr. Gogerty may testify regarding Microsoft's knowledge of prior art to the '414 patent, including Windows Mobile.

19. **Gary Hall**: Woodcock Washburn LLP (Baker Hostetler, LLP), Cira Centre 12th Floor, 2929 Arch Street, Philadelphia, PA 19104. Telephone number 215-568-3100. Mr. Hall may testify regarding Windows Mobile 5.

20. **Jim Hutchison**: Qualcomm Inc. 5775 Morehouse Drive, San Diego, CA 92121. Telephone number 858-587-1121. Mr. Hutchison may testify as to the operation of the accused Apple products. He may also testify regarding infringement of the '087, '596, '239, and '449 patents.

21. **Miguel de Icaza**: Novell Incorporated, 1800 S. Novell Place, Provo, UT 84606. Telephone number 801-861-7000. Mr. Icaza may testify regarding prior art to the '414 patent, including Evolution.

22. **James Imahiro**: Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921. Telephone number 415-393-8200. Mr. Imahiro may testify regarding Apple's consumer research regarding smartphones and tablets, including research into the drivers of demand for those products.

23. **Greg Joswiak**: Apple, Inc. c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921. Telephone number 415-393-8200. Mr. Joswiak may be called to testify regarding marketing and sales for Apple devices and the smartphone market generally. Mr. Joswiak may also provide testimony regarding Apple's use, promotion and advertising of and consumer demand for and the value of the features accused of infringing Samsung's feature patents.

24. **Brewster Kahle**: Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Mr. Kahle may testify regarding WAIS.

25. **Jim Lundberg:** Novell Incorporated, 1800 S. Novell Place, Provo, UT 84606. Telephone number 801-861-7000. Mr. Lundberg may testify regarding Novell's knowledge of prior art to the '414 patent, including Evolution.

26. **Ken McLeod**: Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921. Telephone number 415-393-8200. Mr. McLeod may testify regarding prior art to the '959 patent, including AppleSearch.

27. **Tim Millet**: Apple, Inc. c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304. Telephone number 650-858-6000. Mr. Millet may testify regarding infringement of the '239 and '449 patents.

28. **Stan Ng**: Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921. Telephone number 415-393-8200. Mr. Ng may testify regarding Apple's product marketing and development and the Apple brand.

29. **Catherine Plaisant**: University of Maryland, Institute for Advanced Computer Studies, College Park, Maryland. Ms. Plaisant may testify regarding authentication and availability of '721 prior art.

30. **Arthur Rangel**: Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921. Telephone number 415-393-8200. Mr. Rangel may testify regarding Apple's consumer research regarding smartphones and tablets, including research into the drivers of demand for those products.

31. **Steven Sasson**: Steven J. Sasson Consulting LLC, 12 Carefree Lane, Hilton, NY 14468 c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304. Telephone number 415-393-8200. Mr. Sasson may testify as to prior art for the '239 patent and background regarding image and video technology.

32. **Phil Schiller**: Apple, Inc. c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304. Telephone number 650-858-6000. Mr. Schiller may be called to testify regarding

1  design, development, promotion, marketing, advertising, consumer demand for, and sales of the
2  iPhone, iPad, iPod, and other Apple products, including the features accused of infringing the
3  Samsung feature patents, the smartphone and tablet markets, the Apple brand and Apple's
4  marketing and advertising efforts.

5      33.    **Rory Sexton**:    Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000,
6  San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Sexton may testify
7  regarding Apple's supply shortages and constraints for iPhones and iPads.

8      34.    **Steve Sinclair**:    Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000,
9  San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Sinclair may testify
10  regarding Apple's product marketing and development and the Apple brand.

11      35.    **Jeffrey Stedfast**:    Novell Incorporated, 1800 S. Novell Place, Provo, UT 84606.
12  Telephone number 801-861-7000.   Mr. Stedfast may testify regarding prior art to the '414 patent,
13  including Evolution.

14      36.    **Michael Tchao**:    Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite
15  3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Tchao may
16  testify regarding the sales, advertising, marketing and promotion of Apple products, including the
17  iPad, and Apple's purchase, testing, teardowns, competitive analysis, and copying of Samsung,
18  Android or third party products, features and functionality.

19      37.    **Boris Teksler**:    Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000,
20  San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Teksler may testify
21  regarding patent licensing for smartphones and tablets and Apple's licensing practices.

22      38.    **Justin Titi**:    Apple, Inc. c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304.
23  Telephone number 650-858-6000.   Mr. Titi may testify regarding infringement of the '239 and
24  '449 patents.

25      39.    **B.J. Watrous**:    Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000,
26  San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Watrous may testify
27  regarding patent licensing for smartphones and tablets and Apple's licensing practices.

28

1      40.    **Walter Wong:**   K&L Gates LLP, K&L Gates Center, 210 Sixth Avenue, Pittsburgh, PA 15222.   Telephone number 412-355-6766.   Mr. Wong may testify regarding Carnegie Mellon University's knowledge of Cyrus, which is relevant to the invalidity of the '414 patent.

DATED:   March 13, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   William C. Price
   Michael L. Fazio

   Attorneys for Defendants
   SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
   and SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC