# EXHIBIT A

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S REVISED LIST OF WITNESSES FOR TRIAL PURSUANT TO RULE 26(a)(3)** |

<u>Pursuant to the Court's Order on Pretrial Filings dated March 10, 2014,</u> Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") respectfully submits the following <u>revised</u> list of witnesses that it may call to testify at trial other than solely for impeachment with a brief statement following each name describing the substance of the testimony to be given.   The witnesses included on this list may be presented live or by deposition designation if their deposition has been taken in this case.   Because the admissibility of testimony from a witness is dependent on the context, the inclusion of a witness on Samsung's list of witnesses should not be construed as a waiver of the right to object to the witness or to the use of testimony from the witness when called by plaintiff.

Samsung reserves the right to amend or supplement its list of witnesses, including in response to any evidence offered by plaintiff at trial and/or on the basis of any information or documents obtained from discovery which has not yet been completed.   In addition, Samsung reserves the right to call at trial any witness on plaintiff's witness list.

**<u>Witnesses Samsung Expects To Call Live</u>:**

1. **Jeffrey Chase**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Chase is a technical expert and will testify as to the background, state of the art, non-infringement, non-infringing alternatives, Apple's non-practice, and invalidity for the '414 patent.

2. **Judy Chevalier**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Chevalier is an expert and will testify regarding Dr. Hauser's and Dr. Vellturo's expert opinions and the appropriate measure of damages, if any, for Apple's patent infringement claims.

3. **Saul Greenberg**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Greenberg is a technical expert and will testify as to the background, state of the art, non-infringement, non-infringing alternatives, Apple's alleged practice, and invalidity of the '721 patent.

1    4.    **Kevin Jeffay**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr.,

2  5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Jeffay is

3  a technical expert and will testify as to the background, state of the art, non-infringement, non-

4  infringing alternatives, Apple's alleged practice, and invalidity for the '647 patent.

5    5.    **James Kearl**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr.,

6  5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Kearl is an

7  expert and will testify regarding economic damages for the '239, and '449 , '087, and '596

8  patents. He will also testify regarding licensing and licensing negotiations regarding Samsung's

9  patents including the Patents-in-Suit, particularly in the context of fair, reasonable, and non-

10  discriminatory (FRAND) terms and conditions, how members of ETSI have treated the ETSI IPR

11  Policy with respect to the timing of UMTS patent disclosures in relation to so-called technical

12  standard freeze dates, and rebuttal of the opinions expressed by Apple's experts Dr. Janusz

13  Ordover, Mr. Richard Donaldson, and Dr. Michael Walker.

14    6.    **Hiroshi Lockheimer**:   Google Inc. c/o Quinn Emanuel Urquhart & Sullivan,

15  LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number

16  650-801-5000.   Mr. Lockheimer will testify regarding the design, development and operation of,

17  as well as potential alterations to, Android software and various Android features.

18    7.    **Paul Min**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th

19  Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Min is a

20  technical expert and will testify as to the background, state of the art, infringement, alleged non-

21  infringing alternatives, Samsung's practice, and validity for the '087 and '596 patents.

22    8.7.    **Ken Parulski**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

23  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.

24  Parulski is a technical expert and will testify as to the background, state of the art, infringement,

25  alleged non-infringing alternatives, Samsung's practice, and validity for the '449 patent.

26    9.8.    **Todd Pendleton**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555

27  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-

28  5000.   Mr. Pendleton will testify regarding Samsung's brand and advertising efforts, including

1    marketing for Galaxy SIII.    Mr. Pendleton will also provide testimony regarding the value of and

2    consumer demand for features covered by Samsung's feature patents.

3       ~~10.~~9.    **Martin Rinard:**    Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

4    Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Dr.

5    Rinard is a technical expert and will testify as to the background, state of the art, non-

6    infringement, non-infringing alternatives, Apple's non-practice, and invalidity for the '959 patent.

7       ~~11.~~10.   **Phil Schiller**:    Apple c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304.

8    Telephone number 650-858-6000.    Mr. Schiller will be called to testify regarding design,

9    development, promotion, marketing, advertising, consumer demand for, and sales of the iPhone,

10    iPad, iPod, and other Apple products, including the features accused of infringing the Samsung

11    feature patents, the smartphone and tablet markets, the Apple brand and Apple's marketing and

12    advertising efforts.

13       ~~12.~~11.   **Dan Schonfeld**:    Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

14    Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Dr.

15    Schonfeld is a technical expert and will testify as to the background, state of the art, infringement,

16    alleged non-infringing alternatives, Samsung's practice, and validity for the '239 patent.

17       ~~13.~~12.   **Daniel Wigdor**:    Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

18    Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Dr.

19    Wigdor is a technical expert and will testify as to the background, state of the art, non-infringing

20    alternatives, Apple's non-practice, and invalidity for the '172 patent.

21       **Witnesses Samsung May Call Live**:

22       1.    **Tim Benner**:    Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin

23    Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.

24    Dr. Benner may testify regarding Samsung's marketing and consumer research and the features in

25    smartphones and tablets that drive consumer demand.    Dr. Benner may provide testimony

26    regarding the value of and consumer demand for features covered by Samsung's feature patents.

27

28

2.   **Eric Bier**:   PARC, 3333 Coyote Hill Road, Palo Alto, CA 94304 USA. Telephone number 650-812-4000.   Mr. Bier may testify as to prior art to Apple's '647 patent, including the functionality and availability of Embedded Buttons.

3.   **Bjorn Bringert**:   Google Inc. c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Bringert may testify regarding the design, development and operation of, as well as potential alterations to, Android software including the functionality accused of infringing the '959 patent.

4.   **David Casseres**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Casseres may testify regarding AppleSearch.

5.   **Stephanie Chen**:   Media Arts Labs, 2322 28th Street, Santa Monica, CA 90405. Telephone number 310-305-4400.   Ms. Chen may provide testimony regarding Apple's marketing and advertising and demand drivers for the products at issue.   Ms. Chen may provide testimony regarding the marketing, advertising, and consumer demand for the products and features accused of infringing Samsung's feature patents.

6.   **Cary Clark**:   Google Inc. c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Clark may testify regarding the design, development and operation of, as well as potential alterations to, Android software including the functionality accused of infringing the '647 patent.

7.   **Justin Denison**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Denison may testify regarding the smartphone and tablet markets, and marketing and sale of Samsung products in the United States.

8.   **Nick DiCarlo**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. DiCarlo may testify regarding product planning for Samsung smartphones and tablets,

1   including factors that Samsung takes into account in design, implementation and roll-out, and

2   demand drivers for smartphones and tablets.    Mr. DiCarlo may also provide testimony regarding

3   the value of and consumer demand for features covered by Samsung's feature patents.

4        9.    **Tulin Erdem**:    Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr.,

5   5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Dr. Erdem is

6   an expert and may testify regarding consumer purchasing and decision-making process and the

7   lack of significance of Apple's accused features in consumer decision-making regarding

8   purchases.    Dr. Erdem may also testify regarding Dr. Hauser's and Dr. Vellturo's opinions and

9   her own research and analysis.

10       10.    **George Foster**:    Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

11  Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Dr.

12  Foster is an expert and may testify regarding the smartphone and tablet markets and address Dr.

13  Hauser's and Dr. Vellturo's opinions and his own research and analysis.

14       11.    **Michael Freeman**:    GableGotwals, 1100 Oneok Plaza, 100 West 5th Street, Tulsa

15  OK 74103.    Telephone number (918) 595-4800.    Mr. Freeman is an inventor of the '239 patent

16  and may testify regarding that patent, including the sale and/or licensing of the '239 patent,

17  products practicing that patent, and the sale and marketing of products practicing the '239 patent.

18       12.    **Dianne Hackborn**:    Google Inc. c/o Quinn Emanuel Urquhart & Sullivan, LLP,

19  555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-

20  801-5000.    Ms. Hackborn may testify regarding the design, development and operation of, as

21  well as potential alterations to, Android software including the functionality accused of infringing

22  the '647 patent.

23       13.    **Gary Hall**:    Woodcock Washburn LLP (Baker Hostetler, LLP), Cira Centre 12th

24  Floor, 2929 Arch Street, Philadelphia, PA 19104.    Telephone number 215-568-3100.    Mr. Hall

25  may testify regarding Windows Mobile 5.

26       14.    **Sylvia Hall-Ellis**:    Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

27  Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Ms.

28

1    Hall-Ellis is a librarian and may testify as to the authenticity and availability of prior art to one or

2    more of Apple's Patents-in-Suit.

3           15.   **Lars Frid-Nielsen**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin

4    Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.

5    Mr. Frid-Nielsen may testify as to prior art to Apple's '647 patent, including the functionality and

6    availability of Sidekick.

7           16.   **Greg Joswiak**:   Apple c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street,

8    Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Joswiak

9    may be called to testify regarding marketing and sales for Apple devices and the smartphone

10   market generally.   Mr. Joswiak may also provide testimony regarding Apple's use, promotion

11   and advertising of and consumer demand for and the value of the features accused of infringing

12   Samsung's feature patents.

13          17.   **Brewster Kahle**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

14   Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.

15   Kahle may testify regarding WAIS.

16   ~~18.   **Soeng-Hun Kim**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555~~

17   ~~Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-~~

18   ~~5000.   Mr. Kim is an inventor of the '596 patent and may testify regarding the conception,~~

19   ~~reduction to practice, and inventorship of the '596 patent, and his participation in 3GPP meetings.~~

20   ~~19.~~18.   **Youngmi Kim**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555

21   Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-

22   5000.   Ms. Kim may testify regarding the design and development of accused lock-screen

23   features, as well as alternative lock-screen designs that Apple does not accuse of infringing the

24   '721 patent.   Ms. Kim may also testify regarding the time required for the development of those

25   designs.

26   ~~20.   **Kenneth Korea**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555~~

27   ~~Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-~~

28   ~~5000.   Mr. Korea may testify regarding licensing negotiations and the licensing of Samsung's~~

1   ~~patents, including the Patents-in-Suit, particularly in the context of Samsung's offers to license~~
2   ~~Apple to its portfolio of declared essential UMTS patents, including the '087 and '596 patents-in-~~
3   ~~suit, on FRAND terms and conditions and Apple's refusal to take such a license.~~

4   ~~21.~~ 19.  **Heung-Mo Lee**:    Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555
5   Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-
6   5000.   Mr. Lee may testify regarding Samsung's practices with respect to the disclosure of patents
7   and patent applications to ETSI in the context of UMTS standardization, the facts and
8   circumstances surrounding Samsung's IPR disclosures with respect to the '087 and '596 patents-
9   in-suit, attempts to license and the licensing of, or attempts to license, Samsung's patents,
10  including the Patents-in-Suit, to other companies including, without limitation, Qualcomm, Intel
11  Corp., and Apple, and the terms and conditions of such licenses and offers.

12   ~~22.     Ju-Ho Lee:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin~~
13  ~~Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.~~
14  ~~Mr. Lee is an inventor of the '087 patent and may testify regarding the conception, reduction to~~
15  ~~practice, and inventorship of the '087 patent, and his participation in 3GPP meetings.~~

16   ~~23.~~ 20.  **Jim Miller:**    Google Inc. c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555
17  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-
18  5000.    Mr. Miller may testify regarding the design, development and operation of, as well as
19  potential alterations to, Android software including the functionality accused of infringing the
20  '721 patent.

21   ~~24.~~ 21.  **Keith Mortensen**:    Apple, Inc c/o Gibson Dunn and Crutcher, LLP, 555 Mission
22  Street, Suite 3000, San Francisco, CA 94105-0921.    Telephone number 415-393-8200.    Mr.
23  Mortensen is a named inventor of the '959 patent and may be called to testify regarding the
24  disclosures of the patent, the meaning of its terms to a person of ordinary skill in the art, the
25  problem solved by the patent, and the ways it allegedly differs from the prior art.

26   ~~25.~~ 22.  **Daewoon Myoung**:    Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555
27  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-
28

5000.   Mr. Myoung may testify as to non-infringement, including non-infringing alternatives, for Apple's '172 patent.

26.23.  **Ulrich Pfeifer**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Pfeifer may testify regarding WAIS.

27.24.  **Catherine Plaisant**:   University of Maryland, Institute for Advanced Computer Studies, College Park, Maryland.   Ms. Plaisant may testify regarding authentication and availability of '721 prior art.

28.25.  **Arthur Rangel**:   Apple c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Rangel may be called to testify regarding Apple's market research.

29.26.  **Dr. Sanjay Rao**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Rao is an expert witness who may provide testimony supporting Samsung's calculation of damages from Apple's infringement of Samsung's feature patents, including the relative value and usage of the patented features and the design, execution and results of his surveys regarding the same.

30.27.  **David Reibstein**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Reibstein is an expert and may testify regarding Dr. Hauser's opinions and his own research and analysis.

31.   Paul Simmons:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Simmons is an expert and may testify regarding ETSI and standards-setting matters, including the requirements of the ETSI IPR Policy with respect to disclosure and FRAND licensing of IPRs, how members actually treat the ETSI IPR Policy with respect to disclosure and FRAND licensing of IPRs, and rebuttal of the opinions expressed by Apple's expert Dr. Michael Walker.

32.28.  **Dale Sohn**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.

1  Mr. Sohn may testify regarding Samsungs world-wide operations, U.S. presence, Samsung's

2  technological innovations, and Samsung's investment in research and development.

3       ~~33.~~29.  **James Vincent**:    TBWA Media Arts Lab, 12539 Beatrice St, Los Angeles, CA

4  90066.    Telephone number 310-305-4400.    Mr. Vincent may testify regarding Media Arts Lab's

5  marketing and advertising for Apple and the Apple brand and his communications with Apple

6  regarding the same.

7       ~~34.~~30.  **Ken Wakasa:**    Google Inc. c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555

8  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-

9  5000.    Mr. Wakasa may testify regarding the design, development and operation of, as well as

10  potential alterations to, Android software including the functionality accused of infringing the

11  '172 patent.

12       ~~35.~~31.  **Paul Westbrook**:    Google c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555

13  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-

14  5000.    Mr. Westbrook may testify regarding the design, development and operation of, as well as

15  potential alterations to, Android software including the functionality accused of infringing the

16  '414 patent.

17       ~~36.~~32.  **Dan Winship**:    Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

18  Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Mr.

19  Winship may testify regarding Evolution.

20       ~~37.        Hanil Yu:    Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin~~

21  ~~Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-~~

22  ~~5000.   Mr. Yu may testify regarding Samsung's practices with respect to the disclosure of patents~~

23  ~~and applications to ETSI in the context of UMTS standardization as well as the facts and~~

24  ~~circumstances surrounding Samsung's IPR disclosures with respect to the '087 and '596 patents~~

25  ~~in suit.~~

26       **Witnesses Samsung May Call By Deposition**:

27       1.        **Yan Arrouye**:    Apple, Inc c/o Gibson Dunn and Crutcher, LLP, 555 Mission

28  Street, Suite 3000, San Francisco, CA 94105-0921.    Telephone number 415-393-8200.    Mr.

1   Arrouye is a named inventor of the '959 patent and may be called to testify regarding the

2   disclosures of the patent, the meaning of its terms to person of ordinary skill in the art, the

3   problem solved by the patent, and the ways it allegedly differs from the prior art.

4       2.    **Thomas Bonura**:   Apple, Inc c/o Gibson Dunn and Crutcher, LLP, 555 Mission

5   Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr.

6   Bonura is a named inventor of the '647 patent and may be called to testify regarding the

7   disclosures of the patent, the meaning of its terms to a person of ordinary skill in the art, the

8   problem solved by the patent, and the ways it allegedly differs from the prior art.

9       3.    **Eric Bivona**:   Kevin D. O'Leary, Associate General Counsel, Office of General

10   Counsel Dartmouth College, 63 S. Main St., Suite 301, Hanover, NH 03755.   Telephone number

11   603-646-2444.   Mr. Bivona may testify regarding AppleSearch and WAIS.

12       4.    **Mark Buckley**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite

13   3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Buckley may

14   testify regarding Apple's financial information.

15       5.    **Christopher Butler**:   Internet Archive, 300 Funston Avenue, San Francisco, CA

16   94118.  Mr. Butler may testify regarding Internet Archive's knowledge of materials described in

17   Mr. Butler's affidavits dated May 24, 2013, June 21, 2013, and June 25, 2013, including prior art

18   to the asserted patents.

19       6.    **David Casseres**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite

20   3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Casseres may

21   testify regarding AppleSearch.

22   ~~7.    **Suzanne Chapman**:   Broadcom Corporation c/o Perkins Coie LLP, 1201 Third~~

23   ~~Avenue, Suite 4900, Seattle, WA 98101.   Telephone number 206-359-8000.   Ms. Chapman may~~

24   ~~testify as infringement of the '239 patent, including infringement of claim 1, and as to~~

25   ~~authentication of Broadcom documents.~~

26   7.~~8.~~    **Sarah Chandler**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite

27   3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Ms. Chandler may

28

testify regarding Apple's purchase, testing, teardowns, competitive analysis, and copying of Samsung, Android or third party products, features and functionality.

   8.9.   **Stephanie Chen**:   Media Arts Labs, 12539 Beatrice St, Los Angeles, CA 90066. Ms. Chen may provide testimony regarding Apple's marketing and advertising and demand drivers for the products at issue.   Ms. Chen may provide testimony regarding the marketing, advertising, and consumer demand for the products and features accused of infringing Samsung's feature patents.

   9.10.   **Fred Cheng**:   Omnivision Technologies, Inc. 475 Burton Drive, Santa Clara, CA 95054.   Telephone number 408-567-3000.   Mr. Cheng may testify regarding infringement of the '239 and '449 patents.

   10.11.   **Diana Cohen**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Ms. Cohen may testify as to prior art to Apple's '647 patent, including the functionality and availability of Perspective.

   12.11.   **Thomas Deniau**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Deniau may testify regarding Apple product design and implementation.

   12.13.   **Mark Donnelly**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Donnelly may testify regarding Apple's pricing strategies and other financial topics.

   13.14.   **Michael Freeman**:   GableGotwals, 1100 Oneok Plaza, 100 West 5th Street, Tulsa OK 74103.   Telephone number (918) 595-4800.   Mr. Freeman is an inventor of the '239 patent and may testify regarding that patent, including the sale and/or licensing of the '239 patent, products practicing that patent, and the sale and marketing of products practicing the '239 patent.

   14.15.   **Gordon Freedman**:   Apple, Inc c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200. Mr. Freedman is the named inventor of the '414 patent and may be called to testify regarding the

disclosures of the patent, the meaning of its terms to a person of ordinary skill in the art, the problem solved by the patent, and the ways it allegedly differs from the prior art.

15.16. **Scott Forstall:** c/o Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Mr. Forstall may testify regarding Apple's implementation, use, promotion and advertising of and consumer demand for smartphone features including those accused of infringing Samsung's feature patents.

16.17. **Norbert Fuhr**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Fuhr may testify regarding authenticity and public availability of prior to the '959 patent.

17.18. **Robert Garcia**:   Apple, Inc. c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304.   Telephone number 650-858-6000.   Mr. Garcia may testify regarding infringement of the '239 patent.

18.19. **Patrick Gogerty:** Woodcock Washburn LLP (Baker Hostetler, LLP), Cira Centre 12th Floor, 2929 Arch Street, Philadelphia, PA 19104.   Telephone number 215-568-3100.   Mr. Gogerty may testify regarding Microsoft's knowledge of prior art to the '414 patent, including Windows Mobile.

20.   **Fabian Gonell**:   Qualcomm Inc., 5775 Morehouse Drive, San Diego, CA 92121.   Telephone number 858-587-1121.   Mr. Gonell may testify as to Qualcomm's agreements and licenses with Samsung, the terms and conditions of such agreements and licenses, and communications between Samsung and Qualcomm relating to such agreements and licenses.

19.21. **Gary Hall**:   Woodcock Washburn LLP (Baker Hostetler, LLP), Cira Centre 12th Floor, 2929 Arch Street, Philadelphia, PA 19104.   Telephone number 215-568-3100.   Mr. Hall may testify regarding Windows Mobile 5.

20.22. **Jim Hutchison**:   Qualcomm Inc. 5775 Morehouse Drive, San Diego, CA 92121.   Telephone number 858-587-1121.   Mr. Hutchison may testify as to the operation of the accused Apple products.   He may also testify regarding infringement of the '087, '596, '239, and '449 patents.

1      21.23.  **Miguel de Icaza**:    Novell Incorporated, 1800 S. Novell Place, Provo, UT 84606.

2  Telephone number 801-861-7000.    Mr. Icaza may testify regarding prior art to the '414 patent,

3  including Evolution.

4      22.24.  **James Imahiro**:    Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite

5  3000, San Francisco, CA 94105-0921.    Telephone number 415-393-8200.    Mr. Imahiro may

6  testify regarding Apple's consumer research regarding smartphones and tablets, including research

7  into the drivers of demand for those products.

8      23.25.  **Greg Joswiak**:    Apple, Inc. c/o Gibson Dunn and Crutcher, LLP, 555 Mission

9  Street, Suite 3000, San Francisco, CA 94105-0921.    Telephone number 415-393-8200.    Mr.

10  Joswiak may be called to testify regarding marketing and sales for Apple devices and the

11  smartphone market generally.    Mr. Joswiak may also provide testimony regarding Apple's use,

12  promotion and advertising of and consumer demand for and the value of the features accused of

13  infringing Samsung's feature patents.

14      24.26.  **Brewster Kahle**:    Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

15  Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Mr.

16  Kahle may testify regarding WAIS.

17      27.   **Naga Kandasamy**:    Intel Mobile Communications GmbH, Nornacher Strasse 1,

18  Neubiberg, Germany c/o Intel Corporation, 2200 Mission College Blvd., Santa Clara, CA 95054.

19  Telephone number 408-765-8080.    Mr. Kandasamy may testify as to the operation of the accused

20  Apple products.    He may also testify regarding infringement of the '087, '596, '239, and '449

21  patents.

22      25.28.  **Jim Lundberg:** Novell Incorporated, 1800 S. Novell Place, Provo, UT 84606.

23  Telephone number 801-861-7000.    Mr. Lundberg may testify regarding Novell's knowledge of

24  prior art to the '414 patent, including Evolution.

25      26.29.  **Ken McLeod**:    Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000,

26  San Francisco, CA 94105-0921.    Telephone number 415-393-8200.    Mr. McLeod may testify

27  regarding prior art to the '959 patent, including AppleSearch.

28

30.   Ulrich Mennchen:   Intel Mobile Communications GmbH, Nornacher Strasse 1, Neubiberg, Germany c/o Intel Corporation, 2200 Mission College Blvd., Santa Clara, CA 95054. Telephone number 408-765-8080.   Mr. Mennchen may testify as to the operation and testing of the accused Apple products.   He may also testify regarding infringement of the '087, '596, '239, and '449 patents.

27.31.  **Tim Millet**:   Apple, Inc. c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304. Telephone number 650-858-6000.   Mr. Millet may testify regarding infringement of the '239 and '449 patents.

28.32.  **Stan Ng**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Ng may testify regarding Apple's product marketing and development and the Apple brand.

33.   Srini Nimmala:   Apple, Inc. c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304.   Telephone number 650-858-6000.   Mr. Nimmala may testify regarding infringement of the '087, '596, '239, and '449 patents.

29.34.  **Catherine Plaisant**:   University of Maryland, Institute for Advanced Computer Studies, College Park, Maryland.   Ms. Plaisant may testify regarding authentication and availability of '721 prior art.

30.35.  **Arthur Rangel**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Rangel may testify regarding Apple's consumer research regarding smartphones and tablets, including research into the drivers of demand for those products.

31.36.  **Steven Sasson**:   Steven J. Sasson Consulting LLC, 12 Carefree Lane, Hilton, NY 14468 c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304.   Telephone number 415-393-8200.   Mr. Sasson may testify as to prior art for the '239 patent and background regarding image and video technology.

32.37.  **Phil Schiller**:   Apple, Inc. c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304.   Telephone number 650-858-6000.   Mr. Schiller may be called to testify regarding design, development, promotion, marketing, advertising, consumer demand for, and sales of the

1  iPhone, iPad, iPod, and other Apple products, including the features accused of infringing the
2  Samsung feature patents, the smartphone and tablet markets, the Apple brand and Apple's
3  marketing and advertising efforts.

4      33.38.  **Rory Sexton**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000,
5  San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Sexton may testify
6  regarding Apple's supply shortages and constraints for iPhones and iPads.

7      34.39.  **Steve Sinclair**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000,
8  San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Sinclair may testify
9  regarding Apple's product marketing and development and the Apple brand.

10      35.40.  **Jeffrey Stedfast**:   Novell Incorporated, 1800 S. Novell Place, Provo, UT 84606.
11  Telephone number 801-861-7000.   Mr. Stedfast may testify regarding prior art to the '414 patent,
12  including Evolution.

13      36.41.  **Michael Tchao**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite
14  3000, San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Tchao may
15  testify regarding the sales, advertising, marketing and promotion of Apple products, including the
16  iPad, and Apple's purchase, testing, teardowns, competitive analysis, and copying of Samsung,
17  Android or third party products, features and functionality.

18      37.42.  **Boris Teksler**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000,
19  San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Teksler may testify
20  regarding patent licensing for smartphones and tablets and Apple's licensing practices.

21      38.43.  **Justin Titi**:   Apple, Inc. c/o Wilmer Hale, 950 Page Road, Palo Alto, CA 94304.
22  Telephone number 650-858-6000.   Mr. Titi may testify regarding infringement of the '239 and
23  '449 patents.

24      39.44.  **B.J. Watrous**:   Gibson Dunn and Crutcher, LLP, 555 Mission Street, Suite 3000,
25  San Francisco, CA 94105-0921.   Telephone number 415-393-8200.   Mr. Watrous may testify
26  regarding patent licensing for smartphones and tablets and Apple's licensing practices.

27      40.45.  **Walter Wong:**   K&L Gates LLP, K&L Gates Center, 210 Sixth Avenue,
28  Pittsburgh, PA 15222.   Telephone number 412-355-6766.   Mr. Wong may testify regarding

1   Carnegie Mellon University's knowledge of Cyrus, which is relevant to the invalidity of the '414

2   patent.

3

4   DATED:    March 13Febuary 13, 2014

        QUINN EMANUEL URQUHART &
5       SULLIVAN, LLP

6

7

        By  /s/ Victoria Maroulis
8           Charles K. Verhoeven
            Kevin P.B. Johnson
9           Victoria F. Maroulis
            William C. Price
10          Michael L. Fazio

11
            Attorneys for Defendants
12          SAMSUNG ELECTRONICS CO., LTD.,
            SAMSUNG ELECTRONICS AMERICA, INC.,
13          and SAMSUNG TELECOMMUNICATIONS
            AMERICA, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28