1
2  [COUNSEL LISTED ON SIGNATURE PAGE]
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11

| | |
|---|---|
| 12  APPLE INC., | Case No.   12-cv-00630 LHK (PSG) |
| 13              Plaintiff, | **JOINT AMENDED PRETRIAL STATEMENT** |
| 14       v. | |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 18              Defendants. | |

20
21
22
23
24
25
26
27
28

JOINT AMENDED PRETRIAL STATEMENT
CASE NO. 12-cv-00630 LHK (PSG)

1  Pursuant to the Court's March 10, 2014 Order on Pretrial Filings (Dkt. 1427), the parties
2  submit herewith as Exhibit A their Joint Amended Pretrial Statement and Proposed Order
3  (including Exhibits 1-3, which are attached hereto as Exhibits A-1 to A-3).
4  
5  Further, as directed by the Court's March 10, 2014 Order, the parties also submit herewith
6  as Exhibit B a redline comparing the original and amended joint pretrial statement (including
7  redlines of Exhibits 1-3, which are attached hereto as Exhibits B-1 to B-3).

Dated: March 13, 2014

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By:    */s/ Rachel Krevans*<br>          Rachel Krevans<br><br>   Attorneys for Plaintiff and<br>   Counterclaim-Defendant APPLE | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br>By:    */s/ Victoria F. Maroulis*<br>          Victoria Maroulis<br><br>   Attorneys for Defendants and<br>   Counterclaim-Plaintiffs<br><br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

JOINT AMENDED PRETRIAL STATEMENT
CASE NO. 12-cv-00630 LHK (PSG)

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Pretrial Statement.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Victoria Maroulis has concurred in this filing.

Dated:  March 13, 2014                    */s/ Rachel Krevans*
                                                              RACHEL KREVANS