# EXHIBIT B-2

**EXHIBIT 2**
**Samsung's itemization of witnesses, documents, or other evidentiary material to be presented concerning the amount of damages.**

**Witnesses**

Samsung may present the following witnesses concerning the amount of damages: Tim Benner, Mark Buckley, Sarah Chandler, Stephanie Chen, Judy Chevalier, Justin Denison, Nick DiCarlo, ~~Ken Korea~~, Mark Donnelly, Tulin Erdem, Scott Forstall, George Foster, Michael Freeman, James Imahiro, Greg Joswiak, James Kearl, Heung-Mo Lee, Stan Ng, Arthur Rangel, Todd Pendleton, Sanjay Rao, David Reibstein, Phil Schiller, Rory Sexton, Steven Sinclair, Dale Sohn, Michael Tchao, Boris Teksler, James Vincent, and B.J. Watrous.  More information about these witnesses is listed in Samsung's <u>Revised List of Witnesses for Trial filed on March 13, 2014.</u>~~witness list, Docket No. 1265.~~

**Exhibits**

Samsung may also present the following exhibits concerning the amount of damages: Exhibits 308, 327, 328, 345, 346, <u>348,</u> 377, 378, 379, 380, 381, 382, 383, 384, 385, 386, 387, 388, 389, 390, 391, 392, 393, 394, 395, 396, 397, 398, 399, 400, 401, 402, 403, 404, 405, 406, 407, 408, 409, 410, 411, 412, 413, 414, 415, 416, 417, 418, 419, 420, 421, 422, 423, 424, 425, 426, 427, 428, 429, 430, 431, 432, 433, 434, 435, 436, 437, 438, 439, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 452, 453, 454, 455, 456, 457, 458, 459, 460, 461, 462, 463, 464, ~~465~~, ~~478~~, ~~480~~, ~~481~~, ~~482~~, ~~483~~, ~~484~~, ~~485~~, ~~486~~, 489, 493, 494, 498, and 500.  More information about these exhibits is listed in Samsung's <u>Revised Trial Exhibit List filed on March 13, 2014.</u>~~exhibit list filed on February 13, 2014, and a corrected version of which was filed on February 25, 2014.~~