1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                          UNITED STATES DISTRICT COURT
19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Elliot Siegel, hereby declare:

I am employed in Los Angeles, California.   I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On March 10, 2014, I served true and correct copies of unredacted versions of:

1. Consolidated Highlighted Exhibit 3 to the Fazio Declaration ISO Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);

2. Consolidated Highlighted Exhibit 4 to the Fazio Declaration ISO Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);

3. Consolidated Highlighted Exhibit 8 to the Fazio Declaration ISO Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);

4. Consolidated Highlighted Exhibit 9 to the Fazio Declaration ISO Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);

5. Consolidated Highlighted Exhibit 19 to the Fazio Declaration ISO Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);

6. Consolidated Highlighted Exhibit 36 to the Fazio Declaration ISO Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);

7. Consolidated Highlighted Exhibit 39 to the Fazio Declaration ISO Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);

8. Consolidated Highlighted Exhibit 44 to the Fazio Declaration ISO Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);

9. Consolidated Highlighted Exhibit 52 to the Fazio Declaration ISO Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);

10. Consolidated Highlighted Exhibit 54 to the Fazio Declaration ISO Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);

11. Consolidated Highlighted Exhibit 55 to the Fazio Declaration ISO Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);

1     12. Consolidated Highlighted Exhibit 56 to the Fazio Declaration ISO Samsung's
2         Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);
3     13. Consolidated Highlighted Exhibit 57 to the Fazio Declaration ISO Samsung's
4         Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);
5     14. Consolidated Highlighted Exhibit 58 to the Fazio Declaration ISO Samsung's
6         Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);
7     15. Consolidated Highlighted Exhibit 59 to the Fazio Declaration ISO Samsung's
8         Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);
9     16. Consolidated Highlighted Exhibit 60 to the Fazio Declaration ISO Samsung's
10        Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);
11    17. Consolidated Highlighted Exhibit 64 to the Fazio Declaration ISO Samsung's
12        Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);
13    18. Consolidated Highlighted Exhibit 65 to the Fazio Declaration ISO Samsung's
14        Opposition to Apple's Motions *in Limine* (Dkt. No. 1426);
15    19. Consolidated Highlighted Exhibit 66 to the Fazio Declaration ISO Samsung's
16        Opposition to Apple's Motions *in Limine* (Dkt. No. 1426); and
17    20. Consolidated Highlighted Exhibit 67 to the Fazio Declaration ISO Samsung's
18        Opposition to Apple's Motions *in Limine* (Dkt. No. 1426).
19
20  by posting the aforementioned documents to an secured File Transfer Protocol server and
21  providing the log-in credentials for said server to the mailings lists of the parties in this action as
22  follows:

### Counsel for Apple Inc.

**Gibson, Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalIIService@wilmerhale.com

**Morrison & Foerster LLP**
Apple630Team@mofo.com

1 | I declare under penalty of perjury that the foregoing is true and correct.

2 | Executed on March 13, 2014 at Los Angeles

4 |  _/s/ Elliot Siegel_
Elliot Siegel

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Elliot Siegel.

*/s/ Michael L. Fazio*

Michael L. Fazio