1    [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   APPLE INC., a California corporation,          Case No.    12-cv-00630-LHK (PSG)

13                  Plaintiff,                       **REVISED PROPOSED JOINT FINAL
                                                     JURY INSTRUCTIONS WITH
14        v.                                         OBJECTIONS**

15   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG
16   ELECTRONICS AMERICA, INC., a New
     York corporation; and SAMSUNG
17   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
18
                    Defendant.
19

20

21

22

23

24

25

26

27

28

1    The parties provide the accompanying revised proposed final jury instructions in

2  accordance with the Court's March 10, 2014 Order to File Revised Proposed Jury Instructions

3  and Verdict Forms (Dkt. No. 1422).  Pursuant to the Stipulation and Order re Submission of

4  Proposed Final Jury Instructions (Dkt. No. 1313), the parties expressly preserve and do not waive

5  any of their rights and objections with respect to (1) jury instructions previously submitted by any

6  party but not given by the Court in Case No. 11-CV-01846 ("the 1846 Case"); (2) any of their

7  rights and objections with respect to jury instructions previously given by the Court in the 1846

8  Case, and including any such instructions included herein in whole or in part; or (3) jury

9  instructions stemming from orders from the first trial and post-trial proceedings the 1846 Case,

10  including but not limited to the March 1, 2013 Order re: Damages that granted Samsung's motion

11  for a new trial.  For Apple, those objections and proposed instructions include but are not limited

12  to those set forth in the 1846 Case Dkt. Nos. 895-1, 1047, 1231, 1232, 1241, 1264, 1279, 1279-1,

13  1327, 1329, 1402, 1426, 1591, 1640, 1641, 1693, 1694, 1803, 1810, 1811, 1815, 1822, 1830,

14  1834, 1845, 1856, 1861, 1863, 1883, 1884, 2260, 2513, 2707, 2724, 2768 as well as any

15  objections or proposed instructions stated orally before the Court (*see, e.g.*, 7/24/12 Hr'g Tr. 32-

16  39; 7/27/12 Hr'g Tr. 4, 39-51, 72-76; Dkt. No. 1621 at 4-45; Dkt. No. 1695 at 1642-43; Dkt. No.

17  1998 at 3730-3940; Dkt. No. 2562 at 111-19; Dkt. No. 2738 at 11-15; Dkt. Nos. 2738 and 2739 at

18  307-20; Dkt. No. 2739 at 416-18; Dkt. No. 2841 at 941-45, 1055-57; Dkt. No. 2843 at 1210-35;

19  Dkt. No. 2844 at 1403-15).  For Samsung, those objections and proposed instructions include but

20  are not limited to those set forth in the 1846 Case Dkt. Nos. 987-03, 1221, 1231, 1232, 1238,

21  1264, 1279, 1279-01, 1329, 1388, 1389, 1423, 1426, 1428, 1591, 1600, 1622, 1656, 1670, 1693,

22  1694, 1800, 1809, 1812, 1821, 1821-01, 1831, 1846, 1858, 1859, 1860, 1862, 1867, 1883, 1892,

23  2241, 2513, 2707,  2724, 2768, as well as any objections or proposed instructions stated orally

24  before the Court (*see e.g.*, 7/24/12 Hr'g Tr. 32-39; 7/27/12 Hr'g Tr. 4, 39-51, 72-76; Dkt. No.

25  1621 at 4-45; Dkt. No. 1695 at 1642-43; Dkt. No. 1998 at 3730-3940; 10/23/13 Hr'g Tr. 1-27,

26  108-12; Dkt. No. 2562 at 111-19; Dkt. No. 2738 at 11-15; Dkt. Nos. 2738 and 2739 at 307-20;

27  Dkt. No. 2739 at 416-18; Dkt. No. 2841 at 941-45, 1055-57; Dkt. No. 2843 at 1210-35; Dkt. No.

28

PROPOSED JOINT FINAL JURY INSTRUCTIONS WITH OBJECTIONS                                        1
CASE NO. 12-CV-00630-LHK (PSG)
sf-3387656

1    2844 at 1403-15).  The parties incorporate by reference all of their previously submitted proposed

2    jury instructions and objections to jury instructions in the 1846 Case.

3        Attached as Exhibit A is the parties' revised proposed set of undisputed final jury

4    instructions.

5        Attached as Exhibit B is the parties' revised proposed set of disputed final jury

6    instructions.

7        Attached as Exhibit C is a redline against the parties' original submission.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: March 13, 2014

2

By: */s/ Rachel Krevans*                          By: *s/ Victoria F. Maroulis*

3

4    Attorney for Plaintiff and Counterclaim-        Attorney for Defendants and Counterclaim-
     Defendant                                       Plaintiffs

5    APPLE INC.                                      SAMSUNG ELECTRONICS CO., LTD.,
                                                     SAMSUNG ELECTRONICS AMERICA,
6                                                    INC., AND SAMSUNG
                                                     TELECOMMUNICATIONS AMERICA,
7                                                    LLC

8    JOSH A. KREVITT (CA SBN 208552)                 CHARLES K. VERHOEVEN (Bar No.
     jkrevitt@gibsondunn.com                         170151)
9    H. MARK LYON (CA SBN 162061)                    charlesverhoeven@quinnemanuel.com
     mlyon@gibsondunn.com                            KEVIN A. SMITH (Bar No. 250814)
10   GIBSON, DUNN & CRUTCHER LLP                     kevinsmith@quinnemanuel.com
     1881 Page Mill Road                             QUINN EMANUEL URQUHART &
11   Palo Alto, CA  94304-1211                       SULLIVAN LLP
     Telephone: (650) 849-5300                       50 California Street, 22nd Floor
12   Facsimile: (650) 849-5333                       San Francisco, California 94111
                                                     Telephone: (415) 875-6600
13                                                   Facsimile: (415) 875-6700
     HAROLD J. McELHINNY (CA SBN
14   66781)
     hmcelhinny@mofo.com                             KEVIN P.B. JOHNSON (Bar No. 177129
15   JACK W. LONDEN (CA SBN 85776)                   (CA);
     jlonden@mofo.com                                2542082 (NY))
16   RACHEL KREVANS (CA SBN 116421)                  kevinjohnson@quinnemanuel.com
     rkrevans@mofo.com                               VICTORIA F. MAROULIS (Bar No.
17   RUTH N. BORENSTEIN (CA SBN                      202603)
     133797)                                         victoriamaroulis@quinnemanuel.com
18   rborenstein@mofo.com                            QUINN EMANUEL URQUHART &
     ERIK J. OLSON (CA SBN 175815)                   SULLIVAN LLP
19   ejolson@mofo.com                                555 Twin Dolphin Drive, 5th Floor
     MORRISON & FOERSTER LLP                         Redwood Shores, California 94065
20   425 Market Street                               Telephone: (650) 801-5000
     San Francisco, California 94105-2482            Facsimile: (650) 801-5100
21   Telephone: (415) 268-7000
     Facsimile: (415) 268-7522
22                                                   WILLIAM C. PRICE (Bar No. 108542)
                                                     williamprice@quinnemanuel.com
23   WILLIAM F. LEE (*pro hac vice*)                 QUINN EMANUEL URQUHART &
     William.lee@wilmerhale.com                      SULLIVAN LLP
24   WILMER CUTLER PICKERING                         865 South Figueroa Street, 10th Floor
      HALE AND DORR LLP                              Los Angeles, California 90017-2543
25   60 State Street                                 Telephone: (213) 443-3000
     Boston, Massachusetts 02109                     Facsimile: (213) 443-3100
26   Telephone: (617) 526-6000
     Facsimile: (617) 526-5000
27

28

PROPOSED JOINT FINAL JURY INSTRUCTIONS WITH OBJECTIONS                              3
CASE NO. 12-CV-00630-LHK (PSG)

1    MARK D. SELWYN (CA SBN 244180)
      mark.selwyn@wilmerhale.com
2    WILMER CUTLER PICKERING
       HALE AND DORR LLP
3    950 Page Mill Road
      Palo Alto, CA 94304
4    Telephone: (650) 858-6000
      Facsimile: (650) 858-6100
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## TABLE OF CONTENTS

2
**Page**

3  GENERAL CIVIL INSTRUCTIONS.................................................................................... 6

4  JOINT PROPOSED FINAL JURY INSTRUCTION NO. 1 DUTY OF JURY ........................... 7

JOINT PROPOSED FINAL JURY INSTRUCTION NO. 2 BURDEN OF PROOF—
5      PREPONDERANCE OF THE EVIDENCE....................................................... 8

JOINT PROPOSED FINAL JURY INSTRUCTION NO. 3 BURDEN OF PROOF—
6      CLEAR AND CONVINCING EVIDENCE........................................................ 9

7  JOINT PROPOSED FINAL JURY INSTRUCTION NO. 4 TWO OR MORE
       PARTIES—DIFFERENT LEGAL RIGHTS ..................................................... 10

8  JOINT PROPOSED FINAL JURY INSTRUCTION NO. 5 WHAT IS EVIDENCE ................. 11

9  JOINT PROPOSED FINAL JURY INSTRUCTION NO. 7 EVIDENCE FOR LIMITED
       PURPOSE ................................................................................................. 12

10
   JOINT PROPOSED FINAL JURY INSTRUCTION NO. 9 CHARTS AND
11      SUMMARIES IN EVIDENCE...................................................................... 13

   JOINT PROPOSED FINAL JURY INSTRUCTION NO. 10 DIRECT AND
12      CIRCUMSTANTIAL EVIDENCE ................................................................. 14

13  JOINT PROPOSED FINAL JURY INSTRUCTION NO. 11 CREDIBILITY OF
        WITNESSES.............................................................................................. 15

14  JOINT PROPOSED FINAL JURY INSTRUCTION NO. 12 IMPEACHMENT
        EVIDENCE—WITNESS ............................................................................. 16

15  JOINT PROPOSED FINAL JURY INSTRUCTION NO. 13 TAKING NOTES...................... 17

16  JOINT PROPOSED FINAL JURY INSTRUCTION NO. 14 DEPOSITION IN LIEU OF
        LIVE TESTIMONY .................................................................................... 18

17  JOINT PROPOSED FINAL JURY INSTRUCTION NO. 15 USE OF
        INTERROGATORIES OF A PARTY............................................................... 19
18
   JOINT PROPOSED FINAL JURY INSTRUCTION NO. 16 EXPERT OPINION ................... 20
19
   JOINT PROPOSED FINAL JURY INSTRUCTION NO. 17 USE OF DEVICES
20      DURING DELIBERATIONS.......................................................................... 21

   JOINT PROPOSED FINAL JURY INSTRUCTION NO. 19 DUTY TO DELIBERATE.......... 26
21
   JOINT PROPOSED FINAL JURY INSTRUCTION NO. 20 COMMUNICATION WITH
22      COURT ................................................................................................... 27

   JOINT PROPOSED FINAL JURY INSTRUCTION NO. 21 RETURN OF VERDICT ........... 28
23
   JOINT PROPOSED FINAL JURY INSTRUCTION NO. 23 PATENTS—
24      INFRINGEMENT BURDEN OF PROOF ........................................................ 30

   JOINT PROPOSED FINAL JURY INSTRUCTION NO. 26 PATENTS—LITERAL
25      INFRINGEMENT........................................................................................ 31

   JOINT PROPOSED FINAL JURY INSTRUCTION NO. 29 PATENTS—
26      INVALIDITY—BURDEN OF PROOF ........................................................... 32

27  JOINT PROPOSED FINAL JURY INSTRUCTION NO. 31 PATENTS—WRITTEN
        DESCRIPTION REQUIREMENT .................................................................. 33
28

**TABLE OF CONTENTS**
(continued)

Page

JOINT PROPOSED FINAL JURY INSTRUCTION NO. 34 PATENTS—
OBVIOUSNESS ................................................................................................ 34

JOINT PROPOSED FINAL JURY INSTRUCTION NO. 36 PATENT DAMAGES—
BURDEN OF PROOF ........................................................................................ 36

JOINT PROPOSED FINAL JURY INSTRUCTION NO. 40 PATENT DAMAGES—
LOST PROFITS—AMOUNT OF PROFIT ...................................................... 37

JOINT PROPOSED FINAL JURY INSTRUCTION NO. 42 PATENT DAMAGES—
REASONABLE ROYALTY—ENTITLEMENT .............................................. 38

JOINT PROPOSED FINAL JURY INSTRUCTION NO. 48 MONETARY
REMEDIES—ONLY ONE RECOVERY PER ACCUSED SALE................................ 39

GENERAL CIVIL INSTRUCTIONS.................................................................... 41

PROPOSED FINAL JURY INSTRUCTION NO. 6 (APPLE) WHAT IS NOT
EVIDENCE......................................................................................................... 42

PROPOSED FINAL JURY INSTRUCTION NO. 6 (SAMSUNG) WHAT IS NOT
EVIDENCE......................................................................................................... 44

PROPOSED FINAL JURY INSTRUCTION NO. 8 (APPLE) CHARTS AND SLIDES
NOT RECEIVED IN EVIDENCE .................................................................... 46

PROPOSED FINAL JURY INSTRUCTION NO. 8 (SAMSUNG) CHARTS AND
SLIDES NOT RECEIVED IN EVIDENCE ..................................................... 47

PROPOSED FINAL JURY INSTRUCTION NO. 18 (APPLE) SUMMARY OF
CONTENTIONS................................................................................................. 48

PROPOSED FINAL JURY INSTRUCTION NO. 18 (SAMSUNG) SUMMARY OF
CONTENTIONS................................................................................................. 50

PROPOSED FINAL JURY INSTRUCTION NO. 22 (APPLE) PATENTS—
INTERPRETATION OF CLAIMS ................................................................... 53

PROPOSED FINAL JURY INSTRUCTION NO. 22 (SAMSUNG) PATENTS—
INTERPRETATION OF CLAIMS ................................................................... 55

PROPOSED FINAL JURY INSTRUCTION NO. 24 (APPLE) PATENTS—DIRECT
INFRINGEMENT.............................................................................................. 58

PROPOSED FINAL JURY INSTRUCTION NO. 24 (SAMSUNG) PATENTS—DIRECT
INFRINGEMENT.............................................................................................. 60

PROPOSED FINAL JURY INSTRUCTION NO. 25 (APPLE) PATENTS—DIRECT
INFRINGEMENT.............................................................................................. 62

PROPOSED FINAL JURY INSTRUCTION NO. 25 (SAMSUNG) DIRECT
INFRINGEMENT.............................................................................................. 64

PROPOSED FINAL JURY INSTRUCTION NO. 25A (SAMSUNG) DIRECT
INFRINGEMENT OF THE '959 AND '414 PATENTS ................................. 66

PROPOSED FINAL JURY INSTRUCTION NO. 26B (SAMSUNG) APPARATUS
CLAIMS--LITERAL INFRINGEMENT .......................................................... 68

PROPOSED FINAL JURY INSTRUCTION NO. 26C (SAMSUNG) APPARATUS
CLAIMS--LITERAL INFRINGEMENT .......................................................... 70

1

**TABLE OF CONTENTS**
(continued)

2

Page

3

4

PROPOSED FINAL JURY INSTRUCTION NO. 27 (APPLE) PATENT INFRINGEMENT OF MEANS-PLUS-FUNCTION CLAIMS – '239 PATENT, CLAIM 15 ............................................................................................... 72

5

PROPOSED FINAL JURY INSTRUCTION NO. 27 (SAMSUNG) MEANS-PLUS-FUNCTION CLAIMS – LITERAL INFRINGEMENT ...................................................... 74

6

PROPOSED FINAL JURY INSTRUCTION NO. 32 (APPLE) PATENTS—ANTICIPATION ............................................................................................... 76

7

PROPOSED FINAL JURY INSTRUCTION NO. 32 (SAMSUNG) ANTICIPATION ............. 78

8

PROPOSED FINAL JURY INSTRUCTION NO. 32A (SAMSUNG) ANTICIPATION OF THE '959 AND '414 PATENTS ................................................................................. 80

9

PROPOSED FINAL JURY INSTRUCTION NO. 33 (APPLE) PATENTS—STATUTORY BARS ................................................................................................... 82

10

PROPOSED FINAL JURY INSTRUCTION NO. 33 (SAMSUNG) PATENTS—STATUTORY BARS ................................................................................................... 84

11

PROPOSED FINAL JURY INSTRUCTION NO. 37 (APPLE) PATENT DAMAGES — LOST PROFITS — GENERALLY ............................................................................. 86

12

PROPOSED FINAL JURY INSTRUCTION NO. 37 (SAMSUNG) PATENT DAMAGES — LOST PROFITS — GENERALLY ......................................................................... 88

13

14

PROPOSED FINAL JURY INSTRUCTION NO. 38 (APPLE) PATENT DAMAGES—LOST PROFITS—FACTORS TO CONSIDER ........................................................ 90

15

PROPOSED FINAL JURY INSTRUCTION NO. 38 (SAMSUNG) PATENT DAMAGES—LOST PROFITS—FACTORS TO CONSIDER ..................................... 92

16

PROPOSED FINAL JURY INSTRUCTION NO. 39 (APPLE) PATENT DAMAGES—LOST PROFITS—AVAILABILITY OF ACCEPTABLE NON-INFRINGING ALTERNATIVES ............................................................................................... 94

17

18

PROPOSED FINAL JURY INSTRUCTION NO. 41 (APPLE) PATENT DAMAGES—LOST PROFITS—MARKET SHARE ................................................................... 97

19

PROPOSED FINAL JURY INSTRUCTION NO. 41 (SAMSUNG) PATENT DAMAGES—LOST PROFITS—MARKET SHARE ................................................ 98

20

PROPOSED FINAL JURY INSTRUCTION NO. 43 (APPLE) PATENT DAMAGES—REASONABLE ROYALTY—DEFINITION ................................................... 99

21

PROPOSED FINAL JURY INSTRUCTION NO. 43 (SAMSUNG) PATENT DAMAGES—REASONABLE ROYALTY—DEFINITION .............................. 102

22

PROPOSED FINAL JURY INSTRUCTION NO. 44 (APPLE) PATENT DAMAGES—DATE OF COMMENCEMENT—PRODUCTS .............................................. 105

23

24

PROPOSED FINAL JURY INSTRUCTION NO. 44 (SAMSUNG) PATENT DAMAGES—DATE OF COMMENCEMENT—PRODUCTS ................................ 106

25

PROPOSED FINAL JURY INSTRUCTION NO. 45 (APPLE) PATENTS—INDUCING PATENT INFRINGEMENT ................................................................................. 109

26

27

PROPOSED FINAL JURY INSTRUCTION NO. 45 (SAMSUNG) INDUCING PATENT INFRINGEMENT ................................................................................. 111

28

1

## TABLE OF CONTENTS
### (continued)

**Page**

PROPOSED FINAL JURY INSTRUCTION NO. 46 (APPLE) CONTRIBUTORY
    PATENT INFRINGEMENT ............................................................................ 113

PROPOSED FINAL JURY INSTRUCTION NO. 46 (SAMSUNG) CONTRIBUTORY
    PATENT INFRINGEMENT ............................................................................ 115

PROPOSED FINAL JURY INSTRUCTION NO. 47 (APPLE) WILLFUL PATENT
    INFRINGEMENT ............................................................................................ 117

PROPOSED FINAL JURY INSTRUCTION NO. 47 (SAMSUNG) WILLFUL PATENT
    INFRINGEMENT ............................................................................................ 119

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28