QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                        Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                        Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR LIMITED ADDITIONAL CLAIM CONSTRUCTION FOR THE '239 PATENT CLAIM 15 TERM "MEANS FOR TRANSMISSION OF SAID CAPTURED VIDEO OVER A CELLULAR FREQUENCY"** |

I, Todd Briggs, declare:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. On March 8, 2014, I sent an email to counsel for Apple seeking to arrange a telephonic meet and confer to reach a stipulation regarding claim construction for the '239 patent. In response, counsel for Apple responded by email stating its position that no further claim construction is necessary. Attached hereto as Exhibit 1 is a true and correct copy of that correspondence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2014, in Washington, D.C..

*/s/ Todd Briggs*
Todd Briggs

-1-    Case No. 12-CV-00630-LHK (PSG)
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION
FOR LIMITED ADDITIONAL CLAIM CONSTRUCTION FOR THE '239 PATENT

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Todd Briggs has concurred in this filing.

Dated: March 13, 2014

/s/ Victoria Maroulis
Victoria Maroulis