1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION FOR LIMITED ADDITIONAL CLAIM CONSTRUCTION FOR THE '239 PATENT CLAIM 15 TERM "MEANS FOR TRANSMISSION OF SAID CAPTURED VIDEO OVER A CELLULAR FREQUENCY"** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative
3 Motion for Limited Additional Claim Construction for the '239 Patent Claim 15 Term "Means for
4 Transmission of Said Captured Video Over a Cellular Frequency" ("Motion for Claim
5 Construction").

6    Having considered the arguments of the parties and the papers submitted, and good cause
7 having been shown, the Court hereby GRANTS Samsung's Motion for Claim Construction, and
8 will provide a construction of the term "means for transmission of said captured video over a
9 cellular frequency" in claim 15 of U.S. Patent No. 5,579,239.  Briefing is limited to a maximum
10 of 5 pages per side.  The schedule for briefing and hearing is as follows:

11    1.    Samsung's Claim Construction Brief shall be filed on or before March 20, 2014;
12    2.    Apple's Claim Construction Brief shall be filed on or before March 25, 2014;
13    3.    Hearing is set for March 27, 2014 at 1:30 p.m.

15    **IT IS SO ORDERED.**

17 DATED:   March ____, 2014

20                                                HONORABLE LUCY H. KOH
                                                  United States District Court Judge