UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTIONS:  (1) TO STAY PORTIONS OF THE COURT'S MARCH 7, 2014 SEALING ORDER [DKT. NO. 1415]; AND (2) FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

02198.51981/5811275.1

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTIONS:  (1) TO STAY  PORTIONS OF THE COURT'S MARCH 7, 2014 SEALING ORDER [DKT. NO. 1415]; AND (2) FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

1    THE COURT, HAVING CONSIDERED Samsung's Motions:  (1) to Stay Portions of the
2  Court's March 7, 2014 Sealing Order [Dkt. No. 1415]; and (2) For Leave to File Motion for
3  Reconsideration, AND GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS THAT
4  the portion of the Court's March 7, 2014 Sealing Order (Dkt. No. 1415) IS STAYED pending the
5  determination of Samsung's Motion for Reconsideration.
6    THE COURT FURTHER ORDERS THAT Samsung shall file its motion for
7  reconsideration and all supporting papers no later than March 19, 2014.
8    SO ORDERED.

10  DATED: _____

        Honorable Paul S. Grewal, Magistrate Judge
        United States District Court for the Northern
        District of California