UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER REGARDING SAMSUNG'S MOTION FOR LIMITED ADDITIONAL CLAIM CONSTRUCTION (ECF NO. 1461) |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

Late on March 13, 2014, Samsung filed an "administrative motion" for limited additional claim construction regarding the term "means for transmission of said captured video over a cellular frequency" in claim 15 of the '239 patent. Although Samsung's motion is not in fact an "administrative motion" under Civil Local Rule 7-11, Apple shall respond by Monday, March 17, 2014. The Court requests that Apple address in its response the question as to whether construction of this term, and means-plus-function terms generally, is required by law; whether additional expert discovery and motions would be necessitated by Samsung's proposed additional

1

Case No.: 12-CV-00630-LHK
ORDER REGARDING SAMSUNG'S MOTION FOR LIMITED ADDITIONAL CLAIM CONSTRUCTION (ECF NO. 1461)

claim construction; and the impact of the Court's prior construction of claim 1 of the '239 patent on claim 15.

**IT IS SO ORDERED.**

Dated: March 14, 2014

_____
LUCY H. KOH
United States District Judge