[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**JOINT NOTICE REGARDING ORDER RE MOTIONS TO SEAL (DOCKET NO. 1415)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1    On March 7, 2014, the Court entered an Order re Motions to Seal ("March 7 Order").
2 (Dkt. 1415.) The March 7 Order addressed 29 different motions to seal.
3    Samsung has requested leave to file a motion for reconsideration and has filed a motion
4 to stay the portions of the Court's Order relating to four exhibits. (Dkt. 1462.) Other than that
5 request, the parties do not intend to request reconsideration of any portion of the March 7 Order.
6    Pursuant to Civil Local Rule 79-5(e)(2) and (f)(2)-(3), the parties are required to refile
7 publicly the documents for which the Court denied sealing by either Friday, March 14 or
8 Monday, March 17 (if no declaration in support of sealing was filed). Pursuant to this Court's
9 Order (11-cv-1846, Dkt. 2968), the parties are also required to exchange redacted versions of
10 documents prior to filing.
11    The parties have been working diligently to comply with this Court's March 7 Order.
12 However, in light of the third party information in these documents (including some for which no
13 declaration was submitted), as well as the sensitive nature of the task at hand, the parties agree
14 that extra time is helpful to ensure that all of the public and under seal documents to be filed
15 pursuant to the Court's Order appropriately comply with the Court's Order and redact the
16 appropriate information and to provide third parties with adequate time to review the documents
17 being filed publicly before their filing. The parties accordingly and respectfully inform the Court
18 that, other than the four documents at issue in Samsung's motions for reconsideration and stay,
19 the parties will file the under seal versions of the documents at issue in the Court's March 7
20 Order on Tuesday, March 18 and will file all public versions, including those documents whose
21 sealing was denied or that were sealed only in part, and that are not already in the public record,
22 on Wednesday, March 19.

Dated: March 14, 2014

By: */s/ Mark D. Selwyn*

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

William F. Lee (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304

By: */s/ Michael Fazio*

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,  INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Telephone: (650) 858-6000
Facsimile: (650) 858-6100

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Joint Notice Regarding Order re Motions to Seal (Docket No. 1415). In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael Fazio has concurred in this filing.

Dated: March 14, 2014                              *s/* Mark D. Selwyn
                                                                       Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 14, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                                       */s/* Mark D. Selwyn
                                                                       Mark D. Selwyn