| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, MA 02109 |
| Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| JACK W. LONDEN (CA SBN 85776) | WILMER CUTLER PICKERING |
| jlonden@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 950 Page Mill Road |
| rkrevans@mofo.com | Palo Alto, California 94304 |
| RUTH N. BORENSTEIN (CA SBN 133797) | Telephone: (650) 858-6000 |
| rborenstein@mofo.com | Facsimile: (650) 858-6100 |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | Case No. 12-cv-00630-LHK (PSG) |
| v. | **APPLE INC.'S OBJECTIONS TO SAMSUNG'S DISCOVERY AND DEPOSITION DESIGNATIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Apple objects to Samsung's Discovery Designations (Dkt. No. 1430) and Samsung's Deposition Designations (Dkt. No. 1429) as follows.

## I. SAMSUNG'S DISCOVERY DESIGNATIONS

Apple incorporates by reference the general and specific objections listed in the written discovery responses Samsung has designated for use at trial. Apple further objects to the extent Samsung is designating any discovery responses that have since been amended or corrected, or that contain incomplete or inaccurate information, including without limitation Samsung's Defendants' Disclosure of Asserted Claims and Infringement Contentions dated June 15, 2012, and September 28, 2012. Apple further objects to the extent Samsung's Discovery Designations are or contain hearsay, including without limitation Samsung's designation of its own discovery responses and/or contentions. Apple further objects to the extent Samsung's Discovery Designations include subject matter or evidence that has been excluded by Court order. Apple further objects to Samsung's Discovery Designations to the extent they include subject matter or evidence related to patents, claims or defenses that are no longer at issue in this case, either as a result of Court order or the case narrowing process.

## II. SAMSUNG'S DEPOSITION DESIGNATIONS

Pursuant to the Stipulated Order re Schedule for Objections and Deposition Designations (Dkt. No. 1346), Apple does not serve objections to witnesses identified on Samsung's deposition list at this time.[1] Apple will raise its witness-specific objections through the high priority objection process or other appropriate methods. Generally, Apple objects to the presentation of deposition testimony that is hearsay or contains hearsay-within-hearsay not subject to an exemption or exception; irrelevant deposition testimony, including without limitation testimony relevant only to issues excluded by Court order or removed from the case through the parties' case narrowing decisions; deposition testimony that lacks foundation; and deposition testimony

---

[1] Apple does, however, object at this time to Samsung's untimely designation of testimony from B.J. Watrous. Deposition designations were due on March 10, 2014. (See Dkt. No. 1346.) Samsung did not serve and file its designations for Mr. Watrous until after that deadline, and did not offer good cause for why those late designations should be deemed timely. (See Dkt. No. 1444.)

that is more prejudicial than probative. Apple's specific objections to the portions of deposition testimony designated by Samsung are attached as **Exhibit A.**

As indicated in Exhibit A, Apple protectively counterdesignates the portions of testimony designated by Samsung, subject to Apple's objections, in the event Samsung withdraws or otherwise presents only a portion of its designation and Apple must present some of the remaining portion for completeness. Apple does not intend to counterdesignate objections or attorney colloquy, and will remove any such lines when final clips are prepared for presentation at trial.

Dated: March 17, 2014

MORRISON & FOERSTER LLP

By: */s/ Rachel Krevans*
RACHEL KREVANS

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.