1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
12 michaelfazio@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California   90017-2543
   Telephone:   (213) 443 3000
14 Facsimile:   (213) 443 3100

15       Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
            AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
16

17                           UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-00630-LHK |
| 20        Plaintiff, | **SAMSUNG'S OBJECTIONS AND COUNTER DESIGNATIONS TO** |
| 21        vs. | **APPLE'S DEPOSITION DESIGNATIONS** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | Trial Date: March 31, 2014<br>Time: 9:00 a.m. |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25        Defendants. | |

26

27

28

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2 Telecommunications America, LLC (collectively, "Samsung") hereby submit their objections and

3 counter designations to Apple's Deposition Designations.

4    Samsung's specific objections and counter designations are attached as Exhibit A.   The

5 objection codes used for Samsung's objections are attached as Exhibit B.   Samsung reserves its

6 right to modify its objections and counter designations.

7

8 DATED: March 17, 2014            QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
9
                                   By */s/ Michael L. Fazio*
10                                     Victoria F. Maroulis
                                       Michael L. Fazio
11                                     Attorneys for Defendants
                                       SAMSUNG ELECTRONICS CO., LTD.,
12                                     SAMSUNG ELECTRONICS AMERICA, INC.,
                                       and SAMSUNG TELECOMMUNICATIONS
13                                     AMERICA, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28