| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603) |
|   | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, California 94065-2139 |
| 8 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |
| 9 | |
|   | William C. Price (Bar No. 108542) |
| 10 | williamprice@quinnemanuel.com |
|    | 865 S. Figueroa St., 10th Floor |
| 11 | Los Angeles, California 90017 |
|    | Telephone: (213) 443-3000 |
| 12 | Facsimile: (213) 443-3100 |
| 13 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, |
| 14 | INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **SAMSUNG'S OBJECTIONS TO APPLE INC.'S DESIGNATIONS OF OTHER DISCOVERY TO BE OFFERED AT TRIAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

SAMSUNG'S OBJECTIONS TO APPLE'S OTHER DISCOVERY TO BE OFFERED AT TRIAL

## SAMSUNG'S OBJECTIONS TO APPLE'S DESIGNATIONS OF OTHER DISCOVERY TO BE OFFERED AT TRIAL

Apple filed its Designations of Other Discovery to be Offered at Trial on March 10, 2014 (Dkt. No. 1428). Samsung hereby objects to Apple's Designations as follows:

Samsung objects to Apple's designation of Samsung's Disclosure of Asserted Claims and Infringement Contentions [Patent L.R. 3-1, 3-2], including all amendments and supplements allowed by the Court (Dkt. No. 1428 at II.1), on the grounds that it is not a proper discovery designation; 403; hearsay; and superseded by expert reports.

Samsung incorporates by reference the general and specific objections listed in the written discovery responses that Apple has designated for use at trial. *See* Dkt. No. 1428 at II.3-4. Samsung further objects to the extent Apple's designations of written discovery responses include subject matter or evidence that has been excluded by Court order or should be excluded pursuant to Rule 37(c). Samsung further objects to the extent Apple is designating any discovery responses that have been amended or corrected, or that contain incomplete or inaccurate information.

Additionally, Apple specifically designated nine third party declarations as part of its Designations of Other Discovery to be Offered at Trial. *See* Dkt. No. 1428 at II.2(a)-(i). To the extent that Apple seeks to use such third party declarations in the same fashion as if this testimony were the deposition testimony of an unavailable witness and Apple did not include these declarants on their witness list as individuals they may call by deposition, such testimony is improper and Samsung objects on that ground. Because Apple's designation in this regard includes "all third party declarations identified in the parties' previous stipulations regarding third party declarations (Dkt. Nos. 795 and 1037)," Samsung's objection is not limited to only the nine third party declarations specifically listed by Apple, and thus Samsung objects on these grounds to Apple's designation of all third party declarations listed in the parties' stipulations (Dkt. Nos. 795 and 1037).

Samsung further objects to Apple's designation of "Samsung's Initial Disclosures, and any supplements thereto" on the ground that the term "any supplements thereto" is vague and ambiguous and does not provide Samsung with reasonable notice of the specific documents that

1  Apple has intended to designate.  Samsung further objects to this designation to the extent that
2  Apple may seek to argue or otherwise infer that the number or identification of individuals set
3  forth by Samsung in Samsung's Initial Disclosures is improper.
4       Samsung further objects to Apple's designation of "Samsung's Answer to Apple's
5  Complaint" on the ground that it references the non-operative Answer in this case.

DATED: March 17, 2014                QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP


                                     By   /s/ Michael L. Fazio
                                          Charles K. Verhoeven
                                          Kevin P.B. Johnson
                                          Victoria F. Maroulis
                                          William C. Price
                                          Michael L. Fazio
                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC. and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC