| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 5 | |
| 6 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 7 | Victoria F. Maroulis (Cal. Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 8 | 555 Twin Dolphin Drive 5th Floor Redwood Shores, California 94065 |
| 9 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 10 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 11 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 12 | 865 S. Figueroa St., 10th Floor Los Angeles, California 90017 |
| 13 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 14 | |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 16 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Edward J. DeFranco of Quinn Emanuel Urquhart &

3 Sullivan, LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung

4 Electronics America, Inc., and Samsung Telecommunications America, LLC.

5    Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6 directed to:

7    Edward DeFranco (Bar No. 165596)
     eddefranco@quinnemanuel.com
8    51 Madison Ave 22nd Fl
     New York, NY 10010
9    Telephone:   212-849-7106
     Facsimile:   212-849-7100

DATED:   March 19, 2014            QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By  */s/ Edward J. DeFranco*
                                       Edward J. DeFranco
                                       Attorneys for Defendants
                                       SAMSUNG ELECTRONICS CO., LTD.,
                                       SAMSUNG ELECTRONICS AMERICA, INC.,
                                       and SAMSUNG TELECOMMUNICATIONS
                                       AMERICA, LLC

-1-                                              Case No. 12-CV-00630-LHK
                                                 NOTICE OF APPEARANCE