QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Elliot Siegel, hereby declare:

I am employed in Los Angeles, California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On March 18, 2014, I served true and correct copies of unredacted versions of:

1. Exhibit 4 to the Briggs Declaration ISO Samsung's Motion to Amend Infringement Contention [Dkt. No. 476];
2. Exhibit 10 to the Briggs Declaration ISO Samsung's Motion to Amend Infringement Contention [Dkt. No. 476];
3. Samsung's Motion to Compel Complete Production of Source Code [Dkt. Nos. 498, 515];
4. Thakur Declaration ISO Samsung's Motion to Compel Complete Production of Source Code [Dkt. No. 498];
5. Exhibit 19 to Thakur Declaration ISO Samsung's Motion to Compel Complete Production of Source Code [Dkt. Nos. 498, 515];
6. Exhibit 26 to Thakur Declaration ISO Samsung's Motion to Compel Complete Production of Source Code [Dkt. Nos. 498, 515];
7. Samsung's Reply in Support of Motion to Amend Infringement Contentions [Dkt. No. 528];
8. Exhibit 4 to the Briggs Declaration ISO Samsung's Reply in Support of Motion to Amend Infringement Contentions [Dkt. Nos. 528, 542];
9. Exhibit 5 to the Briggs Declaration ISO Samsung's Reply in Support of Motion to Amend Infringement Contentions [Dkt. No. 528];
10. Exhibit 7 to the Briggs Declaration ISO Samsung's Reply in Support of Motion to Amend Infringement Contentions [Dkt. Nos. 528, 542];
11. Exhibit 8 to the Briggs Declaration ISO Samsung's Reply in Support of Motion to Amend Infringement Contentions [Dkt. No. 528];

12. Exhibit 20 to Thakur Declaration ISO Samsung's Motion For Leave to Amend Its Invalidity Contentions [Dkt. Nos. 540, 567];

13. Exhibit 22 to Thakur Declaration ISO Samsung's Motion For Leave to Amend Its Invalidity Contentions [Dkt. Nos. 540, 567];

14. Exhibit A to the Declaration of Amar Thakur ISO Samsung's Reply On Its MTC

15. Documents From Related Litigations [Dkt. Nos. 561, 586];

16. Samsung's Reply ISO Motion to Compel Complete Production of Source Code [Dkt. Nos. 563, 587];

17. Thakur Declaration ISO Samsung's Reply ISO Motion to Compel Complete Production of Source Code [Dkt. Nos. 563, 587];

18. Exhibit 3 to Thakur Declaration ISO Samsung's Reply ISO Motion to Compel Complete Production of Source Code [Dkt. Nos. 563, 587];

19. Exhibit 4 to Thakur Declaration ISO Samsung's Reply ISO Motion to Compel Complete Production of Source Code [Dkt. No. 563];

20. Exhibit 10 to Thakur Declaration ISO Samsung's Reply ISO Motion to Compel Complete Production of Source Code [Dkt. Nos. 563, 587];

21. Exhibit 2 to Briggs Declaration ISO Samsung's Supplemental Brief ISO Samsung's Motion to Amend Invalidity Contentions [Dkt. No. 577];

22. Exhibit 5 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

23. Exhibit 6 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

24. Exhibit 10 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. No. 669];

25. Exhibit 11 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

26. Exhibit 12 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

27. Exhibit 13 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

28. Exhibit 14 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

29. Exhibit 15 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

30. Exhibit 16 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

31. Exhibit 17 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. No. 669];

32. Exhibit 18 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

33. Exhibit 19 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

34. Exhibit 20 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

35. Exhibit 21 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

36. Exhibit 22 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

37. Exhibit 23 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722];

38. Exhibit 24 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722]; and

39. Exhibit 25 to Thakur Declaration ISO Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order [Dkt. Nos. 669, 722].

by posting the aforementioned documents to an secured File Transfer Protocol server and providing the log-in credentials for said server to the mailings lists of the parties in this action as follows:

**Counsel for Apple Inc.**

**Gibson, Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Morrison & Foerster LLP**
Apple630Team@mofo.com

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalIIService@wilmerhale.com

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on March 19, 2014 at Los Angeles

                    */s/ Elliot Siegel*
                      Elliot Siegel

02198.51981/5825347.1

-2-  Case No. 12-cv-00630-LHK (PSG)
**CERTIFICATE OF SERVICE**

1 **ATTESTATION**

2  I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the

3 foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic

4 filing of this document has been obtained from Elliot Siegel.

6  */s/ Michael L. Fazio*

7  Michael L. Fazio