QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT FOR PARTIAL RECONSIDERATION OF MARCH 7, 2014 SEALING ORDER [DKT. NO. 1415]**<br><br>Date:   TBA<br>Time:   TBA<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

02198.51981/5811281.2

Case No. 12-CV-00630-LHK (PSG)
FAZIO DECL, ISO MOT. FOR PARTIAL RECONSIDERATION OF MARCH 7, 2014 SEALING ORDER [DKT. NO. 1415]

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of Exhibit 1 to the Declaration of Joshua Furman in Support of Apple Inc.'s Motion for Leave to Amend and Supplement Its Infringement Contentions, filed as part of Dkt. No. 526, with highlighting added to indicate the matters which Samsung seeks to keep under seal – to wit: all references to proprietary source code files, such as source code file names, source code file paths, and information related to source code function.

3. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit 2 to the Supplemental Declaration of Joshua Furman in Support of Apple Inc.'s Motion for Leave to Amend and Supplement Its Infringement Contentions, filed as part of Dkt. No. 592, with highlighting added to indicate the matters which Samsung seeks to keep under seal – to wit: all references to proprietary source code files, such as source code file names, source code file paths, and information related to source code function.

4. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit 3 to the Supplemental Declaration of Joshua Furman in Support of Apple Inc.'s Motion for Leave to Amend and Supplement Its Infringement Contentions, filed as part of Dkt. No. 592, with highlighting added to indicate the matters which Samsung seeks to keep under seal – to wit: all references to proprietary source code files, such as source code file names, source code file paths, and information related to source code function.

5. Attached hereto as Exhibit 4 is a true and correct copy of Exhibit A to the Apple's Motion to File Under Seal its Infringement Contentions, filed as part of Dkt. No. 681, with

1  highlighting added to indicate the matters which Samsung seeks to keep under seal – to wit:  all
2  references to proprietary source code files, such as source code file names, source code file paths,
3  and information related to source code function.

4      6.  I incorporate by reference the previously filed declarations of Daniel W. Shim,
5  Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to
6  file under seal that establish that the Samsung-confidential information at issue here is sealable.
7  (*See* Dkt. Nos. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re:
8  Samsung's Reply ISO MTS), 949 (re: Samsung's Reply ISO MSJ and Reply ISO MTS); *see also*
9  Dkt. Nos. 810, 821, 858, 960 (providing compelling reasons why various categories of Samsung-
10 confidential information should be filed under seal).)

11      7.  I am informed and believed that Samsung considers the information regarding its
12 source code and the development of its code highly confidential because competitors could use the
13 information to copy certain features exclusively found on Samsung's products, and to gain insight
14 into Samsung's development processes.

15      8.  For the foregoing reasons, Samsung requests that its Motion for Partial
16 Reconsideration of March 7, 2014 Sealing Order [Dkt. No. 1415] be granted as to the portions
17 highlighted in green in the accompanying exhibits for the reasons stated in the aforementioned
18 Shim declarations.

19      9.  Attached hereto as Exhibit 5 is a true and correct copy of an e-mail exchange
20 between Jennifer Rho, counsel for Apple, and Shahin Rezvani, counsel for Samsung, regarding
21 portions of the exhibits at issue in the instant Motion.

22

23  I declare under penalty of perjury under the laws of the United States of America that the
24 foregoing is true and correct.

25  Executed March 19, 2014, at Los Angeles, California.

26      */s/ Michael L. Fazio*
27      Michael L. Fazio

28

02198.51981/5811281.2

-2-   Case No. 12-CV-00630-LHK (PSG)
FAZIO DECL, ISO MOT. FOR PARTIAL RECONSIDERATION OF MARCH 7, 2014 SEALING ORDER [DKT. NO. 1415]