# EXHIBIT 5
# to Fazio Declaration

# Shahin Rezvani

| | |
|---|---|
| **From:** | Rho, Jennifer [JRho@gibsondunn.com] |
| **Sent:** | Wednesday, March 19, 2014 4:27 PM |
| **To:** | Shahin Rezvani |
| **Cc:** | Apple 630 Team; *** Apple/Samsung; WHAppleSamsungNDCalIIService@wilmerhale.com; Michael Fazio; Prashanth Chennakesavan; Elliot Siegel; Herriot, Liv; Sabri, Nathan B. (NSabri@mofo.com) |
| **Subject:** | Re: Apple v. Samsung N.D. Cal. '630 -- Proposed Notice in Light of Court's March 7 Sealing Order |

Shahin,

Apple does not oppose. Also, could you please confirm that we may file the public redacted versions of the documents not subject to this motion, which were loaded onto the SFTP site on Friday (subject to the clarifications made since)?

Thank you,
Jennifer

On Mar 19, 2014, at 1:34 PM, "Shahin Rezvani" <shahinrezvani@quinnemanuel.com> wrote:

Jennifer:

Samsung will be filing a motion for partial reconsideration today of the Court's March 7 order denying sealing with respect to:

• Exhibit 1 to the Declaration of Joshua Furman in support of Apple's Motion for Leave to Amend and Supplement its Infringement Contentions (Dkt. No. 526);
• Exhibits 2 and 3 to the Supplemental Declaration of Joshua Furman in support of Apple's Motion for Leave to Amend its Disclosure of Asserted Claims and Infringement Contentions (Dkt. No. 592); and
• Exhibit A to Apple's Motion to File Under Seal its Infringement Contentions (Dkt. No. 681).

We understand from your message below that Apple does not oppose reconsideration of sealing Exhibit 1 to the Furman Declaration (Dkt. No. 526).  Does Apple oppose reconsideration of sealing the other exhibits mentioned above?

Kind regards,
Shahin

---

**From:** Rho, Jennifer [mailto:JRho@gibsondunn.com]
**Sent:** Thursday, March 13, 2014 11:58 AM
**To:** Shahin Rezvani
**Cc:** 'Apple 630 Team'; *** Apple/Samsung; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; Michael Fazio; Prashanth Chennakesavan; Elliot Siegel; 'Herriot, Liv'; 'Sabri, Nathan B. (NSabri@mofo.com)'
**Subject:** RE: Apple v. Samsung N.D. Cal. '630 -- Proposed Notice in Light of Court's March 7 Sealing Order

Shahin,

While Apple would not and does not oppose a request to the Court by Samsung for reconsideration of sealing of Charts A01 through G-16 of Exhibit 1 to the Declaration of Joshua Furman in support of Apple's Motion for Leave to Amend and Supplement Its Infringement Contentions (D.I. 526) or clarification of whether those documents would need to be re-filed pursuant to the Order, Apple cannot agree to file a Joint Notice stating that we are not re-filing the documents.  In contrast to the Joint Notice filed yesterday, the parties did not formally withdraw the portion of Apple's Motion

1

addressing those documents. Accordingly, Apple believes that the appropriate course of action is for Samsung to seek clarification from the Court as to whether the Court believes they those portions were withdrawn and/or not considered by the Court when ruling on Apple's Motion such that under the local rules they do not need to be re-filed. Should Samsung choose to take this course, Apple agrees that it will not file publicly any of these documents – or any other documents addressed in Samsung's motion for reconsideration of the Court's Order – until the Court has ruled on the motion for reconsideration.

On a related note, we would like to exchange tonight the documents that will be re-filed tomorrow, publicly or under seal, pursuant to the Court's order. Please confirm when Samsung's documents would be ready for exchange.

Thank you,
Jennifer

**Jennifer J. Rho**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7103 • Fax +1 213.229.6103
JRho@gibsondunn.com • www.gibsondunn.com

---

**From:** Shahin Rezvani [mailto:shahinrezvani@quinnemanuel.com]
**Sent:** Thursday, March 13, 2014 10:42 AM
**To:** Rho, Jennifer
**Cc:** 'Apple 630 Team'; *** Apple/Samsung; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; Michael Fazio; Prashanth Chennakesavan; Elliot Siegel; 'Herriot, Liv'; 'Sabri, Nathan B. (NSabri@mofo.com)'
**Subject:** FW: Apple v. Samsung N.D. Cal. '630 -- Proposed Notice in Light of Court's March 7 Sealing Order

Jennifer:

Following up on my voice message to you this morning and my e-mail below, can you please let us know by noon today whether Apple agrees to the filing of the attached joint notice?

Kind regards,
Shahin

---

**From:** Shahin Rezvani
**Sent:** Wednesday, March 12, 2014 6:36 PM
**To:** 'Rho, Jennifer'
**Cc:** 'Apple 630 Team'; '*** Apple/Samsung'; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; Michael Fazio; Prashanth Chennakesavan; Elliot Siegel; 'Herriot, Liv'; 'Sabri, Nathan B. (NSabri@mofo.com)'
**Subject:** Apple v. Samsung N.D. Cal. '630 -- Proposed Notice in Light of Court's March 7 Sealing Order

Jennifer:

Based on our review of the docket, and in light of the Court's March 7 Order ordering certain exhibits be filed publicly, we request that Apple agree to filing a joint notice (attached) informing the Court that the parties will not be re-filing unredacted versions of Charts A-1 through G-16 of Exhibit 1 to the Declaration of Joshua Furman in Support of Apple Inc.'s Motion for Leave to Amend and Supplement Its Infringement Contentions (Dkt. 526), on the grounds that the materials relate solely to issues that were withdrawn prior to Court ruling on Apple's motion and were accordingly never considered by the Court. What would remain of Exhibit 1 would be charts H-1 through H-19, which pertain to Apple's proposed amendment of its '959 infringement charts, which the Court did consider:

2

> Apple requests leave to file several amendments to its contentions, but Samsung opposes only a subset of those changes. <u>The court addresses only the amendments to which Samsung objects. For the rest of the amendments, the court considers Samsung's nonopposition as an effective stipulation to the changes and approves Apple's request to make amendments to which Samsung does not object.</u>
> Turning to the amendments in contention, Apple seeks to add the Galaxy S4, which Samsung released on April 27, 2013, to its contentions and to add certain source code citations to claims 24, 25, and 27 of U.S. Patent No. 6,847,959 ("'959 Patent"). Samsung objects to both amendments on various grounds.

Dkt. No. 636 at 29:1-11 (footnote omitted, emphasis added).

In deciding whether to add the Galaxy S4, the Court did not cite, reference, or otherwise mention charts A-1 through G-16 in the Order.  *See generally* Dkt. No. 636 at 29:12-33:15.  Similarly, the Court did not cite, mention, or otherwise reference charts A-1 though G-16 in deciding whether Apple could add citations to its '959 infringement charts.  *See generally* Dkt. No. 636 at 33:16-34:18.

Given the quick turnaround in our review and approval of the joint notice Liv sent earlier today, we appreciate a similar courtesy here.

Kind regards,
Shahin

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.