UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION FOR PARTIAL RECONSIDERATION OF MARCH 7, 2014 SEALING ORDER [DKT. NO. 1415]** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/5811268.2

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION FOR PARTIAL RECONSIDERATION OF MARCH 7, 2014 SEALING ORDER [DKT. NO. 1415]

THE COURT, HAVING CONSIDERED the Unopposed Motion of Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") for Partial Reconsideration of March 7, 2014 Sealing Order, the supporting declaration of Michael L. Fazio and the exhibits attached thereto, AND GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS THAT the documents listed below and attached as Exhibits 1-4 to the Declaration of Michael L. Fazio filed March 19, 2014 REMAIN UNDER SEAL:

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit 1 to the Declaration of Joshua Furman in support of Apple's Motion for Leave to Amend and Supplement its Infringement Contentions (Dkt. No. 526) | See highlighted version of document [All references to proprietary source code files, source code file names, source code file paths and source code function] |
| Exhibit 2 to the Supplemental Declaration of Joshua Furman in support of Apple's Motion for Leave to Amend its Disclosure of Asserted Claims and Infringement Contentions (Dkt. No. 592) | See highlighted version of document [All references to proprietary source code files, source code file names, source code file paths and source code function] |
| Exhibit 3 to the Supplemental Declaration of Joshua Furman in support of Apple's Motion for Leave to Amend its Disclosure of Asserted Claims and Infringement Contentions (Dkt. No. 592) | See highlighted version of document [All references to proprietary source code files, source code file names, source code file paths and source code function] |
| Exhibit A to Apple's Motion to File Under Seal its Infringement Contentions (Dkt. No. 681) | See highlighted version of document [All references to proprietary source code files, source code file names, source code file paths and source code function] |

THE COURT FURTHER ORDERS THAT Samsung shall file public, redacted versions of these four exhibits listed above no later than seven (7) court days from entry of this Order.

SO ORDERED.

DATED: _____

Hon. Paul S. Grewal, Magistrate Judge
United States District Court for the Northern District of California

02198.51981/5811268.2

-1-     Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION FOR PARTIAL RECONSIDERATION OF MARCH 7. 2014 SEALING ORDER [DKT. NO. 1415]