1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6

7  Attorneys for Non-Party Google Inc.

8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Counterclaim-Plaintiff,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>  Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF SAMSUNG'S UNOPPOSED NOTICE OF MOTION AND MOTION FOR PARTIAL RECONSIDERATION OF MARCH 7, 2014 SEALING ORDER [DKT. NO. 1415]** |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Samsung's Unopposed Notice of Motion and Motion for Partial Reconsideration of March 7, 2014 Sealing Order [Dkt. No. 1415] ("Motion for Reconsideration"). I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. On March 14, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed a Notice of Motions and Motions: (1) to Stay Portions of the Court's March 7, 2014 Sealing Order [Dkt. No. 1415]; and (2) for Leave to File Motion for Partial Reconsideration of March 7 Sealing Order [Dkt. No. 1415] ("Motions for Stay and for Leave"). (Docket No. 1462.)

3. On March 17, 2014, the Court ordered that the portion of the Court's March 7, 2014 Sealing Order (Docket No. 1415) is stayed pending the determination of Samsung's Motion for Reconsideration. (Docket No. 1467.) The Court further ordered that Samsung shall file its motion for reconsideration and all supporting papers no later than March 19, 2014. (*Id.*)

4. On March 19, 2014, Samsung filed its Unopposed Notice of Motion and Motion for Partial Reconsideration of March 7, 2014 Sealing Order [Dkt. No. 1415]. (Docket No. 1478.)

5. Non-party Google submits this Declaration in support of Samsung's Motion for Reconsideration, to the extent Samsung's Motion concerns documents that reference non-party Google's highly confidential or proprietary business information.

6. Selected portions of Exhibit 1 to the Declaration of Joshua Furman in Support of Apple Inc.'s Motion for Leave to Amend and Supplement Its Infringement Contentions (Dkt. No. 526) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

7. As this Court has previously found, third-party source code may remain confidential and is properly sealable. *See, e.g.*, Docket No. 1150 at 48 (citing *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)).

8. The portions of Exhibit 1 to the Declaration of Joshua Furman in Support of Apple Inc.'s Motion for Leave to Amend and Supplement Its Infringement Contentions (Dkt. No. 526) that Google seeks to seal are identified and described below:

| Document | Portion Sought to be Sealed | Information to be Sealed |
|---|---|---|
| Exhibit 1 to the Declaration of Joshua Furman in Support of Apple Inc.'s Motion for Leave to Amend and Supplement Its Infringement Contentions (Dkt. No. 526) | Portions highlighted in blue | Detailed descriptions of the operation of Google's highly confidential and proprietary source code. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2014, in San Francisco, California.

By /s/ Kristin J. Madigan
Kristin J. Madigan