# EXHIBIT 2

**to Declaration of Michael Valek**

**CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL - ATTORNEY'S
EYES ONLY
FILED UNDER SEAL**

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Amy H. Candido
2  amycandido@quinnemanuel.com
   Matthew S. Warren
3  matthewwarren@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California  94111
   (415) 875-6600
5  (415) 875-6700 facsimile

6  Attorneys for Non-Party Google Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK

13 |              Plaintiff, | **RESPONSES AND OBJECTIONS OF NON-PARTY GOOGLE INC. TO SUBPOENA TO PRODUCE DOCUMENTS IN A CIVIL ACTION SERVED BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.**

14 |         vs. |

15 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG |

16 | ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG |

17 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Highly Confidential – Attorney's Eyes Only**

18 |

19 |              Defendants. |

20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG |

21 | ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG |

22 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |

23 |

24 |         Counterclaim-Plaintiffs, |

25 |         vs. |

26 | APPLE INC., a California corporation, |

27 |         Counterclaim-Defendant. |

28

**Highly Confidential – Attorney's Eyes Only**

Non-party Google Inc. ("Google") responds and objects to the subpoena *duces tecum* (the "Subpoena") served by Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") on June 4, 2013 and each Topic for Production ("Topic") therein, set forth as follows:

## GENERAL OBJECTIONS

1.      Google objects to the Subpoena's noticed location of the production.  Subject to its general and specific objections, Google will produce documents at a time and place mutually agreed with Apple.

2.      Google objects to the Subpoena as unduly burdensome and harassing to the extent that it purports to impose burdens, requirements or obligations that exceed or differ from those permitted by Federal Rules of Civil Procedure 26(b) and 45 and the Local Rules of the United States District Court for the Northern District of California.

3.      Google objects to the Subpoena to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense privilege or any other applicable privileges and protections.  Such information will not be provided.  Any inadvertent disclosure of such information shall not constitute a waiver of any privilege, right, or ground for objecting to providing such information and shall not waive Google's right to object to the use of such information.

4.      Google objects to the Subpoena to the extent that it calls for legal conclusions.

5.      Google objects to the Subpoena to the extent that it calls for the disclosure of proprietary or other confidential information.  Google will only provide such disclosure subject to and in reliance upon an appropriate protective order governing confidential business information.

6.      Google objects to the Subpoena to the extent that it calls for the disclosure of proprietary or confidential source code.  Google will only provide such disclosure subject to and in reliance upon an appropriate protective order governing confidential source code.

7.      Google objects to the Subpoena to the extent that it is vague, ambiguous, overbroad, unduly burdensome, oppressive, incomprehensible, harassing, improperly duplicative or cumulative of other discovery, particularly insofar as it contains the terms "any," "every," "all," "any and all," and "without limitation."

**Highly Confidential – Attorney's Eyes Only**

8.    Google objects to the Subpoena to the extent that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence or is not limited to a relevant time period.

9.    Google objects to the Subpoena to the extent that it seeks information not within Google's possession, custody or control.  An objection on this ground does not constitute a representation or admission that such information does, in fact, exist.

10.    Google objects to the Subpoena to the extent that the "Definitions and Instructions" purport to enlarge, expand, or alter in any way the plain meaning and scope of any specific Topic where such enlargement, expansion, or alteration renders said Topic vague, ambiguous, overbroad, unduly burdensome, harassing, incomprehensible, or calling for production that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

11.    Google objects to Apple's definition of the terms "You" and "your" and to any Topic incorporating these terms, to the extent that they are unduly broad and purport to impose burdens or requirements upon Google that exceed or differ from the requirements of Federal Rules of Civil Procedure 26(b) and 45, and the Local Rules of the United States District Court for the Northern District of California, particularly insofar as the definitions purports to require the production of documents or testimony about products irrelevant to this action.

12.    Google objects to Apple's definition of the term "Samsung," and to any Topic incorporating this term, to the extent that it is unduly broad and purports to impose burdens or requirements upon Google that exceed or differ from the requirements of Federal Rules of Civil Procedure 26(b) and 45, and the Local Rules of the United States District Court for the Northern District of California, particularly insofar as the definition purports to require the production of documents or testimony about products irrelevant to this action.

13.    Google objects to Apple's definition of the term "Android," and to any Topic incorporating this term, to the extent that it is unduly broad and purports to impose burdens or requirements upon Google that exceed or differ from the requirements of Federal Rules of Civil Procedure 26(b) and 45, and the Local Rules of the United States District Court for the Northern

**Highly Confidential – Attorney's Eyes Only**

1  District of California, particularly insofar as the definition purports to require the production of

2  documents or testimony about products irrelevant to this action.

3       14.    Google objects to Apple's definition of the term "Google Applications," and to any

4  Topic incorporating this term, to the extent that it is unduly broad and purports to impose burdens

5  or requirements upon Google that exceed or differ from the requirements of Federal Rules of Civil

6  Procedure 26(b) and 45, and the Local Rules of the United States District Court for the Northern

7  District of California, particularly insofar as the definition purports to require the production of

8  documents about products irrelevant to this action.

9       15.    Google objects to Apple's definition of the term "Accused Products," and to any

10  Topic incorporating this term, to the extent that it is unduly broad and purports to impose burdens

11  or requirements upon Google that exceed or differ from the requirements of Federal Rules of Civil

12  Procedure 26(b) and 45, and the Local Rules of the United States District Court for the Northern

13  District of California, particularly insofar as the definition purports to require the production of

14  documents or testimony about products irrelevant to this action.

15       16.    Google objects to Apple's definition of the term "Apple," and to any Topic

16  incorporating this term, to the extent that it is unduly broad and purports to impose burdens or

17  requirements upon Google that exceed or differ from the requirements of Federal Rules of Civil

18  Procedure 26(b) and 45, and the Local Rules of the United States District Court for the Northern

19  District of California, particularly insofar as the definition purports to require the production of

20  documents or testimony about products irrelevant to this action.

21       17.    Google objects to Apple's definition of the term "Document(s)," and to any Topic

22  incorporating this term, to the extent that it is unduly broad and purports to impose burdens or

23  requirements upon Google that exceed or differ from the requirements of Federal Rules of Civil

24  Procedure 26(b) and 45, and the Local Rules of the United States District Court for the Northern

25  District of California, particularly insofar as the definition purports to require the production of

26  documents or testimony about products irrelevant to this action.

27       18.    Google objects to Apple's definition of the term "Relating," and to any Topic

28  incorporating this term, to the extent that it is unduly broad and purports to impose burdens or

**Highly Confidential – Attorney's Eyes Only**

1  requirements upon Google that exceed or differ from the requirements of Federal Rules of Civil

2  Procedure 26(b) and 45, and the Local Rules of the United States District Court for the Northern

3  District of California, particularly insofar as the definition purports to require the production of

4  documents or testimony about products irrelevant to this action.

5        19.    Google objects to Apple's definition of the term "Patents-in-Suit," and to any Topic

6  incorporating this term, to the extent that it is unduly broad and purports to impose burdens or

7  requirements upon Google that exceed or differ from the requirements of Federal Rules of Civil

8  Procedure 26(b) and 45, and the Local Rules of the United States District Court for the Northern

9  District of California, particularly insofar as the definition purports to require the production of

10  documents about products irrelevant to this action.

11        20.    Google objects to Apple's definition of the term "Accused Feature," and to any

12  Topic incorporating this term, to the extent that it is unduly broad and purports to impose burdens

13  or requirements upon Google that exceed or differ from the requirements of Federal Rules of Civil

14  Procedure 26(b) and 45, and the Local Rules of the United States District Court for the Northern

15  District of California, particularly insofar as the definition purports to require the production of

16  documents about products irrelevant to this action.  Google has not previously agreed and does not

17  now agree to produce documents or testimony consistent with the scope of Apple's infringement

18  contentions and amendments thereto in this case to the extent that they exceed or differ from the

19  requirements of Federal Rules of Civil Procedure 26(b) and 45, and the Local Rules of the United

20  States District Court for the Northern District of California.

21        21.    Google objects to Apple's definition of the term "Accused Feature Alteration," and

22  to any Topic incorporating this term, to the extent that it is unduly broad and purports to impose

23  burdens or requirements upon Google that exceed or differ from the requirements of Federal Rules

24  of Civil Procedure 26(b) and 45, and the Local Rules of the United States District Court for the

25  Northern District of California, particularly insofar as the definition purports to require the

26  production of documents about products irrelevant to this action.

27        22.    Google objects to Apple's definition of the term "Unified Search Alteration," and

28  to any Topic incorporating this term, to the extent that it is unduly broad and purports to impose

**Highly Confidential – Attorney's Eyes Only**

1   burdens or requirements upon Google that exceed or differ from the requirements of Federal Rules

2   of Civil Procedure 26(b) and 45, and the Local Rules of the United States District Court for the

3   Northern District of California, particularly insofar as the definition purports to require the

4   production of documents about products irrelevant to this action.

5        23.    Google objects to Apple's "Instructions" and Topics to the extent that they are

6   unduly burdensome (both in scope and number), overbroad, oppressive, call for production of

7   information that is neither relevant nor reasonably calculated to lead to the discovery of admissible

8   evidence or call for the production of information that is not in Google's possession custody or

9   control.

10       24.    Google objects to the Subpoena as unduly burdensome, overbroad and oppressive

11  to the extent that it calls for the production of documents or testimony that would require Google

12  to perform a technical analysis of the Android software.

13       25.    Any objection by Google does not constitute a representation or admission that

14  such information does in fact exist or is known to Google.

15       26.    Google's production of documents and testimony is based upon such information

16  as is reasonably available to Google at the time of production and testimony.  Further independent

17  discovery, independent investigation, legal research and analysis by Google or its counsel may

18  supply additional facts, information or documents, or add meaning to known facts, information or

19  documents.  Google's productions and testimony are given without prejudice to Google's right to

20  provide evidence of any subsequently discovered or compiled facts, information or documents, or

21  to supplement or modify such Google productions and testimony.

22       27.    Google objects to Apple's Topics to the extent that they seek information

23  confidential or proprietary to third parties, which Google is contractually required to maintain

24  confidential.  To the extent that the Topics call for such information, Google will produce this

25  information, to the extent relevant and responsive, only in accordance with its obligations under

26  these confidentiality agreements or if ordered by the Court.

27       28.    Google objects to Apple's Topics to the extent that they are improperly duplicative

28  or cumulative of other discovery.

**Highly Confidential – Attorney's Eyes Only**

1   29.   Google objects to Apple's Topics to the extent that they seek premature expert

2   testimony.

3   30.   Google objects to Apple's Topics to the extent that they seek discovery more

4   appropriately obtained from Samsung.

5   31.   Google objects to Apple's Topics to the extent that they seek information already in

6   Apple's possession or available to Apple from other sources that are more convenient, less

7   burdensome or less expensive, including information available to Apple from public sources.

8   32.   Google objects to Apple's Topics to the extent that they seek information that is

9   equally available from a party in the litigation.

10

11   **SPECIFIC RESPONSES AND OBJECTIONS TO TOPICS FOR PRODUCTION**

12   **TOPIC FOR PRODUCTION NO. 1:**

13   All Documents and Communications relating to actual or perceived competition among
mobile device operating systems, including but not limited to Android, Apple's iOS, Microsoft's
14   Windows Phone, and RIM's BlackBerry OS or BlackBerry 10.

15   **RESPONSE TO TOPIC FOR PRODUCTION NO. 1:**

16   Google incorporates by reference its General Objections as though fully set forth herein.

17   Google further objects to this Topic on the grounds that the term "actual or perceived competition"

18   is vague and ambiguous.  Google further objects on the grounds that this Topic seeks information

19   that is neither relevant to any claims or defenses in this action nor reasonably calculated to lead to

20   the discovery of admissible evidence.  Google further objects on the grounds that this Topic is

21   overly broad, unduly burdensome, oppressive, and duplicative.  Google further objects on the

22   grounds that this Topic calls for legal conclusions.  Google further objects on the grounds that this

23   Topic seeks information already in Apple's possession or available to Apple from other sources

24   that are more convenient, less burdensome or less expensive, including information available to

25   Apple from Samsung or public sources.

26   **TOPIC FOR PRODUCTION NO. 2:**

27   All Documents and Communications measuring, quantifying, or analyzing actual or
projected market share for Android smartphones or tablets.

28

Highly Confidential – Attorney's Eyes Only

1  **RESPONSE TO TOPIC FOR PRODUCTION NO. 2:**

2       Google incorporates by reference its General Objections as though fully set forth herein.

3  Google further objects to this Topic on the grounds that the term "actual or projected market

4  share" is vague and ambiguous.  Google further objects to this Topic on the grounds that the term

5  "Android smartphones or tablets" is vague and ambiguous.  Google further objects on the grounds

6  that this Topic seeks information that is neither relevant to any claims or defenses in this action

7  nor reasonably calculated to lead to the discovery of admissible evidence.  Google further objects

8  on the grounds that this Topic calls for legal conclusions.  Google further objects on the grounds

9  that this Topic is overly broad, unduly burdensome, oppressive, and duplicative.

10  **TOPIC FOR PRODUCTION NO. 3:**

11       All Documents and Communications relating to any strategies or plans to increase or
acquire market share for Android smartphones or tablets specifically by targeting Apple iOS users,
12  including, but not limited to, documents that compare any features or capabilities of Android to
any features or capabilities of iOS.

13  **RESPONSE TO TOPIC FOR PRODUCTION NO. 3:**

14       Google incorporates by reference its General Objections as though fully set forth herein.

15  Google further objects to this Topic on the grounds that the term "compare any features or

16  capabilities" is vague and ambiguous.  Google further objects on the grounds that this Topic seeks

17  information that is neither relevant to any claims or defenses in this action nor reasonably

18  calculated to lead to the discovery of admissible evidence.  Google further objects on the grounds

19  that this Topic is overly broad, unduly burdensome, oppressive, and duplicative.  Google further

20  objects on the grounds that this Topic calls for legal conclusions.  Google further objects on the

21  grounds that this Topic seeks information already in Apple's possession or available to Apple

22  from other sources that are more convenient, less burdensome or less expensive, including

23  information available to Apple from Samsung or public sources.

24  **TOPIC FOR PRODUCTION NO. 4:**

25       All Documents and Communications relating to the likelihood that a user of a mobile
26  device operating system (*e.g.*, Android or iOS) will, if purchasing another mobile device, purchase
another mobile device that utilizes the same operating system.

27

28

**Highly Confidential – Attorney's Eyes Only**

1 | **RESPONSE TO TOPIC FOR PRODUCTION NO. 4:**

2      Google incorporates by reference its General Objections as though fully set forth herein.

3 Google further objects on the grounds that this Topic seeks information that is neither relevant to

4 any claims or defenses in this action nor reasonably calculated to lead to the discovery of

5 admissible evidence.  Google further objects on the grounds that this Topic seeks information not

6 within Google's possession, custody or control.  Google further objects on the grounds that this

7 Topic calls for legal conclusions.  Google further objects on the grounds that this Topic seeks

8 information already in Apple's possession or available to Apple from other sources that are more

9 convenient, less burdensome or less expensive, including information available to Apple from

10 Samsung or public sources.

11 | **TOPIC FOR PRODUCTION NO. 5:**

12      All Documents and Communications relating to the likelihood that a user of a particular
mobile device operating system (*e.g.*, Android or iOS) will obtain goods, services, or software
13 relating to that operating system, including but not limited to software applications, digital media,
accessories, other mobile devices, warranty plans, or insurance.

14 | **RESPONSE TO TOPIC FOR PRODUCTION NO. 5:**

15      Google incorporates by reference its General Objections as though fully set forth herein.

16 Google further objects to this Topic on the grounds that the term "goods, services, or software

17 relating to that operating system" is vague and ambiguous.  Google further objects on the grounds

18 that this Topic seeks information that is neither relevant to any claims or defenses in this action

19 nor reasonably calculated to lead to the discovery of admissible evidence.  Google further objects

20 on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative.

21 Google further objects on the grounds that this Topic calls for legal conclusions.  Google further

22 objects on the grounds that this Topic seeks information not within Google's possession, custody

23 or control.  Google further objects on the grounds that this Topic seeks information already in

24 Apple's possession or available to Apple from other sources that are more convenient, less

25 burdensome or less expensive, including information available to Apple from Samsung or public

26 sources.

27

28

**Highly Confidential – Attorney's Eyes Only**

1    **TOPIC FOR PRODUCTION NO. 6:**

2       All Documents and Communications relating to any attempt to quantify, or any
     quantification of, the monetary value to Google from a user using an Android smartphone or tablet
3    as opposed to a mobile device that utilizes a different operating system.

4    **RESPONSE TO TOPIC FOR PRODUCTION NO. 6:**

5       Google incorporates by reference its General Objections as though fully set forth herein.

6    Google further objects on the grounds that this Topic seeks information that is neither relevant to

7    any claims or defenses in this action nor reasonably calculated to lead to the discovery of

8    admissible evidence.  Google further objects on the grounds that this Topic is overly broad, unduly

9    burdensome, oppressive, and duplicative.  Google further objects on the grounds that this Topic

10   calls for legal conclusions.  Google further objects on the grounds that this Topic seeks

11   information already in Apple's possession or available to Apple from other sources that are more

12   convenient, less burdensome or less expensive, including information available to Apple from

13   Samsung or public sources.

14   **TOPIC FOR PRODUCTION NO. 7:**

15      All Documents and Communications relating to the importance, or lack thereof, of sales to
     first-time buyers of smartphones or tablets.
16
     **RESPONSE TO TOPIC FOR PRODUCTION NO. 7:**
17
        Google incorporates by reference its General Objections as though fully set forth herein.
18
     Google further objects to this Topic on the grounds that the term "first-time buyers of smartphones
19
     or tablets" is vague and ambiguous.  Google further objects on the grounds that this Topic seeks
20
     information that is neither relevant to any claims or defenses in this action nor reasonably
21
     calculated to lead to the discovery of admissible evidence.  Google further objects on the grounds
22
     that this Topic is overly broad, unduly burdensome, oppressive, and duplicative.  Google further
23
     objects on the grounds that this Topic calls for legal conclusions.  Google further objects on the
24
     grounds that this Topic seeks information not within Google's possession, custody or control.
25
     Google further objects on the grounds that this Topic seeks information already in Apple's
26
     possession or available to Apple from other sources that are more convenient, less burdensome or
27
     less expensive, including information available to Apple from Samsung or public sources.
28

**Highly Confidential – Attorney's Eyes Only**

**TOPIC FOR PRODUCTION NO. 8:**

All Documents and Communications relating to any attempt to quantify, or any quantification of, the monetary value of a first-time purchaser of an Android-based mobile device to either Google or Android-based mobile device manufacturers such as Samsung.

**RESPONSE TO TOPIC FOR PRODUCTION NO. 8:**

Google incorporates by reference its General Objections as though fully set forth herein. Google further objects to this Topic on the grounds that the term "Android-based mobile device manufacturers" is vague and ambiguous. Google further objects on the grounds that this Topic seeks information that is neither relevant to any claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Google further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative. Google further objects on the grounds that this Topic calls for legal conclusions. Google further objects on the grounds that this Topic seeks information not within Google's possession, custody or control. Google further objects on the grounds that this Topic seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, including but not limited to the common interest or joint defense privileges. Google further objects on the grounds that this Topic seeks information already in Apple's possession or available to Apple from other sources that are more convenient, less burdensome or less expensive, including information available to Apple from Samsung or public sources.

**TOPIC FOR PRODUCTION NO. 9:**

All Documents and Communications relating to the creation, development, testing, maintenance, and support of any Accused Feature Alteration.

**RESPONSE TO TOPIC FOR PRODUCTION NO. 9:**

Google incorporates by reference its General Objections as though fully set forth herein. Google further objects to this Topic on the grounds that the term "creation, development, testing, maintenance, and support" is vague and ambiguous. Google further objects on the grounds that this Topic seeks information that is neither relevant to any claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Google further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative.

**Highly Confidential – Attorney's Eyes Only**

1   Google further objects on the grounds that this Topic seeks information protected from disclosure

2   by the attorney-client privilege, the attorney work product doctrine, or any other applicable

3   privilege or immunity, including but not limited to the common interest or joint defense privileges.

4   Google further objects on the grounds that this Topic calls for legal conclusions.  Google further

5   objects on the grounds that this Topic seeks information already in Apple's possession or available

6   to Apple from other sources that are more convenient, less burdensome or less expensive,

7   including information available to Apple from Samsung or public sources.

8   **TOPIC FOR PRODUCTION NO. 10:**

9           All Documents and Communications relating to public opinion, mobile device
    manufacturer opinion, or customer feedback regarding any Accused Feature Alteration.

10  **RESPONSE TO TOPIC FOR PRODUCTION NO. 10:**

11          Google incorporates by reference its General Objections as though fully set forth herein.

12  Google further objects to this Topic on the grounds that the term "public opinion, mobile device

13  manufacturer opinion, or customer feedback" is vague and ambiguous.  Google further objects on

14  the grounds that this Topic seeks information that is neither relevant to any claims or defenses in

15  this action nor reasonably calculated to lead to the discovery of admissible evidence.  Google

16  further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and

17  duplicative.  Google further objects on the grounds that this Topic seeks information protected

18  from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other

19  applicable privilege or immunity, including but not limited to the common interest or joint defense

20  privileges.  Google further objects on the grounds that this Topic is overly broad, unduly

21  burdensome, oppressive, and duplicative.  Google further objects on the grounds that this Topic

22  seeks information not within Google's possession, custody or control.  Google further objects on

23  the grounds that this Topic calls for legal conclusions.  Google further objects on the grounds that

24  this Topic seeks information already in Apple's possession or available to Apple from other

25  sources that are more convenient, less burdensome or less expensive, including information

26  available to Apple from Samsung or public sources.

27

28

**Highly Confidential – Attorney's Eyes Only**

**TOPIC FOR PRODUCTION NO. 11:**

Documents and Communications sufficient to show when any Accused Feature Alterations first became available for use and/or were first implemented in any Product.

**RESPONSE TO TOPIC FOR PRODUCTION NO. 11:**

Google incorporates by reference its General Objections as though fully set forth herein. Google further objects to this Topic on the grounds that the term "first became available for use" is vague and ambiguous. Google further objects to this Topic on the grounds that the term "first implemented in any Product" is vague and ambiguous. Google further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative. Google further objects on the grounds that this Topic seeks information not within Google's possession, custody or control. Google further objects on the grounds that this Topic seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, including but not limited to the common interest or joint defense privileges. Google further objects on the grounds that this Topic calls for legal conclusions. Google further objects on the grounds that this Topic seeks information already in Apple's possession or available to Apple from other sources that are more convenient, less burdensome or less expensive, including information available to Apple from Samsung or public sources.

**TOPIC FOR PRODUCTION NO. 12:**

All Documents and Communications relating to any of the Accused Feature Alterations' acceptability as a substitute for any of the Accused Features.

**RESPONSE TO TOPIC FOR PRODUCTION NO. 12:**

Google incorporates by reference its General Objections as though fully set forth herein. Google further objects to this Topic on the grounds that the term "substitute for any of the Accused Features" is vague and ambiguous. Google further objects on the grounds that this Topic seeks information that is neither relevant to any claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Google further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative. Google further objects on the grounds that this Topic seeks information not within Google's possession, custody or control. Google further objects on the grounds that this Topic seeks information protected from

Highly Confidential – Attorney's Eyes Only

1   disclosure by the attorney-client privilege, the attorney work product doctrine, or any other

2   applicable privilege or immunity, including but not limited to the common interest or joint defense

3   privileges.  Google further objects on the grounds that this Topic calls for legal conclusions.

4   Google further objects on the grounds that this Topic seeks information already in Apple's

5   possession or available to Apple from other sources that are more convenient, less burdensome or

6   less expensive, including information available to Apple from Samsung or public sources.

7   **TOPIC FOR PRODUCTION NO. 13:**

8         All Documents and Communications relating to pre-marketing surveys, focus group
studies, or other marketing analyses related to the desirability of features or capabilities of any of

9   the Accused Products.

10  **RESPONSE TO TOPIC FOR PRODUCTION NO. 13:**

11        Google incorporates by reference its General Objections as though fully set forth herein.

12  Google further objects to this Topic on the grounds that the term "related to the desirability of

13  features or capabilities of any of the Accused Products" is vague and ambiguous.  Google further

14  objects on the grounds that this Topic seeks information that is neither relevant to any claims or

15  defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.

16  Google further objects on the grounds that this Topic calls for legal conclusions.  Google further

17  objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and

18  duplicative.

19  **TOPIC FOR PRODUCTION NO. 14:**

20        All Documents and Communications relating to the amount of time or money spent
developing, testing, or implementing any of the Accused Feature Alterations.

21

22  **RESPONSE TO TOPIC FOR PRODUCTION NO. 14:**

23        Google incorporates by reference its General Objections as though fully set forth herein.

24  Google further objects to this Topic on the grounds that the term "developing, testing, or

25  implementing any of the Accused Feature Alterations" is vague and ambiguous.  Google further

26  objects on the grounds that this Topic seeks information that is neither relevant to any claims or

27  defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.

28  Google further objects on the grounds that this Topic is overly broad, unduly burdensome,

**Highly Confidential – Attorney's Eyes Only**

1  oppressive, and duplicative.  Google further objects on the grounds that this Topic seeks

2  information protected from disclosure by the attorney-client privilege, the attorney work product

3  doctrine, or any other applicable privilege or immunity, including but not limited to the common

4  interest or joint defense privileges.  Google further objects on the grounds that this Topic is overly

5  broad, unduly burdensome, oppressive, and duplicative.  Google further objects on the grounds

6  that this Topic calls for legal conclusions.

7  **TOPIC FOR PRODUCTION NO. 15:**

8      All Documents and Communications relating to the desirability to users of any Accused
   Feature Alterations.

9  **RESPONSE TO TOPIC FOR PRODUCTION NO. 15:**

10     Google incorporates by reference its General Objections as though fully set forth herein.

11  Google further objects to this Topic on the grounds that the term "desirability to users of any

12  Accused Feature Alterations" is vague and ambiguous.  Google further objects on the grounds that

13  this Topic seeks information that is neither relevant to any claims or defenses in this action nor

14  reasonably calculated to lead to the discovery of admissible evidence.  Google further objects on

15  the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative.

16  Google further objects on the grounds that this Topic seeks information protected from disclosure

17  by the attorney-client privilege, the attorney work product doctrine, or any other applicable

18  privilege or immunity, including but not limited to the common interest or joint defense privileges.

19  Google further objects on the grounds that this Topic is overly broad, unduly burdensome,

20  oppressive, and duplicative.  Google further objects on the grounds that this Topic seeks

21  information already in Apple's possession or available to Apple from other sources that are more

22  convenient, less burdensome or less expensive, including information available to Apple from

23  Samsung or public sources.

24  **TOPIC FOR PRODUCTION NO. 16:**

25     All Documents and Communications relating to any business or commercial need,
26  incentive, reason, or motive to develop any Accused Feature Alterations.

27

28

**Highly Confidential – Attorney's Eyes Only**

1 | **RESPONSE TO TOPIC FOR PRODUCTION NO. 16:**

2       Google incorporates by reference its General Objections as though fully set forth herein.

3 Google further objects to this Topic on the grounds that the term "business or commercial need,

4 incentive, reason, or motive to develop" is vague and ambiguous. Google further objects on the

5 grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative. Google

6 further objects on the grounds that this Topic seeks information protected from disclosure by the

7 attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or

8 immunity, including but not limited to the common interest or joint defense privileges. Google

9 further objects on the grounds that this Topic calls for legal conclusions.

10 | **TOPIC FOR PRODUCTION NO. 17:**

11       All Documents and Communications relating to any communications between you and

12 Samsung relating to the Accused Feature Alterations.

**RESPONSE TO TOPIC FOR PRODUCTION NO. 17:**

13       Google incorporates by reference its General Objections as though fully set forth herein.

14 Google further objects on the grounds that this Topic seeks information that is neither relevant to

15 any claims or defenses in this action nor reasonably calculated to lead to the discovery of

16 admissible evidence. Google further objects on the grounds that this Topic is overly broad, unduly

17 burdensome, oppressive, and duplicative. Google further objects on the grounds that this Topic

18 seeks information protected from disclosure by the attorney-client privilege, the attorney work

19 product doctrine, or any other applicable privilege or immunity, including but not limited to the

20 common interest or joint defense privileges. Google further objects on the grounds that this Topic

21 seeks information already in Apple's possession or available to Apple from other sources that are

22 more convenient, less burdensome or less expensive, including information available to Apple

23 from Samsung or public sources.

24 | **TOPIC FOR PRODUCTION NO. 18:**

25       All Documents and Communications relating to the creation, development, maintenance,

26 and support of the Unified Search Alteration.

27

28

**Highly Confidential – Attorney's Eyes Only**

1  **RESPONSE TO TOPIC FOR PRODUCTION NO. 18:**

2       Google incorporates by reference its General Objections as though fully set forth herein.

3  Google further objects to this Topic on the grounds that the term "creation, development,

4  maintenance, and support" is vague and ambiguous.  Google further objects on the grounds that

5  this Topic seeks information that is neither relevant to any claims or defenses in this action nor

6  reasonably calculated to lead to the discovery of admissible evidence.  Google further objects on

7  the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative.

8  Google further objects on the grounds that this Topic seeks information protected from disclosure

9  by the attorney-client privilege, the attorney work product doctrine, or any other applicable

10  privilege or immunity, including but not limited to the common interest or joint defense privileges.

11  Google further objects on the grounds that this Topic seeks information already in Apple's

12  possession or available to Apple from other sources that are more convenient, less burdensome or

13  less expensive, including information available to Apple from Samsung or public sources.

14  **TOPIC FOR PRODUCTION NO. 19:**

15       All Documents and Communications relating to public opinion, mobile device
manufacturer opinion, or customer feedback regarding the Unified Searched Alteration.
16
**RESPONSE TO TOPIC FOR PRODUCTION NO. 19:**
17
         Google incorporates by reference its General Objections as though fully set forth herein.
18
Google further objects to this Topic on the grounds that the term "public opinion, mobile device
19
manufacturer opinion, or customer feedback" is vague and ambiguous.  Google further objects on
20
the grounds that this Topic seeks information that is neither relevant to any claims or defenses in
21
this action nor reasonably calculated to lead to the discovery of admissible evidence.  Google
22
further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and
23
duplicative.  Google further objects on the grounds that this Topic is overly broad, unduly
24
burdensome, oppressive, and duplicative.  Google further objects on the grounds that this Topic
25
seeks information protected from disclosure by the attorney-client privilege, the attorney work
26
product doctrine, or any other applicable privilege or immunity, including but not limited to the
27
common interest or joint defense privileges.  Google further objects on the grounds that this Topic
28

**Highly Confidential – Attorney's Eyes Only**

1  seeks information not within Google's possession, custody or control.  Google further objects on

2  the grounds that this Topic seeks information already in Apple's possession or available to Apple

3  from other sources that are more convenient, less burdensome or less expensive, including

4  information available to Apple from Samsung or public sources.  Google further objects on the

5  grounds that this Topic calls for legal conclusions.

6  **TOPIC FOR PRODUCTION NO. 20:**

7      All Documents and Communications relating to the amount of time or money spent
   developing, testing, or implementing the Unified Search Alteration.
8
   **RESPONSE TO TOPIC FOR PRODUCTION NO. 20:**
9
       Google incorporates by reference its General Objections as though fully set forth herein.
10
   Google further objects to this Topic on the grounds that the term "developing, testing, or
11
   implementing the Unified Search Alteration" is vague and ambiguous.  Google further objects on
12
   the grounds that this Topic seeks information that is neither relevant to any claims or defenses in
13
   this action nor reasonably calculated to lead to the discovery of admissible evidence.  Google
14
   further objects on the grounds that this Topic seeks information protected from disclosure by the
15
   attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or
16
   immunity, including but not limited to the common interest or joint defense privileges.  Google
17
   further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and
18
   duplicative.  Google further objects on the grounds that this Topic calls for legal conclusions.
19
   **TOPIC FOR PRODUCTION NO. 21:**
20
       All Documents and Communications relating to the desirability to users of the Unified
21  Search Alteration.

22  **RESPONSE TO TOPIC FOR PRODUCTION NO. 21:**

23      Google incorporates by reference its General Objections as though fully set forth herein.

24  Google further objects to this Topic on the grounds that the term "desirability to users of the

25  United Search Alteration" is vague and ambiguous.  Google further objects on the grounds that

26  this Topic seeks information that is neither relevant to any claims or defenses in this action nor

27  reasonably calculated to lead to the discovery of admissible evidence.  Google further objects on

28  the grounds that this Topic seeks information protected from disclosure by the attorney-client

**Highly Confidential – Attorney's Eyes Only**

1   privilege, the attorney work product doctrine, or any other applicable privilege or immunity,

2   including but not limited to the common interest or joint defense privileges.  Google further

3   objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and

4   duplicative.  Google further objects on the grounds that this Topic seeks information already in

5   Apple's possession or available to Apple from other sources that are more convenient, less

6   burdensome or less expensive, including information available to Apple from Samsung or public

7   sources.

8   **TOPIC FOR PRODUCTION NO. 22:**

9       All Documents and Communications relating to any business or commercial need,
    incentive, reason, or motive to develop the Unified Search Alteration.
10
    **RESPONSE TO TOPIC FOR PRODUCTION NO. 22:**
11
12      Google incorporates by reference its General Objections as though fully set forth herein.

13   Google further objects to this Topic on the grounds that the term "business or commercial need,

    incentive, reason, or motive to develop" is vague and ambiguous.  Google further objects on the
14
    grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative.  Google
15
16   further objects on the grounds that this Topic seeks information protected from disclosure by the

17   attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or

18   immunity, including but not limited to the common interest or joint defense privileges.  Google

    further objects on the grounds that this Topic calls for legal conclusions.
19
    **TOPIC FOR PRODUCTION NO. 23:**
20
21      All Documents and Communications relating to any communications between you and
    Samsung relating to the Unified Search Alteration.
22
    **RESPONSE TO TOPIC FOR PRODUCTION NO. 23:**
23
24      Google incorporates by reference its General Objections as though fully set forth herein.

25   Google further objects on the grounds that this Topic seeks information that is neither relevant to

    any claims or defenses in this action nor reasonably calculated to lead to the discovery of
26   admissible evidence.  Google further objects on the grounds that this Topic is overly broad, unduly

27   burdensome, oppressive, and duplicative.  Google further objects on the grounds that this Topic

28   seeks information protected from disclosure by the attorney-client privilege, the attorney work

**Highly Confidential – Attorney's Eyes Only**

1  product doctrine, or any other applicable privilege or immunity, including but not limited to the

2  common interest or joint defense privileges.  Google further objects on the grounds that this Topic

3  seeks information already in Apple's possession or available to Apple from other sources that are

4  more convenient, less burdensome or less expensive, including information available to Apple

5  from Samsung or public sources.

6  **TOPIC FOR PRODUCTION NO. 24:**

7        All Documents and Communications relating to any exercise or notification of a potential
   exercise of rights under Section 17 of the Mobile Services Distribution Agreement between
8  Google Ireland Limited and Samsung Electronics Co., Ltd., dated January 1, 2011, or Section 11
   of the Mobile Services Distribution Agreement (Android) between Google Inc. and Samsung
9  Electronics Co., Ltd., effective January 1, 2011.

10  **RESPONSE TO TOPIC FOR PRODUCTION NO. 24:**

11        Google incorporates by reference its General Objections as though fully set forth herein.

12  Google further objects on the grounds that this Topic seeks information that is neither relevant to

13  any claims or defenses in this action nor reasonably calculated to lead to the discovery of

14  admissible evidence.  Google further objects on the grounds that this Topic seeks information

15  protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or

16  any other applicable privilege or immunity, including but not limited to the common interest or

17  joint defense privileges.  Google further objects on the grounds that this Topic seeks information

18  already in Apple's possession or available to Apple from other sources that are more convenient,

19  less burdensome or less expensive, including information available to Apple from Samsung or

20  public sources.

21  **TOPIC FOR PRODUCTION NO. 25:**

22        All Communications between you and any third party relating to any actual, considered, or
   potential suspension of, or modification to, any feature or functionality in Android relating to
23  possible or actual infringement of third party patent rights.

24  **RESPONSE TO TOPIC FOR PRODUCTION NO. 25:**

25        Google incorporates by reference its General Objections as though fully set forth herein.

26  Google further objects on the grounds that this Topic seeks information that is neither relevant to

27  any claims or defenses in this action nor reasonably calculated to lead to the discovery of

28  admissible evidence.  Google further objects on the grounds that this Topic is overly broad, unduly

**Highly Confidential – Attorney's Eyes Only**

burdensome, oppressive, and duplicative.  Google further objects on the grounds that this Topic seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, including but not limited to the common interest or joint defense privileges.  Google further objects on the grounds that this Topic calls for legal conclusions.

**TOPIC FOR PRODUCTION NO. 26:**

All patent licenses between you and any third party relating to Android.

**RESPONSE TO TOPIC FOR PRODUCTION NO. 26:**

Google incorporates by reference its General Objections as though fully set forth herein. Google further objects on the grounds that this Topic seeks information that is neither relevant to any claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.  Google further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative.  Google further objects on the grounds that this Topic seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, including but not limited to the common interest or joint defense privileges.

**TOPIC FOR PRODUCTION NO. 27:**

All Documents and Communications relating to any patent license between you and any third party relating to Android.

**RESPONSE TO TOPIC FOR PRODUCTION NO. 27:**

Google incorporates by reference its General Objections as though fully set forth herein. Google further objects on the grounds that this Topic seeks information that is neither relevant to any claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.  Google further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative.  Google further objects on the grounds that this Topic seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, including but not limited to the common interest or joint defense privileges.

**Highly Confidential – Attorney's Eyes Only**

**TOPIC FOR PRODUCTION NO. 28:**

Documents sufficient to show any royalties paid by or to you for patent licenses relating to Android.

**RESPONSE TO TOPIC FOR PRODUCTION NO. 28:**

Google incorporates by reference its General Objections as though fully set forth herein. Google further objects on the grounds that this Topic seeks information that is neither relevant to any claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Google further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative. Google further objects on the grounds that this Topic seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, including but not limited to the common interest or joint defense privileges. Google further objects on the grounds that this Topic calls for legal conclusions.

**TOPIC FOR PRODUCTION NO. 29:**

All Documents and Communications relating to any agreement with or request by Samsung to indemnify it for defense costs and/or liability related to this litigation.

**RESPONSE TO TOPIC FOR PRODUCTION NO. 29:**

Google incorporates by reference its General Objections as though fully set forth herein. Google further objects on the grounds that this Topic seeks information that is neither relevant to any claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Google further objects on the grounds that this Topic seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, including but not limited to the common interest or joint defense privileges. Google further objects on the grounds that this Topic calls for legal conclusions. Google further objects on the grounds that this Topic seeks information already in Apple's possession or available to Apple from other sources that are more convenient, less burdensome or less expensive, including information available to Apple from Samsung or public sources.

**Highly Confidential – Attorney's Eyes Only**

**TOPIC FOR PRODUCTION NO. 30:**

All common interest agreements between Google and Samsung.

**RESPONSE TO TOPIC FOR PRODUCTION NO. 30:**

Google incorporates by reference its General Objections as though fully set forth herein. Google further objects on the grounds that this Topic seeks information that is neither relevant to any claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Google further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative. Google further objects on the grounds that this Topic seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, including but not limited to the common interest or joint defense privileges. Google further objects on the grounds that this Topic calls for legal conclusions. Google further objects on the grounds that this Topic seeks information already in Apple's possession or available to Apple from other sources that are more convenient, less burdensome or less expensive, including information available to Apple from Samsung or public sources.

**TOPIC FOR PRODUCTION NO. 31:**

All Communications between Google and Samsung relating to any Apple patent occuring prior to August 18, 2010.

**RESPONSE TO TOPIC FOR PRODUCTION NO. 31:**

Google incorporates by reference its General Objections as though fully set forth herein. Google further objects on the grounds that this Topic is overly broad, unduly burdensome, oppressive, and duplicative. Google further objects on the grounds that this Topic seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, including but not limited to the common interest or joint defense privileges. Google further objects on the grounds that this Topic calls for legal conclusions. Google further objects on the grounds that this Topic seeks information already in Apple's possession or available to Apple from other sources that are more convenient, less

Highly Confidential – Attorney's Eyes Only

1  burdensome or less expensive, including information available to Apple from Samsung or public

2  sources.

3  **TOPIC FOR PRODUCTION NO. 32:**

4       All Communications between Google and Samsung relating to any of the Patents-in-Suit
occurring prior to February 8, 2012.

5
   **RESPONSE TO TOPIC FOR PRODUCTION NO. 32:**

6       Google incorporates by reference its General Objections as though fully set forth herein.

7  Google further objects on the grounds that this Topic is overly broad, unduly burdensome,

8  oppressive, and duplicative.  Google further objects on the grounds that this Topic seeks

9  information protected from disclosure by the attorney-client privilege, the attorney work product

10  doctrine, or any other applicable privilege or immunity, including but not limited to the common

11  interest or joint defense privileges.  Google further objects on the grounds that this Topic calls for

12  legal conclusions.  Google further objects on the grounds that this Topic seeks information already

13  in Apple's possession or available to Apple from other sources that are more convenient, less

14  burdensome or less expensive, including information available to Apple from Samsung or public

15  sources.

16

17  DATED:  June 18, 2013                QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

18

19

20                                       /s Matthew S. Warren
                                         _____
21                                       Amy H. Candido
                                         Matthew S. Warren
22                                       Quinn Emanuel Urquhart & Sullivan, LLP
                                         50 California Street, 22nd Floor
                                         San Francisco, California 94111
23                                       (415) 875-6600
                                         (415) 875-6700 facsimile
24
                                         *Counsel for Google Inc.*
25

26

27

28

<u>**PROOF OF SERVICE**</u>

I am employed in the City and County of San Francisco, State of California.  I am over the age of eighteen years and not a party to this action.  My business address is 50 California Street, 22nd Floor, San Francisco, California, 94111-4788.  On June 18, 2013, I served true copies of the following document described as:

**RESPONSES AND OBJECTIONS OF NON-PARTY GOOGLE INC. TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES  IN A CIVIL ACTION SERVED BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.**

on the following parties in this action:

<u>**Counsel for Apple Inc.:**</u>

Josh A. Krevitt
H. Mark Lyon
Gibson, Dull & Crutcher LLP
1881 Page Mill Road
Palo Alto, California 94304
Apple/Samsung@gibsondunn.com

<u>**Counsel for Samsung Electronics Co., Ltd.:**</u>

Charles K. Verhoeven
Kevin A. Smith
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
(415) 875-6600
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com

Kevin P.B. Johnson
Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com

William C. Price
Patrick M. Shields
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
(213) 443-3000
williamprice@quinnemanuel.com
patrickshields@quinnemanuel.com

Highly Confidential – Attorney's Eyes Only

1

John Caracappa (pro hac vice)
2  Steptoe & Johnson, LLP
  1330 Connecticut Avenue NW
3  Washington, D.C.  20036
  (202) 429-6267
4  jcaracappa@steptoe.com

5  **BY MAIL:**  I am "readily familiar" with the practices of Quinn Emanuel Urquhart &

6  Sullivan, LLP for collecting and processing correspondence for mailing with the United States

7  Postal Service.  Under that practice, it would be deposited with the United States Postal Service

8  that same day in the ordinary course of business.  At my direction, the foregoing was enclosed in

9  sealed envelopes addressed as above, and such envelopes were placed for collection and mailing

10  with postage thereon fully prepaid at San Francisco, California, on that same day following

11  ordinary business practices.

12  **BY ELECTRONIC MAIL TRANSMISSION:**  By electronic mail transmission from

13  lindsaycooper@quinnemanuel.com on June 18, 2013, by transmitting a PDF format copy of the

14  document to each such person at the email address listed below their address.  The document was

15  transmitted by electronic transmission and such transmission was reported as complete and

16  without error.

17      I am employed in the office and under the supervision of a member of the bar of this Court

18  at whose direction service was made.

19      Executed on June 18, 2013, at San Francisco, California.

20

21      */s Lindsay M. Cooper*
                 _____
22      Lindsay M. Cooper

23

24

25

26

27

28