# Exhibit 6
# Filed Publicly Pursuant To Court Order [Dkt. No. 1415]



# UMTS Enhanced Uplink HSUPA Tutorial



UTRAN System Engineering

## MAC-e/es in UE



MAC-e/es Functions

Priority handling

- Per logical channel

Multiplexing

- MAC-d flow concept
- Mux of data from multiple MAC-d flows into single MAC-e PDU
    - MAC-es PDU
    - Contains only data from one logical channel/ MAC-d PDU length

Scheduling

- Maintain scheduling grant
- E-TFC selection
- HARQ handling

Cf. 25.309

All Rights Reserved © Alcatel-Lucent 2007

Alcatel·Lucent

AT&T Confidential                                    ATT000016

# References

## Standards

- TR 25.896: "Feasibility Study for Enhanced Uplink for UTRA FDD"

- TR 25.808: "FDD Enhanced Uplink; Physical Layer Aspects"

- TR 25.309: "FDD Enhanced Uplink: Overall Description (Stage 2)"

- TR 25.902: "Iub/Iur Congestion Control"

- TR 25.931: "UTRAN Functions, Examples on Signalling Procedures"