# Exhibit 10
# Filed Publicly Pursuant To Court Order [Dkt. No. 1415]

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>     Defendants. | Civil Action No. 12-CV-00630-LHK (PSG)<br><br>**APPLE INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>     Counterclaim-Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>     Counterclaim-Defendant. | |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES (NOS. 2, 3, 7, 10, 21, AND 24)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby provides its supplemental responses to Interrogatory Nos. 2, 3, 7, 10, 21, and 24 served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung") on September 25, 2012.  These responses are based on information reasonably available to Apple at the present time.  Apple reserves the right to continue discovery and investigation into this matter and reserves the right to amend and supplement these responses when and if additional information becomes available.  Apple's objections as set forth herein are made without prejudice to Apple's right to assert any additional or supplemental objections pursuant to Rule 26(e).

**GENERAL OBJECTIONS**

The General Objections set forth in Apple Inc.'s Objections and Responses to Samsung's First Set of Interrogatories, served on November 8, 2012, are incorporated herein by reference.

**OBJECTIONS AND RESPONSES TO INTERROGATORIES**

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung's First Set of Interrogatories as follows:

**INTERROGATORY NO. 2:**

Separately for each claim of the APPLE PATENTS that APPLE contends SAMSUNG has infringed or is infringing, describe in detail all facts relevant to the conception of that claimed invention, including without limitation: the date of conception, the name of each person who contributed to the conception, the specific contribution made by

-1-

1   each such person to the claimed invention, how these persons arrived at their claimed

2   invention, and the identity of all documents (by Bates numbers) relating to such conception.

3   **RESPONSE TO INTERROGATORY NO. 2:**

4          Apple objects to this Interrogatory as overly broad, unduly burdensome, vague,

5   ambiguous, and as not reasonably calculated to lead to the discovery of admissible evidence,

6   including but not limited to its use of the phrase "how these persons arrived at their claimed

7   invention."  Apple still further objects to this Interrogatory on the grounds and to the extent it

8   is compound and comprises discrete subparts resulting in separate interrogatories, seeks a

9   legal conclusion, and seeks expert opinion.

10         Subject to the foregoing General and Specific Objections, Apple responds as follows:

11         U.S. Patent No. 5,666,502

12         Apple is informed and believes that the inventions recited in claims 1-2, 4-5, 8, 11,

13  13-17, 20, 22-24 and 26 of the '502 patent were conceived of by Stephen Capps no later than

14  August 7, 1995.  Furthermore, in accordance with Federal Rule of Civil Procedure 33(d),

15  Apple has produced and/or will produce documents responsive to this Interrogatory, and the

16  burden of ascertaining the answer to this Interrogatory from the produced documents is

17  substantially the same for Apple as for Samsung.  Apple refers to such documents including

18  those identified by bates number in Apple's Local Patent Rules Disclosures served on June

19  15, 2012.

20         U.S. Patent No. 5,946,647

21         Apple is informed and believes that the inventions recited in claims 1-2, 4, 6 and 8-9

22  of the '647 patent were conceived of by James R. Miller, Thomas Bonura, Bonnie Nardi, and

23  David Wright no later than September 25, 1994.  Furthermore, in accordance with Federal

24  Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents

25  responsive to this Interrogatory, and the burden of ascertaining the answer to this

26  Interrogatory from the produced documents is substantially the same for Apple as for

27                                              -2-

28

Samsung.  Apple refers to such documents including those identified by bates number in Apple's Local Patent Rules Disclosures served on June 15, 2012.

U.S. Patent No. 6,847,959

Apple is informed and believes that the inventions recited in claims 1-5, 9-12, 14-17, 19-20, 22-25, 27-30 and 32-33 of the '959 patent were conceived of by Yan Arrouye and Keith Mortensen no later than January 5, 2000.  Furthermore, in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and the burden of ascertaining the answer to this Interrogatory from the produced documents is substantially the same for Apple as for Samsung.  Apple refers to such documents including those identified by bates number in Apple's Local Patent Rules Disclosures served on June 15, 2012.

U.S. Patent No. 7,761,414

Apple is informed and believes that the inventions recited in claims 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28 and 30-32 of the '414 patent were conceived of by Gordon J. Freedman no later than January 7, 2007.  Furthermore, in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and the burden of ascertaining the answer to this Interrogatory from the produced documents is substantially the same for Apple as for Samsung.  Apple refers to such documents including those identified by bates number in Apple's Local Patent Rules Disclosures served on June 15, 2012.

U.S. Patent No. 8,014,760

Apple is informed and believes that the inventions recited in claims 1-5 and 7-22 of the '760 patent were conceived of by Scott Forstall, Greg Christie, Scott Herz, Imran Chaudhri, Michael Matas, Marcel Van Os, and Stephen O. Lemay no later than September 6, 2006.  Furthermore, in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and the burden of

-3-

1   ascertaining the answer to this Interrogatory from the produced documents is substantially

2   the same for Apple as for Samsung.  Apple refers to such documents including those

3   identified by bates number in Apple's Local Patent Rules Disclosures served on June 15,

4   2012.

5       U.S. Patent No. 8,046,721

6       Apple is informed and believes that the inventions recited in claims 1-15 of the '721

7   patent were conceived of by Imran Chaudhri, Bas Ording, Freddy Allen Anzures, Marcel

8   Van Os, Stephen O. Lemay, Scott Forstall, and Greg Christie no later than January 19, 2005.

9   Furthermore, in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced

10  and/or will produce documents responsive to this Interrogatory, and the burden of

11  ascertaining the answer to this Interrogatory from the produced documents is substantially

12  the same for Apple as for Samsung.  Apple refers to such documents including those

13  identified by bates number in Apple's Local Patent Rules Disclosures served on June 15,

14  2012.

15      U.S. Patent No. 8,074,172

16      Apple is informed and believes that the inventions recited in claims 2-6, 9-12, 17-21,

17  23-25, 27-37 of the '172 patent were conceived of by Kenneth Kocienda and Bas Ording no

18  later than January 5, 2007.  Furthermore, in accordance with Federal Rule of Civil Procedure

19  33(d), Apple has produced and/or will produce documents responsive to this Interrogatory,

20  and the burden of ascertaining the answer to this Interrogatory from the produced documents

21  is substantially the same for Apple as for Samsung.  Apple refers to such documents

22  including those identified by bates number in Apple's Local Patent Rules Disclosures served

23  on June 15, 2012.

24      U.S. Patent No. 8,086,604

25      Apple is informed and believes that the inventions recited in claims 1, 6, 11 and 16-

26  21 of the '604 patent were conceived of by Yan Arrouye and Keith Mortensen no later than

27

28

-4-

1    January 5, 2000.  Furthermore, in accordance with Federal Rule of Civil Procedure 33(d),

2    Apple has produced and/or will produce documents responsive to this Interrogatory, and the

3    burden of ascertaining the answer to this Interrogatory from the produced documents is

4    substantially the same for Apple as for Samsung.  Apple refers to such documents including

5    those identified by bates number in Apple's Local Patent Rules Disclosures served on June

6    15, 2012.

7         Discovery is still in its early stages and Apple is continuing to investigate.  Apple

8    reserves the right to supplement and/or amend its response as appropriate.

9    **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

10        Subject to and incorporating its General Objections and its Specific Objections from

11    Apple Inc.'s Objections and Responses to Samsung's First Set of Interrogatories with regard

12    to Samsung's Interrogatory No. 2, Apple provides the following supplemental response:

13       U.S. Patent No. 5,666,502

14        Apple is informed and believes that the inventions recited in claims 1-2, 4-5, 8, 11,

15    13-17, 20, 22-24 and 26 of the '502 patent were conceived of by Stephen Capps no later than

16    December 21, 1994.  Furthermore, in accordance with Federal Rule of Civil Procedure 33(d),

17    Apple has produced and/or will produce documents responsive to this Interrogatory, and the

18    burden of ascertaining the answer to this Interrogatory from the produced documents is

19    substantially the same for Apple as for Samsung.  Apple refers to such documents including

20    those identified by bates number in Apple's Local Patent Rules Disclosures served on June

21    15, 2012; the December 7, 2012 deposition of Stephen Capps; APLNDC630-0000199426;

22    APLNDC630-0000199430; APLNDC630-0000199431; APLNDC630-0000199437-44;

23    APLNDC630-0000199445; APLNDC630-0000199446-51; APLNDC630-0000199452;

24    APLNDC630-0000199453; APLNDC630-0000199459-63; APLNDC630-0000199464;

25

26

27          -5-

28

1    APLNDC630-0000199465-7; APLNDC630-0000199468; APLNDC630-0000199470[1];

2    CAPPS00002508-9; CAPPS00002513; CAPPS00002514; CAPPS00002520-7;

3    CAPPS00002528-9; CAPPS00002530-5; CAPPS00002536-8; CAPPS00002539;

4    CAPPS00002545-9; CAPPS00002550-7; CAPPS00002558-60; CAPPS00002561-2;

5    CAPPS00002564;APLNDC630-0000280437-1826; APLNDC630-0000279495-80436;

6    APLNDC630-0000241265-2202; APLNDC630-0000202282-342; APLNDC630-

7    0000199535-52; APLNDC630-0000434889-5299; APLNDC630-0000435300-6237;

8    APLNDC630-0000436238-7124; APLNDC630-0000439040-109; APLNDC630-

9    0000439110-276; APLNDC630-0000439277-583; APLNDC630-0000439584-994;

10   APLNDC630-0000439995-40881; source code at /Volumes/Source/Samsung630/333-

11   Newton2.0ROMSources/Box9398-000166L/Newt MP120US-2.0 ROM Src/Source +

12   Objects/Products/Newt/Soup/ made available to Samsung on or about June 2012.

13          U.S. Patent No. 5,946,647

14          Apple is informed and believes that the inventions recited in claims 1-2, 4, 6 and 8-9

15   of the '647 patent were conceived of by James R. Miller, Thomas Bonura, Bonnie Nardi, and

16   David Wright no later than September 25, 1994.  Furthermore, in accordance with Federal

17   Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents

18   responsive to this Interrogatory, and the burden of ascertaining the answer to this

19   Interrogatory from the produced documents is substantially the same for Apple as for

20   Samsung.  Apple refers to such documents including those identified by bates number in

21   Apple's Local Patent Rules Disclosures served on June 15, 2012.  Additional information

22   relevant to this interrogatory may be found in the transcripts of the April 6, 2012 and

23   November 13, 2012 depositions of David Wright, the December 11, 2012 deposition of

24   Thomas Bonura, and the January 17, 2013 deposition of Bonnie Nardi.

25

26   [1] The following documents with bates numbers bearing CAPPS prefixes are duplicates of the preceding documents.  These documents were re-produced and re-numbered with bates numbers bearing the CAPPS

27   prefix.

-6-

28

<u>U.S. Patent No. 6,847,959</u>

Apple is informed and believes that the inventions recited in claims 1-5, 9-12, 14-17, 19-20, 22-25, 27-30 and 32-33 of the '959 patent were conceived of by Yan Arrouye and Keith Mortensen no later than January 5, 2000.  Furthermore, in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and the burden of ascertaining the answer to this Interrogatory from the produced documents is substantially the same for Apple as for Samsung.  Apple refers to such documents including those identified by bates number in Apple's Local Patent Rules Disclosures served on June 15, 2012.

<u>U.S. Patent No. 7,761,414</u>

Apple is informed and believes that the inventions recited in claims 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28 and 30-32 of the '414 patent were conceived of by Gordon J. Freedman no later than February 24, 2006.  Furthermore, in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and the burden of ascertaining the answer to this Interrogatory from the produced documents is substantially the same for Apple as for Samsung.  Apple refers to such documents including those identified by bates number in Apple's Local Patent Rules Disclosures served on June 15, 2012; the January 16 & 17, 2013 Deposition of Gordon Freedman; APLNDC630-0000163542-43; APLNDC630-0000163544-47; APLNDC630-0000163548-50; APLNDC630-0000163551-52; APLNDC630-0000163553; APLNDC630-0000163585; APLNDC630-0000163586-89; APLNDC630-0000163592-93; APLNDC630-0000163595-97; APLNDC630-0000163602-03; APLNDC630-0000163604-05; APLNDC630-0000163606; APLNDC630-0000163607-08; APLNDC630-0000163611-12; APLNDC630-0000163613-16; APLNDC630-0000163621-25; APLNDC630-0000163626-37; APLNDC630-0000163638-40; APLNDC630-0000163641-42; APLNDC630-

-7-

1  0000163643; APLNDC630-0000191107-08; APLNDC630-0000191110; APLNDC630-

2  0000191115-16; APLNDC630-0000191182.

3      U.S. Patent No. 8,014,760

4         Apple is informed and believes that the inventions recited in claims 1-5 and 7-22 of

5  the '760 patent were conceived of by Scott Forstall, Greg Christie, Scott Herz, Imran

6  Chaudhri, Michael Matas, Marcel Van Os, and Stephen O. Lemay no later than March 3,

7  2005.  Furthermore, in accordance with Federal Rule of Civil Procedure 33(d), Apple has

8  produced and/or will produce documents responsive to this Interrogatory, and the burden of

9  ascertaining the answer to this Interrogatory from the produced documents is substantially

10  the same for Apple as for Samsung.  Apple refers to such documents including those

11  identified by bates number in Apple's Local Patent Rules Disclosures served on June 15,

12  2012; the January 24, 2013 deposition of Michael Matas; the March 14, 2013 deposition of

13  Scott Herz; the March 29, 2013 deposition of Scott Forstall; APL-ITC796-0000199274;

14  APLNDC630-0000015446; APLNDC630-0000350619; APLNDC630-000250015-18;

15  APLNDC0000018883-908; APLNDC630-0000164515; APLNDC630-0000165889;

16  APLNDC630-0000167290; Director files that have been made available to Samsung for

17  inspection including at least Speed Dial (touch) 5.dir.

18      U.S. Patent No. 8,046,721

19         Apple is informed and believes that the inventions recited in claims 1-15 of the '721

20  patent were conceived of by Imran Chaudhri, Bas Ording, Freddy Allen Anzures, Marcel

21  Van Os, Scott Forstall, and Greg Christie no later than January 19, 2005.  Furthermore, in

22  accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will

23  produce documents responsive to this Interrogatory, and the burden of ascertaining the

24  answer to this Interrogatory from the produced documents is substantially the same for Apple

25  as for Samsung.  Apple refers to such documents including those identified by bates number

26  in Apple's Local Patent Rules Disclosures served on June 15, 2012; the April 20, 2012

-8-

1   deposition of Greg Christie; the March 29, 2013 deposition of Scott Forstall; the April 4,

2   2013 deposition of Bas Ording; APLNDC630-0000021220-21; APLNDC630-0000021238;

3   APLNDC630-0000030061; APLNDC630-0000021248; APLNDC630-0000021251;

4   APLNDC630-0000021252; APLNDC630-0000021255; APLNDC630-0000015446;

5   APLNDC630-0000015450; APLNDC630-0000121850; APL7940012640132l; Director files

6   that have been made available to Samsung for inspection including at least slider 03.dir.

7        U.S. Patent No. 8,074,172

8        Apple is informed and believes that the inventions recited in claims 2-6, 9-12, 17-21,

9   23-25, 27-37 of the '172 patent were conceived of by Kenneth Kocienda and Bas Ording no

10  later than April 14, 2006.  Furthermore, in accordance with Federal Rule of Civil Procedure

11  33(d), Apple has produced and/or will produce documents responsive to this Interrogatory,

12  and the burden of ascertaining the answer to this Interrogatory from the produced documents

13  is substantially the same for Apple as for Samsung.  Apple refers to such documents

14  including those identified by bates number in Apple's Local Patent Rules Disclosures served

15  on June 15, 2012; the April 4, 2013 deposition of Bas Ording; the April 13, 2012 deposition

16  of Kenneth Kocienda; APLNDC630-0000149267; APLNDC630-0000024778-80;

17  APLNDC630-0000024781-83; APLNDC0001334519-20; APLNDC630-0000024784-86;

18  Director files that have been made available to Samsung for inspection including at least

19  word correct 01.dir.

20       U.S. Patent No. 8,086,604

21       Apple is informed and believes that the inventions recited in claims 1, 6, 11 and 16-

22  21 of the '604 patent were conceived of by Yan Arrouye and Keith Mortensen no later than

23  January 5, 2000.  Furthermore, in accordance with Federal Rule of Civil Procedure 33(d),

24  Apple has produced and/or will produce documents responsive to this Interrogatory, and the

25  burden of ascertaining the answer to this Interrogatory from the produced documents is

26  substantially the same for Apple as for Samsung.  Apple refers to such documents including

27

28                                    -9-

1

2

Dated:  April 10, 2013                              By:   /s/ H. Mark Lyon

3

4       JOSH A. KREVITT (CA SBN 208552)
        jkrevitt@gibsondunn.com
5       H. MARK LYON (CA SBN 162061)
        mlyon@gibsondunn.com
6       GIBSON, DUNN & CRUTCHER LLP
        1881 Page Mill Road
7       Palo Alto, California 94304-1211
        Telephone: (650) 849-5300
8       Facsimile: (650) 849-5333

9       HAROLD J. MCELHINNY (CA SBN 66781)
        hmcelhinny@mofo.com
10      MICHAEL A. JACOBS (CA SBN 111664)
        mjacobs@mofo.com
11      RICHARD S.J. HUNG (CA SBN 197425)
        rhung@mofo.com
12      MORRISON & FOERSTER LLP
        425 Market Street
13      San Francisco, California  94105-2482
        Telephone:  (415) 268-7000
14      Facsimile:  (415) 268-7522

15      MARK D. SELWYN (SBN 244180)
        (mark.selwyn@wilmerhale.com)
16      WILMER CUTLER PICKERING
         HALE AND DORR LLP
17      950 Page Mill Road
        Palo Alto, California 94304
18      Telephone:  (650) 858-6000
        Facsimile:  (650) 858-6100

19

20      WILLIAM F. LEE (admitted pro hac vice)
        (william.lee@wilmerhale.com)
21      WILMER CUTLER PICKERING
         HALE AND DORR LLP
22      60 State Street
        Boston, Massachusetts 02109
23      Telephone:  (617) 526-6000
        Facsimile:  (617) 526-5000

24

25      **Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.**

26

27
                                      -35-
28