# Exhibit 19-1
# Filed Publicly Pursuant To Court Order [Dkt. No. 1415]

**EXHIBIT E-1**
**INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 8,014,760**

U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") was filed February 5, 2004 and issued June 12, 2007.  Hawkins claims priority to provisional applications 60/479,392, 60/460,287 and 60/455,178 filed June 17, 2003, April 2, 2003 and March 16, 2003, respectively.

Hawkins renders obvious the asserted claims of U.S. Patent No. 8,014,760 (the "'760 patent") under 35 U.S.C. § 103, alone and/or in combination with one or more of the following references:

- U.S. Patent No. 7,221,748 to Moore *et al.* ("Moore"), filed Nov. 12, 2002, issued May 22, 2007

- U.S. Patent No. 7,251,479 to Holder *et al.* ("Holder"), filed March 13, 2006, issued July 31, 2007

- U.S. Patent No. 7,280,652 to Bocking *et al.* ("Bocking"), filed Sept. 13, 2004, issued Oct. 9, 2007

- U.S. Patent No. 7,289,614 to Twerdahl *et al.* ("Twerdahl"), filed Sept. 29, 2000, issued Oct. 30, 2007

- U.S. Patent No. 7,685,530 to Sherrard *et al.* ("Sherrard"), filed Apr. 10, 2006, issued Mar. 23, 2010

- U.S. Patent No. 7,778,399 to Ambrose ("Ambrose"), filed Sept. 29, 2000, issued Oct. 30, 2007

- U.S. Patent App. Pub. No. 2006/0135197 to Jin *et al.* ("Jin"), filed Nov. 6, 2005, published June 22, 2006

- U.S. Patent App. Pub. No. 2004/0235520 to Cadiz *et al.* ("Cadiz"), filed May 20, 2003, issued Nov. 25, 2004

- U.S. Patent App. Pub. No. 2005/0074109 to Hanson *et al.* ("Hanson"), filed Sep. 24, 2004, published Apr. 7, 2005

- U.S. Patent App. Pub. No. 2006/0281449 to Kun *et al.* ("Kun"), filed June 14, 2005, published Dec. 14, 2006

- U.S. Patent App. Pub. No. 2007/0133771 to Stifelman *et al.* ("Stifelman"), filed Dec. 12, 2005, published June 14, 2007

- U.S. Patent App. Pub. No. 2008/0295017 to Tseng *et al.* ("Tseng"), filed Sept. 5, 2006, published Nov. 27, 2008

- European Patent App. No. EP 1 069 791 A1 to Richard ("Richard"), filed July 13, 1999, published Jan. 17, 2001

- Windows Mobile 5.0 ("WM5") by Microsoft, available at least by May 10, 2005[1]

---

[1]  Microsoft Releases Windows Mobile 5.0, https://www.microsoft.com/en-us/news/press/2005/may05/05-10windowsmobile5pr.aspx (May 10, 2005).  In addition, Treo 700w/wx Specifications, available at

- TealPhone v4.51 ("TealPhone") by TealPoint Software, available at least by Feb. 4, 2006[2]

- Agendus Professional v10.0 ("Agendus 10.0") by Iambic, available at least by Sept. 19, 2005[3]

- Agenda Fusion v7.93 ("Agenda Fusion") by DeveloperOne, available at least by Apr. 3, 2006[4]

- *TAKEphONE User Manual* (June 15, 2006) ("*TAKEphONE*") , available at least by June 15, 2006[5]

- *User's Guide Agendus for Symbian OS UIQ Edition* (2004) ("*Agendus Guide*") by Iambic, published at least by Apr. 1, 2004[6]

---

http://kb.hpwebos.com/wps/portal/kb/common/article/39638_en.html ("*700w Specifications*"), state that the Operating System of the Palm Treo 700w product released on January 2006 was Windows Mobile 5.0 Phone Edition 2005.

[2]  TealPhone is available for download at http://download.cnet.com/TealPhone/3000-18514_4-266494.html.  That website indicates TealPhone was added for download February 4, 2006.  However, the link no longer downloads the correct version.  The correct version of TealPhone is available at http://ftp13.enet.com.cn:88/pub/palm/inimpro/telphon.rar.  Contained within the downloadable RAR archive is a ZIP archive.  The files contained within the downloadable ZIP archive are all dated January 30, 2006 or earlier.  TealPhone is described in TealPhone User's Manual ("*TealPhone Manual*"), also included in the downloadable ZIP archive, which bears a "Last Updated" date of January 24, 2006.  The User's Manual is also available at TEALPOINTNDCA630-00000006-44.  Sales data for TealPhone is available at TEALPOINTNDCA630-00000105-2597, showing sales in the United States of TealPhone version 3 no later than 4/8/99, and TealPhone version 4 no later than 8/23/04.

[3]  Agendus 10.0 is available for download on Iambic's FTP for obsolete products, at http://www.iambic.com/download/palmos/obsolete/AgendusPro10.0/.  The files in that FTP directory are all dated September 19, 2005.  Further, the "About" page of Agendus 10.0, when running the software, identifies the software as build 614, of the same date.

[4]  Agenda Fusion is available for download at http://www.developerone.com/agendafusion/download_archive.htm.  That website indicates that version 7.93 was released April 3, 2006.  Additionally, other websites by Developer One further support this April 3, 2006 date.  For example, Agenda Fusion 7 for Windows Mobile 2002/2003 Pocket PC Update Information, http://www.developerone.com/agendafusion/version7pocketpc20022003.htm, provides a version history for Agenda Fusion.

[5]  TAKEphONE is available for download at http://www.iambic.com/select/download.asp?itemid=122.  That website, and TAKEphONE itself, indicates TAKEphONE was a printed publication by June 15, 2006.  TAKEphONE at 1.  The *TAKEphONE User Manual* is also available for download at http://takephone.soft32.com/.  That document indicates that it was a printed publication by February 21, 2005.  TAKEphONE version 6.50 is available for download at http://takephone.soft32.com/.

- *Model 8690 Inter-Tel Protocol Mode User Guide* (Mar. 2006) ("*Mitel 8690*"), published at least by Mar. 2006[7]

- Andreas Holzinger, *Finger Instead of Mouse: Touch Screens as a Means of Enhancing Universal Access*, 2615 Lecture Notes in Computer Science 387 (2003) ("*Finger Instead of Mouse*"), published 2003

- Motorola A1200 ("A1200"), available at least by Mar. 22, 2006[8]

The Agenda Fusion screenshots contained herein show Agenda Fusion running on a Palm Treo 700w ("Treo 700w"). The Treo 700w was available at least by January 2006.[9] Agenda Fusion was built for devices running the Windows Mobile and Pocket PC operating systems. These screenshots are exemplary only—Agenda Fusion could be used on many Windows Mobile and Pocket PC devices.

The TealPhone screenshots contained herein show TealPhone running on a Palm Treo 650 ("Treo 650") running the Palm operating system ("Palm OS"). The Treo 650 was available at least by December 2004.[10] TealPhone was built for devices running Palm OS. These screenshots are exemplary only—TealPhone could be used on many Palm OS devices.

---

[6] *Agendus Guide* is available for download at http://www.iambic.com/support/download.asp?pid={15FFBFAA-BD68-4849-9D86-2CD643F29FA6} which indicates that it is dated April 1, 2004. The *Agendus Guide* itself bears a copyright date of 2003, and the "About" page indicates the *Agendus Guide* corresponds to build 174 of Agendus, dated March 2, 2004. *Agendus Guide* at i, 4.

[7] *Mitel 8690* was published at least by March 2006. *Mitel 8690* at Back Cover.

[8] *See* Motorola A1200 Unlocked Overview & Specs, http://reviews.cnet.com/smartphones/motorola-a1200-unlocked-red/4505-6452_7-31864389.html (May 15, 2006); My Motorola A1200 Review (A quick look) 56k beware!, http://www.howardforums.com/showthread.php/886391-My-Motorola-A1200-Review-(A-quick-look)-56k-beware! (Apr. 7, 2006); my humble motorola a1200 (ming) review, http://forums.wirelessadvisor.com/motorola/53017-my-humble-motorola-a1200-ming-review.html (Mar. 30, 2006); Motorola A1200 Moto PDA Phone, http://www.phonesreview.co.uk/2006/03/22/motorola-a1200-moto-pda-phone/ (Mar. 22, 2006). The A1200 is described in the MING English User Manual ("MING Manual"), which bears a copyright date of 2006. MING Manual at 4.

[9] *Using Your Palm® Treo™ 700w Smartphone* (2006) ("*Using Your 700w*") describes the operation of the 700w and bears a copyright date of 2005-2006. *Using Your 700w* at ii. Additionally, Treo 700w/wx Specifications, http://kb.hpwebos.com/wps/portal/kb/common/article/39638_en.html ("*700w Specifications*"), indicates that the Treo 700w product was first released January 2006.

[10] *using your Treo™ 650 smartphone* (2006) ("*Using Your 650*") describes the operation of the 650 and bears a copyright date of 2004. *Using Your 650* at ii. Additionally, Palm Support: Resources for other HP & retired devices,

The Agendus 10.0 screenshots contained herein show Agendus 10.0 running on a Treo 650.  Agendus 10.0 was built for devices running Palm OS.  These screenshots are exemplary only—Agendus 10.0 could be used on many Palm OS devices.

The citations to portions of any reference in this chart are exemplary only.  Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that Hawkins invalidates the asserted claims of the '760 patent.

To the extent any limitation is found not to be literally disclosed, such a limitation would be obvious because the '760 patent is merely a collection of prior art elements that fails to meet the statutory requirement of nonobviousness under § 103, and the factors delineated in *KSR Int'l Co. v. Teleflex, Inc*., 550 U.S. 398 (2007), weigh against a finding of nonobviousness.

For example, it would have been obvious to a person of ordinary skill in the art to combine the teaching of Hawkins with the teachings of the references listed above and in Samsung's Patent Local Rule 3-3 And 3-4 Disclosures for the '760 patent served herewith; such references are in the same field of art, and discuss various techniques and improvements that would have been known to yield predictable results when applied to the technology claimed in the '760 patent, and a person of ordinary skill therefore would have been motivated to so combine them in view of the disclosures therein.  Below included in this chart are examples of specific teachings from references that, combined with Hawkins, render the '760 patent invalid under § 103.

Samsung reserves the right to use the entirety of any reference cited in its contentions to show that the asserted claims are anticipated and/or are obvious.  Moreover, to the extent that any of the below claim limitations are found to not be expressly disclosed by the below reference, it is Samsung's contention that any such limitation would be obvious, either based the knowledge of one of ordinary skill in the art or based on any of the art cited in Samsung's invalidity contentions.  It is also Samsung's contention that one of ordinary skill in the art would find such limitation obvious for at least one or more of the following reasons: (1) the combination would unite  old elements with no change in their respective function; (2) the combination would have been a predictable variation of a work in the same or a different field of endeavor; (3) the modification would have used a known technique to improve a similar device in the same way; (4) the modification was a known problem for which there was an obvious solution; (5) the modification would have been "obvious to try"; (6) the modification was known work in one field of endeavor that would have prompted variations

---

http://kb.hpwebos.com/wps/portal/kb/common/article/47831_en.html ("*650 Specifications*"), indicates that the Treo 650 product was released December 2004.  Data Sheet:  Treo 650-GSM (AT&T, Rogers, Unlocked and others) and User Guide for Treo 650, available at http://kb.hpwebos.com/wps/portal/kb/common/article/47831_en.html#650, bear a 2004 copyright date.

of it for use in either the same or different field based on design incentives or other market forces; (7) there was an explicit teaching, suggestion, or motivation in the prior art for the modification.

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| **[1A]**  A method, comprising: at a portable electronic device with a touch screen display: | To the extent this preamble is limiting, Hawkins teaches a method at a portable electronic device with a touch screen display.  For example:<br><br>"Referring now to FIG. 1, there is shown a communication device 100 for implementing one embodiment of the present invention. In the embodiment represented by FIG. 1, device 100 is a personal communication device, PDA, cellular phone, smart phone, or communicator having wireless telephony capabilities and wireless email capabilities. One skilled in the art will recognize that the present invention can be implemented using any type of communication device, including but not limited to conventional telephones, wireless telephones, handheld email devices, handheld computers, desktop computers, laptop computers, and the like. Accordingly, the particular structure and design of device 100 as shown in FIG. 1 is merely one example of a physical device for implementing the techniques of the present invention, and is presented for illustrative purposes and not to imply any limitations on the scope of the present invention."  Hawkins at 5:20-35; *see also* Fig. 1. |

---

[11]   Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '760 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims.  This claim chart takes into account Apple's overly broad construction of the claim limitations.  Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper.  To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims of the '760 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  FIG. 1 "Device 100 includes screen 102, which may be a liquid crystal display (LCD) or other type of display for presenting output to the user, including representations of speed-dial buttons, menus, and the like. Device 100 may also include one or more mechanisms for accepting input from the user. In one embodiment, screen 102 is touch-sensitive, so that the user may interact with device 100 by touching or writing on the surface of screen 102 using a stylus, finger, or other object." Hawkins at 5:36-44. |
| **[1B]** displaying a list of interactive items | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | 112 ¶ 6.  Because the specification discloses no corresponding act , this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins. <br><br> Hawkins teaches displaying a list of interactive items comprising missed telephone calls.  For example: <br><br> Hawkins teaches a redial list for outgoing calls that doubles as a missed call list: <br><br> "In one embodiment, a pop-up redial list is provided. A pop-up menu including a redial list is activated when the user presses the activation switch (center button) 106 of five-way button 104. In alternative embodiments, the pop-up menu may be activated in response to other user action or events."  Hawkins at 11:19-24; *see also* Fig. 6A. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |   FIG. 6A<br><br>"In one embodiment, redial list 603 includes numbers 604 (and/or names) for received calls and/or missed calls as well. These can be displayed separately, or simply sorted along with numbers 604 for outgoing calls in chronological order. Thus, the user can use menu 600 to return a call as well as to redial a previously dialed number."  Hawkins at 12:26-31.<br><br>Hawkins teaches the items in the list are interactive:<br><br>"In one embodiment, pop-up menu 600 is dismissed if the user taps anywhere on screen 102 outside menu 600. Tapping on a name or number 604 within menu 600 causes that telephone number to be dialed. The user can also navigate within menu 600 by using the up and down buttons on five-way button 104, or via other |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | navigational schemes. The activation switch 106 on five-way button 104 causes currently highlighted telephone number 604 to be dialed, and also causes menu 600 to be dismissed."  Hawkins at 11:37-45.<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B.<br><br><br>FIG. 6B |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | To the extent this limitation is not anticipated by Hawkins, it would have been obvious to one of ordinary skill in the art to combine the redial and missed calls list and items in a list with multiple possible interactive actions, taught in Hawkins, to display a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.  Furthermore, displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to display a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.  For example, Twerdahl, Kun, Ambrose, Bocking, Tseng, Hanson, Cadiz, A1200, WM5, *TAKEphONE*, Jin, and/or other similar references listed in these contentions teach a list of interactive missed call items.  For example: <br><br> Twerdahl teaches a missed call list with multiple interactive portions: <br><br> "The list 201 of FIG. 2 has call history list records that have phone numbers 204 and names 202 associated with those phone numbers 204.  The embodiment of FIG. 2 shows a call history list of missed calls.  A missed call is an incoming call that was not answered by the user."  Twerdahl at 5:52-56. <br><br> "Once a call history list is displayed, as in FIG. 3, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA 100 preferably includes selection mechanism that recognizes when part of a list 201 has been selected. In one embodiment, the user may tap on a selected name 304 if the |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | user wants to view details of a selected call."  Twerdahl at 6:18-24; *see also* Fig. 3.<br><br><br><br>Twerdahl, Figure 3.<br><br>"FIG. 5 shows a screen shot of a call history list, which includes at least one list record 203 and a selected phone number 502, in accordance with one embodiment of the present invention. FIG. 5 illustrates another example of how the user may initiate a function of the phone device by interacting with the screen through a stylus. For example, the user may tap on a selected phone number 502 if the user wants to initiate the call device 101 of the phone device."  Twerdahl at 6:59-66; *see also* Fig. 5. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  FIG. 5 |

Twerdahl, Figure 5.

Kun teaches a missed call list with interactive items, with multiple actions available for each item:

"For example, referring to FIG. 4, if the user wishes to view a missed call, the user goes to the missed call page 410 where a list 420 of missed calls will appear in the display."  Kun at ¶ [0031].

"If the user desires to communicate with the person associated with the missed call, the user is limited to responding or calling via the same number that the calling party used to make the initial call."  Kun at ¶ [0031].

"When the user access the right selection function, by for example pressing a right function key or cursor, the extended sub-menu 530 of FIG. 5b can be accessed."

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins")<br>and alternative combination art |
|---|---|
| | Kun at ¶ [0034]; *see also* Figs. 5a-b.<br><br><br><br>Ambrose teaches two distinct interactive portions in a call log: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  |  Fig. 2 |

Ambrose, Figure 2, depicting interactive items comprising missed calls, with two distinct interactive displayed portions per list item.

"Another feature of the real-time call log status system is the ability for the user to place a call directly from the call log. In one embodiment, the user selects a hyperlink (e.g., the "x123" next to "Jill Black" in call log 200) and the system places the call or communication."  Ambrose at 6:48-52.

"In yet another embodiment of a real-time call log status system, a pop-up window

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | of current status information may appear, for example, as a result of the user actively clicking on the entry."  Ambrose at 7:20-23.<br><br>Bocking teaches a list of missed calls, where each item in the list is interactive:<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact. Also, call log 56 preferably lists the call log calls 58 in chronological order, beginning with the most recent call first."  Bocking at 4:49-67; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  FIG.3 <br><br> Tseng teaches a missed call list with interactive items, and multiple interactive actions: <br><br> "The call log view 2400 comprises a content area 2404. The content area 2404 comprises a scrolling list view 2406 of call records 2407. Each call record 2407 may comprise a list of names 2408 or phone numbers, time or date 2410 of a call, and a call type icon 2412 indicating the kind of call it was, e.g., incoming, outgoing, or missed."  Tseng at ¶ [0149]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  |  |

Tseng, Figure 24.

Hanson teaches a call log for keeping a list of missed calls, where each item in the list has a separate first and second interactive portion:

"It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log. Also, the phone numbers displayed on the website can be presented as 'Click-to-Dial' links."  Hanson at ¶ [0088]. |
| | Cadiz teaches a call log for keeping a list of missed calls, where each item in the list has a separate first and second interactive portion: |
| | "The My Call History environment 515 provides a user with access to a history of all call activity within a previous period of time."  Cadiz at ¶ [0155]; *see also* Fig. 18. |
| | "In other words, while viewing the call history in the ET user interface 200, a user need only click on a telephone number to initiate a call to that person."  Cadiz at ¶ [0155]. |
| | "If the user double clicks on an entry in the log 1800, a window is opened detailing the basic information (such as data/time of the call, caller, telephone number) and all the notes."  Cadiz at ¶ [0157]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  FIG. 18 A1200 teaches displaying a list of interactive items comprising missed telephone calls: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | To make and answer calls, see page 25. **recent calls** Your phone keeps lists of incoming and outgoing calls, even for calls that didn't connect. The most recent calls are listed first. The oldest calls are deleted as new calls are added. **Shortcut:** Press the send key to go to the recent calls list. Press the five-way navigation joystick to scroll to a number, then press to call it. To **dial** a number in the recent calls list: 1  Tap in the global navigation bar to open the phone keypad. 2  Tap to open the recent calls menu. 3  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list. 4  Tap an entry to call its number. To **see** details or perform other operations on an entry in the recent calls list: 1  Tap **Calls** in the application launcher screen to open the call history screen. 2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list. 3  Tap an entry to see call details (time, date, duration). 4  Tap **Call** to call its number, or tap to perform the following operations: MING Manual at 46.  WM5 teaches a missed call list wherein each entry has two distinct interactive portions: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting a list of telephone calls, wherein each item in the list includes two distinct interactive displayed portions.<br><br>*Using Your 700w* at 44.<br><br>*TAKEphONE* teaches displaying a missed call list with interactive items: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | The **Call-History** list is kept automatically by the SmartPhone dialer software (and thus this tab is **only active for SmartPhones** !), and holds record of all calls handled by it. TAKEphONE displays this data in the call-history tab: <br><br> *TAKEphONE* at 14. <br><br> You can select what type of calls to display (All/Incoming/Missed/Outgoing/Data) using the drop down list at the top. Every entry is displayed with it's date (if it's a call from today, then the hour is displayed). On every entry's left there is an icon for its type: <br><br> For **incoming** calls. <br><br> For **outgoing** calls. <br><br> For **missed** calls. <br><br> For **data** calls. <br><br> For **conference** calls. <br> *TAKEphONE* at 14. <br><br> Jin teaches a missed call list with multiple interactive portions: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | "The call history recording function provides a user with call connection start time, time spent for communication (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication record as shown in FIG. 1." Jin at [0008].<br><br>"A screen shot illustrating an example of a conventional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)." Jin at [0009].<br><br> |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | Jin, FIG. 1. "Herein, the call history information denotes information is generated according to call status (i.e., whether the call is an outgoing or an incoming call). The call history information is interworked with the phone directory, thereby generating the latest communication records according to an embodiment of the present invention as shown in FIG. 4."  Jin at [0042]. " A screenshot illustrating a procedure of generating the latest communication records enabling selection of a phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which one or more different phone numbers are displayed corresponding to a phone number according to call status."  Jin at [0045]. "In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated."  Jin at [0046].<br><br>"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication infor-mation corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history informa-tion including the name of a party with which a communi-cation was previously established, called phone numbers, and time spent for communication."  Jin at [0053].<br><br> |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | Jin, FIG. 4. |
| | It would have been obvious to combine Hawkins with Twerdahl, Kun, Ambrose, Bocking, Tseng, Hanson, Cadiz, A1200, WM5, *TAKEphONE*, Jin, and/or other similar references listed in these contentions. |
| | More generally, for example, TealPhone, Agendus 10.0, Agenda Fusion, *Agendus Guide* and/or other similar references listed in these contentions teach a list of interactive items with multiple interactive portions.  For example: |
| | TealPhone teaches three distinct interactive portions for each list item in a contacts list: |
| |  |
| | TealPhone, depicting three distinct interactive portions for each list item in the contacts list, indicated in blue—the area containing the name, the number, and an icon. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  |  |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  TealPhone, depicting selecting an interactive portion, indicated in blue. <br><br> Agendus 10.0 teaches a contacts list where each list item has two distinct interactive displayed portions: <br><br> Agendus 10.0, depicting two distinct interactive displayed portions for each of the list items on the contact list. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  |

Agendus 10.0, depicting selecting an interactive portion, indicated in blue.

Agendus 10.0, depicting selecting an interactive portion, indicated in blue.

Agenda Fusion teaches a contacts list where each list item has two distinct interactive displayed portions:

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting two distinct interactive portions, indicated in red. Agenda Fusion, depicting selecting an interactive portion, indicated in red. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting selecting an interactive portion, indicated in red.<br><br>*Agendus Guide* teaches a contacts list where each list item can be interacted with in two ways: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | The contact view is a list view that will show the names of your contacts, selecting one will open it so the details can be viewed or edited. Also a convenient shortcut is available in this view, you can tap and hold on the name with the stylus to get a popup menu for creating a new Meeting, Call, To Do, SMS, MMS, or Email. <br><br> Tap here for contacts that begin with A B or C. Tap again to see the contacts that begin with B. Or tap once more to see contacts that begin with C. <br><br> Tap and hold on a contact name to get this popup menu of actions that can be done with this contact. <br><br> Figure 13. Contact View <br><br> *Agendus Guide* at 16. <br><br> It would have been obvious to combine Hawkins with TealPhone, Agendus 10.0, Agenda Fusion, *Agendus Guide* and/or other similar references listed in these contentions. |
| **[1C]**  immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins. <br><br> Hawkins teaches immediately in response to detecting a finger gesture on the first |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.  For example: <br><br> "In one embodiment, pop-up menu 600 is dismissed if the user taps anywhere on screen 102 outside menu 600. Tapping on a name or number 604 within menu 600 causes that telephone number to be dialed."  Hawkins at 11:37-40. <br><br> Hawkins teaches selection via "tapping", a finger gesture. <br><br> To the extent this limitation is not anticipated by Hawkins, it would have been obvious to one of ordinary skill in the art to combine the redial and missed calls list and tapping on a number to dial it, taught in Hawkins to, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item.  Furthermore, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to immediately, in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item.  For example, Twerdahl, Kun, Ambrose, *Mitel 8690*, Hanson, Cadiz, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions teach initiating a telephone call immediately in response to detecting a finger gesture.  For example: <br><br> Twerdahl teaches initiating a return call upon selection of the first interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | "The call device 101 may be triggered upon tapping a selected phone number 502 in the call history list. FIG. 1, discussed above, shows an example of the screen that is displayed upon tapping a selected phone number 502. The call device 101 is displayed and a phone call is simultaneously initiated to the selected phone number by tapping on selected phone number 502."  Twerdahl at 7:3-9; *see also* Figs. 1, 5.<br><br><br><br>Kun teaches initiating a return call upon selection of an item in a list: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | "If the user desires to communicate with the person associated with the missed call, the user is limited to responding or calling via the same number that the calling party used to make the initial call." Kun at ¶ [0031]. |

Ambrose teaches initiating a return call upon selection of an interactive displayed portion:

"Another feature of the real-time call log status system is the ability for the user to place a call directly from the call log. In one embodiment, the user selects a hyperlink (e.g., the "x123" next to "Jill Black" in call log 200) and the system places the call or communication." Ambrose at 6:48-52.

*Mitel 8690* also teaches returning a call from the call log in a similar manner:

## CALL LOG VIEW

The Call Log view allows you to view a history of your recent calls. For each call, you can view call details such as the call type, date and time of the call, and the name and number of the person that called. If a call in the log was from another UC account or device, the current account/device status is also displayed. You can return a call directly from the call log, and you can add a call log entry to your address book.

The main call log screen displays the date and time of the call, the name and number of the called party and the call result. Additional details are provided when pressing Details .

*Mitel 8690* at 109.

Hanson teaches immediately in response to detecting selection of the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item:

- 35 -

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | "Also, the phone numbers displayed on the website can be presented as 'Click-to-Dial' links."  Hanson at ¶ [0088]. Cadiz teaches immediately in response to detecting selection of the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item: "In other words, while viewing the call history in the ET user interface 200, a user need only click on a telephone number to initiate a call to that person."  Cadiz at ¶ [0155]. A1200 teaches immediately initiating a return call in response to a finger gesture on an item in a missed call list: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | To make and answer calls, see page 25. 3 Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>**recent calls** 4 Tap an entry to call its number.<br><br>Your phone keeps lists of incoming and outgoing calls, even for calls that didn't connect. The most recent calls are listed first. The oldest calls are deleted as new calls are added.<br><br>**Shortcut:** Press the send key to go to the recent calls list. Press the five-way navigation joystick to scroll to a number, then press to call it.<br><br>To **dial** a number in the recent calls list:<br><br>1 Tap in the global navigation bar to open the phone keypad.<br><br>2 Tap to open the recent calls menu.<br>MING Manual at 46.<br><br>WM5 teaches upon selection of the first interactive displayed portion, initiates a return call: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins")<br>and alternative combination art |
|---|---|
| | <br><br>WM5 on a Treo 700w depicting performing a finger gesture on the first interactive displayed portion of a respective user selected item in the list, indicated in red, and immediately initiating a return telephone call.<br><br>*TAKEphONE* teaches returning a call to the caller upon selection of an entry:<br><br>For **incoming** calls.<br><br>For **outgoing** calls.<br><br>For **missed** calls.<br><br>For **data** calls.<br><br>For **conference** calls.<br><br>Select an entry to **call** it.<br><br>*TAKEphONE* at 14. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | TealPhone teaches initiating a call when a name or number is selected:<br><br><br><br>TealPhone, depicting selecting the first interactive displayed portion on a list item from the contacts list, indicated in blue, and immediately initiating a return telephone call upon selection, when the "Quick dial 'data preview' numbers" option has been activated.<br><br>Agenda Fusion teaches initiating a call when a number is selected:<br><br>Agenda Fusion, depicting a finger gesture on the first interactive displayed portion of a list item in the contacts list, indicated in red, and initiating a return telephone |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | call to a telephone number associated with the user selected item. |

*Agendus Guide* teaches initiating a return telephone call when a number is selected:

**Tap to dial**
Tapping on a phone number in the list will cause a popup list to appear with all of the phone numbers for that contact. Selecting one from the list will cause that number to be dialed.

*Agendus Guide* at 16.

Agendus 10.0 teaches initiating a call when a number is selected:



Agendus 10.0, depicting selecting the second distinct interactive portion, indicated in blue, to initiate a telephone call.

Jin teaches initiating a return call upon selection of the first interactive displayed portion:

"Hereinafter, a case in which a user calls a cellular phone number corresponding to the label "Daddy" and then calls Daddy's office phone number will be described by way of example. Herein, it is assumed that two phone numbers including the cellular phone number and the office phone

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | number are stored in a phone directory corresponding to the label Daddy. When a user originates a call to the cellular phone number, a cellular phone icon is prominently displayed as indicated by reference numeral  420A in FIG. 4. However, when phone numbers are stored corresponding to two different phone number types (e.g., a cellular phone number type and an office phone number type) corresponding to the label Daddy, the latest communication record image further displays an office icon informing that there is a phone number having a different type (i.e., an office phone number) in addition to the cellular phone icon.

 Accordingly, a user can originate a call (i.e., make an outgoing call) by selecting one of two phone number icons (i.e., one of icons 420A and 420B) corresponding to the label Daddy displayed on the latest communication record image." Jin at [0047]-[0048].

It would have been obvious to combine Hawkins with Twerdahl, Kun, Ambrose, *Mitel 8690*, Hanson, Cadiz, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions.

It was also well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger gesture.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:

*TAKEphONE* describes using Palm devices without a stylus: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's. *TAKEphONE*, at 2. *Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": 2. Resistive Touch Screens    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field. *Finger Instead of Mouse* at 391. |
| **[1D]** immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins. Hawkins teaches immediately in response to detecting a finger gesture on the respective user selected item in the list, substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including.  For example: "In one embodiment, redial list 603 functionality can be combined with the above- |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | described techniques for providing alternate contact modes. Thus, for each number 604 on redial list 603, device 100 can do a reverse look-up to determine whether any alternate contact modes exist for the contact associated with that number 604. For example, if an email address, alternate telephone number, or the like, is available, device 100 can display those alternate contact modes. Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:32-46; *see also* Fig. 6B.<br><br><br><br>Hawkins teaches that user selection can happen via touch, and therefore finger |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | gesture, as well as via a five-way button:<br><br>"Device 100 may also include one or more mechanisms for accepting input from the user. In one embodiment, screen 102 is touch-sensitive, so that the user may interact with device 100 by touching or writing on the surface of screen 102 using a stylus, finger, or other object."  Hawkins at 5:39-44.<br><br>To the extent Hawkins does not anticipate this limitation, it would have been obvious to one of ordinary skill in the art to combine a pop-up list with a plurality of contact objects, displaying the pop-up due to a finger gesture, and other pop-up windows which completely substitute for what was previously displayed, taught in Hawkins to, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitute display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects. Furthermore, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitute display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  For example, Twerdahl, Moore, Ambrose, Kun, Bocking, Hanson, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions teach completely substituting display of |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | contact information, the displayed contact information including a plurality of contact objects.  For example:<br><br>Twerdahl teaches completely substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion:<br><br>"Once a call history list is displayed, as in FIG. 3, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA 100 preferably includes selection mechanism that recognizes when part of a list 201 has been selected. In one embodiment, the user may tap on a selected name 304 if the user wants to view details of a selected call."  Twerdahl at 6:18-24; *see also* Fig. 3.<br><br><br><br>"FIG. 4 shows a screen shot of call details 401 of a selected name 304 from a call |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | history list, in accordance with one embodiment of the present invention. This screen appears when the user taps on a list record 203 where the name has been highlighted. The call details 401 for a selected list record 203 preferably includes the following: a phone number 204 identifying an outside calling device to which the present phone device was, at one time, connected; a name 202 associated with the phone number 204; a date stamp 406 for the date of connection to a mobile phone network; a timestamp 408 for the time of day the call was received or initiated; and a duration 410 that the phone device was connect to a mobile phone network." Twerdahl at 6:31-43; *see also* Fig. 4. <br><br>  <br><br> "The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof." Twerdahl at 6:50-58. <br><br> Ambrose teaches completely substituting display of a list of interactive items with display of contact information for a respective caller corresponding to a user selected item, the displayed contact information including a plurality of contact objects: <br><br> "In yet another embodiment of a real-time call log status system, a pop-up window of current status information may appear, for example, as a result of the user actively clicking on the entry.  FIG. 4 illustrates an exemplary pop-up window 400 of detailed current status information pertaining to the second entry, "Tom Neil x309" of call log 200." Ambrose at 7:20-25. <br><br> "Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers." Ambrose at 7:33-36. <br><br> Figure 4 depicts the display of contact information for a particular user selected item: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | <br><br>Ambrose, Figure 4.<br><br>Kun teaches substituting a pop-up menu with a plurality of contact objects: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | "When the user access the right selection function, by for example pressing a right function key or cursor, the extended sub-menu 530 of FIG. 5b can be accessed." Kun at ¶ [0034]; *see also* Figs. 5a-b.  Kun, Figs. 5a-b.<br><br>Bocking teaches a pop-up list with a plurality of contact objects and completely substituting a call details screen:<br><br>"As will be described in greater detail below, a user of handheld electronic device 4 may select a particular call 58 from call log 56 and cause a call history associated with the selected call 58 to be displayed on display 12. In particular, the displayed call history will list all calls, incoming and outgoing, stored in memory 44 that are associated with the phone number associated with the selected call 58. The calls in the call history are preferably listed in chronological order beginning with the most recent call (which, as will be appreciated, will be the selected call 58 from call log 56)."  Bocking at 4:67 – 5:9; *see also* Fig. 7. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  *FIG. 7*<br><br>"As seen on FIG. 7, in addition to the listing of calls, the call history may include, without limitation, the name and phone number associated with the chosen call 58, the nature (i.e., place, received or missed) and duration of the last call, and the number of calls included in the history."  Bocking at 6:21-26; *see also* Fig. 7.<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5.<br><br><br><br>FIG.5<br><br>Hanson teaches completely substituting display of interactive items in a missed call list with display of contact information from an address book immediately in response to detecting selection of a second interactive displayed portion:<br><br>"It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log."  Hanson at ¶ [0088]. <br><br> Moore teaches an interactive call log, and in response to selecting an entry in that list, completely substituting an address book page with a plurality of contact objects: <br><br> "In one embodiment, retrieval of a call log is facilitated by a call log manager program that runs on the computer that the customer uses to retrieve the call log. The call log manager can access the first database, read, and display the contents of the call log on the customer's computer screen."  Moore at 4:10-14; *see also* Fig. 3. <br><br> "Preferably, each entry is provided as a hyperlink, and the entries are selected by pointing to the desired entry using a computer pointing device such as a mouse and "clicking" on that entry."  Moore at 4:28-30. <br><br> "Each displayed address book contains a plurality of contact addresses for the selected entry to which it is associated. Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof."  Moore at 5:16-27; *see also* Fig. 4. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  Fig. 3    Fig. 4  A1200 teaches completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  For example: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | To **see** details or perform other operations on an entry in the recent calls list: 1 Tap 📞 **Calls** in the application launcher screen to open the call history screen. 2 Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list. 3 Tap an entry to see call details (time, date, duration). 4 Tap **Call** to call its number, or tap ☰ to perform the following operations: MING Manual at 46.<br><br>**options**<br>**Store** Create an address book entry with the number stored in the number type field you specify.<br>**Send SMS** Open a new text message with the number in the **To** field.<br>**Send MMS** Open a new multimedia message with the number in the **To** field.<br>**Delete** Delete the entry.<br><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | WM5 teaches substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion:<br><br><br><br>WM5 on a Treo 700w depicting performing a finger gesture on the second interactive displayed portion of the user selected item, indicated in red, and substituting display of interactive items with display of contact information including a plurality of contact objects.<br><br>WM5 also teaches another contact details screen from the contact list that completely substitutes the display on the device, apart from the address bar, with display of contact objects: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  Treo 700w, substituting display of interactive items with display of contact information including a plurality of contact objects. *TAKEphONE* teaches completely substituting display of a missed calls list for display of call details, immediately in response to detecting a finger gesture: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | The **Call-History** list is kept automatically by the SmartPhone dialer software (and thus this tab is **only active for SmartPhones** !), and holds record of all calls handled by it. TAKEphONE displays this data in the call-history tab: <br><br>  <br><br> *TAKEphONE* at 14. <br><br> Tap the "**Details...**" button to show all entry details: <br><br> *TAKEphONE* at 14-15. <br><br> TealPhone teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |   TealPhone, depicting selecting the first interactive displayed portion on a list item from the contacts list, indicated in blue, and substituting display of the contacts list for display of contact information, when the "List double-tap" option is set to "Dial". Agenda Fusion teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting a finger gesture on the second interactive displayed portion of the list item, and substituting display of interactive items with display of contact information including a plurality of contact objects. *Agendus Guide* teaches substituting display of contact objects immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  *Agendus Guide* at 16. Agendus 10.0 teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  Agendus 10.0, depicting selecting the first distinct interactive portion, indicated in blue, to bring up the contact details screen.<br><br>Jin teaches completely substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion:<br><br>"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication. Herein, according to another embodiment of the present invention, one of icons shown in FIG 5A may be selected in such a manner that |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | another phone number of the party with which a communication was previously established can be originated." Jin at [0053].<br><br>" For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establishing communication using a phone number corresponding to the selected icon." Jin at [0054].<br><br>LATEST COMMUNICATION RECORD [003/300]<br>DADDY<br>02-123-4567<br>11/11 [THUR] 0:03:15<br>COMMUNICATION WITH COMMUNICATION KEY<br>010-123-7896<br><br>LATEST COMMUNICATION RECORD [003/300]<br>DADDY<br>02-123-4567<br>11/11 [THUR] 0:03:15<br>COMMUNICATION WITH COMMUNICATION KEY<br>02-123-4567 |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | Jin FIG. 5A                                       Jin FIG. 5B |
| | It would have been obvious to combine Hawkins with Twerdahl, Ambrose, Kun, Bocking, Hanson, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions. |
| | It was also well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger gesture.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example: |
| | *TAKEphONE* describes using Palm devices without a stylus: |
| | • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities **– finding** contacts and/or **creating/editing** them **–** in a faster and more convenient way **–** without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's. |
| | *TAKEphONE*, at 2. |
| | *Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | 2. Resistive Touch Screens<br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| **[1E]** a first contact object comprising a telephone number object having the return telephone number, and | Hawkins teaches a first contact object comprising a telephone number object having the return telephone number.  For example:<br><br>"In one embodiment, redial list 603 functionality can be combined with the above-described techniques for providing alternate contact modes. Thus, for each number 604 on redial list 603, device 100 can do a reverse look-up to determine whether any alternate contact modes exist for the contact associated with that number 604. For example, if an email address, alternate telephone number, or the like, is available, device 100 can display those alternate contact modes. Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:32-46; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  FIG. 6B |

Hawkins teaches a redial list for outgoing calls that doubles as a missed call list:

"In one embodiment, redial list 603 includes numbers 604 (and/or names) for received calls and/or missed calls as well. These can be displayed separately, or simply sorted along with numbers 604 for outgoing calls in chronological order. Thus, the user can use menu 600 to return a call as well as to redial a previously dialed number." Hawkins at 12:26-31.

Sub-menu 301A contains a telephone number object having the return telephone number.

In the alternative, it would have been obvious to one of ordinary skill in the art to

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | combine a list for displaying missed calls, contact objects relating to a missed call, and telephone number contact objects, taught in Hawkins, to have a first contact object comprising a telephone number object having the return telephone number. Furthermore, having a first contact object comprising a telephone number object having the return telephone number would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a first contact object comprising a telephone number object having the return telephone number.  For example, Twerdahl, Moore, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions teach a contact object comprising a return telephone number.  For example: <br><br>Twerdahl teaches a telephone number object having a return telephone number: <br><br>"FIG. 4 shows a screen shot of call details 401 of a selected name 304 from a call history list, in accordance with one embodiment of the present invention. This screen appears when the user taps on a list record 203 where the name has been highlighted. The call details 401 for a selected list record 203 preferably includes the following: a phone number 204 identifying an outside calling device to which the present phone device was, at one time, connected; a name 202 associated with the phone number 204; a date stamp 406 for the date of connection to a mobile phone network; a timestamp 408 for the time of day the call was received or initiated; and a duration 410 that the phone device was connect to a mobile phone network." Twerdahl at 6:31-43; *see also* Fig. 4. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  |  *FIG. 4*<br><br>Moore teaches a telephone number object having a return telephone number:<br><br>"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>Kun teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | "The extended sub-menu 530 displayed additional information and contact data that is stored in memory.  In the screen shot at 53.0, two numbers are displayed '65303880' and '62227723'."  Kun at ¶ [0034]; *see also* Figs. 5a-b.  Kun at Figs. 5a and 5b.<br><br>Ambrose teaches a telephone number object having a return telephone number:<br><br>"Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | Fig. 4<br><br>Ambrose, Figure 4.<br><br>*Mitel 8690* also teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | **To return a call:** <br> 1. Press **Call Log** on the endpoint display. <br> 2. Double-press the icon next to the entry. <br> 3. Select from any of the following options: <br> • Press one of the numbers in the list to initiate a call to that number. <br> • Press **Find Me** to place a call to the account's primary device, allowing the account's call routing rules to route the call to the appropriate location. This option is only available if the contact is linked to an account, and the account has at least one device associated with it. <br> • If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press **Voicemail** to call the voice mail of the given person/device. Press **Leave Message** to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device. <br><br> *Mitel 8690* at 111. <br><br> Holder teaches a telephone number object having a return telephone number: <br><br> Holder discloses display of contact information, including the return telephone number (314B). |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | 

Holder, Figure 7.

Bocking teaches a telephone number object having a return telephone number:

"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5.<br><br><br><br>FIG.5<br><br>Moore teaches a telephone number object having a return telephone number:<br><br>"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>A1200 teaches a first contact object comprising a telephone number object having the return telephone number:<br><br>To **see** details or perform other operations on an entry in the recent calls list:<br><br>1   Tap 📞 **Calls** in the application launcher screen to open the call history screen.<br><br>2   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3   Tap an entry to see call details (time, date, duration).<br><br>4   Tap **Call** to call its number, or tap ☰ to perform the following operations:<br>MING Manual at 46. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | ## call or send message<br><br>1   Tap ⬛ in the global navigation bar to open the address book.<br><br>2   Tap a contact name to see its details.<br><br>3   In the details list:<br><br>   •   Tap the phone number following the mobile phone indicator ⬛ to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>MING Manual at 54.<br><br>WM5 teaches displaying a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting a first contact object for the return telephone number – the "Call" option, indicated in red.<br><br>WM5 also teaches a contact details screen from the contact list that displays a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting a first contact object comprising a telephone number – the "Call mobile" option, indicated in red.<br><br>*TAKEphONE* teaches a 'Details' screen with a telephone number object having a return telephone number:<br><br>*TAKEphONE* at 14-15. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | The "Call" button, for example, is a telephone number object having a return telephone number.<br><br>TealPhone teaches a contacts information screen that includes a telephone number object having a return telephone number:<br><br><br><br>TealPhone, depicting a first contact object comprising a telephone number.<br><br>Agenda Fusion teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting a first contact object comprising a telephone number, indicated in red.<br><br>*Agendus Guide* teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  |

Figure 13. Contact View

*Agendus Guide* at 16.

Agendus 10.0 teaches a telephone number object having a return telephone number:

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | **Contact**        Unfiled<br><br>**Example User**<br>............................................................<br>📇 Work:    5557891234<br>📇 Mobile:  5551234567<br>📇 E-mail:   user@example.com<br>............................................................<br>Web site:   www.example.com<br><br><br>[Done] [Edit] 📇<br><br>Agendus 10.0, depicting a first contact object comprising a telephone number, indicated in red.<br><br>Jin teaches a telephone number object having a return telephone number:<br><br>" For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establishing communication using a phone number corresponding to the selected icon."  Jin at [0054]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |   Jin FIG. 5A                   Jin FIG. 5B <br><br> It would have been obvious to combine Hawkins with Twerdahl, Moore, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin,  and/or other similar references listed in these contentions. |
| **[1F]**  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | Hawkins teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example: <br><br> "In one embodiment, redial list 603 functionality can be combined with the above-described techniques for providing alternate contact modes. Thus, for each number 604 on redial list 603, device 100 can do a reverse look-up to determine whether any alternate contact modes exist for the contact associated with that number 604. For example, if an email address, alternate telephone number, or the like, is available, device 100 can display those alternate contact modes. Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:32-46; *see also* Fig. 6B.<br><br><br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine a missed call list, contact objects relating to the missed call, and an email contact object, taught in Hawkins, to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller. Furthermore, having a second contact object associated with a non-telephonic communication modality for contacting the respective caller would have been a simple design choice representing a predictable variation within the skill of a person |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example, Twerdahl, Moore, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example: <br><br> Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller: <br><br> "The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58. <br><br> Kun teaches a contact object associated with an email address: <br><br> "For example, moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address 'ross@hot...' is shown."  Kun at ¶ [0035]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | <br><br>Kun, Figure 5c.<br><br>Ambrose teaches contact objects associated with non-telephonic communication modalities:<br><br>"Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36.<br><br>*Mitel 8690* also teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller:<br><br>"If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device."  *Mitel 8690* at 111. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | Holder teaches display of contact information, including an email address (314C) and an instant messaging pager address (314D): <br><br>  <br><br> Holder, Figure 7. <br><br> Bocking teaches a pop-up menu of user options with a second contact object for SMS: <br><br> "User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5.<br><br><br>FIG.5<br><br>Moore teaches additional contact objects for non-telephonic communication: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | "Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log." Moore at 5:18-30.<br><br>A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller:<br><br>To **see** details or perform other operations on an entry in the recent calls list:<br><br>1  Tap 📞 **Calls** in the application launcher screen to open the call history screen.<br><br>2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3  Tap an entry to see call details (time, date, duration).<br><br>4  Tap **Call** to call its number, or tap ☰ to perform the following operations:<br>MING Manual at 46. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | ## call or send message<br><br>1  Tap [icon] in the global navigation bar to open the address book.<br><br>2  Tap a contact name to see its details.<br><br>3  In the details list:<br><br>• Tap the phone number following the mobile phone indicator [icon] to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>• Tap the message indicator [icon] to the **right** of a phone number to send an SMS or MMS message to the number.<br><br>• Tap the email address following the email indicator [icon] to send an email message to the address. Alternatively, tap the message indicator [icon] to the **right** of the email address to send an MMS message to the address.<br><br>MING Manual at 54-55.<br><br>WM5 teaches displaying contact objects associated at least with text messaging: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting a second contact object associated with a text message – the "Send Text Message" option, indicated in red.<br><br>WM5 also teaches a contact details screen from the contact list which displays contact objects associated with a text message and email: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting a contact object associated with text messaging – the "Send Text Message" option, and a contact object associated with email – the "Send e-mail" option, indicated in red.<br><br>*TAKEphONE* teaches an "SMS" button, a second contact object associated with a non-telephonic communication modality: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | *TAKEphONE* at 14-15.<br><br>*TAKEphONE* also teaches a "find" button, which brings up details on the contact.<br><br>Tap the "**Find…**" button to try and locate a contact matching the selected entry in the address-book, and open it in the "**Details**" form.<br><br>*TAKEphONE* at 15.<br><br>The "Details" form has additional contact options:<br><br>Once you've <u>found</u> a contact and selected it, it will be displayed in the "**Details**" form:<br><br><br><br>*TAKEphONE* at 9.<br><br>Tapping the  ("**SMS**") button will open a dialog displaying all the record's **phone & email** fields, so you can select a target for a new **SMS** message to be composed and sent using the **SMS application** selected at "Options/Preferences" ➔ "Applications" tab.<br><br>*TAKEphONE* at 9.<br><br>TealPhone teaches a contact object corresponding to a non-telephonic |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | communication modality:<br><br><br><br>TealPhone, depicting an SMS button, an Email address, and "Email" button, and a web address and "Goto" button, three examples of second contact objects associated with a non-telephonic communication modality.<br><br>Agenda Fusion teaches contact objects associated with email and SMS:<br><br>Agenda Fusion, depicting a contact object associated with email, and a contact |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | object associated with SMS, indicated in red. *Agendus Guide* teaches contact objects for Email, SMS, and MMS:  *Agendus Guide* at 16. Agendus 10.0 teaches contact objects associated with email and with a web address: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  |  Agendus 10.0, depicting a second contact object associated with a non-telephonic communication modality, in these two examples, an email address and a web address, indicated in red.<br><br>It would have been obvious to combine Hawkins with Twerdahl, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| **[1G]** immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. For example: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | "The user can use five-way button 104 to navigate within menu 301A in order to highlight an alternate contact mode 302, and can then press activation switch 106 to activate that contact mode 302." Hawkins at 12:50-54.<br><br>Hawkins teaches that user selection can happen via touch, as well as via a five-way button:<br><br>"Device 100 may also include one or more mechanisms for accepting input from the user. In one embodiment, screen 102 is touch-sensitive, so that the user may interact with device 100 by touching or writing on the surface of screen 102 using a stylus, finger, or other object." Hawkins at 5:39-44.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine alternate non-telephonic contact modes, selecting contact modes, and activating a selected contact mode, taught in Hawkins, to, immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. Furthermore, immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art. It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller. For example, Moore, Kun, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach detecting user selection of a second contact object and initiating communication via a non-telephonic modality. For example: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | Kun teaches initiating a communication with a respective caller via a non-telephonic communication modality corresponding to an email contact object: <br><br> "The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. For example, moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which presents the user with one or more options for communicating with the other party." Kun at ¶ [0035]. <br><br> *Mitel 8690* teaches initiating a communication with a respective caller via a non-telephonic communication modality corresponding to a second contact object: <br><br> "If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 111. <br><br> Holder teaches selecting any of the two telephone numbers (314 A and B), email address (314C) or instant messaging pager address (314D): |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | <br><br>Holder, Figure 7.<br><br>Bocking teaches a pop-up menu of user options with a second contact object for "creating and sending a short message service (SMS)":<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins")<br>and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5. |



FIG.5

"Once the pager address 314D is highlighted a "Select" function 316 provided on the third screen display 314 can be selected and activated. As shown in FIG. 8, a pager message 318 can be entered on the screen of the wireless device 302 using a keypad 320 of the wireless device 302. Once the pager message 318 is entered, a "Send" function can be activated on the wireless device 302 to transmit the entered pager message 318 to the missed caller as a recipient of the pager message 318."  Holder

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | at 9:30-39.<br><br>Moore teaches immediately initiating non-telephonic communication upon selection of a contact object:<br><br>"As is shown in FIG. 4, the call log manager then displays an address book display 32 on the screen 27. The address book display is arranged as an alphabetical page in an address book and contains all of the stored contact information and addresses for the party associated with the selected entry. The customer selects the PDA contact address using the cursor and pointing device. As is shown in FIG. 5, the call log manager launches an E-mail program and provides the customer with an E-mail window 34 addressed to the party associated with the address book. The customer then types in a message as desired and sends the E-mail using conventional methods."  Moore at 6:6-17.<br><br>A1200 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1   Tap ⬛ **Calls** in the application launcher screen to open the call history screen.<br><br>2   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3   Tap an entry to see call details (time, date, duration).<br><br>4   Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br>**options**<br><br>| **Store** | Create an address book entry with the number stored in the number type field you specify. |<br>| **Send SMS** | Open a new text message with the number in the **To** field. |<br>| **Send MMS** | Open a new multimedia message with the number in the **To** field. |<br>| **Delete** | Delete the entry. |<br><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | WM5 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object:<br><br><br><br>WM5 on a Treo 700w depicting selection of the second contact object, and initiating communication with the caller via text message.<br><br>WM5 also teaches the contact details screen from the contact list initiates a communication via a non-telephonic communication modality corresponding to a second contact object in response to detecting user selection of the second contact object: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and  initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.<br><br>*TAKEphONE* teaches initiating non-telephonic communications from the 'Details' screen:<br><br>Tap the "**Details…**" button to show all entry details: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  |

*TAKEphONE* at 14-15.

Tap the "**SMS**" button to start an SMS message to the contact.

*TAKEphONE* at 15.

TealPhone immediately initiates a non-telephonic communication in response to selection of a second contact object:

TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user.

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | <br><br>TealPhone, depicting selecting an email address, a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user by selecting the "Email" button.<br><br>TealPhone, depicting selecting a web address, a second contact object associated with a non-telephonic communication modality, and opening a web page at the web address previously selected by pressing the "Goto" button.<br><br>Agenda Fusion teaches selecting E-mail or SMS contact objects on a contact details |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | screen:<br><br><br><br>Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication.<br><br>*Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email" or "New SMS": |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  Figure 13. Contact View<br><br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches selecting email or web address objects on a contact details screen: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  |

Agendus 10.0, depicting immediately initiating an email communication by selecting the email address, indicated in red.

Agendus 10.0, depicting immediately initiating a web page in a browser by selecting the web address, indicated in red.

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | It would have been obvious to combine Hawkins with Kun, *Mitel 8690*, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| | |
| **[2]**  The method of claim 1, wherein the second contact object is an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. | Hawkins teaches the second contact object is an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user.  For example:<br><br>"In one embodiment, redial list 603 functionality can be combined with the above-described techniques for providing alternate contact modes. Thus, for each number 604 on redial list 603, device 100 can do a reverse look-up to determine whether any alternate contact modes exist for the contact associated with that number 604. For example, if an email address, alternate telephone number, or the like, is available, device 100 can display those alternate contact modes. Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:32-46; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al*. ("Hawkins") and alternative combination art |
|---|---|
| |  |

FIG. 6B

Item 302D, "E-mail", is an email contact object.  Hawkins teaches the user can select this option:

"The user can use five-way button 104 to navigate within menu 301A in order to highlight an alternate contact mode 302, and can then press activation switch 106 to activate that contact mode 302."  Hawkins at 12:50-54.

In the alternative, it would have been obvious to one of ordinary skill in the art to combine email contact objects, selecting contact objects from a presented list which includes email contact objects, and activating a contact mode that is selected, taught in Hawkins, to have the second contact object be an email contact object, and wherein initiating the communication via the non-telephonic communication

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user.  Having the second contact object be an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as email, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user.  For example, Twerdahl, Moore, Kun, *Mitel 8690*, Holder, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as email, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user.  For example:<br><br>Twerdahl teaches a second contact object where the non-telephonic communication modality is email:<br><br>"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | Kun teaches an email address contact object, and selecting that email address: "The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. For example, moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which presents the user with one or more options for communicating with the other party." Kun at ¶ [0035]. *Mitel 8690* teaches initiating a communication via a non-telephonic communication modality corresponding to a second contact object and preparing an email message with the selected email address: • **Advanced Mailbox:** If E-Mail Reader is enabled for your mailbox, you have access to voice mail, e-mail, and fax messages in your mailbox. You can also customize your personal mailbox options, and access advanced messaging features. See page 121 for information and instructions about using E-Mail Reader features. For a voice mail flowchart for advanced mailbox users, see page 133. *Mitel 8690* at 15. **NOTE:** If you have the Enterprise® Messaging (EM) voice mail system, you also have access to advanced communication and messaging features such as E-Mail Reader and Automatic Speech Recognition (ARS). For more information about EM, see page 17 *Mitel 8690* at 15. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | **Recording and Sending Voice Mail Messages**<br><br>You can record and send voice mail messages by accessing the record option on the main menu.<br><br>**NOTE:** If E-Mail Reader is enabled for your mailbox, a reply to an e-mail message (see page 127) is a recorded voice message that is attached to the e-mail as a `.wav` file.<br><br>*Mitel 8690* at 60.<br><br>Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as email:<br><br>"Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In various aspects of the present methods and systems, the user (such as a subscriber of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device." Holder at 3:19-30.<br><br>"The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device." Holder at 9:44-52.<br><br>Moore teaches an additional contact object for email: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | "Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>WM5 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user:<br><br><br><br>WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and  initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>*TAKEphONE* teaches email addresses, and preparing an email ready for text input: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | Once you've found a contact and selected it, it will be displayed in the "**Details**" form:  The "**Details**" form displays all of the record's fields in 5 groups, in the order shown above, starting from its **phone** fields with the default phone number highlighted. *TAKEphONE* at 9. Tapping a field containing an **email address** (or pressing the **OK button/Jog-Dial** when it's highlighted) will start a new **email** to that address, using the **email application** selected at "Options/Preferences" ➔ "Applications" tab. *TAKEphONE* at 9. TealPhone teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  |

TealPhone, depicting selecting "Email," a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user.

Agenda Fusion teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user:

Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | *Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email":<br><br><br><br>Figure 13. Contact View<br><br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  Agendus 10.0, depicting initiating an email communication by selecting the email address, indicated in red.<br><br>It would have been obvious to combine Hawkins with Twerdahl, Kun, *Mitel 8690*, Holder, Moore, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| **[3]**  The method of claim 1, wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. | Hawkins teaches the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user.  For example:<br><br>"In one embodiment, redial list 603 functionality can be combined with the above-described techniques for providing alternate contact modes. Thus, for each number 604 on redial list 603, device 100 can do a reverse look-up to determine whether any alternate contact modes exist for the contact associated with that number 604. For example, if an email address, alternate telephone number, or the like, is available, |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | device 100 can display those alternate contact modes. Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:32-46; *see also* Fig. 6B.<br><br><br><br>Item 302D, "Page", is an instant messaging object.  Hawkins teaches the user can select this option:<br><br>"The user can use five-way button 104 to navigate within menu 301A in order to highlight an alternate contact mode 302, and can then press activation switch 106 to |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | activate that contact mode 302." Hawkins at 12:50-54.<br><br>Hawkins teaches SMS messaging is an alternate contact mode:<br><br>"SMS addresses. Launches a text messaging application in a Compose New Message view, with an address associated with button 701 inserted automatically into the To: field." Hawkins at 15:12-15.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine contact objects for non-telephonic contact modes, page messaging objects in a list, selecting a contact object in a list, activating a selected contact mode, and launching an SMS application and preparing a message with the selected address in the To: field, taught in Hawkins, to have the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. Furthermore, having the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art. It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as instant message, and preparing an instant message to the number associated with the second contact object, ready for text input by the user. For example, Moore, Hawkins, Kun, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as instant message, and preparing an instant message to the |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | number associated with the second contact object, ready for text input by the user. For example: <br><br> Kun teaches sending an SMS or multimedia message, as well as contact objects for non-telephonic communications modalities: <br><br> "In alternate embodiments, the menu 550 can include any suitable types of communication modes."  Kun at ¶ 0037. <br><br>  <br><br> Kun, Figs. 5c-d. <br><br> *Mitel 8690* teaches the second contact object is a station messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing a station message to the number associated with the second contact object, ready for input by the user: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | "If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 118.<br><br>Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as instant messages:<br><br>"Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In various aspects of the present methods and systems, the user (such as a subscriber of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device." Holder at 3:19-30.<br><br>"The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device." Holder at 9:44-52.<br><br>Bocking teaches a pop-up menu of user options with a second contact object "creating and sending a short message service (SMS)":<br><br>"User options 65 include a number of different functions of handheld electronic |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  FIG.5 Moore teaches an additional contact object for instant messaging: "Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log." Moore at 5:18-30. A1200 teaches wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user:<br><br><br><br>MING Manual at 47.<br><br>WM5 teaches initiating an instant message communication upon selection of the "Send Text Message" contact object: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting selection of the second contact object, and initiating communication with the caller via text message.<br><br>WM5 also teaches a contact details screen from the contact list which prepares an instant message to the number associated with the second contact object, ready for text input by the user after selection of a second contact object:<br><br>WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.<br><br>*TAKEphONE* teaches sending text messages from the 'Details' screen: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user. Agenda Fusion teaches selecting an SMS contact object on a contact details screen:  Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication. *Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New SMS": |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  Figure 13. Contact View *Agendus Guide* at 16. Agendus 10.0 teaches selecting an instant messaging object on the contact details screen, and preparing an instant message ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | <br><br>Agendus 10.0, depicting initiating an instant message communication by selecting the 'New SMS Message' option, indicated in red, from any of the available telephone numbers.<br><br>It would have been obvious to combine Hawkins with Hawkins, Kun, *Mitel 8690*, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| | |
| **[4]** The method of claim 1, wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls. | Hawkins teaches a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls.  For example:<br><br>"In one embodiment, each number 604 appears only once in redial list 603. If a number 604 was dialed more than once, it only appears once (sorted with other items according to the most recent call to that number). For example, if the fifth number 604 is dialed again, it moves to the first position and is removed from the fifth position."  Hawkins at 12:20-25. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | In the alternative, it would have been obvious to one of ordinary skill in the art to combine an interactive list of missed calls and displaying each number only once in a list, taught in Hawkins, to have a single item in the list of interactive items correspond to a plurality of consecutive missed telephone calls.  Having a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls.  For example, Ambrose, Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these contentions teach wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls.  Ambrose teaches a list showing only missed calls, and collapsing entries in a list:  "The number of entries displayed and/or stored for a particular user may be determined by a system administrator and typically depends on the system-wide available storage. In other embodiments, the user may select a sort function and choose to have the entries displayed in various other formats other than by descending date, e.g., by name and number or by call result."  Ambrose at 5:24-30.  "Additional details of the event may be viewed by selecting the "+" icon for the desired entry. With combined reference to FIG. 3, the entry for "Tom Neil x309" is expanded to display the event details 302. In this particular embodiment, the event details include several lines below the entry showing the steps the system took to place the communication between x309 and x291. Various other event details may also be displayed in addition to or in lieu of the system steps. To collapse the event details, the user may select the "-" icon and call log 200 returns to the condensed table as illustrated in FIG. 2."  Ambrose at 6:11-20.  Bocking teaches "presenting information relating to logged phone calls in a |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | collapsed manner, meaning that . . . only the most recent in time call is listed in the call log":<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact."  Bocking at 4:49-64. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  FIG.3            FIG.7 Sherrard teaches a list in which list items may correspond to a number of missed calls, for each contact: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  FULLY POPULATED IDLE SCREEN 420<br><br>T-Mobile    12:30<br>1/1/05<br>PHOTO HERE  PHOTO HERE  PHOTO HERE  PHOTO HERE  EMAIL WAITING INDICATOR 424<br>PHOTO HERE  MISSED CALL INDICATORS 422<br>**Nate**<br>1 Missed Call<br>Menu    t-zones<br><br>*FIG. 4*<br><br>Sherrard, Figure 4.<br><br>"Indicators 422 illustrate a graphical indicator and a text indicator for a missed telephone call from one identified contact (e.g., Nate). Indicator 424 illustrates that an email message is waiting from another identified contact. Other indicators can also be associated with a contact, such as graphical icons and/or text strings as may |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | be desired for a variety of indications such as text message waiting, voice message waiting, picture message waiting, as well as others." Sherrard at 7:5-13.

Stifelman teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact:



Figure 4

Stifelman, Figure 4.

"In illustrative embodiments of the invention, messages and/or missed calls made to a subscriber are summarized. When integrated with a personal address book, the summary may efficiently provide both the number of missed calls and messages, and names of callers. The subscriber may be provided with the summary of missed calls and messages upon going off-hook. A more detailed review of each missed call and message may be provided by accessing a message center." Stifelman at ¶ [0025]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | "In various embodiments, retrieval of the caller's name from the subscriber's personal address book may allow the message center to effectively group and present missed calls and/or messages. Calls by the same contact may be grouped, albeit missed calls and/or messages, so that all the information someone needs about a contact (such as how many times they called, any messages, and the time-stamps of their calls) is summarized together rather than being dispersed by calls from other contacts. This makes message and missed call review by the subscriber more efficient." Stifelman at ¶ [0056].<br><br>Richard teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact. In this example, the "John Sorenson" list item represents 7 separate missed call events:<br><br><br><br>Richard, Figures 1 & 2.<br><br>"In the missed calls menu, items of said missed calls stack is displayed as a list having entries said 101-105 on said display mean. In Fig. 1, said list is ordered according to the number of times each caller has called. In the missed calls stack, missed calls are listed with a number or a name as explained above. Thus, if a name couldn't be associated to a number, the number is displayed which is the case for |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | entry 104 "98754312". When the user enters the list of missed calls, all numbers or names are listed in order of the number of missed calls. Here, John Sorensen 101 has called most times, and entry Niels 105 least times." Richard at 3:20-32.<br><br>It would have been obvious to combine Hawkins with Ambrose, Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these contentions. |
| | |
| **[5]** The method of claim 1, including, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | To the extent this limitation is not anticipated by Hawkins, it would have been obvious to one of ordinary skill in the art to display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. Furthermore, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art. It was well known in the art to display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. For example, Bocking, Sherrard, Stifelman, Richard and/or other similar references listed in these contentions teach while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. For example:<br><br>Bocking teaches a collapsed list of calls associated with a phone number, and indicating a number of calls associated with that item:<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | the date and time of the nature of the call (i.e., placed, received or missed), and an icon indicating the nature of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact."  Bocking at 4:49-64; *see also* Fig. 3.<br><br>"As seen on FIG. 7, in addition to the listing of calls, the call history may include, without limitation, the name and phone number associated with the chosen call 58, the nature (i.e., place, received or missed) and duration of the last call, and the number of calls included in the history."  Bocking at 6:21-26; *see also* Fig. 7.<br><br><br><br>Sherrard teaches a list in which list items may correspond to a number of missed calls and that number is indicated on the text portion of the status indicator, for each contact: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | FULLY POPULATED IDLE SCREEN *420* <br><br> EMAIL WAITING INDICATOR *424* <br><br> MISSED CALL INDICATORS *422* <br><br> *FIG. 4* <br><br> Sherrard, Figure 4. <br><br> "Indicators 422 illustrate a graphical indicator and a text indicator for a missed telephone call from one identified contact (e.g., Nate). Indicator 424 illustrates that an email message is waiting from another identified contact. Other indicators can also be associated with a contact, such as graphical icons and/or text strings as may be desired for a variety of indications such as text message waiting, voice message waiting, picture message waiting, as well as others."  Sherrard at 7:5-13. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | Stifelman teaches a missed calls list in which each list item corresponds to a number of missed calls as indicated in the "times" column, for each contact: |



Figure 4

Stifelman, Figure 4.

"In illustrative embodiments of the invention, messages and/or missed calls made to a subscriber are summarized. When integrated with a personal address book, the summary may efficiently provide both the number of missed calls and messages, and names of callers. The subscriber may be provided with the summary of missed calls and messages upon going off-hook. A more detailed review of each missed call and message may be provided by accessing a message center." Stifelman at ¶ [0025].

"In various embodiments, retrieval of the caller's name from the subscriber's personal address book may allow the message center to effectively group and

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | present missed calls and/or messages. Calls by the same contact may be grouped, albeit missed calls and/or messages, so that all the information someone needs about a contact (such as how many times they called, any messages, and the time-stamps of their calls) is summarized together rather than being dispersed by calls from other contacts. This makes message and missed call review by the subscriber more efficient." Stifelman at ¶ [0056].<br><br>More generally, Richard teaches storing and displaying the number of times a caller has left a missed call at the user's device:<br><br>"In this example, said specific information comprises an indication of the caller, the number of times said caller has called, and the date and/or time the last call was received for this indication." Richard at 3:7-10.<br><br>It would have been obvious to combine Hawkins with Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these contentions. |
| | |
| [7]  The method of claim 1, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item. | Hawkins teaches using icons to identify the type of a contact object:<br><br>"In one embodiment, different icons are used to indicate different types of actions associated with buttons 701, so as to ensure that the user is aware of what action will take place when a particular button 701 is activated. For example, functions such as SMS, emailing, or browsing, an icon representing the associated application (messaging application, email application, or browser) appears within button 701."<br><br>To the extent this limitation is not anticipated by Hawkins, it would have been obvious to one of ordinary skill in the art to combine an interactive list of missed calls and icons which identify each interactive item, taught in Hawkins, to have the second interactive displayed portion of the respective user selected item be identified by an icon displayed within the respective user selected item. Furthermore, having the second interactive displayed portion of the respective user |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | selected item be identified by an icon displayed within the respective user selected item would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have the second interactive displayed portion of the respective user selected item be identified by an icon displayed within the respective user selected item.  For example, Hanson, Sherrard, Ambrose, Jin, and/or other similar references listed in these contentions teach wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.  For example: <br><br> For example, Sherrard teaches selecting an icon that represents a contact in the contact-centric list (which may be displayed in the form of various shapes, including a standard list), which leads to a second list containing contact objects for initiating communication with the respective caller: <br><br> "FIG. 13 is an illustration of another example user interface interaction sequence (1300) that illustrates selection of various communication modes associated with a preferred contact. As illustrated in the figure, a preferred contact is initially selected from the idle screen by activating the "Select" key for the currently selected contact. The interaction activates the communication options menu, which includes a set of choices such as "Call", "Messaging", "Instant Messaging", "Email", etc., similar to that described previously for FIG. 2."  Sherrard at 12:29-37; *see also* Fig. 3. <br><br> "An arrangement of graphical icons is used to indicate each of the communication modes that is available for the currently selected contact. The graphical icons are arranged about a central axis relative to the display screen. The user interface in this example is arranged such that selection of the left and right navigation keys will result in rotationally changing the location of each of the graphical icons relative to the central axis. The currently selected communication mode in this example corresponds to the graphical icon that is located in the bottom center location of the display screen. The currently selected graphical icon also includes a text string that |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | is displayed in the bottom center area of the display screen. A selection indicator in this example is illustrated by the box that surrounds the graphical icon and the associated text string."  Sherrard at 12:38-52; *see also* Fig. 3. |



Sherrard, Figure 13.

For example, Ambrose discloses using icons to represent the type of event in each list item:

"In addition to the descriptive words in the result column, other embodiments may include an icon representation of the result of the event. For example, as described, an icon may be used to display the type of call, i.e., incoming or outgoing. As illustrated in call log 200, the type of call icon also includes another indication, such as an arrow ("transferred") or letter ("voicemail"), which may be used to display the result of the event."  Ambrose at 6:3-10.

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | The icon is an interactive displayed portion: |
| | "In another embodiment of a real-time call log status system, the user may perform an action to obtain the current status. For example, the user may move a cursor, or the like, over the entry to cause a pop-up script. The script may indicate the real-time status, such as "Available", "Unavailable", "Leave Voice Mail", etc. In one particular embodiment, the user may view an icon to see the real-time status (e.g., "Unavailable") and hover over the icon to view a pop-up script containing a detailed status (e.g., "Out-To-Lunch")." Ambrose at 7:8-19. |
| | Hanson teaches items in a missed call list with multiple interactive display portions, wherein the interactive portion for displaying contact information is identified by an icon: |
| | "It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log." Hanson at ¶ [0088]. |
| | Jin teaches a second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item: |
| | "The call history recording function provides a user with call connection start time, time spent for communica-tion (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | record as shown in FIG. 1." Jin at [0008].<br><br>"A screen shot illustrating an example of a conventional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)." Jin at [0009].<br><br><br><br>Jin, FIG. 1.<br><br>"Herein, the call history information denotes information is generated according to call status (i.e., whether the |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | call is an outgoing or an incoming call). The call history information is interworked with the phone directory, thereby generating the latest communication records according to an embodiment of the present invention as shown in FIG. 4." Jin at [0042].<br><br>" A screenshot illustrating a procedure of generating the latest communication records enabling selection of a phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which one or more different phone numbers are displayed corresponding to a phone number according to call status." Jin at [0045].<br><br>"In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated." Jin at [0046].<br><br>"The latest communication record image is changed |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication." Jin at [0053].<br><br><br><br>Jin, FIG. 4.<br><br>It would have been obvious to combine Hawkins with Hanson, Sherrard, Ambrose, Jin, and/or other similar references listed in these contentions. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| **[8A]** A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent this preamble is limiting, Hawkins teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.  For example:<br><br>*See* **[1A]**.<br><br>"Such a computer program may be stored in a computer readable storage medium, such as, but is not limited to, any type of disk including floppy disks, optical disks, CD-ROMs, and magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), EPROMs, EEPROMs, magnetic or optical cards, or any type of media suitable for storing electronic instructions, and each coupled to a computer system bus."  Hawkins at 18:48-55. |
| **[8B]** display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>*See* **[1B]**.<br><br>It is inherent in Hawkins's teachings that portable electronic devices that display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion, do so with instructions.  In the alternative, this would have been obvious to one of |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | ordinary skill in the art. |
| **[8C]** immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.<br><br>*See* **[1C]**.<br><br>It is inherent in Hawkins's teachings that portable electronic devices that, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item, do so with instructions. In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[8D]** immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches immediately in response to detecting a finger gesture on the respective user selected item in the list, substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins")<br>and alternative combination art |
|---|---|
| | *See* [**1D**].<br><br>It is inherent in Hawkins's teachings that portable electronic devices that, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects, do so with instructions. In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [**8E**]  a first contact object comprising a telephone number object having the return telephone number, and | Hawkins teaches a first contact object comprising a telephone number object having the return telephone number.<br><br>*See* [**1E**]. |
| [**8F**]  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | Hawkins teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.<br><br>*See* [**1F**]. |
| [**8G**]  immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* [**1G**]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | It is inherent in Hawkins's teachings that portable electronic devices that, immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| | |
| **[9]**  The computer readable storage medium of claim 8, including instructions that cause the device to, while displaying the list of interactive items comprising missed telephone calls, display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | *See* **[5]**. |
| | |
| **[10A]**  A portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, Hawkins teaches a portable electronic device with a touch screen display.<br><br>*See* **[1A]**. |
| **[10B]**  memory; | Hawkins teaches memory.  For example:<br><br>"Such a computer program may be stored in a computer readable storage medium, such as, but is not limited to, any type of disk including floppy disks, optical disks, CD-ROMs, and magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), EPROMs, EEPROMs, magnetic or optical cards, or any type of media suitable for storing electronic instructions, and each coupled to a computer system bus."  Hawkins at 18:48-55. |
| **[10C]**  one or more processors; and | Hawkins teaches one or more processors.  For example:<br><br>"This apparatus may be specially constructed for the required purposes, or it may |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | comprise a general-purpose computer selectively activated or reconfigured by a computer program stored in the computer." Hawkins at 18:44-48.<br><br>It is inherent in Hawkins's disclosure that electronic devices executing the systems described in Hawkins have one or more processors. In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[10D]**  one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | Hawkins teaches one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions. For example:<br><br>"This apparatus may be specially constructed for the required purposes, or it may comprise a general-purpose computer selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a computer readable storage medium, such as, but is not limited to, any type of disk including floppy disks, optical disks, CD-ROMs, and magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), EPROMs, EEPROMs, magnetic or optical cards, or any type of media suitable for storing electronic instructions, and each coupled to a computer system bus." Hawkins at 18:43-55.<br><br>It is inherent in Hawkins's disclosure that electronic devices executing the systems described in Hawkins have one or more programs stored in the memory and configured for execution by the one or more processors. In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[10E]**  displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches displaying a list of interactive items for missed telephone calls, |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>*See* [**8B**]. |
| [**10F**]  immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.<br><br>*See* [**8C**]. |
| [**10G**]  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches immediately in response to detecting a finger gesture on the respective user selected item in the list, substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>*See* [**8D**]. |
| [**10H**]  a first contact object comprising a | Hawkins teaches a first contact object comprising a telephone number object having |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| telephone number object having the return telephone number, and | the return telephone number.<br><br>*See* **[1E]**. |
| **[10I]** a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | Hawkins teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.<br><br>*See* **[1F]**. |
| **[10J]** immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[8G]**. |
| | |
| **[11]** The device of claim 10, including instructions for, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | *See* **[5]**. |
| | |
| **[12A]** A method performed at a portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, Hawkins teaches a method performed at a portable electronic device with a touch screen display.<br><br>*See* **[1A]**. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| **[12B]**  displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls.  For example:<br><br>"In one embodiment, a pop-up redial list is provided. A pop-up menu including a redial list is activated when the user presses the activation switch (center button) 106 of five-way button 104. In alternative embodiments, the pop-up menu may be activated in response to other user action or events."  Hawkins at 11:19-24; *see also* Fig. 6A. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | <br><br>FIG. 6A |
| **[12C]** wherein at least one interactive displayed item in the list is associated with a missed telephone call, | Hawkins teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.  For example:<br><br>"In one embodiment, redial list 603 includes numbers 604 (and/or names) for received calls and/or missed calls as well. These can be displayed separately, or simply sorted along with numbers 604 for outgoing calls in chronological order. Thus, the user can use menu 600 to return a call as well as to redial a previously dialed number."  Hawkins at 12:26-31. |
| **[12D]** wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic | Hawkins teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.  For example: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| device, and | "If a dialed number matches a name in the address book, the name is displayed along with or instead of the number in pop-up redial list 603."  Hawkins at 11:33-36.<br><br>"In one embodiment, redial list 603 includes numbers 604 (and/or names) for received calls and/or missed calls as well. These can be displayed separately, or simply sorted along with numbers 604 for outgoing calls in chronological order. Thus, the user can use menu 600 to return a call as well as to redial a previously dialed number."  Hawkins at 12:26-31.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine a redial list that can also be used as a missed call list, and associating contact information with items in a redial list, taught in Hawkins, to have at least one interactive displayed item associated with a missed telephone call also be associated with contact information stored in the portable electronic device. Furthermore, having at least one interactive displayed item associated with a missed telephone call also be associated with contact information stored in the portable electronic device would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have at least one interactive displayed item associated with a missed telephone call also be associated with contact information stored in the portable electronic device.  For example, Twerdahl, Kun, Ambrose, Bocking, Tseng, A1200, WM5, *TAKEphONE*, Jin, and/or other similar references listed in these contentions teach associating contact information with an item associated with a missed call. For example:<br><br>Twerdahl teaches missed calls are also associated with contact information:<br><br>"Where an incoming or outgoing call can be matched with a phone number 204 in memory, the phone number 204 is shown in the list record 203 of the call history list. Where an incoming or outgoing call can be matched with a name 202 in memory, the name 202 is also shown in the list record 203 of the call history list. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | This matching occurs when a name 202 is previously stored in memory, such as in an address book of the PDA 100, and is associated with the phone number 204. When the phone number 204 is identified in the address book, the associated name 202 is included in the appropriate call history list record. Where an incoming or outgoing call does not have a name 202 associated with a phone number in memory, the call history list preferably stores an "unnamed" list record 208."  Twerdahl at 5:57 – 6:3.<br><br>Kun teaches missed calls are also associated with contact information:<br><br>"If the match has been found between the calling number and a number stored in the memory, contact information associated with the calling number is displayed in the call log."  Kun at ¶ [0033].<br><br>"As shown in FIG. 5a the missed calls are identified by a contact name, 514 and 516, or the phone number 518 of the party's phone of the call that was missed."  Kun at ¶ [0032].<br><br><br><br>Kun, Fig. 5a. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | Ambrose teaches missed calls are also associated with contact information:<br><br>"The name/number column of illustrative call log 200 displays the name and number of the caller or called party, if known. The system attempts to match the name and/or number of the event with the user's address book, and maybe even a system-wide address book, and if a match is found, then the name may be displayed. In other embodiments, caller ID information may be present to provide the name/number for display and thus a system match may not be necessary."  Ambrose at 5:56-65.<br><br>Bocking teaches missed calls are also associated with contact information:<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact. Also, call log 56 preferably lists the call log calls 58 in chronological order, beginning with the most recent call first."  Bocking at 4:49-67; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  FIG.3 <br><br> Tseng teaches missed calls are also associated with contact information: <br><br> "When a name match is made, the respective name is displayed in the list view 2406. A name match may be attempted against both the favorites and contacts list databases. When a name is not made, the name of the caller may be supplied by the network carrier and may be displayed in the list view 2406." Tseng at ¶ [0151]. <br><br> "The detail views 2500, 2550 may be displayed by selecting a details menu from the call log view 2400. The detail views 2500, 2550 comprise any information available about a past call. The detail view 2500 comprises a title bar 2502 that includes the text "Call Details" and whether the call detail is regarding an incoming, outgoing, or missed call. As shown in FIG. 25, the detail view 2500 is associated with an outgoing call. The detail views 2500, 2550 content includes fields such as name, number, date, time, duration and roaming status. The name field may comprise the |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | same data provided in the list view 2406 of the call log view 2400."  Tseng at ¶ [0159]; *see also* Figs. 25A-B.<br><br>A1200 teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | <br><br>A1200, depicting a list of interactive items associated with missed telephone calls and also associated with contact information from the Calls application in the application launcher (left) and from the phone keypad (right).<br><br>WM5 teaches missed calls are also associated with contact information: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
|  | WM5 teaches associating contact information with missed calls. In the example below, all calls are of the outgoing variety, and Treo 700w has associated those calls with contact information for the contact named "Example3".<br><br><br><br>WM5 on a Treo 700w depicting a list of telephone calls.<br><br>And as *Using Your 700w* indicates, this list can associate contact information for missed calls as well. As shown, "Spear, Midyne" and "Faraola, Jane" are missed calls with associated contact information: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  |
| | *TAKEphONE* at 14-15. |
| | Jin teaches missed calls are also associated with contact information: |
| | "The call history recording function provides a user with call connection start time, time spent for communica-tion (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication record as shown in FIG. 1." Jin at [0008]. |
| | "A screen shot illustrating an example of a conven-tional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)." Jin at [0009]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins")<br>and alternative combination art |
|---|---|
| | <br><br>Jin, FIG. 1.<br><br>"Herein, the call history information denotes infor-<br>mation is generated according to call status (i.e., whether the<br>call is an outgoing or an incoming call). The call history<br>information is interworked with the phone directory, thereby<br>generating the latest communication records according to an<br>embodiment of the present invention as shown in FIG. 4."  Jin at [0042].<br><br>" A screenshot illustrating a procedure of generating<br>the latest communication records enabling selection of a<br>phone number to be originated according to an embodiment<br>of the present invention is shown in FIG. 4. If a user's<br>request for the display of the latest communication records<br>is input into the control unit 200, the control unit 200<br>displays a list of the latest communication records in which |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | one or more different phone numbers are displayed corre-sponding to a phone number according to call status."  Jin at [0045].<br><br>"In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile com-munication terminal has ended) using a different communi-cation type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated."  Jin at [0046].<br><br>"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication infor-mation corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history informa-tion including the name of a party with which a communi-cation was previously established, called phone numbers, and time spent for communication."  Jin at [0053]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| |  Jin, FIG. 4.<br><br>" For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establish-ing communication using a phone number corresponding to |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | the selected icon." Jin at [0054]. |
| |   |
| | Jin FIG. 5A                    Jin FIG. 5B |
| | It would have been obvious to combine Hawkins with Twerdahl, Kun, Ambrose, Bocking, Tseng, A1200, WM5, *TAKEphONE*, Jin, and/or other similar references listed in these contentions. |
| **[12E]**  wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Hawkins teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* **[1B]**. |
| **[12F]**  wherein for each interactive displayed item associated with a missed telephone call | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| and contact information, the portable electronic device is configured to:<br><br>**[12G]**  receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input initiate a return telephone call to a telephone number associated with that interactive displayed item<br><br>*See* **[1C]**.<br><br>It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all run or describe running on Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus:<br><br>•   **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's.<br><br>*TAKEphONE*, at 2.<br><br>*Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | 2. Resistive Touch Screens<br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| **[12H]**  receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches receiving a finger input in the interactive displayed item, and immediately in response to that input substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>*See* **[1D]**.<br><br>It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all run or describe running on Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's. <br><br> *TAKEphONE*, at 2. <br><br> *Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": <br><br> 2. Resistive Touch Screens <br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field. <br><br> *Finger Instead of Mouse* at 391. |
| **[12I]** a first contact object comprising a telephone number associated with the caller, and | Hawkins teaches a first contact object comprising a telephone number associated with the caller. <br><br> *See* **[1E]**. |
| **[12J]** a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Hawkins teaches a second contact object associated with a non-telephonic communication modality for contacting the caller. <br><br> *See* **[1F]**. |
| **[12K]** detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| modality corresponding to the second contact object. | Hawkins teaches detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

*See* [**1G**].

It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all run or describe running on Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:

*TAKEphONE* describes using Palm devices without a stylus:

- **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's.

*TAKEphONE*, at 2.

*Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | 2. Resistive Touch Screens<br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| | |
| **[13]** The method of claim 12, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | Hawkins teaches using icons to identify the type of a contact object:<br><br>*See* **[7]**. |
| | |
| **[14A]** A portable electronic device, comprising: | To the extent this preamble is limiting, Hawkins teaches a portable electronic device.<br><br>*See* **[1A]**. |
| **[14B]** one or more processors; | Hawkins teaches one or more processors.<br><br>*See* **[10C]**. |
| **[14C]** a touch screen display; | Hawkins teaches a touch screen display.<br><br>*See* **[1A]**. |
| **[14D]** a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device, the instructions comprising: | Hawkins teaches a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device.<br><br>*See* **[8A]**. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| **[14E]**  instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* **[12B]**.<br><br>It is inherent in Hawkins's teachings that portable electronic devices that display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[14F]**  wherein at least one interactive displayed item in the list is associated with a missed telephone call, | Hawkins teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.<br><br>*See* **[12C]**. |
| **[14G]**  wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | Hawkins teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.<br><br>*See* **[12D]**. |
| **[14H]**  wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed | Hawkins teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* **[12E]**. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| portion; | |
| **[14I]**  instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item.<br><br>*See* **[12G]**.<br><br>It is inherent in Hawkins's teachings that portable electronic devices that receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[14J]**  instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, the plurality of | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches instructions to receive a finger input in the interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| contact objects including: | contact objects.<br><br>*See* **[12H]**.<br><br>It is inherent in Hawkins's teachings that portable electronic devices that receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[14K]**  a first contact object associated with initiating a telephone call to the caller, | Hawkins teaches a first contact object associated with initiating a telephone call to the caller.<br><br>*See* **[1E]**. |
| **[14L]**  a second contact object associated with sending an email to the caller, and | Hawkins teaches a second contact object associated with sending an email to the caller.<br><br>*See* **[1F]**, **[2]**. |
| **[14M]**  a third contact object associated with sending an instant message to the caller; and | Hawkins teaches a third contact object associated with sending an instant message to the caller.<br><br>*See* **[1F]**, **[3]**. |
| **[14N]**  instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches instructions to detect a finger tap input at any one contact object of |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected. *See* **[12K]**, **[2]**, **[3]**. It is inherent in Hawkins's teachings that portable electronic devices that detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| | |
| **[15]**  The device of claim 14, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the item. | Hawkins teaches using icons to identify the type of a contact object: *See* **[7]**. |
| | |
| **[16A]**  A method performed at a portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, Hawkins teaches a method performed at a portable electronic device with a touch screen display. *See* **[1A]**. |
| **[16B]**  displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins. Hawkins teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls. *See* **[12B]**. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| **[16C]**  wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | Hawkins teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>*See* **[12C]**, **[12D]**. |
| **[16D]**  wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Hawkins teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* **[12E]**. |
| **[16E]**  detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>*See* **[12G]**. |
| **[16F]**  detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | Hawkins.<br><br>Hawkins teaches detecting a finger input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger input is with the selected interactive displayed item, and immediately in response to that input substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>*See* [**12H**]. |
| [**16G**]  a first contact object associated with a telephone number for contacting the caller, and | Hawkins teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* [**1E**]. |
| [**16H**]  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Hawkins teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* [**1F**]. |
| [**16I**]  immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* [**1G**]. |
|  |  |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| **[17]** The method of claim 16, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | Hawkins teaches using icons to identify the type of a contact object:<br><br>*See* **[7]**. |
| | |
| **[18A]** A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent this preamble is limiting, Hawkins teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.<br><br>*See* **[8A]**. |
| **[18B]** display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls.<br><br>*See* **[8B]**. |
| **[18C]** wherein at least one interactive displayed item in the list is associated with a missed telephone call, | Hawkins teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.<br><br>*See* **[12C]**. |
| **[18D]** wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | Hawkins teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.<br><br>*See* **[12D]**. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| **[18E]**  wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Hawkins teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion. *See* **[12E]**. |
| **[18F]**  wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:  **[18G]**  receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.  Hawkins teaches wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item.  *See* **[12F]**, **[14I]**. |
| **[18H]**  receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.  Hawkins teaches receive a finger input in the interactive displayed item, and immediately in response to that input to substituting display of the list with display of display of contact information for a caller corresponding to that interactive |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| contact objects including: | displayed item, the displayed contact information including a plurality of contact objects.<br><br>*See* [14J]. |
| [18I] a first contact object comprising a telephone number associated with the caller, and | Hawkins teaches a first contact object comprising a telephone number associated with the caller.<br><br>*See* [1E]. |
| [18J] a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Hawkins teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* [1F]. |
| [18K] detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches detecting a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* [8G], [12K]. |
|  |  |
| [19A] A portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, Hawkins teaches a portable electronic device with a touch screen display.<br><br>*See* [1A]. |
| [19B] memory; | Hawkins teaches memory. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| | *See* [**10B**]. |
| [**19C**]  one or more processors; and | Hawkins teaches one or more processors.<br><br>*See* [**10C**]. |
| [**19D**]  one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | Hawkins teaches one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions.<br><br>*See* [**10D**]. |
| [**19E**]  displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* [**14E**]. |
| [**19F**]  wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | Hawkins teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>*See* [**12C**], [**12D**]. |
| [**19G**]  wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed | Hawkins teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* [**12E**]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins")<br>and alternative combination art |
|---|---|
| portion being distinct from the first interactive displayed portion; | |
| **[19H]**  detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>*See* **[14I]**. |
| **[19I]**  detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches detecting a finger input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger input is with the selected interactive displayed item, and immediately in response to that input substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>*See* **[14J]**. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| **[19J]** a first contact object associated with a telephone number for contacting the caller, and | Hawkins teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* **[1E]**. |
| **[19K]** a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Hawkins teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* **[1F]**. |
| **[19L]** immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[8G]**. |
| | |
| **[20]** The device of claim 19, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | Hawkins teaches using icons to identify the type of a contact object:<br><br>*See* **[7]**. |
| | |
| **[21A]** A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed | To the extent this preamble is limiting, Hawkins teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| by a portable electronic device with a touch screen display, cause the device to: | *See* **[8A]**. |
| **[21B]**  display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.  Hawkins teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls.  *See* **[14E]**. |
| **[21C]**  wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | Hawkins teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.  *See* **[12C]**, **[12D]**. |
| **[21D]**  wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Hawkins teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.  *See* **[12E]**. |
| **[21E]**  detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| immediately in response to that input initiate a telephone call to a telephone number associated with the first user selected interactive displayed item; | Hawkins teaches detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>*See* [**14I**]. |
| [**21F**]  detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for  a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>*See* [**14J**]. |
| [**21G**]  a first contact object associated with a telephone number for contacting the caller, and | Hawkins teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* [**1E**]. |
| [**21H**] a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Hawkins teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* [**1F**]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent 7,231,229 to Hawkins *et al.* ("Hawkins") and alternative combination art |
|---|---|
| **[21I]** immediately in response to detecting user selection of the second contact object, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Hawkins.<br><br>Hawkins teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[8G]**. |
| | |
| **[22]** The computer readable storage medium of claim 21, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | Hawkins teaches using icons to identify the type of a contact object:<br><br>*See* **[7]**. |

**EXHIBIT E-2**
**INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 8,014,760**

United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") was filed September 29, 2000, and issued October 30, 2007.

Twerdahl renders obvious the asserted claims of the '760 patent under 35 U.S.C. § 103, alone and/or in combination with one or more of the following references:

- U.S. Patent No. 7,221,748 to Moore *et al.* ("Moore"), filed Nov. 12, 2002, issued May 22, 2007

- U.S. Patent No. 7,231,229 to Hawkins *et al.* ("Hawkins"), filed Feb. 5, 2004, issued June 12, 2007

- U.S. Patent No. 7,251,479 to Holder *et al.* ("Holder"), filed March 13, 2006, issued July 31, 2007

- U.S. Patent No. 7,280,652 to Bocking *et al.* ("Bocking"), filed Sept. 13, 2004, issued Oct. 9, 2007

- U.S. Patent No. 7,685,530 to Sherrard *et al.* ("Sherrard"), filed Apr. 10, 2006, issued Mar. 23, 2010

- U.S. Patent No. 7,778,399 to Ambrose ("Ambrose"), filed Sept. 29, 2000, issued Oct. 30, 2007

- U.S. Patent App. Pub. No. 2006/0135197 to Jin *et al.* ("Jin"), filed Nov. 6, 2005, published June 22, 2006.

- U.S. Patent App. Pub. No. 2004/0235520 to Cadiz *et al.* ("Cadiz"), filed May 20, 2003, issued Nov. 25, 2004

- U.S. Patent App. Pub. No. 2005/0074109 to Hanson *et al.* ("Hanson"), filed Sep. 24, 2004, published Apr. 7, 2005

- U.S. Patent App. Pub. No. 2006/0281449 to Kun *et al.* ("Kun"), filed June 14, 2005, published Dec. 14, 2006

- U.S. Patent App. Pub. No. 2007/0133771 to Stifelman *et al.* ("Stifelman"), filed Dec. 12, 2005, published June 14, 2007

- U.S. Patent App. Pub. No. 2008/0295017 to Tseng *et al.* ("Tseng"), filed Sept. 5, 2006, published Nov. 27, 2008

- European Patent App. No. EP 1 069 791 A1 to Richard ("Richard"), filed July 13, 1999, published Jan. 17, 2001

- Windows Mobile 5.0 ("WM5") by Microsoft, available at least by May 10, 2005[1]

---

[1]   Microsoft Releases Windows Mobile 5.0, https://www.microsoft.com/en-us/news/press/2005/may05/05-10windowsmobile5pr.aspx (May 10, 2005).  In addition, Treo 700w/wx Specifications, available at http://kb.hpwebos.com/wps/portal/kb/common/article/39638_en.html ("*700w Specifications*"), state that the Operating System of the Palm Treo 700w product released on January 2006 was Windows Mobile 5.0 Phone Edition 2005.

- TealPhone v4.51 ("TealPhone") by TealPoint Software, available at least by Feb. 4, 2006[2]

- Agendus Professional v10.0 ("Agendus 10.0") by Iambic, available at least by Sept. 19, 2005[3]

- Agenda Fusion v7.93 ("Agenda Fusion") by DeveloperOne, available at least by Apr. 3, 2006[4]

- *TAKEphONE User Manual* (June 15, 2006) ("TAKEphONE"), available at least by June 15, 2006[5]

- *User's Guide Agendus for Symbian OS UIQ Edition* (2004) ("*Agendus Guide*") by Iambic, published at least by Apr. 1, 2004[6]

- *Model 8690 Inter-Tel Protocol Mode User Guide* (Mar. 2006) ("*Mitel 8690*"), published at least by Mar. 2006[7]

---

[2]   TealPhone is available for download at http://download.cnet.com/TealPhone/3000-18514_4-266494.html. That website indicates TealPhone was added for download February 4, 2006. However, the link no longer downloads the correct version. The correct version of TealPhone is available at http://ftp13.enet.com.cn:88/pub/palm/inimpro/tealphon.rar. Contained within the downloadable RAR archive is a ZIP archive. The files contained within the downloadable ZIP archive are all dated January 30, 2006 or earlier. TealPhone is described in TealPhone User's Manual ("*TealPhone Manual*"), also included in the downloadable ZIP archive, which bears a "Last Updated" date of January 24, 2006. The User's Manual is also available at TEALPOINTNDCA630-00000006-44. Sales data for TealPhone is available at TEALPOINTNDCA630-00000105-2597, showing sales in the United States of TealPhone version 3 no later than 4/8/99, and TealPhone version 4 no later than 8/23/04.

[3]   Agendus 10.0 is available for download on Iambic's FTP for obsolete products, at http://www.iambic.com/download/palmos/obsolete/AgendusPro10.0/. The files in that FTP directory are all dated September 19, 2005. Further, the "About" page of Agendus 10.0, when running the software, identifies the software as build 614, of the same date.

[4]   Agenda Fusion is available for download at http://www.developerone.com/agendafusion/download_archive.htm. That website indicates that version 7.93 was released April 3, 2006. Additionally, other websites by Developer One further support this April 3, 2006 date. Agenda Fusion 7 for Windows Mobile 2002/2003 Pocket PC Update Information, http://www.developerone.com/agendafusion/version7pocketpc20022003.htm, provides a version history for Agenda Fusion.

[5]   *TAKEphONE* is available for download at http://www.iambic.com/select/download.asp?itemid=122. That website, and *TAKEphONE* itself, indicates *TAKEphONE* was a printed publication by June 15, 2006. *TAKEphONE* at 1. The *TAKEphONE User Manual* is also available for download at http://takephone.soft32.com/. That document indicates that it was a printed publication by February 21, 2005. TAKEphONE version 6.50 is available for download at http://takephone.soft32.com/.

[6]   *Agendus Guide* is available for download at http://www.iambic.com/support/download.asp?pid={15FFBFAA-BD68-4849-9D86-2CD643F29FA6} which indicates that it is dated April 1, 2004. The *Agendus Guide* itself bears a copyright date of 2003, and the "About" page indicates the *Agendus Guide* corresponds to build 174 of Agendus, dated March 2, 2004. *Agendus Guide* at i, 4.

- Andreas Holzinger, *Finger Instead of Mouse: Touch Screens as a Means of Enhancing Universal Access*, 2615 Lecture Notes in Computer Science 387 (2003) ("*Finger Instead of Mouse*"), published 2003

- Motorola A1200 ("A1200"), available at least by Mar. 22, 2006[8]

The Agenda Fusion screenshots contained herein show Agenda Fusion running on a Palm Treo 700w ("Treo 700w"). The Treo 700w was available at least by January 2006.[9] Agenda Fusion was built for devices running the Windows Mobile and Pocket PC operating systems. These screenshots are exemplary only—Agenda Fusion could be used on many Windows Mobile and Pocket PC devices.

The TealPhone screenshots contained herein show TealPhone running on a Palm Treo 650 ("Treo 650") running the Palm operating system ("Palm OS"). The Treo 650 was available at least by December 2004.[10] TealPhone was built for devices running Palm OS. These screenshots are exemplary only—TealPhone could be used on many Palm OS devices.

---

[7] *Mitel 8690* was published at least by March 2006. *Mitel 8690* at Back Cover.

[8] *See* Motorola A1200 Unlocked Overview & Specs, http://reviews.cnet.com/smartphones/motorola-a1200-unlocked-red/4505-6452_7-31864389.html (May 15, 2006); My Motorola A1200 Review (A quick look) 56k beware!, http://www.howardforums.com/showthread.php/886391-My-Motorola-A1200-Review-(A-quick-look)-56k-beware! (Apr. 7, 2006); my humble motorola a1200 (ming) review, http://forums.wirelessadvisor.com/motorola/53017-my-humble-motorola-a1200-ming-review.html (Mar. 30, 2006); Motorola A1200 Moto PDA Phone, http://www.phonesreview.co.uk/2006/03/22/motorola-a1200-moto-pda-phone/ (Mar. 22, 2006). The A1200 is described in the MING English User Manual ("MING Manual"), which bears a copyright date of 2006. MING Manual at 4.

[9] *Using Your Palm® Treo™ 700w Smartphone* (2006) ("*Using Your 700w*") describes the operation of the 700w and bears a copyright date of 2005-2006. *Using Your 700w* at ii. Additionally, Treo 700w/wx Specifications, http://kb.hpwebos.com/wps/portal/kb/common/article/39638_en.html ("*700w Specifications*"), indicates that the Treo 700w product was first released January 2006.

[10] *using your Treo™ 650 smartphone* (2006) ("*Using Your 650*") describes the operation of the 650 and bears a copyright date of 2004. *Using Your 650* at ii. Additionally, Palm Support: Resources for other HP & retired devices, http://kb.hpwebos.com/wps/portal/kb/common/article/47831_en.html ("*650 Specifications*"), indicates that the Treo 650 product was released December 2004. Data Sheet: Treo 650-GSM (AT&T, Rogers, Unlocked and others) and User Guide for Treo 650, available at http://kb.hpwebos.com/wps/portal/kb/common/article/47831_en.html#650, bear a 2004 copyright date.

The Agendus 10.0 screenshots contained herein show Agendus 10.0 running on a Treo 650.  Agendus 10.0 was built for devices running Palm OS.  These screenshots are exemplary only—Agendus 10.0 could be used on many Palm OS devices.

The citations to portions of any reference in this chart are exemplary only.  Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that Twerdahl invalidates the asserted claims of the '760 patent.

To the extent any limitation is found not to be literally disclosed, such a limitation would be obvious because the '760 patent is merely a collection of prior art elements that fails to meet the statutory requirement of nonobviousness under § 103, and the factors delineated in *KSR Int'l Co. v. Teleflex, Inc*., 550 U.S. 398 (2007), weigh against a finding of nonobviousness.

For example, it would have been obvious to a person of ordinary skill in the art to combine the teaching of Twerdahl with the teachings of the references listed above and in Samsung's Patent Local Rule 3-3 And 3-4 Disclosures for the '760 patent served herewith; such references are in the same field of art, and discuss various techniques and improvements that would have been known to yield predictable results when applied to the technology claimed in the '760 patent, and a person of ordinary skill therefore would have been motivated to so combine them in view of the disclosures therein.  Below included in this chart are examples of specific teachings from references that, combined with Twerdahl, render the '760 patent invalid under § 103.

Samsung reserves the right to use the entirety of any reference cited in its contentions to show that the asserted claims are anticipated and/or are obvious.  Moreover, to the extent that any of the below claim limitations are found to not be expressly disclosed by the below reference, it is Samsung's contention that any such limitation would be obvious, either based the knowledge of one of ordinary skill in the art or based on any of the art cited in Samsung's invalidity contentions.  It is also Samsung's contention that one of ordinary skill in the art would find such limitation obvious for at least one or more of the following reasons: (1) the combination would unite  old elements with no change in their respective function; (2) the combination would have been a predictable variation of a work in the same or a different field of endeavor; (3) the modification would have used a known technique to improve a similar device in the same way; (4) the modification was a known problem for which there was an obvious solution; (5) the modification would have been "obvious to try"; (6) the modification was known work in one field of endeavor that would have prompted variations of it for use in either the same or different field based on design incentives or other market forces; (7) there was an explicit teaching, suggestion, or motivation in the prior art for the modification.

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| **[1A]**  A method, comprising: at a portable electronic device with a touch screen display: | To the extent this preamble is limiting, Twerdahl teaches a method at a portable electronic device with a touch screen display.  For example: "Broadly speaking, the present invention fills these needs by providing a method and apparatus for integrating mobile phone functionality into a personal digital assistant (PDA)."  Twerdahl at 2:24-27. "The front panel of the Palm[TM] is a large LCD screen, which is touch-sensitive and allows a user to enter and manipulate data. By using a stylus to interact with a touch-sensitive screen, a user may easily navigate through a host of various software applications. A stylus is used to interact with information on a screen in much the same way as a mouse on a desktop personal computer."  Twerdahl at 1:43-49. "Computer system 900 may be coupled via bus 902 to a display 912, such as a liquid crystal display (LCD), for displaying information to a computer user. An input device 914 is a touch-sensitive LCD that interprets by sensing contact on the LCD, and is coupled to bus 902 for communicating information and command selections to processor 904."  Twerdahl at 8:63 – 9:2. |
| **[1B]**  displaying a list of interactive items comprising missed telephone calls, wherein | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation |

---

[11]   Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '760 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims.  This claim chart takes into account Apple's overly broad construction of the claim limitations.  Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper.  To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims of the '760 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.  Twerdahl teaches displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.  For example:  "The list 201 of FIG. 2 has call history list records that have phone numbers 204 and names 202 associated with those phone numbers 204.  The embodiment of FIG. 2 shows a call history list of missed calls.  A missed call is an incoming call that was not answered by the user."  Twerdahl at 5:52-56.  "Once a call history list is displayed, as in FIG. 3, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA 100 preferably includes selection mechanism that recognizes when part of a list 201 has been selected. In one embodiment, the user may tap on a selected name 304 if the user wants to view details of a selected call."  Twerdahl at 6:18-24; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
|  |  Twerdahl, Figure 3. "FIG. 5 shows a screen shot of a call history list, which includes at least one list record 203 and a selected phone number 502, in accordance with one embodiment of the present invention. FIG. 5 illustrates another example of how the user may initiate a function of the phone device by interacting with the screen through a stylus. For example, the user may tap on a selected phone number 502 if the user wants to initiate the call device 101 of the phone device." Twerdahl at 6:59-66; *see also* Fig. 5. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  Twerdahl, Figure 5. |
| **[1C]**  immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.  For example:<br><br>"The call device 101 may be triggered upon tapping a selected phone number 502 in the call history list. FIG. 1, discussed above, shows an example of the screen that is displayed upon tapping a selected phone number 502. The call device 101 is |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | displayed and a phone call is simultaneously initiated to the selected phone number by tapping on selected phone number 502."  Twerdahl at 7:3-9; *see also* Figs. 1, 5.<br><br>*See* **[12G]**. |
| **[1D]**  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  For example:<br><br>"Once a call history list is displayed, as in FIG. 3, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA 100 preferably includes selection mechanism that recognizes when part of a list 201 has been selected. In one embodiment, the user may tap on a selected name 304 if the user wants to view details of a selected call."  Twerdahl at 6:18-24; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  Twerdahl, Figure 3.<br><br>"FIG. 4 shows a screen shot of call details 401 of a selected name 304 from a call history list, in accordance with one embodiment of the present invention. This screen appears when the user taps on a list record 203 where the name has been highlighted. The call details 401 for a selected list record 203 preferably includes the following: a phone number 204 identifying an outside calling device to which the present phone device was, at one time, connected; a name 202 associated with the phone number 204; a date stamp 406 for the date of connection to a mobile phone network; a timestamp 408 for the time of day the call was received or initiated; and a duration 410 that the phone device was connect to a mobile phone network." Twerdahl at 6:31-43; *see also* Fig. 4. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | *FIG. 4*<br><br>Twerdahl, Figure 4.<br><br>"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58.<br><br>"FIG. 6 shows a screen shot of a call history list and address details 602 of a selected phone number 502, in accordance with one embodiment of the present invention. FIG. 6 illustrates yet another example of how the user may initiate a function of the phone device by interacting with the screen. The user may tap and hold on a selected phone number 502 if the user wants to view address details 602 of the corresponding |



FIG. 4

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | list record 203. Address details 602 preferably includes the selected phone number and any other phone numbers that may be associated with the name for the selected phone number 502. In the example of FIG. 6, three phone numbers, including the selected phone number 502 displayed on the main screen, are included in the address details 602. Once the address details are shown on the display device, the user preferably taps the number that the user wants to call. The call device 101 is then triggered, as discussed above with respect to the discussion of FIG. 5. In an alternative embodiment, the address details 602 includes other user-defined information, such as fax numbers, nicknames, street addresses, etc." Twerdahl at 7:15-34. <br><br>  <br> FIG. 6 |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | Twerdahl, Figure 6.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine the missed calls list taught in Twerdahl to, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitute display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  Furthermore, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitute display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  For example, Moore, Hawkins, Ambrose, Kun, Bocking, Hanson, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions teach completely substituting display of contact information, the displayed contact information including a plurality of contact objects.  For example:<br><br>Hawkins teaches a pop-up menu with a plurality of contact objects that is generated in response to a finger gesture:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B. <br><br>  <br><br> Ambrose teaches completely substituting display of a list of interactive items with display of contact information for a respective caller corresponding to a user selected item, the displayed contact information including a plurality of contact objects: <br><br> "In yet another embodiment of a real-time call log status system, a pop-up window of current status information may appear, for example, as a result of the user actively clicking on the entry.  FIG. 4 illustrates an exemplary pop-up window 400 of detailed current status information pertaining to the second entry, "Tom Neil x309" of call log 200."  Ambrose at 7:20-25. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | "Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36.<br><br>Figure 4 depicts the display of contact information for a particular user selected item:<br><br><br><br>Ambrose, Figure 4. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | Kun teaches substituting a pop-up menu with a plurality of contact objects:<br><br>"When the user access the right selection function, by for example pressing a right function key or cursor, the extended sub-menu 530 of FIG. 5b can be accessed." Kun at ¶ [0034]; *see also* Figs. 5a-b.<br><br><br>Kun, Figs. 5a-b.<br><br>Bocking teaches a pop-up list with a plurality of contact objects and completely substituting a call details screen:<br><br>"As will be described in greater detail below, a user of handheld electronic device 4 may select a particular call 58 from call log 56 and cause a call history associated with the selected call 58 to be displayed on display 12. In particular, the displayed call history will list all calls, incoming and outgoing, stored in memory 44 that are associated with the phone number associated with the selected call 58. The calls in the call history are preferably listed in chronological order beginning with the most recent call (which, as will be appreciated, will be the selected call 58 from call log 56)."  Bocking at 4:67 – 5:9; *see also* Fig. 7. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | ![Call Log screen] |

Call Log
Mary Jones
XXXXXXX
Last: Received Call
Duration: 0:11
Total Calls: 4

07/28  3:25P                0:11
07/28  2:46P
07/26  2:56P                1:01
07/20  5:26P                4:02

*FIG. 7*

"As seen on FIG. 7, in addition to the listing of calls, the call history may include, without limitation, the name and phone number associated with the chosen call 58, the nature (i.e., place, received or missed) and duration of the last call, and the number of calls included in the history."  Bocking at 6:21-26; *see also* Fig. 7.

"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below,

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5. <br><br>  <br> FIG.5 <br><br> Hanson teaches completely substituting display of interactive items in a missed call list with display of contact information from an address book immediately in response to detecting selection of a second interactive displayed portion: <br><br> "It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
|  | information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log."  Hanson at ¶ [0088].<br><br>Moore teaches an interactive call log, and in response to selecting an entry in that list, completely substituting an address book page with a plurality of contact objects:<br><br>"In one embodiment, retrieval of a call log is facilitated by a call log manager program that runs on the computer that the customer uses to retrieve the call log. The call log manager can access the first database, read, and display the contents of the call log on the customer's computer screen."  Moore at 4:10-14; *see also* Fig. 3.<br><br>"Preferably, each entry is provided as a hyperlink, and the entries are selected by pointing to the desired entry using a computer pointing device such as a mouse and "clicking" on that entry."  Moore at 4:28-30.<br><br>"Each displayed address book contains a plurality of contact addresses for the selected entry to which it is associated. Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof."  Moore at 5:16-27; *see also* Fig. 4. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |

Fig. 3    Fig. 4

A1200 teaches completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  For example:

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1  Tap ▣ **Calls** in the application launcher screen to open the call history screen.<br><br>2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3  Tap an entry to see call details (time, date, duration).<br><br>4  Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br>**options**<br><br>**Store**    Create an address book entry with the number stored in the number type field you specify.<br><br>**Send SMS**    Open a new text message with the number in the **To** field.<br><br>**Send MMS**    Open a new multimedia message with the number in the **To** field.<br><br>**Delete**    Delete the entry.<br><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | WM5 teaches substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion:<br><br><br><br>WM5 on a Treo 700w depicting performing a finger gesture on the second interactive displayed portion of the user selected item, indicated in red, and substituting display of interactive items with display of contact information including a plurality of contact objects.<br><br>WM5 also teaches another contact details screen from the contact list that completely substitutes the display on the device, apart from the address bar, with display of contact objects: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | Treo 700w, substituting display of interactive items with display of contact information including a plurality of contact objects.<br><br>*TAKEphONE* teaches completely substituting display of a missed calls list for display of call details, immediately in response to detecting a finger gesture: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | The **Call-History** list is kept automatically by the SmartPhone dialer software (and thus this tab is **only active for SmartPhones !**), and holds record of all calls handled by it. TAKEphONE displays this data in the call-history tab:  *TAKEphONE* at 14. Tap the "**Details...**" button to show all entry details: *TAKEphONE* at 14-15. TealPhone teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| **U.S. Patent No. 8,014,760[11]** | **United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art** |
|---|---|
| |  TealPhone, depicting selecting the first interactive displayed portion on a list item from the contacts list, indicated in blue, and substituting display of the contacts list for display of contact information, when the "List double-tap" option is set to "Dial".<br><br>Agenda Fusion teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting a finger gesture on the second interactive displayed portion of the list item, and substituting display of interactive items with display of contact information including a plurality of contact objects.<br><br>*Agendus Guide* teaches substituting display of contact objects immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  **Contact View** The contact view is a list view that will show the names of your contacts, selecting one will open it so the details can be viewed or edited. Also a convenient shortcut is available in this view, you can tap and hold on the name with the stylus to get a popup menu for creating a new Meeting, Call, To Do, SMS, MMS, or Email. *Agendus Guide* at 16. **Tap and Hold Menu Options** Agendus supports "tap and hold" in the Contact List view. By tapping your stylus on a contact name and holding the stylus down on the screen a helpful pop-up will appear. This pop-up will contain options for working with the selected contact. *Agendus Guide* at 16. Agendus 10.0 teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |

Agendus 10.0, depicting selecting the first distinct interactive portion, indicated in blue, to bring up the contact details screen.

Jin teaches completely substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion:

"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication infor- mation corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history informa- tion including the name of a party with which a communi- cation was previously established, called phone numbers, and time spent for communication. Herein, according to another embodiment of the present invention, one of icons shown in FIG 5A may be selected in such a manner that

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | another phone number of the party with which a communication was previously established can be originated."  Jin at [0053].<br><br>" For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establishing communication using a phone number corresponding to the selected icon."  Jin at [0054].<br><br>LATEST COMMUNICATION RECORD [003/300]<br><br>DADDY<br>02-123-4567<br>11/11 [THUR] 0:03:15<br><br>COMMUNICATION WITH COMMUNICATION KEY<br>010-123-7896<br><br>LATEST COMMUNICATION RECORD [003/300]<br><br>DADDY<br>02-123-4567<br>11/11 [THUR] 0:03:15<br><br>COMMUNICATION WITH COMMUNICATION KEY<br>02-123-4567 |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | Jin FIG. 5A　　　　　　　　　　Jin FIG. 5B |
| | It would have been obvious to combine Twerdahl with Hawkins, Ambrose, Kun, Bocking, Hanson, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions.  In fact, Twerdahl teaches applying the UI elements of the invention to both an "address list" or a "call history list."  Indeed, the title of the patent is "MAKING A CALL FROM AN ADDRESS LIST OR A CALL HISTORY LIST." The example shown in the patent specification is of a call history list, but it is made clear that these concepts can be applied to other contact-centric lists, such as an address list: |
| | "The foregoing description includes a discussion of applications using a call history list. Another type of list is an address list (not shown), as discussed above with respect to FIG. 1. In one embodiment, an address list includes a predefined directory of phone numbers and names associated with those phone numbers."  Twerdahl at 7:35-40. |
| | *See* **[12H]**. |
| **[1E]**  a first contact object comprising a telephone number object having the return telephone number, and | Twerdahl teaches a first contact object comprising a telephone number object having the return telephone number.  For example: |
| | "FIG. 4 shows a screen shot of call details 401 of a selected name 304 from a call history list, in accordance with one embodiment of the present invention. This screen appears when the user taps on a list record 203 where the name has been highlighted. The call details 401 for a selected list record 203 preferably includes the following: a phone number 204 identifying an outside calling device to which the present phone device was, at one time, connected; a name 202 associated with the phone number 204; a date stamp 406 for the date of connection to a mobile phone network; a timestamp 408 for the time of day the call was received or initiated; and a duration 410 that the phone device was connect to a mobile phone network." |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | Twerdahl at 6:31-43; *see also* Fig. 4.<br><br><br><br>Twerdahl, Figure 4.<br><br>"FIG. 6 shows a screen shot of a call history list and address details 602 of a selected phone number 502, in accordance with one embodiment of the present invention. FIG. 6 illustrates yet another example of how the user may initiate a function of the phone device by interacting with the screen. The user may tap and hold on a selected phone number 502 if the user wants to view address details 602 of the corresponding list record 203. Address details 602 preferably includes the selected phone number and any other phone numbers that may be associated with the name for the selected phone number 502. In the example of FIG. 6, three phone numbers, including the selected phone number 502 displayed on the main screen, are included in the address details 602. Once the address details are shown on the display device, the user preferably taps the number that the user wants to call. The call device 101 is |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | then triggered, as discussed above with respect to the discussion of FIG. 5. In an alternative embodiment, the address details 602 includes other user-defined information, such as fax numbers, nicknames, street addresses, etc." Twerdahl at 7:15-34. |



Twerdahl, Figure 6.

To the extent this limitation is not anticipated by Twerdhal, it would have been obvious to one of ordinary skill in the art to combine the call details screen with displayed phone number, and selecting a number to dial it in a missed call list, taught in Twerdahl, to have a first contact object comprising a telephone number object having the return telephone number. Furthermore, having a first contact object comprising a telephone number object having the return telephone number

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a first contact object comprising a telephone number object having the return telephone number.  For example, Moore, Hawkins, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions teach a contact object comprising a return telephone number.  For example: <br><br> Hawkins teaches a telephone number object having a return telephone number: <br><br> "Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time.  Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B. <br><br> Kun teaches a telephone number object having a return telephone number: <br><br> "The extended sub-menu 530 displayed additional information and contact data that is stored in memory.  In the screen shot at 53.0, two numbers are displayed '65303880' and '62227723'."  Kun at ¶ [0034]; *see also* Figs. 5a-b. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |

Kun at Figs. 5a and 5b.

Ambrose teaches a telephone number object having a return telephone number:

"Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36.

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  Ambrose, Figure 4. *Mitel 8690* also teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | **To return a call:** <br><br> 1. Press **Call Log** on the endpoint display. <br> 2. Double-press the icon next to the entry. <br> 3. Select from any of the following options: <br> • Press one of the numbers in the list to initiate a call to that number. <br> • Press **Find Me** to place a call to the account's primary device, allowing the account's call routing rules to route the call to the appropriate location. This option is only available if the contact is linked to an account, and the account has at least one device associated with it. <br> • If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press **Voicemail** to call the voice mail of the given person/device. Press **Leave Message** to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device. <br><br> *Mitel 8690* at 111. <br><br> Holder teaches a telephone number object having a return telephone number: <br><br> Holder discloses display of contact information, including the return telephone number (314B). |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  Holder, Figure 7.<br><br>Bocking teaches a telephone number object having a return telephone number:<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5. |



FIG.5

Moore teaches a telephone number object having a return telephone number:

"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>A1200 teaches a first contact object comprising a telephone number object having the return telephone number:<br><br>To **see** details or perform other operations on an entry in the recent calls list:<br><br>1  Tap  **Calls** in the application launcher screen to open the call history screen.<br><br>2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3  Tap an entry to see call details (time, date, duration).<br><br>4  Tap **Call** to call its number, or tap ▼ to perform the following operations:<br>MING Manual at 46. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | **call or send message**<br><br>1   Tap 🔳 in the global navigation bar to open the address book.<br><br>2   Tap a contact name to see its details.<br><br>3   In the details list:<br><br>   •   Tap the phone number following the mobile phone indicator 🔳 to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>MING Manual at 54.<br><br>WM5 teaches displaying a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | WM5 on a Treo 700w depicting a first contact object for the return telephone number – the "Call" option, indicated in red.<br><br>WM5 also teaches a contact details screen from the contact list that displays a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
|  | <br><br>WM5 on a Treo 700w depicting a first contact object comprising a telephone number – the "Call mobile" option, indicated in red.<br><br>*TAKEphONE* teaches a 'Details' screen with a telephone number object having a return telephone number:<br><br>*TAKEphONE* at 14-15. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | The "Call" button, for example, is a telephone number object having a return telephone number.<br><br>TealPhone teaches a contacts information screen that includes a telephone number object having a return telephone number:<br><br><br><br>TealPhone, depicting a first contact object comprising a telephone number.<br><br>Agenda Fusion teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting a first contact object comprising a telephone number, indicated in red. *Agendus Guide* teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  Figure 13. Contact View<br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | **Contact**　　　　　　　Unfiled<br><br>**Example User**<br>...........................................<br>📇 Work:　　　**5557891234**<br>📇 Mobile:　　**5551234567**<br>📇 E-mail:　　**user@example.com**<br>...........................................<br>Web site:　　**www.example.com**<br><br><br><br>[Done] [Edit] 📇<br><br>Agendus 10.0, depicting a first contact object comprising a telephone number, indicated in red.<br><br>Jin teaches a telephone number object having a return telephone number:<br><br>" For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establishing communication using a phone number corresponding to the selected icon."  Jin at [0054]. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |

Jin FIG. 5A        Jin FIG. 5B

It would have been obvious to combine Twerdahl with Hawkins, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions. In fact, Twerdahl teaches applying the UI elements of the invention to both an "address list" or a "call history list." Indeed, the title of the patent is "MAKING A CALL FROM AN ADDRESS LIST OR A CALL HISTORY LIST." The example shown in the patent specification is of a call history list, but it is made clear that these concepts can be applied to other contact-centric lists, such as an address list:

"The foregoing description includes a discussion of applications using a call history list. Another type of list is an address list (not shown), as discussed above with respect to FIG. 1. In one embodiment, an address list includes a predefined directory of phone numbers and names associated with those phone numbers." Twerdahl at

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | 7:35-40. |
| **[1F]**  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example:

"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof." Twerdahl at 6:50-58.

To the extent this limitation is not anticipated by Twerdahl, it would have been obvious to one of ordinary skill in the art to combine the call details screen and email addresses, taught in Twerdahl, to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller. Furthermore, having a second contact object associated with a non-telephonic communication modality for contacting the respective caller would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example, Moore, Hawkins, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example:

Hawkins teaches additional contact objects for non-telephonic communication:

"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B.<br><br><br><br>Kun teaches a contact object associated with an email address:<br><br>"moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address 'ross@hot...' is shown."  Kun at ¶ [0035]. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | <br><br>Kun, Figure 5c.<br><br>Ambrose teaches contact objects associated with non-telephonic communication modalities:<br><br>"Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36.<br><br>*Mitel 8690* also teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller:<br><br>"If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device."  *Mitel 8690* at 111. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | Holder teaches display of contact information, including an email address (314C) and an instant messaging pager address (314D):  Holder, Figure 7. Bocking teaches a pop-up menu of user options with a second contact object for SMS: "User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5.  FIG.5 Moore teaches additional contact objects for non-telephonic communication: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | "Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30. <br><br> A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller: <br><br> To **see** details or perform other operations on an entry in the recent calls list: <br><br> 1  Tap ☎ **Calls** in the application launcher screen to open the call history screen. <br><br> 2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list. <br><br> 3  Tap an entry to see call details (time, date, duration). <br><br> 4  Tap **Call** to call its number, or tap ☰ to perform the following operations: <br> MING Manual at 46. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | **call or send message** <br><br> 1   Tap 🔲 in the global navigation bar to open the address book. <br><br> 2   Tap a contact name to see its details. <br><br> 3   In the details list: <br><br> • Tap the phone number following the mobile phone indicator 📱 to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax). <br><br> • Tap the message indicator ✉ to the **right** of a phone number to send an SMS or MMS message to the number. <br><br> • Tap the email address following the email indicator 📧 to send an email message to the address. Alternatively, tap the message indicator ✉ to the **right** of the email address to send an MMS message to the address. <br><br> MING Manual at 54-55. <br><br> WM5 teaches displaying contact objects associated at least with text messaging: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | <br><br>WM5 on a Treo 700w depicting a second contact object associated with a text message – the "Send Text Message" option, indicated in red.<br><br>WM5 also teaches a contact details screen from the contact list which displays contact objects associated with a text message and email: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
|  |  |

WM5 on a Treo 700w depicting a contact object associated with text messaging – the "Send Text Message" option, and a contact object associated with email – the "Send e-mail" option, indicated in red.

*TAKEphONE* teaches an "SMS" button, a second contact object associated with a non-telephonic communication modality:

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | *TAKEphONE* at 14-15.<br><br>*TAKEphONE* also teaches a "find" button, which brings up details on the contact.<br><br>Tap the "**Find...**" button to try and locate a contact matching the selected entry in the address-book, and open it in the "**Details**" form.<br><br>*TAKEphONE* at 15.<br><br>The "Details" form has additional contact options:<br><br>Once you've found a contact and selected it, it will be displayed in the "**Details**" form:<br><br><br><br>*TAKEphONE* at 9.<br><br>Tapping the  ("**SMS**") button will open a dialog displaying all the record's **phone & email** fields, so you can select a target for a new **SMS** message to be composed and sent using the **SMS application** selected at "Options/Preferences" ➔ "Applications" tab.<br><br>*TAKEphONE* at 9.<br><br>TealPhone teaches a contact object corresponding to a non-telephonic |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | communication modality:<br><br><br><br>TealPhone, depicting an SMS button, an Email address and "Email" button, and a web address and "Goto" button, three examples of second contact objects associated with a non-telephonic communication modality.<br><br>Agenda Fusion teaches contact objects associated with email and SMS:<br><br>Agenda Fusion, depicting a contact object associated with email, and a contact |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | object associated with SMS, indicated in red.<br><br>*Agendus Guide* teaches contact objects for Email, SMS, and MMS:<br><br><br><br>**Figure 13. Contact View**<br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches contact objects associated with email and with a web address: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  Agendus 10.0, depicting a second contact object associated with a non-telephonic communication modality, in these two examples, an email address and a web address, indicated in red.<br><br>It would have been obvious to combine Twerdahl with Hawkins, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions.  In fact, Twerdahl teaches applying the UI elements of the invention to both an "address list" or a "call history list."  Indeed, the title of the patent is "MAKING A CALL FROM AN ADDRESS LIST OR A CALL HISTORY LIST."  The example shown in the patent specification is of a call history list, but it is made clear that these concepts can be applied to other contact-centric lists, such as an address list:<br><br>"The foregoing description includes a discussion of applications using a call history list. Another type of list is an address list (not shown), as discussed above with respect to FIG. 1. In one embodiment, an address list includes a predefined directory of phone numbers and names associated with those phone numbers."  Twerdahl at |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | 7:35-40. |
| **[1G]**  immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.  For example:<br><br>"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58.<br><br>"Address details 602 preferably includes the selected phone number and any other phone numbers that may be associated with the name for the selected phone number 502. In the example of FIG. 6, three phone numbers, including the selected phone number 502 displayed on the main screen, are included in the address details 602. Once the address details are shown on the display device, the user preferably taps the number that the user wants to call. The call device 101 is then triggered, as discussed above with respect to the discussion of FIG. 5. In an alternative embodiment, the address details 602 includes other user-defined information, such as fax numbers, nicknames, street addresses, etc."  Twerdahl at 7:22-34. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | To the extent this limitation is not anticipated by Twerdahl, it would have been obvious to one of ordinary skill in the art to combine the call details screen, email addresses, and gestures on a missed call list, taught in Twerdahl, to, immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.  Furthermore, immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example, Moore, Hawkins, Kun, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example: <br><br> Hawkins teaches selecting an alternate communication mode and immediately initiating communication: <br><br> "The user can use five-way button 104 to navigate within menu 301A in order to highlight an alternate contact mode 302, and can then press activation switch 106 to activate that contact mode 302."  Hawkins at 12:50-54. <br><br> "Device 100 may also include one or more mechanisms for accepting input from the user. In one embodiment, screen 102 is touch-sensitive, so that the user may interact with device 100 by touching or writing on the surface of screen 102 using a stylus, finger, or other object."  Hawkins at 5:39-44. <br><br> Kun teaches initiating a communication with a respective caller via a non-telephonic |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | communication modality corresponding to an email contact object: <br><br> "The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which presents the user with one or more options for communicating with the other party." Kun at ¶ [0035]. <br><br> *Mitel 8690* teaches initiating a communication with a respective caller via a non-telephonic communication modality corresponding to a second contact object: <br><br> "If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 111. <br><br> Holder teaches selecting any of the two telephone numbers (314 A and B), email address (314C) or instant messaging pager address (314D): |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | <br><br>Holder, Figure 7.<br><br>Bocking teaches a pop-up menu of user options with a second contact object for "creating and sending a short message service (SMS)":<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5.<br><br><br><br>FIG.5<br><br>"Once the pager address 314D is highlighted a "Select" function 316 provided on the third screen display 314 can be selected and activated. As shown in FIG. 8, a pager message 318 can be entered on the screen of the wireless device 302 using a keypad 320 of the wireless device 302. Once the pager message 318 is entered, a "Send" function can be activated on the wireless device 302 to transmit the entered pager message 318 to the missed caller as a recipient of the pager message 318." Holder |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | at 9:30-39.<br><br>Moore teaches immediately initiating non-telephonic communication upon selection of a contact object:<br><br>"As is shown in FIG. 4, the call log manager then displays an address book display 32 on the screen 27. The address book display is arranged as an alphabetical page in an address book and contains all of the stored contact information and addresses for the party associated with the selected entry. The customer selects the PDA contact address using the cursor and pointing device. As is shown in FIG. 5, the call log manager launches an E-mail program and provides the customer with an E-mail window 34 addressed to the party associated with the address book. The customer then types in a message as desired and sends the E-mail using conventional methods."  Moore at 6:6-17.<br><br>A1200 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1   Tap 📞 **Calls** in the application launcher screen to open the call history screen.<br><br>2   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3   Tap an entry to see call details (time, date, duration).<br><br>4   Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br><table><tr><td colspan="2"><b>options</b></td></tr><tr><td><b>Store</b></td><td>Create an address book entry with the number stored in the number type field you specify.</td></tr><tr><td><b>Send SMS</b></td><td>Open a new text message with the number in the <b>To</b> field.</td></tr><tr><td><b>Send MMS</b></td><td>Open a new multimedia message with the number in the <b>To</b> field.</td></tr><tr><td><b>Delete</b></td><td>Delete the entry.</td></tr></table><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | WM5 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object:  WM5 on a Treo 700w depicting selection of the second contact object, and initiating communication with the caller via text message. WM5 also teaches the contact details screen from the contact list initiates a communication via a non-telephonic communication modality corresponding to a second contact object in response to detecting user selection of the second contact object: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and  initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.<br><br>*TAKEphONE* teaches initiating non-telephonic communications from the 'Details' screen:<br><br>Tap the **"Details…"** button to show all entry details: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |

*TAKEphONE* at 14-15.

Tap the "**SMS**" button to start an SMS message to the contact.

*TAKEphONE* at 15.

TealPhone immediately initiates a non-telephonic communication in response to selection of a second contact object:

TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user.

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | <br><br>TealPhone, depicting selecting an email address, a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user by selecting the "Email" button.<br><br>TealPhone, depicting selecting a web address, a second contact object associated with a non-telephonic communication modality, and opening a web page at the web address previously selected by pressing the "Goto" button.<br><br>Agenda Fusion teaches selecting E-mail or SMS contact objects on a contact details |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | screen:  Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user. Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication. *Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email" or "New SMS": |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |

**Figure 13. Contact View**

*Agendus Guide* at 16.

Agendus 10.0 teaches selecting email or web address objects on a contact details screen:

| **U.S. Patent No. 8,014,760[11]** | **United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art** |
|---|---|
| |  |

Agendus 10.0, depicting immediately initiating an email communication by selecting the email address, indicated in red.

Agendus 10.0, depicting immediately initiating a web page in a browser by selecting the web address, indicated in red.

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | It would have been obvious to combine Twerdahl with Hawkins, Kun, *Mitel 8690*, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions.  In fact, Twerdahl teaches applying the UI elements of the invention to both an "address list" or a "call history list."  Indeed, the title of the patent is "MAKING A CALL FROM AN ADDRESS LIST OR A CALL HISTORY LIST."  The example shown in the patent specification is of a call history list, but it is made clear that these concepts can be applied to other contact-centric lists, such as an address list: <br><br> "The foregoing description includes a discussion of applications using a call history list. Another type of list is an address list (not shown), as discussed above with respect to FIG. 1. In one embodiment, an address list includes a predefined directory of phone numbers and names associated with those phone numbers."  Twerdahl at 7:35-40. <br><br> *See* **[12K]**. |
| **[2]**  The method of claim 1, wherein the second contact object is an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. | Twerdahl teaches the second contact object is an email contact object.  For example: <br><br> "The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof." Twerdahl at 6:50-58. <br><br> To the extent this limitation is not anticipated by Twerdahl, it would have been obvious to one of ordinary skill in the art to combine the call details screen, email |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | addresses, and gestures on a missed call list, taught in Twerdahl, to have the second contact object be an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. Furthermore, having the second contact object be an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as email.  For example, Moore, Hawkins, Kun, *Mitel 8690*, Holder, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as email.  For example: Hawkins teaches an alternate communication mode is an email contact object: "Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:40-46; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |

Kun teaches an email address contact object, and selecting that email address:

"The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which presents the user with one or more options for communicating with the other party." Kun at ¶ [0035].

*Mitel 8690* teaches initiating a communication via a non-telephonic communication modality corresponding to a second contact object and preparing an email message with the selected email address:

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | • **Advanced Mailbox:** If E-Mail Reader is enabled for your mailbox, you have access to voice mail, e-mail, and fax messages in your mailbox. You can also customize your personal mailbox options, and access advanced messaging features. See page 121 for information and instructions about using E-Mail Reader features. For a voice mail flowchart for advanced mailbox users, see page 133. *Mitel 8690* at 15. **NOTE:** If you have the Enterprise® Messaging (EM) voice mail system, you also have access to advanced communication and messaging features such as E-Mail Reader and Automatic Speech Recognition (ARS). For more information about EM, see page 17 *Mitel 8690* at 15. **Recording and Sending Voice Mail Messages** You can record and send voice mail messages by accessing the record option on the main menu. **NOTE:** If E-Mail Reader is enabled for your mailbox, a reply to an e-mail message (see page 127) is a recorded voice message that is attached to the e-mail as a `.wav` file. *Mitel 8690* at 60. Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as email: "Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In various aspects of the present methods and systems, the user (such as a subscriber |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device." Holder at 3:19-30.

"The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device." Holder at 9:44-52.

Moore teaches an additional contact object for email:

"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log." Moore at 5:18-30.

WM5 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |

WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.

*TAKEphONE* teaches email addresses, and preparing an email ready for text input:

The "Details" form displays all of the record's fields in 5 groups, in the order shown above, starting from its **phone** fields with the default phone number highlighted.

*TAKEphONE* at 9.

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | Tapping a field containing an **email address** (or pressing the **OK button/Jog-Dial** when it's highlighted) will start a new **email** to that address, using the **email application** selected at "Options/Preferences" ➜ "Applications" tab.<br><br>*TAKEphONE* at 9.<br><br>TealPhone teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user:<br><br><br><br>TealPhone, depicting selecting "Email," a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user.<br><br>Agenda Fusion teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>*Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email": |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  **Figure 13. Contact View** *Agendus Guide* at 16. Agendus 10.0 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | 

Agendus 10.0, depicting initiating an email communication by selecting the email address, indicated in red.

It would have been obvious to combine Twerdahl with Hawkins, Kun, *Mitel 8690*, Holder, Moore, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions.  In fact, Twerdahl teaches applying the UI elements of the invention to both an "address list" or a "call history list."  Indeed, the title of the patent is "MAKING A CALL FROM AN ADDRESS LIST OR A CALL HISTORY LIST."  The example shown in the patent specification is of a call history list, but it is made clear that these concepts can be applied to other contact-centric lists, such as an address list:

"The foregoing description includes a discussion of applications using a call history list. Another type of list is an address list (not shown), as discussed above with respect to FIG. 1. In one embodiment, an address list includes a predefined directory of phone numbers and names associated with those phone numbers."  Twerdahl at 7:35-40. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| **[3]** The method of claim 1, wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. | To the extent this limitation is not anticipated by Twerdahl, it would have been obvious to one of ordinary skill in the art to combine the call details screen, email addresses, and gestures on a missed call list, taught in Twerdahl, to have the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. Furthermore, having the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art. It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as instant message. For example, Moore, Hawkins, Kun, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as instant message. For example: Hawkins teaches the second contact object is a page or text messaging contact object: "Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600." Hawkins at 12:40-46; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |
| | "SMS addresses. Launches a text messaging application in a Compose New Message view, with an address associated with button 701 inserted automatically into the To: field."  Hawkins at 15:12-15. Kun teaches sending an SMS or multimedia message, as well as contact objects for non-telephonic communications modalities: "In alternate embodiments, the menu 550 can include any suitable types of communication modes."  Kun at ¶ 0037. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | <br><br>Kun, Figs. 5c-d.<br><br>*Mitel 8690* teaches the second contact object is a station messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing a station message to the number associated with the second contact object, ready for input by the user:<br><br>"If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 118.<br><br>Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as instant messages: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | "Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In various aspects of the present methods and systems, the user (such as a  subscriber of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device."  Holder at 3:19-30.<br><br>"The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device."  Holder at 9:44-52.<br><br>Bocking teaches a pop-up menu of user options with a second contact object "creating and sending a short message service (SMS)":<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, for adding the phone number associated with call 58 to the speed dial list maintained |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
|  | by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5. |



FIG.5

Moore teaches an additional contact object for instant messaging:

"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>A1200 teaches wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user:<br><br><table><tr><td colspan="2">**options**</td></tr><tr><td>Store</td><td>Create an address book entry with the number stored in the number type field you specify.</td></tr><tr><td>Send SMS</td><td>Open a new text message with the number in the **To** field.</td></tr><tr><td>Send MMS</td><td>Open a new multimedia message with the number in the **To** field.</td></tr><tr><td>Delete</td><td>Delete the entry.</td></tr></table><br>MING Manual at 47.<br><br>WM5 initiates an instant message communication upon selection of the "Send Text Message" contact object: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |

WM5 on a Treo 700w depicting selection of the second contact object, and initiating communication with the caller via text message.

WM5 also teaches a contact details screen from the contact list which prepares an instant message to the number associated with the second contact object, ready for text input by the user after selection of a second contact object:

WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.

*TAKEphONE* teaches sending text messages from the 'Details' screen:

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |

Inside the right cell:

Tap the "**Details…**" button to show all entry details:

*TAKEphONE* at 14-15.

Tap the "**SMS**" button to start an SMS message to the contact.

*TAKEphONE* at 15.

TealPhone teaches immediately initiating SMS communications when an SMS contact object is selected:

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user.<br><br>Agenda Fusion teaches selecting an SMS contact object on a contact details screen:<br><br><br><br>Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication.<br><br>*Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New SMS": |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | 

Figure 13. Contact View

*Agendus Guide* at 16.

Agendus 10.0 teaches selecting an instant messaging object on the contact details screen, and preparing an instant message ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  |

Agendus 10.0, depicting initiating an instant message communication by selecting the 'New SMS Message' option, indicated in red, from any of the available telephone numbers.

It would have been obvious to combine Twerdahl with Hawkins, Kun, *Mitel 8690*, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions.  In fact, Twerdahl teaches applying the UI elements of the invention to both an "address list" or a "call history list."  Indeed, the title of the patent is "MAKING A CALL FROM AN ADDRESS LIST OR A CALL HISTORY LIST." The example shown in the patent specification is of a call history list, but it is made clear that these concepts can be applied to other contact-centric lists, such as an address list:

"The foregoing description includes a discussion of applications using a call history list. Another type of list is an address list (not shown), as discussed above with respect to FIG. 1. In one embodiment, an address list includes a predefined directory of phone numbers and names associated with those phone numbers."  Twerdahl at

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | 7:35-40. |
| | |
| **[4]**  The method of claim 1, wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls. | To the extent this limitation is not anticipated by Twerdahl, it would have been obvious to one of ordinary skill in the art to combine the missed call list, taught in Twerdahl, to have a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls.  Furthermore, having a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls.  For example, Hawkins, Ambrose, Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these contentions teach wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls.  For example:

Hawkins teaches only showing each number in a list once:

"In one embodiment, each number 604 appears only once in redial list 603. If a number 604 was dialed more than once, it only appears once (sorted with other items according to the most recent call to that number). For example, if the fifth number 604 is dialed again, it moves to the first position and is removed from the fifth position."  Hawkins at 12:20-25.

Ambrose teaches a list showing only missed calls, and collapsing entries in a list:

"The number of entries displayed and/or stored for a particular user may be determined by a system administrator and typically depends on the system-wide available storage. In other embodiments, the user may select a sort function and choose to have the entries displayed in various other formats other than by descending date, e.g., by name and number or by call result."  Ambrose at 5:24-30. |

- 97 -

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | "Additional details of the event may be viewed by selecting the "+" icon for the desired entry. With combined reference to FIG. 3, the entry for "Tom Neil x309" is expanded to display the event details 302. In this particular embodiment, the event details include several lines below the entry showing the steps the system took to place the communication between x309 and x291. Various other event details may also be displayed in addition to or in lieu of the system steps. To collapse the event details, the user may select the "-" icon and call log 200 returns to the condensed table as illustrated in FIG. 2."  Ambrose at 6:11-20.<br><br>Bocking teaches "presenting information relating to logged phone calls in a collapsed manner, meaning that . . . only the most recent in time call is listed in the call log":<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact."  Bocking at 4:49-64. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
|  |  FIG.3   FIG.7 Sherrard teaches a list in which list items may correspond to a number of missed calls, for each contact: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  FIG. 4 Sherrard, Figure 4. "Indicators 422 illustrate a graphical indicator and a text indicator for a missed telephone call from one identified contact (e.g., Nate). Indicator 424 illustrates that an email message is waiting from another identified contact. Other indicators can also be associated with a contact, such as graphical icons and/or text strings as may |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | be desired for a variety of indications such as text message waiting, voice message waiting, picture message waiting, as well as others." Sherrard at 7:5-13.<br><br>Stifelman teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact:<br><br><br><br>Figure 4<br><br>Stifelman, Figure 4.<br><br>"In illustrative embodiments of the invention, messages and/or missed calls made to a subscriber are summarized. When integrated with a personal address book, the summary may efficiently provide both the number of missed calls and messages, and names of callers. The subscriber may be provided with the summary of missed calls and messages upon going off-hook. A more detailed review of each missed call and message may be provided by accessing a message center." Stifelman at ¶ [0025]. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | "In various embodiments, retrieval of the caller's name from the subscriber's personal address book may allow the message center to effectively group and present missed calls and/or messages. Calls by the same contact may be grouped, albeit missed calls and/or messages, so that all the information someone needs about a contact (such as how many times they called, any messages, and the time-stamps of their calls) is summarized together rather than being dispersed by calls from other contacts. This makes message and missed call review by the subscriber more efficient." Stifelman at ¶ [0056].<br><br>Richard teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact. In this example, the "John Sorenson" list item represents 7 separate missed call events:<br><br><br><br>Richard, Figures 1 & 2.<br><br>"In the missed calls menu, items of said missed calls stack is displayed as a list having entries said 101-105 on said display mean. In Fig. 1, said list is ordered according to the number of times each caller has called. In the missed calls stack, missed calls are listed with a number or a name as explained above. Thus, if a name couldn't be associated to a number, the number is displayed which is the case for |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | entry 104 "98754312". When the user enters the list of missed calls, all numbers or names are listed in order of the number of missed calls. Here, John Sorensen 101 has called most times, and entry Niels 105 least times."  Richard at 3:20-32.<br><br>It would have been obvious to combine Twerdahl with Hawkins, Ambrose, Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these contentions.  In fact, Twerdahl teaches applying the UI elements of the invention to both an "address list" or a "call history list."  Indeed, the title of the patent is "MAKING A CALL FROM AN ADDRESS LIST OR A CALL HISTORY LIST." The example shown in the patent specification is of a call history list, but it is made clear that these concepts can be applied to other contact-centric lists, such as an address list:<br><br>"The foregoing description includes a discussion of applications using a call history list. Another type of list is an address list (not shown), as discussed above with respect to FIG. 1. In one embodiment, an address list includes a predefined directory of phone numbers and names associated with those phone numbers."  Twerdahl at 7:35-40. |
| | |
| **[5]**  The method of claim 1, including, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | To the extent this limitation is not anticipated by Twerdahl, it would have been obvious to one of ordinary skill in the art to combine the missed call list, taught in Twerdahl, to display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  Furthermore, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  For example, Bocking, Sherrard, Stifelman, Richard and/or other similar references listed in these contentions teach while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | indicating a plurality of consecutive missed telephone calls.  For example:<br><br>Bocking teaches a collapsed list of calls associated with a phone number, and indicating a number of calls associated with that item:<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact." Bocking at 4:49-64; *see also* Fig. 3.<br><br>"As seen on FIG. 7, in addition to the listing of calls, the call history may include, without limitation, the name and phone number associated with the chosen call 58, the nature (i.e., place, received or missed) and duration of the last call, and the number of calls included in the history." Bocking at 6:21-26; *see also* Fig. 7. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| |  FIG.3     FIG.7<br><br>Sherrard teaches a list in which list items may correspond to a number of missed calls and that number is indicated on the text portion of the status indicator, for each contact: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | 

FIG. 4

Sherrard, Figure 4.

"Indicators 422 illustrate a graphical indicator and a text indicator for a missed telephone call from one identified contact (e.g., Nate). Indicator 424 illustrates that an email message is waiting from another identified contact. Other indicators can also be associated with a contact, such as graphical icons and/or text strings as may be desired for a variety of indications such as text message waiting, voice message waiting, picture message waiting, as well as others."  Sherrard at 7:5-13.

Stifelman teaches a missed calls list in which each list item corresponds to a number |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | of missed calls as indicated in the "times" column, for each contact: |



Figure 4

Stifelman, Figure 4.

"In illustrative embodiments of the invention, messages and/or missed calls made to a subscriber are summarized. When integrated with a personal address book, the summary may efficiently provide both the number of missed calls and messages, and names of callers. The subscriber may be provided with the summary of missed calls and messages upon going off-hook. A more detailed review of each missed call and message may be provided by accessing a message center." Stifelman at ¶ [0025].

"In various embodiments, retrieval of the caller's name from the subscriber's personal address book may allow the message center to effectively group and present missed calls and/or messages. Calls by the same contact may be grouped,

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | albeit missed calls and/or messages, so that all the information someone needs about a contact (such as how many times they called, any messages, and the time-stamps of their calls) is summarized together rather than being dispersed by calls from other contacts. This makes message and missed call review by the subscriber more efficient." Stifelman at ¶ [0056]. <br><br> More generally, Richard teaches storing and displaying the number of times a caller has left a missed call at the user's device: <br><br> "In this example, said specific information comprises an indication of the caller, the number of times said caller has called, and the date and/or time the last call was received for this indication."  Richard at 3:7-10. <br><br> It would have been obvious to combine Twerdahl with Bocking, Sherrard, Stifelman, Richard and/or other similar references listed in these contentions.  In fact, Twerdahl teaches applying the UI elements of the invention to both an "address list" or a "call history list."  Indeed, the title of the patent is "MAKING A CALL FROM AN ADDRESS LIST OR A CALL HISTORY LIST."  The example shown in the patent specification is of a call history list, but it is made clear that these concepts can be applied to other contact-centric lists, such as an address list: <br><br> "The foregoing description includes a discussion of applications using a call history list. Another type of list is an address list (not shown), as discussed above with respect to FIG. 1. In one embodiment, an address list includes a predefined directory of phone numbers and names associated with those phone numbers." Twerdahl at 7:35-40. |
| [7]  The method of claim 1, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user | To the extent this limitation is not anticipated by Twerdahl, it would have been obvious to one of ordinary skill in the art to combine the missed call list, taught in Twerdahl, to have the second interactive displayed portion of the respective user selected item be identified by an icon displayed within the respective user selected |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| selected item. | item.  Furthermore, having the second interactive displayed portion of the respective user selected item be identified by an icon displayed within the respective user selected item would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have the second interactive displayed portion of the respective user selected item be identified by an icon displayed within the respective user selected item.  For example, Hanson, Sherrard, Ambrose, Jin, and/or other similar references listed in these contentions teach the method of claim 1, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.  For example:<br><br>Sherrard teaches selecting an icon that represents a contact in the contact-centric list (which may be displayed in the form of various shapes, including a standard list), which leads to a second list containing contact objects for initiating communication with the respective caller:<br><br>"FIG. 13 is an illustration of another example user interface interaction sequence (1300) that illustrates selection of various communication modes associated with a preferred contact. As illustrated in the figure, a preferred contact is initially selected from the idle screen by activating the "Select" key for the currently selected contact. The interaction activates the communication options menu, which includes a set of choices such as "Call", "Messaging", "Instant Messaging", "Email", etc., similar to that described previously for FIG. 2."  Sherrard at 12:29-37; *see also* Fig. 3.<br><br>"An arrangement of graphical icons is used to indicate each of the communication modes that is available for the currently selected contact. The graphical icons are arranged about a central axis relative to the display screen. The user interface in this example is arranged such that selection of the left and right navigation keys will result in rotationally changing the location of each of the graphical icons relative to the central axis. The currently selected communication mode in this example corresponds to the graphical icon that is located in the bottom center location of the |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | display screen. The currently selected graphical icon also includes a text string that is displayed in the bottom center area of the display screen. A selection indicator in this example is illustrated by the box that surrounds the graphical icon and the associated text string."  Sherrard at 12:38-52; *see also* Fig. 3.<br><br><br><br>Sherrard, Figure 13.<br><br>Ambrose discloses using icons to represent the type of event in each list item:<br><br>"In addition to the descriptive words in the result column, other embodiments may include an icon representation of the result of the event. as described, an icon may be used to display the type of call, i.e., incoming or outgoing. As illustrated in call log 200, the type of call icon also includes another indication, such as an arrow ("transferred") or letter ("voicemail"), which may be used to display the result of the event."  Ambrose at 6:3-10. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | The icon is an interactive displayed portion:<br><br>"In another embodiment of a real-time call log status system, the user may perform an action to obtain the current status. the user may move a cursor, or the like, over the entry to cause a pop-up script. The script may indicate the real-time status, such as "Available", "Unavailable", "Leave Voice Mail", etc. In one particular embodiment, the user may view an icon to see the real-time status (e.g., "Unavailable") and hover over the icon to view a pop-up script containing a detailed status (e.g., "Out-To-Lunch")." Ambrose at 7:8-19.<br><br>Hanson teaches items in a missed call list with multiple interactive display portions, wherein the interactive portion for displaying contact information is identified by an icon:<br><br>"It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log." Hanson at ¶ [0088].<br><br>Jin teaches a second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item:<br><br>"The call history recording function provides a user with call connection start time, time spent for communica-tion (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | record as shown in FIG. 1." Jin at [0008].<br><br>"A screen shot illustrating an example of a conventional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)." Jin at [0009].<br><br><br><br>Jin, FIG. 1.<br><br>"Herein, the call history information denotes information is generated according to call status (i.e., whether the |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | call is an outgoing or an incoming call). The call history information is interworked with the phone directory, thereby generating the latest communication records according to an embodiment of the present invention as shown in FIG. 4." Jin at [0042].<br><br>" A screenshot illustrating a procedure of generating the latest communication records enabling selection of a phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which one or more different phone numbers are displayed corresponding to a phone number according to call status." Jin at [0045].<br><br>"In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated." Jin at [0046].<br><br>"The latest communication record image is changed |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication."  Jin at [0053].<br><br><br><br>Jin, FIG. 4.<br><br>It would have been obvious to combine Twerdahl with Hanson, Sherrard, Ambrose, Jin, and/or other similar references listed in these contentions.  In fact, Twerdahl teaches applying the UI elements of the invention to both an "address list" or a "call |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | history list."  Indeed, the title of the patent is "MAKING A CALL FROM AN ADDRESS LIST OR A CALL HISTORY LIST."  The example shown in the patent specification is of a call history list, but it is made clear that these concepts can be applied to other contact-centric lists, such as an address list:<br><br>"The foregoing description includes a discussion of applications using a call history list. Another type of list is an address list (not shown), as discussed above with respect to FIG. 1. In one embodiment, an address list includes a predefined directory of phone numbers and names associated with those phone numbers."  Twerdahl at 7:35-40. |
| | |
| **[8A]**  A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent this preamble is limiting, Twerdahl teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.  For example:<br><br>*See* **[1A]**.<br><br>"According to one embodiment of the invention, mobile phone applications are provided by computer system 900 in response to processor 904 executing one or more sequences of one or more instructions contained in main memory 906. Such instructions may be read into main memory 906 from another computer-readable medium, such as storage device 910. Execution of the sequences of instructions contained in main memory 906 causes processor 904 to perform the process steps described herein." Twerdahl at 9:15-23. |
| **[8B]**  display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | Twerdahl teaches displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>*See* **[1B]**.<br><br>It is inherent in Twerdahl's teachings that portable electronic devices that display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[8C]**  immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.<br><br>*See* **[1C], [12G]**.<br><br>It is inherent in Twerdahl's teachings that portable electronic devices that, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item, do so with instructions.  In the alternative, this would have been |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | obvious to one of ordinary skill in the art. |
| **[8D]**  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>*See* **[1D]**, **[12H]**.<br><br>It is inherent in Twerdahl's teachings that portable electronic devices that, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[8E]**  a first contact object comprising a telephone number object having the return telephone number, and | Twerdahl teaches a first contact object comprising a telephone number object having the return telephone number.<br><br>*See* **[1E]**. |
| **[8F]**  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.<br><br>*See* **[1F]**. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| **[8G]** immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.  Twerdahl teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.  *See* **[1G]**, **[12K]**.  It is inherent in Twerdahl's teachings that portable electronic devices that, immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[9]** The computer readable storage medium of claim 8, including instructions that cause the device to, while displaying the list of interactive items comprising missed telephone calls, display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | *See* **[5]**. |
| **[10A]** A portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, Twerdahl teaches a portable electronic device with a touch screen display.  *See* **[1A]**. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| **[10B]** memory; | Twerdahl teaches memory.  For example:<br><br>"Computer system 900 also includes a main memory 906, such as a random access memory (RAM) or other dynamic storage device, coupled to bus 902 for storing information and instructions to be executed by processor 904.  Main memory 906 also may be used for storing temporary variables or other information during execution of instructions to be executed by processor 904.  Computer system 900 further includes a read only memory (ROM) 908 or other static storage device coupled to bus 902 for storing static information and instructions for processor 904.  A storage device 910, such as a magnetic disk or optical disk, is provided and coupled to bus 902 for storing information and instructions"  Twerdahl at 8:50-62.<br><br>It is inherent in Twerdahl's disclosure that electronic devices executing the systems described in Twerdahl have memory.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[10C]** one or more processors; and | Twerdahl teaches one or more processors.  For example:<br><br>"Computer system 900 includes a bus 902 or other communication mechanism for communicating information, and a processor 904 coupled with bus 902 for processing information."  Twerdahl at 8:47-50.<br><br>It is inherent in Twerdahl's disclosure that electronic devices executing the systems described in Twerdahl have one or more processors.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[10D]** one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | Twerdahl teaches one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions.  For example:<br><br>"Computer system 900 also includes a main memory 906, such as a random access memory (RAM) or other dynamic storage device, coupled to bus 902 for storing information and instructions to be executed by processor 904.  Main memory 906 |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | also may be used for storing temporary variables or other information during execution of instructions to be executed by processor 904.  Computer system 900 further includes a read only memory (ROM) 908 or other static storage device coupled to bus 902 for storing static information and instructions for processor 904.  A storage device 910, such as a magnetic disk or optical disk, is provided and coupled to bus 902 for storing information and instructions"  Twerdahl at 8:50-62.<br><br>It is inherent in Twerdahl's disclosure that electronic devices executing the systems described in Twerdahl have one or more programs stored in the memory and configured for execution by the one or more processors.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[10E]**  displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>*See* **[8B]**. |
| **[10F]**  immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | return telephone call to a return telephone number associated with the respective user selected item.<br><br>*See* [**8C**]. |
| [10G]  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>*See* [**8D**]. |
| [10H]  a first contact object comprising a telephone number object having the return telephone number, and | Twerdahl teaches a first contact object comprising a telephone number object having the return telephone number.<br><br>*See* [**1E**]. |
| [10I]  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.<br><br>*See* [**1F**]. |
| [10J]  immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | Twerdahl teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. *See* [8G]. |
| **[11]** The device of claim 10, including instructions for, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | *See* [5]. |
| **[12A]** A method performed at a portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, Twerdahl teaches a method performed at a portable electronic device with a touch screen display. *See* [1A]. |
| **[12B]** displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls. For example:<br><br>"Once a call history list is displayed, as in FIG. 3, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA 100 preferably includes selection mechanism that recognizes when part of a list 201 has been selected. In one embodiment, the user may tap on a selected name 304 if the |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | user wants to view details of a selected call."  Twerdahl at 6:18-24; *see also* Fig. 3.<br><br><br><br>Twerdahl, Figure 3. |
| **[12C]**  wherein at least one interactive displayed item in the list is associated with a missed telephone call, | Twerdahl teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.  For example:<br><br>"The list 201 of FIG. 2 has call history list records that have phone numbers 204 and names 202 associated with those phone numbers 204.  The embodiment of FIG. 2 shows a call history list of missed calls.  A missed call is an incoming call that was not answered by the user."  Twerdahl at 5:52-56. |
| **[12D]**  wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | Twerdahl teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.  For example:<br><br>"Where an incoming or outgoing call can be matched with a phone number 204 in |

- 123 -

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | memory, the phone number 204 is shown in the list record 203 of the call history list. Where an incoming or outgoing call can be matched with a name 202 in memory, the name 202 is also shown in the list record 203 of the call history list. This matching occurs when a name 202 is previously stored in memory, such as in an address book of the PDA 100, and is associated with the phone number 204. When the phone number 204 is identified in the address book, the associated name 202 is included in the appropriate call history list record. Where an incoming or outgoing call does not have a name 202 associated with a phone number in memory, the call history list preferably stores an "unnamed" list record 208." Twerdahl at 5:57 – 6:3. |
| **[12E]**  wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Twerdahl teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.  *See* **[1B]**. |
| **[12F]**  wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:  **[12G]**  receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.  Twerdahl teaches wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input initiate a return telephone call to a telephone number associated with that interactive displayed item. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | *See* **[1B]**, **[1C]**. |
| | It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all run or describe running on Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example: |
| | *TAKEphONE* describes using Palm devices without a stylus: |
| | • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's. |
| | *TAKEphONE*, at 2. |
| | *Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": |
| | 2. Resistive Touch Screens<br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field. |
| | *Finger Instead of Mouse* at 391. |
| **[12H]**  receive a finger tap input in the second interactive displayed portion of the interactive | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches receiving a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>*See* [**1D**].<br><br>It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input. For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w. For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus:<br><br>• **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's.<br><br>*TAKEphONE*, at 2.<br><br>*Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | 2. Resistive Touch Screens<br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| **[12I]** a first contact object comprising a telephone number associated with the caller, and | Twerdahl teaches a first contact object comprising a telephone number associated with the caller.<br><br>*See* **[1E]**. |
| **[12J]** a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* **[1F]**. |
| **[12K]** detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.  For example:<br><br>*See* **[1G]**.<br><br>It was well known to persons of ordinary skill in the art at the time that touch |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | screens could be operated by using a finger tap input.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus:<br><br> • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities **– finding** contacts and/or **creating/editing** them **–** in a faster and more convenient way **–** without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's.<br>*TAKEphONE*, at 2.<br><br>*Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object":<br><br>2. Resistive Touch Screens<br> A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| | |
| **[13]**  The method of claim 12, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive | *See* **[7]**. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| displayed item. | |
| | |
| **[14A]**  A portable electronic device, comprising: | To the extent this preamble is limiting, Twerdahl teaches a portable electronic device.<br><br>*See* **[1A]**. |
| **[14B]**  one or more processors; | Twerdahl teaches one or more processors.<br><br>*See* **[10C]**. |
| **[14C]**  a touch screen display; | Twerdahl teaches a touch screen display.<br><br>*See* **[1A]**. |
| **[14D]**  a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device, the instructions comprising: | Twerdahl teaches a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device.<br><br>*See* **[8A]**. |
| **[14E]**  instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* **[12B]**.<br><br>It is inherent in Twerdahl's teachings that portable electronic devices that display a list on the touch screen display, the list comprising a plurality of interactive |

- 129 -

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | displayed items associated with telephone calls, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[14F]**  wherein at least one interactive displayed item in the list is associated with a missed telephone call, | Twerdahl teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.<br><br>*See* **[12C]**. |
| **[14G]**  wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | Twerdahl teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.<br><br>*See* **[12D]**. |
| **[14H]**  wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Twerdahl teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* **[12E]**. |
| **[14I]**  instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item.<br><br>*See* **[12G]**. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | It is inherent in Twerdahl's teachings that portable electronic devices that receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[14J]**  instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.

Twerdahl teaches instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substitute display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects.

*See* **[12H]**.

It is inherent in Twerdahl's teachings that portable electronic devices that receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[14K]**  a first contact object associated with | Twerdahl teaches a first contact object associated with initiating a telephone call to |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| initiating a telephone call to the caller, | the caller.<br><br>*See* **[1E]**. |
| **[14L]**  a second contact object associated with sending an email to the caller, and | Twerdahl teaches a second contact object associated with sending an email to the caller.<br><br>*See* **[1F]**, **[2]**. |
| **[14M]**  a third contact object associated with sending an instant message to the caller; and | Twerdahl teaches a third contact object associated with sending an instant message to the caller.<br><br>*See* **[1F]**, **[3]**. |
| **[14N]**  instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected.<br><br>*See* **[12K]**, **[2]**, **[3]**.<br><br>It is inherent in Twerdahl's teachings that portable electronic devices that detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
|  |  |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| **[15]** The device of claim 14, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the item. | *See* **[7]**. |
| | |
| **[16A]** A method performed at a portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, Twerdahl teaches a method performed at a portable electronic device with a touch screen display.<br><br>*See* **[1A]**. |
| **[16B]** displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* **[12B]**. |
| **[16C]** wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | Twerdahl teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>*See* **[12C]**, **[12D]**. |
| **[16D]** wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive | Twerdahl teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* **[12E]**. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| displayed portion; | |
| **[16E]** detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.  For example:<br><br>*See* **[12G]**. |
| **[16F]** detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.  For example:<br><br>*See* **[12H]**. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| **[16G]**  a first contact object associated with a telephone number for contacting the caller, and | Twerdahl teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* **[1E]**. |
| **[16H]**  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* **[1F]**. |
| **[16I]**  immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[1G]**. |
|  |  |
| **[17]**  The method of claim 16, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* **[7]**. |
|  |  |
| **[18A]**  A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed | To the extent this preamble is limiting, Twerdahl teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| by a portable electronic device with a touch screen display, cause the device to: | *See* **[8A]**. |
| **[18B]**  display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.

Twerdahl teaches displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls.

*See* **[8B]**. |
| **[18C]**  wherein at least one interactive displayed item in the list is associated with a missed telephone call, | Twerdahl teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.

*See* **[12C]**. |
| **[18D]**  wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | Twerdahl teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.

*See* **[12D]**. |
| **[18E]**  wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Twerdahl teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.

*See* **[12E]**. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| **[18F]**  wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>**[18G]**  receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item.<br><br>*See* **[12F]**, **[14I]**. |
| **[18H]**  receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches receiving a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>*See* **[14J]**. |
| **[18I]**  a first contact object comprising a telephone number associated with the caller, and | Twerdahl teaches a first contact object comprising a telephone number associated with the caller.<br><br>*See* **[1E]**. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| **[18J]** a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* **[1F]**. |
| **[18K]** detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[8G]**, **[12K]**. |
| | |
| **[19A]** A portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, Twerdahl teaches a portable electronic device with a touch screen display.<br><br>*See* **[1A]**. |
| **[19B]** memory; | Twerdahl teaches memory.<br><br>*See* **[10B]**. |
| **[19C]** one or more processors; and | Twerdahl teaches one or more processors.<br><br>*See* **[10C]**. |
| **[19D]** one or more programs stored in the memory and configured for execution by the one or more processors, the one or more | Twerdahl teaches one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| programs including instructions for: | *See* [**10D**]. |
| [**19E**]  displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* [**14E**]. |
| [**19F**]  wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | Twerdahl teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>*See* [**12C**], [**12D**]. |
| [**19G**]  wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Twerdahl teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* [**12E**]. |
| [**19H**]  detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | Twerdahl teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.  For example: *See* [**14I**]. |
| [**19I**]  detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.  Twerdahl teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.  For example: *See* [**14J**]. |
| [**19J**]  a first contact object associated with a telephone number for contacting the caller, and | Twerdahl teaches a first contact object associated with a telephone number for contacting the caller.  *See* [**1E**]. |
| [**19K**]  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the caller. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | *See* [1F]. |
| [19L]  immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* [8G]. |
| | |
| [20]  The device of claim 19, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* [7]. |
| | |
| [21A]  A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent this preamble is limiting, Twerdahl teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.<br><br>*See* [8A]. |
| [21B]  display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | Twerdahl teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls. *See* [**14E**]. |
| [**21C**]  wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | Twerdahl teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device. *See* [**12C**], [**12D**]. |
| [**21D**]  wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Twerdahl teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion. *See* [**12E**]. |
| [**21E**]  detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiate a telephone call to a telephone number associated with the first user selected interactive displayed item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl. Twerdahl teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.  For example: |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
| | *See* [**14I**]. |
| [**21F**]  detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for  a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl.<br><br>Twerdahl teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for  a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.  For example:<br><br>*See* [**14J**]. |
| [**21G**]  a first contact object associated with a telephone number for contacting the caller, and | Twerdahl teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* [**1E**]. |
| [**21H**]  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* [**1F**]. |
| [**21I**]  immediately in response to detecting user selection of the second contact object, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Twerdahl. |

| U.S. Patent No. 8,014,760[11] | United States Patent 7,289,614 to Twerdahl *et al.* ("Twerdahl") and alternative combination art |
|---|---|
|  | Twerdahl teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[8G]**. |
|  |  |
| **[22]** The computer readable storage medium of claim 21, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* **[7]**. |

**EXHIBIT E-3**
**INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 8,014,760**

United States Patent 7,778,399 to Ambrose ("Ambrose") was filed July 2, 2004, and issued August 17, 2010.  Additionally, *Model 8690 Inter-Tel Protocol Mode User Guide* (Mar. 2006) ("*Mitel 8690*") was published in March 2006[1] and describes the Inter-Tel®  Model 8690™.  Ambrose teaches combination with this particular device.  Ambrose at 3:17-19.

Ambrose renders obvious the asserted claims of the '760 patent under 35 U.S.C. § 103, alone and/or in combination with one or more of the following references:

- *Mitel 8690*

- U.S. Patent No. 7,221,748 to Moore *et al.* ("Moore"), filed Nov. 12, 2002, issued May 22, 2007

- U.S. Patent No. 7,231,229 to Hawkins *et al.* ("Hawkins"), filed Feb. 5, 2004, issued June 12, 2007

- U.S. Patent No. 7,251,479 to Holder *et al.* ("Holder"), filed March 13, 2006, issued July 31, 2007

- U.S. Patent No. 7,280,652 to Bocking *et al.* ("Bocking"), filed Sept. 13, 2004, issued Oct. 9, 2007

- U.S. Patent No. 7,289,614 to Twerdahl *et al.* ("Twerdahl"), filed Sept. 29, 2000, issued Oct. 30, 2007

- U.S. Patent No. 7,685,530 to Sherrard *et al.* ("Sherrard"), filed Apr. 10, 2006, issued Mar. 23, 2010

- U.S. Patent App. Pub. No. 2006/0135197 to Jin *et al.* ("Jin"), filed Nov. 6, 2005, published June 22, 2006

- U.S. Patent App. Pub. No. 2004/0235520 to Cadiz *et al.* ("Cadiz"), filed May 20, 2003, issued Nov. 25, 2004

- U.S. Patent App. Pub. No. 2005/0074109 to Hanson *et al.* ("Hanson"), filed Sep. 24, 2004, published Apr. 7, 2005

- U.S. Patent App. Pub. No. 2006/0281449 to Kun *et al.* ("Kun"), filed June 14, 2005, published Dec. 14, 2006

- U.S. Patent App. Pub. No. 2007/0133771 to Stifelman *et al.* ("Stifelman"), filed Dec. 12, 2005, published June 14, 2007

- U.S. Patent App. Pub. No. 2008/0295017 to Tseng *et al.* ("Tseng"), filed Sept. 5, 2006, published Nov. 27, 2008

- European Patent App. No. EP 1 069 791 A1 to Richard ("Richard"), filed July 13, 1999, published Jan. 17, 2001

---

[1]   The *Mitel 8690* guide above was published no later than March 2006.  *Mitel 8690* at Back Cover.

- Windows Mobile 5.0 ("WM5") by Microsoft, available at least by May 10, 2005[2]

- TealPhone v4.51 ("TealPhone") by TealPoint Software, available at least by Feb. 4, 2006[3]

- Agendus Professional v10.0 ("Agendus 10.0") by Iambic, available at least by Sept. 19, 2005[4]

- Agenda Fusion v7.93 ("Agenda Fusion") by DeveloperOne, available at least by Apr. 3, 2006[5]

- *TAKEphONE User Manual* (June 15, 2006) ("*TAKEphONE*"), available at least by June 15, 2006[6]

---

[2]   Microsoft Releases Windows Mobile 5.0, https://www.microsoft.com/en-us/news/press/2005/may05/05-10windowsmobile5pr.aspx (May 10, 2005).  In addition, Treo 700w/wx Specifications, available at http://kb.hpwebos.com/wps/portal/kb/common/article/39638_en.html ("*700w Specifications*"), state that the Operating System of the Palm Treo 700w product released on January 2006 was Windows Mobile 5.0 Phone Edition 2005.

[3]   TealPhone is available for download at http://download.cnet.com/TealPhone/3000-18514_4-266494.html.  That website indicates TealPhone was added for download February 4, 2006.  However, the link no longer downloads the correct version.  The correct version of TealPhone is available at http://ftp13.enet.com.cn:88/pub/palm/inimpro/telphon.rar.  Contained within the downloadable RAR archive is a ZIP archive.  The files contained within the downloadable ZIP archive are all dated January 30, 2006 or earlier.  TealPhone is described in TealPhone User's Manual ("*TealPhone Manual*"), also included in the downloadable ZIP archive, which bears a "Last Updated" date of January 24, 2006.  The User's Manual is also available at TEALPOINTNDCA630-00000006-44.  Sales data for TealPhone is available at TEALPOINTNDCA630-00000105-2597, showing sales in the United States of TealPhone version 3 no later than 4/8/99, and TealPhone version 4 no later than 8/23/04.

[4]   Agendus 10.0 is available for download on Iambic's FTP for obsolete products, at http://www.iambic.com/download/palmos/obsolete/AgendusPro10.0/.  The files in that FTP directory are all dated September 19, 2005.  Further, the "About" page of Agendus 10.0, when running the software, identifies the software as build 614, of the same date.

[5]   Agenda Fusion is available for download at http://www.developerone.com/agendafusion/download_archive.htm.  That website indicates that version 7.93 was released April 3, 2006.  Additionally, other websites by Developer One further support this April 3, 2006 date.  For example, Agenda Fusion 7 for Windows Mobile 2002/2003 Pocket PC Update Information, http://www.developerone.com/agendafusion/version7pocketpc20022003.htm, provides a version history for Agenda Fusion.

[6] *TAKEphONE* is available for download at http://www.iambic.com/select/download.asp?itemid=122.  That website, and *TAKEphONE* itself, indicates *TAKEphONE* was a printed publication by June 15, 2006.  *TAKEphONE* at 1.  The *TAKEphONE User Manual* is also available for download at http://takephone.soft32.com/.  That document indicates that it was a printed publication by February 21, 2005.  TAKEphONE version 6.50 is available for download at http://takephone.soft32.com/.

- *User's Guide Agendus for Symbian OS UIQ Edition* (2004) ("*Agendus Guide*") by Iambic, published at least by Apr. 1, 2004[7]

- *Model 8690 Inter-Tel Protocol Mode User Guide* (Mar. 2006) ("*Mitel 8690*"), published at least by Mar. 2006[8]

- Andreas Holzinger, *Finger Instead of Mouse: Touch Screens as a Means of Enhancing Universal Access*, 2615 Lecture Notes in Computer Science 387 (2003) ("*Finger Instead of Mouse*"), published 2003

- Motorola A1200 ("A1200"), available at least by Mar. 22, 2006[9]

The Agenda Fusion screenshots contained herein show Agenda Fusion running on a Palm Treo 700w ("Treo 700w"). The Treo 700w was available at least by January 2006.[10] Agenda Fusion was built for devices running the Windows Mobile and Pocket PC operating systems. These screenshots are exemplary only—Agenda Fusion could be used on many Windows Mobile and Pocket PC devices.

The TealPhone screenshots contained herein show TealPhone running on a Palm Treo 650 ("Treo 650") running the Palm operating system ("Palm OS"). The Treo 650 was available at least by December 2004.[11] TealPhone was built for devices running Palm OS. These screenshots are exemplary only—TealPhone could be used on many Palm OS devices.

---

   [7] *Agendus Guide* is available for download at http://www.iambic.com/support/download.asp?pid={15FFBFAA-BD68-4849-9D86-2CD643F29FA6} which indicates that it is dated April 1, 2004. The *Agendus Guide* itself bears a copyright date of 2003, and the "About" page indicates the *Agendus Guide* corresponds to build 174 of Agendus, dated March 2, 2004. *Agendus Guide* at i, 4.

   [8] *Mitel 8690* was published at least by March 2006. *Mitel 8690* at Back Cover.

   [9] *See* Motorola A1200 Unlocked Overview & Specs, http://reviews.cnet.com/smartphones/motorola-a1200-unlocked-red/4505-6452_7-31864389.html (May 15, 2006); My Motorola A1200 Review (A quick look) 56k beware!, http://www.howardforums.com/showthread.php/886391-My-Motorola-A1200-Review-(A-quick-look)-56k-beware! (Apr. 7, 2006); my humble motorola a1200 (ming) review, http://forums.wirelessadvisor.com/motorola/53017-my-humble-motorola-a1200-ming-review.html (Mar. 30, 2006); Motorola A1200 Moto PDA Phone, http://www.phonesreview.co.uk/2006/03/22/motorola-a1200-moto-pda-phone/ (Mar. 22, 2006). The A1200 is described in the MING English User Manual ("MING Manual"), which bears a copyright date of 2006. MING Manual at 4.

   [10] *Using Your Palm® Treo™ 700w Smartphone* (2006) ("*Using Your 700w*") describes the operation of the 700w and bears a copyright date of 2005-2006. *Using Your 700w* at ii. Additionally, Treo 700w/wx Specifications, http://kb.hpwebos.com/wps/portal/kb/common/article/39638_en.html ("*700w Specifications*"), indicates that the Treo 700w product was first released January 2006. Data Sheet: Treo 650-GSM (AT&T, Rogers, Unlocked and others) and User Guide for Treo 650, available at http://kb.hpwebos.com/wps/portal/kb/common/article/47831_en.html#650, bear a 2004 copyright date.

The Agendus 10.0 screenshots contained herein show Agendus 10.0 running on a Treo 650.  Agendus 10.0 was built for devices running Palm OS.  These screenshots are exemplary only—Agendus 10.0 could be used on many Palm OS devices.

The citations to portions of any reference in this chart are exemplary only.  Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that Ambrose invalidates the asserted claims of the '760 patent.

To the extent any limitation is found not to be literally disclosed, such a limitation would be obvious because the '760 patent is merely a collection of prior art elements that fails to meet the statutory requirement of nonobviousness under § 103, and the factors delineated in *KSR Int'l Co. v. Teleflex, Inc.*, 550 U.S. 398 (2007), weigh against a finding of nonobviousness.

For example, it would have been obvious to a person of ordinary skill in the art to combine the teaching of Ambrose with the teachings of the references listed above and in Samsung's Patent Local Rule 3-3 And 3-4 Disclosures for the '760 patent served herewith; such references are in the same field of art, and discuss various techniques and improvements that would have been known to yield predictable results when applied to the technology claimed in the '760 patent, and a person of ordinary skill therefore would have been motivated to so combine them in view of the disclosures therein.  Below included in this chart are examples of specific teachings from references that, combined with Ambrose, render the '760 patent invalid under § 103.

Samsung reserves the right to use the entirety of any reference cited in its contentions to show that the asserted claims are anticipated and/or are obvious.  Moreover, to the extent that any of the below claim limitations are found to not be expressly disclosed by the below reference, it is Samsung's contention that any such limitation would be obvious, either based the knowledge of one of ordinary skill in the art or based on any of the art cited in Samsung's invalidity contentions.  It is also Samsung's contention that one of ordinary skill in the art would find such limitation obvious for at least one or more of the following reasons: (1) the combination would unite  old elements with no change in their respective function; (2) the combination would have been a predictable variation of a work in the same or a different field of endeavor; (3) the modification would have used a known technique to improve a similar device in the same way; (4) the modification was a known problem for which there was an obvious solution; (5) the modification would have been "obvious to try"; (6) the modification was known work in one field of endeavor that would have prompted variations

---

[11]  *using your Treo^{TM} 650 smartphone* (2006) ("*Using Your 650*") describes the operation of the 650 and bears a copyright date of 2004.  *Using Your 650* at ii.  Additionally, Palm Support: Resources for other HP & retired devices, http://kb.hpwebos.com/wps/portal/kb/common/article/47831_en.html ("*650 Specifications*"), indicates that the Treo 650 product was released December 2004.

of it for use in either the same or different field based on design incentives or other market forces; (7) there was an explicit teaching, suggestion, or motivation in the prior art for the modification.

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| **[1A]**  A method, comprising:<br>at a portable electronic device with a touch screen display: | To the extent this preamble is limiting, Ambrose teaches a method at a portable electronic device with a display.  For example:<br><br>"Used herein, "endpoints" may include any communication device such as telephones (stationary and portable), keysets, personal computers, computing devices, personal digital assistants, pagers, wireless remote clients, messaging devices, and any other communication device capable of transmitting and receiving communication signals. Endpoints generally include an input or control means and a display."  Ambrose at 3:1-8.<br><br>"Examples of remote endpoints include, but are not limited to, cellular phones, PDAs (personal digital assistants), personal computers, keysets, and other devices that may be adapted to take calls and messages when users are away from the office. In one embodiment, remote endpoints 102 include a display, input or control means, and a web or microbrowser with suitable hardware and/or software to effectuate connection to the Internet."  Ambrose at 3:28-36. |

---

[12]   Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '760 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims.  This claim chart takes into account Apple's overly broad construction of the claim limitations.  Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper.  To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims of the '760 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Fig. 1 *Mitel 8690* teaches an electronic device with a touch screen: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  *Mitel 8690* at 3.<br><br>To the extent this limitation is not anticipated by Ambrose, it would have been obvious to one of ordinary skill in the art to combine portable electronic devices such as PDAs and other touch screen devices, such as *Mitel 8690*, taught in Ambrose, to be a portable electronic device with a touch screen display. Furthermore, executing the UI functions taught by Ambrose at a portable electronic device with a touch screen display would have been a simple design choice |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to provide UI functions at a portable electronic device with a touch screen display.  For example, Treo 650, Treo 700w, A1200, Twerdahl, Hawkins, Tseng, TealPhone, *TAKEphONE*, Agenda Fusion, Agendus 10.0, *Agendus Guide* and/or other similar references listed in these contentions teach a portable electronic device with a touch screen display.  For example:<br><br>The Treo 650, like other Palm devices, is a portable electronic device with a touch sensitive display.  For example:<br><br>{TABLE1}<br>*Using Your 650* at 205.<br><br>The Treo 700w is also a portable electronic device with a touch sensitive display:<br><br>{TABLE2}<br>*Using your 700w* at 253-254.<br><br>A1200 is a portable electronic device with a touch screen display: |

Table 1 (Treo 650):

| Size | • 4.4 in x 2.3 in x 0.9 in (11.3 cm x 5.9 cm x 2.3 cm) with antenna | |
|---|---|---|
| Weight | • 6.3 ounces (178 grams) | |
| IR | • Yes | |
| Display | • Touch-sensitive LCD screen (includes stylus)<br>• 65,536 colors<br>  (16-bit color) | • User-adjustable brightness |

Table 2 (Treo 700w):

| Size | • 5.08 in x 2.28 in x 0.89 in (129mm x 58mm x 22.5mm) with antenna |
|---|---|
| Weight | • 6.4 ounces (180 grams) |
| Display | • Touch-sensitive LCD screen (includes stylus)<br>• 65,536 colors (16-bit color)<br>• User-adjustable brightness |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | 

MING Manual at 1.

Twerdahl teaches a portable electronic device with a touch screen display:

"The front panel of the Palm™ is a large LCD screen, which is touch-sensitive and allows a user to enter and manipulate data. By using a stylus to interact with a touch-sensitive screen, a user may easily navigate through a host of various software applications. A stylus is used to interact with information on a screen in much the same way as a mouse on a desktop personal computer." Twerdahl at 1:43-49.

Hawkins teaches a portable electronic device with a touch screen display:

"Device 100 includes screen 102, which may be a liquid crystal display (LCD) or other type of display for presenting output to the user, including representations of |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | speed-dial buttons, menus, and the like. Device 100 may also include one or more mechanisms for accepting input from the user. In one embodiment, screen 102 is touch-sensitive, so that the user may interact with device 100 by touching or writing on the surface of screen 102 using a stylus, finger, or other object."  Hawkins at 5:36-44.<br><br>Tseng teaches a portable electronic device with a touch screen display:<br><br>"FIG. 1 illustrates one embodiment of a handheld device implemented as a wireless device 100. As shown, the wireless device 100 may be implemented as a combination handheld computer and mobile telephone or smartphone. Examples of smartphones include, for example, Palm® TreoTM smartphones."  Tseng at ¶ [0039]; see also Fig. 1.<br><br>"The wireless device 100 may comprise various input/output (I/O) devices such as a keyboard, keys, buttons, switches, a microphone, an audio headset, a camera, a touch-sensitive display screen, a stylus, and so forth."  Tseng at ¶ [0040].<br><br>*TAKEphONE* teaches a method at a portable electronic device with a touch screen display:<br><br>*TAKEphONE* describes Palm Treo devices:<br><br>**Treo 600/650/700p** users: Use 'x' or ',' to append extra-digits. Use 'x' for a "hard" pause (prompt you to continue), and ',' for a "timed" pause ("Dial extra-digits automatically).<br><br>*TAKEphONE* at 12.<br><br>TealPhone and Agendus 10.0 also run on Palm devices running Palm OS: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  |

TealPhone, depicting the About TealPhone version page.

Agendus 10.0, depicting the About page.

Agenda Fusion runs on Palm devices running Windows Mobile:

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting the About page.<br><br>For example, *Agendus Guide* teaches using the software on Symbian OS:<br><br>"This user guide is for Agendus for Symbian OS, UIQ Edition." *Agendus Guide*, at 3.<br><br>It would have been obvious to combine Ambrose with Treo 650, Treo 700w, A1200, Twerdahl, Hawkins, Tseng, TealPhone, *TAKEphONE*, Agenda Fusion, Agendus 10.0, *Agendus Guide* and/or other similar references listed in these contentions. |
| **[1B]** displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Ambrose.<br><br>Ambrose teaches displaying a list of interactive items comprising missed telephone |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.  For example: |

Figure 2 of Ambrose depicts a list of missed telephone calls:



Fig. 2

"The result column of illustrative call log 200 displays the result of the event for both incoming and outgoing events. Results may include, but not limited to, missed, answered, answered at <xxx>, unanswered, transferred to <xxx>, and voicemail. In

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | addition to the descriptive words in the result column, other embodiments may include an icon representation of the result of the event. For example, as described, an icon may be used to display the type of call, i.e., incoming or outgoing. As illustrated in call log 200, the type of call icon also includes another indication, such as an arrow ("transferred") or letter ("voicemail"), which may be used to display the result of the event."  Ambrose at 5:66 – 6:10.<br><br>Ambrose teaches that the numbers in a call log are hyperlinked, and are an interactive displayed portion:<br><br>"Another feature of the real-time call log status system is the ability for the user to place a call directly from the call log. In one embodiment, the user selects a hyperlink (e.g., the "x123" next to "Jill Black" in call log 200) and the system places the call or communication."  Ambrose at 6:48-52.<br><br>Ambrose also teaches that the entries in a call log are an interactive displayed portion:<br><br>"In another embodiment of a real-time call log status system, the user may perform an action to obtain the current status. For example, the user may move a cursor, or the like, over the entry to cause a pop-up script. The script may indicate the real-time status, such as "Available", "Unavailable", "Leave Voice Mail", etc. In one particular embodiment, the user may view an icon to see the real-time status (e.g., "Unavailable") and hover over the icon to view a pop-up script containing a detailed status (e.g., "Out-To-Lunch")."  Ambrose at 7:8-19.<br><br>"In yet another embodiment of a real-time call log status system, a pop-up window of current status information may appear, for example, as a result of the user actively clicking on the entry."  Ambrose at 7:20-23.<br><br>"In still another embodiment of a real-time call log status system, a pop-up menu |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  | table of current status information may appear, for example, as a result of the user actively clicking on the entry or moving over the entry."  Ambrose at 7:37-40.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine the call log, hyperlinked numbers in a call log, and the pop-up real-time status indication, taught in Ambrose, to display a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.  Furthermore, displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to display a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.  For example, Twerdahl, Hawkins, Kun, Bocking, Hanson, Cadiz, A1200, WM5, Tseng, *TAKEphONE*, Jin, and/or other similar references listed in these contentions teach a list of interactive missed call items.  For example:<br><br>Twerdahl teaches a missed call list with multiple interactive portions:<br><br>"The list 201 of FIG. 2 has call history list records that have phone numbers 204 and names 202 associated with those phone numbers 204.  The embodiment of FIG. 2 shows a call history list of missed calls.  A missed call is an incoming call that was not answered by the user."  Twerdahl at 5:52-56.<br><br>"Once a call history list is displayed, as in FIG. 3, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA 100 preferably includes selection mechanism that recognizes when part of a list 201 has |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  | been selected. In one embodiment, the user may tap on a selected name 304 if the user wants to view details of a selected call."  Twerdahl at 6:18-24; *see also* Fig. 3. <br><br>  <br><br> Twerdahl, Figure 3. <br><br> "FIG. 5 shows a screen shot of a call history list, which includes at least one list record 203 and a selected phone number 502, in accordance with one embodiment of the present invention. FIG. 5 illustrates another example of how the user may initiate a function of the phone device by interacting with the screen through a stylus. For example, the user may tap on a selected phone number 502 if the user wants to initiate the call device 101 of the phone device."  Twerdahl at 6:59-66; *see also* Fig. 5. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  FIG. 5 |

Twerdahl, Figure 5.

Hawkins teaches a redial list that can also serve as a missed call log, with two interactive portions:

"In one embodiment, redial list 603 includes numbers 604 (and/or names) for received calls and/or missed calls as well." Hawkins at 12:26-27.

"Tapping on a name or number 604 within menu 600 causes that telephone number to be dialed." Hawkins at 11:38-40.

"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time." Hawkins at 12:40-44; *see also* Fig. 6B.

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>Kun teaches a missed call list with interactive items, with multiple actions available for each item:<br><br>"For example, referring to FIG. 4, if the user wishes to view a missed call, the user goes to the missed call page 410 where a list 420 of missed calls will appear in the display."  Kun at ¶ [0031].<br><br>"If the user desires to communicate with the person associated with the missed call, the user is limited to responding or calling via the same number that the calling party used to make the initial call."  Kun at ¶ [0031].<br><br>"When the user access the right selection function, by for example pressing a right function key or cursor, the extended sub-menu 530 of FIG. 5b can be accessed." Kun at ¶ [0034]; *see also* Figs. 5a-b. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>Bocking teaches a list of missed calls, where each item in the list is interactive:<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact. Also, call log 56 preferably lists the call log calls 58 in chronological order, beginning with the most recent call first." Bocking at 4:49-67; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  FIG.3 <br><br> Tseng teaches a missed call list with interactive items, and multiple interactive actions: <br><br> "The call log view 2400 comprises a content area 2404. The content area 2404 comprises a scrolling list view 2406 of call records 2407. Each call record 2407 may comprise a list of names 2408 or phone numbers, time or date 2410 of a call, and a call type icon 2412 indicating the kind of call it was, e.g., incoming, outgoing, or missed."  Tseng at ¶ [0149]. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | 

Tseng, Figure 24.

Hanson teaches a call log for keeping a list of missed calls, where each item in the list has a separate first and second interactive portion:

"It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to |

- 21 -

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log. Also, the phone numbers displayed on the website can be presented as 'Click-to-Dial' links."  Hanson at ¶ [0088].<br><br>Cadiz teaches a call log for keeping a list of missed calls, where each item in the list has a separate first and second interactive portion:<br><br>"The My Call History environment 515 provides a user with access to a history of all call activity within a previous period of time."  Cadiz at ¶ [0155]; *see also* Fig. 18.<br><br>"In other words, while viewing the call history in the ET user interface 200, a user need only click on a telephone number to initiate a call to that person."  Cadiz at ¶ [0155].<br><br>"If the user double clicks on an entry in the log 1800, a window is opened detailing the basic information (such as data/time of the call, caller, telephone number) and all the notes."  Cadiz at ¶ [0157]. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  FIG. 18 A1200 teaches displaying a list of interactive items comprising missed telephone calls: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | To make and answer calls, see page 25.<br><br>**recent calls**<br><br>Your phone keeps lists of incoming and outgoing calls, even for calls that didn't connect. The most recent calls are listed first. The oldest calls are deleted as new calls are added.<br><br>**Shortcut:** Press the send key ⬚ to go to the recent calls list. Press the five-way navigation joystick ⬚ to scroll to a number, then press ⬚ to call it.<br><br>To **dial** a number in the recent calls list:<br><br>1  Tap ⬚ in the global navigation bar to open the phone keypad.<br><br>2  Tap ⬚ to open the recent calls menu.<br><br>3  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>4  Tap an entry to call its number.<br><br>To **see** details or perform other operations on an entry in the recent calls list:<br><br>1  Tap ⬚ **Calls** in the application launcher screen to open the call history screen.<br><br>2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3  Tap an entry to see call details (time, date, duration).<br><br>4  Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br>WM5 teaches a missed call list wherein each entry has two distinct interactive portions: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | WM5 on a Treo 700w depicting a list of telephone calls, wherein each item in the list includes two distinct interactive displayed portions.<br><br>**To select from a chronological list of calls:** Go to your Today screen, press Phone/Send ( ), and then select Call Log. Highlight the number you want to call, and then press Call ⟷ (left action key) to dial.<br><br>*Using Your 700w* at 44.<br><br>*TAKEphONE* teaches displaying a missed call list with interactive items: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | The **Call-History** list is kept automatically by the SmartPhone dialer software (and thus this tab is **only active for SmartPhones !**), and holds record of all calls handled by it. TAKEphONE displays this data in the call-history tab:<br><br><br><br>*TAKEphONE* at 14.<br><br>You can select what type of calls to display (All/Incoming/Missed/Outgoing/Data) using the drop down list at the top. Every entry is displayed with it's date (if it's a call from today, then the hour is displayed). On every entry's left there is an icon for its type:<br><br>For **incoming** calls.<br><br>For **outgoing** calls.<br><br>For **missed** calls.<br><br>For **data** calls.<br><br>For **conference** calls.<br>*TAKEphONE* at 14.<br><br>Jin teaches a missed call list with multiple interactive portions: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | "The call history recording function provides a user with call connection start time, time spent for communication (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication record as shown in FIG. 1." Jin at [0008].<br><br>"A screen shot illustrating an example of a conventional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)." Jin at [0009].<br><br> |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  | Jin, FIG. 1.<br><br>"Herein, the call history information denotes information is generated according to call status (i.e., whether the call is an outgoing or an incoming call). The call history information is interworked with the phone directory, thereby generating the latest communication records according to an embodiment of the present invention as shown in FIG. 4."  Jin at [0042].<br><br>" A screenshot illustrating a procedure of generating the latest communication records enabling selection of a phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which one or more different phone numbers are displayed corresponding to a phone number according to call status." Jin at [0045].<br><br>"In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated." Jin at [0046]. <br><br> "The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label 400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication." Jin at [0053]. <br><br>  |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | Jin, FIG. 4.<br>It would have been obvious to combine Ambrose with Twerdahl, Hawkins, Kun, Ambrose, Bocking, Hanson, Cadiz, A1200, WM5, Tseng, *TAKEphONE*, Jin, and/or other similar references listed in these contentions.<br><br>More generally, for example, TealPhone, Agendus 10.0, Agenda Fusion, *Agendus Guide* and/or other similar references listed in these contentions teach a list of interactive items with multiple interactive portions.  For example:<br><br>TealPhone teaches three distinct interactive portions for each list item in a contacts list:<br><br><br><br>TealPhone, depicting three distinct interactive portions for each list item in the contacts list, indicated in blue—the area containing the name, the number, and an icon. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  TealPhone, depicting selecting an interactive portion, indicated in blue. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  TealPhone, depicting selecting an interactive portion, indicated in blue.<br><br>Agendus 10.0 teaches a contacts list where each list item has two distinct interactive displayed portions:<br><br>Agendus 10.0, depicting two distinct interactive displayed portions for each of the list items on the contact list. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | 

Agendus 10.0, depicting selecting an interactive portion, indicated in blue.

Agendus 10.0, depicting selecting an interactive portion, indicated in blue.

Agenda Fusion teaches a contacts list where each list item has two distinct interactive displayed portions: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting two distinct interactive portions, indicated in red. Agenda Fusion, depicting selecting an interactive portion, indicated in red. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting selecting an interactive portion, indicated in red. <br><br> *Agendus Guide* teaches a contacts list where each list item can be interacted with in two ways: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | The contact view is a list view that will show the names of your contacts, selecting one will open it so the details can be viewed or edited. Also a convenient shortcut is available in this view, you can tap and hold on the name with the stylus to get a popup menu for creating a new Meeting, Call, To Do, SMS, MMS, or Email. <br><br>*Figure 13. Contact View*<br><br>*Agendus Guide* at 16.<br><br>It would have been obvious to combine Ambrose with TealPhone, Agendus 10.0, Agenda Fusion, *Agendus Guide* and/or other similar references listed in these contentions. |
| **[1C]**  immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Ambrose.<br><br>Ambrose teaches immediately in response to detecting selection of the first |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.  For example: "Another feature of the real-time call log status system is the ability for the user to place a call directly from the call log. In one embodiment, the user selects a hyperlink (e.g., the "x123" next to "Jill Black" in call log 200) and the system places the call or communication."  Ambrose at 6:48-52. *Mitel 8690* also teaches returning a call from the call log in a similar manner:  *Mitel 8690* at 109. Since *Mitel 8690* teaches a touch screen device, *Mitel 8690* teaches selecting via a finger gesture. To the extent this limitation is not anticipated by Ambrose, it would have been obvious to one of ordinary skill in the art to combine immediately initiating a return telephone call and the features of other touch screen devices, such as *Mitel 8690*, taught in Ambrose to, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | initiate a return telephone call to a return telephone number associated with the respective user selected item.  Furthermore, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to immediately, in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item.  For example, Twerdahl, Hawkins, Kun, Hanson, Cadiz, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions teach initiating a telephone call immediately in response to detecting a finger gesture.  For example: <br><br> Twerdahl teaches initiating a return call upon selection of the first interactive displayed portion: <br><br> "The call device 101 may be triggered upon tapping a selected phone number 502 in the call history list. FIG. 1, discussed above, shows an example of the screen that is displayed upon tapping a selected phone number 502. The call device 101 is displayed and a phone call is simultaneously initiated to the selected phone number by tapping on selected phone number 502."  Twerdahl at 7:3-9; *see also* Figs. 1, 5. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  FIG. 5 FIG. 1<br><br>Hawkins teaches tapping on a number to dial it:<br><br>"Tapping on a name or number 604 within menu 600 causes that telephone number to be dialed."  Hawkins at 11:38-40.<br><br>Kun teaches initiating a return call upon selection of an item in a list:<br><br>"If the user desires to communicate with the person associated with the missed call, the user is limited to responding or calling via the same number that the calling party |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | used to make the initial call."  Kun at ¶ [0031].<br><br>Hanson teaches immediately in response to detecting selection of the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item:<br><br>"Also, the phone numbers displayed on the website can be presented as 'Click-to-Dial' links."  Hanson at ¶ [0088].<br><br>Cadiz teaches immediately in response to detecting selection of the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item:<br><br>"In other words, while viewing the call history in the ET user interface 200, a user need only click on a telephone number to initiate a call to that person."  Cadiz at ¶ [0155].<br><br>A1200 teaches immediately initiating a return call in response to a finger gesture on an item in a missed call list: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | To make and answer calls, see page 25. |
| | **recent calls** |
| | Your phone keeps lists of incoming and outgoing calls, even for calls that didn't connect. The most recent calls are listed first. The oldest calls are deleted as new calls are added. |
| | **Shortcut:** Press the send key ⊙ to go to the recent calls list. Press the five-way navigation joystick ·◇· to scroll to a number, then press ⊙ to call it. |
| | To **dial** a number in the recent calls list: |
| | 1  Tap ⬚ in the global navigation bar to open the phone keypad. |
| | 2  Tap ⬚ to open the recent calls menu. |
| | 3  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list. |
| | 4  Tap an entry to call its number. |
| | MING Manual at 46. |
| | WM5 teaches, upon selection of the first interactive displayed portion, initiating a return call: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  |  |

WM5 on a Treo 700w depicting performing a finger gesture on the first interactive displayed portion of a respective user selected item in the list, indicated in red, and immediately initiating a return telephone call.

*TAKEphONE* teaches returning a call to the caller upon selection of an entry:

- For **incoming** calls.
- For **outgoing** calls.
- For **missed** calls.
- For **data** calls.
- For **conference** calls.

Select an entry to **call** it.

*TAKEphONE* at 14.

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | TealPhone teaches initiating a call when a name or number is selected:<br><br><br><br>TealPhone, depicting selecting the first interactive displayed portion on a list item from the contacts list, indicated in blue, and immediately initiating a return telephone call upon selection, when the "Quick dial 'data preview' numbers" option has been activated.<br><br>Agenda Fusion teaches initiating a call when a number is selected:<br><br>Agenda Fusion, depicting a finger gesture on the first interactive displayed portion of a list item in the contacts list, indicated in red, and initiating a return telephone |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  | call to a telephone number associated with the user selected item.<br><br>*Agendus Guide* teaches initiating a return telephone call when a number is selected:<br><br>**Tap to dial**<br>Tapping on a phone number in the list will cause a popup list to appear with all of the phone numbers for that contact. Selecting one from the list will cause that number to be dialed.<br><br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches initiating a call when a number is selected:<br><br><br><br>Agendus 10.0, depicting selecting the second distinct interactive portion, indicated in blue, to initiate a telephone call.<br><br>Jin teaches initiating a return call upon selection of the first interactive displayed portion:<br><br>"Hereinafter, a case in which a user calls a cellular phone number corresponding to the label "Daddy" and then calls Daddy's office phone number will be described by way of example. Herein, it is assumed that two phone numbers including the cellular phone number and the office phone |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | number are stored in a phone directory corresponding to the label Daddy. When a user originates a call to the cellular phone number, a cellular phone icon is prominently displayed as indicated by reference numeral  420A in FIG. 4. However, when phone numbers are stored corresponding to two different phone number types (e.g., a cellular phone number type and an office phone number type) corresponding to the label Daddy, the latest communication record image further displays an office icon informing that there is a phone number having a different type (i.e., an office phone number) in addition to the cellular phone icon.<br><br> Accordingly, a user can originate a call (i.e., make an outgoing call) by selecting one of two phone number icons (i.e., one of icons 420A and 420B) corresponding to the label Daddy displayed on the latest communication record image." Jin at [0047]-[0048].<br><br>It would have been obvious to combine Ambrose with Twerdahl, Hawkins, Kun, Hanson, Cadiz, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions.<br><br>It was also well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger gesture.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's. |
| | *TAKEphONE*, at 2. |
| | For example, *Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": |
| | 2. Resistive Touch Screens<br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field. |
| | *Finger Instead of Mouse* at 391. |
| **[1D]** immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Ambrose.<br><br>Ambrose teaches immediately in response to detecting selection of the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects. For example: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | "In yet another embodiment of a real-time call log status system, a pop-up window of current status information may appear, for example, as a result of the user actively clicking on the entry.  FIG. 4 illustrates an exemplary pop-up window 400 of detailed current status information pertaining to the second entry, "Tom Neil x309" of call log 200."  Ambrose at 7:20-25.<br><br>"Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36.<br><br>Figure 4 depicts the display of contact information for a particular user selected item: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>Ambrose, Figure 4.<br><br>*Mitel 8690* also teaches substituting display of the call log for contact information: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | **To return a call:**<br><br>1. Press **Call Log** on the endpoint display.<br>2. Double-press the icon next to the entry.<br>3. Select from any of the following options:<br> • Press one of the numbers in the list to initiate a call to that number.<br> • Press **Find Me** to place a call to the account's primary device, allowing the account's call routing rules to route the call to the appropriate location. This option is only available if the contact is linked to an account, and the account has at least one device associated with it.<br> • If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press **Voicemail** to call the voice mail of the given person/device. Press **Leave Message** to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device.<br><br>*Mitel 8690* at 111.<br><br>Since *Mitel 8690* teaches a touch screen device, *Mitel 8690* teaches selecting via a finger gesture.<br><br>To the extent this limitation is not anticipated by Ambrose, it would have been obvious to one of ordinary skill in the art to combine the interactive missed call list and pop-up window 400, taught in Ambrose to, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitute display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  Furthermore, immediately in response to detecting a finger |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitute display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  For example, Twerdahl, Moore, Hawkins, Kun, Bocking, Hanson, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions teach completely substituting display of contact information, the displayed contact information including a plurality of contact objects.  For example: <br><br> Twerdahl teaches completely substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion: <br><br> "Once a call history list is displayed, as in FIG. 3, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA 100 preferably includes selection mechanism that recognizes when part of a list 201 has been selected. In one embodiment, the user may tap on a selected name 304 if the user wants to view details of a selected call."  Twerdahl at 6:18-24; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  "FIG. 4 shows a screen shot of call details 401 of a selected name 304 from a call history list, in accordance with one embodiment of the present invention. This screen appears when the user taps on a list record 203 where the name has been highlighted. The call details 401 for a selected list record 203 preferably includes the following: a phone number 204 identifying an outside calling device to which the present phone device was, at one time, connected; a name 202 associated with the phone number 204; a date stamp 406 for the date of connection to a mobile phone network; a timestamp 408 for the time of day the call was received or initiated; and a duration 410 that the phone device was connect to a mobile phone network." Twerdahl at 6:31-43; *see also* Fig. 4. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | 

"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58.

Hawkins teaches a pop-up menu with a plurality of contact objects that is generated in response to a finger gesture:

"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B.  Kun teaches substituting a pop-up menu with a plurality of contact objects: "When the user access the right selection function, by for example pressing a right  |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | function key or cursor, the extended sub-menu 530 of FIG. 5b can be accessed." Kun at ¶ [0034]; *see also* Figs. 5a-b.<br><br>Kun, Figs. 5a-b.<br><br>Bocking teaches a pop-up list with a plurality of contact objects and completely substituting a call details screen:<br><br>"As will be described in greater detail below, a user of handheld electronic device 4 may select a particular call 58 from call log 56 and cause a call history associated with the selected call 58 to be displayed on display 12. In particular, the displayed call history will list all calls, incoming and outgoing, stored in memory 44 that are associated with the phone number associated with the selected call 58. The calls in the call history are preferably listed in chronological order beginning with the most recent call (which, as will be appreciated, will be the selected call 58 from call log 56)."  Bocking at 4:67 – 5:9; *see also* Fig. 7. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  |  FIG. 7 <br><br> "As seen on FIG. 7, in addition to the listing of calls, the call history may include, without limitation, the name and phone number associated with the chosen call 58, the nature (i.e., place, received or missed) and duration of the last call, and the number of calls included in the history."  Bocking at 6:21-26; *see also* Fig. 7. <br><br> "User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5.  FIG.5 Hanson teaches completely substituting display of interactive items in a missed call list with display of contact information from an address book immediately in response to detecting selection of a second interactive displayed portion: "It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following |

- 56 -

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log." Hanson at ¶ [0088].<br><br>Moore teaches an interactive call log, and in response to selecting an entry in that list, completely substituting an address book page with a plurality of contact objects:<br><br>"In one embodiment, retrieval of a call log is facilitated by a call log manager program that runs on the computer that the customer uses to retrieve the call log. The call log manager can access the first database, read, and display the contents of the call log on the customer's computer screen." Moore at 4:10-14; *see also* Fig. 3.<br><br>"Preferably, each entry is provided as a hyperlink, and the entries are selected by pointing to the desired entry using a computer pointing device such as a mouse and "clicking" on that entry." Moore at 4:28-30.<br><br>"Each displayed address book contains a plurality of contact addresses for the selected entry to which it is associated. Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof." Moore at 5:16-27; *see also* Fig. 4. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>Fig. 3    Fig. 4<br><br>A1200 teaches completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  For example: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1   Tap 📱 **Calls** in the application launcher screen to open the call history screen.<br><br>2   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3   Tap an entry to see call details (time, date, duration).<br><br>4   Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br><table><tr><td colspan="2">**options**</td></tr><tr><td>**Store**</td><td>Create an address book entry with the number stored in the number type field you specify.</td></tr><tr><td>**Send SMS**</td><td>Open a new text message with the number in the **To** field.</td></tr><tr><td>**Send MMS**</td><td>Open a new multimedia message with the number in the **To** field.</td></tr><tr><td>**Delete**</td><td>Delete the entry.</td></tr></table><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | WM5 teaches substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion:  WM5 on a Treo 700w depicting performing a finger gesture on the second interactive displayed portion of the user selected item, indicated in red, and substituting display of interactive items with display of contact information including a plurality of contact objects. WM5 also teaches another contact details screen from the contact list that completely substitutes the display on the device, apart from the address bar, with display of contact objects: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Treo 700w, substituting display of interactive items with display of contact information including a plurality of contact objects. *TAKEphONE* teaches completely substituting display of a missed calls list for display of call details, immediately in response to detecting a finger gesture: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | The Call-History list is kept automatically by the SmartPhone dialer software (and thus this tab is **only active for SmartPhones** !), and holds record of all calls handled by it. TAKEphONE displays this data in the call-history tab:<br><br><br><br>*TAKEphONE* at 14.<br><br>Tap the "**Details…**" button to show all entry details:<br><br>*TAKEphONE* at 14-15.<br><br>TealPhone teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>TealPhone, depicting selecting the first interactive displayed portion on a list item from the contacts list, indicated in blue, and substituting display of the contacts list for display of contact information, when the "List double-tap" option is set to "Dial".<br><br>Agenda Fusion teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting a finger gesture on the second interactive displayed portion of the list item, and substituting display of interactive items with display of contact information including a plurality of contact objects.<br><br>*Agendus Guide* teaches substituting display of contact objects immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  **Contact View**<br><br>The contact view is a list view that will show the names of your contacts, selecting one will open it so the details can be viewed or edited. Also a convenient shortcut is available in this view, you can tap and hold on the name with the stylus to get a popup menu for creating a new Meeting, Call, To Do, SMS, MMS, or Email.<br><br>*Figure 13. Contact View*<br><br>*Agendus Guide* at 16.<br><br>**Tap and Hold Menu Options**<br>Agendus supports "tap and hold" in the Contact List view. By tapping your stylus on a contact name and holding the stylus down on the screen a helpful pop-up will appear. This pop-up will contain options for working with the selected contact.<br><br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  |

Agendus 10.0, depicting selecting the first distinct interactive portion, indicated in blue, to bring up the contact details screen.

Jin teaches completely substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion:

"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication. Herein, according to another embodiment of the present invention, one of icons shown in FIG 5A may be selected in such a manner that

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | another phone number of the party with which a communication was previously established can be originated."  Jin at [0053].

"  For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establishing communication using a phone number corresponding to the selected icon."  Jin at [0054].

 |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | Jin FIG. 5A                                    Jin FIG. 5B <br><br> It would have been obvious to combine Ambrose with Twerdahl, Hawkins, Kun, Bocking, Hanson, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions. <br><br> It was also well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger gesture.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example: <br><br> *TAKEphONE* describes using Palm devices without a stylus: <br><br> • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities **– finding** contacts and/or **creating/editing** them **–** in a faster and more convenient way **–** without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's. <br><br> *TAKEphONE*, at 2. <br><br> For example, *Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | 2. Resistive Touch Screens<br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| **[1E]**  a first contact object comprising a telephone number object having the return telephone number, and | Ambrose teaches a first contact object comprising a telephone number object having the return telephone number.  For example:<br><br>"Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>Ambrose, Figure 4, return telephone number indicated in red.<br><br>*Mitel 8690* also teaches a first contact object comprising the return telephone number: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | **To return a call:**<br><br>1. Press **Call Log** on the endpoint display.<br>2. Double-press the icon next to the entry.<br>3. Select from any of the following options:<br><br>• Press one of the numbers in the list to initiate a call to that number.<br>• Press **Find Me** to place a call to the account's primary device, allowing the account's call routing rules to route the call to the appropriate location. This option is only available if the contact is linked to an account, and the account has at least one device associated with it.<br>• If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press **Voicemail** to call the voice mail of the given person/device. Press **Leave Message** to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device.<br><br>*Mitel 8690* at 111.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine optional contact numbers of pop-up window 400 and the features of other touch screen devices, such as *Mitel 8690*, taught in Ambrose, to have a first contact object comprising a telephone number object having the return telephone number. Furthermore, having a first contact object comprising a telephone number object having the return telephone number would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a first contact object comprising a telephone number object having the return telephone number.  For example, Twerdahl, Moore, Hawkins, Kun, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | references listed in these contentions teach a contact object comprising a return telephone number.  For example: Twerdahl teaches a telephone number object having a return telephone number: "FIG. 4 shows a screen shot of call details 401 of a selected name 304 from a call history list, in accordance with one embodiment of the present invention. This screen appears when the user taps on a list record 203 where the name has been highlighted. The call details 401 for a selected list record 203 preferably includes the following: a phone number 204 identifying an outside calling device to which the present phone device was, at one time, connected; a name 202 associated with the phone number 204; a date stamp 406 for the date of connection to a mobile phone network; a timestamp 408 for the time of day the call was received or initiated; and a duration 410 that the phone device was connect to a mobile phone network." Twerdahl at 6:31-43; *see also* Fig. 4. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | 

Hawkins teaches a telephone number object having a return telephone number:

"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B.

Kun teaches a telephone number object having a return telephone number:

"The extended sub-menu 530 displayed additional information and contact data that |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | is stored in memory.  In the screen shot at 53.0, two numbers are displayed '65303880' and '62227723'."  Kun at ¶ [0034]; *see also* Figs. 5a-b.<br><br><br><br>Kun at Figs. 5a and 5b.<br><br>Holder teaches a telephone number object having a return telephone number:<br><br>Holder discloses display of contact information, including the return telephone number (314B). |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Holder, Figure 7.<br><br>Bocking teaches a telephone number object having a return telephone number:<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5. <br><br>  <br><br> *FIG.5* <br><br> Moore teaches a telephone number object having a return telephone number: <br><br> "Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  | phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log." Moore at 5:18-30.<br><br>A1200 teaches a first contact object comprising a telephone number object having the return telephone number:<br><br>To **see** details or perform other operations on an entry in the recent calls list:<br><br>1 Tap **Calls** in the application launcher screen to open the call history screen.<br><br>2 Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3 Tap an entry to see call details (time, date, duration).<br><br>4 Tap **Call** to call its number, or tap **☰** to perform the following operations:<br>MING Manual at 46. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | **call or send message** <br><br> 1  Tap [img] in the global navigation bar to open the address book. <br><br> 2  Tap a contact name to see its details. <br><br> 3  In the details list: <br><br> • Tap the phone number following the mobile phone indicator [img] to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax). <br><br> MING Manual at 54. <br><br> WM5 teaches displaying a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  | WM5 on a Treo 700w depicting a first contact object for the return telephone number – the "Call" option, indicated in red.<br><br>WM5 also teaches a contact details screen from the contact list that displays a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  |  WM5 on a Treo 700w depicting a first contact object comprising a telephone number – the "Call mobile" option, indicated in red.<br><br>*TAKEphONE* teaches a 'Details' screen with a telephone number object having a return telephone number:<br><br>*TAKEphONE* at 14-15. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | The "Call" button, for example, is a telephone number object having a return telephone number. |
| | TealPhone teaches a contacts information screen that includes a telephone number object having a return telephone number: |
| |  |
| | TealPhone, depicting a first contact object comprising a telephone number. |
| | Agenda Fusion teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  |  Agenda Fusion, depicting a first contact object comprising a telephone number, indicated in red. *Agendus Guide* teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  |  Figure 13. Contact View<br><br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | **Contact**  Unfiled<br><br>**Example User**<br><br>🐚 Work:   5557891234<br>🏁 Mobile:  5551234567<br>💌 E-mail:  user@example.com<br><br>Web site:   www.example.com<br><br><br><br>Done Edit 👥<br>Agendus 10.0, depicting a first contact object comprising a telephone number, indicated in red.<br><br>Jin teaches a telephone number object having a return telephone number:<br><br>" For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establishing communication using a phone number corresponding to the selected icon."  Jin at [0054]. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Jin FIG. 5A       Jin FIG. 5B <br><br> It would have been obvious to combine Ambrose with Twerdahl, Moore, Hawkins, Kun, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions. |
| **[1F]**  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | Ambrose teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example: <br><br> "Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | Ambrose, Figure 4, indicating a non-telephonic communication modality in red. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>Ambrose, Figure 4, indicating a non-telephonic communication modality in red.<br><br>*Mitel 8690* also teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller:<br><br>"If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 111.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine Voicemail and Leave Message options in a pop-up window 400 and the features of other touch screen devices, such as *Mitel 8690*, taught in Ambrose, to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  Furthermore, having a second contact object associated with a non-telephonic communication modality for contacting the respective caller would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example, Twerdahl, Moore, Hawkins, Kun, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller. For example:<br><br>Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller:<br><br>"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | memory, or combination thereof."  Twerdahl at 6:50-58.<br><br>Hawkins teaches additional contact objects for non-telephonic communication:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B.<br><br><br><br>Kun teaches a contact object associated with an email address:<br><br>"For example, moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address 'ross@hot...' is shown."  Kun at ¶ [0035]. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Kun, Figure 5c. Holder teaches display of contact information, including an email address (314C) and an instant messaging pager address (314D): |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>Holder, Figure 7.<br><br>Bocking teaches a pop-up menu of user options with a second contact object for SMS:<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5.  Moore teaches additional contact objects for non-telephonic communication: "Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol |

FIG.5

- 92 -

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log." Moore at 5:18-30.<br><br>A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller:<br><br>To **see** details or perform other operations on an entry in the recent calls list:<br><br>1   Tap **Calls** in the application launcher screen to open the call history screen.<br><br>2   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3   Tap an entry to see call details (time, date, duration).<br><br>4   Tap **Call** to call its number, or tap to perform the following operations:<br>MING Manual at 46. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  MING Manual at 47. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | **call or send message**<br><br>1  Tap 👤 in the global navigation bar to open the address book.<br><br>2  Tap a contact name to see its details.<br><br>3  In the details list:<br><br>   • Tap the phone number following the mobile phone indicator 📱 to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>   • Tap the message indicator ✉ to the **right** of a phone number to send an SMS or MMS message to the number.<br><br>   • Tap the email address following the email indicator 📧 to send an email message to the address. Alternatively, tap the message indicator ✉ to the **right** of the email address to send an MMS message to the address.<br><br>MING Manual at 54-55.<br><br>WM5 teaches displaying contact objects associated at least with text messaging: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | 

WM5 on a Treo 700w depicting a second contact object associated with a text message – the "Send Text Message" option, indicated in red.

WM5 also teaches a contact details screen from the contact list which displays contact objects associated with a text message and email: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>WM5 on a Treo 700w depicting a contact object associated with text messaging – the "Send Text Message" option, and a contact object associated with email – the "Send e-mail" option, indicated in red.<br><br>*TAKEphONE* teaches an "SMS" button, a second contact object associated with a non-telephonic communication modality: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | *TAKEphONE* at 14-15. <br><br> *TAKEphONE* also teaches a "find" button, which brings up details on the contact. <br><br> Tap the "**Find...**" button to try and locate a contact matching the selected entry in the address-book, and open it in the "**Details**" form. <br><br> *TAKEphONE* at 15. <br><br> The "Details" form has additional contact options: <br><br> Once you've found a contact and selected it, it will be displayed in the "Details" form: <br><br>  <br><br> *TAKEphONE* at 9. <br><br> Tapping the ("**SMS**") button will open a dialog displaying all the record's **phone & email** fields, so you can select a target for a new **SMS** message to be composed and sent using the **SMS application** selected at "Options/Preferences" ➔ "Applications" tab. <br><br> *TAKEphONE* at 9. <br><br> TealPhone teaches a contact object corresponding to a non-telephonic |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | communication modality:<br><br><br><br>TealPhone, depicting an SMS button, an Email address and "Email" button, and a web address and "Goto" button, three examples of second contact objects associated with a non-telephonic communication modality.<br><br>Agenda Fusion teaches contact objects associated with email and SMS: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | Agenda Fusion, depicting a contact object associated with email, and a contact object associated with SMS, indicated in red.<br><br>*Agendus Guide* teaches contact objects for Email, SMS, and MMS:<br><br><br><br>Figure 13. Contact View<br>*Agendus Guide* at 16. |

| **U.S. Patent No. 8,014,760[12]** | **United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art** |
|---|---|
| | Agendus 10.0 teaches contact objects associated with email and with a web address:  Agendus 10.0, depicting a second contact object associated with a non-telephonic communication modality, in these two examples, an email address and a web address, indicated in red. It would have been obvious to combine Ambrose with Twerdahl, Hawkins, Kun, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| **[1G]**  immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Ambrose.  *Mitel 8690* teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non- |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  | telephonic communication modality corresponding to the second contact object: "If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 111. To the extent this limitation is not anticipated by Ambrose, it would have been obvious to one of ordinary skill in the art to combine non-telephonic communication modalities on a pop-up window 400 and the features of other touch screen devices, such as *Mitel 8690*, taught in Ambrose, to, immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.  Furthermore, immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example, Moore, Hawkins, Kun, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0  and/or other similar references listed in these contentions teach detecting user selection of a second contact object and initiating communication via a non-telephonic modality.  For example: Hawkins teaches selecting an alternate communication mode and immediately initiating communication: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | "The user can use five-way button 104 to navigate within menu 301A in order to highlight an alternate contact mode 302, and can then press activation switch 106 to activate that contact mode 302." Hawkins at 12:50-54.<br><br>"Device 100 may also include one or more mechanisms for accepting input from the user. In one embodiment, screen 102 is touch-sensitive, so that the user may interact with device 100 by touching or writing on the surface of screen 102 using a stylus, finger, or other object." Hawkins at 5:39-44.<br><br>Kun teaches initiating a communication with a respective caller via a non-telephonic communication modality corresponding to an email contact object:<br><br>"The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. For example, moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which presents the user with one or more options for communicating with the other party." Kun at ¶ [0035].<br><br>Holder teaches selecting any of the two telephone numbers (314 A and B), email address (314C) or instant messaging pager address (314D): |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Holder, Figure 7. Bocking teaches a pop-up menu of user options with a second contact object for "creating and sending a short message service (SMS)": "User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5.<br><br><br><br>FIG.5<br><br>"Once the pager address 314D is highlighted a "Select" function 316 provided on the third screen display 314 can be selected and activated. As shown in FIG. 8, a pager message 318 can be entered on the screen of the wireless device 302 using a keypad 320 of the wireless device 302. Once the pager message 318 is entered, a "Send" function can be activated on the wireless device 302 to transmit the entered pager message 318 to the missed caller as a recipient of the pager message 318." Holder |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | at 9:30-39.<br><br>Moore teaches immediately initiating non-telephonic communication upon selection of a contact object:<br><br>"As is shown in FIG. 4, the call log manager then displays an address book display 32 on the screen 27. The address book display is arranged as an alphabetical page in an address book and contains all of the stored contact information and addresses for the party associated with the selected entry. The customer selects the PDA contact address using the cursor and pointing device. As is shown in FIG. 5, the call log manager launches an E-mail program and provides the customer with an E-mail window 34 addressed to the party associated with the address book. The customer then types in a message as desired and sends the E-mail using conventional methods." Moore at 6:6-17.<br><br>A1200 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1   Tap ⬛ **Calls** in the application launcher screen to open the call history screen.<br><br>2   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3   Tap an entry to see call details (time, date, duration).<br><br>4   Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br><br>**options**<br><br>| **Store** | Create an address book entry with the number stored in the number type field you specify. |<br>| **Send SMS** | Open a new text message with the number in the **To** field. |<br>| **Send MMS** | Open a new multimedia message with the number in the **To** field. |<br>| **Delete** | Delete the entry. |<br><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | WM5 teaches immediately in response to detecting user selection of the second contact object, initiates a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object:  WM5 on a Treo 700w depicting selection of the second contact object, and initiating communication with the caller via text message. WM5 also teaches the contact details screen from the contact list initiates a communication via a non-telephonic communication modality corresponding to a second contact object in response to detecting user selection of the second contact object: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  |

WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and  initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.

WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.

*TAKEphONE* teaches initiating non-telephonic communications from the 'Details' screen:

Tap the **"Details..."** button to show all entry details:

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  *TAKEphONE* at 14-15.<br><br>Tap the "**SMS**" button to start an SMS message to the contact.<br><br>*TAKEphONE* at 15.<br><br>TealPhone immediately initiates a non-telephonic communication in response to selection of a second contact object:<br><br>TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  TealPhone, depicting selecting an email address, a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user by selecting the "Email" button.<br><br>TealPhone, depicting selecting a web address, a second contact object associated with a non-telephonic communication modality, and opening a web page at the web address previously selected by pressing the "Goto" button.<br><br>Agenda Fusion teaches selecting E-mail or SMS contact objects on a contact details |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | screen:<br><br><br><br>Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication.<br><br>*Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email" or "New SMS": |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>**Figure 13. Contact View**<br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches selecting email or web address objects on a contact details screen: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  |

Agendus 10.0, depicting immediately initiating an email communication by selecting the email address, indicated in red.

Agendus 10.0, depicting immediately initiating a web page in a browser by selecting the web address, indicated in red.

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | It would have been obvious to combine Ambrose with Hawkins, Kun, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0and/or other similar references listed in these contentions. |
| | |
| **[2]**  The method of claim 1, wherein the second contact object is an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. | *Mitel 8690* teaches the second contact object is an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for input by the user: <br><br> • **Advanced Mailbox:** If E-Mail Reader is enabled for your mailbox, you have access to voice mail, e-mail, and fax messages in your mailbox. You can also customize your personal mailbox options, and access advanced messaging features. See page 121 for information and instructions about using E-Mail Reader features. For a voice mail flowchart for advanced mailbox users, see page 133. <br><br> *Mitel 8690* at 15. <br><br> NOTE: If you have the Enterprise® Messaging (EM) voice mail system, you also have access to advanced communication and messaging features such as E-Mail Reader and Automatic Speech Recognition (ARS). For more information about EM, see page 17 <br><br> *Mitel 8690* at 15. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | **Recording and Sending Voice Mail Messages** You can record and send voice mail messages by accessing the record option on the main menu. NOTE: If E-Mail Reader is enabled for your mailbox, a reply to an e-mail message (see page 127) is a recorded voice message that is attached to the e-mail as a `.wav` file. *Mitel 8690* at 60. To the extent this limitation is not anticipated by Ambrose, it would have been obvious to one of ordinary skill in the art to combine non-telephonic communication modalities and the features of other touch screen devices, such as *Mitel 8690*, taught in Ambrose, to have the second contact object be an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. Furthermore, having the second contact object be an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art. It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as email, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. For example, Twerdahl, Moore, Hawkins, Kun, Holder, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as email, and preparing an email message with the selected email address |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | associated with the second contact object, ready for text input by the user.  For example:<br><br>Twerdahl teaches a second contact object where the non-telephonic communication modality is email:<br><br>"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58.<br><br>Hawkins teaches an alternate communication mode is an email contact object:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:40-46; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  |

Kun teaches an email address contact object, and selecting that email address:

"The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. For example, moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which presents the user with one or more options for communicating with the other party." Kun at ¶ [0035].

Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as email:

"Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  | various aspects of the present methods and systems, the user (such as a subscriber of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device."  Holder at 3:19-30. |
|  | "The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device."  Holder at 9:44-52. |
|  | Moore teaches an additional contact object for email: |
|  | "Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30. |
|  | WM5 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and  initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>*TAKEphONE* teaches email addresses, and preparing an email ready for text input:<br><br>Once you've found a contact and selected it, it will be displayed in the "Details" form:<br><br>The "Details" form displays all of the record's fields in 5 groups, in the order shown above, starting from its **phone** fields with the default phone number highlighted.<br>*TAKEphONE* at 9. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | Tapping a field containing an **email address** (or pressing the **OK button/Jog-Dial** when it's highlighted) will start a new **email** to that address, using the **email application** selected at "Options/Preferences" ➜ "Applications" tab.<br><br>*TAKEphONE* at 9.<br><br>TealPhone teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user:<br><br><br><br>TealPhone, depicting selecting "Email," a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user.<br><br>Agenda Fusion teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user. <br><br> *Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email": |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  Figure 13. Contact View <br><br> *Agendus Guide* at 16. <br><br> Agendus 10.0 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | 

Agendus 10.0, depicting initiating an email communication by selecting the email address, indicated in red.

It would have been obvious to combine Ambrose with Twerdahl, Hawkins, Kun, Holder, Moore, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| **[3]** The method of claim 1, wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. | *Mitel 8690* teaches the second contact object is a station messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing a station message to the number associated with the second contact object, ready for input by the user:

"If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC |

- 124 -

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | device." *Mitel 8690* at 118.<br><br>To the extent this limitation is not anticipated by Ambrose, it would have been obvious to one of ordinary skill in the art to combine non-telephonic communication modalities and the features of other touch screen devices, such as *Mitel 8690*, taught in Ambrose, to have the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user.  Furthermore, having the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as instant message, and preparing an instant message to the number associated with the second contact object, ready for text input by the user.  For example, Moore, Hawkins, Kun, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as instant message, and preparing an instant message to the number associated with the second contact object, ready for text input by the user.  For example:<br><br>Hawkins teaches the second contact object is a page or text messaging contact object:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  | for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:40-46; *see also* Fig. 6B.  "SMS addresses. Launches a text messaging application in a Compose New Message view, with an address associated with button 701 inserted automatically into the To: field."  Hawkins at 15:12-15.  Kun teaches sending an SMS or multimedia message, as well as contact objects for non-telephonic communications modalities:  "In alternate embodiments, the menu 550 can include any suitable types of communication modes."  Kun at ¶ 0037. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>Kun, Figs. 5c-d.<br><br>Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as instant messages:<br><br>"Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In various aspects of the present methods and systems, the user (such as a subscriber of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device."  Holder at 3:19-30.<br><br>"The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device."  Holder at 9:44-52.<br><br>Bocking teaches a pop-up menu of user options with a second contact object "creating and sending a short message service (SMS)":<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  FIG.5 Moore teaches an additional contact object for instant messaging: "Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log." Moore at 5:18-30. A1200 teaches wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user: <br><br> **options** <br> **Store** — Create an address book entry with the number stored in the number type field you specify. <br> **Send SMS** — Open a new text message with the number in the **To** field. <br> **Send MMS** — Open a new multimedia message with the number in the **To** field. <br> **Delete** — Delete the entry. <br><br> MING Manual at 47. <br><br> WM5 initiates an instant message communication upon selection of the "Send Text Message" contact object: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | WM5 on a Treo 700w depicting selection of the second contact object, and initiating communication with the caller via text message.<br><br>WM5 also teaches a contact details screen from the contact list which prepares an instant message to the number associated with the second contact object, ready for text input by the user after selection of a second contact object:<br><br>WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.<br><br>*TAKEphONE* teaches sending text messages from the 'Details' screen: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  |

Tap the "**Details…**" button to show all entry details:

*TAKEphONE* at 14-15.

Tap the "**SMS**" button to start an SMS message to the contact.

*TAKEphONE* at 15.

TealPhone teaches immediately initiating SMS communications when an SMS contact object is selected:

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user.<br><br>Agenda Fusion teaches selecting an SMS contact object on a contact details screen:<br><br><br><br>Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication.<br><br>*Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New SMS": |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
|  |  Figure 13. Contact View *Agendus Guide* at 16. Agendus 10.0 teaches selecting an instant messaging object on the contact details screen, and preparing an instant message ready for text input by the user: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | 

Agendus 10.0, depicting initiating an instant message communication by selecting the 'New SMS Message' option, indicated in red, from any of the available telephone numbers.

It would have been obvious to combine Ambrose with Hawkins, Kun, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| **[4]** The method of claim 1, wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls. | Ambrose teaches a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls. For example:

Ambrose teaches a list showing only missed calls:

"The number of entries displayed and/or stored for a particular user may be determined by a system administrator and typically depends on the system-wide available storage. In other embodiments, the user may select a sort function and choose to have the entries displayed in various other formats other than by descending date, e.g., by name and number or by call result." Ambrose at 5:24-30. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | Ambrose also teaches expanding and collapsing entries in a list:

"Additional details of the event may be viewed by selecting the "+" icon for the desired entry. With combined reference to FIG. 3, the entry for "Tom Neil x309" is expanded to display the event details 302. In this particular embodiment, the event details include several lines below the entry showing the steps the system took to place the communication between x309 and x291. Various other event details may also be displayed in addition to or in lieu of the system steps. To collapse the event details, the user may select the "-" icon and call log 200 returns to the condensed table as illustrated in FIG. 2."  Ambrose at 6:11-20.

In the alternative, it would have been obvious to one of ordinary skill in the art to combine a list of missed calls and collapsing entries in a list, taught in Ambrose, to have a single item in the list of interactive items correspond to a plurality of consecutive missed telephone calls.  Furthermore, having a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls.  For example, Hawkins, Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these contentions teach wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls.  For example:

Hawkins teaches only showing each number in a list once:

"In one embodiment, each number 604 appears only once in redial list 603. If a number 604 was dialed more than once, it only appears once (sorted with other items according to the most recent call to that number). For example, if the fifth number 604 is dialed again, it moves to the first position and is removed from the |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | fifth position." Hawkins at 12:20-25.<br><br>Bocking teaches "presenting information relating to logged phone calls in a collapsed manner, meaning that . . . only the most recent in time call is listed in the call log":<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact." Bocking at 4:49-64. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | <br><br>*FIG.3*     *FIG.7*<br><br>Sherrard teaches a list in which list items may correspond to a number of missed calls, for each contact: |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| |  FIG. 4<br><br>Sherrard, Figure 4.<br><br>"Indicators 422 illustrate a graphical indicator and a text indicator for a missed telephone call from one identified contact (e.g., Nate). Indicator 424 illustrates that an email message is waiting from another identified contact. Other indicators can also be associated with a contact, such as graphical icons and/or text strings as may |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | be desired for a variety of indications such as text message waiting, voice message waiting, picture message waiting, as well as others." Sherrard at 7:5-13.<br><br>Stifelman teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact:<br><br><br><br>Figure 4<br><br>Stifelman, Figure 4.<br><br>"In illustrative embodiments of the invention, messages and/or missed calls made to a subscriber are summarized. When integrated with a personal address book, the summary may efficiently provide both the number of missed calls and messages, and names of callers. The subscriber may be provided with the summary of missed calls and messages upon going off-hook. A more detailed review of each missed call and message may be provided by accessing a message center." Stifelman at ¶ [0025]. |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose")<br>and alternative combination art |
|---|---|
| | "In various embodiments, retrieval of the caller's name from the subscriber's personal address book may allow the message center to effectively group and present missed calls and/or messages. Calls by the same contact may be grouped, albeit missed calls and/or messages, so that all the information someone needs about a contact (such as how many times they called, any messages, and the time-stamps of their calls) is summarized together rather than being dispersed by calls from other contacts. This makes message and missed call review by the subscriber more efficient." Stifelman at ¶ [0056].<br><br>Richard teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact. In this example, the "John Sorenson" list item represents 7 separate missed call events:<br><br><br><br>Richard, Figures 1 & 2.<br><br>"In the missed calls menu, items of said missed calls stack is displayed as a list having entries said 101-105 on said display mean. In Fig. 1, said list is ordered according to the number of times each caller has called. In the missed calls stack, missed calls are listed with a number or a name as explained above. Thus, if a name couldn't be associated to a number, the number is displayed which is the case for |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | entry 104 "98754312". When the user enters the list of missed calls, all numbers or names are listed in order of the number of missed calls. Here, John Sorensen 101 has called most times, and entry Niels 105 least times."  Richard at 3:20-32. <br><br> It would have been obvious to combine Ambrose with Hawkins, Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these contentions. |
| | |
| **[5]**  The method of claim 1, including, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | To the extent this limitation is not anticipated by Ambrose, it would have been obvious to one of ordinary skill in the art to combine a list of missed calls and collapsing items in a list, taught in Ambrose, to display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  Furthermore, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  For example, Bocking, Sherrard, Stifelman, Richard and/or other similar references listed in these contentions teach while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  For example: <br><br> Bocking teaches a collapsed list of calls associated with a phone number, and indicating a number of calls associated with that item: <br><br> "FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in |

| U.S. Patent No. 8,014,760[12] | United States Patent 7,778,399 to Ambrose ("Ambrose") and alternative combination art |
|---|---|
| | call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact."  Bocking at 4:49-64; *see also* Fig. 3.<br><br>"As seen on FIG. 7, in addition to the listing of calls, the call history may include, without limitation, the name and phone number associated with the chosen call 58, the nature (i.e., place, received or missed) and duration of the last call, and the number of calls included in the history."  Bocking at 6:21-26; *see also* Fig. 7.<br><br><br><br>Sherrard teaches a list in which list items may correspond to a number of missed calls and that number is indicated on the text portion of the status indicator, for each |

- 143 -