# Exhibit 19-3
# Filed Publicly Pursuant To Court Order [Dkt. No. 1415]

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*")<br>and alternative combination art |
|---|---|
| | similar references listed in these contentions teach a contact object comprising a non-telephonic communications modality.  For example:<br><br>Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller:<br><br>"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58.<br><br>Hawkins teaches additional contact objects for non-telephonic communication:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | <br><br>Kun teaches a contact object associated with an email address:<br><br>"moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address 'ross@hot...' is shown."  Kun at ¶ [0035].<br><br>Kun, Figure 5c. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | Ambrose teaches contact objects associated with non-telephonic communication modalities:<br><br>"Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36.<br><br>*Mitel 8690* also teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller:<br><br>"If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device."  *Mitel 8690* at 111.<br><br>Holder teaches display of contact information, including an email address (314C) and an instant messaging pager address (314D): |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*")<br>and alternative combination art |
|---|---|
| | <br><br>Holder, Figure 7.<br><br>Bocking teaches a pop-up menu of user options with a second contact object for SMS:<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5. |



FIG.5

Moore teaches additional contact objects for non-telephonic communication:

"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
|  | phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller:<br><br>To **see** details or perform other operations on an entry in the recent calls list:<br><br>1  Tap **Calls** in the application launcher screen to open the call history screen.<br><br>2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3  Tap an entry to see call details (time, date, duration).<br><br>4  Tap **Call** to call its number, or tap ☰ to perform the following operations:<br>MING Manual at 46. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  MING Manual at 47. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | **call or send message**<br><br>1  Tap 🔲 in the global navigation bar to open the address book.<br><br>2  Tap a contact name to see its details.<br><br>3  In the details list:<br><br>• Tap the phone number following the mobile phone indicator ▯ to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>• Tap the message indicator ✉ to the **right** of a phone number to send an SMS or MMS message to the number.<br><br>• Tap the email address following the email indicator 📧 to send an email message to the address. Alternatively, tap the message indicator ✉ to the **right** of the email address to send an MMS message to the address.<br><br>MING Manual at 54-55.<br><br>WM5 teaches displaying contact objects associated at least with text messaging: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | <br><br>WM5 on a Treo 700w depicting a second contact object associated with a text message – the "Send Text Message" option, indicated in red.<br><br>WM5 also teaches a contact details screen from the contact list which displays contact objects associated with a text message and email: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | <br><br>WM5 on a Treo 700w depicting a contact object associated with text messaging – the "Send Text Message" option, and a contact object associated with email – the "Send e-mail" option, indicated in red.<br><br>TealPhone teaches a contact object corresponding to a non-telephonic communication modality:<br><br>TealPhone, depicting an SMS button, an Email address and "Email" button, and a |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | web address and "Goto" button, three examples of second contact objects associated with a non-telephonic communication modality.<br><br>Agenda Fusion teaches contact objects associated with email and SMS:<br><br><br><br>Agenda Fusion, depicting a contact object associated with email, and a contact object associated with SMS, indicated in red.<br><br>*Agendus Guide* teaches contact objects for Email, SMS, and MMS: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | <br>*Tap and hold on a contact name to get this popup menu of actions that can be done with this contact.*<br><br>**Figure 13. Contact View**<br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches contact objects associated with email and with a web address: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | **Contact**     Unfiled     **Contact**     Unfiled<br><br>**Example User**       **Example User**<br><br>Work: 5557891234    Work: 5557891234<br>Mobile: 5551234567    Mobile: 5551234567<br>E-mail: user@example.com    E-mail: user@example.com<br><br>Web site: www.example.com    Web site: www.example.com<br><br>Done Edit       Done Edit<br>Agendus 10.0, depicting a second contact object associated with a non-telephonic communication modality, in these two examples, an email address and a web address, indicated in red.<br><br>It would have been obvious to combine *TAKEphONE* with Twerdahl, Hawkins, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, Moore, A1200, WM5, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| **[1G]** immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. For example: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*")<br>and alternative combination art |
|---|---|
| | Tap the "**Details…**" button to show all entry details:<br><br><br><br>*TAKEphONE* at 14-15.<br><br>Tap the "**SMS**" button to start an SMS message to the contact.<br><br>*TAKEphONE* at 15.<br><br>The "SMS" button, for example, is a second contact object associated with a non-telephonic communication modality.<br><br>*TAKEphONE* also teaches a "find" button, which brings up details on the contact.<br><br>Tap the "**Find…**" button to try and locate a contact matching the selected entry in the address-book, and open it in the "**Details**" form.<br><br>*TAKEphONE* at 15.<br><br>The "Details" form has additional contact options: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
|  | Once you've found a contact and selected it, it will be displayed in the "**Details**" form: <br><br>  <br><br> *TAKEphONE* at 9. <br><br> Tapping the ("**SMS**") button will open a dialog displaying all the record's **phone & email** fields, so you can select a target for a new **SMS** message to be composed and sent using the **SMS application** selected at "Options/Preferences" ➔ "Applications" tab. <br><br> *TAKEphONE* at 9. <br><br> In the alternative, it would have been obvious to one of ordinary skill in the art to combine the entry details screen and corresponding "SMS" button and the Details form and corresponding "SMS" button taught in *TAKEphONE* to, immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.  Furthermore, immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to, immediately in response to detecting user selection of the second contact object, initiate a communication with |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | the respective caller via the non-telephonic communication modality corresponding to the second contact object.  For example, Moore, Hawkins, Kun, *Mitel 8690*, Holder, Bocking, A1200, WM5, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach a contact object comprising a non-telephonic communications modality, and immediately initiating communication with that modality when selected.  For example: |
| | Hawkins teaches selecting an alternate communication mode and immediately initiating communication: |
| | "The user can use five-way button 104 to navigate within menu 301A in order to highlight an alternate contact mode 302, and can then press activation switch 106 to activate that contact mode 302."  Hawkins at 12:50-54. |
| | "Device 100 may also include one or more mechanisms for accepting input from the user. In one embodiment, screen 102 is touch-sensitive, so that the user may interact with device 100 by touching or writing on the surface of screen 102 using a stylus, finger, or other object."  Hawkins at 5:39-44. |
| | Kun teaches initiating a communication with a respective caller via a non-telephonic communication modality corresponding to an email contact object: |
| | "The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which presents the user with one or more options for communicating with the other party."  Kun at ¶ [0035]. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | *Mitel 8690* teaches initiating a communication with a respective caller via a non-telephonic communication modality corresponding to a second contact object: "If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 111. Holder teaches selecting any of the two telephone numbers (314 A and B), email address (314C) or instant messaging pager address (314D): |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  Holder, Figure 7.<br><br>Bocking teaches a pop-up menu of user options with a second contact object for "creating and sending a short message service (SMS)":<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5. |



FIG.5

"Once the pager address 314D is highlighted a "Select" function 316 provided on the third screen display 314 can be selected and activated. As shown in FIG. 8, a pager message 318 can be entered on the screen of the wireless device 302 using a keypad 320 of the wireless device 302. Once the pager message 318 is entered, a "Send" function can be activated on the wireless device 302 to transmit the entered pager message 318 to the missed caller as a recipient of the pager message 318."  Holder at

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | 9:30-39.<br><br>Moore teaches immediately initiating non-telephonic communication upon selection of a contact object:<br><br>"As is shown in FIG. 4, the call log manager then displays an address book display 32 on the screen 27. The address book display is arranged as an alphabetical page in an address book and contains all of the stored contact information and addresses for the party associated with the selected entry. The customer selects the PDA contact address using the cursor and pointing device. As is shown in FIG. 5, the call log manager launches an E-mail program and provides the customer with an E-mail window 34 addressed to the party associated with the address book. The customer then types in a message as desired and sends the E-mail using conventional methods."  Moore at 6:6-17.<br><br>A1200 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1  Tap 📞 **Calls** in the application launcher screen to open the call history screen.<br><br>2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3  Tap an entry to see call details (time, date, duration).<br><br>4  Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br>**options**<br><br>| **Store** | Create an address book entry with the number stored in the number type field you specify. |<br>| **Send SMS** | Open a new text message with the number in the **To** field. |<br>| **Send MMS** | Open a new multimedia message with the number in the **To** field. |<br>| **Delete** | Delete the entry. |<br><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | WM5 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object:<br><br><br><br>WM5 on a Treo 700w depicting selection of the second contact object, and initiating communication with the caller via text message.<br><br>WM5 also teaches the contact details screen from the contact list initiates a communication via a non-telephonic communication modality corresponding to a second contact object in response to detecting user selection of the second contact object: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and  initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.<br><br>TealPhone immediately initiates a non-telephonic communication in response to selection of a second contact object: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual (*"TAKEphONE"*) and alternative combination art |
|---|---|
| |  TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user. TealPhone, depicting selecting an email address, a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user by selecting the "Email" button. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  TealPhone, depicting selecting a web address, a second contact object associated with a non-telephonic communication modality, and opening a web page at the web address previously selected by pressing the "Goto" button.<br><br>Agenda Fusion teaches selecting E-mail or SMS contact objects on a contact details screen:<br><br>Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication.<br><br>*Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email" or "New SMS": |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  **Figure 13. Contact View** *Agendus Guide* at 16. Agendus 10.0 teaches selecting email or web address objects on a contact details screen: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  |

Agendus 10.0, depicting immediately initiating an email communication by selecting the email address, indicated in red.

Agendus 10.0, depicting immediately initiating a web page in a browser by selecting the web address, indicated in red.

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | It would have been obvious to combine *TAKEphONE* with Hawkins, Kun, *Mitel 8690*, Holder, Bocking, Moore, A1200, WM5, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| | |
| **[2]**  The method of claim 1, wherein the second contact object is an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. | *TAKEphONE* teaches an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the contact object includes preparing an email message with the selected email address associated with the contact object, ready for text input by the user.  For example:<br><br>*TAKEphONE* teaches email addresses:<br><br>"**Emails**": Email client application to be launched when you tap/select an email address in a contact.<br><br>*TAKEphONE* at 27. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | Once you've found a contact and selected it, it will be displayed in the "**Details**" form:<br><br><br><br>The "**Details**" form displays all of the record's fields in 5 groups, in the order shown above, starting from its **phone** fields with the default phone number highlighted.<br><br>*TAKEphONE* at 9.<br><br>Tapping a field containing an **email address** (or pressing the **OK button/Jog-Dial** when it's highlighted) will start a new **email** to that address, using the **email application** selected at "Options/Preferences" ➜ "Applications" tab.<br><br>*TAKEphONE* at 9.<br><br>To the extent this limitation is not anticipated by *TAKEphONE*, it would have been obvious to one of ordinary skill in the art to combine the Details form and corresponding "SMS" button, and the ability to open an email application when an email address is selected, taught in *TAKEphONE*, to have the second contact object be an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user.  Furthermore, having the second contact object be an email contact object, and wherein initiating the |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have the second contact object be an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user.  For example, Twerdahl, Moore, Hawkins, Kun, *Mitel 8690*, Holder, WM5, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach initiating email communications when an email contact object is selected.  For example:<br><br>Twerdahl teaches a second contact object where the non-telephonic communication modality is email:<br><br>"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58.<br><br>Hawkins teaches an alternate communication mode is an email contact object:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | selected contact 604 in main menu 600."  Hawkins at 12:40-46; *see also* Fig. 6B.<br><br><br><br>Kun teaches an email address contact object, and selecting that email address:<br><br>"The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which presents the user with one or more options for communicating with the other party." Kun at ¶ [0035].<br><br>*Mitel 8690* teaches initiating a communication via a non-telephonic communication modality corresponding to a second contact object and preparing an email message with the selected email address: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | • **Advanced Mailbox:** If E-Mail Reader is enabled for your mailbox, you have access to voice mail, e-mail, and fax messages in your mailbox. You can also customize your personal mailbox options, and access advanced messaging features. See page 121 for information and instructions about using E-Mail Reader features. For a voice mail flowchart for advanced mailbox users, see page 133. *Mitel 8690* at 15. <br><br> **NOTE:** If you have the Enterprise® Messaging (EM) voice mail system, you also have access to advanced communication and messaging features such as E-Mail Reader and Automatic Speech Recognition (ARS). For more information about EM, see page 17 <br><br> *Mitel 8690* at 15. <br><br> **Recording and Sending Voice Mail Messages** <br><br> You can record and send voice mail messages by accessing the record option on the main menu. <br><br> **NOTE:** If E-Mail Reader is enabled for your mailbox, a reply to an e-mail message (see page 127) is a recorded voice message that is attached to the e-mail as a `.wav` file. <br><br> *Mitel 8690* at 60. <br><br> Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as email: <br><br> "Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In various aspects of the present methods and systems, the user (such as a  subscriber |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device." Holder at 3:19-30.<br><br>"The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device." Holder at 9:44-52.<br><br>Moore teaches an additional contact object for email:<br><br>"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log." Moore at 5:18-30.<br><br>WM5 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
| --- | --- |
| | <br><br>WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>TealPhone teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user:<br><br>TealPhone, depicting selecting "Email," a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | Agenda Fusion teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user:<br><br><br><br>Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and  initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>*Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email": |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | <br>**Figure 13. Contact View**<br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | Agendus 10.0, depicting initiating an email communication by selecting the email address, indicated in red.<br><br>It would have been obvious to combine *TAKEphONE* with Twerdahl, Hawkins, Kun, *Mitel 8690*, Holder, Moore, WM5, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| **[3]** The method of claim 1, wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. | *TAKEphONE* teaches the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user.  For example:<br><br>Tap the "**Details...**" button to show all entry details: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | *TAKEphONE* at 14-15.<br><br>Tap the "**SMS**" button to start an SMS message to the contact.<br><br>*TAKEphONE* at 15.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine the entry details screen and corresponding "SMS" button and the Details form and corresponding "SMS" button, taught in *TAKEphONE*, to have the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. Furthermore, having the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | message to the number associated with the second contact object, ready for text input by the user.  For example, Moore, Hawkins, Kun, *Mitel 8690*, Holder, Bocking, A1200, WM5, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach initiating SMS communications when an SMS contact object is selected.  For example:<br><br>Hawkins teaches the second contact object is a page or text messaging contact object:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:40-46; *see also* Fig. 6B.<br><br><br><br>"SMS addresses. Launches a text messaging application in a Compose New Message view, with an address associated with button 701 inserted automatically into the To: field."  Hawkins at 15:12-15. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | Kun teaches sending an SMS or multimedia message, as well as contact objects for non-telephonic communications modalities:<br><br>"In alternate embodiments, the menu 550 can include any suitable types of communication modes."  Kun at ¶ 0037.<br><br><br><br>Kun, Figs. 5c-d.<br><br>*Mitel 8690* teaches the second contact object is a station messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing a station message to the number associated with the second contact object, ready for input by the user:<br><br>"If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 118.<br><br>Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as instant messages:<br><br>"Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In various aspects of the present methods and systems, the user (such as a subscriber of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device." Holder at 3:19-30.<br><br>"The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device." Holder at 9:44-52.<br><br>Bocking teaches a pop-up menu of user options with a second contact object "creating and sending a short message service (SMS)":<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5.<br><br><br><br>FIG.5 |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | Moore teaches an additional contact object for instant messaging: "Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30. A1200 teaches wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  |

MING Manual at 47.

WM5 initiates an instant message communication upon selection of the "Send Text Message" contact object:



WM5 on a Treo 700w depicting selection of the second contact object, and initiating

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | communication with the caller via text message.<br><br>WM5 also teaches a contact details screen from the contact list which prepares an instant message to the number associated with the second contact object, ready for text input by the user after selection of a second contact object:<br><br><br><br>WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.<br><br>TealPhone teaches immediately initiating SMS communications when an SMS contact object is selected: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user. Agenda Fusion teaches selecting an SMS contact object on a contact details screen: Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication. *Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New SMS": |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  **Figure 13. Contact View** *Agendus Guide* at 16. Agendus 10.0 teaches selecting an instant messaging object on the contact details screen, and preparing an instant message ready for text input by the user: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | Agendus 10.0, depicting initiating an instant message communication by selecting the 'New SMS Message' option, indicated in red, from any of the available telephone numbers.<br><br>It would have been obvious to combine *TAKEphONE* with Hawkins, Kun, *Mitel 8690*, Holder, Bocking, Moore, A1200, WM5, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| **[4]** The method of claim 1, wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls. | To the extent this limitation is not anticipated by *TAKEphONE*, it would have been obvious to one of ordinary skill in the art to combine the missed call list, taught in *TAKEphONE*, to have a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls. Furthermore, having a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art. It was well known in the art to have a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls. For example, Hawkins, Ambrose, Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | contentions teach wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls.  For example: <br><br> Hawkins teaches only showing each number in a list once: <br><br> "In one embodiment, each number 604 appears only once in redial list 603. If a number 604 was dialed more than once, it only appears once (sorted with other items according to the most recent call to that number). For example, if the fifth number 604 is dialed again, it moves to the first position and is removed from the fifth position."  Hawkins at 12:20-25. <br><br> Ambrose teaches a list showing only missed calls, and collapsing entries in a list: <br><br> "The number of entries displayed and/or stored for a particular user may be determined by a system administrator and typically depends on the system-wide available storage. In other embodiments, the user may select a sort function and choose to have the entries displayed in various other formats other than by descending date, e.g., by name and number or by call result."  Ambrose at 5:24-30. <br><br> "Additional details of the event may be viewed by selecting the "+" icon for the desired entry. With combined reference to FIG. 3, the entry for "Tom Neil x309" is expanded to display the event details 302. In this particular embodiment, the event details include several lines below the entry showing the steps the system took to place the communication between x309 and x291. Various other event details may also be displayed in addition to or in lieu of the system steps. To collapse the event details, the user may select the "-" icon and call log 200 returns to the condensed table as illustrated in FIG. 2."  Ambrose at 6:11-20. <br><br> Bocking teaches "presenting information relating to logged phone calls in a collapsed manner, meaning that . . . only the most recent in time call is listed in the call log": |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | "FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact."  Bocking at 4:49-64. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | Sherrard teaches a list in which list items may correspond to a number of missed calls, for each contact:<br><br><br><br>Sherrard, Figure 4.<br><br>"Indicators 422 illustrate a graphical indicator and a text indicator for a missed |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | telephone call from one identified contact (e.g., Nate). Indicator 424 illustrates that an email message is waiting from another identified contact. Other indicators can also be associated with a contact, such as graphical icons and/or text strings as may be desired for a variety of indications such as text message waiting, voice message waiting, picture message waiting, as well as others." Sherrard at 7:5-13. Stifelman teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact: |

Stifelman teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact:

| Name | Number | Type | Contact ID | times |
|---|---|---|---|---|
| Brad | 4089309050 | Message | <unique id from address book> | 2 |
| M. Smith | 4089769080 | Message | 0 (not in address book) | 1 |
| Blocked | Blocked | Missed | 0 (not in address book) | 1 |
| Laura | 6509309050 | Missed | <unique id from address book> | 1 |

402  403  404  405  406  400

Figure 4

Stifelman, Figure 4.

"In illustrative embodiments of the invention, messages and/or missed calls made to a subscriber are summarized. When integrated with a personal address book, the summary may efficiently provide both the number of missed calls and messages,

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | and names of callers. The subscriber may be provided with the summary of missed calls and messages upon going off-hook. A more detailed review of each missed call and message may be provided by accessing a message center." Stifelman at ¶ [0025]. |

"In various embodiments, retrieval of the caller's name from the subscriber's personal address book may allow the message center to effectively group and present missed calls and/or messages. Calls by the same contact may be grouped, albeit missed calls and/or messages, so that all the information someone needs about a contact (such as how many times they called, any messages, and the time-stamps of their calls) is summarized together rather than being dispersed by calls from other contacts. This makes message and missed call review by the subscriber more efficient." Stifelman at ¶ [0056].

Richard teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact. In this example, the "John Sorenson" list item represents 7 separate missed call events:



Richard, Figures 1 & 2.

"In the missed calls menu, items of said missed calls stack is displayed as a list

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
|  | having entries said 101-105 on said display mean. In Fig. 1, said list is ordered according to the number of times each caller has called. In the missed calls stack, missed calls are listed with a number or a name as explained above. Thus, if a name couldn't be associated to a number, the number is displayed which is the case for entry 104 "98754312". When the user enters the list of missed calls, all numbers or names are listed in order of the number of missed calls. Here, John Sorensen 101 has called most times, and entry Niels 105 least times."  Richard at 3:20-32.<br><br>It would have been obvious to combine *TAKEphONE* with Hawkins, Ambrose, Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these contentions. |
|  |  |
| **[5]**  The method of claim 1, including, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | To the extent this limitation is not anticipated by *TAKEphONE*, it would have been obvious to one of ordinary skill in the art to combine the missed call list, taught in *TAKEphONE*, to display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  Furthermore, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  For example, Bocking, Sherrard, Stifelman, Richard and/or other similar references listed in these contentions teach while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  For example:<br><br>Bocking teaches a collapsed list of calls associated with a phone number, and indicating a number of calls associated with that item:<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact."  Bocking at 4:49-64; *see also* Fig. 3. <br><br> "As seen on FIG. 7, in addition to the listing of calls, the call history may include, without limitation, the name and phone number associated with the chosen call 58, the nature (i.e., place, received or missed) and duration of the last call, and the number of calls included in the history."  Bocking at 6:21-26; *see also* Fig. 7. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  FIG.3   FIG.7 Sherrard teaches a list in which list items may correspond to a number of missed calls and that number is indicated on the text portion of the status indicator, for each contact: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  FIG. 4 Sherrard, Figure 4. "Indicators 422 illustrate a graphical indicator and a text indicator for a missed telephone call from one identified contact (e.g., Nate). Indicator 424 illustrates that an email message is waiting from another identified contact. Other indicators can also be associated with a contact, such as graphical icons and/or text strings as may be desired for a variety of indications such as text message waiting, voice message waiting, picture message waiting, as well as others." Sherrard at 7:5-13. Stifelman teaches a missed calls list in which each list item corresponds to a number |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
|  | of missed calls as indicated in the "times" column, for each contact: |



402    403    404    405    406    400

| Name | Number | Type | Contact ID | times |
|---|---|---|---|---|
| Brad | 4089309050 | Message | <unique id from address book> | 2 |
| M. Smith | 4089769080 | Message | 0 (not in address book) | 1 |
| Blocked | Blocked | Missed | 0 (not in address book) | 1 |
| Laura | 6509309050 | Missed | <unique id from address book> | 1 |

Figure 4

Stifelman, Figure 4.

"In illustrative embodiments of the invention, messages and/or missed calls made to a subscriber are summarized. When integrated with a personal address book, the summary may efficiently provide both the number of missed calls and messages, and names of callers. The subscriber may be provided with the summary of missed calls and messages upon going off-hook. A more detailed review of each missed call and message may be provided by accessing a message center." Stifelman at ¶ [0025].

"In various embodiments, retrieval of the caller's name from the subscriber's personal address book may allow the message center to effectively group and

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | present missed calls and/or messages. Calls by the same contact may be grouped, albeit missed calls and/or messages, so that all the information someone needs about a contact (such as how many times they called, any messages, and the time-stamps of their calls) is summarized together rather than being dispersed by calls from other contacts. This makes message and missed call review by the subscriber more efficient." Stifelman at ¶ [0056]. <br><br> More generally, Richard teaches storing and displaying the number of times a caller has left a missed call at the user's device: <br><br> "In this example, said specific information comprises an indication of the caller, the number of times said caller has called, and the date and/or time the last call was received for this indication."  Richard at 3:7-10. <br><br> It would have been obvious to combine *TAKEphONE* with Bocking, Sherrard, Stifelman, Richard and/or other similar references listed in these contentions. |
| | |
| **[7]**  The method of claim 1, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item. | To the extent this limitation is not anticipated by *TAKEphONE*, it would have been obvious to one of ordinary skill in the art to combine the missed call list, taught in *TAKEphONE*, to have the second interactive displayed portion of the respective user selected item be identified by an icon displayed within the respective user selected item.  Furthermore, having the second interactive displayed portion of the respective user selected item be identified by an icon displayed within the respective user selected item would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have the second interactive displayed portion of the respective user selected item be identified by an icon displayed within the respective user selected item.  For example, Hanson, Sherrard, Ambrose, Jin, and/or other similar references listed in these contentions teach the method of claim 1, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.  For example: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | Sherrard teaches selecting an icon that represents a contact in the contact-centric list (which may be displayed in the form of various shapes, including a standard list), which leads to a second list containing contact objects for initiating communication with the respective caller:<br><br>"FIG. 13 is an illustration of another example user interface interaction sequence (1300) that illustrates selection of various communication modes associated with a preferred contact. As illustrated in the figure, a preferred contact is initially selected from the idle screen by activating the "Select" key for the currently selected contact. The interaction activates the communication options menu, which includes a set of choices such as "Call", "Messaging", "Instant Messaging", "Email", etc., similar to that described previously for FIG. 2."  Sherrard at 12:29-37; *see also* Fig. 3.<br><br>"An arrangement of graphical icons is used to indicate each of the communication modes that is available for the currently selected contact. The graphical icons are arranged about a central axis relative to the display screen. The user interface in this example is arranged such that selection of the left and right navigation keys will result in rotationally changing the location of each of the graphical icons relative to the central axis. The currently selected communication mode in this example corresponds to the graphical icon that is located in the bottom center location of the display screen. The currently selected graphical icon also includes a text string that is displayed in the bottom center area of the display screen. A selection indicator in this example is illustrated by the box that surrounds the graphical icon and the associated text string."  Sherrard at 12:38-52; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| |  Sherrard, Figure 13.<br><br>Ambrose discloses using icons to represent the type of event in each list item:<br><br>"In addition to the descriptive words in the result column, other embodiments may include an icon representation of the result of the event. as described, an icon may be used to display the type of call, i.e., incoming or outgoing. As illustrated in call log 200, the type of call icon also includes another indication, such as an arrow ("transferred") or letter ("voicemail"), which may be used to display the result of the event."  Ambrose at 6:3-10.<br><br>The icon is an interactive displayed portion:<br><br>"In another embodiment of a real-time call log status system, the user may perform an action to obtain the current status. the user may move a cursor, or the like, over |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | the entry to cause a pop-up script. The script may indicate the real-time status, such as "Available", "Unavailable", "Leave Voice Mail", etc. In one particular embodiment, the user may view an icon to see the real-time status (e.g., "Unavailable") and hover over the icon to view a pop-up script containing a detailed status (e.g., "Out-To-Lunch")."  Ambrose at 7:8-19.<br><br>Hanson teaches items in a missed call list with multiple interactive display portions, wherein the interactive portion for displaying contact information is identified by an icon:<br><br>"It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log."  Hanson at ¶ [0088].<br><br>Jin teaches a second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item:<br><br>"The call history recording function provides a user with call connection start time, time spent for communica-tion (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication record as shown in FIG. 1."  Jin at [0008].<br><br>"A screen shot illustrating an example of a conven-tional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)." Jin at [0009].<br><br><br><br>Jin, FIG. 1.<br><br>"Herein, the call history information denotes information is generated according to call status (i.e., whether the call is an outgoing or an incoming call). The call history information is interworked with the phone directory, thereby generating the latest communication records according to an embodiment of the present invention as shown in FIG. 4." Jin at [0042]. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | " A screenshot illustrating a procedure of generating the latest communication records enabling selection of a phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which one or more different phone numbers are displayed corresponding to a phone number according to call status." Jin at [0045].<br><br>"In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated." Jin at [0046].<br><br>"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history informa- |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | tion including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication."  Jin at [0053].<br><br><br><br>Jin, FIG. 4.<br><br>It would have been obvious to combine *TAKEphONE* with Hanson, Sherrard, Ambrose, Jin, and/or other similar references listed in these contentions. |
| | |
| **[8A]** A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch | To the extent this preamble is limiting, *TAKEphONE* teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.  For example: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| screen display, cause the device to: | *See* [**1A**].<br><br>It is inherent in *TAKEphONE*'s disclosure that portable electronic devices executing *TAKEphONE* have a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [**8B**]  display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>*See* [**1B**].<br><br>It is inherent in *TAKEphONE*'s teachings that portable electronic devices that display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [**8C**]  immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| the respective user selected item; | *TAKEphONE* teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.<br><br>*See* [1C].<br><br>It is inherent in *TAKEphONE*'s teachings that portable electronic devices that, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [8D]  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>*See* [1D].<br><br>It is inherent in *TAKEphONE*'s teachings that portable electronic devices that, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
|  | substituting display of the list of interactive items with display of contact information for a respective caller associated with the displayed user selected item, the displayed contact information including a plurality of contact objects, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[8E]**  a first contact object comprising a telephone number object having the return telephone number, and | *TAKEphONE* teaches a first contact object comprising a telephone number object having the return telephone number.<br><br>*See* **[1E]**. |
| **[8F]**  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | *TAKEphONE* teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.<br><br>*See* **[1F]**. |
| **[8G]**  immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[1G]**.<br><br>It is inherent in *TAKEphONE*'s teachings that portable electronic devices that, immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | |
| **[9]**  The computer readable storage medium of claim 8, including instructions that cause the device to, while displaying the list of interactive items comprising missed telephone calls, display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | *See* **[5]**. |
| | |
| **[10A]**  A portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, *TAKEphONE* teaches a portable electronic device with a touch screen display.  *See* **[1A]**. |
| **[10B]**  memory; | *TAKEphONE* teaches memory.  For example:  Specifically, *TAKEphONE* describes Palm Treo devices:  **Treo 600/650/700p** users: Use 'x' or ',' to append extra-digits. Use 'x' for a "hard" pause (prompt you to continue), and ',' for a "timed" pause ("Dial extra-digits automatically).  *TAKEphONE* at 12.  **New:** On devices with a keyboard (**Treo, Tungsten-W**) or a phone keypad (**7135, I500**) – you can go directly to a speed-dial cell by typing its index in the list (e.g. - to select entry no. 26 – press '2', then '6').  *TAKEphONE* at 12. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | You can also set the "**Address**" (also named "**Phone**" in Treo devices) hardware application button to loop through any desired sequence of tabs using the "Options/Preferences" ➜ "Using the Address button" tab:<br><br><br><br>*TAKEphONE* at 23.<br><br>The Treo 650, like other Palm devices, has memory.  It contains and runs the Palm OS, and has an expansion slot for additional memory.  For example:<br><br><br><br>*Using Your 650* at 205.<br><br>It is inherent in *TAKEphONE*'s disclosure that portable electronic devices executing *TAKEphONE* have memory.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[10C]**  one or more processors; and | *TAKEphONE* teaches one or more processors.  For example:<br><br>Specifically, *TAKEphONE* describes Palm Treo devices: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | **Treo 600/650/700p** users: Use 'x' or ',' to append extra-digits. Use 'x' for a "hard" pause (prompt you to continue), and ',' for a "timed" pause ("Dial extra-digits automatically). *TAKEphONE* at 12. **New:** On devices with a keyboard (**Treo**, **Tungsten-W**) or a phone keypad (**7135, I500**) – you can go directly to a speed-dial cell by typing its index in the list (e.g. - to select entry no. 26 – press '2', then '6'). *TAKEphONE* at 12. You can also set the "**Address**" (also named "**Phone**" in Treo devices) hardware application button to loop through any desired sequence of tabs using the "Options/Preferences" ➔ "Using the Address button" tab: <br><br> *TAKEphONE* at 23. <br><br> The Treo 650, like other Palm devices, has one or more processors.  For example: |

| Processor technology | • Intel PXA270 312MHz processor |
|---|---|
| Expansion | • SD/MultiMediaCard/SDIO card slot |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | *Using Your 650* at 205.<br><br>It is inherent in *TAKEphONE*'s disclosure that portable electronic devices executing *TAKEphONE* have one or more processors.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[10D]**  one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | *TAKEphONE* teaches one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions.  For example:<br><br>Specifically, *TAKEphONE* describes Palm Treo devices:<br><br>**Treo 600/650/700p** users: Use 'x' or ',' to append extra-digits. Use 'x' for a "hard" pause (prompt you to continue), and ',' for a "timed" pause ("Dial extra-digits automatically).<br><br>*TAKEphONE* at 12.<br><br>**New:** On devices with a keyboard (**Treo**, **Tungsten-W**) or a phone keypad (**7135**, **I500**) – you can go directly to a speed-dial cell by typing its index in the list (e.g. – to select entry no. 26 – press '2', then '6').<br><br>*TAKEphONE* at 12. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | You can also set the "**Address**" (also named "**Phone**" in Treo devices) hardware application button to loop through any desired sequence of tabs using the "Options/Preferences" ➜ "Using the Address button" tab: |

*TAKEphONE* at 23.

The Treo 650, like other Palm devices, has one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions.  It contains and runs the Palm OS, and has an expansion slot for additional memory, which contains programs.  For example:

| Processor technology | • Intel PXA270 312MHz processor |
|---|---|
| Expansion | • SD/MultiMediaCard/SDIO card slot |

*Using Your 650* at 205.

It is inherent in *TAKEphONE*'s disclosure that portable electronic devices executing *TAKEphONE* have one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art.

- 151 -

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| **[10E]**  displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>*See* **[8B]**. |
| **[10F]**  immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.<br><br>*See* **[8C]**. |
| **[10G]**  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches immediately in response to detecting a finger gesture on the |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects. <br><br> *See* [**8D**]. |
| [**10H**]  a first contact object comprising a telephone number object having the return telephone number, and | *TAKEphONE* teaches a first contact object comprising a telephone number object having the return telephone number. <br><br> *See* [**1E**]. |
| [**10I**]  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | *TAKEphONE* teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller. <br><br> *See* [**1F**]. |
| [**10J**]  immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*. <br><br> *TAKEphONE* teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. <br><br> *See* [**8G**]. |
|  |  |
| [**11**]  The device of claim 10, including instructions for, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality | *See* [**5**]. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| of consecutive missed telephone calls. | |
| | |
| **[12A]**  A method performed at a portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, *TAKEphONE* teaches a method performed at a portable electronic device with a touch screen display.<br><br>*See* **[1A]**. |
| **[12B]**  displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls.  For example:<br><br>The **Call-History** list is kept automatically by the SmartPhone dialer software (and thus this tab is **only active for SmartPhones !**), and holds record of all calls handled by it. TAKEphONE displays this data in the call-history tab:<br><br><br><br>*TAKEphONE* at 14. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| **[12C]** wherein at least one interactive displayed item in the list is associated with a missed telephone call, | *TAKEphONE* teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.  For example:<br><br>You can select what type of calls to display (All/Incoming/Missed/Outgoing/Data) using the drop down list at the top. Every entry is displayed with it's date (if it's a call from today, then the hour is displayed). On every entry's left there is an icon for its type:<br><br>    For **incoming** calls.<br><br>    For **outgoing** calls.<br><br>    For **missed** calls.<br><br>    For **data** calls.<br><br>    For **conference** calls.<br>*TAKEphONE* at 14. |
| **[12D]** wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | *TAKEphONE* teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.  For example: |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | The **Call-History** list is kept automatically by the SmartPhone dialer software (and thus this tab is **only active for SmartPhones !**), and holds record of all calls handled by it. TAKEphONE displays this data in the call-history tab: <br><br>  <br><br> *TAKEphONE* at 14. <br><br> Tap the "**Details…**" button to show all entry details: <br><br>  <br><br> *TAKEphONE* at 14-15. |
| **[12E]** wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion | *TAKEphONE* teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | portion. <br><br> *See* [1B]. |
| [12F]  wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to: <br><br> [12G]  receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*. <br><br> *TAKEphONE* teaches wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input initiate a return telephone call to a telephone number associated with that interactive displayed item.  For example: <br><br> *See* [1C]. <br><br> *TAKEphONE* describes using Palm devices without a stylus.  This "One-Handed operation" would include a finger tap input: <br><br> • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's. <br><br> *TAKEphONE*, at 2. <br><br> It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  TealPhone, Agenda Fusion, |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.<br><br>*Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object":<br><br>2. Resistive Touch Screens<br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| **[12H]**  receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches receiving a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects.  For example:<br><br>*See* **[1D]**.<br><br>*TAKEphONE* describes using Palm devices without a stylus.  This "One-Handed |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | operation" would include a finger tap input:<br><br>• **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's.<br><br>*TAKEphONE*, at 2.<br><br>It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.<br><br>*Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object":<br><br>2. Resistive Touch Screens<br>   A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| **[12I]**  a first contact object comprising a telephone number associated with the caller, and | *TAKEphONE* teaches a first contact object comprising a telephone number associated with the caller.<br><br>*See* **[1E]**. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| **[12J]** a second contact object associated with a non-telephonic communication modality for contacting the caller; and | *TAKEphONE* teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* [**1F**]. |
| **[12K]** detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. For example:<br><br>*See* [**1G**].<br><br>*TAKEphONE* describes using Palm devices without a stylus. This "One-Handed operation" would include a finger tap input:<br><br>• **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's.<br><br>*TAKEphONE*, at 2.<br><br>It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input. TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.<br><br>*Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object":<br><br>2. Resistive Touch Screens<br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| **[13]** The method of claim 12, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* **[7]**. |
| **[14A]** A portable electronic device, comprising: | To the extent this preamble is limiting, *TAKEphONE* teaches a portable electronic device.<br><br>*See* **[1A]**. |
| **[14B]** one or more processors; | *TAKEphONE* teaches one or more processors.<br><br>*See* **[10C]**. |
| **[14C]** a touch screen display; | *TAKEphONE* teaches a touch screen display. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | *See* [**1A**]. |
| [**14D**] a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device, the instructions comprising: | *TAKEphONE* teaches a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device.<br><br>*See* [**8A**]. |
| [**14E**] instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* [**12B**].<br><br>It is inherent in *TAKEphONE*'s teachings that portable electronic devices that display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [**14F**] wherein at least one interactive displayed item in the list is associated with a missed telephone call, | *TAKEphONE* teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.<br><br>*See* [**12C**]. |
| [**14G**] wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | *TAKEphONE* teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.<br><br>*See* [**12D**]. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| **[14H]**  wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | *TAKEphONE* teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.  *See* **[12E]**. |
| **[14I]**  instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.  *TAKEphONE* teaches instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item.  *See* **[12G]**.  It is inherent in *TAKEphONE*'s teachings that portable electronic devices that receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[14J]**  instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, the plurality of contact objects including: | invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substitute display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects.<br><br>*See* [**12H**].<br><br>It is inherent in *TAKEphONE*'s teachings that portable electronic devices that receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [**14K**]  a first contact object associated with initiating a telephone call to the caller, | *TAKEphONE* teaches a first contact object associated with initiating a telephone call to the caller.<br><br>*See* [**1E**]. |
| [**14L**]  a second contact object associated with sending an email to the caller, and | *TAKEphONE* teaches a contact object associated with sending an email to the caller.<br><br>*See* [**1F**], [**2**]. |
| [**14M**]  a third contact object associated with sending an instant message to the caller; and | *TAKEphONE* teaches a third contact object associated with sending an instant message to the caller.<br><br>*See* [**1F**], [**3**]. |
| [**14N**]  instructions to detect a finger tap input | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected. | 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected.<br><br>*See* **[12K]**, **[2]**, **[3]**. |
|  |  |
| **[15]**  The device of claim 14, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the item. | *See* **[7]**. |
|  |  |
| **[16A]**  A method performed at a portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, *TAKEphONE* teaches a method performed at a portable electronic device with a touch screen display.<br><br>*See* **[1A]**. |
| **[16B]**  displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* **[12B]**. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| **[16C]** wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | *TAKEphONE* teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>*See* **[12C]**, **[12D]**. |
| **[16D]** wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | *TAKEphONE* teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* **[12E]**. |
| **[16E]** detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.  For example:<br><br>*See* **[12G]**. |
| **[16F]** detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is rendered invalid by |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | *TAKEphONE.*<br><br>*TAKEphONE* teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.  For example:<br><br>*See* [**12H**]. |
| [**16G**]  a first contact object associated with a telephone number for contacting the caller, and | *TAKEphONE* teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* [**1E**]. |
| [**16H**]  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | *TAKEphONE* teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* [**1F**]. |
| [**16I**]  immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE.*<br><br>*TAKEphONE* teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual (''*TAKEphONE*'') and alternative combination art |
|---|---|
| | *See* [**1G**]. |
| | |
| [**17**]  The method of claim 16, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* [**7**]. |
| | |
| [**18A**]  A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent this preamble is limiting, *TAKEphONE* teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display.<br><br>*See* [**8A**]. |
| [**18B**]  display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls.<br><br>*See* [**8B**]. |
| [**18C**]  wherein at least one interactive displayed item in the list is associated with a missed telephone call, | *TAKEphONE* teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.<br><br>*See* [**12C**]. |
| [**18D**]  wherein at least one interactive | *TAKEphONE* teaches wherein at least one interactive displayed item associated with |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | a missed telephone call is also associated with contact information stored in the portable electronic device.<br><br>*See* [**12D**]. |
| [**18E**]  wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | *TAKEphONE* teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* [**12E**]. |
| [**18F**]  wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>[**18G**]  receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item.<br><br>*See* [**12F**], [**14I**]. |
| [**18H**]  receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | *TAKEphONE* teaches receiving a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>*See* **[14J]**. |
| **[18I]** a first contact object comprising a telephone number associated with the caller, and | *TAKEphONE* teaches a first contact object comprising a telephone number associated with the caller.<br><br>*See* **[1E]**. |
| **[18J]** a second contact object associated with a non-telephonic communication modality for contacting the caller; and | *TAKEphONE* teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* **[1F]**. |
| **[18K]** detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[8G]**, **[12K]**. |
| | |
| **[19A]** A portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, *TAKEphONE* teaches a portable electronic device with a touch screen display. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | *See* [**1A**]. |
| [**19B**]  memory; | *TAKEphONE* teaches memory.<br><br>*See* [**10B**]. |
| [**19C**]  one or more processors; and | *TAKEphONE* teaches one or more processors.<br><br>*See* [**10C**]. |
| [**19D**]  one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | *TAKEphONE* teaches one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions.<br><br>*See* [**10D**]. |
| [**19E**]  displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* [**14E**]. |
| [**19F**]  wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | *TAKEphONE* teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>*See* [**12C**], [**12D**]. |
| [**19G**]  wherein each such interactive displayed item associated with both a missed | *TAKEphONE* teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion. <br><br> *See* [**12E**]. |
| [**19H**]  detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*. <br><br> *TAKEphONE* teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.  For example: <br><br> *See* [**14I**]. |
| [**19I**]  detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*. <br><br> *TAKEphONE* teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| item, the displayed contact information including a plurality of contact objects comprising: | of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.  For example:<br><br>*See* [**14J**]. |
| [**19J**]  a first contact object associated with a telephone number for contacting the caller, and | *TAKEphONE* teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* [**1E**]. |
| [**19K**]  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | *TAKEphONE* teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* [**1F**]. |
| [**19L**]  immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* [**8G**]. |
|  |  |
| [**20**]  The device of claim 19, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* [**7**]. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| | |
| **[21A]**  A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent this preamble is limiting, *TAKEphONE* teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.<br><br>*See* **[8A]**. |
| **[21B]**  display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* **[14E]**. |
| **[21C]**  wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | *TAKEphONE* teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>*See* **[12C]**, **[12D]**. |
| **[21D]**  wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | *TAKEphONE* teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* **[12E]**. |
| **[21E]**  detect a finger tap input at a first user | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiate a telephone call to a telephone number associated with the first user selected interactive displayed item; | 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.  For example:<br><br>*See* **[14I]**. |
| **[21F]**  detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for  a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for  a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.  For example:<br><br>*See* **[14J]**. |
| **[21G]**  a first contact object associated with a telephone number for contacting the caller, | *TAKEphONE* teaches a first contact object associated with a telephone number for contacting the caller. |

| U.S. Patent No. 8,014,760[12] | TAKEphONE User Manual ("*TAKEphONE*") and alternative combination art |
|---|---|
| and | *See* [**1E**]. |
| [**21H**]  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | *TAKEphONE* teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* [**1F**]. |
| [**21I**]  immediately in response to detecting user selection of the second contact object, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by *TAKEphONE*.<br><br>*TAKEphONE* teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* [**8G**]. |
|  |  |
| [**22**]  The computer readable storage medium of claim 21, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* [**7**]. |

**EXHIBIT E-7**
**INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 8,014,760**

The Motorola A1200 ("A1200") was publically available at least by March 22, 2006.[1]  The A1200 is described in the MING English User Manual ("MING Manual"), which bears a copyright date of 2006.  MING Manual at 4.

A1200 renders obvious the asserted claims of the '760 patent under 35 U.S.C. § 103, alone and/or in combination with one or more of the following references:

- U.S. Patent No. 7,221,748 to Moore *et al.* ("Moore"), filed Nov. 12, 2002, issued May 22, 2007

- U.S. Patent No. 7,231,229 to Hawkins *et al.* ("Hawkins"), filed Feb. 5, 2004, issued June 12, 2007

- U.S. Patent No. 7,251,479 to Holder *et al.* ("Holder"), filed March 13, 2006, issued July 31, 2007

- U.S. Patent No. 7,280,652 to Bocking *et al.* ("Bocking"), filed Sept. 13, 2004, issued Oct. 9, 2007

- U.S. Patent No. 7,289,614 to Twerdahl *et al.* ("Twerdahl"), filed Sept. 29, 2000, issued Oct. 30, 2007

- U.S. Patent No. 7,685,530 to Sherrard *et al.* ("Sherrard"), filed Apr. 10, 2006, issued Mar. 23, 2010

- U.S. Patent No. 7,778,399 to Ambrose ("Ambrose"), filed Sept. 29, 2000, issued Oct. 30, 2007

- U.S. Patent App. Pub. No. 2006/0135197 to Jin *et al.* ("Jin"), filed Nov. 6, 2005, published June 22, 2006

---

[1]   The Motorola A1200 was announced in December 2005.  Motorola's A1200 Smartphone Revealed, http://www.gizmowatch.com/entry/motorolas-a1200-smartphone-revealed/ (Dec. 24, 2005).  The phone was released Feb. 28, 2006. *See* Motorola A1200 Ming specs, http://www.phonearena.com/phones/Motorola-A1200-Ming_id1395   Reviews of the phone indicate that it was available at least by March 22, 2006.  *See* Motorola A1200 Unlocked Overview & Specs, http://reviews.cnet.com/smartphones/motorola-a1200-unlocked-red/4505-6452_7-31864389.html (May 15, 2006); My Motorola A1200 Review (A quick look) 56k beware!, http://www.howardforums.com/showthread.php/886391-My-Motorola-A1200-Review-(A-quick-look)-56k-beware! (Apr. 7, 2006); my humble motorola a1200 (ming) review, http://forums.wirelessadvisor.com/motorola/53017-my-humble-motorola-a1200-ming-review.html (Mar. 30, 2006); Motorola A1200 Moto PDA Phone, http://www.phonesreview.co.uk/2006/03/22/motorola-a1200-moto-pda-phone/ (Mar. 22, 2006).Its specifications are available at Motorola A1200 (MING) reviews and technical details, http://handheld.softpedia.com/devices/Motorola/Motorola-A1200--MING-311.shtml ("MING Specs").

- U.S. Patent App. Pub. No. 2004/0235520 to Cadiz *et al.* ("Cadiz"), filed May 20, 2003, issued Nov. 25, 2004

- U.S. Patent App. Pub. No. 2005/0074109 to Hanson *et al.* ("Hanson"), filed Sep. 24, 2004, published Apr. 7, 2005

- U.S. Patent App. Pub. No. 2006/0281449 to Kun *et al.* ("Kun"), filed June 14, 2005, published Dec. 14, 2006

- U.S. Patent App. Pub. No. 2007/0133771 to Stifelman *et al.* ("Stifelman"), filed Dec. 12, 2005, published June 14, 2007

- U.S. Patent App. Pub. No. 2008/0295017 to Tseng *et al.* ("Tseng"), filed Sept. 5, 2006, published Nov. 27, 2008

- European Patent App. No. EP 1 069 791 A1 to Richard ("Richard"), filed July 13, 1999, published Jan. 17, 2001

- Windows Mobile 5.0 ("WM5") by Microsoft, available at least by May 10, 2005[2]

- TealPhone v4.51 ("TealPhone") by TealPoint Software, available at least by Feb. 4, 2006[3]

- Agendus Professional v10.0 ("Agendus 10.0") by Iambic, available at least by Sept. 19, 2005[4]

- Agenda Fusion v7.93 ("Agenda Fusion") by DeveloperOne, available at least by Apr. 3, 2006[5]

---

[2]   Microsoft Releases Windows Mobile 5.0, https://www.microsoft.com/en-us/news/press/2005/may05/05-10windowsmobile5pr.aspx (May 10, 2005).  In addition, Treo 700w/wx Specifications, available at http://kb.hpwebos.com/wps/portal/kb/common/article/39638_en.html ("*700w Specifications*"), state that the Operating System of the Palm Treo 700w product released on January 2006 was Windows Mobile 5.0 Phone Edition 2005.

[3]   TealPhone is available for download at http://download.cnet.com/TealPhone/3000-18514_4-266494.html.  That website indicates TealPhone was added for download February 4, 2006.  However, the link no longer downloads the correct version.  The correct version of TealPhone is available at http://ftp13.enet.com.cn:88/pub/palm/inimpro/tealphon.rar.  Contained within the downloadable RAR archive is a ZIP archive.  The files contained within the downloadable ZIP archive are all dated January 30, 2006 or earlier.  TealPhone is described in TealPhone User's Manual ("*TealPhone Manual*"), also included in the downloadable ZIP archive, which bears a "Last Updated" date of January 24, 2006.  The User's Manual is also available at TEALPOINTNDCA630-00000006-44.  Sales data for TealPhone is available at TEALPOINTNDCA630-00000105-2597, showing sales in the United States of TealPhone version 3 no later than 4/8/99, and TealPhone version 4 no later than 8/23/04.

[4]   Agendus 10.0 is available for download on Iambic's FTP for obsolete products, at http://www.iambic.com/download/palmos/obsolete/AgendusPro10.0/.  The files in that FTP directory are all dated September 19, 2005.  Further, the "About" page of Agendus 10.0, when running the software, identifies the software as build 614, of the same date.

- *TAKEphONE User Manual* (June 15, 2006) ("*TAKEphONE*"), available at least by June 15, 2006[6]

- *User's Guide Agendus for Symbian OS UIQ Edition* (2004) ("*Agendus Guide*") by Iambic, published at least by Apr. 1, 2004[7]

- *Model 8690 Inter-Tel Protocol Mode User Guide* (Mar. 2006) ("*Mitel 8690*"), published at least by Mar. 2006[8]

- Andreas Holzinger, *Finger Instead of Mouse: Touch Screens as a Means of Enhancing Universal Access*, 2615 Lecture Notes in Computer Science 387 (2003) ("*Finger Instead of Mouse*"), published 2003

The Agenda Fusion screenshots contained herein show Agenda Fusion running on a Palm Treo 700w ("Treo 700w"). The Treo 700w was available at least by January 2006.[9] Agenda Fusion was built for devices running the Windows Mobile and Pocket PC operating systems. These screenshots are exemplary only—Agenda Fusion could be used on many Windows Mobile and Pocket PC devices.

The TealPhone screenshots contained herein show TealPhone running on a Palm Treo 650 ("Treo 650") running the Palm operating system ("Palm OS"). The Treo 650 was available at least by December 2004.[10] TealPhone was built for devices running Palm OS. These screenshots are exemplary only—TealPhone could be used on many Palm OS devices.

---

[5]   Agenda Fusion is available for download at http://www.developerone.com/agendafusion/download_archive.htm. That website indicates that version 7.93 was released April 3, 2006. Additionally, other websites by Developer One further support this April 3, 2006 date. Agenda Fusion 7 for Windows Mobile 2002/2003 Pocket PC Update Information, http://www.developerone.com/agendafusion/version7pocketpc20022003.htm, provides a version history for Agenda Fusion.

[6] *TAKEphONE* is available for download at http://www.iambic.com/select/download.asp?itemid=122. That website, and *TAKEphONE* itself, indicates *TAKEphONE* was a printed publication by June 15, 2006. *TAKEphONE* at 1. The *TAKEphONE User Manual* is also available for download at http://takephone.soft32.com/. That document indicates that it was a printed publication by February 21, 2005. TAKEphONE version 6.50 is available for download at http://takephone.soft32.com/.

[7]   *Agendus Guide* is available for download at http://www.iambic.com/support/download.asp?pid={15FFBFAA-BD68-4849-9D86-2CD643F29FA6} which indicates that it is dated April 1, 2004. The *Agendus Guide* itself bears a copyright date of 2003, and the "About" page indicates the *Agendus Guide* corresponds to build 174 of Agendus, dated March 2, 2004. *Agendus Guide* at i, 4.

[8]   *Mitel 8690* was published at least by March 2006. *Mitel 8690* at Back Cover.

[9]   *Using Your Palm® TreoTM 700w Smartphone* (2006) ("*Using Your 700w*") describes the operation of the 700w and bears a copyright date of 2005-2006. *Using Your 700w* at ii. Additionally, Treo 700w/wx Specifications, http://kb.hpwebos.com/wps/portal/kb/common/article/39638_en.html ("*700w Specifications*"), indicates that the Treo 700w product was first released January 2006.

The Agendus 10.0 screenshots contained herein show Agendus 10.0 running on a Treo 650.  Agendus 10.0 was built for devices running Palm OS.  These screenshots are exemplary only—Agendus 10.0 could be used on many Palm OS devices.

The citations to portions of any reference in this chart are exemplary only.  Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that A1200 invalidates the asserted claims of the '760 patent.

To the extent any limitation is found not to be literally disclosed, such a limitation would be obvious because the '760 patent is merely a collection of prior art elements that fails to meet the statutory requirement of nonobviousness under § 103, and the factors delineated in *KSR Int'l Co. v. Teleflex, Inc*., 550 U.S. 398 (2007), weigh against a finding of nonobviousness.

For example, it would have been obvious to a person of ordinary skill in the art to combine the Motorola A1200 with the teachings of the references listed above and in Samsung's Patent Local Rule 3-3 And 3-4 Disclosures for the '760 patent served herewith; such references are in the same field of art, and discuss various techniques and improvements that would have been known to yield predictable results when applied to the technology claimed in the '760 patent, and a person of ordinary skill therefore would have been motivated to so combine them in view of the disclosures therein.  Below included in this chart are examples of specific teachings from references that, combined with the Motorola A1200, render the '760 patent invalid under § 103.

Samsung reserves the right to use the entirety of any reference cited in its contentions to show that the asserted claims are anticipated and/or are obvious.  Moreover, to the extent that any of the below claim limitations are found to not be expressly disclosed by the Motorola A1200, it is Samsung's contention that any such limitation would be obvious, either based the knowledge of one of ordinary skill in the art or based on any of the art cited in Samsung's invalidity contentions.  It is also Samsung's contention that one of ordinary skill in the art would find such limitation obvious for at least one or more of the following reasons: (1) the combination would unite  old elements with no change in their respective function; (2) the combination would have been a predictable variation of a work in the same or a different field of endeavor; (3) the modification would have used a known technique to improve a similar device in the same way; (4) the modification was a known problem for which there was an obvious solution; (5) the modification

---

[10]  *using your Treo*[TM] *650 smartphone* (2006) ("*Using Your 650*") describes the operation of the 650 and bears a copyright date of 2004.  *Using Your 650* at ii.  Additionally, Palm Support: Resources for other HP & retired devices, http://kb.hpwebos.com/wps/portal/kb/common/article/47831_en.html ("*650 Specifications*"), indicates that the Treo 650 product was released December 2004.  Data Sheet:  Treo 650-GSM (AT&T, Rogers, Unlocked and others) and User Guide for Treo 650, available at http://kb.hpwebos.com/wps/portal/kb/common/article/47831_en.html#650, bear a 2004 copyright date.

would have been "obvious to try"; (6) the modification was known work in one field of endeavor that would have prompted variations of it for use in either the same or different field based on design incentives or other market forces; (7) there was an explicit teaching, suggestion, or motivation in the prior art for the modification.

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| **[1A]**  A method, comprising: at a portable electronic device with a touch screen display: | To the extent this preamble is limiting, A1200 teaches a method at a portable electronic device with a touch screen display.  For example: |

---

[11]   Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '760 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims.  This claim chart takes into account Apple's overly broad construction of the claim limitations.  Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper.  To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims of the '760 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | Introducing your new Motorola GSM wireless phone. Here's a quick anatomy lesson.<br><br>Earpiece<br>Up Volume Key<br>Smart Key<br>Down Volume Key<br>Send Key<br>Headset Jack<br>Microphone<br><br>Touchscreen Display<br>Camera Key<br>Voice Recognition Key<br>5-Way Navigation Joystick<br>Power/End Key<br>Accessory Connector Port<br><br>MING Manual at 1. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br>A1200, with the transparent flip cover lowered (left) and raised (right), exposing the touchscreen display. |
| **[1B]** displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200.<br><br>A1200 teaches displaying a list of interactive items comprising missed telephone calls.  For example:<br><br>To make and answer calls, see page 25.<br><br>**recent calls**<br><br>Your phone keeps lists of incoming and outgoing calls, even for calls that didn't connect. The most recent calls are listed first. The oldest calls are deleted as new calls are added.<br><br>**Shortcut:** Press the send key 📞 to go to the recent calls list. Press the five-way navigation joystick ·◇· to scroll to a number, then press 📞 to call it.<br><br>To **dial** a number in the recent calls list:<br><br>1   Tap 📲 in the global navigation bar to open the phone keypad.<br><br>2   Tap 📧 to open the recent calls menu.<br><br>3   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>4   Tap an entry to call its number.<br><br>To **see** details or perform other operations on an entry in the recent calls list:<br><br>1   Tap 📞 **Calls** in the application launcher screen to open the call history screen.<br><br>2   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3   Tap an entry to see call details (time, date, duration).<br><br>4   Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | **options** |
| | | **Store** | Create an address book entry with the number stored in the number type field you specify. |
| | | **Send SMS** | Open a new text message with the number in the **To** field. |
| | | **Send MMS** | Open a new multimedia message with the number in the **To** field. |
| | | **Delete** | Delete the entry. |
| | MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br>A1200, depicting a list of interactive items comprising missed telephone calls from the Calls application in the application launcher (left) and from the phone keypad (right). |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br><br>A1200, depicting, from the Calls application, tapping on an item in the missed call list (left) and long pressing on an item in the missed call list (right).<br><br>To the extent this limitation is not anticipated by A1200, it would have been obvious to one of ordinary skill in the art to combine a list of interactive calls with multiple |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | interactive actions, and a second list of missed calls, with each list having a different default action in response to a user tap, taught by A1200, to display a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion. Furthermore, displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art. It was well known in the art to display a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion. For example, Twerdahl, Hawkins, Kun, Ambrose, Bocking, Hanson, Cadiz, WM5, Tseng, *TAKEphONE*, Jin, and/or other similar references listed in these contentions teach a list of interactive missed call items. For example:<br><br>Twerdahl teaches a missed call list with multiple interactive portions:<br><br>"The list 201 of FIG. 2 has call history list records that have phone numbers 204 and names 202 associated with those phone numbers 204. The embodiment of FIG. 2 shows a call history list of missed calls. A missed call is an incoming call that was not answered by the user." Twerdahl at 5:52-56.<br><br>"Once a call history list is displayed, as in FIG. 3, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA 100 preferably includes selection mechanism that recognizes when part of a list 201 has been selected. In one embodiment, the user may tap on a selected name 304 if the user wants to view details of a selected call." Twerdahl at 6:18-24; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  Twerdahl, Figure 3. "FIG. 5 shows a screen shot of a call history list, which includes at least one list record 203 and a selected phone number 502, in accordance with one embodiment of the present invention. FIG. 5 illustrates another example of how the user may initiate a function of the phone device by interacting with the screen through a stylus. For example, the user may tap on a selected phone number 502 if the user wants to initiate the call device 101 of the phone device."  Twerdahl at 6:59-66; *see also* Fig. 5. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | 

FIG. 5

Twerdahl, Figure 5.

Hawkins teaches a redial list that can also serve as a missed call log, with two interactive portions:

"In one embodiment, redial list 603 includes numbers 604 (and/or names) for received calls and/or missed calls as well."  Hawkins at 12:26-27.

"Tapping on a name or number 604 within menu 600 causes that telephone number to be dialed."  Hawkins at 11:38-40.

"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time."  Hawkins at 12:40-44; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  FIG. 6A   FIG. 6B |

Kun teaches a missed call list with interactive items, with multiple actions available for each item:

"For example, referring to FIG. 4, if the user wishes to view a missed call, the user goes to the missed call page 410 where a list 420 of missed calls will appear in the display."  Kun at ¶ [0031].

"If the user desires to communicate with the person associated with the missed call, the user is limited to responding or calling via the same number that the calling party used to make the initial call."  Kun at ¶ [0031].

"When the user access the right selection function, by for example pressing a right function key or cursor, the extended sub-menu 530 of FIG. 5b can be accessed." Kun at ¶ [0034]; *see also* Figs. 5a-b.

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>Ambrose teaches two distinct interactive portions in a call log: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | 200<br><br>Fig. 2<br><br>Ambrose, Figure 2, depicting interactive items comprising missed calls, with two distinct interactive displayed portions per list item.<br><br>"Another feature of the real-time call log status system is the ability for the user to place a call directly from the call log. In one embodiment, the user selects a hyperlink (e.g., the "x123" next to "Jill Black" in call log 200) and the system places the call or communication."  Ambrose at 6:48-52.<br><br>"In yet another embodiment of a real-time call log status system, a pop-up window of current status information may appear, for example, as a result of the user |

- 17 -

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | actively clicking on the entry."  Ambrose at 7:20-23.<br><br>Bocking teaches a list of missed calls, where each item in the list is interactive:<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact. Also, call log 56 preferably lists the call log calls 58 in chronological order, beginning with the most recent call first."  Bocking at 4:49-67; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br>*FIG.3*<br><br>Tseng teaches a missed call list with interactive items, and multiple interactive actions:<br><br>"The call log view 2400 comprises a content area 2404. The content area 2404 comprises a scrolling list view 2406 of call records 2407. Each call record 2407 may comprise a list of names 2408 or phone numbers, time or date 2410 of a call, and a call type icon 2412 indicating the kind of call it was, e.g., incoming, outgoing, or missed."  Tseng at ¶ [0149]. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  Tseng, Figure 24. Hanson teaches a call log for keeping a list of missed calls, where each item in the list has a separate first and second interactive portion: "It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log. Also, the phone numbers displayed on the website can be presented as 'Click-to-Dial' links."  Hanson at ¶ [0088].<br><br>Cadiz teaches a call log for keeping a list of missed calls, where each item in the list has a separate first and second interactive portion:<br><br>"The My Call History environment 515 provides a user with access to a history of all call activity within a previous period of time."  Cadiz at ¶ [0155]; *see also* Fig. 18.<br><br>"In other words, while viewing the call history in the ET user interface 200, a user need only click on a telephone number to initiate a call to that person."  Cadiz at ¶ [0155].<br><br>"If the user double clicks on an entry in the log 1800, a window is opened detailing the basic information (such as data/time of the call, caller, telephone number) and all the notes."  Cadiz at ¶ [0157]. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  FIG. 18 <br><br> WM5 teaches a missed call list wherein each entry has two distinct interactive portions: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting a list of telephone calls, wherein each item in the list includes two distinct interactive displayed portions.<br><br>**To select from a chronological list of calls:** Go to your Today screen, press Phone/Send, and then select Call Log. Highlight the number you want to call, and then press Call (left action key) to dial.<br><br>*Using Your 700w* at 44.<br><br>*TAKEphONE* teaches displaying a missed call list with interactive items: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | The **Call-History** list is kept automatically by the SmartPhone dialer software (and thus this tab is **only active for SmartPhones !**), and holds record of all calls handled by it. TAKEphONE displays this data in the call-history tab:<br><br><br><br>*TAKEphONE* at 14.<br><br>You can select what type of calls to display (All/Incoming/Missed/Outgoing/Data) using the drop down list at the top. Every entry is displayed with it's date (if it's a call from today, then the hour is displayed). On every entry's left there is an icon for its type:<br><br>For **incoming** calls.<br><br>For **outgoing** calls.<br><br>For **missed** calls.<br><br>For **data** calls.<br><br>For **conference** calls.<br>*TAKEphONE* at 14.<br><br>Jin teaches a missed call list with multiple interactive portions: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | "The call history recording function provides a user with call connection start time, time spent for communication (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication record as shown in FIG. 1." Jin at [0008].<br><br>"A screen shot illustrating an example of a conventional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)." Jin at [0009].<br><br> |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | Jin, FIG. 1.<br><br>"Herein, the call history information denotes information is generated according to call status (i.e., whether the call is an outgoing or an incoming call). The call history information is interworked with the phone directory, thereby generating the latest communication records according to an embodiment of the present invention as shown in FIG. 4."  Jin at [0042].<br><br>" A screenshot illustrating a procedure of generating the latest communication records enabling selection of a phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which one or more different phone numbers are displayed corresponding to a phone number according to call status."  Jin at [0045].<br><br>"In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated."  Jin at [0046].<br><br>"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication."  Jin at [0053].<br><br> |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | Jin, FIG. 4.<br><br>It would have been obvious to combine A1200 with Twerdahl, Hawkins, Kun, Ambrose, Bocking, Hanson, Cadiz, WM5, Tseng, *TAKEphONE*, Jin, and/or other similar references listed in these contentions.<br><br>More generally, for example, TealPhone, Agendus 10.0, Agenda Fusion, *Agendus Guide* and/or other similar references listed in these contentions teach a list of interactive items with multiple interactive portions.  For example:<br><br>TealPhone teaches three distinct interactive portions for each list item in a contacts list:<br><br><br><br>TealPhone, depicting three distinct interactive portions for each list item in the contacts list, indicated in blue—the area containing the name, the number, and an icon. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  TealPhone, depicting selecting an interactive portion, indicated in blue. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  TealPhone, depicting selecting an interactive portion, indicated in blue.<br><br>Agendus 10.0 teaches a contacts list where each list item has two distinct interactive displayed portions:<br><br>Agendus 10.0, depicting two distinct interactive displayed portions for each of the list items on the contact list. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|



Agendus 10.0, depicting selecting an interactive portion, indicated in blue.

Agendus 10.0, depicting selecting an interactive portion, indicated in blue.

Agenda Fusion teaches a contacts list where each list item has two distinct interactive displayed portions:

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting two distinct interactive portions, indicated in red. Agenda Fusion, depicting selecting an interactive portion, indicated in red. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | Agenda Fusion, depicting selecting an interactive portion, indicated in red.<br><br>*Agendus Guide* teaches a contacts list where each list item can be interacted with in two ways: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | The contact view is a list view that will show the names of your contacts, selecting one will open it so the details can be viewed or edited. Also a convenient shortcut is available in this view, you can tap and hold on the name with the stylus to get a popup menu for creating a new Meeting, Call, To Do, SMS, MMS, or Email.<br><br><br><br>*Agendus Guide* at 16.<br><br>It would have been obvious to combine A1200 with TealPhone, Agendus 10.0, Agenda Fusion, *Agendus Guide* and/or other similar references listed in these contentions. |
| **[1C]**  immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200.<br><br>A1200 teaches immediately in response to detecting a finger gesture on a respective |

Figure 13. Contact View

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.  For example:<br><br>To make and answer calls, see page 25.<br><br>**recent calls**<br><br>Your phone keeps lists of incoming and outgoing calls, even for calls that didn't connect. The most recent calls are listed first. The oldest calls are deleted as new calls are added.<br><br>**Shortcut:** Press the send key to go to the recent calls list. Press the five-way navigation joystick to scroll to a number, then press to call it.<br><br>To **dial** a number in the recent calls list:<br><br>1  Tap in the global navigation bar to open the phone keypad.<br><br>2  Tap to open the recent calls menu.<br>MING Manual at 46.<br><br>3  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>4  Tap an entry to call its number. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  A1200 depicting, from the phone keypad, a list of interactive items comprising missed telephone calls, and initiating a return telephone call immediately after tapping on an item in the list. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>A1200, depicting, from the Calls application, a list of interactive items comprising missed telephone calls, and initiating a return telephone call immediately after a long press.<br><br>To the extent this limitation is not anticipated by A1200, it would have been obvious |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | to one of ordinary skill in the art to combine a missed call list that immediately returns a call in response to a long press, and a different missed call list that immediately returns a call in response to a tap, taught by A1200, to, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item.  Furthermore, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to immediately, in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item.  For example, Twerdahl, Hawkins, Kun, Ambrose, *Mitel 8690*, Hanson, Cadiz, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions teach initiating a telephone call immediately in response to detecting a finger gesture.  For example:<br><br>Twerdahl teaches initiating a return call upon selection of the first interactive displayed portion:<br><br>"The call device 101 may be triggered upon tapping a selected phone number 502 in the call history list. FIG. 1, discussed above, shows an example of the screen that is displayed upon tapping a selected phone number 502. The call device 101 is displayed and a phone call is simultaneously initiated to the selected phone number by tapping on selected phone number 502."  Twerdahl at 7:3-9; *see also* Figs. 1, 5. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br><br>Hawkins teaches tapping on a number to dial it:<br><br>"Tapping on a name or number 604 within menu 600 causes that telephone number to be dialed."  Hawkins at 11:38-40.<br><br>Kun teaches initiating a return call upon selection of an item in a list:<br><br>"If the user desires to communicate with the person associated with the missed call, the user is limited to responding or calling via the same number that the calling party |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | used to make the initial call."  Kun at ¶ [0031].<br><br>Ambrose teaches initiating a return call upon selection of an interactive displayed portion:<br><br>"Another feature of the real-time call log status system is the ability for the user to place a call directly from the call log. In one embodiment, the user selects a hyperlink (e.g., the "x123" next to "Jill Black" in call log 200) and the system places the call or communication."  Ambrose at 6:48-52.<br><br>*Mitel 8690* also teaches returning a call from the call log in a similar manner:<br><br>## CALL LOG VIEW<br><br>The Call Log view allows you to view a history of your recent calls. For each call, you can view call details such as the call type, date and time of the call, and the name and number of the person that called. If a call in the log was from another UC account or device, the current account/device status is also displayed. You can return a call directly from the call log, and you can add a call log entry to your address book.<br><br>The main call log screen displays the date and time of the call, the name and number of the called party and the call result. Additional details are provided when pressing Details.<br><br>*Mitel 8690* at 109.<br><br>Hanson teaches immediately in response to detecting selection of the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item:<br><br>"Also, the phone numbers displayed on the website can be presented as 'Click-to-Dial' links."  Hanson at ¶ [0088]. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | Cadiz teaches immediately in response to detecting selection of the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item: "In other words, while viewing the call history in the ET user interface 200, a user need only click on a telephone number to initiate a call to that person."  Cadiz at ¶ [0155]. WM5 teaches upon selection of the first interactive displayed portion, initiating a return call:  WM5 on a Treo 700w depicting performing a finger gesture on the first interactive displayed portion of a respective user selected item in the list, indicated in red, and immediately initiating a return telephone call. *TAKEphONE* teaches returning a call to the caller upon selection of an entry: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  For **incoming** calls.<br><br>For **outgoing** calls.<br><br>For **missed** calls.<br><br>For **data** calls.<br><br>For **conference** calls.<br><br>Select an entry to **call** it.<br><br>*TAKEphONE* at 14.<br><br>TealPhone teaches initiating a call when a name or number is selected:<br><br>TealPhone, depicting selecting the first interactive displayed portion on a list item from the contacts list, indicated in blue, and immediately initiating a return telephone call upon selection, when the "Quick dial 'data preview' numbers" option has been activated.<br><br>Agenda Fusion teaches initiating a call when a number is selected: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>Agenda Fusion, depicting a finger gesture on the first interactive displayed portion of a list item in the contacts list, indicated in red, and initiating a return telephone call to a telephone number associated with the user selected item.<br><br>*Agendus Guide* teaches initiating a return telephone call when a number is selected:<br><br>**Tap to dial**<br>    Tapping on a phone number in the list will cause a popup list to appear with all of the phone numbers for that contact. Selecting one from the list will cause that number to be dialed.<br><br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches initiating a call when a number is selected: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>Agendus 10.0, depicting selecting the second distinct interactive portion, indicated in blue, to initiate a telephone call.<br><br>Jin teaches initiating a return call upon selection of the first interactive displayed portion:<br><br>"Hereinafter, a case in which a user calls a cellular phone number corresponding to the label "Daddy" and then calls Daddy's office phone number will be described by way of example. Herein, it is assumed that two phone numbers including the cellular phone number and the office phone number are stored in a phone directory corresponding to the label Daddy. When a user originates a call to the cellular phone number, a cellular phone icon is prominently displayed as indicated by reference numeral 420A in FIG. 4. However, when phone numbers are stored corresponding to two different phone number types (e.g., a cellular phone number type and an office phone number type) corresponding to the label Daddy, the latest communication record image further displays an office icon informing that there is a phone number having a different type (i.e., an office phone |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | number) in addition to the cellular phone icon.<br><br> Accordingly, a user can originate a call (i.e., make an outgoing call) by selecting one of two phone number icons (i.e., one of icons 420A and 420B) corresponding to the label Daddy displayed on the latest communication record image." Jin at [0047]-[0048].<br><br>It would have been obvious to combine A1200 with Twerdahl, Hawkins, Kun, Ambrose, *Mitel 8690*, Hanson, Cadiz, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions. |
| **[1D]**  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200.<br><br>A1200 teaches immediately in response to detecting a finger gesture on the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  For example: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1  Tap ⊟ **Calls** in the application launcher screen to open the call history screen.<br><br>2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3  Tap an entry to see call details (time, date, duration).<br><br>4  Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br>**options**<br><br>| **Store** | Create an address book entry with the number stored in the number type field you specify. |<br>| **Send SMS** | Open a new text message with the number in the **To** field. |<br>| **Send MMS** | Open a new multimedia message with the number in the **To** field. |<br>| **Delete** | Delete the entry. |<br><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
| --- | --- |
| |  A1200, depicting, from the Calls application, a list of interactive items comprising missed telephone calls, and completely substituting display of the list of interactive items with display of contact information for a respective caller, including a plurality of contact objects. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | **call or send message**<br><br>1  Tap 🔲 in the global navigation bar to open the address book.<br><br>2  Tap a contact name to see its details.<br><br>3  In the details list:<br><br>  • Tap the phone number following the mobile phone indicator 📱 to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>  • Tap the message indicator ✉ to the **right** of a phone number to send an SMS or MMS message to the number.<br><br>  • Tap the email address following the email indicator 📧 to send an email message to the address. Alternatively, tap the message indicator ✉ to the **right** of the email address to send an MMS message to the address.<br><br>MING Manual at 54-55. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br><br>A1200 depicting a contacts list (left), and a contact information page for a particular contact "Example User", including a plurality of contact objects (right).<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine a missed call list that completely substitutes the list for display of contact |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | information in response to a tap, a "Call" and other menu buttons, and an address book page with a plurality of contact objects, taught by A1200, to, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitute display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  Furthermore, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitute display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  For example, Twerdahl, Moore, Hawkins, Ambrose, Kun, Bocking, Hanson, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions teach completely substituting display of contact information, the displayed contact information including a plurality of contact objects.  For example: <br><br> Twerdahl teaches completely substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion: <br><br> "Once a call history list is displayed, as in FIG. 3, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA 100 preferably includes selection mechanism that recognizes when part of a list 201 has |

- 50 -

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | been selected. In one embodiment, the user may tap on a selected name 304 if the user wants to view details of a selected call."  Twerdahl at 6:18-24; *see also* Fig. 3.<br><br><br><br>"FIG. 4 shows a screen shot of call details 401 of a selected name 304 from a call history list, in accordance with one embodiment of the present invention. This screen appears when the user taps on a list record 203 where the name has been highlighted. The call details 401 for a selected list record 203 preferably includes the following: a phone number 204 identifying an outside calling device to which the present phone device was, at one time, connected; a name 202 associated with the phone number 204; a date stamp 406 for the date of connection to a mobile phone network; a timestamp 408 for the time of day the call was received or initiated; and a duration 410 that the phone device was connect to a mobile phone network." Twerdahl at 6:31-43; *see also* Fig. 4. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  FIG. 4 "The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58.  Hawkins teaches a pop-up menu with a plurality of contact objects that is generated in response to a finger gesture:  "Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B.<br><br><br><br>Ambrose teaches completely substituting display of a list of interactive items with display of contact information for a respective caller corresponding to a user selected item, the displayed contact information including a plurality of contact objects:<br><br>"In yet another embodiment of a real-time call log status system, a pop-up window of current status information may appear, for example, as a result of the user actively clicking on the entry.  FIG. 4 illustrates an exemplary pop-up window 400 of detailed current status information pertaining to the second entry, "Tom Neil x309" of call log 200."  Ambrose at 7:20-25.<br><br>"Pop-up window 400 may further include optional features in accordance with |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36.<br><br>Figure 4 depicts the display of contact information for a particular user selected item:<br><br><br><br>Ambrose, Figure 4. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | Kun teaches substituting a pop-up menu with a plurality of contact objects:<br><br>"When the user access the right selection function, by for example pressing a right function key or cursor, the extended sub-menu 530 of FIG. 5b can be accessed." Kun at ¶ [0034]; *see also* Figs. 5a-b.<br><br><br>Kun, Figs. 5a-b.<br><br>Bocking teaches a pop-up list with a plurality of contact objects and completely substituting a call details screen:<br><br>"As will be described in greater detail below, a user of handheld electronic device 4 may select a particular call 58 from call log 56 and cause a call history associated with the selected call 58 to be displayed on display 12. In particular, the displayed call history will list all calls, incoming and outgoing, stored in memory 44 that are associated with the phone number associated with the selected call 58. The calls in the call history are preferably listed in chronological order beginning with the most recent call (which, as will be appreciated, will be the selected call 58 from call log 56)."  Bocking at 4:67 – 5:9; *see also* Fig. 7. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
|  |  |

FIG. 7

"As seen on FIG. 7, in addition to the listing of calls, the call history may include, without limitation, the name and phone number associated with the chosen call 58, the nature (i.e., place, received or missed) and duration of the last call, and the number of calls included in the history."  Bocking at 6:21-26; *see also* Fig. 7.

"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below,

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5.



FIG.5

Hanson teaches completely substituting display of interactive items in a missed call list with display of contact information from an address book immediately in response to detecting selection of a second interactive displayed portion:

"It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log."  Hanson at ¶ [0088]. <br><br> Moore teaches an interactive call log, and in response to selecting an entry in that list, completely substituting an address book page with a plurality of contact objects: <br><br> "In one embodiment, retrieval of a call log is facilitated by a call log manager program that runs on the computer that the customer uses to retrieve the call log. The call log manager can access the first database, read, and display the contents of the call log on the customer's computer screen."  Moore at 4:10-14; *see also* Fig. 3. <br><br> "Preferably, each entry is provided as a hyperlink, and the entries are selected by pointing to the desired entry using a computer pointing device such as a mouse and "clicking" on that entry."  Moore at 4:28-30. <br><br> "Each displayed address book contains a plurality of contact addresses for the selected entry to which it is associated. Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof."  Moore at 5:16-27; *see also* Fig. 4. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  Fig. 3                    Fig. 4 WM5 teaches substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>WM5 on a Treo 700w depicting performing a finger gesture on the second interactive displayed portion of the user selected item, indicated in red, and substituting display of interactive items with display of contact information including a plurality of contact objects.<br><br>WM5 also teaches another contact details screen from the contact list that completely substitutes the display on the device, apart from the address bar, with display of contact objects: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  Treo 700w, substituting display of interactive items with display of contact information including a plurality of contact objects. *TAKEphONE* teaches completely substituting display of a missed calls list for display of call details, immediately in response to detecting a finger gesture: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | The Call-History list is kept automatically by the SmartPhone dialer software (and thus this tab is **only active for SmartPhones** !), and holds record of all calls handled by it. TAKEphONE displays this data in the call-history tab:<br><br><br><br>*TAKEphONE* at 14.<br><br>Tap the "**Details…**" button to show all entry details:<br><br><br><br>*TAKEphONE* at 14-15.<br><br>TealPhone teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>TealPhone, depicting selecting the first interactive displayed portion on a list item from the contacts list, indicated in blue, and substituting display of the contacts list for display of contact information, when the "List double-tap" option is set to "Dial".<br><br>Agenda Fusion teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
|  | <br><br>Agenda Fusion, depicting a finger gesture on the second interactive displayed portion of the list item, and substituting display of interactive items with display of contact information including a plurality of contact objects.<br><br>*Agendus Guide* teaches substituting display of contact objects immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | 

**Contact View**

The contact view is a list view that will show the names of your contacts, selecting one will open it so the details can be viewed or edited. Also a convenient shortcut is available in this view, you can tap and hold on the name with the stylus to get a popup menu for creating a new Meeting, Call, To Do, SMS, MMS, or Email.

Figure 13. Contact View

*Agendus Guide* at 16.

**Tap and Hold Menu Options**

Agendus supports "tap and hold" in the Contact List view. By tapping your stylus on a contact name and holding the stylus down on the screen a helpful pop-up will appear. This pop-up will contain options for working with the selected contact.

*Agendus Guide* at 16.

Agendus 10.0 teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  Agendus 10.0, depicting selecting the first distinct interactive portion, indicated in blue, to bring up the contact details screen.<br><br>Jin teaches completely substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion:<br><br>"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication. Herein, according to another embodiment of the present invention, one of icons shown in FIG 5A may be selected in such a manner that |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | another phone number of the party with which a communi-<br>cation was previously established can be originated." Jin at [0053].<br><br>" For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establish-ing communication using a phone number corresponding to the selected icon." Jin at [0054].<br><br>LATEST COMMUNICATION RECORD [003/300]<br><br>DADDY<br>02-123-4567<br>11/11 [THUR] 0:03:15<br><br>COMMUNICATION WITH COMMUNICATION KEY<br>010-123-7896<br><br>LATEST COMMUNICATION RECORD [003/300]<br><br>DADDY<br>02-123-4567<br>11/11 [THUR] 0:03:15<br><br>COMMUNICATION WITH COMMUNICATION KEY<br>02-123-4567 |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | Jin FIG. 5A          Jin FIG. 5B<br><br>It would have been obvious to combine A1200 with Twerdahl, Hawkins, Ambrose, Kun, Bocking, Hanson, Moore, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin and/or other similar references listed in these contentions. |
| **[1E]**  a first contact object comprising a telephone number object having the return telephone number, and | A1200 teaches a first contact object comprising a telephone number object having the return telephone number.  For example:<br><br>To **see** details or perform other operations on an entry in the recent calls list:<br><br>1  Tap ☏ **Calls** in the application launcher screen to open the call history screen.<br><br>2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3  Tap an entry to see call details (time, date, duration).<br><br>4  Tap **Call** to call its number, or tap ☰ to perform the following operations:<br>MING Manual at 46. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br>A1200, depicting contact information for a respective caller, including a "Call" button, and pressing "Call" to initiate a call. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | **call or send message**<br><br>1  Tap 🔳 in the global navigation bar to open the address book.<br><br>2  Tap a contact name to see its details.<br><br>3  In the details list:<br><br>   • Tap the phone number following the mobile phone indicator 🔳 to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>MING Manual at 54. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  A1200 depicting a contact information page for a particular contact "Example User", and dialing a phone number by tapping on the number.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine a contact information page with a "Call" button, and a contacts page with |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | telephone numbers, email addresses, and other contact information, taught by A1200, to have a first contact object comprising a telephone number object having the return telephone number.  Furthermore, having a first contact object comprising a telephone number object having the return telephone number would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a first contact object comprising a telephone number object having the return telephone number.  For example, Twerdahl, Moore, Hawkins, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions teach a contact object comprising a return telephone number.  For example:<br><br>Twerdahl teaches a telephone number object having a return telephone number:<br><br>"FIG. 4 shows a screen shot of call details 401 of a selected name 304 from a call history list, in accordance with one embodiment of the present invention. This screen appears when the user taps on a list record 203 where the name has been highlighted. The call details 401 for a selected list record 203 preferably includes the following: a phone number 204 identifying an outside calling device to which the present phone device was, at one time, connected; a name 202 associated with the phone number 204; a date stamp 406 for the date of connection to a mobile phone network; a timestamp 408 for the time of day the call was received or initiated; and a duration 410 that the phone device was connect to a mobile phone network." Twerdahl at 6:31-43; *see also* Fig. 4. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br><br>Hawkins teaches a telephone number object having a return telephone number:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B.<br><br>Kun teaches a telephone number object having a return telephone number:<br><br>"The extended sub-menu 530 displayed additional information and contact data that |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | is stored in memory.  In the screen shot at 53.0, two numbers are displayed '65303880' and '62227723'."  Kun at ¶ [0034]; *see also* Figs. 5a-b.<br><br><br><br>Kun at Figs. 5a and 5b.<br><br>Ambrose teaches a telephone number object having a return telephone number:<br><br>"Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
|  |  Fig. 4 <br><br> Ambrose, Figure 4. <br><br> *Mitel 8690* also teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | **To return a call:**<br><br>1. Press **Call Log** on the endpoint display.<br>2. Double-press the icon next to the entry.<br>3. Select from any of the following options:<br><br>• Press one of the numbers in the list to initiate a call to that number.<br>• Press **Find Me** to place a call to the account's primary device, allowing the account's call routing rules to route the call to the appropriate location. This option is only available if the contact is linked to an account, and the account has at least one device associated with it.<br>• If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press **Voicemail** to call the voice mail of the given person/device. Press **Leave Message** to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device.<br><br>*Mitel 8690* at 111.<br><br>Holder teaches a telephone number object having a return telephone number:<br><br>Holder discloses display of contact information, including the return telephone number (314B). |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>Holder, Figure 7.<br><br>Bocking teaches a telephone number object having a return telephone number:<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5. |



FIG.5

Moore teaches a telephone number object having a return telephone number:

"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
|  | phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>WM5 teaches displaying a telephone number object having a return telephone number:<br><br><br><br>WM5 on a Treo 700w depicting a first contact object for the return telephone number – the "Call" option, indicated in red.<br><br>WM5 also teaches a contact details screen from the contact list that displays a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting a first contact object comprising a telephone number – the "Call mobile" option, indicated in red. <br><br> *TAKEphONE* teaches a 'Details' screen with a telephone number object having a return telephone number: <br><br> *TAKEphONE* at 14-15. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | The "Call" button, for example, is a telephone number object having a return telephone number.<br><br>TealPhone teaches a contacts information screen that includes a telephone number object having a return telephone number:<br><br><br><br>TealPhone, depicting a first contact object comprising a telephone number.<br><br>Agenda Fusion teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br><br>Agenda Fusion, depicting a first contact object comprising a telephone number, indicated in red.<br><br>*Agendus Guide* teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br>Figure 13. Contact View<br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | **Contact**      Unfiled<br><br>**Example User**<br>..............................................<br>Work:   5557891234<br>Mobile:   5551234567<br>E-mail:   user@example.com<br>..............................................<br>Web site:   www.example.com<br><br><br><br>[Done] [Edit]<br>Agendus 10.0, depicting a first contact object comprising a telephone number, indicated in red.<br><br>Jin teaches a telephone number object having a return telephone number:<br><br>" For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establishing communication using a phone number corresponding to the selected icon." Jin at [0054]. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |   Jin FIG. 5A        Jin FIG. 5B It would have been obvious to combine A1200 with Twerdahl, Hawkins, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, Moore, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions. |
| **[1F]** a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1  Tap Calls in the application launcher screen to open the call history screen.<br><br>2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3  Tap an entry to see call details (time, date, duration).<br><br>4  Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br>**options**<br><br>| **Store** | Create an address book entry with the number stored in the number type field you specify. |<br>| **Send SMS** | Open a new text message with the number in the **To** field. |<br>| **Send MMS** | Open a new multimedia message with the number in the **To** field. |<br>| **Delete** | Delete the entry. |<br><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br>A1200, depicting contact information for a respective caller, tapping the bottom left icon to present a list of other options, and tapping "Send SMS" to send a text message. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | **call or send message**<br><br>1  Tap ▣ in the global navigation bar to open the address book.<br><br>2  Tap a contact name to see its details.<br><br>3  In the details list:<br><br>• Tap the phone number following the mobile phone indicator ▣ to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>• Tap the message indicator ✉ to the **right** of a phone number to send an SMS or MMS message to the number.<br><br>• Tap the email address following the email indicator ▣ to send an email message to the address. Alternatively, tap the message indicator ✉ to the **right** of the email address to send an MMS message to the address.<br><br>MING Manual at 54-55. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | 

A1200 contact information page for a particular contact "Example User", tapping on a message icon next to a phone number to send an SMS/MMS message, and tapping on a message icon next to an email address to send an email.

In the alternative, it would have been obvious to one of ordinary skill in the art to combine a contact information page with a menu option for "Send SMS" and "Send MMS" and a contacts page with telephone numbers, email addresses, and messaging icons, taught by A1200, to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller. Furthermore, having a second contact object associated with a non-telephonic communication modality for contacting the respective caller would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | respective caller.  For example, Twerdahl, Moore, Hawkins, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example:<br><br>Twerdahl teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller:<br><br>"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58.<br><br>Hawkins teaches additional contact objects for non-telephonic communication:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
| --- | --- |
| |  Kun teaches a contact object associated with an email address: "moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address 'ross@hot...' is shown."  Kun at ¶ [0035]. Kun, Figure 5c. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | Ambrose teaches contact objects associated with non-telephonic communication modalities: "Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36. *Mitel 8690* also teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller: "If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device."  *Mitel 8690* at 111. Holder teaches display of contact information, including an email address (314C) and an instant messaging pager address (314D): |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>Holder, Figure 7.<br><br>Bocking teaches a pop-up menu of user options with a second contact object for SMS:<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5.<br><br><br>*FIG.5*<br><br>Moore teaches additional contact objects for non-telephonic communication:<br><br>"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>WM5 teaches displaying contact objects associated at least with text messaging:<br><br><br><br>WM5 on a Treo 700w depicting a second contact object associated with a text message – the "Send Text Message" option, indicated in red.<br><br>WM5 also teaches a contact details screen from the contact list which displays contact objects associated with a text message and email: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting a contact object associated with text messaging – the "Send Text Message" option, and a contact object associated with email – the "Send e-mail" option, indicated in red.<br><br>*TAKEphONE* teaches an "SMS" button, a second contact object associated with a non-telephonic communication modality: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | *TAKEphONE* at 14-15.<br><br>*TAKEphONE* also teaches a "find" button, which brings up details on the contact.<br><br>Tap the "**Find...**" button to try and locate a contact matching the selected entry in the address-book, and open it in the "**Details**" form.<br><br>*TAKEphONE* at 15.<br><br>The "Details" form has additional contact options:<br><br>Once you've found a contact and selected it, it will be displayed in the "**Details**" form:<br><br>*TAKEphONE* at 9.<br><br>Tapping the ("**SMS**") button will open a dialog displaying all the record's **phone & email** fields, so you can select a target for a new **SMS** message to be composed and sent using the **SMS application** selected at "Options/Preferences" ➜ "Applications" tab.<br><br>*TAKEphONE* at 9.<br><br>TealPhone teaches a contact object corresponding to a non-telephonic |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | communication modality:  TealPhone, depicting an SMS button, an Email address and "Email" button, and a web address and "Goto" button, three examples of second contact objects associated with a non-telephonic communication modality.<br><br>Agenda Fusion teaches contact objects associated with email and SMS:<br><br>Agenda Fusion, depicting a contact object associated with email, and a contact |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | object associated with SMS, indicated in red.<br><br>*Agendus Guide* teaches contact objects for Email, SMS, and MMS:<br><br><br><br>**Figure 13. Contact View**<br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches contact objects associated with email and with a web address: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
|  | 

Agendus 10.0, depicting a second contact object associated with a non-telephonic communication modality, in these two examples, an email address and a web address, indicated in red.

It would have been obvious to combine A1200 with Twerdahl, Hawkins, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, Moore, WM5, *TAKEphONE*, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| [1G]  immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200.

A1200 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.  For example: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1   Tap ⌁ **Calls** in the application launcher screen to open the call history screen.<br><br>2   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3   Tap an entry to see call details (time, date, duration).<br><br>4   Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br>**options**<br><br>| **Store** | Create an address book entry with the number stored in the number type field you specify. |<br>| **Send SMS** | Open a new text message with the number in the **To** field. |<br>| **Send MMS** | Open a new multimedia message with the number in the **To** field. |<br>| **Delete** | Delete the entry. |<br><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |   A1200, depicting contact information for a respective caller, tapping the bottom left icon to present a list of other options, and tapping "Send SMS" to send a text message. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
|  | **call or send message**<br><br>1 Tap 👤 in the global navigation bar to open the address book.<br><br>2 Tap a contact name to see its details.<br><br>3 In the details list:<br><br>  • Tap the phone number following the mobile phone indicator 📱 to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>  • Tap the message indicator ✉ to the **right** of a phone number to send an SMS or MMS message to the number.<br><br>  • Tap the email address following the email indicator 📧 to send an email message to the address. Alternatively, tap the message indicator ✉ to the **right** of the email address to send an MMS message to the address.<br><br>MING Manual at 54-55. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| |  |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  A1200 contact information page for a particular contact "Example User", tapping on a message icon next to a phone number to send an SMS/MMS message, and tapping on a message icon next to an email address to send an email.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine immediately creating an SMS or MMS when a user selects a "Send SMS" or "Send MMS" menu option from a contact information page, a immediately creating an SMS or E-Mail when a user selects a message icon in a contact details page in an address book, taught by A1200, to, immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.  Furthermore, immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | the second contact object would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example, Moore, Hawkins, Kun, *Mitel 8690*, Holder, Bocking, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example:<br><br>Hawkins teaches selecting an alternate communication mode and immediately initiating communication:<br><br>"The user can use five-way button 104 to navigate within menu 301A in order to highlight an alternate contact mode 302, and can then press activation switch 106 to activate that contact mode 302."  Hawkins at 12:50-54.<br><br>"Device 100 may also include one or more mechanisms for accepting input from the user. In one embodiment, screen 102 is touch-sensitive, so that the user may interact with device 100 by touching or writing on the surface of screen 102 using a stylus, finger, or other object."  Hawkins at 5:39-44.<br><br>Kun teaches initiating a communication with a respective caller via a non-telephonic communication modality corresponding to an email contact object:<br><br>"The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | presents the user with one or more options for communicating with the other party." Kun at ¶ [0035].<br><br>*Mitel 8690* teaches initiating a communication with a respective caller via a non-telephonic communication modality corresponding to a second contact object:<br><br>"If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 111.<br><br>Holder teaches selecting any of the two telephone numbers (314 A and B), email address (314C) or instant messaging pager address (314D): |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>Holder, Figure 7.<br><br>Bocking teaches a pop-up menu of user options with a second contact object for "creating and sending a short message service (SMS)":<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5.<br><br><br><br>*FIG.5*<br><br>"Once the pager address 314D is highlighted a "Select" function 316 provided on the third screen display 314 can be selected and activated. As shown in FIG. 8, a pager message 318 can be entered on the screen of the wireless device 302 using a keypad 320 of the wireless device 302. Once the pager message 318 is entered, a "Send" function can be activated on the wireless device 302 to transmit the entered pager message 318 to the missed caller as a recipient of the pager message 318."  Holder |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | at 9:30-39.<br><br>Moore teaches immediately initiating non-telephonic communication upon selection of a contact object:<br><br>"As is shown in FIG. 4, the call log manager then displays an address book display 32 on the screen 27. The address book display is arranged as an alphabetical page in an address book and contains all of the stored contact information and addresses for the party associated with the selected entry. The customer selects the PDA contact address using the cursor and pointing device. As is shown in FIG. 5, the call log manager launches an E-mail program and provides the customer with an E-mail window 34 addressed to the party associated with the address book. The customer then types in a message as desired and sends the E-mail using conventional methods."  Moore at 6:6-17.<br><br>WM5 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting selection of the second contact object, and initiating communication with the caller via text message.<br><br>WM5 also teaches the contact details screen from the contact list initiates a communication via a non-telephonic communication modality corresponding to a second contact object in response to detecting user selection of the second contact object: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and  initiating a communication via an email message with the selected email address, ready for text input by the user.  WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.<br><br>*TAKEphONE* teaches initiating non-telephonic communications from the 'Details' screen:<br><br>*TAKEphONE* at 14-15. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | Tap the "**SMS**" button to start an SMS message to the contact. *TAKEphONE* at 15. TealPhone immediately initiates a non-telephonic communication in response to selection of a second contact object:  TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  |

TealPhone, depicting selecting an email address, a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user by selecting the "Email" button.

TealPhone, depicting selecting a web address, a second contact object associated with a non-telephonic communication modality, and opening a web page at the web address previously selected by pressing the "Goto" button.

Agenda Fusion teaches selecting E-mail or SMS contact objects on a contact details screen:

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br><br>Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication.<br><br>*Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email" or "New SMS": |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>*Tap and hold on a contact name to get this popup menu of actions that can be done with this contact.*<br><br>**Figure 13. Contact View**<br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches selecting email or web address objects on a contact details screen: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|



Agendus 10.0, depicting immediately initiating an email communication by selecting the email address, indicated in red.

Agendus 10.0, depicting immediately initiating a web page in a browser by selecting the web address, indicated in red.

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | It would have been obvious to combine A1200 with Hawkins, Kun, *Mitel 8690*, Holder, Bocking, Moore, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| | |
| **[2]**  The method of claim 1, wherein the second contact object is an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. | A1200 teaches an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the email contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user.  For example: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | **call or send message**<br><br>1  Tap ⊡ in the global navigation bar to open the address book.<br><br>2  Tap a contact name to see its details.<br><br>3  In the details list:<br><br>  • Tap the phone number following the mobile phone indicator ▣ to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>  • Tap the message indicator ✉ to the **right** of a phone number to send an SMS or MMS message to the number.<br><br>  • Tap the email address following the email indicator ▣ to send an email message to the address. Alternatively, tap the message indicator ✉ to the **right** of the email address to send an MMS message to the address.<br><br>MING Manual at 54-55. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  A1200 contact information page for a particular contact "Example User" and tapping on a message icon next to an email address to send an email. To the extent this limitation is not anticipated by A1200, it would have been obvious to one of ordinary skill in the art to combine initiating an SMS or MMS from a contact information page, and immediately initiating an email from a contact details page in an address book, taught by A1200, to have the second contact object be an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. Furthermore, having the second contact object be an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | email address associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as email.  For example, Twerdahl, Moore, Hawkins, Kun, *Mitel 8690*, Holder, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as email.  For example:<br><br>Twerdahl teaches a second contact object where the non-telephonic communication modality is email:<br><br>"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58.<br><br>Hawkins teaches an alternate communication mode is an email contact object:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:40-46; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
|  |  Kun teaches an email address contact object, and selecting that email address: "The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which presents the user with one or more options for communicating with the other party." Kun at ¶ [0035]. *Mitel 8690* teaches initiating a communication via a non-telephonic communication modality corresponding to a second contact object and preparing an email message with the selected email address: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | • **Advanced Mailbox:** If E-Mail Reader is enabled for your mailbox, you have access to voice mail, e-mail, and fax messages in your mailbox. You can also customize your personal mailbox options, and access advanced messaging features. See page 121 for information and instructions about using E-Mail Reader features. For a voice mail flowchart for advanced mailbox users, see page 133. |

*Mitel 8690* at 15.

**NOTE:** If you have the Enterprise® Messaging (EM) voice mail system, you also have access to advanced communication and messaging features such as E-Mail Reader and Automatic Speech Recognition (ARS). For more information about EM, see page 17

*Mitel 8690* at 15.

## Recording and Sending Voice Mail Messages

You can record and send voice mail messages by accessing the record option on the main menu.

**NOTE:** If E-Mail Reader is enabled for your mailbox, a reply to an e-mail message (see page 127) is a recorded voice message that is attached to the e-mail as a `.wav` file.

*Mitel 8690* at 60.

Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as email:

"Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In various aspects of the present methods and systems, the user (such as a subscriber

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device." Holder at 3:19-30.<br><br>"The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device." Holder at 9:44-52.<br><br>Moore teaches an additional contact object for email:<br><br>"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log." Moore at 5:18-30.<br><br>WM5 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br>WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and  initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>*TAKEphONE* teaches email addresses, and preparing an email ready for text input:<br><br>Once you've found a contact and selected it, it will be displayed in the "**Details**" form:<br><br>The "**Details**" form displays all of the record's fields in 5 groups, in the order shown above, starting from its **phone** fields with the default phone number highlighted.<br>*TAKEphONE* at 9. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | Tapping a field containing an **email address** (or pressing the **OK button/Jog-Dial** when it's highlighted) will start a new **email** to that address, using the **email application** selected at "Options/Preferences" ➔ "Applications" tab.<br><br>*TAKEphONE* at 9.<br><br>TealPhone teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user:<br><br><br><br>TealPhone, depicting selecting "Email," a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user.<br><br>Agenda Fusion teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
|  | <br><br>Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and  initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>*Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email": |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  Figure 13. Contact View *Agendus Guide* at 16. Agendus 10.0 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | **Contact** Unfiled<br>**Example User**<br>**Work:** 5557891234<br>**Mobile:** 5551234567<br>**E-mail:** user@example.com<br>**Web site:** www.example.com<br>[Done] [Edit]   **Compose** 17 characters<br>**To:** ▼ user@example.com<br>[Send] [Cancel]<br><br>Agendus 10.0, depicting initiating an email communication by selecting the email address, indicated in red.<br><br>It would have been obvious to combine A1200 with Twerdahl, Hawkins, Kun, *Mitel 8690*, Holder, Moore, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| **[3]** The method of claim 1, wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. | A1200 teaches wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. For example: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1  Tap 📞 **Calls** in the application launcher screen to open the call history screen.<br><br>2  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3  Tap an entry to see call details (time, date, duration).<br><br>4  Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br>**options**<table><tr><td>Store</td><td>Create an address book entry with the number stored in the number type field you specify.</td></tr><tr><td>Send SMS</td><td>Open a new text message with the number in the **To** field.</td></tr><tr><td>Send MMS</td><td>Open a new multimedia message with the number in the **To** field.</td></tr><tr><td>Delete</td><td>Delete the entry.</td></tr></table><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br>A1200, depicting contact information for a respective caller, tapping the bottom left icon to present a list of other options, and tapping "Send SMS" to send a text message. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | **call or send message**<br><br>1  Tap [icon] in the global navigation bar to open the address book.<br><br>2  Tap a contact name to see its details.<br><br>3  In the details list:<br><br>  • Tap the phone number following the mobile phone indicator [icon] to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>  • Tap the message indicator [icon] to the **right** of a phone number to send an SMS or MMS message to the number.<br><br>  • Tap the email address following the email indicator [icon] to send an email message to the address. Alternatively, tap the message indicator [icon] to the **right** of the email address to send an MMS message to the address.<br><br>MING Manual at 54-55. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br><br>A1200 contact information page for a particular contact "Example User" and tapping on a message icon next to a phone number to send an SMS/MMS message.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine immediately initating an SMS from a menu option in a contact information page and immediately initiating an SMS from a message icon in a contact details page in an address book, taught by A1200, to have the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user.  Furthermore, having the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as instant message.  For example, Moore, Hawkins, Kun, *Mitel 8690*, Holder, Bocking, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as instant message.  For example:<br><br>Hawkins teaches the second contact object is a page or text messaging contact object:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:40-46; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br><br>"SMS addresses. Launches a text messaging application in a Compose New Message view, with an address associated with button 701 inserted automatically into the To: field."  Hawkins at 15:12-15.<br><br>Kun teaches sending an SMS or multimedia message, as well as contact objects for non-telephonic communications modalities:<br><br>"In alternate embodiments, the menu 550 can include any suitable types of communication modes."  Kun at ¶ 0037. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | 

Kun, Figs. 5c-d.

*Mitel 8690* teaches the second contact object is a station messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing a station message to the number associated with the second contact object, ready for input by the user:

"If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 118.

Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as instant messages: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | "Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In various aspects of the present methods and systems, the user (such as a subscriber of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device."  Holder at 3:19-30.<br><br>"The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device."  Holder at 9:44-52.<br><br>Bocking teaches a pop-up menu of user options with a second contact object "creating and sending a short message service (SMS)":<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, for adding the phone number associated with call 58 to the speed dial list maintained |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5.



FIG.5

Moore teaches an additional contact object for instant messaging:

"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>WM5 initiates an instant message communication upon selection of the "Send Text Message" contact object:<br><br><br><br>WM5 on a Treo 700w depicting selection of the second contact object, and initiating communication with the caller via text message.<br><br>WM5 also teaches a contact details screen from the contact list which prepares an instant message to the number associated with the second contact object, ready for text input by the user after selection of a second contact object: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.<br><br>*TAKEphONE* teaches sending text messages from the 'Details' screen:<br><br>Tap the **Details…** button to show all entry details:<br><br>*TAKEphONE* at 14-15.<br><br>Tap the **SMS** button to start an SMS message to the contact.<br><br>*TAKEphONE* at 15. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | TealPhone teaches immediately initiating SMS communications when an SMS contact object is selected:<br><br><br><br>TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user.<br><br>Agenda Fusion teaches selecting an SMS contact object on a contact details screen:<br><br>Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | *Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New SMS":<br><br><br>*Tap and hold on a contact name to get this popup menu of actions that can be done with this contact.*<br><br>**Figure 13. Contact View**<br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches selecting an instant messaging object on the contact details screen, and preparing an instant message ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | **Contact**     Unfiled<br>**Example User**<br><br>Work:<br>Mobile:<br>E-mail:   user@example.com<br><br>Web site:   www.example.com<br><br>[Dial Contact]<br>[New SMS Message]<br><br>[Done] [Edit] [icon]     **Compose** 0 characters<br><br>**To:** ▼ 555-789-1234<br><br>[Send] [Cancel] [icons] [Add...] ↑<br><br>Agendus 10.0, depicting initiating an instant message communication by selecting the 'New SMS Message' option, indicated in red, from any of the available telephone numbers.<br><br>It would have been obvious to combine A1200 with Hawkins, Kun, *Mitel 8690*, Holder, Bocking, Moore, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| **[4]** The method of claim 1, wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls. | Having a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art. It was well known in the art to have a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls. For example, Hawkins, Ambrose, Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these contentions teach wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls. For example: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | Hawkins teaches only showing each number in a list once:<br><br>"In one embodiment, each number 604 appears only once in redial list 603. If a number 604 was dialed more than once, it only appears once (sorted with other items according to the most recent call to that number). For example, if the fifth number 604 is dialed again, it moves to the first position and is removed from the fifth position."  Hawkins at 12:20-25.<br><br>Ambrose teaches a list showing only missed calls, and collapsing entries in a list:<br><br>"The number of entries displayed and/or stored for a particular user may be determined by a system administrator and typically depends on the system-wide available storage. In other embodiments, the user may select a sort function and choose to have the entries displayed in various other formats other than by descending date, e.g., by name and number or by call result."  Ambrose at 5:24-30.<br><br>"Additional details of the event may be viewed by selecting the "+" icon for the desired entry. With combined reference to FIG. 3, the entry for "Tom Neil x309" is expanded to display the event details 302. In this particular embodiment, the event details include several lines below the entry showing the steps the system took to place the communication between x309 and x291. Various other event details may also be displayed in addition to or in lieu of the system steps. To collapse the event details, the user may select the "-" icon and call log 200 returns to the condensed table as illustrated in FIG. 2."  Ambrose at 6:11-20.<br><br>Bocking teaches "presenting information relating to logged phone calls in a collapsed manner, meaning that . . . only the most recent in time call is listed in the call log":<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact."  Bocking at 4:49-64.<br><br><br>FIG.3          FIG.7<br><br>Sherrard teaches a list in which list items may correspond to a number of missed calls, for each contact: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | 

FULLY POPULATED IDLE SCREEN *420*

EMAIL WAITING INDICATOR *424*

MISSED CALL INDICATORS *422*

*FIG. 4*

Sherrard, Figure 4.

"Indicators 422 illustrate a graphical indicator and a text indicator for a missed telephone call from one identified contact (e.g., Nate). Indicator 424 illustrates that an email message is waiting from another identified contact. Other indicators can also be associated with a contact, such as graphical icons and/or text strings as may |

- 147 -

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | be desired for a variety of indications such as text message waiting, voice message waiting, picture message waiting, as well as others." Sherrard at 7:5-13.<br><br>Stifelman teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact:<br><br>**Figure 4**<br><br>Stifelman, Figure 4.<br><br>"In illustrative embodiments of the invention, messages and/or missed calls made to a subscriber are summarized. When integrated with a personal address book, the summary may efficiently provide both the number of missed calls and messages, and names of callers. The subscriber may be provided with the summary of missed calls and messages upon going off-hook. A more detailed review of each missed call and message may be provided by accessing a message center." Stifelman at ¶ [0025]. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | "In various embodiments, retrieval of the caller's name from the subscriber's personal address book may allow the message center to effectively group and present missed calls and/or messages. Calls by the same contact may be grouped, albeit missed calls and/or messages, so that all the information someone needs about a contact (such as how many times they called, any messages, and the time-stamps of their calls) is summarized together rather than being dispersed by calls from other contacts. This makes message and missed call review by the subscriber more efficient." Stifelman at ¶ [0056].<br><br>Richard teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact. In this example, the "John Sorenson" list item represents 7 separate missed call events:<br><br><br><br>Richard, Figures 1 & 2.<br><br>"In the missed calls menu, items of said missed calls stack is displayed as a list having entries said 101-105 on said display mean. In Fig. 1, said list is ordered according to the number of times each caller has called. In the missed calls stack, missed calls are listed with a number or a name as explained above. Thus, if a name couldn't be associated to a number, the number is displayed which is the case for |

- 149 -

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | entry 104 "98754312". When the user enters the list of missed calls, all numbers or names are listed in order of the number of missed calls. Here, John Sorensen 101 has called most times, and entry Niels 105 least times."  Richard at 3:20-32.<br><br>It would have been obvious to combine A1200 with Hawkins, Ambrose, Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these contentions. |
| | |
| **[5]**  The method of claim 1, including, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | Displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  For example, Bocking, Sherrard, Stifelman, Richard and/or other similar references listed in these contentions teach while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  For example:<br><br>Bocking teaches a collapsed list of calls associated with a phone number, and indicating a number of calls associated with that item:<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact."  Bocking at 4:49-64; *see also* Fig. 3.<br><br>"As seen on FIG. 7, in addition to the listing of calls, the call history may include, without limitation, the name and phone number associated with the chosen call 58, the nature (i.e., place, received or missed) and duration of the last call, and the number of calls included in the history."  Bocking at 6:21-26; *see also* Fig. 7.<br><br><br><br>Sherrard teaches a list in which list items may correspond to a number of missed calls and that number is indicated on the text portion of the status indicator, for each contact: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | <br><br>Sherrard, Figure 4.<br><br>"Indicators 422 illustrate a graphical indicator and a text indicator for a missed telephone call from one identified contact (e.g., Nate). Indicator 424 illustrates that an email message is waiting from another identified contact. Other indicators can also be associated with a contact, such as graphical icons and/or text strings as may be desired for a variety of indications such as text message waiting, voice message waiting, picture message waiting, as well as others." Sherrard at 7:5-13.<br><br>Stifelman teaches a missed calls list in which each list item corresponds to a number |

FIG. 4

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | of missed calls as indicated in the "times" column, for each contact: |

402 403 404 405 406 400

| Name | Number | Type | Contact ID | times |
|---|---|---|---|---|
| Brad | 4089309050 | Message | <unique id from address book> | 2 |
| M. Smith | 4089769080 | Message | 0 (not in address book) | 1 |
| Blocked | Blocked | Missed | 0 (not in address book) | 1 |
| Laura | 6509309050 | Missed | <unique id from address book> | 1 |

Figure 4

Stifelman, Figure 4.

"In illustrative embodiments of the invention, messages and/or missed calls made to a subscriber are summarized. When integrated with a personal address book, the summary may efficiently provide both the number of missed calls and messages, and names of callers. The subscriber may be provided with the summary of missed calls and messages upon going off-hook. A more detailed review of each missed call and message may be provided by accessing a message center." Stifelman at ¶ [0025].

"In various embodiments, retrieval of the caller's name from the subscriber's personal address book may allow the message center to effectively group and present missed calls and/or messages. Calls by the same contact may be grouped,

- 153 -

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | albeit missed calls and/or messages, so that all the information someone needs about a contact (such as how many times they called, any messages, and the time-stamps of their calls) is summarized together rather than being dispersed by calls from other contacts. This makes message and missed call review by the subscriber more efficient." Stifelman at ¶ [0056].<br><br>More generally, Richard teaches storing and displaying the number of times a caller has left a missed call at the user's device:<br><br>"In this example, said specific information comprises an indication of the caller, the number of times said caller has called, and the date and/or time the last call was received for this indication." Richard at 3:7-10.<br><br>It would have been obvious to combine A1200 with Bocking, Sherrard, Stifelman, Richard and/or other similar references listed in these contentions. |
| | |
| [7]  The method of claim 1, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item. | To the extent this limitation is not anticipated by A1200, it would have been obvious to one of ordinary skill in the art to combine the use of other icons in the A1200, such as the message icon to indicate an SMS message in a contact details page in an address book, and an icon to indicate the type of number (work, cell, home) a missed call is associated with, taught by A1200, to have the second interactive displayed portion of the respective user selected item be identified by an icon displayed within the respective user selected item.  Furthermore, having the second interactive displayed portion of the respective user selected item be identified by an icon displayed within the respective user selected item would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have the second interactive displayed portion of the respective user selected item be identified by an icon displayed within the respective user selected item.  For example, Hanson Sherrard, Ambrose, Jin, and/or other similar references listed in these contentions teach the method of claim 1, wherein the second interactive displayed portion of the |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | respective user selected item is identified by an icon displayed within the respective user selected item.  For example:<br><br>Sherrard teaches selecting an icon that represents a contact in the contact-centric list (which may be displayed in the form of various shapes, including a standard list), which leads to a second list containing contact objects for initiating communication with the respective caller:<br><br>"FIG. 13 is an illustration of another example user interface interaction sequence (1300) that illustrates selection of various communication modes associated with a preferred contact. As illustrated in the figure, a preferred contact is initially selected from the idle screen by activating the "Select" key for the currently selected contact. The interaction activates the communication options menu, which includes a set of choices such as "Call", "Messaging", "Instant Messaging", "Email", etc., similar to that described previously for FIG. 2."  Sherrard at 12:29-37; *see also* Fig. 3.<br><br>"An arrangement of graphical icons is used to indicate each of the communication modes that is available for the currently selected contact. The graphical icons are arranged about a central axis relative to the display screen. The user interface in this example is arranged such that selection of the left and right navigation keys will result in rotationally changing the location of each of the graphical icons relative to the central axis. The currently selected communication mode in this example corresponds to the graphical icon that is located in the bottom center location of the display screen. The currently selected graphical icon also includes a text string that is displayed in the bottom center area of the display screen. A selection indicator in this example is illustrated by the box that surrounds the graphical icon and the associated text string."  Sherrard at 12:38-52; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | <br><br>Sherrard, Figure 13.<br><br>Ambrose discloses using icons to represent the type of event in each list item:<br><br>"In addition to the descriptive words in the result column, other embodiments may include an icon representation of the result of the event. as described, an icon may be used to display the type of call, i.e., incoming or outgoing. As illustrated in call log 200, the type of call icon also includes another indication, such as an arrow ("transferred") or letter ("voicemail"), which may be used to display the result of the event."  Ambrose at 6:3-10.<br><br>The icon is an interactive displayed portion:<br><br>"In another embodiment of a real-time call log status system, the user may perform an action to obtain the current status. the user may move a cursor, or the like, over |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | the entry to cause a pop-up script. The script may indicate the real-time status, such as "Available", "Unavailable", "Leave Voice Mail", etc. In one particular embodiment, the user may view an icon to see the real-time status (e.g., "Unavailable") and hover over the icon to view a pop-up script containing a detailed status (e.g., "Out-To-Lunch")."  Ambrose at 7:8-19.

Hanson teaches items in a missed call list with multiple interactive display portions, wherein the interactive portion for displaying contact information is identified by an icon:

"It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log."  Hanson at ¶ [0088].

Jin teaches a second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item:

"The call history recording function provides a user with call connection start time, time spent for communica-tion (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication record as shown in FIG. 1."  Jin at [0008].

"A screen shot illustrating an example of a conven-tional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)."  Jin at [0009].<br><br><br><br>Jin, FIG. 1.<br><br>"Herein, the call history information denotes information is generated according to call status (i.e., whether the call is an outgoing or an incoming call). The call history information is interworked with the phone directory, thereby generating the latest communication records according to an embodiment of the present invention as shown in FIG. 4."  Jin at [0042]. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | " A screenshot illustrating a procedure of generating the latest communication records enabling selection of a phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which one or more different phone numbers are displayed corresponding to a phone number according to call status."  Jin at [0045]. "In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated."  Jin at [0046]. "The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history informa- |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | tion including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication."  Jin at [0053].<br><br>Jin, FIG. 4.<br><br>It would have been obvious to combine A1200 with Hanson, Sherrard, Ambrose, Jin, and/or other similar references listed in these contentions. |
| | |
| **[8A]**  A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch | To the extent this preamble is limiting, A1200 teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.  For example: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| screen display, cause the device to: | *See* [1A]. |
| [8B]  display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.  A1200 teaches displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.  *See* [1B].  It is inherent in A1200's teachings that portable electronic devices that display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [8C]  immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.  A1200 teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | See [1C]. It is inherent in A1200's teachings that portable electronic devices that, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [8D]  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200. A1200 teaches immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects. See [1D]. It is inherent in A1200's teachings that portable electronic devices that, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [8E]  a first contact object comprising a telephone number object having the return | A1200 teaches a first contact object comprising a telephone number object having the return telephone number. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| telephone number, and | *See* [**1E**]. |
| [**8F**]  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  *See* [**1F**]. |
| [**8G**]  immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.  A1200 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.  *See* [**1G**].  It is inherent in A1200's teachings that portable electronic devices that, immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| | |
| [**9**]  The computer readable storage medium of claim 8, including instructions that cause the device to, while displaying the list of interactive items comprising missed telephone calls, display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | *See* [**5**]. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | |
| **[10A]**  A portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, A1200 teaches a portable electronic device with a touch screen display.<br><br>*See* **[1A]**. |
| **[10B]**  memory; | A1200 teaches memory.  For example:<br><br>memory card<br><br>You can use an optional removable memory card with your phone to store and retrieve multimedia content (such as photos, video clips, and music files).<br><br>MING Manual at 23.<br><br><table><tr><td>Memory</td><td>ROM Type</td><td>Flash</td></tr><tr><td></td><td>ROM Size</td><td>64MB</td></tr><tr><td></td><td>RAM Type</td><td>SDRAM</td></tr><tr><td></td><td>RAM Size</td><td>64MB</td></tr></table>MING Specs.<br><br>It is inherent that the A1200 has memory.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[10C]**  one or more processors; and | A1200 teaches one or more processors.  For example:<br><br><table><tr><td>Processor</td><td>CPU Type</td><td>Intel XScale PXA270</td></tr><tr><td></td><td>CPU Frequency</td><td>312 MHz</td></tr></table>MING Specs. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | It is inherent that the A1200 has one or more processors.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[10D]**  one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | A1200 teaches one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions.  For example: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  A1200, depicting programs. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | **Operating System**<br><br>OS Type — Linux<br>OS Version — Trolltech Qt for Embedded Li<br><br>**Software**<br>Browser — Yes<br>Email — Yes<br>PDF Support — Yes<br>Powerpoint Support — Yes<br>Applications — - Java MIDP 2.0 CLDC 1.1<br> - MP3/MP4/AAC player<br> - PIM functions<br> - Document viewer<br> - Voice dial/memo<br><br>MING Specs.<br><br>It is inherent that the A1200 has one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[10E]**  displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>*See* **[8B]**. |
| **[10F]**  immediately in response to detecting a | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.<br><br>*See* [**8C**]. |
| [**10G**]  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>*See* [**8D**]. |
| [**10H**]  a first contact object comprising a telephone number object having the return telephone number, and | A1200 teaches a first contact object comprising a telephone number object having the return telephone number.<br><br>*See* [**1E**]. |
| [**10I**]  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | *See* [**1F**]. |
| [**10J**] immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200. A1200 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. *See* [**8G**]. |
| | |
| [**11**]  The device of claim 10, including instructions for, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | *See* [**5**]. |
| | |
| [**12A**]  A method performed at a portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, A1200 teaches a method performed at a portable electronic device with a touch screen display. *See* [**1A**]. |
| [**12B**]  displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
|  | A1200 teaches displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls.  For example:  A1200, depicting a list of interactive items associated with telephone calls from the |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
|  | Calls application in the application launcher (left) and from the phone keypad (right). |
| [12C]  wherein at least one interactive displayed item in the list is associated with a missed telephone call, | A1200 teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.  For example:<br><br> |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
|  | A1200, depicting a list of interactive items associated with missed telephone calls from the Calls application in the application launcher (left) and from the phone keypad (right). |
| **[12D]**  wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | A1200 teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.  For example: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| |  A1200, depicting a list of interactive items associated with missed telephone calls and also associated with contact information from the Calls application in the application launcher (left) and from the phone keypad (right). |
| **[12E]** wherein each interactive displayed item associated with a missed telephone call | A1200 teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* **[1B]**. |
| **[12F]**  wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>**[12G]**  receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200.<br><br>A1200 teaches wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input initiate a return telephone call to a telephone number associated with that interactive displayed item.<br><br>*See* **[1B]**, **[1C]**.<br><br>It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all run or describe running on Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's.<br><br>*TAKEphONE*, at 2.<br><br>*Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object":<br><br>2. Resistive Touch Screens<br>   A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| **[12H]** receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200.<br><br>A1200 teaches receiving a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>*See* **[1D]**. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus:<br><br>• **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's.<br>*TAKEphONE*, at 2.<br><br>*Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object":<br><br>2. Resistive Touch Screens<br>   A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| **[12I]**  a first contact object comprising a telephone number associated with the caller, | A1200 teaches a first contact object comprising a telephone number associated with the caller. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| and | *See* **[1E]**. |
| **[12J]**  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* **[1F]**. |
| **[12K]**  detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200.<br><br>A1200 teaches detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.  For example:<br><br>*See* **[1G]**.<br><br>It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's. <br><br> *TAKEphONE*, at 2. <br><br> *Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": <br><br> 2. Resistive Touch Screens <br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field. <br><br> *Finger Instead of Mouse* at 391. |
| | |
| **[13]** The method of claim 12, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* **[7]**. |
| | |
| **[14A]** A portable electronic device, comprising: | To the extent this preamble is limiting, A1200 teaches a portable electronic device. <br><br> *See* **[1A]**. |
| **[14B]** one or more processors; | A1200 teaches one or more processors. <br><br> *See* **[10C]**. |

- 178 -

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| **[14C]**  a touch screen display; | A1200 teaches a touch screen display.<br><br>*See* **[1A]**. |
| **[14D]**  a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device, the instructions comprising: | A1200 teaches a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device.<br><br>*See* **[8A]**. |
| **[14E]**  instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* **[12B]**.<br><br>It is inherent in A1200's teachings that portable electronic devices that display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[14F]**  wherein at least one interactive displayed item in the list is associated with a missed telephone call, | A1200 teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.<br><br>*See* **[12C]**. |
| **[14G]**  wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic | A1200 teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| device, and | *See* [12D]. |
| [14H]  wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | A1200 teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* [12E]. |
| [14I]  instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item.<br><br>*See* [12G].<br><br>It is inherent in A1200's teachings that portable electronic devices that receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [14J]  instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, the plurality of contact objects including: | 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substitute display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects.<br><br>*See* [12H].<br><br>It is inherent in A1200's teachings that portable electronic devices that receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [14K]  a first contact object associated with initiating a telephone call to the caller, | A1200 teaches a first contact object associated with initiating a telephone call to the caller.<br><br>*See* [1E]. |
| [14L]  a second contact object associated with sending an email to the caller, and | A1200 teaches a second contact object associated with sending an email to the caller.<br><br>*See* [1F], [2]. |
| [14M]  a third contact object associated with sending an instant message to the caller; and | A1200 teaches a third contact object associated with sending an instant message to the caller. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | *See* [**1F**], [**3**]. |
| [**14N**]  instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.

A1200 teaches instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected.

*See* [**12K**], [**2**], [**3**].

It is inherent in A1200's teachings that portable electronic devices that detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| | |
| [**15**]  The device of claim 14, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the item. | *See* [**7**]. |
| | |
| [**16A**]  A method performed at a portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, A1200 teaches a method performed at a portable electronic device with a touch screen display.

*See* [**1A**]. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| **[16B]** displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200.

A1200 teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls.

*See* **[12B]**. |
| **[16C]** wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | A1200 teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.

*See* **[12C]**, **[12D]**. |
| **[16D]** wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | A1200 teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.

*See* **[12E]**. |
| **[16E]** detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200.

A1200 teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| number associated with the first user selected interactive displayed item; | wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.  For example:<br><br>*See* [**12G**]. |
| [**16F**]  detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | vThis claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200..<br><br>A1200 teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.  For example:<br><br>*See* [**12H**]. |
| [**16G**]  a first contact object associated with a telephone number for contacting the caller, and | A1200 teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* [**1E**]. |
| [**16H**]  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* [**1F**]. |
| [**16I**]  immediately in response to detecting | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A1200.<br><br>A1200 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* [**1G**]. |
| [**17**]  The method of claim 16, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* [**7**]. |
| [**18A**]  A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent this preamble is limiting, A1200 teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.<br><br>*See* [**8A**]. |
| [**18B**]  display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | *See* **[8B]**. |
| **[18C]** wherein at least one interactive displayed item in the list is associated with a missed telephone call, | A1200 teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.<br><br>*See* **[12C]**. |
| **[18D]** wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | A1200 teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.<br><br>*See* **[12D]**. |
| **[18E]** wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | A1200 teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* **[12E]**. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| **[18F]** wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>**[18G]** receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item.<br><br>*See* **[12F]**, **[14I]**. |
| **[18H]**  receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches receiving a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>*See* **[14J]**. |
| **[18I]**  a first contact object comprising a telephone number associated with the caller, and | A1200 teaches a first contact object comprising a telephone number associated with the caller.<br><br>*See* **[1E]**. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| **[18J]**  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* **[1F]**. |
| **[18K]**  detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[8G]**, **[12K]**. |
|  |  |
| **[19A]**  A portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, A1200 teaches a portable electronic device with a touch screen display.<br><br>*See* **[1A]**. |
| **[19B]**  memory; | A1200 teaches memory.<br><br>*See* **[10B]**. |
| **[19C]**  one or more processors; and | A1200 teaches one or more processors.<br><br>*See* **[10C]**. |
| **[19D]**  one or more programs stored in the memory and configured for execution by the one or more processors, the one or more | A1200 teaches one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| programs including instructions for: | *See* [**10D**]. |
| [**19E**] displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A 1200.<br><br>A1200 teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* [**14E**]. |
| [**19F**] wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | A1200 teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>*See* [**12C**], [**12D**]. |
| [**19G**] wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | A1200 teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* [**12E**]. |
| [**19H**] detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by A 1200. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | A1200 teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.  For example:<br><br>*See* [**14I**]. |
| [**19I**]  detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.  For example:<br><br>*See* [**14J**]. |
| [**19J**]  a first contact object associated with a telephone number for contacting the caller, and | A1200 teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* [**1E**]. |
| [**19K**]  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the caller. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | *See* [1F]. |
| [19L]  immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* [8G]. |
| | |
| [20]  The device of claim 19, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* [7]. |
| | |
| [21A]  A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent this preamble is limiting, A1200 teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.<br><br>*See* [8A]. |
| [21B]  display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | A1200 teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* **[14E]**. |
| **[21C]**  wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | A1200 teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>*See* **[12C]**, **[12D]**. |
| **[21D]**  wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | A1200 teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* **[12E]**. |
| **[21E]**  detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiate a telephone call to a telephone number associated with the first user selected interactive displayed item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.  For example: |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200") and alternative combination art |
|---|---|
| | *See* [**14I**]. |
| [**21F**]  detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200.<br><br>A1200 teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.  For example:<br><br>*See* [**14J**]. |
| [**21G**]  a first contact object associated with a telephone number for contacting the caller, and | A1200 teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* [**1E**]. |
| [**21H**]  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* [**1F**]. |
| [**21I**]  immediately in response to detecting user selection of the second contact object, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by  A 1200. |

| U.S. Patent No. 8,014,760[11] | Motorola A1200 ("A1200")<br>and alternative combination art |
|---|---|
| | A1200 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* [8G]. |
| | |
| [22] The computer readable storage medium of claim 21, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* [7]. |

**EXHIBIT E-9**
**INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 8,014,760**

United States Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") was filed Nov. 6, 2005, and published June 22, 2006.

Jin anticipates and/or renders obvious the asserted claims of U.S. Patent No. 8,014,760 (the "'760 patent") under 35 U.S.C. § 103, alone and/or in combination with one or more of the following references:

- U.S. Patent No. 7,221,748 to Moore *et al.* ("Moore"), filed Nov. 12, 2002, issued May 22, 2007

- U.S. Patent No. 7,231,229 to Hawkins *et al.* ("Hawkins"), filed Feb. 5, 2004, issued June 12, 2007

- U.S. Patent No. 7,289,614 to Twerdahl *et al.* ("Twerdahl"), filed Sept. 29, 2000, issued Oct. 30, 2007

- U.S. Patent No. 7,251,479 to Holder *et al.* ("Holder"), filed March 13, 2006, issued July 31, 2007

- U.S. Patent No. 7,280,652 to Bocking *et al.* ("Bocking"), filed Sept. 13, 2004, issued Oct. 9, 2007

- U.S. Patent No. 7,685,530 to Sherrard *et al.* ("Sherrard"), filed Apr. 10, 2006, issued Mar. 23, 2010

- U.S. Patent No. 7,778,399 to Ambrose ("Ambrose"), filed Sept. 29, 2000, issued Oct. 30, 2007

- U.S. Patent App. Pub. No. 2004/0235520 to Cadiz *et al.* ("Cadiz"), filed May 20, 2003, issued Nov. 25, 2004

- U.S. Patent App. Pub. No. 2005/0074109 to Hanson *et al.* ("Hanson"), filed Sep. 24, 2004, published Apr. 7, 2005

- U.S. Patent App. Pub. No. 2006/0281449 to Kun *et al.* ("Kun"), filed June 14, 2005, published Dec. 14, 2006

- U.S. Patent App. Pub. No. 2007/0133771 to Stifelman *et al.* ("Stifelman"), filed Dec. 12, 2005, published June 14, 2007

- U.S. Patent App. Pub. No. 2008/0295017 to Tseng *et al.* ("Tseng"), filed Sept. 5, 2006, published Nov. 27, 2008

- European Patent App. No. EP 1 069 791 A1 to Richard ("Richard"), filed July 13, 1999, published Jan. 17, 2001

- Windows Mobile 5.0 ("WM5") by Microsoft, available at least by May 10, 2005[1]

---

[1]   Microsoft Releases Windows Mobile 5.0, https://www.microsoft.com/en-us/news/press/2005/may05/05-10windowsmobile5pr.aspx (May 10, 2005).  In addition, Treo 700w/wx Specifications, available at

- 1 -

- TealPhone v4.51 ("TealPhone") by TealPoint Software, available at least by Feb. 4, 2006[2]

- Agendus Professional v10.0 ("Agendus 10.0") by Iambic, available at least by Sept. 19, 2005[3]

- Agenda Fusion v7.93 ("Agenda Fusion") by DeveloperOne, available at least by Apr. 3, 2006[4]

- *TAKEphONE User Manual* (June 15, 2006) ("*TAKEphONE*"), available at least by June 15, 2006[5]

- *User's Guide Agendus for Symbian OS UIQ Edition* (2004) ("*Agendus Guide*") by Iambic, published at least by Apr. 1, 2004[6]

---

http://kb.hpwebos.com/wps/portal/kb/common/article/39638_en.html ("*700w Specifications*"), state that the Operating System of the Palm Treo 700w product released on January 2006 was Windows Mobile 5.0 Phone Edition 2005.

[2]  TealPhone is available for download at http://download.cnet.com/TealPhone/3000-18514_4-266494.html.  That website indicates TealPhone was added for download February 4, 2006.  However, the link no longer indicates the correct version.  The correct version of TealPhone is available at http://ftp13.enet.com.cn:88/pub/palm/inimpro/tealphon.rar.  Contained within the downloadable RAR archive is a ZIP archive.  The files contained within the downloadable ZIP archive are all dated January 30, 2006 or earlier.  TealPhone is described in TealPhone User's Manual ("*TealPhone Manual*"), also included in the downloadable ZIP archive, which bears a "Last Updated" date of January 24, 2006.

[3]  Agendus 10.0 is available for download on Iambic's FTP for obsolete products, at http://www.iambic.com/download/palmos/obsolete/AgendusPro10.0/.  The files in that FTP directory are all dated September 19, 2005.  Further, the "About" page of Agendus 10.0, when running the software, identifies the software as build 614, of the same date.

[4]  Agenda Fusion is available for download at http://www.developerone.com/agendafusion/download_archive.htm.  That website indicates that version 7.93 was released April 3, 2006.  Additionally, other websites by Developer One further support this April 3, 2006 date.  Agenda Fusion 7 for Windows Mobile 2002/2003 Pocket PC Update Information, http://www.developerone.com/agendafusion/version7pocketpc20022003.htm, provides a version history for Agenda Fusion.

[5] *TAKEphONE* is available for download at http://www.iambic.com/select/download.asp?itemid=122.  That website, and *TAKEphONE* itself, indicates *TAKEphONE* was a printed publication by June 15, 2006.  *TAKEphONE* at 1. The *TAKEphONE User Manual* is also available for download at http://takephone.soft32.com/.  That document indicates that it was a printed publication by February 21, 2005.  TAKEphONE version 6.50 is available for download at http://takephone.soft32.com/.

[6]  *Agendus Guide* is available for download at http://www.iambic.com/support/download.asp?pid={15FFBFAA-BD68-4849-9D86-2CD643F29FA6} which indicates that it is dated April 1, 2004.  The *Agendus Guide* itself bears a copyright date of 2003, and the "About" page indicates the *Agendus Guide* corresponds to build 174 of Agendus, dated March 2, 2004.  *Agendus Guide* at i, 4.

- *Model 8690 Inter-Tel Protocol Mode User Guide* (Mar. 2006) ("*Mitel 8690*"), published at least by Mar. 2006[7]

- Andreas Holzinger, *Finger Instead of Mouse: Touch Screens as a Means of Enhancing Universal Access*, 2615 Lecture Notes in Computer Science 387 (2003) ("*Finger Instead of Mouse*"), published 2003

- Motorola A1200 ("A1200"), available at least by Mar. 22, 2006[8]

The Agenda Fusion screenshots contained herein show Agenda Fusion running on a Palm Treo 700w ("Treo 700w"). The Treo 700w was available at least by January 2006.[9] Agenda Fusion was built for devices running the Windows Mobile and Pocket PC operating systems. These screenshots are exemplary only—Agenda Fusion could be used on many Windows Mobile and Pocket PC devices.

The TealPhone screenshots contained herein show TealPhone running on a Palm Treo 650 ("Treo 650") running the Palm operating system ("Palm OS"). The Treo 650 was available at least by December 2004.[10] TealPhone was built for devices running Palm OS. These screenshots are exemplary only—TealPhone could be used on many Palm OS devices.

---

[7]  *Mitel 8690* was published at least by March 2006. *Mitel 8690* at Back Cover.

[8]  *See* Motorola A1200 Unlocked Overview & Specs, http://reviews.cnet.com/smartphones/motorola-a1200-unlocked-red/4505-6452_7-31864389.html (May 15, 2006); My Motorola A1200 Review (A quick look) 56k beware!, http://www.howardforums.com/showthread.php/886391-My-Motorola-A1200-Review-(A-quick-look)-56k-beware! (Apr. 7, 2006); my humble motorola a1200 (ming) review, http://forums.wirelessadvisor.com/motorola/53017-my-humble-motorola-a1200-ming-review.html (Mar. 30, 2006); Motorola A1200 Moto PDA Phone, http://www.phonesreview.co.uk/2006/03/22/motorola-a1200-moto-pda-phone/ (Mar. 22, 2006). The A1200 is described in the MING English User Manual ("MING Manual"), which bears a copyright date of 2006. MING Manual at 4.

[9]  *Using Your Palm*® *Treo*^TM *700w Smartphone* (2006) ("*Using Your 700w*") describes the operation of the 700w and bears a copyright date of 2005-2006. *Using Your 700w* at ii. Additionally, Treo 700w/wx Specifications, http://kb.hpwebos.com/wps/portal/kb/common/article/39638_en.html ("*700w Specifications*"), indicates that the Treo 700w product was first released January 2006.

[10]  *using your Treo*^TM *650 smartphone* (2006) ("*Using Your 650*") describes the operation of the 650 and bears a copyright date of 2004. *Using Your 650* at ii. Additionally, Palm Support: Resources for other HP & retired devices, http://kb.hpwebos.com/wps/portal/kb/common/article/47831_en.html ("*650 Specifications*"), indicates that the Treo 650 product was released December 2004. Data Sheet: Treo 650-GSM (AT&T, Rogers, Unlocked and others) and User Guide for Treo 650, available at http://kb.hpwebos.com/wps/portal/kb/common/article/47831_en.html#650, bear a 2004 copyright date.

The Agendus 10.0 screenshots contained herein show Agendus 10.0 running on a Treo 650.  Agendus 10.0 was built for devices running Palm OS.  These screenshots are exemplary only—Agendus 10.0 could be used on many Palm OS devices.

The citations to portions of any reference in this chart are exemplary only.  Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that Jin invalidates the asserted claims of the '760 patent.

To the extent any limitation is found not to be literally disclosed, such a limitation would be obvious because the '760 patent is merely a collection of prior art elements that fails to meet the statutory requirement of nonobviousness under § 103, and the factors delineated in *KSR Int'l Co. v. Teleflex, Inc*., 550 U.S. 398 (2007), weigh against a finding of nonobviousness.

For example, it would have been obvious to a person of ordinary skill in the art to combine the teachings of Jin with the teachings of the references listed above and in Samsung's Patent Local Rule 3-3 And 3-4 Disclosures for the '760 patent served herewith; such references are in the same field of art, and discuss various techniques and improvements that would have been known to yield predictable results when applied to the technology claimed in the '760 patent, and a person of ordinary skill therefore would have been motivated to so combine them in view of the disclosures therein.  Below included in this chart are examples of specific teachings from references that, combined with Jin, render the '760 patent invalid under § 103.

Samsung reserves the right to use the entirety of any reference cited in its contentions to show that the asserted claims are anticipated and/or are obvious.  Moreover, to the extent that any of the below claim limitations are found to not be expressly disclosed in Jin, it is Samsung's contention that any such limitation would be obvious, either based the knowledge of one of ordinary skill in the art or based on any of the art cited in Samsung's invalidity contentions.  It is also Samsung's contention that one of ordinary skill in the art would find such limitation obvious for at least one or more of the following reasons: (1) the combination would unite  old elements with no change in their respective function; (2) the combination would have been a predictable variation of a work in the same or a different field of endeavor; (3) the modification would have used a known technique to improve a similar device in the same way; (4) the modification was a known problem for which there was an obvious solution; (5) the modification would have been "obvious to try"; (6) the modification was known work in one field of endeavor that would have prompted variations of it for use in either the same or different field based on design incentives or other market forces; (7) there was an explicit teaching, suggestion, or motivation in the prior art for the modification.

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| **[1A]** A method, comprising:<br>at a portable electronic device with a touch screen display: | To the extent this preamble is limiting, and to the extent it is not anticipated by Jin, it would have been obvious to one of ordinary skill in the art to combine the mobile communication terminal of Jin with a touch screen display:<br><br>"The present invention relates to an apparatus and a method for originating a call in a mobile communication terminal…" Jin at [0003].<br><br>"Mobile communication terminals, such as cellular phones, Personal Communication System (PCS) terminals, International Mobile Telecommunications (IMT)-2000 phones, and personal digital assistants (PDAs), can be carried by a user, and include a variety of convenience functions in addition to a voice communication function." Jin at [0005].<br><br>For instance, it would have been obvious to one of ordinary skill in the art to make such a combination for ease of navigation among the various icon and menu choices described in Jin.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine portable electronic devices such as PDAs, taught in Jin, to be a portable electronic device with a touch screen display.  Furthermore, executing the UI |

---

[11]   Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '760 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims.  This claim chart takes into account Apple's overly broad construction of the claim limitations.  Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper.  To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims of the '760 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | functions taught by Kun at a portable electronic device with a touch screen display would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to provide UI functions at a portable electronic device with a touch screen display.  For example, Treo 650, Treo 700w, A1200, Twerdahl, Hawkins, Tseng, TealPhone, *TAKEphONE*, Agenda Fusion, Agendus 10.0, *Agendus Guide* and/or other similar references listed in these contentions teach a portable electronic device with a touch screen display.  For example: |

The Treo 650, like other Palm devices, is a portable electronic device with a touch sensitive display.  For example:

| Size | • 4.4 in x 2.3 in x 0.9 in (11.3 cm x 5.9 cm x 2.3 cm) with antenna | |
|---|---|---|
| Weight | • 6.3 ounces (178 grams) | |
| IR | • Yes | |
| Display | • Touch-sensitive LCD screen (includes stylus)<br>• 65,536 colors<br>  (16-bit color) | • User-adjustable brightness |

*Using Your 650* at 205.

The Treo 700w is also a portable electronic device with a touch sensitive display:

| Size | • 5.08 in x 2.28 in x 0.89 in (129mm x 58mm x 22.5mm) with antenna |
|---|---|
| Weight | • 6.4 ounces (180 grams) |
| Display | • Touch-sensitive LCD screen (includes stylus)<br>• 65,536 colors (16-bit color)<br>• User-adjustable brightness |

*Using your 700w* at 253-254.

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | A1200 is a portable electronic device with a touch screen display:<br><br><br><br>MING Manual at 1.<br><br>Twerdahl teaches a portable electronic device with a touch screen display:<br><br>"The front panel of the Palm™ is a large LCD screen, which is touch-sensitive and allows a user to enter and manipulate data. By using a stylus to interact with a touch-sensitive screen, a user may easily navigate through a host of various software applications. A stylus is used to interact with information on a screen in much the same way as a mouse on a desktop personal computer." Twerdahl at 1:43-49.<br><br>Hawkins teaches a portable electronic device with a touch screen display: |

- 7 -

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | "Device 100 includes screen 102, which may be a liquid crystal display (LCD) or other type of display for presenting output to the user, including representations of speed-dial buttons, menus, and the like. Device 100 may also include one or more mechanisms for accepting input from the user. In one embodiment, screen 102 is touch-sensitive, so that the user may interact with device 100 by touching or writing on the surface of screen 102 using a stylus, finger, or other object."  Hawkins at 5:36-44.

Tseng teaches a portable electronic device with a touch screen display:

"FIG. 1 illustrates one embodiment of a handheld device implemented as a wireless device 100. As shown, the wireless device 100 may be implemented as a combination handheld computer and mobile telephone or smartphone. Examples of smartphones include, for example, Palm® TreoTM smartphones."  Tseng at ¶ [0039]; see also Fig. 1.

"The wireless device 100 may comprise various input/output (I/O) devices such as a keyboard, keys, buttons, switches, a microphone, an audio headset, a camera, a touch-sensitive display screen, a stylus, and so forth."  Tseng at ¶ [0040].

*TAKEphONE* teaches a method at a portable electronic device with a touch screen display:

*TAKEphONE* describes Palm Treo devices:

Treo **600/650/700p** users: Use 'x' or ',' to append extra-digits. Use 'x' for a "hard" pause (prompt you to continue), and ',' for a "timed" pause ("Dial extra-digits automatically).

*TAKEphONE* at 12.

TealPhone and Agendus 10.0 also run on Palm devices running Palm OS: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  TealPhone, depicting the About TealPhone version page.<br><br>Agendus 10.0, depicting the About page.<br><br>Agenda Fusion runs on Palm devices running Windows Mobile: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting the About page. For example, *Agendus Guide* teaches using the software on Symbian OS: "This user guide is for Agendus for Symbian OS, UIQ Edition."  *Agendus Guide*, at 3. It would have been obvious to combine Jin with Treo 650, Treo 700w, A1200, Twerdahl, Hawkins, Tseng, TealPhone, *TAKEphONE*, Agenda Fusion, Agendus 10.0, *Agendus Guide* and/or other similar references listed in these contentions. |
| **[1B]**  displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin. Jin teaches displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | displayed portion.  For example: <br><br> "The call history recording function provides a user with call connection start time, time spent for communication (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication record as shown in FIG. 1."  Jin at [0008]. <br><br> "A screen shot illustrating an example of a conventional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)."  Jin at [0009]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Jin, FIG. 1. "Herein, the call history information denotes information is generated according to call status (i.e., whether the call is an outgoing or an incoming call). The call history information is interworked with the phone directory, thereby generating the latest communication records according to an embodiment of the present invention as shown in FIG. 4." Jin at [0042]. " A screenshot illustrating a procedure of generating the latest communication records enabling selection of a phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | one or more different phone numbers are displayed corresponding to a phone number according to call status."  Jin at [0045].<br><br>"In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated."  Jin at [0046].<br><br>"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication."  Jin at [0053]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Jin, FIG. 4.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine the call log of Jin, to display a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.  Furthermore, displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to display a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | portion distinct from the first interactive displayed portion.  For example, Twerdahl, Hawkins, Kun, Ambrose Bocking, Hanson, Cadiz, A1200, WM5, Tseng, *TAKEphONE*, and/or other similar references listed in these contentions teach a list of interactive missed call items.  For example: <br><br> Twerdahl teaches a missed call list with multiple interactive portions: <br><br> "The list 201 of FIG. 2 has call history list records that have phone numbers 204 and names 202 associated with those phone numbers 204.  The embodiment of FIG. 2 shows a call history list of missed calls.  A missed call is an incoming call that was not answered by the user."  Twerdahl at 5:52-56. <br><br> "Once a call history list is displayed, as in FIG. 3, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA 100 preferably includes selection mechanism that recognizes when part of a list 201 has been selected. In one embodiment, the user may tap on a selected name 304 if the user wants to view details of a selected call."  Twerdahl at 6:18-24; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Twerdahl, Figure 3.<br><br>"FIG. 5 shows a screen shot of a call history list, which includes at least one list record 203 and a selected phone number 502, in accordance with one embodiment of the present invention. FIG. 5 illustrates another example of how the user may initiate a function of the phone device by interacting with the screen through a stylus. For example, the user may tap on a selected phone number 502 if the user wants to initiate the call device 101 of the phone device."  Twerdahl at 6:59-66; *see also* Fig. 5. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | *FIG. 5*<br><br>Twerdahl, Figure 5.<br><br>Hawkins teaches a redial list that can also serve as a missed call log, with two interactive portions:<br><br>"In one embodiment, redial list 603 includes numbers 604 (and/or names) for received calls and/or missed calls as well."  Hawkins at 12:26-27.<br><br>"Tapping on a name or number 604 within menu 600 causes that telephone number to be dialed."  Hawkins at 11:38-40.<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time." Hawkins at 12:40-44; *see also* Fig. 6B. |

- 17 -

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | Kun teaches a missed call list with interactive items, with multiple actions available for each item: "For example, referring to FIG. 4, if the user wishes to view a missed call, the user goes to the missed call page 410 where a list 420 of missed calls will appear in the display."  Kun at ¶ [0031]. "If the user desires to communicate with the person associated with the missed call, the user is limited to responding or calling via the same number that the calling party used to make the initial call."  Kun at ¶ [0031]. "When the user access the right selection function, by for example pressing a right function key or cursor, the extended sub-menu 530 of FIG. 5b can be accessed." Kun at ¶ [0034]; *see also* Figs. 5a-b. Ambrose teaches two distinct interactive portions in a call log: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | 

200

| | | DATE/TIME | NAME/NUMBER | RESULT |
|---|---|---|---|---|

CALL LOG

Fig. 2

Ambrose, Figure 2, depicting interactive items comprising missed calls, with two distinct interactive displayed portions per list item.

"Another feature of the real-time call log status system is the ability for the user to place a call directly from the call log. In one embodiment, the user selects a hyperlink (e.g., the "x123" next to "Jill Black" in call log 200) and the system places the call or communication."  Ambrose at 6:48-52.

"In yet another embodiment of a real-time call log status system, a pop-up window |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | of current status information may appear, for example, as a result of the user actively clicking on the entry."  Ambrose at 7:20-23.<br><br>Bocking teaches a list of missed calls, where each item in the list is interactive:<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact. Also, call log 56 preferably lists the call log calls 58 in chronological order, beginning with the most recent call first."  Bocking at 4:49-67; *see also* Fig. 3. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  FIG.3 Tseng teaches a missed call list with interactive items, and multiple interactive actions: "The call log view 2400 comprises a content area 2404. The content area 2404 comprises a scrolling list view 2406 of call records 2407. Each call record 2407 may comprise a list of names 2408 or phone numbers, time or date 2410 of a call, and a call type icon 2412 indicating the kind of call it was, e.g., incoming, outgoing, or missed."  Tseng at ¶ [0149]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | <br><br>Tseng, Figure 24.<br><br>Hanson teaches a call log for keeping a list of missed calls, where each item in the list has a separate first and second interactive portion:<br><br>"It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log. Also, the phone numbers displayed on the website can be presented as 'Click-to-Dial' links." Hanson at ¶ [0088].<br><br>Cadiz teaches a call log for keeping a list of missed calls, where each item in the list has a separate first and second interactive portion:<br><br>"The My Call History environment 515 provides a user with access to a history of all call activity within a previous period of time." Cadiz at ¶ [0155]; *see also* Fig. 18.<br><br>"In other words, while viewing the call history in the ET user interface 200, a user need only click on a telephone number to initiate a call to that person." Cadiz at ¶ [0155].<br><br>"If the user double clicks on an entry in the log 1800, a window is opened detailing the basic information (such as data/time of the call, caller, telephone number) and all the notes." Cadiz at ¶ [0157]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  FIG. 18 A1200 teaches displaying a list of interactive items comprising missed telephone calls: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | To make and answer calls, see page 25. **3** Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list. <br><br> **recent calls** **4** Tap an entry to call its number. <br><br> Your phone keeps lists of incoming and outgoing calls, even for calls that didn't connect. The most recent calls are listed first. The oldest calls are deleted as new calls are added. To **see** details or perform other operations on an entry in the recent calls list: <br><br> **1** Tap ⬛ **Calls** in the application launcher screen to open the call history screen. <br><br> **Shortcut:** Press the send key ⬛ to go to the recent calls list. Press the five-way navigation joystick ·◇· to scroll to a number, then press ⬛ to call it. **2** Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list. <br><br> **3** Tap an entry to see call details (time, date, duration). <br><br> To **dial** a number in the recent calls list: **4** Tap **Call** to call its number, or tap ☰ to perform the following operations: <br><br> **1** Tap ⬛ in the global navigation bar to open the phone keypad. <br><br> **2** Tap ⬛ to open the recent calls menu. <br><br> MING Manual at 46. <br><br> WM5 teaches a missed call list wherein each entry has two distinct interactive portions: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting a list of telephone calls, wherein each item in the list includes two distinct interactive displayed portions.  *Using Your 700w* at 44. *TAKEphONE* teaches displaying a missed call list with interactive items: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | The **Call-History** list is kept automatically by the SmartPhone dialer software (and thus this tab is **only active for SmartPhones** !), and holds record of all calls handled by it. TAKEphONE displays this data in the call-history tab: <br><br> *TAKEphONE* at 14. <br><br> You can select what type of calls to display (All/Incoming/Missed/Outgoing/Data) using the drop down list at the top. Every entry is displayed with it's date (if it's a call from today, then the hour is displayed). On every entry's left there is an icon for its type: <br><br> For **incoming** calls. <br><br> For **outgoing** calls. <br><br> For **missed** calls. <br><br> For **data** calls. <br><br> For **conference** calls. <br> *TAKEphONE* at 14. <br><br> It would have been obvious to combine Jin with Twerdahl, Hawkins, Kun, Ambrose, Bocking, Hanson, Cadiz, A1200, WM5, Tseng, *TAKEphONE*, and/or |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | other similar references listed in these contentions. <br><br> More generally, for example, TealPhone, Agendus 10.0, Agenda Fusion, *Agendus Guide* and/or other similar references listed in these contentions teach a list of interactive items with multiple interactive portions.  For example: <br><br> TealPhone teaches three distinct interactive portions for each list item in a contacts list: <br><br>  <br><br> TealPhone, depicting three distinct interactive portions for each list item in the contacts list, indicated in blue—the area containing the name, the number, and an icon. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | <br>TealPhone, depicting selecting an interactive portion, indicated in blue.<br><br>TealPhone, depicting selecting an interactive portion, indicated in blue. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  |  |



TealPhone, depicting selecting an interactive portion, indicated in blue.

Agendus 10.0 teaches a contacts list where each list item has two distinct interactive displayed portions:

Agendus 10.0, depicting two distinct interactive displayed portions for each of the list items on the contact list.

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |   Agendus 10.0, depicting selecting an interactive portion, indicated in blue.  Agendus 10.0, depicting selecting an interactive portion, indicated in blue.  Agenda Fusion teaches a contacts list where each list item has two distinct interactive displayed portions: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  |

Agenda Fusion, depicting two distinct interactive portions, indicated in red.

Agenda Fusion, depicting selecting an interactive portion, indicated in red.

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  |  Agenda Fusion, depicting selecting an interactive portion, indicated in red.<br><br>*Agendus Guide* teaches a contacts list where each list item can be interacted with in two ways: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | The contact view is a list view that will show the names of your contacts, selecting one will open it so the details can be viewed or edited. Also a convenient shortcut is available in this view, you can tap and hold on the name with the stylus to get a popup menu for creating a new Meeting, Call, To Do, SMS, MMS, or Email.<br><br><br><br>*Agendus Guide* at 16.<br><br>It would have been obvious to combine Jin with TealPhone, Agendus 10.0, Agenda Fusion, *Agendus Guide* and/or other similar references listed in these contentions. |
| **[1C]** immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding act, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | user selected item.  For example:<br><br>"Hereinafter, a case in which a user calls a cellular phone number corresponding to the label "Daddy" and then calls Daddy's office phone number will be described by way of example. Herein, it is assumed that two phone numbers including the cellular phone number and the office phone number are stored in a phone directory corresponding to the label Daddy. When a user originates a call to the cellular phone number, a cellular phone icon is prominently displayed as indicated by reference numeral  420A in FIG. 4. However, when phone numbers are stored corresponding to two different phone number types (e.g., a cellular phone number type and an office phone number type) corresponding to the label Daddy, the latest communication record image further displays an office icon informing that there is a phone number having a different type (i.e., an office phone number) in addition to the cellular phone icon.<br><br> Accordingly, a user can originate a call (i.e., make an outgoing call) by selecting one of two phone number icons (i.e., one of icons 420A and 420B) corresponding to the label Daddy displayed on the latest communication record image." Jin at [0047]-[0048].<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine the first interactive displayed portion of Jin with a finger gesture.  For instance, it would have been obvious to one of ordinary skill in the art to make such a combination for ease of navigation among the various icon and menu choices described in Jin. Furthermore, having a first interactive displayed portion with a finger gesture would have been a simple design choice representing a predictable |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a first interactive displayed portion with a finger gesture.  For example, Twerdahl, Hawkins, Moore, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach initiating a telephone call immediately in response to detecting a finger gesture, for example.<br><br>Twerdahl teaches initiating a return call upon selection of the first interactive displayed portion:<br><br>"The call device 101 may be triggered upon tapping a selected phone number 502 in the call history list. FIG. 1, discussed above, shows an example of the screen that is displayed upon tapping a selected phone number 502. The call device 101 is displayed and a phone call is simultaneously initiated to the selected phone number by tapping on selected phone number 502."  Twerdahl at 7:3-9; *see also* Figs. 1, 5. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  FIG. 5 FIG. 1 Hawkins teaches tapping on a number to dial it: "Tapping on a name or number 604 within menu 600 causes that telephone number to be dialed."  Hawkins at 11:38-40. Kun teaches initiating a return call upon selection of an item in a list: "If the user desires to communicate with the person associated with the missed call, the user is limited to responding or calling via the same number that the calling party |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | used to make the initial call."  Kun at ¶ [0031].<br><br>Ambrose teaches initiating a return call upon selection of an interactive displayed portion:<br><br>"Another feature of the real-time call log status system is the ability for the user to place a call directly from the call log. In one embodiment, the user selects a hyperlink (e.g., the "x123" next to "Jill Black" in call log 200) and the system places the call or communication."  Ambrose at 6:48-52.<br><br>*Mitel 8690* also teaches returning a call from the call log in a similar manner:<br><br>**CALL LOG VIEW**<br><br>The Call Log view allows you to view a history of your recent calls. For each call, you can view call details such as the call type, date and time of the call, and the name and number of the person that called. If a call in the log was from another UC account or device, the current account/device status is also displayed. You can return a call directly from the call log, and you can add a call log entry to your address book.<br><br>The main call log screen displays the date and time of the call, the name and number of the called party and the call result. Additional details are provided when pressing Details .<br><br>*Mitel 8690* at 109.<br><br>Hanson teaches immediately in response to detecting selection of the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item:<br><br>"Also, the phone numbers displayed on the website can be presented as 'Click-to-Dial' links."  Hanson at ¶ [0088]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | Cadiz teaches immediately in response to detecting selection of the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item: <br><br> "In other words, while viewing the call history in the ET user interface 200, a user need only click on a telephone number to initiate a call to that person."  Cadiz at ¶ [0155]. <br><br> A1200 teaches immediately initiating a return call in response to a finger gesture on an item in a missed call list: <br><br> To make and answer calls, see page 25. <br><br> **recent calls** <br><br> Your phone keeps lists of incoming and outgoing calls, even for calls that didn't connect. The most recent calls are listed first. The oldest calls are deleted as new calls are added. <br><br> **Shortcut:** Press the send key 🔘 to go to the recent calls list. Press the five-way navigation joystick ⟐ to scroll to a number, then press 🔘 to call it. <br><br> To **dial** a number in the recent calls list: <br><br> 1  Tap 🔺 in the global navigation bar to open the phone keypad. <br><br> 2  Tap 🔳 to open the recent calls menu. <br><br> 3  Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list. <br><br> 4  Tap an entry to call its number. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | MING Manual at 46.<br><br>WM5 teaches, upon selection of the first interactive displayed portion, initiating a return call:<br><br><br><br>WM5 on a Treo 700w depicting performing a finger gesture on the first interactive displayed portion of a respective user selected item in the list, indicated in red, and immediately initiating a return telephone call.<br><br>*TAKEphONE* teaches returning a call to the caller upon selection of an entry: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  For **incoming** calls. <br><br> For **outgoing** calls. <br><br> For **missed** calls. <br><br> For **data** calls. <br><br> For **conference** calls. <br><br> Select an entry to **call** it. <br><br> *TAKEphONE* at 14. <br><br> TealPhone teaches initiating a call when a name or number is selected: <br><br> TealPhone, depicting selecting the first interactive displayed portion on a list item from the contacts list, indicated in blue, and immediately initiating a return telephone call upon selection, when the "Quick dial 'data preview' numbers" option has been activated. <br><br> Agenda Fusion teaches initiating a call when a number is selected: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting a finger gesture on the first interactive displayed portion of a list item in the contacts list, indicated in red, and initiating a return telephone call to a telephone number associated with the user selected item.<br><br>*Agendus Guide* teaches initiating a return telephone call when a number is selected:<br><br>**Tap to dial**<br>Tapping on a phone number in the list will cause a popup list to appear with all of the phone numbers for that contact. Selecting one from the list will cause that number to be dialed.<br><br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches initiating a call when a number is selected: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Agendus 10.0, depicting selecting the second distinct interactive portion, indicated in blue, to initiate a telephone call.<br><br>It would have been obvious to combine Jin with Twerdahl, Hawkins, Kun, Hanson, Cadiz, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, and/or other similar references listed in these contentions.<br><br>It was also well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger gesture.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus:<br><br>• **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's.<br><br>*TAKEphONE*, at 2. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  | For example, *Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": <br><br> 2. Resistive Touch Screens <br>   A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field. <br><br> *Finger Instead of Mouse* at 391 |
| **[1D]**  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin. <br><br> Jin teaches immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  For example: <br><br> "The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication infor- mation corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history informa- |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | tion including the name of a party with which a communi-cation was previously established, called phone numbers, and time spent for communication. Herein, according to another embodiment of the present invention, one of icons shown in FIG 5A may be selected in such a manner that another phone number of the party with which a communi-cation was previously established can be originated."  Jin at [0053].<br><br>" For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establish-ing communication using a phone number corresponding to the selected icon."  Jin at [0054]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | <br><br>Jin FIG. 5A               Jin FIG. 5B<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine the second interactive displayed portion of Jin with a finger gesture. For instance, it would have been obvious to one of ordinary skill in the art to make such a combination for ease of navigation among the various icon and menu choices described in Jin. Furthermore, having a second interactive displayed portion with a finger gesture would have been a simple predictable design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a first interactive displayed portion with a finger gesture.  For example, Twerdahl, Hawkins, Moore, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach a portable electronic device with a touch screen display.  For example:<br><br>Twerdahl teaches completely substituting display of interactive items with display |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion:<br><br>"Once a call history list is displayed, as in FIG. 3, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA 100 preferably includes selection mechanism that recognizes when part of a list 201 has been selected. In one embodiment, the user may tap on a selected name 304 if the user wants to view details of a selected call."  Twerdahl at 6:18-24; *see also* Fig. 3.<br><br><br><br>"FIG. 4 shows a screen shot of call details 401 of a selected name 304 from a call history list, in accordance with one embodiment of the present invention. This screen appears when the user taps on a list record 203 where the name has been highlighted. The call details 401 for a selected list record 203 preferably includes the following: a phone number 204 identifying an outside calling device to which the |

- 47 -

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | present phone device was, at one time, connected; a name 202 associated with the phone number 204; a date stamp 406 for the date of connection to a mobile phone network; a timestamp 408 for the time of day the call was received or initiated; and a duration 410 that the phone device was connect to a mobile phone network." Twerdahl at 6:31-43; *see also* Fig. 4.<br><br><br><br>"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | Ambrose teaches completely substituting display of a list of interactive items with display of contact information for a respective caller corresponding to a user selected item, the displayed contact information including a plurality of contact objects:<br><br>"In yet another embodiment of a real-time call log status system, a pop-up window of current status information may appear, for example, as a result of the user actively clicking on the entry.  FIG. 4 illustrates an exemplary pop-up window 400 of detailed current status information pertaining to the second entry, "Tom Neil x309" of call log 200."  Ambrose at 7:20-25.<br><br>"Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36.<br><br>Figure 4 depicts the display of contact information for a particular user selected item: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Ambrose, Figure 4.<br><br>Hawkins teaches a pop-up menu with a plurality of contact objects that is generated in response to a finger gesture:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed." Hawkins at 12:40-49; *see also* Fig. 6B.  Kun teaches substituting a pop-up menu with a plurality of contact objects: "When the user access the right selection function, by for example pressing a right function key or cursor, the extended sub-menu 530 of FIG. 5b can be accessed." Kun at ¶ [0034]; *see also* Figs. 5a-b. Bocking teaches a pop-up list with a plurality of contact objects and completely substituting a call details screen: "As will be described in greater detail below, a user of handheld electronic device 4 may select a particular call 58 from call log 56 and cause a call history associated with the selected call 58 to be displayed on display 12. In particular, the displayed |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | call history will list all calls, incoming and outgoing, stored in memory 44 that are associated with the phone number associated with the selected call 58. The calls in the call history are preferably listed in chronological order beginning with the most recent call (which, as will be appreciated, will be the selected call 58 from call log 56)." Bocking at 4:67 – 5:9; *see also* Fig. 7. |

Call Log
Mary Jones
XXXXXXX
Last: Received Call
Duration: 0:11
Total Calls: 4

07/28 3:25P    0:11
07/28 2:46P
07/26 2:56P    1:01
07/20 5:26P    4:02

*FIG. 7*

"As seen on FIG. 7, in addition to the listing of calls, the call history may include, without limitation, the name and phone number associated with the chosen call 58, the nature (i.e., place, received or missed) and duration of the last call, and the number of calls included in the history." Bocking at 6:21-26; *see also* Fig. 7.

"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5.<br><br><br>*FIG.5* |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | Hanson teaches completely substituting display of interactive items in a missed call list with display of contact information from an address book immediately in response to detecting selection of a second interactive displayed portion: |
| | "It is advantageous for the call management system to maintain a call log of all calls that a VoIP subscriber places or receives. The call log can include the following information: a timestamp, the VoIP subscriber's name, and the calling and called TNs. An icon can be provided in the call log for each phone number that can link to a telephone directory service or to the VoIP subscriber's personal address book to retrieve more information about the number. Another icon can be provided to access each voicemail message directly from the call log."  Hanson at ¶ [0088]. |
| | Moore teaches an interactive call log, and in response to selecting an entry in that list, completely substituting an address book page with a plurality of contact objects: |
| | "In one embodiment, retrieval of a call log is facilitated by a call log manager program that runs on the computer that the customer uses to retrieve the call log. The call log manager can access the first database, read, and display the contents of the call log on the customer's computer screen."  Moore at 4:10-14; *see also* Fig. 3. |
| | "Preferably, each entry is provided as a hyperlink, and the entries are selected by pointing to the desired entry using a computer pointing device such as a mouse and "clicking" on that entry."  Moore at 4:28-30. |
| | "Each displayed address book contains a plurality of contact addresses for the selected entry to which it is associated. Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | thereof."  Moore at 5:16-27; *see also* Fig. 4.  Fig. 3 Fig. 4 A1200 teaches completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.  For example: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1   Tap ⟨⟩ **Calls** in the application launcher screen to open the call history screen.<br><br>2   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3   Tap an entry to see call details (time, date, duration).<br><br>4   Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br>**options**<br><br>| **Store** | Create an address book entry with the number stored in the number type field you specify. |<br>| **Send SMS** | Open a new text message with the number in the **To** field. |<br>| **Send MMS** | Open a new multimedia message with the number in the **To** field. |<br>| **Delete** | Delete the entry. |<br><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | WM5 teaches substituting display of interactive items with display of contact information including a plurality of contact objects, immediately in response to detecting a finger gesture on a second interactive displayed portion: <br><br>  <br><br> WM5 on a Treo 700w depicting performing a finger gesture on the second interactive displayed portion of the user selected item, indicated in red, and substituting display of interactive items with display of contact information including a plurality of contact objects. <br><br> WM5 also teaches another contact details screen from the contact list that completely substitutes the display on the device, apart from the address bar, with display of contact objects: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Treo 700w, substituting display of interactive items with display of contact information including a plurality of contact objects. *TAKEphONE* teaches completely substituting display of a missed calls list for display of call details, immediately in response to detecting a finger gesture: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | The **Call-History** list is kept automatically by the SmartPhone dialer software (and thus this tab is **only active for SmartPhones !**), and holds record of all calls handled by it. TAKEphONE displays this data in the call-history tab:  *TAKEphONE* at 14. Tap the "**Details…**" button to show all entry details: *TAKEphONE* at 14-15. TealPhone teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  TealPhone, depicting selecting the first interactive displayed portion on a list item from the contacts list, indicated in blue, and substituting display of the contacts list for display of contact information, when the "List double-tap" option is set to "Dial". <br><br> Agenda Fusion teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  |  Agenda Fusion, depicting a finger gesture on the second interactive displayed portion of the list item, and substituting display of interactive items with display of contact information including a plurality of contact objects.<br><br>*Agendus Guide* teaches substituting display of contact objects immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  *Agendus Guide* at 16. *Agendus Guide* at 16. Agendus 10.0 teaches completely substituting display of contact information immediately in response to detecting a finger gesture on an interactive displayed portion: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Agendus 10.0, depicting selecting the first distinct interactive portion, indicated in blue, to bring up the contact details screen.<br><br>It would have been obvious to combine Jin with Twerdahl, Hawkins, Ambrose, Kun, Bocking, Hanson, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, and/or other similar references listed in these contentions.<br><br>It was also well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger gesture.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's. <br><br> *TAKEphONE*, at 2. <br><br> For example, *Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": <br><br> 2. Resistive Touch Screens <br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field. <br><br> *Finger Instead of Mouse* at 391. |
| **[1E]** a first contact object comprising a telephone number object having the return telephone number, and | Jin teaches a first contact object comprising a telephone number object having the return telephone number.  For example: <br><br> " For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establishing communication using a phone number corresponding to the selected icon." Jin at [0054].<br><br><br><br>Jin Figs 5A, 5B.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to combine the teachings of Jin to have a first contact object comprising a telephone number object having the return telephone number.  Furthermore, having a first contact object comprising a telephone number object having the return telephone number would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a first contact object comprising a telephone number object having the return telephone number.  For example, Twerdahl, Moore, Hawkins, Ambrose Kun, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0,  and/or other similar references listed in these contentions |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  | teach a contact object comprising a return telephone number.  For example:<br><br>Twerdahl teaches a telephone number object having a return telephone number:<br><br>"FIG. 4 shows a screen shot of call details 401 of a selected name 304 from a call history list, in accordance with one embodiment of the present invention. This screen appears when the user taps on a list record 203 where the name has been highlighted. The call details 401 for a selected list record 203 preferably includes the following: a phone number 204 identifying an outside calling device to which the present phone device was, at one time, connected; a name 202 associated with the phone number 204; a date stamp 406 for the date of connection to a mobile phone network; a timestamp 408 for the time of day the call was received or initiated; and a duration 410 that the phone device was connect to a mobile phone network." Twerdahl at 6:31-43; *see also* Fig. 4.<br><br> |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | Hawkins teaches a telephone number object having a return telephone number:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B.<br><br>Kun teaches a telephone number object having a return telephone number:<br><br>"The extended sub-menu 530 displayed additional information and contact data that is stored in memory.  In the screen shot at 53.0, two numbers are displayed '65303880' and '62227723'."  Kun at ¶ [0034]; *see also* Figs. 5a-b.<br><br><br><br>Kun at Figs. 5a and 5b.<br><br>Holder teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | Holder discloses display of contact information, including the return telephone number (314B).<br><br><br><br>Holder, Figure 7.<br><br>Bocking teaches a telephone number object having a return telephone number:<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5.<br><br><br><br>*FIG.5*<br><br>Moore teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | "Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>A1200 teaches a first contact object comprising a telephone number object having the return telephone number:<br><br>To **see** details or perform other operations on an entry in the recent calls list:<br><br>1　Tap 📞 **Calls** in the application launcher screen to open the call history screen.<br><br>2　Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3　Tap an entry to see call details (time, date, duration).<br><br>4　Tap **Call** to call its number, or tap ☰ to perform the following operations:<br>MING Manual at 46. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | ## call or send message<br><br>1 Tap 🖼 in the global navigation bar to open the address book.<br><br>2 Tap a contact name to see its details.<br><br>3 In the details list:<br><br>• Tap the phone number following the mobile phone indicator 📱 to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>MING Manual at 54.<br><br>WM5 teaches displaying a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  WM5 on a Treo 700w depicting a first contact object for the return telephone number – the "Call" option, indicated in red. <br><br> WM5 also teaches a contact details screen from the contact list that displays a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | <br><br>WM5 on a Treo 700w depicting a first contact object comprising a telephone number – the "Call mobile" option, indicated in red.<br><br>*TAKEphONE* teaches a 'Details' screen with a telephone number object having a return telephone number:<br><br>*TAKEphONE* at 14-15. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | The "Call" button, for example, is a telephone number object having a return telephone number.<br><br>TealPhone teaches a contacts information screen that includes a telephone number object having a return telephone number:<br><br><br><br>TealPhone, depicting a first contact object comprising a telephone number.<br><br>Agenda Fusion teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Agenda Fusion, depicting a first contact object comprising a telephone number, indicated in red. *Agendus Guide* teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Figure 13. Contact View *Agendus Guide* at 16. Agendus 10.0 teaches a telephone number object having a return telephone number: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Agendus 10.0, depicting a first contact object comprising a telephone number, indicated in red.<br><br>It would have been obvious to combine Jin with Twerdahl, Moore, Hawkins, Ambrose, Kun, Holder, Bocking, Moore, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, Jin, and/or other similar references listed in these contentions. |
| **[1F]**  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | To the extent this limitation is not anticipated by Jin, it would have been obvious to one of ordinary skill in the art to combine the call details screen and second contact object, taught in Jin, to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example, Jin teaches:<br><br>" For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  | is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establishing communication using a phone number corresponding to the selected icon."  Jin at [0054].<br><br><br><br>Jin FIG. 5A                    Jin FIG. 5B<br><br>Having a second contact object associated with a non-telephonic communication modality for contacting the respective caller would have been a simple design choice representing a predictable variation within the skill of a person of ordinary |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example, Moore, Hawkins, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example:<br><br>Hawkins teaches additional contact objects for non-telephonic communication:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600. Alternatively, the user can click a button (such as one of the directions of five-way button 104, or spacebar in keyboard 101, or any other control), to cause sub-menu 301A to be displayed."  Hawkins at 12:40-49; *see also* Fig. 6B.<br><br> |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  | Kun teaches a contact object associated with an email address:<br><br>"moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address 'ross@hot...' is shown."  Kun at ¶ [0035].<br><br><br><br>Kun, Figure 5c.<br><br>Ambrose teaches contact objects associated with non-telephonic communication modalities:<br><br>"Pop-up window 400 may further include optional features in accordance with presence management including, for instance, find me, leave message, voicemail, and optional contact numbers."  Ambrose at 7:33-36.<br><br>*Mitel 8690* also teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  | "If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 111.<br><br>Holder teaches display of contact information, including an email address (314C) and an instant messaging pager address (314D):<br><br><br><br>Holder, Figure 7.<br><br>Bocking teaches a pop-up menu of user options with a second contact object for |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  | SMS:<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48."  Bocking at 5:47 – 6:4; *see also* Fig. 5. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | <br><br>FIG.5<br><br>Moore teaches additional contact objects for non-telephonic communication:<br><br>"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>A1200 teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1   Tap Calls in the application launcher screen to open the call history screen.<br><br>2   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3   Tap an entry to see call details (time, date, duration).<br><br>4   Tap **Call** to call its number, or tap to perform the following operations:<br><br>MING Manual at 46.<br><br>**options**<br><table><tr><td>**Store**</td><td>Create an address book entry with the number stored in the number type field you specify.</td></tr><tr><td>**Send SMS**</td><td>Open a new text message with the number in the **To** field.</td></tr><tr><td>**Send MMS**</td><td>Open a new multimedia message with the number in the **To** field.</td></tr><tr><td>**Delete**</td><td>Delete the entry.</td></tr></table><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  | ## call or send message<br><br>1  Tap 🔲 in the global navigation bar to open the address book.<br><br>2  Tap a contact name to see its details.<br><br>3  In the details list:<br><br>• Tap the phone number following the mobile phone indicator 📱 to call the contact's mobile phone. Other indicators may identify other numbers stored for the contact (such as home, work, or fax).<br><br>• Tap the message indicator ✉ to the **right** of a phone number to send an SMS or MMS message to the number.<br><br>• Tap the email address following the email indicator 📧 to send an email message to the address. Alternatively, tap the message indicator ✉ to the **right** of the email address to send an MMS message to the address.<br><br>MING Manual at 54-55. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | WM5 teaches displaying contact objects associated at least with text messaging:<br><br><br><br>WM5 on a Treo 700w depicting a second contact object associated with a text message – the "Send Text Message" option, indicated in red.<br><br>WM5 also teaches a contact details screen from the contact list which displays contact objects associated with a text message and email: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  |

WM5 on a Treo 700w depicting a contact object associated with text messaging – the "Send Text Message" option, and a contact object associated with email – the "Send e-mail" option, indicated in red.

*TAKEphONE* teaches an "SMS" button, a second contact object associated with a non-telephonic communication modality:

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | *TAKEphONE* at 14-15. |
| | *TAKEphONE* also teaches a "find" button, which brings up details on the contact. |
| | Tap the "**Find…**" button to try and locate a contact matching the selected entry in the address-book, and open it in the "**Details**" form. |
| | *TAKEphONE* at 15. |
| | The "Details" form has additional contact options: |
| | Once you've <u>found</u> a contact and selected it, it will be displayed in the "**Details**" form: |
| |  |
| | *TAKEphONE* at 9. |
| | Tapping the  ("**SMS**") button will open a dialog displaying all the record's **phone & email** fields, so you can select a target for a new **SMS** message to be composed and sent using the **SMS application** selected at "Options/Preferences" ➔ "Applications" tab. |
| | *TAKEphONE* at 9. |
| | TealPhone teaches a contact object corresponding to a non-telephonic |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | communication modality:  TealPhone, depicting an SMS button, an Email address and "Email" button, and a web address and "Goto" button, three examples of second contact objects associated with a non-telephonic communication modality.<br><br>Agenda Fusion teaches contact objects associated with email and SMS:<br><br>Agenda Fusion, depicting a contact object associated with email, and a contact |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | object associated with SMS, indicated in red.<br><br>*Agendus Guide* teaches contact objects for Email, SMS, and MMS:<br><br><br><br>**Figure 13. Contact View**<br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches contact objects associated with email and with a web address: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | Agendus 10.0, depicting a second contact object associated with a non-telephonic communication modality, in these two examples, an email address and a web address, indicated in red. |
| **[1G]** immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | To the extent this limitation is not anticipated by Jin, it would have been obvious to one of ordinary skill in the art to combine the second contact object, taught in Jin, with a non-telephonic communication modality that is initiated immediately upon user selection. For example, Jin teaches: "For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a |

- 91 -

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | desired phone number type using an icon, thereby establishing communication using a phone number corresponding to the selected icon." Jin at [0054].<br><br>"As described above, when a user wishes to call a party with which a communication was previously established using another phone number of the other party, the user can call the other party by selecting icons (representing various types of phone numbers of the other party) displayed on the latest communication record image without searching the phone numbers in the telephone directory." Jin at [0055].<br><br><br>Jin FIG. 5A                    Jin FIG. 5B<br><br>Furthermore, immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example, Moore, Hawkins, Kun, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller.  For example: <br><br> Hawkins teaches selecting an alternate communication mode and immediately initiating communication: <br><br> "The user can use five-way button 104 to navigate within menu 301A in order to highlight an alternate contact mode 302, and can then press activation switch 106 to activate that contact mode 302."  Hawkins at 12:50-54. <br><br> "Device 100 may also include one or more mechanisms for accepting input from the user. In one embodiment, screen 102 is touch-sensitive, so that the user may interact with device 100 by touching or writing on the surface of screen 102 using a stylus, finger, or other object."  Hawkins at 5:39-44. <br><br> Kun teaches initiating a communication with a respective caller via a non-telephonic communication modality corresponding to an email contact object: <br><br> "The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which presents the user with one or more options for communicating with the other party." |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | Kun at ¶ [0035].<br><br>*Mitel 8690* teaches initiating a communication with a respective caller via a non-telephonic communication modality corresponding to a second contact object:<br><br>"If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. Press Leave Message to leave a station message for the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device." *Mitel 8690* at 111.<br><br>Holder teaches selecting any of the two telephone numbers (314 A and B), email address (314C) or instant messaging pager address (314D): |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | <br><br>Holder, Figure 7.<br><br>Bocking teaches a pop-up menu of user options with a second contact object for "creating and sending a short message service (SMS)":<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | for adding the phone number associated with call 58 to the speed dial list maintained by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5.<br><br><br><br>FIG.5<br><br>"Once the pager address 314D is highlighted a "Select" function 316 provided on the third screen display 314 can be selected and activated. As shown in FIG. 8, a pager message 318 can be entered on the screen of the wireless device 302 using a keypad 320 of the wireless device 302. Once the pager message 318 is entered, a "Send" function can be activated on the wireless device 302 to transmit the entered pager message 318 to the missed caller as a recipient of the pager message 318." Holder |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | at 9:30-39.<br><br>Moore teaches immediately initiating non-telephonic communication upon selection of a contact object:<br><br>"As is shown in FIG. 4, the call log manager then displays an address book display 32 on the screen 27. The address book display is arranged as an alphabetical page in an address book and contains all of the stored contact information and addresses for the party associated with the selected entry. The customer selects the PDA contact address using the cursor and pointing device. As is shown in FIG. 5, the call log manager launches an E-mail program and provides the customer with an E-mail window 34 addressed to the party associated with the address book. The customer then types in a message as desired and sends the E-mail using conventional methods."  Moore at 6:6-17.<br><br>A1200 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | To **see** details or perform other operations on an entry in the recent calls list:<br><br>1   Tap 📞 **Calls** in the application launcher screen to open the call history screen.<br><br>2   Tap **Answered Calls**, **Missed Calls**, or **Dialed Calls** to select a call list.<br><br>3   Tap an entry to see call details (time, date, duration).<br><br>4   Tap **Call** to call its number, or tap ☰ to perform the following operations:<br><br>MING Manual at 46.<br><br>**options**<br><br>**Store** — Create an address book entry with the number stored in the number type field you specify.<br><br>**Send SMS** — Open a new text message with the number in the **To** field.<br><br>**Send MMS** — Open a new multimedia message with the number in the **To** field.<br><br>**Delete** — Delete the entry.<br><br>MING Manual at 47. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | WM5 teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object:  WM5 on a Treo 700w depicting selection of the second contact object, and initiating communication with the caller via text message. WM5 also teaches the contact details screen from the contact list initiates a communication via a non-telephonic communication modality corresponding to a second contact object in response to detecting user selection of the second contact object: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  |

WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and  initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.

WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.

*TAKEphONE* teaches initiating non-telephonic communications from the 'Details' screen:

Tap the **"Details…"** button to show all entry details:

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  *TAKEphONE* at 14-15.<br><br>Tap the "**SMS**" button to start an SMS message to the contact.<br><br>*TAKEphONE* at 15.<br><br>TealPhone immediately initiates a non-telephonic communication in response to selection of a second contact object:<br><br>TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  |  TealPhone, depicting selecting an email address, a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user by selecting the "Email" button.<br><br>TealPhone, depicting selecting a web address, a second contact object associated with a non-telephonic communication modality, and opening a web page at the web address previously selected by pressing the "Goto" button.<br><br>Agenda Fusion teaches selecting E-mail or SMS contact objects on a contact details |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | screen:<br><br><br><br>Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication.<br><br>*Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email" or "New SMS": |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | <br>**Figure 13. Contact View**<br>*Agendus Guide* at 16.<br><br>Agendus 10.0 teaches selecting email or web address objects on a contact details screen: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  |

Agendus 10.0, depicting immediately initiating an email communication by selecting the email address, indicated in red.

Agendus 10.0, depicting immediately initiating a web page in a browser by selecting the web address, indicated in red.

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | |
| **[2]** The method of claim 1, wherein the second contact object is an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. | To the extent this limitation is not anticipated by Jin, it would have been obvious to one of ordinary skill in the art to combine the second contact object, taught in Jin, with an email contact object such that user selection of the second contact object includes preparing an email message with the email address associated with the second contact object, ready for text input by the user.  For example, Jin teaches: "For example, when a cursor is placed on a cellular phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establish-ing communication using a phone number corresponding to the selected icon."  Jin at [0054]. "As described above, when a user wishes to call a party with which a communication was previously estab-lished using another phone number of the other party, the user can call the other party by selecting icons (representing various types of phone numbers of the other party) displayed on the latest communication record image without searching the phone numbers in the telephone directory."  Jin at [0055]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Jin FIG. 5A    Jin FIG. 5B<br><br>Furthermore, having the second contact object be an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art. It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as email, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. For example, Hawkins, Twerdahl, Moore, Kun, *Mitel 8690*, Holder, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as email, and preparing an email message with the selected email address |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | associated with the second contact object, ready for text input by the user.  For example: |
| | Hawkins teaches a second contact object where the non-telephonic communication modality is email: |
| | "In one embodiment, redial list 603 functionality can be combined with the above-described techniques for providing alternate contact modes. Thus, for each number 604 on redial list 603, device 100 can do a reverse look-up to determine whether any alternate contact modes exist for the contact associated with that number 604. For example, if an email address, alternate telephone number, or the like, is available, device 100 can display those alternate contact modes. Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time. Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:32-46; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  FIG. 6B

Item 302D, "E-mail", is an email contact object.  Hawkins teaches the user can select this option:

"The user can use five-way button 104 to navigate within menu 301A in order to highlight an alternate contact mode 302, and can then press activation switch 106 to activate that contact mode 302."  Hawkins at 12:50-54.

Twerdahl teaches a second contact object where the non-telephonic communication modality is email:

"The present invention, however, is not limited to the particular arrangement of FIG. 4 for the display of call details 401. The call details 401, for example, may include |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | simply a phone number 204 and an associated name 202. Alternatively, the call details 401 may include, in addition to what is shown in FIG. 4, a street address, an email address, and an alternative phone number. The particular information displayed in the call details 401 depends on user preferences, information stored in memory, or combination thereof."  Twerdahl at 6:50-58.<br><br>Kun teaches an email address contact object, and selecting that email address:<br><br>"The user can manipulate a selection device to move between the entries 536, 538 shown in the extended sub-menu 530. For example, moving to FIG. 5c, the user has scrolled down the menu 530 and is now highlighting the number "62227723". An additional contact information 540, the e-mail address "ross@hot..." is shown. When the selected entry 536 is highlighted, the user can manipulate the selection device in the direction of the arrow icon 542 to access a menu 550, shown in FIG. 5d, which presents the user with one or more options for communicating with the other party." Kun at ¶ [0035].<br><br>*Mitel 8690* teaches initiating a communication via a non-telephonic communication modality corresponding to a second contact object and preparing an email message with the selected email address:<br><br><ul><li>**Advanced Mailbox:** If E-Mail Reader is enabled for your mailbox, you have access to voice mail, e-mail, and fax messages in your mailbox. You can also customize your personal mailbox options, and access advanced messaging features. See page 121 for information and instructions about using E-Mail Reader features. For a voice mail flowchart for advanced mailbox users, see page 133.</li></ul>*Mitel 8690* at 15. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | **NOTE:** If you have the Enterprise® Messaging (EM) voice mail system, you also have access to advanced communication and messaging features such as E-Mail Reader and Automatic Speech Recognition (ARS). For more information about EM, see page 17<br><br>*Mitel 8690* at 15.<br><br>**Recording and Sending Voice Mail Messages**<br><br>You can record and send voice mail messages by accessing the record option on the main menu.<br><br>**NOTE:** If E-Mail Reader is enabled for your mailbox, a reply to an e-mail message (see page 127) is a recorded voice message that is attached to the e-mail as a `.wav` file.<br><br>*Mitel 8690* at 60.<br><br>Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as email:<br><br>"Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In various aspects of the present methods and systems, the user (such as a  subscriber of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device."  Holder at 3:19-30.<br><br>"The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device."  Holder at 9:44-52.<br><br>Moore teaches an additional contact object for email:<br><br>"Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>WM5 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user:<br><br> |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | WM5 on a Treo 700w depicting selection of the "Send e-mail" option on the contact details screen and initiating a communication via e-mail by preparing an email message with the selected email address, ready for text input by the user.<br><br>*TAKEphONE* teaches email addresses, and preparing an email ready for text input:<br><br>Once you've found a contact and selected it, it will be displayed in the "Details" form:<br><br><br><br>The "Details" form displays all of the record's fields in 5 groups, in the order shown above, starting from its phone fields with the default phone number highlighted.<br>*TAKEphONE* at 9.<br><br>Tapping a field containing an email address (or pressing the OK button/Jog-Dial when it's highlighted) will start a new email to that address, using the email application selected at "Options/Preferences" ➜ "Applications" tab.<br>*TAKEphONE* at 9.<br><br>TealPhone teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | TealPhone, depicting selecting "Email," a second contact object associated with a non-telephonic communication modality, and initiating an email message to the user.<br><br>Agenda Fusion teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user:<br><br>Agenda Fusion, depicting selection of the "user2@example.com" option, indicated in red, and  initiating a communication via e-mail by preparing an email message |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | with the selected email address, ready for text input by the user. <br><br> *Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New Email": <br><br>  <br> Figure 13. Contact View <br> *Agendus Guide* at 16. <br><br> Agendus 10.0 teaches an email contact object, and preparing an email message with the selected email address associated with the second contact object, ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | **Contact**     Unfiled      **Compose**    17 characters<br><br>**Example User**<br><br>🔲 Work:    **5557891234**       **To:** ▼  user@example.com<br>▦ Mobile: **5551234567**<br>✉ E-mail: **user@example.com**<br><br>Web site:  **www.example.com**<br><br><br>Done Edit 🔍        Send Cancel 😊 Add…<br><br>Agendus 10.0, depicting initiating an email communication by selecting the email address, indicated in red.<br><br>It would have been obvious to combine Hawkins with Twerdahl, Kun, *Mitel 8690*, Holder, Moore, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions. |
| **[3]** The method of claim 1, wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. | To the extent this limitation is not anticipated by Jin, it would have been obvious to one of ordinary skill in the art to combine the call details screen and second contact object, taught in Jin, to have the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user.  A person of ordinary skill would have had the motivation to combine Jin with other teachings that the non-telephonic communication modalities corresponding to the second contact object include preparing an instant message.  One of ordinary skill would have wanted to include |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | all alternate contact modes that exist for each contact, i.e., all potential non-telephonic communication modalities including instant messaging, given the purpose and goals of the invention taught in Jin.  Furthermore, having the second contact object be an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as instant message.  For example, Moore, Hawkins, Kun, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach having a second contact object associated with a non-telephonic communication modality for contacting the respective caller, such as instant message.  For example:<br><br>Hawkins teaches the second contact object is a page or text messaging contact object:<br><br>"Referring now to FIG. 6B, there is shown an embodiment in which alternate contact modes are displayed in a sub-menu 301A (similar to menu 301 of FIG. 3), for example after number 604 has been selected for a predetermined period of time.  Sub-menu 301A contains alternate modes 302A through 302D for contacting the selected contact 604 in main menu 600."  Hawkins at 12:40-46; *see also* Fig. 6B. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  FIG. 6B "SMS addresses. Launches a text messaging application in a Compose New Message view, with an address associated with button 701 inserted automatically into the To: field."  Hawkins at 15:12-15. Kun teaches sending an SMS or multimedia message, as well as contact objects for non-telephonic communications modalities: "In alternate embodiments, the menu 550 can include any suitable types of communication modes."  Kun at ¶ 0037. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  FIG. 5c    FIG. 5d<br><br>Kun, Figs. 5c-d.<br><br>*Mitel 8690* teaches the second contact object is a station messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing a station message to the number associated with the second contact object, ready for input by the user:<br><br>"If the contact is linked to an account with at least one device, or if the contact is linked to a device, there will be two additional options in the popup menu: Voicemail and Leave Message. Press Voicemail to call the voice mail of the given person/device. If you leave a station message, the station message is left at the current location, or it is left at the primary device if the current location is not a UC device."  *Mitel 8690* at 118.<br><br>Holder teaches allowing a device to send messages to any of the address book contact addresses for a particular recipient, such as instant messages: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | "Retrieving the user or subscriber information permits the wireless device to send one or more messages from the wireless device to a recipient. Transmitted messages may be, for example and without limitation, a wireless pager transmission, an electronic mail message, a facsimile transmission, or a wireless telephone call. In various aspects of the present methods and systems, the user (such as a subscriber of the telecommunications services described herein, for example) of the wireless device can create messages by entering text, numbers, or an alphanumeric message using a keypad that is operatively associated with the wireless device." Holder at 3:19-30.<br><br>"The features described herein in connection with the operation of the wireless devices permit subscribers to access address information that includes telephone numbers, electronic mail addresses, instant messaging information, pager information, facsimile numbers, and the like. The present methods and systems enhance convenience of telecommunications by providing available address book information to the wireless device." Holder at 9:44-52.<br><br>Bocking teaches a pop-up menu of user options with a second contact object "creating and sending a short message service (SMS)":<br><br>"User options 65 include a number of different functions of handheld electronic device 4 that may be implemented by selecting one of the user options 65. As shown in FIG. 5, such functions may include, without limitation, initiating an application for handheld electronic device 4 for closing menu 60, for calling a selected contact stored by address book application 50, for calling the user's voicemail, for calling the contact listed in call 58, for creating and sending a short message service (SMS) message to the contact listed in call 58, for opening the call 58 to display detailed call information relating to call 58 that is stored in memory 44, for creating and displaying on display 12 a call history for call 58 as described in more detail below, for adding the phone number associated with call 58 to the speed dial list maintained |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | by phone application 48, for deleting call 58 from call log 56, for viewing the speed dial list maintained by phone application 48, for viewing and changing operating options for phone application 48, for viewing status information relating to, for example, the duration of the last call, the total number of minutes for all calls, and the phone number of handheld electronic device 4, for providing help to the user, and for closing phone application 48." Bocking at 5:47 – 6:4; *see also* Fig. 5. <br><br>  <br><br> Moore teaches an additional contact object for instant messaging: <br><br> "Each contact address represents a different format or method for contacting the party that contacted or attempted to contact the phone number for which the call log was requested. Suitable contact addresses include E-mail addresses, internet pager addresses, wire line phone numbers, wire less phone numbers, internet protocol phone numbers, telefacsimile numbers, instant messaging addresses, personal digital |

- 121 -

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | assistant addresses, and combinations thereof. The contact addresses are displayed by the same methods and formats as the call logs, and the customer can view and select entries from the contact address list using the same methods as for the call log."  Moore at 5:18-30.<br><br>A1200 teaches wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user:<br><br>**options**<br><br>| **Store** | Create an address book entry with the number stored in the number type field you specify. |<br>| **Send SMS** | Open a new text message with the number in the **To** field. |<br>| **Send MMS** | Open a new multimedia message with the number in the **To** field. |<br>| **Delete** | Delete the entry. |<br><br>MING Manual at 47.<br><br>WM5 initiates an instant message communication upon selection of the "Send Text Message" contact object: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  |

WM5 on a Treo 700w depicting selection of the second contact object, and initiating communication with the caller via text message.

WM5 also teaches a contact details screen from the contact list which prepares an instant message to the number associated with the second contact object, ready for text input by the user after selection of a second contact object:

WM5 on a Treo 700w depicting selection of the "Send Text Message" option and immediately initiating a text message communication.

*TAKEphONE* teaches sending text messages from the 'Details' screen:

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Tap the "**Details…**" button to show all entry details:<br><br>*TAKEphONE* at 14-15.<br><br>Tap the "**SMS**" button to start an SMS message to the contact.<br><br>*TAKEphONE* at 15.<br><br>TealPhone teaches immediately initiating SMS communications when an SMS contact object is selected: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | TealPhone, depicting selecting "SMS," a second contact object associated with a non-telephonic communication modality, and initiating a text message to the user.<br><br>Agenda Fusion teaches selecting an SMS contact object on a contact details screen:<br><br><br><br>Agenda Fusion, depicting selection of the telephone number for text messaging option, indicated in red, and initiating a text message communication.<br><br>*Agendus Guide* teaches the ability to "work with a contact" by selecting an "action", such as to create a "New SMS": |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  *Agendus Guide* at 16.<br><br>Agendus 10.0 teaches selecting an instant messaging object on the contact details screen, and preparing an instant message ready for text input by the user: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Agendus 10.0, depicting initiating an instant message communication by selecting the 'New SMS Message' option, indicated in red, from any of the available telephone numbers. |
| **[4]** The method of claim 1, wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls. | To the extent this limitation is not anticipated by Jin, it would have been obvious to one of ordinary skill in the art to combine the missed call list, taught in Jin, to have a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls.  Furthermore, having a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a single item in the list of interactive items corresponding to a plurality of consecutive missed telephone calls.  For example, Hawkins, Ambrose, Bocking, Sherrard, Stifelman, Richard, and/or other similar references listed in these contentions teach wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls.  For example:

Hawkins teaches only showing each number in a list once: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | "In one embodiment, each number 604 appears only once in redial list 603. If a number 604 was dialed more than once, it only appears once (sorted with other items according to the most recent call to that number). For example, if the fifth number 604 is dialed again, it moves to the first position and is removed from the fifth position."  Hawkins at 12:20-25.<br><br>Ambrose teaches a list showing only missed calls, and collapsing entries in a list:<br><br>"The number of entries displayed and/or stored for a particular user may be determined by a system administrator and typically depends on the system-wide available storage. In other embodiments, the user may select a sort function and choose to have the entries displayed in various other formats other than by descending date, e.g., by name and number or by call result."  Ambrose at 5:24-30.<br><br>"Additional details of the event may be viewed by selecting the "+" icon for the desired entry. With combined reference to FIG. 3, the entry for "Tom Neil x309" is expanded to display the event details 302. In this particular embodiment, the event details include several lines below the entry showing the steps the system took to place the communication between x309 and x291. Various other event details may also be displayed in addition to or in lieu of the system steps. To collapse the event details, the user may select the "-" icon and call log 200 returns to the condensed table as illustrated in FIG. 2."  Ambrose at 6:11-20.<br><br>Bocking teaches "presenting information relating to logged phone calls in a collapsed manner, meaning that . . . only the most recent in time call is listed in the call log":<br><br>"FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book application 50, or the phone number associated with the call if the caller or called person is not stored as a contact."  Bocking at 4:49-64.<br><br><br><br>Sherrard teaches a list in which list items may correspond to a number of missed calls, for each contact: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | FULLY POPULATED IDLE SCREEN *420* |
| | T–Mobile — 12:30 — 1/1/05 |
| | PHOTO HERE   PHOTO HERE |
| | PHOTO HERE   PHOTO HERE — EMAIL WAITING INDICATOR *424* |
| | PHOTO HERE — MISSED CALL INDICATORS *422* |
| | **Nate** 1 Missed Call |
| | Menu ⦿ t-zones |
| | *FIG.  4* |
| | Sherrard, Figure 4. |
| | "Indicators 422 illustrate a graphical indicator and a text indicator for a missed telephone call from one identified contact (e.g., Nate). Indicator 424 illustrates that an email message is waiting from another identified contact. Other indicators can also be associated with a contact, such as graphical icons and/or text strings as may |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | be desired for a variety of indications such as text message waiting, voice message waiting, picture message waiting, as well as others." Sherrard at 7:5-13.<br><br>Stifelman teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact:<br><br>402  403  404  405  406  400<br><br>| Name | Number | Type | Contact ID | times |<br>|---|---|---|---|---|<br>| Brad | 4089309050 | Message | \<unique id from address book\> | 2 |<br>| M. Smith | 4089769080 | Message | 0 (not in address book) | 1 |<br>| Blocked | Blocked | Missed | 0 (not in address book) | 1 |<br>| Laura | 6509309050 | Missed | \<unique id from address book\> | 1 |<br><br>Figure 4<br><br>Stifelman, Figure 4.<br><br>"In illustrative embodiments of the invention, messages and/or missed calls made to a subscriber are summarized. When integrated with a personal address book, the summary may efficiently provide both the number of missed calls and messages, and names of callers. The subscriber may be provided with the summary of missed calls and messages upon going off-hook. A more detailed review of each missed call and message may be provided by accessing a message center." Stifelman at ¶ [0025]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | "In various embodiments, retrieval of the caller's name from the subscriber's personal address book may allow the message center to effectively group and present missed calls and/or messages. Calls by the same contact may be grouped, albeit missed calls and/or messages, so that all the information someone needs about a contact (such as how many times they called, any messages, and the time-stamps of their calls) is summarized together rather than being dispersed by calls from other contacts. This makes message and missed call review by the subscriber more efficient." Stifelman at ¶ [0056].<br><br>Richard teaches a missed calls list in which each list item corresponds to a number of missed calls, for each contact. In this example, the "John Sorenson" list item represents 7 separate missed call events:<br><br><br><br>Richard, Figures 1 & 2.<br><br>"In the missed calls menu, items of said missed calls stack is displayed as a list having entries said 101-105 on said display mean. In Fig. 1, said list is ordered according to the number of times each caller has called. In the missed calls stack, missed calls are listed with a number or a name as explained above. Thus, if a name couldn't be associated to a number, the number is displayed which is the case for |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | entry 104 "98754312". When the user enters the list of missed calls, all numbers or names are listed in order of the number of missed calls. Here, John Sorensen 101 has called most times, and entry Niels 105 least times."  Richard at 3:20-32. |
| | |
| [5]  The method of claim 1, including, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | To the extent this limitation is not anticipated by Jin, it would have been obvious to one of ordinary skill in the art to combine the missed call list, taught in Jin, to display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  Furthermore, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  For example, Bocking, Sherrard, Stifelman, Richard and/or other similar references listed in these contentions teach while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.  For example: |
| | Bocking teaches a collapsed list of calls associated with a phone number, and indicating a number of calls associated with that item: |
| | "FIG. 3 is an exemplary depiction of display 12 showing call log 56 including a plurality of calls 58 according to the invention. Call log 56 displays logged calls in a collapsed manner, meaning that for each phone number having information relating to a call or calls stored in memory 44 by phone application 48, only the most recent in time call 58 is listed on call log 56. Thus, each individual phone number having information relating to a call or calls stored in memory 44 will have a single entry in call log 56. Preferably, each of the call log calls 58 listed on call log 56 will include the date and time of the call, an icon indicating the nature of the call (i.e., placed, received or missed), and either the name of the caller or person called if that person and the phone number in question are stored as a contact by address book |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | application 50, or the phone number associated with the call if the caller or called person is not stored as a contact."  Bocking at 4:49-64; *see also* Fig. 3.<br><br>"As seen on FIG. 7, in addition to the listing of calls, the call history may include, without limitation, the name and phone number associated with the chosen call 58, the nature (i.e., place, received or missed) and duration of the last call, and the number of calls included in the history."  Bocking at 6:21-26; *see also* Fig. 7.<br><br><br><br>Sherrard teaches a list in which list items may correspond to a number of missed calls and that number is indicated on the text portion of the status indicator, for each contact: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  |

Sherrard, Figure 4.

"Indicators 422 illustrate a graphical indicator and a text indicator for a missed telephone call from one identified contact (e.g., Nate). Indicator 424 illustrates that an email message is waiting from another identified contact. Other indicators can also be associated with a contact, such as graphical icons and/or text strings as may be desired for a variety of indications such as text message waiting, voice message waiting, picture message waiting, as well as others." Sherrard at 7:5-13.

Stifelman teaches a missed calls list in which each list item corresponds to a number

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | of missed calls as indicated in the "times" column, for each contact: |

<table>
<tr><td colspan="5">402    403    404    405    406    400</td></tr>
<tr><th>Name</th><th>Number</th><th>Type</th><th>Contact ID</th><th>times</th></tr>
<tr><td>Brad</td><td>4089309050</td><td>Message</td><td>&lt;unique id from address book&gt;</td><td>2</td></tr>
<tr><td>M. Smith</td><td>4089769080</td><td>Message</td><td>0 (not in address book)</td><td>1</td></tr>
<tr><td>Blocked</td><td>Blocked</td><td>Missed</td><td>0 (not in address book)</td><td>1</td></tr>
<tr><td>Laura</td><td>6509309050</td><td>Missed</td><td>&lt;unique id from address book&gt;</td><td>1</td></tr>
</table>

**Figure 4**

Stifelman, Figure 4.

"In illustrative embodiments of the invention, messages and/or missed calls made to a subscriber are summarized. When integrated with a personal address book, the summary may efficiently provide both the number of missed calls and messages, and names of callers. The subscriber may be provided with the summary of missed calls and messages upon going off-hook. A more detailed review of each missed call and message may be provided by accessing a message center." Stifelman at ¶ [0025].

"In various embodiments, retrieval of the caller's name from the subscriber's personal address book may allow the message center to effectively group and present missed calls and/or messages. Calls by the same contact may be grouped,

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | albeit missed calls and/or messages, so that all the information someone needs about a contact (such as how many times they called, any messages, and the time-stamps of their calls) is summarized together rather than being dispersed by calls from other contacts. This makes message and missed call review by the subscriber more efficient." Stifelman at ¶ [0056].<br><br>More generally, Richard teaches storing and displaying the number of times a caller has left a missed call at the user's device:<br><br>"In this example, said specific information comprises an indication of the caller, the number of times said caller has called, and the date and/or time the last call was received for this indication."  Richard at 3:7-10. |
| | |
| **[7]**  The method of claim 1, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item. | Jin teaches the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.  For example:<br><br>"The call history recording function provides a user with call connection start time, time spent for communica-tion (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication record as shown in FIG. 1."  Jin at [0008].<br><br>"A screen shot illustrating an example of a conven-tional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | on the image showing call history information (i.e., a latest communication record image)." Jin at [0009]. <br><br>  <br><br> Jin, FIG. 1. <br><br> "Herein, the call history information denotes information is generated according to call status (i.e., whether the call is an outgoing or an incoming call). The call history information is interworked with the phone directory, thereby generating the latest communication records according to an embodiment of the present invention as shown in FIG. 4." Jin at [0042]. <br><br> " A screenshot illustrating a procedure of generating the latest communication records enabling selection of a phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's |

- 138 -

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which one or more different phone numbers are displayed corresponding to a phone number according to call status." Jin at [0045].<br><br>"In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated." Jin at [0046].<br><br>"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label 400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication." Jin at [0053]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Jin, FIG. 4. |
| **[8A]**  A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent this preamble is limiting, Jin teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.  For example: <br><br> *See* **[1A]**. <br><br> "To accomplish the above objects, there is provided an apparatus for originating a call using latest communication records in a mobile communication terminal, the apparatus including a memory unit for storing call history information and phone directory information and storing |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | latest communication records, the call history information being generated according to call status (i.e., whether a call is an outgoing call on an incoming call), the phone directory information being input by a user, the latest communication records being updated according to the call status, and a control unit for displaying the latest communication records by interworking the call history information generated according to the call status with the phone directory information, receiving one phone number selected from at least one phone number for a target for communication based on the displayed latest communication records, and making communication using the received phone number." Jin at [0016].<br><br>"The control unit 200 controls each component of the mobile terminal such that call history information may be managed as a single integrated phone number through the latest communication record image through interworking with information in a phone directory of the mobile communication terminal. Herein, the call history information, which is information generated according to call status, includes one of call connection start time, call connection end time, unanswered call records (e.g., missed calls), an incoming or outgoing callnumber, and information in a phone directory according to the incoming or outgoing call number." Jin at [0030].<br><br>" In addition, a memory unit 230 connected to the control unit 200 can include a read only memory (ROM), a random access memory (RAM), and a voice memory for storing a plurality of programs and information required when operation of the mobile communication terminal 100 |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  | is controlled. In addition, according to one embodiment of the present invention, the latest communication record is continuously updated and stored in the memory unit 230 of the mobile communication terminal depending on call history information and information in a phone directory under the control of the control unit 200." Jin at [0033].<br><br><br><br>Jin FIG. 2<br><br>This claim is a means-plus-function claim governed by 35 U.S.C. § 112 ¶ 6, comprising the mean-plus-function limitations discussed below.  The claim refers to "instructions" which cause the device to perform the functions listed in the claim limitations.  However, the specification does not identify structure corresponding to the recited functions.  As a result, this claim is also invalid for indefiniteness.<br><br>In the alternative, it would have been obvious to one of ordinary skill in the art to |

- 142 -

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | combine the portable electronic device terminal of Jin with a touch screen display. For instance, it would have been obvious to one of ordinary skill in the art to make such a combination for ease of navigation among the various icon and menu choices described in Jin. Furthermore, having a touch screen display would have been a simple design choice representing a predictable variation within the skill of a person of ordinary skill in the art.  It was well known in the art to have a portable electronic device with a touch screen display.  For example, Twerdahl, Hawkins, Moore, Kun, Ambrose, *Mitel 8690*, Holder, Bocking, A1200, WM5, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0 and/or other similar references listed in these contentions teach a portable electronic device with a touch screen display. *See* element 1A of each reference listed above. |
| **[8B]**  display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.

Jin teaches displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.

*See* **[1B]**.

It is inherent in Jin's teachings that portable electronic devices that display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[8C]**  immediately in response to detecting a | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item; | 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.

Jin teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.

*See* [**1C**].

It is inherent in Jin's teachings that portable electronic devices that, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [**8D**]  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.

Jin teaches immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects.

*See* [**1D**]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | It is inherent in Jin's teachings that portable electronic devices that, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[8E]**  a first contact object comprising a telephone number object having the return telephone number, and | Jin teaches a first contact object comprising a telephone number object having the return telephone number.<br><br>*See* **[1E]**. |
| **[8F]**  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | Jin teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.<br><br>*See* **[1F]**. |
| **[8G]**  immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[1G]**.<br><br>It is inherent in Jin's teachings that portable electronic devices that, immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | modality corresponding to the second contact object, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| | |
| **[9]**  The computer readable storage medium of claim 8, including instructions that cause the device to, while displaying the list of interactive items comprising missed telephone calls, display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | *See* **[5]**.<br><br>In addition, this claim is a means-plus-function claim governed by 35 U.S.C. § 112 ¶ 6, comprising the mean-plus-function limitations discussed in **[5]**.  The claim refers to "instructions" which cause the device to perform the functions listed in the claim limitations.  However, the specification does not identify structure corresponding to the recited functions.  As a result, this claim is also invalid for indefiniteness. |
| | |
| **[10A]**  A portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, Jin teaches a portable electronic device with a touch screen display.<br><br>*See* **[1A]**. |
| **[10B]**  memory; | Jin teaches memory.  For example:<br><br>"To accomplish the above objects, there is provided an apparatus for originating a call using latest communica-tion records in a mobile communication terminal, the appa-ratus including a memory unit for storing call history information and phone directory information and storing latest communication records, the call history information being generated according to call status (i.e., whether a call is an outgoing call on an incoming call), the phone directory information being input by a user, the latest communication records being updated according to the call status, and a control unit for displaying the latest communication records by interworking the call history information generated according to the call status with the phone directory infor-mation, receiving one phone number selected from at least |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | one phone number for a target for communication based on the displayed latest communication records, and making communication using the received phone number."  Jin at [0016].<br><br>"The control unit 200 controls each component of the mobile terminal such that call history information may be managed as a single integrated phone number through the latest communication record image through interworking with information in a phone directory of the mobile communication terminal. Herein, the call history information, which is information generated according to call status, includes one of call connection start time, call connection end time, unanswered call records (e.g., missed calls), an incoming or outgoing callnumber, and information in a phone directory according to the incoming or outgoing call number."  Jin at [0030].<br><br>" In addition, a memory unit 230 connected to the control unit 200 can include a read only memory (ROM), a random access memory (RAM), and a voice memory for storing a plurality of programs and information required when operation of the mobile communication terminal 100 is controlled. In addition, according to one embodiment of the present invention, the latest communication record is continuously updated and stored in the memory unit 230 of the mobile communication terminal depending on call history information and information in a phone directory under the control of the control unit 200."  Jin at [0033]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Jin FIG. 2 |
| **[10C]**  one or more processors; and | Jin teaches one or more processors.  For example: "To accomplish the above objects, there is provided an apparatus for originating a call using latest communication records in a mobile communication terminal, the apparatus including a memory unit for storing call history information and phone directory information and storing latest communication records, the call history information being generated according to call status (i.e., whether a call is an outgoing call on an incoming call), the phone directory information being input by a user, the latest communication records being updated according to the call status, and a control unit for displaying the latest communication records |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | by interworking the call history information generated according to the call status with the phone directory infor-mation, receiving one phone number selected from at least one phone number for a target for communication based on the displayed latest communication records, and making communication using the received phone number." Jin at [0016]. |
| | "The control unit 200 controls each component of the mobile terminal such that call history information may be managed as a single integrated phone number through the latest communication record image through interworking with information in a phone directory of the mobile com-munication terminal. Herein, the call history information, which is information generated according to call status, includes one of call connection start time, call connection end time, unanswered call records (e.g., missed calls), an incoming or outgoing callnumber, and information in a phone directory according to the incoming or outgoing call number." Jin at [0030]. |
| | " In addition, a memory unit 230 connected to the control unit 200 can include a read only memory (ROM), a random access memory (RAM), and a voice memory for storing a plurality of programs and information required when operation of the mobile communication terminal 100 is controlled. In addition, according to one embodiment of the present invention, the latest communication record is continuously updated and stored in the memory unit 230 of the mobile communication terminal depending on call his-tory information and information in a phone directory under the control of the control unit 200." Jin at [0033]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| |  Jin FIG. 2<br><br>It is inherent in Jin's disclosure that electronic devices executing the systems described in Jin have one or more processors.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[10D]**  one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | Jin teaches one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions.  For example:<br><br>"To accomplish the above objects, there is provided an apparatus for originating a call using latest communica-tion records in a mobile communication terminal, the appa-ratus including a memory unit for storing call history information and phone directory information and storing |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | latest communication records, the call history information being generated according to call status (i.e., whether a call is an outgoing call on an incoming call), the phone directory information being input by a user, the latest communication records being updated according to the call status, and a control unit for displaying the latest communication records by interworking the call history information generated according to the call status with the phone directory information, receiving one phone number selected from at least one phone number for a target for communication based on the displayed latest communication records, and making communication using the received phone number."  Jin at [0016].<br><br>"The control unit 200 controls each component of the mobile terminal such that call history information may be managed as a single integrated phone number through the latest communication record image through interworking with information in a phone directory of the mobile communication terminal. Herein, the call history information, which is information generated according to call status, includes one of call connection start time, call connection end time, unanswered call records (e.g., missed calls), an incoming or outgoing callnumber, and information in a phone directory according to the incoming or outgoing call number."  Jin at [0030].<br><br>" In addition, a memory unit 230 connected to the control unit 200 can include a read only memory (ROM), a random access memory (RAM), and a voice memory for storing a plurality of programs and information required when operation of the mobile communication terminal 100 |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | is controlled. In addition, according to one embodiment of the present invention, the latest communication record is continuously updated and stored in the memory unit 230 of the mobile communication terminal depending on call history information and information in a phone directory under the control of the control unit 200." Jin at [0033]. |
| | Jin FIG. 2 |
| | It is inherent in Jin's disclosure that electronic devices executing the systems described in Jin have one or more programs stored in the memory and configured for execution by the one or more processors. In the alternative, this would have been obvious to one of ordinary skill in the art. |
| | This claim is a means-plus-function claim governed by 35 U.S.C. § 112 ¶ 6, comprising the mean-plus-function limitations discussed below. The claim refers to |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | "instructions" which cause the device to perform the functions listed in the claim limitations.  However, the specification does not identify structure corresponding to the recited functions.  As a result, this claim is also invalid for indefiniteness. |
| **[10E]**  displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.  Jin teaches displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.  *See* **[8B]**. |
| **[10F]**  immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.  Jin teaches immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item.  *See* **[8C]**. |
| **[10G]**  immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | invalid by Jin.<br><br>Jin teaches immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>*See* [8D]. |
| [10H]  a first contact object comprising a telephone number object having the return telephone number, and | Jin teaches a first contact object comprising a telephone number object having the return telephone number.<br><br>*See* [1E]. |
| [10I]  a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | Jin teaches a second contact object associated with a non-telephonic communication modality for contacting the respective caller.<br><br>*See* [1F]. |
| [10J]  immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* [8G]. |
|  |  |
| [11]  The device of claim 10, including instructions for, while displaying the list of | *See* [5]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | In addition, this claim is a means-plus-function claim governed by 35 U.S.C. § 112 ¶ 6, comprising the mean-plus-function limitations discussed in [**5**].  The claim refers to "instructions" which cause the device to perform the functions listed in the claim limitations.  However, the specification does not identify structure corresponding to the recited functions.  As a result, this claim is also invalid for indefiniteness. |
| | |
| [**12A**]  A method performed at a portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, Jin teaches a method performed at a portable electronic device with a touch screen display.<br><br>*See* [**1A**]. |
| [**12B**]  displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls.  For example:<br><br>"The call history recording function provides a user with call connection start time, time spent for communica-tion (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication record as shown in FIG. 1."  Jin at [0008].<br><br>"A screen shot illustrating an example of a conven-tional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)."  Jin at [0009].  Jin, FIG. 1. "Herein, the call history information denotes information is generated according to call status (i.e., whether the call is an outgoing or an incoming call). The call history information is interworked with the phone directory, thereby generating the latest communication records according to an embodiment of the present invention as shown in FIG. 4."  Jin at [0042]. " A screenshot illustrating a procedure of generating the latest communication records enabling selection of a |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which one or more different phone numbers are displayed corresponding to a phone number according to call status."  Jin at [0045].

"In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated."  Jin at [0046].

"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | and time spent for communication."  Jin at [0053].<br><br><br><br>Jin, FIG. 4. |
| **[12C]**  wherein at least one interactive displayed item in the list is associated with a missed telephone call, | Jin teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call.  For example:<br><br>"The call history recording function provides a user with call connection start time, time spent for communica-tion (i.e., call duration), and the history of calls received in the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication record as shown in FIG. 1."  Jin at [0008].<br><br>"A screen shot illustrating an example of a conven- |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | tional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)."  Jin at [0009]. |



Jin, FIG. 1.

"Herein, the call history information denotes infor-
mation is generated according to call status (i.e., whether the
call is an outgoing or an incoming call). The call history
information is interworked with the phone directory, thereby
generating the latest communication records according to an

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | embodiment of the present invention as shown in FIG. 4."  Jin at [0042].<br><br>" A screenshot illustrating a procedure of generating the latest communication records enabling selection of a phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which one or more different phone numbers are displayed corresponding to a phone number according to call status."  Jin at [0045].<br><br>"In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated."  Jin at [0046].<br><br>"The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  | Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication."  Jin at [0053].<br><br><br><br>Jin, FIG. 4. |
| **[12D]**  wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | Jin teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.  For example:<br><br>"The call history recording function provides a user with call connection start time, time spent for communication (i.e., call duration), and the history of calls received in |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | the user's absence (i.e., missed calls). This call history information may be displayed as a latest communication record as shown in FIG. 1."  Jin at [0008].<br><br>"A screen shot illustrating an example of a conventional list of latest communications, is shown in FIG. 1. Icons, including an icon 100 representing an outgoing (i.e., an originated) call, an icon 110 representing an incoming (i.e., a received) call, and an icon representing a call received in the user's absence (i.e., a missed call), distinguished according to communication characteristics, are displayed on the image showing call history information (i.e., a latest communication record image)."  Jin at [0009].<br><br><br><br>Jin, FIG. 1. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | "Herein, the call history information denotes information is generated according to call status (i.e., whether the call is an outgoing or an incoming call). The call history information is interworked with the phone directory, thereby generating the latest communication records according to an embodiment of the present invention as shown in FIG. 4."  Jin at [0042].<br><br>" A screenshot illustrating a procedure of generating the latest communication records enabling selection of a phone number to be originated according to an embodiment of the present invention is shown in FIG. 4. If a user's request for the display of the latest communication records is input into the control unit 200, the control unit 200 displays a list of the latest communication records in which one or more different phone numbers are displayed corresponding to a phone number according to call status."  Jin at [0045].<br><br>"In the method for originating a call according to the present invention, in order to call the other party (after a previous communication with the user of the mobile communication terminal has ended) using a different communication type than was used in the previous communication, a key input for switching into the latest communication record image is received from a user, the name of a party which received a corresponding outgoing call (i.e., the called party) 400 is selected by means of up and down shift keys (not shown) and then one of icons for numbers of phones having different types 410A and 410B (e.g., a cellular phone icon, an office icon, respectively, etc.) is selected by means of left and right shift keys (not shown), so that the call can be originated."  Jin at [0046]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | "The latest communication record image is changed into the image used for detecting call history information though a key input used for detecting communication information corresponding to the Daddy label  400 (see FIG. 4). Then, the call history information image according to the latest communication records displays call history information including the name of a party with which a communication was previously established, called phone numbers, and time spent for communication."  Jin at [0053].  Jin, FIG. 4. " For example, when a cursor is placed on a cellular |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | phone icon as shown in FIG. 5A, an accentuated cellular phone icon is displayed on the call history information image. Simultaneously, a cellular phone number for the icon is displayed. In addition, when a user selects an office icon instead of the cellular phone icon using direction keys such as right and left shift keys, an accentuated office icon is displayed on the call history information image as shown in FIG. 5B. Simultaneously, a phone number corresponding to the office icon is displayed. Accordingly, a user selects a desired phone number type using an icon, thereby establishing communication using a phone number corresponding to the selected icon."  Jin at [0054].<br><br><br><br>Jin FIG. 5A                    Jin FIG. 5B |
| [12E]  wherein each interactive displayed item associated with a missed telephone call and also associated with contact information | Jin teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* **[1B]**. |
| **[12F]**  wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>**[12G]**  receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input initiate a return telephone call to a telephone number associated with that interactive displayed item.<br><br>*See* **[1B], [1C]**.<br><br>It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all run or describe running on Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus: |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's.<br><br>*TAKEphONE*, at 2.<br><br>*Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object":<br><br>2. Resistive Touch Screens<br>   A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field.<br><br>*Finger Instead of Mouse* at 391. |
| **[12H]**  receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches receiving a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>*See* **[1D]**. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example: *TAKEphONE* describes using Palm devices without a stylus: <br><br> • **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's. <br><br> *TAKEphONE*, at 2. <br><br> *Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": <br><br> 2. Resistive Touch Screens <br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field. <br><br> *Finger Instead of Mouse* at 391. |
| **[12I]**  a first contact object comprising a telephone number associated with the caller, and | Jin teaches a first contact object comprising a telephone number associated with the caller. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | *See* [**1E**]. |
| [**12J**]  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Jin teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* [**1F**]. |
| [**12K**]  detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.  For example:<br><br>*See* [**1G**].<br><br>It was well known to persons of ordinary skill in the art at the time that touch screens could be operated by using a finger tap input.  For example, *TAKEphONE*, TealPhone, Agenda Fusion, *Agendus Guide*, Agendus 10.0, *Finger Instead of Mouse* and/or other similar references listed in these contentions, all operate on or describe Palm devices that would have had a touch screen input device, such as the Palm Treo 650 or the Palm Treo 700w.  For example:<br><br>*TAKEphONE* describes using Palm devices without a stylus:<br><br>• **Using a Palm device only**: The user can use TAKEphONE to achieve the main address-book activities – **finding** contacts and/or **creating/editing** them – in a faster and more convenient way – without the use of the Stylus ("One-Handed operation"). The main focus then is on the **Find** feature, which has a lot more extensive features (search fields, etc.) than the standard address-book software's. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
|  | *TAKEphONE*, at 2. |
|  | *Finger Instead of Mouse* describes touch screen technology for Palm devices, and teaches that the screen can be "activated by any solid object": |
|  | 2. Resistive Touch Screens<br>    A mechanical pressure on this type of screen closes an electrical contact between two conductive layers. Since the pressure only sets up a connection between the two layers, the resistive touch screen can be activated by any solid object: a gloved finger, a pencil etc. This technology is used for Personal Digital Assistants (PDAs) e.g. the Psion and Palm. Advantages include no necessity of alignment (justifying), exact positioning and the possible use with gloves, i.e. in the medical field. |
|  | *Finger Instead of Mouse* at 391. |
|  |  |
| **[13]** The method of claim 12, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* **[7]**. |
|  |  |
| **[16A]** A method performed at a portable electronic device with a touch screen display, comprising: | To the extent this preamble is limiting, Jin teaches a method performed at a portable electronic device with a touch screen display.<br><br>*See* **[1A]**. |
| **[16B]** displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | *See* [**12B**]. |
| [**16C**] wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | Jin teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.  *See* [**12C**], [**12D**]. |
| [**16D**] wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Jin teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.  *See* [**12E**]. |
| [**16E**] detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.  Jin teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.  For example:  *See* [**12G**]. |
| [**16F**] detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.  For example:<br><br>*See* **[12H]**. |
| **[16G]**  a first contact object associated with a telephone number for contacting the caller, and | Jin teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* **[1E]**. |
| **[16H]**  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Jin teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* **[1F]**. |
| **[16I]**  immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a step-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding act, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[1G]**. |
|  |  |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| **[17]** The method of claim 16, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* **[7]**. |
| | |
| **[18A]** A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent this preamble is limiting, Jin teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.<br><br>*See* **[8A]**.<br><br>This claim is a means-plus-function claim governed by 35 U.S.C. § 112 ¶ 6, comprising the mean-plus-function limitations discussed below.  The claim refers to "instructions" which cause the device to perform the functions listed in the claim limitations.  However, the specification does not identify structure corresponding to the recited functions.  As a result, this claim is also invalid for indefiniteness. |
| **[18B]** display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls.<br><br>*See* **[8B]**. |
| **[18C]** wherein at least one interactive displayed item in the list is associated with a missed telephone call, | Jin teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | *See* [**12C**]. |
| [**18D**] wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | Jin teaches wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device.<br><br>*See* [**12D**]. |
| [**18E**] wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Jin teaches wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* [**12E**]. |
| [**18F**] wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>[**18G**] receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6. Because the specification discloses no corresponding structure, this claim limitation is indefinite. To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item.<br><br>*See* [**12F**].<br><br>Jin further teaches instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call |

- 174 -

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item.<br><br>*See* [12G].<br><br>It is also inherent in Jin's teachings that portable electronic devices that receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[18H]**  receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches receiving a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>Jin further teaches instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substitute display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects.<br><br>*See* [12H]. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | It is also inherent in Jin's teachings that portable electronic devices that receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[18I]**  a first contact object comprising a telephone number associated with the caller, and | Jin teaches a first contact object comprising a telephone number associated with the caller.<br><br>*See* **[1E]**. |
| **[18J]**  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Jin teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* **[1F]**. |
| **[18K]**  detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[8G]**, **[12K]**. |
| | |
| **[19A]**  A portable electronic device with a | To the extent this preamble is limiting, Jin teaches a portable electronic device with |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| touch screen display, comprising: | a touch screen display.<br><br>*See* **[1A]**. |
| **[19B]** memory; | Jin teaches memory.<br><br>*See* **[10B]**. |
| **[19C]** one or more processors; and | Jin teaches one or more processors.<br><br>*See* **[10C]**. |
| **[19D]** one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | Jin teaches one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions.<br><br>*See* **[10D]**.<br><br>This claim is a means-plus-function claim governed by 35 U.S.C. § 112 ¶ 6, comprising the mean-plus-function limitations discussed below.  The claim refers to "instructions" which cause the device to perform the functions listed in the claim limitations.  However, the specification does not identify structure corresponding to the recited functions.  As a result, this claim is also invalid for indefiniteness. |
| **[19E]** displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>Jin further teaches instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | *See* [12B].<br><br>It is also inherent in Jin's teachings that portable electronic devices that display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [19F]  wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | Jin teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>*See* [12C], [12D]. |
| [19G]  wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Jin teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* [12E]. |
| [19H]  detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | interactive displayed item.<br><br>Jin further teaches instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item.<br><br>For example, *see* **[12G]**.<br><br>It is also inherent in Jin's teachings that portable electronic devices that receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[19I]**  detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>Jin further teaches instructions to receive a finger tap input in the second interactive |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substitute display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects.<br><br>For example, *see* **[12H]**.<br><br>It is also inherent in Jin's teachings that portable electronic devices that receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[19J]**  a first contact object associated with a telephone number for contacting the caller, and | Jin teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* **[1E]**. |
| **[19K]**  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Jin teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* **[1F]**. |
| **[19L]**  immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches immediately in response to detecting user selection of the second contact |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>*See* **[8G]**. |
| | |
| **[20]** The device of claim 19, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* **[7]**. |
| | |
| **[21A]** A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent this preamble is limiting, Jin teaches a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which are executed by a portable electronic device with a touch screen display.<br><br>*See* **[8A]**.<br><br>This claim is a means-plus-function claim governed by 35 U.S.C. § 112 ¶ 6, comprising the mean-plus-function limitations discussed below.  The claim refers to "instructions" which cause the device to perform the functions listed in the claim limitations.  However, the specification does not identify structure corresponding to the recited functions.  As a result, this claim is also invalid for indefiniteness. |
| **[21B]** display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls. |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | Jin further teaches instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls.<br><br>*See* [12B].<br><br>It is also inherent in Jin's teachings that portable electronic devices that display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| [21C]  wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | Jin teaches wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>*See* [12C], [12D]. |
| [21D]  wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | Jin teaches wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>*See* [12E]. |
| [21E]  detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiate a telephone call to a telephone number | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| associated with the first user selected interactive displayed item; | the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>Jin further teaches instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item.<br><br>For example, *see* **[12G]**.<br><br>It is also inherent in Jin's teachings that portable electronic devices that receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[21F]**  detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for  a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered invalid by Jin.<br><br>Jin teaches detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for  a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| | objects.<br><br>Jin further teaches instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substitute display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects.<br><br>For example, *see* **[12H]**.<br><br>It is also inherent in Jin's teachings that portable electronic devices that receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, do so with instructions.  In the alternative, this would have been obvious to one of ordinary skill in the art. |
| **[21G]**  a first contact object associated with a telephone number for contacting the caller, and | Jin teaches a first contact object associated with a telephone number for contacting the caller.<br><br>*See* **[1E]**. |
| **[21H]**  a second contact object associated with a non-telephonic communication modality for contacting the caller; and | Jin teaches a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>*See* **[1F]**. |
| **[21I]**  immediately in response to detecting user selection of the second contact object, initiate a communication with the corresponding caller through the non- | This claim limitation is a means-plus-function limitation governed by 35 U.S.C. § 112 ¶ 6.  Because the specification discloses no corresponding structure, this claim limitation is indefinite.  To the extent this limitation is not governed by 35 U.S.C. § 112 ¶ 6, or is governed by 35 U.S.C. § 112 ¶ 6 but is not indefinite, it is rendered |

| U.S. Patent No. 8,014,760[11] | U.S. Patent Application Publication No. 2006/0135197 to Jin *et al.* ("Jin") and alternative combination art |
|---|---|
| telephonic communication modality corresponding to the second contact object. | invalid by Jin. Jin teaches immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. *See* **[8G]**. |
| | |
| **[22]**  The computer readable storage medium of claim 21, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | *See* **[7]**. |