# Exhibit 4
# Filed Publicly Pursuant To Court Order [Dkt. No. 1415]

# EXHIBIT 4
# FILED UNDER SEAL



Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156261

Saga keeps all of your music, apps, and books in the cloud and makes them available on any Mac, PC, or iOS device you own.

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156262

New purchases can be sent to your Macs, PCs, & iOS devices

Purchases from iTunes are instantly in your cloud, for free

Re-download purchased songs, apps, and books

Add your other music to the cloud for a small yearly fee

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156263

# iTunes

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Your library is associated with your Apple ID

Missing items appear right inside your iTunes library

   Items can be streamed or re-downloaded inline

   Missing items automatically disappear while offline

Metadata and playlist changes are synced automatically

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156265

# Adding Music to Your Cloud

iTunes sends your music library details to Apple

Songs purchased with your Apple ID are already available

Songs available for sale become instantly available

iTunes uploads unavailable songs to your cloud

Music is added to your cloud as songs are added

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156266

# Music Specific Behaviors

High-bit rate songs are transcoded to 256 kbps at upload

Streamed songs are cached for repeat plays

Re-download a specific song, album, or entire playlist

Deleting songs asks if you want to remove it from your cloud

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156267

# Preferences

Turn on Automatic Downloads for music, apps, and books

Size limit for cloud song cache

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156268

# Server Implementation

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156269

Cloud service that shares libraries using DAAP

Annual subscription sign-up flow

Song identification service to add music to your cloud

Storage system to accept uploads of unavailable songs

Device and slot management system

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156270

# DAAP Cloud Service

Capable of tying multiple libraries to a single Apple ID

Automatically adds new purchases to your cloud

Allows streaming, re-downloading, and metadata updating

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156271

# Starting a Subscription

Requires an Apple ID that works with the iTunes Store

Available only in the United States

Single annual subscription, only required for personal songs

Must have a valid payment method on file

Sign-up only using iTunes on your Mac or PC

Tuesday, September 18, 2012

# Song Identification

Audio fingerprints, metadata, & Adam IDs are sent to Apple

Audio fingerprints are taken for the complete song

Songs with Adam IDs are matched to closest equivalent

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156273

# Equivalent Songs

Each song must be available for sale

If the song is unavailable, then an equivalent must have:

  Exact song name match

  Song length must be close to the original

  Exact artist name match

  Album name match; Remastered or Deluxe are

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156274

# Metadata

Use the customer's metadata

Also sync play counts, skip counts, comments, ratings, etc.

Subsequent song matches do not update metadata in cloud

The last explicit metadata edit will become "truth"

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156275

# Playlists

Playlists are uploaded to the cloud

All playlists from all libraries will appear everywhere

The most recent playlist edit becomes truth

Deleting a playlist removes it from everywhere

Smart Playlists with identical rules appear only once

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156276

# Streaming

Songs are saved in a cache for repeat use

  Cache will be a limited size

  Least played song are auto-removed as needed

Over Wi-Fi, songs stream at 256kbps AAC

Over 3G, songs stream at 96kbps HE-AAC

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156277

# Downloads

DRM–free purchases are re-downloaded from the Store

DRM'd songs are re-downloaded with DRM from the Store

If available for sale, personal songs come from the Store

If unavailable, personal songs come from your cloud upload

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156278

# Device & Slot Management

Up to 10 computers or devices per account

Each computer must also be authorized

A slot is taken each time an item is downloaded or streamed

Offline songs remain intact when libraries are unregistered

Song caches are removed when libraries are

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156279

Free apps & updates, previews, and samples do not use a slot

Any slot not used for 30 days will be auto released

Song uploads not on another computer or device become unavailable immediately & deleted after 30 days

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156280

# Unregistered Libraries

Cloud library is no longer available from clients

Caches are automatically removed by clients

Re-downloaded items remain intact

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156281

# Stopped Subscription

Uploads are no longer available for streaming/downloading

  Purchases continue to be available

Caches are automatically removed by clients

Re-downloaded items remain intact

Uploaded songs are removed from cloud after 30 days

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156282



Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156283

You must be signed in iOS to access your cloud library

Purchases made elsewhere are auto-sent to opted-in devices

Songs can be streamed or re-downloaded from the iPod app

Apps can be re-downloaded from the App Store

Books can be re-downloaded from iBooks

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156284

# Music

Missing songs appear right inside the iPod app

Songs can be streamed or re-downloaded inline

Missing songs automatically disappear while offline

Playlist changes are synced automatically

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156285

# Books

Your entire book collection instantly appears in iBooks

Tapping an unavailable book downloads it and opens it

Unavailable books appear in a new Saga collection

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156286

# Preferences

Turn on Automatic Downloads for music, apps, and books

Size limit for cloud song cache

Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156287



Tuesday, September 18, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL630DEF-WH0000156291