# Suppl Decl of Briggs ISO Samsung's Suppl Brief MFL to Amend and Suppl its Infringe Contentions
# Filed Publicly Pursuant To Court Order [Dkt. No. 1415]

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor Los Angeles, California  90017-2543 |
| 14 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 15 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 17 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SUPPLEMENTAL DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL BRIEF TO ITS MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS**<br><br>**[FILED UNDER SEAL]** |

02198.51981/5351961.1

Case No. 12-CV-00630-LHK (PSG)
SUPP. BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL BRIEF TO ITS MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS

## DECLARATION OF TODD BRIGGS

I, Todd Briggs, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email, beginning with bates number APL630DEF-WH-A0000025327.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a draft presentation entitled "ReQuest, Inc. Discussions," beginning with bates number APL630DEF-WH-A0000024404.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an Opinion Regarding Validity/Invalidity for U.S. Patent No. 7,577,757, beginning with bates number APL630DEF-WH-A0000024926.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an Opinion Regarding Validity/Invalidity for U.S. Patent No. 7,136,934, beginning with bates number APL630DEF-WH-A0000024954.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2013, at Redwood Shores, California.

By  */s/ Todd Briggs*

Todd Briggs

02198.51981/5351961.1

-2-   Case No. 12-CV-00630-LHK (PSG)
SUPP. BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL BRIEF TO ITS MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS

# ATTESTATION

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Todd Briggs.

                                                 */s/ Victoria F. Maroulis*

                                                 Victoria F. Maroulis

02198.51981/5351961.1

-3-  Case No. 12-CV-00630-LHK (PSG)
SUPP. BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL BRIEF TO ITS MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS