# Decl of Thakur ISO Samsung's MTC Production of Financial Docs and to Enforce 04-12-2013 Order Filed Publicly Pursuant To Court Order [Dkt. No. 1415]

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 12-cv-0630 LHK (PSG)<br><br>**DECLARATION OF AMAR L. THAKUR IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE APRIL 12, 2013 ORDER**<br><br>**FILED UNDER SEAL** |

02198.51990/5397152.1

THAKUR DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE APRIL 12, 2013 ORDER

I, Amar L. Thakur, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion to Compel Production of Financial Documents and to Enforce April 12, 2013 Order. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

**Apple's Inadequate Production of Financial Documents**

2. Attached hereto as Exhibit 1 is a true and correct copy of Apple's Objections and Responses to Samsung's Second Set of Requests For Production, dated May 1, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of Apple's Objections and Responses to Samsung's Third Set of Requests For Production, dated September 10, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of Apple's Objections and Responses to Samsung's Ninth Set of Requests For Production, dated December 19, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of Apple's Objections and Responses to Samsung's Fourteenth Set of Requests For Production, dated April 10, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-Y00000008-13.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-Y00000015-42.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on May 6, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter sent from Apple's counsel to Samsung's counsel on May 31, 2013.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on June 7, 2013.

02198.51990/5397152.1

THAKUR DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE APRIL 12, 2013 ORDER

11. Lead trial counsel for the parties held an in-person meet and confer on June 20, 2013. During the meet and confer, Apple acknowledged that it had not responded to Samsung's letter dated June 7, 2013. Apple agreed that it would respond to this letter, setting forth its position regarding Samsung's requests for more granular financial data.

12. Attached hereto as Exhibit 10 is a true and correct copy of a letter sent from Apple's counsel to Samsung's counsel on June 24, 2013.

13. As Samsung's infringement contentions make clear, not all of the Apple products at issue are accused of infringing all of the six remaining Samsung patents-in-suit. Samsung has not asserted the '239 patent against the iPhone 3GS, for instance. Of the 22 Apple products at issue, only seven are accused of infringing all six of Samsung's patents-in-suit.

14. Attached hereto as Exhibit 11 is a true and correct copy of Apple's Third Supplemental Objections Responses to Samsung's Second Set of Interrogatories, dated June 19, 2013.

15. Attached hereto as Exhibit 12 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-Y0000043-78.

16. Attached hereto as Exhibit 13 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000875108-112.

17. Attached hereto as Exhibit 14 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000875223-226.

18. Attached hereto as Exhibit 15 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000875236-238.

19. Attached hereto as Exhibit 16 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-Y00008911-916.

20. Attached hereto as Exhibit 17 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000875196.

21. Attached hereto as Exhibit 18 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000875239-251.

02198.51990/5397152.1

-2-
THAKUR DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE APRIL 12, 2013 ORDER

22. Attached hereto as Exhibit 19 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000874756-772.

23. Attached hereto as Exhibit 20 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000875022-038.

24. Attached hereto as Exhibit 21 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000875190-195.

25. Attached hereto as Exhibit 22 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000874747-750.

26. Attached hereto as Exhibit 23 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000874709-737.

27. Attached hereto as Exhibit 24 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000874994-5020.

28. Attached hereto as Exhibit 25 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APLNDC630-0000875186-188.

**Apple's Failure to Comply With the April 12, 2013 Order Concerning Pricing Documents**

29. Attached hereto as Exhibit 26 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on April 16, 2013.

30. Attached hereto as Exhibit 27 is a true and correct copy of a letter sent from Apple's counsel to Samsung's counsel on April 17, 2013.

31. Attached hereto as Exhibit 28 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on April 17, 2013.

32. Attached hereto as Exhibit 29 is a true and correct copy of a letter sent from Apple's counsel to Samsung's counsel on April 22, 2013.

33. Apple made its first production of pricing documents responsive to the Court's April 12 Order on May 3, 2013. This production consisted of nine documents, totaling 59 pages, from the custodial files of Mark Buckley.

02198.51990/5397152.1

-3-

THAKUR DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE APRIL 12, 2013 ORDER

34. Attached hereto as Exhibit 30 is a true and correct copy of a letter sent from Apple's counsel to Samsung's counsel on May 27, 2013.

35. On May 31, 2013, Apple produced 78 pricing-related documents from the custodial files of Mark Donnelly. At least a dozen of the documents that Apple produced on May 31, 2013 consist of one page documents with a single word or phrase printed on them. Attached hereto as Exhibits 31, 32 and 33 are true and correct copies of examples of such documents.

36. Other documents from Apple's May 31, 2013 production appear to be cover sheets and/or tabs from binders prepared in connection with meetings of Apple's Price Committee. Attached hereto as Exhibits 34 and 35 are true and correct copies of examples of such documents.

37. The vast majority of the pricing-related documents produced by Apple on May 31, 2013 are heavily redacted. Attached hereto as Exhibits 36, 37 and 38 are true and correct copies of examples of such documents.

38. Attached hereto as Exhibit 39 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on June 15, 2013.

39. Attached hereto as Exhibit 40 is a true and correct copy of a email sent from Samsung's counsel to Apple's counsel on June 30, 2013. Apple did not respond to this email.

40. Attached hereto as Exhibit 41 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on July 5, 2012.

41. To date, Samsung has been unable to locate within Apple's productions any communications to or from a wireless carrier that relates to the pricing of Apple's products. Apple's May 31, 2013 production of pricing-related documents includes just a number of emails, but all of these documents list only "@apple.com" email addresses as the sender and recipients.

42. Samsung also has not located within Apple's production of pricing documents any price elasticity/price sensitivity studies or documents discussing price premiums.

43. Samsung has located 35 Price Committee reports within Apple's document productions. Each of these documents is labeled by month and year. Attached hereto as Exhibits 42, 43 and 44 are true and correct copies of examples of Price Committee reports.

02198.51990/5397152.1

-4-

THAKUR DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE APRIL 12, 2013 ORDER

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.  Executed on the 8th day of June, 2013, in Los Angeles, California.

_____
Amar L. Thakur