# Exhibit 7
# Filed Publicly Pursuant To Court Order [Dkt. No. 1415]

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3203**

WRITER'S INTERNET ADDRESS
scottwatson@quinnemanuel.com

May 6, 2013

<u>**VIA E-MAIL**</u>

Michael A. Valek
Gibson, Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071

Re:   <u>Apple v. Samsung Elecs., et al, Case No. 12-CV-00630-LHK (N.D. Cal.)</u>

Dear Counsel:

I write to regarding certain deficiencies in Apple's financial document production of April 15-16, 2013 and May 1, 2013.  We have reviewed your production and in addition to what you have produced, we request you supplement your production with documents sufficient to show the following:

(1) U.S. units for the iPhone 4S and iPhone 5 by carrier and by memory size.  This information was provided for all other models but was omitted for the 4S and 5.

(2) U.S. sales revenue for all iPhone models by carrier and by memory size.

(3) U.S. standard margins for all iPhone models by carrier and by memory size.

(4) U.S. P&L data by product line.  We received this information for iTunes but not for any other product line.

(5) Expenses/costs broken out by category for all products accused of infringing the Samsung patents by model and by carrier where applicable.

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000  FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000  FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000  FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000  FAX +49 40 89728 7100

(6) Unit sales and revenue for the products and services set forth in the document with beginning Bates number APLNDC630-Y00000452 going back to 2006 (the information provided begins in January 2009) and cost and standard margin data for the entire period.

(7) The product names by model that correspond with the product codes used in the documents produced, including the documents with beginning Bates numbers APLNDC630-Y00000008, APLNDC630-Y00000043 and APLNDC630-Y00000452.

Please confirm that Apple will be supplementing its production and provide a date by which Apple will do so.

Also, please confirm whether the documents produced include accessory data for all accused products and whether the app data includes all app sales for the time period stated or only app sales made through iTunes.

Additionally, with respect to Apple's production of pricing documents previously ordered by the Court, to date Apple has produced exactly nine pricing documents comprising 59 pages. These documents consist of price committee reports from various months ranging from December 2006 to September 2012. It thus appears that, at a minimum, Apple generates monthly price committee reports. Yet Apple has not produced these reports for the overwhelming majority of the time period at issue in this case. Nor has Apple produced communications between Apple and the carriers regarding pricing. Please produce all such documents without further delay.

Very truly yours,

*/s/ Scott L. Watson*

Scott L. Watson

# Exhibit 8
# Filed Publicly Pursuant To Court Order [Dkt. No. 1415]

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Rod Stone
Direct: +1 213.229.7256
Fax: +1 213.229.6256
RStone@gibsondunn.com

Client: 03290-00026

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

May 31, 2013

VIA ELECTRONIC MAIL

Scott L. Watson
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   *Apple Inc. v. Samsung Electronics Co.*, No. 12-cv-0630

Dear Scott:

I write regarding your May 6, 2013, letter requesting that Apple supplement its April 15-16, 2013, production of financial documents. At the outset, Apple notes that Samsung fails to identify any specific requests for production, and Apple disagrees that its production contained "deficiencies," as Samsung claims. Moreover, Samsung's letter seeks documents "sufficient to show" a variety of data "in addition to what [Apple has] produced." To the extent Samsung seeks additional documents beyond those covered by Samsung's existing document requests, Samsung's requests are properly handled through formal document requests rather than via correspondence. Nonetheless, Apple addresses each of Samsung's numbered requests below.

1.  Samsung requests that Apple produce documents sufficient to show "U.S. units for the iPhone 4S and iPhone 5 by carrier and by memory size" and states that "[t]his information was provided for all other models but was omitted for the 4S and 5." First, Apple provided U.S. unit sales data by memory size for all iPhone models, including the iPhone 4S and iPhone 5. *See* APLNDC630-Y00000008 to -10. Second, Apple does not maintain in the ordinary course unit sales data by carrier. I note as well that Samsung did not provide financial data broken out by carrier for the Samsung products at issue in this case.

2.  Samsung requests that Apple produce documents sufficient to show "U.S. sales revenue for all iPhone models by carrier and by memory size." Apple has provided U.S. sales revenue data for iPhone. *See* APLNDC630-Y00000015 to -16. Apple does not, however, maintain in the ordinary course U.S. sales revenue data for iPhone by model, carrier, and memory size. I note as well that Samsung did not provide financial data broken out along these lines for the Samsung products at issue in this case.

**GIBSON DUNN**

Scott L. Watson
May 31, 2013
Page 2

3. Samsung requests that Apple produce documents sufficient to show "U.S. standard margins for all iPhone models by carrier and by memory size." Apple has provided U.S. standard margin data for iPhone. *See* APLNDC630-Y00000015 to -16. Apple does not, however, maintain in the ordinary course U.S. standard margin data for iPhone by model, carrier, and memory size. I note as well that Samsung did not provide financial data broken out along these lines for the Samsung products at issue in this case.

4. Samsung requests that Apple produce documents sufficient to show "U.S. P&L data by product line." Apple has provided Line of Business reports detailing, for example, revenue, margins, expenses, and other information for each product at issue. *See* APLNDC630-Y00000015 to -42. Apple also provided "iTunes Business P&L" reports. *See* APLNDC630-Y00000001 to -07; APLNDC630-Y00000106 to -112. Apple does not, however, maintain in the ordinary course "U.S. Business P&L" reports for product lines other than iTunes.

5. Samsung requests that Apple produce documents sufficient to show "[e]xpenses/costs broken out by category for all products accused of infringing the Samsung patents by model and by carrier where applicable." Apple has provided Line of Business reports detailing expenses and costs for all products at issue in this case. *See* APLNDC630-Y00000015 to -42. Apple does not track this information by model and carrier in the ordinary course. I note as well that Samsung did not provide financial data broken out along these lines for the Samsung products at issue in this case.

6. Samsung requests that Apple produce documents sufficient to show "[u]nit sales and revenue for the products and services set forth in the document with beginning Bates number APLNDC630-Y00000452 going back to 2006 (the information provided begins in January 2009) and cost and standard margin data for the entire period." First, the column labeled "Net Sales" in the document identified by Samsung indicates the number of paid unit sales in the period listed, while "Net Actual Price" indicates the revenue from those sales. Data going back to 2006 for these products and services is not relevant to this case, and Samsung has failed to explain otherwise. Finally, Apple has provided cost and standard margin data for iTunes in, for example, the "Business P&L" reports at APLNDC630-Y00000001 to -07 and APLNDC630-Y00000106 to -112.

7. Samsung requests that Apple produce documents sufficient to show "[t]he product names by model that correspond with the product codes used in the documents produced, including the documents with beginning Bates numbers

**GIBSON DUNN**

Scott L. Watson
May 31, 2013
Page 3

APLNDC630-Y00000008, APLNDC630-Y00000043 and APLNDC630-Y00000452." These product codes are how Apple tracks product models internally. Nonetheless, Apple included the corresponding products and release dates for the product codes used in the document beginning at Bates number APLNDC630-Y00000043. To the extent Samsung believes that a particular request for production asks for additional documents beyond that which Apple has already produced here, please identify that request.

Samsung also asks Apple to "confirm whether the documents produced include accessory data for all accused products and whether the app data includes all app sales for the time period stated or only app sales made through iTunes." First, Apple has provided data for phone, iPad, Music, and Mac accessories. *See* APLNDC630-Y00000015, at -31 to -36. This includes all of the accessory Line of Business report data that Apple tracks in the ordinary course.

Second, the information concerning app sales in Apple's iTunes Line of Business report (*see* documents beginning at Bates numbers APLNDC630-Y00000001 and APLNDC630-Y00000106) and in its content sales reports (*see* document beginning at Bates number APLNDC-630-Y00000452) represent all app sales that Apple tracks in the ordinary course, all of which are reported through Apple's iTunes business.

Finally, the parties have addressed Apple's production of pricing documents via separate correspondence.

Sincerely,

*/s/ Rod Stone*

Rod Stone
RJS/cjm

# Exhibit 9
# Filed Publicly Pursuant To Court Order [Dkt. No. 1415]

quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3203**

WRITER'S INTERNET ADDRESS
**scottwatson@quinnemanuel.com**

June 7, 2013

<u>VIA E-MAIL</u>

Rod J. Stone
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Re:   <u>Apple v. Samsung Elecs., et al, Case No. 12-CV-00630-LHK (N.D. Cal.)</u>

Dear Rod:

I write regarding your letter dated May 31, 2013 which responds to my letter dated May 6, 2013. As a preliminary matter, Samsung is not seeking documents "beyond those covered by Samsung's exisiting document requests." The information Samsung seeks is fairly covered by Samsung's existing requests, including RFP nos. 101, 197, 539-556 and 854. The specific responses in your May 6 letter are addressed below.

     1.     APLNDC630-Y00000008 provides unit sales data by product code, not by product or model name. Please confirm the product codes that correspond with the iPhone 4S and iPhone 5.

     2.     APLNDC630-Y00000015 provides aggregate sales revenue data for the iPhone. Your letter states that Apple does not "maintain in the ordinary course U.S. sales revenue data for iPhone by model, carrier, and memory size." Even if Apple does not maintain sales revenue data by model and memory size broken out by carrier, Samsung is entitled to sales revenue data by iPhone model and memory size. Indeed, APLNDCA630-Y00000008 provides unit sales data by iPhone model and memory size. Please confirm that Apple will, at a minimum, provide U.S. sales revenue data by iPhone model and, if available, by iPhone model and memory size. Also, please confirm that the aggregate iPhone sales revenue information in APLNDC630-Y00000015 is for U.S. sales only.

     3.     Similarly, APLNDC630-Y00000015 provides standard margin data for the iPhone in the aggregate. To the extent Apple does not maintain standard margin data by model

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

and memory size broken out by carrier, please confirm that Apple will, at a minimum, provide U.S. standard margin data by iPhone model and, if available, by iPhone model and memory size.

       4.       Your letter states "Apple has provided Line of Business reports . . . for each product at issue."  We have been unable to locate Line of Business reports for Mac mini and Apple TV products.  If such documents have been produced, please identify them by Bates numbers.  Otherwise, please confirm that Apple will produce Line of Business reports for Mac mini and Apple TV forthwith.

       5.       Your letter states that Apple does not maintain the requested expense/cost information by "model and carrier in the ordinary course."  Again, even if Apple does not maintain such information by model and carrier, Samsung is entitled to the requested cost information broken out by model.  Please confirm that Apple will produce such information.

       6.       Thank you for clarifying the information contained in the columns labeled "Net Sales" and "Net Actual Price" in APLNDC630-Y00000452.  Regarding the time period covered by the document, Samsung is entitled to seek damages as far as six years prior to the filing of its claims in this lawsuit.  Obviously, if there were no sales of a particular product in any given time period, there will be no information to provide for that time period.  Please confirm that Apple will provide the information set forth in APLNDC630-Y00000452 for the requested time period.

       7.       APLNDC630-Y00000043 may provide the product codes Apple uses to track product models internally but it does not identify the model those internal codes correspond to.  Samsung's financial document requests seek information by product model, not product code.  Please confirm that Apple will produce documents sufficient to identify the product models that correspond with Apple's internal product codes.

Please confirm that Apple will be supplementing its production and provide a date by which Apple will do so.

Very truly yours,

*/s/ Scott L. Watson*

Scott L. Watson

2