# EXHIBIT 2
# CONFIDENTIAL

Category M

- In April 2011, ReQuest mailed the following form letter to all companies on the enclosed list.
- ReQuest received interest and had discussions under NDAs with four companies.
- ReQuest had a short phone conversation with Apple in July 2011. Apple's legal counsel told Peter Cholnoky that Apple did not want to purchase the Patents, but Apple would be interested in a quick settlement and license and initially offered $200,000. Since ReQuest had contemporaneous higher offers, ReQuest did not have any additional interactions with Apple.

Highly Confidential – Attorney's Eyes Only

Cholnoky_630DEF-00000093

April 16, 2011

«Contact_First» «Contact_Last»
«Title»
«Company_Name»
«Address»
«City», «State» «Zip»

Re: ReQuest, Inc. Patents

Dear «Contact_First»:

I am the Chief Executive Officer of ReQuest, Inc. ("ReQuest"). As you may or may not know, ReQuest has developed and sells a line of products used for storing digital multimedia and for synchronizing this multimedia among numerous media devices. ReQuest is also the owner of U.S. Patent Nos. 7,136,934 and 7,577,757, having claims directed to multimedia synchronization systems. The patent was filed in 2001.

I understand that it is very difficult for most companies to keep apprised as to the subject matter of the nearly 8 million issued U.S. patents. Therefore, as a courtesy to you, I have included claim 1 of the aforementioned ReQuest patent No. 7,577,757 that broadly recites the following:

> A system for synchronizing devices in a multimedia environmental, the system comprising: at least one central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to at least one user, are stored in digital form; and
>
> at least one zone, each zone having at least one zone specific storage and interface device capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device and the central storage and interface device, are updated in relation to the zone specific storage and interface devices and the central storage and interface device, whereby the at least one user can be situated in any one of the zones and access the audio, video, or photographic information related to the at least one user.

ReQuest has recently received offers from entities seeking to purchase the aforesaid patents, including several offers from law firms specializing in patent litigation. However, rather than immediately selling the ReQuest patents to a patent litigation firm, we would prefer to first explore potential business opportunities directly with companies such as yours that likely have an interest in the patented subject matter.

Therefore, please let me know as soon as possible whether you have an interest in exploring various potential business arrangements (licensing, ownership, etc.) involving the ReQuest patents. I look forward to hearing from you.

Sincerely,

Peter M. Cholnoky, CEO

Highly Confidential – Attorney's Eyes Only

Cholnoky_630DEF-00000094

| | | |
|---|---|---|
| il Gever<br>⸺ Counsel<br>⸺ W ⸺7th St<br>w York, NY  10019-3300 | Scott Fain<br>Senior VP and Deputy General Counsel<br>ABC, Inc.<br>77 W 66th St<br>New York, NY  10023-6201 | Joe Ramirez<br>VP Licensing and Associate General Cousel<br>Adobe<br>345 Park Ave<br>San Jose, CA  95110-2704 |
| ⸺lanie Haratunian<br>⸺nior Vice President and General Counsel<br>⸺amai<br>⸺ambridge Ctr<br>⸺mbridge, MA  02142-1413 | Michelle Wilson<br>Senior VP, General Counsel, Secretary<br>Amazon<br>1200 12th Ave S Ste 1200<br>Seattle, WA  98144-2734 | Dona Brown Northcot<br>Senior Corporate Counsel IP<br>Amazon<br>1200 12th Ave S Ste 1200<br>Seattle, WA  98144-2734 |
| ⸺son Fiorillo<br>⸺nior IP Counsel<br>⸺alog Devices<br>⸺echnology Way<br>⸺rwood, CA  02062-2634 | Julie Jacobs<br>Executive Vice President General Counsel<br>AOL<br>22110 Pacific Blvd<br>Sterling, VA  20166-6913 | Bruce Sewell<br>Senior Vice President and General Counsel<br>Apple Computer<br>1 Infinite Loop<br>Cupertino, CA  95014-2083 |
| ⸺tt Railo<br>⸺ector iTunes Legal<br>⸺ple Computer<br>⸺nfinite Loop<br>⸺pertino, CA  95014-2083 | Harry Weinstein<br>Legal Counsel<br>Apple Computer<br>1 Infinite Loop<br>Cupertino, CA  95014-2083 | Tom Restaino<br>Chief Intellectual Property Counsel<br>AT&T<br>175 E Houston St<br>San Antonio, TX  78205-2255 |
| ⸺ayne Watts<br>⸺nior Executive Vice President and<br>⸺neral Counsel<br>⸺&T<br>⸺8 S Akard St<br>⸺ TX  75202-4206 | Geoff Sutcliffe<br>Senior IP Counsel<br>AT&T<br>175 E Houston St<br>San Antonio, TX  78205-2255 | Kari Wangensteen<br>Senior IP Counsel<br>Best Buy<br>7601 Penn Ave S<br>Minneapolis, MN  55423-3645 |
| ⸺ott Cauwels<br>⸺nior Corporate Counsel<br>⸺st Buy<br>⸺01 Penn Ave S<br>⸺nneapolis, MN  55423-3645 | Craig Carpenter<br>Vice President General Counsel<br>Brightpoint<br>2601 Metropolis Pkwy Ste 210<br>Plainfield, IN  46168-2614 | Marvin Berenson<br>Senior Vice President and General Counsel<br>Broadcast Music, Inc.<br>320 W 57th St<br>New York, NY  10019-3705 |
| ⸺e Hsu<br>⸺ellectual Property Counsel<br>⸺oadcom<br>⸺205 Alton Pkwy<br>⸺ine, CA  92618-3616 | Jennifer Bush<br>Director IP Litigation and Corporate Counsel<br>Broadcom<br>5300 California Ave<br>Irvine, CA  92617-3038 | Anthony Dreux<br>Director IP Counsel<br>Broadcom<br>5300 California Ave<br>Irvine, CA  92617-3038 |
| ⸺uglas Luftman<br>⸺ce President & Chief Patent Counsel<br>⸺S Interactive<br>⸺5 2nd St<br>⸺n Francisco, CA  94105-3124 | Paul Rutterer<br>Senior Director and Counsel-Corporate<br>Charter Communications<br>12405 Powerscourt Dr<br>Saint Louis, MO  63131-3673 | Michael Chen Lee<br>Senior IP Counsel<br>Cisco Systems<br>170 W Tasman Dr<br>San Jose, CA  95134-1700 |
| ⸺n Lang<br>⸺nior IP Counsel<br>⸺sco Systems<br>⸺0 W Tasman Dr<br>⸺n Jose, CA  95134-1700 | Peter Lam<br>Senior IP Counsel<br>Cisco Systems<br>170 W Tasman Dr<br>San Jose, CA  95134-1700 | Arthur Block<br>Senior VP, General Counsel and Secretary<br>Comcast Corporation<br>One Comcast Center<br>Philadelphia, PA  19103-2838 |
| ⸺ana Kerekes<br>⸺ General Counsel<br>⸺ Corporation<br>⸺ Market St Fl 8W<br>⸺iladelphia, PA  19102-2133 | Lawrence Tu<br>Senior Vice President General Counsel<br>Dell<br>1 Dell Way<br>Round Rock, TX  78682-0001 | Robert Frankel<br>Senior Corporate Counsel and Director<br>DISH Network Corporation<br>9601 S Meridian Blvd<br>Englewood, CO  80112-5905 |

Highly Confidential – Attorney's Eyes Only

Adam Klein
███
 .sic
244 5th Avenue, Suite 2070
New York, NY 10001

Ted Ullyot
Vice President/General Counsel
Facebook
5540 Willowcrest Ave
North Hollywood, CA 91601-2830

Michelle Lee
Head of Patents and Patent Strategy
Google, Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Michael Holston
Executive VP and General Counsel
Hewlett-Packard
3000 Hanover St
Palo Alto, CA 94304-1112

David Simon
Chief Patent Counsel
Intel
2200 Mission College Blvd
Santa Clara, CA 95054-1549

Brad Smith
General Counsel
Microsoft
One Microsoft Way
Redmond, WA 98052-6399

Scott Maples
Associate General Counsel
Microsoft Corporation
1 Microsoft Way
Redmons, WA 98052-6399

Michael Robertson
Chief Executive Officer
MP3Tunes
5960 Cornerstone Court W, Suite 100
San D, CA 92121

Aileen Atkins
Senior Vice President Business Affairs and General Counsel
Napster
9044 Melrose Ave
West Hollywood, CA 90069-5610

Ray Wood
Senior Patent Counsel
 a Corporation America
6001 Connection Dr
Irving, TX 75039-2607

John Kennedy
Vice President of Intellectual Property
EchoStar Corporation
90 Inverness Cir E
Englewood, CO 80112-5317

Robert Shives
Senior Director & General Counsel
Fujitsu America
3055 Orchard Drive
San Jose, CA 95134-2022

Timothy Bettenga
Assistant General Counsel
Harmon
7900 Xerxes Ave S
Minneapolis, MN 55431-1159

Bruce Watrous
VP and Deputy General Counsel IP
Hewlett-Packard
3000 Hanover St
Palo Alto, CA 94304-1112

Brian Hall
CEO
Mark/Space, Inc.
654 North Santa Cruz Avenue #300
Los Gatos, CA 95030-4360

Tom Burt
Corporate VP and Deputy General Counsel
Microsoft
One Microsoft Way
Redmond, WA 98052-6399

David Rotenberg
CFO
MOG
2607 7th St Ste D
Berkeley, CA 94710-2571

William Geary
Vice President, Business Development
MPEG LA
6312 S Fiddlers Green Cir Ste 400E
Greenwood Village, CO 80111-4947

Alyssa Harvey
Associate General Counsel
Netflix
100 Winchester Cir
Los Gatos, CA 95032-1815

Albert Pastore
Senior Legal Counsel Music
Nokia Corporation America
6000 Connection Dr
Irving, TX 75039-2600

Sam O'Rourke
Deputy General Counsel, IP
Facebook
1601 S California Ave
Palo Alto, CA 94304-1111

Alexis Giles
Legal Counsel
Google, Inc.
901 Cherry Ave
San Bruno, CA 94066-2914

B.J. Watrous
VP & General Counsel, Intellectual Property
Hewlett-Packard
3000 Hanover St
Palo Alto, CA 94304-1112

Joanne Hawkins
Senior VP and Deputy General Counsel
IAC/InterActive Corp
555 W 18th St
New York, NY 10011-2822

Tanya Moore
Senior Director, IP Licensing
Microsoft
One Microsoft Way
Redmond, WA 98052-6399

Ted Gizewski
Senior Attorney
Microsoft Corporation
1 Microsoft Way
Redmond, WA 98052-6399

Scott Offer
Senior Vice President General Cousel
Motorola Mobility
600 N US Highway 45
Libertyville, IL 60048-1286

Daren Tsui
Chief Executive Officer
mSpot
455 Portage Avenue, Suite A
Palo Alto, CA 94306

Reginald Thompson
Senior Corporate Counsel
Netflix
100 Winchester Cir
Los Gatos, CA 95032-1815

Matthew Sarboraria
Patent Counsel
Oracle
500 Oracle Pkwy
Redwood City, CA 94065-1677

Highly Confidential – Attorney's Eyes Only

Sanjay Prasad
Chief Patent Counsel
Oracle
Oracle Pkwy
Redwood City, CA 94065-1677

Drew Larner
CEO
Rdio
P.O. Box 438
San Francisco, CA 94104

Anthony Wood
Founder and CEO
Roku
12980 Saratoga Ave Ste D
Saratoga, CA 95070-4659

Loren McRoss
Senior IP Counsel
Sony Corporation of America
1730 N 1st St
San Jose, CA 95112-4508

Brock LaPorte
Vice President, Engineering
SugarSync
2121 S El Camino Real, 6th Floor
San Mateo, CA 94403

Patterson
Vice President and Chief Counsel,
Telephony
Time Warner Cable, Inc.
290 Stamford Pl
Stamford, CT 06902-6725

Jonathan Ratner
Vice President Deputy General Counsel
Verizon Wireless
52 Verizon Way
Basking Ridge, NJ 07920-1025

Dorian Daley
Senior VP, General Counsel, and Secretary
Oracle
500 Oracle Pkwy
Redwood City, CA 94065-1677

Daniel Hanson
US Patent Counsel
Research In Motion Limited
156 Columbia St W
Waterloo, ON N2L 3L3 Canada

Mark Goodwin
Vice President of Engineering
Roku
12980 Saratoga Ave Ste D
Saratoga, CA 95070-4659

James Mahon
Deputy General Counsel
Sony Ericsson Mobile Communications
7001 Development Dr
Research Triangle Park, NC 27709

Terry Southwick
Senior VP and Deputy General Counsel IP
The Walt Disney Co.
1375 N Buena Vista Dr
Orlando, FL 32830-8402

Matthew Zinn
Senior VP, General Counsel & CPO
Tivo
PO Box 2160
Alviso, CA 95002-2160

John Schnurer
Partner
Perkins Coie
11988 El Camino Real, Suite 200
San Diego, CA 92130

William Davies
Vice President and Licensing
Research In Motion Limited
295 Phillip St Waterloo
Waterloo, ON N2L 3W8 Canada

Dennis Mudd
Chief Executive Officer and Co-Founder
Slacker
16935 W Bernardo Dr, Ste 101
San Diego, CA 92127-1635

Laura Yecies
Chief Executive Officer
SugarSync
2121 S El Camino Real, 6th Floor
San Mateo, CA 94403

Stuart Langley
Executive Counsel, Technology and Patents
The Walt Disney Co.
1375 N Buena Vista Dr
Orlando, FL 32830-8402

David Small
Vice President and Chief Technical Officer
Verizon Wireless
52 Verizon Way
Basking Ridge, NJ 07920-1025

Highly Confidential – Attorney's Eyes Only

Cholnoky_630DEF-00000097