JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | **FILED UNDER SEAL**<br><br>Case No. 12-cv-00630-LHK<br><br>**APPLE INC.'S NOTICE OF JOINDER IN NOKIA CORPORATION'S MOTION FOR PROTECTIVE ORDER**<br><br>DATE: August 27, 2013<br>TIME: 10 A.M.<br>COURTROOM: 5, 4TH FLOOR<br>HONORABLE PAUL S. GREWAL |

Nokia's Motion for Protective Order raises serious issues about Samsung's misuse of Apple confidential information related to the license agreement between Nokia and Apple.

Nokia's Motion and the supporting declaration from Paul Melin, Nokia's Chief Intellectual Property Officer, state that Samsung's most senior licensing executives knowingly used confidential information about the specific financial terms of the Nokia-Apple license agreement despite being fully aware that they had obtained the information illegitimately.[1]

If Samsung used Apple-Nokia confidential information in a license negotiation with Nokia, it would disadvantage not only Nokia but also Apple.  Apple would be directly harmed because Samsung could use its improper knowledge about specific financial terms of the Apple-Nokia agreement in conducting its negotiations both with Apple and with Apple's competitor Nokia.  Accordingly, as an affected party, Apple joins in Nokia's Motion insofar as it seeks an order that (1) Seungho Ahn appear in this District for a deposition to answer all questions relating to how the details of the Nokia-Apple license came to be known internally at Samsung; and (2) Samsung investigate and explain in writing how the details of the Nokia-Apple license were disclosed to Samsung.

Given the facts presented by Nokia's motion, Apple also requests that the Court order that Apple need not produce any further documentation to Samsung that includes confidential information related to the Nokia-Apple license or the negotiations therefor, and that Samsung forensically preserve and return all copies of any documents (including internal Samsung e-mails) that contain the confidential information about the Apple-Nokia license that was illegitimately obtained.

Lastly, like Nokia, Apple expects to apply to the Court for further relief once all the facts are known.

---

[1] We have received notification from Samsung of additional conduct in breach of protective orders entered by this Court.  Apple intends to seek relief for these breaches shortly.

Dated: August 16, 2013

*/s/ Mark D. Selwyn*
Mark D. Selwyn (CA SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*