1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
11 Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
12 Facsimile:  (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                  UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 19           Plaintiff, | **DECLARATION OF PROFESSOR DAN SCHONFELD IN SUPPORT OF** |
| 20      vs. | **SAMSUNG'S CLAIM CONSTRUCTION BRIEF FOR THE '239 PATENT TERM** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | **"MEANS FOR TRANSMISSION OF SAID CAPTURED VIDEO OVER A** |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | **CELLULAR FREQUENCY"** |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24           Defendants. | |
| 25 | |

26

27

28

I, Dan Schonfeld, declare as follows:

1. I submit this Declaration in support of Samsung's Claim Construction Brief for the '239 Patent Term "Means for Transmission of Said Captured Video Over a Cellular Frequency." If asked at hearing or trial, I am prepared to testify regarding the matters I discuss in this Declaration.

2. A radio transmitter is a device which transmits radio-frequency signals, typically for the purpose of sending and receiving information. Radio-frequency signals refer to a band of frequencies in the electromagnetic spectrum from about 3KHz to 300 GHz. A limited portion of this radio-frequency spectrum is used for purposes of cellular communications. For example, in the United States, the 4G LTE cellular technology operates in frequency ranges that include the 700/800 MHz and 1700/1900 MHz bands. These cellular frequencies are a subset of the larger range of radio frequencies.

3. In order for a cellular telephone to transmit information via cellular frequencies, the cellular telephone necessarily contains a radio transmitter to permit transmission in these frequencies. In other words, a cellular telephone includes a cellular radio transmitter. A person of ordinary skill in the art for the '239 Patent would have known that it is the cellular radio transmitter found within the cellular telephone that is the actual hardware enabling transmission of information over cellular frequencies.

4. Therefore, in my opinion, the structures that correspond to the function "transmission of said captured video over a cellular frequency" in claim 15 of the '239 Patent include either cellular telephones or cellular radio transmitters.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 19th day of March, 2014, in Glenview, Illinois.

_____
Dan Schonfeld