# EXHIBIT 3

# Redacted Version of Document Sought To Be Sealed

DEFENDANT'S EXHIBIT
NO. 334.001
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

## Summary of '647 Patent's Inventors' Emails

**APLNDC630-0000133392, also produced as MILLER00000064**

This is a November 26, 1996 email from Thomas Bonura to Jim Miller with the subject "Update on Performance of LiveDoc." This email states:



**APLNDC630-0000133393, also produced as MILLER00000063**

This is a November 26, 1996 email from David Wright to Thomas Bonura and Jim Miller with the subject "Re: Update on Performance of LiveDoc."

1



**APLNDC630-0000098807, also produced as MILLER00000133**

This is a December 18, 1996 email from Thomas Bonura to Jim Miller with the subject "December Status Report." This email states:



2

I know. It's early.



KR - Check out my personal pages. You will see some work emerging on the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ More on this work will appear over the next few weeks.



Phil and I spoke of another visit with Bran and Austin and Jed for sometime in February. I mentioned this to Austin and he's up for it. I think the goal should be to really see if anything in his ACL might be useful in the context of our knowledge management strategy, particularly as it might relate to MCF. Another area for potential collaboration might be in ▮▮▮▮

Finally, I signed up for a OD programming course in late January.

Tom