# EXHIBIT 8

# Redacted Version of Document Sought To Be Sealed

PLAINTIFF'S EXHIBIT NO. 26
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

Submitted Under Seal; Highly Confidential;
Outside Counsel Eyes' Only

Apple Inc. v Samsung Electronics Co., LTD., et al.

## Summary of Selected Documents Reflecting Comments on Demand for Apple's Intellectual Property

Summary of Selected Documents Reflecting Comments on Demand for Design Patents and Trade Dress

| # | Document Description | Bates Number | Party | Comment | Smartphone | Tablets |
|---|---|---|---|---|---|---|
| 1 | Various iPhone Buyer Surveys, by Apple Market Research & Analysis | 1/ | Apple | Between Q4 2010 and Q4 2011, 44-50% of those surveyed noted attractive appearance and design as a very important attribute in the iPhone purchase decision. | x | |
| 2 | iPhone Owner Study, by Apple Market Research & Analysis, May 2011 | APLNDC-Y0000025024 - 5147, at 5060 and '5064 | Apple | "Strong trust in Apple and appeal of design swayed many who considered Android to purchase iPhone." 32% of those surveyed in the U.S. liked the physical appearance and design as a reason that swayed them to purchase iPhone over Android. 46% of those surveyed in the U.S. also listed physical appearance and design as a very important feature in deciding to buy the iPhone. | x | |
| 3 | Smartphone Market Study, Apple Market Research & Analysis, January 2011 | APLNDC00014340S9 - 4154, at '4144 | Apple | The 7th top reason for buying an iPhone is for better appearance/design (37%); better appearance/design is listed 10th top reason for buying an Android-based smartphone (27%). | x | |
| 4 | iPhone Early Buyer Wave 1 Final Report, Apple Market Research & Analysis, July 2007 | APLNDC-Y0000029092 - 9135, at '9125 | Apple | The 4th top feature leading to an iPhone purchase is appearance and design (78%). | x | |
| 5 | iPhone 4S Early Buyer Survey, Apple Market Research & Analysis, November 2011 | APLNDC-Y0000026096 - 6137, at '6116 | Apple | 64% of iPhone 4S buyers are very satisfied with the physical appearance and design, and 25% are somewhat satisfied. | x | |
| 6 | Exhibit 7 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 | N/A, time in video: 00:00 | Apple | Back of phone is shown with logo. | x | |
| 7 | Exhibit 20 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 | N/A, time in video: 0:01 | Apple | iPad 2 frontal design shown. | x | |
| 8 | Exhibit 37 to Deposition of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/27/11 | N/A, page in document: 116 | Apple | Advertisement on the design of the iPad 2. "Thinner. Lighter. Faster." | | x |
| 9 | Exhibit 40 to Deposition of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/27/11 | N/A | Apple | Advertisement showing two fingers picking up the iPad 2. | | x |
| 10 | Exhibit D to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA20002123 - 2194, at '2133 | Samsung | | x | |
| 11 | Exhibit D to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA20002123 - 2194, at '2136 | Samsung | | x | |
| 12 | Exhibit E to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA00202336 - 2380 at '2379 | Samsung | | x | |
| 13 | Exhibit F to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA00229011 - 9108 at '9020 | Samsung | "Although released nearly a year ago, the Apple iPhone has maintained its position as the most inspired mobile handset on the market.... The iPhone is a delight to the eye as well as a highly usable device." | x | |
| 14 | Exhibit G to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA10247537 - 7538 at '7537 | Samsung | | x | |
| 15 | Exhibit G to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA10247537 - 7538 at '7538 | Samsung | | x | |

Prepared by Invotex Group

Plaintiff's Exhibit No. 26.2

Apple Inc. v Samsung Electronics Co., LTD., et al.

Summary of Selected Documents Reflecting Comments on Demand for Design Patents and Trade Dress

| # | Document Description | Bates Number | Party | Comment | SmartPhone | Tablets |
|---|---|---|---|---|---|---|
| 16 | Exhibit H to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA10247373 - 7378 at '7377 | Samsung | Samsung's Head of Mobile Division stated, "When our UX is compared to the unexpected competitor Apple's iPhone, the difference is truly that of Heaven and Earth. It's a crisis of design." | x | |
| 17 | Exhibit I to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA10247549 - 7552 at '7549 | Samsung | | x | |
| 18 | Exhibit J to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA10252803 -2841 at '2809 | Samsung | | x | |
| 19 | Exhibit J to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA10252803 - 2841 at '2818 | Samsung | | x | |
| 20 | Exhibit J to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA10252803 - 2841 at '2892 | Samsung | | x | |
| 21 | Exhibit K to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA10244357 - 4412 at '4368 | Samsung | | x | |
| 22 | Exhibit P to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA00249029 - 9120 at '9046 | Samsung | | x | |
| 23 | Exhibit Q to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 | SAMNDCA00232190 - 2290 at '2256 | Samsung | | x | |
| 24 | | SAMNDCA00024872-4941, at '4908 | Samsung | | x | |
| 25 | | SAMNDCA00025016 - 5079, at '5031 | Samsung | | | x |
| 26 | | SAMNDCA00027944 - 8005, at '7948 | Samsung | | | x |
| 27 | | SAMNDCA00176269 - 6897, at '6343-'7644 | Samsung | | x | x |
| 28 | | SAMNDCA00207695 - 7765, at '7731 | Samsung | | x | |
| 29 | | SAMNDCA00218063 - 8130, at '8099 | Samsung | | x | |
| 30 | | SAMNDCA00230535 - 0645, at '0571 | Samsung | | x | x |
| 31 | | SAMNDCA00236017 - 6112, at '6077 | Samsung | | x | x |
| 32 | | SAMNDCA00245494 - 5611, at '5584 | Samsung | | x | x |

Submitted Under Seal; Highly Confidential; Outside Counsel Eyes' Only

Apple Inc. v Samsung Electronics Co., LTD, et al.

Summary of Selected Documents Reflecting Comments on Demand for Design Patents and Trade Dress

| # | Document Description | Bates Number | Party | Comment | Smartphone | Tablet |
|---|---|---|---|---|---|---|
| 33 | | SAMNDCA00232190 - 2290, at '2256 | Samsung | | x | |
| 34 | COO Visit to STA - September, 2011 | SAMNDCA00259131 - 9239, at '9167 | Samsung | Samsung's draft presentation includes a quote from Fox News, "The hype isn't without substance. Though each carrier alters its phone a bit, all three Galaxy S II smartphones have some specs in common: a 4.3-inch, Super AMOLED 800x480 screen, a dual core 1.2-GHz processor, fast 4G network connectivity, and a sleek, simple design evocative of the iPhone." | x | |
| 35 | | S-ITC-010617659 - 7694, at '7663 | Samsung | | | x |
| 36 | | S-ITC-010617659 - 7694, at '7670 | Samsung | | | x |
| 37 | Samsung Galaxy S Launch Event [http://www.youtube.com/watch?v=PnxfnFmOWb8] | N/A | Samsung | 9.9 mm thickness and 4 inch screen are described in a video clip about the Galaxy S. | x | |
| 38 | [GALAXY Tab 10.1] Official Demo - HD | N/A | Samsung | Describes tablet design as "revolutionary". | | x |
| 39 | [GALAXY S II] Official Live Demo - Viewing | N/A | Samsung | Design of the phone seen from every angle. | x | |
| 40 | Samsung Galaxy S II Presentation | SAMNDCA10775587 - 5624, at '5594, '5599, '5607, '5619, '5621, '9831 | Samsung | Samsung describes "Design" as a main feature of the Galaxy S II and notes the phone's "Slim and Light Design." Diagrams show "a double tap and tilt of the device will zoom in and out" and "tap and pan will move the user from widgets to menus." Samsung in its 30 second pitch described the screen as "wrapped in the sleekest design you can find anywhere." and highlights Design in its 3 minute pitch guidelines. Picture at the CTIA Unpacked event with Design on a powerpoint slide. | x | |
| 41 | Samsung Galaxy Tab 10.1 - Official Commercial (http://www.youtube.com/watch?v=OM1PtOAXSaI) | N/A, time in video: 00:30 | Samsung | Apple comparison is shown between a Galaxy Tab 10.1 and iPad. | | x |
| 42 | | SAMNDCA00202336 - 2380, at '2358, '2363, '2379 | Samsung | | x | |
| 43 | | SAMNDCA00203016 - 3040, at '3033 | Samsung | | x | |
| 44 | Relative Evaluation Report on S1, iPhone, 3/2/10 (Translated) | SAMNDCA00203880 - 4010, at '4006 and '4010 | Samsung | After comparing iPhone and i9000 icons, directions for improvement include "change replicate icons and select and use highly intuitive icons" and "remove a feeling that iPhone's menu icons are copied by differentiating design." | x | |
| 45 | | SAMNDCA00507826 - 7827 | Samsung | | x | |
| 46 | | SAMNDCA00203092 - 3179, at '3137 | Samsung | | x | |
| 47 | | SAMNDCA00237976 - 8036, at 7978 | Samsung | | | x |

Apple Inc v Samsung Electronics Co., LTD., et al.

Summary of Selected Documents Reflecting Comments on Demand for Design Patents and Trade Dress

| # | Document Description | Bates Number | Party | Comments | Smartphone | Tablets |
|---|---|---|---|---|---|---|
| 48 | | SAMNDCA00238251 - 8277, at '8254 | Samsung | | x | |
| 49 | | SAMNDCA00514511 - 4520, at '4512 | Samsung | | | x |
| 50 | | SAMNDCA00514571 - 4578, at '4576 | Samsung | | | x |
| 51 | North America P4 (P7510 Wifi) BBY Retail Store Visit T/F Report, August 2011 (Translated) | SAMNDCA10154003 - 4053, at '4013 | Samsung | Samsung conducted a survey of customer returns, and 15% were attributed to design, of which 4% was attributable to appearance alone. | | x |
| 52 | P5 Usability Evaluation Results - 4/9/11 (Translated) | SAMNDCA00176053 - 6171, at '6057 | Samsung | A major problem area "Legibility [for P5] is not good [as iPad 2] as the icon label is too small in proportion to the large screen." | | x |
| 53 | | SAMNDCA00228887 - 8933, at '8900, '8905, '8915 | Samsung | | x | |
| 54 | | SAMNDCA00228934 - 8980, at '8947, '8964, '8969, and '8979 | Samsung | | x | |
| 55 | | SAMNDCA00203727 - 3768, at '3728 | Samsung | | | x |
| 56 | | SAMNDCA00203811 - 3879, at '3878 | Samsung | | | x |
| 57 | | SAMNDCA00249029 - 9120, at '9046 and '9049 | Samsung | | x | |
| 58 | | S-ITC-010617659 - 7694, at '7663 | Samsung | | | x |
| 59 | | SAMNDCA10275576 - 5646, at '5593 | Samsung | | x | |

Submitted Under Seal; Highly Confidential; Outside Counsel Eyes' Only

Prepared by Invotex Group

Apple Inc. v Samsung Electronics Co., LTD., et al.

## Summary of Selected Documents Reflecting Comments on Demand for Design Patents and Trade Dress

| # | Document Description | Bates Number | Party | Comments | Smartphone | Tablet |
|---|---|---|---|---|---|---|
| 60 | | SAMNDCA00221705 - 1818, at '1708, '1709, '1713, '1718 | Samsung | | x | |
| 61 | | SAMNDCA10809734 - 9875, at '9838 - '9840 | Samsung | | x | |
| 62 | | SAMNDCA10202899 - 2983, at '2925 | Samsung | | x | |
| 63 | Feasibility Review on Standalone AP Business for Smart Phone Market (Untranslated document) | SAMNDCA10809390 - 9460, at '9402 | Samsung | "Our research has identified four key factors that we expect will shape handsets in the coming five years. Those factors are: 1. The Apple iPhone...." | x | |
| 64 | Touch Portfolio, Rollout Strategy, 12/17/08 | SAMNDCA00191811 - 1987, at '1830, '1838, '1841, '1842 | Samsung | "Pundits tell us that the iPhone is a revolution... 'Apple Inc's iPhone... widely hailed for its beauty and functionality...' -Walter Mossberg" "The iPhone has delivered on the promise of touch, permanently altering a consumer's mental model of a mobile phone across key product dimensions. (Design is shown as a dimension)." "The iPhone is in some ways 'undesigned' but its strong „screen-centric design has come to equal what's on trend and cool for many consumers." "For State of the Art, Apple has overtaken Samsung as the most stylish brand overall." | x | |
| 65 | | S-ITC-009302888 - 2969, at '2894 | Samsung | | x | |
| 66 | | SAMNDCA10175266 - 5267 | Samsung | | x | |
| 67 | | SAMNDCA10807316 - 7387, at '7358 | Samsung | | x | |

Submitted Under Seal; Highly Confidential; Outside Counsel Eyes' Only

Prepared by Invotex Group

Apple Inc. v Samsung Electronics Co., LTD., et al.

Summary of Selected Documents Reflecting Comments on Demand for Design Patents and Trade Dress

| # | Document Description | Bates Number | Party | Comment | Smartphone | Tablet |
|---|---|---|---|---|---|---|
| 68 | | SAMNDCA10036081 - 6204, at '6089, '6094, '6103, '6106 | Samsung | | x | |
| 69 | | SAMNDCA00196646 - 6827, at '6658 | Samsung | | x | |
| 70 | | SAMNDCA 00217372 - 7388, at '7380 | Samsung | | x | |
| 71 | | SAMNDCA 00521309 - 1396, at '1316, '1318, '1374 | Samsung | | x | |
| 72 | | SAMNDCA00251457 - 1505, at '1460 | Samsung | | x | |
| 73 | | SAMNDCA00251538 – 1565, at '1561 | Samsung | | x | |
| 74 | | SAMNDCA10808165 - 8199, at '8174 and '8175 | Samsung | | x | x |
| 75 | | SAMNDCA10166661 - 6742, at '6683 | Samsung | | x | |
| 76 | | SAMNDCA00176172 - 6202, at '6178, '6192 | Samsung | | x | |
| 77 | | SAMNDCA10410283 - 0293, at '0283 | Samsung | | x | |
| 78 | Lessons From Apple | SAMNDCA00274819 (Cheong Exhibit 2652) | Samsung | '4831: "Apple's sleek and intuitive user interface has been a key driver of its value proposition. . . Clean, beautiful interface. Clean menu screens. Intuitive, user-friendly navigation & visual elements . . . ." <br><br>'4838: "Apple has a strong, clear brand promise consisting of compelling brand attributes that resonate with consumers. . . . Apple's brand promise consists of compelling brand attributes valued by consumers. . . . Brand promise: 'Cool, innovative products offering superior design and usability.'" | x | x |

Apple Inc. v Samsung Electronics Co., LTD., et al.

Summary of Selected Documents Reflecting Comments on Demand for Design Patents and Trade Dress

| # | | | | | | |
|---|---|---|---|---|---|---|
| 79 | N/A | [redacted] | SAMNDCA10247509 (Cho Exhibit 1976) | Samsung | | x |
| 80 | | [redacted] | SAMNDCA00392050 (Cho Exhibit 2676) | Samsung | | x |
| 81 | | [redacted] | SAMNDCA00391937 (Cho Exhibit 2679) | Samsung | | x |
| 82 | | [redacted] | SAMNDCA00202336 (Choi Exhibit 2150) | Samsung | | x |
| 83 | | [redacted] | SAMNDCA20012936 (Choi Exhibit 2641) | Samsung | | x |
| 84 | | [redacted] | Translations Beg Bates: SAMNDCA20012936 SAMNDCA203092 (Hong Exhibit 2149) | Samsung | | x |
| 85 | | [redacted] | SAMNDCA11374409 (Hong Exhibit 2640) | Samsung | | x |
| 86 | | [redacted] | SAMNDCA10969926 (Hong Exhibit 2708) | Samsung | | x |
| 87 | Email from Hyun Kim, "MWC (2/15) - P1/P3 Division Head Design Report Meeting Minutes" | "4700: Email from H Kim: "To pass along a few comments from Senior Designer Cho who went into the Google meeting yesterday, P1, P3: - Since it is too similar to Apple, make it noticeably different, starting with the front side." | SAMNDCA00044700 (Hong Exhibit 2709) | Samsung | | x |
| 88 | | [redacted] | SAMNDCA00191811 (Sohn Exhibit 1654) | Samsung | | x |
| 89 | | [redacted] | SAMNDCA10035081 (Sohn Exhibit 2715) | Samsung | | x |

Apple Inc. v Samsung Electronics Co., LTD., et al.

## Summary of Selected Documents Reflecting Comments on Demand for Design Patents and Trade Dress

| # | Document Description | Bates Number | Party | Comment | Smartphone | Tablets |
|---|---|---|---|---|---|---|
| 90 | Feasibility Review on Standalone AP business for Smart Phone Market | SAMNDCA10809390 - 9460 | Samsung | '9427: "Factors That Could Make the iPhone a Success - Easy and intuitive UI that covers all user classes, including male, female, old and young - Beautiful design." | x | |
| 91 | | SAMNDCA11547471 (Cheong Exhibit 2653) | Samsung | | x | |
| 92 | | SAMNDCA10805169 (Sohn Exhibit 2714) | Samsung | | x | |
| 93 | | SAMNDCA20002123 - 2194, at '2133 | Samsung | | x | |

**Sources/Notes:**
1/ (a) iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q4, APLNDC-X0000006548 - 6647, at '6566 and '6620;
(b) iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q3, APLNDC0000036172 - 6265, at '6189 and '6238;
(c) iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q2, APLNDC0000036266 - 6348, at '6293;
(d) iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q1, APLNDC-Y0000027341 - 7422, at '7362;
(e) iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q4, APLNDC-Y0000027256 - 7340, at '7277.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**Summary of Selected Documents Reflecting Comments on Demand for Utility Patents**

| # | Title of Document | Bates Beg. - End | Page in Document | Party | Relevant Patent or Feature | Comments on Utility | Patent 381 | Patent 915 | Patent 163 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Exhibit 6 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 | N/A | 0:01; 0:19 | Apple | Scroll or Gesture | Scrolling function is shown during commercial for the iPhone. | | x | |
| 2 | Exhibit 8 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 | N/A | 0:01; 0:11; 0:17 | Apple | Scroll or Gesture | Scrolling function is shown during commercial for the iPhone 3G. | | x | |
| 3 | Exhibit 10 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 | N/A | 0:06 0:14; 0:20 | Apple | Scroll or Gesture/Zoom and Refocus | In the commercial for the iPhone 4, double tap feature is shown once; pinch to zoom feature is shown multiple times. | | x | x |
| 4 | Exhibit 19 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 | N/A | 0:01 0:10; 0:15; 0:26 | Apple | Scroll or Gesture | In the commercial for the iPad, multi-point touch feature shown; scrolling function is shown during commercial. | | x | |
| 5 | Exhibit 29 to Deposition of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/27/11 | N/A | p.66 | Apple | Scroll or Gesture | "Touching is Believing": advertisement depicting the ease of use of iPhone with its touchscreen feature. | | x | |
| 6 | | SAMNDCA00236805 - 6847 | SAMNDCA00236817 | Samsung | Scroll or Gesture | | | x | |
| 7 | | SAMNDCA00247578 - 7604 | SAMNDCA00247594 | Samsung | Scroll or Gesture/Zoom and Refocus | | | x | x |
| 8 | | SAMNDCA00190881 - 1029 | SAMNDCA00190971 | Samsung | Scroll or Gesture | | | x | |
| 9 | Touch Portfolio - Rollout Strategy - Recommendation Based on Consumer Insight - 12/17/08 | SAMNDCA00178021 - 8112 | SAMNDCA00178036 SAMNDCA00178056 | Samsung | Bounce Effect/Scroll or Gesture | Survey shows consumers are concerned about "accidental touches" and "lack of pinpoint control" on their touch screens; Survey found touch gestures and the "bounce" feature as "fun" and "whimsical" features of the iPhone | x | x | |
| 10 | | SAMNDCA00190046 - 0093 | SAMNDCA00190053 | Samsung | Scroll or Gesture/Zoom and Refocus | | | x | x |
| 11 | | S-ITC-001012125 - 2139 | S-ITC-001012133 | Samsung | Zoom and Refocus | | | | x |
| 12 | | SAMNDCA00201771 - 1780 | SAMNDCA00201772-1780 | Samsung | Bounce Effect | | x | | |
| 13 | VZW News Release - 6/28/10 | SAMNDCA00312249 - 2251 | SAMNDCA00312250 | Samsung | Scroll or Gesture/Zoom and Refocus | Samsung Fascinate features "advanced touch screen gesture capabilities", including different zoom methods and horizontal swiping. | | x | x |
| 14 | | S-ITC-0052I8927 - 8984 | S-ITC-005218936 | Samsung | Bounce Effect | | x | | |
| 15 | Samsung Epic 4G, America's First 4G-Capable Phone with Slide-out QWERTY Keyboard and Brilliant Super AMOLED Touchscreen, Coming to Sprint - 6/28/10 | SAMNDCA00312245 - 2251 | SAMNDCA00312246 | Samsung | Scroll or Gesture | Samsung Epic 4G "supports a series of advanced touch screen gestures including multi-touch pinch" and "vertical and horizontal swiping." | | x | |
| 16 | Samsung Mobile and U.S. Cellular Announce Availability of the Samsung Mesmerize, a Galaxy S Smartphone, at CTIA Enterprise & Applications - 10/6/10 | SAMNDCA00312263 - 2266 | SAMNDCA00312264 | Samsung | Scroll or Gesture | Samsung Mesmerize "supports a series of advanced touch screen gestures including multi-touch pinch" and "vertical and horizontal swiping" | | x | |
| 17 | AT&T and Samsung Mobile Announce Upcoming Availability of the Samsung Captivate, a Galaxy S Smartphone - 6/17/10 | SAMNDCA00312274 - 2279 | SAMNDCA00312275 | Samsung | Scroll or Gesture | Samsung Captivate "supports a series of advanced touch screen gestures including multi-touch pinch" and "vertical and horizontal swiping." | | x | |
| 18 | | SAMNDCA10173553 - 3573 | SAMNDCA10173564 - 3565 | Samsung | Scroll or Gesture | | | x | |
| 19 | | SAMNDCA10138344 - 8429 | SAMNDCA10138389 | Samsung | Scroll or Gesture | | | x | |
| 20 | | SAMNDCA00219766 - 9880 | SAMNDCA00219878 | Samsung | Scroll or Gesture | | | x | |
| 21 | | SAMNDCA00220591 - 0672 | SAMNDCA00220603 | Samsung | Scroll or Gesture | | | x | |
| 22 | Samsung Galaxy Tab Official Commercial (http://www.youtube.com/watch?v=GHPtdqgss9g) | N/A | 0:14 | Samsung | Scroll or Gesture | Scrolling function is shown in commercial for the Galaxy Tab. | | x | |

Apple Inc. v. Samsung Electronics Co., LTD., et al.

Summary of Selected Documents Reflecting Comments on Demand for Utility Patents

| # | Title of Document | Bates Beg - End | Page in Document | Party | Relevant Patent or Feature | Comments on Utility | Patent 381 | 915 | 163 |
|---|---|---|---|---|---|---|---|---|---|
| 23 | Time to Tab - Samsung Galaxy Tab 10.1 Global TV Commercial (http://www.youtube.com/watch?v=QL8ePbYsdc8) | N/A | 0:04 | Samsung | Scroll or Gesture | Pinch to zoom and scrolling features are shown in the commercial for the Galaxy Tab 10.1. | | x | |
| 24 | Introducing the Samsung Galaxy Tab - It's Go Time! (http://www.youtube.com/watch?v=yGkthibnyTE) | N/A | 0:09 | Samsung | Scroll or Gesture | Scrolling function is shown in commercial for the Galaxy Tab. | | x | |
| 25 | Samsung Continuum - A Galaxy S Phone (Verizon) (http://www.youtube.com/watch?v=KiI32R3ycfY) | N/A | 0:30; 1:12 | Samsung | Scroll or Gesture | Scrolling function is shown in commercial for the Galaxy S - Continuum. | | x | |
| 26 | Samsung Mobile USA, [Jo Videos] Samsung Galaxy S II Tips & Tricks - Email (http://www.youtube.com/watch?v=EhwW3cjsbAM&list=PLB06411CFD33597A3&feature=plcp&context=C33711SFPDOEgsToPDskIFiI7kIjB29rSJhGXwKF67) | N/A | 1:08 | Samsung | Scroll or Gesture | Pinch to zoom and scrolling features are shown in the commercial for the Galaxy S II. | | x | |
| 27 | [GALAXY Tab 10.1] Official Demo - HD (http://www.youtube.com/watch?v=7tfX3Vfz0nI&features=related) | N/A | 0:51 3:49; 4:00 8:32 | Samsung | Scroll or Gesture/Zoom and Refocus | In the commercial for Galaxy Tab 10.1, pinch to zoom and scrolling features are shown; tap to zoom and navigate feature shown. Tablet design is described as "revolutionary." | | x | x |
| 28 | [GALAXY S II] Official Live Demo - Viewing (http://www.youtube.com/watch?v=LP38KF-LR0U&feature=BFa&list=PL3F6392F54D9A90A&If=plpp_video) | N/A | 0:24 1:01 | Samsung | Scroll or Gesture | In the commercial for the Galaxy S II, pinch to zoom and scrolling features are shown. | | x | |
| 29 | | SAMNDCA10775587 - 5624 | SAMNDCA10775607 | Samsung | Scroll or Gesture/Zoom and Refocus | | | x | x |
| 30 | P5 Usability Evaluation Results - 4/9/11 (Translated) | SAMNDCA00176053 - 6171 | SAMNDCA00176125 | Samsung | Bounce Effect | Samsung notes their current browser has no Bounce effect, and for the iPad, "there is a fun element from a natural Bounce effect that follows hand gestures." There is a text screen noting that the GA Lab Evaluation will evaluate the Bounce effect. | x | | |
| 31 | Relative Evaluation Report on S1, iPhone, 3/2/10 | SAMNDCA00203880 - 4010 | SAMNDCA00203909, 3928, and 3944 | Samsung | Scroll or Gesture/Zoom and Refocus | After comparing the web browser of the i9000 and iPhone, Samsung notes iPhone's drag and Double Tap feature, and recommend "add various functions for moving up and down that userse can easily recognize." | | x | x |
| 32 | Behold3 Usability Evaluation Results, 5/10/10 (Translated) [Chung Exhibit B] | SAMNDCA00508318 - 8411 | SAMNDCA00508344, and 8383 | Samsung | Bounce Effect/Scroll or Gesture | On the Behold3, "unintentional unlock occurs because the sliding action works on any part of the screen." The document notes, "No visual effects provided when a web page is dragged to its end point" and describes that it is "Dull because no special effects are provided when dragging web page to the bottommost or side edges." | x | x | |
| 33 | | SAMNDCA00525347 - 5349 | SANDCA00525347 | Samsung | Bounce Effect | | x | | |
| 34 | | SAMNDCA10850604 - 0607 | SAMNDCA10850604 | Samsung | Bounce Effect | | x | | |
| 35 | | SAMNDCA10850822 - 0824 | SAMNDCA10850823 | Samsung | Bounce Effect | | x | | |
| 36 | | SAMNDCA00201351 - 1356 | SAMNDCA00201351 - 1523 | Samsung | Scroll or Gesture/Zoom and Refocus | | | x | x |

Apple Inc. v. Samsung Electronics Co., LTD., et al.

Summary of Selected Documents Reflecting Comments on Demand for Utility Patents

| # | Title of Document | Bates Beg - End | Page in Document | Party | Relevant Patent or Feature | Comments on Utility | Patent '381 | Patent '915 | Patent '163 |
|---|---|---|---|---|---|---|---|---|---|
| 37 | | SAMNDCA00229399 - 9409 | SAMNDCA00229399 | Samsung | Scroll or Gesture/Zoom and Refocus | | | | x |
| 38 | | SAMNDCA00229410 - 9415 | SAMNDCA00229410 | Samsung | Scroll or Gesture/Zoom and Refocus | | | x | x |
| 39 | | SAMNDCA00229440 - 9448 (chart shown more clearly on SAMNDCA00229449 - 9451) | SAMNDCA00229440 - 9442 (chart shown more clearly on SAMNDCA00229449 - 9451) | Samsung | Scroll or Gesture/Zoom and Refocus | | | x | x |
| 40 | | SAMNDCA00229396 - 9397 | SAMNDCA00229396 | Samsung | Scroll or Gesture/Zoom and Refocus | | | x | x |
| 41 | | SAMNDCA10042955 - 2984 | SAMNDCA10042979 and '2981 | Samsung | Scroll or Gesture | | | x | |
| 42 | | S-ITC-010617659 - 7694 | S-ITC-010617661 and '7691 | Samsung | Scroll or Gesture | | | x | |
| 43 | | SAMNDCA10275576 - 5646 | SAMNDCA10275618 | Samsung | Scroll or Gesture | | | x | |
| 44 | Browser Zooming Methods UX Exploration Study, 4/17/09 | SAMNDCA11104115 - 4139 | SAMNDCA11104133, '4134, '4138 | Samsung | Zoom and Refocus | "The most preferred method is "Double-Tap" Zooming... Simplicity is the primary reason of the choice." "The least preferred methods were split between u960 Browser and TouchWiz designs." "Too many steps...""dislike of long press, perception of reliability issues and complicated interactions were reasons given...." "Suggestions - Adopt Double-Tap as a supplementary zooming method.... the UX of iPhone can be used as a design benchmark. Apply double-tap method consistently in other applications supporting zoom......" | | | x |
| 45 | | SAMNDCA10806707 - 6720 | SAMNDCA10806713 | Samsung | Scroll or Gesture/Zoom and Refocus | | | x | x |
| 46 | | SAMNDCA00533366 - 3373 | SAMNDCA00533366 | Samsung | Bounce Effect | | x | | |
| 47 | | SAMNDCA10165661 - 6742 | SAMNDCA10166698, '6708, '6721 | Samsung | Scroll or Gesture/Zoom and Refocus | | | x | x |
| 48 | | SAMNDCA00251538 - 1565 | SAMNDCA00251545 | Samsung | Scroll or Gesture | | | x | |
| 49 | | SAMNDCA10524415 - 4420 | SAMNDCA10524416 | Samsung | Gesture | | | x | |
| 50 | | SAMNDCA10807316 (Hong Exhibit 2152) | SAMNDCA10807332, and '7358 | Samsung | Scroll or Gesture/Zoom and Refocus | | | x | x |

Prepared by Imotex Group

Submitted Under Seal; Highly Confidential; Outside Counsel Eyes' Only

Plaintiff's Exhibit No. 26.12

Apple Inc. v. Samsung Electronics Co., LTD., et al.

Summary of Selected Documents Reflecting Comments on Demand for Utility Patents

| # | Title of Document | Bates Beg - End | Page in Document | Party | Relevant Patent or Feature | Comments on Utility | Patent '381 | '915 | '163 |
|---|---|---|---|---|---|---|---|---|---|
| 51 | ■■■ | SAMNDCA00191811 (Sohn Exhibit 1654) | SAMNDCA00191846, '1907, and '1928 | Samsung | Scroll or Gesture/Zoom and Refocus/Bounce Effect | ■■■ | x | x | x |
| 52 | ■■■ | SAMNDCA00391937 - 1960 | SAMNDCA00391958 | Samsung | Scroll or Gesture | | | x | x |

Submitted Under Seal; Highly Confidential; Outside Counsel Eyes' Only