# EXHIBIT 9

# Redacted Version of Document Sought To Be Sealed

Apple Inc. v Samsung Electronics Co., LTD., et al.

**Summary of Selected Documents Reflecting Comments on the Smartphone and Tablet Marketplace**

| COMMENTS ON COMPETITION | | | | |
|---|---|---|---|---|
| # | Document | Beg Bates | Document Date | Comment |
| 1 | ███████████████████ | SAMNDCA00353414 (Benner Exhibit 2579) | 2/14/2012 | ███████████████████████ |
| 2 | Cover Email ("GS Choi's Direction and Request to STA") & Beat Apple Presentation | SAMNDCA10375640 (Cheong Exhibit 2651) | 6/17/2011 | '5644:  "STA must respond with a plan to beat Apple by Q3-11 or Q4-11 with a longer-term goal of growing Super-Premium ASPs to match Apple in 2012."<br><br>''5655: "Apple continues to expand it's [sic] installed based [sic] of extremely loyal consumers.  How can this be disrupted?" |
| 3 | ███████████████████ | SAMNDCA11547471 (Cheong Exhibit 2653) | 2/15/2012 | ███████████████████████ |
| 4 | ███████████████████ | SAMNDCA11547521 (Cheong Exhibit 2655) | 2/16/2012 | ███████████████████████ |
| 5 | STA Competitive Situation: Paradigm Shift | SAMNDCA11547401 (SohnExhibit 2647) | 2/16/2012 | '7405: "STA Missed Expectations Relative to Apple But Did Reach Key Milestones," stated above a graphic showing "3Yrs of >$1B consolidated profits."<br><br>'7406:  "In 2011 Galaxy Tablets faced strong competition from both the high end iPad and the low tiered Fire/Nook"<br><br>'7408: "US [Smartphone] Market Becoming a Two Horse Race Between Apple and Samsung"<br><br>████████████████████████████████<br><br>'7422:  "STA must lead a paradigm shift to create the virtuous cycle required to win the hearts and minds of consumers & beat Apple"<br><br>████████████████████████████████ |

**PLAINTIFF'S EXHIBIT NO.  27**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By: _____

Submitted Under Seal; Highly Confidential;
Outside Counsel Eyes' Only

Plaintiff's Exhibit No. 27.2

Apple Inc. v Samsung Electronics Co., LTD., et al.

| # | Document | Beg Bates | Document Date | Comment |
|---|----------|-----------|---------------|---------|
| 6 | | S-ITC-003353288 (Sohn Exhibit 2725) | 8/1/2011 | |
| 7 | | SAMNDCA11513944 (Sohn Exhibit 2727) | 9/20/2011 | |
| 8 | Samsung Q4'11 Deep Dive | SAMNDCA00380801 (Sohn Exhibit 2729) | 2/14/2012 | |
| 9 | | SAMNDCA00401853 | December, 2010 | |

Submitted Under Seal; Highly Confidential;
Outside Counsel Eyes' Only

Apple Inc. v Samsung Electronics Co., LTD., et al.

| # | Document | Beg Bates | Document Date | Comment |
|---|----------|-----------|---------------|---------|
| 10 | | SAMNDCA00401905 | October, 2011 | |
| 11 | | SAMNDCA10036081 | 9/18/2008 | |
| 12 | | SAMNDCA00177800 | 7/20/2011 | |
| 13 | | SAMNDCA00237349 | March, 2011 | |
| 14 | | SAMNDCA00501719 | 3/3/2011 | |
| 15 | | n/a | 11/10/2010 | |
| 16 | J.D. Power & Associates, "2009 Wireless Consumer Smartphone Satisfaction Study Volume 1," April 30, 2009 | SAMNDCA00190144 | 4/30/2009 | |
| 17 | | SAMNDCA10374460 (Denison Exhibit 1266) | 12/9/2011 | |
| 18 | | SAMNDCA00256503 | 2011 | |
| 19 | | SAMNDCA10453260 (Rosenberg Exhibit 1281) | 12/20/2011 | |

Submitted Under Seal; Highly Confidential; Outside Counsel Eyes' Only

Plaintiff's Exhibit No. 27.4

Apple Inc. v Samsung Electronics Co., LTD., et al.

| # | Document | Beg Bates | Document Date | Comment |
|---|----------|-----------|---------------|---------|
| | **COMMENTS ON CUSTOMER LOYALTY** | | | |
| 1 | Cover Email ("GS Choi's Direction and Request to STA") & Beat Apple Presentation | SAMNDCA10375640 (Cheong Exhibit 2651) | 6/17/2011 | '5642: Apple has "Extremely loyal customer base." |
| 2 | | SAMNDCA00274819 (Cheong Exhibit 2652) | 11/3/2010 | |
| 3 | | SAMNDCA11547471 (Cheong Exhibit 2653) | 2/15/2012 | |
| 4 | | SAMNDCA00392050 (Cho Exhibit 2676) | 4/1/2009 | |
| 5 | (Gravity Tank) Touch Portfolio: Rollout Strategy - Recommendation Based on Consumer Insight | SAMNDCA00191811 (Sohn Exhibit 1654) | 12/17/2009 | '1856: "iPhone's strong lock-in levers…drive annuity revenue…and tie consumers to product." |
| 6 | STA Competitive Situation: Paradigm Shift | SAMNDCA11547401 (Sohn Exhibit 2647) | 2/16/2012 | 7409: "Apple Continues to Show Sales Growth Due to Strong Loyalty, Carrier Agreements and Dominant Retail Presence"<br><br>7418: "Apple Marketing, Portfolio Expansion and Platform Evolution Resulting in Very Sticky / Loyal Subscribers" |
| 7 | | SAMNDCA10805169 Sohn Exhibit 2714) | 12/24/2006 | |
| 8 | | S-ITC-003353288 (Sohn Exhibit 2725) | 8/1/2011 | |
| 9 | | SAMNDCA11513944 Sohn Exhibit 2727) | 9/20/2011 | |
| 10 | | SAMNDCA00381800 Sohn Exhibit 2728) | 2/8/2012 | |
| 11 | | SAMNDCA00380801 Sohn Exhibit 2729: ) | 2/14/2012 | |
| 12 | | SAMNDCA00261215 | August, 2011 | |
| 13 | Strategy Analytics: "Apple iPhone Owners Most Likely to Repeat Purchase," by Paul Brown (http://www.strategyanalytics.com/default.aspx?mod=pressreleaseviewer&a0=4870) | n/a | 3/9/2010 | "Apple iPhone owners are not only most satisfied with their phones, they are most likely to buy their next phone from Apple…as well." |
| 14 | | SAMNDCA10374460 (Denison Exhibit 1266) | 12/9/2011 | |
| 15 | | SAMNDCA10036081 | 9/18/2008 | |

Submitted Under Seal; Highly Confidential;
Outside Counsel Eyes' Only

Plaintiff's Exhibit No. 27.5

Apple Inc. v Samsung Electronics Co., LTD., et al.

| # | | Beg Bates | Document Date | Comment |
|---|---|---|---|---|
| 1 | | SAMNDCA11549523 (Cheong Exhibit 2650) | 7/22/2010 | |
| 2 | | SAMNDCA11547506 (Cheong Exhibit 2654) | 2/16/2012 | |
| 3 | | SAMNDCA00392050 (Cho Exhibit 2676: ) | 4/1/2009 | |
| 4 | | SAMNDCA10807316 (Hong Exhibit 2152) | 12/10/2009 | |
| 5 | | S-ITC-003353288 (Sohn Exhibit 2725) | 8/1/2011 | |

**COMMENTS ON GROWTH IN SMARTPHONE MARKET**

Submitted Under Seal; Highly Confidential; Outside Counsel Eyes' Only