# EXHIBIT 19

# Redacted Version of Document Sought To Be Sealed

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11943125 | Nov 15, 2011 | Dec 27, 2011 | 3005929055 |

| CUSTOMER PURCHASE ORDER NUMBER | DELIVERY DATE | DELIVERY NOTE NUMBER |
|---|---|---|
| P3M-BB0001 | Dec 28, 2011 | 98189846 |

| WAYBILL NUMBER | TERMS OF PAYMENT |
|---|---|
| 2447586772 | 30 Days Net |

| REQUESTED ROUTING | WAREHOUSE | CURRENCY |
|---|---|---|
| 1A-Std DTD | MY PG10 MYB0 | US Dollar |

| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
|---|---|---|---|---|---|
| 6002823069 | 6002823069 | 6003043011 | 01 | 999 | 1 |

# INVOICE

PLEASE SEND YOUR REMITTANCE TO:
**Intel Americas, Inc.**
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33 Bank Key: 071000013

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SHIP TO

FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DPBG-GREENLAND G2 BUILDING
10TH IND.DISTRICT, LONGHUA, BAOAN
NO 2, DONG HUAN 2ND RD, YOU SONG
518109 SHENZHEN
CHINA

**Intel Americas, Inc.**
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA 95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

** Seller pays frt, not duty **

| ITM. NBR. | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB9801.IV1.0 S LHMW | Baseband Processor IC | 914077 | 337S3833 | 108,000 | [redacted] | | |

IMC; [DC]Separate Hawb per DN
*AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M*

| | |
|---|---|
| SUB - TOTAL | [redacted] |
| SHIPPING CHARGES | |
| SUB - TOTAL | |
| TAX | |
| TOTAL AMOUNT DUE | |
| CREDIT AMOUNT | |

**PLAINTIFF'S EXHIBIT NO. 264**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:__________ By:_______

am
APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794-N0000003908

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11943121 | Nov 15, 2011 | Dec 27, 2011 | 3005929056 |

| CUSTOMER PURCHASE ORDER NUMBER | DELIVERY DATE | DELIVERY NOTE NUMBER |
|---|---|---|
| dEG-BB0002 | Dec 28, 2011 | 98189851 |

| WAYBILL NUMBER | TERMS OF PAYMENT |
|---|---|
| 2447591716 | 30 Days Net |

| REQUESTED ROUTING | WAREHOUSE | CURRENCY |
|---|---|---|
| 1A-Std DTD | MY PG10 MYB0 | US Dollar |

| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
|---|---|---|---|---|---|
| 6002823069 | 6002823069 | 6003020686 | 01 | 999 | 1 |

# INVOICE

PLEASE SEND YOUR REMITTANCE TO:
**Intel Americas, Inc.**
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33 Bank Key: 071000013




**Intel Americas, Inc.**
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA 95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SHIP TO

FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DASHUIKENG COMMUNITY,GUANLAN
TOWN,BAOAN
C01 DOCK, GRAND VISION TECHNOLOGY P
518110 SHENZHEN
CHINA

** Seller pays frt, not duty **

| ITM. NBR. | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB9801.IV1.0 S LHMW | Baseband Processor IC | 914077 | 337S3833 | 180,000 | | | |

IMC; [DC]Separate Hawb per DN
*AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M*

| | |
|---|---|
| SUB - TOTAL | |
| SHIPPING CHARGES | |
| SUB - TOTAL | |
| TAX | |
| **TOTAL AMOUNT DUE** | |
| **CREDIT AMOUNT** | |

am

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11880185 | Sep 28, 2011 | Dec 29, 2011 | 3005931900 |

| CUSTOMER PURCHASE ORDER NUMBER | DELIVERY DATE | DELIVERY NOTE NUMBER |
|---|---|---|
| dMC-B90003 | Jan 04, 2012 | 98189891 |

| WAYBILL NUMBER | TERMS OF PAYMENT |
|---|---|
| G016143 | 30 Days Net |

| REQUESTED ROUTING | WAREHOUSE | CURRENCY |
|---|---|---|
| 2A-Exp DTD | MY PG10 MYB0 | US Dollar |

| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
|---|---|---|---|---|---|
| 6002823069 | 6002823069 | 6004080190 | 01 | 999 | 1 |

# INVOICE

PLEASE SEND YOUR REMITTANCE TO:
**Intel Americas, Inc.**
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33 Bank Key: 071000013

intel®

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SHIP TO

HONGFUJIN PRECISION ELECTRONICS
(ZHENGZHOU) CO.,LTD
Building K05 Dock
The Comprehensive Bonded Area
East-side of Zhenxing Road
450000 ZHENGZHOU AIRPORT DISTRICT
CHINA

**Intel Americas, Inc.**
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA 95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

** Seller pays frt, not duty **

| ITM. NBR. | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB9801.IV1.0 S LHMW | Baseband Processor IC | 914077 | 337S3833 | 60,000 | | | |

IMC:[DC]Ship via DGF. Separate HAWB per DN.
POE: Zhengzhou

| | |
|---|---|
| SUB - TOTAL | |
| SHIPPING CHARGES | |
| SUB - TOTAL | |
| TAX | |
| **TOTAL AMOUNT DUE** | |
| **CREDIT AMOUNT** | |

am

# INVOICE

| SALES ORDER NUMBER. | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 12649745 | Apr 05, 2013 | Apr 22, 2013 | 3006734527 |

| CUSTOMER PURCHASE ORDER NUMBER | DELIVERY DATE | DELIVERY NOTE NUMBER |
|---|---|---|
| HX822000840 | Apr 23, 2013 | 99625785 |

| WAYBILL NUMBER | TERMS OF PAYMENT |
|---|---|
| 484128920109 | 30 Days Net |

| REQUESTED ROUTING | WAREHOUSE | CURRENCY |
|---|---|---|
| 2B-Exp DTP | MY PG10 MYB1 | US Dollar |

| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
|---|---|---|---|---|---|
| 6009801126 | 6002823069 | 6005657247 | 01 | 999 | 1 |

PLEASE SEND YOUR REMITTANCE TO:
**Intel Americas,Inc.**
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33XXX Bank Key: 071000013



**Intel Americas,Inc.**
Robert Noyce Building
2200 Mission College Blvd
SANTA CLARA CA 95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SHIP TO

FOXCONN CMMSG INDUSTRIA
DE ELETRONICOS LTDA
Av Caminho De Goias 100 Bloco B
13214-870 JUNDIAI - SP
BRAZIL

** Seller pays frt, not duty **

Intermediate Consignee: Avnet Tech HK/ HK

| ITM. NBR. | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB9801.IV1.0 S LHMW | Baseband Processor IC | 914077 | 337S3833 | 30,000 | | | |

IMC: [DC] POE: HK One per DN
****DDU HK. Please deliver only to HK.
Foxconn /aVNET is responsible to ship to end destination BR****

| | |
|---|---|
| SUB - TOTAL | |
| SHIPPING CHARGES | |
| SUB - TOTAL | |
| TAX | |
| **TOTAL AMOUNT DUE** | |
| **CREDIT AMOUNT** | |

am

| SALES ORDER NUMBER. | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 12635330 | Mar 26, 2013 | Apr 25, 2013 | 3006741985 |

| CUSTOMER PURCHASE ORDER NUMBER | DELIVERY DATE | DELIVERY NOTE NUMBER |
|---|---|---|
| PfH-D3000P | Apr 26, 2013 | 99634069 |

| WAYBILL NUMBER | TERMS OF PAYMENT |
|---|---|
| 1192310965 | 30 Days Net |

| REQUESTED ROUTING | WAREHOUSE | CURRENCY |
|---|---|---|
| 1A-Std DTD | MY PG10 MYB0 | US Dollar |

| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
|---|---|---|---|---|---|
| 6009801126 | 6002823069 | 6003020686 | 01 | 999 | 1 |

# INVOICE

PLEASE SEND YOUR REMITTANCE TO:
**Intel Americas, Inc.**
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33XXX Bank Key: 071000013



**Intel Americas, Inc.**
Robert Noyce Building
2200 Mission College Blvd
SANTA CLARA CA 95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SHIP TO

FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DASHUIKENG COMMUNITY,GUANLAN
TOWN,BAOAN
C01 DOCK, GRAND VISION TECHNOLOGY P
518110 SHENZHEN
CHINA

** Seller pays frt, not duty **

| ITM. NBR. | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB9801.IV1.0 S LHNS | Baseband Processor IC | 914010 | 337S3833 | 45,000 | | | |

IMC; [DC]Separate Hawb per DN
*AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M*

| | |
|---|---|
| SUB - TOTAL | |
| SHIPPING CHARGES | |
| SUB - TOTAL | |
| TAX | |
| **TOTAL AMOUNT DUE** | |
| **CREDIT AMOUNT** | |

am