# EXHIBIT 44

# Redacted Version of Document Sought To Be Sealed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**EXPERT REPORT OF DR. ALEX C. SNOEREN CONCERNING U.S. PATENT NOS. 6,847,959 AND 7,761,414**<br><br><br><br>**HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE**<br><br>**GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE** |

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

143. The screenshot below shows what appears when the user enters the letters "a," "p," and "p" using the on-screen keyboard on each of the Galaxy S III, Samsung Galaxy Nexus and Samsung Galaxy S II Epic 4G Touch shown from left to right. As a result of typing "app," the Google Search application displays Google Search suggestions incorporating information retrieved from the Internet. In addition, as a result of typing "app," the QSB displays the "Apple Customer Support" contact representing an item of information stored on a database on the device. The results also include a locally stored bookmark for the Apple webpage, www.apple.com.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD



(Google Search application with search term entered for Samsung Galaxy S III, Samsung Galaxy Nexus, and Samsung Galaxy S II Epic 4G Touch from left to right)

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

Case 5:12-cv-00630-LHK   Document 1485-7   Filed 03/20/14   Page 5 of 9

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

154. The functionality for all versions can be seen in the screen shots below. The first figure shows the search suggestions for "app" before any searches. As this image demonstrates, "appalachian trail" is not listed. The second image shows the QSB when it is opened after the user has run a search for "appalachian trail" but before the user inputs a search string; note the display of the search history. The third image shows what happens when the user starts typing. The search suggestions now include "appalachian trail" as a result of it having been searched previously. This image also includes a result for "Apple Customer Support", which comes from the Contacts provider that is distinct from the search history in the Google suggestions.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

**2.   The Gmail, Mail, Calendar and Contacts Applications**

415.   Each of Samsung's Accused Products include storage media that stores executable

program instructions code for the Mail, Gmail, Calendar, and Contacts[87] Applications. *See* fn. 86, *supra*; GOOG-NDCAL630-00065335 at 371. Each of these applications provides a user interface ("UI") that allows a user to interact with data in these applications. From the application's user interface, a user can read and edit data associated with that application. *See, e.g.,* Westbrook, 96:16-101:22 (discussing the reading and editing of data allowed by the Gmail Application's UI); Quintana, 142:20-144:22 (discussing the reading and editing of data allowed by the Calendar Application's UI); 81:9-19 (all versions of the Contacts Application allow the user to edit data); GOOG-NDCAL630-00062926 at 932-933. For example, the user interface provided by the Mail and Gmail Applications can be used to view, compose, flag and delete emails. *See, e.g.,* Westbrook, 96:16-101:22; GOOG-NDCAL630-00065335 at 383-84. The user interface provided by the Calendar Application can be used to view, create, modify and delete calendar entries. *See, e.g.,* Quintana, 142:20-144:22; GOOG-NDCAL630-00065335 at 382. The user interface provided by the Contacts Application can be used to view, create, modify and delete contacts. *See, e.g.,* Quintana, 81:9-19; GOOG-NDCAL630-00065335 at 381; GOOG-NDCAL630-00065655 at 662; GOOG-NDCAL630-00051748 at 762-64. Examples of the user interfaces provided by the Apps are shown in the screenshots below (taken from a Samsung Galaxy S III):

---

[87] In the Ice Cream Sandwich Android release, the Contacts Application was split into two pieces: People and Phone. *See* GOOG-NDCAL630-00062926 at 931.

EXPERT REPORT OF DR. ALEX SNOEREN
CONCERNING U.S. PATENT NOS. 6,847,959 AND
7,761,414                                   153



(The Gmail, Mail, Calendar and Contacts applications on the Samsung Galaxy S III)

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2013

_____
Alex C. Snoeren