# EXHIBIT 64

# Redacted Version of Document Sought To Be Sealed

1

1                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

2                        SAN JOSE DIVISION

3      ---------------------------------x

4    APPLE INC., a California              :

5    corporation,                         :

6          Plaintiff,                      : Civil Action No.

7      v.                                  : 12-CV-00630-LHK

8    SAMSUNG ELECTRONICS CO., LTD., a      :

9    Korean corporation, SAMSUNG,          :

10   ELECTRONICS AMERICA, INC., a New      :

11   York corporation, and SAMSUNG         :

12   TELECOMMUNICATIONS AMERICA, LLC,      :

13   a  Delaware limited liability         :

14   company,                             :

15         Defendants.                     :

16    - - - - - - - - - - - - - - - -  x

17    (Caption continued on next page.)

18                  HIGHLY CONFIDENTIAL

19        VIDEOTAPED DEPOSITION of SAMSUNG PARTIES

              by and through its Designated Representative,

20

                        HUIJAE LEE

21

                     Suwon, Korea

22                 Friday, July 5, 2013

                      8:32 a.m.

23

24    Job No.:  39334

      Pages:  1 - 152

25    Reported by:  Deborah Marshall, RPR

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

19

1    foundation.

2         A.    If the Gmail account were set up such that it

3    supports the Exchange protocol, then I do, yes, provide          09:06:17

4    support in terms of the synchronization between that and         09:06:21

5    the contacts and the calendar applications.                      09:06:25

6         Q.    But if the Gmail account is not set up to use         09:06:28

7    Exchange, do you work on the systems for synchronization         09:06:33

8    between the contacts application and Gmail, if they              09:06:41

9    occur?                                                           09:06:45

10         MR. SUMMERS:  Objection.  Foundation, vague               09:07:05

11   and ambiguous.  To the extent I understand, outside the         09:07:11

12   scope.                                                           09:07:50

13        A.    With respect to the setting up of a Gmail             09:07:50

14   account using a Samsung handset terminal, there happen           09:07:53

15   to be two ways to do that.  One is to do so by way of a          09:07:59

16   Gmail application.  The other is to do so by way of              09:08:04

17   setting things up in a Samsung e-mail application.  And          09:08:09

18   as to the former, I really don't know about the details         09:08:11

19   in that regard.  And as to the latter, if things were           09:08:14

20   such that the e-mail account was set up so as not to            09:08:17

21   support the Exchange protocol, then the synchronization          09:08:21

22   between that handset terminal and Gmail will not support         09:08:25

23   the contacts or the calendar functionality.                      09:08:30

24        Q.    Is it your understanding that Samsung phones          09:08:36

25   sold in the United States include a Gmail application?           09:08:39

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

20

1     A.    My understanding is that most of the handset

2   terminals do come with that.

3     Q.    And are you prepared to testify about how, if       09:09:06

4   at all, the Gmail application on Samsung phones            09:09:12

5   synchronizes with the Gmail server?                       09:09:16

6         MR. SUMMERS:  Objection to the extent it calls       09:09:35

7   for a legal conclusion.                                   09:09:37

8         And same caution as to privilege.                   09:09:37

9     A.    When it comes to Gmail, I am not in the know       09:09:51

10   as to how things go -- how it operates.                   09:09:54

11     Q.    Is it your understanding that the                  09:09:59

12   functionality related to the Gmail application is          09:10:04

13   determined by Google and provided to Samsung to include    09:10:09

14   on Samsung phones?                                        09:10:15

15         MR. SUMMERS:  Objection, vague and ambiguous.       09:10:39

16     A.    What Samsung does is limited to receiving that     09:10:54

17   which in the form of an application is already preset.     09:10:57

18   We simply bring that over and load it onto the handset    09:11:03

19   terminal.                                                 09:11:08

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

21

7        MR. SUMMERS:  Objection.  Foundation, scope.        09:13:00

14        Q.    Start with the contacts application.  What        09:13:55

15    major portions of the source code or involved -- are        09:14:00

16    involved in the synchronization of contact information        09:14:04

17    on that application with the Exchange server?        09:14:09

18        MR. SUMMERS:  Objection, foundation.        09:14:40

19        A.    To speak about the major portions as such as        09:15:24

20    may be involved in the synchronization effort between        09:15:30

21    the server on the one hand and the handset terminal on        09:15:34

22    the other, basically we would be thinking in terms of        09:15:37

23    those things that can handle the protocol involved in        09:15:42

24    that effort, such as firstly the Exchange service        09:15:45

25    module; and secondly, the -- a way to store data        09:15:52

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

22

1  pertaining to the contacts, namely, the provider which                    09:16:12

2  is able to make an approachment vis-a-vis the database.

3      Q.   And the name of the provider for the contacts                     09:16:12

4  application is called Contacts Provider, is that                           09:16:15

5  correct?                                                                   09:16:29

6      A.   Yes.                                                              09:16:29

10         MR. SUMMERS:  Objection.  Foundation, vague                        09:16:57

11  and ambiguous.                                                            09:17:01

14     Q.   Does Samsung modify the Contacts Provider open                    09:17:21

15  source as it relates to synchronization?                                  09:17:26

16     A.   Well, the provider does not involve itself in                     09:17:45

17  terms of synchronization.                                                 09:17:48

18     Q.   So what source code components are involved in                    09:17:49

19  synchronization of contact information on the phone with                  09:17:58

20  a remote Exchange server?                                                 09:18:02

21         MR. SUMMERS:  Objection.  Foundation, scope.                       09:18:22

22     A.   There's this service application -- or there's                    09:18:34

23  this thing called an Exchange service application.  That                  09:18:37

24  is what undertakes that role.                                             09:18:40

25     Q.   Does the Exchange service application utilize                     09:18:48

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

101

1        A.    No.

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

102

3       MR. SUMMERS:  Objection, vague and ambiguous          15:02:07

4  as to "change."                                           15:02:09

5       And I want to again caution the witness not to       15:02:11

6  reveal communications with counsel and limit his          15:02:14

7  response to -- ...(overlapping speakers)...               15:02:21

8       COURT REPORTER:  "Limit his response to" what?       15:02:26

9       MR. SUMMERS:  Are you asking me?                      15:02:30

10       COURT REPORTER:  Yes.                                15:02:30

11       MR. SUMMERS:  Limit his response to things          15:02:31

12  that -- in preparation for this deposition.               15:02:34

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

103

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

104

5        MR. SUMMERS:  Objection to the extent that       15:08:38

6    mischaracterizes testimony.                          15:08:40

14        MR. SUMMERS:  Objection.                         15:09:40

15        Again, I'm going to caution the witness not to   15:09:40

16    reveal any conversations with counsel on and to limit 15:09:43

17    his testimony --                                     15:09:50

18        LEAD INTERPRETER:  (Speaking Korean.)            15:10:00

24    Q.    Did you make that determination on your own?  15:10:25

25    A.    What determination?                           15:10:47

HIGHLY CONFIDENTIAL  - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

140

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

141

20          MR. SUMMERS:  Objection, compound.          17:29:15

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

142

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

143

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

144

HIGHLY CONFIDENTIAL  – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF HUIJAE LEE
CONDUCTED ON FRIDAY, JULY 5, 2013

145

7        MR. SUMMERS:  Objection, vague and ambiguous        17:39:07

8    and compound.  I'm going to object to the extent it's        17:39:12

9    outside the scope.        17:39:21

23        MR. SUMMERS:  Objection to the extent it's        17:41:21

24    outside the scope because you've had a witness on this        17:41:24

25    question.        17:41:27

HIGHLY CONFIDENTIAL  – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 65

# Redacted Version of Document Sought To Be Sealed



Transcript of **JINHYUNG KIM, VOLUME 2**

**Date:** June 6, 2013

**Case:** APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD., ET AL.

Planet Depos Asia
Phone: 888-433-3767
Fax: 888-503-3767
Email: international.transcripts@planetdepos.com
Internet: www.planetdepos.com/asia

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

185

2          MR. SUMMERS:  Objection.  To the extent the          09:20:36

3    question calls for privileged information, I'm going      09:20:38

4    to caution the witness to only answer that question to    09:20:40

5    the extent that you have information that you did not      09:20:44

6    learn from or at the direction of counsel.                09:20:49

12         MR. SUMMERS:  Objection.  To the extent the          09:21:55

13   question calls for privileged information, I'm going      09:21:56

14   to caution the witness to only answer that question to    09:21:58

15   the extent you have information that you did not learn     09:22:00

16   from or at the direction of counsel.                      09:22:03

18    Q    Did you do anything in your preparation for          09:22:27

19   your deposition to find out the answer to that            09:22:33

20   question?                                                  09:22:35

21         MR. SUMMERS:  Objection.  To the extent the          09:22:50

22   question calls for privileged information, I'm going      09:22:53

23   to caution the witness to only answer that question to    09:22:56

24   the extent you have information that you did not learn     09:22:57

25   from or at the direction of counsel.                      09:23:00

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JINHYUNG KIM, VOLUME 2
CONDUCTED ON THURSDAY, JUNE 6, 2013

186

1        A     No. ██████████████████████████

██  ██  ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

██  ██  ████

██  ██  ████████████████████████

██  ██  ██████████████████████████████████████

██████████████████████████

██  ██  ███████████████████████████████████

██  ████████████████████████████████

██  ██  ████

██  ██  ███████████████████████████████████

██████████████████████████████████████████████

14            MR. SUMMERS:  Objection, foundation.

██  ██  ███████████████████████████████

██  ██████

██  ██  ██████  ████████████████████████

██  ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██  ██  ████

██  ██  ███████████████████████████

██  ██  ██████████████████████████████████████

██  ██  ███████████████████████████████████

██  ██████████████

187

21          MR. SUMMERS:  Objection, vague.                    09:28:25

# EXHIBIT 66

# Redacted Version of Document Sought To Be Sealed



PLANET DEPOS ASIA

We make it >> *happen.*

Transcript of **YOUNGMI KIM**

**Date:** June 20, 2013

**Case:** APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD., ET AL.

Planet Depos Asia
Phone: 888-433-3767
Fax: 888-503-3767
Email: international.transcripts@planetdepos.com
Internet: www.planetdepos.com/asia

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

154

| | | |
|---|---|---|
| 1 | and design the puzzle lock mechanism, starting from | 05:13:41 |
| 2 | the initial conception all the way to its first | 05:13:46 |
| 3 | implementation? | 05:13:50 |
| 4 | A    As for the implementation side of that | 05:14:29 |
| 5 | affair, because I was not involved in coding work, | 05:14:32 |
| 6 | I do not know. | 05:14:36 |
| 7 | ██████████████████████████████ | ████ |
| | ██████████████████████████ | ████ |
| | ██████████████████████████ | ████ |
| | ██████████████████████████████ | ████ |
| | ████████████████████ | ████ |
| 12 | But, once again, as for the | 05:14:52 |
| 13 | implementation side, I'm not a coder, so I don't | 05:14:54 |
| 14 | know. | 05:14:57 |
| 15 | Q    Well, do you recall when the first | 05:14:57 |
| 16 | Samsung device was released that used the puzzle | 05:14:59 |
| 17 | lock mechanism? | 05:15:03 |
| 18 | A    ██████████████████████████ | ████ |
| | ██████████████████████ | ████ |
| 20 | Q    Do you recall how long before that phone | 05:15:28 |
| 21 | came out the puzzle lock was part of the | 05:15:30 |
| 22 | development process at Samsung? | 05:15:32 |
| 23 | MR. GOLDSTEIN:  Objection, beyond the | 05:15:46 |
| 24 | scope. | 05:15:51 |
| 25 | THE DEPONENT:  In terms of your -- your | 05:16:19 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

155

 1    phrase "part of the development process," ██████

      ████████████████████████████████████████

      ███████████████████████████████████████

      ████████████████████     ███████████████████

      ███████████████████████████████████████████

      ████████████

               █████████████████████████████████████

      ████████████████████████████     But once you

 9    develop it, then you can use it -- use that          05:16:51

10    mechanism for one or two years.                      05:16:53

11    BY MR. CHUNG:                                        05:16:55

12         Q    All right.  Let me ask you about the       05:16:55

13    circle lock mechanism.                               05:16:57

14              Do you recall when that was first used in  05:17:00

15    a Samsung device?                                    05:17:03

16              MR. GOLDSTEIN:  Objection, vague and       05:17:12

17    ambiguous.                                           05:17:13

18              THE DEPONENT:  I can't tell you about the  05:17:37

19    exact time frame, but it was -- █████████████        05:17:38

      █████████████████     ██████████████████

      █████████████████████████████████ that

22    would be the time --                                 05:17:49

23    BY MR. CHUNG:                                        05:17:50

24         Q    Was the Galaxy --                          05:17:51

25         A    -- and it was first used for the Galaxy    05:17:53

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

156

1    Note.                                                    05:17:56

2         Q    Was the Galaxy -- okay.                        05:17:56

3         Do you recall how long it took from first           05:17:58

4    conceiving of the circle lock mechanism to the time      05:18:00

5    that the Galaxy Note was released?                       05:18:04

6         A    ███████████████████████████                   ████████

     ████████████████████████████████                        ████████

     ████████████  ██████████████████████                    ████████

     ██████████████████████████████████                      ████████

     ████████████████████████████████████                    ████████

     █████████████████████                                   ████████

12            MR. GOLDSTEIN:  Just for the record, it's       05:19:12

13   a "she."                                                 05:19:14

14            LEAD INTERPRETER:  Oh, "she."                   05:19:17

15            THE DEPONENT:  Yes, that person is a            05:19:23

16   female.                                                  05:19:24

17   BY MR. CHUNG:                                            05:19:25

18        Q    Well, do you recall how long -- over what      05:19:26

19   period of time those ████████████████                    05:19:27

20        A    ██████████████████████████                    ████████

     █████████████████████  █████████                        ████████

     █████████████████████  █████████                        ████████

     ████████████████████████  ████████                      ████████

     █████████████████████████████████                       ████████

     ████████████████████                                    ████████

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

157

1        Q    Are you saying that the circle lock          05:20:26

2   mechanism was conceived ████████████ the Galaxy         05:20:29

3   Note was released as a product?                         05:20:32

4            MR. GOLDSTEIN:  Objection,                     05:20:45

5   mischaracterizes testimony.                             05:20:47

6            THE DEPONENT:  ███████████████

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013

158

2      Q    My question though is:  Do you recall          05:23:19

3   when the circle lock concept was first conceived?      05:23:21

4     (Lead interpreter and deponent confer in Korean.)     05:23:58

5      A    When Google held an official conference        05:24:15

6   to introduce the Ice Cream Sandwich version, we         05:24:18

7   could see that lighted circle for the first time        05:24:22

8   through the news and web pages.  Because that was       05:24:27

9   not a feature that we could see from the previous       05:24:30

10   version that actually stood out.                        05:24:33

11       MR. CHUNG:  Okay.  Let's take a look at          05:24:42

12   what's been marked as Exhibit 16.                       05:24:43

13       And for the record, this exhibit is an          05:24:56

14   e-mail dated August 29, 2011; and it attaches what      05:24:58

15   appears to be an Excel spreadsheet.                     05:25:04

16       (Exhibit 16 was marked for                      05:25:04

17   identification.)                                        05:25:09

18       THE DEPONENT:  ▮▮▮▮▮▮▮▮▮▮▮                     05:26:07

22   BY MR. CHUNG:                                           05:26:20

23       Q    Have you seen this spreadsheet before?      05:26:21

24       A    I can't tell you whether I received this    05:26:31

25   specific file.  But as I look at the receivers of      05:26:34

CONFIDENTIAL VIDEOTAPED DEPOSITION OF YOUNGMI KIM
CONDUCTED ON THURSDAY, JUNE 20, 2013



159

1    this e-mail, I see my name on it.                    05:26:38

2        Q    And do you understand what is represented   05:26:40

3    on this spreadsheet?                                 05:26:48

4            (Interpreters confer in Korean.)             05:27:09

5        A    ████████████████████████                    05:27:25

     ████████████████████████

     ███████████████████████████

     █████████████████████████

     █████████                                            05:27:45

10       Q    And do you know what the circles and Xs     05:27:46

11   in the table refer to?                               05:27:50

12       A    ████████████████████████                    05:27:56

     ████ ████████████████████

     ███████████████████████████

     ███████████████

     ████████████████████████████

     ████████████████████████████████

     ██████████████

     ███████████████████

     ████████████████████

     ████████████████████

     █████████████████████████

     ██████████████████

     ███████████████████████

     ████████████

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 67

# Redacted Version of Document Sought To Be Sealed



# Transcript of **DAEWOON MYOUNG**

**Date:** June 7, 2013

**Case:** APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD., ET AL.

Planet Depos Asia
Phone: 888-433-3767
Fax: 888-503-3767
Email: international.transcripts@planetdepos.com
Internet: www.planetdepos.com/asia

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

75

| | | |
|---|---|---|

9       MR. BUROKER:  Take a quick break.  I                11:25:12

10   think now would be a good time.                         11:25:14

11       LEAD INTERPRETER:  Sure.                            11:25:15

12       THE VIDEOGRAPHER:  We're going off the              11:25:16

13   record.  The time is 11:25.  It's the end of           11:25:18

14   Tape 2.                                                 11:25:21

15            (Brief recess taken.)                          11:25:22

16       THE VIDEOGRAPHER:  We're back on the                11:38:12

17   record.  The time is 11:38.  It's the start of         11:38:20

18   Tape 3.                                                 11:38:24

19   BY MR. BUROKER:                                         11:38:26

24       MR. ERWINE:  Objection, attorney-client            11:39:11

25   privilege.  Instruct the witness not to answer.        11:39:14

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013



76

12          MR. ERWINE:   Objection, vague.          11:40:24

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

77



| 19 | Q    Are you familiar with how the Swype | 11:43:16 |
| 20 | keyboard autocorrection or correction functionality | 11:43:19 |
| 21 | works? | 11:43:22 |
| 22 | MR. ERWINE:  Objection, vague. | 11:43:29 |
| 23 | THE DEPONENT:  I believe I require an | 11:43:38 |
| 24 | explanation from you as to what you have in mind | 11:43:40 |
| 25 | when you say "autocorrection or correction." | 11:43:42 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

78

1   BY MR. BUROKER:                                         11:43:45

2       Q    As the user is using the Swype keyboard,      11:43:48

3   does the Swype keyboard functionality provide          11:43:52

4   suggested changes to the word that the user is         11:43:56

5   inputting in the U.S. models?                          11:44:01

6           MR. ERWINE:  Objection, vague.                 11:44:24

12  BY MR. BUROKER:                                         11:44:56

13      Q    In the current version of the Swype           11:44:59

14  keyboard for the United States, if the user taps on    11:45:01

15  the letters "T H," what happens on the user's          11:45:07

16  screen in the messaging application, for example?      11:45:13

17          MR. ERWINE:  Objection, vague.                 11:45:34

18          THE DEPONENT:  I too feel that to be           11:45:38

19  somewhat vague, but to the best of my ability in       11:45:47

20  order to answer you, I would think it would say        11:45:51

21  "T H."                                                 11:45:54

22  BY MR. BUROKER:                                         11:46:00

23      Q    Does the Swype keyboard provide any           11:46:01

24  suggestions for alternatives for the letters "T H"?    11:46:04

25      A    My understanding is that it does.             11:46:27

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

91



15          LEAD INTERPRETER:  Strike.                 12:21:15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

92



HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

93

10   THE VIDEOGRAPHER:  We're going off the   12:24:49

11   record.  The time is 12:24.  This is the end of   12:24:50

12   Tape 3.   12:24:55

13   (Luncheon recess taken from 12:24 to 1:23 p.m.)   12:25:08

14   THE VIDEOGRAPHER:  The time is 1:23.   01:23:13

15   We're on the record at the start of Tape 4.   01:23:16

21   MR. ERWINE:  Just caution the witness not   01:23:48

22   to disclose the substance of any conversations with   01:23:49

23   counsel.   01:23:53

125

6        Q    Do you agree that it's an important        02:53:37

7   feature, to include an autocorrection or prediction   02:53:40

8   feature with a smartphone that utilizes a glass       02:53:45

9   touch keyboard?                                       02:53:48

10            MR. ERWINE:  Objection, vague.              02:54:05

11            THE DEPONENT:  I think that sort of calls   02:54:19

12   for a value judgment, so it's a little ambiguous to  02:54:21

13   try to answer that.  But I guess having it is        02:54:25

14   better than not having it.                           02:54:28

15   BY MR. BUROKER:                                      02:54:30

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

126



12    Q    And to your knowledge does the Google    02:56:52

13  keyboard have a correction functionality?    02:56:55

14    A    I believe yes.    02:57:07

25    MR. BUROKER:  What's been marked as    02:58:21

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

127

1    Exhibit 9 is a document bearing Bates label          02:58:23

2    SAMNDCA630-06085960 through 969.                     02:58:27

3         (Exhibit 9 was marked for                       02:58:27

4    identification.)                                     02:58:35

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013

128



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013



129

5     MR. ERWINE:  Attorney-client privilege.   03:04:36

6     Instruct the witness not to answer.   03:04:38

16     MR. ERWINE:  Objection, vague.   03:05:31

25     MR. BUROKER:  What's been marked as   03:06:23

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAEWOON MYOUNG
CONDUCTED ON FRIDAY, JUNE 7, 2013



130

1    Exhibit 10 is a document with Bates          03:06:50

2    No. SAMNDCA630-00395848 through 57.          03:06:57

3         (Exhibit 10 was marked for             03:06:57

4    identification.)                             03:07:04