[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 12-CV-00630-LHK |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RE AUTHENTICITY OF DOCUMENTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Joint Stipulation regarding the authentication of certain documents and things.

WHEREAS, Apple commenced the above-captioned action against Samsung on February 8, 2012;

WHEREAS, Samsung subsequently filed counterclaims against Apple;

WHEREAS, the Parties have determined that it is in their mutual interest to avoid the burden of authenticating certain documents and things at trial;

WHEREAS, the Parties agree that stipulating to the authenticity of certain documents and things will promote more efficient use of time at trial;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The document produced by Apple bearing Bates range APLNDC630-0001902278 through APLNDC630-0001902651 (PTX-237) is a true and correct copy of the User Guide for Samsung Galaxy S III – T-Mobile.

2. The document produced by Apple bearing Bates range APLNDC630-0000171798 through APLNDC630-0000171801 (PTX-110) is a true and correct copy of the document named "Quick Search Box for Android: Search your phone and the web," dated Oct. 9, 2009, from the Google Mobile Blog.

3. The document produced by Apple bearing Bates range APLNDC630-0001370765 through APLNDC630-0001370790 (PTX-112) is a true and correct copy of the document named "Android 2.3 Compatibility Definition."

4. The document produced by Apple bearing Bates range APLNDC630-0001370827 through APLNDC630-0001370852 (PTX-188) is a true and correct copy of the document named "Android 4.0 Compatibility Definition."

1   5. The document produced by Apple bearing Bates range APLNDC630-0001370853
2   through APLNDC630-0001370880 (PTX-189) is a true and correct copy of the document named
3   "Android 4.1 Compatibility Definition."

4   6. The document produced by Apple bearing Bates range APLNDC630-0001370791
5   through APLNDC630-0001370826 (PTX-187) is a true and correct copy of the document named
6   "Android 4.2 Compatibility Definition."

7   7. The document produced by Apple bearing Bates range APLNDC630-0001899028
8   through APLNDC630-0001899040 (PTX-190) is a true and correct copy of the document named
9   "Creating a Search Interface, Android Developers."

10  8. The document produced by Apple bearing Bates range APLNDC630-0001903435
11  through APLNDC630-0001903436 (PTX-192) is a true and correct copy of the document named
12  "Content Providers, Android Developers."

13  9. The document produced by Apple bearing Bates range APLNDC630-0000879625
14  through APLNDC630-0000879628 (PTX-102) is a true and correct copy of
15  AbstractThreadedSyncAdapter -Overview, available at
16  http://developer.android.com/reference/android/content/AbstractThreadedSyncAdapter.html.

17  10. The document produced by Apple bearing Bates range APLNDC630-0001906247
18  through APLNDC630-1906249 (PTX-105) is a true and correct copy of the document named
19  "Transferring Data Using Sync Adapters" available at http://developer.android.com/training/sync-
20  adapters/index.html.

21  11. The document produced by Apple bearing Bates range APLNDC630-0000879868
22  through APLNDC630-879881 (PTX-104) is a true and correct copy of the document named
23  "Spanner: Google's Globally-Distributed Database" available at
24  http://research.google.com/archive/spanner.html.

25  12. The document produced by Apple bearing Bates range APLNDC630-0000879847
26  through APLNDC630-879858 (PTX-103) is a true and correct copy of the document named

27
28

1  "Megastore: Providing Scalable, Highly Available Storage for Interactive Services" available at
2  http://research.google.com/pubs/pub36971.html.

3      13.   The document produced by Apple bearing Bates range APLNDC630-0001906681
4  through APLNDC630-0001906767 (PTX-175) is a true and correct copy of the document named
5  "Android Developers Reference – Intent," available at
6  http://developer.android.com/reference/android/content/Intent.html#ACTION_VIEW.

7      14.   The document produced by Apple bearing Bates range APLNDC630-0001913858
8  through APLNDC630-0001913875 (PTX-176) is a true and correct copy of the document named
9  "7 things you'll love about Leopard: From Quick Look to Data Detectors, this cat positively purrs,"
10 available at http://www.techradar.com/us/news/software/operating-systems/computing/apple/7-
11 things-you-ll-love-about-leopard-132999.

12     15.   The document produced by Apple bearing Bates range APLNDC630-0000879713
13 through APLNDC630-0000879719 (PTX-114) is a true and correct copy of the Android Developer
14 document titled "Processes and Threads," available on the web site
15 http://developer.android.com/guide/components/processes-and-threads.html.

16     16.   The document produced by Apple bearing Bates range APLNDC630-0000171812
17 through APLNDC630-0000171813 (PTX-126) is a true and correct copy of the document titled
18 "Search," available at Android Developers
19 (http://developer.android.com/guide/topics/search/index.html).

20     17.   The document produced by Apple bearing Bates range APLNDC-Y0000066914
21 through APLNDC-Y0000066914 (PTX-118) is a true and correct copy of a video of the Apple-
22 Macworld San Francisco 2007 Keynote Address.

23     18.   The document produced by Apple bearing Bates range APL630DEF-WH-
24 A0000008520 through APL630DEF-WH-A0000008615 (PTX-263) is a true and correct copy of a
25 3GPP document entitled, "Approved minutes of the 48th TSG-RAN WG2 meeting (London, 29
26 Aug –02 Sep 2005)," R2-052533, and the attached Participant List for Meeting 3GPPRAN2#48

27
28

1  dated September 9, 2005, and is available from http://www.3gpp.org/ftp/tsg_ran/WG2_RL2/
2  TSGR2_48bis/Documents/R2-052533.zip.

3      19.    The document produced by Apple bearing Bates range APL630DEF-WH-
4  A0000011051 through APL630DEF-WH-A0000012009 (PTX-274) is a true and correct copy of
5  the File History for U.S. Patent No. 8,259,656 and was published no later than September 4, 2012.

6      20.    The document produced by Apple bearing Bates range APL7940015126660 through
7  APL7940015126739 (PTX-273) is a true and correct copy of UMTS Generic Data Control
8  Interface, and was published no later than September 2, 2009.

9      21.    The document produced by Intel bearing Bates range 160DOC001025 through
10 160DOC001104 (PTX-273) is a true and correct copy of UMTS Generic Data Control Interface,
11 and was published no later than September 2, 2009.

12     22.    The document produced by Ricoh Americas Corp. bearing Bates range RICOH00002
13 through RICOH00007 (PTX-281) is a true and correct copy of the Ricoh publication "Digital
14 Camera Applications & Features."

15     23.    The document produced by Ricoh Americas Corp. bearing Bates range RICOH00133
16 through RICOH00136 (PTX-282) is a true and correct copy of the "Ricoh RDC-1 Specifications."

17     24.    The document produced by Ricoh Americas Corp. bearing Bates range RICOH00377
18 through RICOH00500 (PTX-283) is a true and correct copy of the Ricoh Digital Camera RDC-1
19 Instruction Manual.

20     25.    The document produced by Apple bearing Bates range APL630DEF-
21 WH00000008151 through APL630DEF-WH0000008308 (PTX-280) is a true and correct copy of
22 the Apple PhotoFlash User's Guide, 1994, and was published no later than 1994.

23     26.    The document produced by Gibbons P.C. bearing Bates range RC 0649 through RC
24 0664 (PTX-293) is a true and correct copy of the ArcSoft Corporate Backgrounder, and was
25 published no later than 1996.

26     27.    The video produced by Apple bearing Bates range APL630DEF-WH-A0000034381
27 through APL630DEF-WH-A0000034381 (PTX-299) is a true and correct copy of the Computer

28

Chronicles show covering COMDEX in 1995, available from http://archive.org/details/FallComd, and was publicly available no later than December 1995.

28. The document produced by Scott Zingerman bearing Bates range ZINGERMANNDCA630-00000149 through ZINGERMANNDCA630-00000192 (PTX-254) is a true and correct copy of the Intel Smart Video Recorder Installation Guide, and was published no later than March 1993.

29. The document produced by Apple bearing Bates range APL630DEF-WH0001726602 through APL630DEF-WH0001732790 (PTX-298) is a true and correct copy of the User Manual for the H3P System-on-a-chip.

30. The document produced by Apple bearing Bates range APL630DEF-WH0001749889 through APL630DEF-WH0001757765 (PTX-294) is a true and correct copy of the User Manual for the H5P System-on-a-chip.

31. The document produced by Samsung bearing Bates range SAMNDCA630-00094643 through SAMNDCA630-00094649 (DX-329) is a true and correct copy of the document entitled "Embedded Menus: Selecting Items in Context, Association for Computing Machinery" authored by Larry Koved and Ben Shneiderman, published in *Communications of the ACM,* Vol. 29, Number 4 no later than April 1986.

32. The document produced by Samsung bearing Bates range SAMNDCA630-00808437 through SAMNDCA630-00808725 (same as COHENNDCA630-00000188 through COHENNDCA630- 00000476) (DX-333) is a true and correct copy of the document entitled "Perspective Handbook", published by Pensoft Corporation no later than November 1992.

33. The document produced by Samsung bearing Bates range SAMNDCA630-00808758 through SAMNDCA630-00808886 (same as SAMNDCA630-00963744 through SAMNDCA630-00963872 and FRIDNIELNDCA630-00006937 through FRIDNIELNDCA630-00007065) (DX-330) is a true and correct copy of the Sidekick Version 1.5 Owner's Handbook, published by Borland International no later than March 1985.

34. The document produced by Samsung bearing Bates range SAMNDCA630-00944773 through SAMNDCA630-00945182 (DX-337) is a true and correct copy of the document entitled "Macintosh Human Interface Guidelines", published by Apple Computer, Inc. no later than 1992.

35. The video produced by Samsung bearing Bates range SAMNDCA630-04526333 through SAMNDCA630-04526333 (DX-312) is a true and correct copy of the Wide Area Information Servers (WAIS) launch lecture at Xerox PARC (1991), available from http://archive.org/details/wais_supercomputer_parc, depicting a public demonstration that took place in the United States in 1991.

36. The document produced by Samsung bearing Bates range SAMNDCA630-00948288 through SAMNDCA630-00948293 (DX-317) is a true and correct copy of the document entitled Exchange ActiveSync and Exchange 2003, published by Microsoft no later than July 6, 2005.

37. The document produced by Samsung bearing Bates number SAMNDCA630-05347297 (DX-317) is a true and correct copy of the document entitled Exchange Information Store Service Architecture, published by Microsoft no later than May 23, 2005.

38. The document produced by Samsung bearing Bates range SAMNDCA630-00094438 through SAMNDCA630-000944555 (DX-323) is a true and correct copy of the Novell Evolution 2.4 User Guide, published by Novell no later than September 7, 2005.

39. The document produced by Samsung bearing Bates range SAMNDCA630-07886200 through SAMNDCA630-07887095 (DX-325) is a true and correct copy of the document entitled "Fundamentals of Database Systems", Second Edition, authored by Ramez Elmasri and Shamkant B. Navathe, published by The Benjamin/Cummings Publishing Company, Inc. no later than 1994.

40. The document produced by Samsung bearing Bates range SAMNDCA630-07887096 through SAMNDCA630-07887109 (DX-317) is a true and correct copy of the document entitled "Extensible Storage Engine Architecture", published by Microsoft no later than January 16, 2006.

41. The document produced by Microsoft bearing Bates number MSFT-00630-001175 (DX-316) is a true and correct copy of the US Adjusted Revenue and Unit Summary from

Microsoft's MS Sales database, showing the adjusted sum in sales, in U.S. dollars, for the Windows Mobile 5.0 product grouping between October 2005 and June 2006.

42. The source code produced by Microsoft bearing Bates ranges MSFT_CODE0000170-00416, MSFT_CODE0001127 through MSFT_CODE0001666, MSFT_CODE0002023 through MSFT_CODE0002025, MSFT_CODE0002089 through MSFT_CODE0002803, MSFT_CODE0002956 through MSFT_CODE0002957, and MSFT_CODE0002996-03225, (DX-314) is a true and correct copy of Microsoft Windows Mobile 5.0 source code, corresponding to Microsoft Windows Mobile 5.0 software known, used, sold, and released no later than October 2005.

43. The document produced by Samsung bearing Bates range SAMNDCA630-00001325 through SAMNDCA630-00001326 (DX-344) is a true and correct copy of the document entitled "Touchscreen Toggle Design" authored by Catherine Plaisant and Daniel Wallace, published no later than May 7, 1992.

44. The video produced by Catherine Plaisant bearing Bates PLAISANTNDCA-00000002 (DX-343) is a true and correct copy of the presentation by Catherine Plaisant presented at the CHI '92 Technical Video Program, published in ACM SIGGRAPH Video Review Issues 76-77 and available no later than 1992.

45. The document produced by Samsung bearing Bates range SAMNDCA630-00940864 through SAMNDCA630-00940916 (DX-347) is a true and correct copy of the document entitled "Text Entry for Mobile Computing: Models and Methods, Theory and Practice" authored by I.Scott MacKenzie & R. William Soukoreff, published in Human Computer Interaction, 2002, Volume 17, published no later than 2002.

46. The document produced by OmniVision Technologies bearing Bates range OMNI 0866 through OMNI 1004 (DX-491) is a true and correct copy of the OmniVision OV9760 Product Specification published no later than September 2012.

47. The document produced by Intel bearing Bates range 593DOC000160 through 593DOC000322 (DX-353) is a true and correct copy of the Infineon Technologies X-Gold 616 PMB9801 Product Brief Data Sheet, published no later than March 18, 2010.

48. The document produced by Intel bearing Bates range 593DOC000323 through 593DOC000324 (DX-371) is a true and correct copy of the Infineon Technologies X-Gold 616 High Performance Modem Solution for Smart Phones Product Brief, published no later than 2009.

49. The document produced by Samsung bearing Bates range SAMNDCA630-07589022 through SAMNDCA630-07589089 (DX-357) is a true and correct copy of "Business, Not as Usual: 2, Count Them, 2 Emmys", published in 1994 Year in Review, Oklahoma Today Collector's Issue, Page 20.

50. The document produced by Samsung bearing Bates range SAMNDCA630-07589090 through SAMNDCA630-07589093 (DX-357) is a true and correct copy of 1994 Heartland Winners, National Academy of Television Arts & Sciences, 1994 Heartland Emmys Winners.

51. DX-359 are the original Emmy Award Statues, made available for inspection at the deposition of Michael Freeman on June 20, 2013.

52. The document produced by Samsung bearing Bates range SAMNDCA630-06812314 through SAMNDCA630-06812315 (DX-360) is a true and correct copy of an article entitled "Hitachi Scores Innovations '98 Award at CES With Innovative MPEG Camera", published in Business Wire no later than January 8, 1998.

53. The document produced by Samsung bearing Bates range, SAMNDCA630-06812319 through SAMNDCA630-06812323 (DX-360) is a true and correct copy of an article entitled "Hitachi's MPEG Camera Breaks New Ground", published in Video Systems no later than January, 1998.

54. The document produced by Samsung bearing Bates range SAMNDCA630-07888561 through SAMNDCA630-07888567 (DX-360) is a true and correct copy of the article entitled "The 14th Annual Awards (1997)".

55. The document produced by Samsung bearing Bates range SAMNDCA630-06812331 through SAMNDCA630-06812333 (DX-360) is a true and correct copy of the article entitled "New camera combines stills and video clips", published in Canberra Times no later than October 20, 1997.

56. The document produced by Samsung bearing Bates range SAMNDCA630-06812350 through SAMNDCA630-06812351 (DX-360) is a true and correct copy of the article entitled "Hitachi debuts world's first MPEG camera", published by Business Times no later than June 9, 1997.

57. The document produced by OmniVision Technologies bearing Bates range OMNI 0241 through OMNI 0407 (DX-491) is a true and correct copy of the OmniVision OV5693 Product Specification, published no later than March, 2013.

58. The document produced by OmniVision Technologies bearing Bates range OMNI 0483 through OMNI 0585 (DX-491) is a true and correct copy of the 93 OmniVision OV7736 Product Specification, published no later than June, 2012.

59. The document produced by OmniVision Technologies bearing Bates range OMNI 0586 through OMNI 0673 (DX-491) is a true and correct copy of the 94 Omnivision OV7738 Product Specification, published no later than December, 2010.

60. The document produced by Samsung bearing Bates range SAMNDCA630-06635592-SAMNDCA630-06635667 (DX-439) is a true and correct copy of the Samsung presentation entitled "iPhone 5 The biggest thing to happen to iPhone since iPhone Really?".

THE PARTIES FURTHER STIPULATE AND AGREE THAT the documents and other information set forth in paragraphs 1 through 60 above will be admissible as substantive evidence and may be used for all permissible purposes in this case, subject only to the following objections, which are preserved for trial:

- The evidence is irrelevant because it relates only to a patent or accused product that has been dropped from the case.
- FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or cumulative evidence).
- The evidence relates only to a theory that was not timely disclosed.
- Limiting instruction required to limit the document or evidence to a relevant, timely disclosed and non-prejudicial (subject to FRE 403) issue.
- Hearsay objection for hearsay within a document.
- Objections related to the use of an exhibit beyond that permitted by the parties' asserted claim, accused product, and prior art case narrowing statements.
- Objections specific to the witness through whom an exhibit is offered.
- Document or evidence is insufficiently corroborated to establish it as an alleged prior art system or publication on one or more of the following specific grounds:
    - the document or evidence is not shown to be a "printed publication" under section 102;
    - the document or evidence is not shown to have been in public use or on sale prior to the effective filing date of an asserted patent for which the document or evidence is asserted to be prior art;
    - the evidence is computer source code and it has not been established that the source code was used in a configuration alleged by the offering party to have been in public use or on sale prior to the effective filing date of the asserted patent;
    - the evidence is computer source code and it is not established that the computer source code was ever compiled in the manner alleged by the offering party to

establish how a system operated;

- the evidence is computer source code and it is not established that any person downloaded that computer source code and compiled it for execution in the United States prior to the effective filing date of the asserted patent;

1  IT IS SO STIPULATED.

2  Dated:  March 20, 2014

3

4  By: */s/ Rachel Krevans*                                 By: */s/ Victoria F. Maroulis*

5  Attorney for Plaintiff and Counterclaim-Defendant

   Attorney for Defendants and Counterclaim-Plaintiffs

6  APPLE INC.

   SAMSUNG ELECTRONICS CO., LTD.,
7  SAMSUNG ELECTRONICS AMERICA,
   INC., AND SAMSUNG
8  TELECOMMUNICATIONS AMERICA, LLC

9  HAROLD J. McELHINNY (CA SBN 66781)     CHARLES K. VERHOEVEN
   hmcelhinny@mofo.com                    (Bar No. 170151)
10 JACK W. LONDEN (CA SBN 85776)          charlesverhoeven@quinnemanuel.com
   jlonden@mofo.com                       KEVIN A. SMITH (Bar No. 250814)
11 RACHEL KREVANS (CA SBN 116421)         kevinsmith@quinnemanuel.com
   rkrevans@mofo.com                      QUINN EMANUEL URQUHART &
12 RUTH N. BORENSTEIN (CA SBN 133797)     SULLIVAN LLP
   rborenstein@mofo.com                   50 California Street, 22nd Floor
13 ERIK J. OLSON (CA SBN 175815)          San Francisco, California 94111
14 ejolson@mofo.com                       Telephone: (415) 875-6600
   MORRISON & FOERSTER LLP                Facsimile: (415) 875-6700
15 425 Market Street
   San Francisco, California 94105-2482   KEVIN P.B. JOHNSON (Bar No. 177129
16 Telephone: (415) 268-7000               (CA); 2542082 (NY))
17 Facsimile: (415) 268-7522              kevinjohnson@quinnemanuel.com
                                          VICTORIA F. MAROULIS (Bar No. 202603)
18 JOSH A. KREVITT (CA SBN 208552)        victoriamaroulis@quinnemanuel.com
   jkrevitt@gibsondunn.com                QUINN EMANUEL URQUHART &
19 H. MARK LYON (CA SBN 162061)           SULLIVAN LLP
   mlyon@gibsondunn.com                   555 Twin Dolphin Drive, 5th Floor
20 GIBSON, DUNN & CRUTCHER LLP            Redwood Shores, California 94065
21 1881 Page Mill Road                    Telephone: (650) 801-5000
   Palo Alto, CA  94304-1211              Facsimile: (650) 801-5100
22 Telephone: (650) 849-5300
   Facsimile: (650) 849-5333              WILLIAM C. PRICE (Bar No. 108542)
23                                        williamprice@quinnemanuel.com
   WILLIAM F. LEE (*pro hac vice*)        QUINN EMANUEL URQUHART &
24 William.lee@wilmerhale.com             SULLIVAN LLP
   WILMER CUTLER PICKERING                865 South Figueroa Street, 10th Floor
25   HALE AND DORR LLP                    Los Angeles, California 90017-2543
26 60 State Street                        Telephone: (213) 443-3000
   Boston, Massachusetts 02109            Facsimile: (213) 443-3100
27 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
28

02198.51981/5819231.8 2                   13
                                          STIPULATION AND [PROPOSED] ORDER RE AUTHENTICITY OF DOCUMENTS
                                          CASE NO. 12-CV-00630 (LHK)

ActiveUS 125427395v.1

1  MARK D. SELWYN (CA SBN 244180)
   mark.selwyn@wilmerhale.com
2  WILMER CUTLER PICKERING
3    HALE AND DORR LLP
   950 Page Mill Road
4  Palo Alto, CA 94304
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Victoria F. Maroulis , am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Rachel Krevans has concurred in this filing.

Dated:  March 20, 2014                              */s/  Victoria F. Maroulis*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  Dated: March___, 2014

_____
Hon. Lucy H. Koh
United States District Judge