**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD., a ) <br> Korean corporation; SAMSUNG ) <br> ELECTRONICS AMERICA, INC., a New York ) <br> corporation; and SAMSUNG ) <br> TELECOMMUNICATIONS AMERICA, LLC, ) <br> a Delaware limited liability company ) <br> ) <br> Defendants. ) <br> ) | Case No.: 12-CV-00630-LHK <br><br> ORDER TO BRING FJC VIDEO AND FILE FINAL OBJECTIONS TO PRELIMINARY JURY INSTRUCTIONS |

The parties are hereby ordered to bring a copy of the FJC patent video to trial on March 31, 2014 and April 1, 2014 for presentation to the jury. The Court has filed revised annotated and clean preliminary jury instructions. The parties shall file any final objections to the revised instructions by March 24, 2014 at 5 p.m. The parties have already reserved their previous objections for purposes of appeal.

Dated: March 21, 2014

_____
LUCY H. KOH
United States District Judge

1
ORDER TO BRING FJC VIDEO AND FILE FINAL OBJECTIONS TO PRELIMINARY JURY INSTRUCTIONS
5:12-cv-00630-LHK