1  JOSH A. KREVITT (SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, California 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

   WILLIAM F. LEE (*pro hac vice*)
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
    HALE AND DORR LLP
   60 State Street
   Boston, Massachusetts 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

6  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
7  JACK W. LONDEN (CA SBN 85776)
   jlonden@mofo.com
8  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
9  RUTH N. BORENSTEIN (CA SBN 133797)
10 rborenstein@mofo.com
   ERIK J. OLSON (CA SBN 175815)
11 ejolson@mofo.com
   MORRISON & FOERSTER LLP
12 425 Market Street
13 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
14 Facsimile: (415) 268-7522

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
    HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

15 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

16              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
17                    SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK (PSG) |
| 19              Plaintiff, | **DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S CLAIM CONSTRUCTION BRIEF REGARDING THE "MEANS FOR TRANSMISSION" LIMITATION OF CLAIM 15 OF U.S. PATENT NO. 5,579,239** |
| 20       v. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25              Defendants. | |

I, Mark D. Selwyn, declare as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for plaintiff and counterclaim-defendant Apple Inc. ("Apple"). I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. Attached as **Exhibit 1** is a true and correct copy of the Declaration of James Storer, Ph.D. in Support of Apple Inc.'s Claim Construction Brief Regarding the "Means for Transmission" Limitation of Claim 15 of U.S. Patent No. 5,579,239 dated March 21, 2014.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from Applicant's Amendment and Response to the Office Action Dated August 2, 1995, which is dated February 2 1996. Exhibit 2 is excerpted from the file history of U.S. Patent No. 5,579,239, and is Joint Trial Exhibit No. 26.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of Apple Inc.'s Amended Response to Samsung's Interrogatory No. 12, and is dated May 2, 2013.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 21st day of March 2014, at Santa Ana, California.


Dated: March 21, 2014           By: ___/s/ Mark D. Selwyn_____
                                      Mark D. Selwyn

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 21, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/ Mark D. Selwyn*
Mark D. Selwyn