[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRANSLATION OF TESTIMONY AT TRIAL** |

Pursuant to Civil L.R. 7-12, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Stipulation regarding translation of testimony at trial.

WHEREAS, trial in this case is set to begin on March 31, 2014;

WHEREAS, certain witnesses who will offer testimony at trial will do so in Korean; and

WHEREAS, in order to streamline trial and to avoid unnecessary disputes, the parties desire to establish a system to determine who will act as Official Interpreter and who will act as a check interpreter for each witness to testify in Korean.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. Apple's interpreter at trial shall be Mr. Albert Kim.

2. Samsung's interpreter at trial shall be Ms. Ann Park.

3. Apple's interpreter and Samsung's interpreter shall alternate serving as Official Interpreter during the trial for each witness who testifies in Korean.

4. When Apple's interpreter is serving as Official Interpreter, Samsung's interpreter shall serve as a check interpreter; and when Samsung's interpreter is serving as Official Interpreter, Apple's interpreter shall serve as check interpreter.

5. Apple's interpreter shall serve as Official Interpreter for the first witness to testify in Korean.

6. Neither party waives any other rights, including without limitation the right to object to improper or incorrect interpretation.

| | |
|---|---|
| 1  DATED: March 24, 2014 | |
| 2  MORRISON & FOERSTER LLP | |
| 3  HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |
| 4  MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | |
| 5  ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com | Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 6  RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | San Francisco, California 94111<br>Telephone: (415) 875-6600 |
| 7  JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com | Facsimile: (415) 875-6700 |
| 8  MORRISON & FOERSTER LLP<br>425 Market Street | Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com |
| 9  San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000 | Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 10 Facsimile:  (415) 268-7522 | 555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065 |
| 11 WILLIAM F. LEE<br>william.lee@wilmerhale.com | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 12 WILMER CUTLER PICKERING | |
| 13 HALE AND DORR LLP<br>60 State Street | Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com |
| 14 Boston, MA 02109<br>Telephone: (617) 526-6000 | 865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017 |
| 15 Facsimile: (617) 526-5000 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 16 MARK D. SELWYN (SBN 244180) | |
| 17 mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING | |
| 18 HALE AND DORR LLP<br>950 Page Mill Road | By: */s/ Victoria F. Maroulis*<br>   Victoria F. Maroulis |
| 19 Palo Alto, California 94304<br>Telephone: (650) 858-6000 | |
| 20 Facsimile: (650) 858-6100 | Attorneys for Defendants and<br>Counterclaim-Plaintiffs SAMSUNG |
| 21 | ELECTRONICS CO., LTD., SAMSUNG<br>ELECTRONICS AMERICA, INC. and |
| 22 | SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC. |
| 23 By: */s/ Rachel Krevans*<br>   Rachel Krevans | |
| 24    Attorneys for Plaintiff and Counterclaim-<br>   Defendant APPLE. | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: March ___, 2014

3

4  _____
   Honorable Lucy H. Koh
   United States District Judge

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Rachel Krevans has concurred in this filing.

Dated: March 24, 2014

/s/ Victoria F. Maroulis
Victoria F. Maroulis