QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443 3000
Facsimile:   (213) 443 3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-00630-LHK<br><br>**SAMSUNG'S OBJECTIONS TO REVISED PRELIMINARY JURY INSTRUCTIONS**<br><br>Trial Date: March 31, 2014<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1    Pursuant to the Court's order dated March 21, 2014 (Dkt. No. 1490), Samsung objects to

2  the Court's addition of the language "(except for Apple's '172 patent)" to the last paragraph of

3  Preliminary Instruction No. 20.   First, the Court's ruling that certain Samsung products infringe

4  the '172 patent is already addressed earlier in this same Instruction.   Second, neither Apple nor

5  Samsung proposed the additional language.   The additional language unnecessarily focuses the

6  jury on this issue in a manner prejudicial to Samsung.    The additional language also suggests the

7  Court has a view on the issue independent of its legal determination, which could affect the jury's

8  consideration of the issue of invalidity.

9

10

11

12  DATED: March 24, 2014                 QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
13

14                                       By */s/ Victoria F. Maroulis*
                                            Charles K. Verhoeven
15                                          Kevin P.B. Johnson
                                            William C. Price
16                                          Victoria F. Maroulis
                                            Michael L. Fazio
17                                          Attorneys for Defendants
                                            SAMSUNG ELECTRONICS CO., LTD.,
18                                          SAMSUNG ELECTRONICS AMERICA, INC.,
                                            and SAMSUNG TELECOMMUNICATIONS
19                                          AMERICA, LLC

20

21

22

23

24

25

26

27

28