QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California   90017-2543
Telephone:   (213) 443 3000
Facsimile:   (213) 443 3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-00630-LHK<br><br>**SAMSUNG'S OBJECTIONS TO APPLE'S DEPOSITION COUNTER DESIGNATIONS [RELATING TO DKT. NOS. 1466, 1493]**<br><br>Trial Date: March 31, 2014<br>Time: 9:00 a.m.<br>Place: Ceremonial Courtroom, 5th Floor<br>Judge: Hon. Lucy H. Koh |

Case No. 11-cv-00630-LHK
**SAMSUNG'S OBJECTIONS TO APPLE'S COUNTER DESIGNATIONS**

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") hereby submit their objections to
3 Apple's deposition counter designations as set forth in Apple's Objections to Samsung's
4 Discovery and Deposition Designations [Dkt. No. 1466].[1]
5    Samsung's specific objections to Apple's counter designations are attached as Exhibit A.
6 Samsung reserves its right to modify its objections, designations, and counter designations.

8  DATED: March 24, 2014          QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

                                  By */s/ Michael L. Fazio*
                                     Victoria F. Maroulis
                                     Michael L. Fazio
                                     Attorneys for Defendants
                                     SAMSUNG ELECTRONICS CO., LTD.,
                                     SAMSUNG ELECTRONICS AMERICA, INC.,
                                     and SAMSUNG TELECOMMUNICATIONS
                                     AMERICA, LLC

---

[1] Apple filed an errata at Dkt. No. 1493 to correct for a "typographical error" in its counter designations.