MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BERLIN, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

March 25, 2014

Writer's Direct Contact
+1 (415) 268.7178
RKrevans@mofo.com

Via ECF System

The Honorable Lucy H. Koh
United States District Judge
United States District Court for the Northern District of California
280 South First Street
San Jose, CA 95113

Re:   Apple v. Samsung, Case No. 12-cv-0630-LHK, Internet in Courtroom

Dear Judge Koh:

Counsel for Apple respectfully requests that the Court allow us to arrange for the provision of secure high-speed wireless or wired Internet access in the ceremonial courtroom.  The Internet connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings.  This will greatly facilitate the effective representation of all parties involved on this matter.  In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings.

Subject to your approval, we will retain Courtroom Connect to provide these services.

The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- Anyone using the network is required to use the highest level of encryption available (among other security measures, WPA-PSK is utilized with rotating key encryption).

- Onsite support, maintenance, monitoring, off-site user authentication, and many other measures are provided to ensure the highest levels of security and reliability.

- The network is totally separate from the Court's internal network.

Courtroom Connect will make all necessary arrangements with the Court's computer networking personnel and General Services Administration.  Sumit Chatterjee

sf-3398162

MORRISON | FOERSTER

Honorable Lucy H. Koh
March 25, 2014
Page Two

(phone: 650-814-5776) from Courtroom Connect is available to answer any questions about service and can provide any additional information that you would like.

Many trials in state and federal courts throughout the country have utilized a high speed connection to the Internet in the courtroom, including the *Perry v Schwarzenegger (Prop 8)* trial before Chief Judge Vaughn Walker and trials before Judge Martin Jenkins, Judge Susan Illston, Judge Charles Breyer, Judge Claudia Wilken, and others in Northern District of California.

If the Court is agreeable to these arrangements, Apple would most appreciate if you would sign the enclosed order permitting us to proceed and to coordinate accordingly with General Services Administration, if necessary.  Thank you for your consideration.

Respectfully submitted,

*/s/ Rachel Krevans*

Rachel Krevans

Attachment

sf-3398162