1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ACCESS TO COURTROOM CONNECT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Courtroom Connect is hereby authorized to provide parties with Internet connectivity for

2  the duration of the proceedings, set to begin on March 31, 2014.  Courtroom Connect may

3  proceed to make proper arrangements with the Court Information Technology Group and General

4  Services Administration personnel.  Courtroom Connect may provide its own cabling for this

5  service on a temporary basis, or utilize existing inside wiring already present within the court.

6  Parties and counsel are permitted to bring necessary electronic computing devices to connect to

7  the Courtroom Connect service.

8

9    **IT IS SO ORDERED.**

10

Dated: _____          _____

11                                            Hon. Lucy H. Koh
                                            United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28