UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 12-CV-00630-LHK |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a | ) | ORDER TO BRING COPIES OF JURY |
| Korean corporation; SAMSUNG | ) | INSTRUCTIONS IN JURY |
| ELECTRONICS AMERICA, INC., a New York | ) | NOTEBOOKS |
| corporation; and SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| a Delaware limited liability company | ) | |
| | ) | |
| Defendants. | ) | |

The preliminary jury instructions, *see* ECF No. 1489, are the jury instructions that will be presented to the jury. Samsung's objection, *see* ECF No. 1494, is overruled. The parties are ordered to include copies of these jury instructions in the jury notebooks they will bring to court for trial.

Dated: March 25, 2014

_____
LUCY H. KOH
United States District Judge

ORDER TO BRING COPIES OF JURY INSTRUCTIONS IN JURY NOTEBOOKS
5:12-cv-00630-LHK