1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>[PROPOSED] ORDER GRANTING ACCESS TO COURTROOM CONNECT |

1  Courtroom Connect is hereby authorized to provide parties with Internet connectivity for
2  the duration of the proceedings, set to begin on March 31, 2014.  Courtroom Connect may
3  proceed to make proper arrangements with the Court Information Technology Group and General
4  Services Administration personnel.  Courtroom Connect may provide its own cabling for this
5  service on a temporary basis, or utilize existing inside wiring already present within the court.
6  Parties and counsel are permitted to bring necessary electronic computing devices to connect to
7  the Courtroom Connect service.

**IT IS SO ORDERED.**

Dated: 03/25/2014

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING ACCESS TO COURTROOM CONNECT
CASE NO. 12-CV-00630-LHK (PSG)
sf-3398164

1