| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 5 | |
| 6 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 7 | Victoria F. Maroulis (Cal. Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 8 | 555 Twin Dolphin Drive 5th Floor Redwood Shores, California 94065 |
| 9 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 10 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 11 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 12 | 865 S. Figueroa St., 10th Floor Los Angeles, California 90017 |
| 13 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 14 | |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 16 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| | Plaintiff, | **NOTICE OF APPEARANCE** |
| | vs. | |
| | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| | Defendants. | |

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that David A. Nelson of Quinn Emanuel Urquhart & Sullivan,

3 LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4 America, Inc., and Samsung Telecommunications America, LLC.

5    Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6 directed to:

    David A. Nelson (appearance *Pro Hac Vice*) (Ill. Bar No. 6209623)
    davenelson@quinnemanuel.com
    500 West Madison St., Suite 2450
    Chicago, Illinois 60661
    Telephone:    (312) 705-7400
    Facsimile:    (312) 705-7401

DATED:   March 25, 2014          QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP


                                 By   */s/ David A. Nelson*
                                    David A. Nelson
                                    Attorneys for Defendants
                                    SAMSUNG ELECTRONICS CO., LTD.,
                                    SAMSUNG ELECTRONICS AMERICA, INC.,
                                    and SAMSUNG TELECOMMUNICATIONS
                                    AMERICA, LLC