# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: March 26, 2014                            Time in Court: 13 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (4:43 to 4:56)

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: CV12-00630 LHK
Plaintiff Attorney(s) present: Mark Selwyn
Defendant Attorney(s) present: Michael Fazio & Elliot Siegel

### PROCEEDINGS:
**Samsung's Motion for Partial Reconsideration of March 7, 2014 Sealing Order [Dkt. 1415] (Dkt. 1478)**

The court grants Samsung's Motion for Reconsideration.
Court to issue written order.

///