[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRANSLATIONS OF CERTAIN EXHIBITS AT TRIAL** |

Pursuant to Civil L.R. 7-12, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Stipulation regarding translation of testimony at trial.

WHEREAS, trial in this case is set to begin on March 31, 2014;

WHEREAS, Samsung has one exhibit on its exhibit list which was translated from German to English by a certified translator;

WHEREAS, Apple has twenty-three exhibits on its exhibit list which were translated from Korean to English by a certified translator;

WHEREAS, both parties have had a chance to independently review the opposing party's proposed English translations, provide counter-translations and corrections;

WHEREAS, both parties have negotiated all remaining corrections of English translations and revised the English translation portion of certain exhibits;

WHEREAS, both parties have produced any corrected English translation exhibits and have filed such corrected exhibits with the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. For purposes of this action, the parties will not contest the accuracy of the English translation for any of the foregoing exhibits:  PTX-107, PTX-115, PTX-117, PTX-120, PTX-121, PTX-146, PTX-149, PTX-150, PTX-151, PTX-152, PTX-168, PTX-169, PTX-174, PTX-181, PTX-182, PTX-183, PTX-194, PTX-200, PTX-204, PTX-207, PTX-210, PTX-219, PTX-220 and DX-304.

DATED:  March 26, 2014

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By: */s/* Rachel Krevans<br>    Rachel Krevans<br><br>    Attorneys for Plaintiff and Counterclaim-<br>    Defendant APPLE INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br>By: */s/* Victoria F. Maroulis<br>    Victoria F. Maroulis<br><br>    Attorneys for Defendants and<br>    Counterclaim-Plaintiffs SAMSUNG<br>    ELECTRONICS CO., LTD., SAMSUNG<br>    ELECTRONICS AMERICA, INC. and<br>    SAMSUNG TELECOMMUNICATIONS<br>    AMERICA, LLC. |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: March __, 2014

3

4                                          Honorable Lucy H. Koh
                                        United States District Judge

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Rachel Krevans has concurred in this filing.

Dated: March 26, 2014

                                          */s/* Victoria F. Maroulis
                                          Victoria F. Maroulis