[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRANSLATIONS OF CERTAIN EXHIBITS AT TRIAL** |

Case 5:12-cv-00630-LHK Document 1512 Filed 03/26/14 Page 2 of 5

1  Pursuant to Civil L.R. 7-12, Samsung Electronics Co., Ltd., Samsung Electronics America,
2  Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.
3  ("Apple") file this Stipulation regarding translation of testimony at trial.

4  WHEREAS, trial in this case is set to begin on March 31, 2014;

5  WHEREAS, Samsung has one exhibit on its exhibit list which was translated from German
6  to English by a certified translator;

7  WHEREAS, Apple has twenty-three exhibits on its exhibit list which were translated from
8  Korean to English by a certified translator;

9  WHEREAS, both parties have had a chance to independently review the opposing party's
10 proposed English translations, provide counter-translations and corrections;

11 WHEREAS, both parties have negotiated all remaining corrections of English translations
12 and revised the English translation portion of certain exhibits;

13 WHEREAS, both parties have produced any corrected English translation exhibits and
14 have filed such corrected exhibits with the Court;

15 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as
16 follows:

17  1. For purposes of this action, the parties will not contest the accuracy of the English
18 translation for any of the foregoing exhibits: PTX-107, PTX-115, PTX-117, PTX-120, PTX-121,
19 PTX-146, PTX-149, PTX-150, PTX-151, PTX-152, PTX-168, PTX-169, PTX-174, PTX-181,
20 PTX-182, PTX-183, PTX-194, PTX-200, PTX-204, PTX-207, PTX-210, PTX-219, PTX-220 and
21 DX-304.

DATED: March 26, 2014

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By: */s/* Rachel Krevans<br>    Rachel Krevans<br><br>    Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br><br>By: */s/* Victoria F. Maroulis<br>    Victoria F. Maroulis<br><br>    Attorneys for Defendants and<br>    Counterclaim-Plaintiffs SAMSUNG<br>    ELECTRONICS CO., LTD., SAMSUNG<br>    ELECTRONICS AMERICA, INC. and<br>    SAMSUNG TELECOMMUNICATIONS<br>    AMERICA, LLC. |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: March 26, 2014

3

4  _____
   Honorable Lucy H. Koh
   United States District Judge

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Rachel Krevans has concurred in this filing.

Dated: March 26, 2014

                                                        */s/* Victoria F. Maroulis
                                                        Victoria F. Maroulis