1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

| | |
|---|---|
| 11  APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK (PSG) |
| 12              Plaintiff, | AMENDED <br> [PROPOSED] ORDER GRANTING ACCESS TO COURTROOM CONNECT |
| 13       v. | |
| 14  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 15 | |
| 16 | |
| 17 | |
| 18              Defendants. | |

19
20
21
22
23
24
25
26
27
28

1 | Courtroom Connect is hereby authorized to provide parties with Internet connectivity for
2 | the duration of the proceedings, set to begin on March 31, 2014.  Courtroom Connect may
3 | proceed to make proper arrangements with the Court Information Technology Group and General
4 | Services Administration personnel.  Courtroom Connect may provide its own cabling for this
5 | service on a temporary basis, ~~or utilize existing inside wiring already present within the court~~.
6 | Parties and counsel are permitted to bring necessary electronic computing devices to connect to
7 | the Courtroom Connect service.

**IT IS SO ORDERED.**

Dated: 3/27/14

*Lucy H. Koh*

Hon. Lucy H. Koh
United States District Judge

[~~PROPOSED~~] ORDER GRANTING ACCESS TO COURTROOM CONNECT
CASE NO. 12-CV-00630-LHK (PSG)
sf-3398164

1