1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar. No. 108542)
10 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
11 michaelfazio@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
15

16                          UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18 APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
| 19          Plaintiff, | |
| 20     vs. | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S OBJECTIONS TO APPLE'S SLIDES AND EXHIBITS FOR OPENING ARGUMENT AND SAMSUNG'S RESPONSES TO APPLE'S OBJECTIONS TO SAMSUNG'S SLIDES FOR OPENING ARGUMENT** |
| 21 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22 ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24          Defendants. | |

98.51981/5840586.2

FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES RE: SLIDES AND
EXHIBITS FOR OPENING ARGUMENT

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a true and correct copy of excerpts from the September 26, 2013 deposition transcript of Andrew Cockburn, Ph.D. Apple has designated this transcript "Highly Confidential – Attorney's Eyes Only."

3. Attached as Exhibit B is a true and correct copy of an email dated February 13, 2014 from Jack W. Londen to Amar Thakur, with the subject "Apple v. Samsung (630): Final Exhibit List" (exclusive of attachment).

4. Attached as Exhibit C is a true and correct copy of an email dated March 26, 2014 from Esther Kim to Amar Thakur, with the subject "Apple v. Samsung (NDCA2): Inspection of JX28-JX48 (Physical Exhibits)."

5. Attached as Exhibit D is a true and correct copy of APL630DEF-WH00001749928, produced by Apple to Samsung in this litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 27, 2013, at San Jose, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

98.51981/5840586.2

-3-
FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES RE: SLIDES AND EXHIBITS FOR OPENING ARGUMENT

## ATTESTATION

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:   March 27, 2014      */s/ Victoria Maroulis*
                             Victoria Maroulis