# EXHIBIT A

Highly Confidential Attorneys Eyes Only

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE, INC., a California       )
     corporation,                    )
 6                                   )
                     PLAINTIFF,      )
 7          VS.                      )  12-cv-00630-LHK
                                     )
 8   SAMSUNG ELECTRONICS, CO., LTD, )
     a Korean business entity;       )  VOLUME I
 9   SAMSUNG ELECTRONICS AMERICA,   )
     INC., a New York corporation;  )
10   SAMSUNG TELECOMMUNICATIONS      )
     AMERICA, LLC, a Delaware        )
11   limited liability company,     )
                     DEFENDANTS.    )
12   _____)
13
14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16   VIDEOTAPED DEPOSITION OF ANDREW COCKBURN, Ph.D.
17             LOS ANGELES, CALIFORNIA
18           THURSDAY, SEPTEMBER 26, 2013
19
20
21
22
23   REPORTED BY:
24   CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR, RSA
25   JOB NO.: 66065
```

Page 136

1  alternative?

2      A.   I can't recall.  Probably -- no, I can't
3  recall.

4      Q.   Do you recall how much time you spent
5  using the Dart alternative?                           12:31

6      A.   Probably 15 minutes or thereabouts.

7      Q.   In using the Dart alternative, did you
8  enter text as a user would enter text?

9      A.   With the same conditions that I
10 described for the S3.                                 12:32

11     Q.   And you agree that the Dart alternative
12 does not infringe claim 18 of the '172 patent;
13 correct?

14     A.   Yes.

15     Q.   And in fact, if you look at footnote 6    12:32
16 of your report is footnote 6 referring to the
17 removal of the Dart alternative?

18          MR. LYON:  Objection.  Vague.

19     A.   It's referring to a change of behavior
20 in the -- in devices.                                 11:32

21     Q.   Okay.  And what was that change of
22 behavior that it's referring to?

23     A.   The removal of that alternative.

24     Q.   That alternative being the alternative
25 we have described as the Dart alternative?            11:33