**EXHIBIT B**

# Elliot Siegel

| | |
|---|---|
| **From:** | Londen, Jack W. [JLonden@mofo.com] |
| **Sent:** | Thursday, February 13, 2014 10:31 AM |
| **To:** | Amar Thakur |
| **Cc:** | Patrick Curran; Joby Martin; Amar Thakur; Michael Fazio; Samsung NEW; Apple 630 Team; WHAppleSamsungNDCalIITeam@wilmerhale.com; Apple/Samsung@gibsondunn.com; Sabri, Nathan B. |
| **Subject:** | Apple v. Samsung (630):  Final Exhibit List |
| **Attachments:** | 101678347_23 (SAN FRANCISCO-AvSS (630)  Joint Exhibit List-3383441).docx |

Amar and colleagues,

Attached is the final version of the Joint Exhibit List, pending entry of additional Bates numbers identified as missing in Jennifer Rho's 9:39 am email.

It is our understanding that the parties agree to the following conditions regarding specific entries in the Joint Exhibit List:

Source code:  The parties agree on the following four source code compilations for the joint exhibit list:

- Samsung Android source code and accused application source code
- Google Android source code and accused application source code
- Apple iOS source code, Mac OS X / OS X source code, baseband processor source code, and accused application source code
- Android Open Source Project source code

Each of these four joint code compilations may include source code files that were printed on Bates numbered pages and/or any native source code files that were specifically cited in a party's discovery responses and/or specifically cited in an expert report or supplement thereto, provided that by February 19, each side shall provide the other with (a) the production number or (b) the file path and file name of each source code and accused application to be included.


Devices:  The parties agree on 10 joint exhibits for accused Samsung devices (one joint exhibit for each device identified in Apple's final case narrowing statement) and 10 joint exhibits for accused Apple devices (one joint exhibit for each device identified in Samsung's final case narrowing statement).  Each of these joint exhibits is a compilation of particular models or builds or versions of that accused device.  By February 19, each party will identify specific device builds or models or versions of each accused device they wish to include in this compilation.  The parties agree that these compilations may include any model or build or version of an accused device, so long as that model or build or version of the device was specifically identified in a party's discovery responses and/or specifically cited in an expert report or supplement thereto.

Please that confirm the foregoing on behalf of your client.

Thanks.
Jack

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i)

1

avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail JLonden@mofo.com, and delete the message.