# EXHIBIT C

# Elliot Siegel

| | |
|---|---|
| **From:** | Kim, Esther [EKim@mofo.com] |
| **Sent:** | Wednesday, March 26, 2014 2:25 PM |
| **To:** | Amar Thakur; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam |
| **Cc:** | Samsung NEW |
| **Subject:** | RE: Apple v. Samsung (NDCA2): Inspection of JX28-JX46 (Physical Exhibits) |

Amar,

We have already made the general basis of our objections clear.  Further, we do not believe your specified deadline of 3 pm, which gives Apple only 1.5 hours to respond, is reasonable.  Finally, we think it makes more sense to provide you with further details regarding our objections to each device after inspecting the phones.

As for the inspection, Thursday, March 27, does not work for Apple.  We propose Friday, March 28, for the inspection of the phones Samsung is making available, as well as the phones Apple is making available.  Apple will make its phones available for inspection at the Fairmont Hotel in San Jose.  Please let us know if Samsung can also make its phone available for inspection at the Fairmont Hotel in San Jose.

Regards,

**Esther Kim**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7562
EKim@mofo.com | www.mofo.com

---

**From:** Amar Thakur [mailto:amarthakur@quinnemanuel.com]
**Sent:** Wednesday, March 26, 2014 1:27 PM
**To:** Kim, Esther; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam
**Cc:** Samsung NEW
**Subject:** RE: Apple v. Samsung (NDCA2): Inspection of JX28-JX46 (Physical Exhibits)

Esther,

Because the start of trial is fast approaching, we would like to confirm inspection date/time this afternoon.  We propose that Apple inspects the devices Samsung is making available in San Francisco, tomorrow, Thursday, March 27th and that Apple allows inspection of the devices Apple is making available, also tomorrow, Thursday, March 27th.  Please let me know as soon as possible this afternoon regarding confirmation of the proposed inspection dates.

Also, please inform us by 3pm PST today the "builds, versions, or configurations that are not the accused builds, versions, or configurations" that are in our list for JX28, JX29, JX32, JX33, and JX35 that Apple objects with an explanation of your objection for each such device.

Regards, Amar

---

**From:** Kim, Esther [mailto:EKim@mofo.com]
**Sent:** Wednesday, March 26, 2014 7:41 AM
**To:** Amar Thakur; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam
**Cc:** Samsung NEW
**Subject:** RE: Apple v. Samsung (NDCA2): Inspection of JX28-JX46 (Physical Exhibits)

Amar,
Today does not work for Apple.

The parties agreed that JX28 – JX37 would be a compilation of the accused Samsung devices.  Apple notes that Samsung has included, in its list for JX28, JX29, JX32, JX33, and JX35, builds, versions, or configurations that are not the accused builds, versions, or configurations.  Apple objects to the inclusion of these devices as part of the ten joint exhibits for the accused Samsung devices.

Regards,

**Esther Kim**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7562
EKim@mofo.com | www.mofo.com


**From:** Amar Thakur [mailto:amarthakur@quinnemanuel.com]
**Sent:** Tuesday, March 25, 2014 3:58 PM
**To:** Kim, Esther; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam
**Cc:** Samsung NEW
**Subject:** RE: Apple v. Samsung (NDCA2): Inspection of JX28-JX46 (Physical Exhibits)

Counsel,

Kindly provide a response to my query of last night.

Thanks, Amar

**From:** Amar Thakur
**Sent:** Monday, March 24, 2014 10:07 PM
**To:** 'Kim, Esther'; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; 'Apple/Samsung@gibsondunn.com'; 'Apple630MoFoTeam'
**Cc:** Samsung NEW
**Subject:** RE: Apple v. Samsung (NDCA2): Inspection of JX28-JX46 (Physical Exhibits)

Esther,

We acknowledge your request to postpone the date for the inspection.  Please let us know if Wednesday will work.

But I am perplexed by your objection to Exhibits JX28(d), JX29(j), JX29(k), JX29(l), JX29(m), JX32(g), JX33(d), JX35(n), JX35(o), and JX35(p) and remain hopeful that this objection is made in error.  I have attached JX 28-37 List of Devices that was sent to you (we have an acknowledgement of receipt by Lawrence Ramirez) and all the devices on the Joint Exhibit Devices Available for Inspection are on there.   Please review and respond promptly.

Regards, Amar

**Amar L. Thakur**
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

213-443-3263 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
amarthakur@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Kim, Esther [mailto:EKim@mofo.com]
**Sent:** Monday, March 24, 2014 8:43 PM
**To:** Amar Thakur; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam
**Cc:** Samsung NEW
**Subject:** RE: Apple v. Samsung (NDCA2): Inspection of JX28-JX46 (Physical Exhibits)

Amar,
Tomorrow does not work for Apple for either the inspection of devices Samsung is making available in San Francisco or the inspection of devices Apple is making available.  In addition, please explain the inclusion of devices which Samsung now purports to be part of Joint Exhibits 28, 29, 32, 33, and 35.  Exhibits JX28(d), JX29(j), JX29(k), JX29(l), JX29(m), JX32(g), JX33(d), JX35(n), JX35(o), and JX35(p) are not part of those joint exhibits and were not identified on February 19, when the parties agreed to "identify specific device builds or models or versions of each accused device they wish to include in this compilation."  Apple objects to the inclusion of these devices as joint exhibits.

Regards,

**Esther Kim**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7562
EKim@mofo.com | www.mofo.com

**From:** Amar Thakur [mailto:amarthakur@quinnemanuel.com]
**Sent:** Saturday, March 22, 2014 12:34 PM
**To:** Kim, Esther; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam
**Cc:** Samsung NEW
**Subject:** Apple v. Samsung (NDCA2): Inspection of JX28-JX46 (Physical Exhibits)

Esther,

I write regarding inspection of joint physical exhibits to be introduced at trial.

1. On Tuesday, March 25, Samsung will make the devices listed in the attached document available for inspection. Apple devices will be made available at Quinn Emanuel's Washington, D.C. Office. Samsung devices will be made available at Quinn Emanuel's San Francisco Office. We have numbered these devices such that they may be added to the JX exhibit sheets.  Please let me know who will attend these inspections for Apple.

2. Additionally, Samsung also requests that Apple make available for inspection all devices identified on the JX that Apple made available for inspection during discovery and that either Apple or Samsung identified for inclusion in the joint physical exhibits.  A list of the devices in Apple's possession that were not on Apple's list but were identified by Samsung for inclusion is attached.  Please let me know as soon as possible if Apple will make this inspection available by Tuesday, March 25.

3

Regards, Amar

**Amar L. Thakur**
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3263 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
amarthakur@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail EKim@mofo.com, and delete the message.

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail EKim@mofo.com, and delete the message.

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any

attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail EKim@mofo.com, and delete the message.