| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
| | Kevin A. Smith (Bar No. 250814) |
| 3 | kevinsmith@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 5 | Facsimile: (415) 875-6700 |

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | |
| vs. | **SAMSUNG'S NOTICE REGARDING PROPOSED OPENING STATEMENT SLIDES AND EXHIBITS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") will deliver to Chambers copies of Samsung's exchanged slides to be used during its opening statement along with copies of Apple's exhibits to which Samsung objects.

DATED: March 27, 2014         QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

                              By   */s/ Victoria F. Maroulis*
                                 Victoria F. Maroulis
                                 Michael L. Fazio

                                 Attorneys for SAMSUNG ELECTRONICS CO.,
                                 LTD., SAMSUNG ELECTRONICS AMERICA,
                                 INC., and SAMSUNG
                                 TELECOMMUNICATIONS AMERICA, LLC