JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2 ("Apple") hereby moves to seal the following documents:

3    1. Apple's Objections and Responses to Objections Regarding Parties' Opening
4       Slides ("Apple's Objections and Responses").
5    2. Exhibits A and C to the Declaration of Ruth Borenstein in Support of Apple's
6       Objections and Responses ("Exhibits A and C").

7    Apple's Objections and Responses contain information that Samsung has indicated is
8 confidential. Apple expects that Samsung will file the required supporting declaration in
9 accordance with Civil Local Rule 79-5 as necessary in order to confirm whether their
10 information should be sealed.

11   Apple does not maintain a claim of confidentiality over Apple's Objections and
12 Responses or Exhibits A and C. Apple does not file a proposed redacted version herewith in
13 light of the Court's Order requiring parties to meet and confer before filing public redacted
14 documents. D.I. 2934, Case No. 11-cv-1846 (Jan. 29, 2014).

15   For the foregoing reasons, Apple has moved to file its Objections and Responses under
16 seal. Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel
17 regarding this motion. Samsung does not oppose Apple's Administrative Motion to File Apple's
18 Objections and Responses Under Seal as a procedural mechanism for filing Apple's Objections
19 and Responses and exhibits thereto under seal. Samsung reserves the right to challenge any
20 proposed redactions to the extent it believes those redactions improperly seal non-confidential
21 information. Within 7 days of Samsung filing its declaration in support of sealing, the parties
22 will prepare and Apple will file a final consolidated and conformed copy of Apple's Objections
23 and Responses and exhibits thereto identifying what information Samsung, and any third parties
24 have supported sealing in their declarations.

ActiveUS 126189605v.1

1

Apple's Administrative Motion to
File Documents Under Seal
Case No. 12-cv-00630-LHK (PSG)

Dated: March 27, 2014

MORRISON & FOERSTER LLP

*/s/ Rachel Krevans*
Rachel Krevans

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 27, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Rachel Krevans
Rachel Krevans