1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2  has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to
3  Seal") in connection with Apple's Objections and Responses to Objections Regarding Parties'
4  Opening Slides ("Apple's Objections and Responses") and Exhibits A and C to the Declaration
5  of Ruth Borenstein in Support of Apple's Objections and Responses ("Exhibits A and C").
6    Apple has filed the Declaration of Rachel Krevans in Support of its motion.  For good
7  cause shown, the Court grant's Apple's motion to seal the confidential unredacted version of the
8  aforementioned document as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Apple's Objections and Responses | Portion identified by Samsung |
| Exhibit A | Portion identified by Samsung |
| Exhibit C | Portion identified by Samsung |

**IT IS SO ORDERED.**

Dated: _____, 2014            _____
                                          Hon. Lucy H. Koh
                                          United States District Judge

[PROPOSED] ORDER
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 126189630v.1