| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No.   12-cv-00630-LHK (PSG) <br><br> **DECLARATION OF RUTH N. BORENSTEIN IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS REGARDING PARTIES OPENING SLIDES** |

I, Ruth N. Borenstein, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Motions in Limine.

2. Attached as **Exhibit A** hereto is a true and correct copy of an excerpt from Samsung's Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories dated October 4, 2013.

3. Attached as **Exhibit B** hereto is a true and correct copy of excerpts from the Expert Deposition of John Hauser dated September 27, 2013.

4. Attached as **Exhibit C** hereto is a true and correct copy of excerpts from the Deposition of J.W. Lee taken on March 5, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of March, 2014 at San Francisco, California.

*/s/ Ruth N. Borenstein*
Ruth N. Borenstein

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ruth Borenstein has concurred in this filing.

Dated:  March 27, 2014                    By:     /s/ Rachel Krevans
                                                                  RACHEL KREVANS

DECLARATION OF RUTH N. BORENSTEIN ISO APPLE'S  OBJECTIONS & RESP. TO OBJECTIONS OPENING SLIDES
CASE NO.12-cv-00630-LHK (PSG)
sf-3399391

2