QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MISCELLANEOUS REQUEST TO INCLUDE IN THE JURY BOOKS CLAIM CONSTRUCTIONS OF CERTAIN CLAIM TERMS OF THE '647 PATENT PURSUANT TO *APPLE V. MOTOROLA* DECISION** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion To File Under Seal Documents Relating to Samsung's Miscellaneous Request to Include in the Jury Books Claim Constructions of Certain Claim Terms of the '647 Patent Pursuant to *Apple v. Motorola* Decision ("Miscellaneous Request").

3. Samsung moves to file under seal:

- Samsung's Miscellaneous Request to Include in the Jury Books Claim Constructions of Certain Claim Terms of the '647 Patent Pursuant to *Apple v. Motorola* Decision; and

- Exhibits 1-2 to the Jenkins Declaration in Support of Samsung's Miscellaneous Request to Include in the Jury Books Claim Constructions of Certain Claim Terms of the '647 Patent Pursuant to *Apple v. Motorola* Decision.

4. The Miscellaneous Request, and Exhibits 1-2 to the Jenkins Declaration may include information Apple may consider confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 27, 2014, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

02198.51981/5842047.1

-1-    Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION

**<u>ATTESTATION</u>**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rules 5-1(1), (3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  March 27, 2014           */s/ Victoria Maroulis*
                                 Victoria Maroulis