| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) |
| 12 | williamprice@quinnemanuel.com<br>Michael L. Fazio (Bar No. 228601) |
| 13 | michaelfazio@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor |
| 14 | Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000 |
| 15 | Facsimile:  (213) 443-3100 |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS |
| 17 | AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF SARA JENKINS  IN SUPPORT OF SAMSUNG'S MISCELLANEOUS REQUEST TO INCLUDE IN THE JURY BOOKS CLAIM CONSTRUCTIONS OF CERTAIN CLAIM TERMS OF THE '647 PATENT PURSUANT TO *APPLE V. MOTOROLA* DECISION** |

I, Sara Jenkins, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Miscellaneous Request To Include in the Jury Books Claim Constructions of Certain Claim Terms of The '647 Patent Pursuant to *Apple v. Motorola* Decision.

3. Counsel for Samsung met and conferred with counsel for Apple on March 25th and 26th regarding the contents of the jury book. Samsung proposed to Apple that the jury book should contain a claim construction chart for Apple's '647 patent that included the construction set by this Court for the term "action processor," and the constructions previously set by Judge Posner for "analyzer server" and "linking actions to the detected structures." Apple refused to include the constructions for the two terms previously construed by Judge Posner.

4. Attached as Exhibit 1 is a true and correct excerpted copy of the April 4, 2012 deposition of Dr. Todd D. Mowry.

5. Attached as Exhibit 2 is a true and correct excerpted copy of the August 12, 2013 Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647.

6. Attached as Exhibit 3 is a true and correct copy of Apple's September 8, 2010 letter to the Honorable Judge Richard Seeborg.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 27, 2014, at Redwood Shores, California.

*/s/ Sara Jenkins*
Sara Jenkins

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Sara Jenkins has concurred in this filing.

Dated: March 27, 2014

*/s/ Victoria Maroulis*
Victoria Maroulis