1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MISCELLANEOUS REQUEST TO INCLUDE IN THE JURY BOOKS CLAIM CONSTRUCTIONS OF CERTAIN CLAIM TERMS OF THE '647 PATENT PURSUANT TO *APPLE V. MOTOROLA* DECISION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/5841970.1

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MISCELLANEOUS REQUEST TO INCLUDE IN THE JURY BOOKS CLAIM CONSTRUCTIONS OF CERTAIN CLAIM TERMS OF THE '647 PATENT PURSUANT TO *APPLE V. MOTOROLA* DECISION

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3 to include in the jury books the claim constructions of U.S. Patent 5,946,647 ("the '647") claim
4 terms "analyzer server" and "linking actions to the detected structures" pursuant to the claim
5 constructions set by Judge Posner in the Northern District of Illinois litigation between Apple and
6 Motorola.
7  Having considered Samsung's Motion, the pleadings and papers submitted in support of
8 and in opposition to the Motion, and good cause having been shown, the Court GRANTS
9 Samsung's Motion and ORDERS that the constructions from Judge Posner's *Markman* order (11-
10 cv-08540 Dkt. 671) for the '647 claim terms "analyzer server" and "linking actions to the detected
11 structures" be provided to the jury in the jury books.

14  **IT IS SO ORDERED.**

16 DATED: _____

17  The Honorable Lucy H. Koh
   United States District Judge

02198.51981/5841970.1

-1-    Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MISCELLANEOUS REQUEST TO INCLUDE IN THE JURY BOOKS CLAIM CONSTRUCTIONS OF CERTAIN CLAIM TERMS OF THE '647 PATENT PURSUANT TO *APPLE V. MOTOROLA* DECISION