1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MISCELLANEOUS REQUEST TO INCLUDE IN THE JURY BOOKS CLAIM CONSTRUCTIONS OF CERTAIN CLAIM TERMS OF THE '647 PATENT PURSUANT TO *APPLE V. MOTOROLA* DECISION** |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative
3 Motion to File Documents Under Seal Relating to Samsung's Miscellaneous Request to Include in
4 the Jury Books Claim Constructions of Certain Claim Terms of the '647 Patent Pursuant to *Apple
5 v. Motorola* Decision.
6   Having considered Samsung's motion, and compelling reasons having been shown, the
7 Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Miscellaneous Request to Include in the Jury Books Claim Constructions of Certain Claim Terms of the '647 Patent Pursuant to *Apple v. Motorola* Decision | See public redacted version. |
| Exhibits 1-2 to the Jenkins Declaration in Support of Samsung's Miscellaneous Request to Include in the Jury Books Claim Constructions of Certain Claim Terms of the '647 Patent Pursuant to *Apple v. Motorola* Decision | See public redacted version. |

**IT IS SO ORDERED.**

DATED: _____

　　　　　　　　　　　　　　　　　　　　　The Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　　　　　　United States District Judge

02198.51981/5842060.1

-1-   Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL