1   [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
10                          **SAN JOSE DIVISION**

11

12   **APPLE INC., a California corporation,**          **Civil Action No. 12-CV-00630-LHK**

13

14                          **Plaintiff,**          **JOINT LIST OF WITNESSES,**
                                            **DEPONENTS, ATTORNEYS AND**
        **v.**                                  **LAW FIRMS**
15

16   **SAMSUNG ELECTRONICS CO., LTD., a**       Judge: Hon. Lucy H. Koh
     **Korean corporation, SAMSUNG**            Place: Courtroom 1, 5th Floor
17   **ELECTRONICS AMERICA, INC., a New**       Trial: March 31, 2014 at 9 a.m.
     **York corporation, and SAMSUNG**
18   **TELECOMMUNICATIONS AMERICA,**
     **LLC, a Delaware limited liability company,**
19

20

21                          **Defendant.**

22

23

24

25

26

27

28

1    Pursuant to the Court's Order (Dkt. No. 1158) the parties submit this statement identifying

2   witnesses, deponents, attorneys, law firms, and trial dates to be used during jury selection.

3

| | | |
|---|---|---|
| 4  Acharya, Deepa | Boss, Chad | Ching, Leizel A |
| 5  Alden, Anthony | Boutrous Jr., Theodore J. | Choi, Joon-Il |
| 6  Amar, Nicole D. | Briggs, Todd | Christie, Gregory |
| 7  Ananian, Arsineh | Bringert, Bjorn | Chung, Frederick S. |
| 8  Anderson, Carl | Brodsky, Reed M. | Clark, Cary |
| 9  Anderson, Tom | Brooks, Heath | Cockburn, Andrew |
| 10  Anzures, Freddy | Buckley, Mark | Cohen, Diana |
| 11  Arrouye, Yan | Buroker, Brian M. | Collier, Marc A. |
| 12  Bahal, Tasha J. | Butler, Christopher | Cooper, Lindsay |
| 13  Balducci, Juan V. Esteve | Carlson, Kristin N. | Cox, Alexander K. |
| 14  Barach, Katharine | Case, Melissa M. | Crone, Daryl |
| 15  Baxter, Alex | Casseres, David | Curran, Patrick |
| 16  Bekier, Jordan H. | Cate, Andrew | Dalziel, Melissa |
| 17  Belville McCarthy, Heather | Chandler, Sarah | Danford, Andrew J |
| 18  Benner, Timothy | Chang, Dong Hoon | Deniau, Thomas |
| 19  Bennett, James | Chapleau, Marianna C. | Denison, Justin |
| 20  Bernabe, Sophie L. | Chase, Jeffrey | DePuy, Brittany |
| 21  Bers, Rebecca | Chen, Denny | DiCarlo, Nick |
| 22  Bier, Eric | Chen, Stephanie | Donnelly, Mark |
| 23  Binder, Alex | Cheng, Fred | Drezdzon, Samuel |
| 24  Bivona, Eric | Chennakesavan, Prashanth | Ducca, Marissa |
| 25  Blevins, Tony | Cheong, Joonkyo (Joseph) | Dupree Jr., Thomas H. |
| 26  Bonura, Thomas | Chevalier, Judy | Erdem, Tulin |
| 27  Borden, Kara | Chi, Grace | Erwine, Richard |
| 28  Borenstein, Ruth | Chiang, David R. | Estrada, Miguel A. |

| | | | |
|---|---|---|---|
| 1 | Evanson, Blaine H. | Google Custodian of | Iran, Roxanna F. |
| 2 | Fazio, Michael | Records | Iwahashi, Ryan K. |
| 3 | Fedman, Emily L. | Gövert, Norbert | Jacobs, Michael |
| 4 | Fernands, Anastasia | Green, Lynne A. | Jaffe, Joshua |
| 5 | Fisher, Stanley | Greenberg, Saul | Jalali, Neema |
| 6 | Fletcher, Lauren | Greenfield, Leon | Jeffay, Kevin |
| 7 | Florance, Scott | Greer, Lindsey A. | Jenkins, Sara |
| 8 | Fluckiger, Megan K. | Grossman, Dov | Johnson, Ashley E. |
| 9 | Forstall, Scott | Hackborn, Dianne | Johnson, Kevin |
| 10 | Foster, George | Hagiz, Ron | Jones, Holly A. |
| 11 | Foster, James Kent | Hall, Gary | Joswiak, Greg |
| 12 | Francis, Christopher M. | Hall-Ellis, Sylvia | Kahle, Brewster |
| 13 | Frazier, Sarah | Harris, Alexander N. | Kang, Robert |
| 14 | Freedman, Gordon | Hauser, John | Kearl, James |
| 15 | Freeman, Michael | Herriot, Liv | Kelly, Alison M. |
| 16 | Freeman, Mitchael | Heyison, Michael | Kidman, Scott |
| 17 | Freeman, Richard | Hing, Kenzo Fong | Kim, Esther |
| 18 | French, Omari | Hogan, Howard S. | Kim, Robert E. |
| 19 | Frid-Nielsen, Lars | Hong, Jong Pil | Kim, Stephanie J. |
| 20 | Fuhr, Norbert | Hong, Samantha N. | Kim, Steven S. |
| 21 | Furman, Joshua R. | Horniak, David | Kim, Youngmi |
| 22 | Garcia, Robert | Hsieh, Ann | Kistler, Cameron O. |
| 23 | Garcia, Roberto | Hung, Richard | Kocienda, Kenneth |
| 24 | Gogerty, Patrick | Hung, Yat-Sang | Kolovos, Peter |
| 25 | Golden, Augustus | Hutchison, Jim | Kop, Allison C. |
| 26 | Goldenberg, Richard | Icaza, Miguel de | Kraus, Solmaz |
| 27 | Goldstein, Ryan | Imahiro, James | Krevans, Rachel |
| 28 | | | |

JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS
CASE NO. 12-CV-00630 (LHK)

| | | | |
|---|---|---|---|
| 1 | Krevitt, Josh | Maccoun, James | Mouzari, Azar |
| 2 | Krinsky, David | Mack, Brian | Mowry, Todd |
| 3 | Kuwayti, Ken | Mader, Shannon E. | Mueller, Joseph |
| 4 | Lau, Jeffrey G. | Madigan, Kristin | Myoung, Daewoon |
| 5 | LeBlanc, John | Maier, Cosmin | Newton, Jared |
| 6 | Lee, Don-Joo | Malone, Timothy W. | Ng, Stan |
| 7 | Lee, Heung-Mo | Marchioli, Carlo D. | O'Halloran, John |
| 8 | Lee, Jun Won | Maroulis, Victoria | Olson, Erik |
| 9 | Lee, Sung Sik | Martin, Joby | O'Neill, Richard |
| 10 | Lee, William | Martin, Scott P. | Park, Junho |
| 11 | Leefer, Nicholas | Martinez, Dace C. | Park, Sung-Geun |
| 12 | Leslie, Scott A. | Matthews, Stephanie M. | Parulski, Ken |
| 13 | Li, Chaehwan | Maurer, Aaron | Pease, Thomas |
| 14 | Liao, Andrew | Mawhinney, Bryan | Pendleton, Todd |
| 15 | Liu, Susan | McCracken, Casey J. | Peng, Michael |
| 16 | Llewellyn, Scott | McElhinny, Harold | Perry, Mark A. |
| 17 | Lo, Jason C. | McKee, John | Pettit, John P. |
| 18 | Lockheimer, Hiroshi | McKenzie, Shane | Pezzano, Amanda R. |
| 19 | Londen, Jack | McLeod, Kenneth | Pfeifer, Ulrich |
| 20 | Lossada, Juan | Merber, Kenneth | Pham, Tu-Quyen |
| 21 | Lozano, Valerie | Miller, Elise | Plaisant, Catherine |
| 22 | Lu, Quincy A. | Miller, James | Poon, Julian W. |
| 23 | Lumumba, Tafari N. | Miller, Michelle | Posner, Dan |
| 24 | Lund, Jessica Lyn | Miller, Philip David White | Post, Doug |
| 25 | Lundberg, Jim | Millet, Timothy | Prendergast, Mary |
| 26 | Lyon, H. Mark | Milowic III, Joseph | Price, Christopher |
| 27 | Lyons, Michael A. | Mortensen, Keith | Price, Maxim |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | Price, William | Schiller, Philip | Syu, Eric T. |
| 2 | Prussia, Kevin S | Schonfeld, Dan | Tallon, Nina |
| 3 | Quarles, James | Seares, Carrie | Tang, Derek |
| 4 | Quinn, John | Selwyn, Mark | Tatarka, Timothy |
| 5 | Quintana, Fred | Sexton, Rory | Tchao, Michael |
| 6 | Rangel, Arthur | Shaffer, Derek | Teksler, Boris |
| 7 | Rao, Sanjay | Sharma, Anup | Thakur, Amar |
| 8 | Razick, James | Sheppard, Tim | Thomasch, Daniel J. |
| 9 | Reibstein, David | Siegel, Elliot | Thompson, Aaron |
| 10 | Reiter, Mark N. | Silhasek, Michael | Titi, Justin |
| 11 | Rezvani, Shahin | Simmons, Sarah E. | Tobin, Olga |
| 12 | Rho, Jennifer Jiyun | Sinclair, Steve | Todd, Hugh A. |
| 13 | Richard, Colin C. | Singh, Himanshu | Tonkovich, Russell |
| 14 | Rinard, Martin | Sladic, Sarah J. | Torchia, Paul E. |
| 15 | Robinson, Christopher | Smith, Meredith A. | Townsend, Lucas C. |
| 16 | Rodriguez, Carlos | Snoeren, Alex | Trac, Bill |
| 17 | Roeber, Helena | Sohn, Dale | Valek, Michael A. |
| 18 | Root, Veronica S. | Song, Dominique N. | Vanlerberghe, Marc |
| 19 | Rosenberg, Brian | Souto, Vic | Vellturo, Christopher |
| 20 | Rosenberg, Stuart M. | Staino, Efrain | Verlander, Wendy |
| 21 | Rubin, Andy | Stedfast, Jeffrey | Vincent, James |
| 22 | Sabri, Nathan | Stone, Rodney J. | Vincent, Robert A. |
| 23 | Saji, Michael Y. | Storer, James A. | Wakasa, Ken |
| 24 | Salmon, Denis R. | Strumwasser, Jared M. | Walden, S. Calvin |
| 25 | Sardella, Nick | Sukman, Gabriel S. | Walker, Jacob A. |
| 26 | Sasson, Steven | Summers, Zachariah | Wall, Eric |
| 27 | Saxton, Kate | Syrett, Timothy D. | Warren, Matthew |
| 28 | | | |

02198.51990/5842412.1

JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS
CASE NO. 12-CV-00630 (LHK)

| | | |
|---|---|---|
| Watrous, B.J. | Whitt, Samuel K. | Yoo, Seung Hun |
| Watrous, Bruce "BJ" | Wiener, Christopher | Yoon, Angela |
| Watson, Scott | Wigdor, Daniel | Yu, Minae |
| Weiner, Genevieve G. | Winslow, Kelly | Zalduendo, Jeanine |
| Weitzman, Avi | Wittenberg, Lindsey R. | Zalewski, Kathryn |
| Westbrook, Paul | Wong, Walter | |
| Whitehurst, Alan | Yang, David | |

Crone Hawxhurst LLP

Gibson, Dunn & Crutcher

Morrison & Foerster LLP

Quinn Emanuel Urquhart & Sullivan, LLP

Williams & Connolly LLP

Wilmer Cutler Pickering Hale and Dorr LLP

The trial will take place on March 31 and April 1, 4, 7, 8, 11, 14, 15, 18, 21, 22, 25, 28 and 29, 2014 from 9:00 a.m. to noon, and 1:00 p.m. to 4:30 p.m.

Dated:  March 28, 2014

By: */s/ Mark D. Selwyn*

Attorney for Plaintiff and Counterclaim-
Defendant

APPLE INC.

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)

By: */s/ Victoria F. Maroulis*

Attorney for Defendants and Counterclaim-
Plaintiffs

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC., AND SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

CHARLES K. VERHOEVEN
(Bar No. 170151)
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com

JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS
CASE NO. 12-CV-00630 (LHK)

1   rkrevans@mofo.com
    RUTH N. BORENSTEIN (CA SBN 133797)
2   rborenstein@mofo.com
    ERIK J. OLSON (CA SBN 175815)
3   ejolson@mofo.com
    MORRISON & FOERSTER LLP
4   425 Market Street
5   San Francisco, California 94105-2482
    Telephone: (415) 268-7000
6   Facsimile: (415) 268-7522
7
    JOSH A. KREVITT (CA SBN 208552)
8   jkrevitt@gibsondunn.com
    H. MARK LYON (CA SBN 162061)
9   mlyon@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
10  1881 Page Mill Road
    Palo Alto, CA  94304-1211
11  Telephone: (650) 849-5300
12  Facsimile: (650) 849-5333
13  WILLIAM F. LEE (*pro hac vice*)
    William.lee@wilmerhale.com
14  WILMER CUTLER PICKERING
     HALE AND DORR LLP
15  60 State Street
16  Boston, Massachusetts 02109
    Telephone: (617) 526-6000
17  Facsimile: (617) 526-5000
18
    MARK D. SELWYN (CA SBN 244180)
19  mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
20   HALE AND DORR LLP
    950 Page Mill Road
21  Palo Alto, CA 94304
    Telephone: (650) 858-6000
22  Facsimile: (650) 858-6100
23
24
25
26
27
28

QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129
(CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
VICTORIA F. MAROULIS (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM C. PRICE (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1

**ATTESTATION**

2      I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this
Joint List of Witnesses, Deponents, Attorneys and Law Firms.  In compliance with Local Rule 5-
3      1(i)(3), I hereby attest that Mark D. Selwyn has concurred in this filing.

4

5   Dated:  March 28, 2014                              */s/  Victoria F. Maroulis*

6                                                              Victoria F. Maroulis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS
CASE NO. 12-CV-00630 (LHK)