UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER TO FILE UPDATE ON |
| ) | APPLE'S OBJECTION REGARDING |
| v. ) | JX28, JX29, JX32, JX33, AND JX35 |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

Apple is ordered to file an update regarding whether its objection to JX28, JX29, JX32, JX33, JX35, *see* ECF no. 1517-3, is moot by today, March 28, 2014 at 2 p.m.

**IT IS SO ORDERED.**

Dated: March 28, 2014

_____
LUCY H. KOH
United States District Judge