1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
7  JAMES P. BENNETT (CA SBN 65179)
   jbennett@mofo.com
8  JACK W. LONDEN (CA SBN 85776)
   jlonden@mofo.com
9  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
14 Facsimile:  (415) 268-7522

15 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                           SAN JOSE DIVISION

20 APPLE INC., a California corporation,           Case No.   12-cv-00630-LHK (PSG)

21              Plaintiff,                         **NOTICE OF APPEARANCE OF LAUREN B. FLETCHER**

22       v.

23 SAMSUNG ELECTRONICS CO., LTD., a
   Korean corporation; SAMSUNG
24 ELECTRONICS AMERICA, INC., a New
   York corporation; and SAMSUNG
25 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,

26              Defendants.

27

28

1    PLEASE TAKE NOTICE that attorney Lauren B. Fletcher of Wilmer Cutler Pickering Hale and Dorr LLP, a member of the State Bar of California (CA SBN 230292) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned case.

        Lauren B. Fletcher
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        Phone:  (617) 526-6000
        Fax:  (617) 526-5000
        Email:  lauren.fletcher@wilmerhale.com

Dated:  March 28, 2014        WILMER CUTLER PICKERING
                                            HALE AND DORR LLP

                                      By:   */s/ Lauren B. Fletcher*
                                                    Lauren B. Fletcher

                                                    Attorneys for Plaintiff and
                                                    Counterclaim-Defendant
                                                    APPLE INC.

NOTICE OF APPEARANCE
CASE NO. 12-CV-00630-LHK (PSG)

1