WILMERHALE

March 28, 2014

**By ECF System**

Mark D. Selwyn

+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

The Honorable Lucy H. Koh
United States District Judge
United States District Court for the Northern District of
California
280 South First Street
San Jose, California 95113

Re:  Apple v. Samsung, Case No. 12-cv-630-LHK:  Additional Case Narrowing

Dear Judge Koh:

      Apple will not argue at trial that claim 27 of the '449 patent or claim 15 of the '239 patent is invalid.  To reflect this further case narrowing, the parties have jointly prepared proposed revisions to:  (1) the Court's Preliminary Jury Instructions (Dkt. 1489); (2) the parties' Joint Proposed Final Jury Instructions (Dkt. 1458); and (3) the parties' Joint Submission Regarding Proposed Form of Verdict (Dkt. 1453).

- Exhibit A is a redline of the parties' joint proposed revision to the Court's Preliminary Jury Instructions.  The parties are in agreement regarding the proposed revisions.

- Exhibit B is a clean version of the parties' joint proposed revision to the Court's Preliminary Jury Instructions.

- Exhibit C is the parties' Revised Joint Proposed Final Jury Instructions.  The parties are in agreement regarding the proposed revisions.

- Exhibit D is the parties' Revised Joint Submission Regarding Proposed Form of Verdict.  The parties have made similar changes to their respective proposed verdict forms, *i.e.*, to remove the jury questions related to invalidity of claim 27 of the '449 patent and claim 15 of the '239 patent.

The parties can provide redlined versions of Exhibit C and D should it please the Court.

Respectfully submitted,

*/s/ Mark D. Selwyn*

Mark D. Selwyn

Attachments

Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

WILMERHALE

The Honorable Lucy H. Koh
March 28, 2014
Page 2

cc: Counsel of Record

ActiveUS 126197605v.1