United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, <br><br>         Plaintiff and Counterdefendant, <br><br>       v. <br><br> SAMSUNG ELECTRONICS CO. LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation;  and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>         Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK <br><br> ORDER PERMITTING ELECTRONIC EQUIPMENT IN COURTHOUSE BY MEMBERS OF THE PRESS |

Members of the press (i.e. individuals with press credentials or a photo ID with a press business card) will be permitted to bring electronic equipment, e.g. laptops, phones, etc., into the Ceremonial Courtroom, the overflow courtroom, and the Attorney's Lounge during the trial, from March 31, 2014 to approximately May 6, 2014. In addition, members of the press are also permitted to bring photo equipment into the Attorney's Lounge, although the taking of photographs in the Courthouse is not permitted.

**IT IS SO ORDERED.**

Dated:  March 28, 2014

_____

LUCY H. KOH
United States District Judge