[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **APPLE INC., a California corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,**<br><br>Defendant. | **Civil Action No. 12-CV-00630-LHK**<br><br>**CORRECTED JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS**<br><br>Judge: Hon. Lucy H. Koh<br>Place: Courtroom 1, 5th Floor<br>Trial: March 31, 2014 at 9 a.m. |

1  Pursuant to the Court's Order (Dkt. No. 1158) the parties submit this statement identifying
2  witnesses, deponents, attorneys, law firms, and trial dates to be used during jury selection.
3

| # | | | |
|---|---|---|---|
| 4 | Acharya, Deepa | Borden, Kara | Cheong, Joonkyo (Joseph) |
| 5 | Alden, Anthony | Borenstein, Ruth | Chevalier, Judy |
| 6 | Amar, Nicole D. | Boss, Chad | Chi, Grace |
| 7 | Ananian, Arsineh | Boutrous Jr., Theodore J. | Chiang, David R |
| 8 | Anderson, Carl | Briggs, Todd | Chiate, Kenneth. |
| 9 | Anderson, Tom | Bringert, Bjorn | Ching, Leizel A |
| 10 | Anzures, Freddy | Brodsky, Reed M. | Choi, Joon-Il |
| 11 | Arrouye, Yan | Brooks, Heath | Christie, Gregory |
| 12 | Bahal, Tasha J. | Buckley, Mark | Chung, Frederick S. |
| 13 | Balducci, Juan V. Esteve | Buroker, Brian M. | Clark, Cary |
| 14 | Barach, Katharine | Butler, Christopher | Cockburn, Andrew |
| 15 | Baxter, Alex | Candido, Amy | Cohen, Diana |
| 16 | Bearman, Katherine | Carlson, Kristin N. | Collier, Marc A. |
| 17 | Becher, Robert | Case, Melissa M. | Cooper, Lindsay |
| 18 | Bekier, Jordan H. | Casseres, David | Cox, Alexander K. |
| 19 | Belville McCarthy, Heather | Cate, Andrew | Crone, Daryl |
| 20 | Benner, Timothy | Cederberg, Jon | Curran, Patrick |
| 21 | Bennett, James | Chandler, Sarah | Dalziel, Melissa |
| 22 | Bernabe, Sophie L. | Chang, Dong Hoon | Danford, Andrew J |
| 23 | Bers, Rebecca | Chapleau, Marianna C. | DeFranco, Edward |
| 24 | Bier, Eric | Chase, Jeffrey | Deniau, Thomas |
| 25 | Binder, Alex | Chen, Denny | Denison, Justin |
| 26 | Bivona, Eric | Chen, Stephanie | DePuy, Brittany |
| 27 | Blevins, Tony | Cheng, Fred | DiCarlo, Nick |
| 28 | Bonura, Thomas | Chennakesavan, Prashanth | Donnelly, Mark |

| | | | |
|---|---|---|---|
| 1 | Drezdzon, Samuel | Fuhr, Norbert | Hong, Jong Pil |
| 2 | Ducca, Marissa | Furman, Joshua R. | Hong, Samantha N. |
| 3 | Dupree Jr., Thomas H. | Garcia, Robert | Horniak, David |
| 4 | Emanuel, Eric J. | Garcia, Roberto | Hsieh, Ann |
| 5 | Erdem, Tulin | Gogerty, Patrick | Hung, Richard |
| 6 | Erwine, Richard | Golden, Augustus | Hung, Yat-Sang |
| 7 | Estrada, Miguel A. | Goldenberg, Richard | Hutchison, Jim |
| 8 | Estrich, Susan | Goldstein, Ryan | Icaza, Miguel de |
| 9 | Evanson, Blaine H. | Gordon, John | Imahiro, James |
| 10 | Fazio, Michael | Google Custodian of Records | Iran, Roxanna F. |
| 11 | Fedman, Emily L. | | Iwahashi, Ryan K. |
| 12 | Fernands, Anastasia | Gövert, Norbert | Jacobs, Michael |
| 13 | Fisher, Stanley | Green, Lynne A. | Jaffe, Jordan |
| 14 | Fletcher, Lauren | Greenberg, Saul | Jaffe, Joshua |
| 15 | Florance, Scott | Greenfield, Leon | Jalali, Neema |
| 16 | Fluckiger, Megan K. | Greer, Lindsey A. | Jeffay, Kevin |
| 17 | Forstall, Scott | Grossman, Dov | Jenkins, Sara |
| 18 | Foster, George | Hackborn, Dianne | Johnson, Ashley E. |
| 19 | Foster, James Kent | Hagiz, Ron | Johnson, Kevin |
| 20 | Francis, Christopher M. | Hall, Gary | Jones, Holly A. |
| 21 | Frazier, Sarah | Hall-Ellis, Sylvia | Joswiak, Greg |
| 22 | Freedman, Gordon | Harris, Alexander N. | Judah, James |
| 23 | Freeman, Michael | Hauser, John | Kahle, Brewster |
| 24 | Freeman, Mitchael | Herriot, Liv | Kang, Robert |
| 25 | Freeman, Richard | Heyison, Michael | Kassabian, Rachel |
| 26 | French, Omari | Hing, Kenzo Fong | Kearl, James |
| 27 | Frid-Nielsen, Lars | Hogan, Howard S. | Kelly, Alison M. |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | Kidman, Scott | Liu, Susan | McCracken, Casey J. |
| 2 | Kim, Esther | Llewellyn, Scott | McElhinny, Harold |
| 3 | Kim, Robert E. | Lo, Jason C. | McKee, John |
| 4 | Kim, Stephanie J. | Lockheimer, Hiroshi | McKenzie, Shane |
| 5 | Kim, Steven S. | Londen, Jack | McLeod, Kenneth |
| 6 | Kim, Youngmi | Lossada, Juan | Merber, Kenneth |
| 7 | Kistler, Cameron O. | Lozano, Valerie | Miller, Elise |
| 8 | Klivans, Peter | Lu, Quincy A. | Miller, James |
| 9 | Kocienda, Kenneth | Lumumba, Tafari N. | Miller, Michelle |
| 10 | Kolovos, Peter | Lund, Jessica Lyn | Miller, Philip David White |
| 11 | Kop, Allison C. | Lundberg, Jim | Millet, Timothy |
| 12 | Kraus, Solmaz | Lyon, H. Mark | Milowic III, Joseph |
| 13 | Krevans, Rachel | Lyons, Michael A. | Mortensen, Keith |
| 14 | Krevitt, Josh | Maccoun, James | Mouzari, Azar |
| 15 | Krinsky, David | Mack, Brian | Mowry, Todd |
| 16 | Kuwayti, Ken | Mader, Shannon E. | Mueller, Joseph |
| 17 | Lau, Jeffrey G. | Madigan, Kristin | Myoung, Daewoon |
| 18 | LeBlanc, John | Maier, Cosmin | Nelson, Dave |
| 19 | Lee, Don-Joo | Malone, Timothy W. | Newton, Jared |
| 20 | Lee, Heung-Mo | Marchioli, Carlo D. | Ng, Stan |
| 21 | Lee, Jun Won | Maroulis, Victoria | O'Halloran, John |
| 22 | Lee, Sung Sik | Martin, Joby | Olson, Erik |
| 23 | Lee, William | Martin, Scott P. | O'Neill, Richard |
| 24 | Leefer, Nicholas | Martinez, Dace C. | Pak, Sean |
| 25 | Leslie, Scott A. | Matthews, Stephanie M. | Park, Junho |
| 26 | Li, Chaehwan | Maurer, Aaron | Park, Sung-Geun |
| 27 | Liao, Andrew | Mawhinney, Bryan | Parulski, Ken |
| 28 | | | |

| # | | | |
|---|---|---|---|
| 1 | Pease, Thomas | Rho, Jennifer Jiyun | Sinclair, Steve |
| 2 | Pendleton, Todd | Richard, Colin C. | Singh, Himanshu |
| 3 | Peng, Michael | Rinard, Martin | Sladic, Sarah J. |
| 4 | Perry, Mark A. | Robinson, Christopher | Smith, Kevin |
| 5 | Pettit, John P. | Rodriguez, Carlos | Smith, Meredith A. |
| 6 | Pezzano, Amanda R. | Roeber, Helena | Snoeren, Alex |
| 7 | Pfeifer, Ulrich | Root, Veronica S. | Sohn, Dale |
| 8 | Pham, Tu-Quyen | Rosenberg, Brian | Song, Dominique N. |
| 9 | Plaisant, Catherine | Rosenberg, Stuart M. | Souto, Vic |
| 10 | Poon, Julian W. | Rubin, Andy | Staino, Efrain |
| 11 | Posner, Dan | Sabri, Nathan | Stedfast, Jeffrey |
| 12 | Post, Doug | Saji, Michael Y. | Stone, Robert |
| 13 | Prendergast, Mary | Salmon, Denis R. | Stone, Rodney J. |
| 14 | Price, Christopher | Sardella, Nick | Storer, James A. |
| 15 | Price, Maxim | Sasson, Steven | Strumwasser, Jared M. |
| 16 | Price, William | Saxton, Kate | Sukman, Gabriel S. |
| 17 | Proctor, B. Dylan | Schiller, Philip | Summers, Zachariah |
| 18 | Prussia, Kevin S | Schonfeld, Dan | Syrett, Timothy D. |
| 19 | Quarles, James | Seares, Carrie | Syu, Eric T. |
| 20 | Quinn, John | Selwyn, Mark | Tallon, Nina |
| 21 | Quintana, Fred | Sexton, Rory | Tang, Derek |
| 22 | Rangel, Arthur | Shaffer, Derek | Tatarka, Timothy |
| 23 | Rao, Sanjay | Sharma, Anup | Tchao, Michael |
| 24 | Razick, James | Sheppard, Tim | Teksler, Boris |
| 25 | Reibstein, David | Siegel, Elliot | Thakur, Amar |
| 26 | Reiter, Mark N. | Silhasek, Michael | Thomasch, Daniel J. |
| 27 | Rezvani, Shahin | Simmons, Sarah E. | Thompson, Aaron |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | Titi, Justin | Vincent, Robert A. | Whitt, Samuel K. |
| 2 | Tobin, Olga | Wakasa, Ken | Wiener, Christopher |
| 3 | Todd, Hugh A. | Walden, S. Calvin | Wigdor, Daniel |
| 4 | Tonkovich, Russell | Walker, Jacob A. | Winslow, Kelly |
| 5 | Torchia, Paul E. | Wall, Eric | Wittenberg, Lindsey R. |
| 6 | Townsend, Lucas C. | Warren, Matthew | Wong, Walter |
| 7 | Trac, Bill | Watrous, B.J. | Yang, David |
| 8 | Valek, Michael A. | Watrous, Bruce "BJ" | Yang, Lance |
| 9 | Vanlerberghe, Marc | Watson, Scott | Yoo, Seung Hun |
| 10 | Vellturo, Christopher | Weiner, Genevieve G. | Yoon, Angela |
| 11 | Verhoeven, Charles | Weitzman, Avi | Yu, Minae |
| 12 | Verlander, Wendy | Westbrook, Paul | Zalduendo, Jeanine |
| 13 | Vincent, James | Whitehurst, Alan | Zalewski, Kathryn |

15  Crone Hawxhurst LLP

16  Gibson, Dunn & Crutcher

17  Morrison & Foerster LLP

18  Quinn Emanuel Urquhart & Sullivan, LLP

19  Williams & Connolly LLP

20  Wilmer Cutler Pickering Hale and Dorr LLP

22   The trial will take place on March 31 and April 1, 4, 7, 8, 11, 14, 15, 18, 21, 22, 25, 28 and 29, 2014 from 9:00 a.m. to noon, and 1:00 p.m. to 4:30 p.m.

Dated:  March 28, 2014

| By: */s/ Mark D. Selwyn* | By: */s/ Victoria F. Maroulis* |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant | Attorney for Defendants and Counterclaim-Plaintiffs |
| APPLE INC. | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

| | |
|---|---|
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>WILLIAM F. LEE (*pro hac vice*)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | CHARLES K. VERHOEVEN<br>(Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>KEVIN A. SMITH (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>VICTORIA F. MAROULIS (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>WILLIAM C. PRICE (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

1  MARK D. SELWYN (CA SBN 244180)
   mark.selwyn@wilmerhale.com
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51990/5842412.2                8
CORRECTED JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS
CASE NO. 12-CV-00630 (LHK)

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Corrected Joint List of Witnesses, Deponents, Attorneys and Law Firms. In compliance with Local Rule 5-1(i)(3), I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: March 28, 2014         /s/  Victoria F. Maroulis

                              Victoria F. Maroulis