1 | JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
2 | H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
3 | GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
4 | Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
5 | Facsimile: (650) 849-5333

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

6 | HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
7 | JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
8 | RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
9 | RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
10 | ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
11 | MORRISON & FOERSTER LLP
425 Market Street
12 | San Francisco, California 94105-2482
Telephone: (415) 268-7000
13 | Facsimile: (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

14 | Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

    Plaintiff,

    v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

Case No.   12-cv-00630-LHK

**APPLE'S UPDATE ON ITS OBJECTIONS REGARDING JX28, JX29, JX32, JX33, AND JX35**

Pursuant to the Court's Order (Dkt. 1525), Apple reports that its objections to JX28, JX29, JX32, JX33, and JX35 are not moot.

Dated: March 28, 2014                    MORRISON & FOERSTER LLP

                                         By: */s/ Rachel Krevans*
                                             Rachel Krevans

                                             Attorneys for Plaintiff
                                             APPLE INC.