1 [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
10 **SAN JOSE DIVISION**

11 APPLE INC., a California corporation,　　　　　Civil Action No. 12-CV-00630-LHK

12 　　　　　　　　　Plaintiff,　　　　　　**JOINT STIPULATION AND**
**[PROPOSED] ORDER RE**
13 　　　v.　　　　　　　　　　　　　　　**AUTHENTICITY OF GOOGLE**
**DOCUMENTS**
14 SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation, SAMSUNG
15 ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG
16 TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,
17

18 　　　　　　　　　Defendant.

19

20

21

22

23

24

25

26

27

28

1

sf-3399201

1     Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung

2    Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this

3    Joint Stipulation regarding the authentication of certain documents produced or authored by Google.

4     WHEREAS, the Parties previously entered into a stipulation regarding authenticity of certain

5    documents, signed by the Court on March 26, 2014 (Dkt. No. 1514);

6     WHEREAS, the Parties have determined that it is in their mutual interest to avoid the burden

7    of authenticating certain additional documents and things at trial;

8     WHEREAS, the Parties agree that stipulating to the authenticity of certain documents and

9    things will promote more efficient use of time at trial;

10     NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS

11    FOLLOWS:

12     1.    The document produced by Google bearing Bates range GOOG-NDCAL630-

13    00062054 through GOOG-NDCAL630-00062057 (PX116) is a true and correct copy of the email

14    string ending with the email from Erick Tseng, dated September 17, 2007.

15     2.    The document produced by Apple bearing Bates range APLNDC630-0000149209

16    through APLNDC630-0000149211 (PX124) is a true and correct copy of the document named

17    "Android 1.6 Platform Highlights."

18     3.    The document produced by Apple bearing Bates range APLNDC630-0001504504

19    thought APLNDC630-0001504536 (PX129) is a true and correct copy of the document named

20    "Google, Wireless Shopper Study," dated April 2013.

21     4.    The document produced by Google bearing Bates range GOOG-NDCAL630-

22    00070082 through GOOG-NDCAL630-00070083 (PX138) is a true and correct copy of the email

23    string ending with the email from Vic Gundotra, dated October 8, 2009.

24     5.    The document produced by Google bearing Bates range GOOG-NDCAL630-

25    00060860 through GOOG-NDCAL630-00060869 (PX172) is a true and correct copy of the

26    document having first bullet point "High-level pieces of Android Sync."

27

28

2

sf-3399201

6.      The document produced by Google bearing Bates range GOOG-NDCAL630-00065560 through GOOG-NDCAL630-00065627 (PX173) is a true and correct copy of the "Android Project, Software Functional Requirements Document for Release 1.0, Version 0.99.3," dated November 10, 2007.

7.      The document produced by Apple bearing Bates range APLNDC630-0000879683 through APLNDC630-0000879699 (PX186) is a true and correct copy of the document named "Content Provider Basics."

8.      The document produced by Apple bearing Bates range APLNDC630-0001903246 through APLNDC630-0001903248 (PX191) is a true and correct of the document named "Search Overview, Android Developers."

9.      The document produced by Google bearing Bates range GOOG-NDCAL630-00062048 through GOOG-NDCAL630-00062053 (PX195) is a true and correct copy of the document named "Android Software & Application Feature Brief."

10.      The document produced by Google bearing Bates range GOOG-NDCAL630-00063685 through GOOG-NDCAL630-00063691 (PX196) is a true and correct copy of the document named "Report: Android Gmail - Android Latency Survey Findings Part 4," dated September 2009.

11.      The document produced by Google bearing Bates range GOOG-NDCAL630-00070310 through GOOG-NDCAL630-00070311 (PX212) is a true and correct copy of the document named "Beating the iPhone," Android Marketing Team Discussion Flyer.

12.      The document produced by Google bearing Bates range GOOG-NDCAL630-00065951 through GOOG-NDCAL630-00065954 (PX221) is a true and correct copy of the document named "The Future of Android."

13.      The document produced by Google bearing Bates range GOOG-NDCAL630-00069118 through GOOG-NDCAL630-00069124 (PX227) is a true and correct copy of an email chain between Google and Samsung representatives dated Nov. 25, 2012 through Dec. 7, 2012.

THE PARTIES FURTHER STIPULATE AND AGREE THAT the documents and other

3

sf-3399201

information set forth in paragraphs 1 through 13 above will be admissible as substantive evidence and may be used for all permissible purposes in this case, subject only to the following objections, which are preserved for trial:

- The evidence is irrelevant because it relates only to a patent or accused product that has been dropped from the case.
- FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or cumulative evidence).
- The evidence relates only to a theory that was not timely disclosed.
- Limiting instruction required to limit the document or evidence to a relevant, timely disclosed and non-prejudicial (subject to FRE 403) issue.
- Hearsay objection for hearsay within a document.
- Objections related to the use of an exhibit beyond that permitted by the parties' asserted claim, accused product, and prior art case narrowing statements.
- Objections specific to the witness through whom an exhibit is offered.

THE PARTIES FURTHER STIPULATE AND AGREE THAT:

14.    Apple will remove the following witnesses from its witness list:

- o    Google Custodian of Records
- o    Andy Rubin
- o    Helena Roeber
- o    Marc Vanlerberghe
- o    Bryan Mawhinney

15.    Apple may present the following witnesses by deposition designation, but will not present them live:

- o    Kenzo Fong Hing
- o    Ann Hsieh
- o    Fred Quintana
- o    James Maccoun

4

16.     Samsung waives objections to Apple presenting deposition testimony of the witnesses listed in paragraph 15 on the grounds that the witnesses are local and therefore deposition testimony would be hearsay; that Apple's deposition designations are untimely; or that the witnesses were listed only on Apple's live witness list.

17.     The parties may supplement deposition designations and counterdesignations for the witnesses in paragraph 15 under the following schedule:  Apple to file its deposition designations for Kenzo Fong Hing, Ann Hsieh, Fred Quintana, and James Maccoun by 5:00pm Pacific on Sunday, March 30, 2014; Samsung to file counterdesignations and objections for these same witnesses by Tuesday, April 1, 2014; and Apple to file objections to Samsung's counterdesignations by Thursday, April 3, 2014.

IT IS SO STIPULATED.

Dated:  March 28, 2014

By: */s/ Rachel Krevans*                                     By: */s/ Victoria F. Maroulis*

Attorney for Plaintiff and Counterclaim-Defendant

Attorney for Defendants and Counterclaim-Plaintiffs

APPLE INC.

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

CHARLES K. VERHOEVEN
(Bar No. 170151)
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com

5

1  JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
4  Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333
6
WILLIAM F. LEE (*pro hac vice*)
7  William.lee@wilmerhale.com
WILMER CUTLER PICKERING
8    HALE AND DORR LLP
60 State Street
9  Boston, Massachusetts 02109
Telephone: (617) 526-6000
10  Facsimile: (617) 526-5000

11  MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
12  WILMER CUTLER PICKERING
   HALE AND DORR LLP
13  950 Page Mill Road
Palo Alto, CA 94304
14  Telephone: (650) 858-6000
Facsimile: (650) 858-6100

VICTORIA F. MAROULIS (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM C. PRICE (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

STIPULATION AND [PROPOSED] ORDER RE AUTHENTICITY OF GOOGLE DOCUMENTS
CASE NO. 12-cv-00630 (LHK)

sf-3399201

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTESTATION

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  March 28, 2014                    */s/  Rachel Krevans*

Rachel Krevans

STIPULATION AND [PROPOSED] ORDER RE AUTHENTICITY OF GOOGLE DOCUMENTS
CASE NO. 12-CV-00630 (LHK)

sf-3399201

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4    Dated: March____, 2014

5                                    Hon. Lucy H. Koh

6                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

sf-3399201