UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER DENYING SAMSUNG'S MISCELLANEOUS REQUEST TO INCLUDE IN THE JURY BOOKS CLAIM CONSTRUCTIONS OF CERTAIN CLAIM TERMS OF THE '647 PATENT PURSUANT TO *APPLE V. MOTOROLA* DECISION |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The Court DENIES Samsung's Miscellaneous Request to Include in the Jury Books Claim Constructions of Certain Claim Terms of the '647 Patent Pursuant to *Apple v. Motorola* Decision. The Administrative Motion to Seal Samsung's request is also DENIED.

**IT IS SO ORDERED.**

Dated: March 28, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00630-LHK
ORDER DENYING SAMSUNG'S MISCELLANEOUS REQUEST TO INCLUDE IN THE JURY BOOKS CLAIM CONSTRUCTIONS OF CERTAIN CLAIM TERMS OF THE '647 PATENT PURSUANT TO APPLE V. MOTOROLA DECISION