1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON APPLE'S OBJECTIONS TO |
| | ) | SAMSUNG'S OPENING SLIDES |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

Apple has filed objections to Samsung's Opening Slides and exhibits to be used during Samsung's Opening Statement. ECF No. 1517-3. Samsung has filed a response. ECF No. 1516-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| SAMSUNG SLIDE NUMBER | COURT'S RULING ON OBJECTION |
|---|---|
| 3, 4 | Overruled. |

1

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S OPENING SLIDES

| | |
|---|---|
| 31 | Sustained. |
| 32 | Sustained. |
| 33 | Sustained as to slide heading. Overruled as to remainder. |
| 34 | Sustained. |
| 37 | Overruled. |
| 39 | Overruled. |
| 40 | Overruled. |
| 44, 46 | Overruled. |
| 45, 57, 58 | Overruled as to 45 and 58. Sustained as to 57. |
| 47, 48 | Sustained. |
| 49 | Overruled. |
| 62-67 | Overruled. |
| 92 | Sustained. |
| 73 | Overruled. |
| 75 | Sustained. |
| 78 | Sustained. |
| 85 | Overruled. |
| 87 | Sustained. |
| 96 | Sustained. |
| 101 | Sustained |
| 103, 110 | Overruled. |
| 108 | Sustained. |
| 117, 119 | Overruled. |
| 121, 122 | Overruled. Samsung will revise the description as stated in its opposition to Apple's objection. |
| 125 | Overruled. |
| JX 28, JX 29, JX 32, JX 33, JX 35 | Sustained. |
| DX-489 | Overruled. |

**IT IS SO ORDERED.**

Dated: March 28, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S OPENING SLIDES