1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON SAMSUNG'S |
| | ) | OBJECTIONS TO APPLE'S OPENING |
| v. | ) | SLIDES |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

**I.      SAMSUNG'S OBJECTIONS TO APPLE'S OPENING SLIDES**

Samsung has filed objections to Apple's Opening Slides and exhibits to be used during Samsung's Opening Statement. ECF No. 1516-3. Apple has filed a response. ECF No. 1517-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Samsung's objections as follows:

| SAMSUNG'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| A | Overruled. |
| B | Overruled. |
| C | Overruled. |
| D | Overruled. |
| E | Sustained as to Slide 47. Overruled as to remainder. |
| F | Overruled. Apple will remove reference to the '849 and '721 Patents as stated in Apple's response to Samsung's objection. |
| G | Overruled. |
| H | Sustained. |
| I | Overruled |
| N.1 | Overruled as to Slide 33. Sustained as to all other slides. |
| N.2 | Overruled. |

The Court notes that Samsung's objections were hard to follow because Samsung lumps a multitude of exhibits together out of sequential order. Further, Apple's responses are not organized the same way as Samsung's objections. In the future, the responder should conform its organization to the organization of the objector. The parties shall meet and confer regarding the organization of Samsung's objections.

This order addresses only Samsung's objection to Apple's opening demonstratives. The Court will issue a separate order on Samsung's objections to Apple's exhibits.

**IT IS SO ORDERED.**

Dated: March 28, 2014

_____
LUCY H. KOH
United States District Judge