**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE, INC., a California corporation, | ) Case No.: 12-CV-00630-LHK |
|---|---|
| Plaintiff and Counterdefendant, | ) ORDER ON SAMSUNG'S |
| | ) OBJECTIONS TO APPLE'S OPENING |
| v. | ) EXHIBITS |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) |
| Defendants and Counterclaimants. | ) |

This order addresses Samsung's objections to exhibits to be used during Apple's Opening Statement. ECF Nos. 1516-3, 1517-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Samsung's objections as follows:

| SAMSUNG'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| J | Overruled. |
| K | Sustained as to explicit discussion of "auto correct" in the iPhone. Overruled as to the remainder. Apple must make conforming redactions. |
| L | Overruled. |

1

Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S OPENING EXHIBITS

| | |
|---|---|
| M | Overruled. |
| N.3 | Overruled. |
| N.4 | Sustained as to page 82 (SAMNDCA630_04335797) of PX 183. Overruled as to all other exhibits and pages. |

**IT IS SO ORDERED.**

Dated: March 29, 2014

_____
LUCY H. KOH
United States District Judge