QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR SCHILLER, CHRISTIE, COCKBURN, AND KOCIENDA** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a true and correct copy of excerpts from the April 20, 2012 deposition transcript of Greg Christie. Apple has designated this transcript "Highly Confidential – Attorney's Eyes Only."

3. Attached as Exhibit B is a true and correct copy of Apple Inc.'s Supplemental Initial Disclosures Pursuant to Rule 26(A)(1), dated January 29, 2013.

4. Attached as Exhibit C is a true and correct copy of excerpts from Apple Inc.'s Further Supplemental Objections and Responses to Samsung's Interrogatories, dated October 4, 2013, including interrogatory 5. Apple has designated these objections and responses "Highly Confidential – Attorney's Eyes Only."

5. Attached as Exhibit D is a true and correct copy of excerpts from Apple Inc.'s Further Supplemental Objections and Responses to Samsung's Interrogatories, dated October 4, 2013, including interrogatory 27. Apple has designated these objections and responses "Highly Confidential – Attorney's Eyes Only."

6. Attached as Exhibit E is a true and correct copy of excerpts from Apple Inc.'s Further Supplemental Objections and Responses to Samsung's Interrogatories, dated October 4, 2013, including interrogatory 39. Apple has designated these objections and responses "Highly Confidential – Attorney's Eyes Only."

7. Attached as Exhibit F is a true and correct copy of excerpts from Apple Inc.'s Further Supplemental Objections and Responses to Samsung's Interrogatories, dated October 4,

1  2013, including interrogatory 49.   Apple has designated these objections and responses "Highly
2  Confidential – Attorney's Eyes Only."

3      8.    Attached as Exhibit G is a true and correct copy of excerpts from the April 13,
4  2012 deposition transcript of Kenneth Kocienda.   Apple has designated this transcript "Highly
5  Confidential – Attorney's Eyes Only."

6      9.    Attached as Exhibit H is a true and correct copy of an email dated March 30, 2014
7  from Michael L. Fazio to Ruth Borenstein with the subject line, "RE: Apple v. Samsung 630
8  Case: HPOs to Samsung's cross-disclosures re Christie, Cockburn, Kocienda, and Schiller."

9      10.    Attached as Exhibit I is a true and correct copy of an email dated March 30, 2014
10  from Ruth Borenstein to Michael L. Fazio with the subject line, RE: Apple v. Samsung, Case No.
11  12-cv-00630."

12      11.    Attached as Exhibit J is a true and correct copy of an email dated March 29, 2014
13  from Nathan B. Sabri to Michael L. Fazio, with the subject line, "RE: Apple v. Samsung (630):
14  Apple's March 29, 2014 Disclosures" (exclusive of attachment).

15      12.    Attached as Exhibit K is a true and correct copy of an email dated March 29, 2014
16  from Ruth Borenstein to Michael L. Fazio with the subject line, "RE: Apple v. Samsung 630
17  Case: HPOs to Samsung's cross-disclosures re Christie, Cockburn, Kocienda, and Schiller."

19  I declare under penalty of perjury that the foregoing is true and correct.   Executed on
20  March 30, 2013, at San Jose, California.

22                                            */s/ Michael L. Fazio*
23                                            Michael L. Fazio

DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR SCHILLER, CHRISTIE, COCKBURN, AND KOCIENDA