# EXHIBIT B

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1)** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") makes the following supplemental initial disclosures to Defendants and Counterclaim Plaintiffs Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").

Apple provides these disclosures subject to and without waiving any applicable privilege, doctrine, or right, including without limitation the attorney-client privilege, the work product doctrine, and all other rights and privileges recognized under the laws of the United States, the State of California and all relevant jurisdictions. By these disclosures, Apple does not concede the relevance or admissibility of any particular information. Apple makes these disclosures based on information currently available to it after its initial investigation. Apple reserves the right to amend or supplement these disclosures and to present additional evidence to support its claims and defenses with any filing or during any proceeding in this action, including trial.

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION [Fed R. Civ. P. 26(a)(1)(A)(i)]

Apple identifies the following individuals who may have discoverable information that Apple may use to support its claims, defenses, or counterclaims in this action (unless solely for impeachment). Apple's investigation for discoverable information that it may use to support its claims or defenses in this litigation is ongoing, and Apple reserves the right to supplement this information as necessary. Samsung should contact any current or former Apple employee, agent, or other representative only through Apple's counsel of record.

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Anzures, Freddie Allen | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent No. 8,046,721; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent No. 8,046,721; design and development of Apple's iOS and iPhone, iPad, and iPod touch products. |
| Arrouye, Yan | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent Nos. 6,847,959 and 8,086,604; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent Nos. 6,847,959 and 8,086,604; other Apple products. |
| Beyers, Robert B. | Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2121 | Prosecution of Apple's patents-in-suit, including at least U.S. Patent No. 7,941,760. |
| Blevins, Tony | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Supply chain for baseband chips incorporated into accused Apple products; identity of baseband chips incorporated into accused Apple products. |
| Bonura, Thomas | 606 El Salto Drive<br>Capitola, CA 95010<br>[Former Apple employee—contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent No. 5,946,647; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent No. 5,946,647; other Apple products. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Buckley, Mark | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Apple financial information. |
| Capps, Stephen P. | 657 Knoll Drive<br>San Carlos, CA 94070<br>[Former Apple employee—contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent No. 5,666,502; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent No. 5,666,502; other Apple products. |
| Chapman, Greg | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Design and operation of accused functionality in accused Apple products. |
| Chaudhri, Imran | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,014,760; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,014,760; design and development of Apple's iOS and iPhone, iPad, and iPod touch products. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Christie, Greg | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,014,760; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,014,760; design and development of Apple's iOS and iPhone, iPad, and iPod touch products; Apple business practices regarding invention and development of its products and technology generally. |
| Ferrini, Bob | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Advertising of Apple products. |
| Forstall, Scott | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,014,760; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,014,760; other Apple products. |
| Freedman, Gordon J. | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent No. 7,761,414; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent No. 7,761,414; other Apple products. |
| Guay, John F. | Studebaker Brackett P.C.<br>12700 Sunrise Valley Drive<br>Suite 102<br>Reston, VA 20191 | Prosecution of Apple's patents-in-suit, including at least U.S. Patent No. 8,046,604. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Guo, Harry | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Design and operation of accused functionality in accused Apple products. |
| Herz, Scott | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent No. 8,014,760; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent No. 8,014,760; design and development of Apple's iOS and iPhone, iPad, and iPod touch products. |
| Hite, J. Eppa | Law Office of Eppa Hite<br>2318 Louis Rd.<br>Palo Alto, CA 94303 | Prosecution of Apple's patents-in-suit, including at least U.S. Patent No. 5,946,647. |
| Hotelling, Steve | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Design and operation of accused functionality in accused Apple products. |
| Kocienda, Kenneth | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent No. 8,074,172; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent No. 8,074,172; design and development of Apple's iOS and iPhone, iPad, and iPod touch products; design and operation of accused functionality in accused Apple products. |
| Joswiak, Greg | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Marketing and advertising of Apple's products. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Jue, Eric | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | iPhone marketing. |
| LaBarre, James A. | Buchanan, Ingersoll & Ronney, P.C.<br>1737 King Street, Suite 500<br>Alexandria, VA 22314-2727 | Prosecution of Apple's patents-in-suit, including at least U.S. Patent No. 6,847,959. |
| Lemay, Stephen O. | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,014,760; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,014,760; design and development of Apple's iOS and iPhone, iPad, and iPod touch products. |
| Matas, Michael | 1401 Grove St, Apt. #9<br>San Francisco, CA | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent No. 8,014,760; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent No. 8,014,760; other Apple products. |
| Mortensen, Keith | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent Nos. 6,847,959 and 8,086,604; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent Nos. 6,847,959 and 8,086,604; other Apple products. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Miller, James R. | 617 Stardust Lane<br>Los Altos, CA 94024<br>[Former Apple employee—contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent No. 5,946,647; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent No. 5,946,647; other Apple products. |
| Mullens, Christopher | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Design and operation of accused functionality in accused Apple products. |
| Nardi, Bonnie | Department of Informatics<br>Donald Bren School of Information and Computer Sciences<br>University of California, Irvine<br>Irvine, CA 92697<br>Office 209 ICS-2<br>[Former Apple employee—contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent No. 5,946,647; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent No. 5,946,647; other Apple products. |
| Newman, Lucas | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Design and operation of accused functionality in accused Apple products. |
| Ording, Bas | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,074,172; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,074,172; design and development of Apple's iOS and iPhone, iPad, and iPod touch products. |
| Parivar, Nima | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Design and operation of accused functionality in accused Apple products. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Rangel, Arthur | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Damages and irreparable harm to Apple; the market for Apple's products; advertising and marketing of Apple's products. |
| Schiller, Phil | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Damages and irreparable harm to Apple; the market for Apple's products; advertising and marketing of Apple's products; design and development of Apple's iOS and iPhone, iPad, and iPod touch products; Apple business practices regarding invention, development, marketing and advertising, and sales of its products and technology generally. |
| Scheller, James | Blakely, Sokoloff, Taylor & Zafman LLP<br>1279 Oakmead Parkway<br>Sunnyvale, CA 94085 | Prosecution of Apple's patents-in-suit, including at least U.S. Patent No. 7,761,414. |
| Sinclair, Steven | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | iPod, iPhone, and iOS product marketing. |
| Tchao, Michael | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | iPad marketing. |
| Teksler, Boris | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Apple's licensing negotiations with Samsung and third parties. |
| Thomas, C. Douglass | TI Law Group<br>2055 Junction Ave.<br>Suite #205<br>San Jose, CA  95131 | Prosecution of Apple's patents-in-suit, including at least U.S. Patent No. 5,666,502. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Van Os, Marcel | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,014,760; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent Nos. 8,046,721 and 8,014,760; other Apple products. |
| Watrous, BJ | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Apple's licensing negotiations with Samsung and third parties. |
| Williams, Gary S. | Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2121 | Prosecution of Apple's patents-in-suit, including at least U.S. Patents Nos. 8,046,721 and 8,074,172. |
| Winer, Morgan | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Design and operation of accused functionality in accused Apple products. |
| Wright, David | 4706 La Crescent Loop<br>San Jose, CA  95136<br>[Former Apple employee—contact through counsel] | Conception, reduction to practice, and inventorship of the Apple patents-in-suit, including at least U.S. Patent No. 5,946,647; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit, including at least U.S. Patent No. 5,946,647; other Apple products. |
| Ahn, Seung-Ho | Samsung | Samsung licensing, SSO disclosure and/or FRAND obligations, negotiations between Apple and Samsung. |
| Bauer, Robert | Upon information and belief:<br><br>Antonelli, Terry, Stout & Kraus, LLP<br>1300 17th Street N.<br>Suite 800<br>Arlington, VA  22209 | The prosecution of U.S. Patent No. 6,226,449. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Booth, Simon G. | Upon information and belief:<br><br>Roylance, Abrams, Berdo & Goodman, LLP<br>1300 19th St., NW Suite 600,<br>Washington D.C. 20036-2680<br>(202) 659-9076 | The prosecution of U.S. Patent No. 7,756,087. |
| Boss, Chad | GableGotwals<br>1100 ONEOK Plaza<br>100 West 5th Street<br>Tulsa, OK 74103-4217 | Conception, reduction to practice, and inventorship of U.S. Patent No. 5,579,239. |
| Carstens, David W. | Upon information and belief:<br><br>Carstens & Cahoon, LLP<br>13760 Noel Road, Suite 900<br>Dallas, TX 75240 | The prosecution of U.S. Patent No. 7,577,757. |
| Carter, Harry Nick | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,577,757. |
| Catalano, Frank | Upon information and belief:<br><br>GableGotwals<br>1100 ONEOK Plaza<br>100 West 5th Street<br>Tulsa, OK 74103-4217 | The prosecution of U.S. Patent No. 5,579,239. |
| Cho, Joon-Young | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,756,087; 3GPP participation. |
| Choi, Sung-Ho | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,756,087; 3GPP participation. |
| Chung, Minhyung | Samsung | Samsung licensing, SSO disclosure and/or FRAND obligations, negotiations between Apple and Samsung. |
| Cococcia, Ronald | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,577,757. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Farrell, Paul J. | Upon information and belief:<br><br>The Farrell Law Firm, P.C.<br>290 Broadhollow Road, Suite 210E<br>Melville, NY 11747 | The prosecution of U.S. Patent No. 7,232,058. |
| Freeman, Michael H. | GableGotwals<br>1100 ONEOK Plaza<br>100 West 5th Street<br>Tulsa, OK 74103-4217 | Conception, reduction to practice, and inventorship of U.S. Patent No. 5,579,239. |
| Freeman, Mitchael C. | GableGotwals<br>1100 ONEOK Plaza<br>100 West 5th Street<br>Tulsa, OK 74103-4217 | Conception, reduction to practice, and inventorship of U.S. Patent No. 5,579,239. |
| Freeman, Richard C. | GableGotwals<br>1100 ONEOK Plaza<br>100 West 5th Street<br>Tulsa, OK 74103-4217 | Conception, reduction to practice, and inventorship of U.S. Patent No. 5,579,239. |
| Heo, Youn-Hyoung | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,756,087; 3GPP participation. |
| Holmes, John E. | Upon information and belief:<br><br>Roylance, Abrams, Berdo & Goodman, LLP<br>1300 19th St., NW Suite 600,<br>Washington D.C. 20036-2680<br>202-659-9076 | The prosecution of U.S. Patent Nos. 7,756,087 and 7,551,596. |
| Hyndman, Kelly G. | Upon information and belief:<br><br>Sughrue Mion PLLC<br>2100 Pennsylvania Avenue, NW Suite 800<br>Washington, D.C. 20037-3213<br>(202) 293-7060 | The prosecution of U.S. Patent No. 6,292,179. |
| Inoue, Hisashi | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 6,226,449. |
| Kyung In Jeong | Unknown | Technology related to U.S. Patent No. 7,756,087; 3GPP participation. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Kim, Seong Woo | Samsung | Samsung licensing, SSO disclosure and/or FRAND obligations, negotiations between Apple and Samsung. |
| Kim, Soeng-Hun | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent Nos. 7,756,087 and 7,551,596; 3GPP participation. |
| Kim, Young-Bum | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,756,087; 3GPP participation. |
| Kraus, Melvin | Upon information and belief:<br><br>Antonelli, Terry, Stout & Kraus, LLP<br>1300 17th Street N.<br>Suite 800<br>Arlington, VA  22209 | The prosecution of U.S. Patent No. 6,226,449. |
| Kwak, Yong-Jun | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,756,087; 3GPP participation. |
| Lee, Heungmo | Samsung | ETSI disclosure of '596 patent, SSO disclosure and/or FRAND obligations, Samsung licensing. |
| Lee, Jae-hoon | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,672,470. |
| Lee, Jin-chul | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 6,292,179. |
| Lee, Ju-Ho Lee | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,756,087; 3GPP participation. |
| Lee, Jun Won | Samsung | Samsung licensing, SSO disclosure and/or FRAND obligations, negotiations between Apple and Samsung. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Lee, Kwang-Bok | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,232,058. |
| Lee, S. Stuart | Sughrue Mion, PLLC<br>2100 Pennsylvania Ave., NW Suite 800<br>Washington, D.C.  20037-3213<br>(202) 293-7060 | The prosecution of U.S. Patent No. 7,672,470. |
| Lieshout, Gert Jan Van | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,551,596; 3GPP participation. |
| Mexic, Darryl | Upon information and belief:<br>Sughrue Mion PLLC<br>2100 Pennsylvania Avenue, NW Suite 800<br>Washington, D.C. 20037-3213<br>(202) 293-7060 | The prosecution of U.S. Patent Nos. 6,292,179 and 7,672,470. |
| Miller, Martin E. | Upon information and belief:<br>Roylance, Abrams, Berdo & Goodman, LLP<br>1300 19th St., NW Suite 600, Washington D.C. 20036-2680<br>(202) 659-9076 | The prosecution of U.S. Patent No. 7,756,087. |
| Nagayama, Keiji | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 6,226,449. |
| Nguyen-Ba, Paul H. | Upon information and belief:<br>Roylance, Abrams, Berdo & Goodman, LLP<br>1300 19th St., NW Suite 600, Washington D.C. 20036-2680<br>(202) 659-9076 | The prosecution of U.S. Patent No. 7,551,596. |
| Park, Seung Gun | Samsung | ETSI disclosure of '087 patent, SSO disclosure and/or FRAND obligations, Samsung licensing. |
| Park, Wonki K. | Upon information and belief:<br>Roylance, Abrams, Berdo & Goodman, LLP<br>1300 19th St., NW Suite 600, Washington D.C. 20036-2680<br>(202) 659-9076 | The prosecution of U.S. Patent No. 7,756,087. |
| Piech, Zachary | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,577,757. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Rabena, John F. | Sughrue Mion PLLC<br>2100 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, D.C. 20037-3213<br>(202) 293-7060 | The prosecution of U.S. Patent No. 7,672,470. |
| Reine, John | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,577,757. |
| Sauter, Silvan | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,577,757. |
| Shin, Maeng-Ho | Upon information and belief:<br>Roylance, Abrams, Berdo & Goodman, LLP<br>1300 19th St., NW Suite 600,<br>Washington D.C. 20036-2680<br>(202) 659-9076 | The prosecution of U.S. Patent No. 7,756,087. |
| Torgovitsky, Stanislav | Upon information and belief:<br>Roylance, Abrams, Berdo & Goodman, LLP<br>1300 19th St., NW Suite 600,<br>Washington D.C. 20036-2680<br>(202) 659-9076 | The prosecution of U.S. Patent No. 7,551,596. |
| Vasquez, Steven | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,577,757. |
| Washam, Steven | Upon information and belief:<br>Harper Washam LLP<br>1700 Pacific Avenue<br>Suite 3600<br>Dallas, TX 75201 | The prosecution of U.S. Patent No. 7,577,757. |
| Willis, Craig | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,577,757. |
| Yatsugi, Tomishige | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 6,226,449. |
| Youn, Hyung-Jun Brutus | Unknown | Conception, reduction to practice, and inventorship of U.S. Patent No. 7,577,757. |
| Zingerman, Scott R. | Upon information and belief:<br>Fellers Snider Blankenship Bailer & Tippens, P.C.<br>The Kennedy Building<br>321 South Boston, Suite 800<br>Tulsa, OK 74103 | The prosecution of U.S. Patent No. 5,579,239. |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Employees of Infineon Technologies AG, Intel Mobile Communications GmbH and/or Intel Corporation | Upon information and belief:<br><br>Infineon Technologies AG<br>AM Campeon 1-12 85579 Neubiberg<br>Germany<br><br>Intel Mobile Communications GmbH<br>Dornacher Strasse 1<br>Neubiberg, Germany<br><br>Intel Corporation<br>2200 Mission College Blvd.<br>Santa Clara, CA 95054 | UMTS implementation in chips supplied to Apple; any licensing of the Samsung Patents-in-Suit. |
| Employees of Qualcomm Inc. | Upon information and belief:<br><br>Qualcomm Inc.<br>5775 Morehouse Drive<br>San Diego, CA 92121 | UMTS implementation in chips supplied to Apple; any licensing of the Samsung Patents-in-Suit. |

In addition to the individuals identified above, the following individuals may have discoverable information: (i) persons deposed during this litigation and persons identified during such depositions; (ii) persons identified in Samsung's Initial Disclosures; and (iii) other individuals at Samsung.

Apple will identify any testifying expert witnesses as required by Rule 26(a)(2) and any applicable Local Rule or order of the Court.

## II.   DESCRIPTION OF DOCUMENTS [Fed. R. Civ. P. 26(a)(1)(A)(ii)]

Apple identifies the following documents, electronically stored information, and tangible things in its possession, custody, or control that it may use to support its claims and defenses (unless solely for impeachment).  Concurrently with service of these Initial Disclosures, Apple is producing to Samsung documents in its possession relating to one or more of these categories.

- File histories and prior art references cited by the U.S. Patent and Trademark Office during prosecution of the Apple patents-in-suit

- Documents and source code reflecting the conception and reduction to practice of the inventions claimed in the Apple patents-in-suit
- Documents reflecting Samsung's willful infringement of the Apple patents-in-suit
- Documents reflecting the damages and irreparable harm resulting from Samsung's willful infringement of the Apple patents-in-suit
- Prior art to the Samsung patents-in-suit
- File histories of the Samsung patents-in-suit
- Documents reflecting the design, structure, and operation of accused functionality or components of the Apple products accused of infringing the Samsung patents-in-suit ("accused Apple products")
- Documents sufficient to show various financial information for the accused Apple products
- Documents reflecting license negotiations between Apple and Samsung, and license negotiations relating to the Apple patents-in-suit
- Documents relating to sourcing of baseband chips incorporated into accused Apple products

Apple reserves the right to object to the production of documents on any basis, including that the information sought: (i) is not relevant; (ii) is protected from disclosure by an applicable privilege, doctrine, or immunity; (iii) would be unduly burdensome or expensive to produce; (iv) contains third party confidential information and cannot be produced without that party's notification and consent; or (v) constitutes proprietary or trade secret information that should not be produced before an appropriate protective order has been entered.

Apple's investigation for discoverable information that it may use to support its claims or defenses in this litigation is ongoing. Apple also may rely on documents that are produced by any party to this litigation, including Apple itself and Samsung.

## III.  COMPUTATION OF DAMAGES [Fed. R. Civ. P. 26(a)(1)(A)(iii)]

Pursuant to Rule 26(a)(1)(A)(iii), Apple intends to seek an accounting for damages, enhanced or treble damages for Samsung's deliberate and willful infringement, and pre- and post-judgment interest, in addition to a preliminary and permanent injunction. However, the amount of damages arising from Samsung's willful infringement is not ascertainable at this time, some or all of the injuries are ongoing, and the computation of damages may require discovery and expert testimony.

Apple does not believe that Samsung has suffered any damages as a result of any conduct by Apple.  Apple intends to seek its attorneys' fees and costs and other relief as is deemed appropriate.  These fees and costs and amount of any other relief that may be deemed appropriate are not susceptible to calculation at this time.

## IV.  INSURANCE AGREEMENTS [Fed. R. Civ. P. 26(a)(1)(A)(iv)]

Apple is currently unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse Apple for payments made to satisfy such a judgment.

Dated:    January 29, 2013                GIBSON, DUNN & CRUTCHER, LLP

By: /s/ *H. Mark Lyon*

H. Mark Lyon

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

# CERTIFICATE OF SERVICE

I, Angela L. Wilkins, hereby certify that on this 29th day of January 2013, I did cause the following document to be served in the following manner:

**Apple Inc.'s Supplemental Initial Disclosures**

On the interested parties in this action addressed as follows:

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

| | |
|---|---|
| William Price | |
| Victoria F. Maroulis | John M. Caracappa |
| Charles K. Verhoeven | Huan-Yi Lin |
| Michael Fazio | Michael Heimbold |
| Kevin A. Smith | **Steptoe & Johnson LLP** |
| Kevin P.B. Johnson | 1330 Connecticut Avenue, NW |
| **Quinn Emanuel Urquart & Sullivan, LLP** | Washington, DC 20036 |
| 555 Twin Dolphin Drive, 5th Floor | Telephone: (202) 429-3000 |
| Redwood Shores, California 94065 | jcaracappa@steptoe.com |
| Telephone: (650) 801-5000 | hlin@steptoe.com |
| williamprice@quinnemanuel.com | mheimbold@steptoe.com |
| victoriamaroulis@quinnemanuel.com | |
| kevinjohnson@quinnemanuel.com | |
| charlesverhoeven@quinnemanuel.com | |
| kevinsmith@quinnemanuel.com | |
| michaelfazio@quinnemanuel.com | |

__X__   **BY ELECTRONIC MAIL TRANSMISSION** from awilkins@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 29, 2013 in Dallas, TX.

Dated:  January 29, 2013

*Angela L. Wilkins*
Angela L. Wilkins
Gibson, Dunn & Crutcher
2100 McKinney Ave., Suite 1100
Dallas, TX  75201
(214) 698-3145

CASE NO. 12-CV-00630-LHK
CERTIFICATE OF SERVICE