# EXHIBIT H

# Elliot Siegel

| | |
|---|---|
| **From:** | Michael Fazio |
| **Sent:** | Sunday, March 30, 2014 12:09 AM |
| **To:** | 'Borenstein, Ruth N.'; Samsung NEW |
| **Cc:** | 'AppleMoFoHPO'; '*** GDC - 630 Team'; 'WHAppleSamsungNDCalIITeam@wilmerhale.com' |
| **Subject:** | RE: Apple v. Samsung 630 Case:  HPOs to Samsung's cross-disclosures re Christie, Cockburn, Kocienda, and Schiller |

Counsel,

Samsung withdraws the 3/29/13 Deposition of Scott Forstall from its cross disclosures for Ken Kocienda.  Samsung reserves the right to designate this transcript in future disclosures.

Best regards,
Michael Fazio

---

**From:** Borenstein, Ruth N. [mailto:RBorenstein@mofo.com]
**Sent:** Sunday, March 30, 2014 1:57 AM
**To:** Samsung NEW
**Cc:** AppleMoFoHPO; *** GDC - 630 Team; WHAppleSamsungNDCalIITeam@wilmerhale.com
**Subject:** RE: Apple v. Samsung 630 Case: HPOs to Samsung's cross-disclosures re Christie, Cockburn, Kocienda, and Schiller

Counsel:
My email inadvertently omitted the objections for Cockburn, set forth below:

**Cockburn**
SDX 2003 – 403 (features not covered by asserted patents, software is Google's not Samsung's), 802 (hearsay)
DX 328 – 402 (not opined upon by Cockburn), 403 (confusing to jury)

---

**From:** Borenstein, Ruth N.
**Sent:** Saturday, March 29, 2014 10:43 PM
**To:** SamsungNEW@quinnemanuel.com
**Cc:** AppleMoFoHPO; *** GDC - 630 Team; WHAppleSamsungNDCalIITeam@wilmerhale.com
**Subject:** Apple v. Samsung 630 Case: HPOs to Samsung's cross-disclosures re Christie, Cockburn, Kocienda, and Schiller

Counsel:
While reserving all rights as to Samsung's belated cross disclosures, Apple makes the following high priority objections:

**Christie:**
SDX 2002 – 403 (features not covered by asserted patents, software is Google's not Samsung's), 802 (hearsay)
SDX 2006 - 403 (features not covered by asserted patents, software is Google's not Samsung's), 802 (hearsay)
DX1082 – Untimely disclosed; 403 (features not covered by asserted patents)—Note, DX1082 was included with the actual materials but was not on the Christie disclosure list.  If Samsung did not intend to disclose DX1082, Apple asserts the identical objections to DX1055.  Please confirm if DX1082.

**Kocienda:**
3/29/13 Deposition of Scott Forstall — FRCP 32(a)(2)-(8) (improper impeachment), 1846 Dkt. 1720 at 2

SDX 2002 – 403 (features not covered by asserted patents, software is Google's not Samsung's), 802 (hearsay)

SDX 2111 – 602 (lack of foundation), 802 (hearsay)

**Schiller:**
DX348 – Untimely disclosed
PX408A –Improper redactions
DX1008 – Untimely disclosed

---------------------------------------------------------------
**Ruth N. Borenstein**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7348 | F: 415.276.7348 | C: 415.310.2525
RBorenstein@mofo.com | www.mofo.com


To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail RBorenstein@mofo.com, and delete the message.