# EXHIBIT I

## Elliot Siegel

| | |
|---|---|
| **From:** | Borenstein, Ruth N. [RBorenstein@mofo.com] |
| **Sent:** | Sunday, March 30, 2014 12:02 AM |
| **To:** | Michael Fazio; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; *** Apple/Samsung; Apple630MoFoTeam |
| **Cc:** | Samsung NEW |
| **Subject:** | RE: Apple v. Samsung, Case No. 12-cv-00630 |

Michael,
Your withdrawal is noted.  In response to your objections, and in an effort to narrow the disputed issues:
- Apple withdraws PX108 for use with Kocienda
- Apple will remove page 3 of PX122 for use with Schiller only.

Apple reserves the right to disclose these exhibits, including the full PX122, for future witnesses.

In addition, Apple withdraws its objections to:
- SDX 2002 (Christie and Kocienda)
- SDX 2003 (Cockburn)
- SDX 2006 (Christie)
- DX1082 (Christie)

Ruth


**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Saturday, March 29, 2014 11:56 PM
**To:** 'WHAppleSamsungNDCalIIService@wilmerhale.com'; *** Apple/Samsung; Apple630MoFoTeam
**Cc:** Samsung NEW
**Subject:** Apple v. Samsung, Case No. 12-cv-00630

Counsel,

Samsung withdraws DX 328 from its cross disclosures for Andrew Cockburn.  Samsung reserves the right to disclose this exhibit for future witnesses.

Best regards,
Michael Fazio

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any

1

information contained in the message. If you have received the message in error, please advise the sender by reply e-mail RBorenstein@mofo.com, and delete the message.