# EXHIBIT J

# Elliot Siegel

| | |
|---|---|
| **From:** | Sabri, Nathan B. [NSabri@mofo.com] |
| **Sent:** | Saturday, March 29, 2014 4:19 PM |
| **To:** | Samsung NEW |
| **Cc:** | Apple630MoFoTeam; Apple/Samsung@gibsondunn.com; WHAppleSamsungNDCalIIService@wilmerhale.com |
| **Subject:** | RE: Apple v. Samsung (630):  Apple's March 29, 2014 Disclosures |
| **Attachments:** | SAN FRANCISCO-Apple 630  Cockburn Revised Direct Disclosure-3400249.doc |

Counsel:

We have revised the direct disclosure for Cockburn to disclose Samsung's Third Supplemental Objections and Responses to Apple's Sixth Set of Interrogatories (No. 41), July 15, 2013.

Although the Court's order of January 24, 2014 refers to objections to witnesses, exhibits, or demonstratives, and we do not believe that use of Samsung's own discovery could be objectionable, we are disclosing this discovery response in light of the broad disclosures of other documents in 1846, with the expectation that Samsung will do the same.


**Nathan Sabri**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6641 | C: 415.439.9153
NSabri@mofo.com | www.mofo.com


---

**From:** evillegas@mofo.com [mailto:evillegas@mofo.com]
**Sent:** Saturday, March 29, 2014 8:57 AM
**To:** SamsungNEW@quinnemanuel.com
**Cc:** Apple630MoFoTeam; Apple/Samsung@gibsondunn.com; WHAppleSamsungNDCalIIService@wilmerhale.com
**Subject:** Apple v. Samsung (630): Apple's March 29, 2014 Disclosures

> **You have received 1 secure file from evillegas@mofo.com.**
> Use the secure link below to download.
>
> ---
>
> Counsel:
>
> Attached are Apple's disclosures for Gregory Christie, Andrew Cockburn, Ken Kocienda and Phil Schiller.
>
> We will be sending 14 video files that are part of the Cockburn Direct Demonstratives shortly.
>
> Ethel Villegas | Litigation Paralegal Supervisor  | **Morrison & Foerster LLP**
> 755 Page Mill Road | Palo Alto, CA  94304
> P. 650.813.5765 | F. 650.251.3894 | evillegas@mofo.com
>
> **Secure File Downloads:**
> Available until: **13 April 2014**

1

Click link to download:

**2014-03-29 Disclosures.zip**
5,985.04 KB

You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com

Secured by Accellion

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail NSabri@mofo.com, and delete the message.