JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>     Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF RUTH N. BORENSTEIN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   I, Ruth N. Borenstein, hereby declare as follows:

2       1.      I am a partner at the law firm of Morison & Foerster LLP, counsel for Apple Inc.

3   ("Apple") in the above-captioned litigation.  I am licensed to practice law in the State of

4   California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and

5   would testify competently to those facts.

6       2.      Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's

7   Administrative Motion to Seal regarding Apple's Objections and Responses to Objections

8   Regarding Gregory Christie, Ken Kocienda, Phil Schiller, and Andrew Cockburn ("Apple's

9   Objections and Responses") and Exhibits 3-5 to the Declaration of Erik J. Olson in Support of

10  Apple's Objections and Responses ("Exhibits 3-5").  Apple's Objections and Responses and

11  Exhibits 3-5 contain information that Samsung may consider confidential.

12      3.      Apple expects that Samsung will file the required supporting declaration in

13  accordance with Civil Local Rule 79-5 as necessary in order to confirm whether the information

14  contained in Apple's Objections and Responses and Exhibits 3-5 should be sealed.

15      4.      Apple does not maintain a claim of confidentiality with respect to Apple's

16  Objections and Responses or Exhibits 3-5.

17

18      I declare under the penalty of perjury under the laws of the United States of America that

19  the foregoing is true and correct to the best of my knowledge and that this Declaration was

20  executed this 30th day of March, 2014, in San Jose, California.

21

Dated:  March 30, 2014                          */s/ Ruth Borenstein*
22                                                Ruth Borenstein

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2

     I, Rachel Krevans, am the ECF User whose ID and password are being used to file this

3

Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ruth Borenstein has

4

concurred in this filing.

5

6

Dated:   March 30, 2014                   */s/ Rachel Krevans*

                                       Rachel Krevans

7

8

**CERTIFICATE OF SERVICE**

9

     I hereby certify that a true and correct copy of the above and foregoing document has

10

been served on March 30, 2014 to all counsel of record who are deemed to have consented to

11

electronic service via the Court's ECF system per Civil Local Rule 5-1.

12

13

                              */s/ Rachel Krevans*

                              Rachel Krevans

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Ruth Borenstein
Case No. 12-cv-00630-LHK (PSG)