1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") in connection with Apple's Objections and Responses to Objections Regarding Gregory Christie, Ken Kocienda, Phil Schiller, and Andrew Cockburn ("Apple's Objections and Responses") and Exhibits 3-5 to the Declaration of Erik J. Olson in Support of Apple's Objections and Responses ("Exhibits 3-5").

Apple has filed the Declaration of Ruth Borenstein in support of its motion. The Court grants Apple's motion to seal the confidential, unredacted version of the aforementioned document as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Objections and Responses | Portion identified by Samsung |
| Exhibit 3 | Portion identified by Samsung |
| Exhibit 4 | Portion identified by Samsung |
| Exhibit 5 | Portion identified by Samsung |

**IT IS SO ORDERED.**

Dated: _____, 2014          _____
                                          Hon. Lucy H. Koh
                                          United States District Judge