# EXHIBIT 1

*Apple v. Samsung No. 12-cv-00630-LHK*

**Samsung's Cross Examination Exhibits and Materials for Greg Christie**

Subject to Samsung's objections, all exhibits and demonstratives in Apple's March 29, 2014 disclosure for Greg Christie

**Exhibits**
- JX 1
- JX 4
- JX 7
- JX 8
- JX 10
- JX 11
- JX 13
- JX 28(a)-(d)
- JX 29(a)-(n)
- JX 30(a)-(c)
- JX 31(a)-(c)
- JX 32(a)-(g)
- JX 33(a)-(d)
- JX 34(a)-(d)
- JX 35(a)-(p)
- JX 36(a)-(e)
- JX 37(a)-(b)
- JX 38
- JX 39
- JX 40
- JX 41
- JX 42
- JX 43
- JX 44
- JX 45
- JX 46
- JX 60

- DX 328
- DX 342
- DX 343
- DX 344
- DX 345
- DX 346
- DX 1071
- DX 1055
- DX 1056

02198.51981/5833517.1

- DX 1077
- DX 1078
- DX 1057
- DX 1054
- DX 1075
- DX 1068
- DX 1063
- DX 1073
- DX 1074
- DX 1062
- DX 1069
- DX 1064
- DX 1066
- DX 1065
- DX 1061
- DX 1060
- DX 1072
- DX 1076
- DX 1067
- DX 1070
- DX 1085
- DX 1086
- DX 1087
- DX 1079
- DX 1080
- DX 1081
- DX 1058
- DX 1059
- DX 1088
- DX 1089
- DX 1084


- PX 109
- PX 140
- PX 231

**Demonstratives**
- Samsung's Opening Slides (and embedded videos)
- PDX 10-87 (and embedded videos)
- Samsung Demonstrative Exhibits SDX2000-2099

**Other documents**
- 10/18/11 Deposition of Greg Christie – 11-cv-1846-LHK
- 2/2/12 Deposition of Greg Christie – 337-TA-796
- 4/20/12 Deposition of Greg Christie
- 5/14/13 Deposition of Greg Christie
- 3/29/13 Deposition of Scott Forstall
- 1/16/2013 Deposition of Gordon Freedman
- 1/17/2013 Deposition of Gordon Freedman
- 7/25/2013 Deposition of Gordon Freedman
- Joint Amended Pretrial Statement – DKT 1455
- Preliminary Jury Instructions – DKT 1542
- Apple Inc.'s Supplemental Objections and Responses to Samsung's Interrogatories (Nos. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, and 41), Request Nos. 7, 15, 26, 27, 41

*Apple v. Samsung, No. 12-cv-00630*
**Samsung's Cross Examination Exhibits and Materials for Kenneth Kocienda**

*Subject to Samsung's objections, all exhibits and demonstratives in Apple's March 29, 2014 disclosure for Ken Kocienda.*

**Exhibits**
- JX 7
- JX 8
- JX 13
- JX 14
- JX 15
- JX 28(a)-(d)
- JX 29(a)-(n)
- JX 30(a)-(c)
- JX 31(a)-(c)
- JX 32(a)-(g)
- JX 33(a)-(d)
- JX 34(a)-(d)
- JX 35(a)-(p)
- JX 36(a)-(e)
- JX 37(a)-(b)
- JX 38
- JX 39
- JX 40
- JX 41
- JX 42
- JX 43
- JX 44
- JX 45
- JX 46
- DX 328
- DX 345
- DX 346
- DX 1053
- PX 140
- PX 240
- DX 1058
- DX 1059
- DX 1087
- DX 1088
- DX 1089
- DX 1083
- DX 1084

- DX 1085
- DX 1086
- DX 1079
- DX 1080
- DX 1081
- DX 1084
- DX 1083
- DX 1082
- DX 1071
- DX 1051
- DX 1052

**Demonstratives**
- Samsung's Opening Slides (and embedded videos)
- SDX 2000-2129
- SDX 2200-2210
- PDX 64-87 (and embedded videos)

**Other Documents**
- 7/16/2013 Deposition of Kenneth Kocienda (ND Cal)
- 4/13/2012 Deposition of Kenneth Kocienda (ND Cal)
- 1/31/2012 Deposition of Kenneth Kocienda (ITC)
- 6/22/2010 Deposition of Kenneth Kocienda (ITC)
- 6/4/2010 Deposition of Kenneth Kocienda (ITC)
- 6/3/2010 Deposition of Kenneth Kocienda (ITC)
- 4/4/2013 Deposition of Bas Ording (ND Cal)
- 2/7/2012 Deposition of Bas Ording (ITC)
- 2/6/2012 Deposition of Bas Ording (ITC)
- 10/25/2011 Deposition of Bas Ording (ND Cal)
- 8/9/2011 Deposition of Bas Ording (ND Cal)
- 1/16/2013 Deposition of Gordon Freedman
- 1/17/2013 Deposition of Gordon Freedman
- 7/25/2013 Deposition of Gordon Freedman
- 3/29/13 Deposition of Scott Forstall
- Joint Amended Pretrial Statement and Proposed Order (Dkt. 1455-1)
- Preliminary Jury Instructions (Dkt. 1542)

*Apple Inc. v. Samsung Elecs. Co., Ltd., et al.*, Case No. 12-cv-00630-LHK

**Samsung's Cross Examination Exhibits and Materials for Phil Schiller**

**Exhibits**
- DX346
- DX348
- DX377
- DX379
- DX380
- DX381
- DX382
- DX383
- DX384
- DX385
- DX386
- DX387
- DX390
- DX398
- DX400
- DX404
- DX405
- DX406
- DX407
- DX408A
- DX409
- DX410
- DX411
- DX412
- DX413
- DX414
- DX415
- DX416
- DX417
- DX418
- DX419
- DX420
- DX421
- DX422
- DX423
- DX424
- DX425
- DX426

- DX427
- DX428
- DX429
- DX440
- DX441
- DX442
- DX443
- DX444
- DX445
- DX446
- DX450
- DX452
- DX457
- DX458
- DX459
- DX460
- DX461
- DX462
- DX489
- DX498
- DX500
- JX28
- JX29
- JX30
- JX31
- JX32
- JX33
- JX34
- JX35
- JX36
- JX37
- JX38
- JX39
- JX40
- JX41
- JX42
- JX43
- JX44
- PTX109-1

**Demonstratives**
- SDX2000
- SDX2001
- SDX2002

- SDX2003
- SDX2004
- SDX2005
- SDX2006
- SDX2007
- SDX2008
- SDX2009
- SDX2310
- SDX2311
- SDX2312
- SDX2313
- SDX2314

**Other Documents**
- 2/17/12 Deposition of Philip Schiller
- 11/2/12 Deposition of Philip Schiller
- 7/23/13 Deposition of Philip Schiller
- DX1008
- DX1009
- DX1010
- DX1011
- DX1012
- DX1013
- DX1014
- DX1015
- DX1016
- DX1017
- DX1018
- DX1019
- DX1036
- DX1001
- DX1020
- DX1002
- DX1021
- DX1003
- DX1022
- DX1004
- DX1005
- DX1006
- DX1007
- DX1023
- DX1024
- DX1025
- DX1026

- DX1027
- DX1028
- DX1029
- DX1030
- DX1031
- DX1032
- DX1033
- DX1034
- DX1035
- DX1038
- DX1037
- DX1039
- DX1000
- DX1040
- DX1041
- DX1043
- DX1042
- Subject to Samsung's objections, all exhibits and demonstratives in Apple's March 29, 2014 disclosure for Philip Schiller

*Apple v. Samsung, No. 12-cv-00630*
**Samsung's Cross Examination Exhibits and Materials for Dr. Andrew Cockburn**

*Subject to Samsung's objections, all exhibits and demonstratives in Apple's March 29, 2014 disclosure for Andrew Cockburn*

**Exhibits**
- JX 10
- JX 11
- JX 12
- JX 13
- JX 14
- JX 15
- JX 28(a)-(d)
- JX 29(a)-(n)
- JX 30(a)-(c)
- JX 31(a)-(c)
- JX 32(a)-(g)
- JX 33(a)-(d)
- JX 34(a)-(d)
- JX 35(a)-(p)
- JX 36(a)-(e)
- JX 37(a)-(b)
- JX 38
- JX 39
- JX 40
- JX 41
- JX 42
- JX 43
- JX 44
- JX 45
- JX 46
- JX 50
- JX 58
- JX 59
- JX 60
- JX 61
- DX 328
- DX 342
- DX 343
- DX 344
- DX 345
- DX 346
- DX 492

- PX 109
- PX 139
- PX 140
- PX 141
- PX 142
- PX 230
- PX 231
- PX 232
- PX 234
- PX 235
- PX 236
- PX 237
- PX 239
- PX 240
- PX 241
- DX 1071
- DX 1055
- DX 1056
- DX 1077
- DX 1078
- DX 1057
- DX 1084
- DX 1085
- DX 1086
- DX 1079
- DX 1080
- DX 1081
- DX 1084
- DX 1071
- DX 1083
- DX 1082
- DX 1042
- DX 1043
- DX 1046
- DX 1047
- DX 1048
- DX 1049
- DX 1050
- DX 1051

**Demonstratives**
- Samsung's Opening Slides (and embedded videos)
- PDX 10-87 (and embedded videos)
- SDX 2000-2129

02198.51981/5844077.3

- SDX 2200-2210

**Other Documents**
- 9/27/2013 Deposition of Andrew Cockburn (ND Cal)
- 9/26/2013 Deposition of Andrew Cockburn (ND Cal)
- 9/9/2013 Corrected Rebuttal Expert Report of Andrew Cockburn
- 8/12/2013 Expert Report of Andrew Cockburn
- 2/17/2014 Supplemental Expert Report of Christopher A. Vellturo, Ph.D.
- 8/12/2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.
- 8/11/2013 Expert Report of John R. Hauser
- Trial Testimony of Gregory Christie
- Trial Testimony of Kenneth Kocienda
- 10/18/2011 Deposition of Freddy Anzures (ND Cal)
- 6/25/2013 Deposition of Freddy Anzures (ND Cal)
- 5/14/2012 Reply Declaration of Dr. Ravin Balakrishnan Concerning U.S. Patent No. 8,046,721 (Dkt. 176)
- 4/6/2012 Deposition of Ravin Balakrishnan (ND Cal)
- 2/6/2012 Declaration of Dr. Ravin Balakrishnan Concerning U.S. Patent No. 8,046,721 (Dkt. 17)
- 5/14/2013 Deposition of Gregory Christie (ND Cal)
- 4/20/2012 Deposition of Gregory Christie (ND Cal)
- 2/2/2012 Deposition of Gregory Christie (ITC)
- 10/18/2011 Deposition of Gregory Christie (ND Cal)
- 3/29/2013 Deposition of Scott Forstall (ND Cal)
- 2/9/2012 Deposition of Scott Forstall (ITC)
- 10/27/2011 Deposition of Scott Forstall (ND Cal)
- 7/16/2013 Deposition of Kenneth Kocienda (ND Cal)
- 4/13/2012 Deposition of Kenneth Kocienda (ND Cal)
- 1/31/2012 Deposition of Kenneth Kocienda (ITC)
- 6/22/2010 Deposition of Kenneth Kocienda (ITC)
- 6/4/2010 Deposition of Kenneth Kocienda (ITC)
- 6/3/2010 Deposition of Kenneth Kocienda (ITC)
- 5/9/2013 Deposition of Stephen Lemay (ND Cal)
- 2/3/2012 Deposition of Stephen Lemay (ITC)
- 10/14/2011 Deposition of Stephen Lemay (ND Cal)
- 4/4/2013 Deposition of Bas Ording (ND Cal)
- 2/7/2012 Deposition of Bas Ording (ITC)
- 2/6/2012 Deposition of Bas Ording (ITC)
- 10/25/2011 Deposition of Bas Ording (ND Cal)
- 8/9/2011 Deposition of Bas Ording (ND Cal)
- 5/27/2012 Deposition of Karan Singh (ND Cal)
- 5/14/2012 Reply Declaration of Dr. Karan Singh Regarding U.S. Patent No. 8,074,172 (Dkt. 180)
- 4/18/2012 Deposition of Karan Singh (ND Cal)

- 2/8/2012 Declaration of Dr. Karan Singh Regarding U.S. Patent No. 8,074,172 (Dkt. 15)
- 6/19/2013 Deposition of Marcel Van Os (ND Cal)
- 11/2/2011 Deposition of Marcel Van Os (ND Cal)
- 3/29/13 Deposition of Scott Forstall
- Case Management Order (Dkt. 1398)
- Apple Inc.'s Additional Submission on Case Narrowing Pursuant to Court Order of April 24, 2013 (Dkt. 786)
- Apple's List of Accused Products and Asserted Patent Claims Pursuant to July 13, 2013, and January 16, 2014, Court Orders (Dkt. 1237)
- Joint Amended Pretrial Statement and Proposed Order (Dkt. 1455-1)
- Preliminary Jury Instructions (Dkt. 1542)
- Apple Inc.'s Supplemental Objections and Responses to Samsung's Interrogatories (Nos. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, and 41), Request Nos. 7, 15, 26, 27, 41
- APL-ITC796-000038307 (2/9/12 Forstall Dep. Ex. 7)