# Kolovos, Peter

| | |
|---|---|
| **From:** | Sabri, Nathan B. <NSabri@mofo.com> |
| **Sent:** | Thursday, March 06, 2014 6:25 PM |
| **To:** | Michael Fazio |
| **Cc:** | Samsung NEW; '*** Apple/Samsung' (Apple/Samsung@gibsondunn.com); Apple630MoFoTeam; WH Apple Samsung NDCal II Team |
| **Subject:** | RE: Apple v. Samsung, Case No. 12-cv-00630 |

Michael,

This is not a correction.  It is a completely new exhibit, added to Samsung's list weeks after the Court's deadline to serve exhibit lists, and Apple objects.

Please confirm that, to the extent that the Court permits Samsung to make such a change (which Samsung has not asked the Court to do), as a matter of fairness, Samsung will permit Apple to do the same by filling the open spots on its list with additional exhibits.

**Nathan Sabri**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6641 | C: 415.439.9153
NSabri@mofo.com | www.mofo.com

---

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Tuesday, March 04, 2014 10:40 PM
**To:** Michael Fazio; '*** Apple/Samsung' (Apple/Samsung@gibsondunn.com); Apple630MoFoTeam; WH Apple Samsung NDCal II Service
**Cc:** Samsung NEW
**Subject:** RE: Apple v. Samsung, Case No. 12-cv-00630

Counsel,

To follow-up on my email below, attached please find an endorsed copy of replacement Exhibit 348.

Best regards,
Michael Fazio

---

**From:** Michael Fazio
**Sent:** Tuesday, March 04, 2014 9:48 PM
**To:** '*** Apple/Samsung' (Apple/Samsung@gibsondunn.com); Apple630Team@mofo.com; WH Apple Samsung NDCal II Service
**Cc:** Samsung NEW
**Subject:** Apple v. Samsung, Case No. 12-cv-00630

Counsel,

Samsung will shortly be filing a Corrected Exhibit List.  This Corrected Exhibit List deletes Exhibit 348 on Samsung's prior exhibit lists and replaces it with the following Exhibit 348:

Sinclair Deposition Ex. 1,  Email from Altick to Sinclair and Jue re iPhone "firsts" (APL-ITC796-0000119763-767).

We anticipate serving an endorsed copy of replacement Exhibit 348 tonight by separate email, and lodging this replacement Exhibit 348 along with the revised copies of Exhibits 315 and 321 with the Court tomorrow.

Best regards,
Michael Fazio

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail NSabri@mofo.com, and delete the message.