| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   12-cv-00630-LHK <br><br> **APPLE'S NOTICE REGARDING ITS DISCLOSURES OF DEMONSTRATIVES, EXHIBITS, AND DESIGNATIONS THAT ARE THE SUBJECT OF OBJECTIONS AND RESPONSES REGARDING GREGORY CHRISTIE, KEN KOCIENDA, PHIL SCHILLER, AND ANDREW COCKBURN** |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Apple Inc. ("Apple") will deliver to the Court electronic

3 chambers copies of those demonstratives, exhibits, and deposition testimony that Apple disclosed

4 regarding Gregory Christie, Ken Kocienda, Phil Schiller, and Andrew Cockburn that are the

5 subject of Samsung's objections.

7  Dated: March 30, 2014                MORRISON & FOERSTER LLP

9                                        By:  /s/ Rachel Krevans
                                              Rachel Krevans

                                              Attorneys for Plaintiff
                                              APPLE INC.

APPLE'S NOTICE REGARDING DISCLOSURES RE GREGORY CHRISTIE, KEN KOCIENDA, PHIL SCHILLER, AND ANDREW COCKBURN
Case No. 12-cv-00630-LHK
sf-3400266

1