UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER ON PRETRIAL ITEMS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

It is hereby ORDERED that:

- Samsung's objection to Apple's proposed version of the Federal Judicial Center instructional video (ECF No. 1534) is overruled.  The parties shall bring the November 2013 version of the video, "The Patent Process: An Overview for Jurors," and shall include the handout referenced in the video in the jury binders.

- The parties shall bring 150 (not 75) copies of the Corrected Joint List of Witnesses, Deponents, Attorneys and Law Firms (ECF No. 1529) prior to jury selection on March 31, 2014.

1

- By April 1, 2014, the parties shall file revised Joint Proposed Final Jury Instructions to address any changes in response to the Court's Orders in ECF Nos. 1532 and 1535, including a redline to the version of the Joint Proposed Final Jury Instructions at ECF No. 1458.

**IT IS SO ORDERED.**

Dated: March 30, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge