| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road | 60 State Street<br>Boston, MA 02109 |
| 4 | Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300 | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 5 | Facsimile: (650) 849-5333 | |
| 6 | HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 8 | JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com | 950 Page Mill Road<br>Palo Alto, California 94304 |
| 9 | RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 10 | RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com | |
| 11 | ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com | |
| 12 | MORRISON & FOERSTER LLP<br>425 Market Street | |
| 13 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 | |
| 14 | Facsimile: (415) 268-7522 | |
| 15 | Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S SUPPLEMENTAL DEPOSITION DESIGNATIONS** |

1    Pursuant to the Joint Stipulation and Order re Authenticity of Google Documents (Dkt.
2    No. 1550), Apple's supplemental deposition designations are attached as **Exhibit A**. These
3    designations include the excerpts of deposition testimony that Apple may offer at trial from
4    Kenzo Fong Hing, Ann Hsieh, James Maccoun, and Fred Quintana, other than testimony that is
5    solely for purposes of impeachment or rebuttal.

Dated:  March 30, 2014                MORRISON & FOERSTER LLP


                                      By:   */s/ Rachel Krevans*
                                            RACHEL KREVANS

                                            Attorneys for Plaintiff and
                                            Counterclaim-Defendant
                                            APPLE INC.