# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

## APPLE'S SUPPLEMENTAL DEPOSITION DESIGNATIONS

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| **Hing, Kenzo Fong** | August 16, 2013 | 5:20-25 | | | |
| | | 7:2-3 | | | |
| | | 8:10-14 | | | |
| | | 13:4-15 | | | |
| | | 50:1-14 | | | |
| | | 64:17-20 | | | |
| | | 64:24-65:3 | | | |
| | | 86:11-13 | | | |
| | | 86:16-17 | | | |
| **Hsieh, Ann** | July 16, 2013 | 7:2-3 | | | |
| | | 9:4-22 | | | |
| | | 10:7-12:15 | | | |
| | | 12:19-25 | | | |
| | | 13:9-14 | | | |
| | | 13:17-25 | | | |
| | | 14:19-22 | | | |
| | | 15:4-5 | | | |
| | | 95:10-97:13 | | | |
| | | 99:17-109:2 | | | |
| | | 117:15-121:3 | | | |
| **Maccoun, James W.** | August 16, 2013 | 5:8-9 | | | |
| | | 5:19-22 | | | |
| | | 6:4-5 | | | |
| | | 7:21-24 | | | |
| | | 8:3-4 | | | |
| | | 12:15-13:1 | | | |
| | | 13:6-7 | | | |
| | | 13:9-15 | | | |
| | | 13:18-21 | | | |
| | | 14:8-11 | | | |
| | | 14:16-19 | | | |
| | | 15:9-18 | | | |
| | | 17:19-18:9 | | | |
| | | 18:11-12 | | | |
| | | 19:9-13 | | | |
| | | 19:18-25 | | | |
| | | 20:3-7 | | | |
| | | 20:10-21:7 | | | |
| | | 21:10-12 | | | |
| | | 21:14-16 | | | |
| | | 21:21-22:16 | | | |
| | | 22:18-20 | | | |
| | | 27:16-20 | | | |
| | | 27:22-28:2 | | | |
| | | 28:6-7 | | | |
| | | 28:9 | | | |
| | | 28:15-18 | | | |
| | | 32:18-34:5 | | | |
| | | 34:16-18 | | | |
| | | 34:20 | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

## APPLE'S SUPPLEMENTAL DEPOSITION DESIGNATIONS

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 34:22-35:6 | | | |
| | | 35:9-11 | | | |
| | | 36:12-14 | | | |
| | | 36:18-19 | | | |
| | | 37:17-20 | | | |
| | | 37:24-38:4 | | | |
| | | 40:4-14 | | | |
| | | 46:8-12 | | | |
| | | 46:15-18 | | | |
| | | 52:9-53:8 | | | |
| | | 54:1-2 | | | |
| | | 54:4-6 | | | |
| | | 54:10-14 | | | |
| | | 54:16-19 | | | |
| | | 54:21-55:3 | | | |
| **Quintana, Fred** | June 13, 1013 | 6:12-24 | | | |
| | | 7:1-2 | | | |
| | | 9:9-11 | | | |
| | | 9:15-21 | | | |
| | | 9:23-24 | | | |
| | | 10:1-2 | | | |
| | | 10:5-8 | | | |
| | | 15:11-13 | | | |
| | | 15:19 | | | |
| | | 25:2-6 | | | |
| | | 25:11 | | | |
| | | 25:13-22 | | | |
| | | 26:2-3 | | | |
| | | 71:5-7 | | | |
| | | 71:10-19 | | | |
| | | 71:22 | | | |
| | | 71:25-72:3 | | | |
| | | 72:5 | | | |
| | | 72:8-9 | | | |
| | | 72:15-21 | | | |
| | | 72:24-73:9 | | | |
| | | 73:13-22 | | | |
| | | 73:25-74:9 | | | |
| | | 74:21-75:3 | | | |
| | | 75:6-9 | | | |
| | | 75:11-13 | | | |
| | | 75:16-20 | | | |
| | | 75:22-25 | | | |
| | | 76:11-15 | | | |
| | | 76:17-20 | | | |
| | | 76:23-25 | | | |
| | | 78:22-25 | | | |
| | | 79:1-4 | | | |
| | | 85:9-11 | | | |
| | | 85:14-19 | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**APPLE'S SUPPLEMENTAL DEPOSITION DESIGNATIONS**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 85:21-22 | | | |
| | | 85:25-86:2 | | | |
| | | 86:6-7 | | | |
| | | 86:9-11 | | | |
| | | 86:13-87:2 | | | |
| | | 87:21-22 | | | |
| | | 87:24-88:1 | | | |
| | | 90:23-24 | | | |
| | | 91:2-6 | | | |
| | | 91:8-11 | | | |
| | | 91:13-21 | | | |
| | | 91:23-24 | | | |
| | | 92:4-6 | | | |
| | | 110:23-111:2 | | | |
| | | 111:4-5 | | | |
| | | 111:7-11 | | | |
| | | 120:9-121:3 | | | |
| | | 121:6-7 | | | |
| | | 123:20-21 | | | |
| | | 123:24-124:2 | | | |
| | | 124:22-125:11 | | | |
| | | 125:13 | | | |
| | | 125:15-25 | | | |
| | | 126:7-8 | | | |
| | | 126:11-12 | | | |
| | | 127:18-21 | | | |
| | | 127:25-128:3 | | | |
| | | 147:16-148:7 | | | |
| | | 148:10-15 | | | |
| | | 148:18-149:3 | | | |