| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE |
|   | jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
|   | mlyon@gibsondunn.com | HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
|   | 1881 Page Mill Road | Boston, MA 02109 |
| 4 | Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
|   | Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| 5 | Facsimile: (650) 849-5333 | |
| 6 | HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (SBN 244180) |
|   | hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| 7 | JAMES P. BENNETT (CA SBN 65179) | WILMER CUTLER PICKERING |
|   | jbennett@mofo.com | HALE AND DORR LLP |
| 8 | JACK W. LONDEN (CA SBN 85776) | 950 Page Mill Road |
|   | jlonden@mofo.com | Palo Alto, California 94304 |
| 9 | RACHEL KREVANS (CA SBN 116421) | Telephone: (650) 858-6000 |
|   | rkrevans@mofo.com | Facsimile: (650) 858-6100 |
| 10 | RUTH N. BORENSTEIN (CA SBN 133797) | |
| 11 | rborenstein@mofo.com | |
|   | ERIK J. OLSON (CA SBN 175815) | |
| 12 | ejolson@mofo.com | |
|   | MORRISON & FOERSTER LLP | |
| 13 | 425 Market Street | |
|   | San Francisco, California 94105-2482 | |
| 14 | Telephone: (415) 268-7000 | |
|   | Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   12-cv-00630-LHK (PSG) |
| Plaintiff, | **NOTICE OF APPEARANCE OF MARY PRENDERGAST** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

PRENDERGAST NOTICE OF APPEARANCE
CASE NO.12-cv-00630-LHK (PSG)
sd-638758

1 PLEASE TAKE NOTICE that attorney Mary Prendergast of Morrison & Foerster LLP, a
2 member of the State Bar of California (CA SBN 272737) and admitted to practice in this Court,
3 and whose contact information appears below, hereby enters an appearance as an additional
4 attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned
5 case.

>  Mary Prendergast
>  Morrison & Foerster LLP
>  12531 High Bluff Dr., Suite 100
>  San Diego, CA 92130
>  Phone: (858) 720-5100
>  Fax: (858) 720-5125
>  Email: MPrendergast@mofo.com

Dated: March 31, 2014                         MORRISON & FOERSTER LLP

By: */s/ Mary Prendergast*
    MARY PRENDERGAST

    Attorneys for Plaintiff and
    Counterclaim-Defendant
    APPLE INC.

PRENDERGAST NOTICE OF APPEARANCE
CASE NO.12-cv-00630-LHK (PSG)
sd-638758

1