**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON APPLE'S OBJECTIONS TO |
| | ) | SAMSUNG'S DISCLOSURES |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

On March 30, 2014, Apple filed objections to Samsung's disclosures. ECF No. 1546-3. On March 30, 2014, Samsung filed a response. ECF No. 1545-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| Exhibit Number | COURT'S RULING ON OBJECTION |
|---|---|
| SDX 2111 | Sustained. |
| DX 348 | Sustained. |
| DX408A | Overruled. |
| DX1008 | Sustained as to any exhibit not on the parties' exhibit lists, including DX 1008. |

1

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES

1  **IT IS SO ORDERED.**

2  Dated: March 31, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES