**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER DENYING APPLE'S MOTION |
| | ) | FOR RECONSIDERATION OF SLIDE 3 |
| v. | ) | OF SAMSUNG'S OPENING SLIDES |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

Apple's motion for reconsideration of Apple's objection to Slide 3 in Samsung's opening slides is denied.

**IT IS SO ORDERED.**

Dated: March 31, 2014

_____
LUCY H. KOH
United States District Judge

1