UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER ON SAMSUNG'S |
| ) | OBJECTIONS TO APPLE'S |
| v. ) | DISCLOSURES |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

On March 30, 2014, Samsung filed objections to Apple's disclosures. ECF No. 1545-3. On March 30, 2014, Apple filed a response. ECF No. 1546-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Samsung's objections as follows:

| SAMSUNG'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **A. Gregory Christie** | |
| PX122, PX123, PX126 | Overruled, subject to Apple laying foundation. |

1

Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES

| | |
|---|---|
| PX134, PX179 | Overruled. |
| PX171 | Overruled, subject to Apple laying foundation. |
| **B. Ken Kocienda** | |
| DX492 | Sustained. |
| **C. Phil Schiller** | |
| PX122 | Sustained, in light of Apple's agreement to withdraw. |
| PX179 | Overruled. |
| PX211 | Sustained. |
| **D. Andrew Cockburn** | |
| PDX60 | Sustained. By Apple's agreement, PDX60 shall be replaced with the picture used in Dr. Greenberg's Expert Report in paragraph 450. |
| PX181 | Overruled. |

**IT IS SO ORDERED.**

Dated: March 31, 2014

                                              _Lucy H. Koh_
                                              LUCY H. KOH
                                              United States District Judge