**UNITED STATES DISTRICT COURT**
**Judge Lucy H. Koh, Presiding**
Courtroom 1, 4th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Monday, March 31, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 6 hrs 17 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
    **APPLE INC.**          V.          **SAMSUNG ELECTRONICS CO. LTD., ET AL**
    PLAINTIFF                              DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | |

**PROCEEDINGS:   JURY TRIAL—DAY ONE**

| Time | Event |
|---|---|
| 9:10 a.m. | All parties present, the Court and Counsel discuss matters. |
| 9:24 a.m. | A panel of 137 prospective jurors come into the courtroom and are sworn. Voir dire begins. |
| 10:30 a.m. | The morning recess is taken. |
| 10:49 a.m. | All parties present, voir dire resumes. |
| 12:00 p.m. | The noon recess is taken. |
| 1:01 p.m. | All parties present voir dire resumes. |
| 2:20 p.m. | The first afternoon recess is taken. |
| 2:30 p.m. | All parties present voir dire resumes. |
| 3:30 p.m. | The second afternoon recess is taken. |
| 3:45 p.m. | All parties present voir dire resumes. |
| 4:08 p.m. | The prospective jurors are excused with the exception of the juror in seat number19 who is voir dired individually. |
| 4:17 p.m. | No prospective jurors present, the Court and Counsel discuss matters. |
| 4:20 p.m. | Prospective jurors again present, voir dire resumes. |
| 4:50 p.m. | A panel of 10 jurors is sworn. The remaining prospective jurors are thanked and excused. The jury is admonished and excused for the day. The Court and counsel discuss matters. |
| 5:12 p.m. | Court is adjourned until Tuesday, April 1, 2014 at 9:00 a.m. |