1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
12 michaelfazio@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California   90017-2543
   Telephone:   (213) 443 3000
14 Facsimile:   (213) 443 3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

17
                    UNITED STATES DISTRICT COURT
18
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-00630-LHK |
| 21         Plaintiff, | **SAMSUNG'S OBJECTIONS AND COUNTER-DESIGNATIONS TO APPLE'S SUPPLEMENTAL DEPOSITION DESIGNATIONS** |
| 22       vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26         Defendants. | |

27

28

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") hereby submit their objections and
3 counter-designations to Apple's Supplemental Deposition Designations (Dkt. No. 1552), pursuant
4 to the Joint Stipulation and Order Regarding Authenticity of Google Documents (Dkt. No. 1550).
5    Samsung's specific objections and counter-designations are attached as Exhibit A.  The
6 objection codes used for Samsung's objections are attached as Exhibit B.  If Apple does not use
7 any of the testimony that it has designated at trial, Samsung reserves the right to use some or all of
8 the testimony Apple has designated.  Samsung also reserves its right to modify its objections and
9 counter-designations.

11 DATED: April 1, 2014            QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP

                                    By */s/ Michael L. Fazio*
                                       Victoria F. Maroulis
                                       Michael L. Fazio
                                       Attorneys for Defendants
                                       SAMSUNG ELECTRONICS CO., LTD.,
                                       SAMSUNG ELECTRONICS AMERICA, INC.,
                                       and SAMSUNG TELECOMMUNICATIONS
                                       AMERICA, LLC