# EXHIBIT 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Samsung Objections and Counter-Designations to Apple's Supplemental Deposition Designations**

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
| 2 | Hing, Kenzo Fong | August 16, 2013 | 5:20-25 | | | |
| 3 | | | 7:2-3 | | | |
| 4 | | | 8:10-14 | | | |
| 5 | | | 13:4-15 | | | |
| 6 | | | 50:1-14 | | 51:14-17; 88:5-7; 88:9-14 | |
| 7 | | | 64:17-20 | 602; Ambiguous;  Beyond Scope of 30(B)(6) | 61:12-14; 61:17-24; 65:5-16; 67:6-9; 67:11-14; 172:16-17; 172:19-24; 173:1-2; 173:4 | |
| 8 | | | 64:24-65:3 | 602; Ambiguous;  Beyond Scope of 30(B)(6) | 61:12-14; 61:17-24; 65:5-16; 67:6-9; 67:11-14; 172:16-17; 172:19-24; 173:1-2; 173:4 | |
| 9 | | | 86:11-13 | 402; 403; Beyond Scope of 30(B)(6) | 86:19-20; 86:23-25; 87:1-2; 87:6-11 | |
| 10 | | | 86:16-17 | 402; 403; Beyond Scope of 30(B)(6) | 86:19-20; 86:23-25; 87:1-2; 87:6-11 | |
| 11 | Hsieh, Ann | July 16, 2013 | 7:2-3 | | | |
| 12 | | | 9:4-22 | | | |
| 13 | | | 10:7-12:15 | | | |
| 14 | | | 12:19-25 | | | |
| 15 | | | 13:9-14 | | | |
| 16 | | | 13:17-25 | | | |
| 17 | | | 14:19-22 | | | |
| 18 | | | 15:4-5 | | | |
| 19 | | | 95:10-97:13 | 402; 403; Lacks Foundation; Beyond Scope of 30(b)(6) | | |
| 20 | | | 99:17-109:2 | 402; 403; Lacks Foundation; Beyond Scope of 30(b)(6) | | |
| 21 | | | 117:15-121:3 | 402; 403; Lacks Foundation; Beyond Scope of 30(b)(6) | | |
| 22 | Maccoun, James W. | August 16, 2013 | 5:8-9 | | | |
| 23 | | | 5:19-22 | | | |
| 24 | | | 6:4-5 | | | |
| 25 | | | 7:21-24 | | | |
| 26 | | | 8:3-4 | | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

CASE NO. 12-CV-00630-LHK (PSG)

**Samsung Objections and Counter-Designations to Apple's Supplemental Deposition Designations**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
| 27 | | | 12:15-13:1 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 28 | | | 13:6-7 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 29 | | | 13:9-15 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 30 | | | 13:18-21 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 31 | | | 14:8-11 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 32 | | | 14:16-19 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 33 | | | 15:9-18 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 34 | | | 17:19-18:9 | 402; 403; Asked and Answered | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 35 | | | 18:11-12 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 36 | | | 19:9-13 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 37 | | | 19:18-25 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

CASE NO. 12-CV-00630-LHK (PSG)

**Samsung Objections and Counter-Designations to Apple's Supplemental Deposition Designations**

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
| 38 | | | 20:3-7 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 39 | | | 20:10-21:7 | 402; 403; Ambiguous: Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 40 | | | 21:10-12 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 41 | | | 21:14-16 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 42 | | | 21:21-22:16 | 402; 403; Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 43 | | | 22:18-20 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 44 | | | 27:16-20 | 402; 403; Asked and Answered | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 45 | | | 27:22-28:2 | 402; 403; Beyond Scope of 30(b)(6) | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 46 | | | 28:6-7 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 47 | | | 28:9 | 402; 403; Beyond Scope of 30(b)(6) | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 48 | | | 28:15-18 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

CASE NO. 12-CV-00630-LHK (PSG)

**Samsung Objections and Counter-Designations to Apple's Supplemental Deposition Designations**

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
| 49 |  |  | 32:18-34:5 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 |  |
| 50 |  |  | 34:16-18 | 402; 403; Beyond Scope of 30(b)(6) | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 |  |
| 51 |  |  | 34:20 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 |  |
| 52 |  |  | 34:22-35:6 | 402; 403; Beyond Scope of 30(b)(6), Ambiguous, Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 |  |
| 53 |  |  | 35:9-11 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 |  |
| 54 |  |  | 36:12-14 | 402; 403; Beyond Scope of 30(b)(6) | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 |  |
| 55 |  |  | 36:18-19 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 |  |
| 56 |  |  | 37:17-20 | 402; 403; Beyond Scope of 30(b)(6) | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 |  |
| 57 |  |  | 37:24-38:4 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 |  |
| 58 |  |  | 40:4-14 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 |  |
| 59 |  |  | 46:8-12 | 402; 403; Asked and Answered; Incomplete | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 |  |

5846052_4.xls

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Samsung Objections and Counter-Designations to Apple's Supplemental Deposition Designations**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
| 60 | | | 46:15-18 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 61 | | | 52:9-53:8 | 402 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 62 | | | 54:1-2 | 402; Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 63 | | | 54:4-6 | 402; Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 64 | | | 54:10-14 | 402; Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 65 | | | 54:16-19 | 402; Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 66 | | | 54:21-55:3 | 402 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | |
| 67 | **Quintana, Fred** | June 13, 2013 | 6:12-24 | | | |
| 68 | | | 7:1-2 | | | |
| 69 | | | 9:9-11 | Ambiguous; Compound | | |
| 70 | | | 9:15-21 | Ambiguous; Compound | | |
| 71 | | | 9:23-24 | Ambiguous; Compound | | |
| 72 | | | 10:1-2 | Ambiguous; Legal Conclusion | | |
| 73 | | | 10:5-8 | Ambiguous; Legal Conclusion | | |
| 74 | | | 15:11-13 | Legal Conclusion | | |
| 75 | | | 15:19 | | | |
| 76 | | | 25:2-6 | | | |
| 77 | | | 25:11 | | | |
| 78 | | | 25:13-22 | 402; 403; Beyond Scope of 30(b)(6) | | |
| 79 | | | 26:2-3 | | | |
| 80 | | | 71:5-7 | Hypothetical; Ambiguous | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Samsung Objections and Counter-Designations to Apple's Supplemental Deposition Designations**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
| 81 | | | 71:10-19 | Hypothetical; Legal Conclusion | | |
| 82 | | | 71:22 | Hypothetical; Legal Conclusion | | |
| 83 | | | 71:25-72:3 | Hypothetical; Ambiguous; Legal Conclusion | | |
| 84 | | | 72:5 | Hypothetical; Legal Conclusion | | |
| 85 | | | 72:8-9 | Ambiguous; Hypothetical; Legal Conclusion | | |
| 86 | | | 72:15-21 | Misstates Testimony; Hypothetical; Legal Conclusion | | |
| 87 | | | 72:24-73:9 | Misstates Testimony; Hypothetical; Legal Conclusion | | |
| 88 | | | 73:13-22 | Hypothetical; Assumes Facts; Legal Conclusion | | |
| 89 | | | 73:25-74:9 | Hypothetical | | |
| 90 | | | 74:21-75:3 | Hypothetical | | |
| 91 | | | 75:6-9 | Hypothetical | | |
| 92 | | | 75:11-13 | Hypothetical; Assumes Facts; Ambiguous | | |
| 93 | | | 75:16-20 | Hypothetical; Assumes Facts; Ambiguous | | |
| 94 | | | 75:22-25 | Legal Conclusion; Assumes Facts | | |
| 95 | | | 76:11-15 | Legal Conclusion; Assumes Facts | | |
| 96 | | | 76:17-20 | Legal Conclusion; Assumes Facts | | |
| 97 | | | 76:23-25 | Legal Conclusion; Assumes Facts | | |
| 98 | | | 78:22-25 | | | |
| 99 | | | 79:1-4 | | | |
| 100 | | | 85:9-11 | Legal Conclusion | | |
| 101 | | | 85:14-19 | Legal Conclusion | | |
| 102 | | | 85:21-22 | Asked and Answered; Beyond Scope of 30(b)(6) | | |
| 103 | | | 85:25-86:2 | Asked and Answered; Beyond Scope of 30(b)(6) | | |
| 104 | | | 86:6-7 | Asked and Answered | | |
| 105 | | | 86:9-11 | Asked and Answered | | |
| 106 | | | 86:13-87:2 | | 87:5-6; 87:8-15; 87:18-19 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Samsung Objections and Counter-Designations to Apple's Supplemental Deposition Designations**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
| 107 | | | 87:21-22 | 402; 403; Beyond Scope of 30(b)(6) | 82:16-17; 82:19-22; 83:8-15; 87:5-6; 87:8-13; 280:6-9; 280:11-14 | |
| 108 | | | 87:24-88:1 | 402; 403; Beyond Scope of 30(b)(6) | 82:16-17; 82:19-22; 83:8-15; 87:5-6; 87:8-13; 280:6-9; 280:11-14 | |
| 109 | | | 90:23-24 | Misstates Testimony; Incomplete | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | |
| 110 | | | 91:2-6 | Misstates Testimony; Incomplete | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | |
| 111 | | | 91:8-11 | Asked and Answered | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | |
| 112 | | | 91:13-21 | Asked and Answered | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | |
| 113 | | | 91:23-24 | Mistates Testimony; Asked and Answered | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | |
| 114 | | | 92:4-6 | Mistates Testimony; Asked and Answered | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | |
| 115 | | | 110:23-111:2 | Beyond Scope of 30(b)(6) | | |
| 116 | | | 111:4-5 | Beyond Scope of 30(b)(6) | | |
| 117 | | | 111:7-11 | | | |
| 118 | | | 120:9-121:3 | Lacks Foundation; 602; Beyond Scope of 30(b)(6) | | |
| 119 | | | 121:6-7 | Lacks Foundation; 602; Beyond Scope of 30(b)(6) | | |
| 120 | | | 123:20-21 | 402; Lacks Foundation; Asked and Answered; Legal Conclusion; Beyond Scope of 30(b)(6) | | |
| 121 | | | 123:24-124:2 | 402; Lacks Foundation; Asked and Answered; Legal Conclusion; Beyond Scope of 30(b)(6) | | |
| 122 | | | 124:22-125:11 | 602; Lacks Foundation; Beyond Scope of 30(b)(6) | | |
| 123 | | | 125:13 | 602; Lacks Foundation; Beyond Scope of 30(b)(6) | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Samsung Objections and Counter-Designations to Apple's Supplemental Deposition Designations**

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
| 124 |  |  | 125:15-25 | 602; Lacks Foundation; Beyond Scope of 30(b)(6) |  |  |
| 125 |  |  | 126:7-8 | 402; 403; Not Testimony; Asked and Answered |  |  |
| 126 |  |  | 126:11-12 | 602; Lacks Foundation; Asked and Answered; Incomplete |  |  |
| 127 |  |  | 127:18-21 | 602; Lacks Foundation;  Beyond Scope of 30(b)(6);  Asked and Answered |  |  |
| 128 |  |  | 127:25-128:3 | 602; Lacks Foundation;  Beyond Scope of 30(b)(6);  Asked and Answered; Misleading; Attorney Testifying |  |  |
| 129 |  |  | 147:16-148:7 | Hypothetical | 146:17-21; 146:24-147:11; 147:14; 149:4-6; 149:8-149:18; 149:21-150:9; 150:12-19 |  |
| 130 |  |  | 148:10-15 | Hypothetical | 146:17-21; 146:24-147:11; 147:14; 149:4-6; 149:8-149:18; 149:21-150:9; 150:12-19 |  |
| 131 |  |  | 148:18-149:3 | Hypothetical | 146:17-21; 146:24-147:11; 147:14; 149:4-6; 149:8-149:18; 149:21-150:9; 150:12-19 |  |