QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain documents filed in connection with Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Deniau and Miller ("HPO Objections").

### RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file under seal the documents listed below:

| Document | Portions to be Filed Under Seal |
|---|---|
| High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Deniau and Miller | See highlighted version of document |
| Exhibit B to the Fazio Declaration ISO Samsung's Opening Objections | See highlighted version of document |
| Exhibit E to the Fazio Declaration ISO Samsung's Opening Objections | See highlighted version of document |
| Exhibit F to the Fazio Declaration ISO Samsung's Opening Objections | See highlighted version of document |
| Exhibit G to the Fazio Declaration ISO Samsung's Opening Objections | See highlighted version of document |

Samsung does not maintain a claim of confidentiality over any of the documents listed above.   Apple has designated the documents – or portions thereof – confidential under the Protective Order.

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal.  Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's HPO Objections as a procedural mechanism for filing portions of Samsung's HPO Objections and supporting documents under seal.  Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.  Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and Samsung will file a final consolidated and

1  conformed copy of the motion and exhibits thereto identifying what information parties have
2  supported sealing in their declarations.
3     Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the
4  confidential, unredacted version of the aforementioned documents will be served on counsel for
5  Apple so that Apple's counsel may indicate what Apple information Apple believes should be
6  redacted from the public version of Samsung's filing.   After receiving Apple's proposed
7  redactions, Samsung will file a public, proposed redacted version of these documents.

9  DATED:   April 2, 2014          QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP

                                    /s/ Michael L. Fazio
                                   Victoria F. Maroulis
                                   William C. Price
                                   Michael L. Fazio

                                   Attorneys for Defendants
                                   SAMSUNG ELECTRONICS CO., LTD.,
                                   SAMSUNG ELECTRONICS AMERICA, INC.,
                                   and SAMSUNG TELECOMMUNICATIONS
                                   AMERICA, LLC