QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR DENIAU AND MILLER** |

1    I, Michael L. Fazio, declare:

2         1.    I am a member of the State Bar of California, admitted to practice before this

3    Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for

4    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5    Telecommunications America, LLC (collectively, "Samsung").   I make this declaration of

6    personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as

7    set forth below.

8         2.    Attached as Exhibit A is a true and correct copy of an April 1, 2014 e-mail from

9    Ruth Borenstein, counsel for Apple, to me, with the subject line "Apple HPOs for Samsung's

10   cross disclosures re Deniau and Miller."

11        3.    Attached as Exhibit B are true and correct copies of excerpts from the transcript

12   of Deposition of James Miller taken July 8, 2013, in the action styled *Apple Inc et al. v. Motorola,*

13   *Inc., et al.*, U.S.D.C. Illinois Case No. 11-8540.   Apple designated this transcript as "Highly

14   Confidential – Attorneys' Eyes Only."

15        4.    Attached as Exhibit C is a true and correct copy of Exhibit 2 to the July 8, 2103

16   deposition of James Miller.

17        5.    Attached as Exhibit D is a true and correct copy of a publication entitled

18   "Collaborative, Programmable Intelligent Agents," by Bonnie A. Nardi, James R. Miller, and

19   David J. Wright, dated March 1998.   This document was Exhibit 2 to the February 17, 2012

20   deposition of James Miller, and bears Bates stamps APL794-A0000020866 – 74.

21        6.    Attached as Exhibit E are true and correct copies of excerpts from the transcript of

22   the Deposition of Thomas Deniau taken July 12, 2013, in this action.   Apple designated this

23   transcript "Highly Confidential – Attorneys' Eyes Only."

24        7.    Attached as Exhibit F are true and correct copies of excerpts from the transcript of

25   the Deposition of James Miller taken October 29, 2012, in Investigation No. 337-TA-710 before

26   the International Trade Committee.   Apple designated this transcript "Highly Confidential –

27   Attorneys' Eyes Only."

28

98.51981/5851649.1

-2-
DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES
REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR DENIAU AND MILLER

1    8.    Attached as Exhibit G are true and correct copies of excerpts from the transcript

2  of the Deposition of James Miller taken December 13, 2011, in the aforementioned *Motorola*

3  matter.   Apple designated this transcript "Highly Confidential – Attorneys' Eyes Only."

4      I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct.

6      Executed April 2, 2014, at San Jose, California.

7

8                                           */s/ Michael L. Fazio*
                                    _____
9                                            Michael L. Fazio

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28