# EXHIBIT A

| | |
|---|---|
| From: | Borenstein, Ruth N. [RBorenstein@mofo.com] |
| Sent: | Tuesday, April 01, 2014 9:55 PM |
| To: | Samsung NEW |
| Cc: | Apple630MoFoTeam; WHAppleSamsungNDCalIITeam@wilmerhale.com; *** GDC - 630 Team |
| Subject: | Apple HPOs for Samsung's cross disclosures re Deniau and Miller |

Counsel:

Below are Apple's High Priority Objections for Samsung's cross disclosures for Thomas Deniau and James Miller:

**Deniau:**
No objections

**Miller:**
DX338:  FRE 602, no foundation; FRE 901, Miller cannot authenticate and not subject to authenticity stipulation
DX339:  FRE 402, inequitable conduct not at issue; FRE 403, unduly prejudicial to suggest Miller was aware of Embedded Buttons
SDX2326:  Violates order excluding exhibits not on exhibit list (Dkt. 1554 at 1); FRE 403, unduly prejudicial and confusing to jury because article not in evidence and jury cannot compare it with PX106

In addition, in response to Samsung's objection and in order to reduce disputed issues, Apple withdraws PX240 from its disclosure of exhibits to be used during the examination of Mr. Deniau.  Apple reserves the right to disclose this exhibit for future witnesses.

Ruth

----------------------------------------------------------------
**Ruth N. Borenstein**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7348 | F: 415.276.7348 | C: 415.310.2525
RBorenstein@mofo.com | www.mofo.com


To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any

information contained in the message. If you have received the message in error, please advise the sender by reply e-mail RBorenstein@mofo.com, and delete the message.