# EXHIBIT C

# James R. Miller

617 Stardust Lane  
Los Altos, California 94024  
650-949-3043

jmiller@miramontes.com  
http://www.miramontes.com

## Objective

A leadership position in defining innovative interactive technologies and rapidly bringing them to market.

## Recent employment history

**Miramontes Interactive, Los Altos, California: Principal, November 1997 - present.** Miramontes Interactive provides consulting services for user-centered design. I work with my clients to define user and system requirements for web sites and interactive applications, design and build effective user interfaces meeting those requirements, and iteratively test the usability of these systems. My clients include Microsoft, Samsung, AT&T, Cisco, SBC, Sun Microsystems, the Institute for the Future, and a variety of small companies; together, our projects have ranged from public websites to web-based collaborative systems for internal business processes. A portfolio of sample projects and other information is available at http://www.miramontes.com.

**Gateway, Inc., San Jose, California: Director of User Experience, July 1999 - January 2000.** I was responsible for user experience design and development for Gateway's Internet Appliances Division. I built a cross-disciplinary team of engineers, designers, and usability specialists, and led them to determine customer requirements for information appliances, develop prototype and fully-engineered appliance environments, and, throughout this process, insure the total usability of the products. Towards this end, we designed and implemented several prototype appliance environments on stock PC hardware and Linux.

**Apple Computer, Cupertino, California: Program Manager, ATG/Intelligent Systems, January 1993 - November 1997.** I led a multidisciplinary team of researchers and engineers working at the intersection of human-computer interaction and artificial intelligence. Projects within our program addressed such topics as intelligent document analysis, information access, spoken language interaction, networked communities, and intelligent agents. I was responsible for defining the overall research direction of the group, evangelizing the program's work inside and outside Apple, and making technical contributions of my own. I led the transfer of one of these projects, *Apple Data Detectors*, from our team to Apple's system software group, where it was released as a product.

**Hewlett-Packard Laboratories, Palo Alto, California: September 1988 - January 1993.**

**Department Manager, Human-Computer Interaction Department: November 1991 - January 1993.** I was responsible for a department of over twenty user interface professionals, whose projects broadly covered the field of human-computer interaction, including multimedia, information access, end-user programming, computer-supported cooperative work, pen-based interfaces, and natural language processing. I worked with project managers and technical contributors to define and execute research projects and product division collaborations, and represented the department inside and outside of HP.

**Project Manager, Human-Computer Interaction Department: September 1988 - August 1992.** I was responsible for a series of projects on end-user programming and distributed interfaces. We delivered to HP divisions an application framework in which end users could construct personalized, information-intensive applications, and PC-based systems enabling uniform user access to PC and Unix applications.



    **Microelectronics and Computing Technology Corporation (MCC), Austin, Texas: Team Leader, Intelligent User Assistance Project, MCC Human Interface Laboratory: September 1984 - September 1988.** My project delivered to MCC member companies an application-independent toolkit for the development of user assistance capabilities, including question answering, coaching, and direct control of the application.

## Professional activities

    ACM SIGCHI. From 1994 to 1996, I was the elected chair of SIGCHI, the 5000-member ACM special interest group on human-computer interaction. I have also held other positions on SIGCHI's Executive Committee and Conference Management Committee.

    Co-chair, CHI'92 (ACM Conference on Human Factors in Computer Systems). I organized and ran the principle international conference on human-computer interaction. My co-chair and I directed a team of over forty volunteers and paid staff in the design and execution of all aspects of the 2400-person conference's technical, social, and commercial activities, including presentations, publications, contract negotiations, and on-site logistics.

    CHI program associate chair (1987; 1999-2003) and reviewer (1987-2010); CHI Best Paper Awards chair (2006), CHI Experience Reports chair (2006), ACM *interactions* editorial board, 1994 - 2008; reviewer for *ACM ACE (Advances in Computer Entertainment Technology)* conference (2006-2007), *Mobile HCI '05* (2005), *ACM Transactions on Human-Computer Interaction, Human-Computer Interaction, International Journal of Human-Computer Systems, AAAI Press,* and *ACM Transactions on Office Information Systems.*

    National Science Foundation Strategy Workshop on Human-Centered Systems, 1997.

    Over forty-five refereed technical journal publications and book chapters, three patents, and numerous conference panel and tutorial presentations.

## Educational history

    Ph.D.:   Cognitive Psychology, University of California, Los Angeles.
    M.A.:   Cognitive Psychology, University of California, Los Angeles.
    B.S.:    Social Science - Computer Science, Michigan State University.

## References: On request.