# EXHIBIT 1

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br>    v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br>    v.<br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | Civil Action No. 12-CV-00630-LHK (PSG)<br><br>**APPLE INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S INTERROGATORIES (NOS. <u>1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41</u>)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE** |

1  **Intentionally Omitted**

13  U.S. Patent No. 5,946,647

14  Apple generally refers to the functionality covered by the asserted claims of the '647 patent as "data detectors," and that term has also been used in numerous reviews and discussions of Apple products to describe this functionality (although this "data detectors" functionality is not necessarily coterminous with the asserted claims).  Thomas Deniau is an individual with primary responsibility for creating and/or maintaining source code implementing this functionality.  File names where code implementing the feature or

**Intentionally Omitted**

-50-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

Case No. 12-CV-00630-LHK (PSG)
APPLE'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S INTERROGATORIES
(NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)