1  JOSH A. KREVITT (CA SBN 208552)  WILLIAM F. LEE (*pro hac vice*)
   jkrevitt@gibsondunn.com  william.lee@wilmerhale.com
2  H. MARK LYON (CA SBN 162061)  WILMER CUTLER PICKERING
   mlyon@gibsondunn.com    HALE AND DORR LLP
3  GIBSON, DUNN & CRUTCHER LLP  60 State Street
   1881 Page Mill Road  Boston, Massachusetts  02109
4  Palo Alto, California  94304-1211  Telephone:  (617) 526-6000
   Telephone:  (650) 849-5300  Facsimile:  (617) 526-5000
5  Facsimile:  (650) 849-5333

6  HAROLD J. McELHINNY (CA SBN 66781)  MARK D. SELWYN (CA SBN 244180)
   hmcelhinny@mofo.com  mark.selwyn@wilmerhale.com
7  JAMES P. BENNETT (CA SBN 65179)  WILMER CUTLER PICKERING
   jbennett@mofo.com    HALE AND DORR LLP
8  JACK W. LONDEN (CA SBN 85776)  950 Page Mill Road
   jlonden@mofo.com  Palo Alto, California  94304
9  RACHEL KREVANS (CA SBN 116421)  Telephone:  (650) 858-6000
   rkrevans@mofo.com  Facsimile:  (650) 858-6100
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 Morrison & Foerster LLP
   425 Market Street
13 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
14 Facsimile:  (415) 268-7522

15 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE INC.'S MOTION FOR PERMISSION TO PRESENT EVIDENCE THAT APPLE PRACTICES THE '414, '172, AND '959 PATENTS AND CURATIVE INSTRUCTIONS** |

I, Erik J. Olson, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein and understand them to be true. I submit this declaration in support of Apple Inc.'s Motion for Permission to Present Evidence that Apple Practices the '414, '172, and '959 Patents and Curative Instructions.

2. Attached as **Exhibit 1** hereto is a true and correct copy of excerpts of the April 1, 2014 trial transcript in the above-captioned matter.

3. Attached as **Exhibit 2** hereto is a true and correct copy of excerpts of the August 12, 2013 Expert Report of Professor Andrew Cockburn in the above-captioned matter.

4. Attached as **Exhibit 3** hereto is a true and correct copy of excerpts of the August 12, 2013 Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414 in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 3rd day of April, 2014, in San Jose, California.

Dated: April 3, 2014        */s/ Erik J. Olson*
                            Erik J. Olson

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: April 3, 2014            */s/ Harold J. McElhinny*
                                             Harold J. McElhinny