# EXHIBIT 1

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5

APPLE INC., A CALIFORNIA          )   C-12-00630 LHK
6  CORPORATION,                      )
                                     )   SAN JOSE, CALIFORNIA
7              PLAINTIFF,            )
                                     )   APRIL 1, 2014
8         VS.                        )
                                     )   VOLUME 2
9  SAMSUNG ELECTRONICS CO., LTD.,    )
   A KOREAN BUSINESS ENTITY;         )   PAGES 268-497
10  SAMSUNG ELECTRONICS AMERICA,      )
   INC., A NEW YORK CORPORATION;     )
11  SAMSUNG TELECOMMUNICATIONS        )
   AMERICA, LLC, A DELAWARE          )
12  LIMITED LIABILITY COMPANY,        )
                                     )
13              DEFENDANTS.          )
   _____  )

14

15

16          TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE LUCY H. KOH
17          UNITED STATES DISTRICT JUDGE

18

19

20          APPEARANCES ON NEXT PAGE

21

22  OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
23                               IRENE RODRIGUEZ, CSR, CRR
                                CERTIFICATE NUMBER 8074
24

25     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
         TRANSCRIPT PRODUCED WITH COMPUTER

1    FIREHOSE.

2         BUT IF WE DO OUR JOB, WE WILL MAKE THAT TECHNOLOGY AND

3    THAT EVIDENCE UNDERSTANDABLE TO YOU.

4         IF WE DO OUR JOB, YOU WILL KNOW WHO THE TRUE INVENTORS AND

5    INNOVATORS ARE.

6         IF WE DO OUR JOB, YOU WILL KNOW WHO THE COPIER IS.

7         IF WE DO OUR JOB, YOU WILL KNOW WHO THE INFRINGER IS.

8         AND, LADIES AND GENTLEMEN, IF WE DO OUR JOB AND WE FOCUS

9    YOU ON THE RISK THAT APPLE TOOK TO REVOLUTIONIZE THE WORLD, WE

10   WILL BRING YOU THE EVIDENCE TO DETERMINE WHAT PATENTS AND

11   INNOVATION ARE REALLY WORTH.

12        THANK YOU.

13             THE COURT:  OKAY.  TIME IS NOW 11:46.  WE'LL STOP AT

14   NOON.  OKAY?  THANK YOU.

15             MR. QUINN:  OKAY.  OPENING.

16             THE COURT:  11:47.  GO AHEAD, PLEASE.

17             MR. QUINN:  THANK YOU, YOUR HONOR.

18        **(MR. QUINN GAVE HIS OPENING STATEMENT ON BEHALF OF**

19   **DEFENDANTS.)**

20             MR. QUINN:  GOOD MORNING, FOLKS.  IT'S STILL MORNING.

21        WOW.  I CAN WONDER WHY SOME OF YOU MIGHT BE LOOKING A

22   LITTLE SIDEWAYS AT ME RIGHT NOW AFTER HEARING THAT PRESENTATION

23   OF APPLE'S CASE FROM TWO VERY SKILLED LAWYERS.

24        BUT DURING JURY SELECTION, YOU PROMISED US THAT YOU'D KEEP

25   AN OPEN MIND UNTIL YOU HEARD ALL THE EVIDENCE, AND I'M SURE

1    THAT YOU APPRECIATE THAT YOU'VE ONLY HEARD A SMALL PART OF THE

2    STORY AT THIS POINT.

3         SO I'D LIKE TO TALK TO YOU ABOUT SOME IMPORTANT FACTS THAT

4    NEITHER MR. MCELHINNY NOR MR. LEE SPOKE ABOUT IN THEIR

5    STATEMENTS TO YOU.

6         BEFORE I SIT DOWN, I'M GOING TO PROVE TO YOU, DURING THE

7    COURSE OF THIS TRIAL, WE WILL PROVE TO YOU THAT, YES, APPLE IS

8    A GREAT COMPANY, BUT THEY DON'T OWN EVERYTHING.  THEY DON'T OWN

9    THE ONLY WAY TO SEARCH ON PHONES.  THEY DON'T OWN THE ONLY WAY

10   TO SYNC.  THEY DON'T OWN THE ONLY WAY TO HAVE AN UNLOCK SCREEN

11   ON A PHONE.

12        WE WILL PROVE TO YOU THAT THEY VASTLY OVERSTATED THE

13   SCOPES OF THOSE PATENT CLAIMS AND THAT THEY'RE COUNTING ON YOU

14   TO BE CONFUSED AND NOT UNDERSTAND THAT, YES, INDEED, THESE ARE

15   VERY, VERY NARROW SOFTWARE CLAIMS THAT COVER ONE ABILITY, ONE

16   WAY TO DO SOMETHING THAT A LOT OF DIFFERENT COMPANIES DO

17   DIFFERENT WAYS.

18        AND WE WILL PROVE TO YOU -- RIGHT NOW I'M JUST GOING TO BE

19   BLUNT RIGHT NOW.  THEIR REQUEST, THEY FINALLY SAID THE WORD,

20   THEY FINALLY -- I WAS WAITING.  I WAS WONDERING WHETHER THEY

21   WOULD SAY IT TO YOU, THE "B" WORD, BILLIONS.

22        AND THEY PUT THAT NUMBER OUT THERE TO PUT IT IN YOUR HEADS

23   SO THAT THAT'S THE DAMAGES HORIZON THAT YOU'RE THINKING OF.

24        FOLKS, I'LL PROVE TO YOU IN MY OPENING STATEMENT THAT THAT

25   IS A GROSS, GROSS EXAGGERATION AND AN INSULT TO YOUR

DEFENDANTS' OPENING STATEMENT

1    INTELLIGENCE.

2        AS APPLE TOLD YOU, THE IPHONE WAS INNOVATIVE BACK IN 2007.

3    IT WAS THE INVENTION OF THE YEAR ALL THOSE YEARS AGO BACK IN

4    2007.

5        BUT THIS CASE IS REALLY NOT ABOUT THAT IPHONE OR ANY

6    IPHONES THAT COME AFTER IT.  APPLE ADMITS, THE JUDGE HAS

7    INSTRUCTED YOU, I'M SURE IT WENT PAST YOU BECAUSE IT WAS SO

8    QUICK, THE PRELIMINARY INSTRUCTIONS AND MR. MCELHINNY

9    ACKNOWLEDGED IT, APPLE ADMITS THAT THREE OF THE FIVE PATENT

10   CLAIMS THAT IT IS SUING ON WERE NOT IN THAT IPHONE AND HAVE

11   NEVER BEEN IN ANY IPHONE SINCE.  APPLE DOESN'T CONSIDER IT

12   VALUABLE ENOUGH TO EVEN USE.

13       THERE'S A FOURTH ONE, SLIDE TO UNLOCK THAT IN THEIR LATEST

14   PRODUCTS OPERATING SYSTEM, IOS 7, THEY'VE ABANDONED ALSO.

15   WE'LL PROVE THAT TO YOU AS WELL.

16       THIS CASE REALLY IS NOT -- ALSO IT'S NOT ABOUT SAMSUNG

17   COPYING APPLE.

18       THE FEATURES THAT APPLE ACCUSES IN THIS CASE ARE ALL

19   SOFTWARE FEATURES, SOFTWARE THAT RUNS ON THE SMARTPHONES AND

20   TABLETS OF MANY, MANY COMPANIES IN THE WORLD.

21       APPLE AGREES, APPLE AGREES THAT THAT SOFTWARE AND THOSE

22   FEATURES WERE PUT ON THAT SOFTWARE -- OR THOSE FEATURES WERE

23   PUT IN THAT SOFTWARE THAT'S USED BY MANY DIFFERENT COMPANIES BY

24   ENGINEERS, SOFTWARE ENGINEERS AT ANOTHER COMPANY, NOT BY

25   SAMSUNG.  AND I'M NOT POINTING THE FINGER AS THEY'VE SAID.

DEFENDANTS' OPENING STATEMENT

1        WE'LL PROVE TO YOU THAT, IN FACT, THE ENGINEERS AT THAT

2    OTHER COMPANY DID INDEPENDENTLY DEVELOP THOSE SOFTWARE

3    FEATURES, AND THEY DID NOT COPY APPLE.

4        LET ME SHOW YOU WHAT I MEAN.  THIS IS ONE OF THE PHONES

5    THAT'S ACCUSED IN THIS CASE.  IT'S A SAMSUNG PHONE.  IT'S

6    CALLED THE SAMSUNG GALAXY NEXUS.  YOU CAN SEE THAT IT'S JOINT

7    EXHIBIT 29K FOR THE RECORD.  THIS CAME OUT IN DECEMBER 2011, A

8    LITTLE BIT MORE THAN TWO YEARS AGO.

9        SAMSUNG ENGINEERED ALL THE HARDWARE ON THIS PHONE, EVERY

10   BIT OF IT, AND IT OFFERS, THIS PHONE OFFERS CONSUMER,

11   SMARTPHONE USERS, MANY THINGS THAT THE IPHONE DOESN'T JUST IN

12   TERMS NOW OF THE HARDWARE.

13       IT HAS A -- YOU CAN'T SEE IT VERY WELL, BUT IT HAS KIND OF

14   A CURVED SHAPE TO IT.  IT FITS VERY WELL IN THE HAND.

15       IT HAS A 4.65 INCH SCREEN, WHICH IS LARGE -- A THIRD

16   LARGER THAN, YOU KNOW, THE SAMSUNG -- THE IPHONE SCREEN WAS AT

17   THE TIME THIS CAME OUT.  IT'S LARGER THAN ANY SCREEN ON ANY

18   IPHONE TO THIS DAY.

19       IT HAS A REALLY, A HIGH DEFINITION, VERY, VERY CLEAR

20   SCREEN, A SUPER AMOLED SCREEN WHICH IS CLEAR.  YOU CAN SEE

21   THINGS BETTER IN BRIGHT LIGHT.

22       IT'S GOT A BATTERY IN IT THAT'S SWAPPABLE.  YOU CAN BUY AN

23   EXTRA BATTERY AND SWAP IT OUT WHENEVER YOU WANT.  YOU DON'T

24   HAVE TO TAKE YOUR PHONE BACK TO THE STORE TO REPLACE THE

25   BATTERY.

1          IT HAS SOMETHING CALLED NEAR FIELD COMMUNICATIONS, REALLY

2     COOL.  WITH A COMPATIBLE PHONE, YOU CAN CLICK THEM TOGETHER AND

3     TRANSFER FILES, INFORMATION, DATA, PHOTO FILES.

4          IT USES THE VERY HIGH SPEED FOR 4G LTE NETWORK, WHICH

5     WASN'T INTRODUCED ON THE IPHONE UNTIL MUCH TIME LATER.  THIS

6     CAME OUT WITH A FASTER NETWORK SPEED.

7          THE TRUTH OF THE MATTER IS, PEOPLE AT SAMSUNG ARE VERY

8     PROUD OF THE HARDWARE THAT THEY DEVELOPED.  THEY BUILT THE BEST

9     SMARTPHONES AND HARDWARE IN THE WORLD.

10         AND TECHNOLOGY REVIEWERS NOTICED WHAT SAMSUNG HAS ACHIEVED

11    WITH ITS PHONES.

12         HERE'S ONE UP HERE FROM "LAPTOP MAGAZINE."  YOU CAN SEE

13    WHAT IT SAYS.  THE BEST HD SCREEN ON THE MARKET.

14         "WIRED MAGAZINE," THE BEST ANDROID PHONE TO DATE.  THE

15    TRUEST REPRESENTATION OF ANDROID.

16         YOU'RE GOING TO LEARN IN THIS CASE THAT WHAT -- WHY DO

17    PEOPLE BUY PHONES?  THEY WANT YOU TO BELIEVE WHAT THEY ARE

18    TRYING TO SELL YOU IN THIS CASE IS THAT PEOPLE BUY PHONES

19    BECAUSE OF FIVE, YES, SMALL SOFTWARE FEATURES, PARTICULAR WAYS

20    OF ACCOMPLISHING THINGS LIKE SYNCING AND SEARCHING.

21         THAT'S WHAT THEY WANT YOU TO BELIEVE.

22         AND THAT BECAUSE OF THOSE FIVE SOFTWARE FEATURES, PEOPLE

23    BOUGHT A LOT MORE SAMSUNG PHONES, AND INSTEAD, IF SAMSUNG

24    DIDN'T HAVE THEM, PEOPLE WOULD HAVE BOUGHT A LOT MORE IPHONES.

25         BUT YOU'LL LEARN THAT IT IS THESE FEATURES THAT I SHOWED

356

1    YOU ON THIS PHONE, HARDWARE FEATURES, AND OTHERS LIKE IT THAT

2    CAUSED CONSUMERS TO BUY THIS PRODUCT, THINGS LIKE A HIGH

3    QUALITY SCREEN, A HIGH QUALITY CAMERA, CONNECTIVITY, BATTERY

4    LIFE, WEIGHT, SHAPE, THINGS LIKE THAT.

5         THESE ARE THE REASONS, NOT THESE PARTICULAR VARIANTS IN

6    BACKGROUND OF SOFTWARE FEATURES THAT YOU CAN'T EVEN SEE, THE

7    THINGS THAT THEY ARE SUING SAMSUNG OVER.

8         NOW, ALL OF THIS HARDWARE IN THE NEXUS WAS CREATED BY

9    SAMSUNG.  EVERY BIT OF IT.

10        AND THEY'RE SUING OVER THIS.

11        IT DOES NOT ACCUSE -- APPLE DOES NOT ACCUSE ANY OF THAT

12   HARDWARE OF INFRINGING ANY OF ITS RIGHTS, AND MR. MCELHINNY

13   SHOWED YOU A SCREEN OF A NUMBER OF SAMSUNG PRODUCTS.  NONE OF

14   THOSE ARE ACCUSED.  NONE OF THAT HARDWARE.  NONE OF THE SHAPES

15   THAT YOU SEE THERE.  NONE OF THOSE ARE ACCUSED IN THIS CASE OF

16   INFRINGING ANY OF THE RIGHTS.

17        YOU MIGHT BE SURPRISED TO LEARN ONE UNDISPUTED FACT.  NOT

18   A SINGLE SOFTWARE FEATURE IN THIS NEXUS PHONE, WHICH I'M

19   HOLDING IN MY HAND, WAS CONCEIVED BY SAMSUNG, WAS DEVELOPED BY

20   SAMSUNG, OR WAS CODED BY SAMSUNG.  NOT ONE OF THE ACCUSED

21   FEATURES ON THIS PHONE WHICH BRINGS US ALL HERE TODAY WAS

22   DESIGNED, MUCH LESS COPIED, BY ANYONE AT SAMSUNG.

23        THE ACCUSED FEATURES ON THIS PHONE WERE DEVELOPED

24   INDEPENDENTLY BY SOME OF THE MOST SOPHISTICATED AND CREATIVE

25   MINDS IN THE SMARTPHONE INDUSTRY, THE SOFTWARE ENGINEERS AT

DEFENDANTS' OPENING STATEMENT

```
1     GOOGLE UP THE ROAD IN MOUNTAIN VIEW, WHO CREATED THE ANDROID

2     OPERATING SYSTEM USED BY ALL SMARTPHONE ENGINEERS, MEMBERS OF

3     THE JURY, EXCEPT FOR APPLE, USED BY ALL HARDWARE COMPANIES, ALL

4     HANDSET MANUFACTURERS, EXCEPT FOR APPLE.  IN THE WAY THAT MOST

5     P.C. MAKERS USE THE MICROSOFT WINDOWS OPERATING SYSTEM, ALMOST

6     ALL, EVERYBODY BUT APPLE, IN THE SMARTPHONE INDUSTRY USES

7     ANDROID SOFTWARE, NOT JUST SAMSUNG.

8          AND IN THIS TRIAL, YOU WILL HEAR FROM THOSE GOOGLE

9     ENGINEERS.  AND MR. MCELHINNY SAID WE'RE GOING TO POINT THE

10    FINGER AT GOOGLE.  WE'RE NOT GOING TO POINT THE FINGER AT

11    GOOGLE.  GOOGLE DIDN'T COPY.  THOSE GOOGLE ENGINEERS, WHO YOU

12    WILL HEAR FROM IN THIS TRIAL, WILL EXPLAIN TO YOU HOW THEY

13    INDEPENDENTLY DEVELOPED THIS SOFTWARE WITHOUT COPYING.

14         THIS CASE IS REALLY NOT ABOUT THESE FIVE MINOR SOFTWARE

15    FEATURES AND PATENT CLAIMS THAT APPLE IS ASSERTING.  IT'S NOT

16    ABOUT THEM CAUSING PEOPLE NOT TO BUY IPHONES AND INSTEAD TO BUY

17    SAMSUNG PHONES.

18         IPHONE DOESN'T EVEN USE FOUR OUT OF THESE FIVE FEATURES.

19         SMARTPHONES INVOLVE HUNDREDS OF DIFFERENT FEATURES, SOME

20    OF THEM BIG, SOME OF THEM SMALL.

21         YOUR COMMON SENSE -- AND SEVERAL EXPERTS WHO WILL COME IN

22    AND TESTIFY AND WILL TELL YOU THAT CONSUMERS DON'T CHOOSE ONE

23    PHONE OVER ANOTHER BECAUSE OF THE PARTICULAR WAY WORD

24    CORRECTION SUGGESTIONS ARE PRESENTED ON THE SCREEN, WHICH IS

25    WHAT THEIR PATENT COVERS.  THERE'S A LOT OF DIFFERENT WAYS TO
```

1    DO THAT.

2         THEY DON'T BUY A PHONE BECAUSE OF THE PARTICULAR WAY THAT

3    THE SOFTWARE SYNCS IN BACKGROUND.  THERE'S MORE THAN ONE WAY TO

4    DO THAT.

5         OR THE PARTICULAR DESIGN OF THE UNLOCK SCREEN.  THAT'S NOT

6    WHY CONSUMERS BUY PRODUCTS.

7         APPLE'S CLAIMS ARE ALL THAT NARROW.  APPLE DOES THIS, TOO,

8    FOLKS.  WE'LL SHOW YOU, WE WILL SHOW YOU APPLE'S REAL WORLD

9    RESEARCH THAT THEY DO.  THEY KNOW WHY PEOPLE BUY PHONES.  THEY

10   GO OUT AND THEY DO RESEARCH.  THEY SURVEY THEM.  AND THEIR OWN

11   REAL WORLD RESEARCH THAT THEY DO FOR BUSINESS EVERY SINGLE, YOU

12   KNOW, EVERY DAY, OR HOWEVER OFTEN THEY DO IT, NOT FOR COURT

13   CASES, NOT FOR HIRED EXPERTS, NOT FOR LAWYERS, BUT WHAT THEY DO

14   IN THEIR BUSINESS SHOWS THAT PEOPLE DON'T BUY -- THEY DON'T

15   EVEN ASK SMARTPHONE PURCHASERS, IPHONE PURCHASERS, DID YOU BUY

16   IT FOR THIS FEATURE OR DID YOU BUY IT FOR THAT FEATURE?  THEY

17   KNOW THEY DON'T.  THEY KNOW THAT'S NOT WHAT MATTERS, AND WE'LL

18   SHOW THAT TO YOU FROM APPLE'S OWN SURVEYS.

19        YET APPLE IS HERE LITERALLY SEEKING BILLIONS OF DOLLARS

20   FOR PARTICULAR SOFTWARE CONFIGURATIONS THAT ARE UNDER THE HOOD

21   IN THE PHONE THAT MOST CONSUMERS ARE NOT EVEN AWARE THAT IT'S

22   THERE, AND THEY WANT TO TAKE THAT BIG NUMBER NOT ONLY TO THE

23   BANK, NOT ONLY TO THE BANK, BUT TO GET AN ORDER SAYING THAT

24   NONE OF THESE PHONES CAN BE SOLD IN THE UNITED STATES ANYMORE.

25   IT'S AN ATTACK ON ANDROID.  IT'S AN ATTACK, IT'S AN ATTACK --

```
 1              MR. MCELHINNY:  OBJECTION, YOUR HONOR.  THIS IS

 2     ARGUMENT.

 3              THE COURT:  OVERRULED.  OVERRULED.

 4              MR. QUINN:  IT'S THE TRUTH.  IT'S AN ATTACK AN

 5     ANDROID, AND THAT'S WHAT THIS CASE IS.

 6          EVEN THOUGH MOST OF THESE PATENT CLAIMS ARE NOT VALUABLE

 7     ENOUGH FOR APPLE TO USE ITSELF, IT CLAIMS THAT ANDROID USES

 8     THEM AND THAT THIS CAUSES CUSTOMERS TO BUY SAMSUNG PHONES.  AND

 9     IF SAMSUNG DIDN'T HAVE THESE FEATURES, THEY'D SELL MORE APPLE

10     PHONES EVEN THOUGH A CUSTOMER LOOKING FOR FOUR OF FIVE OF THESE

11     FEATURES COULDN'T FIND THEM IN AN APPLE PHONE, THEY DON'T USE

12     THEM.

13          AS TO THREE OF THEM, THAT'S UNDISPUTED.

14          SLIDE TO UNLOCK, WE'LL PROVE THAT TO YOU.

15          THE ONLY WAY THAT APPLE CAN MAKE THIS CLAIM FOR BILLIONS

16     OF DOLLARS IS -- WHICH CONFLICTS WITH ALL THE REAL WORLD

17     EVIDENCE YOU'RE GOING TO SEE -- IS TO COME UP WITH A STUDY

18     WHICH THEY DID SPECIALLY FOR YOU BY THE MAN WHOSE NAME WAS

19     INTRODUCED TO YOU, DR. JOHN HAUSER.  AND I'M GOING TO SPEND

20     SOME TIME TALKING WITH YOU THIS AFTERNOON ABOUT DR. HAUSER AND

21     THE SURVEY, AND I WILL SHOW YOU THAT STUDY.

22          WHAT THIS CASE IS REALLY ABOUT IS APPLE TRYING TO LIMIT

23     CONSUMER CHOICE AND TO GAIN AN UNFAIR ADVANTAGE OVER ITS ONE

24     MAJOR COMPETITOR, GOOGLE'S ANDROID, A COMPETITOR THAT HAS

25     PASSED APPLE IN SOME RESPECTS.
```

1          DON'T GET ME WRONG, APPLE IS AN AMAZINGLY INNOVATIVE

2    COMPANY.

3          BUT IN SOME RESPECTS YOU'LL SEE GOOGLE'S ANDROID HAS

4    PASSED APPLE.

5          AND IN THIS CASE, APPLE HAS SUED -- THIS IS WHAT'S GOING

6    ON HERE -- THE BIGGEST USER OF GOOGLE'S ANDROID SOFTWARE AND

7    THE MOST SUCCESSFUL MANUFACTURER OF ANDROID PHONES, SAMSUNG, TO

8    TRY TO PREVENT IT FROM SELLING PHONES WITH THAT LEADING ANDROID

9    SOFTWARE AND TO GET THE PROFITS THAT SAMSUNG HAS EARNED SELLING

10   ANDROID PHONES.

11         IT IS TRYING TO GAIN FROM YOU IN THIS COURTROOM WHAT IT

12   HAS LOST IN THE MARKETPLACE.

13         YOUR HONOR, WOULD THIS BE A GOOD PLACE TO BREAK?

14           THE COURT:  IT'S 12:01.  LET'S GO AHEAD AND BREAK FOR

15    LUNCH.  WE'LL SEE EVERYONE BACK AT 1:00 O'CLOCK.

16         PLEASE DON'T RESEARCH OR DISCUSS THE CASE.

17         THANK YOU FOR YOUR PATIENCE AND YOUR SERVICE.

18         (JURY OUT AT 12:02 P.M.)

19           THE COURT:  THE JURORS HAVE LEFT THE COURTROOM.

20         THANK YOU.

21         (THE LUNCH RECESS WAS TAKEN FROM 12:02 P.M. TO 12:59 P.M.)

22

23

24

25

DEFENDANTS' OPENING STATEMENT                                    361

```
 1                      AFTERNOON SESSION

 2          (JURY OUT AT 12:59 P.M.)

 3              THE COURT:  WELCOME.  TAKE A SEAT, PLEASE.  I

 4      UNDERSTAND THERE'S A SEALING ISSUE.  IS THAT RIGHT?  IS THERE

 5      AN ISSUE?

 6              MR. MCELHINNY:  THERE IS, YOUR HONOR.

 7              THE COURT:  OH, OKAY.

 8              MR. SELWYN:  GOOD AFTERNOON, YOUR HONOR.  WITH THE

 9      FIRST WITNESS THIS AFTERNOON --

10              THE COURT:  YES.

11              MR. SELWYN:  -- MR. SCHILLER, SAMSUNG, WE UNDERSTAND,

12      EXPECTS TO USE CERTAIN CONFIDENTIAL BUSINESS INFORMATION OF

13      APPLE THAT DISCUSSES FUTURE BUSINESS STRATEGY, CAPACITY

14      INFORMATION, FINANCIAL INFORMATION.

15          OUR SUGGESTION TO SAMSUNG WAS THAT WE HANDLE THOSE

16      DOCUMENTS MUCH THE WAY WE'VE HANDLED SOURCE CODE IN THE PAST,

17      WHICH IS SHOW IT TO THE JURY AND COUNSEL, NOT PUT IT UP ON THE

18      SCREEN, AND HAVE COUNSEL REFER TO LINES OF THE DOCUMENT RATHER

19      THAN READING ALOUD THE DOCUMENTS TO THE PUBLIC.

20          THAT WOULD BE ACCEPTABLE TO APPLE, THAT'S WHAT WE'VE DONE

21      IN THE PAST, AND THEN APPLE WOULD MOVE TO SEAL THE DOCUMENT.

22          WE UNDERSTAND THAT THERE ARE PORTIONS OF CERTAIN DOCUMENTS

23      THAT SAMSUNG WOULD LIKE TO READ ALOUD THAT RELATE TO

24      CONFIDENTIAL BUSINESS INFORMATION OF APPLE'S CONCERNING FUTURE

25      STRATEGY.
```

```
1              IF SAMSUNG INTENDS TO DO THAT, THAT'S AN ISSUE FOR US.

2     THESE ARE DOCUMENTS THAT SAMSUNG HAS NEVER SEEN BEFORE.

3     SAMSUNG IS NOT ENTITLED TO SEE, VERY SENSITIVE INFORMATION

4     ABOUT APPLE'S ROADMAP AND FUTURE PRODUCT STRATEGY.

5              THE COURT:  ALL RIGHT.  SO YOUR REQUEST IS THAT WE,

6     WHAT, SEAL THE COURTROOM?  I WOULD LIKE TO USE THE PROCEDURE

7     WE'VE USED IN THE PAST AND I DON'T SEE WHY A PARTICULAR PIECE

8     OF INFORMATION HAS GOT TO BE STATED OUT LOUD.  I DON'T WANT TO

9     MOVE ALL THESE PEOPLE OUT TO THE HALLWAY.

10             MR. SELWYN:  THAT IS OUR STRONG PREFERENCE AS WELL,

11    TO DO IT AS WE'VE DONE IN THE PAST, REFERRING THE WITNESS TO

12    PARTICULAR PORTIONS OF THE DOCUMENT, ASKING THE QUESTIONS ABOUT

13    THOSE PORTIONS, BUT NOT READING IT ALOUD AND NOT PUTTING IT UP

14    ON THE SCREEN.

15             MR. PRICE:  THE REASON, YOUR HONOR, THE REASON THEY

16    WANT TO DO THAT IS SO THAT WE CAN'T DO AN EFFECTIVE

17    CROSS-EXAMINATION.

18          THESE DOCUMENTS DON'T HAVE ANYTHING TO DO --

19             THE COURT:  JUST LET ME SEE THE DOCUMENTS.

20             MR. PRICE:  SURE.

21             THE COURT:  PLEASE.

22             MR. PRICE:  I'LL GIVE YOU AN EXAMPLE.  I'LL SHOW TO

23    YOU EXHIBIT 411.  IT'S AN EXAMPLE.  THEY'RE NOT GOING TO SAY OR

24    SHOW ANY OF THE NUMBERS IN THE DOCUMENT.

25             MR. SELWYN:  YOUR HONOR, 411 IS AN IPHONE REVIEW FROM
```

```
1       THE SPRING OF LAST YEAR.  IF YOU LOOK AT, BEGINNING AT PAGES

2       '678 AND -9, THERE'S DISCUSSION ABOUT CARRIER SUBSIDIES,

3       SPECIFIC CARRIER SUBSIDIES.

4           WE GET INTO FROM 13, 14, AND THEN MOST OF THE REMAINDER OF

5       THE DOCUMENT, 21, 22, 18 AND 19, 26 THROUGH 32, 36 THROUGH 39

6       AS FINANCIAL FORECASTS, DISCUSSIONS ABOUT SELLING --

7               THE COURT:  OKAY.  I'M SORRY TO INTERRUPT YOU.  I

8       HAVE A JURY WAITING.

9           SO JUST GIVE ME THE PAGE NUMBERS THAT ARE IN DISPUTE, AND

10      I'M GOING TO GIVE YOU A RULING, NOT RIGHT NOW, AND WE'RE GOING

11      TO GO AHEAD WITH THIS OPENING STATEMENT.

12          OKAY.  SO WHAT ARE THE NUMBERS IN DISPUTE?  I'LL TAKE A

13      LOOK, AND I'LL LET YOU KNOW WHAT MY RULING IS BEFORE

14      MR. SCHILLER TESTIFIES.

15              MR. SELWYN:  THANK YOU.

16              THE COURT:  WHAT ARE THE PAGE NUMBERS THAT ARE IN

17      DISPUTE?

18              MR. PRICE:  I CAN MAKE IT EASIER BY TELLING YOU THE

19      PAGES I WOULD USE.

20              THE COURT:  OKAY.

21              MR. PRICE:  IT'S IN A DOCUMENT LIKE THIS, THE VERY

22      SAME INFORMATION.

23              THE COURT:  NO, NO.  I WANT TO SEE THE DOCUMENT YOU

24      WANT TO USE.  I WANT TO SEE THE PAGES THAT ARE IN DISPUTE.  I

25      DON'T WANT IT'S LIKE THIS KIND OF REPRESENTATION.
```

```
 1                    MR. PRICE:  413, 413 THEN, YOUR HONOR.

 2                    THE COURT:  413.  YOU MEAN DX 413?

 3                    MR. PRICE:  YES, YOUR HONOR, DX 413.

 4                    THE COURT:  AND ANY PARTICULAR PAGES, OR THE WHOLE

 5       THING.

 6                    MR. PRICE:  YES.  IN PARTICULAR, YOUR HONOR, PAGE 8.

 7                    THE COURT:  OKAY.  ALL RIGHT.  WHAT ELSE?

 8                    MR. PRICE:  PAGE 14.

 9                    THE COURT:  ALL RIGHT.  PAGE 8, I'M NOT GOING TO

10       ALLOW YOU TO DO THIS OPEN.  THESE ARE PROJECTIONS FOR FUTURE.

11                    MR. PRICE:  NO.  THESE ARE CURRENT, YOUR HONOR.

12                    THE COURT:  WHEN IS YOUR FISCAL YEAR?  WHEN DOES

13       APPLE'S FISCAL YEAR BEGIN AND END?

14                    MR. SELWYN:  OCTOBER IS THE END OF THE FISCAL YEAR.

15                    THE COURT:  SO IT RUNS FROM NOVEMBER TO OCTOBER?

16                    MR. SELWYN:  CORRECT.

17                    THE COURT:  SO ARE YOU IN FISCAL YEAR 2014 OR 2013?

18       OR WHAT'S YOUR CURRENT FISCAL YEAR RIGHT NOW?

19                    MR. SELWYN:  2014.

20                    THE COURT:  OKAY.  SO YOU WANT PAGE 8.  WHAT ELSE?

21                    MR. PRICE:  PAGE 14.

22                    THE COURT:  OKAY.

23                    MR. PRICE:  AND PAGE 46.

24                    THE COURT:  OKAY.  IS THAT IT?  IS THERE ANY OTHER

25       DISPUTE?
```

1          MR. PRICE:  ONE MOMENT, YOUR HONOR.

2          MR. SELWYN:  YOUR HONOR, THE PARTIES JUST -- WE MET

3     AND CONFERRED FOR A LENGTHY AMOUNT OF TIME ABOUT AN ENTIRELY

4     DIFFERENT DOCUMENT, WHICH IS THE ONE THAT WE HAD BEEN TOLD THAT

5     THEY WERE GOING TO USE.

6          SO THESE THREE PAGES ARE NEW TO US AND HAVEN'T BEEN

7     DISCUSSED SPECIFICALLY BEFORE.

8          MR. PRICE:  THEY'RE IN THE OTHER DOCUMENT AS WELL.

9          THE COURT:  OKAY.  WHAT HAPPENED?  I RULED ON THE

10    OBJECTIONS THAT YOU ALL FILED YESTERDAY DURING LUNCH AND LAST

11    NIGHT.  SO WHY AM I GETTING HIT WITH THIS WHEN I HAVE A JURY

12    WAITING FOR AN OPENING STATEMENT?

13         DID YOU CHANGE YOUR MIND --

14         MR. PRICE:  NO.

15         THE COURT:  -- AS TO WHAT EXHIBIT YOU WANTED TO USE?

16         MR. PRICE:  OH, NO, YOUR HONOR.  THESE WERE

17    DISCUSSED.

18         MR. SELWYN:  YOUR HONOR, WE'VE BEEN DISCUSSING THIS

19    FOR THREE DAYS AND TRYING TO GET SPECIFICITY ABOUT WHAT WILL BE

20    OFFERED.

21         THIS IS THE FIRST TIME WE'VE HEARD ABOUT THESE THREE PAGES

22    IN PARTICULAR, AND WE'VE BEEN ASKING TO UNDERSTAND WHAT PAGES

23    WOULD BE USED.

24         WE WERE DISCUSSING BEFORE EXHIBIT 411.  WE MAY BE ABLE TO

25    RESOLVE THESE THREE PARTICULAR PAGES.  THIS IS THE FIRST TIME

1      WE'RE HEARING ABOUT THESE.

2            THE COURT:  ALL RIGHT.  WELL, WE'RE GOING FORWARD

3      WITH AN OPENING STATEMENT.  I'M NOT HAVING THIS JURY WAIT ANY

4      LONGER.

5            SO WHY DON'T YOU MEET AND CONFER, AND LET ME KNOW IF YOU

6      STILL HAVE A PROBLEM.  OTHERWISE I'LL GIVE YOU MY RULING ON

7      THESE THREE DOCUMENTS.  OKAY.

8            MR. SELWYN:  THANK YOU.

9            THE COURT:  BUT I'M GOING TO KEEP THIS BINDER.

10            MR. PRICE:  THANK YOU, YOUR HONOR.

11            THE COURT:  AND IN THE FUTURE, I WANT YOUR SEALING

12      OBJECTIONS IN THE OBJECTIONS THAT YOU'RE FILING, OKAY?

13            SO WHEN YOU IDENTIFY AN EXHIBIT THAT YOU INTEND TO USE,

14      YOU NEED TO IDENTIFY THE PAGE NUMBERS, OKAY?

15            MR. PRICE:  I HEAR YOU, YOUR HONOR.

16            THE COURT:  ALL RIGHT.  THANK YOU.

17            (JURY IN AT 1:06 P.M.)

18            THE COURT:  ALL RIGHT.  WELCOME BACK.  PLEASE TAKE A

19      SEAT.

20            MR. QUINN, IF YOU WOULD PLEASE CONTINUE.

21            MR. QUINN:  THANK YOU, YOUR HONOR.

22            THE COURT:  THE TIME IS NOW 1:07.  GO AHEAD, PLEASE.

23            MR. QUINN:  THANK YOU, YOUR HONOR.

24            BEFORE LUNCH I SHOWED YOU THIS NEXUS PHONE, WHICH IS ONE

25      OF THE ACCUSED PHONES HERE.  AS I TOLD YOU, ALL THE HARDWARE IN

```
 1    HERE IS MADE BY SAMSUNG.  NONE OF THE SOFTWARE.  IT'S PURE

 2    ANDROID.

 3          THERE ARE SOME PHONES, SOME SAMSUNG PHONES WHERE THE

 4    ANDROID SOFTWARE IS SLIGHTLY MODIFIED BY SAMSUNG WHEN WE GET IT

 5    AND PUT IT IN THE PHONE.

 6          BUT JUST SO YOU KNOW, APPLE'S POSITION IS THAT THOSE

 7    MODIFICATIONS DON'T MAKE ANY DIFFERENCE, THAT THE MONEY IS OWED

 8    ANYWAY.

 9          SO THIS IS REALLY ABOUT APPLE VERSUS GOOGLE'S ANDROID, AND

10    I WANT TO TALK TO YOU A LITTLE BIT ABOUT THAT COMPETITION.  AND

11    I'M GOING TO -- AND WHAT THE EVIDENCE IS GOING TO SHOW ABOUT

12    THAT COMPETITION AND ABOUT WHAT APPLE HAS CALLED IN ITS OWN

13    INTERNAL E-MAILS THE INNOVATOR'S DILEMMA.

14          NOW, THE INNOVATOR'S DILEMMA IS ACTUALLY A PRETTY WELL

15    UNDERSTOOD CONCEPT IN ACADEMIC RESEARCH AND TECHNOLOGY.  THE

16    INNOVATOR'S DILEMMA OCCURS WHEN, AND THESE ARE APPLE'S WORDS,

17    THEY'RE STEVE JOBS' WORDS, WHEN A MARKET LEADER HANGS ON TO AN

18    OLD PARADIGM FOR TOO LONG.  AND WHEN THAT HAPPENS, WHEN A

19    MARKET LEADER HANGS ON TO AN OLD PARADIGM FOR TOO LONG, IT

20    BECOMES VULNERABLE TO INNOVATION BY OTHERS.

21          APPLE WAS AN INNOVATOR, BUT IN 2011, THERE WAS ANOTHER

22    COMPANY THAT GOT INTO THE SMARTPHONE WORLD, WHICH WAS ALSO VERY

23    INNOVATIVE, AND THAT'S GOOGLE.

24          WE ALL KNOW GOOGLE.  I DON'T NEED TO SPEND MUCH TIME

25    INTRODUCING GOOGLE TO YOU.  IT STARTED AS A SEARCH COMPANY
```

1    HERE, TWO GUYS, STANFORD UNIVERSITY, IN A GARAGE.  I THINK MANY

2    OF YOU KNOW THE STORY.

3        IT STARTED OUT DOING SEARCH, BUT NOW SO MANY DIFFERENT

4    APPLICATIONS, HUNDREDS OF PEOPLE USE IT EVERY DAY, MAPS, GPS,

5    YOUTUBE, GOOGLE DOC, GOOGLE VOICE, GOOGLE NEWS.  LOTS OF

6    DIFFERENT THINGS WHICH PEOPLE FIND VERY, VERY USEFUL IN THEIR

7    EVERY DAY LIVES.

8        THEY HAVE THE FINEST SOFTWARE ENGINEERS IN THE WORLD.  IT

9    SEEMS ON LINE THEY CAN DO JUST ABOUT ANYTHING.  THEY DON'T NEED

10   TO COPY PEOPLE.  THEY DON'T NEED TO COPY APPLE.

11       LET ME TELL YOU ABOUT THE ANDROID STORY AND HOW THE

12   DEVELOPMENT OF THE ANDROID OPERATING SYSTEM HAPPENED AT GOOGLE.

13       BACK IN 2005, TWO YEARS BEFORE THE IPHONE CAME OUT, EIGHT

14   PEOPLE WHO HAD EXPERIENCE DEVELOPING SMARTPHONES GOT TOGETHER,

15   THEY JOINED GOOGLE, AND SET OUT TO SOLVE A PROBLEM IN THE PHONE

16   INDUSTRY.

17       THE PROBLEM WAS THAT HISTORICALLY THE PHONE INDUSTRY HAD

18   BEEN VERY CLOSED.  CARRIERS BASICALLY TOLD HANDSET

19   MANUFACTURERS WHAT PHONES HAD TO DO, WHAT THEY HAD TO LOOK

20   LIKE.

21       AND ALL THE DIFFERENT HANDSET MANUFACTURERS, THE PHONE

22   MAKERS WERE MAKING THEIR OWN HARDWARE AND TRYING TO MAKE THEIR

23   OWN SOFTWARE AT THE SAME TIME, AND IT TURNS OUT THAT THE

24   HANDSET MANUFACTURERS WEREN'T THE BEST IN THE WORLD AT MAKING

25   CUTTING EDGE SOFTWARE.

DEFENDANTS' OPENING STATEMENT

1           AND BY THE TIME THEIR SOFTWARE GOT TO MARKET, OFTEN THEY

2    WERE BEHIND.

3           SO THESE EIGHT PEOPLE WHO JOINED GOOGLE HAD THE IDEA THAT

4    WHAT THE INDUSTRY REALLY NEEDED WAS A SHARED, OPEN PLATFORM

5    THAT EVERYONE COULD USE AND CUSTOMIZE AND USE TO INNOVATE AND

6    IMPROVE.

7           AND THEY THOUGHT IT WOULD BE BEST IF THIS SOFTWARE, THIS

8    PLATFORM, WAS NOT CONTROLLED BY JUST ONE COMPANY.  INSTEAD,

9    THEY WANTED TO GIVE MANUFACTURERS, PHONE MANUFACTURERS,

10   APPLICATION DEVELOPERS, CARRIERS A PLATFORM WHICH THEY COULD

11   ALL USE, ADJUST, INNOVATE WITH, ADAPT TO THEIR OWN USES, DEEPLY

12   BRAND IT, AND TO GIVE THEM THE FREEDOM TO DO WITH THIS COMMON

13   PLATFORM WHAT THEY WANTED TO DO, OR WHAT THEY COULD DO.

14          THE IDEA WAS TO CREATE THIS OPEN SOURCE PLATFORM, ANDROID,

15   AND GIVE IT AWAY.

16          THEY SPENT THREE YEARS BUILDING IT AT GOOGLE AND GAVE IT

17   AWAY.  ANYBODY CAN DOWNLOAD IT IF YOU GO TO SOURCE.ANDROID.COM,

18   AND PEOPLE IN THE INDUSTRY CAN DOWNLOAD THIS OPEN SOURCE

19   PLATFORM.

20          FROM ABOUT 2005 TO 2008, THIS GROUP WORKED TOGETHER

21   BUILDING ANDROID, WORKING LIKE KIND OF A STARTUP INSIDE A MUCH

22   BIGGER COMPANY.  THEY CONTACTED MANUFACTURERS, THEY CONTACTED

23   CARRIERS TO SEE IF THEY WOULD BE INTERESTED IN THIS OPEN SOURCE

24   PLATFORM, AND IT TURNED OUT THEY WERE.

25          AND SINCE THEN, YOU KNOW, IT CAME TO MARKET.  IT'S BEEN

1    EXTREMELY SUCCESSFUL.

2          IN ADDITION TO BEING ON HUNDREDS OF MILLIONS OF PHONES AND

3    TABLETS, ANDROID IS NOW IN THE DASHBOARD OF SOME CARS.  IT'S --

4    YOU KNOW, THE AMAZON KINDLE RUNS ON ANDROID.  EVEN GOOGLE

5    DOESN'T KNOW ALL THE DEVICES IN THE WORLD THAT RUN ON ANDROID.

6    IT'S BEEN A HUGE SUCCESS.

7          AND THAT SUCCESS IS A TESTAMENT TO THE HARD WORK AND THE

8    INGENUITY OF THE ENGINEERS AT GOOGLE AND THE ANDROID

9    MANUFACTURERS.  IT IS CLEAR THAT GOOGLE'S VISION WAS RIGHT.

10   INNOVATION HAPPENS WHEN EVERYONE IS ABLE TO CONTRIBUTE THEIR

11   OWN IDEAS.

12         AND GOOGLE IS A HIGHLY INNOVATIVE COMPANY.  THEY'RE

13   PERFECTLY CAPABLE OF DEVELOPING THEIR OWN SEARCH FEATURE ON A

14   PHONE WITHOUT COPYING APPLE.

15         BUT THE END OF 2010, THE TOP OF GOOGLE'S MANAGEMENT,

16   STEVE JOBS HIMSELF, RECOGNIZED THAT APPLE ITSELF FACED THE

17   INNOVATOR'S DILEMMA AND THAT GOOGLE INNOVATION WAS DISRUPTING

18   THE SMARTPHONE INDUSTRY THAT APPLE HAD DOMINATED SINCE 2007.

19         IN RESPONSE TO THIS, STEVE JOBS DECLARED, IN 2011, THAT

20   APPLE WOULD START A HOLY WAR, A HOLY WAR ON GOOGLE.

21         APPLE KNEW THAT GOOGLE WAS FURTHER ALONG IN SOME IMPORTANT

22   TECHNOLOGY SO --

23             MR. MCELHINNY:  EXCUSE ME, YOUR HONOR.  AGAIN, I HAVE

24    TO OBJECT.  THERE'S MOTIONS IN LIMINE ON THIS.

25             THE COURT:  THERE WAS A MOTION IN LIMINE THAT THAT

```
1     WOULD NOT BE PERMITTED, SO THAT'S STRICKEN.

2              MR. QUINN:  THAT WAS --

3              THE COURT:  GO AHEAD, PLEASE.

4              MR. QUINN:  THAT'S NOT MY UNDERSTANDING, YOUR HONOR.

5     THE OBJECTIONS TO THIS WERE OVERRULED.  THIS DOCUMENT.  IT'S

6     EXHIBIT, DEFENSE EXHIBIT 489.

7              THE COURT:  GO AHEAD, PLEASE, WITH THE REST OF YOUR

8     OPENING.

9              MR. QUINN:  SO MR. JOBS DRAFTED THIS AGENDA IN

10    OCTOBER 2010 FOR APPLE'S ANNUAL RETREAT OF THE TOP 100

11    EXECUTIVES AT APPLE WHERE THEY GET TOGETHER AND THEY TALK

12    AMONGST THEMSELVES ABOUT WHAT IS MOST IMPORTANT TO THE COMPANY.

13    WE HAVE STEVE JOBS'S AGENDA.  THERE'S NOTHING MORE

14    AUTHORITATIVE ABOUT WHAT MATTERS TO APPLE.

15         HERE IS THAT AGENDA.  IT'S IN DEFENSE EXHIBIT 489, AND YOU

16    CAN SEE UP AT THE TOP HERE -- I DON'T KNOW IF WE CAN ENLARGE

17    THIS.  STEVE JOBS, OCTOBER 2010, IT'S HIS CUT FOR THE AGENDA.

18         AND THEN IF WE GO FORWARD, GO DOWN BELOW, WHAT DOES HE

19    WRITE?  "2011 HOLY WAR WITH GOOGLE."

20         BELOW THAT.  "APPLE IS IN DANGER OF HANGING ON TO THE OLD

21    PARADIGM TOO LONG (INNOVATOR'S DILEMMA) GOOGLE AND MICROSOFT

22    ARE FURTHER ALONG ON THE TECHNOLOGY.

23         "TIE ALL OUR PRODUCTS TOGETHER SO WE CAN FURTHER LOCK

24    CUSTOMERS INTO OUR ECOSYSTEM."

25         AND THEN IF WE CAN GO FORWARD, COMPARISONS WITH GOOGLE,
```

DEFENDANTS' OPENING STATEMENT                                                    372

```
 1        SAMSUNG.

 2             FORWARD.  CATCH UP TO ANDROID WHERE WE ARE BEHIND,

 3        NOTIFICATIONS, TETHERING, SPEECH.

 4             AND THEN NEXT, "STRATEGY:  CATCH UP TO GOOGLE CLOUD

 5        SERVICES.  ANDROID DEEPLY INTEGRATES GOOGLE CLOUD SERVICES.

 6        WAY AHEAD OF APPLE IN CLOUD SERVICES FOR CONTACTS, CALENDARS,

 7        AND MAIL."

 8             DON'T HAVE TIME TO GO THROUGH THE COMPLETE DOCUMENT NOW,

 9        BUT THIS WILL COME INTO EVIDENCE.  YOU WILL HAVE THIS DOCUMENT.

10             A HOLY WAR ON ANDROID.  THAT WAS APPLE'S STRATEGY.

11             FROM APPLE'S POINT OF VIEW, GOOGLE'S ANDROID WAS TOO

12        SUCCESSFUL.  PEOPLE WERE BUYING TOO MANY ANDROID PHONES.

13             GOOGLE HAD ALWAYS BEEN A CLOUD COMPANY, AND ITS CLOUD

14        TECHNOLOGY, WHICH AMONG OTHER THINGS, ENABLED PEOPLE TO

15        WIRELESSLY SYNC, SYNC THEIR CALENDARS, CONTACTS, AND MAIL AND

16        SAVE THEIR FILES ON A CLOUD SERVER WAS FAR AHEAD OF APPLE'S AND

17        APPLE'S MISSION FOR 2011 WAS TO CATCH UP AND GET AHEAD OF

18        GOOGLE AND ANDROID, AND THIS LAWSUIT IS PART OF THAT STRATEGY.

19             SAMSUNG -- LET ME TURN NOW TO TALK ABOUT SAMSUNG.

20             SAMSUNG, AS MR. MCELHINNY SAYS, HE'S RIGHT, HE'S BEEN A

21        MOBILE PHONE INDUSTRY LEADER SINCE THE EARLY 1990S, LONG BEFORE

22        APPLE LAUNCHED THE IPHONE JUST SEVEN YEARS AGO.  THERE HAVE

23        BEEN MANY FIRSTS THAT SAMSUNG HAS CONTRIBUTED TO THE CELL PHONE

24        WORLD.

25             IF WE COULD LOOK AT SLIDE 14.
```

DEFENDANTS' OPENING STATEMENT

1        YOU CAN SEE SOME OF THEM UP THERE.  FIRST 3G PHONES, FIRST

2    3G WINDOWS SMARTPHONE, FIRST CAMERA PHONE, MORE 4G LTE PRODUCTS

3    IN THE YEAR BEFORE APPLE DID, RECOGNITION SOFTWARE, HIGH DEF

4    DISPLAYS.

5        SAMSUNG HAS CONTINUED THAT INNOVATION TO THIS DAY, OFFERED

6    LARGER SCREENS, PHONES THAT WORK WITH STYLUSES, AND PHONES THAT

7    CAN TRANSFER PHOTOS, VIDEOS AND OTHER DOCUMENTS JUST BY

8    CLICKING THE PHONES TOGETHER.

9        THE PATENT OFFICE HAS RECOGNIZED SAMSUNG'S HARD WORK, AND

10   I FIND IT VERY IRONIC THAT APPLE'S COUNSEL WOULD SAY THAT

11   SAMSUNG DOESN'T CARE ABOUT PATENTS.

12       LAST YEAR THE UNITED STATES PATENT AND TRADEMARK OFFICE

13   AWARDED SAMSUNG THE SECOND HIGHEST NUMBER OF PATENTS IN THE

14   WORLD OF ANY COMPANY IN THE WORLD.  NUMBER 1 WAS IBM.  SAMSUNG

15   CARES ABOUT PATENTS.

16       LET ME SHOW YOU ANOTHER PHONE, ANOTHER EXAMPLE OF ONE OF

17   SAMSUNG'S MOST INNOVATIVE PHONES.  IT'S ANOTHER PHONE THAT

18   APPLE IS SUING OVER HERE.

19       THIS IS THE GALAXY NOTE II.  THIS PHONE HAS -- IT WAS

20   RELEASED IN OCTOBER 2012.  IT'S ONE OF THE PHONES THAT APPLE

21   SAYS WE WOULDN'T HAVE SOLD SO MANY OF THEM IF WE DIDN'T HAVE

22   THESE PARTICULAR VERSIONS OF THESE SOFTWARE FEATURES.

23       THIS PHONE HAS JUST A TON OF UNIQUE FEATURES.  SOME OF

24   THEM UP ON THE SCREEN THERE, THE MULTI WINDOW BROWSING, THE

25   VERY HIGH SPEED PROCESSOR, TWO GIGABYTES OF MEMORY.

1          MANY THINGS ON THIS PHONE THAT YOU CAN'T GET ON THE

2     IPHONE.  SOME PEOPLE WANT THESE FEATURES.  IT'S NOT THESE KINDS

3     OF SMALL FEATURES THAT APPLE IS SUING OVER THAT CAUSED THESE

4     PEOPLE TO BUY THE PHONES.

5          SAMSUNG AND APPLE'S HARDWARE WENT IN VERY DIFFERENT

6     DIRECTIONS IN 2013.  YOU CAN SEE A BIG DIFFERENCE IN THEIR

7     PRODUCTS UP THERE ON THE SCREENS, SOME COMPARISONS OF SOME OF

8     THE MORE RECENT PRODUCTS.

9          WE WILL PROVE TO YOU IN THIS CASE THAT IT'S THESE

10    FEATURES, THE KIND OF FEATURES I'M SHOWING YOU ON THE NEXUS, ON

11    THE GALAXY NOTE, THINGS LIKE LARGE SCREENS, REPLACEABLE

12    BATTERIES, VERY HIGH QUALITY CAMERA AND SPEED, USE OF STYLUSES,

13    THEY ARE THE KINDS OF THINGS THAT DISTINGUISH SAMSUNG PRODUCTS

14    AND CAUSE PEOPLE TO BUY THOSE PHONES.

15         THAT'S THE REASON WHY SAMSUNG IS THE LEADING MANUFACTURER

16    OF ANDROID POWERED PHONES.  IT'S WHAT SETS SAMSUNG APART FROM

17    ALL THE OTHER PHONES THAT USE THIS SAME OPEN SOURCE ANDROID

18    PLATFORM.

19         ANOTHER IMPORTANT REASON THAT SAMSUNG SELLS PHONES IS IT'S

20    BEEN ABLE TO DO SOME VERY SUCCESSFUL ADVERTISING AND

21    DEVELOPMENT OF ITS BRAND.

22         IN 2011 SAMSUNG HIRED A NEW U.S. MARKETING CHIEF, A MAN BY

23    THE NAME OF TODD PENDLETON.  AND THEY HIRED HIM FROM NIKE.  AND

24    HE APPROACHED ADVERTISING FOR SAMSUNG IN KIND OF A VERY

25    DIFFERENT WAY.  HE STARTED LOOKING AT SOCIAL MEDIA, TWITTER,

1    FACEBOOK, WEBSITES, AND TRACKING WHAT PEOPLE WERE SAYING ABOUT

2    SAMSUNG'S PHONES.

3           AND THEN HE USED WHAT HE LEARNED FROM SOCIAL MEDIA TO

4    CREATE ADS, AND THEY SOUNDED REAL TO PEOPLE BECAUSE THEY'RE NOT

5    ADS THAT WERE WRITTEN BY AD EXECUTIVES, BUT ADS, THINGS THAT

6    PEOPLE WERE, REAL PEOPLE WERE SAYING ABOUT THEMSELVES AND ABOUT

7    REAL PHONES.

8           AND AROUND THE TIME THAT SAMSUNG WAS DOING THAT AND

9    CHANGING ITS SHIFT AND ITS APPROACH TO ADVERTISING, THERE WAS

10   AN ARTICLE THAT CAME OUT IN THE "WALL STREET JOURNAL,"

11   OCTOBER 5, 2011, ABOUT THE LAUNCH OF THE IPHONE 4S.

12          AND BASICALLY THE GIST OF THE ARTICLE WAS THAT THE IPHONE

13   4S WAS A REALLY GOOD PHONE, BUT IT WAS MORE, AS THE ARTICLE

14   SAID, MORE FIZZLE THAN POP.

15          AND IN THE MIDDLE OF THIS ARTICLE WAS A BOX, AND THE BOX

16   COMPARED THE IPHONE 4S, APPLE'S NEW PHONE, WITH THE SAMSUNG

17   GALAXY S II.  AND IN THIS BOX, IN THE "WALL STREET JOURNAL,"

18   THE TWO OF THEM WERE COMPARED FEATURE BY FEATURE.

19          AND FROM THAT COMPARISON, THE UPSHOT WAS PRETTY CLEAR THAT

20   ALTHOUGH THE IPHONE 4S WAS A VERY FINE PHONE, THE SAMSUNG PHONE

21   WAS ACTUALLY BETTER.

22          AND TODD PENDLETON, THE NEW HEAD OF MARKETING FOR SAMSUNG,

23   SEIZED ON THIS TO START A NEW ADVERTISING CAMPAIGN, THE NEXT

24   BIG THING IS ALREADY HERE.

25          AND THIS ADVERTISING CAMPAIGN USED THE VOICE OF THE

1    CONSUMER, PRESENTED IN KIND OF AN AMUSING WAY, AND THIS THEME

2    OF THE NEXT BIG THING IS ALREADY HERE TO CREATE A DISTINCTIVE

3    BRAND PERSONALITY FOR SAMSUNG, AND IT CAUGHT ON, AND IT WAS

4    POWERFUL.  AND THAT'S ANOTHER REASON SAMSUNG HAS BEEN VERY

5    SUCCESSFUL IN SELLING PHONES.

6         AND SAMSUNG'S BRAND BECAME AS STRONG AS APPLE'S.  HERE'S

7    AN INTERNAL DOCUMENT FROM APPLE SHOWING SOME RESEARCH RESULTS.

8    YOU CAN SEE THIS IS AN APPLE DOCUMENT -- AS MR. MCELHINNY SAID,

9    WE EXCHANGED DOCUMENTS IN DISCOVERY -- AND THIS IS WHAT

10   APPLE -- IT SAYS "SAMSUNG'S BRAND IMPRESSION IS JUST AS STRONG

11   AS APPLE'S IN THE U.S.," AND HERE YOU SEE APPLE HERE AND

12   SAMSUNG HERE.

13        SO THIS NEW, EDGY MARKETING STRATEGY WAS CLEARLY PAYING

14   OFF AND, FRANKLY, IT DROVE APPLE CRAZY.

15        WE WILL SHOW YOU INTERNAL APPLE DOCUMENTS, DOCUMENTS THAT

16   HAVEN'T BEEN MADE PUBLIC BEFORE, DOCUMENTS THAT YOU WILL BE THE

17   FIRST TO SEE THAT SHOW HOW APPLE WAS REALLY CONCERNED ABOUT THE

18   COMPETITION IT WAS GETTING FROM ANDROID AND IN PARTICULAR FROM

19   SAMSUNG.

20        THE "WALL STREET JOURNAL" PUBLISHED AN ARTICLE, THE TITLE

21   OF WHICH WAS "HAS APPLE LOST ITS COOL TO SAMSUNG?"

22        AND APPLE'S HEAD OF WORLDWIDE MARKETING, PHIL SCHILLER,

23   WHO APPLE SAYS WILL BE THE FIRST WITNESS WHO WILL TESTIFY TO,

24   FORWARDED THIS TO HIS ADVERTISING AGENCY SAYING "WE HAVE A LOT

25   OF WORK TO DO TO TURN THIS AROUND."

DEFENDANTS' OPENING STATEMENT

1          MR. SCHILLER BECAME MAYBE OBSESSED IS THE RIGHT WORD WITH

2     SAMSUNG'S CAMPAIGN THAT PORTRAYED SAMSUNG AS THE YOUNGER,

3     HIPPER CHOICE, AND HE WAS FRUSTRATED THAT APPLE SEEMED

4     UNWILLING TO RESPOND.

5          APPLE HAS HAD ONE ADVERTISING COMPANY THAT THEY'VE USED

6     EXCLUSIVELY FOR YEARS.  THAT ADVERTISING COMPANY HAS ONLY ONE

7     CLIENT.  IT'S APPLE.  THEY MEET EVERY SINGLE WEEK.  THAT

8     MR. SCHILLER WROTE AN E-MAIL TO TIM COOK SAYING I THINK WE'VE

9     GOT TO START LOOKING FOR ANOTHER ADVERTISING AGENCY.  WE'RE

10    JUST NOT GETTING WHAT WE NEED.

11         IT BECAME A SUBJECT OF DISCUSSION AT THE BOARD OF DIRECTOR

12    AT APPLE, WHAT ARE YOU GOING TO DO ABOUT THIS BRANDING PROBLEM?

13         SO THEY INTRODUCED THEIR FIRST BRAND CAMPAIGN SINCE 1997,

14    IT WAS A BRAND CAMPAIGN.  THE TITLE WAS SOMETHING LIKE DESIGNED

15    IN CALIFORNIA.  THE FIRST TIME APPLE HAD DONE A BRAND CAMPAIGN

16    SINCE 1997 WHEN IT WAS ON THE VERGE OF BANKRUPTCY.

17         WHY ALL THIS?  WHY WAS -- WHAT WAS THE SOURCE OF APPLE'S

18    CONCERN?  CLEARLY SAMSUNG WAS OFFERING CONSUMERS A CHOICE, A

19    MORE -- A YOUNGER, MORE PLAYFUL TAKE ON SMARTPHONES AND

20    CONSUMERS WERE LISTENING.

21         NOW, I WANT TO TALK TO YOU ABOUT THE INFRINGEMENT AND

22    ISSUES -- INFRINGEMENT ISSUES AND VALIDITY ISSUES RELATED TO

23    EACH OF THE APPLE PATENTS IN THIS CASE.

24         BUT BEFORE I DO THAT, I WANT TO DISCUSS THE DAMAGES, WHICH

25    I'VE TOLD YOU, FRANKLY, ARE ABSURD, MULTI BILLION NUMBER OF

1    DAMAGES THAT THEY'RE SEEKING IN THIS CASE.

2         I WANT TO TALK ABOUT DAMAGES FIRST BECAUSE I THINK WHEN

3    YOU UNDERSTAND WHAT APPLE IS SEEKING AND HOW THEY WENT ABOUT

4    IT, IT'LL SHED SOME LIGHT ON THE CREDIBILITY OF APPLE'S WHOLE

5    CASE.

6         AS I'VE TOLD YOU, THESE PATENTS ARE VERY NARROW SOFTWARE

7    PATENTS THAT COVER -- THAT COVER ONE WAY TO HAVE A FEATURE THAT

8    CAN BE DONE MORE THAN ONE WAY, FEATURES -- THAT IS TO SAY, WHAT

9    A DEVICE CAN DO, SEARCH, SYNC IN BACKGROUND, THE OTHER THINGS.

10        IT'S NOT THE SAME THING AS A PATENTED CLAIM.  A CLAIM MAY

11   BE ONE WAY TO ACCOMPLISH THAT FEATURE.

12        AND MANY COMPANIES, SAMSUNG, GOOGLE, OTHER COMPANIES HAVE

13   DIFFERENT WAYS OF ACCOMPLISHING THE SAME THING.

14        WE WILL SHOW YOU THAT APPLE HAS TAKEN WHAT REALLY ARE VERY

15   NARROW FEATURES AND OVERSTATED WHAT THEY DO AND WHAT THEY OWN

16   IN THEIR PATENTS TO CLAIM RIDICULOUS DAMAGES NUMBERS.

17        LET ME BEGIN AT THE END.  I'M GOING TO SHOW YOU SOME

18   NUMBERS, AND YOU'LL SEE THE SOLE SUPPORT, THE ONLY WAY THEY

19   COME UP WITH THESE NUMBERS IS FROM A STUDY DONE BY DR. HAUSER.

20        AND I WANT TO TALK TO YOU ABOUT DR. HAUSER'S STUDY AT

21   LENGTH, BUT LET ME BEGIN AT THE END WITH SOME OF HIS

22   CONCLUSIONS.

23        AND I'VE PUT UP ON THE SCREEN WHAT HE'S CONCLUDED, OR SOME

24   OF HIS CONCLUSIONS.

25        AND HE CONCLUDED BASED ON HIS STUDY THAT PEOPLE WHO WOULD

DEFENDANTS' OPENING STATEMENT

1    PURCHASE A $149 PHONE WOULD BE WILLING TO PAY AN ADDITIONAL

2    10$2 FOR APPLE'S FORM OF WORD SUGGESTION FOR A CORRECTION; THAT

3    THEY WOULD PAY AN EXTRA $44 FOR AN ABILITY TO SEARCH THE PHONE

4    AND THE INTERNET AT THE SAME TIME IN THE WAY, PARTICULAR WAY

5    THAT APPLE DOES.

6         TO GET JUST THESE FOUR FEATURES HE SAID THAT PEOPLE WOULD

7    BE WILLING TO PAY ALMOST DOUBLE THE PRICE OF THE PHONE, $271 ON

8    TOP OF THE $149 PHONE.

9         YOU CAN TELL THERE'S SOMETHING, SOMETHING FISHY HERE.

10         ANOTHER EXAMPLE OF THEIR OVERREACHING, ANOTHER FORM OF

11   DAMAGES THEY SEEK AS WAS MENTIONED IS A ROYALTY ON THESE

12   PATENTS, AND DR. -- APPLE'S OTHER EXPERT, DR. VELLTURO, TOOK

13   DR. HAUSER'S SURVEY RESULTS AND, YOU KNOW, SORT OF SAID, OKAY,

14   LET'S SUPPOSE THERE WAS A HYPOTHETICAL NEGOTIATION BETWEEN

15   APPLE AND SAMSUNG, WHAT WOULD THEY HAVE AGREED TO AS A ROYALTY?

16         AND HE CONCLUDED THAT SAMSUNG WOULD HAVE AGREED TO PAY

17   $40.10 FOR THE SMARTPHONE PATENTS IN THIS CASE.

18         $40.10 JUST FOR THESE FIVE SMART, SMALL SOFTWARE FEATURES.

19   JUST BY WAY OF COMPARISON, A SMARTPHONE COSTS, YOU KNOW, AT THE

20   HIGH END, SAY $199 TO THE CUSTOMER.  YOU HAVE THE SUBSIDIES

21   FROM THE CARRIERS.

22         THE $40 PER PHONE APPLE IS ASKING FOR THESE 5 SMALL

23   SOFTWARE FEATURES IS 20 PERCENT OF THE PRICE.

24         NOW, THEIR EXPERT, DR. VELLTURO, ACKNOWLEDGES THAT SAMSUNG

25   REALLY WOULDN'T AGREE TO DO THIS BECAUSE IT WOULD TAKE UP MOST

1    OF THE PROFIT MARGIN ON THE ACCUSED PHONES IN THIS CASE, BUT NO

2    MATTER.

3         APPLE ALSO CLAIMS THAT THERE IS, ON SMARTPHONES, THEY

4    CLAIM TO HAVE 3,500 PATENTS.  IF EACH OF THOSE PATENTS WAS

5    WORTH $8 A PHONE, WHICH IS BASICALLY AN AVERAGE OF THE 5, YOU

6    KNOW, DIVIDED INTO THE 40 THEY'RE SEEKING HERE, THAT MEANS THAT

7    ONE SMARTPHONE, IF YOU WANTED TO MAKE A PHONE TO COMPETE WITH

8    APPLE AND USE THEIR PATENTS, IT WOULD COST $28,000.  140 TIMES

9    MORE THAN THE ACTUAL COST OF THE PHONE.

10        SO, YOU KNOW, THESE ARE THE KIND OF RESULTS THAT

11   DR. HAUSER'S STUDY LED TO.

12        AND LET'S SEE NOW HOW HE GETS TO THESE CRAZY NUMBERS, AND

13   LET ME TALK ABOUT THAT STUDY.

14        REMEMBER, DR. HAUSER, THE WAY HE DOES HIS STUDY, HE'S

15   SUPPOSED TO BE DECIDING HOW MUCH PEOPLE CARE ABOUT THESE

16   FEATURES, WOULD THEY CHANGE THEIR PHONE PURCHASE DECISIONS IF

17   THE FEATURES WERE THERE OR IF THEY WEREN'T THERE.

18        THE WHOLE POINT IS TO PROVIDE THE VALUE OF THE PATENT, THE

19   DIFFERENCE BETWEEN WHAT YOU HAVE WITH THE PATENT CLAIM AND WHAT

20   YOU WOULD HAVE WITHOUT THE PATENTED CLAIM.

21        IN OTHER WORDS, IF YOU HAD ANOTHER WAY TO DO IT THAT APPLE

22   DIDN'T OWN, IT'S CALLED A NON-INFRINGING ALTERNATIVE, WHAT'S

23   THE DIFFERENCE BETWEEN THE TWO OF THEM.

24        IF YOU HAVE -- IF THERE ISN'T ANOTHER WAY TO DO IT, THEN

25   THE PATENT MAY BE REALLY, REALLY VALUABLE.

1        BUT IF THERE'S ANOTHER WAY TO ACCOMPLISH THE SAME THING,

2   IT'S VERY SIMILAR AND IT'S PERFECTLY ACCEPTABLE, THE PATENT

3   REALLY MAY NOT HAVE MUCH VALUE AT ALL.

4        SO WHAT DR. HAUSER IS TRYING TO DO IS MEASURE WHAT'S THE

5   VALUE OF WHAT APPLE CLAIMS VERSUS WHAT THE ALTERNATIVE WOULD

6   BE, WHAT APPLE DOESN'T OWN.

7        AND, AGAIN, BEFORE I GO INTO THIS, LET ME EMPHASIZE HOW

8   IMPORTANT DR. HAUSER'S STUDY IS TO APPLE'S CASE.  IT IS THE

9   ONLY EVIDENCE, THE ONLY EVIDENCE APPLE HAS TO SUPPORT ITS

10  CLAIMS THAT CONSUMERS MAKE SMARTPHONE PURCHASE DECISIONS BASED

11  ON THESE FIVE SMALL FEATURES.

12       HIS CONCLUSION IS, AS I'VE TOLD YOU, IF SAMSUNG DIDN'T

13  HAVE THEM, WE'D SELL A LOT FEWER AND APPLE WOULD SELL AN AWFUL

14  LOT MORE.

15       IF HE'S WRONG ABOUT THAT, THEN THEY DON'T HAVE ANY

16  EVIDENCE ON THIS AND THERE AREN'T REALLY ANY DAMAGES.

17       IF IT IS THE CASE THAT -- IF IT'S TRUE THAT PEOPLE REALLY

18  AREN'T MOTIVATED, THAT'S NOT WHY YOU BUY SAMSUNG PHONES, THEN

19  APPLE DOESN'T HAVE ANY DAMAGES.

20       SO WHAT DID DR. HAUSER DO?  HE FOUND PEOPLE WHO HAD

21  PURCHASED SAMSUNG PHONES BEFORE AND ASKED THEM SOME QUESTIONS.

22       NOW, ONE OF THE THINGS HE DIDN'T ASK THEM IS WHY DID YOU

23  BUY YOUR SAMSUNG PHONE?  YOU WOULD THINK THAT MIGHT BE

24  SOMETHING THAT YOU WOULD ASK.

25       INTERESTINGLY, HE SAID IN HIS REPORT THAT HE DIDN'T ASK OR

1    CARE WHETHER THE SAMSUNG CUSTOMERS WERE EVEN AWARE THAT THESE

2    FIVE FEATURES WERE IN THEIR PHONES.  HE WASN'T INTERESTED IN

3    THAT.

4         HE HAS THE SUBJECTS COME IN, AND HE DOESN'T GIVE THEM

5    PHONES.  HE GIVES THEM DESCRIPTIONS.  BASICALLY THEY LOOK AT

6    MOCK -- THEY LOOK ON THE COMPUTER SCREEN.  THEY SEE IMAGINARY

7    PHONES WITH DESCRIPTIONS OF FEATURES AND THEY ARE ASKED TO MAKE

8    A SERIES OF DECISIONS BASED ON THE DESCRIPTIONS OF THE FEATURES

9    ABOUT WOULD YOU BUY THIS PHONE OR WOULD YOU BUY THAT PHONE?

10        IN ADDITION TO THE DESCRIPTION OF THE FEATURE, WHICH IS

11   SUPPOSED TO MATCH APPLE'S PATENTED CLAIMS, WHAT IT OWNS, HE

12   ALSO ASKS -- HE TELLS THEM, IF YOU DIDN'T HAVE THAT, YOU WOULD

13   HAVE TO DO THIS.  THIS IS YOUR ALTERNATIVE.

14        IN OTHER WORDS, HERE'S THE APPLE FEATURE.  IF YOU DIDN'T

15   HAVE THAT, YOU WOULD HAVE TO DO THIS.

16        NOW, YOU KNOW, IF THERE'S A BIG DIFFERENCE BETWEEN THE

17   TWO, YOU'RE GOING TO GET A LOT OF PEOPLE SAYING THIS IS REALLY

18   VALUABLE.

19        BUT THE PEOPLE AREN'T GETTING PHONES.  THIS IS ALL JUST

20   TEXT AND THEY GET TO WATCH A VIDEO AND THEN IN THESE

21   DESCRIPTIONS GETTING THEM ACCURATE IS REALLY, REALLY IMPORTANT

22   TO THE INTEGRITY OF THE SURVEY.

23        SO LET'S START WITH THE -- LET'S SEE WHAT HE DID.  LET'S

24   TAKE A LITTLE BIT OF TIME TO WALK THROUGH THIS.  I'M GOING TO

25   START WITH THE WORD CORRECTION OR WORD SUGGESTION PATENT, WHICH

1        AS MR. MCELHINNY TOLD YOU IS ONE THAT THE COURT HAS FOUND

2    INFRINGEMENT ON THIS ONE.  SO I THOUGHT I WOULD TALK ABOUT THAT

3    ONE FIRST, IT'LL TAKE ME A LITTLE WHILE TO WALK THROUGH THIS,

4    BUT I THINK YOU'LL SEE THAT THE DESCRIPTIONS THAT PEOPLE WERE

5    GIVEN WERE, FRANKLY, DISHONEST.  THAT'S THE PUNCH LINE HERE,

6    AND I WANT TO PROVE THAT TO YOU NOW.

7        THIS PATENT RELATES TO THE KEY WORD SOFTWARE.  ON ANDROID

8    PHONES USERS CAN CHOOSE BETWEEN ANY NUMBER OF DIFFERENT

9    KEYBOARDS.  KEYBOARDS ARE CONTAINED IN THE SOFTWARE FROM

10   DIFFERENT COMPANIES, FROM GOOGLE, FROM SAMSUNG, FROM A COMPANY

11   CALLED NUANCE, WHICH IS ANOTHER COMPANY THAT, YOU KNOW,

12   SUPPLIES THESE KEYBOARDS, AND THEY'RE IN SOME OF THE SAMSUNG

13   PHONES.  NUANCE IS A WELL-KNOWN COMPANY.  APPLE ALSO BUYS

14   INTELLECTUAL PROPERTY FROM NUANCE.

15       THE KEYBOARD SOFTWARE ARE CREATED BY SAMSUNG WHICH IS ON

16   MANY OF ITS PHONES APPLE ADMITS DOES NOT INFRINGE.  IT'S THE

17   SWIPE KEYBOARD FROM NUANCE AND THE ANDROID, ONE OF THE ANDROID

18   KEYBOARDS THAT HAVE BEEN FOUND TO INFRINGE.

19       BUT SAMSUNG HAS A KEYBOARD WHICH APPLE ADMITS DOES NOT

20   INFRINGE.  SO, IN OTHER WORDS, THAT'S AN ALTERNATIVE.  THAT'S

21   AN ALTERNATIVE TO APPLE'S PATENTED CLAIM.  IT'S SOMETHING THAT

22   APPLE DOESN'T OWN.

23       THIS -- APPLE'S CLAIM -- LET ME TAKE A LOOK AT IT.  IT'S

24   THE '172 PATENT.  YOU'LL SEE IT'S A VERY, VERY NARROW CLAIM

25   ABOUT A PARTICULAR WAY OF SUGGESTING WORD CORRECTIONS ON A

1     SMARTPHONE.  THE TITLE OF THE PATENT IS NOT "HOW TO SUGGEST

2     WORDS."

3          IT'S "HOW SUGGESTED WORDS ARE PROVIDED AS YOU TYPE," JUST

4     LIKE THE TITLE SAYS.  IT'S A METHOD FOR PROVIDING WORD

5     RECOMMENDATIONS.  OKAY?  IT'S NOT ABOUT WHAT WORDS TO SUGGEST.

6     IT'S ABOUT HOW SUGGESTED WORDS ARE PROVIDED AS YOU TYPE.

7     THAT'S THE APPLE PATENT.

8          IN JUNE 2011, BEFORE APPLE'S PATENTED CLAIM ISSUED,

9     SAMSUNG PUT ITS OWN NON-INFRINGING KEYBOARD ON THE SAMSUNG DART

10    PHONE, AND IT'S SINCE BEEN INSTALLED ON MANY SAMSUNG PHONES,

11    SOMETIMES AS THE PRIMARY KEYBOARD, AND SOMETIMES AS AN

12    ALTERNATIVE KEYBOARD WHICH THE USER CAN SELECT.  THIS

13    NON-INFRINGING KEYBOARD WAS INCLUDED AS AN OPTION ON FIVE OF

14    THE PHONES THAT APPLE ACCUSES IN THIS CASE.

15         LET'S TAKE A LOOK AT IT IN SLIDE 63.  THIS IS THE SAMSUNG

16    DART NON-INFRINGING KEYBOARD.

17         IF YOU TYPE ON THIS KEYBOARD, IT AUTOMATICALLY CORRECTS

18    TYPING ERRORS.  IT ALWAYS SHOWS THE RECOMMENDED CORRECTIONS IN

19    THIS TEXT AREA UP HERE AS YOU TYPE.

20         IF YOU TYPE, IT WILL JUST CORRECT.  IT AUTOMATICALLY

21    CORRECTS.

22         IF YOU WANT TO KEEP ONE OF THE SUGGESTED SPELLINGS, THEY

23    APPEAR HERE IN THIS MESSAGE BAR DOWN HERE, YOU HAVE TO ACTUALLY

24    TOUCH ON IT.

25         SO IF YOU, IF YOU -- IF YOU'RE SENDING AN E-MAIL TO A

DEFENDANTS' OPENING STATEMENT

1    MR. MESSAF AND WANT TO KEEP THAT, AND NOT MESSAGE, YOU CAN

2    TOUCH ON THIS AND YOU'LL GET MESSAF UP ABOVE.  SO YOU CAN SEE

3    UP HERE, AUTO CORRECTION IS NOT SOMETHING YOU NEED APPLE'S

4    PATENTED CLAIM FOR.  WATCH, I'M GOING TO SHOW YOU A VIDEO NOW,

5    AND WATCH WHAT HAPPENS WHEN THE WORD MESSAGE IS MISS TYPED.

6         IF WE COULD PLAY THAT.

7         (A VIDEOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

8         MR. QUINN:  IT WAS AUTOMATICALLY CORRECTED AFTER

9    EVERY SINGLE LETTER.  YOU END UP AUTOMATICALLY WITH THE

10   CORRECTION UP ABOVE, MESSAGE.

11        NOW, LET'S COMPARE THAT TO THE INFRINGING SWIPE KEYBOARD.

12   THIS IS SLIDE 65.  ON THE LEFT-HAND SIDE YOU HAVE THAT

13   NON-INFRINGING SAMSUNG DART KEYBOARD, WHICH WE JUST DISCUSSED.

14        ON THE RIGHT-HAND SIDE YOU HAVE THE NUANCE SWIPE KEYBOARD

15   WHICH HAS BEEN FOUND TO INFRINGE.  IT PRACTICES APPLE'S PATENT.

16        YOU CAN SEE THEY BOTH LOOK SIMILAR.  WE'RE NOT TALKING

17   ABOUT BIG DIFFERENCES.

18        THEY BOTH HAVE A TEXT AREA THAT YOU CAN SEE ABOVE AND A

19   SUGGESTIONS AREA, A SUGGESTIONS BAR BELOW.

20        IF WE COULD GO TO SLIDE 67.

21        YOU CAN SEE THEY BOTH HAVE THIS SUGGESTION BAR.

22        AND ON BOTH OF THEM, IT WILL TYPE, YOU KNOW, MESSAF, THE

23   MISSPELLING ON THE LEFT-HAND SIDE, AND THEN THERE WILL BE SOME

24   SUGGESTIONS AND IF YOU WANT TO TAKE ONE OF THOSE SUGGESTIONS,

25   YOU CAN JUST TAP ON IT.  BOTH OF THEM WORK IDENTICALLY, THE

1    NON-INFRINGING SAMSUNG DART KEYBOARD AND THE KEYBOARD THAT

2    PRACTICES -- THAT INFRINGES APPLE'S PATENT.

3         HERE IS THE INFRINGING SWIPE KEYBOARD, THE ONE THAT WAS ON

4    THE RIGHT, IN ACTION.  I WANT TO SHOW THAT TO YOU.  YOU SEE

5    THAT AUTOMATICALLY CORRECTS.  BUT THE WAY IT WORKS IS DIFFERENT

6    ON APPLE'S KEYBOARD.  INSTEAD OF CONTINUOUSLY CORRECTING AS

7    YOU'RE TYPING, IT'S NOT UNTIL YOU FINISH AND HIT WHAT'S CALLED

8    A DELIMITER, EITHER A PERIOD OR A COLON OR A SPACE BAR, THAT IT

9    POPS UP WHAT THE SUGGESTED WORD IS.  YOU WOULDN'T KNOW WHAT'S

10   GOING TO POP UP UNLESS YOU LOOK DOWN.  THE SUGGESTED WORD IS

11   DOWN BLOW IN THAT SPACE BAR.  YOU WON'T KNOW WHAT'S GOING TO

12   COME UP WITHOUT ACTUALLY LOOKING DOWN.

13        AND SOME PEOPLE MIGHT SAY THAT THAT, YOU KNOW, APPLE, THAT

14   PATENT, THAT WAY THAT MAKES YOU HAVE TO LOOK DOWN TO SEE IF

15   WHAT YOU REALLY INTENDED TO TYPE IS DOWN THERE IS NOT AS GOOD,

16   IT'S INCONVENIENT, YOU HAVE TO LOOK DOWN.

17        THE WAY YOU KNOW THAT APPLE THINKS THAT'S A NUISANCE,

18   BECAUSE IN THE IPHONE, THEY DON'T USE THAT PATENT, NEVER HAVE.

19   HAVE NEVER USED IT.  THE IPHONE DOES IT DIFFERENTLY.

20        LET'S TAKE A LOOK AT SLIDE 72.

21        THE IPHONE, THE WORD SUGGESTION IS FLOATED IN A BOAT UP IN

22   THE TEXT AREA SO THAT YOU KNOW BY LOOKING UP THERE, YOU DON'T

23   HAVE TO LOOK DOWN, YOU KNOW WHAT'S GOING TO HAPPEN IF YOU HIT

24   THE SPACE BAR OR THE DELIMITER.

25        SO WHAT ARE THE DAMAGES THAT APPLE SEEKS FOR USE OF ITS

1    OWN PARTICULAR FORM OF WORD CORRECTION, WHICH IT DOESN'T EVEN

2    USE, AND WHICH SOME PEOPLE MIGHT CONSIDER INFERIOR?

3          ACCORDING TO DR. HAUSER'S SURVEY, WHAT SHOULD SAMSUNG PAY?

4    $206.4 MILLION OF THE 2 BILLION-PLUS DOLLARS.

5          OF THE -- DR. HAUSER'S STUDY SAID, THAT CHART WE LOOKED AT

6    BEFORE, SUPPOSEDLY HIS CONCLUSION IS PEOPLE WOULD PAY $102 MORE

7    PER PHONE TO HAVE THIS FEATURE WHERE YOU HAVE TO LOOK DOWN AND

8    MAKE YOUR CHOICE, WHICH APPLE DOESN'T EVEN USE.

9          HOW DID HE ARRIVE AT THAT NUMBER?  WELL, DR. HAUSER'S

10   SURVEY WAS SERIOUSLY FLAWED.  REMEMBER, I TOLD YOU, IT'S ALL

11   ABOUT THE DESCRIPTIONS THEY'RE GIVING.  THEY DON'T GET ANY

12   PHONES.  THEY'RE JUST GETTING DESCRIPTIONS.

13         AND LET ME TELL YOU WHAT THEY WERE TOLD ABOUT THESE WORD

14   SUGGESTION FEATURES, AND THIS IS WHAT THEY WERE TOLD ABOUT

15   APPLE'S PATENTED METHOD.  YOU'LL SEE IT UP HERE.  THIS IS WHAT

16   THE SURVEY PARTICIPANTS WERE PRESENTED WITH.  IT SAYS AT THE

17   TOP AUTOMATIC WORD CORRECTION.

18         NOW, YOU KNOW THAT'S NOT THE TITLE OF THEIR PATENT.  WE

19   JUST LOOKED AT THAT.  IF WE GO BACK TO SLIDE 60, THEIR PATENT

20   IS "A METHOD, SYSTEM, AND GRAPHICAL USER INTERFACE FOR

21   PROVIDING WORD RECOMMENDATIONS."

22         BUT PARTICIPANTS AREN'T TOLD THAT WHAT THEY'RE BEING

23   PRESENTED HERE, THE DESCRIPTION IS JUST OF A METHOD.  THEY'RE

24   TOLD THAT THE FEATURE IS AUTOMATIC WORD CORRECTION, PERIOD, IN

25   BIG BOLD LETTERS ON A PICTURE, AN ICON UP HERE, TWO PIECES OF

1    PAPER.

2         THE ONE IN THE BACK SAYS X, MISTAKE, BEING REPLACED WITH

3    ANOTHER PIECE OF PAPER, CHECK, CORRECT.

4         NO METHOD.  ONLY AUTOMATIC WORD CORRECTION.  ONLY WRONG

5    SPELLING MADE RIGHT.

6         THAT ICON IS THE SYMBOL FOR THIS PATENT CLAIM IN

7    DR. HAUSER'S TEST.  THAT ICON TELLS SURVEY PARTICIPANTS THAT

8    THEIR ONLY CHOICE -- YOU KNOW, THE CHOICE THAT YOU'RE MAKING,

9    YOU'RE TRYING TO VALUE WHAT THE DIFFERENCE IS BETWEEN SAMSUNG,

10   THE APPLE PATENT AND WHAT WOULD OTHERWISE HAVE TO DO, THEY'RE

11   TOLD THE ONLY CHOICE IS BETWEEN WORD CORRECTION AND NO WORD

12   CORRECTION.

13        NOW, CLEARLY THE DIFFERENCE BETWEEN HAVING AUTOMATIC WORD

14   CORRECTION IS VERY DIFFERENT FROM THE VALUE OF HAVING IT BY ONE

15   METHOD RATHER THAN ANOTHER.  THE DIFFERENCE BETWEEN YOU EITHER

16   HAVE IT OR YOU DON'T OR YOU HAVE IT BY ONE METHOD OR YOU HAVE

17   IT BY ANOTHER, THERE'S A BIG DIFFERENCE.

18        THERE IS NO SUBTLETY IN DR. HAUSER'S DESCRIPTION.

19        OF COURSE APPLE HAS NO RIGHT TO A MONOPOLY UNDER ITS

20   PATENT CLAIM TO AUTOMATIC WORD CORRECTION BECAUSE, AS YOU HAVE

21   SEEN FROM SAMSUNG'S NON-INFRINGING DART KEYBOARD, YOU ALREADY

22   KNOW THERE'S AT LEAST ONE NON-INFRINGING ALTERNATIVE THAT DOES

23   PROVIDE AUTOMATIC WORD CORRECTION, AND SOME WOULD SAY IT'S

24   BETTER.  YOU DON'T HAVE TO LOOK DOWN.  THE CORRECTION, IT

25   HAPPENS WHILE YOU ARE TYPING IN THE TEXT AREA.

```
 1            SAMSUNG HAD THAT ON ITS PHONES BEFORE APPLE'S PATENT

 2      ISSUED.

 3            SAMSUNG DOES NOT -- WELL, APPLE DOES NOT OWN AUTOMATIC

 4      WORD CORRECTION.  APPLE DOESN'T INVENT IT.  IT HAS NO RIGHT TO

 5      BE PAID FOR IT.

 6            THE ASSERTION THAT APPLE OWNS AUTOMATIC WORD CORRECTION IS

 7      UNTRUE, AND THAT UNTRUTH INFECTED DR. HAUSER'S SURVEY.

 8            AND, AGAIN, THAT SURVEY IS THE ONLY BASIS IN THIS LAWSUIT

 9      THAT'S GOING TO BE PRESENTED TO YOU FOR THOSE VERY, VERY LARGE

10      NUMBERS.

11            THIS STUDY IS THE ONLY EVIDENCE OF CONSUMERS' PREFERENCES

12      AND FEATURE VALUE IN THIS LAWSUIT FOR CELL PHONES, FOR TABLETS,

13      FOR EVERY SINGLE CLAIM, ALL FIVE OF THEM, IT ALL COMES BACK TO

14      DR. HAUSER.

15            THIS WASN'T JUST AN INSTANCE OF A CAREFULLY -- CARELESSLY

16      CHOSEN ICON.  IT WAS DELIBERATELY AND CAREFULLY DESIGNED TO

17      MISLEAD YOU.

18            HERE'S THE PART OF THE EXPLANATION THAT WAS GIVEN TO TEST

19      SUBJECTS THAT WAS MEANT TO DESCRIBE WHAT THE ALTERNATIVE WOULD

20      BE, IF YOU DON'T USE APPLE'S PATENTED CLAIM, WHAT'S THE

21      ALTERNATIVE?

22            AND WHAT PEOPLE ARE TOLD, YOU CAN SEE IT HERE, "WITHOUT

23      THIS FEATURE, PRESSING SPACE OR A PERIOD WOULD RETAIN YOUR

24      ORIGINAL TEXT," AND WHAT HE'S TOLD THEM HERE IS IF YOU'RE

25      TRYING TO TYPE BIRTHDAY AND INSTEAD YOU TYPE BIRFDAY WITH AN F,
```

1    IT TELLS THEM "WITHOUT THIS FEATURE, PRESSING SPACE OR A PERIOD

2    WOULD RETAIN YOUR ORIGINAL TEXT, BIRFDAY.  IF YOU WANT TO

3    REPLACE YOUR ORIGINAL TEXT, YOU NEED TO SELECT THE SUGGESTED

4    BIRTHDAY YOURSELF.  YOU WOULD HAVE TO GO DOWN AND SELECT IT."

5         THAT'S SIMPLY WRONG.  APPLE MADE THAT UP.  YOU KNOW THAT'S

6    WRONG.  YOU'VE SEEN THE DART KEYBOARD.  IT AUTOMATICALLY

7    CORRECTS IN THE SCREEN.

8         IT'S -- THAT'S HOW APPLE COMES UP WITH THESE NUMBERS THAT

9    THIS IS WORTH $206 MILLION.

10        APPLE MAKES A VERY, VERY SERIOUS DAMAGES CLAIM, BUT THEY

11   DIDN'T GO ABOUT STUDYING DAMAGES IN ALL SERIOUSNESS.  IN FACT,

12   DR. HAUSER'S STUDY, YOU WILL SEE, IS COMPLETELY REMOVED FROM

13   REALITY.

14        LET ME GIVE YOU ANOTHER EXAMPLE OF AN UNTRUTHFUL

15   DESCRIPTION OF ANOTHER ONE OF THESE PATENTED FEATURES THAT THEY

16   GAVE TO SURVEY PARTICIPANTS, WHICH IS THE WHOLE BASIS FOR THEIR

17   CLAIM THAT FOLKS PREFERRED -- YOU KNOW, WOULD BUY FEWER SAMSUNG

18   PHONES AND WOULD BUY MORE APPLE PHONES.

19        AND THIS IS THE BACKGROUND SYNCING CLAIM.  THIS IS THE

20   DESCRIPTION THAT PEOPLE WERE GIVEN.  AND AT THE TOP IT

21   DESCRIBES THE APPLE PATENT, AND THEN IT DESCRIBES WHAT THE

22   ALTERNATIVE, WHERE IF YOU DON'T PRACTICE THE APPLE PATENT, THIS

23   IS WHAT WOULD HAPPEN TO YOU.

24        "WITHOUT THIS FEATURE, YOU WOULD HAVE TO WAIT TO USE THE

25   APP, FOR EXAMPLE, THE CONTACTS APP, WHILE THE DATA FOR THE APP

DEFENDANTS' OPENING STATEMENT

1    IS SYNCHRONIZING WITH A REMOTE COMPUTER, AND THAT WAIT MAY BE

2    LONG OR SHORT."

3         SO IN OTHER WORDS, THE SURVEY PARTICIPANTS ARE TOLD, "YOU

4    EITHER USE APPLE'S PATENT" WHICH, AGAIN, THIS IS ANOTHER ONE,

5    APPLE DOESN'T USE THIS, IT'S NOT IN ANY IPHONE, NEVER HAS BEEN,

6    THEY'RE TOLD, "YOU EITHER USE APPLE'S PATENT, OR YOUR PHONE

7    WILL FREEZE FOR A PERIOD OF TIME, AND THAT MAY BE A LITTLE

8    PERIOD OF TIME, OR IT MAY BE A LONG PERIOD OF TIME."

9         AND THAT IS ALSO, FRANKLY, NOT TRUE.  APPLE DID NOT CREATE

10   THE ONLY WAY TO SYNC DATA WITHOUT THE DEVICE FREEZING.  THIS IS

11   ANOTHER EXAMPLE OF APPLE EXAGGERATING THE SCOPE OF ITS PATENTED

12   CLAIMS.

13        THAT SYNCING, THAT ABILITY, HAD BEEN DEVELOPED USING

14   DIFFERENT PROCESSES BY OTHER INVENTORS AT LEAST SEVEN YEARS

15   BEFORE APPLE'S PATENT ISSUED.  I'LL SHOW YOU THOSE OTHER

16   PROCESSES IN A LITTLE BIT.

17        SO WHEN MR. HAUSER ASKED THEM, YOU KNOW, THE PUNCH LINE IS

18   AFTER THEY'RE GIVEN THESE CHOICES, HE ASKED THEM, HOW IMPORTANT

19   IS THAT FEATURE THAT KEEPS YOUR PHONE FROM FREEZING UP?  OF

20   COURSE WHAT DID THEY SAY, THEY SAID THAT WAS IMPORTANT.  THAT

21   WAS BASED ON A MISREPRESENTATION BECAUSE PHONES CAN USE THOSE

22   OTHER PROCESSES THAT APPLE DOESN'T OWN.  APPLE DOESN'T OWN

23   EVERYTHING WHEN IT COMES TO SYNCING OR WORD CORRECTION OR ANY

24   OF THESE OTHER FEATURES.

25        THE DESCRIPTION ON SYNCING IS WRONG IN ANOTHER RESPECT.

1    ALL THE PARTIES AGREE THAT APPLE'S PATENT REQUIRES THAT YOU

2    HAVE THREE SYNCING COMPONENTS IN THE BACKGROUND.  AND IT'S NOT

3    SO -- IN OTHER WORDS, IT'S NOT JUST ABOUT FREEZING AND SYNCING

4    GENERALLY.  THIS PATENT IS A VERY SPECIFIC ONE.  IT REQUIRES

5    THREE SYNCING COMPONENTS.

6         DR. HAUSER'S DESCRIPTION TO THE SURVEY PARTICIPANTS DIDN'T

7    MENTION THIS AT ALL, AND, IN FACT, THE ANDROID SOFTWARE PROCESS

8    SAMSUNG USES AND APPLE ACCUSES HERE CONTAINS ONLY TWO

9    COMPONENTS THAT ACTUALLY ARE DOING THE SYNCING.

10        WITHOUT A TRUTHFUL DESCRIPTION OF APPLE'S CLAIMS AND WHAT

11   THE ALTERNATIVES WOULD BE, THE SURVEY, DR. HAUSER'S SURVEY IS

12   WORTHLESS.

13        AS I TOLD YOU, CLEARLY THESE DESCRIPTIONS ARE REALLY

14   IMPORTANT SINCE THAT'S WHAT THE SURVEY PARTICIPANTS ARE BASING

15   ALL THEIR JUDGMENTS ON ABOUT THEIR PREFERENCES AND WHAT'S THIS

16   WORTH.

17        SO YOU MIGHT ASK, WHO WROTE THESE DESCRIPTIONS THAT WERE

18   SO IMPORTANT AND CENTRAL TO THIS SURVEY?  IT WASN'T DR. HAUSER.

19   IT WAS APPLE'S LAWYERS.

20        AND GUESS WHAT?  THEY WEREN'T EXACTLY EVEN-HANDED.

21        LET'S LOOK AT WHAT DR. HAUSER SAID IN HIS REPORT.  IN THE

22   FIRST SENTENCE THERE HE ACKNOWLEDGES THAT TO GET RELIABLE

23   RESULTS FROM THE SURVEY, YOU HAVE TO HAVE CLEAR DESCRIPTIONS.

24        THEN HE GOES ON TO ADMIT THAT THEY WERE "PROVIDED TO ME BY

25   COUNSEL."

1          AND HE SAID "I HAVE NOT REVIEWED OR INTERPRETED THE PATENT

2     CLAIMS MYSELF AND DO NOT HAVE A PROFESSIONAL OPINION ON THAT

3     MATTER."

4          HE'S WASHING HIS HANDS OF IT.  HE'S NOT TAKING ANY

5     RESPONSIBILITY FOR THIS.

6          SO HE GIVES -- WHAT HAPPENS WITH THESE SURVEY RESULTS?

7     THEY'RE GIVEN TO ANOTHER APPLE EXPERT, DR. VELLTURO, AND LET'S

8     JUST TALK FOR A MOMENT ABOUT DR. VELLTURO.

9          YOU KNOW, UNLIKE MANY EXPERTS YOU'RE GOING TO SEE WHO ARE

10    FACULTY MEMBERS AT UNIVERSITIES, DR. VELLTURO IS NOT A MEMBER

11    OF A FACULTY ANYWHERE.  HE BASICALLY TESTIFIES FOR A LIVING.

12    HE'S BASICALLY APPLE'S HOUSE PAID EXPERT WITNESS.

13         HE SAYS HE CANNOT REMEMBER EXACTLY HOW MANY TIMES HE'S

14    BEEN HIRED BY APPLE TO COME INTO COURTROOMS AND TESTIFY AND HE

15    THINKS IT'S MAYBE 10 TO 12 TIMES.

16         BUT HE TOOK DR. HAUSER'S SURVEY RESULTS AND RAN SOME

17    NUMBERS, AND HE SAID THAT SYNCING COMPONENT CLAIM WHERE PEOPLE

18    WERE TOLD YOU EITHER USE THE APPLE, YOU KNOW, PATENT OR, YOU

19    KNOW, YOU'RE GOING TO HAVE TO WAIT AND THE WAIT COULD BE LONG

20    OR SHORT, HE TOOK THE RESULTS OF THE SURVEY AND HE SAID, WELL,

21    THAT SYNCING CLAIM IS WORTH $724.9 MILLION.

22         SO THAT'S WHERE PART OF THAT OVER 2 BILLION THEY'RE

23    SEEKING COMES FROM THAT CLAIM.  AND ALL THE STEPS LEADING TO

24    THAT NUMBER COLLAPSE BECAUSE THEY'RE ALL BASED ON DESCRIPTIONS

25    WHICH ARE COMPLETELY UNFAIR AND INACCURATE.

1      WE HAVE -- WE'VE RETAINED AN EXPERT, DR. DAVID REIBSTEIN,

2  WHO'S A PROFESSOR AT THE WARD SCHOOL OF BUSINESS AT THE

3  UNIVERSITY OF PENNSYLVANIA.  HE'S AN EXPERT IN THESE TYPES OF

4  SURVEY, THEY'RE CALLED CONJOINT SURVEYS, AND HE SAYS IT'S

5  COMPLETELY INAPPROPRIATE TO USE THIS TYPE OF SURVEY, A CONJOINT

6  SURVEY, FOR A COMPLEX PRODUCT WHICH HAS LOTS AND LOTS OF

7  FEATURES, THAT IT'S JUST A -- THEY SHOULDN'T HAVE USED IT IN

8  THE FIRST PLACE.

9      HE HAD A REAL QUESTION:  DID THE SURVEY PARTICIPANTS

10  ACTUALLY UNDERSTAND WHAT THEY WERE BEING TOLD, UNDERSTAND THESE

11  DESCRIPTIONS?

12      SO HE DID HIS OWN STUDY.  HE RECRUITED SOME OTHER PEOPLE,

13  JUST LIKE DR. HAUSER HAD, WHO HAD SAMSUNG PHONES.  HE SHOWED

14  THEM THE SAME VIDEOS, WE HAD THEM, SHOWED THEM THE SAME

15  DESCRIPTIONS, AND, YOU KNOW, HAD THEM TAKE THE SAME TEST.

16      AND AFTERWARDS HE ASKED THEM, DID YOU UNDERSTAND?  DID YOU

17  UNDERSTAND THE DESCRIPTIONS IN THE VIDEOS?  THEY ALL SAID, YES.

18      BUT THEN HE INTERVIEWED THEM AND IT TURNED OUT THEY DIDN'T

19  UNDERSTAND AT ALL.

20      MANY OF THE PARTICIPANTS THOUGHT THAT WHEN IT DESCRIBED

21  WORD CORRECTION, THEY THOUGHT THAT MEANT THE CHOICE WAS BETWEEN

22  APPLE'S PATENT CLAIM AND HAVING TO GO BACK AND COMPLETELY

23  RETYPE THE MISSPELLING.

24      SOME THOUGHT THE CHOICE WAS BETWEEN USING APPLE'S THREE

25  PATENT SYNC CLAIM AND NOT HAVING ANY SYNCING AT ALL AND HAVING

DEFENDANTS' OPENING STATEMENT

```
1        TO GO TO ANOTHER DEVICE AND RE-ENTER THE INFORMATION.

2            SO THERE'S A REAL QUESTION.  I THINK IT'LL BE IN YOUR

3    MINDS WHEN YOU HEAR THE EVIDENCE AS TO WHETHER PEOPLE REALLY

4    UNDERSTOOD THIS AT ALL.

5            I TOLD YOU BEFORE, APPLE ON ITS OWN DOES SURVEYS AS TO WHY

6    PEOPLE BUY PHONES.

7            IF WE COULD LOOK AT SLIDE 50.

8            THIS IS AN INTERNAL APPLE STUDY, AND IF YOU LOOK AT THE

9    U.S. ON THE LEFT-HAND SIDE, THE WHOLE THEORY OF APPLE'S CASE

10   HERE IS PEOPLE BUY SAMSUNG PHONES BECAUSE OF THESE FIVE

11   FEATURES AND THEY'RE SO IMPORTANT.

12           WHEN IT COMES TO IPHONES, PEOPLE WHO WANT AN IPHONE MODEL

13   OR A SPECIFIC FEATURE, IT'S ONLY 16 PERCENT OF THE PEOPLE WHO

14   BUY PHONES ACCORDING TO APPLE'S OWN DATA.

15           AND THEN IN THEIR DATA, THEIR SURVEY, THEY DRILL DOWN IN

16   THE 16 PERCENT TO SEE WHAT IS THE FEATURE THAT THEY'RE MOST

17   INTERESTED IN.  IS IT OUR PHONE WITH WORD CORRECTION?  IS IT

18   SYNCING, OR WHAT IS IT?

19           IF WE CAN LOOK AT SLIDE 51.

20           THOSE 16 PERCENT, AS I'VE BEEN TELLING YOU, THEY'RE

21   INTERESTED IN THINGS LIKE BIG FEATURES, WHAT'S THE WEIGHT, THE

22   DISPLAY, THE THINLESS, IS THERE LTE, WHAT'S THE BATTERY LIFE?

23           APPLE KNOWS THESE ARE THE KINDS OF THINGS THAT DRIVE SALES

24   OF PHONES.

25           ANOTHER EXAMPLE OF AN IMPORTANT PHONE FEATURE IS THE MAPS
```

1    APPLICATION.  IN THE FALL OF 2012, APPLE HAD A BIG PROBLEM WITH

2    ITS MAPS APPLICATION.  THEY USED TO HAVE GOOGLE MAPS AND THEY

3    DEVELOPED THEIR OWN MAP, APPLE MAPS FEATURE AND THEY PUT IT IN

4    THE PHONE AND IT WAS A DISASTER.  I MEAN, IT SENT PEOPLE IN

5    CIRCLES TO DEAD ENDS.  POLICE IN AUSTRALIA WARNED THAT THE

6    APPLE MAPS FEATURE COULD KILL BECAUSE IT WOULD SEND PEOPLE INTO

7    THE BARREN OUTBACK WHERE THERE WAS NO WATER.

8         THE PR FALLOUT FROM THAT WAS SO BAD THAT APPLE HAD TO

9    APOLOGIZE TO CONSUMERS, AND TIM COOK WROTE A LETTER TO

10   CONSUMERS ASKING FORGIVENESS AND SUGGESTED THAT THEY ALL SOLVE

11   THE PROBLEM BY REINSTALLING GOOGLE MAPS.

12        BUT YET THAT PHONE THAT HAD THAT APPLE MAPS FEATURE, THE

13   IPHONE 5, WAS THE HIGHEST SELLING IPHONE EVER.

14        WHAT DOES THAT SHOW US?  A PHONE WITHOUT A WORKING MAPS

15   APPLICATION CAN SELL.  A PHONE WITHOUT THESE FIVE SMALL

16   FEATURES, THAT WOULD SELL, TOO.  THESE AREN'T THE THINGS THAT

17   DRIVE SALES.

18        I NOW WANT TO TURN TO APPLE'S INFRINGEMENT CLAIMS.  WE

19   WILL SHOW YOU THAT SAMSUNG DID NOT USE OR INFRINGE FOUR OF THE

20   CLAIMS AND THAT, IN FACT, IN ANY EVENT ALL FIVE ARE INVALID.

21   THEY SHOULDN'T HAVE BEEN ISSUED IN THE FIRST PLACE.  THERE WERE

22   OTHER PEOPLE WHO THOUGHT OF THE IDEAS.

23        LET'S BEGIN WITH THE '414, THE BACKGROUND SYNCING.  WE'VE

24   SPOKEN ABOUT THIS SOME ALREADY.

25        AS I SAID, THIS REQUIRES THAT YOU HAVE THREE SEPARATE SYNC

1      COMPONENTS THAT ARE CONFIGURED TO DO SYNC.

2          YOU WILL HEAR IN THIS TRIAL FROM DR. CHASE, OUR EXPERT

3      WITNESS, AND A GOOGLE ENGINEER PAUL WESTBROOK, WHO WAS INVOLVED

4      IN DEVELOPING THIS, WHO WILL TELL YOU THAT ANDROID DOES THIS

5      DIFFERENTLY, DOES NOT USE THIS THREE SYNC PROCESS.  IT HAD BEEN

6      DONE BEFORE.  IT WAS DONE AT WINDOWS MOBILE.  THERE'S A MAN BY

7      THE NAME OF GARY HALL, WHO YOU WILL HEAR FROM, WHO'S A WINDOWS

8      DEVELOPER WHO CALLED BACKGROUND SYNCING A DESIGN PILLAR OF

9      WINDOWS MOBILE.

10         AND YOU WILL SEE THAT HE -- WINDOWS, MICROSOFT HAD THE

11     ABILITY TO SYNC IN BACKGROUND, AND IT WOULDN'T FREEZE UP.  AND

12     THAT WAS ALL BEFORE APPLE'S PATENT.

13         AND THEY ALSO SYNCED WITH THREE SYNC COMPONENTS IN THE

14     BACKGROUND, JUST LIKE APPLE CLAIMS TO DO.

15         YOU KNOW, THE PATENT AND TRADEMARK OFFICE, YES, THEY

16     ISSUED A PATENT ON THIS.  BUT THEY DIDN'T HAVE THIS INFORMATION

17     WHEN IT WAS ISSUED.  THEY DIDN'T HAVE THE INFORMATION ABOUT THE

18     WINDOWS MOBILE IN FRONT OF THEM WHEN THEY ISSUED THIS PATENT.

19         YOU'LL HEAR THAT ANOTHER GREAT COMPANY WHO WAS DEVELOPING

20     BACKGROUND SYNC BEFORE APPLE EVEN FILED FOR ITS PATENT, AND

21     THAT COMPANY WAS USING BACKGROUND SYNC BEFORE APPLE'S PATENT

22     EVEN ISSUED, AND THAT COMPANY IS GOOGLE.  IT JUST STARTED

23     DEVELOPING A SYNCING FEATURE BEFORE THE IPHONE EVER HIT THE

24     MARKET.

25         AS A CLOUD COMPANY, GOOGLE IS WELL AHEAD OF APPLE IN

DEFENDANTS' OPENING STATEMENT

```
1     WIRELESS SYNCING.  REMEMBER, YOU SAW THAT IN THE STEVE JOBS

2     E-MAIL.  HE SAID CATCH UP IN SYNCING.

3          AND, YOU KNOW, GOOGLE HAD THE ABILITY FROM THE BEGINNING,

4     AS A CLOUD COMPANY, TO SYNC YOUR CONTACTS AND WIRELESS -- YOUR

5     CONTACTS AND YOUR CALENDAR WIRELESSLY IN THE FIRST ANDROID

6     PHONE.

7          THAT'S SOMETHING YOU COULDN'T DO IN THE FIRST IPHONE.  YOU

8     HAD TO PLUG IT INTO A COMPUTER TO SYNC UNTIL IOS 5 IN 2011.

9          THE '647 PATENT, THE ANALYZER SERVER PATENT, SOMETIMES

10    CALLED QUICK LINKS OR LINKS TO STRUCTURES, THIS IS THE PATENT

11    THAT, YOU KNOW, YOU CAN -- IT WILL HIGHLIGHT A PHONE NUMBER OR

12    AN E-MAIL ADDRESS AND YOU CAN TAP ON IT AND IT'LL DO -- YOU

13    KNOW, EXECUTE AN ACTION.

14         THIS DOES NOT COVER EVERY WAY OF DOING A CLICKABLE LINK.

15    THE SIMPLE ABILITY TO CLICK ON A PHONE NUMBER AND MAKE A CALL,

16    OR CLICK ON AN E-MAIL ADDRESS AND SEND AN E-MAIL, THAT HAS BEEN

17    AROUND FOR A LONG TIME.  APPLE DIDN'T INVENT THIS.  THIS ISN'T

18    SOMETHING THAT APPLE OWNS.

19         GOOGLE DESIGNED THE ANDROID SOFTWARE THAT RUNS ON THE

20    BACKGROUND -- IN THE BACKGROUND DIFFERENTLY FOR ITS ANALYZER

21    SERVER.  YOU'LL HEAR THE EVIDENCE THAT GOOGLE -- THAT THE

22    PATENT THAT APPLE HAS ON THIS PARTICULAR FEATURE REQUIRES

23    SOMETHING CALLED AN ANALYZER SERVER, AND I WON'T GO INTO THE

24    DETAILS ABOUT WHAT THAT'S ABOUT NOW, BUT IF YOU ONLY REMEMBER

25    ONE THING I SAY ABOUT THIS PATENT, IT'S ANALYZER SERVER.
```

1          AND THE APPLE PATENT REQUIRES THAT THERE BE AN ANALYZER

2     SERVER TO ACCOMPLISH THIS IN THE SOFTWARE.  AND WHEN YOU SEE

3     WHAT GOOGLE DOES, WHAT ANDROID DOES, YOU'LL SEE THAT THERE IS

4     NO ANALYZER SERVER.

5          APPLE TRIES TO SAY IT'S SOMETHING ELSE, THEY KNOW THERE

6     NEEDS TO BE AN ANALYZER SERVER.  SO APPLE TRIES TO SAY IT'S

7     SOMETHING ELSE.  I THINK THEY CALL IT A SOFTWARE LIBRARY.  THEY

8     SAY, WELL, THAT'S REALLY AN ANALYZER SERVER.  BUT YOU'RE GOING

9     TO SEE THAT THAT'S SOMETHING VERY, VERY DIFFERENT.  IN FACT,

10    THEIR OWN INVENTOR WILL TELL YOU THAT SOFTWARE LIBRARIES ARE

11    VERY DIFFERENT THAN AN ANALYZER SERVER.

12         YOU'LL ALSO HEAR IN THIS PATENT THAT THERE WAS PRIOR ART,

13    THAT IT HAD BEEN DONE BEFORE.  THERE'S SOMETHING CALLED

14    EMBEDDED BUTTONS THAT HAD BEEN INVENTED AT A VERY FAMOUS

15    INSTITUTION HERE IN PALO ALTO CALLED XEROX PARK, PALO ALTO

16    RESEARCH CENTER IN 1991 WHERE THEY -- THIS SAME TECHNOLOGY

17    EXISTED.  IT'S NOT NEW.  IT'S NOT A PATENT THAT EVER SHOULD

18    HAVE BEEN ISSUED.

19         THE '721, THE SLIDE TO UNLOCK, YOU KNOW, YOU WILL SEE THAT

20    SAMSUNG, ANDROID HAVE USED LOTS OF DIFFERENT LOCK INTERFACES,

21    VERY DIFFERENT KINDS OF MECHANISMS.

22         ONE IS CALLED THE PUZZLE DESIGN UNLOCK INTERFACE.

23         I MEAN, THE WAY IT WORKS, THE PIECES START UP IN THE

24    CORNER AND YOU CAN MOVE THIS PIECE, THIS PIECE HERE, YOU CAN

25    MOVE IT ALL AROUND.  IT'S NOT LIKE THE SLIDE TO UNLOCK WHERE

1    THERE'S A TRACK AND YOU GO FROM THIS POINT TO THIS POINT ALONG

2    THE TRACK.

3         THIS PUZZLE PIECE, YOU CAN MOVE IT WITH YOUR FINGER ALL

4    AROUND.  IT UNLOCKS WHEN YOU GO INTO THE HOLE THERE.  THIS IS

5    VERY DIFFERENT.  THIS IS NOT AN EFFORT TO COPY THE IPHONE.

6    IT'S AN EFFORT TO COME UP WITH SOMETHING PLAYFUL, FUN.  THE

7    FOLKS AT SAMSUNG WERE TRYING TO DISTINGUISH THEMSELVES.

8         ANOTHER UNLOCK SCREEN THAT SAMSUNG USES IS A GALAXY 3

9    RIPPLE WHICH YOU WILL SEE.  UNFORTUNATELY, YOU CAN'T REALLY --

10   THIS DOESN'T REPRODUCE IN A PHOTOGRAPH, BUT IT'S A REALLY COOL

11   DESIGN WHERE IF YOU PUT YOUR FINGER ON THE SCREEN AND MOVE IT,

12   IT'S LIKE WATER RIPPLES ACROSS THE FACE OF THE SCREEN AND YOU

13   CAN MOVE UP, DOWN, ONE WAY OR ANOTHER, AND IT'S LIKE A LITTLE

14   WAVE OF WATER GOING ACROSS THE STREET.

15        NO SLIDE TO UNLOCK, YOU KNOW, APPLE'S SLIDE TO UNLOCK.

16   THEY DON'T ACCUSE THAT.  THIS IS A BEST SELLING, YOU KNOW, THE

17   GS III, GALAXY 3, BEST SELLING PHONES.  WE'RE SELLING LOTS OF

18   THESE PHONES WITHOUT USING ANY APPLE SLIDE TO UNLOCK FEATURE.

19        AND THEN YOU'RE GOING TO SEE THAT APPLE ITSELF HAS MOVED

20   AWAY FROM THAT ORIGINAL SLIDE TO UNLOCK DESIGN IN THE LATEST

21   IOS 7 SOFTWARE, YOU CAN GO FROM ANYWHERE ON THE LEFT-HAND SIDE

22   OF THE SCREEN TO THE RIGHT-HAND SIDE OF THE SCREEN, ANYWHERE AT

23   ANY POINT.  THERE'S MUCH MORE FREEDOM OF MOVEMENT.  YOU DON'T

24   HAVE THAT LITTLE CHANNEL DOWN AT THE BOTTOM.

25        THE WORDS SLIDE TO UNLOCK ARE STILL ON THE PHONE, BUT

1    THEY'RE NOT CLAIMING THEY OWN THE WORDS.  YOU CAN SEE THAT

2    THEY'VE GONE IN A DIFFERENT DIRECTION ALTOGETHER.

3         IS THIS SOMETHING THAT'S REALLY WORTH MILLIONS AND

4    MILLIONS OF DOLLARS?  IS THIS WHY PEOPLE BUY SMARTPHONES?

5         THOSE ARE SOME OF THE DECISIONS THAT YOU'RE GOING -- THAT

6    YOU WILL HAVE TO DECIDE.

7         WE'LL ALSO SHOW YOU OTHER PRIOR ART.  YOU KNOW, THERE HAVE

8    BEEN SLIDE TO UNLOCK MECHANISMS BEFORE.  IT'S BEEN DONE BEFORE.

9         WHAT THEY CALL UNIVERSAL SEARCH, THIS INVOLVES THE -- THE

10   APPLE PATENT ON UNIVERSAL SEARCH INVOLVES A VERY SPECIFIC WAY

11   OF COMBINING LOCAL SEARCH RESULTS THAT ARE ON THE PHONE FROM,

12   LIKE, YOUR CONTACTS OR YOUR CALENDAR AND THINGS LIKE THAT WITH

13   RESULTS THAT COME FROM THE INTERNET.

14        NOW, I THINK IT'S FAIR TO SAY GOOGLE KNOWS SEARCH.  AND

15   THE ENGINEERS AT GOOGLE DON'T NEED TO TURN TO APPLE, YOU KNOW,

16   WHEN THEY'RE BUILDING THEIR ANDROID SOFTWARE TO FIGURE OUT HOW

17   TO DO SEARCH ON A PHONE.  THEY'VE BEEN DOING SEARCH AT GOOGLE

18   SINCE 1997.  THEY'VE BEEN DOING, ON THE DESKTOP, THEY'VE BEEN

19   DOING LOCAL SEARCH ON THE DESKTOP DEVICE CLEAR BACK TO 2004.

20        THE FUNCTIONS THAT APPLE IS CHALLENGING HERE IN ANDROID ON

21   PHONES, THEY WERE ADDED TO ANDROID AND SAMSUNG PHONES IN 2009.

22        BUT, AGAIN, THIS SEARCH CAPABILITY THAT, YOU KNOW, THEY

23   CLAIM TO HAVE A PATENT ON, IT'S NOT SOMETHING THAT THEY HAVE

24   EVER USED.  IT'S NEVER BEEN DONE ON THE IPHONE.

25        WE ASKED THE INVENTOR IN HIS DEPOSITION, AND HE SAYS HE

DEFENDANTS' OPENING STATEMENT

1      DOESN'T KNOW ANYONE WHO'S EVER USED THIS.

2          YOU KNOW, YOU HEARD SOMETHING THAT MR. MCELHINNY SAID THAT

3      AFTER WE SUED THEM, THEY REMOVED IT.  DO YOU REMEMBER THIS?

4      AFTER WE SUED THEM, THEY REMOVED IT.  CUSTOMERS COMPLAINED;

5      THEY PUT IT BACK.

6          THAT WAS A COMPLETE DISTORTION, FRANKLY.

7          WHAT HAPPENED IS THEY SUED ON A DIFFERENT SEARCH PATENT.

8      THEY SUED ON THE '604 PATENT, NOT THIS ONE, AND THEY WENT TO

9      COURT AND THEY GOT AN INJUNCTION AGAINST OUR DOING THIS TYPE OF

10     SEARCH.  WE DIDN'T THINK IT WAS RIGHT.  WE DIDN'T AGREE, BUT WE

11     COMPLIED.  AND SO WE -- IT WASN'T HARD TO DO.  I MEAN, WE

12     TURNED THAT OFF.

13         WE APPEALED IT, AND THE COURT OF APPEALS REVERSED AND SAID

14     WE WERE RIGHT, APPLE WAS WRONG, WE'RE ENTITLED TO DO IT, AND

15     THEN DROPPED THAT PATENT.

16         NOW, MR. MCELHINNY LEFT THAT OUT.  HE DIDN'T TELL YOU THAT

17     PART OF THE STORY.

18         NOW, WE DID PUT THAT FEATURE BACK IN THE PHONE, BACK IN

19     ANDROID.  GOOGLE DID THAT.  SAMSUNG DID THAT, NOT BECAUSE IT'S

20     A WILD, WILDLY POPULAR FEATURE THAT PEOPLE NEED TO SEARCH THE

21     PHONES AND THE INTERNET AT THE SAME TIME.

22         IT TURNS OUT, YOU KNOW, GOOGLE CAN TRACK THIS.  THE FOLKS

23     AT GOOGLE WILL TELL YOU THAT WHEN YOU GET RESULTS FROM BOTH, ON

24     THE INTERNET AND USING THIS PHONE AND THE FEATURE, IT'S

25     SOMETHING LIKE ONE OUT OF 50 TIMES THAT PEOPLE TAP ON SELECT

1    THE PHONE RESULT.  IT'S JUST NOT THAT BIG A DEAL.  IT'S ONE OF

2    MANY, MANY FEATURES AND WE INCLUDE IT AND WE THINK WE'RE

3    ENTITLED TO INCLUDE IT.

4         WE DO IT IN A VERY, VERY DIFFERENT WAY THAN THEIR PATENT

5    REQUIRES.  THERE'S SOMETHING CALLED A HEURISTIC, WHICH I NEVER

6    HEARD OF BEFORE I GOT IN THIS CASE, BUT THERE'S A RULE CALLED A

7    HEURISTIC WHICH MEANS, IT'S AN ENGINEERING OR SOFTWARE TERM

8    WHICH MEANS BASICALLY A RULE OF THUMB OR SOMETHING THAT'S GOOD

9    ENOUGH.  IT'LL GIVE YOU AN ANSWER TO THIS, GOOD ENOUGH, KIND OF

10   RULE OF THUMB, AND THEIR PATENT REQUIRES THAT YOU MUST SEARCH

11   IN TWO PLACES AND YOU MUST USE HEURISTICS TO SEARCH IN TWO

12   PLACES, BOTH LOCALLY AND ON THE INTERNET.

13        AND THEY WILL POINT TO A HEURISTIC ON THE LOCAL SEARCH IN

14   ANDROID, BUT THERE ISN'T ONE ON THE INTERNET BECAUSE GOOGLE

15   USERS, NOT SURPRISINGLY, THE RESULTS ARE GOOGLE'S SUGGESTIONS

16   THAT COME TO THE PHONE AND THAT'S NOT A HEURISTIC AT ALL.  SO

17   YOU'LL SEE THERE REALLY ISN'T INFRINGEMENT THERE.

18        THERE IS PRIOR ART, SOMETHING CALLED WAIS, W-A-I-S, WHERE

19   AN M.I.T. PROFESSOR, DR. MARTIN RINARD, WILL TESTIFY ABOUT HOW

20   THIS HAD BEEN DONE BEFORE.

21        AGAIN, WHEN THIS PATENT ISSUED, THE PATENT OFFICE DID NOT

22   KNOW ABOUT WAYS.

23        FINAL CATEGORY OF DAMAGES I HAVEN'T HAD A CHANCE TO

24   MENTION YET -- I'VE MENTIONED AT VARIOUS POINTS THE LOST

25   PROFITS WHERE THEY SAY THEY WOULD HAVE SOLD MORE PHONES, AND WE

1    WOULD HAVE SOLD LESS BUT FOR THE USE OF THESE FEATURES.  I'VE

2    MENTIONED THE REASONABLE ROYALTY.

3          ANOTHER CATEGORY OF DAMAGES THEY'RE SEEKING IS THEY CALL

4    BLACKOUT PERIOD OR OFF THE MARKET DAMAGES.  AND BASICALLY THE

5    THEORY OF THIS IS THEY SAY THEY'RE ENTITLED TO $508 MILLION OF

6    THE 2 BILLION BECAUSE THEY SAY, WELL, SAMSUNG WOULD HAVE TO

7    TAKE UP TO FOUR MONTHS TO FIGURE OUT ANY ALTERNATIVE TO THREE

8    OF THESE PATENTED FEATURES.  IT WOULD TAKE US FOUR MONTHS, AND

9    WE WOULD HAVE TO TAKE OUR PHONES OFF THE MARKET.  WE COULDN'T

10   BE SELLING THESE PHONES FOR FOUR MONTHS, AND WHILE SAMSUNG IS

11   GONE, APPLE WILL SELL A LOT MORE PHONES.  ALL RIGHT.  SO THAT'S

12   HOW THEY GET THE $508 MILLION.

13         WELL, LET ME TELL YOU SOMETHING.

14         IF WE LOOK AT SLIDE 109.

15         THE IDEA THAT WE NEED FOUR MONTHS TO COME UP WITH SOME

16   ALTERNATIVE IF, IN FACT, WE INFRINGE THESE AND THEY WERE

17   INVALID -- THAT THEY WERE VALID IS JUST NONSENSE.

18         YOU HAVE SEEN THAT WE HAVE A WORD SUGGESTION FEATURE,

19   WHICH THEY ADMIT IS NOT INFRINGING.  IT'S BEEN ON THE SAMSUNG

20   DART PHONE, WHICH IS AVAILABLE AND COULD BE USED AT ANY TIME.

21   WE DON'T NEED FOUR MONTHS TO PUT THAT IN PHONES.

22         WE HAVE OTHER VERSIONS OF LOCK SCREENS, YOU KNOW, THE

23   RIPPLE.  YOU SAW THAT, THE ONE THAT'S LIKE THE WATER.

24         IT WOULD TAKE US, THE TESTIMONY WILL BE, AT MOST FOUR DAYS

25   TO IMPLEMENT AN ALTERNATIVE TO THE ANALYZER SERVER PATENT.

1         SO THERE REALLY IS -- THERE WOULD BE NO BASIS OF ANY AWARD

2    FOR OFF THE MARKET OR BLACKOUT PERIOD DAMAGES.

3         YOU'RE GOING TO HEAR, WITH RESPECT TO REASONABLE ROYALTY,

4    WHICH I TALKED ABOUT A LITTLE BIT EARLIER, REMEMBER THE $40.10

5    A PHONE THEY'RE ASKING FOR WHICH TRANSLATED, IF YOU COUNT ALL

6    THE PATENTS, TO SOMETHING LIKE A $24,000 PHONE.

7         YOU'LL HEAR FROM DR. CHEVALIER, OUR EXPERT, AND SHE DID AN

8    ANALYSIS ABOUT WHAT IS THE APPROPRIATE METHOD OF FIGURING OUT,

9    IF ANY ROYALTY, REASONABLE ROYALTY, IF ANY ROYALTY WAS OWING

10   HERE, WHAT IT WOULD BE.

11        AND SHE DID A STUDY.  YOU'LL HEAR FROM HER, AND SHE

12   CONCLUDES THAT FOR ALL FIVE OF THESE, 35 CENTS ALL OF THEM

13   ALTOGETHER.  SHE LOOKS AT REVIEWS OF SAMSUNG PRODUCTS AND

14   WEBSITES ON AMAZON AND SHE SAYS THERE'S NO MENTION OF THESE

15   FEATURES.  IT'S NOT LIKE PEOPLE ARE WILDLY POPULAR -- EXCITED

16   ABOUT THEM.

17        SHE COMPARED THE PROFITABILITY OF THE PRODUCTS WITH THE

18   FEATURES AND WITHOUT THE FEATURES AND CONCLUDED THAT, YOU KNOW,

19   AT LEAST THE WORD SUGGESTION IN SLIDE TO LOCK CLAIMS HAVE NO

20   VALUE AT ALL BECAUSE SAMSUNG'S MOST PROFITABLE PHONES, THE

21   S III AND THE GALAXY NOTE, DON'T -- AREN'T EVEN ACCUSED.

22        SHE LOOKS AT WHAT APPLE TOLD THE GOVERNMENT ITS SOFTWARE

23   WAS WORTH.  AND WHAT DID APPLE TELL THE GOVERNMENT IT TURNS OUT

24   WAS COMPLETELY INCONSISTENT.

25        AM I RUNNING OUT OF TIME?  THANK YOU.

1    SO YOU'RE GOING TO HEAR FROM HER THAT WHAT APPLE TELLS THE

2    GOVERNMENT THE SOFTWARE IS WORTH IS VERY INCONSISTENT.  SHE

3    LOOKS AT APPLE'S OWN PRIOR REPRESENTATIONS TO COURTS ABOUT WHAT

4    ITS SOFTWARE IS WORTH.  SHE LOOKED AT, YOU KNOW, WHAT'S THE

5    MARKETPLACE, WHAT ARE PEOPLE PREPARED TO PAY FOR APPLICATIONS

6    ON SMARTPHONES.

7    THE MOST POPULAR ANDROID APPLICATION IS SOMETHING CALLED

8    SWIFT KEY.  PEOPLE PAY 24 CENTS A UNIT FOR THAT.

9    SO AFTER CONSIDERING ALL THOSE FACTORS, SHE SAYS 35 CENTS

10   A UNIT, AND IF THERE'S A LUMP SUM ROYALTY PAYMENT, IF ONE WERE

11   OWING -- AGAIN, WE DON'T THINK THERE'S ANY INFRINGEMENT, FOR

12   FOUR OF THE FIVE PATENTS, WE DON'T THINK THEY'RE VALID, BUT IF

13   THERE WERE INFRINGEMENT, IF THEY'RE VALID AND IF A ROYALTY WAS

14   OWING, $39.2 MILLION IS WHAT SHE SAYS IS THE MAXIMUM.

15   SO IN THE BRIEF TIME I'VE GOT LEFT, LET ME TALK A LITTLE

16   BIT ABOUT SAMSUNG'S PATENT CLAIMS AGAINST APPLE.  AND, FRANKLY,

17   NORMALLY WE AT SAMSUNG DON'T SUE OVER PATENTS LIKE THESE.

18   COUNSEL, I AGREE WITH MR. LEE ON THAT, WE DON'T ORDINARILY SUE

19   ON PATENTS LIKE THESE.

20   YOU KNOW, IN THE PRE-HOLY WAR DAYS, WHAT WOULD HAPPEN IN

21   THIS INDUSTRY IS THAT COMPANIES WOULD GET TOGETHER AND ENTER

22   INTO CROSS-LICENSE AGREEMENTS FOR THEIR ENTIRE PORTFOLIOS.

23   THEY WOULD WORK OUT A DEAL AND LEARN TO CO-EXIST.

24   THAT'S WHAT USED TO HAPPEN.

25   BUT WE DID GET SUED, AND SO WE THOUGHT IT WAS APPROPRIATE

1    TO DEFEND OURSELVES.

2         BUT WE UNDERSTAND HOW THIS HAPPENS SOMETIMES.  PEOPLE END

3    UP STEPPING ON EACH OTHER TOES WITH SIMILAR SOLUTIONS TO

4    PROBLEMS.

5         I'M SORRY.  I'M LOSING MY VOICE.

6         YOU HAVE ENGINEERS FOR THOSE SAME SCHOOLS, MAYBE STANFORD,

7    BERKELEY, THEY STUDY ENGINEERING.  THEY OWN THE SMARTPHONE

8    BUSINESS.  THEY GO TO WORK FOR COMPANIES LIKE GOOGLE AND APPLE.

9    THEY FACE THE SAME PROBLEM.  THEY'RE TRYING TO MAKE A PHONE

10   EASY TO USE, TRYING TO MAKE IT EFFECTIVE, FAST, ADDRESSING THE

11   SAME PROBLEMS, AND SOMETIMES THEY MAY END UPCOMING UP WITH

12   SIMILAR SOLUTIONS AND END UP STEPPING ON EACH OTHER TOES.  THAT

13   SOMETIMES HAPPENS.

14        AND IN THAT SAME WAY, APPLE HAS STEPPED ON SAMSUNG'S TOES

15   BY USING SAMSUNG'S VIDEO TRANSMISSION AND VIDEO ALBUM PATENTS.

16        AND WHEN THAT HAPPENS, AND IT DOES HAPPEN, IT'S NOT A HOLY

17   WAR, OR IT SHOULDN'T BE.  IT'S A SIMPLE THAT THE LAW PROVIDES A

18   REMEDY AND IT'S A SIMPLE ECONOMIC TRANSFER, THAT THERE SHOULD

19   BE A PAYMENT FROM THE COMPANY THAT WAS USING THE TECHNOLOGY

20   THAT DIDN'T HAVE A RIGHT TO, TO THE COMPANY THAT OWNED THE

21   TECHNOLOGY AND DID HAVE A RIGHT TO IT.

22        IT'S NOT ABOUT PUNISHING.  IT'S NOT ABOUT PUNISHING THE

23   WRONG DOER.

24        BUT HERE YOU'LL SEE APPLE IS DOING SOMETHING DIFFERENT.

25   IT'S SEEKING MASSIVE DAMAGES ON THE FICTION THAT THEY'VE LOST

1    SALES BECAUSE OF VERY SMALL FEATURES THAT YOU WILL LEARN HAVE

2    NO IMPACT ON SALES AT ALL.

3         NOW, I'M GOING TO SHOW YOU HOW WE CALCULATE THE ROYALTY

4    THAT IS OWING FOR THEIR INFRINGEMENT OF OUR TWO PATENTS, AND WE

5    WILL DO IT REASONABLY.

6         AND I'LL JUST NOTE, THEY'RE NOT CHALLENGING THE VALIDITY

7    OF EITHER ONE OF THEIR PATENTS.  BOTH OF THOSE PATENTS ARE

8    DEEMED VALID FOR PURPOSES OF ALL YOUR DECISION MAKING.

9         SO FIRST THE FACETIME PATENT FROM THE '239, AND THIS

10   RELATES TO TRANSMITTING COMPRESSED VIDEO FOOTAGE.  AND THIS IS

11   A PATENT THAT WAS WAY AHEAD OF ITS TIME.

12        LONG BEFORE MOST PEOPLE EVEN HAD MOBILE PHONES, THE

13   INVENTORS OF THIS PATENT FIGURED OUT A WAY TO TRANSMIT VIDEO

14   FROM REMOTE LOCATIONS BY COMPRESSING VIDEO IN REAL TIME SO IT

15   COULD TRANSMIT QUICKLY WITHOUT INTERRUPTION.

16        AND YOU WILL HEAR FROM OUR EXPERT, DR. SCHONFELD, DR. DAN

17   SCHONFELD FROM THE UNIVERSITY OF CHICAGO WHO WILL EXPLAIN TO

18   YOU THAT APPLE HAS, IN FACT, INFRINGED THIS PATENT.  YOU KNOW,

19   THERE ARE TWO KEY TERMS IN THIS PATENT.  THE FIRST IS THAT

20   IT -- IT SAYS IT INCLUDES A COMPUTER WITH A VIDEO CAPTURE

21   MODULE TO CAPTURE THE COMPRESSED VIDEO IN REAL TIME.  APPLE'S

22   PRODUCTS, AS WELL AS SAMSUNG PRODUCTS, INCLUDE BOTH CAMERAS AND

23   COMPONENTS THAT CAPTURE VIDEO.

24        THE SECOND TERM IS THERE MUST BE A MEANS FOR TRANSMISSION

25   OF THE VIDEO.  DR. SCHONFELD WILL SHOW YOU THAT THERE WAS A

```
1    MEANS FOR -- THAT BOTH THOSE TERMS ARE SATISFIED.

2         THE APPLE FUNCTIONALITIES THAT INFRINGE INCLUDE FACETIME,

3    FACETIME FEATURE INFRINGES VIDEO, THROUGH VIDEO CONFERENCING.

4    BY THE WAY, A FEATURE THAT APPLE HAS PROMOTED VERY, VERY

5    HEAVILY, UNLIKE, YOU KNOW, THE FIVE MINOR SOFTWARE FEATURES

6    THAT THEY'RE SUING SAMSUNG ON.

7         AND IT ALSO INFRINGES BY THE ABILITY ON APPLE -- THE

8    FUNCTIONALITY THAT PERMITS YOU TO TAKE VIDEOS AND TRANSMIT THEM

9    USING E-MAIL AND MESSAGING ON THE IPHONE.

10        NOW, MR. LEE MADE A BIG TO DO ABOUT THE FACT THAT WE

11   BOUGHT THIS PATENT.  IT'S TRUE.  WE DID BUY THIS PATENT.  WE

12   BOUGHT IT FROM A VERY CREATIVE FAMILY, THE FREEMANS WHO LIVE IN

13   TULSA, OKLAHOMA.

14        IT'S KIND OF AN INTERESTING STORY BEHIND IT.  THEY

15   ORIGINALLY INVENTED THIS IN ORDER TO, YOU KNOW -- THEY LIVE IN

16   AN AREA WHERE THERE'S LOTS OF TORNADOS, AND THEY HAD THE

17   ABILITY TO TRANSFER VIDEO OF TORNADOS TO TV STATIONS AND THINGS

18   LIKE THAT.

19        WHAT'S IMPORTANT TO KNOW IS IT'S NOT IMPORTANT.  IT'S NOT

20   A DEFENSE IN A PATENT CASE THAT A PATENT HAS BEEN PURCHASED.

21   APPLE PURCHASES PATENTS, VOICE RECOGNITION SOFTWARE FROM SIRI.

22   I MEAN, THAT'S ABSOLUTELY IRRELEVANT WHETHER OR NOT THE PATENT

23   WAS PURCHASED.

24        SAMSUNG CHOSE THIS PATH BECAUSE OF HOW IMPORTANT AND

25   INNOVATIVE IT WAS.
```

DEFENDANTS' OPENING STATEMENT

1            THEY ALSO TOLD YOU THAT THE PATENT HAS NOW EXPIRED.

2   THAT'S TRUE.  THAT ALSO DOESN'T MATTER.  WE'RE SEEKING DAMAGES

3   FOR THE PERIOD WHEN THE PATENT WAS ACTIVE, WHICH IS PERFECTLY

4   APPROPRIATE, PERFECTLY RIGHT.  WE'RE ENTITLED TO DO THAT.

5            THE OTHER PATENT, THE '449, VIDEO ALBUMS PATENT, THIS

6   RELATES TO AN INVENTION THAT THE COMPANY HITACHI CAME UP WITH

7   BACK IN 1997 WHERE THEY CAME UP WITH A REVOLUTIONARY DIGITAL

8   CAMERA THAT WOULD PERMIT YOU TO COMPRESS AND STORE HUNDREDS OF

9   PHOTOGRAPHS AND VIDEOS.

10            IN EARLIER CAMERAS, YOU COULD ONLY STORE LIKE TEN PICTURES

11   AND YOU COULDN'T STORE ANY VIDEOS AT ALL.  THIS HITACHI CAMERA

12   USED CUTTING EDGE TECHNOLOGY TO PERMIT YOU TO STORE SO MANY ON

13   THE CAMERA THAT YOU COULDN'T KEEP TRACK OR FIND OUT WHERE THEY

14   WERE.

15            SO THIS IS KIND OF A NIFTY, IF YOU WANT, EASY TO USE

16   FEATURE THAT HITACHI INVENTED.  IT SOLVED THE PROBLEM BY

17   BUILDING FOLDERS RIGHT INTO THE CAMERA TO MAKE IT EASIER TO

18   MANAGE AND TO LOCATE THE PHOTOS AND THE VIDEOS.

19            YOU'LL SEE THAT ON THE LEFT-HAND SIDE HERE, YOU'LL SEE ONE

20   OF THOSE FIGURES FROM THE PATENT.  YOU'LL SEE THERE'S A LIST OF

21   ALBUMS HERE.  IT'S KIND OF AN ENGINEER'S DRAWING, AND PART OF

22   THE PATENT IS THAT YOU ACTUALLY NUMBER, YOU CAN NUMBER THE

23   ACTUAL NUMBER OF PHOTOGRAPHS THAT ARE THERE.

24            AND THEN ON THE RIGHT-HAND SIDE, YOU'LL SEE THE ALBUMS,

25   YOU KNOW, SAME FUNCTIONALITY ON THE IPHONE.

1              AND DR. KEN PARULSKI, WHO HAS AN ADVANCED DEGREE FROM

2    M.I.T., WIDELY RECOGNIZED PIONEER IN DIGITAL PHOTOGRAPHY, WILL

3    COME HERE AND WALK YOU THROUGH THESE CLAIMS AND SHOW YOU HOW

4    APPLE INFRINGES THIS PATENT.

5              SO BECAUSE THESE TWO PATENTS ARE INFRINGED, SAMSUNG IS

6    ENTITLED TO DAMAGES, AND THOSE DAMAGES, AGAIN, TAKE THE FORM OF

7    A REASONABLE ROYALTY.

8              UNLIKE THE MINOR SOFTWARE PATENTS APPLE HAS SUED ON, THE

9    VIDEO PATENT, THE '239 PATENT INCLUDES VERY IMPORTANT FEATURES

10   THAT RELATE TO THE TRANSMISSION OF VIDEO WHICH APPLE HAS VERY

11   HEAVILY PROMOTED, FACETIME OVER CELLULAR.

12             ALSO E-MAIL, TRANSMISSION OVER E-MAIL, THROUGH TEXT.

13             THIS IS SOMETHING THAT'S BEEN VERY -- THAT IS, IN FACT,

14   SOMETHING VERY IMPORTANT.  IT'S SOMETHING THAT IS ADVERTISED,

15   AND YOU LOOK AT THOSE -- I SHOWED YOU THE IPHONE CONSUMER

16   SURVEY, WHAT FEATURES PEOPLE FOCUS ON.  I DON'T KNOW IF YOU SAW

17   IT.  FACETIME WAS ONE OF THEM.  THAT'S ONE THAT ACTUALLY DOES

18   RISE TO THE LEVEL OF SOMETHING PEOPLE TAKE NOTE OF.

19             THE OTHER, THE VIDEO ALBUMS PATENT, IT'S A MORE -- YOU

20   KNOW, IT'S A USEFUL BUT MORE LIMITED FEATURE, BUT IT'S

21   VALUABLE.

22             AND WE HAVE DR. KEARL, JAMES KEARL, WHO'S A TRAINED

23   ECONOMIST AT M.I.T., WHO DETERMINED THAT APPLE WOULD HAVE PAID

24   $6.9 MILLION FOR A LICENSE IN A NEGOTIATION.

25             AND, YOU KNOW, IT'S -- I FOUND MR. LEE'S ARGUMENT

```
 1    SURPRISING, THE FACT THAT, YOU KNOW, WE'RE SUING AND ONLY

 2    ASKING FOR $158,000, OR WE'RE ONLY ASKING FOR $6.78 MILLION

 3    SOMEHOW MEANS THAT WE DON'T RESPECT PATENTS OR THAT WE DON'T

 4    CARE ABOUT PATENTS, THAT THE SUGGESTION SEEMED TO BE THAT IF

 5    YOU AREN'T ASKING FOR BILLIONS, YOU'RE NOT TAKING PATENTS

 6    SERIOUSLY.

 7         YOU WILL SEE -- THE EVIDENCE IN THIS CASE WILL SHOW YOU

 8    THAT THEIR BILLION DOLLAR NUMBERS ARE COMPLETELY UNSUPPORTED.

 9    THEY ALL TIE BACK TO THAT UNRELIABLE HAUSER SURVEY, AND THEY'RE

10    PUTTING THOSE NUMBERS OUT THERE JUST TO TRY TO GET THEM IN YOUR

11    HEAD.

12         AND WE WILL SHOW YOU HOW PROPERLY TO CALCULATE A ROYALTY

13    ON THESE, YOU KNOW, ON THESE PATENTS WHICH APPLE HAS INFRINGED.

14         DR. KEARL CALCULATED THESE DAMAGES.  IF WE LOOK AT SLIDE

15    125.  HE STARTED WITH SOME REAL WORLD DATA, AND HE HAD SOME

16    ACTUAL DATA THAT HE COULD RELY ON.

17         THERE WAS A TIME WHEN FACETIME WAS FIRST INTRODUCED WHERE

18    APPLE ACTUALLY SOLD THAT AS AN APP ON THE MAC, AND IT WAS A

19    HUGE SUCCESS .  PEOPLE BOUGHT IT.  IT COST 99 CENTS.

20         SO THERE'S A POINT, YOU KNOW, A REAL WORLD DATA POINT THAT

21    DR. KEARL COULD WORK WITH, WHAT WOULD PEOPLE PAY FOR THIS?

22    WHAT IS IT WORTH?

23         AND YOU'LL SEE, HE WILL EXPLAIN TO YOU HOW HE THEN DID

24    MARKET STUDIES COMPARING THAT TO OTHER FEATURES, OVER TEXTING,

25    OVER E-MAIL IN THE VIDEO ALBUMS PATENT AND CAME UP WITH THE
```

1       NUMBERS WHICH I SHOWED YOU.

2             NOW, HERE'S THE IRONY:  ALTHOUGH THE 6.78 MILLION THAT

3       SAMSUNG IS ASKING FOR FOR THESE TWO PATENTS IS A FRACTION OF

4       WHAT APPLE IS ASKING FOR ON ITS PATENTS, APPLE SAYS THAT 6.78

5       MILLION IS FAR TOO MUCH.

6             APPLE IS SAYING THAT.  IT'S TELLING YOU THAT EVEN

7       ASSUMING, EVEN ASSUMING IT INFRINGES THE '239 PATENT BY USING

8       FACETIME, A FEATURE THAT APPLE VERY HEAVILY PROMOTED AS A

9       MARQUEE FEATURE, IT SHOULD PAY LESS THAN 6.78 MILLION.

10            AT THE SAME TIME, FOR MUCH MORE MINOR FEATURES, THEY'RE

11      SEEKING BILLIONS.  IT'S THAT SIMPLE.

12            ONE THING THEY'RE CORRECT ON.  THESE TYPES OF FEATURES

13      AREN'T WORTH HUNDREDS OF MILLIONS OF DOLLARS.  THEY DON'T MAKE

14      A SIGNIFICANT DIFFERENCE IN SALES.  THEY HAVE VERY LIMITED

15      VALUE.  IN THIS CASE, DR. KEARL DETERMINED THAT THAT WAS $6.78

16      MILLION.

17            SO JUST TO WRAP UP, YOU'VE HEARD APPLE'S LAWYERS SAY THAT

18      SAMSUNG IS TAKING SALES AWAY FROM APPLE BECAUSE IT HAS THESE

19      FEATURES THAT CUSTOMERS WANT AND THAT IF SAMSUNG DIDN'T HAVE

20      THESE FEATURES, SAMSUNG WOULD SELL FEWER PHONES AND APPLE WOULD

21      SELL MORE.

22            APPLE ITSELF DOESN'T EVEN USE FOUR OF THE FIVE.  THEY

23      AGREE AS TO THREE.  WE HAVE TO PROVE TO YOU THE FOURTH, THE

24      SLIDE TO UNLOCK.

25            YOU CAN'T GET THOSE FEATURES BY BUYING AN APPLE PRODUCT.

1      THEY'RE NOT IN A PRODUCT.  THEY DON'T USE THEM.

2           APPLE WANTS YOU TO BELIEVE THAT THESE CLAIMS ARE WORTH

3      OVER $2 BILLION EVEN THOUGH THEY ARE NOT VALUABLE ENOUGH FOR

4      APPLE TO USE.

5           A VERY MUCH MORE COMMON SENSE EXPLANATION AS TO WHY A

6      PATENT CLAIM IS NOT ADVERTISED OR LICENSED OR USED IS NOT

7      BECAUSE IT'S WORTH VERY MUCH, BUT BECAUSE IT'S WORTH VERY

8      LITTLE.

9           THE CLAIMS, THESE APPLE PATENT CLAIMS ARE ORDINARY WAYS TO

10     DO ORDINARY THINGS THAT HAVE BEEN, CAN BE, AND ARE BEING DONE

11     DIFFERENTLY.

12          ANDROID IS IPHONE'S MAIN COMPETITOR, AND GOOGLE IS AN

13     APPLE OBSESSION.  APPLE'S WHOLE FOCUS IS TO BEAT GOOGLE'S

14     ANDROID, AND THAT IS THE PURPOSE OF THIS LAWSUIT.

15          APPLE HERE IS SINGLING OUT, SINGLING OUT, FROM ALL OF THE

16     ANDROID POWERED HANDSET MANUFACTURERS, IT'S SINGLING OUT THE

17     MOST SUCCESSFUL MANUFACTURER'S PRODUCTS THAT RUN ON ANDROID,

18     SAMSUNG, AND TRYING TO CAPTURE THE PROFITS IT MADE FROM SELLING

19     ANDROID CELL PHONES AND TABLETS.

20          HOW DO YOU KNOW THIS IS TRUE, THIS GALAXY NEXUS PHONE

21     WHICH THEY'RE SUING OVER AND THEY ACCUSE?  NOTHING IN THE

22     HARDWARE.  THEY DON'T ACCUSE ANYTHING IN THE HARDWARE.  THE

23     SOFTWARE IS PURE ANDROID.

24          APPLE IS TARGETING NEXUS'S PURE SAMSUNGLESS SOFTWARE.

25     THAT'S WHAT THIS LAWSUIT IS ABOUT.

1          JUST HAVING ANDROID DID NOT GUARANTEE SAMSUNG'S SUCCESS.

2     THERE ARE MANY DIFFERENT MANUFACTURERS THAT MAKE ANDROID

3     PRODUCTS.  SAMSUNG'S UNIQUE SUCCESS IN THE ANDROID WORLD WAS

4     NOT IN THE THINGS THAT WERE THE SAME, BUT THE THINGS THAT WERE

5     DIFFERENT, LIKE THE INNOVATION, QUALITY, SELECTION, BUSINESS

6     STRATEGY, OFFERING A LARGE VARIETY OF DIFFERENT PHONES AT MANY

7     DIFFERENT PRICE POINTS, THE PROMOTION, THE DEVELOPMENT, THE

8     BRAND, ALL OF THE RESULTS OF THE HARD WORK FROM THE PEOPLE AT

9     SAMSUNG.

10         LOTS OF PEOPLE, LOTS OF COMPANIES USE ANDROID, BUT NONE OF

11    THEM ARE SELLING NEARLY AS MANY PHONES AS SAMSUNG.

12         SAMSUNG'S SUCCEEDS WHERE OTHERS HAVEN'T BECAUSE OF

13    SAMSUNG'S HARDWARE.

14         IT IS THE SAMSUNG DIFFERENCE -- IT'S THE SAMSUNG

15    DIFFERENCE MAKING CONTRIBUTIONS THAT SELL PHONES AND MAKE IT

16    FAR AND AWAY THE MOST SUCCESSFUL ANDROID -- THE MOST SUCCESSFUL

17    MANUFACTURER IN THE ANDROID WORLD.

18         APPLE DOES NOT ACCUSE THOSE DIFFERENT MAKING HARDWARE

19    FEATURES OF INFRINGEMENT.  APPLE IS NOT ENTITLED TO THE PROFIT

20    ON THESE PHONES, PHONES WHICH PEOPLE BOUGHT BECAUSE THEY CARE

21    ABOUT BIG SCREENS, STYLUSES, SUPER HD, AMOLED SCREENS, HIGH

22    QUALITY CAMERAS, AND THE OTHER THINGS THAT YOU COULD ONLY GET

23    ON THAT SAMSUNG PHONE.  THE MONEY THAT CONSUMERS SPENT SHOULD

24    BE LEFT WHERE THEY SPENT IT.

25         THANK YOU VERY MUCH.

```
 1            THE COURT:  OKAY.  THE TIME IS NOW 2:21.

 2        LET'S TAKE A 15 MINUTE BREAK AND WHEN WE COME BACK, APPLE

 3    WILL CALL ITS FIRST WITNESS.

 4        ALL RIGHT.  THANK YOU.  PLEASE DON'T RESEARCH OR DISCUSS

 5    THE CASE.

 6        (JURY OUT AT 2:21 P.M.)

 7            THE COURT:  OKAY.  THE RECORD SHOULD REFLECT THE

 8    JURORS HAVE LEFT THE COURTROOM.

 9        MR. SELWYN, HAVE YOU HAD A CHANCE TO -- PLEASE TAKE A

10    SEAT -- HAVE YOU HAD A CHANCE TO TAKE A LOOK AT THOSE THREE

11    PAGES?

12            MR. SELWYN:  WE HAVE.  WE HAVE NO OBJECTION TO THOSE

13    THREE PAGES OF EXHIBIT 14 BEING DISPLAYED PUBLICLY.

14            THE COURT:  OKAY.  AND THAT'S DX 413.

15            MR. SELWYN:  DX 413.  WE UNDERSTAND THAT THOSE ARE

16    THE ONLY THREE PAGES FROM THAT DOCUMENT OR LIKE DOCUMENT THAT

17    THEY INTEND TO USE.

18            THE COURT:  OKAY.  SO THERE'S NO OBJECTION ANYMORE.

19        ALL RIGHT.  THANK YOU.

20        I'M GOING TO RETURN THIS TO YOU.  THANK YOU.

21        (RECESS FROM 2:22 P.M. UNTIL 2:37 P.M.)

22        (JURY IN AT 2:37 P.M.)

23            THE COURT:  OKAY.  EVERYONE PLEASE TAKE YOUR SEATS.

24        WELCOME BACK.  PLEASE TAKE A SEAT.

25        YOU HAVE JUST RECEIVED A PHOTO OF THE FIRST WITNESS.  YOU
```

1    WILL GET A PHOTO FOR EVERY WITNESS, AND THERE IS A TAB IN YOUR

2    JURY BINDER THAT SAYS WITNESS PHOTOS.  THAT'S WHERE YOU CAN

3    INCLUDE THEM.  YOU'RE FREE TO TAKE NOTES.

4         THIS IS JUST TO HELP YOU REMEMBER DURING YOUR

5    DELIBERATIONS, WHICH IS BE A NUMBER OF WEEKS FROM NOW, IT JUST

6    ENABLES YOU TO PUT A NAME WITH A FACE AND PERHAPS YOUR NOTES,

7    OR AT LEAST YOUR MEMORIES OF WHAT THAT PERSON SAID.

8         ALL RIGHT.  PLEASE CALL YOUR FIRST WITNESS.

9              MR. MCELHINNY:  APPLE CALLS AS ITS FIRST WITNESS,

10   YOUR HONOR, MR. PHILIP SCHILLER.

11        **(PLAINTIFF'S WITNESS, PHILIP WILLIAM SCHILLER, SWORN.)**

12             THE WITNESS:  I DO.

13             THE CLERK:  WOULD YOU HAVE A SEAT, PLEASE.

14        AND PULL THE MICROPHONE TOWARDS YOU AND STATE YOUR NAME,

15   PLEASE, AND SPELL IT.

16             THE WITNESS:  PHILIP WILLIAM SCHILLER.  P-H-I-L-I-P,

17   W-I-L-L-I-A-M, S-C-H-I-L-L-E-R.

18             THE COURT:  ALL RIGHT.  THE TIME IS NOW 2:38.  GO

19   AHEAD, PLEASE.

20                        **DIRECT EXAMINATION**

21   BY MR. MCELHINNY:

22   Q.  MAKE SURE YOU'RE COMFORTABLE.  I DON'T WANT TO HAVE YOU

23   AWKWARD.

24        READY?

25   A.  YES.