# EXHIBIT 2

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br>    v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br>    v.<br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | Civil Action No. 12-CV-00630-LHK (PSG)<br><br>**EXPERT REPORT OF PROFESSOR ANDREW COCKBURN**<br><br><br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

1  '                                    Intentionally Omitted

### 10.   Apple Products Practice Claims Of The '172 Patent

470.   My operation of Apple's iPhone and iPad products confirm that the iPhone and iPad practice claims of the '172 Patent.  When typing text on an iPhone or iPad, the current character string is displayed.  A suggested replacement character string may also be displayed immediately above or below the current character string in certain instances.  When a suggested replacement character string is displayed, selecting a delimiter—the spacebar or a punctuation mark—replaces the current character string with the suggested replacement character string and appends the selected delimiter to the end of the suggested replacement character string.  This behavior satisfies at least Claim 27 of the '172 Patent.

471.   For example, a suggested replacement character string is sometimes displayed when the user inputs a current character string.  The following screenshot shows the display of the iPhone Messages application after the user types the current character string "messaf".  As the screenshot shows, a suggested replacement character string—"message"—is displayed immediately above the current character string.



(Display of iPhone after user types "messaf")

472. Upon selection of a delimiter, the current character string is replaced with the suggested replacement character string and the selected delimiter is appended to the suggested replacement character string. The screenshot on the left below shows the display of the iPhone Messages application after the user types the current character string "messaf". The screenshot on the right below shows the display of the iPhone Messages application after the user selects the spacebar. As can be seen from the screenshot on the right, the current character string "messaf" is replaced with the suggested replacement character string "message" and the selected delimiter—a space—is appended immediately after the suggested replacement character string.



(iPhone screenshots showing the display before and after the user selects a delimiter on the keyboard)

473. Accordingly, it is my opinion that Apple's iPhone and iPad products practice claims of the '172 Patent.

## C. The '760 Patent

### 1. General Background

474. The '760 Patent, invented by Scott Forstall, Greg Christie, Scott Herz, Imran Chaudhri, Michael Matas, Marcel Van Os, and Stephen O. Lemay and entitled "Missed call management for a portable multifunction device", issued on September 6, 2011 from an application dated June 27, 2011.

SAMNDCA10123049; SAMNDCA10123122; SAMNDCA630-05935773; SAMNDCA20008688; GOOG-NDCAL630-00065727; GOOG-NDCAL630-0065560; GOOG-NDCAL630-00065490; GOOG-NDCAL630-00065439; GOOG-NDCAL630-00065335; GOOG-NDCAL630-00065267; GOOG-NDCAL630-00065196; GOOG-NDCAL630-00065125; GOOG-NDCAL630-00065054; GOOG-NDCAL630-00064992; GOOG-NDCAL630-00064995.

## X. Compensation

587. I am being compensated at a rate of NZ$ 575 per hour for my work on this case. My compensation is no way conditioned on the outcome of this matter.

## XI. Conclusion

588. For the foregoing reasons, it is my opinion that Samsung directly and indirectly infringes the asserted claims of the '721, '172, and '760 Patents.

589. I reserve the right to supplement or amend this expert report to the extent additional or new information comes or is brought to my attention. In addition to explaining the opinions stated herein, at trial I may testify about my background, qualifications, and experience relevant to the issues in this action, the technical subject matter of the Asserted Patents, the accused Samsung products, and the Apple products that practice the claimed inventions, as well as the relevant state of the technology at the time of the alleged inventions. I may also prepare demonstrative materials that will aid in my testimony.

Date: August 12, 2013

Dr. Andrew Cockburn