1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

11
12
13
14
15
16
17
18
19

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR PERMISSION TO PRESENT EVIDENCE THAT APPLE PRACTICES THE '414, '172, and '959 PATENTS AND CURATIVE INSTRUCTIONS** |

20
21
22
23
24
25
26
27
28

1   THE COURT, having considered Apple Inc.'s Motion for Permission to Present
2   Evidence that Apple Practices the '414, '172 and '959 Patents and Curative Instructions,
3   HEREBY GRANTS Apple's motion.

7   **IT IS SO ORDERED.**

9   Dated: _____, 2014          _____
                                              Hon. Lucy H. Koh
10                                            United States Magistrate Judge