**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER ON RESPONSE TO APPLE MOTION (ECF NO. 1567) |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

It is hereby ORDERED that Samsung shall file a response to Apple's motion for permission (ECF No. 1567) by 6:00 P.M. today, April 3, 2014.

**IT IS SO ORDERED.**

Dated: April 3, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge