JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS THAT SAMSUNG MAY USE DURING THE EXAMINATIONS OF SCHILLER, CHRISTIE, AND COCKBURN** |

ActiveUS 126418938v.3

**<u>Schiller Examination</u>**

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves to seal the following documents in the event they are used during the examination of Phil Schiller:

1. DX413 (other than pages 8, 14, and 46).

2. DX405 (pages 2, 5-8, 15, 23-25, 30, 34, 36, 38-46, 48, 52-54, 57-62, and all other pages not used with Mr. Schiller during his examination at trial).

3. All pages of DX377, DX404, DX407, DX416, DX418, DX421, DX422, DX427, DX428, DX429, DX452, DX457, and DX458 that are not shown to the jury.

Based on the colloquy at trial on April 1, 2014 (Tr. 361-366, 416), Apple understood that Samsung did not intend to use with Mr. Schiller on cross-examination any disclosed exhibits that Apple had informed Samsung raised a confidentiality concern for Apple (including DX405) other than DX413.  However, Samsung informed Apple last evening that it would use DX405. Samsung has agreed that it will display pages 405.15, 405.23-405.25, 405.36, 405.38, 405.40, 405.44-405.46, 405.52-405.54, 405.57-405.62 of DX405 only to the jury and not on the public screen.  Apple has requested Samsung agree to this procedure for the other pages of DX405 subject to this motion but has not yet heard back from Samsung.  Apple requests that Samsung also be ordered not to disclose publicly the contents of those pages of DX405 and DX413 listed in paragraphs 1 and 2 above during its examination, and instead to refer the witness to particular sections or lines of the pages, without disclosing the content.  With respect to the exhibits listed in paragraph 3 above (DX377, DX404, DX407, DX416, DX418, DX421, DX422, DX427, DX428, DX429, DX452, DX457, and DX458), the parties have agreed that Samsung may display publicly particular pages, and that the remainder of each document should be sealed.

Apple is not moving at this time to seal DX390, DX411, DX412, DX413, DX415, DX417, DX420, DX425, DX489 and DX500 because it understands from counsel for Samsung that Samsung does not intend to use or offer into evidence any of those documents with Mr.

Schiller. Apple would request  sealing of those documents should Samsung attempt to use them with Mr. Schiller.

As is explained in the Declaration of Mark Selwyn in Support of Apple's Motion to Seal ("Selwyn Declaration"), the documents listed above contain information that is confidential to Apple.

**Christie and Cockburn Examination**

Apple is not moving to seal any of the exhibits, demonstratives or discovery responses identified by the parties for the Christie or Cockburn examinations.  Although a discovery response listed by Samsung for use with both witnesses includes Apple confidential information, the parties met and conferred and agreed upon a revised version of the document for use during these examinations that omits the Apple confidential information, obviating the need for Apple to file a motion to seal that response.

Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion.  Samsung does not oppose Apple's Administrative Motion as a procedural mechanism for requesting that PX166 be admitted under seal.  Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

Dated:  April 3, 2014

WILMER CUTLER PICKERING
 HALE AND DORR LLP

*/s/* Mark D. Selwyn                                    _
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc..*

1

### CERTIFICATE OF SERVICE

2        I hereby certify that a true and correct copy of the above and foregoing document has

3   been served on April 3, 2014 to all counsel of record who are deemed to have consented to

4   electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6                                              */s/* Mark D. Selwyn
                                              Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28