1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS THAT SAMSUNG MAY USE DURING THE EXAMINATIONS OF SCHILLER, CHRISTIE, AND COCKBURN** |
| Defendants. | |

[PROPOSED] ORDER
Case No. 12-cv-00630-LHK (PSG)

1  By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2  has filed Apple's Administrative Motion to File Under Seal Exhibits that Samsung May Use
3  During the Examinations of Schiller, Christie, and Cockburn ("Apple's Motion to Seal").
4  Apple has filed the Declaration of Mark Selwyn in support of its motion.  For good cause
5  shown, the Court grants Apple's motion to seal the confidential unredacted versions of the
6  exhibits discussed in Apple's Motion to Seal:

| **Document** | **Portion to be Sealed** |
|---|---|
| DX413 | Entire document other than pages 8, 14, and 46 if they are used with Mr. Schiller during his examination at trial. |
| DX405 | Pages 2, 5-8, 15, 23-25, 30, 34, 36, 38-46, 48, 52-54, 57-62, and all other pages not used with Mr. Schiller during his examination at trial. |
| DX377 | All pages that are not shown to the jury. |
| DX404 | All pages that are not shown to the jury. |
| DX407 | All pages that are not shown to the jury. |
| DX416 | All pages that are not shown to the jury. |
| DX418 | All pages that are not shown to the jury. |
| DX421 | All pages that are not shown to the jury. |
| DX422 | All pages that are not shown to the jury. |
| DX427 | All pages that are not shown to the jury. |
| DX428 | All pages that are not shown to the jury. |
| DX429 | All pages that are not shown to the jury. |
| DX452 | All pages that are not shown to the jury. |
| DX457 | All pages that are not shown to the jury. |
| DX458 | All pages that are not shown to the jury. |

1
2
3  **IT IS SO ORDERED.**
4
5  Dated: _____, 2014            _____
6                                             Hon. Lucy H. Koh
                                              United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28