UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON SAMSUNG'S |
| | ) | OBJECTIONS TO APPLE'S |
| v. | ) | DISCLOSURES |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

Samsung has filed objections to Apple's disclosures. ECF No. 1563-3. Apple has filed a response. ECF No. 1564. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Samsung's objections as follows:

| Exhibit Number | COURT'S RULING ON OBJECTION |
|---|---|
| PX 109 | Sustained. While Mr. Deniau may testify about his work on "data detectors," he may not provide any opinion specifically about whether Apple practices the '647. |
| PX 106 | Overruled. |
| Witness | Overruled. |

1

| | |
|---|---|
| objection regarding scope of '647 (Dr. Miller) | |

**IT IS SO ORDERED.**

Dated: April 3, 2014

_____
LUCY H. KOH
United States District Judge