UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
|---|---|---|
| Plaintiff and Counterdefendant, | ) ) ) | ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| Defendants and Counterclaimants. | ) ) | |

On April 2, 2014, Apple filed objections to Samsung's disclosures ECF No. 1564. On April 2, 2014, Samsung filed a response. ECF No. 1563-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| APPLE'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **B. James Miller** | |
| DX338 | Overruled, subject to Samsung laying foundation. |
| DX339 | Overruled. Samsung has not asserted inequitable conduct as to the '647 patent. Questions related solely to inequitable conduct will not be permitted pursuant to |

1

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES

| | |
|---|---|
| SDX2326 | Fed. R. Evid. 403.<br>Sustained. |

**IT IS SO ORDERED.**

Dated: April 3, 2014

                                                *Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES