1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
7  JAMES P. BENNETT (CA SBN 65179)
   jbennett@mofo.com
8  JACK W. LONDEN (CA SBN 85776)
   jlonden@mofo.com
9  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
14 Facsimile: (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

15 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                    SAN JOSE DIVISION

20 APPLE INC., a California corporation,

21              Plaintiff,                    Case No. 12-cv-00630-LHK (PSG)

22       v.                                   **APPLE'S APRIL 3, 2014 ROLLING WITNESS LIST**

23 SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

26              Defendant.

Apple Inc.'s rolling list of its anticipated next seven trial witnesses:

1. Philip Schiller
2. Gregory Christie
3. Andrew Cockburn
4. Thomas Deniau
5. Todd Mowry
6. James Miller
7. Alex Snoeren

Apple further notes that after Thomas Deniau testifies, time permitting, Apple may read into the record or otherwise enter into evidence:

- Paragraph 1 from Stipulation and Order re Ownership of Asserted Patents (Dkt. No. 1549.)
- Undisputed Facts 2-5 and 13 from the parties' Joint Amended Pretrial Statement. (Dkt. No. 1455-1.)
- Samsung's July 15, 2013, Third Supplemental Response to Interrogatory No. 41 and Amended Attachment A referenced therein.
- Samsung's First Supplemental Response to Interrogatory No. 4, lines 4-7, page 3, of Samsung's July 15, 2013, Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories, and PX132.

Dated: April 3, 2014                MORRISON & FOERSTER LLP

                                    By:  */s/ Rachel Krevans*
                                         RACHEL KREVANS

                                         Attorneys for Plaintiff and
                                         Counterclaim-Defendant
                                         APPLE INC.