# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Apple Objections to Samsung's Supplemental Counter-Designations**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| **Hing, Kenzo Fong** | August 16, 2013 | 5:20-25 | | | |
| | | 7:2-3 | | | |
| | | 8:10-14 | | | |
| | | 13:4-15 | | | |
| | | 50:1-14 | | 51:14-17; 88:5-7; 88:9-14 | Beyond the scope of designations; 402; 403; Speculation |
| | | 64:17-20 | 602; Ambiguous; Beyond Scope of 30(B)(6) | 61:12-14; 61:17-24; 65:5-16; 67:6-9; 67:11-14; 172:16-17; 172:19-24; 173:1-2; 173:4 | Beyond the scope of designations; 402; 403; Non-responsive |
| | | 64:24-65:3 | 602; Ambiguous; Beyond Scope of 30(B)(6) | 61:12-14; 61:17-24; 65:5-16; 67:6-9; 67:11-14; 172:16-17; 172:19-24; 173:1-2; 173:4 | Beyond the scope of designations; 402; 403; Non-responsive |
| | | 86:11-13 | 402; 403; Beyond Scope of 30(B)(6) | 86:19-20; 86:23-25; 87:1-2; 87:6-11 | 402; 403 |
| | | 86:16-17 | 402; 403; Beyond Scope of 30(B)(6) | 86:19-20; 86:23-25; 87:1-2; 87:6-11 | 402; 403 |
| **Hsieh, Ann** | July 16, 2013 | 7:2-3 | | | |
| | | 9:4-22 | | | |
| | | 10:7-12:15 | | | |
| | | 12:19-25 | | | |
| | | 13:9-14 | | | |
| | | 13:17-25 | | | |
| | | 14:19-22 | | | |
| | | 15:4-5 | | | |
| | | 95:10-97:13 | 402; 403; Lacks Foundation; Beyond Scope of 30(b)(6) | | |
| | | 99:17-109:2 | 402; 403; Lacks Foundation; Beyond Scope of 30(b)(6) | | |
| | | 117:15-121:3 | 402; 403; Lacks Foundation; Beyond Scope of 30(b)(6) | | |
| **Maccoun, James W.** | August 16, 2013 | 5:8-9 | | | |
| | | 5:19-22 | | | |
| | | 6:4-5 | | | |
| | | 7:21-24 | | | |
| | | 8:3-4 | | | |

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Apple Objections to Samsung's Supplemental Counter-Designations**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 12:15-13:1 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 13:6-7 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 13:9-15 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 13:18-21 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 14:8-11 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 14:16-19 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 15:9-18 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 17:19-18:9 | 402; 403; Asked and Answered | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 18:11-12 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Apple Objections to Samsung's Supplemental Counter-Designations**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 19:9-13 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 19:18-25 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 20:3-7 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 20:10-21:7 | 402; 403; Ambiguous: Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 21:10-12 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 21:14-16 | 402; 403; Ambiguous | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 21:21-22:16 | 402; 403; Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 22:18-20 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 27:16-20 | 402; 403; Asked and Answered | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Apple Objections to Samsung's Supplemental Counter-Designations**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 27:22-28:2 | 402; 403; Beyond Scope of 30(b)(6) | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 28:6-7 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 28:9 | 402; 403; Beyond Scope of 30(b)(6) | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 28:15-18 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 32:18-34:5 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 34:16-18 | 402; 403; Beyond Scope of 30(b)(6) | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 34:20 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 34:22-35:6 | 402; 403; Beyond Scope of 30(b)(6), Ambiguous, Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 35:9-11 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Apple Objections to Samsung's Supplemental Counter-Designations**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 36:12-14 | 402; 403; Beyond Scope of 30(b)(6) | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 36:18-19 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 37:17-20 | 402; 403; Beyond Scope of 30(b)(6) | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 37:24-38:4 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 40:4-14 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 46:8-12 | 402; 403; Asked and Answered; Incomplete | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 46:15-18 | 402; 403 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 52:9-53:8 | 402 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 54:1-2 | 402; Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |

**Apple Objections to Samsung's Supplemental Counter-Designations**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 54:4-6 | 402; Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 54:10-14 | 402; Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 54:16-19 | 402; Lacks Foundation | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| | | 54:21-55:3 | 402 | 28:20-29:3; 29:23-30:9; 30:14-16; 30:18-19; 31:4-5; 34:6-10; 34:12-14 | Beyond the scope of designations; Improper designation of question alone (28:20-29:3) |
| **Quintana, Fred** | June 13, 2013 | 6:12-24 | | | |
| | | 7:1-2 | | | |
| | | 9:9-11 | Ambiguous; Compound | | |
| | | 9:15-21 | Ambiguous; Compound | | |
| | | 9:23-24 | Ambiguous; Compound | | |
| | | 10:1-2 | Ambiguous; Legal Conclusion | | |
| | | 10:5-8 | Ambiguous; Legal Conclusion | | |
| | | 15:11-13 | Legal Conclusion | | |
| | | 15:19 | | | |
| | | 25:2-6 | | | |
| | | 25:11 | | | |
| | | 25:13-22 | 402; 403; Beyond Scope of 30(b)(6) | | |
| | | 26:2-3 | | | |
| | | 71:5-7 | Hypothetical; Ambiguous | | |
| | | 71:10-19 | Hypothetical; Legal Conclusion | | |
| | | 71:22 | Hypothetical; Legal Conclusion | | |
| | | 71:25-72:3 | Hypothetical; Ambiguous; Legal Conclusion | | |
| | | 72:5 | Hypothetical; Legal Conclusion | | |

**Apple Objections to Samsung's Supplemental Counter-Designations**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 72:8-9 | Ambiguous; Hypothetical; Legal Conclusion | | |
| | | 72:15-21 | Misstates Testimony; Hypothetical; Legal Conclusion | | |
| | | 72:24-73:9 | Misstates Testimony; Hypothetical; Legal Conclusion | | |
| | | 73:13-22 | Hypothetical; Assumes Facts; Legal Conclusion | | |
| | | 73:25-74:9 | Hypothetical | | |
| | | 74:21-75:3 | Hypothetical | | |
| | | 75:6-9 | Hypothetical | | |
| | | 75:11-13 | Hypothetical; Assumes Facts; Ambiguous | | |
| | | 75:16-20 | Hypothetical; Assumes Facts; Ambiguous | | |
| | | 75:22-25 | Legal Conclusion; Assumes Facts | | |
| | | 76:11-15 | Legal Conclusion; Assumes Facts | | |
| | | 76:17-20 | Legal Conclusion; Assumes Facts | | |
| | | 76:23-25 | Legal Conclusion; Assumes Facts | | |
| | | 78:22-25 | | | |
| | | 79:1-4 | | | |
| | | 85:9-11 | Legal Conclusion | | |
| | | 85:14-19 | Legal Conclusion | | |
| | | 85:21-22 | Asked and Answered; Beyond Scope of 30(b)(6) | | |
| | | 85:25-86:2 | Asked and Answered; Beyond Scope of 30(b)(6) | | |
| | | 86:6-7 | Asked and Answered | | |
| | | 86:9-11 | Asked and Answered | | |
| | | 86:13-87:2 | | 87:5-6; 87:8-15; 87:18-19 | Beyond the scope of designations, 402 |
| | | 87:21-22 | 402; 403; Beyond Scope of 30(b)(6) | 82:16-17; 82:19-22; 83:8-15; 87:5-6; 87:8-13; 280:6-9; 280:11-14 | Beyond the scope of designations, Non-responsive, 402 |

7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Apple Objections to Samsung's Supplemental Counter-Designations**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 87:24-88:1 | 402; 403; Beyond Scope of 30(b)(6) | 82:16-17; 82:19-22; 83:8-15; 87:5-6; 87:8-13; 280:6-9; 280:11-14 | Beyond the scope of designations, Non-responsive, 402 |
| | | 90:23-24 | Misstates Testimony; Incomplete | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | Beyond the scope of designations, Non-responsive, 402 |
| | | 91:2-6 | Misstates Testimony; Incomplete | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | Beyond the scope of designations, Non-responsive, 402 |
| | | 91:8-11 | Asked and Answered | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | Beyond the scope of designations, Non-responsive, 402 |
| | | 91:13-21 | Asked and Answered | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | Beyond the scope of designations, Non-responsive, 402 |
| | | 91:23-24 | Mistates Testimony; Asked and Answered | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | Beyond the scope of designations, Non-responsive, 402 |
| | | 92:4-6 | Mistates Testimony; Asked and Answered | 87:5-6; 87:8-13; 90:11-15; 90:17-21 | Beyond the scope of designations, Non-responsive, 402 |
| | | 110:23-111:2 | Beyond Scope of 30(b)(6) | | |
| | | 111:4-5 | Beyond Scope of 30(b)(6) | | |
| | | 111:7-11 | | | |
| | | 120:9-121:3 | Lacks Foundation; 602; Beyond Scope of 30(b)(6) | | |
| | | 121:6-7 | Lacks Foundation; 602; Beyond Scope of 30(b)(6) | | |
| | | 123:20-21 | 402; Lacks Foundation; Asked and Answered; Legal Conclusion; Beyond Scope of 30(b)(6) | | |
| | | 123:24-124:2 | 402; Lacks Foundation; Asked and Answered; Legal Conclusion; Beyond Scope of 30(b)(6) | | |
| | | 124:22-125:11 | 602; Lacks Foundation; Beyond Scope of 30(b)(6) | | |

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
CASE NO. 12-CV-00630-LHK (PSG)

**Apple Objections to Samsung's Supplemental Counter-Designations**

| WITNESS | DATE | APPLE'S DESIGNATIONS | SAMSUNG'S OBJECTIONS | SAMSUNG'S COUNTER-DESIGNATIONS | APPLE'S OBJECTIONS |
|---|---|---|---|---|---|
| | | 125:13 | 602; Lacks Foundation; Beyond Scope of 30(b)(6) | | |
| | | 125:15-25 | 602; Lacks Foundation; Beyond Scope of 30(b)(6) | | |
| | | 126:7-8 | 402; 403; Not Testimony; Asked and Answered | | |
| | | 126:11-12 | 602; Lacks Foundation; Asked and Answered; Incomplete | | |
| | | 127:18-21 | 602; Lacks Foundation; Beyond Scope of 30(b)(6); Asked and Answered | | |
| | | 127:25-128:3 | 602; Lacks Foundation; Beyond Scope of 30(b)(6); Asked and Answered; Misleading; Attorney Testifying | | |
| | | 147:16-148:7 | Hypothetical | 146:17-21; 146:24-147:11; 147:14; 149:4-6; 149:8-149:18; 149:21-150:9; 150:12-19 | Beyond the scope of designations, Non-responsive, 402, 403 |
| | | 148:10-15 | Hypothetical | 146:17-21; 146:24-147:11; 147:14; 149:4-6; 149:8-149:18; 149:21-150:9; 150:12-19 | Beyond the scope of designations, Non-responsive, 402, 403 |
| | | 148:18-149:3 | Hypothetical | 146:17-21; 146:24-147:11; 147:14; 149:4-6; 149:8-149:18; 149:21-150:9; 150:12-19 | Beyond the scope of designations, Non-responsive, 402, 403 |