1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                    UNITED STATES DISTRICT COURT
19
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **NOTICE OF ERRATA REGARDING SAMSUNG'S MOTION FOR PERMISSION TO PRESENT EVIDENCE THAT APPLE PRACTICES THE '414, '172, AND '959 PATENTS AND CURATIVE INSTRUCTIONS [DKT. NO. 1571]** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | Trial Date:  March 31, 2014<br>Time:  9:00 a.m.<br>Place:  Ceremonial Ct., 5th Floor<br>Judge:  Hon. Lucy H. Koh |

1  PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby serve this Notice of Errata Regarding Samsung's Motion For Permission To
4  Present Evidence That Apple Practices The '414, '172, And '959 Patents And Curative
5  Instructions [Dkt. No. 1571] ("Samsung's Opposition").

6  • The reference to "Dkt. 1395 at 3" on page 4, line 24 of Samsung's Opposition is
7    replaced with a reference to "Dkt. 1398 at 3."
8  There are no other changes.

10  DATED: April 3, 2014              QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

12                                    By  */s/ Michael L. Fazio*
                                          Charles K. Verhoeven
13                                        Kevin P.B. Johnson
                                          Victoria F. Maroulis
14                                        William C. Price
                                          Michael L. Fazio

16                                        Attorneys for SAMSUNG ELECTRONICS
                                          CO., LTD., SAMSUNG ELECTRONICS
17                                        AMERICA, INC., and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC