# EXHIBIT D-1

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D1

# SAMSUNG ADMIRE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Admire[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Admire is an apparatus for locating information in a network.<br><br>The Admire (Metro PCS) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Admire (Metro PCS) includes a 800 MHz processor CPU, 196 MB of on-board memory, a 3.5" TFT screen, CDMA/EVDO, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Admire (Metro PCS)'s specifications below:<br><br> |

---

[1] In this document, "Admire" and "the device" refer to all of the following accused versions of the Samsung Admire ("accused versions"): the Samsung Admire (Metro PCS) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Admire running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Admire (Metro PCS), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Admire or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Admire.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Memory

| | |
|---|---|
| **Internal Memory** | 196MB |
| **External Memory/microSD™ Capacity** | microSD™ card |

## Display

| | |
|---|---|
| **Main Display Resolution** | 320x480 |
| **Main Display Size** | 3.5" |
| **Main Display Technology** | HVGA 262K TFT |
| **Touch Screen** | Yes |

## Connectivity

| | |
|---|---|
| **Features** | Bluetooth®; Bluetooth® Profiles: A2DP, AVRCP, GAVDP, GOEP, HSP, HFP, OPP, PBAP; Wi-Fi; HTML Browser; GPS |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Features**

- 3.5-inch (320x480 pixel) full touch screen
- CDMA 1X/EVDO Wireless Technology
- Android platform
- Motion and position sensitivity
- Full integration with Google applications, including Google Search, Google Maps, Google Talk, and Gmail
- Android Market, plus pre-loaded applications
- Messaging Services
  - Text Messaging
  - Picture Messaging
  - Voice Mail
  - Email
  - Mobile Instant Messenger (IM)
  - Talk (chat application)

*See* n.1, *supra*.[3]  The Admire (Metro PCS) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3] All accused versions of the Admire have similar hardware, software, and functionality as shown in each version's respective specifications.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Admire, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Admire (Metro PCS).



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Admire (Metro PCS)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Admire (Metro PCS), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | Portions of the computer instructions ███████████████████ ████████████████████ █████████ |
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Admire includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Admire (Metro PCS)[6] has a 3.5" TFT screen.<br><br><br><br>The Admire (Metro PCS)'s 3.5" TFT screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7]  The Admire (Metro PCS)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Admire (Metro PCS)'s 3.5" TFT screen as shown in the screenshot above in section **[6a]**.[8] |

---

[5]  Identical functionality can be found in █████████████████████████████████
[6]  All accused versions of the Admire have similar hardware, software and functionality.  *See* n.1, *supra*.
[7]  All accused versions of the Admire have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.
[8]  All accused versions of the Admire have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



|  | When the user enters characters in the Quick Search Box on the Admire (Metro PCS), ███████████████████████████████████████ The postDelayed() method causes the ██████████████████ as described in the Android online documentation:<br><br>public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>   *r*        The Runnable that will be executed.[11]<br><br>████████████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Admire includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>For instance, in the Admire (Metro PCS), after the user query is obtained as described above in section **[6b]**, the ██████████████████████████ |

---

[9] All accused versions of the Admire implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE.

[10] All accused versions of the Admire implement the same functionality.  *See* Table for ██████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE.

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12] All accused versions of the Admire implement the same functionality.  *See* Table for ██████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

determines all the heuristic modules to perform the query upon, as shown in



as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

---

[13] All accused versions of the Admire implement the same functionality.  *See* Table for ▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE.

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

[15] All accused versions of the Admire implement the same functionality.  *See* Table for ▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The figure below shows the Search Settings panel of the Quick Search Box and some of the Admire (Metro PCS)'s pre-installed heuristic modules.  The Admire (Metro PCS) provides the information descriptor to selected heuristic modules (marked with check marks). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Admire (Metro PCS) provides an information descriptor to at least the Web and Contacts heuristic modules.



Case 5:12-cv-00630-LHK   Document 1577-10   Filed 04/03/14   Page 14 of 283

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Admire include

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor

---

[16] All accused versions of the Admire implement the same functionality.  *See* Table for ▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE.
[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[18] All accused versions of the Admire implement the same functionality.  *See* Table for ▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE.
[19] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Apps (or Applications) heuristic module takes the information descriptor and formulates a query appropriate for searching a device's ███████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition, █

The Email (or mail@metro) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's email content sent from the Email app.  This can include searching for information based on the sender or recipient of an email.  In addition, ███████

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information.  This can include email addresses, phone numbers and text in text messages stored locally on the device.  In addition, ██████████████████████████[22]

---

[20] All accused versions of the Admire implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE.

[21] All accused versions of the Admire implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE.

[22] All accused versions of the Admire implement the same functionality.  *See* Table for ████████████ and ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names.  In addition, ███████████████████████████ ████████████████<br><br>The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_r resul#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaJd (last visited May 16, 2013). |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Admire, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Admire, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Admire includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>For instance, in the Admire (Metro PCS), ██████████████████████████████ ████████████████████████████████████████████ |

---

[23] All accused versions of the Admire implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The Admire (Metro PCS) has a 3.5" TFT screen display device, as noted above in section **[6a]**. The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app."

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Admire |
|---|---|
| The apparatus of claim 6, wherein | The Admire is an apparatus of claim 6, wherein each of the different heuristic algorithms is |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| each of the different heuristic algorithms is particularized to its associated relevant area of search. | particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Admire |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Admire is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Admire (Metro PCS), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]:<br><br> |

---

[24]   All accused versions of the Admire implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ADMIRE

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung. All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Admire | | | |
|---|---|---|---|
| | | ███████ | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SCH-R720 | 2.3.4 | ███ | ███████████████████████████ |
| | 2.3.6 | ███ | ███████████████████████████ |
| | 2.3.6 | ███ | ███████████████████████████ |

| Samsung Admire | | | |
|---|---|---|---|
| | | ███████ | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SCH-R720 | 2.3.4 | ███ | ███████████████████████████ |
| | 2.3.6 | ███ | ███████████████████████████ |
| | 2.3.6 | ███ | ███████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Admire | | | |
|---|---|---|---|
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ███ | ██████████████ |
| | 2.3.6 | ███ | ██████████████ |
| | 2.3.6 | ███ | ██████████████ |

| Samsung Admire | | | |
|---|---|---|---|
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ███ | ██████████████ |
| | 2.3.6 | ███ | ██████████████ |
| | 2.3.6 | ███ | ██████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Admire | | | |
|---|---|---|---|
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ██████ | ████████████ |
|  | 2.3.6 | ████ | ████████████ |
|  | 2.3.6 | ████ | ████████████ |

| Samsung Admire | | | |
|---|---|---|---|
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ██████ | ████████████ |
|  | 2.3.6 | ████ | ████████████ |
|  | 2.3.6 | ████ | ████████████ |

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Admire | | | |
|---|---|---|---|
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SCH-R720 | 2.3.4 | ████ | ███████████████████ |
| | 2.3.6 | | |
| | 2.3.6 | | |

| Samsung Admire | | | |
|---|---|---|---|
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SCH-R720 | 2.3.4 | ████ | ███████████████ |
| | 2.3.6 | ████ | ███████████████ |
| | 2.3.6 | ████ | ███████████████ |

604 (ADMIRE - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-2

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D2

# CAPTIVATE GLIDE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Captivate Glide[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Captivate Glide is an apparatus for locating information in a network. <br><br> The Captivate Glide (AT&T) running Android 2.3 is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Captivate Glide (AT&T) running Android 2.3 includes a 1 GHz dual core processor CPU, 1 GB of on-board memory, a 4.0" Super AMOLED screen, UMTS/GSM/HSPA+21, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Captivate Glide (AT&T) running Android 2.3's specifications below: |

---

[1]  In this document, "Captivate Glide" and "the device" refer to all of the following accused versions of the Samsung Captivate Glide ("accused versions"): the Samsung Captivate Glide (AT&T) sold with Android 2.3 and the Samsung Captivate Glide (AT&T) sold with Android 4.0, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Captivate Glide (shipped with Android 2.3 but upgradeable to Android 4.0 according to http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00048593&fm_seq=53023 (last visited May 3, 2013)) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Captivate Glide (AT&T) running Android 2.3, unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Captivate Glide or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Captivate Glide.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Memory

| | |
|---|---|
| Internal Memory | 1GB RAM/1GB ROM/8GB |
| External Memory/microSD™ Capacity | microSD™ card |

## Display

| | |
|---|---|
| Main Display Resolution | 480x800 Pixels |
| Main Display Size | 4.0" |
| Main Display Technology | Super AMOLED™ |

## CPU / Processor

| | |
|---|---|
| Processor Speed, Type | 1GHz Dual-core Tegra™ 2 Processor |

## Network

| | |
|---|---|
| Frequencies and Data Type | UMTS 850/1900/2100; GSM 850/900/1800/1900 |
| Data Speed | 4G HSPA+ 21 Mbps (Category 14) |
| SAR value - Head (W/kg) | SAR Value: Head 0.20 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.54 W/kg |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | • Built-in Bluetooth and Wi-Fi technology<br><br>*See* n.1, *supra*.[3]  The Captivate Glide (AT&T) running Android 2.3 includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Captivate Glide (AT&T) running Android 2.3. |
| --- | --- |

---

[3]  All accused versions of the Captivate Glide have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Captivate Glide, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Captivate Glide (AT&T) running Android 2.3's screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Captivate Glide (AT&T) running Android 2.3, and the Quick Search Box has

5

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.



Portions of the computer instructions ████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | |
|---|---|
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Captivate Glide includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Captivate Glide (AT&T) running Android 2.3[6] has a 4.0" Super AMOLED screen.<br><br>![Display specifications table]<br><br>The Captivate Glide (AT&T) running Android 2.3's 4.0" Super AMOLED screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7]  The Captivate Glide (AT&T) running Android 2.3's onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Captivate Glide (AT&T) running Android 2.3's 4.0" Super AMOLED screen as shown in the screenshot above in section **[6a]**.[8]<br><br>When the user enters characters in the Quick Search Box on the Captivate Glide (AT&T) running Android 2.3, ███████████████████████ |

---

[5]  Identical functionality can be found in the ████████████████████████████

[6]  All accused versions of the Captivate Glide have similar hardware, software and functionality.  *See* n.1, *supra*.

[7]  All accused versions of the Captivate Glide have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.

[8]  All accused versions of the Captivate Glide have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[9]  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| | ██████████████████ ████ calls the postDelayed() method. *Id.* The postDelayed() method causes the ██████████ to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** (Runnable r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>*r*        The Runnable that will be executed.[11]<br><br>████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Captivate Glide includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>For instance, in the Captivate Glide (AT&T) running Android 2.3, after the user query is obtained as described above in section **[6b]**, ████████████████████████████████████████ as described in the Android |

---

[10]  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for ██████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE.

[11]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12]  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for ██████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE.

[13]  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for ██████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

The figure below shows the Search Settings panel of the Quick Search Box and some of the Captivate Glide (AT&T) running Android 2.3's pre-installed heuristic modules.  The Captivate Glide (AT&T) running Android 2.3 provides the information descriptor to selected heuristic modules (marked with check marks).

---

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[15] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Captivate Glide (AT&T) running Android 2.3 ██████████████
████████████████████████████████████████████

████████████████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

█████████████████████████████████████████████████ In the context of this document, the Android Content Providers are also referred to as "suggestions providers."

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data. However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

████████████████████████████████████████████████████

All accused versions of the Captivate Glide include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Captivate Glide provides a subset of the heuristic modules listed below; therefore, on any given version of the Captivate Glide, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor

---

[16] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE.

[19] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Apps (or Applications) heuristic module takes the information descriptor and formulates a query appropriate for searching a device's ███████████████████████████████████████████████████████████████████

The Play Books (or Books) heuristic module ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition, ███████████████████████████████████████████████████████ [21]

The Memo heuristic module takes the information descriptor and formulates a query appropriate for searching a user's notes stored locally on the device using the Memo app.

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a

---

[20] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for ███████████ APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE.

[21] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | query appropriate for searching a user's contacts and text message information.  This can include email addresses, phone numbers and text in text messages stored locally on the device.  In addition,█████████████████████████████████████████████████████████[22]<br><br>The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names.  In addition, ███████████████████████████████████ ████████<br><br>The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here:  https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_r resul#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjJd (last visited May 16, 2013). |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Captivate Glide, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Captivate Glide, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a | The Captivate Glide includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>For instance, in the Captivate Glide (AT&T) running Android 2.3, ██████████████████ |

---

[22]  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for █████████████ and █████████████ in
APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| display device. | 
The Captivate Glide (AT&T) running Android 2.3 has a 4.0" Super AMOLED screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |
| --- | --- |

---

[23] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for ▬▬▬▬▬▬▬ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Captivate Glide |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Captivate Glide is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Captivate Glide |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Captivate Glide is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Captivate Glide (AT&T) running Android 2.3, the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]: |

---

[24]   All accused versions of the Captivate Glide implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CAPTIVATE GLIDE

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Captivate Glide | | | |
|---|---|---|---|
| | ███████████████ | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-I927 | 2.3.5 | ████████ | ████████████████████████████ |
| | 4.0.4 | ████████ | ██████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Captivate Glide | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ███████ | ████████████████████ |
|  | 4.0.4 | ███████ | ████████████████████████████ |

| Samsung Captivate Glide | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ███████ | ████████████████████ |
|  | 4.0.4 | ███████ | ████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Captivate Glide | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ████████ | ████████████████████ |
| | 4.0.4 | ████████ | ████████████████████ |

| Samsung Captivate Glide | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ████████ | ████████████████ |
| | 4.0.4 | ████████ | ████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| **Samsung Captivate Glide** | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ████████ | ███████████████ |
| | 4.0.4 | ████████ | ███████████████ |

| **Samsung Captivate Glide** | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ██████ | ██████████ |
| | 4.0.4 | ██████ | ███████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Captivate Glide | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ███████ | ████████████████████████ |
| | 4.0.4 | ███████ | ████████████████████████████ |

604 (CAPTIVATE GLIDE - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-3

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D3

# CONQUER 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Conquer 4G[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Conquer 4G is an apparatus for locating information in a network.<br><br>The Conquer 4G (Sprint) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Conquer 4G (Sprint) includes a 1 GHz processor CPU, 512MB of on-board memory, a 3.5" TFT screen, CDMA/EVDO, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Conquer 4G (Sprint)'s specifications below:<br><br> |

---

[1]  In this document, "Conquer 4G" and "the device" refer to all of the following accused versions of the Samsung Conquer 4G ("accused versions"): the Samsung Conquer 4G (Sprint) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Conquer 4G running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Conquer 4G (Sprint), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Conquer 4G or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Conquer 4G.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Memory

| | |
|---|---|
| Internal Memory | 512MB |
| External Memory/microSD™ Capacity | 32GB |

## Display

| | |
|---|---|
| Main Display Resolution | HVGA |
| Main Display Size | 3.5" Display |
| Main Display Technology | 262K TFT |
| Touch Screen | Yes |

## Network

| | |
|---|---|
| Frequencies and Data Type | CDMA Dualband: |
| Data Speed | EVDO REV A |
| SAR value - Head (W/kg) | SAR Value: Head 0.76 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.95 W/kg |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | **Connectivity** |
| | **Features** — Bluetooth®; Bluetooth® Profiles: A2DP, AVRCP, GAVDP, GOEP,HFP 1.5, HSP, FTP, OPP, PBAP,SDAP; Wi-Fi (Wi-Fi ; WiMAX; HTML Browser; WAP Browser; Flash®; Java™; GPS |
| | *See* n.1, *supra*.[3]  The Conquer 4G (Sprint) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Conquer 4G (Sprint). |

---

[3]  All accused versions of the Conquer 4G have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Conquer 4G, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Conquer 4G (Sprint)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Conquer 4G (Sprint), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Portions of the computer instructions allowing the user to input an information identifier in the Conquer 4G (Sprint) may be found in ███████████████

---

[5] Identical functionality can be found in the ████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Conquer 4G includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Conquer 4G (Sprint)[6] has a 3.5" TFT screen.<br><br><br><br>The Conquer 4G (Sprint)'s 3.5" TFT screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7]  The Conquer 4G (Sprint)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Conquer 4G (Sprint)'s 3.5" TFT screen as shown in the screenshot above in section **[6a]**.[8]<br><br>When the user enters characters in the Quick Search Box on the Conquer 4G (Sprint), ███████████████████████████████████ |

---

[6]  All accused versions of the Conquer 4G have similar hardware, software and functionality.  *See* n.1, *supra*.

[7]  All accused versions of the Conquer 4G have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.

[8]  All accused versions of the Conquer 4G have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[9]  All accused versions of the Conquer 4G implement the same functionality.  *See* Table for ███████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G.

[10]  All accused versions of the Conquer 4G implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The postDelayed() method causes the ██████████████████████ to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>   *r*        The Runnable that will be executed.[11]<br><br>████████████████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Conquer 4G includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>For instance, in the Conquer 4G (Sprint), after the user query is obtained as described above in section **[6b]**, ██████████████████████████████████████████████ as described in the Android Developer's Guide:<br><br>"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the |

---

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[12] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G.
[13] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]



The figure below shows the Search Settings panel of the Quick Search Box and some of the Conquer 4G (Sprint)'s pre-installed heuristic modules.  The Conquer 4G (Sprint) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[15] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for █████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Conquer 4G (Sprint) provides an information descriptor to at least the Web and Contacts heuristic modules.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Conquer 4G include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Conquer 4G provides a subset of the heuristic modules listed below; therefore, on any given version of the Conquer 4G, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for

---

[16] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G.

[19] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

Web, Apps, Contacts, Messaging, Music, Voice Search and Voicemail.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Apps (or Applications) heuristic module ███████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition, █
███████████████████████████████████████████████████████████████████████

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information.  This can include email addresses, phone numbers and text in text messages stored locally on the device.  In addition, ██████████████████████████████████████████████████████████

The Music heuristic module takes the information descriptor and formulates a query appropriate

---

[20] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G.

[21] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G.

[22] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for ████████████ and ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names.  In addition, ██████████████████████ ████████████████<br><br>The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_r resul#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaCJd (last visited May 16, 2013).<br><br>The Voicemail heuristic module takes the information descriptor and formulates a query appropriate for searching a user's voicemails. |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Conquer 4G, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Conquer 4G, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Conquer 4G includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>For instance, in the Conquer 4G (Sprint), ████████████████████████ ████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| | The Conquer 4G (Sprint) has a 3.5" TFT screen display device, as noted above in section **[6a]**. The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[23] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Conquer 4G |
|---|---|
| The apparatus of claim 6, wherein | The Conquer 4G is an apparatus of claim 6, wherein each of the different heuristic algorithms is |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| each of the different heuristic algorithms is particularized to its associated relevant area of search. | particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |
|---|---|

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Conquer 4G |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Conquer 4G is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Conquer 4G (Sprint), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]:<br><br>   |

---

[24]   All accused versions of the Conquer 4G implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG CONQUER 4G

     Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ██████ | ███████████████████████████ |
| | 2.3.6 | ██████ | ███████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| **Samsung Conquer 4G** | | | |
| --- | --- | --- | --- |
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ██ | ████████████████████████ |
| | 2.3.6 | ██ | ████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ████ | ███████████████████ |
| | 2.3.6 | ████ | ███████████████████ |

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ████ | ███████████████████ |
| | 2.3.6 | ████ | ███████████████████ |

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ███ | ████████████████████████ |
| | 2.3.6 | ███ | ████████████████████████ |

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ███ | ██████████████████████████ |
| | 2.3.6 | ███ | ██████████████████████████ |

4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ████████████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ████ | ███████████████████ |
| | 2.3.6 | ████ | ███████████████████ |

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ████ | █████████████████████████ |
| | 2.3.6 | ████ | █████████████████████████ |

604 (CONQUER 4G - SOURCE CODE APPENDIX).DOCX

5

# EXHIBIT D-4

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D4

# DART

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Dart[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Dart is an apparatus for locating information in a network.<br><br>The Dart (T-Mobile) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Dart (T-Mobile) includes a 600 MHz processor CPU, 2GB of on-board memory, a 3.1" TFT screen, GSM/HSDPA, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.2 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Dart (T-Mobile)'s specifications below: |

---

[1]  In this document, "Dart" and "the device" refer to all of the following accused versions of the Samsung Dart ("accused versions"): the Samsung Dart (T-Mobile) sold with Android 2.2, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Dart running Android 2.2 can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Dart (T-Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Dart or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Dart.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Features of Your Phone**

Your phone is lightweight, easy-to-use and offers
many significant features. The following list outlines
a few of the features included in your phone.

- Touch screen with virtual (on-screen) QWERTY keyboard
- Android 2.2, Froyo
- Wi-Fi ® Capability
- USB Tethering-capable
- Bluetooth enabled
- Full integration with Google applications (Gmail, YouTube, Google Maps)
- Multiple Messaging Options: Email, Picture Messaging, Google Talk, Google Search, Video Messaging, Text Messaging, Predictive Text
- Supports synchronizing with a corporate email account
- 3.0 Megapixel camera and video with multi shot and digital zoom
- MP3 player with Multitasking features
- Assisted GPS (TeleNav GPS Navigation)
- Webkit-based browser
- Downloadable applications from Android Market
- Up to 32GB expandable memory slot
- Mobile Hotspot Capability
- YouTube

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



**Samsung Dart**

**SAMSUNG**

For T-Mobile
Also known as Samsung SGH-T499, Samsung T499, Samsung Tass

Read opinions
Compare
Pictures
Related phones
Manual

**CHECK PRICE**
► WElectronics
► Negri Electronics
► GSM Nation

**POPULARITY**
Daily interest
0.2%
Total hits: 157664

**VOTING RESULTS**
Design
6.9

| Section | Field | Value |
|---|---|---|
| GENERAL | 2G Network | GSM 850 / 900 / 1800 / 1900 |
| | 3G Network | HSDPA 1700 / 2100 |
| | | HSDPA 2100 |
| | Announced | 2011, May |
| | Status | Available. Released 2011, June |
| BODY | Dimensions | 104 x 61 x 13 mm |
| | Weight | 108 g |
| | | - Touch-sensitive controls |
| DISPLAY | Type | TFT capacitive touchscreen, 256K colors |
| | Size | 240 x 320 pixels, 3.14 inches (~127 ppi pixel density) |
| | Multitouch | Yes |
| | | - TouchWiz UI |
| SOUND | Alert types | Vibration; MP3 ringtones |
| | Loudspeaker | Yes |
| | 3.5mm jack | Yes |
| MEMORY | Card slot | microSD, up to 32GB, 2GB included |
| DATA | GPRS | Yes |
| | EDGE | Yes |
| | Speed | HSDPA, 7.2 Mbps |
| | WLAN | Wi-Fi 802.11 b/g/n, Wi-Fi hotspot |
| | Bluetooth | Yes, v3.0 with A2DP |
| | USB | Yes, microUSB v2.0 |
| CAMERA | Primary | 3.2 MP, 2048x1536 pixels |
| | Features | Geo-tagging, smile detection |
| | Video | Yes, QVGA@15fps |
| | Secondary | No |
| FEATURES | OS | Android OS, v2.2 (Froyo) |
| | CPU | 600 MHz |
| | Sensors | Accelerometer, proximity, compass |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | *See* n.1, *supra*.[3]  The Dart (T-Mobile) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Dart (T-Mobile). |

---

[3]  All accused versions of the Dart have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Dart, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

4

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Dart (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Dart (T-Mobile), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Portions of the computer instructions ██████████████████████████

| | |
|---|---|
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Dart includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Dart (T-Mobile)[6] has a 3.1" TFT screen. |

---

[5] Identical functionality can be found in the ████████████████████████

[6] All accused versions of the Dart have similar hardware, software and functionality. *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Size** | 3.5" Display |

| DISPLAY | Type | TFT capacitive touchscreen, 256K colors |
|---|---|---|
| | Size | 240 x 320 pixels, 3.14 inches (~127 ppi pixel density) |
| | Multitouch | Yes |
| | | - TouchWiz UI |

The Dart (T-Mobile)'s 3.1" TFT screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7] The Dart (T-Mobile)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Dart (T-Mobile)'s 3.1" TFT screen as shown in the screenshot above in section **[6a]**.[8]

When the user enters characters in the Quick Search Box on the Dart (T-Mobile), ███████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████. The postDelayed() method causes the ████████████████████████████ to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.

---

[7]  All accused versions of the Dart have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.
[8]  All accused versions of the Dart have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.
[9]  All accused versions of the Dart implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART.
[10]  All accused versions of the Dart implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | **Parameters**<br>*r*       The Runnable that will be executed.[11]<br><br>██████████████████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Dart includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>For instance, in the Dart (T-Mobile), after the user query is obtained as described above in section **[6b]**, ██████████████████████████████████████ as described in the Android Developer's Guide:<br><br>"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.<br><br>Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short |

---

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12] All accused versions of the Dart implement the same functionality.  *See* Table for ██████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART.

[13] All accused versions of the Dart implement the same functionality.  *See* Table for ██████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART.

9

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]  The figure below shows the Search Settings panel of the Quick Search Box and some of the Dart (T-Mobile)'s pre-installed heuristic modules.  The Dart (T-Mobile) provides the information descriptor to selected heuristic modules (marked with check marks). |
|---|---|

---

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[15] All accused versions of the Dart implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Dart (T-Mobile) provides an information descriptor to at least the Web and Contacts heuristic modules.

██████████████████████████████████████████████████████████
██████████████████████████████████████  In the context of
this document, the Android Content Providers are also referred to as "suggestions providers."

---

[16]  All accused versions of the Dart implement the same functionality. *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data. However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Dart include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Dart provides a subset of the heuristic modules listed below; therefore, on any given version of the Dart, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Web heuristic module takes the information descriptor and formulates a query appropriate

---

[17]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[18]  All accused versions of the Dart implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART.
[19]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Apps (or Applications) heuristic module takes the information descriptor ████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition, ██ ████████████████████████████████████████████████████

The Memo heuristic module takes the information descriptor and formulates a query appropriate for searching a user's notes stored locally on the device using the Memo app.

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information.  This can include email addresses, phone numbers and text in text messages stored locally on the device.  In addition, ████████████████████████████████████████████████████████████

The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names.  In addition, ████████████████████████████████████████ ████████████████

The Voice Search heuristic module takes the information descriptor and formulates a query

---

[20] All accused versions of the Dart implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART.
[21] All accused versions of the Dart implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART.
[22] All accused versions of the Dart implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_r resul#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaCJd (last visited May 16, 2013). |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Dart, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Dart, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Dart includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. For instance, in the Dart (T-Mobile), once the Quick Search Box has obtained the suggestions,  The Dart (T-Mobile) has a 3.1" TFT screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by |

---

[23] All accused versions of the Dart implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

plurality of heuristic modules in response to the information descriptor "app."



| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Dart |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Dart is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. | Infringement by Samsung Dart |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| 8,086,604 |
|---|

| | |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Dart is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Dart (T-Mobile), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]:<br><br> |

---

[24] All accused versions of the Dart implement the same functionality.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG DART

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Dart | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ███████████ | ████████████████████████████████████████ |

| Samsung Dart | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ███████████ | ████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Dart | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ███████████████████████████████ |

| Samsung Dart | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ███████████████████████████████ |

| Samsung Dart | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ██████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Dart | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ████████████████████████████ |

| Samsung Dart | | | |
|---|---|---|---|
| ████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ████████████████████ |

| Samsung Dart | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

604 (DART - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-5

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D5

# EXHIBIT II 4G

INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Exhibit II 4G[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Exhibit II 4G is an apparatus for locating information in a network.<br><br>The Exhibit II 4G (T-Mobile) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Exhibit II 4G (T-Mobile) includes a 1 GHz processor CPU, 4 GB of on-board memory, a 3.7" TFT screen, GSM/UMTS/EDGE/GPRS, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Exhibit II 4G (T-Mobile)'s specifications below:<br><br> |

---

[1]  In this document, "Exhibit II 4G" and "the device" refer to all of the following accused versions of the Samsung Exhibit II 4G ("accused versions"): the Samsung Exhibit II 4G (T-Mobile) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Exhibit II 4G running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T679DBBTMB-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Exhibit II 4G (T-Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Exhibit II 4G or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Exhibit II 4G.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Display

| | |
|---|---|
| Main Display Resolution | 480x800 Pixel |
| Main Display Size | 3.7" |
| Main Display Technology | 16M TFT |
| Touch Screen | Yes |

## Memory

| | |
|---|---|
| Internal Memory | 512MB RAM; 4GB ROM |
| External Memory/microSD™ Capacity | microSD™ |

## Connectivity

| | |
|---|---|
| Features | Bluetooth®; Bluetooth® Profiles, A2DP, AVRCP, HFP, OPP, PBAP; Wi-Fi®; Wi-Fi Hotspot; HTML Browser; Adobe® Flash® ; Wi-Fi® Calling |

## Network

| | |
|---|---|
| Frequencies and Data Type | GSM Quadband; 850/900/1800/1900MHz UMTS Tri-band:1700/1200, 1900,850MHz |
| Data Speed | GPRS/EDGE |
| SAR value - Head (W/kg) | SAR Value: Head 0.74 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.97 W/kg |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | *See* n.1, *supra*.[3]  The Exhibit II 4G (T-Mobile) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Exhibit II 4G (T-Mobile). |

---

[3]  All accused versions of the Exhibit II 4G have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Exhibit II 4G, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Exhibit II 4G (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Exhibit II 4G (T-Mobile), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Portions of the computer instructions allowing the user to input an information identifier in the Exhibit II 4G (T-Mobile) may be found ████████████████ ████████████

---

[5] Identical functionality can be found in the ████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Exhibit II 4G includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Exhibit II 4G (T-Mobile)[6] has a 3.7" TFT screen.<br><br>![Display specifications table showing Main Display Resolution: 480x800 Pixel, Main Display Size: 3.7", Main Display Technology: 16M TFT, Touch Screen: Yes]<br><br>The Exhibit II 4G (T-Mobile)'s 3.7" TFT screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7] The Exhibit II 4G (T-Mobile)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Exhibit II 4G (T-Mobile)'s 3.7" TFT screen as shown in the screenshot above in section **[6a]**.[8]<br><br>When the user enters characters in the Quick Search Box on the Exhibit II 4G (T-Mobile), ████████████████████████████████████████████████ |

---

[6]   All accused versions of the Exhibit II 4G have similar hardware, software and functionality.  *See* n.1, *supra*.

[7]   All accused versions of the Exhibit II 4G have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.

[8]   All accused versions of the Exhibit II 4G have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[9]   All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G.

[10]  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | ██████████████████████████████████ as described in the Android online documentation:<br><br>public final boolean **postDelayed** (Runnable r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>    *r*          The Runnable that will be executed.[11]<br><br>███████████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Exhibit II 4G includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>For instance, in the Exhibit II 4G (T-Mobile), after the user query is obtained as described above in section **[6b]**, ██████████████████████████████████████<br><br>as described in the Android Developer's Guide:<br><br>    "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the |

---

[11]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[12]  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G.
[13]  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]



The figure below shows the Search Settings panel of the Quick Search Box and some of the Exhibit II 4G (T-Mobile)'s pre-installed heuristic modules.  The Exhibit II 4G (T-Mobile) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[15] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Exhibit II 4G (T-Mobile) provides an information descriptor to at least

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

the Web and Contacts heuristic modules.



In the context of this document, the Android Content Providers are also referred to as "suggestions providers."

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Exhibit II 4G include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Exhibit II 4G provides a subset of the heuristic modules listed below; therefore, on any given version of the Exhibit II 4G, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area

---

[16] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G.

[19] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Apps (or Applications) heuristic module ████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition, █
████████████████████████████████████████████████████

The Memo heuristic module takes the information descriptor and formulates a query appropriate for searching a user's notes stored locally on the device using the Memo app.

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information.  This can include email addresses, phone numbers and text in text messages stored locally on the device.  In addition, ██████████████████████████████████████████████████████████████████

---

[20]  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G.
[21]  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G.
[22]  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for ████████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names.  In addition, ███████████████████████████████
████████████████

The Play Store heuristic module takes the information descriptor and formulates a query appropriate for searching app related information from the Google Play Store.

The Slacker heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music on the Slacker servers in addition to Slacker's various music stations. ██████████████████████████████████████████████████████
████████████████████████████████████

The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_r resul#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaJd (last visited May 16, 2013).

The Yelp heuristic module takes the information descriptor and formulates a query appropriate for searching shopping or business related information from Yelp.

The Play Books (or Books) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's books in a user's Play Store library, but not movies or TV shows stored in a user's Play Store library as shown in

████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████

The Voicemail heuristic module takes the information descriptor and formulates a query

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | appropriate for searching a user's voicemails. |
|---|---|
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Exhibit II 4G, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Exhibit II 4G, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Exhibit II 4G includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>For instance, in the Exhibit II 4G (T-Mobile), ███████████████████████████████<br><br>The Exhibit II 4G (T-Mobile) has a 3.7" TFT screen display device, as noted above in section **[6a]**. The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules. For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[23] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Exhibit II 4G |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Exhibit II 4G is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Exhibit II 4G |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Exhibit II 4G is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Exhibit II 4G (T-Mobile), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]: |

---

[24]   All accused versions of the Exhibit II 4G implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG EXHIBIT II 4G

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ███████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-T679 | 2.3.5 | ████████ | ██████████████████████████████ |
| | 2.3.6 | ████████ | ██████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | ████████ | ████████████████████████ |
| | 2.3.6 | ████████ | ████████████████████████ |

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | ████████ | ████████████████████████ |
| | 2.3.6 | ████████ | ████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | ████████ | ███████████████████████████ |
| | 2.3.6 | ████████ | ███████████████████████████ |

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | ████████ | █████████████████████ |
| | 2.3.6 | ████████ | █████████████████████ |

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-T679 | 2.3.5 | ████████ | ████████████████████████████ |
| | 2.3.6 | ████████ | ████████████████████████████ |

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ████████████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-T679 | 2.3.5 | ████████ | ████████████████████ |
| | 2.3.6 | ████████ | ████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| █████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | ████████ | ████████████████████████ |
| | 2.3.6 | ████████ | ████████████████████████ |

604 (EXHIBIT II 4G - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-6

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D6

# GALAXY NEXUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Nexus[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy Nexus is an apparatus for locating information in a network.<br><br>The Galaxy Nexus (Verizon) running Android 4.0 is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Nexus (Verizon) running Android 4.0 includes a 1.2 GHz dual-core processor CPU, 32GB of on-board memory, a 4.65" HD Super AMOLED screen, CDMA/PCS/EVDO/LTE, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 4.0 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Galaxy Nexus (Verizon) running Android 4.0's specifications below: |

---

[1]   In this document, "Galaxy Nexus" and "the device" refer to all of the following accused versions of the Samsung Galaxy Nexus ("accused versions"): the Samsung Galaxy Nexus (Verizon) sold with Android 4.0, the Samsung Galaxy Nexus (Sprint) sold with Android 4.0, the Samsung Galaxy Nexus (Verizon) sold with Android Jelly Bean, the Samsung Galaxy Nexus (Sprint) sold with Android Jelly Bean, including versions upgraded to later versions of Android operating system.  The specifications for the Verizon Samsung Galaxy Nexus (shipped with Android 4.0 but upgradeable to Android Jelly Bean according to http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00050212&fm_seq=55187 (last visited May 3, 2013)) can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs (last visited May 3, 2013).  The specifications for the Sprint Samsung Galaxy Nexus (shipped with Android 4.0 but upgradeable to Android Jelly Bean according to http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00050212&fm_seq=55187 (last visited May 3, 2013)) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L700ZKASPR-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Galaxy Nexus (Verizon) running Android 4.0, unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Nexus or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Nexus.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]   Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| CPU / Processor | |
|---|---|
| Processor Speed, Type | 1.2GHz Dual-Core Processor |

| Memory | |
|---|---|
| Internal Memory | 32GB |

| Network | |
|---|---|
| Frequencies and Data Type | CDMA/PCS/1xEVDO Rev. A: 800/1900 MHz,LTE: 700 MHz |
| Data Speed | LTE, EVDO Rev. A |

| Connectivity | |
|---|---|
| Features | Bluetooth®; Bluetooth® Profiles, A2DP, AVCTP, AVRCP, GAVDP, HFP, HSP, OPP, PAN, PBAP, SPP ; Wi-Fi® ; Wi-Fi® Hotspot; HTML Browser |

| Display | |
|---|---|
| Main Display Resolution | 1280x720 pixels |
| Main Display Size | 4.65" Display |
| Main Display Technology | HD Super AMOLED™ contoured display |

*See* n.1, *supra*.[3]  The Galaxy Nexus (Verizon) running Android 4.0 includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3]  All accused versions of the Galaxy Nexus have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Galaxy Nexus, the Quick Search Box may be referred to as the "Google Search box."  *See*

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Nexus (Verizon) running Android 4.0.



http://www.google.com/mobile/search/ (last visited May 2, 2013). "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

3

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy Nexus (Verizon) running Android 4.0's screen when the user taps the Quick Search Box on the home screen.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Nexus (Verizon) running Android 4.0, and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | Portions of the computer instructions allowing the user to input an information identifier in the Galaxy Nexus (Verizon) running Android 4.0 may be found ███████████ ████████████████████████████ |
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy Nexus includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Galaxy Nexus (Verizon) running Android 4.0[6] has a 4.65" HD Super AMOLED screen.<br><br>![Display table]<br><br>The Galaxy Nexus (Verizon) running Android 4.0's 4.65" HD Super AMOLED screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7]  The Galaxy Nexus (Verizon) running Android 4.0's onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Galaxy Nexus (Verizon) running Android 4.0's 4.65" HD Super AMOLED screen as shown in the screenshot above in section **[6a]**.[8] |

The table within the cell reads:

| Display | |
|---|---|
| Main Display Resolution | 1280x720 pixels |
| Main Display Size | 4.65" Display |
| Main Display Technology | HD Super AMOLED™ contoured display |

---

[5]  Identical functionality can be found in the ████████████████████████████████████

[6]  All accused versions of the Galaxy Nexus have similar hardware, software and functionality.  *See* n.1, *supra*.

[7]  All accused versions of the Galaxy Nexus have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.

[8]  All accused versions of the Galaxy Nexus have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

6

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | When the user enters characters in the Quick Search Box on the Galaxy Nexus (Verizon) running Android 4.0, ████████. <br><br> ████████ The postDelayed() method causes ████████ to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** (Runnable r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>r       The Runnable that will be executed.[11]<br><br>████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Galaxy Nexus includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>For instance, in the Galaxy Nexus (Verizon) running Android 4.0, after the user query is obtained as described above in section **[6b]**, ████████ |

---

[9]  All accused versions of the Galaxy Nexus implement the same functionality. *See* Table for ████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.

[10]  All accused versions of the Galaxy Nexus implement the same functionality. *See* Table for ████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.

[11]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12]  All accused versions of the Galaxy Nexus implement the same functionality. *See* Table for ████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

The figure below shows the Search Settings panel of the Quick Search Box and some of the Galaxy Nexus (Verizon) running Android 4.0's pre-installed heuristic modules.  The Galaxy

---

[13] All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

[15] All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Nexus (Verizon) running Android 4.0 provides the information descriptor to selected heuristic modules (marked with check marks).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the example above, the Galaxy Nexus (Verizon) running Android 4.0 provides an information descriptor to at least the Google Search Suggestions, Browser and Contacts heuristic modules.



"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Galaxy Nexus include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Galaxy Nexus provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy Nexus, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

---

[16] All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

Apps, Browser, Chrome, Google, Messaging, People, Play Books, Play Movies & TV, Play Music and Shopper.

The Apps (or Applications) heuristic module ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

The Browser heuristic module takes the information descriptor and formulates a query appropriate for searching the browser history and bookmarks on the device.  The Browser heuristic module searches information stored locally in the device's browser history and bookmarks.  Such searches would include a search of the URLs and titles of bookmarks and visited web pages, but not the contents of visited web sites and not information accessed over the Internet.  Moreover, ████████████████████████████████████████████████████ ████

The Chrome heuristic module takes the information descriptor and formulates a query appropriate for searching the browser history and bookmarks.  The Chrome heuristic module

---

[19]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).
[20]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.
[21]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

searches information stored locally in the device's browser history and bookmarks related to the Chrome browser. Such searches would include a search of the URLs and titles of bookmarks and visited web pages, but not the contents of visited web sites and not information accessed over the Internet.

The Google heuristic module takes the information descriptor and formulates a query appropriate for searching content on the Internet. More specifically, this module constructs a query to be properly handled by the Google search suggestion engine, but not other search engines.

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information. This can include email addresses, phone numbers and text in text messages stored locally on the device. In addition, ███████████████████████████████████████████████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts. This can include searching for information such as phone numbers, email addresses and names stored locally on the device. In addition, ██ ████████████████████████████████████████████

The Play Books (or Books) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's books in a user's Play Store library, but not movies or TV shows stored in a user's Play Store library as shown in ████████████████████████████████████████████████████████████████████████████

The Play Movies & TV (or Videos) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's rented videos and TV shows, but not music stored in a user's Play Store library as shown in

---

[22] All accused versions of the Galaxy Nexus implement the same functionality. *See* Table for ████████████████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.

[23] All accused versions of the Galaxy Nexus implement the same functionality. *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | [BLACK REDACTION]<br><br>The Play Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's Play Store Music library.  The Play Store stores a user's music library both online and on local storage as described at https://play.google.com/store/apps/details?id=com.google.android.music&hl=en (last visited May 9, 2013).  This music library is separate and distinct from the music libraries searched by the Music Player and Music Hub heuristic modules and stores the library as shown in [BLACK REDACTION]<br><br>The Shopper heuristic module takes the information descriptor and formulates a query appropriate for searching local and online prices, reviews, specifications, videos, and other product related information designed to help a user make the best purchasing decisions. |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Galaxy Nexus, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy Nexus, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Galaxy Nexus includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>For instance, in the Galaxy Nexus (Verizon) running Android 4.0, once the Quick Search Box has obtained the suggestions, [BLACK REDACTION] |

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The Galaxy Nexus (Verizon) running Android 4.0 has a 4.65" HD Super AMOLED screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app."

[24] All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for ▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Nexus |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy Nexus is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |
| --- | --- |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Nexus |
| --- | --- |
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy Nexus is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy Nexus (Verizon) running Android 4.0, the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[25]:<br><br> |

---

[25]   All accused versions of the Galaxy Nexus implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NEXUS

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ████ | ████████████████████████████ |

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ████ | ████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ████ | ███████████████████████ |

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ████ | ███████████████████████ |

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ████ | ████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Galaxy Nexus** | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ████ | ██████████████████████████████ |

| **Samsung Galaxy Nexus** | | | |
|---|---|---|---|
| ████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ████ | ████████████████████ |

| **Samsung Galaxy Nexus** | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ████ | ██████████████████████████████ |

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

# EXHIBIT D-7

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D7

# GALAXY NOTE II

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note II[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy Note II is an apparatus for locating information in a network.<br><br>The Galaxy Note II (T-Mobile) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Note II (T-Mobile) includes a 1.6 GHz quad-core processor CPU, 16GB, 32GB, or 64GB of on-board memory, a 5.5" HD Super AMOLED screen, HSPA+/LTE, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Galaxy Note II (T-Mobile)'s specifications below: |

---

[1]  In this document, "Galaxy Note II" and "the device" refer to all of the following accused versions of the Samsung Galaxy Note II ("accused versions"): the Samsung Galaxy Note II (T-Mobile) sold with Android Jelly Bean, the Samsung Galaxy Note II (AT&T) sold with Android Jelly Bean, the Samsung Galaxy Note II (Sprint) sold with Android Jelly Bean, the Samsung Galaxy Note II (Verizon) sold with Android Jelly Bean, the Samsung Galaxy Note II (US Cellular) sold with Android Jelly Bean, including versions upgraded to later versions of Android operating system.  The specifications for the AT&T Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I317TSAATT-specs (last visited May 5, 2013).  The specifications for the Sprint Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L900TSASPR-specs (last visited May 5, 2013).  The specifications for the T-Mobile Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs (last visited May 5, 2013).  The specifications for the Verizon Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-I605TSAVZW-specs (last visited May 5, 2013).  The specifications for the US Cellular Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-R950TSAUSC-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Note II (T-Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Note II or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Note II.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*See* n.1, *supra.*[3]  The Galaxy Note II (T-Mobile) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3]  All accused versions of the Galaxy Note II have similar hardware, software, and functionality as shown in each version's respective specifications.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Note II (T-Mobile).<br><br> |
| --- | --- |

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013. *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013. For some versions of the Galaxy Note II, the Quick Search Box may be referred to as the "Google Search box." *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy Note II (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note II (T-Mobile), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Portions of the computer instructions allowing the user to input an information identifier in the Galaxy Note II (T-Mobile) ██████████████████████████████████████████████

| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy Note II includes an interface module configured to receive an inputted information descriptor from a user-input device.

For instance, the Galaxy Note II (T-Mobile)[6] has a 5.5" HD Super AMOLED screen. |

---

[5]  Identical functionality can be found in the ████████████████████████████████████

[6]  All accused versions of the Galaxy Note II have similar hardware, software and functionality.  *See* n.1, *supra.*

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The Galaxy Note II (T-Mobile)'s 5.5" HD Super AMOLED screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7]  The Galaxy Note II (T-Mobile)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Galaxy Note II (T-Mobile)'s 5.5" HD Super AMOLED screen as shown in the screenshot above in section **[6a]**.[8]

When the user enters characters in the Quick Search Box on the Galaxy Note II (T-Mobile), ███████████████████████████████████████████████████████████████████  The postDelayed() method causes the mUpdateSuggestionsTask.run() method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable](Runnable) r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
 r                The Runnable that will be executed.[11]

███████████████████████████████████████████████████████████████████

---

[7] All accused versions of the Galaxy Note II have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.

[8] All accused versions of the Galaxy Note II have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[9] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II.

[10] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for ███████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II.

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for ██████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Galaxy Note II includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>For instance, in the Galaxy Note II (T-Mobile), after the user query is obtained as described above in section **[6b]**,  s described in the Android Developer's Guide:<br><br>"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.<br><br>Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14] |

[13] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for ▇▇▇ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II.
[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[15] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for ▇▇▇ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Search Settings panel of the Quick Search Box and some of the Galaxy Note II (T-Mobile)'s pre-installed heuristic modules.  The Galaxy Note II (T-Mobile) provides the information descriptor to selected heuristic modules (marked with check marks).



In the example above, the Galaxy Note II (T-Mobile) provides an information descriptor to at least the Apps, Browser, Contacts, Play Books and Play Movies & TV heuristic modules.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



"A content provider manages access to a central repository of data. A provider is part of an Android application, which often provides its own UI for working with the data. However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]



All accused versions of the Galaxy Note II include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search. Each accused version of the Galaxy Note II provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy Note II, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19] Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for

---

[16] All accused versions of the Galaxy Note II implement the same functionality. *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Galaxy Note II implement the same functionality. *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II.

[19] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Amazon heuristic module takes the information descriptor and formulates queries appropriate for searching products and services available from Amazon, but not other online vendors.

The Apps (or Applications) heuristic module ███████████████████████████████████████████████████████████████████████████████

The Browser heuristic module takes the information descriptor and formulates a query appropriate for searching the browser history and bookmarks on the device.  The Browser heuristic module searches information stored locally in the device's browser history and bookmarks.  Such searches would include a search of the URLs and titles of bookmarks and visited web pages, but not the contents of visited web sites and not information accessed over the Internet.  Moreover, ██████████████████████████████████████████████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition, ███████████████████████████████████████████████████████████

---

[20] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for █████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II.

[21] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II.

[22] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for █████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The Email (or mail@metro) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's email content sent from the Email app.  This can include searching for information based on the sender or recipient of an email.  In addition, █████

The Music Hub heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music on the Music Hub servers.  This search can include a search for artist, album and track names.  In addition, ████████████████████████ ████████████████████  The Music Hub app allows a user to upload his or her entire collection of songs so that the user can access it anywhere as described at https://play.google.com/store/apps/details?id=com.samsung.music&feature=search_result#?t=W 251bGwsMSwyLDEsImNvbS5zYW1zdW5nLm11c2ljIl0 (last visited May 10, 2013).  This module interacts with a music library that is separate and distinct from the music libraries searched by the Music Player and Play Music heuristic modules.

The Music Player heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored in the Music Player's database, but not other music related databases accessed by other music related heuristic modules.

The Play Books (or Books) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's books in a user's Play Store library, but not movies or TV shows stored in a user's Play Store library as shown in ████████████

The Play Movies & TV (or Videos) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's rented videos and TV shows, but not music stored in a user's Play Store library as shown in ████████████

The Play Music heuristic module takes the information descriptor and formulates a query

12

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | appropriate for searching a user's Play Store Music library.  The Play Store stores a user's music library both online and on local storage as described at https://play.google.com/store/apps/details?id=com.google.android.music&hl=en (last visited May 9, 2013).  This music library is separate and distinct from the music libraries searched by the Music Player and Music Hub heuristic modules and stores the library as shown in ██████████████████████████████████ <br><br> The Voicemail heuristic module takes the information descriptor and formulates a query appropriate for searching a user's voicemails. <br><br> The YP Mobile heuristic module takes the information descriptor and formulates a query appropriate for searching addresses, phone numbers and other directory related information from Yellow Pages. |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Galaxy Note II, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy Note II, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Galaxy Note II includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. <br><br> For instance, in the Galaxy Note II (T-Mobile), once the Quick Search Box has obtained the suggestions, ████████████████████████████████████ <br> ████████████████████████████████████ |

---

[23]  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for ██████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The Galaxy Note II (T-Mobile) has a 5.5" HD Super AMOLED screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app."



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note II |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy Note II is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note II |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy Note II is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy Note II (T-Mobile), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]: |

---

[24]   All accused versions of the Galaxy Note II implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE II

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Note II | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ███████ | ████████████████████████ |
| SPH-L900 | 4.1.1 | ██ | ████████████████████████ |
| SGH-T889 | 4.1.1 | ███████ | ██████████████████████████ |
| SCH-I605 | 4.1.1 | ██ | ████████████████████████ |
| SCH-R950 | 4.1.1 | ██ | ████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Note II | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ███████ | ████████████████████████ |
| SPH-L900 | 4.1.1 | ██ | ████████████████████████████ |
| SGH-T889 | 4.1.1 | ██████ | ████████████████████████ |
| SCH-I605 | 4.1.1 | ██ | ████████████████████████ |
| SCH-R950 | 4.1.1 | ██ | ████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Galaxy Note II** | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ████████ | ██████████████████████████ |
| SPH-L900 | 4.1.1 | ███ | ██████████████████████████ |
| SGH-T889 | 4.1.1 | ████████ | ██████████████████████████ |
| SCH-I605 | 4.1.1 | ███ | ██████████████████████████ |
| SCH-R950 | 4.1.1 | ███ | ██████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Galaxy Note II** | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ████████ | ██████████████████████████ |
| SPH-L900 | 4.1.1 | ██ | ███████████████████████████████ |
| SGH-T889 | 4.1.1 | ████████ | ███████████████████████████ |
| SCH-I605 | 4.1.1 | ██ | ██████████████████████████ |
| SCH-R950 | 4.1.1 | ██ | ███████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Note II | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ███████ | ████████████████████████ |
| SPH-L900 | 4.1.1 | ███ | ██████████████████████████ |
| SGH-T889 | 4.1.1 | ██████ | ██████████████████████████ |
| SCH-I605 | 4.1.1 | ███ | ████████████████████████ |
| SCH-R950 | 4.1.1 | ███ | ██████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Galaxy Note II** | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ██████ | ████████████████████████ |
| SPH-L900 | 4.1.1 | ██ | ██████████████████████████ |
| SGH-T889 | 4.1.1 | ███████ | ████████████████████████████████ |
| SCH-I605 | 4.1.1 | ██ | ██████████████████████ |
| SCH-R950 | 4.1.1 | ██ | ████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Note II | | | |
|---|---|---|---|
| ███████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ██████ | ███████████████ |
| SPH-L900 | 4.1.1 | █ | ████████████████ |
| SGH-T889 | 4.1.1 | ██████ | █████████████████ |
| SCH-I605 | 4.1.1 | █ | ██████████████ |
| SCH-R950 | 4.1.1 | █ | █████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Galaxy Note II** | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ██████ | ████████████████████████ |
| SPH-L900 | 4.1.1 | ██ | █████████████████████████ |
| SGH-T889 | 4.1.1 | ██████ | ██████████████████████████ |
| SCH-I605 | 4.1.1 | ██ | ████████████████████ |
| SCH-R950 | 4.1.1 | ██ | ██████████████████████████ |

604 (GALAXY NOTE II - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-8

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D8

# GALAXY NOTE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy Note is an apparatus for locating information in a network.<br><br>The Galaxy Note (AT&T) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Note (AT&T) includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 5.3" HD Super AMOLED screen, GSM/UMTS/LTE, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Galaxy Note (AT&T)'s specifications below:<br><br>**CPU / Processor**<br><br>Processor Speed, Type — 1.5GHz dual-core |

---

[1]  In this document, "Galaxy Note" and "the device" refer to all of the following accused versions of the Samsung Galaxy Note ("accused versions"): the Samsung Galaxy Note (AT&T) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the AT&T Samsung Galaxy Note running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I717ZBAATT-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Note (AT&T), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Note or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Note.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Memory | |
| --- | --- |
| Internal Memory | 16GB |
| External Memory/microSD™ Capacity | 32GB |

| Network | |
| --- | --- |
| Data Speed | GSM Quad-band: 850/900/1800/1900MHz; UMTS: Tri-band: 850/1900/2100MHz; LTE: Dual Band: Band 4 & Band 17 |

| Connectivity | |
| --- | --- |
| Features | Bluetooth®; Bluetooth® Profiles, HID; Wi-Fi® ; Wi-Fi® Hotspot; HTML Browser; GPS |

| Display | |
| --- | --- |
| Main Display Resolution | 1280 x 800 Pixel |
| Main Display Size | 5.3" |
| Main Display Technology | HD Super AMOLED™ |

*See* n.1, *supra*.[3]  The Galaxy Note (AT&T) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3]  All accused versions of the Galaxy Note have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Galaxy Note, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Note (AT&T).



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy Note (AT&T)'s screen when the user taps the Quick Search Box on the home screen.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note (AT&T), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | Portions of the computer instructions allowing the user to input an information identifier in the Galaxy Note (AT&T) ███████████████████ |
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy Note includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Galaxy Note (AT&T)[6] has a 5.3" HD Super AMOLED screen.<br><br><br><br>The Galaxy Note (AT&T)'s 5.3" HD Super AMOLED screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7]  The Galaxy Note (AT&T)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Galaxy Note (AT&T)'s 5.3" HD Super AMOLED screen as shown in the screenshot above in section **[6a]**.[8] |

---

[5]   Identical functionality can be found in the ███████████████████████████████
[6]   All accused versions of the Galaxy Note have similar hardware, software and functionality.  *See* n.1, *supra*.
[7]   All accused versions of the Galaxy Note have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.
[8]   All accused versions of the Galaxy Note have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | ████████████████████████████████████ ████████████████████████████████████ The postDelayed() method causes ██████████████████ to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>  r          The Runnable that will be executed.[11]<br><br>██████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Galaxy Note includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>For instance, in the Galaxy Note (AT&T), after the user query is obtained as described above in section **[6b]**, ████████████████████████████████ |

---

[9]  All accused versions of the Galaxy Note implement the same functionality. *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE.

[10] All accused versions of the Galaxy Note implement the same functionality. *See* Table for ████████████ n APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE.

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12] All accused versions of the Galaxy Note implement the same functionality. *See* Table for ████████████ n APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

The figure below shows the Search Settings panel of the Quick Search Box and some of the Galaxy Note (AT&T)'s pre-installed heuristic modules.  The Galaxy Note (AT&T) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[13]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE.

[14]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

[15]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Galaxy Note (AT&T) provides an information descriptor to at least the

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Web and Contacts heuristic modules.



In the context of this document, the Android Content Providers are also referred to as "suggestions providers."

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Galaxy Note include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Galaxy Note provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy Note, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area

---

[16]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE.

[17]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE.

[19]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area. Each heuristic module receives an information descriptor that does not fully convey the intent of the user. Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Apps (or Applications) heuristic module

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts. This can include searching for information such as phone numbers, email addresses and names stored locally on the device. In addition,

The Play Books (or Books) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's books in a user's Play Store library, but not movies or TV shows stored in a user's Play Store library as shown in

The Play Movies & TV (or Videos) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's rented videos and TV shows, but not music stored in a user's Play Store library as shown in

The Music heuristic module takes the information descriptor and formulates a query appropriate



---

[20] All accused versions of the Galaxy Note implement the same functionality. *See* Table for ████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE.

[21] All accused versions of the Galaxy Note implement the same functionality. *See* Table for ████ APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

for searching a user's music stored locally on the device. This search can include a search for artist, album and track names. In addition, ███████████████████████████████
███████████████████████

The Music Player heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored in the Music Player's database, but not other music related databases accessed by other music related heuristic modules.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information. This can include email addresses, phone numbers and text in text messages stored locally on the device. In addition, ████████████████████████████████████████████████████████

The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing. Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_r resul#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaCJd (last visited May 16, 2013).

The YP Mobile heuristic module takes the information descriptor and formulates a query appropriate for searching addresses, phone numbers and other directory related information from Yellow Pages.

The Play Store heuristic module takes the information descriptor and formulates a query

---

[22] All accused versions of the Galaxy Note implement the same functionality. *See* Table for ████████████████████████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | appropriate for searching app related information from the Google Play Store. |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Galaxy Note, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy Note, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Galaxy Note includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>For instance, in the Galaxy Note (AT&T), once the Quick Search Box has obtained the suggestions,<br><br>The Galaxy Note (AT&T) has a 5.3" HD Super AMOLED screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[23]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for ▇▇▇▇▇▇▇ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy Note is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy Note is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy Note (AT&T), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]: |

---

[24]   All accused versions of the Galaxy Note implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY NOTE

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | ███████ | ███████████████████████████ |
| | 4.0.4 | ███████ | █████████████████████████ |

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | ███████ | ███████████████████████████ |
| | 4.0.4 | ███████ | █████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | ████████ | ██████████████████████████████████ |
| | 4.0.4 | ████████ | ████████████████████████████ |

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | ████████ | ██████████████████████████████████ |
| | 4.0.4 | ████████ | ████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | ████████ | ██████████████████████ |
| | 4.0.4 | ████████ | █████████████████████████████ |

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | ██████ | █████████████████████ |
| | 4.0.4 | ██████ | █████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ██████████████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-I717 | 2.3.6 | ████████ | ████████████████████████ |
| | 4.0.4 | ████████ | ████████████████████████ |

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ███████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-I717 | 2.3.6 | ██████ | ██████████████████████ |
| | 4.0.4 | ██████ | ████████████████████████ |

604 (GALAXY NOTE - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-9

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D9

# GALAXY PLAYER 4.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Player 4.0[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy Player 4.0 is an apparatus for locating information in a network.<br><br>The Galaxy Player 4.0 (Wifi) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Player 4.0 (Wifi) includes a 1GHz Processor CPU, 8GB of on-board memory, a 4.0" HD Super Clear LCD screen, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Galaxy Player 4.0 (Wifi)'s specifications below: |

---

[1]  In this document, "Galaxy Player 4.0" and "the device" refer to all of the following accused versions of the Samsung Galaxy Player 4.0 ("accused versions"): the Samsung Galaxy Player 4.0 (Wifi) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy Player 4.0 (Wifi) can be found here: http://www.samsung.com/us/mobile/mp3-players/YP-G1CWY/XAA-specs (last visited May 5, 2013).  The specifications for its processor can be found here: http://www.samsung.com/uk/news/presskit/samsung-launches-galaxy-s-wifi-4-0-smart-player (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Player 4.0 (Wifi), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Player 4.0 or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Player 4.0.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| Display Resolution | WVGA (800 x 480) |
| Display Screen Size | 4.0" |
| Type | Super Clear LCD |
| Display Options | Wallpaper Image Setting, Live Wallpaper, Font Setting, Auto Brightness Control |

| General | |
|---|---|
| Storage Type | Flash Memory |
| Memory Capacity | 8GB |
| SD MMC Expansion Slot | Up to 32GB microSD Card (not included) |

| Connectivity | |
|---|---|
| USB 2.0 | Yes |
| USB Connection (MTP/UMS) | Yes |
| Bluetooth | Bluetooth 3.0 |
| Wireless Internet | Wi-Fi 802.11b/g/n |
| Samsung Kies | Yes |
| Compatible PC OS | WinXP SP2 or Higher, Vista, Windows 7 |

*See* n.1, *supra*.[3] The Galaxy Player 4.0 (Wifi) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3] All accused versions of the Galaxy Player 4.0 have similar hardware, software, and functionality as shown in each version's respective specifications.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Player 4.0 (Wifi).



---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Galaxy Player 4.0, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy Player 4.0 (Wifi)'s screen when the user taps the Quick Search Box on the home screen.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Player 4.0 (Wifi), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | Portions of the computer instructions allowing the user to input an information identifier in the Galaxy Player 4.0 (Wifi) ███████████████████ |
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy Player 4.0 includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Galaxy Player 4.0 (Wifi)[6] has a 4.0" HD Super Clear LCD screen.<br><br>**Display**<br><br>| Display Resolution | WVGA (800 x 480) |<br>\| Display Screen Size \| 4.0" \|<br>\| Type \| Super Clear LCD \|<br>\| Display Options \| Wallpaper Image Setting, Live Wallpaper, Font Setting, Auto Brightness Control \|<br><br>The Galaxy Player 4.0 (Wifi)'s 4.0" HD Super Clear LCD screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7] The Galaxy Player 4.0 (Wifi)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Galaxy Player 4.0 (Wifi)'s 4.0" HD Super Clear LCD screen as shown in the screenshot above in section **[6a]**.[8]<br><br>████████████████████████████████████████ |

---

[5]  Identical functionality can be found in the ████████████████████████████

[6]  All accused versions of the Galaxy Player 4.0 have similar hardware, software and functionality.  *See* n.1, *supra*.

[7]  All accused versions of the Galaxy Player 4.0 have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.

[8]  All accused versions of the Galaxy Player 4.0 have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[9]  All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 4.0.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████████████  ██ ██  The postDelayed() method causes ███████████████████ to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>r            The Runnable that will be executed.[11]<br><br>███████████████████████████████████<br>█████████████ ▗▖ ████████████████████<br>███████████████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Galaxy Player 4.0 includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>For instance, in the Galaxy Player 4.0 (Wifi), after the user query is obtained as described above in section **[6b]**, ██████████████████████████████████<br>████████████ ▗▖ █████████████████████<br>██████████████████████████████████<br>████████ s described in the Android Developer's Guide: |

---

[10] All accused versions of the Galaxy Player 4.0 implement the same functionality. *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 4.0.

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12] All accused versions of the Galaxy Player 4.0 implement the same functionality. *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 4.0.

[13] All accused versions of the Galaxy Player 4.0 implement the same functionality. *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 4.0.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.<br><br>Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]<br><br><br><br>The figure below shows the Search Settings panel of the Quick Search Box and some of the Galaxy Player 4.0 (Wifi)'s pre-installed heuristic modules.  The Galaxy Player 4.0 (Wifi) provides the information descriptor to selected heuristic modules (marked with check marks). |

---

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[15] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for ▆▆▆▆▆▆▆ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 4.0.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Galaxy Player 4.0 (Wifi) provides an information descriptor to at least

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

the Web and Contacts heuristic modules.

[redacted]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

[redacted]

All accused versions of the Galaxy Player 4.0 include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Galaxy Player 4.0 provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy Player 4.0, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area

---

[16] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for [redacted] in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 4.0.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for [redacted] in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 4.0.

[19] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area. Each heuristic module receives an information descriptor that does not fully convey the intent of the user. Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Apps (or Applications) heuristic module ███████████████████████████████
████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts. This can include searching for information such as phone numbers, email addresses and names stored locally on the device. In addition, █
████████████████████████████████████████████████████

The Memo heuristic module takes the information descriptor and formulates a query appropriate for searching a user's notes stored locally on the device using the Memo app.

The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device. This search can include a search for artist, album and track names. In addition, ████████████████████████████████████
█████████████████████

The Play Store heuristic module takes the information descriptor and formulates a query

---

[20] All accused versions of the Galaxy Player 4.0 implement the same functionality. *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 4.0.

[21] All accused versions of the Galaxy Player 4.0 implement the same functionality. *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 4.0.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | appropriate for searching app related information from the Google Play Store.<br><br>The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_r resul#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaCJd (last visited May 16, 2013). |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Galaxy Player 4.0, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy Player 4.0, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Galaxy Player 4.0 includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>For instance, in the Galaxy Player 4.0 (Wifi), once the Quick Search Box has obtained the suggestions, <br><br><br><br>The Galaxy Player 4.0 (Wifi) has a 4.0" HD Super Clear LCD screen display device, as noted |

---

22   All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 4.0.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy Player 4.0 is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy Player 4.0 is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy Player 4.0 (Wifi), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[23]:<br><br> |

---

[23]   All accused versions of the Galaxy Player 4.0 implement the same functionality.

15

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 4.0

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Player 4.0 | | | |
| --- | --- | --- | --- |
| ███████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| YP-G1C | 2.3 | ████████ | ████████████████████████████████████ |

| Samsung Galaxy Player 4.0 | | | |
| --- | --- | --- | --- |
| ███████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| YP-G1C | 2.3 | ████████ | ████████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ████████ | ██████████████████████████████ |

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ██████ | ██████████████████████████████ |

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ██████ | ██████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ███████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ██████ | ████████████████████████████ |


| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ██████ | ██████████████████████ |


| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ███████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ██████ | ████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

604 (GALAXY PLAYER 4.0 - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-10

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D10

# GALAXY PLAYER 5.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Player 5.0[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy Player 5.0 is an apparatus for locating information in a network.<br><br>The Galaxy Player 5.0 (Wifi) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Player 5.0 (Wifi) includes a 1GHz Processor CPU, 8GB of on-board memory, a 5.0" HD Super Clear LCD screen, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Galaxy Player 5.0 (Wifi)'s specifications below: |

---

[1]  In this document, "Galaxy Player 5.0" and "the device" refer to all of the following accused versions of the Samsung Galaxy Player 5.0 ("accused versions"): the Samsung Galaxy Player 5.0 (Wifi) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy Player 5.0 (Wifi) can be found here: http://www.samsung.com/us/mobile/mp3-players/YP-G70CWY/XAA-specs (last visited May 5, 2013).  The specifications for its processor and memory can be found here: http://www.theverge.com/products/compare/3686/3687/2557/5262 (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Player 5.0 (Wifi), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Player 5.0 or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Player 5.0.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Display

| | |
|---|---|
| Display Resolution | WVGA (800 x 480) |
| Display Screen Size | 5.0" |
| Type | LCD |
| Display Options | Wallpaper Image Setting, Live Wallpaper, Font Setting, Auto Brightness Control |

## General

| | |
|---|---|
| Storage Type | Flash Memory |
| Memory Capacity | 8GB |
| SD MMC Expansion Slot | Up to 32GB microSD Card (not included) |

## Connectivity

| | |
|---|---|
| USB 2.0 | Yes |
| USB Connection (MTP/UMS) | Yes |
| Bluetooth | Bluetooth 3.0 |
| Wireless Internet | Wi-Fi 802.11b/g/n |
| Samsung Kies | Yes |
| Compatible PC OS | WinXP SP2 or Higher, Vista, Windows 7 |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | *See* n.1, *supra*.[3] The Galaxy Player 5.0 (Wifi) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Player 5.0 (Wifi). |

---

[3]  All accused versions of the Galaxy Player 5.0 have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Galaxy Player 5.0, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy Player 5.0 (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Player 5.0 (Wifi), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | Portions of the computer instructions allowing the user to input an information identifier in the Galaxy Player 5.0 (Wifi) ███████████████ |
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy Player 5.0 includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Galaxy Player 5.0 (Wifi)[6] has a 5.0" HD Super Clear LCD screen.<br><br>**Display**<br><br>Display Resolution — WVGA (800 x 480)<br>Display Screen Size — 5.0"<br>Type — LCD<br>Display Options — Wallpaper Image Setting, Live Wallpaper, Font Setting, Auto Brightness Control<br><br>The Galaxy Player 5.0 (Wifi)'s 5.0" HD Super Clear LCD screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7]  The Galaxy Player 5.0 (Wifi)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Galaxy Player 5.0 (Wifi)'s 5.0" HD Super Clear LCD screen as shown in the screenshot above in section **[6a]**.[8] |

---

[5]   Identical functionality can be found in the ███████████████████████████████

[6]   All accused versions of the Galaxy Player 5.0 have similar hardware, software and functionality.  *See* n.1, *supra*.

[7]   All accused versions of the Galaxy Player 5.0 have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.

[8]   All accused versions of the Galaxy Player 5.0 have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | ████████████████████████████████████ ████████████ The postDelayed() method causes ████████████ to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>  *r*          The Runnable that will be executed.[11]<br><br>████████████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Galaxy Player 5.0 includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>For instance, in the Galaxy Player 5.0 (Wifi), after the user query is obtained as described above in section **[6b]**, ████████████████████████████████ |

---

[9] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 5.0.

[10] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 5.0.

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 5.0.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

The figure below shows the Search Settings panel of the Quick Search Box and some of the Galaxy Player 5.0 (Wifi)'s pre-installed heuristic modules.  The Galaxy Player 5.0 (Wifi) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[13] All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 5.0.

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

[15] All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 5.0.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Galaxy Player 5.0 (Wifi) provides an information descriptor to at least

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

the Web and Contacts heuristic modules.



In the context of this document, the Android Content Providers are also referred to as "suggestions providers."

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Galaxy Player 5.0 include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Galaxy Player 5.0 provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy Player 5.0, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area

---

[16] All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for ▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 5.0.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for ▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 5.0.

[19] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

Web, Apps, Contacts, Memo, Music and Voice Search.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Apps (or Applications) heuristic module ███████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition, ███
███████████████████████████████████████████████████████████

The Memo heuristic module takes the information descriptor and formulates a query appropriate for searching a user's notes stored locally on the device using the Memo app.

The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names.  In addition, ███████████████████████████████████
███████████████████

---

[20] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 5.0.
[21] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 5.0.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_r resul#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaCJd (last visited May 16, 2013). |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Galaxy Player 5.0, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy Player 5.0, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Galaxy Player 5.0 includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.

For instance, in the Galaxy Player 5.0 (Wifi), once the Quick Search Box has obtained the suggestions,

The Galaxy Player 5.0 (Wifi) has a 5.0" HD Super Clear LCD screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display |

---

[22] All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for ███████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 5.0.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy Player 5.0 is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy Player 5.0 is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy Player 5.0 (Wifi), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[23]:<br><br> |

---

[23]   All accused versions of the Galaxy Player 5.0 implement the same functionality.

16

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY PLAYER 5.0

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ███████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| YP-G70C | 2.3 | ████████ | ████████████████████████████████████████████ |

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ███████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| YP-G70C | 2.3 | ████████ | ████████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ████████ | ██████████████████████████████ |

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ████████ | ██████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ███████ | ████████████████████████ |

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ██████ | ██████████████████████████████ |

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| █████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ███████ | ████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ██████ | ████████████████████████████████ |

604 (GALAXY PLAYER 5.0 - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-11

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D11

# GALAXY SII EPIC 4G TOUCH

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S II Epic 4G Touch[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy S II Epic 4G Touch is an apparatus for locating information in a network.<br><br>The Galaxy S II Epic 4G Touch (Sprint) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S II Epic 4G Touch (Sprint) includes a 1.2 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED Plus screen, CDMA, WiMax, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Galaxy S II Epic 4G Touch (Sprint)'s specifications below:<br><br> |

---

[1]  In this document, "Galaxy S II Epic 4G Touch" and "the device" refer to all of the following accused versions of the Samsung Galaxy S II Epic 4G Touch ("accused versions"): the Samsung Galaxy S II Epic 4G Touch (Sprint) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy S II Epic 4G Touch (Sprint) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_epic_4g_touch-3956.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S II Epic 4G Touch (Sprint), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S II Epic 4G Touch or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S II Epic 4G Touch.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.
[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Display

| Main Display Resolution | 800x480 Pixel |
|---|---|
| Main Display Size | 4.52" |
| Main Display Technology | Super AMOLED Plus |

## Memory

| Internal Memory | 16GB |
|---|---|
| External Memory/microSD™ Capacity | 32GB |

## Network

| Frequencies and Data Type | 1900/800 mHz CDMA, 2.5 Ghz WiMAX |
|---|---|
| SAR value - Head (W/kg) | SAR Value: Head 0.4 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.54 W/kg |

## Connectivity

| Features | Bluetooth®; Bluetooth® Profiles: A2DP, AVRCP, GAVDP, HFP 1.5, HSP, MAP, OPP, PBAP; WiFi®; WiFi® Hotspot; WiMAX; HTML Browser, WAP, Flash®, Java™; GPS |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

*See* n.1, *supra*.[3]  The Galaxy S II Epic 4G Touch (Sprint) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II Epic 4G Touch (Sprint).



---

[3]  All accused versions of the Galaxy S II Epic 4G Touch have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Galaxy S II Epic 4G Touch, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy S II Epic 4G Touch (Sprint)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S II Epic 4G Touch (Sprint), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | Portions of the computer instructions allowing the user to input an information identifier in the Galaxy S II Epic 4G Touch (Sprint) ████████████ |
|---|---|
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy S II Epic 4G Touch includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Galaxy S II Epic 4G Touch (Sprint)[6] has a 4.5" Super AMOLED Plus screen.<br><br><br><br>The Galaxy S II Epic 4G Touch (Sprint)'s 4.5" Super AMOLED Plus screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7]  The Galaxy S II Epic 4G Touch (Sprint)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Galaxy S II Epic 4G Touch (Sprint)'s 4.5" Super AMOLED Plus screen as shown in the screenshot above in section **[6a]**.[8] |

---

[5]  Identical functionality can be found in the ████████████████████████████████

[6]  All accused versions of the Galaxy S II Epic 4G Touch have similar hardware, software and functionality.  *See* n.1, *supra*.

[7]  All accused versions of the Galaxy S II Epic 4G Touch have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.

[8]  All accused versions of the Galaxy S II Epic 4G Touch have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



|  |  |
|---|---|
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Galaxy S II Epic 4G Touch includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>For instance, in the Galaxy S II Epic 4G Touch (Sprint), after the user query is obtained as described above in section **[6b]**, ▮▮▮▮▮▮▮▮▮ |

[9] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH.

[10] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH.

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

The figure below shows the Search Settings panel of the Quick Search Box and some of the Galaxy S II Epic 4G Touch (Sprint)'s pre-installed heuristic modules.  The Galaxy S II Epic 4G Touch (Sprint) provides the information descriptor to selected heuristic modules (marked with

---

[13] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH.

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

[15] All accused versions of the Galaxy S II Epic 4G Touch implement the same fu▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

check marks).



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the example above, the Galaxy S II Epic 4G Touch (Sprint) provides an information descriptor to at least the Web and Contacts heuristic modules.



In the context of this document, the Android Content Providers are also referred to as "suggestions providers."

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Galaxy S II Epic 4G Touch include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Galaxy S II Epic 4G Touch provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy S II Epic 4G Touch, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

---

[16] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH.
[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[18] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Apps (or Applications) heuristic module

The Play Books (or Books) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's books in a user's Play Store library, but not movies or TV shows stored in a user's Play Store library as shown in

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information

---

[19]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

[20]  All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for ▇▇▇▇▇▇▇▇ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | such as phone numbers, email addresses and names stored locally on the device.  In addition, ██████ ████████████████████████████████████████████████ |
| | The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information.  This can include email addresses, phone numbers and text in text messages stored locally on the device.  In addition, █████████████████████████████████████████████████████████ |
| | The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names.  In addition, ████████████████████████████████████ ██████████████████ |
| | The Play Store heuristic module takes the information descriptor and formulates a query appropriate for searching app related information from the Google Play Store. |
| | The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_r resul#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaCJd (last visited May 16, 2013). |
| | The Voicemail heuristic module takes the information descriptor and formulates a query appropriate for searching a user's voicemails. |
| **[6d]** each heuristic module corresponds to a respective area of | In the Galaxy S II Epic 4G Touch, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said |

[21] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH.

[22] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for ████████████████ ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy S II Epic 4G Touch, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Galaxy S II Epic 4G Touch includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>For instance, in the Galaxy S II Epic 4G Touch (Sprint), once the Quick Search Box has obtained the suggestions,<br><br>The Galaxy S II Epic 4G Touch (Sprint) has a 4.5" Super AMOLED Plus screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules. For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[23] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for ▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S II Epic 4G Touch |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy S II Epic 4G Touch is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S II Epic 4G Touch |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy S II Epic 4G Touch is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S II Epic 4G Touch (Sprint), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]: |

---

[24]   All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II EPIC 4G TOUCH

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy S II Epic 4G Touch | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ████ | ████████████████████████████████████████ |
| | 4.0.4 | ████ | ████████████████████████████████████████ |
| | 4.0.4 | ████ | ████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S II Epic 4G Touch | | | |
|---|---|---|---|
| ██████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SPH-D710 | 2.3.5 | ████ | ██████████████████████ |
| | 4.0.4 | ████ | ███████████████████████ |
| | 4.0.4 | ████ | ███████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| **Samsung Galaxy S II Epic 4G Touch** | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ███ | ████████████ |
| | 4.0.4 | ███ | ███████████ |
| | 4.0.4 | ███ | ██████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S II Epic 4G Touch | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ████ | ████████████████ |
| | 4.0.4 | ████ | ████████████████ |
| | 4.0.4 | ████ | ████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S II Epic 4G Touch | | | |
| --- | --- | --- | --- |
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ███ | ████████████████████ |
| | 4.0.4 | ███ | ████████████████ |
| | 4.0.4 | ███ | ████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
|---|---|---|---|
| SPH-D710 | 2.3.5 | ▮ | ▮ |
| | 4.0.4 | ▮ | ▮ |
| | 4.0.4 | ▮ | ▮ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S II Epic 4G Touch | | | |
|---|---|---|---|
| ██████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ██ | ███████████████ |
| | 4.0.4 | ██ | ███████████████ |
| | 4.0.4 | ██ | ███████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S II Epic 4G Touch | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ██ | ██████████ |
| | 4.0.4 | ██ | ████████████ |
| | 4.0.4 | ██ | ████████████ |

604 (GALAXY S II EPIC 4G TOUCH - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-12

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D12

# GALAXY SKYROCKET

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S II Skyrocket[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy S II Skyrocket is an apparatus for locating information in a network.<br><br>The Galaxy S II Skyrocket (AT&T) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S II Skyrocket (AT&T) includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED Plus screen, 4G LTE, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Galaxy S II Skyrocket (AT&T)'s specifications below:<br><br> |

---

[1]  In this document, "Galaxy S II Skyrocket" and "the device" refer to all of the following accused versions of the Samsung Galaxy S II Skyrocket ("accused versions"): the Samsung Galaxy S II Skyrocket (AT&T) sold with Android 2.3, including versions upgraded to later versions of Android operating system. The specifications for the Samsung Galaxy S II Skyrocket (AT&T) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_skyrocket_i727-4303.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S II Skyrocket (AT&T), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S II Skyrocket or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S II Skyrocket.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Display

| | |
|---|---|
| Main Display Resolution | 800x480 pixels |
| Main Display Size | 4.5" |
| Main Display Technology | Super AMOLED™ Plus |

## CPU / Processor

| | |
|---|---|
| Processor Speed, Type | 1.5 GHz dual-core processor |

## Features of Your Phone

Your phone is lightweight, easy-to-use and offers many useful features. The following list outlines a few of the features included in your phone.

- 4G LTE network with 1.5 gigahertz dual core processor
- Android Gingerbread platform
- Touch screen provides quick response to a variety of in-phone menus and options including applications and seven home screens
- Ready access to the Internet
- Built-in Bluetooth and Wi-Fi technology
- Brilliant 4.5" wide-screen Super AMOLED™ Plus display
- 8 Megapixel camera and camcorder
- AT&T GPS Navigation functionality provides real-time navigation
- HSDPA 21 mbps high speed download capability
- Assisted GPS (TeleNav GPS Navigation)
- microSD card compatibility with up to 32GB expandable memory slot
- Sync and update social network applications

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

*See* n.1, *supra*.[3]  The Galaxy S II Skyrocket (AT&T) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II Skyrocket (AT&T).



---

[3]  All accused versions of the Galaxy S II Skyrocket have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Galaxy S II Skyrocket, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

██████████████████████████████████████████████████████
██████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy S II Skyrocket (AT&T)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S II Skyrocket (AT&T), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████ |
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy S II Skyrocket includes an interface module configured to receive an inputted information descriptor from a user-input device. |

For instance, the Galaxy S II Skyrocket (AT&T)[6] has a 4.5" Super AMOLED Plus screen.

| Display | |
|---|---|
| Main Display Resolution | 800x480 pixels |
| Main Display Size | 4.5" |
| Main Display Technology | Super AMOLED™ Plus |

The Galaxy S II Skyrocket (AT&T)'s 4.5" Super AMOLED Plus screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7]  The Galaxy S II Skyrocket (AT&T)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Galaxy S II Skyrocket (AT&T)'s 4.5" Super AMOLED Plus screen as shown in the screenshot above in section **[6a]**.[8]

████████████████████████████

---

[5] Identical functionality can be found in ████████████████████████

[6] All accused versions of the Galaxy S II Skyrocket have similar hardware, software and functionality.  *See* n.1, *supra*.

[7] All accused versions of the Galaxy S II Skyrocket have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.

[8] All accused versions of the Galaxy S II Skyrocket have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[9] All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



|  |  |
|---|---|
|  | *Id.* The postDelayed() method causes the ▮▮▮▮▮▮ method to execute, as described in the Android online documentation: <br><br> public final boolean **postDelayed** ([Runnable](#) r, long delayMillis) <br> Since: API Level 1 <br> Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached. <br> **Parameters** <br> r       The Runnable that will be executed.[11] |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Galaxy S II Skyrocket includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor. |

---

[10] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for ▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET.

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for ▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET.

[13] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for ▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

The figure below shows the Search Settings panel of the Quick Search Box and some of the Galaxy S II Skyrocket (AT&T)'s pre-installed heuristic modules.  The Galaxy S II Skyrocket (AT&T) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[15] All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for ███████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Galaxy S II Skyrocket (AT&T) provides an information descriptor to at least the Web and Contacts heuristic modules.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Galaxy S II Skyrocket include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Galaxy S II Skyrocket provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy S II Skyrocket, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor

---

[16] All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET.

[19] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

that does not fully convey the intent of the user. Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Amazon Kindle (or Kindle) heuristic module takes the information descriptor and formulates queries appropriate for searching reading materials available in a user's Kindle library for reading using the Amazon Kindle application.

The Apps (or Applications) heuristic module takes the information descriptor and formulates a query appropriate ███████████████████████████████████████████████████████████████████████████████████████████████████████████ [20]

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts. This can include searching for information such as phone numbers, email addresses and names stored locally on the device. ██████████████████████████████████████████████████████████ [21]

The Memo heuristic module takes the information descriptor and formulates a query appropriate for searching a user's notes stored locally on the device using the Memo app.

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information. This can include

---

[20] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for ███████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET.

[21] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for ███████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | email addresses, phone numbers and text in text messages stored locally on the device.  In ██████████████████████████████████████████████<br><br>The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names. ████████████████████████████████████████<br><br>The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_result#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaJd (last visited May 16, 2013).<br><br>The Play Books (or Books) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's books in a user's Play Store library, but not movies or TV shows stored in a user's Play Store library as shown in /src/com/google/android/apps/books/provider/BooksProvider.java, /src/com/google/android/apps/books/provider/LocalLibraryVolumesProvider.java and /src/com/google/android/apps/books/provider/GlobalSearchHelper.java. |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Galaxy S II Skyrocket, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy S II Skyrocket, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |

---

[22] All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for ████████████  and ████████████  in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET.

12

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| [6f] a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Galaxy S II Skyrocket includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. |
| --- | --- |
| | The Galaxy S II Skyrocket (AT&T) has a 4.5" Super AMOLED Plus screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules. For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[23] All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S II Skyrocket |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy S II Skyrocket is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S II Skyrocket |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy S II Skyrocket is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S II Skyrocket (AT&T), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]: |

---

[24]   All accused versions of the Galaxy S II Skyrocket implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II SKYROCKET

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung. All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ██████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ████████ | ████████████████████████████████████ |
| | 4.0.4 | ██████ | ██████████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ████████ | ████████████████████████ |
| | 4.0.4 | ███████ | ████████████████████████████ |

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ████████ | ████████████████████████/ |
| | 4.0.4 | ███████ | ████████████████████████████ |

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ████ | ████████████████ |
| | 4.0.4 | ████ | ████████████████ |

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ████ | ███████████ |
| | 4.0.4 | ████ | ████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ██████ | ██████████████████████ |
| | 4.0.4 | ██████ | ██████████████ |

<br>

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ██████ | ████████████████ |
| | 4.0.4 | ██████ | ██████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Galaxy S II Skyrocket** | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ███████ | ████████████████████████████ |
| | 4.0.4 | ███████ | ████████████████████████████ |

604 (GALAXY S II SKYROCKET - SOURCE CODE APPENDIX).DOCX