# EXHIBIT D-13

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D13

# GALAXY SII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S II[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy S II is an apparatus for locating information in a network. <br><br> The Galaxy S II (AT&T) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S II (AT&T) includes a 1.2 GHz dual-core processor CPU, 16GB of on-board memory, a 4.3" Super AMOLED screen, GSM/HSPA+21/EDGE/GPRS, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Galaxy S II (AT&T)'s specifications below: <br><br> CPU / Processor <br><br> Processor Speed, Type        1.2 GHz, Dual Core (Samsung Exynos C210) |

---

[1]  In this document, "Galaxy S II" and "the device" refer to all of the following accused versions of the Samsung Galaxy S II ("accused versions"): the Samsung Galaxy S II (AT&T) sold with Android 2.3, the Samsung Galaxy S II (T-Mobile) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy S II (AT&T) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_i777-4130.php (last visited May 5, 2013).  The specifications for the Samsung Galaxy S II (T-Mobile) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_t989-4129.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S II (AT&T), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S II or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S II.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Display

| | |
|---|---|
| Main Display Resolution | 480x800 Pixel |
| Main Display Size | 4.3" |
| Main Display Technology | Super AMOLED Plus |
| Touch Screen | Yes |

## Memory

| | |
|---|---|
| Internal Memory | 16GB/1024MB RAM (4GLPDDR*2) |
| External Memory/microSD™ Capacity | microSD™ Card |

## Network

| | |
|---|---|
| Frequencies and Data Type | GSM Quadband:850/900/1800/1900MHz UMTS Triband:850/1900/2100MHz |
| Data Speed | GPRS/EDGE/HSPA+ |
| SAR value - Head (W/kg) | SAR Value: Head 0.36 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.90 W/kg |

## Connectivity

| | |
|---|---|
| Features | Bluetooth®; Bluetooth® Profiles, A2DP, AVRCP, HFP, OPP, PBAP; WiFi; WiFi- Hotspot; HTML Browser; Flash®; Java™; GPS |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | *See* n.1, *supra*.[3]  The Galaxy S II (AT&T) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II (AT&T). |

---

[3]  All accused versions of the Galaxy S II have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Galaxy S II, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy S II (AT&T)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S II (AT&T), and the Quick Search Box has located, among other things,

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ██████████████████████████████████████ |
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy S II includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Galaxy S II (AT&T)[6] has a 4.3" Super AMOLED screen.<br><br><br><br>The Galaxy S II (AT&T)'s 4.3" Super AMOLED screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7] The Galaxy S II (AT&T)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Galaxy S II (AT&T)'s 4.3" Super AMOLED screen as shown in the screenshot above in section **[6a]**.[8] |

---

[5]  Identical functionality can be found in ████████████████████████████████

[6]  All accused versions of the Galaxy S II have similar hardware, software and functionality.  *See* n.1, *supra.*

[7]  All accused versions of the Galaxy S II have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra.*

[8]  All accused versions of the Galaxy S II have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra.*

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ███████████████████████████████████████ ███████████████████████████████ The postDelayed() method causes the ████████████████████ method to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>   *r*            The Runnable that will be executed.[11]<br><br>████████████████████████████████ ████████████████████████████████ ████████████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Galaxy S II includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>████████████████████████████████ ████████████████████████████████ |

---

[9] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II.

[10] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for ███████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II.

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for ███████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

The figure below shows the Search Settings panel of the Quick Search Box and some of the Galaxy S II (AT&T)'s pre-installed heuristic modules.  The Galaxy S II (AT&T) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[13] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II.

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

[15] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Galaxy S II (AT&T) provides an information descriptor to at least the

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Web and Contacts heuristic modules.

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Galaxy S II include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Galaxy S II provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy S II, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

---

[16] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Apps (or Applications) heuristic module takes the information descriptor and formulates a query ███████████████████████████████████████████████  Moreover, the Apps heuristic module uses

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information

---

[19]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).
[20]  All accused versions of the Galaxy S II implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

such as phone numbers, email addresses and names stored locally on the device.  In addition, the Contacts heuristic module uses ███████████████████████████████ [21]

The Memo heuristic module takes the information descriptor and formulates a query appropriate for searching a user's notes stored locally on the device using the Memo app.

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information.  This can include email addresses, phone numbers and text in text messages stored locally on the device.  In addition, ███████████████████████████████████ [22]

The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names.  In addition, ██████████████████████████████ ████████████████

The Play Music, another Music heuristic module, takes the information descriptor and formulates a query appropriate for searching a user's Play Store Music library.  The Play Store stores a user's music library both online and on local storage as described at https://play.google.com/store/apps/details?id=com.google.android.music&hl=en (last visited May 9, 2013). ████████████████████████████████ ██████████████████████████████████████████ █████████████████████████████████████

The Slacker heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music on the Slacker servers in addition to Slacker's various music stations.  This module interacts with a music library that is separate and distinct from the music libraries searched by the Music Player and Play Music heuristic modules.

---

[21] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II.

[22] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for ████████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_resul#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaCJd (last visited May 16, 2013). |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Galaxy S II, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy S II, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Galaxy S II includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>The Galaxy S II (AT&T) has a 4.3" Super AMOLED screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, |

---

[23] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |
| --- | --- |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S II |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy S II is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S II |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy S II is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S II (AT&T), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]: |

---

[24]  All accused versions of the Galaxy S II implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S II

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S II | | | |
| --- | --- | --- | --- |
| | | ███████████ | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ███████ | ███████████████████ |
| | 4.0.3 | ███████ | ██████████████████████ |
| | 4.0.4 | ███████ | ██████████████████████ |
| SGH-I777 | 2.3.4 | ███████ | █████████████████████ |
| | 4.0.3 | ███████ | ███████████████████████ |
| | 4.0.4 | ███████ | ███████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S II | | | |
|---|---|---|---|
| █████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-T989 | 2.3.5 | ████ | ████████████ |
| | 4.0.3 | ████ | ████████████ |
| | 4.0.4 | ████ | ████████████ |
| SGH-I777 | 2.3.4 | ████ | ████████████ |
| | 4.0.3 | ████ | ████████████ |
| | 4.0.4 | ████ | ████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | | | **Samsung Galaxy S II** |
|---|---|---|---|
| | | | ▮▮▮▮▮▮▮▮ |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮ |
| | 4.0.3 | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | 4.0.4 | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| SGH-I777 | 2.3.4 | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮ |
| | 4.0.3 | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | 4.0.4 | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S II | | | |
|---|---|---|---|
| ███████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-T989 | 2.3.5 | ███████ | ██████████████████ |
| | 4.0.3 | ███████ | ████████████████████ |
| | 4.0.4 | ███████ | ████████████████████ |
| SGH-I777 | 2.3.4 | ███████ | ███████████████████ |
| | 4.0.3 | ███████ | ████████████████████ |
| | 4.0.4 | ███████ | ████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S II | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ███████ | ██████████████ |
| | 4.0.3 | ███████ | ███████████████████ |
| | 4.0.4 | ███████ | ████████████████████ |
| SGH-I777 | 2.3.4 | ███████ | ████████████████ |
| | 4.0.3 | ███████ | ██████████████████ |
| | 4.0.4 | ██████ | █████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S II | | | |
|---|---|---|---|
| ███████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ████ | ████████████████ |
| | 4.0.3 | ████ | ███████████████ |
| | 4.0.4 | ████ | ██████████████████ |
| SGH-I777 | 2.3.4 | ████ | ████████████████ |
| | 4.0.3 | ████ | █████████████████ |
| | 4.0.4 | ████ | ██████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy S II | | | |
|---|---|---|---|
| ▬▬▬▬▬▬ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ▬▬ | ▬▬▬▬▬ |
| | 4.0.3 | ▬▬ | ▬▬▬▬▬▬ |
| | 4.0.4 | ▬▬ | ▬▬▬▬▬▬▬▬▬ |
| SGH-I777 | 2.3.4 | ▬▬ | ▬▬▬▬▬▬ |
| | 4.0.3 | ▬▬ | ▬▬▬▬▬▬▬ |
| | 4.0.4 | ▬▬ | ▬▬▬▬▬▬▬ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S II | | | |
|---|---|---|---|
| █████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ███ | ████████████████ |
| | 4.0.3 | ███ | █████████████████ |
| | 4.0.4 | ███ | ███ /vendor/Samsung/common/packages/providers/ContactsProvider/src/com/android/provider/contacts |
| SGH-I777 | 2.3.4 | ███ | █████████████ |
| | 4.0.3 | ███ | ███████████████ |
| | 4.0.4 | ███ | |

# EXHIBIT D-14

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D14

# GALAXY SIII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy S III is an apparatus for locating information in a network. <br><br> The Galaxy S III (T-Mobile) running Android Jelly Bean is used herein as an exemplary device. All the accused versions are identical in all relevant respects.  The Galaxy S III (T-Mobile) running Android Jelly Bean includes a 1.5 GHz CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Galaxy S III (T-Mobile) running Android Jelly Bean's specifications below: |

---

[1]  In this document, "Galaxy S III" and "the device" refer to all of the following accused versions of the Samsung Galaxy S III ("accused versions"): the Samsung Galaxy S III (Verizon) sold with Android 4.0, the Samsung Galaxy S III (AT&T) sold with Android 4.0, the Samsung Galaxy S III (Sprint) sold with Android 4.0, the Samsung Galaxy S III (T-Mobile) sold with Android 4.0, the Samsung Galaxy S III (Verizon) sold with Android Jelly Bean, the Samsung Galaxy S III (AT&T) sold with Android Jelly Bean, the Samsung Galaxy S III (Sprint) sold with Android Jelly Bean and the Samsung Galaxy S III (T-Mobile) sold with Android Jelly Bean.  The specifications for the Galaxy S III (Verizon) can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-I535MBBVZW-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (AT&T) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (Sprint) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L710MBBSPR-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (T-Mobile) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T999MBATMB-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S III (T-Mobile) running Android Jelly Bean, unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S III or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S III.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

*See* n.1, *supra*.[3] The Galaxy S III (T-Mobile) running Android Jelly Bean includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3] All accused versions of the Galaxy S III have similar hardware, software, and functionality as shown in each version's respective specifications.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013. *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013. For some versions of the Galaxy S III, the Quick Search Box may be referred to as the "Google Search box." *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S III (T-Mobile) running Android Jelly Bean.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy S III (T-Mobile) running Android Jelly Bean's screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean, and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ██████████████████████████████████████████████████████████████████ |
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy S III includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Galaxy S III (T-Mobile) running Android Jelly Bean[6] has a 4.8" sAMOLED screen. |

---

[5]  Identical functionality can be found in █████████████████████████████████

[6]  All accused versions of the Galaxy S III have similar hardware, software and functionality.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available soon) – microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC+, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

The Galaxy S III (T-Mobile) running Android Jelly Bean's 4.8" sAMOLED screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7]  The Galaxy S III (T-Mobile) running Android Jelly Bean's onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Galaxy S III (T-Mobile)

---

[7] All accused versions of the Galaxy S III have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | running Android Jelly Bean's 4.8" sAMOLED screen as shown in the screenshot above in section **[6a]**.[8]<br><br><br><br>The postDelayed() method causes the       method to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** (Runnable r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>    *r*        The Runnable that will be executed.[11] |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, | The Galaxy S III includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor. |

---

[8] All accused versions of the Galaxy S III have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[9] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for        in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III.

[10] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for        in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III.

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for        in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| wherein: |  "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.<br><br>Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]<br><br>The figure below shows the Search Settings panel of the Quick Search Box and some of the |

---

[13]   All accused versions of the Galaxy S III implement the same functionality.  *See* Table for ████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III.
[14]   http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[15]   All accused versions of the Galaxy S III implement the same functionality.  *See* Table for ████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Galaxy S III (T-Mobile) running Android Jelly Bean's pre-installed heuristic modules.  The Galaxy S III (T-Mobile) running Android Jelly Bean provides the information descriptor to selected heuristic modules (marked with check marks).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the example above, the Galaxy S III (T-Mobile) running Android Jelly Bean provides an information descriptor to at least the Browser, Contacts, Play Books and Play Movies & TV heuristic modules.

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data. However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Galaxy S III include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Galaxy S III provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy S III, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

---

[16]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for ▓▓▓▓▓▓▓ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III.

[17]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for ▓▓▓▓▓▓▓ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Amazon heuristic module takes the information descriptor and formulates queries appropriate for searching products and services available from Amazon, but not other online vendors.

The Apps (or Applications) heuristic module takes the information descriptor and formulates a query ███████████████████████████████████████████████  Moreover, the Apps heuristic module uses ████████████████████████████████████████████████

The Backup+Media heuristic module takes the information descriptor and formulates a query appropriate for searching images, video and audio data stored locally on the device by the Backup+Media app's backup utility.  Moreover, the Backup+Media heuristic module uses ███ ██████████████████████████████████████

The Browser heuristic module takes the information descriptor and formulates a query appropriate for searching the browser history and bookmarks on the device.  The Browser heuristic module searches information stored locally in the device's browser history and bookmarks.  Such searches would include a search of the URLs and titles of bookmarks and visited web pages, but not the contents of visited web sites and not information accessed over the

---

[19]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

[20]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for ██████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Internet.  Moreover, the Browser heuristic module uses ████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition, the Contacts heuristic module uses ██████████████████████[22]

The Email (or mail@metro) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's email content sent from the Email app.  This can include searching for information based on the sender or recipient of an email.  In addition, the Email heuristic module uses ████████████████

The Music Hub heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music on the Music Hub servers.  This search can include a search for artist, album and track names.  In addition, the Music Hub heuristic module uses the LIKE operator in at least one SQL query.  The Music Hub app allows a user to upload his or her entire collection of songs so that the user can access it anywhere as described at https://play.google.com/store/apps/details?id=com.samsung.music&feature=search_result#?t=W 251bGwsMSwyLDEsImNvbS5zYW1zdW5nLm11c2ljIl0 (last visited May 10, 2013).  This module interacts with a music library that is separate and distinct from the music libraries searched by the Music Player and Play Music heuristic modules.

The Music Player heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored in the Music Player's database, but not other music related databases accessed by other music related heuristic modules.

The Play Books (or Books) heuristic module takes the information descriptor and formulates a query ████████████████

---

[21] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III.

[22] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | ████████████████████████████████<br><br>The Play Movies & TV (or Videos) heuristic module takes the information descriptor and formulates a query ████████████████████████████████<br><br>The Play Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's Play Store Music library.  The Play Store stores a user's music library both online and on local storage as described at https://play.google.com/store/apps/details?id=com.google.android.music&hl=en (last visited May 9, 2013).  This music library is separate and distinct from the music libraries searched by the Music Player and Music Hub heuristic modules and stores the library as shown in /src/com/google/android/music/store/MusicContentProvider.java.<br><br>The Voicemail heuristic module takes the information descriptor and formulates a query appropriate for searching a user's voicemails. |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Galaxy S III, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy S III, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate | The Galaxy S III includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| items of information located by the plurality of heuristic modules on a display device. | <br><br>The Samsung Galaxy S III (T-Mobile) has a 4.8" sAMOLED screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |
|---|---|

---

[23] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for ▇▇▇▇▇▇▇ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy S III is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy S III is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S III (T-Mobile) running Android Jelly Bean, the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]: |

---

[24]   All accused versions of the Galaxy S III implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY S III

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy S III | | | |
|---|---|---|---|
| | █████████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ██ | ████████████████████ |
| | 4.1.1 | ██ | █████████████████████████████ |
| SGH-I747 | 4.0.4 | ███████ | ███████████████████████████ |
| | 4.0.4 | ███████ | ████████████████████████████ |
| | 4.1.1 | ███████ | █████████████████████████ |
| SPH-L710 | 4.0 | ███ | ████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | | | |
|---|---|---|---|
| | 4.1 | ██ | ████████████████████████ |
| SGH-T999 | 4.0.4 | ████ | ████████████████████ |
| | 4.1.1 | ██████ | ████████████████ |
| SCH-R530 | 4.0 | ██ | █████████████████████████ |
| | 4.1.1 | ██ | ██████████████████████████ |

| Samsung Galaxy S III | | | |
|---|---|---|---|
| | ██████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ██ | █████████████████ |
| | 4.1.1 | ██ | ██████████████████████████ |
| SGH-I747 | 4.0.4 | ██████ | █████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | Samsung Galaxy S III | | |
|---|---|---|---|
| | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | | |
|---|---|---|---|
| ███████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SCH-I535 | 4.0.4 | ███ | ████████████████████████ |
| | 4.1.1 | ███ | ██████████████████████████████ |
| SGH-I747 | 4.0.4 | ██████ | █████████████████████████████ |
| | 4.0.4 | ██████ | █████████████████████████████ |
| | 4.1.1 | ██████ | █████████████████████████ |
| SPH-L710 | 4.0 | ███ | █████████████████████████████ |
| | 4.1 | ███ | █████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | | | |
|---|---|---|---|
| SGH-T999 | 4.0.4 | ████ | ████ |
| | 4.1.1 | ████ | ████ |
| SCH-R530 | 4.0 | ██ | ████ |
| | 4.1.1 | ██ | ████ |

| Samsung Galaxy S III | | | |
|---|---|---|---|
| | | ████ | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SCH-I535 | 4.0.4 | ██ | ████ |
| | 4.1.1 | ██ | ████ |
| SGH-I747 | 4.0.4 | ████ | ████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | | |
|---|---|---|---|
| | | ██████████ | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ██ | ████████████████ |
| | 4.1.1 | ██ | ████████████████ |
| SGH-I747 | 4.0.4 | ███ | ████████████████ |
| | 4.0.4 | ███ | ████████████████ |
| | 4.1.1 | ███ | ████████████████ |
| SPH-L710 | 4.0 | ██ | ████████████████ |
| | 4.1 | ██ | ████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
|---|---|---|---|
| SGH-T999 | 4.0.4 | ███ | ████ |
| | 4.1.1 | ███ | ████ |
| SCH-R530 | 4.0 | ██ | ████ |
| | 4.1.1 | ██ | ████ |

| **Samsung Galaxy S III** | | | |
|---|---|---|---|
| ████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ██ | ████ |
| | 4.1.1 | ██ | ████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy S III | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ██ | ████████████████████████ |
| | 4.1.1 | ██ | ████████████████████████████ |
| SGH-I747 | 4.0.4 | ███ | ████████████████████████ |
| | 4.0.4 | ███ | ████████████████████████ |
| | 4.1.1 | ███ | ████████████████████ |
| SPH-L710 | 4.0 | ██ | ████████████████████████ |
| | 4.1 | ██ | ████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



604 (GALAXY S III - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-15

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D15

# GALAXY TAB 7.0 PLUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Tab 7.0 Plus[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy Tab 7.0 Plus is an apparatus for locating information in a network.<br><br>The Galaxy Tab 7.0 Plus (Wifi) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Tab 7.0 Plus (Wifi) includes a 2x1.2 GHz processor CPU, 16/32 GB of on-board memory, a 7" TFT screen, WiFi radio providing the connectivity listed below, and software comprising the Honeycomb version of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Galaxy Tab 7.0 Plus (Wifi)'s specifications below:<br><br> |

---

[1] In this document, "Galaxy Tab 7.0 Plus" and "the device" refer to all of the following accused versions of the Samsung Galaxy Tab 7.0 Plus ("accused versions"): the Samsung Galaxy Tab 7.0 Plus (Wifi) sold with Android Honeycomb, including versions upgraded to later versions of Android operating system.  The specifications for the Galaxy Tab 7.0 Plus (Wifi) can be found here: http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAEXAR-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Tab 7.0 Plus (Wifi), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Tab 7.0 Plus or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Tab 7.0 Plus.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Memory | |
|---|---|
| Internal | 16GB |
| External | micro SD card slot supports up to 32GB |

| Network | |
|---|---|
| Frequencies and Data Type | Wi-Fi Only |

| Display | |
|---|---|
| Display | 7" Display |
| Main Display Resolution | 1024 x 600 Pixel |
| Main Display Size | 7" Display |
| Main Display Technology | TFT |

*See* n.1, *supra*.[3]  The Galaxy  Tab 7.0 Plus (Wifi) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3] All accused versions of the Galaxy Tab 7.0 Plus have similar hardware, software, and functionality as shown in each version's respective specifications.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Galaxy Tab 7.0 Plus, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy  Tab 7.0 Plus (Wifi).



The figure below shows the Galaxy  Tab 7.0 Plus (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 7.0 Plus (Wifi), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network. |
| --- | --- |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ██████████████████████████████████████ |
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy Tab 7.0 Plus includes an interface module configured to receive an inputted information descriptor from a user-input device. |

For instance, the Galaxy Tab 7.0 Plus (Wifi)[6] has a 7" TFT screen.

| Display | |
|---|---|
| Display | 7" Display |
| Main Display Resolution | 1024 x 600 Pixel |
| Main Display Size | 7" Display |
| Main Display Technology | TFT |

The Galaxy Tab 7.0 Plus (Wifi)'s 7" TFT screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7] The Galaxy Tab 7.0 Plus (Wifi)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Galaxy Tab 7.0 Plus (Wifi)'s 7" TFT screen as shown in the screenshot above in section **[6a]**.[8]

---

[5] Identical functionality can be found in ████████████████████████████████████

[6] All accused versions of the Galaxy Tab 7.0 Plus have similar hardware, software and functionality. *See* n.1, *supra*.

[7] All accused versions of the Galaxy Tab 7.0 Plus have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications. *See* n.1, *supra*.

[8] All accused versions of the Galaxy Tab 7.0 Plus have similar functionality as shown in each version's respective specifications. *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████████████████████████ The postDelayed() method causes the ███████████████ method to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>r        The Runnable that will be executed.[11]<br><br>████████████████████████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Galaxy Tab 7.0 Plus includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>█████████████████████████████████████ |

---

[9]   All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality. *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS.

[10]  All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality. *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS.

[11]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12]  All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality. *See* Table for ████████████ APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

The figure below shows the Search Settings panel of the Quick Search Box and some of the Galaxy  Tab 7.0 Plus (Wifi)'s pre-installed heuristic modules.  The Galaxy  Tab 7.0 Plus (Wifi) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[13]  All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS.

[14]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

[15]  All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Galaxy Tab 7.0 Plus include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Galaxy Tab 7.0 Plus provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy Tab 7.0 Plus, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area

---

[16] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS.

[19] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area. Each heuristic module receives an information descriptor that does not fully convey the intent of the user. Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Apps (or Applications) heuristic module takes the information descriptor and formulates a query █████████████████████████████████████████████████████ oreover, the Apps heuristic module uses ██████████████████████████████████████████[20]

The Browser heuristic module takes the information descriptor and formulates a query appropriate for searching the browser history and bookmarks on the device. The Browser heuristic module searches information stored locally in the device's browser history and bookmarks. Such searches would include a search of the URLs and titles of bookmarks and visited web pages, but not the contents of visited web sites and not information accessed over the Internet. Moreover, the Browser heuristic module uses ████████████████████████ ███████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts. This can include searching for information such as phone numbers, email addresses and names stored locally on the device. In addition, the Contacts heuristic module █████████████████████████████████

The Play Books (or Books) heuristic module takes the information descriptor and formulates a query █████████████████████████████████████████████████

---

[20] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality. *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS.
[21] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality. *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS.
[22] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality. *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████████████████████████████████<br>████████████████████████████████████████ |
| | The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names.  In addition, the Music heuristic module uses the ████████████████ ██████████████ |
| | The Music Player heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored in the Music Player's database, but not other music related databases accessed by other music related heuristic modules. |
| | The Google heuristic module takes the information descriptor and formulates a query appropriate for searching content on the Internet.  More specifically, this module constructs a query to be properly handled by the Google search suggestion engine, but not other search engines. |
| | The Amazon Kindle (or Kindle) heuristic module takes the information descriptor and formulates queries appropriate for searching reading materials available in a user's Kindle library for reading using the Amazon Kindle application. |
| | The Play Movies & TV (or Videos) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's rented videos and TV shows, but not music stored in a user's Play Store library as shown in /src/com/google/android/youtube/videos/search/SuggestionsProvider.java and /src/com/google/android/youtube/base/core/suggest/HistoryDb.java. |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Galaxy Tab 7.0 Plus, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy Tab 7.0 Plus, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Galaxy Tab 7.0 Plus includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br><br><br>The Galaxy  Tab 7.0 Plus (Wifi) has a 7" TFT screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[23] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy Tab 7.0 Plus is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy Tab 7.0 Plus is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy  Tab 7.0 Plus (Wifi), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]: |

---

[24]   All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.

16

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 7.0 PLUS

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| | ██████████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ██████ | ████████████████████████████ |
| | 4.0 | ██████ | ██████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ████ | ████████████████████████ |
| | 4.0 | ████ | ████████████████████████████ |

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ████ | ████████████████████████ |
| | 4.0 | ████ | ████████████████████████████ |

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ███ | ██████████████ |
| | 4.0 | UELP █ | ██████████████ |

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ████ | ██████████████ |
| | 4.0 | ████ | ██████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ███ | ████████████████ |
| | 4.0 | ███ | ████████████████ |

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ███ | ████████████ |
| | 4.0 | ███ | ████████████ |

4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ███████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| P6210 | 3.2 | ██ | ████████████████████ |
| | 4.0 | ██ | ████████████████████ |

604 (GALAXY TAB 7.0 PLUS - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-16

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D16


# GALAXY TAB 8.9


**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Tab 8.9[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy Tab 8.9 is an apparatus for locating information in a network.<br><br>The Galaxy Tab 8.9 (Wifi) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Tab 8.9 (Wifi) includes a 1 GHz dual-core processor CPU, 16/32/64 GB of on-board memory, a 8.9" TFT screen, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Honeycomb version of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Galaxy Tab 8.9 (Wifi)'s specifications below:<br><br> |

---

[1]  In this document, "Galaxy Tab 8.9" and "the device" refer to all of the following accused versions of the Samsung Galaxy Tab 8.9 ("accused versions"): the Samsung Galaxy Tab 8.9 (Wifi) and the Samsung Galaxy Tab 8.9 (AT&T) sold with Android Honeycomb, including versions upgraded to later versions of Android operating system.  The specifications for the Galaxy Tab 8.9 (AT&T) can be found here: http://www.gsmarena.com/samsung_galaxy_tab_8_9_lte_i957-4125.php (last visited May 5, 2013).  The specifications for the Galaxy Tab 8.9 (Wifi) can be found here: http://www.gsmarena.com/samsung_galaxy_tab_8_9_p7310-3893.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Tab 8.9 (Wifi), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Tab 8.9 or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Tab 8.9.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Connectivity | |
|---|---|
| WiFi | WiFi 802.11 a/b/g/n |
| USB | USB 2.0 H/S |
| Bluetooth | Bluetooth 3.0 |

| Display | |
|---|---|
| Display | 8.9" WXGA (1280x800) TFT (PLS) |

*See* n.1, *supra*.[3]  The Galaxy Tab 8.9 (Wifi) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Tab 8.9 (Wifi).

---

[3]  All accused versions of the Galaxy Tab 8.9 have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Galaxy Tab 8.9, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy Tab 8.9 (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 8.9 (Wifi), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



5

Portions of the computer instructions allowing the user to input an information identifier in the Galaxy Tab 8.9 (Wifi) may be found in the QsbApplication class and in the com.android.quicksearchbox package.[5]

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| [6b] an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy Tab 8.9 includes an interface module configured to receive an inputted information descriptor from a user-input device. |
|---|---|

The Galaxy Tab 8.9 includes an interface module configured to receive an inputted information descriptor from a user-input device.

For instance, the Galaxy Tab 8.9 (Wifi)[6] has a 8.9" TFT screen.

| Display | |
|---|---|
| Display | 8.9" WXGA (1280x800) TFT (PLS) |

The Galaxy Tab 8.9 (Wifi)'s 8.9" TFT screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7]  The Galaxy Tab 8.9 (Wifi)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Galaxy Tab 8.9 (Wifi)'s 8.9" TFT screen as shown in the screenshot above in section [6a].[8]

The postDelayed() method causes the ▇▇▇▇▇▇▇▇ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable] r, long delayMillis)

---

[5]  Identical functionality can be found in the Google Now package located in /src/com/android/velvet/.
[6]  All accused versions of the Galaxy Tab 8.9 have similar hardware, software and functionality.  *See* n.1, *supra*.
[7]  All accused versions of the Galaxy Tab 8.9 have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.
[8]  All accused versions of the Galaxy Tab 8.9 have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.
[9]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ▇▇▇▇▇▇▇▇▇▇ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.
[10]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ▇▇▇▇▇▇▇ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

<table>
<tr>
<td></td>
<td>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br><strong>Parameters</strong><br>r       The Runnable that will be executed.[11]<br><br>█████████████████████████████████</td>
</tr>
<tr>
<td><strong>[6c]</strong> a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein:</td>
<td>The Galaxy Tab 8.9 includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>█████████████████████████████████<br><br>"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.</td>
</tr>
</table>

---

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[12] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.
[13] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

The figure below shows the Search Settings panel of the Quick Search Box and some of the Galaxy Tab 8.9 (Wifi)'s pre-installed heuristic modules.  The Galaxy Tab 8.9 (Wifi) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[15] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Galaxy Tab 8.9 (Wifi) provides an information descriptor to at least the Google Search Suggestions, Browser and Contacts heuristic modules.

9

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Galaxy Tab 8.9 include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Galaxy Tab 8.9 provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy Tab 8.9, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for

---

[16] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.

[19] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Google heuristic module takes the information descriptor and formulates a query appropriate for searching content on the Internet.  More specifically, this module constructs a query to be properly handled by the Google search suggestion engine, but not other search engines.

The Amazon Kindle (or Kindle) heuristic module takes the information descriptor and formulates queries appropriate for searching reading materials available in a user's Kindle library for reading using the Amazon Kindle application.

The Apps (or Applications) heuristic module takes the information descriptor and formulates a query ███████████████████████████████████████  Moreover, the Apps heuristic module uses ███████████████████████████████████████

The Browser heuristic module takes the information descriptor and formulates a query appropriate for searching the browser history and bookmarks on the device.  The Browser heuristic module searches information stored locally in the device's browser history and bookmarks.  Such searches would include a search of the URLs and titles of bookmarks and visited web pages, but not the contents of visited web sites and not information accessed over the Internet.  Moreover, the Browser heuristic module uses ████████████████████████ ██████ [21]

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information

---

[20]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.

[21]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

such as phone numbers, email addresses and names stored locally on the device.  In addition, the Contacts heuristic module uses ███████████████████████████

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information.  This can include email addresses, phone numbers and text in text messages stored locally on the device.  In addition, the Messaging heuristic module uses ████████████████████████

The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names.  In addition, the Music heuristic module uses ██████████████ ██████████████

The Music Player heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored in the Music Player's database, but not other music related databases accessed by other music related heuristic modules.

The Play Books (or Books) heuristic module takes the information descriptor and formulates a query appropriate ██████████████████████████████████ ██████████████████████████████████ ██████████████████████████████████

The Play Movies & TV (or Videos) heuristic module takes the information descriptor and formulates a query appropriate ████████████████████████████████ ██████████████████████████████████ ████████████████████████████

---

[22]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ██████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.

[23]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ██████████████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The Play Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's Play Store Music library.  The Play Store stores a user's music library both online and on local storage as described at https://play.google.com/store/apps/details?id=com.google.android.music&hl=en (last visited May 9, 2013).  This music library is separate and distinct from the music libraries searched by the Music Player and Music Hub heuristic modules and stores the library as shown in /src/com/google/android/music/store/MusicContentProvider.java.<br><br>The Play Store heuristic module takes the information descriptor and formulates a query appropriate for searching app related information from the Google Play Store. |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Galaxy Tab 8.9, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy Tab 8.9, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Galaxy Tab 8.9 includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br> |

---

[24] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for ████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The Galaxy Tab 8.9 (Wifi) has a 8.9" TFT screen display device, as noted above in section **[6a]**. The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

14

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy Tab 8.9 is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy Tab 8.9 is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy Tab 8.9 (Wifi), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[25]: |

---

[25]   All accused versions of the Galaxy Tab 8.9 implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG GALAXY TAB 8.9

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ███ | ████████████████████████ |
| | 4.0 | ███ | ██████████████████████████ |

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ███ | ████████████████████████ |
| | 4.0 | ███ | ██████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ███ | ██████████████ |
| | 4.0 | █████ | ██████████████████ |

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ███ | ████████████████ |
| | 4.0 | ████ | ████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ████ | ████████████████████ |
| | 4.0 | ████ | ██████████████████████ |

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ████ | ████████████████████ |
| | 4.0 | ████ | ██████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ███████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ████ | ███████████████████████ |
| | 4.0 | █████ | █████████████████████████ |

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ████ | █████████████████████ |
| | 4.0 | █████ | ██████████████████████████ |

604 (GALAXY TAB 8.9 - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-17

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D17

# ILLUSION

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Illusion[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Illusion is an apparatus for locating information in a network.<br><br>The Illusion (Verizon) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Illusion (Verizon) includes a 1 GHz processor CPU, 2 GB of on-board memory, a 3.5" TFT screen, CDMA/EVDO, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Illusion (Verizon)'s specifications below: |

---

[1]  In this document, "Illusion" and "the device" refer to all of the following accused versions of the Samsung Illusion ("accused versions"): the Samsung Illusion (Verizon) sold with Android 2.3.  The specifications for the Illusion (Verizon) can be found here: http://www.gsmarena.com/samsung_i110_illusion-4344.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Illusion (Verizon), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Illusion or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Illusion.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Features**

- 3.5"-Inch 320x480 HVGA touch screen
- Digital CDMA/PCS 1X EV-DO Rev-A Wireless Technology
- Android™ 2.3 platform
- Google™ applications, including Google Talk™ and Gmail™
- Android Market™, plus pre-loaded applications
- Connections
  − Wi-Fi® 802.11 a/b/g/n
  − Mobile Hotspot
  − Bluetooth 3.0
  − Tethering
  − VPN
- Messaging Services
  − Text Messaging
  − Picture Messaging
  − Video Messaging
  − Voice Messaging
  − Email
  − Mobile Instant Messenger (IM)
  − Chat

- 3 Megapixel CMOS Camera/Camcorder
- Picture Gallery
- Video Player
- DivX Certified® to play DivX® video up to HD 720p, including premium content
- Music Player
- Speakerphone
- Support for microSD™ and microSDHC™ Memory Cards up to 32GB capacity
- Bluetooth® 3.0 Wireless Technology. For more information about supported profiles, see *"Bluetooth profiles"* on page 104.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | *See* n.1, *supra*.[3]  The Illusion (Verizon) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4] As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Illusion (Verizon). |
|---|---|

[3]  All accused versions of the Illusion have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Illusion, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Illusion (Verizon)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Illusion (Verizon), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| [6b] an interface module configured to receive an inputted information descriptor from a user-input device; | The Illusion includes an interface module configured to receive an inputted information descriptor from a user-input device. |
|---|---|

The Illusion includes an interface module configured to receive an inputted information descriptor from a user-input device.

For instance, the Illusion (Verizon)[6] has a 3.5" TFT screen.

**Features**

- 3.5"-inch 320x480 HVGA touch screen

| DISPLAY | Type | TFT capacitive touchscreen |
|---|---|---|
| | Size | 320 x 480 pixels, 3.5 inches (~165 ppi pixel density) |
| | Multitouch | Yes |

The Illusion (Verizon)'s 3.5" TFT screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7] The Illusion (Verizon)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Illusion (Verizon)'s 3.5" TFT screen as shown in the screenshot above in section **[6a]**.[8]

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████ The postDelayed()
method causes the ████████████████████ method to execute, as described in the
Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)

---

[6]  All accused versions of the Illusion have similar hardware, software and functionality. *See* n.1, *supra*.

[7]  All accused versions of the Illusion have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications. *See* n.1, *supra*.

[8]  All accused versions of the Illusion have similar functionality as shown in each version's respective specifications. *See* n.1, *supra*.

[9]  All accused versions of the Illusion implement the same functionality. *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.

[10]  All accused versions of the Illusion implement the same functionality. *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | Since: API Level 1<br><br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br><br>*r*  The Runnable that will be executed.[11]<br><br>█████████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Illusion includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>█████████████████████████████<br><br>"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item. |

---

[11]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[12]  All accused versions of the Illusion implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.
[13]  All accused versions of the Illusion implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

The figure below shows the Search Settings panel of the Quick Search Box and some of the Illusion (Verizon)'s pre-installed heuristic modules.  The Illusion (Verizon) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[15] All accused versions of the Illusion implement the same functionality.  *See* Table for ███████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Illusion (Verizon) provides an information descriptor to at least the Web and Contacts heuristic modules.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Illusion include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Illusion provides a subset of the heuristic modules listed below; therefore, on any given version of the Illusion, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for

---

[16]  All accused versions of the Illusion implement the same functionality.  *See* Table for ▇▇▇▇▇▇▇▇ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.

[17]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18]  All accused versions of the Illusion implement the same functionality.  *See* Table for ▇▇▇▇▇▇▇▇ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.

[19]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Memo heuristic module takes the information descriptor and formulates a query appropriate for searching a user's notes stored locally on the device using the Memo app.

The Amazon Kindle (or Kindle) heuristic module takes the information descriptor and formulates queries appropriate for searching reading materials available in a user's Kindle library for reading using the Amazon Kindle application.

The Apps (or Applications) heuristic module takes the information descriptor and formulates a query ██████████████████████████████████████████████████████ ████████████████████████████████████████████ Moreover, the Apps heuristic module uses

The Browser heuristic module takes the information descriptor and formulates a query appropriate for searching the browser history and bookmarks on the device.  The Browser heuristic module searches information stored locally in the device's browser history and bookmarks.  Such searches would include a search of the URLs and titles of bookmarks and visited web pages, but not the contents of visited web sites and not information accessed over the Internet.  Moreover, the Browser heuristic module uses ████████████████████████████ ████████

---

20  All accused versions of the Illusion implement the same functionality.  *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.

21  All accused versions of the Illusion implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition, the Contacts heuristic module uses █████████████████████████

The Google heuristic module takes the information descriptor and formulates a query appropriate for searching content on the Internet.  More specifically, this module constructs a query to be properly handled by the Google search suggestion engine, but not other search engines.

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information.  This can include email addresses, phone numbers and text in text messages stored locally on the device.  In addition, the Messaging heuristic module ██████████████████████████

The Music Player heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored in the Music Player's database, but not other music related databases accessed by other music related heuristic modules.

The Play Books (or Books) heuristic module takes the information descriptor and formulates a query ████████████████████████████████████████████████████████████████████████████████████████████

The Play Store heuristic module takes the information descriptor and formulates a query appropriate for searching app related information from the Google Play Store.

The Slacker heuristic module takes the information descriptor and formulates a query

---

[22] All accused versions of the Illusion implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.

[23] All accused versions of the Illusion implement the same functionality.  *See* Table for █████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | appropriate for searching a user's music on the Slacker servers in addition to Slacker's various music stations.  This module interacts with a music library that is separate and distinct from the music libraries searched by the Music Player and Play Music heuristic modules.<br><br>The Verizon Video heuristic module takes the information descriptor and formulates a query appropriate for searching a user's videos in the Verizon Video Store database.<br><br>The Voicemail heuristic module takes the information descriptor and formulates a query appropriate for searching a user's voicemails. |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Illusion, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Illusion, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Illusion includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br><br><br>The Illusion (Verizon) has a 3.5" TFT screen display device, as noted above in section **[6a]**.  The |

---

[24] All accused versions of the Illusion implement the same functionality.  *See* Table for ███████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app."



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Illusion |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Illusion is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Illusion |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Illusion is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Illusion (Verizon), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[25]: |

---

[25]  All accused versions of the Illusion implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG ILLUSION

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Illusion | | | |
|---|---|---|---|
| | ███████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ████████████████████████████ |
| | 2.3 | ██ | ████████████████████████████ |

| Samsung Illusion | | | |
|---|---|---|---|
| | ███████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ████████████████████████████ |
| | 2.3 | ██ | ████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Illusion** | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ██████████████████████████ |
| | 2.3 | ██ | ██████████████████████████ |

| **Samsung Illusion** | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ██████████████████████████ |
| | 2.3 | ██ | ██████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Illusion** | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ████████████████████████████████ |
| | 2.3 | ██ | ████████████████████████████████ |

| **Samsung Illusion** | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ████████████████████████████████████ |
| | 2.3 | ██ | ████████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Illusion** | | | |
|---|---|---|---|
| ███████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ████████████████ |
| | 2.3 | ██ | ████████████████ |

| **Samsung Illusion** | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ████████████████████████ |
| | 2.3 | ██ | ████████████████████████ |

604 (ILLUSION - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-18

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D18

# STRATOSPHERE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Stratosphere[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Stratosphere is an apparatus for locating information in a network.<br><br>The Stratosphere (Verizon) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Stratosphere (Verizon) includes a 1 GHz processor CPU, 4GB of on-board memory, a 4.0" Super AMOLED screen, LTE/CDMA/EVDO, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Stratosphere (Verizon)'s specifications below:<br><br> |

CPU / Processor

| Processor Speed, Type | VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz) |

---

[1] In this document, "Stratosphere" and "the device" refer to all of the following accused versions of the Samsung Stratosphere ("accused versions"): the Samsung Stratosphere (Verizon) sold with Android 2.3.  The specifications for the Stratosphere (Verizon) can be found here: http://www.gsmarena.com/samsung_i405_stratosphere-4262.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Stratosphere (Verizon), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Stratosphere or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Stratosphere.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Memory

| | |
|---|---|
| Internal Memory | 4GB |
| External Memory/microSD™ Capacity | microSD™ card |

## Network

| | |
|---|---|
| Frequencies and Data Type | LTE 700, CDMA 800/1900 |
| Data Speed | 4G LTE/EVDO RevA/1X |
| SAR value - Head (W/kg) | SAR Value: Head 0.45 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 1.15 W/kg |

### Connectivity

| | |
|---|---|
| Features | Bluetooth®, Bluetooth® Profiles, A2DP, AVCTP, AVDTP, GAVDP, HID, HFP, OPP, PBAP, SPP, AVRCP, Wi-Fi, HTML Browser with Adobe® Flash®, GPS |

## Display

| | |
|---|---|
| Main Display Resolution | 800x480 Pixel |
| Main Display Size | 4.0" |
| Main Display Technology | Super AMOLED |
| Touch Screen | Yes |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | *See* n.1, *supra*.[3]  The Stratosphere (Verizon) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Stratosphere (Verizon). |

---

[3]  All accused versions of the Stratosphere have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Stratosphere, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Stratosphere (Verizon)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Stratosphere (Verizon), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

computer network.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████████████████ |
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Stratosphere includes an interface module configured to receive an inputted information descriptor from a user-input device. |
| | For instance, the Stratosphere (Verizon)[6] has a 4.0" Super AMOLED screen. |
| |  |
| | The Stratosphere (Verizon)'s 4.0" Super AMOLED screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7] The Stratosphere (Verizon)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Stratosphere (Verizon)'s 4.0" Super AMOLED screen as shown in the screenshot above in section **[6a]**.[8] |

---

[5]   Identical functionality can be found in the ████████████████████████████████

[6]   All accused versions of the Stratosphere have similar hardware, software and functionality. *See* n.1, *supra*.

[7]   All accused versions of the Stratosphere have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications. *See* n.1, *supra*.

[8]   All accused versions of the Stratosphere have similar functionality as shown in each version's respective specifications. *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████ The postDelayed() method causes the ██████████████████ to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>r          The Runnable that will be executed.[11]<br><br>████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Stratosphere includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>████████████████████████ |

---

[9] All accused versions of the Stratosphere implement the same functionality. *See* Table for ██████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE.

[10] All accused versions of the Stratosphere implement the same functionality. *See* Table for ██████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE.

[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[12] All accused versions of the Stratosphere implement the same functionality. *See* Table for ██████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[14]

The figure below shows the Search Settings panel of the Quick Search Box and some of the Stratosphere (Verizon)'s pre-installed heuristic modules.  The Stratosphere (Verizon) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[13] All accused versions of the Stratosphere implement the same functionality.  *See* Table for ████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE.

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

[15] All accused versions of the Stratosphere implement the same functionality.  *See* Table for ████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the example above, the Stratosphere (Verizon) provides an information descriptor to at least the Web and Contacts heuristic modules.

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

The heuristic modules each implement a getContentResolver().query() method to generate

All accused versions of the Stratosphere include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Stratosphere provides a subset of the heuristic modules listed below; therefore, on any given version of the Stratosphere, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

---

[16] All accused versions of the Stratosphere implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Stratosphere implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Amazon Kindle (or Kindle) heuristic module takes the information descriptor and formulates queries appropriate for searching reading materials available in a user's Kindle library for reading using the Amazon Kindle application.

The Apps (or Applications) heuristic module takes the information descriptor and formulates a query ███████████████████████████████████████████████████  Moreover, the Apps heuristic module uses ███████████████████████████████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition, the Contacts heuristic module uses the LIKE operator in at least one SQL query.[21]

---

[19]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).
[20]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE.
[21]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The Memo heuristic module takes the information descriptor and formulates a query appropriate for searching a user's notes stored locally on the device using the Memo app.

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information.  This can include email addresses, phone numbers and text in text messages stored locally on the device.  In addition, the Messaging heuristic module uses ███████████████████████████

The Music Player heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored in the Music Player's database, but not other music related databases accessed by other music related heuristic modules.

The Slacker heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music on the Slacker servers in addition to Slacker's various music stations.  This module interacts with a music library that is separate and distinct from the music libraries searched by the Music Player and Play Music heuristic modules.

The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_result#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaCJd (last visited May 16, 2013). |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Stratosphere, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |

---

[22] All accused versions of the Stratosphere implement the same functionality.  *See* Table for ████████████████████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Stratosphere, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Stratosphere includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br><br><br>The Stratosphere (Verizon) has a 4.0" Super AMOLED screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[23]   All accused versions of the Stratosphere implement the same functionality.  *See* Table for ████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Stratosphere |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Stratosphere is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Stratosphere |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Stratosphere is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.

As shown below, as each letter of the information descriptor "app" is input into the Stratosphere (Verizon), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]: |

---

[24]  All accused versions of the Stratosphere implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG STRATOSPHERE

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Stratosphere | | | |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | 2.3.6 | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

| Samsung Stratosphere | | | |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | 2.3.6 | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Stratosphere** | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ███ | ███████████████████████ |
| | 2.3.6 | ███ | ███████████████████████ |

| **Samsung Stratosphere** | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ███ | ████████████████████████ |
| | 2.3.6 | ███ | ████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Stratosphere | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ██ | ████████████████████ |
| | 2.3.6 | ██ | ████████████████████ |

| Samsung Stratosphere | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ██ | ██████████████████████ |
| | 2.3.6 | ██ | ██████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Stratosphere | | | |
|---|---|---|---|
| ███████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ██ | ████████████████████ |
| | 2.3.6 | ██ | ████████████████████ |

| Samsung Stratosphere | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ██ | ████████████████████████ |
| | 2.3.6 | ██ | ████████████████████████ |

604 (STRATOSPHERE - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-19

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D19

# TRANSFORM ULTRA

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Transform Ultra[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Transform Ultra is an apparatus for locating information in a network.<br><br>The Transform Ultra (Boost Mobile) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Transform Ultra (Boost Mobile) includes a 1 GHz processor CPU, 952 MB of on-board memory, a 3.5" TFT screen, CDMA/EVDO, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the Transform Ultra (Boost Mobile)'s specifications below: |

---

[1]  In this document, "Transform Ultra" and "the device" refer to all of the following accused versions of the Samsung Transform Ultra ("accused versions"): the Samsung Transform Ultra (Boost Mobile) sold with Android 2.3 and the Samsung Transform Ultra (Sprint) sold with Android 2.3.  The specifications for the Transform Ultra (Boost Mobile) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKABST-specs (last visited May 5, 2013).  The specifications for the Transform Ultra (Sprint) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Transform Ultra (Boost Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Transform Ultra or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Transform Ultra.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | *See* n.1, *supra*.[3]  The Transform Ultra (Boost Mobile) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Transform Ultra (Boost Mobile). |
|---|---|

---

[3]  All accused versions of the Transform Ultra have similar hardware, software, and functionality as shown in each version's respective specifications.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Transform Ultra, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files: src/com/google/android/searchcommon/suggest/presenter/SuggestionsPresenter.java, src/com/google/android/velvet/presenter/SuggestionsPresenter.java,

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Transform Ultra (Boost Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Transform Ultra (Boost Mobile), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[5] Identical functionality can be found in ██████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| [6b] an interface module configured to receive an inputted information descriptor from a user-input device; | The Transform Ultra includes an interface module configured to receive an inputted information descriptor from a user-input device. |
|---|---|

The Transform Ultra includes an interface module configured to receive an inputted information descriptor from a user-input device.

For instance, the Transform Ultra (Boost Mobile)[6] has a 3.5" TFT screen.

| DISPLAY | Type | TFT capacitive touchscreen, 256K colors |
|---|---|---|
| | Size | 320 x 480 pixels, 3.5 inches (~165 ppi pixel density) |
| | Multitouch | Yes |

The Transform Ultra (Boost Mobile)'s 3.5" TFT screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[7] The Transform Ultra (Boost Mobile)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information descriptor is subsequently displayed on the Transform Ultra (Boost Mobile)'s 3.5" TFT screen as shown in the screenshot above in section [6a].[8]

████████████████████████████████████████ The postDelayed() method causes the ████████████████████ method to execute, as described in the Android online documentation:

public final boolean postDelayed (Runnable r, long delayMillis)
Since: API Level 1

---

[6]   All accused versions of the Transform Ultra have similar hardware, software and functionality.  *See* n.1, *supra*.
[7]   All accused versions of the Transform Ultra have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects as shown in each version's respective specifications.  *See* n.1, *supra*.
[8]   All accused versions of the Transform Ultra have similar functionality as shown in each version's respective specifications.  *See* n.1, *supra*.
[9]   All accused versions of the Transform Ultra implement the same functionality.  *See* Table for ██████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA.
[10]  All accused versions of the Transform Ultra implement the same functionality.  *See* Table for ██████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br> r          The Runnable that will be executed. [11]<br><br>████████████████████████████████<br>████████████████████████████████<br>████████████████████████████████ |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Transform Ultra includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>████████████████████████████████<br>████████████████████████████████<br>████████████████████████████████<br>████████████████████████████████<br><br>"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item. |

---

[11]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[12]  All accused versions of the Transform Ultra implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA.
[13]  All accused versions of the Transform Ultra implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration." [14]



The figure below shows the Search Settings panel of the Quick Search Box and some of the Transform Ultra (Boost Mobile)'s pre-installed heuristic modules.  The Transform Ultra (Boost Mobile) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[14] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[15] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for ███████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Transform Ultra (Boost Mobile) provides an information descriptor to at least the Web and Contacts heuristic modules.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[17]

All accused versions of the Transform Ultra include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each accused version of the Transform Ultra provides a subset of the heuristic modules listed below; therefore, on any given version of the Transform Ultra, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[19]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for

---

[16] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA.

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[18] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for ████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA.

[19] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

information in that respective area. Each heuristic module receives an information descriptor that does not fully convey the intent of the user. Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Web heuristic module takes the information descriptor and formulates a query appropriate for searching browser history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.

The Apps (or Applications) heuristic module takes the information descriptor and formulates a query appropriate for searching a device's APPLICATIONS_TABLE, which contains identifying information about the apps on the device. Moreover, the Apps heuristic module uses ███████████████████████████████████

The Play Books (or Books) heuristic module takes the information descriptor and formulates a query ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

The Contacts (or People) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts. This can include searching for information such as phone numbers, email addresses and names stored locally on the device. In addition, the Contacts heuristic module uses ██████████████████████████

The Messaging (or MMS) heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts and text message information. This can include

---

[20] All accused versions of the Transform Ultra implement the same functionality. *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA.

[21] All accused versions of the Transform Ultra implement the same functionality. *See* Table for ████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | email addresses, phone numbers and text in text messages stored locally on the device.  In addition, the Messaging heuristic module uses ███████████████████████████████ <br><br> The Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's music stored locally on the device.  This search can include a search for artist, album and track names.  In addition, the Music heuristic module uses ███████████████ ███████████████ <br><br> The Voice Search heuristic module takes the information descriptor and formulates a query appropriate for searching a user's phone, the web, and nearby locations by speaking, instead of typing.  Like the Voice Search application itself, this heuristic module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id=com.google.android.voicesearch&feature=search_r resul#?t=W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjJd (last visited May 16, 2013). |
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Transform Ultra, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above in section **[6c]**. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Transform Ultra, the search areas include storage media accessible by the apparatus as described above in section **[6c]**. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Transform Ultra includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. <br><br> ████████████████████████████████████████ ████████████████████████████████████████ |

---

[22]  All accused versions of the Transform Ultra implement the same functionality.  *See* Table for ████████████████████████████████ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| | The Transform Ultra (Boost Mobile) has a 3.5" TFT screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[23] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮▮ in APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Transform Ultra |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Transform Ultra is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Transform Ultra |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Transform Ultra is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Transform Ultra (Boost Mobile), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[24]: |

---

[24]   All accused versions of the Transform Ultra implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### APPENDIX – U.S. PATENT NO. 8,086,604 – SAMSUNG TRANSFORM ULTRA

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accuse device or another Maintenance Release listed in this chart.

| Samsung Transform Ultra | | | |
|---|---|---|---|
| ██████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ██████ | █████████████████████████████████ |
| | 2.3.6 | ██████ | █████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Transform Ultra** | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ███ | ████████████████████████████ |
| | 2.3.6 | ███ | ████████████████████████████ |

| **Samsung Transform Ultra** | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ███ | ████████████████████████████ |
| | 2.3.6 | ███ | ████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Samsung Transform Ultra | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ████ | ████████████████████████ |
| | 2.3.6 | ████ | ████████████████████████ |

| Samsung Transform Ultra | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ████ | ██████████████████████ |
| | 2.3.6 | ████ | ██████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Transform Ultra** | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ███ | ████████████████████████████ |
| | 2.3.6 | ███ | ████████████████████████████ |

| **Samsung Transform Ultra** | | | |
|---|---|---|---|
| ██████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ███ | ████████████████████ |
| | 2.3.6 | ███ | ████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| **Samsung Transform Ultra** | | | |
|---|---|---|---|
| █████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ████ | ████████████████████████████ |
| | 2.3.6 | ████ | ████████████████████████████ |

604 (TRANSFORM ULTRA - SOURCE CODE APPENDIX).DOCX

# EXHIBIT D-20

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT D20

# GALAXY S4

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
**FILED UNDER SEAL**

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S4[1] |
|---|---|
| **[6a]** An apparatus for locating information in a network, comprising[2]: | To the extent the preamble of claim 6 may be construed to be limiting, the Samsung Galaxy S4 is an apparatus for locating information in a network.<br><br>The Galaxy S4 (Sprint) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S4 (Sprint) includes a 1.9 GHz Quad Core processor CPU, 2 GB (RAM) plus 16 GB (ROM) of on-board memory, a 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen, LTE/CDMA/HSPA/UMTS/GSM, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network as shown in the screenshots of the Galaxy S4's specifications below: |

---

[1]  In this document, "Galaxy S4" and "the device" refer to all of the following accused versions of the Samsung Galaxy S4 ("accused versions"): the Samsung Galaxy S4 (any and all carriers) sold with Android Jelly Bean.  The specifications for the Galaxy S4 (Sprint) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L720ZWASPR-specs (last visited May 9, 2013).  Upon information and belief, these specifications do not vary across carriers.  All citations to source code are to publicly available Android source code available for download at http://source.android.com/source/downloading.html (last visited May 10, 2013).  On information and belief, all versions of the Samsung Galaxy S4 run a version of the Android operating system that, for purposes of the analysis contained herein, is identical in all relvant respects to the publicly available Android source code referenced herein.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code and is not necessarily the exclusive source code for those instructions or functionality.  The specifications cited in the main text of this document refer to the Galaxy S4 (Sprint), unless otherwise specified.  Upon information and belief, the infringing functionality outlined in this document does not vary across any accused version of the Galaxy S4 or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S4.

[2]  Apple's inclusion of citations related to any claim preamble in this document should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Category | |
|---|---|
| Type | Galaxy S |

| Carrier | |
|---|---|
| Type | Sprint |

| Form Factor | |
|---|---|
| Form Factor | Bar, Touch screen |

| Size | |
|---|---|
| Product Dimensions (inches) | 5.38" x 2.74" x 0.31" |
| Weight (ounces) | 4.59 oz. |

| Color | |
|---|---|
| Color | White Frost |

| Battery | |
|---|---|
| Battery, Standby | 3G: Up to 350 Hours; 4G: Up to 300 Hours* |
| Battery, Talk Time | Up to 17 Hours* |
| Battery Type and Size | 3.8 Volt, Lithium Ion, 2600 mAh |
| Music Play Time | Up to 69 Hours* |
| Video Play Time | Up to 11 Hours* |
| Internet Use Time | 3G: Up to 8 Hours; 4G: Up to 8 Hours; WiFi: Up to 10 Hours* |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Network | |
| --- | --- |
| **Frequencies and Data Type** | LTE: Band 25; CDMA 1x/EVDO Rev.A: 800/1900MHz; HSPA+/UMTS: 850/900/1900/2100MHz; GSM: 850/900/1800/1900MHz |
| **SAR value - Head (W/kg)** | SAR Value: Head 0.98 W/kg |
| **SAR value - Body Worn (W/kg)** | SAR Value: Body 1.58 W/kg |

| Platform | |
| --- | --- |
| **Platform** | Android™ 4.2.2, Jelly Bean |

| CPU / Processor | |
| --- | --- |
| **Processor Speed, Type** | 1.9GHz Quad Core |

| Display | |
| --- | --- |
| **Main Display Resolution** | 1920 x 1080 Pixel, 441 ppi |
| **Main Display Size** | 5" |
| **Main Display Technology** | HD Super AMOLED™ |

| User Interface | |
| --- | --- |
| **Features** | Accelerometer; Air Gestures™; Air View™; Barometer; Geomagnetic; Gyro; Proximity; RGB Light; Samsung Traditional UI; Smart Gestures; Smart Pause™; Smart Scroll™; Smart Unlock; Temperature & Humidity; TouchWiz®; Widgets |

3

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Features | |
|---|---|
| GPS Navigation | Yes |
| Business/Enterprise | Yes |
| Premium Camera | Yes |
| NFC | Yes |
| Noise Cancellation | Yes |
| Enabled for 4G LTE | Yes |

| Camera | |
|---|---|
| Camera Resolution | 13MP |
| Front-facing Camera Resolution | 2.0MP |
| Digital Optical Zoom | 4x |
| Features | Auto Focus; Dual-Camera; Dual-Recording; Geo-Tagging; HD Playback; HD Recording; LED Flash; Online Image Uploading; Photo Editing; Sharing Capabilities: Bluetooth®, Buddy Photo Share, Dropbox®, Email, Flipboard, Gmail™, Google+™, Group Play, Messaging, NFC, Picasa™, S Beam™, S Memo, Samsung Link, Share Shot, Wi-Fi Direct™; Shot Modes: Animated Photo, Auto, Beauty Face, Best Face, Best Photo, Drama Shot, Eraser Shot, Rich tone (HDR), Night, Panorama, Sound & Shot, Sports; Slow Motion Recording; TV/Video-Out; Video; Video Editing; Zero Shutter Lag |

| Audio | |
|---|---|
| Features | Audio Streaming; Compatible Music Files: AAC, AMR, MP3, OGG, WMA/ASF, 3GA/M4A, FLAC, WAV; MP3/MP4/Music Tones; Music Player; Ringtones, Polyphonic |

| Video | |
|---|---|
| Features | Compatible Video Files: AVI/DIVX, WMV/ASF, FLV, MKV, MP4/3GP, WEBM; Video Player; Video Streaming |

| Fun and Entertainment | |
|---|---|
| Features | Downloadable Content; IR Remote Control; S Translator; S Voice™; Samsung Hub; Samsung Widget Gallery; Wallpapers, Animated; WatchON |

4

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Business & Office | |
|---|---|
| Features | Enterprise-Ready; Corporate E-mail/Calendar/Contacts; Microsoft® Office-compatible; Mobile Device Management; OCR/Business Card/Photo Scanner; On-Device Encryption (ODE); SAFE™; Virtual Private Network; Polaris Office 5 |

| Messaging Options | |
|---|---|
| Features | Email; Picture Messaging; Text Messaging; Video Messaging |

| Connectivity | |
|---|---|
| Features | Bluetooth® Profiles: A2DP, AVRCP, GAVDP, GOEP, HFP, HID, HSP, MAP, OBEX, OPP, PAN, PBAP, SPP; NFC; Wi-Fi®; Wi-Fi® Hotspot |

| Memory | |
|---|---|
| Internal Memory | 2 GB RAM, 16 GB ROM |
| External Memory/microSD™ Capacity | Up to 64GB |

| Calling Functions | |
|---|---|
| Features | Airline Mode; Call Block; Hearing Aid Compatible (HAC); Multitasking; Picture Caller ID; Speakerphone; Speech-to-Text; Text-to-Speech; TTY; Visual Voicemail; Voicemail; Voice Recognition |

*See* n.1, *supra*.[3]  The Galaxy S4 (Sprint) includes the Android Quick Search Box, which is a "new system-wide search framework, which makes it possible for users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google")

---

[3] Upon information and belief, all accused versions of the Galaxy S4 have similar hardware, software, and functionality as shown in each version's respective specifications.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  *See also* "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Galaxy S4, the Quick Search Box is now referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document.  For all Quick Search Box functionality described herein, similar functionality that operates identically for relevant purposes can be found in Google Now code, found in:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

forms part of the default user interface available from the home screen on the Galaxy S4 (Sprint).



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy S4 (Sprint)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S4 (Sprint), and the Quick Search Box has located, among other things, Google search suggestions correlating to the information identifier "app" from the Internet, a computer network.



---

5  Identical functionality can be found in the ███████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| **[6b]** an interface module configured to receive an inputted information descriptor from a user-input device; | The Galaxy S4 includes an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>For instance, the Galaxy S4 (Sprint)[6] has a 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen.<br><br><br><br>*See* n.1, *supra*.[7]  The Galaxy S4 (Sprint)'s 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[8]  The Galaxy S4 (Sprint)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box, and the inputted information description is subsequently displayed on the Galaxy S4 (Sprint)'s 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen as shown in the screenshot above in section **[6a]**.[9]<br><br> |

---

[6]  Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.
[7]  Upon information and belief, all accused versions of the Galaxy S4 have similar hardware.
[8]  Upon information and belief, all accused versions of the Galaxy S4 have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects.  *See* n.1, *supra*.
[9]  Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.  *See* n.1, *supra*.
[10]  Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.  *See* http://grepcode.com/file/repository.grepcode.com/java/ext/com.google.android/android-apps/4.0.3_r1/com/android/quicksearchbox/ui/SearchActivityView.java (last visited May 10, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



|  |  |
|---|---|
|  | ████████████████████████████████████ The postDelayed() method causes the ████████████ to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** (Runnable r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.<br>**Parameters**<br>r          The Runnable that will be executed.[12] |
| **[6c]** a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Galaxy S4 includes a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor. |

---

[11] Upon information and belief, all accused versions of the Galaxy S4 implement the same functionality.  *See* http://code.google.com/p/android-cookbook/source/browse/trunk/TunesControl/src/org/tunescontrol/SearchActivity.java?r=7 (last visited May 10, 2013).

[12] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[13] Upon information and belief, all accused versions of the Galaxy S4 implement the same functionality.  *See* http://code.google.com/p/android-cookbook/source/browse/trunk/TunesControl/src/org/tunescontrol/SearchActivity.java?r=7 (last visited May 10, 2013).

[14] Upon information and belief, all accused versions of the Galaxy S4 implement the same functionality.  *See* http://code.google.com/p/android-cookbook/source/browse/trunk/TunesControl/src/org/tunescontrol/SearchActivity.java?r=7 (last visited May 10, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[15]



The figure below shows the Search Settings panel of the Quick Search Box and some of the Galaxy S4 (Sprint)'s pre-installed heuristic modules.  The Galaxy S4 (Sprint) provides the information descriptor to selected heuristic modules (marked with check marks).

---

[15] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[16] Upon information and belief, all accused versions of the Galaxy S4 implement the same functionality.  *See* http://code.google.com/p/android-cookbook/source/browse/trunk/TunesControl/src/org/tunescontrol/SearchActivity.java?r=7 (last visited May 10, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Galaxy S4 (Sprint) provides an information descriptor to at least the Apps, Chrome, Contacts, Play Books, Play Movies & TV and Play Music heuristic modules.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[18]

Upon information and belief, all accused versions of the Galaxy S4 include a plurality of heuristic modules, each corresponding to a respective area of search and employing a different, predetermined heuristic algorithm corresponding to its respective area of search.  Each version of the Galaxy S4 provides a subset of the heuristic modules listed below; therefore, on any given version of the Galaxy S4, each heuristic module employs a different, predetermined heuristic algorithm corresponding to its respective area of search.

Each of the heuristic modules listed below employs a different, predetermined heuristic algorithm corresponding to a respective area of search.[20]  Each heuristic module's respective area of search is different, and each heuristic module employs a rule of thumb to search for information in that respective area.  Each heuristic module receives an information descriptor

---

[17] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[18] *See id.*
[19] Upon information and belief, all accused versions of the Galaxy S4 implement the same functionality. http://grepcode.com/file/repository.grepcode.com/java/ext/com.google.android/android-apps/4.1.1_r1/com/android/quicksearchbox/SearchableSource.java (last visited May 10, 2013).
[20] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

that does not fully convey the intent of the user.  Each heuristic algorithm uses a rule of thumb appropriate for its search area to use the information descriptor to generate an appropriate query or queries to search its search area and generate suggestions.

The Apps heuristic module takes the information descriptor and formulates a query appropriate for searching a device's APPLICATIONS_TABLE, which contains identifying information about the apps on the device.  Moreover, the Apps heuristic module uses an ORDER BY clause in at least one SQL query.  This functionality is illustrated in the Android public code at https://android.googlesource.com/platform/packages/providers/ApplicationsProvider/+/e1d0f865 0361fe8509f6dee52066619f88943e6d/src/com/android/providers/applications/ApplicationsProvi der.java (last visited May 9, 2013).

The Chrome heuristic module takes the information descriptor and formulates a query appropriate for searching the browser history and bookmarks.  The Chrome heuristic module searches information stored locally in the device's browser history and bookmarks.  Such searches would include a search of the URLs and titles of bookmarks and visited web pages, but not the contents of visited web sites and not information accessed over the Internet.

The Contacts heuristic module takes the information descriptor and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition, on information and belief, the Contacts heuristic module uses the LIKE operator in at least one SQL query.  This functionality is illustrated in the Android public code at http://grepcode.com/file/repository.grepcode.com/java/ext/com.google.android/android-apps/4.0.1_r1/com/android/providers/contacts/ContactsProvider2.java (last visited May 9, 2013).  The LIKE operator is described at http://www.sqlite.org/lang_expr.html (last visited May 9, 2013).

The Email heuristic module takes the information descriptor and formulates a query appropriate for searching a user's email content sent from the Email app.  In addition, on information and belief, the Email heuristic module uses the LIKE operator in at least one SQL query.

The Music heuristic module takes the information descriptor and formulates a query appropriate

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | for searching a user's music.  This search can include a search for artist, album and track names.  In addition, on information and belief, the Music heuristic module uses the LIKE operator in at least one SQL query. |
| | The Play Books heuristic module takes the information descriptor and formulates a query appropriate for searching a user's books in a user's Play Store library, but not movies or TV shows stored in a user's Play Store library. |
| | The Play Movies & TV heuristic module takes the information descriptor and formulates a query appropriate for searching a user's rented videos and TV shows, but not music stored in a user's Play Store library. |
| | The Play Music heuristic module takes the information descriptor and formulates a query appropriate for searching a user's Play Store Music library.  The Play Store stores a user's music library both online and on local storage as described at https://play.google.com/store/apps/details?id=com.google.android.music&hl=en (last visited May 9, 2013).  This music library is separate and distinct from the music library searched by the Music heuristic and stores the library in a different manner. |
| | The Sprint Zone heuristic module takes the information descriptor and formulates a query appropriate for searching Sprint-related content on the device and remotely as describe at http://www.sprint.com/landings/mysprint/index.html?ECID=vanity:mysprint (last visited May 9, 2013). |
| | The TripAdvisor heuristic module takes the information descriptor and formulates a query appropriate for searching travel related information from Trip Advisor. |
| | The Voicemail heuristic module takes the information descriptor and formulates a query appropriate for searching a user's voicemails. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| **[6d]** each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | In the Galaxy S4, each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area as described above. |
| **[6e]** the search areas include storage media accessible by the apparatus; and | In the Galaxy S4, the search areas include storage media accessible by the apparatus as described above. |
| **[6f]** a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Galaxy S4 includes a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br><br><br>The Samsung Galaxy S4 (Sprint) has a 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen display device, as noted above in section **[6a]**.  The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules.  For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[21] Upon information and belief, all accused versions of the Galaxy S4 implement the same functionality.  *See* http://code.google.com/p/android-cookbook/source/browse/trunk/TunesControl/src/org/tunescontrol/SearchActivity.java?r=7 (last visited May 10, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S4 |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy S4 is an apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  As described above for claim element **[6c]**, each of the heuristic algorithms is different and particularized to its associated relevant area of search. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S4 |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Galaxy S4 is an apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S4 (Sprint), the heuristic modules search for information that corresponds to the portions of the information descriptor as the portions are being received[22]: |

---

[22]   Upon information and belief, all accused versions of the Galaxy S4 implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

