# EXHIBIT H-1

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H1

# ADMIRE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Admire[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Admire performs a method for locating information in a computer system.<br><br>The Admire (Metro PCS) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Admire (Metro PCS) includes a 800 MHz processor CPU, 196 MB of on-board memory, a 3.5" TFT screen, CDMA/EVDO, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br> |

---

[1] In this document, "Admire" refers to all of the following accused versions of the Samsung Admire ("accused versions"): the Samsung Admire (Metro PCS) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Admire running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Admire (Metro PCS), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Admire or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Admire.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Display

| | |
|---|---|
| Main Display Resolution | 320x480 |
| Main Display Size | 3.5" |
| Main Display Technology | HVGA 262K TFT |
| Touch Screen | Yes |

## Connectivity

| | |
|---|---|
| Features | Bluetooth®; Bluetooth® Profiles: A2DP, AVRCP, GAVDP, GOEP, HSP, HFP, OPP, PBAP; Wi-Fi; HTML Browser; GPS |

## Features

- 3.5-inch (320x480 pixel) full touch screen
- CDMA 1X/EVDO Wireless Technology
- Android platform
- Motion and position sensitivity
- Full integration with Google applications, including Google Search, Google Maps, Google Talk, and Gmail
- Android Market, plus pre-loaded applications
- Messaging Services
  – Text Messaging
  – Picture Messaging
  – Voice Mail
  – Email
  – Mobile Instant Messenger (IM)
  – Talk (chat application)

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | *See* n.1, *supra*.[3]  The Admire (Metro PCS) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Admire (Metro PCS). |

---

[3]  All accused versions of the Admire have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra.*

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013)

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Admire (Metro PCS)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung encourages the use of the feature through the inclusion of the feature in the Admire (Metro PCS) user's manual:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | **Google Search**<br><br>Search the internet, and your device, using the Google™ search engine.<br><br>Tip: The Google Search widget appears on the Home screen by default. For information about displaying widgets on the Home screen, see "Adding Widgets to a Home Screen panel" on page 20.<br><br>▶ Navigate to a Home screen panel, then touch ⊞ Applications ➔ 8 Google Search. |
| inputting an information identifier; | The Samsung Admire performs the step of inputting an information identifier.<br><br>The Admire (Metro PCS) has a 3.5" TFT screen.<br><br><table><tr><td colspan="2">**Display**</td></tr><tr><td>**Main Display Resolution**</td><td>320x480</td></tr><tr><td>**Main Display Size**</td><td>3.5"</td></tr><tr><td>**Main Display Technology**</td><td>HVGA 262K TFT</td></tr><tr><td>**Touch Screen**</td><td>Yes</td></tr></table><br>The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Admire (Metro PCS) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing said information identifier to a plurality of | The Samsung Admire performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier. |

---

[5] Identical functionality can be found in the Google Now package located in /src/com/android/velvet/.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| plug-in modules each using a different heuristic to locate information which matches said identifier; | For example, the Admire (Metro PCS)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Admire (Metro PCS) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.

"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the

---

[6] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[7] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  r                The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Admire (Metro PCS) determines which plug-in modules ████████████████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.

---

[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[10]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]



"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



16 All accused versions of the device implement the same functionality. *See* Table for ████████████ in the Source Code Appendix.
17 All accused versions of the device implement the same functionality. *See* Table for ████████████ in the Source Code Appendix.
18 All accused versions of the device implement the same functionality. *See* Table for ████████████ and ████████████ in the Source Code Appendix.

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Admire performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Admire (Metro PCS) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[19]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Admire |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Admire includes computer readable media. <br><br> Computer memory is a form of computer-readable medium.  For example, the Admire (Metro PCS) contains 196 MB of on-board memory, as indicated on the specifications on Samsung's web site: <br><br>  <br><br> The Admire (Metro PCS), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Admire comprises a computer readable medium for locating information from a plurality of locations containing program instructions. <br><br> For example, the Admire (Metro PCS) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21] |

---

[20]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[21]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). ████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Admire (Metro PCS).



The figure below shows the Admire (Metro PCS)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Admire (Metro PCS), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

19

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
|---|---|
| receive an information identifier; | The Samsung Admire comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Admire (Metro PCS) has a 3.5" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 320x480 |
| **Main Display Size** | 3.5" |
| **Main Display Technology** | HVGA 262K TFT |
| **Touch Screen** | Yes |

The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Admire (Metro PCS) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

21

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate | The Samsung Admire comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
|---|---|

[22] Identical functionality can be found in the ███████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| information in the plurality of locations which include the Internet and local storage media; | For example, the Admire (Metro PCS)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Admire (Metro PCS).  The Admire (Metro PCS) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



method calls the postDelayed() method.  *Id.*  The postDelayed() method causes the
method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable
will be run on the thread to which this handler is attached.
**Parameters**
r               The Runnable that will be executed.[25]

The Search Settings panel for the Quick Search Box on the Admire (Metro PCS) determines which heuristics
perform the query upon as described in the Android Developer's
Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to

---

[23] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[24] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[25] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[26] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[27] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Admire include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information

---

[28]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[29]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[30]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[32]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.



---

[33] All accused versions of the device implement the same functionality.  *See* Table for ███████████████ in the Source Code Appendix.
[34] All accused versions of the device implement the same functionality.  *See* Table for ███████████████ in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality.  *See* Table for ███████████████ and ███████████████ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Admire comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Admire (Metro PCS) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[36] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Admire |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Admire comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.

29

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Admire |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Admire comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Appendix – 6,847,959 for the Admire

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Admire | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ████ | ████████████████████████ |
|  | 2.3.6 | ████ | ████████████████████████ |
|  | 2.3.6 | ████ | ████████████████████████ |

| Samsung Admire | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ████ | ████████████████████████ |
|  | 2.3.6 | ████ | ████████████████████████ |
|  | 2.3.6 | ████ | ████████████████████████ |

| Samsung Admire | | | |
|---|---|---|---|
| | | ██████ | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ████ | ███████████████████ |
| | 2.3.6 | ███ | ███████████████████ |
| | 2.3.6 | ███ | ███████████████████ |

| Samsung Admire | | | |
|---|---|---|---|
| | | ██████ | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ████ | ████████████████████ |
| | 2.3.6 | ███ | ████████████████████ |
| | 2.3.6 | ███ | ████████████████████ |

| Samsung Admire | | | |
|---|---|---|---|
| | ██████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ████ | ████████████████ |
| | 2.3.6 | ████ | ████████████████ |
| | 2.3.6 | ████ | ████████████████ |

| Samsung Admire | | | |
|---|---|---|---|
| | ██████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ████ | ████████████████████ |
| | 2.3.6 | ████ | ████████████████████ |
| | 2.3.6 | ████ | ████████████████████ |

| Samsung Admire | | | |
| --- | --- | --- | --- |
| | ███████████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ██ | ████████████████████████ |
| | 2.3.6 | ██ | ████████████████████████ |
| | 2.3.6 | ██ | ████████████████████████ |

| Samsung Admire | | | |
| --- | --- | --- | --- |
| | ████████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-R720 | 2.3.4 | ██ | ███████████████████████ |
| | 2.3.6 | ██ | ███████████████████████ |
| | 2.3.6 | ██ | ███████████████████████ |

604 (ADMIRE - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-2

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H2

# CAPTIVATE GLIDE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Captivate Glide[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Captivate Glide performs a method for locating information in a computer system.<br><br>The Captivate Glide (AT&T) running Android 2.3 is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Captivate Glide (AT&T) running Android 2.3 includes a 1 GHz dual core processor CPU, 1 GB of on-board memory, a 4.0" Super AMOLED screen, UMTS/GSM/HSPA+21, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br> |

---

[1]  In this document, "Captivate Glide" refers to all of the following accused versions of the Samsung Captivate Glide ("accused versions"): the Samsung Captivate Glide (AT&T) sold with Android 2.3, the Samsung Captivate Glide (AT&T) sold with Android 4.0, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Captivate Glide (shipped with Android 2.3 but upgradeable to Android 4.0 according to http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00048593&fm_seq=53023 (last visited May 3, 2013)) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Captivate Glide (AT&T) running Android 2.3, unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Captivate Glide or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Captivate Glide.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Display

| | |
|---|---|
| Main Display Resolution | 480x800 Pixels |
| Main Display Size | 4.0" |
| Main Display Technology | Super AMOLED™ |

### CPU / Processor

| | |
|---|---|
| Processor Speed, Type | 1GHz Dual-core Tegra™ 2 Processor |

### Network

| | |
|---|---|
| Frequencies and Data Type | UMTS 850/1900/2100; GSM 850/900/1800/1900 |
| Data Speed | 4G HSPA+ 21 Mbps (Category 14) |
| SAR value - Head (W/kg) | SAR Value: Head 0.20 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.54 W/kg |

• Built-in Bluetooth and Wi-Fi technology

*See* n.1, *supra*.[3]  The Captivate Glide (AT&T) running Android 2.3 includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3] All accused versions of the Captivate Glide have similar hardware, software, and functionality as shown in each version's respective specifications. *See* n.1, *supra*.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). ████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Captivate Glide (AT&T) running Android 2.3.



The figure below shows the Captivate Glide (AT&T) running Android 2.3's screen when the user taps the Quick

the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung encourages the use of the feature through the inclusion of the feature in the Captivate Glide (AT&T) running Android 2.3 user's manual:

**Google Search**

The Google Search Bar provides you an on-screen Internet search engine powered by Google™. For more information, refer to *"Google Search Bar"* on page 24.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| inputting an information identifier; | The Samsung Captivate Glide performs the step of inputting an information identifier.

The Captivate Glide (AT&T) running Android 2.3 has a 4.0" Super AMOLED screen.



The 4.0" Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Captivate Glide (AT&T) running Android 2.3 receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| providing said information identifier to a plurality of plug-in modules each using a different heuristic to | The Samsung Captivate Glide performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Captivate Glide (AT&T) running Android 2.3's Quick Search Box provides a plurality of plug-in |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| locate information which matches said identifier; | modules.  As shown below, the Search Settings panel for the Quick Search Box on the Captivate Glide (AT&T) running Android 2.3 provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)

---

6  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.
7  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r            The Runnable that will be executed.[8]



The Search Settings panel for the Quick Search Box on the Captivate Glide (AT&T) running Android 2.3 determines which plug-in modules ██████████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for

---

[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.
[10]  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

███████████████████████████████████████████████

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

███████████████████████████████████████████████

All accused versions of the Captivate Glide include a plurality of plug-in modules each using a different heuristic. Each accused version of the Captivate Glide provides a subset of the plug-in modules listed below; therefore on any given version of the Captivate Glide the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.

███████████████████████████████████████████████

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[16] All accused versions of the device implement the same functionality.  *See* Table for ███████████ in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality.  *See* Table for ███████████ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for ███████████ and ███████████ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ██████████████████████████████████ Like the Voice Search application itself, this plug-in module interprets voice commands using rules of thumb to determine what a user is searching for as described here: https://play.google.com/store/apps/details?id= com.google.android.voicesearch&feature= search_rresul#?t= W251bGwsMSwxLDEsImNvbS5nb29nbGUuYW5kcm9pZC52b2ljZXNlYXJjaCJd (last visited May 16, 2013). |
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Captivate Glide performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Captivate Glide (AT&T) running Android 2.3 is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[19] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Captivate Glide includes computer readable media. <br><br> Computer memory is a form of computer-readable medium.  For example, the Captivate Glide (AT&T) running Android 2.3 contains 1 GB of on-board memory, as indicated on the specifications on Samsung's web site: <br><br>  <br><br> The Captivate Glide (AT&T) running Android 2.3, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Captivate Glide comprises a computer readable medium for locating information from a plurality of locations containing program instructions. <br><br> For example, the Captivate Glide (AT&T) running Android 2.3 includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21] |

---

[20]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[21]   "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). ████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Captivate Glide (AT&T) running Android 2.3.



The figure below shows the Captivate Glide (AT&T) running Android 2.3's screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Captivate Glide (AT&T) running Android 2.3, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

17

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| | |
|---|---|
| receive an information identifier; | The Samsung Captivate Glide comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Captivate Glide (AT&T) running Android 2.3 has a 4.0" Super AMOLED screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 480x800 Pixels |
| **Main Display Size** | 4.0" |
| **Main Display Technology** | Super AMOLED™ |

The 4.0" Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Captivate Glide (AT&T) running Android 2.3 receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate | The Samsung Captivate Glide comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
|---|---|

[22] Identical functionality can be found in the Google Now package located in ███████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| information in the plurality of locations which include the Internet and local storage media; | For example, the Captivate Glide (AT&T) running Android 2.3's Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Captivate Glide (AT&T) running Android 2.3.  The Captivate Glide (AT&T) running Android 2.3 provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br><br><br>The postDelayed() method causes the |
|---|---|

23 All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.

24 All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
 r                    The Runnable that will be executed.[25]

The Search Settings panel for the Quick Search Box on the Captivate Glide (AT&T) running Android 2.3 determines which heuristics ████████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The

---

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Captivate Glide include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[28] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[29] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.
[30] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.
[32] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[33] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮ .java in the Source Code Appendix.
[34] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮ .java in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮ .java and ▮▮▮▮▮▮▮ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Captivate Glide comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Captivate Glide (AT&T) running Android 2.3 is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[36] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Captivate Glide comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Captivate Glide comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Captivate Glide

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Captivate Glide | | | |
|---|---|---|---|
| █████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ████████ | ████████████████████████████ |
| | 4.0.4 | ████████ | ████████████████████████████████ |

| Samsung Captivate Glide | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ███████ | ████████████████████ |
| | 4.0.4 | ██████ | ████████████████████████████ |

| Samsung Captivate Glide | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ███████ | ████████████████████ |
| | 4.0.4 | ██████ | ████████████████████████████ |

| Samsung Captivate Glide | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ██████ | ████████████████████████ |
| | 4.0.4 | ██████ | ████████████████████████ |

| Samsung Captivate Glide | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ██████ | ████████████████████ |
| | 4.0.4 | ██████ | ████████████████████████ |



| Samsung Captivate Glide | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ███████ | █████████████████ |
| | 4.0.4 | ███████ | ██████████████████████████████ |

| Samsung Captivate Glide | | | |
|---|---|---|---|
| ████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ████████████████ | |
| | 4.0.4 | ██████ | ██████████████████████████████ |



| Samsung Captivate Glide | | | |
|---|---|---|---|
| ████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I927 | 2.3.5 | ████ | ███████████████████████ |
| | 4.0.4 | ████ | █████████████████████████████████████ |

604 (CAPTIVATE GLIDE - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-3

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H3

# CONQUER 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Conquer 4G[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Conquer 4G performs a method for locating information in a computer system.<br><br>The Conquer 4G (Sprint) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Conquer 4G (Sprint) includes a 1 GHz processor CPU, 512MB of on-board memory, a 3.5" TFT screen, CDMA/EVDO, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited. |



---

[1] In this document, "Conquer 4G" refers to all of the following accused versions of the Samsung Conquer 4G ("accused versions"): the Samsung Conquer 4G (Sprint) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Conquer 4G running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Conquer 4G (Sprint), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Conquer 4G or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Conquer 4G.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Display

| Main Display Resolution | HVGA |
| --- | --- |
| Main Display Size | 3.5" Display |
| Main Display Technology | 262K TFT |
| Touch Screen | Yes |

## Network

| Frequencies and Data Type | CDMA Dualband: |
| --- | --- |
| Data Speed | EVDO REV A |
| SAR value - Head (W/kg) | SAR Value: Head 0.76 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.95 W/kg |

## Connectivity

| Features | Bluetooth®; Bluetooth® Profiles: A2DP, AVRCP, GAVDP, GOEP,HFP 1.5, HSP, FTP, OPP, PBAP,SDAP; Wi-Fi\Wi-Fi ; WiMAX; HTML Browser; WAP Browser; Flash®; Java™; GPS |
| --- | --- |

*See* n.1, *supra*.[3]  The Conquer 4G (Sprint) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3]  All accused versions of the Conquer 4G have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Conquer 4G (Sprint).



The figure below shows the Conquer 4G (Sprint)'s screen when the user taps the Quick Search Box on the home

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung promotes the Quick Search Box as a standard feature of the Conquer 4G (Sprint), as shown by the specifications on Samsung's web site:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| inputting an information identifier; | The Samsung Conquer 4G performs the step of inputting an information identifier. |
|---|---|
| | The Conquer 4G (Sprint) has a 3.5" TFT screen. |

The following display specifications are shown:

| Display | |
|---|---|
| **Main Display Resolution** | HVGA |
| **Main Display Size** | 3.5" Display |
| **Main Display Technology** | 262K TFT |
| **Touch Screen** | Yes |

The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Conquer 4G (Sprint) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing said information identifier to a plurality of plug-in modules each using | The Samsung Conquer 4G performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier. |

[5]  Identical functionality can be found in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| a different heuristic to locate information which matches said identifier; | For example, the Conquer 4G (Sprint)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Conquer 4G (Sprint) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

9

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

---

[6] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[7] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
   *r*        The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Conquer 4G (Sprint) determines which plug-in modules ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[10] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Conquer 4G include a plurality of plug-in modules each using a different heuristic.  Each accused version of the Conquer 4G provides a subset of the plug-in modules listed below; therefore on any given version of the Conquer 4G the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing at least one candidate item of information from said modules; and displaying a | The Samsung Conquer 4G performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.

For example, in the image below, the Conquer 4G (Sprint) is providing and displaying the candidate items "Apple |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| representation of said candidate item of information. | Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":  |

16 All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.

14

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Conquer 4G |
|---|---|
| A computer readable medium[17] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Conquer 4G includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Conquer 4G (Sprint) contains 512MB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Conquer 4G (Sprint), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Conquer 4G comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |

---

[17] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[18] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Conquer 4G (Sprint).



The figure below shows the Conquer 4G (Sprint)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Conquer 4G (Sprint), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| receive an information identifier; | The Samsung Conquer 4G comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Conquer 4G (Sprint) has a 3.5" TFT screen. |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Display**

| Main Display Resolution | HVGA |
|---|---|
| Main Display Size | 3.5" Display |
| Main Display Technology | 262K TFT |
| Touch Screen | Yes |

The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Conquer 4G (Sprint) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate | The Samsung Conquer 4G comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| information in the plurality of locations which include the Internet and local storage media; | For example, the Conquer 4G (Sprint)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Conquer 4G (Sprint).  The Conquer 4G (Sprint) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the ███████ to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  r          The Runnable that will be executed.[22]

The Search Settings panel for the Quick Search Box on the Conquer 4G (Sprint) determines which heuristics ██ ████████████████████████████ the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to

---

[20] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[21] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[22] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[23] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[24] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[25]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[27]

All accused versions of the Conquer 4G include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[29]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information

---

[25] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[26] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[27] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[28] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[29] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.<br><br> |
| determine at least one | The Samsung Conquer 4G comprises a computer-readable medium containing instructions to determine at least one |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Conquer 4G (Sprint) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

---

[30] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.

27

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Conquer 4G |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Conquer 4G comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[31] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Conquer 4G |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Conquer 4G comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Conquer 4G

　　　Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ███ | ███████████████████████████ |
| | 2.3.6 | ███ | ███████████████████████████ |



| Samsung Conquer 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ██ | ███████████████████ |
| | 2.3.6 | ██ | ███████████████████ |

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ████ | ████████████████ |
| | 2.3.6 | ████ | ████████████████ |

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ████ | ████████████████ |
| | 2.3.6 | ████ | ████████████████ |

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ████ | ████████████████████ |
| | 2.3.6 | ████ | ████████████████████ |

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D600 | 2.3.4 | ████ | ████████████████████ |
| | 2.3.6 | ████ | ████████████████████ |

4

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ██████████████████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SPH-D600 | 2.3.4 | ████ | ████████████████████ |
|  | 2.3.6 | ████ | ████████████████████ |

| Samsung Conquer 4G | | | |
|---|---|---|---|
| ████████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SPH-D600 | 2.3.4 | ████ | ████████████████████████████ |
|  | 2.3.6 | ████ | ████████████████████████████ |

604 (CONQUER 4G - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-4

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H4

# DART

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Dart[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Dart performs a method for locating information in a computer system.<br><br>The Dart (T-Mobile) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Dart (T-Mobile) includes a 600 MHz processor CPU, 2GB of on-board memory, a 3.1" TFT screen, GSM/HSDPA, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.2 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited. |

---

[1]  In this document, "Dart" refers to all of the following accused versions of the Samsung Dart ("accused versions"): the Samsung Dart (T-Mobile) sold with Android 2.2, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Dart running Android 2.2 can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Dart (T-Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Dart or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Dart.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Features of Your Phone

Your phone is lightweight, easy-to-use and offers many significant features. The following list outlines a few of the features included in your phone.

- Touch screen with virtual (on-screen) QWERTY keyboard
- Android 2.2, Froyo
- Wi-Fi $^{®}$ Capability
- USB Tethering-capable
- Bluetooth enabled
- Full integration with Google applications (Gmail, YouTube, Google Maps)
- Multiple Messaging Options: Email, Picture Messaging, Google Talk, Google Search, Video Messaging, Text Messaging, Predictive Text
- Supports synchronizing with a corporate email account
- 3.0 Megapixel camera and video with multi shot and digital zoom
- MP3 player with Multitasking features
- Assisted GPS (TeleNav GPS Navigation)
- Webkit-based browser
- Downloadable applications from Android Market
- Up to 32GB expandable memory slot
- Mobile Hotspot Capability
- YouTube

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



## Samsung Dart

**SAMSUNG**

For T-Mobile
Also known as Samsung SGH-T499, Samsung T499, Samsung Tass

| GENERAL | 2G Network | GSM 850 / 900 / 1800 / 1900 |
|---|---|---|
| | 3G Network | HSDPA 1700 / 2100 |
| | | HSDPA 2100 |
| | Announced | 2011, May |
| | Status | Available. Released 2011, June |
| BODY | Dimensions | 104 x 61 x 13 mm |
| | Weight | 108 g |
| | | - Touch-sensitive controls |
| DISPLAY | Type | TFT capacitive touchscreen, 256K colors |
| | Size | 240 x 320 pixels, 3.14 inches (~127 ppi pixel density) |
| | Multitouch | Yes |
| | | - TouchWiz UI |
| SOUND | Alert types | Vibration; MP3 ringtones |
| | Loudspeaker | Yes |
| | 3.5mm jack | Yes |
| MEMORY | Card slot | microSD, up to 32GB, 2GB included |
| DATA | GPRS | Yes |
| | EDGE | Yes |
| | Speed | HSDPA, 7.2 Mbps |
| | WLAN | Wi-Fi 802.11 b/g/n, Wi-Fi hotspot |
| | Bluetooth | Yes, v3.0 with A2DP |
| | USB | Yes, microUSB v2.0 |
| CAMERA | Primary | 3.2 MP, 2048x1536 pixels |
| | Features | Geo-tagging, smile detection |
| | Video | Yes, QVGA@15fps |
| | Secondary | No |
| FEATURES | OS | Android OS, v2.2 (Froyo) |
| | CPU | 600 MHz |
| | Sensors | Accelerometer, proximity, compass |

Read opinions
Compare
Pictures
Related phones
Manual

**CHECK PRICE**
► WElectronics
► Negri Electronics
► GSM Nation

**POPULARITY**
Daily interest
0.2%
Total hits: 157664

**VOTING RESULTS**
Design
6.9

3

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

*See* n.1, *supra*.[3]  The Dart (T-Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Dart (T-Mobile).



---

[3] All accused versions of the Dart have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Dart (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung encourages the use of the feature through the inclusion of the feature in the Dart (T-Mobile) user's manual:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| inputting an information identifier; | The Samsung Dart performs the step of inputting an information identifier.<br><br>The Dart (T-Mobile) has a 3.1" TFT screen.<br><br>**Display**<br>**Main Display Size**  3.5" Display |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The 3.1" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Dart (T-Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



---

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier; | The Samsung Dart performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Dart (T-Mobile)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Dart (T-Mobile) provides a plurality of plug-in modules. Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html).<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
*r*      The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Dart (T-Mobile) determines which ⬛⬛⬛⬛⬛⬛ perform the query upon as described in the Android Developer's Guide:

---

[6] All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.
[7] All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.
[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.
[10] All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Dart include a plurality of plug-in modules each using a different heuristic.  Each accused version of the Dart provides a subset of the plug-in modules listed below; therefore on any given version of the Dart the plurality of plug-in modules each use a different heuristic.

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[15] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

[16] All accused versions of the device implement the same functionality.  *See* Table for ████████████ .java in the Source Code Appendix.

[17] All accused versions of the device implement the same functionality.  *See* Table for ████████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | |
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Dart performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Dart (T-Mobile) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[18] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮.java and ▮▮▮▮▮▮▮.java in the Source Code Appendix.

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[19]   All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Dart |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Dart includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Dart (T-Mobile) contains 2GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br>MEMORY   Card slot   microSD, up to 32GB, 2GB included<br><br>The Dart (T-Mobile), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Dart comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Dart (T-Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Dart (T-Mobile). |

---

[20] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[21] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Dart (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Dart (T-Mobile), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| | |
|---|---|
| receive an information identifier; | The Samsung Dart comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Dart (T-Mobile) has a 3.1" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | The 3.1" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Dart (T-Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:<br><br> |
| provide said information identifier to a plurality of heuristics to locate information in the plurality | The Samsung Dart comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |

---

[22] Identical functionality can be found in the Google Now package located in ██████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| of locations which include the Internet and local storage media; | For example, the Dart (T-Mobile)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Dart (T-Mobile).  The Dart (T-Mobile) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br><br><br>████████████████████  The postDelayed() method causes the ████████████ method to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable |

---

23   All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.
24   All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

will be run on the thread to which this handler is attached.
**Parameters**
  *r*          The Runnable that will be executed.[25]



The Search Settings panel for the Quick Search Box on the Dart (T-Mobile) determines which heuristics ██████ ██████████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default. It is the user's choice whether to include suggestions from your application in the Quick Search Box. To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box. To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

---

[25] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[26] All accused versions of the Dart implement the same functionality. *See* Table for indicated file in 959 - Dart - Source Code Appendix.
[27] All accused versions of the Dart implement the same functionality. *See* Table for indicated file in 959 - Dart - Source Code Appendix.
[28] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Dart include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[29]  All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.
[30]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31]  All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.
[32]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).
[33]  All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Dart comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Dart (T-Mobile) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |
| --- | --- |

---

[34] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮▮▮.java in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮▮▮.java and ▮▮▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[36] All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.

24

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Dart |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Dart comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Dart implement the same functionality. *See* Table for indicated file in 959 - Dart - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Dart |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Dart comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Dart

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Dart | | | |
|---|---|---|---|
| ████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ██████████ | ████████████████████████████████████ |

| Samsung Dart | | | |
|---|---|---|---|
| ████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ██████████ | ████████████████████████████████████ |

| Samsung Dart | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ████████████████████████ |


| Samsung Dart | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ████████████████████████ |


| Samsung Dart | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ████████████████████ |

| Samsung Dart | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ████████████████████████████ |

| Samsung Dart | | | |
|---|---|---|---|
| ██████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ████████████████████ |

| Samsung Dart | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T499 | 2.2 | ████████ | ████████████████████████████ |

604 (DART - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-5

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H5

# EXHIBIT II 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Exhibit II 4G[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Exhibit II 4G performs a method for locating information in a computer system.<br><br>The Exhibit II 4G (T-Mobile) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Exhibit II 4G (T-Mobile) includes a 1 GHz processor CPU, 4 GB of on-board memory, a 3.7" TFT screen, GSM/UMTS/EDGE/GPRS, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br> |

---

[1]  In this document, "Exhibit II 4G" refers to all of the following accused versions of the Samsung Exhibit II 4G ("accused versions"): the Samsung Exhibit II 4G (T-Mobile) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Exhibit II 4G running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T679DBBTMB-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Exhibit II 4G (T-Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Exhibit II 4G or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Exhibit II 4G.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Display

| | |
|---|---|
| Main Display Resolution | 480x800 Pixel |
| Main Display Size | 3.7" |
| Main Display Technology | 16M TFT |
| Touch Screen | Yes |

## Memory

| | |
|---|---|
| Internal Memory | 512MB RAM; 4GB ROM |
| External Memory/microSD™ Capacity | microSD™ |

## Connectivity

| | |
|---|---|
| Features | Bluetooth®; Bluetooth® Profiles, A2DP, AVRCP, HFP, OPP, PBAP; Wi-Fi®; Wi-Fi Hotspot; HTML Browser; Adobe® Flash® Technology; GPS; Wi-Fi® Calling |

## Network

| | |
|---|---|
| Frequencies and Data Type | GSM Quadband; 850/900/1800/1900MHz UMTS Tri-band:1700/1200, 1900,850MHz |
| Data Speed | GPRS/EDGE |
| SAR value - Head (W/kg) | SAR Value: Head 0.74 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.97 W/kg |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

*See* n.1, *supra*.[3]  The Exhibit II 4G (T-Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Exhibit II 4G (T-Mobile).



---

[3]  All accused versions of the Exhibit II 4G have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Exhibit II 4G (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung encourages the use of the feature through the inclusion of the feature in the Exhibit II 4G (T-Mobile) user's manual:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| inputting an information identifier; | The Samsung Exhibit II 4G performs the step of inputting an information identifier.<br><br>The Exhibit II 4G (T-Mobile) has a 3.7" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Display | |
|---|---|
| Main Display Resolution | 480x800 Pixel |
| Main Display Size | 3.7" |
| Main Display Technology | 16M TFT |
| Touch Screen | Yes |

The 3.7" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Exhibit II 4G (T-Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier; | The Samsung Exhibit II 4G performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier.

For example, the Exhibit II 4G (T-Mobile)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Exhibit II 4G (T-Mobile) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search |

---

[5]  Identical functionality can be found in the Google Now package located in ██████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.

"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html).



---

[6] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r             The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Exhibit II 4G (T-Mobile) determines which plug-in modules ███████████████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[7] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
[10] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box. To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data. A provider is part of an Android application, which often provides its own UI for working with the data. However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

suggestion results, and each plug-in module's method is separately called as shown in SearchableSource.java.[14]

All accused versions of the Exhibit II 4G include a plurality of plug-in modules each using a different heuristic. Each accused version of the Exhibit II 4G provides a subset of the plug-in modules listed below; therefore on any given version of the Exhibit II 4G the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area. That is, each plug-in module receives an information descriptor that does not fully convey the intent of the

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."
Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

16 All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java in the Source Code Appendix.
17 All accused versions of the device implement the same functionality.  *See* Table for ██████████ .java in the Source Code Appendix.
18 All accused versions of the device implement the same functionality.  *See* Table for ██████████ .java and ██████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Exhibit II 4G performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Exhibit II 4G (T-Mobile) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[19] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.

14

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Exhibit II 4G |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Exhibit II 4G includes computer readable media. <br><br> Computer memory is a form of computer-readable medium.  For example, the Exhibit II 4G (T-Mobile) contains 4 GB of on-board memory, as indicated on the specifications on Samsung's web site: <br><br>  <br><br> The Exhibit II 4G (T-Mobile), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Exhibit II 4G comprises a computer readable medium for locating information from a plurality of locations containing program instructions. <br><br> For example, the Exhibit II 4G (T-Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21] |

---

[20] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[21] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Exhibit II 4G (T-Mobile).



The figure below shows the Exhibit II 4G (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Exhibit II 4G (T-Mobile), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| | |
|---|---|
| receive an information identifier; | The Samsung Exhibit II 4G comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Exhibit II 4G (T-Mobile) has a 3.7" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| Main Display Resolution | 480x800 Pixel |
| Main Display Size | 3.7" |
| Main Display Technology | 16M TFT |
| Touch Screen | Yes |

The 3.7" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Exhibit II 4G (T-Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

19

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local | The Samsung Exhibit II 4G comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Exhibit II 4G (T-Mobile)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| storage media; | information identifier is provided by the Exhibit II 4G (T-Mobile).  The Exhibit II 4G (T-Mobile) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics. |
|---|---|



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)
Since: API Level 1

---

[23] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
[24] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.

21

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
   *r*                The Runnable that will be executed.[25]

The Search Settings panel for the Quick Search Box on the Exhibit II 4G (T-Mobile) determines which heuristics ▮ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

---

[25] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[26] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
[27] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
[28] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Exhibit II 4G include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[29]   All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
[30]   *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31]   All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
[32]   The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).
[33]   All accused versions of the device implement the same functionality.  *See* Table for ███████████.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[34] All accused versions of the device implement the same functionality. *See* Table for ███████████ .java in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality. *See* Table for ███████████ .java and ███████████ java in the Source Code Appendix.

24

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ███████████████████████████████████<br><br>███████████████████████████████████<br><br>███████████████████████████████████ |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Exhibit II 4G comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Exhibit II 4G (T-Mobile) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[36] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Exhibit II 4G |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Exhibit II 4G comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Exhibit II 4G |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Exhibit II 4G comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Exhibit II 4G

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| | ███████████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | ██████████ | ████████████████████████████████ |
| | 2.3.6 | █████████ | ████████████████████████████████ |

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | ███████ | ████████████████████ |
| | 2.3.6 | ███████ | ████████████████████ |

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | ███████ | ████████████████████ |
| | 2.3.6 | ███████ | ████████████████████ |

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | ████████ | ████████████████████████ |
| | 2.3.6 | ████████ | ████████████████████████ |

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | ████████ | ██████████████████ |
| | 2.3.6 | ████████ | ██████████████████ |

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | █████ | ████████████████████ |
| | 2.3.6 | █████ | ████████████████████ |

| Samsung Exhibit II 4G | | | |
|---|---|---|---|
| ██████████████ (MMS heuristic module) | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | █████ | ████████████████ |
| | 2.3.6 | █████ | ████████████████ |

4

| **Samsung Exhibit II 4G** | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T679 | 2.3.5 | ████████ | █████████████████████████████████████ |
| | 2.3.6 | ████████ | █████████████████████████████████████ |

604 (EXHIBIT II 4G - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-6

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H6

# GALAXY NEXUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy Nexus[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy Nexus performs a method for locating information in a computer system.<br><br>The Galaxy Nexus (Verizon) running Android 4.0 is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Nexus (Verizon) running Android 4.0 includes a 1.2 GHz dual-core processor CPU, 32GB of on-board memory, a 4.65" HD Super AMOLED screen, CDMA/PCS/EVDO/LTE, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 4.0 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br> |

---

[1] In this document, "Galaxy Nexus" refers to all of the following accused versions of the Samsung Galaxy Nexus ("accused versions"): the Samsung Galaxy Nexus (Verizon) sold with Android 4.0, the Samsung Galaxy Nexus (Sprint) sold with Android 4.0, the Samsung Galaxy Nexus (Verizon) sold with Android Jelly Bean, the Samsung Galaxy Nexus (Sprint) sold with Android Jelly Bean, including versions upgraded to later versions of Android operating system.  The specifications for the Verizon Samsung Galaxy Nexus (shipped with Android 4.0 but upgradeable to Android Jelly Bean according to http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00050212&fm_seq=55187 (last visited May 3, 2013)) can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs (last visited May 3, 2013).  The specifications for the Sprint Samsung Galaxy Nexus (shipped with Android 4.0 but upgradeable to Android Jelly Bean according to http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00050212&fm_seq=55187 (last visited May 3, 2013)) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L700ZKASPR-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Galaxy Nexus (Verizon) running Android 4.0, unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Nexus or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Nexus.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Memory

| | |
|---|---|
| Internal Memory | 32GB |

## Network

| | |
|---|---|
| Frequencies and Data Type | CDMA/PCS/1xEVDO Rev. A: 800/1900 MHz,LTE: 700 MHz |
| Data Speed | LTE, EVDO Rev. A |

## Connectivity

| | |
|---|---|
| Features | Bluetooth®; Bluetooth® Profiles, A2DP, AVCTP, AVRCP, GAVDP, HFP, HSP, OPP, PAN, PBAP, SPP ; Wi-Fi®; Wi-Fi® Hotspot; HTML Browser |

## Display

| | |
|---|---|
| Main Display Resolution | 1280x720 pixels |
| Main Display Size | 4.65" Display |
| Main Display Technology | HD Super AMOLED™ contoured display |

*See* n.1, *supra*.[3]  The Galaxy Nexus (Verizon) running Android 4.0 includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3] All accused versions of the Galaxy Nexus have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Nexus (Verizon) running Android 4.0.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy Nexus (Verizon) running Android 4.0's screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung encourages the use of the feature through the inclusion of the feature in the Galaxy Nexus (Verizon) running Android 4.0 user's manual:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | Google Search can help you find anything you need on your phone or the web:<br><br>▶ At the top of any Home screen, touch **Google** to type your search term, or the Microphone button 🎤 to speak it.<br><br>As you type, suggestions from Google web search appear below the Search box, and results from your phone (such as apps and contacts) below that. |
| inputting an information identifier; | The Samsung Galaxy Nexus performs the step of inputting an information identifier.<br><br>The Galaxy Nexus (Verizon) running Android 4.0 has a 4.65" HD Super AMOLED screen.<br><br><br><br>The 4.65" HD Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Galaxy Nexus (Verizon) running Android 4.0 receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[5] Identical functionality can be found in the Google Now package located in ██████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier; | The Samsung Galaxy Nexus performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Galaxy Nexus (Verizon) running Android 4.0's Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Galaxy Nexus (Verizon) running Android 4.0 provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)

---

[6]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[7]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
   r               The Runnable that will be executed.[8]

The mUpdateSuggestionsTask.run() method calls the updateSuggestions() method, as shown in

The Search Settings panel for the Quick Search Box on the Galaxy Nexus (Verizon) running Android 4.0 determines which plug-in modules ████████████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[10] All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

■■■■■■■■■■■■■■■■■■■■■■■■■■■■

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

■■■■■■■■■■■■■■■■■■■■■■■■■■■■

All accused versions of the Galaxy Nexus include a plurality of plug-in modules each using a different heuristic. Each accused version of the Galaxy Nexus provides a subset of the plug-in modules listed below; therefore on any given version of the Galaxy Nexus the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[16] All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java in the Source Code Appendix.
[19] All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java and ███████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Galaxy Nexus performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Nexus (Verizon) running Android 4.0 is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[20] All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Nexus |
|---|---|
| A computer readable medium[21] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Nexus includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy Nexus (Verizon) running Android 4.0 contains 32GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Galaxy Nexus (Verizon) running Android 4.0, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Nexus comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy Nexus (Verizon) running Android 4.0 includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[22] |

---

[21] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[22] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Nexus (Verizon) running Android 4.0.



The figure below shows the Galaxy Nexus (Verizon) running Android 4.0's screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Nexus (Verizon) running Android 4.0, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Galaxy Nexus comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy Nexus (Verizon) running Android 4.0 has a 4.65" HD Super AMOLED screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Display | |
|---|---|
| Main Display Resolution | 1280x720 pixels |
| Main Display Size | 4.65" Display |
| Main Display Technology | HD Super AMOLED™ contoured display |

The 4.65" HD Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Nexus (Verizon) running Android 4.0 receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| provide said information | The Samsung Galaxy Nexus comprises a computer readable medium including instructions to provide the information |

[23] Identical functionality can be found in the Google Now package located in █████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Galaxy Nexus (Verizon) running Android 4.0's Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Nexus (Verizon) running Android 4.0.  The Galaxy Nexus (Verizon) running Android 4.0 provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable] r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  r          The Runnable that will be executed.[26]

The Search Settings panel for the Quick Search Box on the Galaxy Nexus (Verizon) running Android 4.0 determines which heuristics ████████████████████████████ perform the query upon as described in the Android Developer's Guide:

    "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to

---

[24] All accused versions of the Galaxy Nexus implement the same functionality. *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[25] All accused versions of the Galaxy Nexus implement the same functionality. *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[26] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[27] All accused versions of the Galaxy Nexus implement the same functionality. *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[28] All accused versions of the Galaxy Nexus implement the same functionality. *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[29]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[31]

All accused versions of the Galaxy Nexus include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[33]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information

---

[29]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[30]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[31]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[32]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[33]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area and utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.



---

[34] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java in the Source Code Appendix.
[36] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy Nexus comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.

For example, in the image below, the Galaxy Nexus (Verizon) running Android 4.0 is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[37] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java and ▮▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[38] All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Nexus |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Nexus comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[39] All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Nexus |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Nexus comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Galaxy Nexus

   Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ██████ | ████████████████████████████████ |

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ██████ | ████████████████████████████████ |

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ██████ | ████████████████████████ |

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ██████ | ████████████████████████ |

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ██████ | ████████████████████████ |

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ████ | ███████████████████████████████████ |

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ████████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ████ | █████████████████████ |

| Samsung Galaxy Nexus | | | |
|---|---|---|---|
| ████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-L700 | 4.0.4 | ████ | █████████████████████████████████ |

604 (GALAXY NEXUS - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-7

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H7

# GALAXY NOTE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy Note[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy Note performs a method for locating information in a computer system.<br><br>The Galaxy Note (AT&T) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Note (AT&T) includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 5.8" HD Super AMOLED screen, GSM/UMTS/LTE, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br> |

---

[1] In this document, "Galaxy Note" refers to all of the following accused versions of the Samsung Galaxy Note ("accused versions"): the Samsung Galaxy Note (AT&T) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the AT&T Samsung Galaxy Note running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I717ZBAATT-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Note (AT&T), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Note or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Note.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

1

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Memory | |
| --- | --- |
| Internal Memory | 16GB |
| External Memory/microSD™ Capacity | 32GB |

| Network | |
| --- | --- |
| Data Speed | GSM Quad-band: 850/900/1800/1900MHz; UMTS; Tri-band: 850/1900/2100MHz; LTE; Dual Band: Band 4 & Band 17 |

| Connectivity | |
| --- | --- |
| Features | Bluetooth®; Bluetooth® Profiles, HID; Wi-Fi® ; Wi-Fi® Hotspot; HTML Browser; GPS |

| Display | |
| --- | --- |
| Main Display Resolution | 1280 x 800 Pixel |
| Main Display Size | 5.3" |
| Main Display Technology | HD Super AMOLED™ |

*See* n.1, *supra*.[3]  The Galaxy Note (AT&T) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3] All accused versions of the Galaxy Note have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Note (AT&T).



The figure below shows the Galaxy Note (AT&T)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung encourages the use of the feature through the inclusion of the feature in the Galaxy Note (AT&T) user's manual:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | **Google Search Bar**<br><br>The Google Search Bar provides you an on-screen Internet search engine powered by Google™.<br><br>1. From the main home screen, sweep the screen to the left and tap the Google Search bar .<br><br>2. Use the on-screen keypad to enter the item you want to search for, then tap **Go**.<br><br>3. Tap  to narrow your search results. Tap **All**, **Web**, **Apps** or **Contacts** to only search in those areas.<br><br>4. Tap  to use Google Voice Search. For more information, refer to *"Voice Search"* on page 164. |
| inputting an information identifier; | The Samsung Galaxy Note performs the step of inputting an information identifier.<br><br>The Galaxy Note (AT&T) has a 5.8" HD Super AMOLED screen.<br><br><br><br>The 5.8" HD Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | The Android Quick Search Box on the Galaxy Note (AT&T) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:<br><br> |
|---|---|
| providing said information | The Samsung Galaxy Note performs the step of providing said information identifier to a plurality of plug-in |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier; | modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Galaxy Note (AT&T)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Galaxy Note (AT&T) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>   "Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)

---

[6] All accused versions of the Galaxy Note implement the same functionality. *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
[7] All accused versions of the Galaxy Note implement the same functionality. *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.

9

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r             The Runnable that will be executed.[8]

The mUpdateSuggestionsTask.run() method calls the updateSuggestions()  method, as shown in

The Search Settings panel for the Quick Search Box on the Galaxy Note (AT&T) determines which plug-in modules
perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for

---

[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
[10]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Galaxy Note include a plurality of plug-in modules each using a different heuristic.  Each accused version of the Galaxy Note provides a subset of the plug-in modules listed below; therefore on any given version of the Galaxy Note the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[16] All accused versions of the device implement the same functionality. *See* Table for ████████████ .java in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality. *See* Table for ███████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Galaxy Note performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Note (AT&T) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[18] All accused versions of the device implement the same functionality.  *See* Table for ███████ .java and ███████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

<sup>19</sup> All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.

14

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Note includes computer readable media.<br><br>Computer memory is a form of computer-readable medium. For example, the Galaxy Note (AT&T) contains 16 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Galaxy Note (AT&T), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Note comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy Note (AT&T) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21] |

---

[20]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[21]   "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013. See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013. For some versions of the device, the Quick Search Box may be referred to as the "Google Search box." *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Note (AT&T).



The figure below shows the Galaxy Note (AT&T)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note (AT&T), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

17

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



|  | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
|---|---|
| receive an information identifier; | The Samsung Galaxy Note comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy Note (AT&T) has a 5.8" HD Super AMOLED screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 1280 x 800 Pixel |
| **Main Display Size** | 5.3" |
| **Main Display Technology** | HD Super AMOLED™ |

The 5.8" HD Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Note (AT&T) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

19

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include | The Samsung Galaxy Note comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Galaxy Note (AT&T)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown |

---

[22] Identical functionality can be found in the Google Now package located in ████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| the Internet and local storage media; | below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Note (AT&T).  The Galaxy Note (AT&T) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics. <br><br>  |
| --- | --- |

---

[23] All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
[24] All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.

21

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

████████████████████████████  The postDelayed() method causes the ████████████████
method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  r                The Runnable that will be executed.[25]

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

The Search Settings panel for the Quick Search Box on the Galaxy Note (AT&T) determines which heuristics are returned to the getCorporaToQuery() method to perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

---

[25] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[26] All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
[27] All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

[redacted]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

[redacted]

All accused versions of the Galaxy Note include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[28]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[29]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
[30]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
[32]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[33] All accused versions of the device implement the same functionality.  *See* Table for ApplicationsProvider.java in the Source Code Appendix.
[34] All accused versions of the device implement the same functionality.  *See* Table for ContactsProvider2.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy Note comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Note (AT&T) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[35] All accused versions of the device implement the same functionality.  *See* Table for ███████████.java and ███████████.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[36] All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Note comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Note comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Appendix – 6,847,959 for the Galaxy Note**

      Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | 4.0.4 | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | 4.0.4 | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | ██████████ | ████████████████████████████ |
| | 4.0.4 | ██████████ | ██████████████████████████ |

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | | ████████████████████████████ |
| | 4.0.4 | ███████████ | █████████████████████████ |



| Samsung Galaxy Note | | | |
| --- | --- | --- | --- |
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | ████████ | ████████████████████ |
| | 4.0.4 | ████████ | ██████████████████████████████ |

| Samsung Galaxy Note | | | |
| --- | --- | --- | --- |
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I717 | 2.3.6 | ████████ | ████████████████████████ |
| | 4.0.4 | ████████ | ██████████████████████████ |

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ██████████████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-I717 | 2.3.6 | ████████ | ████████████████████ |
| | 4.0.4 | ████████ | ████████████████████ |

| Samsung Galaxy Note | | | |
|---|---|---|---|
| ██████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-I717 | 2.3.6 | ████████ | ████████████████████ |
| | 4.0.4 | | ████████████████████ |

604 (GALAXY NOTE - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-8

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H8

# GALAXY NOTE II

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy Note II[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy Note II performs a method for locating information in a computer system.<br><br>The Galaxy Note II (T-Mobile) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Note II (T-Mobile) includes a 1.6 GHz quad-core processor CPU, 16GB, 32GB, or 64GB of on-board memory, a 5.5" HD Super AMOLED screen, HSPA+/LTE, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited. |

---

[1]  In this document, "Galaxy Note II" refers to all of the following accused versions of the Samsung Galaxy Note II ("accused versions"): the Samsung Galaxy Note II (T-Mobile) sold with Android Jelly Bean, the Samsung Galaxy Note II (AT&T) sold with Android Jelly Bean, the Samsung Galaxy Note II (Sprint) sold with Android Jelly Bean, the Samsung Galaxy Note II (Verizon) sold with Android Jelly Bean, the Samsung Galaxy Note II (US Cellular) sold with Android Jelly Bean, including versions upgraded to later versions of Android operating system.  The specifications for the AT&T Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I317TSAATT-specs(last visited May 5, 2013).  The specifications for the Sprint Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L900TSASPR-specs(last visited May 5, 2013).  The specifications for the T-Mobile Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs(last visited May 5, 2013).  The specifications for the Verizon Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-I605TSAVZW-specs(last visited May 5, 2013).  The specifications for the US Cellular Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-R950TSAUSC-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Note II (T-Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Note II or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Note II.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | *See* n.1, *supra*.[3]  The Galaxy Note II (T-Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Note II (T-Mobile). |
|---|---|

---

[3] All accused versions of the Galaxy Note II have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy Note II (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung encourages the use of the feature through the inclusion of the feature in the Galaxy Note II (T-Mobile) user's manual:

- **Google search** is an on-screen Internet search engine powered by Google™. Tap to access either the Voice Actions feature or Google Now™.
  – Tap [icon] **(Voice Actions)** to launch these functions from within this Google widget.

| | |
|---|---|
| inputting an information identifier; | The Samsung Galaxy Note II performs the step of inputting an information identifier.<br><br>The Galaxy Note II (T-Mobile) has a 5.5" HD Super AMOLED screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The 5.5" HD Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Note II (T-Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier; | The Samsung Galaxy Note II performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Galaxy Note II (T-Mobile)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Galaxy Note II (T-Mobile) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

own applications to provide a plug-in module for the Quick Search Box.

"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'." (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html).



---

6 All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

9

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



██████ The postDelayed() method causes the ██████ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (<u>Runnable</u> r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  r          The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Galaxy Note II (T-Mobile) determines which plug-in modules ████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[7]  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.
[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.
[10]  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Galaxy Note II include a plurality of plug-in modules each using a different heuristic. Each accused version of the Galaxy Note II provides a subset of the plug-in modules listed below; therefore on any given version of the Galaxy Note II the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.



[16] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Galaxy Note II performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information. |
|---|---|
| | For example, in the image below, the Galaxy Note II (T-Mobile) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |
| |  |

[19]   All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Note II includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy Note II (T-Mobile) contains 16GB, 32GB, or 64GB of on-board memory, as indicated on the specifications on Samsung's web site: |

---

[20] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | The Galaxy Note II (T-Mobile), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
|---|---|
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Note II comprises a computer readable medium for locating information from a plurality of locations containing program instructions. <br><br> For example, the Galaxy Note II (T-Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Note II (T-Mobile). |

---

[21] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy Note II (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note II (T-Mobile), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
|---|---|
| receive an information identifier; | The Samsung Galaxy Note II comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy Note II (T-Mobile) has a 5.5" HD Super AMOLED screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



**Display**

140.9 mm (5.5") HD Super AMOLED (1,280 x 720)

The 5.5" HD Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Note II (T-Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Portions of the computer instructions allowing the user to input an information identifier in the Galaxy Note II (T-████████████████████████████████████████████

| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | The Samsung Galaxy Note II comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Galaxy Note II (T-Mobile)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Note II (T-Mobile).  The Galaxy Note II (T-Mobile) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics. |

---

[22]   Identical functionality can be found in the Google Now package located in ████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the ████████████████████ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.

---

[23] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.
[24] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Parameters**

    *r*        The Runnable that will be executed.[25]



The Search Settings panel for the Quick Search Box on the Galaxy Note II (T-Mobile) determines which heuristics ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

---

[25] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[26] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

[27] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

[28] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Galaxy Note II include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[29]  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

[30]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[31]  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

[32]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

[33]  All accused versions of the device implement the same functionality.  *See* Table for ███████████ java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[34] All accused versions of the device implement the same functionality. *See* Table for ███████████.java in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality. *See* Table for ███████████.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy Note II comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Note II (T-Mobile) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[36] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Note II comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Note II comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Galaxy Note II

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Note II | | | |
|---|---|---|---|
| ██████████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-I317 | 4.1.1 | ██████ | ████████████████████ |
| SPH-L900 | 4.1.1 | ██ | █████████████████████ |
| SGH-T889 | 4.1.1 | ██████ | █████████████████████████ |
| SCH-I605 | 4.1.1 | ██ | ████████████████████ |
| SCH-R950 | 4.1.1 | ██ | ████████████████████ |

| Samsung Galaxy Note II | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ██████ | ██████████████████ |
| SPH-L900 | 4.1.1 | ██ | ███████████████████████ |
| SGH-T889 | 4.1.1 | ██████ | ████████████████████ |
| SCH-I605 | 4.1.1 | ██ | ███████████████████ |
| SCH-R950 | 4.1.1 | ██ | ███████████████████ |

| Samsung Galaxy Note II | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ██████████ | ████████████████████████████████ |
| SPH-L900 | 4.1.1 | ███ | █████████████████████████████████ |
| SGH-T889 | 4.1.1 | ██████████ | ████████████████████████████████ |
| SCH-I605 | 4.1.1 | ███ | ████████████████████████████████ |
| SCH-R950 | 4.1.1 | ███ | ████████████████████████████ |



| Samsung Galaxy Note II | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ██████ | ████████████████████ |
| SPH-L900 | 4.1.1 | ██ | ██████████████████████████ |
| SGH-T889 | 4.1.1 | ████████ | ████████████████████ |
| SCH-I605 | 4.1.1 | ██ | ███████████████████ |
| SCH-R950 | 4.1.1 | ██ | ██████████████████ |

4

| Samsung Galaxy Note II | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ████████ | ████████████████████████████ |
| SPH-L900 | 4.1.1 | ██ | ████████████████████████████████ |
| SGH-T889 | 4.1.1 | ███████ | ███████████████████████████ |
| SCH-I605 | 4.1.1 | ██ | ████████████████████████████ |
| SCH-R950 | 4.1.1 | ██ | ███████████████████████████ |

| Samsung Galaxy Note II | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ██████████ | ████████████████████████ |
| SPH-L900 | 4.1.1 | ██ | ██████████████████████████ |
| SGH-T889 | 4.1.1 | ████████████ | ████████████████████████████ |
| SCH-I605 | 4.1.1 | ██ | ███████████████████████ |
| SCH-R950 | 4.1.1 | ██ | ████████████████████████████ |

| Samsung Galaxy Note II | | | |
|---|---|---|---|
| ███████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ██████ | ███████████████ |
| SPH-L900 | 4.1.1 | ██ | █████████████████ |
| SGH-T889 | 4.1.1 | ██████ | █████████████████████ |
| SCH-I605 | 4.1.1 | ██ | ██████████████ |
| SCH-R950 | 4.1.1 | ██ | ████████████████████ |

| Samsung Galaxy Note II | | | |
| --- | --- | --- | --- |
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I317 | 4.1.1 | ████████ | ████████████████████████ |
| SPH-L900 | 4.1.1 | ███ | ████████████████████████████ |
| SGH-T889 | 4.1.1 | █████████ | ██████████████████████████████████ |
| SCH-I605 | 4.1.1 | ███ | ███████████████████████ |
| SCH-R950 | 4.1.1 | ███ | ██████████████████████████████ |

604 (GALAXY NOTE II - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-9

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H9

# GALAXY PLAYER 4.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy Player 4.0[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy Player 4.0 performs a method for locating information in a computer system.<br><br>The Galaxy Player 4.0 (Wifi) is used herein as an exemplary device. All the accused versions are identical in all relevant respects. The Galaxy Player 4.0 (Wifi) includes a 1GHz Processor CPU, 8GB of on-board memory, a 4.0" HD Super Clear LCD screen, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br> |

---

[1]  In this document, "Galaxy Player 4.0" refers to all of the following accused versions of the Samsung Galaxy Player 4.0 ("accused versions"): the Samsung Galaxy Player 4.0 (Wifi) sold with Android 2.3, including versions upgraded to later versions of Android operating system. The specifications for the Samsung Galaxy Player 4.0 (Wifi) can be found here: http://www.samsung.com/us/mobile/mp3-players/YP-G1CWY/XAA-specs (last visited May 5, 2013). The specifications for its processor can be found here: http://www.samsung.com/uk/news/presskit/samsung-launches-galaxy-s-wifi-4-0-smart-player (last visited May 5, 2013). The specifications cited in the main text of this document refer to the Galaxy Player 4.0 (Wifi), unless otherwise specified. The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Player 4.0 or their respective carriers. Therefore, the contentions in this document apply to all accused versions of the Galaxy Player 4.0. Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| General | |
|---|---|
| Storage Type | Flash Memory |
| Memory Capacity | 8GB |
| SD MMC Expansion Slot | Up to 32GB microSD Card (not included) |

| Connectivity | |
|---|---|
| USB 2.0 | Yes |
| USB Connection (MTP/UMS) | Yes |
| Bluetooth | Bluetooth 3.0 |
| Wireless Internet | Wi-Fi 802.11b/g/n |
| Samsung Kies | Yes |
| Compatible PC OS | WinXP SP2 or Higher, Vista, Windows 7 |

*See* n.1, *supra*.[3]  The Galaxy Player 4.0 (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the

---

[3] All accused versions of the Galaxy Player 4.0 have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.
[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

default user interface available from the home screen on the Galaxy Player 4.0 (Wifi).



The figure below shows the Galaxy Player 4.0 (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung encourages the use of the feature through the inclusion of the feature in the Galaxy Player 4.0 (Wifi) user's manual:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  **Google Search**: Use the Google search engine to search the internet and your device. A shortcut to Google Search appears on the Main Home screen by default. For more information, refer to *"Google Search"* on page 66. |
| inputting an information identifier; | The Samsung Galaxy Player 4.0 performs the step of inputting an information identifier.<br><br>The Galaxy Player 4.0 (Wifi) has a 4.0" HD Super Clear LCD screen.<br><br><table><tr><td colspan="2">**Display**</td></tr><tr><td>**Display Resolution**</td><td>WVGA (800 x 480)</td></tr><tr><td>**Display Screen Size**</td><td>4.0"</td></tr><tr><td>**Type**</td><td>Super Clear LCD</td></tr><tr><td>**Display Options**</td><td>Wallpaper Image Setting, Live Wallpaper, Font Setting, Auto Brightness Control</td></tr></table><br>The 4.0" HD Super Clear LCD screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Galaxy Player 4.0 (Wifi) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier; | The Samsung Galaxy Player 4.0 performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Galaxy Player 4.0 (Wifi)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Galaxy Player 4.0 (Wifi) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.

"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html).



---

[6] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



███ The postDelayed() method causes the ███████ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
    r            The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Galaxy Player 4.0 (Wifi) determines which plug-in modules ███████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[7] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.
[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.
[10] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Galaxy Player 4.0 include a plurality of plug-in modules each using a different heuristic. Each accused version of the Galaxy Player 4.0 provides a subset of the plug-in modules listed below; therefore on any given version of the Galaxy Player 4.0 the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.



---

[16] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮▮.java in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | May 16, 2013). |
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Galaxy Player 4.0 performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Player 4.0 (Wifi) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | *Id.* |

---

[18] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| A computer readable medium[19] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Player 4.0 includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy Player 4.0 (Wifi) contains 8GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><table><tr><td colspan="2">General</td></tr><tr><td>Storage Type</td><td>Flash Memory</td></tr><tr><td>Memory Capacity</td><td>8GB</td></tr><tr><td>SD MMC Expansion Slot</td><td>Up to 32GB microSD Card (not included)</td></tr></table><br>The Galaxy Player 4.0 (Wifi), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Player 4.0 comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy Player 4.0 (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[20] |

---

[19]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[20]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Player 4.0 (Wifi).



The figure below shows the Galaxy Player 4.0 (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Player 4.0 (Wifi), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | <br><br>As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Galaxy Player 4.0 comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy Player 4.0 (Wifi) has a 4.0" HD Super Clear LCD screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| Display Resolution | WVGA (800 x 480) |
| Display Screen Size | 4.0" |
| Type | Super Clear LCD |
| Display Options | Wallpaper Image Setting, Live Wallpaper, Font Setting, Auto Brightness Control |

The 4.0" HD Super Clear LCD screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Player 4.0 (Wifi) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

18

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | The Samsung Galaxy Player 4.0 comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.

For example, the Galaxy Player 4.0 (Wifi)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Player 4.0 (Wifi).  The Galaxy Player 4.0 (Wifi) provides the |

---

[21]   Identical functionality can be found in the Google Now package located in ▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

information identifier to the heuristics and permits the user to modify the default list of selected heuristics.



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.

---

[22] All accused versions of the Galaxy Player 4.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.
[23] All accused versions of the Galaxy Player 4.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



**Parameters**

    *r*                 The Runnable that will be executed.[24]

The Search Settings panel for the Quick Search Box on the Galaxy Player 4.0 (Wifi) determines which heuristics ███████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[27]

---

[24] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[25] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.
[26] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.
[27] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[29]

All accused versions of the Galaxy Player 4.0 include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[31]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[28] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

[29] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[30] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

[31] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy Player 4.0 comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Player 4.0 (Wifi) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[32] All accused versions of the device implement the same functionality. *See* Table for ██████████ .java in the Source Code Appendix.
[33] All accused versions of the device implement the same functionality. *See* Table for ██████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[34] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Player 4.0 comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[35] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Player 4.0 comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Galaxy Player 4.0

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ██████ | ████████████████████████████████████ |

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ██████ | ████████████████████████████████████ |

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ██████ | ████████████████████████ |

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | █████ | ████████████████████████ |

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ██████ | ████████████████████ |

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ████████ | ████████████████████████████ |

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ████████ | ████████████████████████ |

| Samsung Galaxy Player 4.0 | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G1C | 2.3 | ████████ | ████████████████████████████ |

604 (GALAXY PLAYER 4.0 - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-10

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H10


# GALAXY PLAYER 5.0


**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy Player 5.0[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy Player 5.0 performs a method for locating information in a computer system.<br><br>The Galaxy Player 5.0 (Wifi) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Player 5.0 (Wifi) includes a 1GHz Processor CPU, 8GB of on-board memory, a 5.0" HD Super Clear LCD screen, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br> |



| Display | |
|---|---|
| Display Resolution | WVGA (800 x 480) |
| Display Screen Size | 5.0" |
| Type | LCD |
| Display Options | Wallpaper Image Setting, Live Wallpaper, Font Setting, Auto Brightness Control |

---

[1]  In this document, "Galaxy Player 5.0" refers to all of the following accused versions of the Samsung Galaxy Player 5.0 ("accused versions"): the Samsung Galaxy Player 5.0 (Wifi) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy Player 5.0 (Wifi) can be found here: http://www.samsung.com/us/mobile/mp3-players/YP-G70CWY/XAA-specs (last visited May 5, 2013).  The specifications for its processor can be found here: http://www.theverge.com/products/compare/3686/3687/2557/5262 (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Player 5.0 (Wifi), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Player 5.0 or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Player 5.0.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| General | |
|---|---|
| Storage Type | Flash Memory |
| Memory Capacity | 8GB |
| SD MMC Expansion Slot | Up to 32GB microSD Card (not included) |

| Connectivity | |
|---|---|
| USB 2.0 | Yes |
| USB Connection (MTP/UMS) | Yes |
| Bluetooth | Bluetooth 3.0 |
| Wireless Internet | Wi-Fi 802.11b/g/n |
| Samsung Kies | Yes |
| Compatible PC OS | WinXP SP2 or Higher, Vista, Windows 7 |

*See* n.1, *supra*.[3]  The Galaxy Player 5.0 (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the

---

[3] All accused versions of the Galaxy Player 5.0 have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.
[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

default user interface available from the home screen on the Galaxy Player 5.0 (Wifi).



The figure below shows the Galaxy Player 5.0 (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung encourages the use of the feature through the inclusion of the feature in the Galaxy Player 5.0 (Wifi) user's manual:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | **Google Search**: Use the Google search engine to search the internet and your device. A shortcut to Google Search appears on the Main Home screen by default. For more information, refer to *"Google Search"* on page 64. |
| inputting an information identifier; | The Samsung Galaxy Player 5.0 performs the step of inputting an information identifier.<br><br>The Galaxy Player 5.0 (Wifi) has a 5.0" HD Super Clear LCD screen.<br><br><br><br>The 5.0" HD Super Clear LCD screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Galaxy Player 5.0 (Wifi) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing said information identifier to a plurality of | The Samsung Galaxy Player 5.0 performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier. |

[5] Identical functionality can be found in the Google Now package located in ▮▮▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| plug-in modules each using a different heuristic to locate information which matches said identifier; | For example, the Galaxy Player 5.0 (Wifi)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Galaxy Player 5.0 (Wifi) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>    "Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

8

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

---

6   All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
7   All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

public final boolean **postDelayed** ([Runnable](Runnable) r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  r                The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Galaxy Player 5.0 (Wifi) determines which plug-in modules ███████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
[10] All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Galaxy Player 5.0 include a plurality of plug-in modules each using a different heuristic.  Each accused version of the Galaxy Player 5.0 provides a subset of the plug-in modules listed below; therefore on any given version of the Galaxy Player 5.0 the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Galaxy Player 5.0 performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information. <br><br> For example, in the image below, the Galaxy Player 5.0 (Wifi) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

16 All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| A computer readable medium[17] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Player 5.0 includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy Player 5.0 (Wifi) contains 8GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Galaxy Player 5.0 (Wifi), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Player 5.0 comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy Player 5.0 (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[18] |

---

[17] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[18] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Player 5.0 (Wifi).



The figure below shows the Galaxy Player 5.0 (Wifi)'s screen when the user taps the Quick Search Box on the home

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Player 5.0 (Wifi), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Galaxy Player 5.0 comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy Player 5.0 (Wifi) has a 5.0" HD Super Clear LCD screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| Display Resolution | WVGA (800 x 480) |
| Display Screen Size | 5.0" |
| Type | LCD |
| Display Options | Wallpaper Image Setting, Live Wallpaper, Font Setting, Auto Brightness Control |

The 5.0" HD Super Clear LCD screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Player 5.0 (Wifi) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate | The Samsung Galaxy Player 5.0 comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
| --- | --- |

[19] Identical functionality can be found in the Google Now package located in ▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| information in the plurality of locations which include the Internet and local storage media; | For example, the Galaxy Player 5.0 (Wifi)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Player 5.0 (Wifi).  The Galaxy Player 5.0 (Wifi) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.  |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the ███ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  r          The Runnable that will be executed.[22]

The Search Settings panel for the Quick Search Box on the Galaxy Player 5.0 (Wifi) determines which heuristics ███ perform the query upon as described in the Android Developer's Guide:

---

[20] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
[21] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
[22] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[23] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
[24] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[25]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[27]

All accused versions of the Galaxy Player 5.0 include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

---

[25] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[26] All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
[27] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[28] All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; and | The Samsung Galaxy Player 5.0 comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information. |

---

[29] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| display a representation of said candidate item of information. | For example, in the image below, the Galaxy Player 5.0 (Wifi) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":  |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

---

[30] All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Player 5.0 comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[31] All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.

26

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Player 5.0 comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Appendix – 6,847,959 for the Galaxy Player 5.0**

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ███████ | ███████████████████████████████████████ |

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ███████ | ███████████████████████████████████████ |

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ████████ | ████████████████████████████████ |

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ████████ | ████████████████████████████████ |

2

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ████████ | ████████████████████ |

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ████████ | ████████████████████████ |

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| █████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ████████ | ████████████████████ |

| Samsung Galaxy Player 5.0 | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| YP-G70C | 2.3 | ████████ | ███████████████████████████████████ |

604 (GALAXY PLAYER 5.0 - SOURCE CODE APPENDIX).DOCX